UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWN OF HEMPSTEAD,<br><br>        Plaintiff,<br><br>        -against-<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY, NORTHROP GRUNMAN CORPORATION, NORTHROP GRUMMAN SYSTEMS CORPORATION, COVESTRO LLC, BAYER CORPORATION, OCCIDENTAL CHEMICAL CORPORATION, THE KASPER (1977) IRREVOCABLE TRUSTST FOR THE BENEFIT OF CHARLES B. KASPER AND RIGHARD J. KASPER; SANDERINA R. KASPER, as Trustee of the Kasper (1977) Irrevocable Trusts for the Benefit of Charles B. Kasper and Richard J. Kasper; MARTIN STALLER, PARVIZ NEZAMI, JEROME COGAN, LAWRENCE COHEN and AMERICAN DRIVE-IN CLEANERS OF BETHPAGE, INC.,<br><br>        Defendants. | Case No. 16-cv-03652 (ENV)(SLT)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Robert W. Schumacher, Rule 56.1 Statement of Material Facts, and the pleadings herein, Defendants, the United States of America and the Department of the Navy (collectively the "Federal Defendants"), by their attorney, Seth D. DuCharme, Acting United States Attorney for the Eastern District of New York, Robert W. Schumacher, Assistant United States Attorney, of counsel, will move this Court before the Honorable Eric N. Vitaliano, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 56, granting the Federal Defendants' motion for summary

judgment dismissing Plaintiff's complaint, and awarding the Federal Defendants such further and different relief as the Court deems to be just and proper.

Dated: Central Islip, New York
      March 8, 2021

                              SETH D. DuCHARME
                              Acting United States Attorney
                              Eastern District of New York
                              Attorney for Defendant
                              610 Federal Plaza
                              Central Islip, New York 11722

                    By:     *s/Robert W. Schumacher*
                              ROBERT W. SCHUMACHER
                              Assistant United States Attorney
                              (631) 715-7871

To:    counsel of record