# EXHIBIT G

Part 1 of 4



**D&B ENGINEERS
AND
ARCHITECTS, P.C.**

330 Crossways Park Drive, Woodbury, New York 11797
516-364-9890 • 718-460-3634 • Fax: 516-364-9045 • www.db-eng.com

**Board of Directors**

| Steven A. Fangmann, P.E., BCEE | Robert L. Raab, P.E., BCEE, CCM | William D. Merklin, P.E. |
| *President & Chairman* | *Senior Vice President* | *Senior Vice President* |

August 6, 2019

Lisa Cairo, Esq.
Jaspan Schlesinger, LLP
300 Garden City Plaza, 5th Floor
Garden City, NY 11530

Re:  TOH vs United States of America, et al.
      16-cv-3652

Dear Ms. Cairo:

As requested, D&B Engineers and Architects, P.C. (D&B) has prepared this expert report in support of the above referenced action relating to the design and construction of the packed tower aeration system (PTAS) for treatment of groundwater contamination for Wells 7A, 8A, and Well 13 in the Levittown Water District (LWD) owned by the Town of Hempstead Department of Water ("TOH"). The report has been prepared by William Merklin, P.E., Senior Vice President at D&B. Mr. Merklin was also the Project Manager responsible for the design of the PTAS.

Starting in 2012, routine water quality samples began to exhibit low levels of contamination. By the middle of 2013, the contamination levels increased to concentrations which caused the Town to remove Wells 7A and 13 from service. Since the continued operation of these wells was critical to meet the demands of the Levittown Water District, the design and construction of a treatment facility was required. To address this need, the Town retained D&B to prepare the necessary plans and specifications for their use in procuring bids for construction of the treatment facilities. Since PTAS is a common treatment process for the removal of the detected contaminants, it was determined to be the best choice for implementation in this case.

<u>Qualifications</u>

This report was prepared by William Merklin, P.E., Senior Vice President of D&B Engineers and Architects, P.C. (D&B). Mr. Merklin was the Project Manager responsible for the preparation of the Design Report and Contract Plans and Specifications for the subject treatment facility. He has over 28 years of experience in the design and construction of water treatment facilities. He has designed numerous water treatment facilities on Long Island, including packed tower aeration systems similar to the subject treatment facility. Mr. Merklin's corporate resume is attached as Exhibit A.

D&B has designed and implemented over 20 granular activated carbon (GAC) and PTASs for water suppliers in Nassau County. This includes the design and construction of PTASs for the following water suppliers:

- TOH – Uniondale Water District, East Meadow Water District, Bowling Green Water District Roosevelt Field Water District and Levittown Water District
- Albertson Water District

*"Facing Challenges, Providing Solutions… Since 1965"*

D&B ENGINEERS AND ARCHITECTS, P.C.

Lisa Cairo, Esq.                                                                                    Page 2
Jaspan Schlesinger, LLP
August 6, 2019

- City of Glen Cove
- Jericho Water District
- Manhasset-Lakeville Water District
- Village of Mineola
- Port Washington Water District
- Water Authority of Great Neck North
- Village of Williston Park

Relevant Regulatory Requirements

A public water supplier is required to comply with all requirements of the New York State Department of Health Sanitary Code (Sanitary Code). The requirements for subject contaminants require a water supplier to begin the process of planning for the implementation of treatment when a contaminant concentration exceeds 50 percent of the Maximum Contaminant Level ("MCL"). In this case, when any one of the contaminants of concern exceeded 2.5 parts per billion ("ppb"), TOH was required to begin the planning and design of a groundwater treatment facility. The Sanitary Code also requires a public water supplier to remove a well from service when the concentration of one of these contaminants is 80 percent or higher than the MCL.

The Sanitary Code requires the well source capacity for a public water supply to be capable of meeting the Maximum Day Demand with the largest well out of service. This requirement provides redundancy in the overall water supply system to ensure that adequate flows and pressures can be maintained under the worst-case conditions. At the time of the evaluations of the subject wells, the historical Maximum Day Demand in the Levittown Water District was 11.11 Million Gallons per Day ("MGD"). The total actual capacity of all the operating wells, including Wells 7A, 8A and 13, was 13.55 MGD. (See Table 1.) The loss of any of the subject wells reduced the total capacity of the operating wells to 9.93 MGD. (See Table 1.) At that point in time, if the largest remaining well was to be removed from service for any reason, the total capacity of the remaining wells would have been reduced to 7.90 MGD. Since this is less than the historical Maximum Day Demand, the LWD would have been operating out of compliance with the Sanitary Code when Wells 8A and 13 were removed from service. Therefore, the operation of Wells 7A, 8A, and 13 was required to meet the demands of the LWD in accordance with the Sanitary Code.

Table 1 below summarizes the well capacities at the time Wells 8A and 13 were removed from service:

D&B ENGINEERS AND ARCHITECTS, P.C.

Lisa Cairo, Esq.                                                                                      Page 3
Jaspan Schlesinger, LLP
August 6, 2019

**Table 1 –
Summary of Well Capacities in Levittown Water District**

| Well No. | Actual Capacity (MGD) |
|---|---|
| 1A | 0.55 |
| 2A | 2.03 |
| 5A | 1.34 |
| 6B | 1.99 |
| 7A | 1.71 |
| 8A | 1.59 |
| 12 | 1.78 |
| 13 | 2.03 |
| 14 | 0.54 |
| **Total** | **13.55** |
| **Total with largest well out of service** | **11.52** |
| **Total with Wells 8A and 13 and largest remaining well out of service** | **7.90** |

Design and Implementation of PTAS for Wells 7A, 8A and 13

Wells 7A and 8A are located on Bowling Lane in Levittown, NY.  Prior to commencing with this project, those wells did not require any treatment for contaminant removal.

Well 13 is located at the intersection of Entry Lane and Wantagh Avenue in Levittown, NY.  Prior to commencing with this project, that well did not require any treatment for contaminant removal.

In 2013, the water quality in Wells 7A and 8A had exhibited trace concentrations of volatile organic compounds (VOC).  Between the beginning of 2013 and the initial  preparation of the Design Report for Packed Tower Aeration System for Wells 7A and 8A, dated August 2014 and revised February 2016 ("Design Report for Wells 7A and 8A"), increasing concentrations of 1,1 dichloroethane (1,1 DCA), 1,1,2 trichloro-1,2,2–trifluoroethane (Freon 113) and tetrachloroethene (PCE) were observed at those wells. Samples collected on May 14, 2013 exhibited concentrations of Freon 113 approaching the maximum contaminant level (MCL) of 5.0 ppb.

Starting in January 2012, the water quality in Well 13 had exhibited trace concentrations of VOCs.  Between the beginning of 2012 and the initial preparation of the Design Report of Packed Tower Aeration System for Well 13, dated August 2014 and revised February 2016 ("Design Report for Well 13"), increasing concentrations of 1,1,2 trichloro-1,2,2–trifluoroethane (Freon 113) were observed.  Samples collected on July 17, 2013 exhibited concentrations of Freon 113 approaching the maximum contaminant level (MCL) of 5.0 ppb.

D&B Engineers and Architects, P.C.

Lisa Cairo, Esq.                                                                                    Page 4
Jaspan Schlesinger, LLP
August 6, 2019

As discussed above, a public water supplier must comply with the Sanitary Code with respect to MCLs. In this case, TOH was required to remove Well 8A from service when the concentration of any of the subject contaminants exceeded 4.0 ppb. Based on these requirements and because of the potential for an MCL violation, TOH removed Well 8A from service. With respect to Well 13, TOH was required to remove Well 13 from service when the concentration of any of the subject contaminants exceeded 4.0 ppb. Based on these requirements and because of the potential for an MCL violation, TOH removed Well 13 from service.

In June 2013, D&B was retained by TOH to prepare a design report, as well as detailed plans and specifications, and obtain required permits and provide services during construction for a treatment facility suitable to remove the contamination at Wells 7A, 8A, and 13. A copy of D&B's proposal, dated June 13, 2013, is attached hereto as Exhibit B.

During the preparation of the Design Report for Wells 7A and 8A and Well 13, D&B performed a routine 2-mile radius search in an effort to identify the possible source of VOC contamination. The identification of a source is an important step to developing the design criteria for the proposed treatment facility. No potential sources were identified within the radius of the search. However, the plume ("Grumman Plume") originating from the Northrop Grumman Systems Corporation site in Bethpage (ID# NYD002047967) ("Grumman Site") was known to exist upgradient approximately 2.5 miles north-northeast from Wells 7A, 8A, and 13. The respective Design Reports include an evaluation of the Grumman Plume as the potential source of contamination of Wells 7A, 8A, and 13. The data available at the time of the report preparation indicated the presence of the same constituents in the Grumman Plume as those observed in Wells 7A, 8A, and 13. This data is summarized and included in the Design Reports attached as Exhibits C and D

Based on the publicly available monitoring well data, the maximum VOC concentration observed in the Grumman Plume was 420 ppb of trichloroethene (TCE). Based on good engineering practice, a water treatment facility must be designed to treat the highest possible future contamination concentration anticipated in order to ensure continuous operation of the LWD public water supply wells. Therefore, the PTAS was designed to treat a maximum concentration of 420 ppb of TCE.

Having identified the anticipated contaminants and estimating the potential maximum concentrations which could impact the raw water in Wells 7A, 8A, and 13, D&B evaluated alternatives for treatment. Because of the high concentration of TCE observed in the plume monitoring wells and the presence of Freon 113, granular activated carbon (GAC) filtration was not considered a viable option for treatment. This conclusion is based on data provided by a leading GAC media manufacturer, Calgon Carbon Corporation (Calgon). Based on the assessment of D&B, it was determined that the design concentration of TCE would require frequent carbon changes, which would both periodically disrupt the operation and significantly increase the operation cost of the treatment facility. Additionally, it is our understanding that GAC has a very low affinity for removing Freon 113, rendering it ineffective for removal of this contaminant. Therefore, it is our opinion to a reasonable degree of certainty that the best available technology at the time of the preparation of the Design Reports was PTAS. Having designed other VOC treatment facilities prior to the subject facility, D&B was already familiar with the limitations of GAC for treatment of the contaminants involved with Wells 7A, 8A, and 13. For this reason, the Design Reports did not include a discussion of the treatment selection process.

D&B ENGINEERS AND ARCHITECTS, P.C.

Lisa Cairo, Esq.                                                                                          Page 5
Jaspan Schlesinger, LLP
August 6, 2019

Wells 7A and 8A are located within a residential neighborhood.  Therefore, a goal of this project was to
design the treatment facility to limit the visual impact to the surrounding community.  To achieve this, the
towers were installed inside of a building enclosure.  Additionally, the design included the following
features to reduce the overall height of the facility:

- A two-stage treatment system was utilized to effectively cut the overall height nearly in half.

- Treated water clearwells were constructed fully below grade.

- The tower bottoms are fully open, reducing the height of the tower sumps.

The full details of the final design of the Wells 7A and 8A treatment facility are included in contract plans
and specifications dated February 2015 attached as Exhibit E.

The total cost for design and construction of the PTAS for Wells 7A & 8A was $5,560,300.67.  Based on
our experience with the cost for similar treatment facilities constructed in Nassau County, the cost for this
facility is considered typical and reasonable.

The Well 13 site is located adjacent to a four-lane thoroughfare in the Levittown Community.  Because of
this location, TOH did not have the same concerns with respect to the visual impact to the surrounding
community as with the Wells 7A and 8A site.  Therefore, the packed tower for Well 13 was not installed
within a building enclosure.  Because the tower was not within an enclosure and due to the significant site
constraints, a single tower was selected.  The design included the following features to reduce the overall
height of the facility to the extent possible:

- Treated water clearwell was constructed fully below grade.

- The tower bottom is fully open, reducing the height of the tower sump.

The full details of the final design of the Well 13 treatment facility are included in the contract plans and
specifications dated November 2014 attached as Exhibit F.

The total cost for design and construction of the PTAS for Well 13 was $2,780,001.48.  Based on our
experience with the cost for similar treatment facilities constructed in Nassau County, the cost for this
facility is considered typical and reasonable.

Conclusions

To summarize the analyses presented above, we provide the following conclusions to a reasonable degree
of our engineering certainty:

- Since the implementation of these treatment facilities, the water delivered to the distribution
  system has met all requirements of the Sanitary Code.  In fact, the water delivered from these
  facilities has consistently exhibited non-detectable concentrations of the subject contaminants
  since the implementation of the PTAS.

D&B ENGINEERS AND ARCHITECTS, P.C.

Lisa Cairo, Esq.                                                                              Page 6
Jaspan Schlesinger, LLP
August 6, 2019

- The treatment facilities installed at Wells 7A, 8A, and 13 have, therefore, achieved the goal of meeting the Sanitary Code requirements.

- The finished treatment facilities have achieved the previously discussed goal for mitigating the negative visual impact of the facility within the residential neighborhood.

- The cost for the design and implementation of the treatment facilities are considered to be both typical and reasonable.

Compensation

Mr. Merklin's hourly rate for review and testimony is $350.00.

Other Cases in Last 4 Years

Mr. Merklin has not testified for any deposition and/or trial in the last four years.

The above information has been provided to the best of my recollection and knowledge.  If you have any questions, please feel free to call me.

Very truly yours,

William Merklin, P.E.
Senior Vice President

WDM/MRDt/kb
Enclosures
♦3530\WDM080619LC-Ltr

List of Exhibits
- A – Resume of William Merklin, P.E.
- B - D&B proposal dated June 11, 2013
- C - Wells 7A and 8A Design report dated August 2014 (Revised February 2016)
- D – Well 13 Design Report dated August 2014 (Revised February 2016)
- E – Wells 7A and 8A Contract Plans and Specifications dated February 2015
- F – Well 13 Contract Plans and Specifications dated November 2014

**EXHIBIT A**

34



# WILLIAM D. MERKLIN, P.E.

**Corporate Title**
Senior Vice President

**Education**
Manhattan College, Master of Engineering (Environmental) - 1991

Manhattan College, Bachelor of Engineering (Civil) - 1989

**Professional Licenses**
New York
California

**Professional Societies**
American Water Works Association (AWWA)

Long Island Water Conference (LIWC)

**Years' Experience**
28+

**Office Location**
Woodbury, NY

**Contact**
bmerklin@db-eng.com

## *Professional Experience*

As Senior Vice President of D&B, Mr. Merklin has been with the firm since 1995 and currently manages both the Water Supply Division and the Civil Engineering Division. Responsible for overseeing a wide range of assignments for municipal and private clients, Mr. Merklin offers extensive experience that encompasses the study, planning, design, permitting and construction of publicly funded infrastructure. Tasks involved as part of these projects have included technical and economic evaluations; preliminary engineering; contract document preparation; construction cost estimating; preparation of engineering reports; regulatory compliance, permitting and applications; technical evaluations; and reporting to the client.

Mr. Merklin has accrued decades of experience serving as the Engineer of Record for villages and water suppliers throughout Nassau County, including:

- Albertson Water District (since 1999)
- Glenwood Water District (since 1999)
- Village of Williston Park (since 1965)
- Village of Mineola (since 1997)
- Jericho Water District (since 2019)
- Port Washington Water District (since 1998)
- Village of Old Westbury (since 2016)
- Village of Sands Point (since 1998)
- Westbury Water District (since 1999)

Working with many of Long Island's municipalities and public agencies, Mr. Merklin has honed his expertise in water supply engineering, as well as civil and municipal engineering. This unique experience provides him with invaluable knowledge and expertise that he leverages to meet his clients' expectations and requirements. As such, Mr. Merklin offers proven expertise in the following areas:

Water Supply Engineering

- Water Supply Wells
- Packed Tower Aeration Systems (PTAS)
- Granular Activated Carbon (GAC)
- Advanced Oxidation Process (AOP) for 1,4-Dioxane Removal
- Iron and Manganese Filtration
- Ion Exchange for Nitrate Removal
- Chemical Storage and Handling
- Water Storage Tank Design and Inspection
- Booster Pumping Stations
- Distribution System Piping
- Distribution System Hydraulic Modeling
- Electrical Service
- Standby Generators
- SCADA Systems
- Global Information Systems (GIS)
- Master Plans and Capital Plans
- Annual Water Quality Reports
- Emergency Response Plans

# WILLIAM D. MERKLIN, P.E.

- Vulnerability Assessments
- Cyber Security
- Water Conservation Plans
- Spill Prevention Reports
- Emergency Response Assistance
- Regulatory Compliance Assistance
- Water Rate Studies

Civil and Municipal Engineering

- Roadway Improvements and Resurfacing
- Curb and Sidewalk Replacements
- Drainage Modeling
- Draining Infrastructure Improvements
- Recharge Basins
- Green Infrastructure
- Stormwater Management Plans
- MS4 Permit Compliance
- Dry Weather Outfall Inspections
- Storm Drain Network and Systems Mapping (GIS)
- SWPPP Preparation, Review and Inspection
- Best Management Practices (BMP) Manuals
- Salt Storage Sheds
- Planning Board Reviews
- EPA and DEC Audit Assistance

Through his extensive experience, Mr. Merklin has gained in-depth familiarity of the regulatory requirements that affect water supply and civil engineering projects. His understanding of these requirements ensures that projects obtain local county and municipal approvals in support of construction rights-of-way and easements to create a clear path for project progress. Mr. Merklin is experienced working with the following agencies:

- New York State Department of Environmental Conservation (NYSDEC)
- United States Environmental Protection Agency (USEPA)
- New York State Department of Health (NYSDOH)
- Nassau County Department of Health (NCDH)
- Suffolk County Department of Health Services (SCDHS)
- Westchester Country Department of Health (WCDOH)
- New York State Department of Parks, Recreation and Historic Preservation (SHPO)
- Army Corps of Engineers
- Nassau County Fire Marshal (NCFM)
- Governor's Office of Storm Recovery (GOSR)
- Environmental Facilities Corporation (EFC)
- Federal Emergency Management Agency (FEMA)



D&B Engineers and Architects, P.C.

**EXHIBIT B**

**DVIRKA AND BARTILUCCI**
CONSULTING ENGINEERS

A DIVISION OF D&B ENGINEERS AND ARCHITECTS, P.C.

330 Crossways Park Drive, Woodbury, New York 11797-2015

516-364-9890 • 718-460-3634 • Fax: 516-364-9045 • www.dvirkaandbartilucci.com

**Board of Directors**

Henry J. Chlupsa, P.E., BCEE
*President & Chairman*

Steven A. Fangmann, P.E., BCEE
*Executive Vice President*

Robert L. Raab, P.E., BCEE
*Vice President*

**Vice Presidents**

Richard M. Walka
*Senior Vice President*

Joseph H. Marturano
*Senior Vice President*

Dennis F. Koehler, P.E.
*Senior Vice President*

Garrett M. Byrnes, P.E.
*Vice President*

Thomas P. Fox, P.G.
*Vice President*

William D. Merklin, P.E.
*Vice President*

Michael Neuberger, P.E.
*Vice President*

Kenneth J. Pritchard, P.E.
*Vice President*

Theodore S. Pytlar, Jr.
*Vice President*

Michael E. Urtnowski
*Vice President*

Brian M. Veith, P.E.
*Vice President*

Charles J. Wachsmuth, P.E.
*Vice President*

**Dir. of Architecture**

André H. Keel, R.A.

**Senior Associates**

Steven M. Cabrera
Christopher M. Clement
Rob J. DeGiorgio, P.E., CPESC
Joseph A. Fioraliso, P.E.
Michael R. Hofgren
Richard W. Lenz, P.E.
Philip R. Sachs, P.E.
Daniel Shabat, P.E.

**Associates**

Joseph F. Baader
Rudolph F. Cannavale
Ellen R. DeOrsay
Matthew R. DeVinney, P.E.
Frank DeVita
Christopher W. Francis
Christopher Koegel, P.E.
Christopher M. LeHanka
James J. Magda
Olga Mubarak-Jaramillo
Roger W. Owens
Robbin A. Petrella
Edward J. Reilly
Jason R. Tonne

June 11, 2013

John Reinhardt, Commissioner
Department of Water
Town of Hempstead
1995 Prospect Avenue
East Meadow, NY 11554

Re:     Proposal for Engineering Services
        VOC Treatment at Wells 7A, 8A and 13
        Levittown Water District

Dear Mr. Reinhardt:

As requested, Dvirka and Bartilucci Consulting Engineers (D&B) is pleased to submit this proposal for engineering services associated with the design and construction of VOC treatment at Wells 7A, 8A and 13 in the Levittown Water District.

Recent routine water quality sampling performed by the Town has shown the presence of volatile organic compounds (VOCs) in these wells. The contaminants found in these wells are as follows:

| Contaminant Name | Wells 7A & 8A | Well 13 |
|---|---|---|
| Freon 113 | X | ✓ |
| 1,1 dichloroethene | ✓ | X |
| m+p xylene | ✓ | X |
| 1,1 dichloroethane | ✓ | X |

<u>Wells 7A and 8A</u>

Wells 7A and 8A are on the same site located on Bowling Lane. The contaminants detected in these wells are currently at low concentrations and can be effectively removed using granular activated carbon (GAC) filtration. However, the source of this contamination is not currently known, therefore, the potential maximum influent concentration is not known. During the design report investigation, an effort will be made to identify the source and potential maximum influent concentration. A decision will be made at that time whether to use a GAC filtration or packed tower aeration treatment system. In either case, the site is suitably sized to accommodate the treatment system.

DVIRKA AND BARTILUCCI
CONSULTING ENGINEERS

John Reinhardt, Commissioner                                                    Page 2
Department of Water
Town of Hempstead
June 11, 2013

The electric service, switchgear and MCC at this site have been recently upgraded. Modifications to this equipment will be limited to only that which is required for the new treatment facility. Additional work at this site will include modifications to the lime slurry storage and feed system. If GAC filtration is selected, the building will be designed for the treatment vessels to be partially underground resulting in a reduced roof height as compared to other Town owned GAC facilities. This will minimize the aesthetic impact on the neighborhood. If a packed tower aeration system is selected, the design will include architectural provisions to enclose the tower and for the building to blend into the neighborhood as much as possible.

The work at this site will be included a single bid document with three prime contracts as follows: General Construction, Plumbing Construction and Electrical Construction. The estimated construction cost for this project is $2,300,000 with construction beginning in 2014.

<u>Well 13</u>

Well 13 is located on a separate site on Entry Lane, less than one mile away from the Bowling Lane site. The contaminant detected in this well (Freon 113) cannot be removed with GAC filtration. Therefore a packed tower aeration system will be required at this site. The existing electrical system will be upgraded and modified to accommodate the new loads. The existing auxiliary engine and drive for the well pump will be removed and a new standby natural gas generator will be installed to power the entire facility. The generator will be installed in a separate walk-in enclosure. An automatic transfer switch will be provided.

It is our understanding that an enclosed tower will not be required at this site.

The work at this site will be included in a single bid document with three prime contracts as follows: General Construction, Plumbing Construction and Electrical Construction. The estimated construction cost for this project is $1,800,000 with construction beginning in 2013.

**ENGINEERING PROPOSAL**

**I.      SCOPE OF SERVICES**

      A.      <u>Preliminary Design Report</u>

            1.   Meet with the Water Department to obtain necessary data and to discuss the project details.

            2.   Procure a radius search of known contamination sites surrounding the wells.

DVIRKA AND BARTILUCCI
CONSULTING ENGINEERS

John Reinhardt, Commissioner                                                    Page 3
Department of Water
Town of Hempstead
June 11, 2013

3.  Request documentation from NYSDEC and/or USEPA for relevant contamination sites.

4.  Evaluate treatment alternatives at each site.

5.  Review capacity of existing well pumps under new pressure conditions.

6.  Prepare a draft design report for review by the Town. A single report will be prepared addressing both sites.

7.  Prepare a cost estimate for the recommended treatment system.

8.  Meet with the Town to discuss their comments on the draft report.

9.  Prepare a final design report incorporating the Town's comments and submit the report to NCDH for approval.

B.  Detailed Design Services

1.  Retain a third party company to mark out the underground utilities at each site.

2.  Prepare a topographic survey of each site.

3.  Solicit bids for soil borings and geotechnical reports at each site.

4.  Prepare conceptual architectural plans and elevations for review by the Town.

5.  Meet with the Town to review the conceptual architectural plans and elevations.

6.  Prepare a separate set of detailed plans and specifications for each site for bidding purposes. Submit drafts for Town review.

7.  Meet with Town to review comments on draft submittals.

8.  Finalize contract documents.

9.  Submit the necessary forms, drawings and specifications to the NCDH for approval.

C.  Bidding and Construction Services

1.  Provide twenty (20) copies of plans and specifications for each contract set for the Town's use in procuring bids.

DVIRKA AND BARTILUCCI
CONSULTING ENGINEERS

John Reinhardt, Commissioner                                            Page 4
Department of Water
Town of Hempstead
June 11, 2013

2.  Answer bidder questions during bid period.

3.  Attend bid openings and make recommendations for the lowest qualified bidders.

4.  Prepare twelve (12) sets of conformed contracts for the Town's use in contract execution.

5.  Attend a preconstruction meeting with the Contractors and the Water Department. Prepare minutes of the meeting.

6.  Review shop drawings for conformance with the project drawings and specifications.

7.  Provide construction services consisting of part time inspection during critical periods of the work.  (D&B estimates that the project will require 440 hours of part-time inspection.)

8.  Attend progress meetings as the work progresses.  Prepare minutes of the meetings.  A total of eight (8) meetings are assumed.

9.  Monitor Contractor's progress.

10. Review Contractor requests for information.

11. Issue supplementary details and instructions if required.

12. Review Contractor construction schedules.

13. Review Contractor requests for change orders.

14. Review Contractor schedule of values.

15. Review Contractors' monthly requests for payment and make recommendation for approval.

16. Make final inspection and recommendation for final acceptance.

17. Submit certification of completed work to NCDH.

18. Prepare punch list for each contract.

19. Review warranties, O&M manuals, manufacturer's certifications and as-built drawings submitted by contractors.

DVIRKA AND BARTILUCCI
CONSULTING ENGINEERS

John Reinhardt, Commissioner                                               Page 5
Department of Water
Town of Hempstead
June 11, 2013

      D.    <u>Start-Up Assistance</u>

         1.  Meeting with NCDH upon completion of construction as required for approval to operate the facility.

         2.  Attend and chair a start-up meeting with the Town and Contractors.

         3.  Assist the Town during the start-up and testing of the new system.

## II.    FEES

The fees for the engineering services described in Section I – Scope of Services, will not exceed the following:

| | |
|---|---|
| Preliminary Design Report | $23,000 |
| Detailed Design Services | $205,000 |
| Outside Services* | $17,000 |
| Bidding and Construction Services | $188,000 |
| Start-Up Assistance | $26,000 |
| Total | $459,000 |

*Outside services include utility contamination search, mark out, soil borings and geotechnical report. These services will be billed to the Town at cost without markup.

The Town will be invoiced monthly based on the hourly billing rates of employees in accordance with the mutually agreed upon salary schedule.

If you require further information or have any questions, please feel free to call to me.

                             Very truly yours,

                             William D. Merklin, P.E.
                             Vice President

WDMt/kap
•PX6633\WDM050313JR(R01)

**EXHIBIT C**



**TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
LEVITTOWN WATER DISTRICT**



# Design Report
# Packed Tower Aeration System
# Wells 7A & 8A

**August 2014
(Revised February 2016)**

*Prepared By:*



D&B Engineers
and
Architects, P.C.

Known as Dvirka and Bartilucci Consulting Engineers

TOWN OF HEMPSTEAD

DEPARTMENT OF WATER

LEVITTOWN WATER DISTRICT

DESIGN REPORT

PACKED TOWER AERATION SYSTEM

WELLS 7A & 8A

PREPARED BY

D&B ENGINEERS AND ARCHITECTS, P.C.

WOODBURY, NEW YORK

AUGUST 2014

(REVISED FEBRUARY 2016)

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
**LEVITTOWN WATER DISTRICT**
**DESIGN REPORT**
**PACKED TOWER AERATION SYSTEM**
**WELLS 7A & 8A**

TABLE OF CONTENTS

| Section | Title | Page |
|---|---|---|
| **1.0** | **INTRODUCTION** | 1-1 |
| 1.1 | General | 1-1 |
| 1.2 | Background Information | 1-3 |
| **2.0** | **EXISTING FACILITIES AND WATER QUALITY HISTORY** | 2-1 |
| 2.1. | Existing Facilities | 2-1 |
| 2.2. | Water Quality History at Well 7A and 8A | 2-1 |
| | 2.2.1 Volatile Organic Compounds | 2-1 |
| | 2.2.2 Iron, Manganese and Nitrate (as N) | 2-8 |
| **3.0** | **TREATABILITY EVALUATION** | 3-1 |
| 3.1 | Design Compounds | 3-1 |
| 3.2 | Required Organic Removal Efficiency | 3-2 |
| 3.3 | DAR-1 Analysis | 3-3 |
| **4.0** | **PROPOSED TREATMENT SYSTEM** | 4-1 |
| 4.1 | Packed Tower Aeration System | 4-1 |
| 4.2 | Blower | 4-5 |
| 4.3 | Transfer Pumps and Booster Pumps | 4-6 |
| 4.4 | Blow-off Piping | 4-6 |
| 4.5 | Well Pumps | 4-7 |
| 4.6 | Off-Gas Treatment | 4-7 |
| 4.7 | Chemical Treatment | 4-8 |
| 4.8 | Aeration Building | 4-9 |
| 4.9 | Site Plan | 4-9 |
| 4.10 | Sampling Taps | 4-11 |
| 4.11 | Control System | 4-11 |

TABLE OF CONTENTS (continued)

| Section | Title | Page |
|---|---|---|

**5.0** **INFRASTRUCTURE SECURITY** ...... 5-1

**6.0** **COST ESTIMATE** ...... 6-1

**List of Figures**

1-1 Location Map ...... 1-2

2-1 Existing Site Plan ...... 2-5

4-1 Piping Schematic ...... 4-2
4-2 Proposed Site Plan ...... 4-3
4-3 Aeration Building Plan ...... 4-10

**List of Tables**

2-1 Levittown Water District Wells – General Information ...... 2-2
2-2 Well 7A and 8A Volatile Organics Summary ...... 2-4

3-1 Henry Constants for Compounds Detected in Well 7A and 8A ...... 3-2
3-2 Maximum Concentrations Detected for Well 7A&8A Design Compounds ...... 3-3
3-3 Model Parameters for DAR-1 Analysis ...... 3-4

4-1 Summary of Packed Tower Aeration System Design Parameters ...... 4-5

**List of Appendices**

Groundwater Sampling Well Locations ...... A

DAR-1 Results Summary ...... B

Cost Estimate Breakdown ...... C

Carbon Usage ...... D

# 1.0   INTRODUCTION

## 1.1   General

The Levittown Water District (LWD), which is operated by the Town of Hempstead Department of Water, serves a primarily residential area of approximately 3.9 square miles and approximately 50,000 residents.  The Water District maintains 15 public water supply wells, nine of which are currently in service.  The locations of the wells are indicated on **Figure 1-1.**

In 2013, the water in Wells 7A and 8A exhibited trace concentrations of volatile organic compounds (VOCs).  Between the beginning of 2012 and the date of this report, the water has exhibited increasing levels of primarily three volatile compounds, 1,1 Dichloroethane (1,1 DCA) in Well 7A and 1,1,2-Trichloro-1,2,2-Triflouroethane (Freon 113) and Tetrachloroethene (PCE) in Well 8A.  Samples collected on May 14, 2013 indicated that the concentrations of Freon 113 were approaching the maximum contaminant level (MCL) for these contaminants.

Since it is essential to maintain the use of Wells 7A and 8A in order to reliably meet the demand for water in the Levittown Water District, the Water District plans to construct a packed tower aeration system to remove 1,1 DCA from Well 7A as well as Freon 113 and PCE from Well 8A.  The proposed system will be constructed to receive the raw water flow from the existing wells and will allow for chemical treatment (disinfection and pH adjustment) of the finished water prior to entering the distribution system.

## 1.2   Background Information

The facilities at the Well 7A and 8A site presently include two 1,200-gpm deep well turbine pumps with 100-horsepower electric motors on both Well 7A and 8A, sodium hypochlorite injection equipment for disinfection and lime injection equipment for pH adjustment.  The equipment is housed within an aboveground well house.  Physical data on Wells 7A and 8A are as follows:



DVIRKA AND BARTILUCCI
CONSULTING ENGINEERS
A DIVISION OF D&B ENGINEERS AND ARCHITECTS, P.C.

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER

N.T.S.

**WELLS 7A AND 8A - LOCATION MAP**

FIGURE 1



F:\3402\FIG\RE3402-FIG1.dwg, 2/21/2014 9:24:01 AM, KSaul

| Well | 7A | 8A |
|---|---|---|
| NYSDEC No. | N-08279 | N-07523 |
| Well Depth (ft) | 547 | 684 |
| Well Pump Capacity (gpm) | 1,200 | 1,200 |
| Well Pump Motor Horsepower | 100 | 100 |
| Well Pump RPM | 1,770 | 1,770 |
| Well Construction Date | 1969 | 1965 |

Regional groundwater flow in the vicinity of Wells 7A and 8A is towards the south.

## 2.0   EXISTING FACILITIES AND WATER QUALITY HISTORY

### 2.1   Existing Facilities

The primary working components of the Levittown Water District water supply system at this time are: nine wells located at six stations, two elevated storage tanks capable of storing a total of 2.5 million gallons and a strong distribution system with major 10-inch and 12-inch loops. The Levittown Water District has five interconnections with neighboring water systems including one with Hicksville Water District, three with Bethpage Water District and one with East Meadow Water District.  Four wells and four booster pumps are equipped with standby generators and two wells are equipped with auxiliary engines and right angle drives.

The average daily pumpage for the district is approximately 4.85 million gallons per day (mgd) and the maximum day pumpage is approximately 11.11 mgd (7,715 gallons per minute).

The capacities of the nine wells in the system are indicated in **Table 2-1**.  It is essential that all of the system wells be available in order to reliably meet demands such as maximum day, maximum hour, maximum day plus fire, a consecutive series of high demand days and average day demand during a power outage.

The water at Wells 7A and 8A is treated with lime to increase the pH for corrosion control.  In addition, sodium hypochlorite is added for disinfection. Both chemicals are currently injected in the well discharge piping within the well station, prior to entering the distribution system.

### 2.2   Water Quality History at Wells 7A and 8A

#### 2.2.1   Volatile Organic Compounds

Well 7A, which is 547 feet deep, and screened in the Magothy aquifer, has shown

**Table 2-1**

**LEVITTOWN WATER DISTRICT WELLS**
**GENERAL INFORMATION**

| Well No. | Permit Capacity (gpm) | Actual Capacity (gpm) | Treatment* |
|---|---|---|---|
| 1A | 1,380 | 1,360 | Packed Tower Aeration |
| 2A | 1,320 | 1,120 | Packed Tower Aeration |
| 5A | 1,320 | 1,000 | Packed Tower Aeration |
| 6B | 1,380 | 1,000 | Packed Tower Aeration |
| 7A | 1,200 | 1,240 | None |
| 8A | 1,200 | 1,100 | None |
| 12 | 1,200 | 1,000 | None |
| 13 | 1,200 | 1,200 | None |
| 14 | 1,200 | 370 | None |
| Total | | 9,390 | |
| With Largest Out | | 8,030 | |

*All wells receive lime and sodium hypochlorite as part of their treatment.

increasing levels of 1,1-Dichloroethane (1,1 DCA) in the past several months, as shown in **Table 2-2**. Well 8A, which is 684 feet deep, and also screened in the Magothy aquifer, has shown increasing levels of 1,1,2-Trichloro-1,2,2-Triflourothane (Freon 113) and Tetrachloroethene (PCE) in the past several months, as shown in Table 2. In May of 2013, the concentrations of Freon 113 neared the Maximum Contaminant Level (MCL) of 5.0 µg/l for this specific compound. In order for the District to continue to provide an adequate supply of water to the distribution system into the future, it is necessary to construct a treatment facility for removal of volatile organic compounds (VOCs) from this water source.

A radius search was performed to identify possible sources of the VOC contamination in Wells 7A and 8A within an approximate 2-mile radius of the wells. Based on the nature of the surrounding properties and information provided in the radius search, none of the surrounding properties within 2 miles represent possible sources of contamination for the LWD public water supply wells. However, the Northrop Grumman Systems Corporation (Grumman) site is located approximately 2 to 2.5 miles north-northeast of the LWD public water supply wells, as depicted on **Figure 2-1**. Based on a groundwater flow direction to the south-southeast, the Grumman site is located up gradient of the LWD wells. Thus the Grumman Superfund site was identified and considered as a possible source:

- Northrop Grumman Systems Corporation – ID# NYD002047967

According to various water quality reports obtained from the New York State Department of Conservation (NYSDEC), the Grumman site is divided into three operable units:

- Operable Unit 1 (OU-1) consists of the former manufacturing plant area;

- Operable Unit 2 (OU-2) consists of the groundwater contamination plume and is a joint operable unit for both the Grumman Site and a Naval Weapons Industrial Reserve Plant site; and

- Operable Unit 3 (OU-3) consists of the Former Grumman Settling Ponds, Grumman Access Road, some adjacent property and impacted groundwater which is not addressed by OU2.

# Table 2-2
## Levittown Water District Wells 7A and 8A Packed Tower Aeration System
## VOC and THM Sampling Data Summary

| | Chemical | MCL (µg/L) | 1/5/2012 | 4/23/2012 | 5/3/2012 | 5/8/2012 | 5/15/2012 | 5/17/2012 | 5/22/2012 | 5/30/2012 | 6/7/2012 | 6/21/2012 | 6/20/2012 | 6/25/2012 | 7/3/2012 | 8/1/2012 | 9/6/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well 7A | Chloroform | 5 | N/D | N/D | 0.55 | N/D | N/D | 1 | 0.53 | N/D | N/D | 0.7 | 0.74 | 0.73 | N/D | 0.54 | 0.61 |
| N-08279 | 1,1-Dichloroethane | 5 | N/D | 0.92 | 1.02 | N/D | N/D | 0.9 | N/D | N/D | N/D | N/D | N/D | 1 | N/D | N/D | N/D |
| | Total VOC | N/A | 0 | 0.92 | 1.57 | 0 | 0 | 1.9 | 0.53 | 0 | 0 | 0.7 | 0.74 | 1.73 | 0 | 0.54 | 0.61 |
| | Total THMs | 80 | N/D | N/D | 0.55 | N/D | N/D | 1 | 0.53 | N/D | N/D | 0.7 | 0.74 | 0.73 | N/D | 0.54 | 0.61 |

| | Chemical | MCL (µg/L) | 10/3/2012 | 11/14/2012 | 12/10/2012 | 1/3/2013 | 2/1/2013 | 3/5/2013 | 4/8/2013 | 5/7/2013 | 6/3/2013 | 7/3/2013 | 7/29/2013 | 8/8/2013 | 8/13/2013 | 8/20/2013 | 8/27/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well 7A | Chloroform | 5 | 0.81 | 0.8 | 0.61 | N/D | 0.9 | 1.1 | 1.13 | 1.32 | 1.01 | 0.99 | 1.45 | 1.47 | 1.6 | 1.45 | 1.46 |
| N-08279 | 1,1-Dichloroethane | 5 | 0.57 | 0.8 | N/D | N/D | 0.8 | 1 | 0.93 | 1 | 0.66 | 0.83 | 0.8 | 0.76 | 0.91 | 0.59 | 0.58 |
| | Total VOC | N/A | 1.38 | 1.6 | 0.61 | 0 | 1.7 | 2.1 | 2.06 | 2.32 | 1.67 | 1.82 | 2.25 | 2.23 | 2.51 | 2.04 | 2.04 |
| | Total THMs | 80 | 0.81 | 0.8 | 0.61 | N/D | 0.9 | 1.1 | 1.13 | 1.32 | 1.01 | 0.99 | 1.45 | 1.47 | 1.6 | 1.45 | 1.46 |

| | Chemical | MCL (µg/L) | 9/5/2013 | 9/9/2013 | 9/19/2013 | 9/27/2013 | 9/30/2013 | 10/7/2013 | 10/17/2013 | 10/23/2013 | 10/31/2013 | 11/8/2013 | 11/14/2013 | 11/20/2013 | 11/25/2013 | 12/2/2013 | 12/12/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well 7A | Chloroform | 5 | 1.65 | 1.47 | 1.76 | 1.89 | 1.57 | 1.61 | 1.38 | 1.37 | 1.31 | 1.12 | 0.88 | 1.58 | 1.69 | 1.62 | 1.51 |
| N-08279 | 1,1-Dichloroethane | 5 | N/D | 0.98 | N/D | N/D | 0.74 | 0.59 | 0.9 | 0.8 | 0.91 | 0.95 | 0.51 | 0.98 | 1.13 | 1.09 | 1.05 |
| | Total VOC | N/A | 1.65 | 2.45 | 1.76 | 1.89 | 2.31 | 2.2 | 2.28 | 2.17 | 2.22 | 2.07 | 1.39 | 2.56 | 2.82 | 2.71 | 2.56 |
| | Total THMs | 80 | 1.65 | 1.47 | 1.76 | 1.89 | 1.57 | 1.61 | 1.38 | 1.37 | 1.31 | 1.12 | 0.88 | 1.58 | 1.69 | 1.62 | 1.51 |

| | Chemical | MCL (µg/L) | 12/16/2013 | 12/23/2013 | 12/30/2013 | 1/6/2014 | 1/13/2014 | 1/23/2014 | 1/27/2014 | 2/3/2014 | 2/10/2014 | 2/20/2014 | 2/24/2014 | 3/3/2014 | 3/10/2014 | 3/17/2014 | 3/28/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well 7A | Chloroform | 5 | 1.67 | 1.6 | 1.58 | 1.63 | 1.41 | 1.83 | 1.45 | 1.53 | 1.43 | 1.57 | 1.57 | 1.58 | 1.53 | 1.58 | 1.55 |
| N-08279 | 1,1-Dichloroethane | 5 | 1.13 | 1.09 | 1.18 | 1.18 | 0.93 | 1.22 | 0.85 | 0.92 | 0.95 | 1.03 | 1.02 | 1.04 | 0.93 | 1.07 | 0.96 |
| | Total VOC | N/A | 2.8 | 2.69 | 2.76 | 2.81 | 2.34 | 3.05 | 2.3 | 2.45 | 2.38 | 2.6 | 2.59 | 2.62 | 2.46 | 2.65 | 2.51 |
| | Total THMs | 80 | 1.67 | 1.6 | 1.58 | 1.63 | 1.41 | 1.83 | 1.45 | 1.53 | 1.43 | 1.57 | 1.57 | 1.58 | 1.53 | 1.58 | 1.55 |

| | Chemical | MCL (µg/L) | 4/3/2014 | 4/7/2014 | 4/14/2014 | 4/21/2014 | 4/28/2014 | 5/5/2014 | 5/13/2014 | 5/20/2014 | 5/27/2014 | 6/2/2014 | 6/9/2014 | 6/16/2014 | 6/24/2014 | 6/30/2014 | 7/7/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well 7A | Chloroform | 5 | 1.5 | 1.47 | 1.64 | 1.87 | 1.66 | 1.81 | 1.61 | 1.53 | 1.62 | 1.84 | 1.82 | 1.75 | 1.85 | 2.02 | 1.59 |
| N-08279 | 1,1-Dichloroethane | 5 | 0.94 | 0.97 | 1.04 | 1.2 | 0.99 | 1.11 | 0.92 | 1.01 | 1.04 | 1.06 | 1.11 | 1.1 | 1.1 | 1.29 | 1.15 |
| | Total VOC | N/A | 2.44 | 2.44 | 2.68 | 3.07 | 2.65 | 2.92 | 2.53 | 2.54 | 2.66 | 2.9 | 2.93 | 2.85 | 2.95 | 3.31 | 2.74 |
| | Total THMs | 80 | 1.5 | 1.47 | 1.64 | 1.87 | 1.66 | 1.81 | 1.61 | 1.53 | 1.62 | 1.84 | 1.82 | 1.75 | 1.85 | 2.02 | 1.59 |

| | Chemical | MCL (µg/L) | 7/14/2014 | 7/24/2014 | 7/29/2014 | 8/4/2014 | 8/11/2014 | 8/18/2014 | 8/27/2014 | 9/2/2014 | 9/8/2014 | 9/18/2014 | 9/22/2014 | 10/2/2014 | 10/6/2014 | 10/16/2014 | 10/20/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well 7A | Chloroform | 5 | 1.74 | 1.75 | 1.93 | 1.93 | 2.03 | 2.18 | 2.11 | 2.1 | 1.58 | 1.81 | 2.1 | 2.06 | 2.15 | 1.83 | 1.79 |
| N-08279 | 1,1-Dichloroethane | 5 | 1.18 | 1.25 | 1.23 | 1.14 | 1.19 | 1.28 | 1.22 | 1.21 | 0.98 | 1.24 | 1.34 | 1.23 | 1.23 | 1.08 | 1.11 |
| | Total VOC | N/A | 2.92 | 3 | 3.16 | 3.07 | 3.22 | 3.46 | 3.33 | 3.31 | 2.56 | 3.05 | 3.44 | 3.29 | 3.38 | 2.91 | 2.9 |
| | Total THMs | 80 | 1.74 | 1.75 | 1.93 | 1.93 | 2.03 | 2.18 | 2.11 | 2.1 | 1.58 | 1.81 | 2.1 | 2.06 | 2.15 | 1.83 | 1.79 |

| | Chemical | MCL (µg/L) | 10/27/2014 | 11/3/2013 | 11/10/2014 | 11/17/2014 | | Maximum |
|---|---|---|---|---|---|---|---|---|
| Well 7A | Chloroform | 5 | 1.92 | 1.57 | 1.91 | 1.15 | | 2.18 |
| N-08279 | 1,1-Dichloroethane | 5 | 1.11 | 1.05 | 1.16 | 1 | | 1.34 |
| | Total VOC | N/A | 3.03 | 2.62 | 3.07 | 2.15 | | 3.46 |
| | Total THMs | 80 | 1.92 | 1.57 | 1.91 | 1.15 | | 2.18 |

# Table 2-2
## Levittown Water District Wells 7A and 8A Packed Tower Aeration System
### VOC and THM Sampling Data Summary

| | Chemical | MCL (µg/L) | 1/5/2012 | 4/23/2012 | 5/3/2012 | 5/8/2012 | 5/15/2012 | 5/17/2012 | 5/22/2012 | 5/30/2012 | 6/7/2012 | 6/13/2012 | 6/20/2012 | 6/25/2012 | 7/3/2012 | 7/20/2012 | 7/24/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well 8A | Freon 113 | 5 | N/D | 1.11 | 1.01 | 1.03 | 1.01 | 1.9 | 1.12 | 1.05 | N/D | 1.21 | 1.26 | 1.24 | 1.17 | N/D | N/D |
| N-07523 | Tetrachloroethene | 5 | N/D | N/D | N/D | N/D | N/D | 0.6 | N/D | N/D | N/D | 0.74 | N/D | N/D | N/D | N/D | N/D |
| | Total VOC | N/A | 0 | 1.11 | 1.01 | 1.03 | 1.01 | 2.5 | 1.12 | 1.05 | 0 | 1.95 | 1.26 | 1.24 | 1.17 | 0 | 0 |
| | Total THMs | 80 | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D |

| | Chemical | MCL (µg/L) | 8/1/2012 | 8/14/2012 | 8/21/2012 | 8/28/2012 | 9/6/2012 | 10/3/2012 | 11/14/2012 | 12/10/2012 | 1/3/2013 | 2/1/2013 | 3/5/2013 | 4/15/2013 | 5/7/2013 | 5/23/2013 | 5/29/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well 8A | Freon 113 | 5 | 1.19 | 1.6 | 1.57 | N/D | N/D | 1.68 | N/D | 0.6 | 1.24 | 2.2 | 2.1 | 2.31 | 2.76 | 2.46 | 2.25 |
| N-07523 | Tetrachloroethene | 5 | N/D | N/D | 0.59 | 0.63 | N/D | 1.44 | N/D | N/D | N/D | 0.55 | N/D | N/D | 0.63 | N/D | N/D |
| | Total VOC | N/A | 1.19 | 1.6 | 2.16 | 0.63 | 0 | 3.12 | 0 | 0.6 | 1.24 | 2.75 | 2.1 | 2.31 | 3.39 | 2.46 | 2.25 |
| | Total THMs | 80 | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D |

| | Chemical | MCL (µg/L) | 6/3/2013 | 6/12/2013 | 6/17/2013 | 7/3/2013 | 7/11/13 | 7/15/2013 | 7/23/2013 | 7/29/2013 | 8/8/2013 | 8/13/2013 | 8/20/2013 | 8/27/2013 | 9/5/2013 | 9/9/2013 | 9/19/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well 8A | Freon 113 | 5 | 2.39 | 2.51 | 2.68 | 1.67 | 2.57 | 2.69 | 3.28 | 3.16 | 3 | 3.15 | 2.99 | 3.12 | 3.09 | 3.17 | 3.02 |
| N-07523 | Tetrachloroethene | 5 | N/D | N/D | N/D | N/D | 0.51 | 0.5 | N/D | 0.64 | 0.62 | 0.69 | 0.52 | N/D | N/D | 0.63 | N/D |
| | Total VOC | N/A | 2.39 | 2.51 | 2.68 | 1.67 | 3.08 | 3.19 | 3.28 | 3.8 | 3.62 | 3.84 | 3.51 | 3.12 | 3.09 | 3.8 | 3.02 |
| | Total THMs | 80 | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D |

| | Chemical | MCL (µg/L) | 9/23/2013 | 9/30/2013 | 11/25/2013 | 3/17/2014 | 4/21/2014 | 6/12/2014 | | Maximum |
|---|---|---|---|---|---|---|---|---|---|---|
| Well 8A | Freon 113 | 5 | 3.06 | 2.97 | N/D | N/D | 1.18 | N/D | | 3.28 |
| N-07523 | Tetrachloroethene | 5 | N/D | 0.56 | N/D | N/D | N/D | N/D | | 1.44 |
| | Total VOC | N/A | 3.06 | 3.53 | 0 | 0 | 1.18 | 0 | | 3.84 |
| | Total THMs | 80 | N/D | N/D | N/D | N/D | N/D | N/D | | 0 |



F/3402/FIGURES3402-FIG2.dwg, FIG-2, 3/7/2014 11:31:54 AM, kalealus

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD
LEVITTOWN WATER DISTRICT

**EXISTING SITE PLAN**

SCALE: 1"=40'

FIGURE 2

Currently, a large VOC groundwater plume extends from the Grumman Site and is actively migrating towards the south-southeast. This VOC plume consists of the OU-2 groundwater plume and the OU-3 groundwater plume, which are comingled at certain depths; however, the OU-2 groundwater plume is significantly larger in area. The off-site OU-2 plume is larger than 3,000 acres in size and ranges from approximately 150 to 750 feet deep, extending into the deep Magothy aquifer, including to the depths of the LWD public water supply well screen zones. In addition to various chlorinated VOCs, polychlorinated biphenyls (PCBs) and metals, the OU-2 groundwater plume includes the contaminants detected in Levittown Water District Wells 7A and 8A.

Based on the various groundwater reports obtained from the NYSDEC, LWD Wells 7A and 8A appear to be located along the southwestern edge of the OU-2 Grumman plume. As depicted in Appendix 1 there are few groundwater monitoring wells located in the immediate vicinity of the LWD wells. Other than the outpost monitoring wells discussed below, the closest groundwater monitoring wells (GM-34D and GM-34D2) are approximately 1-mile northeast of the LWD wells. These two wells are screened in the Magothy aquifer to a maximum depth of approximately 520 feet. The available data indicates consistent elevated VOC concentrations, with the most recent available data collected in June 2013 showing total VOC concentrations of up to 190 µg/l. In addition, the three VOCs detected in the LWD wells are present at the GM-34 location.

Due to the known VOC contamination migrating from the Grumman site, the NYSDEC required that a Public Water Supply Contingency Plan (PWCP) be developed as part of the selected remedy. As such, Arcadis prepared a PWCP dated July 22, 2003, which consisted of groundwater plume modeling and selecting locations for the installation of outpost monitoring wells (OPMWs). OPMWs were proposed to be installed up gradient of select public supply wells in order to provide an early warning of VOC plume migration towards the public supply wells. Trigger values, representing maximum VOC concentration limits, were established for each of the OPMWs and were developed to provide for approximately five years early warning prior to VOCs being detected in the down gradient supply well. An exceedance of a trigger value requires two additional confirmatory rounds of sampling. If confirmatory sampling indicates that

a trigger value has been reached, wellhead treatment or comparable alternate measures would be provided, with negotiations to be conducted with the water district.

Based on the 2003 groundwater flow and solute transport modeling, the PWCP determined that municipal supply well N5303 (LWD Well 13) was a potential receptor of the groundwater plume, but influent concentrations would remain below 0.5 µg/l over a 30 year period. Two OPMWs (BPOW-4-1 and BPOW-4-2) were installed approximately 700 to 800 feet up gradient of LWD Well 13, as a conservative measure. Note that OPMWs were not installed up gradient of LWD Wells 7A and 8A. According to field measurements obtained from the Arcadis 2010 Annual Report, outpost monitoring wells BPOW-4-1 and BPOW-4-2 are approximately 692 and 764 feet in depth, respectively. The locations of the installed OPMWs are depicted in **Appendix A**.

D&B reviewed available analytical data for OPMWs BPOW 4-1 and BPOW 4-2 provided by NYSDEC. Analytical data made available to D&B includes data from the first quarter of 2010 through the second quarter of 2013; however, several rounds of analytical data throughout this time period were not available. Based on a review of the analytical data, total VOC concentrations in OPMWs BPOW 4-1 and BPOW 4-2 have exhibited an increasing trend, with Freon-113 consistently detected in these wells, and more recently 1,1-DCE and TCE. Freon-113 has been detected in OPMWs BPOW 4-1 and BPOW 4-2 at least as early as February 2010 with concentrations of 0.87 µg/l and 0.44 µg/l, respectively.

According to available information, the total VOC trigger value for the OPMWs of 1.5 µg/l was first exceeded in BPOW 4-1 in March 2012. Two rounds of confirmatory sampling at BPOW 4-1 (completed in May 2012) indicate that total VOCs exceeded the trigger value of 1.5 µg/l, at concentrations of 2.1 µg/l and 1.9 µg/l, respectively. In addition, BPOW 4-2 first exceeded the trigger value in the fourth quarter of 2012. It is important to note that both BPOW 4-1 and BPOW 4-2 continue to exceed the trigger value, including during a recent sampling event during the second quarter of 2013, with total VOC concentrations of 4.0 µg/l and 1.8 µg/l, respectively.

Based on the EDR review and review of available documentation associated with the Grumman Site, it is likely that the VOCs detected in the LWD wells are attributable to the VOC plume migrating from the Grumman Site, specifically the OU-2 groundwater plume. Quarterly groundwater sampling data obtained from NYSDEC indicates that the Grumman plume contains all of the VOCs detected in the LWD wells, and is present at similar depths as the screen zones of the LWD wells. The VOC detections discussed above in OPMWs located immediately up gradient of the LWD wells indicate that groundwater in the vicinity of the LWD wells is impacted with Grumman-related VOCs. According to the PWCP, the trigger value exceedances detected at OPMW BPOW 4-1 indicate that the water district should be provided with remedial measures to protect the LWD wells.

### 2.2.2   Iron, Manganese and Nitrate (as N)

The concentration of iron in Well 7A is 0.12 mg/l and is below the MCL and should not interfere with the effective performance of the packed tower aeration system.  The concentration of iron in Well 8A is below the detection limit of 0.05 mg/l and should not interfere with the effective performance of the packed tower aeration system.  The concentration of manganese in Wells 7A and 8A is below the detection limit of 0.01 mg/l and should not interfere with the effective performance of the packed tower aeration system.

The nitrate concentration in Well 7A was 4.44 mg/l and the concentration in Well 8A was 2.88 during 2013, both of which are below the MCL of 10.0 mg/l and are not considered to be a threat to the continued use of these wells.

# 3.0    TREATABILITY EVALUATION

A packed tower aeration system will effectively treat the organic compounds detected in Levittown Water District's Wells 7A and 8A.  Design criteria for the proposed packed tower aeration system are developed in this section.

## 3.1    Design Compounds

Contaminants observed in Wells 7A and 8A that have exhibited an increasing trend in recent months include 1,1-Dichloroethane (1,1 DCA), 1,1,2-Trichloro-1,2,2-Triflouroethane (Freon 113), and Tetrachloroethene (PCE).  It is projected that these trends may continue and the concentrations of these particular contaminants may significantly exceed the MCL. Additionally, the plume from which these compounds originated contains up to 420 µg/l of Trichloroethylene (TCE) which, if the plume continues as it has been, may ultimately reach Wells 7A and 8A.  Thus the design compounds for the treatment system have been determined to be 1,1-DCA, Freon 113, PCE and TCE.

Dilute solutions containing organic compounds, such as contaminated groundwater, behave according to Henry's Law, which states that at any interface between aqueous (liquid) and gaseous (air) phases, the concentration of a compound at the interface follows a linear relationship, as follows:

$$C_g = HC_L$$

where     $C_g$     =     molar concentration of compound at gas phase interface

$C_L$     =     molar concentration of compound at liquid phase interface

H     =     Henry Constant (unitless)

Compounds with relatively high Henry Constants tend to transfer readily from liquid to gas phases and as a result, are generally well suited for treatment using packed tower aeration.

Henry Constants for the design compounds for the Well No. 7A and 8A treatment system, as determined by the USEPA are listed in **Table 3-1**.

<div align="center">

**Table 3-1**

**HENRY CONSTANTS FOR WELL 7A AND 8A DESIGN COMPOUNDS**

</div>

| Design Compounds | Henry Constant @ 10° C (Unitless) |
|---|:---:|
| Chloroform | 3.67 |
| 1,1-Dichloroethane (1,1-DCA) | 0.23 |
| 1,1,2-Trichloro-1,2,2-Triflouroethane (Freon 113) | 16 |
| Tetrachloroethene (PCE) | 0.75 |
| Trichloroethylene (TCE) | 0.42 |

All of these compounds exhibit Henry Constants which are within the ability of packed tower aeration to effectively reduce the concentrations of these organic contaminants from the groundwater.

## 3.2    Required Organic Removal Efficiency

The packed tower aeration system proposed for Wells 7A and 8A will be designed to provide effluent concentrations of less than 20 percent of the New York State Department of Health (NYSDOH) drinking water standard for each design organic compound.  This criterion suggests a maximum design effluent concentration of 1.0 µg/l for each of the design compounds. At no time will effluent organic concentrations exceed NYSDOH drinking water standards.

The design influent VOC concentrations will be determined by the maximum measured concentrations of each of the contaminants upstream of Wells 7A and 8A as provided by the NYSDEC for the Grumman OU-2 plume.  The maximum concentrations in the plume at the approximate depth of the wells (520 ft.) are presented in **Table 3-2**.

**Table 3-2**

**MAXIMUM CONCENTRATIONS DETECTED IN THE GRUMMAN OU-2 PLUME FOR WELL 7A AND 8A DESIGN COMPOUNDS**

| Design Compounds | Maximum Concentration Detected in Grumman OU-2 Plume (2012) (Influent Design Criteria) (µg/l) | Required Removal Efficiency (%) |
|---|---|---|
| Chloroform | 4.2 | 76.19 |
| 1,1-Dichloroethane (1,1-DCA) | 5.8 | 82.76 |
| 1,1,2-Trichloro-1,2,2-Triflouroethane (Freon 113) | 8.6 | 88.37 |
| Trichloroethylene (TCE) | 420 | 99.76 |
| Tetrachloroethene (PCE) | 12 | 91.67 |

These concentrations far exceed the maximum influent concentrations reported in Well 7A and 8A. The removal efficiency required to provide an effluent concentration of 1.0 µg/l at these influent concentrations is presented in **Table 3-3**.

## 3.3    DAR-1 Analysis

An initial screening of the packed tower emissions source impacts was completed using the NYSDEC's DAR-1 modeling software. This modeling allows for the determination of long-term (annual) and short-term (1 hour) impacts of the tower emissions on surrounding areas. The model was used on the wells to determine if there would be any impacts from any of the tower's influent constituents. The parameters used in this model are shown in **Table 3-3** below. For our packed tower aeration system the only constituent that violated the Annual Guideline Concentration (AGC) set forth by the NYSDEC was Trichloroethylene (TCE).

**Table 3-3**

**MODEL PARAMETERS FOR DAR-1 ANALYSIS OF THE PACKED TOWER AERATION SYSTEM**

| Design Parameters | Packed Tower Aeration System | Vapor-Phase GAC Off-Gas Treatment System Effluent |
|---|---|---|
| Water Flow Rate | 2,400 GPM | 2,400 GPM |
| Model Height Above Structure | 0 ft | 5 ft |
| Model Stack Height | 25 ft | 30 ft |
| Stack Outlet Diameter | 63 in[1] | 20 in[2] |
| Exit Temperature | 52° F | 52° F |
| Model Exit Velocity | 0.01 ft/s[3] | 85.8 ft/s |
| Model Exit Flow Rate | 0.01 ACFM[3] | 11,230 ACFM |
| Shortest Distance to Property Line | 125 ft | 125 ft |
| Building Width | 40 ft | 40 ft |
| Building Length | 65 ft | 65 ft |
| Direction Building Length is Facing | 0° | 0° |
| UTME | 626110 | 626110 |
| UTMN | 4508693 | 4508693 |
| UTM Zone | 18 | 18 |

Notes:   1.  An equivalent outlet diameter has been calculated to equate to the dimensions of the tower vent ring.
2.  An equivalent outlet diameter has been calculated to equate to the dimensions of the off-gas treatment vent stack.
3.  At the NCDH's request, exit velocity and flow rate are considered to be negligible due to the PTAS horizontal exhaust condition.

The model determined that TCE at its maximum design influent concentration of 420 µg/l would be present in the packed tower emissions in sufficient quantity to violate the AGC of 0.2 µg/m³.  An influent water TCE concentration of 420 µg/l produced a maximum of 7.31 µg/m³ of air emissions at 128 feet from the tower when the ISCLT2 Model was utilized.  The Short-term Guideline Concentration (SGC) of 40,000 µg/m³ was not violated under any condition.  The lowest concentration of TCE which will cause a violation of the AGC to occur is

11 µg/l. Additionally, at 420 µg/l of TCE, the tower would only be allowed to operate 230 hrs/yr before violating the AGC. If a vertical discharge arrangement is utilized, the tower will violate the AGC at an influent concentration of 15 µg/l which would equate to an operational period of 312 hrs/yr. Due to the fact that the design influent concentrations of TCE cause a violation of the AGC it is necessary for the District to install off-gas treatment at Wells 7A & 8A.

Because the District requires use of this station at all times, reducing the usage of the wells is not an option, nor was it found to be particularly effective at reducing the concentration of TCE. Therefore a method of treating the off-gas to below the NYSDEC DAR-1 limits must be utilized. The most common method of off-gas treatment utilizes vapor phase activated carbon to adsorb and remove the VOCs from the off-gas. These systems are capable of 95% removal of VOCs from the off-gas of the packed tower aeration system. When one of these systems was incorporated into the DAR-1 modeling by decreasing loading of VOCs to 5% of their design amounts and ducting the effluent from the vapor phase carbon system to a height of 30 feet using a vertical discharge arrangement, the maximum concentration of TCE observed by ISCLT2 falls to 0.087 µg/m$^3$ at 167 feet from the tower which is well below both the SGC and AGC limits. The maximum allowable influent concentration (assuming 95% removal by the off-gas system) was determined via DAR-1 and ISCLT2 to be 960 µg/l of TCE which resulted in an emissions concentration of 0.199 µg/m$^3$ at 167 feet from the tower when the ISCLT2 Model is utilized. Freon 113 is not readily treated by carbon adsorption but with a maximum projected influent concentration of 8.6 µg/, the resulting concentration in the off-gas will be 0.388 ppb, well below the AGC of 180,000 ppb. 1,1-DCA is not readily treated by carbon adsorption but with a maximum projected influent concentration of 5.8 µg/l the resulting concentration in the off-gas will be 0.262, well below the AGC of 0.63 ppb. Thus a packed tower aeration system with a vapor phase activated carbon adsorption system for off-gas treatment is an acceptable solution.

One alternative for off-gas treatment that needs to be considered is installation of a rotor concentrator thermal oxidation system. The rotor concentrator thermal oxidation system for the treatment of off-gas is not a feasible alternative for the following reasons:

- A waste stream will be produced and need to be contained and disposed of.

- Secondary emissions of the oxidization process include NOx, CO, and HCI in concentrations which would exceed the AGCs put forth in DAR-1.

Other alternatives to packed tower aeration treatment at Wells 7A & 8A that need to be considered are installation of a GAC adsorption treatment plant at the site and drilling of a new well elsewhere in the District.  Implementing GAC adsorption treatment at Wells 7A & 8A for the removal of the VOCs is not a feasible alternative for the following reasons:

- Two of the influent contaminants, Freon 113 and 1,1 DCA, cannot be readily treated by GAC adsorption.

- The operating cost for replacing the GAC media will be significant due to the high design concentrations of TCE in the source water.

Installation of a new well at a different site within the District is also not a feasible alternative to packed tower aeration treatment for the following reasons:

- Any new wells would require the District to purchase additional property on which to site the wells which would amount to a larger capital cost than the proposed improvements to the existing site.

- Sections of the District are in the likely path of the plume and would thus be unsuitable as a new water source without treatment similar to that to be installed at Wells 7A & 8A.

- Presence of nitrates at some locations within the District where existing wells have been abandoned.

Considering the above, the installation of a packed tower aeration system is the preferred treatment alternative for Wells 7A & 8A.

## 4.0 PROPOSED TREATMENT SYSTEM

The packed tower aeration system will be designed for 2,400 gpm, which is the District's maximum pumping rate for these combined wells. The system will consist of two packed towers in series, a concrete clearwell below each tower, one centrifugal blower and two vertical turbine pumps per tower to deliver treated water from the first clearwell into the second tower and from the second tower into the distribution system. A granular activated carbon off-gas treatment system will treat the off-gas of each tower. The associated controls and electrical systems will be located in the new aeration building. The existing chemical treatment systems shall be maintained in the existing well building, and the packed tower system effluent piping will be routed past the well building for chemical injection.

The proposed packed tower aeration system will be located in the middle of the Well 7A and 8A site next to the existing Well building. This portion of the site is currently unoccupied however it is not obscured from view. The packed tower aeration system and off-gas treatment will be housed in such a way as to mitigate the aesthetic appearance presented to the site's residential neighbors.

**Figure 4-1** shows a schematic of the proposed piping for the packed tower aeration system in conjunction with the existing well station. **Figure 4-2** shows the proposed site plan.

## 4.1 Packed Tower Aeration System

The packed tower aeration system will be designed for a maximum flow of 2,400 gpm and influent concentrations of 420 µg/l of Trichloroethylene (TCE). The treatment system will be designed to reduce this compound to a concentration of 1.0 µg/l or less.

The existing well pumps will be replaced with new pumps designed for the reduced total dynamic head conditions that will result from installation of the aeration treatment system. The

**WELL 7A, 8A**

WELL PUMP 7A    WELL PUMP 8A

VENTURI METER

VENTURI METER

8" BLW

8" BLW

16" INF

16" BLW

BLOWOFF PIT

16" BLW

**AERATION BUILDING**

OFF-GAS TREATMENT

OFF-GAS TREATMENT

VENTURI METER

16" EFF

SODIUM HYPOCHLORITE TANK

SODIUM HYPOCHLORITE METERING PUMP

LIME MIXER

LIME SLURRY METERING PUMP

16" INF

SAMPLE TAP (TYP.)

PACKED TOWER

PACKED TOWER

INTAKE LOUVER AIR FILTER

TRANSFER PUMPS

INTAKE LOUVER AIR FILTER

BOOSTER PUMPS

TOWER DISCHARGE

BLOWER

TOWER DISCHARGE

BLOWER

OVERFLOW

CLEARWELL

CLEARWELL

OVERFLOW

TO DISTRIBUTION SYSTEM

16" EFF

16" EFF



D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD
LEVITTOWN WATER DISTRICT

**FACILITY SCHEMATIC**

SCALE: 1"=40'

FIGURE 3

F:\3402\FIG\RE3402-FIG3.dwg, FIG-3, 3/27/2014 10:50:06 AM, kafesius

10" WATER MAIN

12" WATER MAIN

OFF—GAS TREATMENT VESSELS (TYP. OF 2)

16" WATER MAIN

WELL 7A

WELL 8A

12" WATER MAIN

10" WATER MAIN

PACKED TOWER AERATION BLDG.

WELL BLDG

CONC

CHAIN LINK FENCE

16" WATER MAIN

LIME PIPE SLEEVE

LIME INJECTION VAULT

ASPHALT PAVEMENT

LANE

BOWLING

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD
LEVITTOWN WATER DISTRICT

PROPOSED SITE PLAN

SCALE: 1"=40'

FIGURE 4

modified well pumps will pump influent into the upper distribution tray of the first packed tower.

To treat the influent water to a level of 1 µg/l or less of TCE while keeping the overall tower height below 25 feet the system will require two towers in series. The overall tower height must be 25 feet or less in order to enclose the towers within a building which will mitigate the aesthetic appearance of the towers to the surrounding residents. The towers will each be 11 feet in diameter with a packing bed depth of 17 feet. The tower design TCE concentration has been selected to exceed projected future influent concentrations of any compound likely to be observed in Wells 7A and 8A based upon data from the Grumman OU-2 plume. The packing media will be 2.0-inch Jaeger Tripacks. The air flow rate will be 11,230 cfm creating a volumetric air to water ratio of 35:1. **Table 4-1** summarizes the packed tower aeration system design parameters.

The towers will be constructed of structural grade aluminum and will be designed to withstand all potential live, dead, wind and earthquake forces as required by the New York State Building Code. The internal tower components will be designed to achieve maximum air and water distribution throughout the tower. Three access manways will be provided along each tower shell, one immediately above the influent distribution tray, one at the top of the packing media, and one at the bottom of the packing media.

The towers will be mounted on top of the reinforced concrete clearwell with the base of each tower approximately 0.5 feet above grade elevation. Treated water will be discharged from the towers into the two separated clearwells below.

The towers will be housed inside of a structure designed to be aesthetically pleasing. The structure will be designed to include exterior aspects typical in residential construction and will hide the aluminum aeration towers from view. The building will be constructed with the finished floor as the clearwell top slab. The building housing the towers will have a maximum height of 35 feet to comply with Town of Hempstead Code.

Table 4-1

## SUMMARY OF PACKED TOWER AERATION SYSTEM DESIGN PARAMETERS

| Design Parameter | Value |
|---|---|
| Water Flow Rate | 2,400 gpm |
| Air To Water Ratio | 35:1 |
| Air Flow Rate | 11,230 cfm |
| Number of Towers | 2 |
| Tower Diameter | 11 feet |
| Packed Bed Depth | 17.0 feet |
| Overall Height | 25.0 feet |
| Influent Concentration[1] | 420 µg/l |
| Effluent Concentration[1] | 1.0 µg/l |

[1] Design volatile organic compound (VOC) is TCE.

## 4.2    Blower

The blowers will be centrifugal fans which will draw ambient air through an intake louver, air filter, acoustical silencer, upwards through the packed tower and out of the upper air vents of each packed tower. The blower will then discharge into ductwork which will send the tower off-gas through a vapor phase activated carbon treatment system and then to a discharge point approximately 30 feet above grade. The discharge ductwork will be housed within a brick chimney alongside the treatment building to make it more aesthetically pleasing. An airflow meter will be installed on the suction side ductwork of each blower. The blowers will each have a capacity of 11,230 cfm and will be equipped with 50-horsepower electric motors. The blower orientation allows for the use of only one blower per tower which can handle both the airflow required by the tower for treatment and the discharge to the off-gas treatment system. Additionally the blowers will be fitted with variable frequency drives (VFD) in order to allow for single well operation through the packed tower aeration system. Under single well operation the blowers would operate at a lower airspeed in order to conserve energy.

## 4.3    Transfer Pumps and Booster Pumps

The transfer pumps and booster pumps will be vertical turbine type with a capacity of 1,250 gpm each at 1,760 rpm. The two transfer pumps from the first clearwell will operate at approximately 50 feet of total dynamic head and the two booster pumps leaving the second clearwell will operate at approximately 230 feet of dynamic head to exceed the distribution system pressure.  The two transfer pump motors will be 20 horsepower and the two booster pump motors will be 100 horsepower.  The booster pump motors will reuse the existing 100 horsepower well pump motors if they are found to be suitable after inspection.  The discharge pipe from the two booster pumps will be directed back through a new chemical injection vault outside the well building for lime injection.  A backpressure control valve will be provided for each booster pump in the new aeration building and will control the booster pump flow into the second tower and distribution system respectively.  The treatment system will discharge into the District's distribution system at two different points, consistent with the existing well pump discharge configuration.

## 4.4    Blow-off Piping

A 6-inch blow-off pipe with a manually operated buried gate valve will permit the discharge from the transfer pumps and booster pumps to be diverted to the existing well blow-off pit if it is necessary to waste packed tower effluent water rather than pump it to the distribution system.  The blow-off pit drains into an on-site drainage sump which measures 150 ft by 50 ft with a maximum capacity of approximately 100,000 gallons and which allows the water to drain into the soil.  The existing well blow-off system is currently connected to the existing blow-off pit and can accommodate wasted packed tower effluent generated during disinfection and sampling of the system.  However, the existing well blow-off system is manually operated and will be replaced with an automatic well blow-off system which will serve as additional protection for the packed tower aeration system.

## 4.5     Well Pumps

The existing well pumps will be removed and replaced with new pumps designed to operate at a reduced total dynamic head.  The new operating condition for each well pump will be 1,200 gpm at 135 feet of total dynamic head.  The existing 100 horsepower motors will be removed and replaced with 50 horsepower motors to suit the new well pumps.  The removed 100 horsepower motors will be inspected and if found suitable will be installed on the new booster pumps.  The existing back pressure control valves in the well house will remain and operate under the new total dynamic head conditions of the modified system.

## 4.6     Off-Gas Treatment

An off-gas treatment system will be provided to remove any contaminants from the packed tower aeration system off-gas.  The system will consist of two vapor phase activated carbon adsorption units, one for each tower, as well as all associated ductwork.  The carbon adsorption units will each contain 16,000 lbs. of virgin vapor phase activated carbon to treat the VOCs present in the packed tower off-gas and will be located outside of the treatment building. The carbon adsorption units will be designed for operation at 100% humidity.  The adsorption rate for the TCE under 100% humidity conditions will be 0.048 lbs of TCE per lb of carbon which at the design concentration of 420 µg/L will result in a change out of the carbon every 64 days when operating 24 hours per day at the maximum influent concentration of 420 ppb.  Under 50% humidity conditions the adsorption rate for TCE would be 0.08 lbs of TCE per lb of carbon which at the design concentration of TCE would result in a change out of the carbon every 106 days.  However, dehumidification to 50% is unfeasible due to the creation of a liquid waste stream contaminated with TCE and the other present VOCs condensed from the humid air. Additionally, the costs of heating the air for dehumidification will be excessive.  The effluent air of the adsorption units will be ducted up to a height of 30 feet along the side of the treatment building before discharge.  The effluent air ducts will be housed within chimneys for a more aesthetically pleasing treatment plant.  Each of the vapor phase activated carbon units will have sample taps for sampling the carbon.  The 75% bed depth sample tap will also be provided with a non-selective visual VOC breakthrough detector to assist in determining the breakthrough point.

## 4.7     Chemical Treatment

The existing lime tank and metering pump and sodium hypochlorite injection system are located inside of the existing well building.  The current injection points for chemical treatment are located in the effluent line leaving the building.  The sodium hypochlorite injection point will remain upstream of the packed tower aeration system and will have its dose adjusted to provide an appropriate residual concentration leaving the plant.  However, the lime injection point must be relocated to a location downstream of the new packed tower to prevent accumulation of lime within the packed tower.  To achieve this, the packed tower aeration system effluent pipe will be routed through a new injection vault to the south of the well building, and the lime piping will be rerouted to this new injection vault to provide for pH adjustment of the treatment system effluent.  The lime piping will be housed within secondary containment piping between the well building and the new injection vault.  A new water sampling line will be constructed downstream of the lime injection location on the distribution pipe to bring a sample stream to the existing analyzer equipment within the well building.

The existing chemical safety panel utilizes the well pump motor interlock, a limit switch on the well pump backpressure control valve, and a pressure switch on the well pump discharge pipe as the three safeties.  The chlorine injection safeties will continue to operate with the current setup however, the lime injection safeties must be modified to operate in conjunction with the new booster pumps instead of the well pumps.

A new flow switch will be installed on each of the treated water pipes where the treated water leaves the aeration building, and limit switches will be installed on the new backpressure control valves in the aeration building.  A new chemical safety panel will be installed in the well house to use these safeties as well as an electrical interlock with the new booster pump motor starters to permit lime metering pump operation.

## 4.8    Aeration Building

Figure 5 shows a floor plan of the proposed aeration building.  The building will be architecturally designed to be aesthetically pleasing and will be constructed on top of a reinforced concrete clearwell.  The packed towers will be mounted on top of the clearwells inside of the building.  The clearwells will be constructed with baffle walls to eliminate dead zones. The packed towers will be completely enclosed within the packed tower aeration building in a lofted section to allow for access to the upper hatches on each tower.  The building floor will be 0.5 feet above the existing grade elevation and the building will contain the transfer pumps, booster pumps, blowers, motor control center, packed tower control panel, packed towers, and appurtenances.  The aeration building will be classified as a Utility and Miscellaneous Group U building according to the Building Code of New York State.

Hatches will be provided in the roof of the building to facilitate removal of the vertical turbine transfer and booster pumps, and two access hatches will be installed on the clearwell top slab to permit access to each clearwell.  The aeration building will have one rollup door to allow removal of the blowers and control equipment and two mandoors for daily operations access.

Since the clearwells are located below grade, the overflow for each clearwell must exit through the top slab of the clearwell and terminate in a gooseneck at least 1 foot above grade. This sets the clearwell overflow elevation at 3'-0" above the finished floor.  In order to prevent the packed tower building from flooding due to a potential clearwell overflow all equipment penetrations in the clearwell and the clearwell access hatches must be extended 3'-6" above the finished floor of the building.

## 4.9    Site Plan

**Figure 4-3** shows the proposed site plan. The packed tower and aeration building serving Wells 7A and 8A will be located to the west of the existing well building in the middle of the site.  New below-grade piping will be constructed to direct raw water into the packed tower

EFFLUENT
TO DISTRIBUTION
SYSTEM

VENTURI
METER

BOOSTER
PUMPS

**TOWER B**

CLEARWELL
OVERFLOW

CLEARWELL
ACCESS HATCH

BLOWERS

TRANSFER
PUMPS

ROLL-UP DOOR

VAPOR PHASE
ACTIVATED CARBON
OFF-GAS TREATMENT
UNITS

BAFFLE WALL IN
CLEARWELL

**TOWER A**

INFLUENT FROM
WELLS 7A & 8A

INTAKE LOUVER

CHIMNEY



D&B ENGINEERS
AND
ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD
LEVITTOWN WATER DISTRICT

**AERATION BUILDING PLAN**

SCALE: 1/8"=1'-0"

FIGURE 5

F:\3402\FIGURES\3402-FIG5.dwg, FIG-5, 3/27/2014 10:49:12 AM, kaledsus

aeration system.  New below-grade piping will direct packed tower effluent into a vault adjacent to the well building for pH adjustment, and into the distribution system.  A new below-grade blow-off pipe will convey wasted water from the packed towers into the existing blow-off pit.  Clearwell overflow will be routed into the existing blow-off pit and then on to the drainage sump by means of new gravity drainage pipe.  Additionally all asphalt pavement on the site will be replaced.

## 4.10    Sampling Taps

An existing sampling tap on the Well No. 7A and 8A discharge piping will permit the sampling of raw well effluent prior to treatment, a new sampling tap will be installed on the influent piping of each tower and a new sampling tap will be provided on the base of each tower shell to allow a treated water sample to be collected.  A new sampling tap on each transfer pump and booster pump discharge piping will permit collection of a water sample from each of the clearwells.  A new sample tap will be installed downstream of the lime injection to allow collection of treated water prior to entering the distribution system.

## 4.11    Control System

The operation of the existing well pumps and the new blowers will be coordinated for proper operation of the packed tower aeration system.  There will be four different modes of operation of the packed tower aeration system.  These modes are designed around providing water immediately upon a need for water in the system.  To this end the system will always terminate with the second clearwell full.  The four modes that will be available will be SCADA initiated two well flow, SCADA initiated one well flow, locally initiated two-well flow, and locally initiated one-well flow.

The operating sequence under SCADA initiated two well flow will be to start the Booster Pumps 1 and 2 upon a call for water.  After the lime metering pump flow safeties (from a pressure transducer on each booster pump and a venturi meter downstream of the booster pumps) are satisfied, the lime metering pump will begin to operate.  Once the water level in Clearwell 2

falls below a setpoint a call to run for Transfer Pumps 1 and 2 will be triggered.  Upon this trigger Blower 2 will begin to operate in 2 pump mode via a variable frequency drive (VFD).  After confirmation that the blower is operating, the transfer pumps will be started.  Failure of the blower to operate will prevent operation of the transfer pumps.  Three separate safety devices (an electrical motor starter interlock, amperage meter and a pressure sensor) must detect blower operation in 2 pump mode before the transfer pumps will be permitted to start.  Once the water level in Clearwell 1 falls below a setpoint a call to run for Well Pumps 7A and 8A will be triggered.  Upon this trigger Blower 1 begins to operate in 2 pump mode via VFD.  After confirmation that the blower is operating, the well pumps will be started.  Failure of the blower to operate will prevent operation of the well pumps.  Three separate safety devices (an electrical motor starter interlock, amperage meter and a pressure sensor) must detect blower operation in 2 pump mode before the well pumps will be permitted to start.  The well pumps will initially run to blowoff before being diverted to Packed Tower 1 by automatically actuating valves.  After the sodium hypochlorite metering pump flow safeties (a pressure transducer on each well pump and a venturi meter downstream of each well pump) are satisfied, the sodium hypochlorite metering pump will begin to operate.

The operating sequence under SCADA initiated one well flow will be to start one of the booster pumps (either Booster Pump 1 or 2 will operate based on a manual selector switch set by the Town) upon a call for water.  After the lime metering pump flow safeties (from a pressure transducer on the booster pump and a venturi meter downstream of the booster pump) are satisfied, the lime metering pump will begin to operate.  Once the water level in Clearwell 2 falls below a setpoint a call to run for the transfer pump will be triggered.  Upon this trigger Blower 2 will begin to operate in 1 pump mode via the VFD.  After confirmation that the blower is operating, one of the transfer pumps (either Transfer Pump 1 or 2 will operate based on a manual selector switch set by the Town) will be started.  Failure of the blower to operate will prevent operation of the transfer pump.  Three separate safety devices (an electrical motor starter interlock, amperage meter and a pressure sensor) must detect blower operation in 1 pump mode before the transfer pump will be permitted to start.  Once the water level in Clearwell 1 falls below a setpoint a call to run for the well pump will be triggered.  Upon this trigger Blower 1 will begin to operate in 1 pump mode via the VFD.  After confirmation that the blower is

operating, the well pump (either Well Pump 7A or 8A will operate based on a manual selector switch set by the Town) will be started. Failure of the blower to operate will prevent operation of the well pump. Three separate safety devices (an electrical motor starter interlock, amperage meter and a pressure sensor) must detect blower operation in 1 pump mode before the well pump will be permitted to start. The well pump will initially run to blowoff before being diverted to Packed Tower 1 by automatically actuating valves. After the sodium hypochlorite metering pump flow safeties (a pressure transducer on the well pump and a venturi meter downstream of the well pump) are satisfied, the sodium hypochlorite metering pump will begin to operate.

Locally initiated two well flow mode and locally initiated one well flow mode will operate identically to their SCADA initiated counterparts with the exception of the call for water which will be initiated from a local pressure switch in the distribution system. Local control will only operate in the absence of SCADA control.

Operation of the transfer pumps and well pumps will be controlled by the water level in the clearwells. A low level float switch in Clearwell 2 will start the transfer pumps and a high level float switch in Clearwell 2 will stop the transfer pumps. This ensures that there will always be water available for the booster pumps to send to the distribution system immediately upon a call for water. A low level float switch in Clearwell 1 will start the well pumps and a high level float switch in Clearwell 1 will stop the well pumps. This ensures that there will always be water available for the transfer pumps to send to Packed Tower 2 immediately upon a transfer pump call to run. As a redundancy, the control system will also incorporate an electronic pressure transducer in each clearwell to detect setpoints for a low level condition and high level condition, to control cycling of the transfer pumps and well pumps. The control system will feature selector switches which will allow control of the transfer pumps and well pumps from either the electronic pressure transducer or the float switches.

An emergency high-high level float switch in each clearwell will trigger a high level alarm and shut down the transfer pumps, well pumps and the blower for each respective clearwell to prevent a clearwell overflow condition. An emergency low-low level float switch in each clearwell will trigger a low level alarm and shut down the booster pumps and transfer

pumps for each respective clearwell to prevent a water level below the level required for proper pump operation.  Manual reset will be required for either high level alarms or low level alarms before returning to normal operating mode.

## 5.0    INFRASTRUCTURE SECURITY

In accordance with Ten State Standards, Recommended Standards for Water Works "Policy Statement on Infrastructure Security for Public Water Supplies," existing security features of the facility are reviewed and improvements to reduce vulnerability to intentional acts of vandalism, sabotage, and terrorism are evaluated for inclusion in the project.

The Well 7A and 8A property is protected from unauthorized entry by a continuous 6-foot chain link fence and gates that are maintained locked throughout the day.  To monitor the buildings within the unmanned facility, the Town utilizes a Supervisory Control and Data Acquisition (SCADA) system to provide access control and to monitor for unauthorized entry into each building.  Access control is granted for each authorized plant operator through the use of a magnetic key issued to each individual that is uniquely coded to identify the individual and their respective access permissions.  Authorization to enter the site disarms the alarm monitoring system at the site.  The alarm system is activated each time an operator leaves the site.  The alarm system serves to prevent and alert the Town of unauthorized entry into a building through the use of door switches within each building.   All critical equipment components of each treatment process, including water treatment chemical storage is maintained within buildings that are integrated into the access control and alarm system.  The proposed packed tower aeration building on site will be integrated into the Town's existing access control and alarm system through SCADA.  Where glass windows exist, the openings are obstructed with masonry block to discourage unauthorized entry.  Site lighting is automatically illuminated each night to discourage unauthorized entry and aid in the detection of intruders.  The facility is equipped with signage to encourage the public to report any suspicious activity in the area of the site.

The Town of Hempstead has standardized on certain sizes of well pump motors, chemical feed pumps and instrumentation devices to allow for interchangeability of equipment should critical station components fail or become damaged.  This program allows for key system components to be maintained in storage, preventing procurement lead times associated with the purchase of major components.  For packed tower systems the Town maintains spare blower

belts and air filters at the site to maintain an inventory of replacement parts and reduce the possibility of station downtime in the event that equipment is damaged or expended.

At this time, the existing security and access prevention measures at the Well 7A and 8A facility are considered to be adequate to mitigate the threat of illegal tampering with the water supply system.

## 6.0   COST ESTIMATE

The purpose of this cost estimate is to provide the Town with a budgetary value for funding the construction of the proposed packed tower aeration system. The estimate is based on the conceptual design as presented in this report.

Costs are based on manufacturer quotes for major equipment items and on other similar projects which have been recently completed.   All costs include a 20-percent estimating contingency. Engineering and administrative fees are not included in the estimate.  A breakdown of the cost estimate, as well as an operation and maintenance cost estimate can be found in Appendix C.

The estimated cost, assuming construction begins in 2014, is $3,870,000.

Evaluations of the project budget represent the Engineer's best judgment as a design professional familiar with the construction industry.  It is recognized, however, that neither the Engineer nor the Owner has control over the cost of labor, materials or equipment, over the Contractor's methods of determining bid prices, or over competitive bidding, market or negotiating conditions.  Accordingly, the Engineer cannot and does not warrant or represent that bids or negotiated prices will not vary from the Owner's project budget or from any estimate of the construction cost or evaluation prepared or agreed to by the Engineer.

# APPENDIX A

# GROUNDWATER SAMPLING WELL LOCATIONS



OPERABLE UNIT 2 (SITE 1)
SITE MAP
NAVAL WEAPONS INDUSTRIAL
RESERVE PLANT
BETHPAGE, NEW YORK

TETRA TECH NUS, INC.

FIGURE OU2TT–G1

LEGEND

MONITORING WELL LOCATION

PROPOSED MONITORING WELL LOCATION

VERTICAL PROFILE BORING

PROPOSED VERTICAL PROFILE BORING

WATER SUPPLY WELL

1997 NORTHROP-GRUMMAN BETHPAGE BOUNDARY

1997 NWIRP BETHPAGE BOUNDARY

BUILDING

HIGHWAY

MAJOR LOCAL ROAD

MINOR LOCAL ROAD

SCALE IN FEET

0      1,800      3,600

# APPENDIX B

# DAR-1 RESULTS SUMMARY

Town of Hempstead Department of Water

Levittown Water District

Evaluation of Wells 7A & 8A

DAR-1 Analysis of Packed Tower Aeration System

Table 1

DESIGN PARAMETERS FOR WELLS 7A & 8A

PACKED TOWER AERATION SYSTEM

| Design Parameters | | |
|---|---|---|
| Well Number | 7A | 8A |
| NYSDEC Number | N-08279 | N-07523 |
| Air Flow Rate | 5,615 CFM | 5,615 CFM |
| Water Flow Rate | 1,200 GPM | 1,200 GPM |
| Air/Water Ratio | 35:1 | 35:1 |
| Tower Diameter | 11.5 ft | 11.5 ft |
| Liquid Loading Rate | 23.1 GPM/SF | 23.1 GPM/SF |
| Packed Bed Depth | 17 ft | 17 ft |
| Model Height Above Structure | 0 ft | 0 ft |
| Model Stack Height | 25 ft | 25 ft |
| Stack Outlet Diameter | 63 in[1] | 63 in[1] |
| Exit Temperature | 52° F | 52° F |
| Model Exit Velocity | 0.01 ft/s[2] | 0.01 ft/s[2] |
| Model Exit Flow Rate | 0.01 ACFM[2] | 0.01 ACFM[2] |
| Shortest Distance to Property Line | 125 ft | 125 ft |
| Building Width | 40 ft | 40 ft |
| Building Length | 65 ft | 65 ft |
| Direction Building Length is Facing | 0° | 0° |
| UTME | 626110 | 626110 |
| UTMN | 4508693 | 4508693 |
| UTM Zone | 18 | 18 |

Notes:   1. An equivalent outlet diameter has been calculated to equate to the dimensions of the tower vent ring.
2. At the NCDH's request, exit velocity and flow rate are considered to be negligible due to the PTAS horizontal exhaust condition.

## Table 2

### 3-Year Observed Maximum

| Design Compounds | CAS # | Observed Max Influent (µg/l) | Maximum Concentration (µg/m$^3$) | AGC (µg/m$^3$) | SGC (µg/m$^3$) |
|---|---|---|---|---|---|
| Chloroform | 67-66-3 | 1.09 | 0.049 | 14.7 | 150 |
| 1,1-Dichloroethane | 75-34-3 | 0.67 | 0.030 | 0.63 | N/A |
| 1,1,2-Trichloro-1,2,2-trifluoroethane | 76-13-1 | 1.64 | 0.074 | 180,000 | 960,000 |
| Trichloroethene | 79-01-6 | N/D | N/D | 0.2 | 14,000 |
| Tetrachloroethene | 127-18-4 | 0.72 | 0.033 | 4 | 300 |

## Table 3

### Design Influent

| Design Compounds | CAS # | Design Influent (µg/l) | Maximum Concentration (µg/m$^3$) | AGC (µg/m$^3$) | SGC (µg/m$^3$) |
|---|---|---|---|---|---|
| Chloroform | 67-66-3 | 4.2 | 0.190 | 14.7 | 150 |
| 1,1-Dichloroethane | 75-34-3 | 5.8 | 0.262 | 0.63 | N/A |
| 1,1,2-Trichloro-1,2,2-trifluoroethane | 76-13-1 | 8.6 | 0.388 | 180,000 | 960,000 |
| Trichloroethene | 79-01-6 | 420 | **7.31 @ 128 ft.** | 0.2 | 14,000 |
| Tetrachloroethene | 127-18-4 | 12 | 0.542 | 4 | 300 |

**Table 4**

**Maximum Allowable Influent**

| Design Compounds | CAS # | Max Allowable Influent (µg/l) | Maximum Concentration (µg/m³) | AGC (µg/m³) | SGC (µg/m³) |
|---|---|---|---|---|---|
| Chloroform | 67-66-3 | 320 | 14.48 | 14.7 | 150 |
| 1,1-Dichloroethane | 75-34-3 | 13.5 | 0.610 | 0.63 | N/A |
| 1,1,2-Trichloro-1,2,2-trifluoroethane | 76-13-1 | 420,000 | 18,965.488 | 180,000 | 960,000 |
| Trichloroethene | 79-01-6 | 11 | 0.192 @ 128 ft. | 0.2 | 14,000 |
| Tetrachloroethene | 127-18-4 | 85 | 3.837 | 4 | 300 |

**Table 5**

**DESIGN PARAMETERS FOR WELLS 7A & 8A**

**PACKED TOWER AERATION SYSTEM W/ VERTICAL DISCHARGE**

| Design Parameters | | |
|---|---|---|
| Well Number | 7A | 8A |
| Air Flow Rate | 5,615 CFM | 5,615 CFM |
| Water Flow Rate | 1,200 GPM | 1,200 GPM |
| Model Height Above Structure | 1 ft | 1 ft |
| Model Stack Height | 25 ft | 25 ft |
| Stack Outlet Diameter | 63 in[(1)] | 63 in[(1)] |
| Exit Temperature | 52° F | 52° F |
| Model Exit Velocity | 4.32 ft/s[(2)] | 4.32 ft/s[(2)] |
| Model Exit Flow Rate | 5,615 ACFM[(2)] | 5,615 ACFM[(2)] |
| Shortest Distance to Property Line | 125 ft | 125 ft |
| Building Width | 40 ft | 40 ft |
| Building Length | 65 ft | 65 ft |
| Direction Building Length is Facing | 0° | 0° |
| UTME | 626110 | 626110 |
| UTMN | 4508693 | 4508693 |
| UTM Zone | 18 | 18 |

**Table 6**

**Maximum Allowable Influent w/ Vertical Discharge**

| Design Compounds | CAS # | Max Allowable Influent (µg/l) | Maximum Concentration (µg/m$^3$) | AGC (µg/m$^3$) | SGC (µg/m$^3$) |
|---|---|---|---|---|---|
| Chloroform | 67-66-3 | 320 | 14.48 | 14.7 | 150 |
| 1,1-Dichloroethane | 75-34-3 | 13.5 | 0.610 | 0.63 | N/A |
| 1,1,2-Trichloro-1,2,2-trifluoroethane | 76-13-1 | 420,000 | 18,965.488 | 180,000 | 960,000 |
| Trichloroethene | 79-01-6 | 15 | 0.196 @ 125 ft. | 0.2 | 14,000 |
| Tetrachloroethene | 127-18-4 | 85 | 3.837 | 4 | 300 |

**Table 7**

**DESIGN PARAMETERS FOR WELLS 7A & 8A**

**PACKED TOWER AERATION SYSTEM W/ OFFGAS**

| Design Parameters | | |
|---|---|---|
| Well Number | 7A | 8A |
| Air Flow Rate | 5,615 CFM | 5,615 CFM |
| Water Flow Rate | 1,200 GPM | 1,200 GPM |
| Model Height Above Structure | 5 ft | 5 ft |
| Model Stack Height | 30 ft | 30 ft |
| Stack Outlet Diameter | 63 in[1] | 63 in[1] |
| Exit Temperature | 52° F | 52° F |
| Model Exit Velocity | 42.9 ft/s[2] | 42.9 ft/s[2] |
| Model Exit Flow Rate | 5,615 ACFM[2] | 5,615 ACFM[2] |
| Shortest Distance to Property Line | 125 ft | 125 ft |
| Building Width | 40 ft | 40 ft |
| Building Length | 65 ft | 65 ft |
| Direction Building Length is Facing | 0° | 0° |
| UTME | 626110 | 626110 |
| UTMN | 4508693 | 4508693 |
| UTM Zone | 18 | 18 |

**Table 8**

**Maximum Allowable Influent w/ Offgas**

| Design Compounds | CAS # | Max Allowable Influent (µg/l) | Maximum Concentration (µg/m$^3$) | AGC (µg/m$^3$) | SGC (µg/m$^3$) |
|---|---|---|---|---|---|
| Chloroform | 67-66-3 | 490 | 14.68 | 14.7 | 150 |
| 1,1-Dichloroethane | 75-34-3 | 21 | 0.629 | 0.63 | N/A |
| 1,1,2-Trichloro-1,2,2-trifluoroethane | 76-13-1 | 420,000 | 18,965.488 | 180,000 | 960,000 |
| Trichloroethene | 79-01-6 | 48 | 0.199 @ 167 ft. | 0.2 | 14,000 |
| Tetrachloroethene | 127-18-4 | 130 | 3.895 | 4 | 300 |

# APPENDIX C

# COST ESTIMATE BREAKDOWN

**TOWN OF HEMPSTEAD**
**LEVITTOWN WATER DISTRICT**
**PACKED TOWER AERATION SYSTEM**
**AT WELL 7A AND 8A**
*DESIGN REPORT COST ESTIMATE*

| DESCRIPTION | | ESTIMATED COST | GC | PC | EC |
|---|---|---|---|---|---|
| **DIVISION 1 - ADMINISTRATIVE/INSURANCE:** | | | | | |
| Insurance/Bonds | $ | 20,000 | 6,667 | 6,667 | 6,667 |
| Admin/Shop Dwgs | $ | 15,000 | 5,000 | 5,000 | 5,000 |
| Testing/Startup | $ | 10,000 | 3,333 | 3,333 | 3,333 |
| | | | | | |
| **DIVISION 2 - SITE WORK:** | | | | | |
| Asphalt Pavement | $ | 60,000 | 60,000 | - | - |
| Fencing | $ | 25,000 | 25,000 | - | - |
| Grass Restoration | $ | 5,000 | 5,000 | - | - |
| Excavation/backfilling | $ | 100,000 | 100,000 | - | - |
| Drainage Piping | $ | 25,000 | 25,000 | - | - |
| Demolition/Removals | $ | 25,000 | 25,000 | - | - |
| | | | | | |
| **DIVISION 3 - CONCRETE:** | | | | | |
| Clearwell Slabs | $ | 200,000 | 200,000 | - | - |
| Clearwell Walls | $ | 250,000 | 250,000 | - | - |
| Baffle Walls | $ | 75,000 | 75,000 | - | - |
| Clearwell Top Slabs and Beams | $ | 200,000 | 200,000 | - | - |
| Door Pads | $ | 5,000 | 5,000 | - | - |
| Equpment/MCC Pads | $ | 5,000 | 5,000 | - | - |
| Well pump pad raising | $ | 8,000 | 8,000 | - | - |
| Precast lime injection vault and hatch | $ | 20,000 | 20,000 | - | - |
| Drainage structures | $ | 15,000 | 15,000 | - | - |
| Sidewalks/Curbs | $ | 40,000 | 40,000 | - | - |
| | | | | | |
| **DIVISION 4 - MASONRY:** | | | | | |
| 8" Structural Brick | $ | 219,000 | 219,000 | - | - |
| Stone Coping | $ | - | - | - | - |
| | | | | | |
| **DIVISION 5 - MISC METALS:** | | | | | |
| Pipe Supports | $ | 15,000 | - | 15,000 | - |
| From Arch Estimate | $ | 6,000 | 6,000 | - | - |
| Stairs and Railings and Platforms | $ | 50,000 | 50,000 | - | - |
| Stn Stl Ladders | $ | 10,000 | 10,000 | - | - |
| Grating and supports | $ | 20,000 | 20,000 | - | - |
| | | | | | |
| **DIVISION 6 - WOOD** | | | | | |
| Glulam & Clevis Assembly | $ | 30,000 | 30,000 | - | - |
| Misc framing | $ | 5,000 | 5,000 | - | - |
| Shed roof framing | $ | 20,000 | 20,000 | - | - |
| Curved roof framing | $ | 30,000 | 30,000 | - | - |

**DIVISION 7 - THERMAL AND MOISTURE PROTECTION:**

| | | | | |
|---|---|---|---|---|
| Caulking/Sealant | $ | 3,000 | 3,000 | - | - |
| Foundation damproofing/Insulation | $ | 5,000 | 5,000 | - | - |
| Standing Seam Roof | $ | 85,000 | 85,000 | - | - |
| Siding at chimney | $ | 8,000 | 8,000 | - | - |
| Gutters and leaders | $ | 5,000 | 5,000 | - | - |
| Misc Trim & flashing | $ | 2,000 | 2,000 | - | - |
| Closed cell foam insulation | $ | 15,000 | 15,000 | - | - |

**DIVISION 8 - DOORS AND WINDOWS:**

| | | | | |
|---|---|---|---|---|
| Exterior doors | $ | 4,000 | 4,000 | - | - |
| Roll-up Door | $ | 5,000 | 5,000 | - | - |
| Interior door | $ | 2,000 | 2,000 | - | - |
| Windows | $ | 21,000 | 21,000 | - | - |
| Roof hatches | $ | 10,000 | 10,000 | - | - |

**DIVISION 9 - PAINTING:**

| | | | | |
|---|---|---|---|---|
| Valve Tags | $ | 2,500 | - | 2,500 | - |
| Valve Chart | $ | 1,000 | - | 1,000 | - |
| Pipe Labels | $ | 2,500 | - | 2,500 | - |
| Signs | $ | 2,500 | - | 2,500 | - |
| Cement board trim & paint | $ | 15,000 | 15,000 | - | - |
| Pipe Painting | $ | 10,000 | - | 10,000 | - |
| Floor Painting | $ | 8,000 | 8,000 | - | - |
| Doors Painting | $ | 3,000 | 3,000 | - | - |

**DIVISION 13 - SPECIAL CONSTRUCTION**

| | | | | |
|---|---|---|---|---|
| Chemical Safety Panel | $ | 25,000 | - | 25,000 | - |
| Flow Switches | $ | 10,000 | - | 10,000 | - |
| SCADA Modifications | $ | 60,000 | - | 60,000 | - |

**DIVISION 15 - MECHANICAL**

| | | | | |
|---|---|---|---|---|
| Gas Service | $ | 30,000 | - | 30,000 | - |
| Gas heaters and piping | $ | 25,000 | 5,000 | 20,000 | - |
| Fans and Louvers | $ | 15,000 | 15,000 | - | - |

**DIVISION 16 - ELECTRICAL:**

| | | | | |
|---|---|---|---|---|
| MCC | $ | 100,000 | - | - | 100,000 |
| Switchgear | $ | 50,000 | - | - | 50,000 |
| Underground conduit and wire | $ | 75,000 | - | - | 75,000 |
| Indoor power/control connections | $ | 50,000 | - | - | 50,000 |
| Heaters | $ | 30,000 | - | - | 30,000 |
| Indoor lighting | $ | 15,000 | - | - | 15,000 |
| LIPA Costs | $ | 25,000 | - | - | 25,000 |

**DIVISION 18 - PLUMBING:**

| | | | | |
|---|---|---|---|---|
| Chlorine and Lime injectors and tubing | $ | 10,000 | - | 10,000 | - |
| Sequestering pump, piping and equipment | $ | 20,000 | - | 20,000 | - |
| Layne Christensen Package | $ | 500,000 | - | 500,000 | - |
| Tigg Off-Gas Treatment Unit | $ | 200,000 | - | 200,000 | - |
| Transfer Pumps | $ | 50,000 | - | 50,000 | - |
| Booster Pumps | $ | 60,000 | - | 60,000 | - |
| Well 7A Pump Modifications | $ | 35,000 | - | 35,000 | - |
| Well 8A Pump Modifications | $ | 35,000 | - | 35,000 | - |

| | | | | | |
|---|---|---|---|---|---|
| Pump raising - misc piping | $ | 6,000 | - | 6,000 | - |
| Buried Pipe, Fittings and valves | $ | 120,000 | - | 120,000 | - |
| Exposed Pipe, Fittings and valves | $ | 120,000 | - | 120,000 | - |
| Small Diameter Pipe and Fittings | $ | 25,000 | - | 25,000 | - |
| Sump Pumps and piping | $ | 6,000 | - | 6,000 | - |
| Cla-Vals | $ | 60,000 | - | 60,000 | - |
| Venturi Meters | $ | 25,000 | - | 25,000 | - |
| Flow Transmitters | $ | 6,000 | - | 6,000 | - |
| Flow Switches | $ | 5,000 | - | 5,000 | - |
| Chemical piping and valves | $ | 50,000 | - | 50,000 | - |
| Air Release Valves and Piping | $ | 20,000 | - | 20,000 | - |
| | | | | | |
| Subtotal GC, PC and EC Combined | $ | 3,581,000 | $ 1,674,000 | $ 1,547,000 | $ 360,000 |
| Estimating Contingency at 10% | $ | 358,000 | $ 167,000 | $ 155,000 | $ 36,000 |
| **Total Estimated Project Cost** | **$** | **3,940,000** | **$ 1,840,000** | **$ 1,700,000** | **$ 400,000** |
| | | | | check | $ 3,940,000 |
| | | | | | |
| Allowances | $ | 125,000 | 50,000 | 50,000 | 25,000 |
| **Totals with Allowances** | **$** | **4,065,000** | **$ 1,890,000** | **$ 1,750,000** | **$ 425,000** |

**Town of Hempstead Department of Water**

**Levittown Water District**

**Well 7A & 8A Packed Tower Aeration System Annual Operating Costs**

A.    Annual Electric Costs

| Off Peak Season | | | Peak Season | | |
|---|---|---|---|---|---|
| Demand | 350 | KW | Demand | 350 | KW |
| Monthly Demand Charge | $4.65 | Per KW | Monthly Demand Charge | $18.96 | Per KW |
| Season Duration | 8 | Months | Season Duration | 4 | Months |
| Total Demand Cost | $13,020 | | Total Demand Cost | $26,544 | |
| Monthly Operating Hours[1] | 240 | Hrs | Monthly Operating Hours[2] | 300 | Hrs |
| Monthly Usage | 84,000 | KWH | Monthly Usage | 105,000 | KWH |
| Usage Charge | $0.0387 | Per KWH | Usage Charge | $0.0477 | Per KWH |
| Total Usage Cost | $26,006.40 | | Total Usage Cost | $20,034 | |
| Total Electric Cost | $39,026.40 | | Total Electric Cost | $46,578 | |
| Total Annual Electric Cost of New Water Supply Facilities | | | $85,604.40 | | |

Notes:  1.  Based on average day pumpage and pump flow rates (Two well pumps, two booster pumps, two transfer pumps and two blowers at 8 hours per day).
2.  Based on maximum day pumpage and pump flow rates (Two well pumps, two booster pumps, two transfer pumps and two blowers at 10 hours per day).

B.    Annual Carbon Costs

| Annual Carbon Changes | 6 |
|---|---|
| Cost of Carbon Per Change | $50,000 |
| Total Annual Carbon Cost | $300,000 |

C.    Annual Costs Associated with 30 Year Life of New Equipment

|  | Well Pump (2) | Booster Pump (2) | Blower (2) |
|---|---|---|---|
| Rehabilitation Interval | 5 | 5 | 5 |
| Number of Rehabilitations Over 30 Years | 4 | 4 | 4 |
| Cost Per Rehabilitation | $5,000 | $5,000 | $1,000 |
| Total Lifetime Replacement Cost | $20,000 | $20,000 | $4,000 |
| Replacement Interval (Years) | 15 | 15 | 15 |
| Number of Replacements Over 30 Years | 2 | 2 | 2 |
| Cost Per Replacement | $65,000 | $65,000 | $40,000 |
| Total Lifetime Replacement Cost | $130,000 | $130,000 | $80,000 |
| Costs Associated with 30 Year Life of New Equipment | | | $768,000 |
| Annual Costs Associated with 30 Year Life of New Equipment | | | $25,600 |

D.    Sum of Operating Costs for Project

| Annual Electric Usage and Demand Costs | $85,604.40 |
|---|---|
| Annual Carbon Costs | $300,000 |
| Annual Costs Associated with 30 Year Life | $25,600 |
| **Total Annual Operating Costs** | **$411,204.40** |

# APPENDIX D

# CARBON USAGE

**Design Parameters:**

TCE Loading:        4,412 lbs. of TCE/year (420 µg/L, 24 hours/day, 365 days/ year)

Carbon Usage Rate:   0.048 lbs. of TCE/lb. of Carbon (provided by manufacturer)

Carbon in Vessel:   16,000 lbs. of Carbon/Changeout (provided by manufacturer)

**Carbon Changeout Rate Calculation:**

4,412 lbs. of TCE/year ÷ 0.048 lbs. of TCE/lb. of Carbon = 91,920 lbs. of Carbon/year

91,920 lbs. of Carbon/year ÷ 16,000 lbs. of Carbon/Changeout = 5.75 Changeouts/year

365 days/year ÷ 4.18 Changeouts/year = **64 days/Changeout**

**EXHIBIT D**



**TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
LEVITTOWN WATER DISTRICT**

# Design Report
# Packed Tower Aeration System
# Well 13

August 2014
(Revised February 2016)



*Prepared By:*

D&B Engineers AND Architects, P.C. 50 YEARS est. 1965

3402-B1 - Design Report Cover (Well 13) February 2016.indd   (02/19/16)

**TOWN OF HEMPSTEAD**

**DEPARTMENT OF WATER**

**LEVITTOWN WATER DISTRICT**

**DESIGN REPORT**

**PACKED TOWER AERATION SYSTEM**

**WELL 13**



*Prepared By*

**D&B ENGINEERS AND ARCHITECTS, P.C.**

**WOODBURY, NEW YORK**

**AUGUST 2014**

**(REVISED FEBRUARY 2016)**

◆3402\KK04161401_Well 13(R03)

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
**LEVITTOWN WATER DISTRICT**
**DESIGN REPORT**
**PACKED TOWER AERATION SYSTEM**
**WELL 13**

TABLE OF CONTENTS

| Section | Title | Page |
|---|---|---|
| **1.0** | **INTRODUCTION** | 1-1 |
| | 1.1 General | 1-1 |
| | 1.2 Background Information | 1-1 |
| **2.0** | **EXISTING FACILITIES AND WATER QUALITY HISTORY** | 2-1 |
| | 2.1. Existing Facilities | 2-1 |
| | 2.2. Water Quality History at Well 13 | 2-1 |
| | 2.2.1 Volatile Organic Compounds | 2-1 |
| | 2.2.2 Iron, Manganese and Nitrate (as N) | 2-8 |
| **3.0** | **TREATABILITY EVALUATION** | 3-1 |
| | 3.1 Design Compounds | 3-1 |
| | 3.2 Required Organic Removal Efficiency | 3-2 |
| | 3.3 DAR-1 Analysis | 3-3 |
| **4.0** | **PROPOSED TREATMENT SYSTEM** | 4-1 |
| | 4.1 Packed Tower Aeration System | 4-1 |
| | 4.2 Blower | 4-5 |
| | 4.3 Booster Pump | 4-5 |
| | 4.4 Blow-off Piping | 4-5 |
| | 4.5 Well Pump | 4-6 |
| | 4.6 Off-Gas Treatment | 4-6 |
| | 4.7 Chemical Treatment | 4-7 |
| | 4.8 Aeration Building | 4-8 |
| | 4.9 Site Plan | 4-8 |
| | 4.10 Sampling Taps | 4-10 |
| | 4.11 Control System | 4-10 |

TABLE OF CONTENTS (continued)

| Section | Title | Page |
|---|---|---|
| **5.0** | **INFRASTRUCTURE SECURITY** | 5-1 |
| **6.0** | **COST ESTIMATE** | 6-1 |

## List of Figures

| 1-1 | Location Map | 1-2 |
| 2-1 | Existing Site Plan | 2-5 |
| 4-1 | Piping Schematic | 4-2 |
| 4-2 | Proposed Site Plan | 4-3 |
| 4-3 | Aeration Building Plan | 4-9 |

## List of Tables

| 2-1 | Levittown Water District Wells – General Information | 2-2 |
| 2-2 | Well 13 Volatile Organics Summary | 2-4 |
| 3-1 | Henry Constants for Compounds Detected in Well 13 | 3-2 |
| 3-2 | Maximum Concentrations Detected for Well 13 Design Compounds | 3-3 |
| 3-3 | Model Parameters for DAR-1 Analysis | 3-4 |
| 4-1 | Summary of Packed Tower Aeration System Design Parameters | 4-4 |

## List of Appendices

| Groundwater Sampling Well Locations | A |
|---|---|
| DAR-1 Results Summary | B |
| Cost Estimates | C |

## 1.0   INTRODUCTION

### 1.1   General

The Levittown Water District (LWD), which is operated by the Town of Hempstead Department of Water, serves a primarily residential area of approximately 3.9 square miles and approximately 50,000 residents.  The Water District maintains 15 public water supply wells, 9 of which are currently in service.  The location of Well 13 is indicated on **Figure 1-1**.

Starting in January 2012, the water in Well 13 exhibited trace concentrations of volatile organic compounds (VOCs).  Between the beginning of 2012 and the date of this report, the water has exhibited increasing levels of primarily one volatile compound, 1,1,2-Trichloro-1,2,2-Triflouroethane (Freon 113).  Samples collected on July 17, 2013 indicated that the concentrations of Freon 113 were approaching the maximum contaminant level (MCL) for these contaminants.

Since it is essential to maintain the use of Well 13 in order to reliably meet the demand for water in the Levittown Water District, the Water District plans to construct a packed tower aeration system to remove Freon 113 at Well 13.  The proposed system will be constructed to receive the raw water flow from the existing well and will allow for chemical treatment (disinfection and pH adjustment) of the finished water prior to entering the distribution system.

### 1.2   Background Information

The facilities at the Well 13 site presently include one 1,200-gpm deep well turbine pump with 125-horsepower electric motor, sodium hypochlorite injection equipment for disinfection and lime injection equipment for pH adjustment.  The equipment is housed within an aboveground well house.  Physical data on Well 13 is as follows:

| | TOWN OF HEMPSTEAD DEPARTMENT OF WATER | |
|---|---|---|
| D&B ENGINEERS AND ARCHITECTS, P.C. | LEVITTOWN WATER DISTRICT PACKED TOWER AERATION SYSTEM - WELL 13 **LOCATION MAP** | N.T.S. |
| KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS | | **FIGURE 1-1** |

F:\3402\FIGURE\3402-FIG1.dwg, FIG-1, 6/17/2014 4:44:52 PM, staun

| Well | 13 |
| --- | --- |
| NYSDEC No. | N-05303 |
| Well Depth (ft) | 741 |
| Well Pump Capacity (gpm) | 1,200 |
| Well Pump Motor Horsepower | 125 |
| Well Pump RPM | 1,770 |
| Well Construction Date | 1955 |

Regional groundwater flow in the vicinity of Well 13 is towards the south.

## 2.0    EXISTING FACILITIES AND WATER QUALITY HISTORY

### 2.1    Existing Facilities

The primary working components of the Levittown Water District water supply system at this time are: nine wells located at six stations, two elevated storage tanks capable of storing a total of 2.5 million gallons and a strong distribution system with major 10-inch and 12-inch loops. The Levittown Water District has five interconnections with neighboring water systems including one with Hicksville Water District, three with Bethpage Water District and one with East Meadow Water District.  Four wells and four booster pumps are equipped with standby generators and two wells are equipped with auxiliary engines and right angle drives.

The average daily pumpage for the District in 2012 was approximately 4.85 million gallons per day (mgd) and the maximum day pumpage recorded on July 13, 2012 was approximately 11.11 mgd (7,715 gallons per minute).

The capacities of the nine wells in the system are indicated in **Table 2-1**.  It is essential that all of the system wells be available in order to reliably meet demands such as maximum day, maximum hour, maximum day plus fire, a consecutive series of high demand days and average day demand during a power outage.

The water at Well 13 is treated with lime to increase the pH for corrosion control.  In addition, sodium hypochlorite is added for disinfection. Both chemicals are currently injected in the well discharge piping within the well station, prior to entering the distribution system.

### 2.2    Water Quality History at Well 13

#### 2.2.1    Volatile Organic Compounds

Well 13, which is 741 feet deep, and screened in the Magothy aquifer, has shown

**Table 2-1**

## LEVITTOWN WATER DISTRICT WELLS
## GENERAL INFORMATION

| Well No. | Permit Capacity (gpm) | Actual Capacity (gpm) | Treatment* |
|---|---|---|---|
| 1A | 1,380 | 1,360 | Packed Tower Aeration |
| 2A | 1,320 | 1,120 | Packed Tower Aeration |
| 5A | 1,320 | 1,000 | Packed Tower Aeration |
| 6B | 1,380 | 1,000 | Packed Tower Aeration |
| 7A | 1,200 | 1,240 | None |
| 8A | 1,200 | 1,100 | None |
| 12 | 1,200 | 1,000 | None |
| 13 | 1,200 | 1,200 | None |
| 14 | 1,200 | 370 | None |
| **Total** | | 9,390 | |
| **With Largest Out** | | 8,030 | |

*All wells receive lime and sodium hypochlorite as part of their treatment.

increasing levels of 1,1,2-Trichloro-1,2,2-Triflouroethane (Freon 113) in the past several months, as shown in **Table 2-2**.  In July of 2013, the concentrations of Freon 113 neared the Maximum Contaminant Level (MCL) of 5.0 µg/l for this specific compound.  In order for the District to continue to provide an adequate supply of water to the distribution system into the future, it is necessary to construct a treatment facility for removal of volatile organic compounds (VOCs) from this water source.

A radius search was performed to identify possible sources of the VOC contamination in Well 13 within an approximate 2-mile radius of the well.  Based on the nature of the surrounding properties and information provided in the radius search, none of the surrounding properties within 2 miles represent possible sources of contamination for the LWD public water supply well.  However, the Northrop Grumman Systems Corporation (Grumman) site is located approximately 2 to 2.5 miles north-northeast of the LWD public water supply wells, as depicted in **Appendix A.**  Based on a groundwater flow direction to the south-southeast, the Grumman site is located up gradient of the LWD well.  Thus the Grumman Superfund site was identified and considered as a possible source:

- Northrop Grumman Systems Corporation – ID# NYD002047967

According to various water quality reports obtained from the New York State Department of Conservation (NYSDEC), the Grumman site is divided into three operable units:

- Operable Unit 1 (OU-1) consists of the former manufacturing plant area;

- Operable Unit 2 (OU-2) consists of the groundwater contamination plume and is a joint operable unit for both the Grumman Site and a Naval Weapons Industrial Reserve Plant site; and

- Operable Unit 3 (OU-3) consists of the Former Grumman Settling Ponds, Grumman Access Road, some adjacent property and impacted groundwater which is not addressed by OU2.

**Table 2-2**
**Levittown Water District Well 13**
**VOC and THM Sampling Data Summary**

| | Chemical | MCL (µg/L) | 1/5/2012 | 1/6/2012 | 2/9/2012 | 2/22/2012 | 2/27/2012 | 3/7/2012 | 3/12/2012 | 3/21/2012 | 3/26/2012 | 4/4/2012 | 4/10/2012 | 5/2/2012 | 5/17/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well 13 N-05303 | 1,1,2-Trichloro-1,2,2-trifluoroethane | 5 | N/D | 1.6 | 1.7 | 1.9 | 2 | 2.2 | 2 | 1.7 | 1.5 | 2 | 1.9 | 1.15 | 2.1 |
| | Total VOC | N/A | N/D | 1.6 | 1.7 | 1.9 | 2 | 2.2 | 2 | 1.7 | 1.5 | 2 | 1.9 | 1.15 | 2.1 |
| | Total THMs | 80 | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D |

| | Chemical | | 6/15/2012 | 7/20/2012 | 8/1/2012 | 9/6/2012 | 10/3/2012 | 11/1/2012 | 12/10/2012 | 1/10/2013 | 2/1/2013 | 6/4/2013 | 7/3/2013 | 7/17/2013 | 7/25/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Well 13 N-05303 | 1,1,2-Trichloro-1,2,2-trifluoroethane | 5 | 1 | N/D | N/D | N/D | 1.58 | N/D | 0.9 | 1.5 | 2.9 | 1.65 | 3.21 | 3.82 | 3.7 |
| | Total VOC | N/A | 1 | N/D | N/D | N/D | 1.58 | N/D | 0.9 | 1.5 | 2.9 | 1.65 | 3.21 | 3.82 | 3.7 |
| | Total THMs | 80 | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D | N/D |

| | Chemical | | 7/29/2013 | 11/20/2013 | 3/10/2014 | 4/21/2014 | 4/21/2014 | | Maximum |
|---|---|---|---|---|---|---|---|---|---|
| Well 13 N-05303 | 1,1,2-Trichloro-1,2,2-trifluoroethane | 5 | 3.14 | 2.08 | 2.21 | 3.01 | 3.01 | | 3.82 |
| | Total VOC | N/A | 3.14 | 2.08 | 2.21 | 3.01 | 3.01 | | 3.82 |
| | Total THMs | 80 | N/D | N/D | N/D | N/D | N/D | | 0 |

•3402\KK04161401_Well 13(R02)

**ENTRY     LANE**

**ELM DRIVE**

D&B ENGINEERS
AND
ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD DEPARTMENT OF WATER
LEVITTOWN WATER DISTRICT
PACKED TOWER AERATION SYSTEM - WELL 13

**EXISTING SITE PLAN**

SCALE: 1"=20'

FIGURE: 2-1

Currently, a large VOC groundwater plume extends from the Grumman Site and is actively migrating towards the south-southeast.  This VOC plume consists of the OU-2 groundwater plume and the OU-3 groundwater plume, which are comingled at certain depths; however, the OU-2 groundwater plume is significantly larger in area.  The off-site OU-2 plume is larger than 3,000 acres in size and ranges from approximately 150 to 750 feet deep, extending into the deep Magothy aquifer, including to the depths of the LWD public water supply well screen zone.  In addition to various chlorinated VOCs, polychlorinated biphenyls (PCBs) and metals, the OU-2 groundwater plume includes the contaminant detected in Levittown Water District Well 13.

Based on the various groundwater reports obtained from the NYSDEC, LWD Well 13 appears to be located along the southern edge of the OU-2 Grumman plume.  As depicted in Appendix 1 there are few groundwater monitoring wells located in the immediate vicinity of the LWD well.  Other than the outpost monitoring wells discussed below, the closest groundwater monitoring wells (GM-34D and GM-34D2) are approximately 1-mile north of the LWD well. These two wells are screened in the Magothy aquifer to a maximum depth of approximately 520 feet.  The available data indicates consistent elevated VOC concentrations, with the most recent available data collected in June 2013 showing total VOC concentrations of up to 190 µg/l.  In addition, the VOC detected in the LWD well are present at the GM-34 location.

Due to the known VOC contamination migrating from the Grumman site, the NYSDEC required that a Public Water Supply Contingency Plan (PWCP) be developed as part of the selected remedy. As such, Arcadis prepared a PWCP dated July 22, 2003, which consisted of groundwater plume modeling and selecting locations for the installation of outpost monitoring wells (OPMWs). OPMWs were proposed to be installed up gradient of select public supply wells in order to provide an early warning of VOC plume migration towards the public supply wells. Trigger values, representing maximum VOC concentration limits, were established for each of the OPMWs and were developed to provide for approximately five years early warning prior to VOCs being detected in the down gradient supply well. An exceedance of a trigger value requires two additional confirmatory rounds of sampling. If confirmatory sampling indicates that

a trigger value has been reached, wellhead treatment or comparable alternate measures would be provided, with negotiations to be conducted with the water district.

Based on the 2003 groundwater flow and solute transport modeling, the PWCP determined that municipal supply well N5303 (LWD Well 13) was a potential receptor of the groundwater plume, but influent concentrations would remain below 0.5 µg/l over a 30 year period. As discussed earlier, concentrations have exceeded that level in Well 13 just 10 years after the modeling was completed. Two OPMWs (BPOW-4-1 and BPOW-4-2) were installed approximately 700 to 800 feet up gradient of LWD Well 13, as a conservative measure. According to field measurements obtained from the Arcadis 2010 Annual Report, outpost monitoring wells BPOW-4-1 and BPOW-4-2 are approximately 692 and 764 feet in depth, respectively. The locations of the installed OPMWs are depicted in **Appendix A.**

D&B reviewed available analytical data for OPMWs BPOW 4-1 and BPOW 4-2 provided by NYSDEC. Analytical data made available to D&B includes data from the first quarter of 2010 through the second quarter of 2013; however, several rounds of analytical data throughout this time period were not available. Based on a review of the analytical data, total VOC concentrations in OPMWs BPOW 4-1 and BPOW 4-2 have exhibited an increasing trend, with Freon-113 consistently detected in these wells, and more recently 1,1-DCE and TCE. Freon-113 has been detected in OPMWs BPOW 4-1 and BPOW 4-2 at least as early as February 2010 with concentrations of 0.87 µg/l and 0.44 µg/l, respectively.

According to available information, the total VOC trigger value for the OPMWs of 1.5 µg/l was first exceeded in BPOW 4-1 in March 2012. Two rounds of confirmatory sampling at BPOW 4-1 (completed in May 2012) indicate that total VOCs exceeded the trigger value of 1.5 µg/l, at concentrations of 2.1 µg/l and 1.9 µg/l, respectively. In addition, BPOW 4-2 first exceeded the trigger value in the fourth quarter of 2012. It is important to note that both BPOW 4-1 and BPOW 4-2 continue to exceed the trigger value, including during a recent sampling event during the second quarter of 2013, with total VOC concentrations of 4.0 µg/l and 1.8 µg/l, respectively.

Based on the EDR review and review of available documentation associated with the Grumman Site, it is likely that the VOCs detected in the LWD well are attributable to the VOC plume migrating from the Grumman Site, specifically the OU-2 groundwater plume. Quarterly groundwater sampling data obtained from NYSDEC indicates that the Grumman plume contains the VOC detected in the LWD well, and is present at similar depths as the screen zones of the LWD well. The VOC detections discussed above in OPMWs located immediately up gradient of the LWD well indicate that groundwater in the vicinity of the LWD well is impacted with Grumman-related VOCs. According to the PWCP, the trigger value exceedances detected at OPMW BPOW 4-1 indicate that the water district should be provided with remedial measures to protect the LWD well.

### 2.2.2   Iron, Manganese and Nitrate (as N)

The concentration of iron in Well 13 is below the detection limit of 0.02 mg/l and should not interfere with the effective performance of the packed tower aeration system.   The concentration of manganese in Well 13 is below the detection limit of 0.01 mg/l and should not interfere with the effective performance of the packed tower aeration system.

The nitrate concentration in Well 13 was 1.26 mg/l during 2013, which is below the MCL of 10.0 mg/l and is not considered to be a threat to the continued use of the well.

## 3.0    TREATABILITY EVALUATION

A packed tower aeration system will effectively treat the organic compound detected in Levittown Water District's Well 13. Design criteria for the proposed packed tower aeration system are developed in this section.

### 3.1    Design Compounds

The contaminant observed in Well 13 that has exhibited an increasing trend in recent months is 1,1,2-Trichloro-1,2,2-Triflourocethane (Freon 113). It is projected that the trend may continue and the concentrations of the contaminant may significantly exceed the concentrations of other trace compounds detected in the well to date. Additionally, the plume from which these compounds originated contains up to 420 µg/l of Trichloroethylene (TCE) which, if the plume continues as it has been, may ultimately reach Well 13. Thus the design compounds for the treatment system have been determined to be Freon 113 and TCE.

Dilute solutions containing organic compounds, such as contaminated groundwater, behave according to Henry's Law, which states that at any interface between aqueous (liquid) and gaseous (air) phases, the concentration of a compound at the interface follows a linear relationship, as follows:

$$C_g = HC_L$$

where     $C_g$   =   molar concentration of compound at gas phase interface

$C_L$   =   molar concentration of compound at liquid phase interface

H   =   Henry Constant (unitless)

Compounds with relatively high Henry Constants tend to transfer readily from liquid to gas phases and as a result, are generally well suited for treatment using packed tower aeration.

Henry Constants for the design compounds for the Well 13 treatment system, as determined by the USEPA are listed in **Table 3-1**.

**Table 3-1**

**HENRY CONSTANTS FOR WELL 13 DESIGN COMPOUNDS**

| Design Compounds | Henry Constant @ 10° C (Unitless) |
|---|---|
| 1,1,2-Trichloro-1,2,2-Triflouroethane (Freon 113) | 16 |
| Trichloroethylene (TCE) | 0.42 |

These compounds exhibit Henry Constants which are within the ability of packed tower aeration to effectively reduce the concentrations of these organic contaminants from the groundwater.

## 3.2    Required Organic Removal Efficiency

The packed tower aeration system proposed for Well 13 will be designed to provide effluent concentrations of less than 20 percent of the New York State Department of Health (NYSDOH) drinking water standard for each design organic compound.  This criterion suggests a maximum design effluent concentration of 1.0 μg/l for each of the design compounds.  At no time will effluent organic concentrations exceed NYSDOH drinking water standards.

The design influent VOC concentrations will be determined by the maximum measured concentrations of each of the contaminants upstream of Well 13 as provided by the NYSDEC for the Grumman OU-2 plume.  The maximum concentrations in the plume at the approximate depth of the Well (740 ft.) are presented in **Table 3-2**.

Table 3-2

## MAXIMUM CONCENTRATIONS DETECTED IN THE GRUMMAN OU-2 PLUME FOR WELL 13 DESIGN COMPOUNDS

| Design Compounds | Maximum Concentration Detected in Grumman OU-2 Plume (2012) (Influent Design Criteria) (µg/l) | Required Removal Efficiency (%) |
|---|---|---|
| 1,1,2-Trichloro-1,2,2-Triflouroethane (Freon 113) | 8.6 | 88.37 |
| Trichloroethylene (TCE) | 420 | 99.76 |

These concentrations far exceed the maximum influent concentrations reported in Well 13. The removal efficiency required to provide an effluent concentration of 1.0 µg/l at these influent concentrations is presented in **Table 3-2.**

## 3.3    DAR-1 Analysis

An initial screening of the packed tower emissions source impacts was completed using the NYSDEC's DAR-1 modeling software. This modeling allows for the determination of long-term (annual) and short-term (1 hour) impacts of the tower emissions on surrounding areas. The model was used on the wells to determine if there would be any impacts from any of the tower's influent constituents. The parameters used in this model are shown in **Table 3-3** below. For our packed tower aeration system the only constituent that violated the Annual Guideline Concentration (AGC) set forth by the NYSDEC was Trichloroethylene (TCE).

**Table 3-3**

**MODEL PARAMETERS FOR DAR-1 ANALYSIS OF THE PACKED TOWER AERATION SYSTEM**

| Design Parameters | Packed Tower Aeration System | Vapor-Phase GAC Off-Gas Treatment System Effluent |
|---|---|---|
| Water Flow Rate | 1,200 GPM | 1,200 GPM |
| Model Height Above Structure | 29 ft | 10 ft |
| Model Stack Height | 44 ft | 20 ft |
| Stack Outlet Diameter | 63 in[1] | 20 in[2] |
| Exit Temperature | 52° F | 52° F |
| Model Exit Velocity | 0.01 ft/s[3] | 42.9 ft/s |
| Model Exit Flow Rate | 0.01 ACFM[3] | 5,615 ACFM |
| Shortest Distance to Property Line | 45 ft | 45 ft |
| Building Width | 22 ft | 22 ft |
| Building Length | 40 ft | 40 ft |
| Direction Building Length is Facing | 90° | 90° |
| UTME | 626623 | 626623 |
| UTMN | 4508181 | 4508181 |
| UTM Zone | 18 | 18 |

Notes:   1.  An equivalent outlet diameter has been calculated to equate to the dimensions of the tower vent ring.
2.  An equivalent outlet diameter has been calculated to equate to the dimensions of the off-gas treatment vent stack.
3.  At the NCDH's request, exit velocity and flow rate are considered to be negligible due to the PTAS horizontal exhaust condition.

The model determined that TCE at its maximum design influent concentration of 420 µg/l will be present in the packed tower emissions in sufficient quantity to violate the AGC of 0.2 µg/m$^3$. An influent water TCE concentration of 420 µg/l produced a maximum of 1.59 µg/m$^3$ of air emissions at 134 feet from the tower when the ISCLT2 Model was utilized. The Short-term Guideline Concentration (SGC) of 40,000 µg/m$^3$ was not violated under any condition. The lowest concentration of TCE which will cause a violation of the AGC to occur is 52 µg/l. Additionally, at 420 µg/l of TCE, the tower would only be allowed to operate

1,084 hrs/yr before violating the AGC.  If a vertical discharge arrangement is utilized, the tower will violate the AGC at an influent concentration of 225 µg/l which would equate to an operational period of 4,640 hrs/yr.  Due to the fact that the design influent concentrations of TCE cause a violation of the AGC it is necessary for the District to install off-gas treatment at Well 13.

Because the District requires use of this station at all times, reducing the usage of the well is not an option, nor was it found to be particularly effective at reducing the concentration of TCE at the property line.  Therefore a method of treating the off-gas to below the NYSDEC DAR-1 limits must be utilized.  The most common method of off-gas treatment utilizes vapor phase activated carbon to adsorb and remove the VOCs from the off-gas.  These systems are capable of 95% removal of VOCs from the off-gas of the packed tower aeration system.  When one of these systems was incorporated into the DAR-1 modeling by decreasing loading of VOCs to 5% of their design amounts and releasing the effluent from the vapor phase carbon system at a height of 20 feet using a vertical discharge the maximum concentration of TCE observed by ISCLT2 falls to 0.0567 µg/m$^3$ at 148 feet from the tower, which is well below both the SGC and AGC limits.  The maximum allowable influent concentration (assuming 95% removal by the off-gas system) was determined via DAR-1 and ISCLT2 to be 1,470 µg/l of TCE which resulted in an emissions concentration of 0.199 µg/m$^3$ at 151 feet from the tower when the ISCLT2 Model is utilized.  Freon 113 is not readily treated by carbon adsorption, however, with a maximum projected influent concentration of 8.6 mg/L the resulting concentration in the off-gas will be 0.022 ppb, well below the AGC of 180,000 ppb.  Thus a packed tower aeration system with a vapor phase activated carbon adsorption system for off-gas treatment is an acceptable solution.

One alternative for off-gas treatment that needs to be considered is installation of a rotor concentrator thermal oxidation system.  The rotor concentrator thermal oxidation system for the treatment of off-gas is not a feasible alternative for the following reasons:

- A waste stream will be produced and need to be contained and disposed of.

- Secondary emissions of the oxidization process include NOx, CO, and HCl in concentrations which would exceed the AGCs put forth in DAR-1.

Other alternatives to packed tower aeration treatment at Well 13 that need to be considered are installation of a GAC adsorption treatment plant at the site and drilling of a new well elsewhere in the District. Implementing GAC adsorption treatment at Well 13 for the removal of the VOCs is not a feasible alternative for the following reasons:

- One of the influent contaminants, Freon 13, cannot be readily treated by GAC adsorption.

- The operating cost for replacing the GAC media will be significant due to the high design concentrations of TCE in the source water.

Installation of a new well at a different site within the District is also not a feasible alternative to packed tower aeration treatment for the following reasons:

- Any new wells would require the District to purchase additional property on which to site the wells which would amount to a larger capital cost than the proposed improvements to the existing site.

- Sections of the District are in the likely path of the plume and would thus be unsuitable as a new water source without treatment similar to that to be installed at Well 13.

- Presence of nitrates at some locations within the District where existing wells have been abandoned.

Considering the above, the installation of a packed tower aeration system is the preferred treatment alternative for Well 13.

## 4.0    PROPOSED TREATMENT SYSTEM

The packed tower aeration system will be designed for a flow rate of 1,200 gpm, which is the District's maximum pumping rate for the well. The system will consist of a single packed tower, a concrete clearwell below the tower, one centrifugal blower and one vertical turbine pump to deliver treated water from the clearwell into the distribution system. A granular activated carbon off-gas treatment system will treat the off-gas of the tower. The associated controls and electrical systems will be located in the new aeration building. The existing chemical treatment systems shall be maintained in the existing well building, and the packed tower system effluent piping will be routed past the well building for chemical injection.

The proposed packed tower aeration system will be located to the west of the existing Well building. This portion of the site is currently unoccupied.

**Figure 4-1** shows a schematic of the proposed piping for the packed tower aeration system in conjunction with the existing well station. **Figure 4-2** shows the proposed site plan.

## 4.1    Packed Tower Aeration System

The packed tower aeration system will be designed for a maximum flow of 1,200 gpm and influent concentrations of 420 µg/l of Trichloroethylene (TCE). The treatment system will be designed to reduce this compound to a concentration of 1.0 µg/l or less.

The existing well pump will be replaced with a new pump designed for the reduced total dynamic head conditions that will result from installation of the aeration treatment system. The modified well pumps will pump influent into the upper distribution tray of the packed tower.

A tower height of 44 feet will be required with a diameter of 8 feet 3 inches and a packing bed depth of 34 feet. The packing media will be 2.0-inch Jaeger Tripacks. The air flow rate will be 5,615 cfm creating a volumetric air to water ratio of 35:1. **Table 4-1** summarizes the packed tower aeration system design parameters.





D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD DEPARTMENT OF WATER
LEVITTOWN WATER DISTRICT
PACKED TOWER AERATION SYSTEM - WELL 13
**PIPING SCHEMATIC**

N.T.S.

**FIGURE: 4-1**

ENTRY      LANE

ELM DRIVE

CONCRETE CURB

PACKED TOWER
BUILDING

EFF

INF

BLW

BLW

BLOW OFF

RIM101.16

BLW

D          D

OVERFLOW DRAIN

VAPOR ACTIVATED
CARBON OFF GAS
TREATMENT VESSEL



D&B ENGINEERS
AND
ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD DEPARTMENT OF WATER
LEVITTOWN WATER DISTRICT
PACKED TOWER AERATION SYSTEM - WELL 13

PROPOSED SITE PLAN

SCALE: 1"=20'

FIGURE: 4-2

F:\3402\FIGURE\3402-FIG-4.dwg, FIG-4, 6/17/2014 4:51:57 PM, blaun

**Table 4-1**
**SUMMARY OF PACKED TOWER AERATION SYSTEM DESIGN PARAMETERS**

| Design Parameter | Value |
|---|---|
| Water Flow Rate | 1,200 gpm |
| Air To Water Ratio | 35:1 |
| Air Flow Rate | 5,615 cfm |
| Number of Towers | 1 |
| Tower Diameter | 8 feet 3 inches |
| Packed Bed Depth | 34.0 feet |
| Overall Height | 44.0 feet |
| Influent Concentration[1] | 420 µg/l |
| Effluent Concentration[1] | 1.0 µg/l |

[1]   Design volatile organic compound (VOC) is TCE.

The tower will be constructed of structural grade aluminum and will be designed to withstand all potential live, dead, wind and earthquake forces as required by the New York State Building Code. The internal tower components will be designed to achieve maximum air and water distribution throughout the tower. Six access manways will be provided along the tower shell, one immediately above the influent distribution tray, one at the top of the upper packing media, one at the bottom of the upper packing media, one immediately above the re-distributer tray, one at the top of the lower packing media, and one at the bottom of the lower packing media.

The tower will be mounted on top of the reinforced concrete clearwell with the base of the tower approximately 0.5 feet above grade elevation. Treated water will be discharged from the tower directly into the clearwell below.

## 4.2   Blower

The blower will be a centrifugal fan which will draw ambient air through an intake louver, air filter, acoustical silencer, through the clearwell, upwards through the packed tower

and out of the upper air vents of the packed tower. The blower will then discharge into ductwork which will send the tower off-gas through a vapor phase activated carbon treatment system and then discharge directly from the off-gas treatment system at a point approximately 10 feet above grade. An airflow meter will be installed on the suction side ductwork of the blower. The blower will have a capacity of 5,615 cfm and will be equipped with a 20-horsepower electric motor. The blower orientation allows for the use of only one blower which can handle both the airflow required by the tower for treatment and the discharge to the off-gas treatment system.

## 4.3     Booster Pump

The booster pump will be the vertical turbine type with a capacity of 1,200 gpm at 1,760 rpm. The booster pump leaving the clearwell will operate at approximately 187 feet of dynamic head to exceed the distribution system pressure. The booster pump motor will be 100 horsepower. The booster pump motor will reuse the existing 100 horsepower well pump motor if it is found to be suitable after inspection. The discharge pipe from the booster pump will be directed back through a new chemical injection vault outside the well building for lime injection. A backpressure control valve will be provided for the booster pump in the new aeration building and will control the booster pump flow into the distribution system. The treatment system will discharge into the District's distribution system at one location, consistent with the existing well pump discharge configuration.

## 4.4     Blow-off Piping

A 6-inch blow-off pipe with a manually operated gate valve will permit the discharge from the booster pump to be diverted to the existing well blow-off pit if it is necessary to waste packed tower effluent water rather than pump it to the distribution system. The blow-off pit is connected to a sump which has a maximum capacity of approximately 300,000 gallons and which allows the water to drain into the soil. The existing well blow-off system is currently connected to the existing blow-off pit and can accommodate wasted packed tower effluent generated during disinfection and sampling of the system. However, the existing well blow-off system is manually operated and will be replaced with an automatic well blow-off system.

## 4.5     Well Pump

The existing well pump will be removed and replaced with a new pump designed to operate at a reduced total dynamic head.  The new operating condition for the well pump will be 1,200 gpm at 104 feet of total dynamic head.  The existing 100 horsepower motor will be removed and replaced with a 50 horsepower motor.  The existing back pressure control valve in the well house will remain and operate under the new total dynamic head conditions of the modified system.

## 4.6     Off-Gas Treatment

An off-gas treatment system will be provided to remove any contaminants from the packed tower aeration system off-gas.  The system will consist of one vapor phase activated carbon adsorption unit as well as all associated ductwork.  The carbon adsorption unit will contain 11,000 lbs. of virgin vapor phase activated carbon to treat the VOCs present in the packed tower off-gas and will be located outside of the treatment building.  The carbon adsorption unit will be designed for operation at 100% humidity.  The adsorption rate for the TCE under 100% humidity conditions will be 0.048 lbs. of TCE per lb. of carbon which at the design concentration of 420 µg/L will result in a change out of the carbon every 87 days when operating 24 hours per day at the maximum influent concentration of 420 ppb.  Under 50% humidity conditions the adsorption rate for TCE would be 0.08 lbs. of TCE per lb. of carbon which at the design concentration of TCE would result in a change out of the carbon every 146 days.  However, dehumidification to 50% is not feasible due to the creation of a liquid waste stream contaminated with TCE and the other present VOCs condensed from the humid air. Additionally, the costs of heating the air for dehumidification would be excessive.  The effluent air of the adsorption units will be discharged from the top of the treatment vessel through a 10 foot vertical duct supplied by the manufacturer, releasing at a height above ground of 20 feet. The vapor phase activated carbon unit will have sample taps for sampling the carbon.  The 75% bed depth sample tap will also be provided with a non-selective visual VOC breakthrough detector to assist in determining breakthrough point.

## 4.7     Chemical Treatment

The existing lime tank and metering pump and sodium hypochlorite injection system are located inside of the existing well building.  The current injection points for chemical treatment are located in the well effluent line leaving the building.  The sodium hypochlorite injection point will remain in the existing location upstream of the packed tower aeration system and will have its dose adjusted to provide an appropriate residual concentration leaving the plant. However, the lime injection point must be relocated downstream of the new packed tower to prevent accumulation of lime within the packed tower.  To achieve this, the packed tower aeration system effluent pipe will be routed back through the well building, and the lime piping will remain at the same location within the well building to provide for pH adjustment of the treatment system effluent.  The existing water sampling line and analyzer equipment will remain in the well building.

The existing chemical safety panel utilizes the well pump motor interlock, a limit switch on the well pump backpressure control valve, and a pressure switch on the well pump discharge pipe as the three safeties.  The chlorine injection safeties will continue to operate with the current setup however, the lime injection safeties must be modified to operate in conjunction with the new booster pumps instead of the well pumps.

A new flow switch will be installed on each of the treated water pipes where the treated water leaves the aeration building, and limit switches will be installed on the new backpressure control valves in the aeration building.  A new chemical safety panel will be installed in the well house to use these safeties as well as an electrical interlock with the new booster pump motor starter to permit lime metering pump operation.

## 4.8     Aeration Building

**Figure 4-3** shows a floor plan of the proposed aeration building.  The building will be constructed on top of a reinforced concrete clearwell.  The packed tower will be mounted on top





D&B ENGINEERS
AND
ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD DEPARTMENT OF WATER
LEVITTOWN WATER DISTRICT
PACKED TOWER AERATION SYSTEM - WELL 13
**AERATION BUILDING PLAN**

SCALE:1/8"=1'-0"

FIGURE: 4-3

of the clearwell outside of the building.  The clearwell will be constructed with baffle walls to eliminate dead zones.  The building floor will be 0.5 feet above the existing grade elevation and the building will contain the booster pump, blower, motor control center, packed tower control panel, and appurtenances.  The aeration building will be classified as a Utility and Miscellaneous Group U building according to the Building Code of New York State.

A hatch will be provided in the roof of the building to facilitate removal of the vertical turbine booster pump, and an access hatch will be installed on the clearwell top slab to permit access to the clearwell.  The aeration building will have one double door to allow removal of the blower and control equipment and for daily operations access.

Since the clearwell is located below grade, the overflow for the clearwell must exit through the top slab of the clearwell and terminate in a gooseneck at least 1 foot above grade. This sets the clearwell overflow elevation at 3'-0" above the finished floor.  In order to prevent the packed tower building from flooding due to a potential clearwell overflow all equipment penetrations in the clearwell and the clearwell access hatches must be extended 3'-6" above the finished floor of the building.

## 4.9     Site Plan

**Figure 4-2** shows the proposed site plan. The packed tower and aeration building serving Well 13 will be located to the west of the existing well building.  New below-grade piping will be constructed to direct raw water into the packed tower aeration system.  New below-grade piping will direct packed tower effluent back into the well building for pH adjustment, and into the distribution system.  A new below-grade blow-off pipe will convey wasted water from the packed tower into the existing blow-off pit.  Clearwell overflow will be routed into the existing blow-off pit and then on to the drainage sump by means of new gravity drainage pipe.  A standby generator will be installed at the site to power the existing well and proposed treatment equipment.  Additionally all asphalt pavement on the site will be replaced.

**4.10    Sampling Taps**

An existing sampling tap on the Well 13 discharge piping will permit the sampling of raw well prior to treatment, a new sampling tap will be installed on the influent piping of the tower and a new sampling tap will be provided on the base of the tower shell to allow a treated water sample to be collected.  A new sampling tap on the booster pump discharge piping will permit collection of a water sample from the clearwell.  An existing sample tap downstream of the lime injection will allow collection of treated water prior to entering the distribution system.

**4.11    Control System**

The operation of the existing well pump and the new blower will be coordinated for proper operation of the packed tower aeration system.  There will be two different modes of operation of the packed tower aeration system.  These modes are designed around providing water immediately upon a call for water in the system.  To this end the system will always terminate with the clearwell full.  The two modes that will be available will be SCADA Initiated and Locally Initiated.

The operating sequence under SCADA initiated flow will be to start the Booster Pump upon a call for water.  Upon this trigger the blower begins to operate.  After confirmation that the blower is operating, the well pump will be started.  Failure of the blower to operate will prevent operation of the well pump.  Three separate safety devices (an electrical motor starter interlock, amperage meter and a pressure sensor) must detect blower operation before the well pump will be permitted to start.  The well pump will initially run to blowoff for a preset time before being diverted to the packed tower by automatically actuated valves.  A variable frequency drive (VFD) on the booster pump will maintain the level in the clearwell increasing or decreasing its flow rate in respect to an operating level set on the pressure transducer.  During operation, if a low level float or pressure transducer setting is triggered, the booster pump will stop; however, the well pump and blower will continue to run to refill the clearwell.  When the call for water ends, the booster pump will immediately cease operation.  Following this, the well pump and blower will continue to run until the high level float switch or transducer set point in the

clearwell is reached. When the high level set point is reached, the well pump will shut down immediately and the automatic blowoff valve will open. The blower will continue to run on a preset timer to ensure that all water has been treated before entering the clearwell. When the timer has expired, the blower will shutdown.

An emergency high-high level float switch in the clearwell will trigger a high level alarm and shut down the well pump and the blower to prevent a clearwell overflow condition. An emergency low-low level float switch in the clearwell will trigger a low level alarm and shut down the booster pump to prevent a water level below the level required for proper pump operation. Manual reset will be required for either high level alarm or low level alarm before returning to normal operating mode. The control system will feature a selector switch which will allow control of the well pump from either the electronic pressure transducer or the float switches.

Locally initiated well flow mode will operate identically to the SCADA initiated well flow mode with the exception of the call for water which will be initiated from a local pressure switch. Local control will only operate in the absence of SCADA control or when the switch is in local mode.

## 5.0    INFRASTRUCTURE SECURITY

In accordance with Ten State Standards, Recommended Standards for Water Works "Policy Statement on Infrastructure Security for Public Water Supplies", existing security features of the facility are reviewed and improvements to reduce vulnerability to intentional acts of vandalism, sabotage, and terrorism are evaluated for inclusion in the project.

The Well 13 property is protected from unauthorized entry by a continuous 6-foot chain link fence and gates that are maintained locked throughout the day.  To monitor the buildings within the unmanned facility, the Town utilizes a Supervisory Control and Data Acquisition (SCADA) system to provide access control and to monitor for unauthorized entry into each building.  Access control is granted for each authorized plant operator through the use of a magnetic key issued to each individual that is uniquely coded to identify the individual and their respective access permissions.  Authorization to enter the site disarms the alarm monitoring system at the site.  The alarm system is activated each time an operator leaves the site.  The alarm system serves to prevent and alert the Town of unauthorized entry into a building through the use of door switches within each building.  All critical equipment components of each treatment process, including water treatment chemical storage is maintained within buildings that are integrated into the access control and alarm system.  The proposed packed tower aeration building on site will be integrated into the Town's existing access control and alarm system through SCADA.  Where glass windows exist, the openings are obstructed with masonry block to discourage unauthorized entry.  Site lighting is automatically illuminated each night to discourage unauthorized entry and aid in the detection of intruders.  The facility is equipped with signage to encourage the public to report any suspicious activity in the area of the site.

The Town of Hempstead has standardized on certain sizes of well pump motors, chemical feed pumps and instrumentation devices to allow for interchangeability of equipment should critical station components fail or become damaged.  This program allows for key system components to be maintained in storage, preventing procurement lead times associated with the purchase of major components.  For packed tower systems the Town maintains spare blower

belts and air filters at the site to maintain an inventory of replacement parts and reduce the possibility of station downtime in the event that equipment is damaged or expended.

At this time, the existing security and access prevention measures at the Well 13 facility are considered to be adequate to mitigate the threat of illegal tampering with the water supply system. The new facility design will match the Town's standards.

## 6.0     COST ESTIMATE

The purpose of this construction cost estimate is to provide the Town with a budgetary value for funding the construction of the proposed packed tower aeration system. The estimate is based on the conceptual design as presented in this report.

Costs are based on manufacturer quotes for major equipment items and on other similar projects which have been recently completed.   All costs include a 10-percent estimating contingency. Engineering and administrative fees are not included in the estimate.   A breakdown of the cost estimate, as well as an operation and maintenance cost estimate can be found in **Appendix C.**

The estimated construction cost, assuming construction begins in 2014, is $2,000,000.

Evaluations of the project budget represent the Engineer's best judgment as a design professional familiar with the construction industry.   It is recognized, however, that neither the Engineer nor the Owner has control over the cost of labor, materials or equipment, over the Contractor's methods of determining bid prices, or over competitive bidding, market or negotiating conditions.   Accordingly, the Engineer cannot and does not warrant or represent that bids or negotiated prices will not vary from the Owner's project budget or from any estimate of the construction cost or evaluation prepared or agreed to by the Engineer.

# APPENDIX A

## GROUNDWATER SAMPLING WELL LOCATIONS



OPERABLE UNIT 2 (SITE 1)
SITE MAP
NAVAL WEAPONS INDUSTRIAL
RESERVE PLANT
BETHPAGE, NEW YORK

TETRA TECH NUS, INC.

FIGURE OU2T1-G1

LEGEND

● MONITORING WELL LOCATION

◐ PROPOSED MONITORING WELL LOCATION

⊗ VERTICAL PROFILE BORING

⊗ PROPOSED VERTICAL PROFILE BORING

△ WATER SUPPLY WELL

1997 NORTHROP-GRUMMAN BETHPAGE BOUNDARY

1997 NWIRP BETHPAGE BOUNDARY

BUILDING

HIGHWAY

MAJOR LOCAL ROAD

MINOR LOCAL ROAD

# APPENDIX B

# DAR-1 RESULTS SUMMARY

**Town of Hempstead Department of Water**

**Levittown Water District**

**Evaluation of Well 13**

**DAR-1 Analysis of Packed Tower Aeration System**

**Table 1**

**DESIGN PARAMETERS FOR WELL 13**

**PACKED TOWER AERATION SYSTEM**

| Design Parameters | |
|---|---|
| Well Number | 13 |
| NYSDEC Number | N-05303 |
| Air Flow Rate | 5,615 CFM |
| Water Flow Rate | 1,200 GPM |
| Air/Water Ratio | 35:1 |
| Tower Diameter | 8.25 ft |
| Liquid Loading Rate | 22.4 GPM/SF |
| Packed Bed Depth | 34 ft |
| Model Height Above Structure | 29 ft |
| Model Stack Height | 44 ft |
| Stack Outlet Diameter | 63 in[1] |
| Exit Temperature | 52° F |
| Model Exit Velocity | 0.01 ft/s[2] |
| Model Exit Flow Rate | 0.01 ACFM[2] |
| Shortest Distance to Property Line | 45 ft |
| Building Width | 22 ft |
| Building Length | 40 ft |
| Direction Building Length is Facing | 90° |
| UTME | 626623 |
| UTMN | 4508181 |
| UTM Zone | 18 |

Notes:   1.  An equivalent outlet diameter has been calculated to equate to the dimensions of the tower vent ring.

2.  At the NCDH's request, exit velocity and flow rate are considered to be negligible due to the PTAS horizontal exhaust condition.

### Table 2

### 3-Year Observed Maximum

| Design Compounds | CAS # | Observed Max Influent (µg/l) | Concentration at Property Line ( µg/m³) | AGC ( µg/m³) | SGC ( µg/m³) |
|---|---|---|---|---|---|
| 1,1,2-Trichloro-1,2,2-trifluoroethane | 76-13-1 | 3.82 | 0.010 | 180,000 | 960,000 |
| Trichloroethene | 79-01-6 | N/D | N/D | 0.2 | 14,000 |

### Table 3

### Design Influent

| Design Compounds | CAS # | Design Influent With 1 µg/l Effluent (µg/l) | Concentration at Property Line ( µg/m³) | AGC ( µg/m³) | SGC ( µg/m³) |
|---|---|---|---|---|---|
| 1,1,2-Trichloro-1,2,2-trifluoroethane | 76-13-1 | 8.6 | 0.022 | 180,000 | 960,000 |
| Trichloroethene | 79-01-6 | 420 | 1.59 @ 134 ft. | 0.2 | 14,000 |

### Table 4

### Maximum Allowable Influent

| Design Compounds | CAS # | Max Allowable Influent (µg/l) | Concentration at Property Line ( µg/m³) | AGC ( µg/m³) | SGC ( µg/m³) |
|---|---|---|---|---|---|
| 1,1,2-Trichloro-1,2,2-trifluoroethane | 76-13-1 | 10,600,000 | 26,824.917 | 180,000 | 960,000 |
| Trichloroethene | 79-01-6 | 52 | 0.2 @ 134 ft. | 0.2 | 14,000 |

**Table 5**

**DESIGN PARAMETERS FOR WELL 13**

**VAPOR PHASE GAC OFF-GAS TREATMENT SYSTEM**

| Design Parameters | |
|---|---|
| Model Height Above Structure | 10 ft |
| Model Stack Height | 20 ft |
| Stack Outlet Diameter | 20 in[(1)] |
| Exit Temperature | 52° F |
| Model Exit Velocity | 42.9 ft/s |
| Model Exit Flow Rate | 5,615 ACFM |
| Shortest Distance to Property Line | 45 ft |
| Building Width | 22 ft |
| Building Length | 40 ft |
| Direction Building Length is Facing | 90° |
| UTME | 626623 |
| UTMN | 4508181 |
| UTM Zone | 18 |

Notes:   1.   An equivalent outlet diameter has been calculated to equate to the dimensions of the off-gas treatment vent stack.

**Table 6**

**Design Influent With 95% Reduction From Off-Gas Treatment**

| Design Compounds | CAS # | Off-Gas Treatment Effluent ($\mu g/l$) | Concentration at Property Line ($\mu g/m^3$) | AGC ($\mu g/m^3$) | SGC ($\mu g/m^3$) |
|---|---|---|---|---|---|
| 1,1,2-Trichloro-1,2,2-trifluoroethane | 76-13-1 | 0.43 | 0.004 | 180,000 | 960,000 |
| Trichloroethene | 79-01-6 | 21 | 0.0567 @ 148 ft. | 0.2 | 14,000 |

# APPENDIX C

# COST ESTIMATE

**TOWN OF HEMPSTEAD**
**LEVITTOWN WATER DISTRICT**
**PACKED TOWER AERATION SYSTEM**
**AT WELL 13**
*DESIGN REPORT COST ESTIMATE*

| DESCRIPTION | | ESTIMATED COST | | |
|---|---|---|---|---|
| **DIVISION 1 - ADMINISTRATIVE/INSURANCE:** | | | | |
| Insurance/Bonds | $ | 20,000 | | |
| Admin/Shop Dwgs | $ | 15,000 | | |
| Testing/Startup | $ | 10,000 | $ | 45,000 |
| | | | | |
| **DIVISION 2 - SITE WORK:** | | | | |
| Asphalt Pavement | $ | 20,000 | | |
| Fencing | $ | 5,000 | | |
| Grass Restoration | $ | 5,000 | | |
| Excavation/backfilling | $ | 75,000 | | |
| Demolition/Removals | $ | 10,000 | $ | 115,000 |
| | | | | |
| **DIVISION 3 - CONCRETE:** | | | | |
| Clearwell Slabs | $ | 100,000 | | |
| Clearwell Walls | $ | 100,000 | | |
| Baffle Walls | $ | 15,000 | | |
| Clearwell Top Slabs | $ | 100,000 | | |
| Door Pads | $ | 5,000 | | |
| Intake Louver Pads | $ | 2,500 | | |
| Equipment/MCC Pads | $ | 5,000 | | |
| Sidewalks/Curbs | $ | 10,000 | $ | 337,500 |
| | | | | |
| **DIVISION 4 - MASONRY:** | | | | |
| Brick and Block Walls | $ | 75,000 | $ | 75,000 |
| | | | | |
| **DIVISION 5 - MISC METALS:** | | | | |
| Pipe Supports | $ | 5,000 | | |
| Roof Scuttles | $ | 3,000 | | |
| Access Hatches | $ | 2,500 | | |
| Stairs and Railings | $ | 5,000 | | |
| Stn Stl Ladders | $ | 2,500 | | |

| | | | |
|---|---|---|---|
| Structural support steel | $ | 5,000 | |
| Grating and supports | $ | 15,000 | $ 38,000 |

### DIVISION 6 - WOOD

| | | | |
|---|---|---|---|
| Roof Trusses | $ | 15,000 | |
| Other Roof Framing | $ | 15,000 | |
| Ceiling | $ | 10,000 | |
| Miscellaneous trim and accessories | $ | 5,000 | $ 45,000 |

### DIVISION 7 - THERMAL AND MOISTURE PROTECTION:

| | | | |
|---|---|---|---|
| Caulking/Sealant | $ | 5,000 | |
| Foundation damproofing/Insulation | $ | 5,000 | |
| Flashing, Gutters, Trim | $ | 5,000 | |
| Roofing | $ | 15,000 | $ 30,000 |

### DIVISION 8 - DOORS AND WINDOWS:

| | | | |
|---|---|---|---|
| Single Door | $ | 2,500 | |
| Windows | $ | 6,000 | |
| Double Doors and Hardware | $ | 3,500 | $ 12,000 |

### DIVISION 9 - PAINTING:

| | | | |
|---|---|---|---|
| Valve Tags | $ | 2,500 | |
| Valve Chart | $ | 1,000 | |
| Pipe Labels | $ | 2,500 | |
| Signs | $ | 2,500 | |
| Pipe Painting | $ | 5,000 | |
| Floor Painting | $ | 4,000 | |
| Interior Wall Painting | $ | 5,000 | |
| Exterior Waterproofing | $ | 2,500 | |
| Doors Painting | $ | 2,000 | |
| Ceiling Painting | $ | 4,000 | $ 31,000 |

### DIVISION 13 - SPECIAL CONSTRUCTION

| | | | |
|---|---|---|---|
| Chemical Safety Panel Modifications | $ | 30,000 | |
| Flow Switches | $ | 6,000 | |
| SCADA Modifications | $ | 65,000 | $ 101,000 |

### DIVISION 15 - MECHANICAL

| | | | |
|---|---|---|---|
| Ductwork | $ | 20,000 | |
| Fans and Louvers | $ | 10,000 | $ 30,000 |

### DIVISION 16 - ELECTRICAL:

| | | | | |
|---|---|---|---|---|
| MCC | $ | 80,000 | | |
| Switchgear | $ | 40,000 | | |
| Underground conduit and wire | $ | 50,000 | | |
| Indoor power/control connections | $ | 40,000 | | |
| Heaters | $ | 15,000 | | |
| Indoor lighting | $ | 7,500 | | |
| LIPA Costs | $ | 20,000 | $ | 252,500 |

### DIVISION 18 - PLUMBING:

| | | | | |
|---|---|---|---|---|
| Lime Pumps | $ | 5,000 | | |
| Sodium Hypchlorite Pumps | $ | 5,000 | | |
| Layne Christensen Package | $ | 250,000 | | |
| Tigg Off-Gas Treatment Unit | $ | 140,000 | | |
| Booster Pumps | $ | 30,000 | | |
| Well 13 Pump Modifications | $ | 35,000 | | |
| Buried Pipe and Fittings | $ | 60,000 | | |
| Exposed Pipe and Fittings | $ | 60,000 | | |
| Small Diameter Pipe and Fittings | $ | 15,000 | | |
| Sump Pump | $ | 5,000 | | |
| Valve Operator Extensions | $ | 7,500 | | |
| Cla-Vals | $ | 15,000 | | |
| Venturi Meter | $ | 25,000 | | |
| Drainage Piping | $ | 10,000 | | |
| Flow Transmitters | $ | 6,000 | | |
| Chemical piping and valves | $ | 20,000 | | |
| Air Release Valves and Piping | $ | 5,000 | $ | 693,500 |

| | | | |
|---|---|---|---|
| Subtotal GC, PC and EC Combined | $ | 1,805,500 | |
| Estimating Contingency at 10% | $ | 181,000 | |
| **Total Estimated Project Cost** | $ | **1,990,000** | |

**Town of Hempstead Department of Water**

**Levittown Water District**

**Well 13 Packed Tower Aeration System Annual Operating Costs**

A.  Annual Electric Costs

| Off Peak Season | | | Peak Season | | |
|---|---|---|---|---|---|
| Demand | 175 | KW | Demand | 175 | KW |
| Monthly Demand Charge | $4.65 | Per KW | Monthly Demand Charge | $18.96 | Per KW |
| Season Duration | 8 | Months | Season Duration | 4 | Months |
| Total Demand Cost | $6,510 | | Total Demand Cost | $13,272 | |
| Monthly Operating Hours[1] | 240 | Hrs | Monthly Operating Hours[2] | 300 | Hrs |
| Monthly Usage | 42,000 | KWH | Monthly Usage | 52,500 | KWH |
| Usage Charge | $0.0387 | Per KWH | Usage Charge | $0.0477 | Per KWH |
| Total Usage Cost | $13,003.20 | | Total Usage Cost | $10,017 | |
| Total Electric Cost | $19,513.20 | | Total Electric Cost | $23,289 | |
| Total Annual Electric Cost of New Water Supply Facilities | | | $42,802.20 | | |

Notes:  1.  Based on average day pumpage and pump flow rates (One well pump, one booster pump, and one blower at 8 hours per day).
2.  Based on maximum day pumpage and pump flow rates (One well pump, one booster pump, and one blower at 10 hours per day).

B.  Annual Carbon Costs

| Annual Carbon Changes | 4 |
|---|---|
| Cost of Carbon Per Change | $25,000 |
| Total Annual Carbon Cost | $100,000 |

C.     Annual Costs Associated with 30 Year Life of New Equipment

| | Well Pump | Booster Pump | Blower |
|---|---|---|---|
| Rehabilitation Interval | 5 | 5 | 5 |
| Number of Rehabilitations Over 30 Years | 4 | 4 | 4 |
| Cost Per Rehabilitation | $5,000 | $5,000 | $1,000 |
| Total Lifetime Replacement Cost | $20,000 | $20,000 | $4,000 |
| Replacement Interval (Years) | 15 | 15 | 15 |
| Number of Replacements Over 30 Years | 2 | 2 | 2 |
| Cost Per Replacement | $65,000 | $65,000 | $40,000 |
| Total Lifetime Replacement Cost | $130,000 | $130,000 | $80,000 |
| Costs Associated with 30 Year Life of New Equipment | | | $384,000 |
| Annual Costs Associated with 30 Year Life of New Equipment | | | $12,800 |

D.     Sum of Operating Costs for Project

| | |
|---|---|
| Annual Electric Usage and Demand Costs | $42,802.20 |
| Annual Carbon Costs | $100,000 |
| Annual Costs Associated with 30 Year Life | $12,800 |
| **Total Annual Operating Costs** | $155,602.20 |

**EXHIBIT E**

# TOWN OF HEMPSTEAD DEPARTMENT OF WATER

## NASSAU COUNTY                                        NEW YORK

# LEVITTOWN WATER DISTRICT
# CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
# FOR WELLS 7A & 8A

## GENERAL CONSTRUCTION - CONTRACT PW 18-15
## ELECTRICAL CONSTRUCTION - CONTRACT PW 20-15
## PLUMBING CONSTRUCTION - CONTRACT PW 19-15

## FEBRUARY 2015

**LIST OF DRAWINGS**
**GENERAL CONSTRUCTION**

| DWG. NO. | TITLE |
|---|---|
| | **GENERAL** |
| . | COVER SHEET |
| G1 | SYMBOLS AND ABBREVIATIONS |
| G2 | PACKED TOWER BUILDING-EXISTING SITE AND DEMOLITION PLAN |
| G3 | PACKED TOWER BUILDING-SITE LAYOUT AND GRADING AND DRAINAGE PLANS |
| G4 | PACKED TOWER BUILDING - SITE UTILITY PLAN |
| G5 | SITE DETAILS I |
| G6 | SITE DETAILS II |
| | |
| | **ARCHITECTURAL** |
| A1 | FIRST FLOOR PLAN, ROOF & FRAMING PLANS |
| A2 | ROOF PLAN & ROOF FRAMING PLAN |
| A3 | NORTH & SOUTH ELEVATIONS |
| A4 | EAST & WEST ELEVATIONS |
| A5 | TRAVERSE SECTION |
| A6 | LONGITUDINAL SECTION |
| A7 | DETAILS I |
| A8 | DETAILS II |
| A9 | DETAILS III |
| A10 | DETAILS IV |
| A11 | DETAILS V |
| A12 | DETAILS VI |
| A13 | SCHEDULES |
| | |
| | **STRUCTURAL** |
| S1 | PACKED TOWER BUILDING GENERAL NOTES |
| S2 | PACKED TOWER BUILDING - FOUNDATION PLAN |
| S3 | PACKED TOWER BUILDING - SLAB PLAN |
| S4 | PACKED TOWER BUILDING - PLAN AND SECTIONS |
| S5 | SECTION I |
| S6 | SECTION II |
| S7 | STEEL PLATFORM - DETAILS AND SECTIONS |
| S8 | DETAILS I |
| S9 | DETAILS II |
| | |
| | **MECHANICAL** |
| M1 | PACKED TOWER BUILDING FACILITY SCHEMATIC |
| M2 | PACKED TOWER BUILDING - FLOOR PLAN I |
| M3 | PACKED TOWER BUILDING - FLOOR PLAN II |
| M4 | PACKED TOWER BUILDING - SECTIONS 1 & 2 |
| M5 | PACKED TOWER BUILDING - SECTIONS 3, 4 & 5 |
| M6 | DETAILS I |
| M7 | DETAILS II |
| M8 | EXISTING WELLS 7A & 8A BUILDING FLOOR PLAN |
| M9 | PROPOSED WELLS 7A & 8A BUILDING FLOOR PLAN |
| M10 | PACKED TOWER BUILDING NATURAL GAS PLAN |
| M11 | WELLS 7A & 8A BUILDING - NATURAL GAS PLAN AND DETAILS |
| M12 | CONTROL MODIFICATIONS EXISTING WELL 7A & 8A |



**LOCATION MAP**
N.T.S.

**LIST OF DRAWINGS**
**ELECTRICAL CONSTRUCTION**

| DWG. NO. | TITLE |
|---|---|
| E1 | EXISTING SITE AND DEMOLITION PLAN |
| E2 | WELLS 7A & 8A BUILDING FLOOR PLAN - DEMOLITION |
| E3 | WELLS 7A & 8A MOTOR CONTROL CENTER SINGLE LINE DIAGRAM AND ELEVATION-DEMOLITION |
| E4 | PROPOSED SITE PLAN |
| E5 | WELLS 7A & 8A BUILDING FLOOR PLAN |
| E6 | PACKED TOWER BUILDING POWER PLAN |
| E7 | PACKED TOWER BUILDING LIGHTING |
| E8 | LIGHTING PROTECTION SYSTEM PLAN |
| E9 | WELL BUILDING MAIN INCOMING SWITCHES |
| E10 | WELL 7A AND 8A MOTOR CONTROL CENTER SINGLE LINE DIAGRAM AND ELEVATION-NEW WORK |
| E11 | MOTOR CONTROL CENTERS MCC-PT1 AND MCC-PT2 - SINGLE LINE DIAGRAMS |
| E12 | MOTOR CONTROL CENTER MCC-PT1 AND MCC-PT2 - ELEVATIONS AND SCHEDULES |
| E13 | SCADA SYSTEM RISER DIAGRAMS - DEMOLITION AND NEW WORK |
| E14 | CHEMICAL SAFETY SYSTEM RISER DIAGRAMS - DEMOLITION AND NEW WORK |
| E15 | WIRING DIAGRAMS |
| E16 | CONDUIT AND CABLE SCHEDULE AND PANEL BOARD SCHEDULE |
| E17 | DETAILS |



**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

# ABBREVIATIONS

| | | | |
|---|---|---|---|
| ADD'L | ADDITIONAL | HOA | HAND-OFF-AUTOMATIC SWITCH |
| AFF | ABOVE FINISHED FLOOR | HOFFS | HEAT-OFF-FAN SWITCH |
| ALUM | ALUMINUM | HDPE | HIGH DENSITY POLYETHYLENE |
| A/C | AMPERE INTERRUPTING CAPACITY | HP | HORSEPOWER |
| ARV | AIR RELEASE VALVE | ID | INSIDE DIAMETER |
| AT | ASTRONOMIC TIMER | INF | INFLUENT |
| @ | AT | INT | INTERIOR |
| & | AND | INV. EL./I.E. | INVERT ELEVATION |
| B,BOT | BOTTOM | IJ | ISOLATION JOINT |
| BLW | BLOWOFF | LBS, # | POUNDS |
| BM | BEAM | LF | LINEAR FEET |
| BP | BY PASS | LP | LOW POINT |
| BUTT. | BUTTERFLY VALVE | LS | LIMIT SWITCH |
| C.I. | CAST IRON | MLO | MAIN LUGS ONLY |
| CJ | CONSTRUCTION JOINT | MAX | MAXIMUM |
| C | CONDUIT | MECH | MECHANICAL |
| CL. | CLEARANCE | MFTR | MANUFACTURER |
| ₵ | CENTERLINE | MIN | MINIMUM |
| CB | CIRCUIT BREAKER | MH | MANHOLE |
| C.O. | CLEAN OUT | MJ | MECHANICAL JOINT |
| COA | CLOSE-OPEN-AUTO- SELECTOR SWITCH | MO | MASONRY OPENING |
| CMU | CONCRETE MASONRY UNIT | MCC | MOTOR CONTROL CENTER |
| COL | COLUMN | NEC | NATIONAL ELECTRICAL CODE |
| CP | CONTROL PANEL | NO./# | NUMBER |
| CPT | CONTROL POWER TRANSFORMER | NC | NORMALLY CLOSED |
| CONC | CONCRETE | NO | NORMALLY OPEN |
| CONN | CONNECTION | NTS | NOT TO SCALE |
| CONT | CONTINUE/CONTINUOUS | OC | ON CENTER |
| CR | CORROSION RESISTANT | OFNG | OPENING |
| CU | COPPER | OVR | OVERFLOW |
| D | DRAIN | P,E. | PLAIN END |
| DbG | DRILL & GROUT | PL | PLATE/PROPERTY LINE |
| DET. | DETAIL | PRESS. | PRESSURE |
| D.I./D.I.P. | DUCTILE IRON/D.I. PIPE | PS | PRESSURE SWITCH |
| DIS | DISCHARGE | PVC | POLYVINYL CHLORIDE PIPE |
| DIA./⌀ | DIAMETER | RCP | REINFORCED CONCRETE PIPE |
| DPI | DIFFERENTIAL PRESSURE INDICATOR | REC | RECIRCULATION |
| DPS | DIFFERENTIAL PRESSURE SWITCH | RED | REDUCER |
| DWG(S) | DRAWING(S) | REINF | REINFORCED, REINFORCING |
| DWLS | DOWELS | REQ'D | REQUIRED |
| DS | DOOR MOUNTED SWITCH(INTRUSION ALARM) | RPZ | REDUCED PRESSURE |
| | | | BACKFLOW PREVENTER |
| EXIST. | EXISTING | RVSS | REDUCED VOLTAGE SOLID STATE STARTER |
| EA | EACH | S | SANITARY |
| EC | ELECTRICAL CONTRACTOR | SCH | SCHEDULE |
| EE | EACH END | SP | SUMP PUMP DISCHARGE |
| EF | EACH FACE | SPECS | SPECIFICATIONS |
| EL./ELEV | ELEVATION | SQ | SQUARE |
| EQ | ELECTRICAL HANDHOLE | SQ. FT. | SQUARE FEET |
| EQUIP | ELECTRICAL MANHOLE | STN. STL. | STAINLESS STEEL |
| EUH | ELECTRIC UNIT HEATER | STD | STANDARD |
| EWH | ELECTRIC WATER HEATER | STRUCT | STRUCTURAL |
| EQ | EQUAL | SV | SOLENOID VALVE |
| EQUIP | EQUIPMENT | SUC | SUCTION |
| ETC | ET CETERA | TB | TERMINAL BOX |
| EW | EACH WAY | TDR | TIME DELAY RELAY |
| EXP | EXPANSION JOINT | TC | TIME DELAY CLOSE |
| EXP | EXPANSION | TD | TIME DELAY OPEN |
| EXT | EXTERIOR | THERM | THERMOSTAT |
| X | EXPLOSION PROOF | T | TOP |
| FO | FAIL OPEN | T&B | TOP AND BOTTOM |
| FBO | FURNISHED BY OTHERS | TO | TOP OF |
| FDN | FOUNDATION | TOW | TOP OF WALL |
| F.F./FIN. FL. | FINISHED FLOOR | TS | TRANSFER SWITCH |
| FL | FLOOR | TYP | TYPICAL |
| FRP | FIBERGLASS REINFORCED PLASTIC | U.N.O. | UNLESS OTHERWISE NOTED |
| FI | FLOW INDICATOR | UPS | UNINTERRUPTIBLE POWER SUPPLY |
| FS | FLOAT SWITCH | V | VENT |
| FTG | FOOTING | VIF | VERIFY IN FIELD |
| FHP | FRACTIONAL HORSEPOWER | VERT,V | VERTICAL |
| FVNR | FULL VOLTAGE NON-REVERSING STARTER | W | WITH |
| GALV | GALVANIZED | WS | WATER SERVICE |
| GC | GENERAL CONTRACTOR | WWF | WELDED WIRE FABRIC |
| GS | GALVANIZED STEEL | WP | WEATHER-PROOF |
| GFI | GROUND FAULT CIRCUIT INTERRUPTER | | |

# SYMBOLS

## CIVIL

| Symbol | Description |
|---|---|
| E | EXISTING ELECTRICAL CONDUIT |
| E | NEW ELECTRICAL CONDUIT |
| G | EXISTING GAS MAIN |
| G | NEW GAS MAIN |
| S | SANITARY SEWER |
| D | EXISTING DRAIN |
| D | NEW DRAIN |
| T | EXISTING TELEPHONE |
| T | NEW TELEPHONE |
| | EXISTING WATER MAIN |
| W | NEW WATER MAIN |
| WS | NEW WATER SERVICE |
| WS | NEW WATER SERVICE |
| FO | FIBER OPTIC |
| | PROPERTY LINE |
| ×−×−× | NEW CHAIN LINK FENCE |
| ⊙ 18" | TREE TRUNK DIAMETER |
| BM | BENCH MARK |
| ⊕ B-1 | SOIL BORING AND NUMBER |
| Ⓔ | ELECTRIC MANHOLE |
| Ⓢ | SANITARY MANHOLE |
| Ⓣ | TELEPHONE MANHOLE |
| Ⓓ | DRAINAGE MANHOLE |
| ⌂ | FIRE HYDRANT/WALL HYDRANT |
| ⌐⊔⌐ | UTILITY POLE |
| 10.00 | NEW SPOT ELEVATION |

## CIVIL/EXISTING

| Symbol | Description |
|---|---|
| ×10.00 | SPOT ELEVATION |
| | TOP OF CURB ELEVATION |
| | BOTTOM OF CURB ELEVATION |
| | TREE |
| | TREE (EVERGREEN) |
| | VEGETATION LINE (HEDGES, LARGE SHRUBS, ETC.) |
| | UTILITY POLE |
| | LIGHT POLE |
| | HOUSE NUMBER |
| | SIGN |
| | GAS VALVE |
| | GAS METER |
| | WATER VALVE |
| | WATER METER |
| | HYDRANT |
| | STORM DRAIN MANHOLE |
| | DRAINAGE INLET |
| | CATCH BASIN |
| | SANITARY SEWER MANHOLE |
| | ELECTRICAL MANHOLE |
| | TELEPHONE MANHOLE |
| | TRAFFIC CONTROL BOX |

## ARCHITECTURAL/STRUCTURAL

| Symbol | Description |
|---|---|
| | EXISTING |
| ///// | EXISTING TO BE REMOVED (SEE NOTE 2) |
| | NEW |
| | NEW (HIDDEN) |
| | NEW CONCRETE |
| | NEW BLOCK |
| | GRATING |
| | EARTH |
| | NEW CONCRETE (SITE PLANS ONLY) |
| | NEW PAVEMENT (SITE PLANS ONLY) |

## MECHANICAL/PLUMBING

| Symbol | Description |
|---|---|
| | AIR RELEASE VALVE |
| | GATE VALVE |
| | BACK PRESSURE CONTROL VALVE |
| | BALL VALVE |
| | BUTTERFLY VALVE |
| | BUTTERFLY VALVE W/MOTORIZED ACTUATOR |
| | PLUG VALVE |
| | CHECK VALVE |
| | SOLENOID VALVE ASSEMBLY |
| | VENTURI METER |
| | FLANGED FITTING |
| | MECHANICAL JOINT FITTING |
| | UNION |
| FS | FLOW SWITCH, FLOW INDICATOR |
| PS | PRESSURE SWITCH |
| PT | FLOW TRANSMITTER |
| | CORPORATION STOP/ SERVICE CONNECTION |
| | LIMIT SWITCH |
| | LIMIT SWITCH |
| | PRESSURE GAUGE |
| | HOSE BIBB |
| | AIR FILTER |
| | FLOW INDICATOR |
| | BACKDRAFT DAMPER |
| | RPZ-BACKFLOW PREVENTER |
| | AIR FLOW MEASURING STATION |

## VENTILATION

| Symbol | Description |
|---|---|
| 24"× 12" | SECTION DUCT SIZE – FIRST DIMENSION IS HORIZONTAL |
| 12"X 24" | ELEVATION OF DUCT SIZE – FIRST DIMENSION IS SIDE SHOWN |
| 24"X 12" | PLAN OF DUCT SIZE – FIRST DIMENSION IS SIDE SHOWN |
| | VENTILATION DUCT TURN UP / TURN DOWN (RESPECTIVELY) |
| | FLEXIBLE CONNECTION |

## ELECTRICAL

| Symbol | Description |
|---|---|
| | 480V NON-FUSED DISCONNECT SWITCH (a INDICATES SWITCH RATING IN AMPS) |
| | COMBINATION MOTOR STARTER |
| ST | SINGLE PHASE MOTOR STARTING SWITCH WITH THERMAL OVERLOAD |
| | WALL BATTERY PACK – 2 LAMP FIXTURE, SEE SPECIFICATION FOR LIGHTING FIXTURE SCHEDULE |
| | LIGHTING FIXTURE (UPPER CASE LETTER INDICATES TYPE, LOWER CASE LETTER INDICATES RESPECTIVE SWITCH, NUMERAL INDICATES CIRCUIT NUMBER) SEE SPECIFICATION FOR LIGHTING FIXTURE SCHEDULE |
| SV HOA | DEVICE(SEE ABBREVIATIONS FOR TYPE) |
| | 208V/120V UTILITY PANEL |
| UP−2 | HOME RUN TO PANELBOARD (LETTERS AND NUMERALS INDICATE PANEL AND CIRCUIT NUMBER |
| | INDICATES WIRE AND CONDUIT RUN (SEE CONDUIT AND CABLE SCHEDULE) |
| | GROUND CABLE |
| | CONDUIT AND WIRING RUN EXPOSED |
| | CONDUIT CONCEALED OR BURIED |
| | CONDUIT (TURNED UP) |
| | CONDUIT (TURNED DOWN) |
| | CONDUIT FOR TELEPHONE SYSTEM |
| | CAPPED CONDUIT (EXPOSED) |
| J | JUNCTION BOX |
| | SWITCH(UPPER CASE LETTER INDICATES FIXTURES & EQUIPMENT TO BE SWITCHED) (REFER TO SPECIFICATION FOR SWITCHES) |
| $S_a$ | THREE-WAY SWITCH(LOWER CASE LETTER INDICATES FIXTURES AND EQUIPMENT TO BE SWITCHED)(REFER TO SPECIFICATION FOR RATINGS) |

## MISCELLANEOUS SYMBOLS

| Symbol | Description |
|---|---|
| EXISTING | INDICATES EXISTING BUILDINGS, STRUCTURES AND FEATURES, ETC. |
| PROPOSED | INDICATES PROPOSED BUILDINGS, STRUCTURES AND FEATURES, ETC. |

### DRAWING REFERENCES

#### DETAIL REFERENCES

A — DETAIL LETTER
M-001 — DRAWING NUMBER

#### SECTION REFERENCES

SECTION NUMBER
DRAWING NUMBER — M-001

## ELECTRICAL (CONTINUED)

| Symbol | Description |
|---|---|
| | DUPLEX RECEPTACLE, 2 POLE,3 WIRE,120V,20A. 18" A.F.F. UNLESS OTHERWISE NOTED |
| GFI | GRD FAULT CIRCUIT INTERRUPTER DUPLEX RECEPTACLE, 2 POLE 3 WIRE, 120V,20A,18" A.F.F. UNLESS OTHERWISE NOTED |
| | RECEPTACLE, SPECIFIC PURPOSE – VERIFY REQM'T |
| | AIR TERMINAL FOR LIGHTNING PROTECTION SYSTEM |
| | GROUND ROD WITH INSPECTION WELL |
| | SECTION OF CONCRETE CONDUIT BANK |
| | THERMOSTAT |
| | CONTROL STATION |
| | AC COMBINATION FULL VOLTAGE NON-REVERSING STARTER WITH MAGNETIC BREAKER |
| | TRANSFORMER (SINGLE LINE DIAGRAM) |
| | TRANSFORMER–TYPE AND SIZE AS NOTED ON THE DRAWINGS AND IN SPECIFICATIONS |
| | FUSE |
| MMD | MICROPROCESSOR BASED METERING DEVICE (SEE SPECIFICATIONS |
| (+) | CIRCUIT BREAKER (a INDICATES FRAME SIZE AND b INDICATES TRIP SIZE) |
| | EQUIPMENT/DEVICE FURNISHED AND INSTALLED UNDER SEPARATE CONTRACT. CONDUIT AND WIRE, INCLUDING TERMINATIONS, BY ELECTRICAL CONTRACTOR. |
| | MOTOR – a INDICATES HORSE POWER |
| F a/b | 480V DISCONNECT SWITCH, 3 POLE, 3 FUSE(a INDICATES SWITCH RATING and b INDICATES FUSE RATING, IN AMPS) |
| | LIGHT POLE |
| | WOOD POLE |
| OE | OVERHEAD ELECTRIC CABLE |
| OT | OVERHEAD TELEPHONE CABLE |

### NOTES:
1. SYMBOLS/ ABBREVIATIONS LIST APPLIES TO ALL CONTRACTS.
2. THE REMOVAL SYMBOL APPLIES TO ALL ITEMS TO BE REMOVED INCLUDING CIVIL, MECHANICAL, PLUMBING, HEATING, VENTILATING, ELECTRICAL, ETC.

---

| | |
|---|---|
| UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW. | **D&B ENGINEERS AND ARCHITECTS, P.C.** KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS |

PROJECT ENGINEER:
DRAWN BY: JEZ SL
DESIGNED BY: WDM/SL
CHECKED BY: WDM

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY · NEW YORK
**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

SYMBOLS AND ABBREVIATIONS

GENERAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: N.T.S.
DRAWING NO.: **G1**

| NO. | DATE | REVISION | INT. |
|---|---|---|---|



REMOVE CHAIN LINK FENCE AND GATES

REMOVE CHAIN LINK FENCE AND GATE

ABANDON PNEUMATIC TANKS IN PLACE FILL WITH CLEAN SAND

REMOVE CONC. CURB AND ASPHALT PAVEMENT

REMOVE CB

REMOVE CONC. PAD AND CAP ALL PIPE

REMOVE CONC. CURB AND ASPHALT PAVEMENT

REMOVE EXISTING BLOW OFF STRUCTURE

REMOVE AND REPLACE GATE

REMOVE CB CASTING

LANE

BOWLING

RECHARGE BASIN

WELL BLDG.

PNEUMATIC TANK

PNEUMATIC TANK

| | | | TOWN OF HEMPSTEAD | PROJECT NO. | DRAWING NO. |
| | | D&B ENGINEERS AND ARCHITECTS, P.C. | **DEPARTMENT OF WATER** | 3402 | |
| PROJECT ENGINEER: | DRAWN BY: | | NASSAU COUNTY                NEW YORK | DATE: | **G2** |
| SL | JEZ | | **LEVITTOWN WATER DISTRICT** | FEBRUARY 2015 | |
| DESIGNED BY: | CHECKED BY: | KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS | **CONSTRUCTION OF PACKED TOWER AERATION SYSTEM** | SCALE: | |
| WDM/SL | WDM | | **FOR WELLS 7A & 8A** | | |

**PACKED TOWER BUILDING**
**EXISTING SITE AND DEMOLITION PLAN**

GENERAL

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

NO. | DATE | REVISION | INT.

1"=20'



SITE LAYOUT PLAN
SCALE: 1"=20'

GRADING AND DRAINAGE PLAN
SCALE: 1"=20'

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

| | |
|---|---|
| PROJECT DESIGNED BY: | DRAWN BY: JEZ / SL |
| DESIGNED BY: WDM/SL | CHECKED BY: WDM |

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY                    NEW YORK

LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

PACKED TOWER BUILDING
SITE LAYOUT AND GRADING AND DRAINAGE PLANS

GENERAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: 1"=20'

DRAWING NO.: G3



LANE

BOWLING

16"Ø WATER

16"Ø WATER

NATURAL GAS HEADER WITH METER

CONNECT TO EXISTING GAS MAIN

2"Ø NATURAL GAS SERVICE

WELL BLDG.

1¼"Ø NATURAL GAS

1"Ø W.S.

WATER SERVICES CONNECTION

N / G8

12"Ø DRAIN

15"Ø DRAIN

L / G8

LIME INJECTION VAULT

16"Ø WATER

15"Ø DRAIN

RECHARGE BASIN

K / G8

BLOW OFF STRUCTURE

M / G8

CATCH BASIN

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL
DRAWN BY: JEZ / SL
DESIGNED BY: WDM/SL
CHECKED BY: WDM

**D&B ENGINEERS**
AND
**ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                NEW YORK
**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**PACKED TOWER BUILDING**
**SITE UTILITY PLAN**

GENERAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: 1"=20'

DRAWING NO.: **G4**

NO. | DATE | REVISION | INT.



CONCRETE CURB DETAIL

TYPICAL PAVING DETAIL

SPECIAL PIPE CROSSING DETAIL

TYPICAL PIPE TRENCH IN UNPAVED AREA

TYPICAL PIPE CROSSING DETAIL

CONCRETE THRUST BLOCK SCHEDULE

TYPICAL PIPE TRENCH IN PAVED AREA

EXTERIOR EQUIPMENT PAD DETAIL

CONCRETE SIDEWALK DETAIL

4'-0" DIAMETER PRECAST MANHOLE

SIDEWALK APRON DETAIL

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY        NEW YORK

LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

SITE DETAILS I

GENERAL

PROJECT NO.: 3402

DRAWING NO.: G5

DATE: FEBRUARY 2015

SCALE: AS NOTED

# EXPLODED RAIL CONNECTION
N.T.S.

# FABRIC CONNECTION
N.T.S.

## CHAIN LINK FENCE DETAIL
(G) G3   SCALE: N.T.S.

## CHAIN LINK FENCE DETAIL
N.T.S.

## CHAIN LINK FENCE DETAIL
(H) G3   SCALE: N.T.S.

## CHAIN LINK FENCE DETAIL
(J) G3   SCALE: N.T.S.

## VALVE BOX COVER DETAIL
N.T.S.

**NOTE:**
PROVIDE VALVE TAG ADHERED TO CONCRETE PAD.

## CONCRETE MOWING STRIP DETAIL
N.T.S.

**NOTE:** PROVIDE DRAINAGE KNOCKOUTS EVERY 10'-0".

**NOTES:**
1. CONCRETE SHALL HAVE A MINIMUM COMPRESSIVE STRENGTH OF 3,000 P.S.I. AT 28 DAYS AND SHALL CONFORM TO THE REQUIREMENTS OF THE "AMERICAN CONCRETE INSTITUTE-BUILDING REQUIREMENTS FOR REINFORCED CONCRETE (ACI-318)".

2. CONCRETE SHALL NOT BE PLACED IN FROZEN GROUND. IF CONCRETE IS POURED WHEN FREEZING WEATHER IS FORECAST PROPER INSULATION AGAINST FREEZING SHALL BE PROVIDED. NO CONCRETE SHALL BE PLACED UNLESS APPROVED BY THE ENGINEER.

## PLAN

## PLAN

## PLAN

## SECTION

## PRECAST BLOWOFF STRUCTURE
(K) G4   SCALE: N.T.S.

## CATCH BASIN DETAIL
(M) G4   SCALE: N.T.S.

## SECTION

## LIME INJECTION VAULT DETAIL
(L) G4   SCALE: 1/2" = 1'-0"

## TOP PLAN

## SECTION

## WATER SERVICE CONNECTION
(N) G4

**WATER SERVICE CONNECTION NOTES:**
1. CONTRACTOR SHALL PROVIDE ALL NECESSARY PIPING, FITTINGS, ADAPTERS, ETC. TO CONNECT WATER SERVICE TO WATER MAIN.

2. CONTRACTOR SHALL PROVIDE DOUBLE STRAP SADDLE FOR WATER SERVICE CONNECTIONS 1-1/2" DIA. OR GREATER. FOR WATER SERVICE CONNECTIONS LESS THAN 1-1/2" DIA., CORPORATION STOP SHALL BE TAPPED DIRECTLY TO WATER MAIN.

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

PROJECT ENGINEER: SL
DRAWN BY: JEZ   SL
DESIGNED BY: WDM/SL
CHECKED BY: WDM

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                    NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**SITE DETAILS II**

GENERAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: AS NOTED

DRAWING NO.: **G6**



FLOOR PLAN @ ELEV. 1'-0"
SCALE: 3/16"=1'-0"

FLOOR PLAN @ ELEV. 12'-4"
SCALE: 3/16"=1'-0"

FLOOR PLAN @ ELEV. 22'-2"
SCALE: 3/16"=1'-0"

LEGEND:

STRUCTURAL BRICK WALL

NEW WINDOW — SEE SCHEDULE ON A13

NEW DOOR — SEE SCHEDULE ON A13

GENERAL NOTE:
1. REFER TO ROOF FRAMING PLAN FOR 1/A2 FOR ROOF BEAM LAYOUT

LINE OF STRUCTURAL BRICK WALL ABOVE

NOTE: SEE ROOF FRAMING PLAN 1/A2 FOR RAFTER LAYOUT

NOTE: SEE ROOF FRAMING PLAN 1/A2 FOR GLULAM RAFTER AND PURLIN LAYOUT

5" X 5" GLULAM POST (TYP.)

5" X 12" CONTINUOUS GLULAM BEAM SEE DETAIL 2/A7

5" X 5" GLULAM POST (TYP.)

LINE OF STRUCTURAL BRICK WALL BELOW

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL    DRAWN BY: MS
DESIGNED BY: MS    CHECKED BY: WDM

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY                    NEW YORK
LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

FIRST FLOOR PLAN, ROOF & FRAMING PLANS

ARCHITECTURAL

PROJECT NO: 3402
DATE: FEBRUARY 2015
SCALE: AS NOTED

DRAWING NO: A1

NO. | DATE | REVISION | INT.



NOTE: SEE FRAMING NOTES
THIS SHEET FOR ADDITIONAL
INFORMATION

**ROOF FRAMING PLAN**
SCALE: 3/16"=1'-0"

**ROOF PLAN**
SCALE: 3/16"=1'-0"

GENERAL FRAMING NOTES:

1. FRAMING LUMBER: ALL FIRST FLOOR SILL PLATES SHALL BE CONSTRUCTION GRADE, "S.Y.P." PRESSURE TREATED MINIMUM FB=1550 PSI. ALL OTHER FRAMING SHALL BE CONSTRUCTION GRADE "DOUG. FIR", NO. 2 AND BETTER, WITH A MINIMUM FB OF 1000 PSI AND A MAXIMUM MOISTURE CONTENT OF 19%.

2. CROSS BRIDGING: "DOUG. FIR" NO. 2 AND BETTER CONSTRUCTION GRADE, 5/4 X 3, 8' MAXIMUM O.C. IN ALL FLOOR AND ROOF FRAMING.

3. ROOF SHEATHING SHALL BE 3/4" PRESSURE TREATED PLYWOOD; WALL SHEATHING SHALL BE – 1/2" PRESSURE TREATED PLYWOOD

4. ALL SHEATHING SHALL HAVE A PANEL SPAN RATING OF 32/16. PANEL GRADES SHALL BE APA RATED "STURD-I-FLOOR" FOR SUBFLOORS.

5. FACE GRAN OF PLYWOOD TO BE PERPENDICULAR TO JOISTS AND STUDDING. WITH STAGGERED JOINTS. PROVIDE CLIPS WHERE NECESSARY.

6. SET ALL BEAMS, GIRDERS AND JOISTS AND RAFTERS WITH NATURAL CROWN UP.

7. ALL WOOD PLATES AND SILLS IN CONTACT WITH CONCRETE SHALL BE PRESSURE TREATED, S.Y.P.

8. NO FRAMING OR FINISHED WOOD SHALL BE WITHIN 8" OF FINISHED GRADE.

9. ALL MICRO-LAM BEAMS INDICATED ON FRAMING PLANS SHALL BE AS MANUFACTURED BY "GEORGIA-PACIFIC" OR SIMILAR, SIZES, SPANS AND LOCATIONS SHALL BE AS INDICATED ON FRAMING PLANS. INSTALLATION, NAILING AND THE USE OF FRAMING CONNECTORS SHALL BE IN ACCORDANCE WITH THE MANUFACTURER'S RECOMMENDATIONS.

10. BEAMS AND GIRDERS: THREE INCHES (3") MINIMUM BEARING OVER ALL SUPPORTS. ALL HEADERS AND TAIL BEAMS NOT SUPPORTED BY WOOD LEDGERS SHALL REST ON METAL HANGERS, "TECO" OR EQUAL, SPLICE OVER SUPPORTS.

11. PROVIDE SOLID POST OR SOLID STUDDING BELOW ALL BEAMS AND GIRDERS AT BEARING POINTS. PROVIDE SINGLE JACK STUDS AT ALL OPENINGS TO SUPPORT HEADERS.

12. ALL GLULAM BEAMS SHOWN ON THE DRAWING ARE TO BE PRESSURE TREATED.

13. ALL ROOF PURLINS ARE TO BE PRESSURE TREATED U.O.N.

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

PROJECT ENGINEER: MS
DESIGNED BY: MS
DRAWN BY: SL
CHECKED BY: WDM

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                    NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**ROOF PLAN & ROOF FRAMING PLAN**

ARCHITECTURAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: AS NOTED

DRAWING NO.
**A2**

LEGEND:
STRUCTURAL BRICK
C.I.P. CONCRETE



GAVALUME SIDING OVER WOOD FRAMED CHIMNEY SEE ROOF FRAMING A2 PLAN & DETAILS ON A10 & A11

CEMENT BOARD FASCIA & TRIM SEE 5/A7

NOTE: GC TO PROVIDE BLOCKING @ CHIMNEY TO COORDINATE W/ SOFFIT

GAVALUME STANDING SEAM ROOFING SEE DETAILS A8

SKYLITE SEE DETAIL 3/A9

TOP OF ROOF
EL. 132.53'

GAVALUME STANDING SEAM ROOFING SEE DETAILS ON A7/A8

TOP OF BRICK
EL. 124.71'

6" GAVALUME GUTTER LEADER PIPE PROVIDE STRAPS 36" O.C. TYP. COLOR TO MATCH ROOFING

TOP OF BRICK
EL. 114.88'

8" STRUCTURAL BRICK

CONTINUOUS STRUCTURAL BRICK BOND BEAM SOLDER COURSE, SEE DETAILS 7/A7

TOP OF CONC.
GRADE
EL. 102.34'

NORTH/SOUTH ELEVATIONS
SCALE: 1/4"=1'-0"

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL   DRAWN BY: MS
DESIGNED BY: MS   CHECKED BY: WDM

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY                    NEW YORK
LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

NORTH & SOUTH ELEVATIONS

ARCHITECTURAL

PROJECT NO: 3402
DRAWING NO: A3
DATE: FEBRUARY 2015
SCALE: AS NOTED

| NO. | DATE | REVISION | INT. |
|-----|------|----------|------|



**LEGEND:**

STRUCTURAL BRICK

**WEST ELEVATION**
SCALE: 1/4"=1'-0"

**EAST ELEVATION**
SCALE: 1/4"=1'-0"

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL
DRAWN BY: MS
DESIGNED BY: MS
CHECKED BY: WDM

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY          NEW YORK
LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

EAST & WEST ELEVATIONS

ARCHITECTURAL

PROJECT NO: 3402
DATE: FEBRUARY 2015
SCALE: AS NOTED

DRAWING NO: A4



WOOD FRAMED CHIMNEY
BEYOND. SEE ROOF
FRAMING PLAN 1/A2

TOP OF ROOF
EL. 132.33

2"x8" PURLINS 16" O.C.
SEE DETAIL 1/A7 & ROOF
FRAMING PLAN 1/A2

5"x12" CUSTOM
CURVED GLULAM
RAFTERS. SEE
DETAIL 1/A7 &
ROOF FRAMING
PLAN 1/A2

R20'—1 1/4"

8" STRUCTURAL
BRICK TYP

EL. 103.50

GRADE
EL. 102.34

SECTION A-A
SCALE: 3/8"=1'-0"

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER

NASSAU COUNTY                    NEW YORK

LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

TRAVERSE SECTION

ARCHITECTURAL

D&B ENGINEERS
AND
ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

UNAUTHORIZED ALTERATION OR
ADDITION TO THIS DOCUMENT IS A
VIOLATION OF SECTION 7209 OF THE
NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL        DRAWN BY: MS
DESIGNED BY: MS             CHECKED BY: WDM

PROJECT NO. 3402
DATE: FEBRUARY 2015
SCALE: AS NOTED
DRAWING NO. A5

NO. | DATE | REVISION | INT.



SECTION B-B
SCALE: 3/8"=1'-0"

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER

NASSAU COUNTY                    NEW YORK

LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

D&B ENGINEERS
AND
ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

LONGITUDINAL SECTION

ARCHITECTURAL

PROJECT NO.
3402

DRAWING NO.
A6

DATE:
FEBRUARY 2015

SCALE:
AS NOTED

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL     DRAWN BY: MS
DESIGNED BY: MS          CHECKED BY: WDM

NO. | DATE | REVISION | INT.

## DETAIL — SCALE: 1-1/2"=1'-0" (A7/1)

2X8 PRESSURE TREATED PURLINS @ 16" O.C. SEE ROOF FRAMING PLAN 1/A2

4" CLOSED CELL SPRAY FOAM INSULATION

3-1/2" x 12"CUSTOM CURVED GLULAM PRESSURE TREATED RAFTERS SEE ROOF PLAN FOR SPACING

CONTINUOUS BLOCKING TYP. NOTCH AS REQUIRED TO COORDINATE W/ GLULAM ANCHOR

2X6 PURLINS @16" O.C.

.040" GALVALUME STANDING SEAM ROOFING SEE DETAILS 5/A8

2"X6" CURVED BLOCKING 16" O.C. SEE ROOF PLAN ON A2

⅝" P.T. PLYWOOD SHEATHING

ALUMINUM CLEATS @ 24" O.C.

ICE & WATER SHIELD

CLEVIS TYPE ANCHOR W/ TURNBUCKLE BY GLULAM MANUFACTURER

STEEL PLATE ASSEMBLY BY GLULAM MANUFACTURER STL. BASE PLATE SEE PLAN & SECTION DETAILS ON A12

2X6 CONTINUOUS BLOCKING

1"X6"CEMENT BOARD TRIM RIP TO COORDINATE W/ TRIM AT CORNER INTERSECTION

8" X 12" STRUCTURAL BRICK BOND BEAM SEE VARIOUS SHAPES SEE STRUCTURAL FOR REINFORCEMENT

2—9/16" X 7—9/16" X 15—9/16" STRUCTURAL BRICK, SEE 7/A7

1"X 6" T&G CEMENT BOARD SOFFIT

## DETAIL — SCALE: 1-1/2"=1'-0" (A7/2)

.040" STANDING SEAM GALVALUME ROOFING SEE STANDING SEAM ROOF DETAILS 5/A8

2"X6" CURVED BLOCKING 16" O.C.

2X6 PURLINS @16" O.C. NOTCH AS REQUIRED TYP. CONTINUOUS BLOCKING ANCHOR SEE SIMILAR NOTES 1/A7

GLULAM ANCHOR W/ CLEVIS TURNBUCKLE BY GLULAM MANUFACTURE, SEE SIMILAR DETAILS ON SHEET A12

(4) 2" x 5" S.S. LAG BOLTS @ EACH ANCHOR, SEE SIMILAR DETAILS ON A12

5" x 12" PRESSURE TREATED GLULAM BEAM

ANCHOR (2) 2X6 W/ 2" x 8" S.S. ANCHOR BOLTS 16" O.C., CHEMICALLY ANCHORED SINK BOLT HEADS TYP.

1—3/4" x 14" LVL LEDGER BEAM BOLTED TO BOND BEAM W/ 2" X 6" S.S. THREADED RODS CHEMICALLY ANCHORED 16" O.C. STAGGERED

8" X 12" STRUCTURAL BRICK BOND BEAM SEE STRUCTURAL FOR REINFORCEMENT, PROVIDE RUNNING BOND PATTERN CORNERS TO COORDINATE W/ ADJACENT NORTH & SOUTH ELEVATIONS SEE AXON 8/A7

4" CLOSED CELL SPRAY FOAM INSULATION

8" STRUCTURAL BRICK SEE 7/A7

1"X6"CEMENT BOARD TRIM RIP TO COORDINATE W/ TRIM AT CORNER INTERSECTION

1—36" COURSE ICE & WATER SHIELD

⅝" P.T. PLYWOOD SHEATHING

1"X 6" PAINTED T&G CEMENT BOARD SOFFIT

1"X12"CEMENT BOARD TRIM

S.S. DRIP CAP W/ HEMMED EDGE OVER MIN. HEAD TYP.

SEE WINDOW SCHEDULE A13

S.S. CONTINUOUS FLASHING W/ HEMMED EDGE OVERLAP JOINTS 6" MIN.

1"X6" PAINTED CEMENT BOARD TRIM TYP.

SELF ADHERED WINDOW FLASHING W/ ALL AROUND WINDOW OPENING

(2) 2" X 6" P.T. SILL

8" X 12" STRUCTURAL BRICK BOND BEAM SEE STRUCTURAL FOR REINFORCEMENT SEE AXON 8/A7

## DETAIL — SCALE: 1-1/2"=1'-0" (A7/3)

(2) 1—3/4 X 7—1/2" LVL 16" O.C. TYP. SEE 1/A2 & ISOMETRIC 6/A8

⅝" PLYWOOD ROOF SHEATHING TYP.

GALVALUME STANDING SEAM ROOF SEE SIMILAR NOTES ON DETAIL 1/A7

DRIP EDGE W/ HEMMED EDGE TYP.

2"X6" BLOCKING CUT TO MATCH CURVE OF ROOF 16" O.C.

2"X6" SUB-FASCIA CUT TO MATCH CURVE OF ROOF

1"X8" PAINTED CEMENT BOARD FASCIA CUT TO MATCH CURVE OF ROOF

1"X 6" T&G PAINTED CEMENT BOARD SOFFIT

CURVED 2"X6" BLOCKING TYP.

(2) 6"X 12" CURVED END RAFTER BOLT TOGETHER W/ 2" x 14" CARRIAGE BOLTS 24" O.C. STAGGERED SEE 1/A2 AND ISOMETRIC 6/A8

5/4" x 6" PAINTED CEMENT BOARD TRIM COORDINATE EXACT SIZE W/ SCHEDULED WINDOW

4" CLOSED CELL SPRAY FOAM INSULATION

3'-6"

(2) 2"X6" PURLINS BEYOND SEE ROOF FRAMING PLAN ON A2 TYP.

SCHEDULED WINDOW, SEE WINDOW SCHEDULE ON A13

(2) 2"X4" MULLION NAILED TO GLULAM POST BEYOND SEE 16/A13

5/4"x 4" PAINTED CEMENT BOARD TRIM

NOTE: SEE SIMILAR NOTES 2/A7

GLULAM RAFTER TO BE NOTCHED BY GLULAM MANUFACTURE HANG SEE DETAIL 3/A7 & ISOMETRIC 6/A8

VARIES ACCORDING TO CURVE

## DETAIL — SCALE: 3"=1'-0" (A7/4)

2"X6" BLOCKING

2"X6" SUB-FASCIA

1"X8" PAINTED CEMENT BOARD FASCIA

CONTINUOUS CLEAT

GUTTER SPACERS @ 24" O.C.

6" GALVALUME GUTTER COLOR TO MATCH ROOFING

¼" X 2" GUTTER BRACKETS 36" O.C. MOUNTED TO FASCIA W/ (2) ¼"X 2—1/2" S.S. SCREWS

1" CEMENT BOARD TRIM COORDINATE SIZE W/ T&G CEMENT BOARD SOFFIT

## DETAIL — SCALE: 3"=1'-0" (A7/5)

STANDING SEAM GALVALUME ROOFING

ICE AND WATER SHIELD AT ALL ROOF EVES TYP.

CONTINUOUS SOLDERED GALVALUME CLEAT, START CLEAT 4" MIN. UP FROM ROOF EDGE

CONTINUOUS GALVALUME DRIP EDGE W/ HEMMED EDGE

CONTINUOUS GALVALUME CLEAT

2"X6" SUB FASCIA

1"X8" PAINTED CEMENT BOARD FASCIA

NOTE: SEE SIMILAR NOTES DETAIL 4/A7

## DETAIL — SCALE: 3"=1'-0" (A7/6)

CONTINUOUS 22GA. S.S. THRU WALL FLASHING OVERLAP SEAMS 6" MIN.

CONTINUOUS S.S. CLEAT

CONTINUOUS WOOD BLOCKING

NOTE: SEE SIMILAR NOTES DETAIL 2/A7

NOTE: SEE STRUCTURAL DRAWING FOR BOND BEAM REINFORCEMENT

12" SOLDIER COURSE OVER OPENINGS AND AS SHOWN IN ELEVATIONS AND SECTIONS UNLESS OTHERWISE NOTED

12" SOLDIER COURSE

THRU WALL FLASHING SEE 2/A7

ATLAS QUARETTE BY INTERSTATE BRICK 2—9/16" X 7—9/16" X 15—9/16" STRUCTURAL BRICK OR EQUAL SEE GENERAL NOTE #2 THIS SHEET

## AXON @ BRICK BOND BEAMS — SCALE: NTS (A7/7)

## AXON @ BOND BEAMS — SCALE: NTS (A7/8)

RUNNING BOND STYLE BOND BEAM SEE ELEVATIONS ON A2 & SECTION

SOLDIER STYLE BOND BEAM SEE ELEVATIONS ON A2 & SECTION

NOTE: RUNNING BOND STYLE BOND TO OCCUR ALONG WEST ELEV. ONLY TO PROVIDE SOLID BACKUP FOR SHED ROOF RIDGE SEE SECTION 2/A7

### LEGEND:
- SPRAY FOAM INSULATION
- STRUCTURAL BRICK
- GROUTED SOLID

### GENERAL NOTE:
1. SEE FRAMING NOTES ON A2
2. GC. SIGNED AND SEALED SHOP DRAWINGS BY LICENSED NYS STRUCTURAL ENGINEER FOR STRUCTURAL BRICK LAYOUT.

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

NASSAU COUNTY          NEW YORK

PROJECT NUMBER:
DRAWN BY: MS
DESIGNED BY: MS      CHECKED BY: WDM

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**DETAILS-I**

**ARCHITECTURAL**

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: AS NOTED
DRAWING NO.: **A7**

NO. | DATE | REVISION | INT.



DEVELOPMENT OF STANDING SEAM ROOF DETAIL DETAIL
SCALE: 3"=1'-0"

OVERHANG FRAMING DETAIL
SCALE: 3"=1'-0"

PIPE PENETRATION DETAIL
SCALE: 3"=1'-0"

DETAIL
SCALE: 3"=1'-0"

DETAIL
SCALE: 3"=1'-0"

DETAIL
SCALE: 3"=1'-0"

DETAIL
SCALE: 3"=1'-0"

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

| PROJECT ENGINEER: | SL |
| DESIGNED BY: | MS |

| DRAWN BY: | MS |
| CHECKED BY: | WDM |

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                              NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**DETAILS-II**

ARCHITECTURAL

| PROJECT NO.: | 3402 |
| DATE: | FEBRUARY 2015 |
| SCALE: | AS NOTED |

DRAWING NO.
**A8**

NO. | DATE | REVISION | INT.



**ROLL UP DOOR DETAIL**
SCALE: 1"=1'-0"

**LOUVER DETAIL**
SCALE: 1-1/2"=1'-0"

**SECTION 1-1**

**SKYLIGHT DETAIL**
SCALE: 3/4"=1'-0"

**SKYLIGHT FLASHING DETAIL DETAIL**
SCALE: 3"=1'-0"

LEGEND:
NEW CONC.
STRUCTURAL BRICK

GENERAL NOTE:
1. GC TO VERIFY ALL EXIST. DIMENSIONS AND FIELD CONDITIONS
2. GC TO PROVIDE SHORING PLANS AND DETAILS PER A LICENSED STRUCTURAL ENGINEER AS REQUIRED

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

PROJECT ENGINEER: SL
DRAWN BY: MS SL
DESIGNED BY: MS
CHECKED BY: WDM

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY                NEW YORK
LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

DETAILS-III

ARCHITECTURAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: AS NOTED

DRAWING NO.
A9

NO. | DATE | REVISION | INT.

LEGEND:

- SPRAY FOAM INSULATION
- STRUCTURAL BRICK
- GROUTED SOLID

GENERAL NOTE:

1. SEE FRAMING NOTES ON A2

## FRAMING PLAN @ CHIMNEY
SCALE: 1"=1'-0"

LINE OF STRUCTURAL BRICK BELOW

SCHEDULED GLULAM RAFTERS SEE ROOF FRAMING PLAN ON A2

P.T. 2X4 WOOD FRAMING 16" O.C. SEE SECTIONS 2,3 THIS SHEET

DISCHARGE DUCTS SEE MECHANICAL DWGS. TYP.

SCHEDULED ROOF PURLINS SEE ROOF FRAMING PLAN ON A2

SCHEDULED ROOF SUB-FASCIA & FASCIA SEE SECTIONS 2 & 3, THIS SHEET

SCHEDULED RAFTERS SEE ROOF FRAMING PLAN ON A2

(2) 2"X4" TOP PLATE TYP.

GALVALUME STANDING SEAM SIDING

CONTINUOUS CLEAT

¾" PLYWOOD

STANDING SEAM MTL. ROOFING TO MATCH MAIN ROOF

2"X4" FRAMING FOR CHIMNEY CRICKET

2"X6" VALLEY PLATE

3'-3-1/2" INSIDE OF WOOD FRAMING

LINE OF (2) 2X4 TOP PLATE BEYOND

SCHEDULED FRAMING TYP.

2"X6" BACKUP BLOCKING 24" O.C. VERTICALLY @ EACH BAY, NAIL TO FRAMING BEHIND CHIMNEY, SEE 2/A11

2"X4" TOP PLATE

2"X4" WOOD STUDS 16"O.C.

¾" PLYWOOD

4" CLOSED CELL SPRAY FOAM INSULATION

3"X6" WOOD STUDS SEE PLAN A1

(2) CONTINUOUS 2"X6" TOP PLATE SEE DETAILS ON A7

SEE SIMILAR NOTE 2/A7

2"X4" BOTTOM PLATE

SCHEDULED FRAMING SEE DETAIL 2/A7

SCHEDULED STRUCTURAL BRICK SEE DETAIL 7/A7

DISCHARGE DUCT, SEE MECHANICAL

LINE OF 2"X4" P.T. STUDS 16" O.C. CUT TO ANGLE OF ROOF AS SHOWN, SEE CHIMNEY FRAMING PLAN THIS SHEET

2"CLEATS @ 24" O.C. VERTICALLY & HORIZONTALLY

2"X4" WOOD STUD FRAMING 16" O.C.

¾" PLYWOOD SHEATHING

GALVALUME STANDING SEAM SIDING COLOR TO MATCH ROOFING

2"X4" BOTTOM PLATE SEE CHIMNEY FRAMING PLAN THIS SHEET

CONTINUOUS CLEAT

SCHEDULED STANDING SEAM ROOFING SEE ROOF PLAN 2/A2

(2) 1-3/4" X 11-7/8" LVL HEADER SEE CHIMNEY FRAMING PLAN THIS SHEET

## SECTION @ CHIMNEY
SCALE: 1-1/2"=1'-6"

7'-1 5/8"

8-1/2" TYP.

6'-4 1/4"

2"C STUD-JOIST 16"O.C.

SEE 1/A11 FOR CHIMNEY COMPONENTS

(2) P.T. 2X4 TOP PLATE

P.T. 2X4 STUDS @16" O.C. SEE CHIMNEY PLAN THIS SHEET

SCHEDULED GALVALUME SIDING SEE ELEV. 2/A4

2X4 BLOCKING SEE 3/A10 FOR SPECIFIC LOCATIONS TYP.

SEE SIM. NOTES 2/A10

LINE OF 2X4 PLATES BEYOND, SEE SECTION 2/A10

LINE OF LEDGER BOARD BEYOND, SEE SECTION 2/A10

(2) 1-3/4" X. 11-7/8" LVL RAFTERS SEE ROOF FRAMING PLAN A2 TYP.

## SECTION @ CHIMNEY
SCALE: 1-1/2"=1'-6"

6'-4 1/4"

3 1/2"

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

PROJECT ENGINEER: SL     DRAWN BY: MS
DESIGNED BY: MS          CHECKED BY: WDM

| | |
|---|---|
| TOWN OF HEMPSTEAD DEPARTMENT OF WATER | PROJECT NO. 3402 |
| NASSAU COUNTY                    NEW YORK | DRAWING NO. A10 |
| LEVITTOWN WATER DISTRICT CONSTRUCTION OF PACKED TOWER AERATION SYSTEM FOR WELLS 7A & 8A | DATE: FEBRUARY 2015 |
| DETAILS-IV | SCALE: AS NOTED |
| ARCHITECTURAL | |

NO.   DATE   REVISION   INT.



UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

**D&B Engineers AND Architects, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

PROJECT ENGINEER: SL
DRAWN BY: MS
DESIGNED BY: MS
CHECKED BY: WDM

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY          NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**DETAILS-V**

ARCHITECTURAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: AS NOTED
DRAWING NO.: A11

LEGEND:
- SPRAY FOAM INSULATION
- STRUCTURAL BRICK
- GROUTED SOLID

GENERAL NOTE:
1. SEE FRAMING NOTES ON A2

PLAN @ CHIMNEY HOOD
SECTION @ CHIMNEY HOOD
ELEV. @ CHIMNEY HOOD
SECTION @ CHIMNEY CORNER
AXON @ TYP. CHIMNEY CORNER



LEGEND:

SPRAY FOAM INSULATION

STRUCTURAL BRICK

GROUTED SOLID

GENERAL NOTE:
1. SEE FRAMING NOTES ON A2

1 DETAIL @ GLULAM BASE
A12

2 DETAIL @ GLULAM BASE
A12  SCALE: 3"=1'-0"

3 DETAIL @ GLULAM BASE
A12  SCALE: 3"=1'-0"

4 DETAIL @ WINDOW #3
A12  SCALE: 3"=1'-0"

5 DETAIL @ BRICK REVEAL
A12

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL
DRAWN BY: MS
DESIGNED BY: MS
CHECKED BY: WDM

D&B Engineers AND Architects, P.C.
Known as Dvirka and Bartilucci Consulting Engineers

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY          NEW YORK

LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

DETAILS-VI

ARCHITECTURAL

PROJECT NO: 3402
DRAWING NO: A12
DATE: FEBRUARY 2015
SCALE: AS NOTED

**WINDOW SCHEDULE:**

| M.O. WINDOW NUMBER | WINDOW DESCRIPTION | | | WINDOW SIZE | | ROUGH OPENING | | FRAME DETAIL | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TYPE | MATERIAL | INT./EXT. | WINDOW ELEV. | WIDTH | FRAME WIDTH | FRAME HEIGHT | JAMB | HEAD | SILL | |
| 1 | PW | ALUMINUM | EXTERIOR | 1/2 | | | | 15/A13 | 15/A13 | 17/A13 | |
| 2 | PW | ALUMINUM | EXTERIOR | 10 | SEE WINDOW ELEV. THIS SHEET | | | 15/A13 | 15/A13 | 17/A13 | |
| 3 | PW | ALUMINUM | EXTERIOR | 3 | 3'-6" | 7'-3-1/2" | 3'-6-1/2" | 7'-4" | 15/A13 | 15/A13 | 17/A13 |
| 4 | PW | ALUMINUM | EXTERIOR | 4 | 8'-11" | 4'-3" | 8'-11-1/2" | 4'-3-1/2" | 15/A13 | 15/A13 | 17/A13 |
| 5 | PW | ALUMINUM | EXTERIOR | 4 | 8'-11" | 4'-3" | 8'-11-1/2" | 4'-3-1/2" | 15/A13 | 15/A13 | 17/A13 |
| 6 | PW | ALUMINUM | EXTERIOR | 4 | 8'-11" | 4'-3" | 8'-11-1/2" | 4'-3-1/2" | 15/A13 | 15/A13 | 17/A13 |
| 7 | PW | ALUMINUM | EXTERIOR | 4 | 8'-11" | 4'-3" | 8'-11-1/2" | 4'-3-1/2" | 15/A13 | 15/A13 | 17/A13 |
| 8 | PW | ALUMINUM | EXTERIOR | 4 | 8'-11" | 4'-3" | 8'-11-1/2" | 4'-3-1/2" | 15/A13 | 15/A13 | 17/A13 |
| 9 | PW | ALUMINUM | EXTERIOR | 4 | 8'-11" | 4'-3" | 8'-11-1/2" | 4'-3-1/2" | 15/A13 | 15/A13 | 17/A13 |
| 10 | PW | ALUMINUM | EXTERIOR | 1/2 | SEE WINDOW ELEV. THIS SHEET | | | 15/A13 | 15/A13 | 17/A13 | |
| 11 | PW | ALUMINUM | EXTERIOR | 1/2 | | | | 15/A13 | 15/A13 | 17/A13 | |
| 12 | PW | ALUMINUM | EXTERIOR | 3 | 3'-6" | 7'-3-1/2" | 3'-6-1/2" | 7'-4" | 15/A13 | 15/A13 | 17/A13 |

**WINDOW NOTES:**

1. ALL MASONRY/ROUGH OPENING DIMENSIONS SHALL BE VERIFIED IN FIELD (V.I.F.) AND REFLECTED IN THE REQUIRED SHOP DRAWINGS.
2. WINDOW SHADES TO BE PROVIDED BY OWNER.
3. WINDOW HEADS SHALL ALIGN WITH ADJACENT DOOR HEADS, U.O.N.

**WINDOW TYPES:**

PW = PICTURE WINDOW




**WINDOW #1&11 DET.** SCALE: 1/4"=1'-0"


**WINDOW #2&10 DET.** SCALE: 1/4"=1'-0"


**WINDOW #3 DET.** SCALE: 1/4"=1'-0"

**WINDOW #4-9 DET.** SCALE: 1/4"=1'-0"


**LOUVER DET.** SCALE: 1/4"=1'-0"

---

**DOOR SCHEDULE**
**ADMINISTRATION BUILDING**

| DOOR NUMBER INT./EXT. | DOOR DESCRIPTION | | | NOMINAL SIZE | | | | FRAME | | DETAIL / SHEET | | | FIRE RATING (HR) | HARDWARE SET | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | INT./EXT. | TYPE | MATERIAL | WIDTH | HEIGHT | TH. | MATERIAL | TYPE | JAMB | HEAD | TRANSOM | | | | |
| 1 | EXT. | FK | S.S./H.M. | (1) 3'-0" | 7'-0" | 1 3/4" | S.S./H.M. | SFT | 12/A13 | 13/A13 | 14/A13 | | 1 | INSULATED DOOR/ PUSH BAR |
| 2 | EXT. | FK | S.S./H.M. | (1) 3'-0" | 7'-0" | 1 3/4" | S.S./H.M. | SFT | 12/A13 | 13/A13 | 14/A13 | | 1 | INSULATED DOOR/ PUSH BAR |
| 3 | EXT. | RUP | S.S | (1) 8'-0" | 10'-9" | | | 1/A9 | | 1/A9 | | | | |
| 4 | INT. | FK | S.S. | (2) 3'-0" | 7'-0" | 1 3/4" | S.S. | DF | 16/A13 | 15/A13 | | | 2 | DBL DOOR/ HOLD OPEN CLOSER |


**DOOR TYPE FK** SCALE: 1/4"=1'-0"

**ROLL-UP DOOR** SCALE: 1/4"=1'-0"

**DOOR TYPE FK** SCALE: 1/4"=1'-0"


**DOOR FRAME TYPE SFT** SCALE: 1/4"=1'-0"

**DOOR FRAME**

**DOOR FRAME TYPE DF**

---

**DOOR NOTES:**

1. TOP OF DOORS SHALL BE WATER TIGHT.
2. UNIVERSAL DOORS ARE NOT ACCEPTABLE FOR ALL PROJECTS.
3. EXTERIOR FINISH OF DOOR ASSEMBLY TO BE FREE OF DIMPLES.
4. ALL INDICATED GAUGES ARE BASED ON U.S. STANDARD GAUGE FOR HOT ROLLED AND COLD ROLLED STEEL SHEETS.
5. ALL DOOR DIMENSIONS ARE NOMINAL AND SHALL BE VERIFIED IN FIELD (V.I.F.) AND REFLECTED IN THE REQUIRED SHOP DRAWINGS.
6. ALL DOORS SHALL CONTAIN AN ALUM. LOCKSET AND DOOR KNOB MANUFACTURED BY MULTILOCK OR EQUAL.
7. ALL EXTERIOR DOORS WILL INCLUDE A THERMALLY BROKEN WEATHER PROOF SADDLE.
8. ALL DOOR FRAMES WILL BE FORMED OF 12 GAUGE STAINLESS STEEL UNLESS OTHERWISE NOTED.
9. ALL DOOR FRAMES WILL BE ONE PIECE, FULLY WELDED, GROUND SMOOTH AND GROUTED SOLID, UNLESS OTHERWISE NOTED.

TOP HINGE - 5" FROM FRAME RABBET TO TOP OF HINGE.
CENTER HINGE = EQUAL DISTANCE FROM TOP AND BOTTOM HINGE.
BOTTOM HINGE - 10" ABOVE FINISH FLOOR TO BOTTOM OF HINGE.

**FINISH FLOOR TO CENTER LINE OF HARDWARE:**

| | | | |
|---|---|---|---|
| KNOB ON LOCK OR LATCH | 38" | DOOR PULL GRIP | 42" |
| CROSS BAR ON PANIC EXIT DEVICE | 38" | PUSH-PULL BAR | 42" |
| | | ROLLER LATCH | 45" |

**DOOR TYPES:**

F = FLUSH DOOR (NUMBER = NUMBER OF DOORS)   L = LOUVER
V = VISION PANEL (NUMBER = NUMBER OF LIGHTS)   S = TOP
P = PUSH PLATE   I = INSECT SCREEN   B = BOTTOM
K = KICK PLATE   R = FIRE RATED   SCC = SOUND CONTROL CLOSET
EXAMPLE: FV1LPK = FLUSH/ONE VISION PANEL/LOUVER/PUSH PLATE/KICK PLATE

**FRAME TYPES:**

SF = SINGLE FRAME   A = ASTRAGAL (NO MULLION)
DF = DOUBLE FRAME   T = TRANSOM ABOVE
TF = TRIPLE FRAME
M = FIXED MULLION
RM = REMOVABLE MULLION
EXAMPLE: DFRMT = DOUBLE FRAME/REMOVABLE MULLION/TRANSOM

**DOOR AND DOOR FRAME MATERIALS:**

SS = STAINLESS STEEL
HM = HOLLOW METAL


**JAMB DETAIL** SCALE: NTS



**HEAD DETAIL** SCALE: NTS



**FIXED TRANSOM DET.** SCALE: NTS


**TYP.WINDOW HEAD/JAMB DETAIL** SCALE: 6"=1'



**TYP.WINDOW MULLION DETAIL** SCALE: 6"=1'


**TYP.WINDOW SILL DETAIL** SCALE: 6"=1'


**WINDOW HEAD DETAIL** SCALE: 6"=1'


**WINDOW HEAD DETAIL** SCALE: 6"=1'

---

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

PROJECT ENGINEER: SL
DESIGNED BY: MS
DRAWN BY: MS SL
CHECKED BY: WDM

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                                   NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**SCHEDULES**

**ARCHITECTURAL**

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: AS NOTED
DRAWING NO.: **A13**

## CODES AND STANDARDS:

1. MINIMUM DESIGN LOADS FOR BUILDINGS AND OTHER STRUCTURES, ASCE 7-05.

2. BUILDING CODE REQUIREMENTS FOR CONCRETE STRUCTURES, ACI 318-08.

3. BUILDING CODE REQUIREMENTS FOR MASONARY STRUCTURES, ACI 530-99/ASLE 5-99/TMS 402-99.

## CONSTRUCTION:

1. THE CONTRACTOR SHALL EXAMINE AND VERIFY ALL EXISTING FIELD CONDITIONS. VERIFY ALL DIMENSIONS OF EXISTING FACILITIES. IF THE FIELD CONDITIONS DIFFER FROM THOSE SHOWN ON THE PLANS, THE CONTRACTOR SHALL USE THE FIELD CONDITIONS AS APPROVED BY THE ENGINEER. ALL FIELD CONDITIONS AND DIMENSIONS SHALL BE NOTED ON THE DRAWING SUBMITTED FOR REVIEW PRIOR TO CONSTRUCTION.

2. THE CONTRACTOR SHALL VERIFY ALL SIZES AND LOCATIONS OF ALL MECHANICAL OR ARCHITECTURAL OPENINGS WITH THE SHOP DRAWINGS. IT SHALL BE THE RESPONSIBILITY OF THE CONTRACTOR TO PROVIDE ALL OPENINGS AND SLEEVES AND COORDINATE THE OPENINGS ON THE SHOP DRAWINGS PRIOR TO CONSTRUCTION.

3. THIS DRAWING SHALL BE USED IN CONJUNCTION WITH THE ARCHITECTURAL DRAWINGS AND CONTRACT SPECIFICATIONS.

4. THE CONTRACTOR SHALL PERFORM ALL THE NECESSARY SHORING AS REQUIRED AND SHALL TAKE ALL NECESSARY PRECAUTIONS TO SAFEGUARD THE WORK AT ALL TIMES DURING CONSTRUCTION.

5. PERFORM DEMOLITION OF EXISTING CONSTRUCTION, ROADWAY, ETC. AS REQUIRED TO CONSTRUCT THE NEW WORK.

## FOUNDATION:

1. FOOTING TO BEAR ON LEVEL, UNDISTURBED SOIL. THE MINIMUM ALLOWABLE SOIL BEARING CAPACITY IS COMPUTED AS 3 TONS PER SQUARE FOOT PER GEOTECH REPORT, DATED JULY 26, 2014.

2. KEEP FOOTING BOTTOMS WELL DRAINED UNTIL FOOTINGS ARE IN PLACE, PUMP AS REQUIRED.

3. NO BACKFILLING SHALL BE PERMITTED UNTIL FOOTING CONCRETE HAS ATTAINED SPECIFIED 28-DAY STRENGTH.

4. EXCAVATION ADJACENT TO EXISTING OR NEW STRUCTURE SHALL BE PROTECTED WITH SHEETING, SHORING AND BRACING WHEREVER REQUIRED AND THE CONTRACTOR SHALL BE RESPONSIBLE FOR THE DESIGN AND INSTALLATION OF SAME. SUBJECT TO THE REVIEW OF THE ENGINEER.

5. CONTRACTOR SHALL INVESTIGATE ACTUAL LOCATIONS OF UNDERGROUND PIPING AND UTILITIES BEFORE EXCAVATING, AND ADVISE THE ENGINEER OF ANY VARIATIONS.

6. ALL EXCAVATED AREAS SHALL BE COMPACTED TO 95% PROCTOR AND INSPECTED BY THE ENGINEER IN CONJUNCTION WITH SOILS COMPACTION TESTS BEFORE PLACING FOUNDATION.

7. LOCATE AND PROTECT EXISTING SCRUBBER WATER PIPE AS REQUIRED DURING CONSTRUCTION OF NEW WORK.

## CONCRETE:

1. DESIGN, MATERIALS AND METHOD OF CONSTRUCTION SHALL COMPLY WITH THE REQUIREMENTS OF ACI 318 LATEST EDITION AND AS SPECIFIED IN DIVISION 3 OF THE CONTRACT SPECIFICATIONS.

2. ALL CONCRETE SHALL BE NORMAL WEIGHT CONCRETE HAVING A WEIGHT OF 145 LBS./CU. FT.

3. MINIMUM COMPRESSIVE STRENGTH OF CONCRETE AT 28 DAYS TO BE 4,000 PSI.

4. FOUR TEST CYLINDERS SHALL BE MOLDED FOR EACH 50 CU. YDS, OR FRACTION THEREOF EACH TYPE OF CONCRETE PLACED IN ONE DAY'S CONCRETING AND SHALL BE TESTED FOR STANDARD ASTM SPECIFICATION AND AS SPECIFIED.

5. ALL BAR REINFORCEMENT SHALL BE DEFORMED TYPE BULLET STEEL CONFORMING TO ASTM A615 GRADE 60 EPOXY COATED.

6. WELDED WIRE FABRIC SHALL CONFORM TO ASTM A185 WITH MINIMUM YIELD STRENGTH OF 65,000 PSI.

## MASONRY:

1. ALL CONCRETE MASONRY WORK SHALL BE AS SPECIFIED AND SHALL CONFORM TO STRUCTURES (ACI-530) LATEST EDITION.

2. ALL CONCRETE MASONRY UNITS SHALL CONFORM TO ASTM C90, GRADE S, TYPE 1. NORMAL WEIGHT, WITH A MINIMUM COMPRESSED STRENGTH OF 2,000 PSI (F'm = 1,400 PSI).

3. ALL MORTAR SHALL BE TYPE M MORTAR CONFORMING TO ASTM C270.

## MASONRY WALL REINFORCEMENT:

1. VERTICAL REINFORCEMENT SHALL BE #6 @ 16" O.C.

2. HORIZONTAL REINFORCEMENT SHALL BE TRUSS-MESH #120 TYPE BY HOHMANN AND BERNARD OR EQUAL AT EVERY 4TH LAYER.

## WOOD:

1. WOOD JOIST AND OTHER WOOD PRODUCTS TO BE VISUALLY GRADED SOUTHERN PINE, SELECT STRUCTURAL NO 2, OR EQUIVALENT, WITH A MODULUS OF ELASTICITY OF AT LEAST 1,400 PSI. EXTREME FIBER STRESS IN BENDING OF AT LEAST 1,300 PSI, AND PARALLEL TO GRAIN SHEAR STRESS OF AT LEAST 90 PSI.

2. LAG BOLTS AND SCREWS TO CONFORM TO ANS/ASME B18.2.1.

3. WOOD FRAMING INSTALLATION TO COMPLY WITH AFPA'S MANUAL OF WOOD FRAMING CONSTRUCTION.

Reinf. Splice and Development Length (in inches, for Epoxy coated bars) (unless otherwise shown on drawings)   For slabs, and walls   12.2.3

| BAR SIZE | | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 |
|---|---|---|---|---|---|---|---|---|---|---|
| SPLICE | TOP BARS | 19 | 25 | 32 | 38 | 55 | 63 | 78 | 97 | 116 |
| LENGTH | OTHER BARS | 17 | 22 | 28 | 34 | 49 | 56 | 69 | 85 | 102 |
| DEVELOPMENT | TOP BARS | 15 | 20 | 24 | 29 | 43 | 49 | 60 | 74 | 89 |
| LENGTH | OTHER BARS | 13 | 17 | 22 | 26 | 38 | 43 | 53 | 66 | 79 |

Table values apply for the following conditions:

1. Normal weight concrete with fc = 4000 psi @ 28 days
2. ASTM A615 Grade 60 Epoxy coated deformed steel reinforcing bars
3. Concrete cover min 2", and clear spacing between bars min. 4x bar diameter (incl. splices)
4. 'Top' bars are defined as horizontal bars with more than 12" of concrete cast in the member below the bars
5. All wall bars are classified as 'Other bars'
6. Unless otherwise approved or shown on the drawings all splices shall be staggered such that not more than 50% of bars are spliced at any location.

Reinf. Splice and Development Length (in inches, for Epoxy coated bars) (unless otherwise shown on drawings)   For beams w/ stirrups   12.2.2

| BAR SIZE | | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 |
|---|---|---|---|---|---|---|---|---|---|---|
| SPLICE | TOP BARS | 32 | 42 | 53 | 63 | 92 | 105 | 119 | 133 | 148 |
| LENGTH | OTHER BARS | 25 | 33 | 41 | 49 | 71 | 81 | 91 | 103 | 114 |
| DEVELOPMENT | TOP BARS | 24 | 33 | 41 | 49 | 71 | 81 | 91 | 103 | 114 |
| LENGTH | OTHER BARS | 22 | 29 | 36 | 43 | 63 | 71 | 81 | 91 | 101 |

Table values apply for the following conditions:

1. Normal weight concrete with fc = 4000 psi @ 28 days
2. ASTM A615 Grade 60 Epoxy coated deformed steel reinforcing bars
3. Concrete cover min 2", and clear spacing between bars min. 4x bar diameter (incl. splices)
4. 'Top' bars are defined as horizontal bars with more than 12" of concrete cast in the member below the bars
5. All wall bars are classified as 'Other bars'
6. Unless otherwise approved or shown on the drawings all splices shall be staggered such that not more than 50% of bars are spliced at any location.





| NO. | DATE | REVISION | INT. |
|---|---|---|---|

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

| PROJECT DESIGNED BY: | DRAWN BY: JEZ | SL |
|---|---|---|
| DESIGNED BY: NS | CHECKED BY: WDM | |

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                                      NEW YORK
**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**PACKED TOWER BUILDING**
**GENERAL NOTES**

STRUCTURAL

| PROJECT NO. 3402 | DRAWING NO. |
|---|---|
| DATE FEBRUARY 2015 | **S1** |
| SCALE N.T.S. | |



UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

**D&B ENGINEERS AND ARCHITECTS, P.C.**

KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

| PROJECT ENGINEER: | DRAWN BY: |
|---|---|
| SL | JEZ   SL |
| DESIGNED BY: | CHECKED BY: |
| NS | WDM |

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**

NASSAU COUNTY          NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**PACKED TOWER BUILDING**
**FOUNDATION PLAN**

**STRUCTURAL**

| PROJECT NO: | DRAWING NO. |
|---|---|
| 3402 | |
| DATE: | **S2** |
| FEBRUARY 2015 | |
| SCALE: | |
| 3/8"=1'-0" | |

| NO. | DATE | REVISION | INT. |
|---|---|---|---|



TOWN OF HEMPSTEAD
DEPARTMENT OF WATER

NASSAU COUNTY                                                NEW YORK

LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

PACKED TOWER BUILDING
SLAB PLAN

STRUCTURAL

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

PROJECT ENGINEER:    SL
DRAWN BY:    JEZ
DESIGNED BY:    NS
CHECKED BY:    WDM

PROJECT NO.    3402
DATE:    FEBRUARY 2015
SCALE:    3/8"=1'-0"
DRAWING NO.    S3

UNAUTHORIZED ALTERATION OR
ADDITION TO THIS DOCUMENT IS A
VIOLATION OF SECTION 7209 OF THE
NEW YORK STATE EDUCATION LAW.

NO.   DATE   REVISION   INT.



PARTIAL PLAN
SCALE: 3/8" = 1'-0"

SECTION
6 / S4   SCALE: 1/4" = 1'-0"

OVERFLOW PIT

CONCRETE SIDEWALK

3'-0"x3'-0" ACCESS HATCH

SEE DRAWING S4 FOR PLATFORM DETAIL

SEE DWG. S7 FOR PLATFORM AT EL. 117.00

CONC. PAD FOR BLOWER

1" FRP GRATING ON CONCRETE SLAB

MCC PAD

F  SAFETY CHAIN
S8

E  PIPE TRENCH LADDER
S8

4'-0"x6'-0" FLOOR OPENING (TYP.)

CONC. CURB (TYP.)

PIPE TRENCH

1⅜"x⅞x" 11-SGI-4 ALUMINUM GRATING AT EL. 103.35 BY IKG BORDEN OR APPROVED EQUAL

G  ALUMINUM RAILING
S8

CONC. PAD

CONCRETE

ALUMINUM RAILING (TYP.)

TOP OF GRATING EL. 117.00

F  STEEL PLATFORM DETAIL
S9

D  ALUMINUM LADDER
S8

ALUMINUM STAIRS AND RAILING (TYP.)

J  STAIR
S8

8'-0"Wx10'-9"H OVER HEAD DOOR

TOP OF GRATING EL. 106.30

F.F. UP EL. 103.30

CLEARWELL ACCESS HATCH

CLEARWELL

CLEARWELL

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL
DESIGNED BY: NS
DRAWN BY: JEZ
CHECKED BY: WDM

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY                    NEW YORK

LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

PACKED TOWER BUILDING
PLAN AND SECTION

STRUCTURAL

PROJECT NO: 3402
DATE: FEBRUARY 2015
SCALE: AS SHOWN

DRAWING NO. S4



UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY     NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**SECTIONS I**

STRUCTURAL

| | |
|---|---|
| PROJECT ENGINEER: | DRAWN BY: |
| SL | JEZ SL |
| DESIGNED BY: | CHECKED BY: |
| NS | WDM |

PROJECT NO. 3402
DATE: FEBRUARY 2015
SCALE: AS SHOWN

DRAWING NO. **S5**

Section labels and details:
- 1 / S2 SECTION SCALE 1'' = 1'-0''
- 2 / S2 SECTION SCALE 3/8'' = 1'-0''
- 3 / S3 SECTION SCALE 3/8'' = 1'-0''
- A / S5 DETAIL SCALE 1-1/2'' = 1'-0''

NOTE:
1. G.C. TO COORDINATE WITH P.C. AND TOWER MANUFACTURER PRIOR TO ANCHORAGE SLEEVE INSTALLATION. TOP OF SLEEVE SHALL BE AT EL. 103.5 BOTTOM OF SLEEVE SHALL BE AT EL. 101.8.



NOTE:
VERTICAL REINFORCEMENT #6Ø16" O.C.
NOT SHOWN FOR CLARITY

**1** BOND BEAM DETAIL
S6   SCALE: N.T.S.

NOTE:
VERTICAL REINFORCEMENT #6Ø16" O.C.
NOT SHOWN FOR CLARITY

**2** BOND BEAM DETAIL
S6   SCALE: N.T.S.



**3** DETAIL
S6   SCALE: 1/2" = 1'-0"



**4** SECTION
S3   SCALE: 1/2" = 1'-0"



**S** SECTION
S3   SCALE: 1/2" = 1'-0"



**E** SECTION
S6   SCALE: 1/2" = 1'-0"



PLAN

SECTION 1

**LINTEL DETAIL OVER 8 FT. ROLL-UP DOOR**
SCALE: 3/4" = 1'-0"
(REFER TO EAST ELEVATION, DWG. A4)





PLAN

SECTION 2

**LINTEL DETAIL OVER 3 FT. DOOR**
SCALE: 1/2" = 1'-0"
(REFER TO WEST ELEVATION, DWG. A4)







UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.



PROJECT ENGINEER: SL
DRAWN BY: JEZ   SL
DESIGNED BY: NS
CHECKED BY: WDM

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                    NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**SECTIONS II**

STRUCTURAL

PROJECT NO: 3402
DRAWING NO: **S6**
DATE: FEBRUARY 2015
SCALE: AS SHOWN

NO. | DATE | REVISION | INT.



PLATFORM PLAN AT EL. 117.00
SCALE: 3/8"=1'-0"

NOTE:
1. SEE DWG. S4 FOR PLATFORM LOCATION PLAN.

(TYP. AT BOTH ENDS)
CROSS BEAM SECTION DETAIL
SCALE: 3/4"=1'-0"

SECTION 1

SECTION 1A

(TYP. AT BOTH ENDS)
BEAM END SUPPORT DETAIL
SCALE: 1/2"=1'-0"

HOIST BEAM END SUPPORT DETAIL
SCALE: 1-1/2"=1'-0"

DETAIL A
N.T.S.

SECTION 1A-1A
N.T.S.

SECTION 4-4
N.T.S.

SECTION 5-5
N.T.S.

SECTION 1-1
N.T.S.

SECTION 2-2
N.T.S.

SECTION 6-6
N.T.S.

SECTION 6A
N.T.S.

DETAIL
SCALE: N.T.S.

SECTION 3-3
N.T.S.

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL
DRAWN BY: JEZ   SL
DESIGNED BY: NS
CHECKED BY: WDM

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY                    NEW YORK
LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

STEEL PLATFORM
DETAILS AND SECTIONS

STRUCTURAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: AS SHOWN

DRAWING NO.
S7



ELEVATION   SECTION

**ALUMINUM CLEARWELL LADDER**
D / S8   SCALE: N.T.S.

STEP SECTION

**TYPICAL ALUMINUM LADDER PLAN**
N.T.S.

TYPICAL RUNG DETAIL

**TYPICAL SURFACE MOUNTED GUARDRAIL DETAIL**
G / S8   SCALE: N.T.S.

PLAN

SECTION A-A

DETAIL

**INTERIOR ALUMINUM SINGLE LEAF ACCESS HATCH DETAIL**
H / S8   SCALE: N.T.S.

ELEVATION   SECTION

**ALUMINUM PIPE TRENCH LADDER**
E / S4   SCALE: N.T.S.

**SAFETY CHAIN DETAIL**
F / S8   SCALE: N.T.S.

**ALUMINUM STAIRS AND RAILING DETAIL**
J / S4   SCALE: 3/4"=1'-0"

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

| | | PROJECT ENGINEER: | SL |
| | | DESIGNED BY: | NS |
| | | DRAWN BY: | JEZ |
| | | CHECKED BY: | WDM |

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY          NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**DETAILS I**

STRUCTURAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: AS SHOWN

DRAWING NO.: **S8**

| NO. | DATE | REVISION | INT. |



## PLAN OF HORIZONTAL REINFORCING OF CONCRETE WALLS
N.T.S.

AT INTERSECTIONS  AT CORNERS

## ADDITIONAL REINFORCEMENT FOR CIRCULAR OPENINGS DETAIL
N.T.S.

NOTE: TYPICAL FOR OPENINGS IN ALL CONCRETE SLABS AND WALLS (UNLESS NOTED)

## EQUIPMENT PAD DETAIL
SCALE N.T.S.

THE EXACT SIZE, SHAPE, AND LOCATIONS OF ALL EQUIPMENT (HOUSEKEEPING) PADS SHALL BE DETERMINED BY THE CONTRACTOR AND APPROVED BY THE ENGINEER, FOLLOWING THE APPROVAL OF

TYPICAL GRATING

NEW GRATING ABUTTING CONCRETE WALL

DETAIL
SCALE N.T.S.

## CONCRETE PAD DETAIL
N.T.S.

## PVC WATERSTOP INSTALLATION DETAIL
N.T.S.

## DETAIL OF CONTROL JOINT IN MASONRY WALL
N.T.S.

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL
DRAWN BY: JEZ
DESIGNED BY: NS
CHECKED BY: WDM

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY          NEW YORK
LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

DETAILS II

STRUCTURAL

PROJECT NO: 3402
DATE: FEBRUARY 2015
SCALE: AS SHOWN
DRAWING NO: S9



**VALVE OPERATION CHART**

| VALVE NUMBER | NORMAL OPERATION | WELL 7A BLOWOFF | WELL 8A BLOWOFF | TOWER 1 TO WASTE | TOWER 2 TO WASTE | TOWER 1 RECIRCULATION | TOWER 2 RECIRCULATION | TOWER 1 ALONE | TOWER 2 ALONE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | O | O | C | O | O | N/A | N/A | O | O |
| 2 | O | O | O | O | O | N/A | N/A | O | O |
| 3 | O | C | C | O | O | N/A | N/A | O | O |
| 4 | O | N/A | N/A | C | O | O | O | O | C |
| 5 | C | N/A | N/A | C | O | O | O | N/A | O |
| 6 | O | N/A | N/A | O | C | O | C | N/A | C |
| 7 | O | N/A | N/A | C | O | O | O | C | O |
| 8 | O | N/A | N/A | C | O | C | N/A | C | O |
| 9 | C | N/A | N/A | O | C | O | C | O | C |
| 10 | O | N/A | N/A | C | O | N/A | N/A | C | C |
| 11 | O | N/A | N/A | C | O | N/A | N/A | C | C |
| 12 | C | N/A | N/A | O | O | N/A | N/A | C | C |
| 13 | O | N/A | N/A | C | C | N/A | N/A | O | O |
| 14 | O | N/A | N/A | N/A | N/A | N/A | N/A | O | O |
| 15 | O | N/A | N/A | N/A | N/A | N/A | N/A | O | O |
| 16 | O | N/A | N/A | N/A | N/A | N/A | N/A | O | O |
| 17 | O | N/A | N/A | N/A | N/A | N/A | N/A | O | O |
| 18 | O | N/A | N/A | N/A | N/A | N/A | N/A | O | O |
| 19 | O | N/A | N/A | N/A | N/A | N/A | N/A | O | O |
| 20 | O | N/A | N/A | O | O | C | N/A | O | O |
| 21 | O | N/A | N/A | O | O | C | N/A | O | O |
| 22 | O | N/A | N/A | O | O | N/A | C | O | O |
| 23 | O | N/A | N/A | O | O | N/A | O | O | O |

**LEGEND**

| | |
|---|---|
| O | OPEN |
| C | CLOSED |
| N/A | NOT APPLICABLE |
| BLW | BLOWOFF |
| D | GRAVITY DRAIN |
| DIS | BOOSTER PUMP DISCHARGE |
| INF | PACKED TOWER INFLUENT |
| REC | RECIRCULATION |
| SS | SAMPLING SERVICE |
| | FLOW SWITCH |
| | FLOW TRANSMITTER |
| | LIMIT SWITCH |
| | PRESSURE SWITCH |
| | PRESSURE GAUGE |
| | PRESSURE TRANSMITTER |
| | CHECK VALVE |
| | GATE VALVE |
| | BOOSTER PUMP/BLOWER |
| | MOTORIZED BUTTERFLY VALVE |
| | HYDRAULIC CONTROL VALVE |
| | SAMPLE TAP |
| | EXISTING |
| | PROPOSED |

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY          NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**PACKED TOWER BUILDING**
**FACILITY SCHEMATIC**

MECHANICAL

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

PROJECT ENGINEER: SL
DRAWN BY: JEZ
DESIGNED BY: WDM/SL
CHECKED BY: WDM

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: N.T.S.
DRAWING NO.: M1



FLOOR PLAN
SCALE: 3/8"=1'-0"

FOR CONTINUATION SEE DWG. NO. M3

NOTES:
ALL EXPOSED PIPING AND DUCT WORK SHALL BE INSULATED PER SPECIFICATIONS.

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY          NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

D&B ENGINEERS AND ARCHITECTS, P.C.
Known as Dvirka and Bartilucci Consulting Engineers

**PACKED TOWER BUILDING**
**FLOOR PLAN I**

MECHANICAL

PROJECT NO.: 3402
DRAWING NO.: M2
DATE: FEBRUARY 2015
SCALE: 3/8"=1'-0"

UNAUTHORIZED ALTERATION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL
DRAWN BY: JEZ SL
DESIGNED BY: WDM/SL
CHECKED BY: WDM

NO. | DATE | REVISION | INT

Labels within drawing:
- OVERFLOW PIT
- FLOAT SWITCH AND LEVEL TRANSDUCER
- ALUMINUM GRATING PLATFORMS (TYP.)
- ALUMINUM LADDER (TYP.)
- ACCESS HATCH WITH ALUM. LADDER TO CLEARWELL
- CONC. APRON
- 16"-90° BEND (TYP.)
- (2) 16" CLEARWELL OVERFLOW PIPES. PROVIDE 20" MIN. AIR GAP, STN. STL. BIRDMESH AND 24 MESH INSECT SCREEN (TYP.)
- PIPE PENETRATION THROUGH NEW WALL (TYP.)
- PIPE PENETRATION THROUGH NEW FLOOR (TYP.)
- 24"x24" VENTILATION LOUVER
- 14"Wx14"H SIDEWALL EXHAUST
- ALUMINUM STAIRS AND RAILING (TYP.)
- ALUMINUM RAILING (TYP.)
- 1" FRP GRATING (TYP.)
- FLEXIBLE CONNECTION (TYP.)
- TOWER ACCESS MANWAY (TYP.)
- BLOWER PAD
- 1 TON HOIST AND TROLLEY
- 1" HIGH CONC. CURB (TYP.)
- PACKED TOWER 2
- PACKED TOWER 1
- BLOWER 2
- BLOWER 1
- INSULATED PIPE
- 16" INF
- 16"-90° BEND
- 16"-45° BEND
- 16"-90° BEND
- 24"x24" VENTILATION LOUVER
- FIRE EXTINGUISHER
- MCC
- ALUM. INTAKE DUCT (TYP.)
- INTAKE FILTER HOUSING (TYP.)
- AIR FLOW MEASURING STATION (TYP.)
- CHIMNEY (ABOVE)
- 22"x22" INSULATED DUCT (TYP.)
- PRESSURE GAUGE AND SAMPLE TAP ASSEMBLY
- INTAKE LOUVER 78"Hx72"W
- BOOSTER PUMP 2
- BOOSTER PUMP 1
- TRANSFER PUMP 2
- TRANSFER PUMP 1
- 22"x22" INSULATED DUCT
- 16" INF
- -3/4" PUMP HEAD DRAIN. TERMINATE 6" ABOVE PIPE TRENCH SUMP (TYP.)
- -2" BALL VALVE AND AIR RELEASE VENT. TERMINATE 6" ABOVE PIPE TRENCH GRATING (TYP.)
- FLANGE ADAPTER AND (4) 3/4" RODS (TYP.)
- 10" SWING ARM CHECK VALVE (TYP.)
- 3/4" SAMPLE TAP DRAIN. TERMINATE 6" ABOVE PIPE TRENCH SUMP (TYP.)
- 10" GATE VALVE (TYP.)
- 10" M.J.-90° BEND (TYP.)
- FLOW TRANSMITTER
- 1 1/2" COPPER PRESSURE SERVICES
- VENTURI METER
- 16"Ø EFF
- ALUMINUM GRATING (TYP.)
- PIPE TRENCH
- 16" GATE VALVE WITH 2" OPERATOR NUT. CUT AND BAND GRATING ABOVE OPERATOR NUT FOR VALVE KEY. (TYPICAL FOR 2 VALVES IN TRENCH)
- 18"x18"x6" DEEP SUMP
- 16"Ø EFF
- PIPE PENETRATION THROUGH NEW WALL
- 3'-0"x8'-0" DOOR
- 1"Ø WS. SEE SITE PLAN FOR CONTINUATION
- 24"x36" VENTILATION LOUVER
- 24"x24" VENTILATION LOUVER

HP2 SUBMISSION (1 OF 2)



ASPHALT PAVEMENT

CHAIN LINK FENCE ( G / GS )

CONCRETE PAD

3'-0"x6'-0" DOOR

DETAIL ( F / GS ) DOUBLE GATE

OFF-GAS MEDIA VESSEL 1

SAMPLE TAP (SEE SPECIFICATION) (TYP.)

4'x4'x6" DEEP SUMP

DETAIL ( G / GS ) SINGLE GATE

EXTERIOR EQUIP. PAD ( C / GS )

22"ø BEND (TYP.)

FOR CONTINUATION SEE DWG. NO. M2

3 / M5

3 / M5

22"x22" INSULATED DUCT (TYP.)
DUCT TRANSITION (TYP.)
22"ø INSULATED DUCT (TYP.)

OFF-GAS MEDIA VESSEL 2

DETAIL ( F / GS ) DOUBLE GATE

22"ø BEND (TYP.)

SAMPLE TAP (SEE SPECIFICATION) (TYP.)

FLEXIBLE CONNECTION (TYP.)
22"ø INSULATED DUCT (TYP.)
22"x22" INSULATED DUCT (TYP.)

CONCRETE PAD

3'-0"x6'-0" DOOR

CHAIN LINK FENCE ( G / GS )

ASPHALT PAVEMENT

**FLOOR PLAN**
SCALE: 3/8"=1'-0"

| | | |
|---|---|---|
| UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW. | | |
| PROJECT ENGINEER: SL | DRAWN BY: JEZ | |
| DESIGNED BY: WDM/SL | CHECKED BY: WDM | |

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                    NEW YORK
**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**PACKED TOWER BUILDING**
**FLOOR PLAN II**

MECHANICAL

PROJECT NO. 3402

DATE: FEBRUARY 2015

SCALE: 3/8"=1'-0"

DRAWING NO. **M3**

| NO. | DATE | REVISION | INT. |
|---|---|---|---|



NOTES:

1. AIR RELEASE VALVES SHALL BE PROVIDED AT THE HIGH POINT OF ALL PIPING.

2. ALL DUCT SHALL SLOPE TO A LOW POINT WHICH SHALL BE PROVIDED WITH A WATER DRAIN VALVE.

TOWER NOZZLE ORIENTATION PLANS
N.T.S.

SECTION 1
M2   SCALE: 1/4"=1'-0"

SECTION 2
M2   SCALE: 1/4"=1'-0"

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY                    NEW YORK

LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

D&B ENGINEERS
AND
ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

PACKED TOWER BUILDING
SECTIONS 1 & 2

MECHANICAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: 1/4"=1'-0"
DRAWING NO.: M4

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL   DRAWN BY: JEZ
DESIGNED BY: WDM/SL   CHECKED BY: WDM



TOP OF ROOF EL. 132.33±
TOP OF PACKED TOWER EL. 128.60±
PACKED TOWER 1
22"×22" INSULATED DUCT
CHIMNEY
TOWER ACCESS MANWAY (TYP.)
13⁄8"ALUMINUM GRATING
TOP OF GRATING EL. 117.00
ALUMINUM LADDER
16"Ø 90° BEND EL. 114.00
DUCT TRANSITION
22"Ø INSULATED DUCT
22"Ø 90° BEND
16"Ø INSULATED INF
22"×22" INSULATED DUCT BOTT. EL. 111.00
22"Ø–90° BEND
22"×22" INSULATED DUCT
DUCT TRANSITION
22"Ø INSULATED DUCT
FLEXIBLE CONNECTION
22"Ø–90° BEND
OFF–GAS MEDIA VESSEL
CLEARWELL ACCESS HATCH
22"Ø–90° BEND
TRANSFER PUMP
STEEL BASE PLATE
ALUMINUM GRATING
T/CURB 103.70
T/CONC. 103.20
16"–90° BEND
CONC. RAMP
F.F. EL. 103.30
F.F. EL. 103.30
1" GROUT PUMP PAD
18"Ø PIPE SLEEVE, EXTEND 1" INTO PUMP HEAD
16"Ø ℄ 97.80 EL. 96.30
CLEARWELL
CLEARWELL
PUMP COLUMN
PUMP BOWL (TYP.)
EL. 89.80

3 SECTION
M2   SCALE 1/4"=1'–0"

ALUM. INTAKE DUCT (TYP.)
22"×22" INSULATED BOT. EL. 111.00
BOOSTER PUMP 1
16"–90° BEND ℄ EL. 114.00
BOOSTER PUMP 2
22"×22" INSULATED DUCT BOT. EL. 111.00
TRANSFER PUMP 2
16"–90° BEND ℄ EL. 114.00
22"×22" INSULATED DUCT BOT. EL. 111.00
TRANSFER PUMP 1
3'–0"×7'–0"H DOUBLE DOOR
10" M.J.–90° BEND (TYP.)
MCC
10" M.J.–90° BEND (TYP.)
INTAKE LOUVER
CONC. PAD
CONC. PAD
PIPE PENETRATION THROUGH NEW WALL
B M5
VENTURI METER
96.30
PIPE TRENCH
16"Ø EL. 97.80
16"Ø
PIPE TRENCH
16"Ø
PIPE PENETRATION THROUGH NEW WALL
B M5
16" GATE VALVE WITH 2" OPERATOR NUT. CUT AND BAND GRATING ABOVE OPERATOR NUT FOR VALVE KEY. (TYPICAL FOR 2 VALVES IN TRENCH)

4 SECTION
M2   SCALE 1/4"=1'–0"

ALUMINUM RAILING (TYP.)
TOP OF GRATING EL. 117.00
ALUMINUM LADDER
ALUMINUM STAIRS AND RAILING (TYP.)
ROLL UP DOOR
TOP OF GRATING EL. 106.30
16"–90° BEND (TYP.)
C M4
PIPE PENETRATION THROUGH NEW FLOOR (TYP.)
4" FRP DRAIN
T/CURB 103.70
(2) 16" CLEARWELL OVERFLOW PIPES. PROVIDE 18" MIN. AIR GAP, STN. STL. BIRDMESH AND 24 MESH INSECT SCREEN (TYP.)
HIGH–HIGH EL. 100.50
LAG ON EL. 99.50
LEAD ON EL. 99.00
LAG OFF EL. 95.50
LEAD OFF EL. 95.00
LOW–LOW EL. 94.00
CLEARWELL ACCESS HATCH
CLEARWELL
CLEARWELL
EL. 91.30
EL. 89.80

5 SECTION
M2   SCALE 1/4"=1'–0"

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL
DRAWN BY: JEZ   SL
DESIGNED BY: WDM/SL
CHECKED BY: WDM

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY                    NEW YORK

LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

PACKED TOWER BUILDING
SECTIONS 3, 4 & 5

MECHANICAL

PROJECT NO. 3402
DATE: FEBRUARY 2015
SCALE: 1/4"=1'–0"

DRAWING NO. M5

NO.   DATE   REVISION   INT.



**TYPICAL PIPE PENETRATION THRU NEW FLOOR**
N.T.S.

NOTES:
1. MODULAR SEAL STRIP SHALL BE PLACED SO THAT BOLTS CAN BE ADJUSTED DURING NORMAL OPERATION.
2. FLOORS 12" OR LARGER IN THICKNESS SHALL REQUIRE 2 MODULAR SEAL STRIPS.

(USE FOR ALL NEW FLOOR PENETRATIONS)

**TYPICAL PIPE PENETRATION THRU NEW WALL**
N.T.S.
(USE FOR ALL NEW WALL PENETRATIONS)

NOTES:
1. MODULAR SEAL STRIP SHALL BE PLACED SO THAT BOLTS CAN BE ADJUSTED DURING NORMAL OPERATION.
2. WALLS 12" OR LARGER IN THICKNESS SHALL REQUIRE 2 MODULAR SEAL STRIPS.

**CHEMICAL SYSTEM TYPICAL INJECTION DETAIL**
N.T.S.

**LIME SLURRY SYSTEM TYPICAL INJECTOR DETAIL**
N.T.S.

**TYPICAL PRESSURE GAUGE SAMPLE TAP ASSEMBLY DETAIL**
N.T.S.



**LUBE WATER ASSEMBLY DETAIL**
N.T.S.



**SODIUM HYPOCHLORITE PIPING SCHEMATIC**
N.T.S.

NOTES:
1. ALL SODIUM HYPOCHLORITE PIPING SHALL BE LABELED WITH YELLOW TAPE IN ACCORDANCE WITH SPECIFICATIONS. "SODIUM HYPOCHLORITE" AND ARROW INDICATING DIRECTION OF FLOW SHALL BE LABELED EACH 10 FEET OF PIPING.

2. INSTALL ANTI-SIPHON VALVE AT HIGH POINT IN SYSTEM AND IN ACCORDANCE WITH MANUFACTURER'S RECOMMENDATIONS.

**TYPICAL PIPE PENETRATION THRU EXISTING CMU WALL**
N.T.S.
(USE FOR ALL EXISTING CMU WALL PENETRATIONS)

NOTES:
1. MODULAR SEAL STRIP SHALL BE PLACED SO THAT BOLTS CAN BE ADJUSTED DURING NORMAL OPERATION.
2. WALLS 12" OR LARGER IN THICKNESS SHALL REQUIRE 2 MODULAR SEAL STRIPS.

**TYPICAL PIPE PENETRATION THRU NEW CMU WALL**
N.T.S.
(USE FOR ALL NEW CMU WALL PENETRATIONS)

NOTES:
1. MODULAR SEAL STRIP SHALL BE PLACED SO THAT BOLTS CAN BE ADJUSTED DURING NORMAL OPERATION.
2. WALLS 12" OR LARGER IN THICKNESS SHALL REQUIRE 2 MODULAR SEAL STRIPS.

**LEVEL TRANSDUCER AND FLOAT SWITCH PENETRATION DETAIL**
N.T.S.

**CHEMICAL PIPING ANTI-SIPHON ASSEMBLY**
N.T.S.

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.



**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

| | |
|---|---|
| PROJECT ENGINEER: | DRAWN BY: JEZ |
| DESIGNED BY: WDM/SL | CHECKED BY: WDM |

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                    NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**DETAILS I**

MECHANICAL

PROJECT NO. 3402
DATE: FEBRUARY 2015
SCALE: AS NOTED

DRAWING NO. **M6**

**PLAN**

NEW PUMP PIER TO EXTEND 4" BEYOND BASE PLATE ON ALL SIDES

NEW 2" STEEL CASING VENT AND CAP

#5@12" E.W. ALL FOUR SIDES
20" O.D. STEEL WELL CASING
FURNISH AND INSTALL 4 CASING ANCHORS (SEE DETAIL THIS DWG.)
RELOCATE EXISTING BASE PLATE
FURNISH AND INSTALL 4 ANCHOR BOLTS

**SECTION**

FURNISH AND INSTALL 20" CASING TO EXTEND 1" MIN. INTO PUMP HEAD

MUSHROOM VENT CAP AND 24-MESH STAINLESS STEEL SCREEN

PROVIDE 2" GALV. STEEL CASING VENT WELDED TO CASING EXTENSION

PUMP HEAD MOTOR AND DISCHARGE PIPING NOT SHOWN

INSTALL STEEL BASE PLATE FOR PUMP HEAD

PROVIDE 1" GROUT SANITARY WELL SEAL

FURNISH AND INSTALL (4) ANCHOR BOLTS (SEE DETAIL THIS DWG.)

WELD CASING EXTENSION TO EXISTING 20" CASING

EXISTING CONCRETE FLOOR

3" CLEAR.

DOWEL AND EPOXY GROUT #5@12" INTO EXISTING FLOOR (TYP)

NEW CONCRETE PUMP PIER

EXISTING 20" O.D. STEEL WELL CASING

#5@12" E.W. ALL FOUR SIDES

**WELL PUMP PIER DETAIL**
N.T.S.

**DUCT MOUNTING DETAIL**
N.T.S.

AIR INTAKE ALUM. DUCT. COORDINATE WITH APPROVED SHOP DRAWINGS

S.S. SHEET METAL SCREWS
STAINLESS STEEL L3x2x3/16
3/8"Ø EXP. ANCHORS (2 EA. SIDE)
NEOPRENE GASKET
CONC. CURB
6" PVC WATERSTOP

**PROFILE**

1/4" STAINLESS STEEL EXPANSION ANCHOR AT 12" O.C. (TYP. 4 SIDES)
BLOWER INTAKE LOUVER
.100 ALUMINUM SHEETING, WITH MILL FINISH.
**DETAIL A**
1/2" REMOVABLE EXPANDED ALUMINUM BIRD SCREEN AND FRAME

**SECTION A**

**SECTION B**

**LOUVER WEATHER HOOD DETAIL**
N.T.S.

1/2" THICK METAL PLATE, TACK WELDED TO WEATHERHOOD
WEATHERHOOD
1/4" STAINLESS STEEL NUT WITH NYLON LOCKNUT INSERT
1/2" REMOVABLE EXPANDED ALUMINUM BIRD SCREEN TACK WELDED TO ALUMINUM FRAME

1/4" BOLT AND WASHER
.100 ALUMINUM SHEETING FORMING REMOVABLE FRAME

**DETAIL 1**

**NOTE:**
DETAIL IS TYPICAL FOR ALL FOUR SIDES OF WEATHERHOOD OPENING

1/4" STAINLESS STEEL EXPANSION ANCHOR AT 12" O.C. (TYP. 4 SIDES)
L1 1/2"x1 1/2"x1/8"
.100 ALUMINUM SHEETING, WITH MILL FINISH.
BLOWER INTAKE LOUVER
MITER AND WELD CORNERS

**PIPE SUPPORT DETAIL**
N.T.S.

1/2" THICK R WELDED TO PIPE SUPPORT
4" SCH. 40 STEEL PIPE
(2) 3/8" VENT HOLE (ONE EACH SIDE)
(4) 1/2"Ø STN STL EXPANSION BOLTS
6"x6"x1/2" THICK BASE R WELDED TO PIPE SUPPORT
CONC. SLAB
GROUT

**PUMP DEMOLITION SECTION**
N.T.S.

WELL PUMP, DISCHARGE HEAD AND MOTOR TO BE REMOVED. DELIVER MOTOR TO OWNER

EXISTING PIPE TRENCH

REMOVE EXISTING CONCRETE PUMP HEAD AND BASE PLATE SCARIFY CONCRETE AND APPLY BONDING AGENT

EXISTING 20" STEEL WELL CASING

FURNISH AND INSTALL 10" FLANGED DISCHARGE PIPING TO RECONNECT WELL PUMP ON NEW ENCLOSED PIER

**SUMP PUMP DETAIL**
SCALE: 1 1/2"=1'-0"

2" PVC DISCHARGE PIPE
REDUCER
1 1/2" GATE VALVE
1 1/2" UNION (TYP.)
1 1/2" CHECK VALVE
1/4" BALL VALVE & AIR PURGE LINE
SUMP PUMP BASIN
SUMP PUMP
SUMP

**TYPICAL CHEMICAL SUCTION LINE ASSEMBLY DETAIL**
N.T.S.

BARBED COUPLING AND (3) STAINLESS STEEL TUBING CLAMPS
3/4" I.D. FLEX. POLYETHYLENE TUBING TO METERING PUMP
SEAL WITH SILICONE SEALANT
3/4" FLEX. POLYETHYLENE TUBING
INSTALL 5" X 3/4" PVC SELF ALIGNING BULKHEAD FITTING IN EXISTING HDPE STORAGE TANK COVER (POLY PROCESSING CO. OR APPROVED EQUAL)
HDPE STORAGE TANK
S.S. TUBING CLAMP
3/4" SCHED. 40 PVC AND REDUCER FITTING
CERAMIC WEIGHT
3/4" PVC FOOT VALVE & STRAINER

**NOTE:**
1. ADAPT TUBING SIZES AT THE PUMP, AS NECESSARY FOR FINAL CONNECTIONS TO THE PUMPS.
2. FURNISH AND INSTALL ONE (1) SUCTION LINE, AS SHOWN FOR EACH EXISTING PHOSPHATE AND HYPOCHLORITE STORAGE TANK.
3. FURNISH TO OWNER, TWO (2) COMPLETE SPARE SUCTION LINE ASSEMBLIES AS SHOWN.
4. ALL MATERIALS SHALL BE COMPATIBLE WITH A 15% SOLUTION OF SODIUM HYPOCHLORITE.

BUILDING WALL

3"x22"x3/16" STAINLESS STEEL WALL PLATE (W/4—1/4" S.S. HILTI-KWIK BOLTS OR APP. EQV.) PROVIDE 1 1/2" MIN. EMBEDMENT

HALF 1'-0" DIAMETER x1'-0"W. 3/16" STAINLESS STEEL —P (CLOSED ENDS)

S.S. 1 1/2" KEEPER PLATE
S.S. SCHEDULE 40 PIPE MOUNTING BRACKET

**HOSE REEL DETAIL**
N.T.S.
(LOCATE 3'-0" A.F.F. AND SUPPLIED AT ALL HOSE BIBB LOCATIONS)

**PLAN**

TEST PORTS (TYPICAL)
1" RPZ DEVICE
1"Ø BALL VALVE (TYP.)
1"Ø UNION (TYP.)
30" (MIN. CLEARANCE)
6" (MIN.)

**ELEVATION**

**RPZ DETAIL**
N.T.S.

1" RPZ DEVICE
1"Ø BALL VALVE (TYP.)
1"Ø UNION (TYP.)
TEST PORTS (TYP.)
1"Ø COPPER PIPE
FINISHED FLOOR ELEVATION
30" (MIN.)

**PACKED TOWER BUILDING WATER SUPPLY SCHEMATIC**
N.T.S.

1" WATER SERVICE FROM DISTRIBUTION SYSTEM
1" RPZ DEVICE (TYP.)
1" BALL VALVE
1" WATER METER
1" HOSE BIBB AND VACUUM BREAKER
1" HOSE BIBB (TYP.)
UNION (TYP.)
BLDG. EXTERIOR
BLDG. INTERIOR
1" RPZ AND ACCESSORIES, REFER TO RPZ DETAILS FOR MOUNTING REQUIREMENTS.

**NOTES:**
1. REFER TO PACKED TOWER MECHANICAL FLOOR PLAN FOR EQUIPMENT LOCATIONS.
2. PROVIDE UNIONS AT 10'-0" O.C. OR AT MAJOR EQUIPMENT TO ALLOW DISASSEMBLY.

**RPZ NOTES:**
1. RPZ INSTALLATION TO MEET ALL NCDH AND NYSHD REQUIREMENTS.
2. DEVICES MUST NOT BE SUBJECT TO FREEZING.
3. PIPING TO BE UNBRANCHED AND UNRESTRICTED FROM MAIN TO DEVICE EXCEPT FOR METER, EMERGENCY EYEWASH/SHOWER STATIONS AND WELL PUMP PRELUBRICATION SERVICE.
4. DEVICES MUST BE TESTED ANNUALLY BY A NYSHD CERTIFIED TESTER.
5. DRAINAGE FROM DEVICE MUST BE POSITIVE WITH EFFLUENT VISIBLE.
6. WATER METER MUST BE INSTALLED BEFORE THE RPZ.
7. RPZ DEVICE SHALL BE FEBCO 825Y OR APPROVED EQUIVALENT.
8. DEVICE SHALL BE SUPPORTED FROM THE FLOOR OR WALL WITH PIPE SUPPORTS IN ACCORDANCE WITH SPECIFICATIONS.

**ANCHOR BOLT DETAIL**
N.T.S.

3/4"Ø THREADED ROD WELDED TO 1/4" PLATE
BASE PLATE
GROUT
3" SCH 40 PIPE WELDED TO 1/4" PLATE
FILL PIPE WITH NON-SHRINK GROUT
6"x6"x1/4" PLATE
6 1/2"

**CASING ANCHOR DETAIL**
N.T.S.

1/2" BAR STOCK CASING ANCHORS LOCATED 90° APART WELDED TO CASING
16"Ø STEEL CASING

**PHOSPHATE PIPING SCHEMATIC**
N.T.S.

PHOSPHATE METERING PUMP
3/8" SOLENOID VALVE
3/8" ANTI-SIPHON VALVE
3/8" PVC PRESSURE RELIEF VALVE
3/8" I.D. FLEX PVC TUBING RETURN PIPE
3/8" BALL VALVE
3/8" I.D. FLEX PVC TUBING
PHOSPHATE INJECTOR ASSEMBLY
PHOSPHATE TANK
WATER MAIN

**NOTES:**
1. ALL PHOSPHATE PIPING SHALL BE LABELED WITH YELLOW TAPE IN ACCORDANCE WITH SPECIFICATIONS. "PHOSPHATE" AND ARROW INDICATING DIRECTION OF FLOW SHALL BE LABELED EACH 10 FEET OF PIPING.
2. INSTALL ANTI-SIPHON VALVE AT HIGH POINT IN SYSTEM AND IN ACCORDANCE WITH MANUFACTURER'S RECOMMENDATIONS.

**PHOSPHATE TANK VENT ASSEMBLY DETAIL**
N.T.S.

3" PVC NORMAL/EMERGENCY THREADED TANK VENT
THREADED COMPRESSION NUT
POLYETHYLENE STORAGE TANK

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY          NEW YORK
LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

DETAILS II
MECHANICAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: AS NOTED
DRAWING NO.: M7

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT DESIGNER: SL
DRAWN BY: JEZ   SL
DESIGNED BY: WDM/SL
CHECKED BY: WDM



DEMOLITION PLAN
SCALE: ¾"=1'-0"

REMOVE 10" WELL HEAD AND MOTOR

REMOVE EXISTING 1700 GALLON CHEMICAL TANKS (2)

2" CASING VENT PIPE

ELECTRICAL CONDUIT

3" AIR AND VACUUM RELIEF VALVE

10"x8" REDUCER

8" GATE VALVE

10" CHECK VALVE

10" GATE VALVE

REMOVE CONC. BLOCK WALL AS INDICATED

REMOTE FLOW SWITCH

REMOVE 10" WELL HEAD AND MOTOR

MAIN PUMP ROOM

CHLORINE INJECTION POINT

16" GATE VALVE

16"x10" RED.

FLOW SWITCH

16"x16" CROSS

REMOVE PIPING, VALVES, AND APPURTENANCES AS INDICATED

LIME SLURRY METERING PUMPS

LIME PUMP

COUPLING

LIME PUMP

LIME SLURRY TANK

CHLOR. TANK

CHLORINE METERING PUMP

CHLORINE FEED ROOM

CHLOR. TANK

POLYPHOSPHATE FEED ROOM

REMOVE LIME INJECTORS

REMOVE CHLORINE INJECTORS

CHEMICAL ROOM

LOADING PLATFORM



| | | | UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW. | | | |
|---|---|---|---|---|---|---|

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

| PROJECT ENGINEER: | DRAWN BY: |
|---|---|
| SL | JEZ |
| DESIGNED BY: | CHECKED BY: |
| WDM/SL | WDM |

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER

NASSAU COUNTY          NEW YORK

LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

EXISTING WELLS 7A & 8A BUILDING
FLOOR PLAN

MECHANICAL

| PROJECT NO. | DRAWING NO. |
|---|---|
| 3402 | |
| DATE: | **M8** |
| FEBRUARY 2015 | |
| SCALE: | |
| 3/8"=1'-0" | |

| NO. | DATE | REVISION | INT. |
|---|---|---|---|



PUMP PIER — E / M7

3'-0"x6'-8" SINGLE
DOOR WITH 4' CONC. PAD

VERTICAL TURBINE DEEP
WELL PUMP AND MOTOR

¾" PUMP HEAD DRAIN, TERMINATE 6"
ABOVE PIPE TRENCH FLOOR

CASING
VENT PIPE

WELL 7A

10" WELL HEAD

PRESSURE GAUGE
SAMPLE TAP — D / M6

2" AIR RELEASE, TERMINATE 6" ABOVE
PIPE TRENCH FLOOR

8" AUTOMATED
BUTTERFLY VALVE

8" CHECK VALVE

8"x8" TEE

TO BLOW OFF

10" BACK PRESSURE
CONTROL/CHECK VALVE

POLYPHOSPHATE
INJECTION POINT

16" GATE VALVE

10" VENTURI METER

8" CHECK VALVE

8" AUTOMATED BUTTERFLY
BLOWOFF VALVE

PIPE PENETRATION — C / M6

MAIN PUMP ROOM
BALL VALVE AND 2"
AIR RELEASE VALVE

CHLORINE
INJECTION POINT

16"x10"
RED

10" VENTURI METER

16"x16"
CROSS

PUMP PIER — E / M7

VERTICAL TURBINE DEEP
WELL PUMP AND MOTOR

¾" PUMP HEAD DRAIN, TERMINATE 6"
ABOVE PIPE TRENCH FLOOR

10" WELL HEAD

WELL 8A

PRESSURE GAUGE
SAMPLE TAP — D / M6

2" AIR RELEASE, TERMINATE 6" ABOVE
PIPE TRENCH FLOOR

10" BACK PRESSURE
CONTROL/CHECK VALVE

¾" COPPER PRESSURE
SERVICES (TYP. OF 4)

FLOW TRANSMITTER (TYP. OF 2)

CORE DRILL AT WALL AND FLOOR

PIPE PENETRATION — C / M6

LIME SLURRY
METERING
PUMPS

CHLORINE
TANK

CHLORINE
METERING PUMP

CHLORINE FEED
ROOM

CHLORINE
TANK

POLYPHOSPHATE
METERING PUMP
WELL 7A

POLYPHOSPHATE
FEED ROOM

POLYPHOSPHATE TANK

CHEMICAL ROOM

LOADING PLATFORM

SUMP PUMP WITH
DEADMAN SWITCH

1½"Ø SUMP PUMP
DRAINAGE PIPING
(SEE SITE PLAN
FOR CONTINUATION)

16" EFFLUENT

LIME INJECTION
POINT

LIME INJECTION
VAULT — K / G8

PROPOSED PLAN
SCALE: ⅜"=1'-0"

UNAUTHORIZED ALTERATION OR
ADDITION TO THIS DOCUMENT IS A
VIOLATION OF SECTION 7209 OF THE
NEW YORK STATE EDUCATION LAW.

| | | |
|---|---|---|
| PROJECT ENGINEER: | DRAWN BY: | |
| SL | JEZ | |
| DESIGNED BY: | CHECKED BY: | |
| WDM/SL | WDM | |



D&B ENGINEERS
AND
ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER

NASSAU COUNTY                    NEW YORK

LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

PROPOSED WELLS 7A & 8A BUILDING
FLOOR PLAN

MECHANICAL

| PROJECT NO. | DRAWING NO. |
|---|---|
| 3402 | |
| DATE: | M9 |
| FEBRUARY 2015 | |
| SCALE: | |
| ⅜"=1'-0" | |

| NO. | DATE | REVISION | INT. |
|---|---|---|---|



FOR CONTINUATION SEE DWG. NO. M3   **FLOOR PLAN**
SCALE: 3/8"=1'-0"

| | | TOWN OF HEMPSTEAD | PROJECT NO. | DRAWING NO. |
|---|---|---|---|---|
| | **D&B Engineers AND Architects, P.C.** | **DEPARTMENT OF WATER** | 3402 | **M10** |
| | | NASSAU COUNTY                NEW YORK | DATE |  |
| UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW. | | **LEVITTOWN WATER DISTRICT** | FEBRUARY 2015 |  |
| PROJECT ENGINEER:  DRAWN BY: JEZ  SL | | **CONSTRUCTION OF PACKED TOWER AERATION SYSTEM** | SCALE |  |
| DESIGNED BY: WDM/SL  CHECKED BY: WDM | Known as Dvirka and Bartilucci Consulting Engineers | **FOR WELLS 7A & 8A** | 3/8"=1'-0" |  |
| NO. | DATE | REVISION | INT. | | | **PACKED TOWER BUILDING** **NATURAL GAS PLAN** | | |
| | | | | | | **MECHANICAL** | | |

Labels within drawing:

OVERFLOW PIT
CONC. APRON
OVERFLOW PIT
TOWER ACCESS MANWAY (TYP.)
PACKED TOWER 2
PACKED TOWER 1
BLOWER 1
16" INF
16"-90° BEND
UH-3
UH-2
MCC
MCC
16" INF
INTAKE LOUVER 78"Hx72"W
BOOSTER PUMP 2    BOOSTER PUMP 1
22"x22" INSULATED DUCT
16" INF
22"x22" INSULATED DUCT
22"x22" INSULATED DUCT
TRANSFER PUMP 2    TRANSFER PUMP 1
22"x22" INSULATED DUCT
1¼"ø BLACK STEEL NATURAL GAS PIPING
16" EFF
VENTURI METER
16" EFF
PIPE TRENCH
PIPE TRENCH
UH-4
UH-1
EXHAUST VENT PIPING WITH WEATHER PROOF CAP. SIZE PER MANUFACTURERS REQUIREMENTS 7'-0" AFF (SEE DETAIL DWG. M )
TEE CONNECTION DRIP POCKET AND VALVE (SEE DETAIL B, DWG M )
GAS UNIT HEATER (TYP. OF 4 SEE DETAIL A DWG. M11 FOR INSTALLATION REQUIREMENTS)
1¼" GAS SERVICE. PROVIDE SHUT OFF VALVE INSIDE BUILDING. CONTRACTOR SHALL COORDINATE WITH NATURAL GAS SUPPLIER



## DETAIL 'A'

FRONT VIEW

SIDE VIEW

1/2" S.S. BOLTS TO BLDG. FRAME (TYP.)

3"x3"x1/4"—<

3"x3"x1/4"—<

4"x4"x1/4"—<

UNIT HEATER

14"

7'-0" TO FLOOR SLAB

3"x3"x1/4"—<

UNIT HEATER

POWER VENTER

EXHAUST VENT OUT THROUGH WALL, SEE DETAIL "C" THIS DWG.

## DETAIL 'B'

1¼"Ø PIPE

GAS COCK VALVE

GROUND JOINT UNION W/BRASS SEAT

TO UNIT HEATER VIA REDUCER

PLUGGED 1/8" NPT TEST GAGE CONNECTION

TO TEE CONNECTOR

3" MIN.

DRIP POCKET

## SECTION
## DETAIL 'C'

CORE DRILL EXISTING WALL (TYP.)

PIPE (TYP.—PITCH DOWN TOWARD OUTLET 1/4" PER FT.)

TEE WITH DRIP LEG AND CLEANOUT AT LOW POINT OF VENT SYSTEM

EXHAUST VENT FROM UNIT HEATER VIA POWER VENTER

METAL SLEEVE

METAL FACE PLATE

FIBERGLASS INSULATION MIN. 2" THICK (TYP.)

PENETRATION SHALL BE MADE WEATHERTIGHT (TYP.)

TERMINAL (TYP.)

SUPPORT BRACKET (TYP.—MAKE FROM 1"x1" ALUM. ANGLE)

12"

9"

45°

## NOTES:

1. REFER TO DWG. G1 FOR SYMBOLS AND ABBREVIATIONS.

2. CONTRACTOR SHALL PAINT GAS PIPING AND SUPPORT BRACKETS.

3. ALL INTERIOR GAS PIPING SHALL BE ASTM 53 BLACK STEEL WITH THREADED MALLEABLE IRON FITTING.

## GAS UNIT HEATER DETAILS
N.T.S.

---

### PROPOSED PLAN
SCALE: ⅜"=1'-0"

2" CASING VENT PIPE

WELL 7A

UH—6

ELECTRICAL CONDUIT

MAIN PUMP ROOM

WELL 8A

16" GATE VALVE

UH—7

UH—5

NATURAL GAS UNIT HEATER (TYP. OF 3)

1⅛"Ø BLACK STEEL NATURAL GAS PIPING

1¼"Ø CROSS

16"Ø x10"Ø RED.

LIME SLURRY METERING PUMPS

CHLORINE METERING PUMP

CHLOR. TANK

CHLORINE FEED ROOM

CHLOR. TANK

POLYPHOSPHATE FEED ROOM

CHEMICAL ROOM

LOADING PLATFORM



---

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

| PROJECT ENGINEER: | DRAWN BY: |
|---|---|
| SL | JEZ |
| DESIGNED BY: | CHECKED BY: |
| WDM/SL | WDM |

## D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

### TOWN OF HEMPSTEAD
### DEPARTMENT OF WATER
NASSAU COUNTY                    NEW YORK

### LEVITTOWN WATER DISTRICT
### CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
### FOR WELLS 7A & 8A

### WELLS 7A & 8A BUILDING
### NATURAL GAS  PLAN AND DETAILS

MECHANICAL

| PROJECT NO. | DRAWING NO. |
|---|---|
| 3402 | |
| DATE: | **M11** |
| FEBRUARY 2015 | |
| SCALE: | |
| 3/8"=1'-0" | |

| NO. | DATE | REVISION | INT. |
|---|---|---|---|
| | | | |

NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. REFER TO SPECIFICATION SECTION 18400 FOR CHEMICAL SAFETY CONTROL SYSTEM MODIFICATIONS AND NEW CHEMICAL SAFETY CONTROL PANEL FOR THE BOOSTER PUMPS.

3. REFER TO SPECIFICATION SECTION 18420 FOR MODIFICATIONS TO THE WELL PUMP MOTOR STARTER CONTROL CIRCUITS.

REPLACE "LIME" NAMEPLATE WITH PHOSPHATE NAMEPLATE

REPLACE LIME PUMP CHEMICAL SAFETY CONTROLS WITH PHOSPHATE PUMP CHEMICAL SAFETY CONTROLS

REPLACE "D/P SWITCH" NAMEPLATE WITH "LIMIT SWITCH ON PUMP DISCHARGE" NAMEPLATE (TYP. FOR WELL 8A)

DISCONNECT AND REMOVE pH FROM WELL 7A CHEMICAL SAFETY CONTROLS (TYP FOR WELL 8A)

DISCONNECT AND REMOVE LIME PUMP FROM WELL 8A CHEMICAL SAFETY CONTROLS

REPLACE "CHECK VALVE LIMIT SWITCH" NAMEPLATE WITH "LIMIT SWITCH ON PUMP DISCHARGE NAMEPLATE

WELL NO. 7A
CHLORINE
AUTO CHEMICAL 1 / OFF
AUTO CHEMICAL 2 / OFF
AUTO CHEMICAL 3 / OFF
WELL RELAY
PRESSURE SWITCH
SAFETY #1 / TEST
SAFETY #2 / TEST
SAFETY #3 / TEST
CHEMICAL TROUBLE / RESET
CL2 LEVEL HIGH
WELL NO. 7A
MODE SWITCH / OFF WELD / NORMAL SERVICE

WELL NO. 8A
CHLORINE
AUTO CHEMICAL 2 / OFF
AUTO CHEMICAL 3 / OFF
WELL RELAY
D/P SWITCH
SAFETY #1 / TEST
SAFETY #2 / TEST
SAFETY #3 / TEST
CHEMICAL TROUBLE / RESET
WELL NO. 8A
MODE SWITCH / OFF WELD / NORMAL SERVICE

## ELEVATION: WELL 7A AND 8A MOTOR CONTROL CENTER CHEMICAL SAFETY CONTROLS

SCALE: N.T.S.

## WIRING DIAGRAM NO. 1

TYP. FOR WELL PUMP 7A AND WELL PUMP 8A

NOTE:

THE ABOVE CIRCUIT IS TAKEN FROM THE MOTOR CONTROL CENTER SHOP DRAWINGS. FIELD VERIFY CONTROL CIRCUIT.

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL
DRAWN BY: MC
DESIGNED BY: MN
CHECKED BY: WDM

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI Consulting Engineers

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY                    NEW YORK
LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

CONTROL MODIFICATIONS -
EXISTING WELL 7A AND WELL 8A

ELECTRICAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: N.T.S.
DRAWING NO.: M12

| NO. | DATE | REVISION | INT. |
|-----|------|----------|------|

NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. COORDINATE THE REMOVAL OF THE INCOMING ELECTRICAL SERVICE (SECONDARY) WITH THE OWNER AND WITH PSEG. REFER TO SPECIFICATION SECTION 16101.

3. REFER TO SPECIFICATION SECTION 01010 FOR SEQUENCE OF CONSTRUCTION AND MAINTENANCE OF OPERATION REQUIREMENTS.

EXISTING PRIMARY INCOMING ELECTRICAL SERVICE TO REMAIN

DISCONNECT AND REMOVE PSEG PADMOUNT TRANSFORMER AND CONCRETE PAD. COORDINATE WORK WITH PSEG.

REFER TO DWG. E2 FOR DEMOLITION IN WELL BUILDING

DISCONNECT AND REMOVE 480/277V SERVICE FROM PSEG PADMOUNT TRANSFORMER TO WELL BUILDING ELECTRICAL SERVICE EQUIPMENT (NOTE 2)

PNEUMATIC TANK

PNEUMATIC TANK

PSEG PADMOUNT TRANSFORMER

PSEG METER

WELL BLDG.

RECHARGE BASIN

6'H CHAIN LINK FENCE

LANE

BOWLING

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

| PROJECT ENGINEER: | DRAWN BY: |
| SL | MC |
| DESIGNED BY: | CHECKED BY: |
| MN | WDM |

**D&B Engineers AND Architects, P.C.**

KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**

NASSAU COUNTY    NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**EXISTING SITE AND DEMOLITION PLAN**

ELECTRICAL

| PROJECT NO. | DRAWING NO. |
| 3402 | |
| DATE: | |
| FEBRUARY 2015 | **E1** |
| SCALE: | |
| 1"=20' | |

| NO. | DATE | REVISION | INT. |

**NOTES:**

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. ALL CONDUIT AND WIRE RELATED TO ITEMS AND EQUIPMENT REMOVED UNDER DEMOLITION SHALL BE DISCONNECTED AND REMOVED.

3. THE OWNER HAS THE OPTION OF KEEPING ANY EQUIPMENT DISCONNECTED UNDER DEMOLITION. THE CONTRACTOR SHALL REMOVE AND DISPOSE OF ALL EQUIPMENT THAT THE OWNER DOES NOT WISH TO KEEP.



**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY      NEW YORK
**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**D&B ENGINEERS AND ARCHITECTS, P.C.**
Known as DVIRKA AND BARTILUCCI Consulting Engineers

**WELLS 7A & 8A BUILDING**
**FLOOR PLAN - DEMOLITION**
ELECTRICAL

PROJECT NO. 3402 | DRAWING NO. **E2**
DATE: FEBRUARY 2015 | SCALE: 3/8"=1'-0"

PROJECT ENGINEER: SL | DRAWN BY: MC
DESIGNED BY: MN | CHECKED BY: WDM

Case 2:16-cv-03652-ENV-ST   Document 180-8   Filed 12/06/21   Page 167 of 700 PageID #: 8937

NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. REFER TO SPECIFICATION SECTION 01010 FOR SEQUENCE OF
   CONSTRUCTION AND MAINTENANCE OF OPERATION REQUIREMENTS.

3. THE PLUMBING CONTRACTOR WILL MODIFY THE EXISTING WELL 7A
   AND WELL 8A CHEMICAL SAFETY CONTROLS.

4. THE EXISTING 100HP WELL PUMP MOTORS WILL BE REPLACED
   WITH 50HP MOTORS. REFER TO DWG E10 FOR MODIFICATIONS TO
   THE MOTOR STARTER COMPARTMENTS.



**SINGLE LINE DIAGRAM: WELL 7A AND 8A MOTOR CONTROL CENTER**

SCALE: N.T.S.



**ELEVATION: WELL 7A AND 8A MOTOR CONTROL CENTER**

SCALE: N.T.S.





| | | UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW. | **D&B ENGINEERS AND ARCHITECTS, P.C.** | **TOWN OF HEMPSTEAD DEPARTMENT OF WATER** | **WELLS 7A & 8A MOTOR CONTROL CENTER SINGLE LINE DIAGRAM AND ELEVATION - DEMOLITION** | PROJECT NO. **3402** | DRAWING NO. |
|---|---|---|---|---|---|---|---|

**TOWN OF HEMPSTEAD DEPARTMENT OF WATER**
NASSAU COUNTY                    NEW YORK
**LEVITTOWN WATER DISTRICT CONSTRUCTION OF PACKED TOWER AERATION SYSTEM FOR WELLS 7A & 8A**

PROJECT ENGINEER: **SL**    DRAWN BY: **MC**
DESIGNED BY: **MN**    CHECKED BY: **WDM**

KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

DATE: **FEBRUARY 2015**
SCALE: **N.T.S.**
**ELECTRICAL**

**E3**

NO.    DATE    REVISION    INT.

NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. REFER TO SPECIFICATION SECTION 01010 FOR SEQUENCE OF CONSTRUCTION AND MAINTENANCE OF OPERATION REQUIREMENTS.

3. REFER TO DWG. E17 FOR TYPICAL UNDERGROUND TRENCH DETAIL.

POWER FEEDER, SIGNAL AND CONTROL CONDUITS FROM THE WELL 7A AND 8A BUILDING TO THE NEW PACKED TOWER BUILDING. F2,C50,C51,C30,C40,F01

NEW PSEG PADMOUNT TRANSFORMER, FOUNDATION AND VAULT

S1 (480/277V SERVICE)

WELL BLDG

PACKED TOWER BUILDING

RECHARGE BASIN

LANE

BOWLING

| UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW. | | **D&B Engineers AND Architects, P.C.** KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS | **TOWN OF HEMPSTEAD DEPARTMENT OF WATER** | | **PROPOSED SITE PLAN** | PROJECT NO. **3402** | DRAWING NO. |
|---|---|---|---|---|---|---|---|
| PROJECT ENGINEER: **SL** | DRAWN BY: **MC** | | NASSAU COUNTY | NEW YORK | | DATE: **FEBRUARY 2015** | **E4** |
| DESIGNED BY: **MN** | CHECKED BY: **WDM** | | **LEVITTOWN WATER DISTRICT CONSTRUCTION OF PACKED TOWER AERATION SYSTEM FOR WELLS 7A & 8A** | | **ELECTRICAL** | SCALE: **1"=20'** | |

NO. | DATE | REVISION | INT.



**NOTES:**

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. REFER TO DWGS. E13 AND E14 FOR CONTROL SYSTEM RISER DIAGRAMS.

3. REFER TO DWG. E16 FOR CONDUIT AND CABLE SCHEDULE.

4. CIRCUIT NUMBERS FOR UTILITY PANEL, UPW ARE SHOWN FOR REFERENCE AND SHALL BE FIELD CONFIRMED WITH EXISTING PANEL. FOR EACH BRANCH CIRCUIT, FURNISH AND INSTALL A IP, 20A CIRCUIT BREAKER IN THE PANEL BOARD AND 2#12, #12G IN 3/4"C. (UNLESS OTHERWISE NOTED).

5. CHEMICAL SAFETY PANEL, BOOSTER PUMPS: FURNISH AND INSTALL, IP, 30A CIRCUIT BREAKER IN PANEL BOARD AND 2#10, #10G IN 3/4"C. BRANCH CIRCUIT.



| | | | | | |
|---|---|---|---|---|---|
| | | | **TOWN OF HEMPSTEAD** | **PROJECT NO.** | **DRAWING NO.** |
| | | | **DEPARTMENT OF WATER** | **3402** | |
| | | UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW. | NASSAU COUNTY · NEW YORK | **DATE** | **E5** |
| | | PROJECT ENGINEER: **SL** / DRAWN BY: **JEZ** | **LEVITTOWN WATER DISTRICT** | **FEBRUARY 2015** | |
| NO. | DATE | REVISION / INT. | DESIGNED BY: **MN** / CHECKED BY: **WDM** | **D&B Engineers AND Architects, P.C.** — KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS | **CONSTRUCTION OF PACKED TOWER AERATION SYSTEM FOR WELLS 7A & 8A** | **WELLS 7A & 8A BUILDING FLOOR PLAN** |
| | | | | **ELECTRICAL** | **SCALE:** 3/8"=1'-0" |



**NOTES:**

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. REFER TO DWG E16 FOR CONDUIT AND CABLE SCHEDULE.

3. REFER TO DWGS. E13 AND E14 FOR CONTROL SYSTEM RISER DIAGRAMS.

4. CONNECT FLOAT SWITCH CABLES AND SUBMERSIBLE PRESSURE TRANSDUCER CABLE TO JUNCTION BOXES.

5. SECURITY SYSTEM:

   –FOR EACH MANDOOR, FURNISH AND INSTALL A MAGNETIC DOOR SWITCH. SWITCH SHALL BE SENTROL 1047-W OR APPROVED EQUAL.

   –FOR EACH ROLL-UP DOOR, FURNISH AND INSTALL A MAGNETIC DOOR SWITCH. SWITCH SHALL BE SENTROL 2315-A OR APPROVED EQUAL. EACH SWITCH SHALL HAVE ONE NORMALLY OPEN AND ONE NORMALLY CLOSED CONTACT.

   –FURNISH AND INSTALL A CARD READER, CARD READER SHALL BE ISONAS RC-03 PRX AND SHALL BE COMPATIBLE WITH EXISTING TOWN HID CARDS.

   –FURNISH AND INSTALL A KEY SWITCH. KEY SWITCH SHALL BE 2 POSITION (ENABLE ALARM, DISABLE ALARM). THE KEY SWITCH CYLINDER SHALL BE INTERCHANGEABLE AND MATCHED TO THE TOWN'S KEY PATTERN.

   –PROGRAMMING AND INTEGRATION INTO TOWN'S SYSTEM BY THE PLUMBING CONTRACTOR.

6. FURNISH AND INSTALL CARBON MONOXIDE DETECTOR TO MATCH TOWN OF HEMPSTEAD'S STANDARD (KIDDE OR EQUAL).

7. DISCONNECT SWITCHES FOR BLOWERS SHALL HAVE 1 NORMALLY OPEN AND ONE NORMALLY CLOSED CONTACT FOR CONNECTION TO VFD ENABLE CIRCUIT.

| | | | | |
|---|---|---|---|---|
| PROJECT ENGINEER: | DRAWN BY: | | **TOWN OF HEMPSTEAD** | PROJECT NO. |
| | SL | | **DEPARTMENT OF WATER** | 3402 |
| | | | NASSAU COUNTY                    NEW YORK | DATE: |
| PROJECT ENGINEER: | CHECKED BY: | | | FEBRUARY 2015 |
| | MC | | **LEVITTOWN WATER DISTRICT** | |
| DESIGNED BY: | CHECKED BY: | | **CONSTRUCTION OF PACKED TOWER AERATION SYSTEM** | SCALE: |
| MN | WDM | | **FOR WELLS 7A & 8A** | 3/8"=1'-0" |

**D&B ENGINEERS AND ARCHITECTS, P.C.**
Known as Dvirka and Bartilucci Consulting Engineers

**PACKED TOWER BUILDING POWER PLAN**

**ELECTRICAL**

DRAWING NO. **E6**

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

NO. | DATE | REVISION | INT.



NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. REFER TO SPECIFICATIONS FOR LIGHTING FIXTURE SCHEDULE.

3. WIRE AND CONDUIT BETWEEN LIGHTING FIXTURES AND RESPECTIVE SWITCHES IS NOT SHOWN. FURNISH AND INSTALL WIRE AND CONDUIT TO CONNECT THE FIXTURES TO THEIR RESPECTIVE SWITCHES. BRANCH CIRCUITS TO LIGHTING FIXTURES SHALL BE AS DETAILED ON PANELBOARD SCHEDULE. CONNECT EMERGENCY FIXTURES AHEAD OF SWITCHES AND FIXTURES.

MOUNT TYPE 'C' BELOW GRATING

TOWER ACCESS MANWAY GRATING

EMERGENCY LIGHTING FIXTURE MOUNTED 8'-6" A.F.F. (TYPICAL)

EMERGENCY LIGHTING FIXTURE MOUNTED 6'-0" ABOVE TOWER ACCESS MANWAY GRATING

MOUNT RECEPTACLE ABOVE TOWER ACCESS MANWAY GRATING

MOUNT TYPE 'C' BELOW GRATING

LIGHTING FIXTURE WALL MOUNTED 7' ABOVE TOWER ACCESS MANWAY GRATING (TYP FOR TYPE D FIXTURES)

EMERGENCY LIGHTING FIXTURE MOUNTED 6'-0" ABOVE TOWER ACCESS MANWAY GRATING

MOUNT RECEPTACLE ABOVE TOWER ACCESS MANWAY GRATING

TOWER ACCESS MANWAY GRATING

PACKED TOWER NO. 2

LIGHTING FIXTURE WALL MOUNTED 10' A.F.F. (TYP FOR TYPE C FIXTURES)

208/120V PANELBOARD UPT

LIGHTING FIXTURE PENDANT MOUNTED 10' A.F.F. (TYP FOR TYPE A FIXTURES)

MCC-PT1

MCC-PT1

MCC-PT2

PACKED TOWER AERATION SYSTEM CONTROL PANEL (+)

LIGHTING FIXTURE WITH INTEGRAL PHOTOCELL MOUNTED 8'6" A.F.G (TYP FOR TYPE B FIXTURES)

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

| PROJECT ENGINEER: | DRAWN BY: |
| SL | MC |
| DESIGNED BY: | CHECKED BY: |
| MN | WDM |

**D&B Engineers AND Architects, P.C.**

Known as Dvirka and Bartilucci Consulting Engineers

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**

NASSAU COUNTY          NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**PACKED TOWER BUILDING**
**LIGHTING PLAN**

ELECTRICAL

| PROJECT NO. | DRAWING NO. |
| 3402 | |
| DATE: | **E7** |
| FEBRUARY 2015 | |
| SCALE: | |
| 3/8"=1'-0" | |

| NO. | DATE | REVISION | INT. |



**NOTES:**

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. REFER TO SPECIFICATION SECTION 16770 FOR LIGHTNING PROTECTION SYSTEM REQUIREMENTS.

3. ALL METAL BODIES SHALL BE BONDED TO THE LIGHTNING PROTECTION SYSTEM IN ACCORDANCE WITH NFPA REQUIREMENTS. FIELD VERIFY ALL EXISTING ROOF MOUNTED EQUIPMENT, METAL, BODIES, ETC. AND BOND AS REQUIRED.

4. THE INTEGRITY OF THE ROOFING SYSTEMS SHALL NOT BE COMPROMISED BY THE INSTALLATION OF THE LIGHTNING PROTECTION SYSTEM.

PRIMARY ROOF CONDUCTOR (TYP)

AIR TERMINAL (TYP)

WELL BUILDING

RIM 101.23
INV. 98.23

3/4" Ø

2 1/2" Ø

PROVIDE BONDING TO METAL DRAINS, VENTS, ETC.

PACKED TOWER BUILDING

3/4"X10' GROUND ROD IN AN INSPECTION WELL (TYP)

DOWN-COMER GROUND WIRE SHALL BE INSTALLED IN 1" SCHED. 80 PVC (TYP)

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

| | | |
|---|---|---|
| PROJECT ENGINEER: | DRAWN BY: | |
| SL | MC | |
| DESIGNED BY: | CHECKED BY: | |
| MN | WDM | |

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                    NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**LIGHTNING PROTECTION**
**SYSTEM PLAN**

ELECTRICAL

| | |
|---|---|
| PROJECT NO: | DRAWING NO. |
| **3402** | |
| DATE: | **E8** |
| **FEBRUARY 2015** | |
| SCALE: | |
| **1"=10'** | |

| NO. | DATE | REVISION | INT. |
|---|---|---|---|



NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. REFER TO SPECIFICATION SECTION 16426 FOR MAIN INCOMING SWITCHGEAR.

3. PSEG PADMOUNT TRANSFORMER AND MAIN SERVICE DISCONNECT SHALL BE GROUNDED IN ACCORDANCE WITH NEC AND PSEG REQUIREMENTS.

FRONT ELEVATION: MAIN INCOMING SWITCHGEAR

SCALE: N.T.S.

NOTE: DEPTH=2'-0"

## INCOMING SWITCHGEAR SCHEDULE

| VOLTS | 480Y/277V |
|---|---|
| BUS AMPS | 1200A |
| PHASE | 3PH,4W+GND |
| AIC | 65,000 AMPS |

| ITEM NO. | NAMEPLATE | UNIT DESIGN | BREAKER FRAME | BREAKER TRIP | CONDUIT NO. | REMARKS |
|---|---|---|---|---|---|---|
| 1A | PSEG CT CABINET | | | | | |
| 1B | MAIN BREAKER | CB | 1200 | 1200 | S1 | |
| 2A | SPACE FOR AUTOMATIC TRANSFER SWITCH | | | | | |
| 3A | SURGE ARRESTOR | CB | 800 | 400 | | CB AS PER SURGE ARRESTOR MANUFACTURER |
| 4A | MCC—WELL BUILDING | CB | 800 | 400 | F1 | |
| 5A | MCC—PACKED TOWER BUILDING | CB | 800 | 800 | F2 | |
| 6A | SPACE | | | | | |
| 7A | SPACE | | | | | |

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

| | | | | |
|---|---|---|---|---|
| PROJECT ENGINEER: | SL | DRAWN BY: | MC | |
| DESIGNED BY: | MN | CHECKED BY: | WDM | |





**D&B ENGINEERS AND ARCHITECTS, P.C.**

KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**

NASSAU COUNTY                    NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**WELL BUILDING MAIN INCOMING SWITCHGEAR**
**SINGLE LINE DIAGRAM AND ELEVATION**

**ELECTRICAL**

| PROJECT NO. | 3402 | DRAWING NO. |
|---|---|---|
| DATE: | FEBRUARY 2015 | **E9** |
| SCALE: | N.T.S. | |

| NO. | DATE | REVISION | INT. |
|---|---|---|---|

NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. FOR EACH WELL PUMP MOTOR STARTER
   a. REPLACE THE 200A TRIP UNIT IN THE SIEMENS SENTRON HFD63F250 CIRCUIT BREAKER WITH A 125A TRIP UNIT.
   b. REPLACE THE THERMAL OVERLOAD RELAY WITH A RELAY RATED FOR THE 50HP MOTOR.
   c. REPLACE THE CROMPTON 0-200A SCALE AMMETER WITH A 0-100A SCALE AMMETER AND REPLACE THE CURRENT TRANSFORMERS ACCORDINGLY.

3. CONTROL MODIFICATIONS TO THE WELL PUMP MOTORS STARTERS RELATED TO THE BLOWOFF VALVES AND PRELUBE TIMER WILL BE MADE BY THE PLUMBING CONTRACTOR.



**SINGLE LINE DIAGRAM: WELL 7A AND 8A MOTOR CONTROL CENTER**

SCALE: N.T.S.



**ELEVATION: WELL 7A AND 8A MOTOR CONTROL CENTER**

SCALE: N.T.S.



| | | | | |
|---|---|---|---|---|
| NO. | DATE | REVISION | INT. | |

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

| PROJECT ENGINEER: | DRAWN BY: |
|---|---|
| SL | MC |
| DESIGNED BY: | CHECKED BY: |
| MN | WDM |

**D&B ENGINEERS AND ARCHITECTS, P.C.**

KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                    NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**WELLS 7A & 8A MOTOR CONTROL CENTER SINGLE LINE DIAGRAM AND ELEVATION - NEW WORK**

ELECTRICAL

| | |
|---|---|
| PROJECT NO. | DRAWING NO. |
| 3402 | |
| DATE | **E10** |
| FEBRUARY 2015 | |
| SCALE | |
| N.T.S. | |

NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.



FROM MAIN INCOMING SWITCHGEAR IN WELL BUILDING

ITEMS WITHIN DASHED LINE ARE LOCATED IN MCC-PT1

800A, 480V, 3φ, 3W+GND

5% LINE REACTOR (TYP)

BOOSTER PUMP NO. 1 / SPACE / MAIN LUGS FOR BOOSTER PUMP NO.2 / MOTOR CONTROL CENTER MCC-PT2 / SPACE / MAIN LUGS / BOOSTER PUMP NO. 2

**SINGLE LINE DIAGRAM: MOTOR CONTROL CENTER MCC-PT1**

SCALE: N.T.S.



FROM MOTOR CONTROL CENTER MCC-PT1

MAIN LUGS

ITEMS WITHIN DASHED LINE ARE LOCATED IN MCC-PT2

800A, 480V, 3φ, 3W+GND

480-208Y/120V, 3φ

PANEL LPT

SPACE / BLOWER NO. 1 / BLOWER NO. 2 / TRANSFER PUMP NO.1 / TRANSFER PUMP NO.2 / 208Y/120V, 3φ PANELBOARD LPT / SPARE

**SINGLE LINE DIAGRAM: MOTOR CONTROL CENTER MCC-PT2**

SCALE: N.T.S.



| NO. | DATE | REVISION | INT. |
|---|---|---|---|

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

| PROJECT ENGINEER: SL | DRAWN BY: MC |
|---|---|
| DESIGNED BY: MN | CHECKED BY: WDM |

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                                   NEW YORK
**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**MOTOR CONTROL CENTERS MCC-PT1 AND**
**MCC-PT2 - SINGLE LINE DIAGRAMS**

ELECTRICAL

| PROJECT NO. 3402 | DRAWING NO. |
|---|---|
| DATE: FEBRUARY 2015 | **E11** |
| SCALE: N.T.S. | |

NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. REFER TO SPECIFICATION SECTION 16920 FOR CONTROL REQUIREMENTS RELATED TO BOOSTER PUMPS, TRANSFER PUMPS AND BLOWERS.



**ELEVATION: MOTOR CONTROL CENTER MCC-PT1**

SCALE: N.T.S.

NOTE: DEPTH=20"

### MOTOR CONTROL CENTER MCC-PT1 SCHEDULE

VOLTS: 480V
BUS AMPS: 600A
PHASE: 3PH,3W+GND
AIC: 65,000 AMPS

| ITEM NO. | NAMEPLATE | UNIT DESIGN | BREAKER FRAME | BREAKER TRIP | HP (KVA) | CONDUIT NO. | WIRING DIAGRAM NO. | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 1A | MAIN BREAKER | | | | | | F2 | |
| 1B | METERING | | | | | | | |
| 1C | SURGE ARRESTOR | | | | | | | |
| 2A | BOOSTER PUMP NO.1 VFD | VFD | 225 | 175 | 100 | P10 | NOTE 2 | |
| 3A | BOOSTER PUMP NO.1 RVSS BYPASS | RVSS | 225 | 175 | 100 | | NOTE 2 | |
| 3B | SPACE | | | | | | | |
| 4A | MAIN LUGS - BOOSTER PUMP NO.2 | | | | | | P11 | |
| 4B | MOTOR CONTROL CENTER MCC-PT2 | CB | 400 | 300 | | P13 | | |
| 4C | SPACE | | | | | | | |
| 5A | MAIN LUGS | | | | | | | |
| 5B | BOOSTER PUMP NO.2 RVSS BYPASS | RVSS | 225 | 175 | 100 | | NOTE 2 | |
| 6A | BOOSTER PUMP NO.2 VFD | VFD | 225 | 175 | 100 | P12 | NOTE 2 | |



**ELEVATION: MOTOR CONTROL CENTER MCC-PT2**

SCALE: N.T.S.

NOTE: DEPTH=20"

### MOTOR CONTROL CENTER MCC-PT2 SCHEDULE

VOLTS: 480V
BUS AMPS: 600A
PHASE: 3PH,3W+GND
AIC: 65,000 AMPS

| ITEM NO. | NAMEPLATE | UNIT DESIGN | BREAKER FRAME | BREAKER TRIP | HP (KVA) | CONDUIT NO. | WIRING DIAGRAM NO. | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 1A | MAIN LUGS - INCOMING FEEDER | | | | | P13 | | |
| 1B | SPACE | | | | | | | |
| 2A | BLOWER NO.1 VFD | VFD | 200 | 125 | 60 | P14 | NOTE 2 | |
| 3A | BLOWER NO.1 RVSS BYPASS | RVSS | 200 | 125 | 60 | | | |
| 3B | BLOWER NO.2 RVSS BYPASS | RVSS | 200 | 125 | 60 | | | |
| 4A | BLOWER NO.2 VFD | VFD | 200 | 125 | 60 | | | |
| 5A | TRANSFER PUMP NO.1 VFD WITH BYPASS | VFD | 100 | 60 | 20 | P15 | NOTE 2 | |
| 5B | TRANSFER PUMP NO.2 VFD WITH BYPASS | VFD | 100 | 60 | 20 | P16 | NOTE 2 | |
| 6AL | TRANSFORMER PRIMARY BREAKER | CB | 100 | 30 | | P17 | NOTE 2 | |
| 6AR | SPARE | CB | 100 | 20 | | | | |
| 6B | 208Y/120V PANELBOARD | | | | | | | |
| 6C | 480-208Y/120V TRANSFORMER | | | | (15) | | | |



| | TOWN OF HEMPSTEAD | |
|---|---|---|
| | DEPARTMENT OF WATER | |
| | NASSAU COUNTY        NEW YORK | |

D&B ENGINEERS AND ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

MOTOR CONTROL CENTERS MCC-PT1 AND
MCC-PT2 - ELEVATIONS AND SCHEDULES

ELECTRICAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: N.T.S.
DRAWING NO.: E12

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

PROJECT ENGINEER: SL    DRAWN BY: MC
DESIGNED BY: MN    CHECKED BY: WDM

NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

2. REFER TO SPECIFICATION SECTION 18600 FOR SCADA SYSTEM MODIFICATIONS.



## RISER DIAGRAM: SCADA SYSTEM — DEMOLITION
N.T.S.



## RISER DIAGRAM: SCADA SYSTEM — NEW WORK
N.T.S.



| | |
|---|---|
| UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW. | **D&B ENGINEERS AND ARCHITECTS, P.C.** Known as DVIRKA AND BARTILUCCI Consulting Engineers |

PROJECT ENGINEER: **SL**
DRAWN BY: **MC**
DESIGNED BY: **MN**
CHECKED BY: **WDM**

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                    NEW YORK
**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**SCADA SYSTEM RISER DIAGRAMS -**
**DEMOLITION AND NEW WORK**

ELECTRICAL

PROJECT NO: **3402**
DATE: **FEBRUARY 2015**
SCALE: **N.T.S.**

DRAWING NO: **E13**

NO. | DATE | REVISION | INT.

NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.



RISER DIAGRAM: CHEMICAL SAFETY SYSTEM — DEMOLITION
N.T.S.

NOTE:

1. CONNECT pH ANALYZER, LIME PUMPS AND SOLENOID VALVES
ASSOCIATED WITH LIME PUMPS TO THE NEW CHEMICAL
SAFETY PANEL FOR THE BOOSTER PUMPS.

RISER DIAGRAM: CHEMICAL SAFETY SYSTEM — NEW WORK
N.T.S.



UNAUTHORIZED ALTERATION OR
ADDITION TO THIS DOCUMENT IS A
VIOLATION OF SECTION 7209 OF THE
NEW YORK STATE EDUCATION LAW.

PROJECT DESIGNED BY: SL    DRAWN BY: MC
DESIGNED BY: MN    CHECKED BY: WDM

D&B ENGINEERS
AND
ARCHITECTS, P.C.
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
NASSAU COUNTY                    NEW YORK
LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

CHEMICAL SAFETY SYSTEM RISER DIAGRAMS -
DEMOLITION AND NEW WORK

ELECTRICAL

PROJECT NO.: 3402
DRAWING NO.: E14
DATE: FEBRUARY 2015
SCALE: N.T.S.

NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.





**WIRING DIAGRAM NO. 1**
ELECTRIC UNIT HEATERS



**WIRING DIAGRAM NO. 2**
FOR EXHAUST FANS SE-1, SE-2
IN PACKED TOWER BUILDING

NOTE:
1. CONTROL CIRCUIT SHALL BE IN FAN MOTOR STARTER
ENCLOSURE. (TYP. FOR EACH FAN).



**WIRING DIAGRAM NO. 3**
GAS UNIT HEATERS



| | | | | | |
|---|---|---|---|---|---|
| | | | UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW. | | |

PROJECT ENGINEER: SL | DRAWN BY: MC
DESIGNED BY: MN | CHECKED BY: WDM

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                    NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**WIRING DIAGRAMS**

ELECTRICAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: N.T.S.

DRAWING NO. **E15**

NO. | DATE | REVISION | INT.

## CONDUIT AND CABLE SCHEDULE

| CONDUIT NUMBER | SIZE | CABLE | FROM | TO | REMARKS |
|---|---|---|---|---|---|
| S1 | 3-4" | 3 SETS OF 4-500KCMIL | PSEG PADMOUNT TRANSFORMER | MAIN INCOMING SWITCHGEAR | 480/277V SERVICE |
| F1 | 4" | 3-500KCMIL, #2G | MAIN INCOMING SWITCHGEAR | EXISTING MOTOR CONTROL CENTER, WELL BLDG | |
| F2 | 2-4" | 2 SETS 3-600KCMIL, 1/0G | MAIN INCOMING SWITCHGEAR | EXISTING MOTOR CONTROL CENTER MCC-PT1 | FEEDER TO PACKED TOWER BLDG |
| P1 | 1.5" | 3#1, #6G | WELL PUMP 7A | EXISTING MOTOR CONTROL CENTER, WELL BLDG | TO WELL PUMP MOTOR STARTER |
| P2 | 1.5" | 3#1, #6G | WELL PUMP 8A | EXISTING MOTOR CONTROL CENTER, WELL BLDG | TO WELL PUMP MOTOR STARTER |
| P3 | 3/4" | 3#12, #12G | ELECTRIC UNIT HEATER, PHOSPHATE ROOM | EXISTING MOTOR CONTROL CENTER, WELL BLDG | |
| P4 | 3/4" | 3#12, #12G | ELECTRIC UNIT HEATER, LIME ROOM | EXISTING MOTOR CONTROL CENTER, WELL BLDG | |
| P10 | 2" | 3-3/0, #6G | BOOSTER PUMP NO. 1 | MOTOR CONTROL CENTER MCC-PT1 | |
| P11 | 2-4" | 2 SETS 3-600KCMIL, 1/0G | MOTOR CONTROL CENTER MCC-PT1 | MOTOR CONTROL CENTER MCC-PT1, BOOSTER 2 | BETWEEN MCC SECTIONS |
| P12 | 2" | 3-3/0, #6G | BOOSTER PUMP NO. 2 | MOTOR CONTROL CENTER MCC-PT1 | |
| P13 | 4" | 3-350KCMIL, #4G | MOTOR CONTROL CENTER MCC-PT1 | MOTOR CONTROL CENTER MCC-PT1 | |
| P14 | 2" | 3#1, #6G, 2#12 | BLOWER NO. 1 | MOTOR CONTROL CENTER MCC-PT2 | DISC. SWITCH AUXILIARY CONTACTS |
| P15 | 2" | 3#1, #6G, 2#12 | BLOWER NO. 2 | MOTOR CONTROL CENTER MCC-PT2 | DISC. SWITCH AUXILIARY CONTACTS |
| P16 | 2" | 3#6, #10G | TRANSFER PUMP NO. 1 | MOTOR CONTROL CENTER MCC-PT2 | |
| P17 | 2" | 3#6, #10G | TRANSFER PUMP NO. 2 | MOTOR CONTROL CENTER MCC-PT2 | |
| C10 | 3/4" | 2#12, #12G | SOLENOID VALVE, WELL 7A PHOSPHATE PUMP | CHEM. SAFETY CONTROL PANEL, WELLS 7A/8A | |
| C11 | 3/4" | 2#12, #12G | PHOSPHATE PUMP, WELL 7A | CHEM. SAFETY CONTROL PANEL, WELLS 7A/8A | |
| C12 | 3/4" | 2#12, #12G | SOLENOID VALVE, WELL 7A CHLORINE PUMP | CHEM. SAFETY CONTROL PANEL, WELLS 7A/8A | |
| C13 | 3/4" | 2#12, #12G | SOLENOID VALVE, WELL 8A CHLORINE PUMP | CHEM. SAFETY CONTROL PANEL, WELLS 7A/8A | |
| C14 | 3/4" | 2#14 | LIMIT SWITCH, WELL 7A DISCHARGE VALVE | CHEM. SAFETY CONTROL PANEL, WELLS 7A/8A | |
| C15 | 3/4" | 2#14 | LIMIT SWITCH, WELL 8A DISCHARGE VALVE | CHEM. SAFETY CONTROL PANEL, WELLS 7A/8A | |
| C16 | 1" | 24#14 | CHEM. SAFETY CONTROL PANEL, WELLS 7A/8A | SCADA RTU | |
| C20 | 3/4" | 2#12, #12G | SOLENOID VALVE, WELL 7A LIME PUMP | CHEM. SAFETY CONTROL PANEL, BOOSTER PUMPS | |
| C21 | 3/4" | 2#12, #12G | LIME PUMP, WELL 7A | CHEM. SAFETY CONTROL PANEL, BOOSTER PUMPS | |
| C22 | 3/4" | 2#12, #12G | SOLENOID VALVE, WELL 8A LIME PUMP | CHEM. SAFETY CONTROL PANEL, BOOSTER PUMPS | |
| C23 | 3/4" | 2#12, #12G | LIME PUMP, WELL 8A | CHEM. SAFETY CONTROL PANEL, BOOSTER PUMPS | |
| C24 | 3/4" | 3#14 | FLOW SWITCH, BOOSTER PUMP NO. 1 DISCH | JUNCTION BOX, PACKED TOWER BLDG | |
| C25 | 3/4" | 2#14 | LIMIT SWITCH, BOOSTER PUMP NO. 1 DISCH | JUNCTION BOX, PACKED TOWER BLDG | |
| C26 | 3/4" | 2#14 | BOOSTER PUMP NO. 1 VFD/RVSS (MCC-PT1) | JUNCTION BOX, PACKED TOWER BLDG | |
| C27 | 3/4" | 3#14 | FLOW SWITCH, BOOSTER PUMP NO. 2 DISCH | JUNCTION BOX, PACKED TOWER BLDG | |
| C28 | 3/4" | 2#14 | LIMIT SWITCH, BOOSTER PUMP NO. 2 DISCH | JUNCTION BOX, PACKED TOWER BLDG | |
| C29 | 3/4" | 2#14 | BOOSTER PUMP NO. 2 VFD/RVSS (MCC-PT1) | JUNCTION BOX, PACKED TOWER BLDG | |
| C30 | 2" | 20#14 | JUNCTION BOX, PACKED TOWER BLDG | CHEM. SAFETY CONTROL PANEL, BOOSTER PUMPS | |
| C31 | 3/4" | 2#14 | FLOW SWITCH, BOOSTER PUMP NO. 1 VENTURI | CHEM. SAFETY CONTROL PANEL, BOOSTER PUMPS | |
| C32 | 3/4" | 3#14 | pH ANALYZER, BOOSTER PUMP NO. 2 VENTURI | CHEM. SAFETY CONTROL PANEL, BOOSTER PUMPS | |
| C33 | 3/4" | 24#14 | CHEM. SAFETY CONTROL PANEL, BOOSTER PUMPS | SCADA RTU | |
| C34 | 3/4" | 3#14 | pH ANALYZER | CHEM. SAFETY CONTROL PANEL, BOOSTER PUMPS | |
| C35 | 3/4" | 2#12, #12G | PRELUBE SOLENOID VALVE, WELL 8A | WELL 8A MOTOR STARTER, MCC IN WELL BLDG | |
| C36 | 3/4" | 2#12, #12G | PRELUBE SOLENOID VALVE, WELL 7A | WELL 7A MOTOR STARTER, MCC IN WELL BLDG | |
| C37 | 3/4" | 2#12, #12G, 8#14 | REMOTE PANEL, FOR BLOWOFF VALVE, WELL 7A | WELL 7A BLOWOFF VALVE CONTROL, PANEL | |
| C37A | 3/4" | 2#12, #12G, 8#14 | BLOWOFF VALVE, WELL 7A | REMOTE PANEL FOR BLOWOFF VALVE, WELL 7A | |
| C37B | 3/4" | 4#14 | LIMIT SWITCHES, WELL 7A DISCHARGE VALVE | WELL 7A BLOWOFF VALVE CONTROL, PANEL | |
| C38 | 3/4" | 2#12, #12G, 8#14 | REMOTE PANEL FOR BLOWOFF VALVE, WELL 8A | WELL 8A BLOWOFF VALVE CONTROL, PANEL | |
| C38A | 3/4" | 2#12, #12G, 8#14 | BLOWOFF VALVE, WELL 8A | REMOTE PANEL, FOR BLOWOFF VALVE, WELL 8A | |
| C38B | 3/4" | 4#14 | LIMIT SWITCHES, WELL 8A DISCHARGE VALVE | WELL 8A BLOWOFF VALVE CONTROL, PANEL | |
| C40 | 2" | 28#14 | JUNCTION BOX, WELL BUILDING | PACKED TOWER AERATION SYSTEM CTL PANEL | |
| C40A | 3/4" | 16#14 | MOTOR CONTROL CENTER, WELL BUILDING | JUNCTION BOX, WELL BUILDING | TO WELL PUMP MOTOR STARTERS |
| C40B | 3/4" | 16#14 | WELL 7A BLOWOFF VALVE CONTROL PANEL | JUNCTION BOX, WELL BUILDING | TO WELL STARTER, PACKED TWR PNL |
| C40C | 3/4" | 16#14 | WELL 8A BLOWOFF VALVE CONTROL PANEL | JUNCTION BOX, WELL BUILDING | TO WELL STARTER, PACKED TWR PNL |
| C50 | 2" | — | WELL BUILDING | PACKED TOWER BUILDING | SPARE CONDUIT |
| C51 | 2" | — | WELL BUILDING | PACKED TOWER BUILDING | SPARE CONDUIT |
| C60 | 1" | 16#14 | MOTOR CONTROL CENTER MCC-PT1 | PACKED TOWER AERATION SYSTEM CONTROL PNL | BLOWER, TRANS PUMP VFDS/RVSSs |
| C61 | 1.5" | 32#14 | MOTOR CONTROL CENTER MCC-PT2 | PACKED TOWER AERATION SYSTEM CONTROL PNL | BLOWER, TRANS PUMP VFDS/RVSSs |
| C62 | 3/4" | 4#14 | KEY SWITCH, PACKED TOWER BUILDING | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| C63 | 3/4" | 2#14 | DOOR SWITCHES, PACKED TOWER BUILDING | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| C70 | 3/4" | 5#14 | FLOW SWITCH, BLOWER NO. 1 DISCHARGE | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| C71 | 3/4" | 2#14 | PRESSURE SWITCH, BLOWER NO. 2 DISCH | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| C72 | 3/4" | 5#14 | FLOW SWITCH, BLOWER NO. 1 DISCHARGE | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| C73 | 3/4" | 2#14 | PRESSURE SWITCH, BLOWER NO. 1 DISCH | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| C74 | 3/4" | 10#14 | JUNCTION BOX FOR FLOAT SWITCH CABLES | PACKED TOWER AERATION SYSTEM CONTROL PNL | CLEARWELL NO. 2 |
| C75 | 3/4" | 10#14 | JUNCTION BOX FOR FLOAT SWITCH CABLES | PACKED TOWER AERATION SYSTEM CONTROL PNL | CLEARWELL NO. 1 |
| C76 | 3/4" | 3#14 | FLOW SWITCH, BLOWER NO. 2 SUCTION | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| C77 | 3/4" | 3#14 | FLOW SWITCH, BLOWER NO. 1 SUCTION | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| C78 | 3/4" | 2#14 | PRESSURE SW, BOOSTER PUMP NO. 2 DISCH | MOTOR CONTROL CENTER MCC-PT1 | TO BOOSTER NO. 2 VFD/RVSS |
| C79 | 3/4" | 2#14 | PRESSURE SW, BOOSTER PUMP NO. 1 DISCH | MOTOR CONTROL CENTER MCC-PT1 | TO BOOSTER NO. 1 VFD/RVSS |
| C90 | 3/4" | 6#14 | MAIN INCOMING SWITCHGEAR | SCADA RTU | |
| C91 | 3/4" | 4#14 | MOTOR CONTROL CENTER, WELL BUILDING | SCADA RTU | |
| C92 | 3/4" | 4#14 | KEY SWITCH, WELL BUILDING | SCADA RTU | |
| C93 | 3/4" | 2#14 | DOOR SWITCHES, WELL BUILDING | SCADA RTU | |
| I1 | 3/4" | 1-2/C#16 SHIELDED | FLOW INDICATING TRANSMITTER, WELL 7A | SCADA RTU, WELL BUILDING | |
| I2 | 3/4" | 1-2/C#16 SHIELDED | FLOW INDICATING TRANSMITTER, WELL 8A | SCADA RTU, WELL BUILDING | |
| I3 | 3/4" | 1-2/C#16 SHIELDED | pH ANALYZER | SCADA RTU, WELL BUILDING | |
| I4 | | NOT USED | | | |
| I5 | | NOT USED | | | |
| I6 | 3/4" | 1-2/C#16 SHIELDED | CHLORINE ANALYZER | SCADA RTU, WELL BUILDING | |
| I7 | | NOT USED | | | |
| I8 | 2" | 5-2/C#16 SHIELDED | SCADA RTU, WELL BUILDING | MOTOR CONTROL CENTER, WELL BUILDING | |
| I8A | 2" | 5-2/C#16 SHIELDED | SCADA RTU, WELL BUILDING | MAIN INCOMING SWITCHGEAR, WELL BUILDING | |
| I9 | 3/4" | 1-10/C#22 SHIELDED | CARD READER, WELL BUILDING | SCADA RTU, WELL BUILDING | |
| I10 | 3/4" | 1-10/C#22 SHIELDED | CARD READER, PACKED TOWER BUILDING | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| I11 | 2" | 5-2/C#16 SHIELDED | PACKED TOWER AERATION SYS CTL PNL | MOTOR CONTROL CENTER, MCC-PT1 | |
| I12 | 2" | 5-2/C#16 SHIELDED | PACKED TOWER AERATION SYS CTL PNL | MOTOR CONTROL CENTER, MCC-PT2 | |
| I13 | 3/4" | 1-2/C#16 SHIELDED | JUNCTION BOX FOR PRESSURE XDUCER CABLE | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| I13A | 3/4" | 1-2/C#16 SHIELDED | JUNCTION BOX FOR PRESSURE XDUCER CABLE | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| I14 | 3/4" | 1-2/C#16 SHIELDED | FLOW INDICATING TRANSMITTER, BLOWER 2 | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| I15 | 3/4" | 1-2/C#16 SHIELDED | FLOW INDICATING TRANSMITTER, BLOWER 1 | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| I16 | 3/4" | 1-2/C#16 SHIELDED | FLOW INDICATING TRANSMITTER, BOOSTERS | PACKED TOWER AERATION SYSTEM CONTROL PNL | |
| FO1 | 3/4" | 4 FIBER | SCADA RTU, WELL BUILDING | SCADA RTU, PACKED TOWER AER SYST CTR PNL | |

## UTILITY PANEL – UPT

| CKT NO. | DEVICE POLE | DEVICE TRIP | LOAD DESIGNATION | LOAD H.P. | LOAD KVA | BRANCH CIRCUIT |
|---|---|---|---|---|---|---|
| 1 | 1 | 30 | AERATION SYSTEM CONTROL PANEL | | | 2#10, #10-¾"C |
| 3 | 1 | 20 | EXHAUST FAN SE-1 | | | 2#12, #12-¾"C |
| 5 | 1 | 20 | EXHAUST FAN SE-2 | | | 2#12, #12-¾"C |
| 7 | 1 | 20 | PACKED TOWER ROOM LIGHTS | | | 2#12, #12-¾"C |
| 9 | 1 | 20 | PACKED TOWER RM EMERG LIGHTS | | | 2#12, #12-¾"C |
| 11 | 1 | 20 | PACKED TOWER RECEPTACLES | | | 2#12, #12-¾"C |
| 13 | 1 | 20 | PACKED TOWER ROOM RECEPTACLES | | | 2#12, #12-¾"C |
| 15 | 1 | 20 | GFI RECEPTACLES | | | 2#12, #12-¾"C |
| 17 | 1 | 20 | GFI RECEPTACLE | | | 2#12, #12-¾"C |
| 19 | 1 | 20 | SUMP PUMP | 1/3 | | 2#12, #12-¾"C |
| 21 | 1 | 20 | PACKED TOWER ROOM HEATERS | | | 2#10, #10-¾"C |
| 23 | – | – | SPACE | | | |
| 25 | – | – | SPACE | | | |
| 27 | – | – | SPACE | | | |
| 29 | – | – | SPACE | | | |
| 31 | | | | | | |
| 33 | | | | | | |
| 35 | | | | | | |
| 37 | | | | | | |
| 39 | | | | | | |
| 41 | | | | | | |
| 2 | 1 | 20 | PUMP RM FLOW INDICATING TRANSM. | | | 2#12, #12-¾"C |
| 4 | 1 | 20 | EXHAUST FAN SE-3 | | | 2#12, #12-¾"C |
| 6 | 1 | 20 | PUMP ROOM LIGHTS | | | 2#12, #12-¾"C |
| 8 | 1 | 20 | PUMP RM EMERG AND EXIT LIGHTS | | | 2#12, #12-¾"C |
| 10 | 1 | 20 | PUMP ROOM RECEPTACLES | | | 2#12, #12-¾"C |
| 12 | 1 | 20 | PACKED TOWER ROOM RECEPTACLES | | | 2#12, #12-¾"C |
| 14 | 1 | 20 | GFI RECEPTACLES | | | 2#12, #12-¾"C |
| 16 | 1 | 20 | OUTSIDE LIGHTS | | | 2#12, #12-¾"C |
| 18 | 1 | 20 | PUMP ROOM HEATERS | | | 2#10, #10-¾"C |
| 20 | – | – | SPACE | | | |
| 22 | – | – | SPACE | | | |
| 24 | – | – | SPACE | | | |
| 26 | – | – | SPACE | | | |
| 28 | – | – | SPACE | | | |
| 30 | – | – | SPACE | | | |
| 32 | | | | | | |
| 34 | | | | | | |
| 36 | | | | | | |
| 38 | | | | | | |
| 40 | | | | | | |

| MAIN BUSS: 100A | TYPE: BOLT-ON | MOUNTING: IN MCC |
|---|---|---|
| MAIN: 60 CB | VOLTS: 120/208V | AIC(SYM): 10,000 |
| FEEDER: IN MCC | PHASE: 3PH 4W+GND | EST. CONN KVA: – |

NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.

UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

**D&B ENGINEERS AND ARCHITECTS, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

PROJECT ENGINEER: BL
DRAWN BY: MC
DESIGNED BY: MN
CHECKED BY: WDM

**TOWN OF HEMPSTEAD
DEPARTMENT OF WATER**
NASSAU COUNTY · NEW YORK
LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
FOR WELLS 7A & 8A

**CONDUIT AND CABLE SCHEDULE
AND PANELBOARD SCHEDULE**
ELECTRICAL

PROJECT NO.: 3402
DATE: FEBRUARY 2015
SCALE: N.T.S.
DRAWING NO.: **E16**

NOTES:

1. REFER TO DRAWING G1 FOR SYMBOLS AND ABBREVIATIONS.



**EQUIPMENT PAD ON EXISTING FLOOR DETAIL**
N.T.S.



**TYPICAL CONDUIT PENETRATION THRU EXISTING WALL**
(USE FOR ALL EXISTING WALL PENETRATIONS)
N.T.S.

NOTES:

1. MODULAR SEAL STRIP SHALL BE PLACED SO THAT BOLTS CAN BE ADJUSTED DURING NORMAL OPERATION.

2. WALLS 12" OR LARGER IN THICKNESS SHALL REQUIRE 2 MODULAR SEAL STRIPS.



**TYPICAL CONDUIT PENETRATION THRU NEW WALL**
(USE FOR ALL NEW WALL PENETRATIONS)
N.T.S.

NOTES:

1. MODULAR SEAL STRIP SHALL BE PLACED SO THAT BOLTS CAN BE ADJUSTED DURING NORMAL OPERATION.

2. WALLS 12" OR LARGER IN THICKNESS SHALL REQUIRE 2 MODULAR SEAL STRIPS.



**TYPICAL UNDERGROUND CONDUIT TRENCH DETAIL**
N.T.S.
(USE FOR ALL UNDERGROUND CONDUITS)



**TYPICAL CONDUIT PENETRATION THRU EXISTING FLOOR**
(USE FOR ALL EXISTING FLOOR PENETRATIONS)
N.T.S.

NOTES:

1. MODULAR SEAL STRIP SHALL BE PLACED SO THAT BOLTS CAN BE ADJUSTED DURING NORMAL OPERATION.

2. FLOORS 12" OR LARGER IN THICKNESS SHALL REQUIRE 2 MODULAR SEAL STRIPS.



**TYPICAL CONDUIT PENETRATION THRU NEW FLOOR**
(USE FOR ALL NEW FLOOR PENETRATIONS)
N.T.S.

NOTES:

1. MODULAR SEAL STRIP SHALL BE PLACED SO THAT BOLTS CAN BE ADJUSTED DURING NORMAL OPERATION.

2. FLOORS 12" OR LARGER IN THICKNESS SHALL REQUIRE 2 MODULAR SEAL STRIPS.

---



UNAUTHORIZED ALTERATION OR ADDITION TO THIS DOCUMENT IS A VIOLATION OF SECTION 7209 OF THE NEW YORK STATE EDUCATION LAW.

| PROJECT ENGINEER: | DRAWN BY: |
|---|---|
| SL | MC |
| DESIGNED BY: | CHECKED BY: |
| MN | WDM |

**D&B Engineers AND Architects, P.C.**
KNOWN AS DVIRKA AND BARTILUCCI CONSULTING ENGINEERS

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
NASSAU COUNTY                    NEW YORK

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**FOR WELLS 7A & 8A**

**DETAILS**

ELECTRICAL

PROJECT NO.: **3402**

DATE: **FEBRUARY 2015**

SCALE: **N.T.S.**

DRAWING NO.: **E17**

| NO. | DATE | REVISION | INT. |
|---|---|---|---|

DVIRKA AND BARTILUCCI ENGINEERS & ARCHITECTS



# Town of Hempstead Department of Water
## Nassau County, New York

Notice and Instruction to Bidders, General Conditions, Wage Rates, Special Conditional Specifications, Proposal, Town Forms, Supplementary Conditions and Technical Specifications

# Levittown Water District
# Construction of Packed Tower Aeration System at Wells 7A and 8A

**PW No. PW 18-15 - General Construction**
**PW No. PW 20-15 - Electrical Construction**
**PW No. PW 19-15 - Plumbing Construction**



D&B ENGINEERS AND ARCHITECTS, P.C.

50 YEARS est. 1965

FEBRUARY 2015

**TOWN OF HEMPSTEAD**

**DEPARTMENT OF WATER**

**NASSAU COUNTY, NEW YORK**

**NOTICE AND INSTRUCTIONS TO BIDDERS, GENERAL CONDITIONS,
WAGE RATES, SPECIAL CONDITIONAL SPECIFICATIONS,
PROPOSAL, TOWN FORMS, SUPPLEMENTARY CONDITIONS
AND TECHNICAL SPECIFICATIONS**

**FOR**

**LEVITTOWN WATER DISTRICT
CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
AT WELLS 7A AND 8A**

**GENERAL CONSTRUCTION CONTRACT NO. PW 18-15
ELECTRICAL CONSTRUCTION CONTRACT NO. PW 20-15
PLUMBING CONSTRUCTION CONTRACT NO. PW 19-15**

*Prepared by:*

**D&B ENGINEERS AND ARCHITECTS, P.C.**

**WOODBURY, NEW YORK**

**FEBRUARY 2015**

♦3402-B1\KK08191420(R02)

NO TEXT ON THIS PAGE

## TECHNICAL SPECIFICATIONS

## TABLE OF CONTENTS

Section | Title
--- | ---

1    NOTICE AND INSTRUCTIONS TO BIDDER

2    GENERAL CONDITIONS

3    WAGE RATES

4    SPECIAL CONDITIONAL SPECIFICATIONS

5    PROPOSAL

6    TOWN FORMS

7    SUPPLEMENTARY CONDITIONS

**TECHNICAL SPECIFICATIONS**

DIVISION 1 - SPECIAL CONDITIONS

01010    SUMMARY OF WORK
01020    ALLOWANCES
01050    FIELD ENGINEERING
01072    REFERENCE STANDARDS
01300    ADDITIONAL SUBMITTALS, SCHEDULES, ETC.
01320    CONTRACTOR COST FOR ENGINEERING SERVICES
01342    SHOP DRAWINGS, PRODUCT DATA AND SAMPLES
01500    TEMPORARY FACILITIES AND CONTROLS
01510    PREPARATORY AND CORRECTIVE WORK
01518    TEMPORARY FIRE PROTECTION
01560    ENVIRONMENTAL CONTROLS
01610    TRANSPORTATION AND HANDLING OF MATERIALS AND EQUIPMENT
01710    CLEANING
01720    PROJECT RECORD DOCUMENTS
01730    SUPPLEMENTARY MECHANICAL AND ELECTRICAL REQUIREMENTS
01760    PROJECT CLOSEOUT
01800    MISCELLANEOUS PROVISIONS

DIVISION 2 - SITEWORK

02050    DEMOLITION AND REMOVALS
02100    CLEARING AND GRUBBING

**TABLE OF CONTENTS** (continued)

## DIVISION 2 - SITEWORK (continued)

| | |
|---|---|
| 02200 | EARTHWORK |
| 02429 | DRAINAGE STRUCTURES |
| 02430 | DRAINAGE PIPING |
| 02447 | FENCING |
| 02485 | GRASS RESTORATION |
| 02487 | PLANTING |
| 02500 | PAVEMENTS |
| 02537 | REMOVAL OF EXISTING CHEMICAL STORAGE TANKS |
| 02550 | STRIPING |
| 02667 | TESTING OF HYDRAULIC STRUCTURES |

## DIVISION 3 - CONCRETE

| | |
|---|---|
| 03200 | REINFORCING STEEL |
| 03251 | CONSTRUCTION JOINTS |
| 03300 | CAST-IN-PLACE CONCRETE |
| 03310 | CONCRETE CLEARWELL REPAIRS |

## DIVISION 4 - MASONRY

| | |
|---|---|
| 04100 | MORTAR |
| 04201 | UNIT MASONRY CONSTRUCTION |
| 04300 | STRUCTURAL BRICK MASONRY UNITS |

## DIVISION 5 - METALS

| | |
|---|---|
| 05120 | STRUCTURAL STEEL |
| 05503 | ANCHOR BOLTS, EXPANSION ANCHORS AND CONCRETE INSERTS |
| 05504 | MISCELLANEOUS METAL FABRICATIONS |
| 05523 | ALUMINUM HANDRAILS AND RAILINGS |
| 05532 | ALUMINUM GRATING |
| 05534 | ALUMINUM FLOOR ACCESS HATCHES |
| 05540 | CASTINGS |

## DIVISION 6 - WOOD AND PLASTIC

| | |
|---|---|
| 06100 | ROUGH CARPENTRY |
| 06200 | STRUCTURAL GLUED LAMINATED TIMBER |
| 06611 | FIBERGLASS REINFORCED PLASTIC GRATING |

**TABLE OF CONTENTS** (continued)

DIVISION 7 - THERMAL AND MOISTURE PROTECTION

| | |
|---|---|
| 07112 | BITUMINOUS DAMPPROOFING |
| 07210 | INSULATION |
| 07220 | SPRAYED INSULATION |
| 07461 | FIBER CEMENT SIDING |
| 07600 | FLASHING, GUTTERS AND TRIM |
| 07610 | PREFORMED METAL ROOFING |
| 07720 | ROOF ACCESSORIES |
| 07920 | CAULKING AND SEALANTS |

DIVISION 8 – DOORS AND WINDOWS

| | |
|---|---|
| 08100 | STEEL DOORS AND FRAMES |
| 08360 | ROLL-UP DOORS |
| 08710 | FINISH HARDWARE |
| 08800 | GLAZING |

DIVISION 9 - FINISHES

| | |
|---|---|
| 09900 | PAINTING |

DIVISION 15 - MECHANICAL

| | |
|---|---|
| 15310 | HAND-OPERATED HOISTS |
| 15855 | VENTILATION EQUIPMENT |
| 15860 | LOUVERS |

DIVISION 16 – ELECTRICAL

| | |
|---|---|
| 16100 | GENERAL PROVISIONS |
| 16101 | ELECTRICAL SERVICE |
| 16111 | CONDUIT |
| 16116 | EXPANSION FITTINGS |
| 16118 | FLEXIBLE CONDUITS |
| 16122 | 600-VOLT CABLE |
| 16123 | INSTRUMENTATION CABLE |
| 16126 | FIBER OPTIC CABLE |
| 16131 | PULL AND JUNCTION BOXES |
| 16134 | OUTLET BOXES |
| 16140 | SWITCHES |
| 16141 | RECEPTACLES |
| 16155 | MOTOR STARTERS |
| 16160 | LIGHTING AND DISTRIBUTION PANELBOARDS |
| 16170 | DISCONNECT SWITCHES |

**TABLE OF CONTENTS** (continued)

DIVISION 16 – ELECTRICAL (CONTINUED)

16292     POWER DISTRIBUTION SYSTEM STUDIES
16321     DRY TYPE TRANSFORMERS
16402     UNDERGROUND DUCT BANKS
16404     MANHOLES AND HANDHOLES
16426     MAIN INCOMING SWITCHGEAR
16450     GROUNDING SYSTEM
16510     LIGHTING FIXTURES
16670     LIGHTNING PROTECTION SYSTEM
16770     ELECTRIC HEATERS
16920     MOTOR CONTROL CENTER AND VARIABLE FREQUENCY DRIVES
16925     CONTROL STATIONS

DIVISION 18 – PLUMBING

18001     GENERAL PROVISIONS
18002     NATURAL GAS SERVICE
18051     BURIED PIPING INSTALLATION
18052     EXPOSED PIPING INSTALLATION
18053     DUCTILE IRON PIPE, FITTINGS AND SPECIALS
18061     STEEL PIPE
18064     THERMOPLASTIC PIPE
18068     SMALL DIAMETER PIPING, VALVES AND SPECIALS
18094     PIPE HANGERS AND SUPPORTS
18096     WALL PIPES, FLOOR PIPES AND PIPE SLEEVES
18099     LARGE DIAMETER VALVES, SPECIALS AND APPURTENANCES
18175     DISINFECTION
18180     MISCELLANEOUS APPURTENANCES
18250     PIPE INSULATION
18284     PHOSPHATE STORAGE AND FEED SYSTEMS
18300     PACKED TOWER AERATION SYSTEM
18320     CENTRIFUGAL BLOWER
18330     DUCTWORK
18340     VERTICAL TURBINE BOOSTER PUMP AND MOTOR
18350     VERTICAL TURBINE TRANSFER PUMP AND MOTOR
18360     VERTICAL TURBINE DEEP WELL PUMP AND MOTOR
18380     PACKED TOWER AERATION SYSTEM CONTROL PANEL
18400     WATER TREATMENT CHEMICAL SAFETY CONTROL SYSTEM
18420     SCADA SYSTEM ADDITIONS AND UPGRADES
18440     WELL BLOWOFF VALVE CONTROL PANELS
18460     DISINFECTION OF HYDRAULIC STRUCTURES
18500     GAS FIRED UNIT HEATERS AND APPURTENANCES
18600     VAPOR PHASE GRANULAR ACTIVATED CARBON OFF-GAS
          TREATMENT SYSTEM

## TABLE OF CONTENTS (continued)

APPENDIX I - PIPING SCHEDULE
APPENDIX II - SOIL BORING LOG
APPENDIX III - WELL LOG AND PUMP DATA

NO TEXT ON THIS PAGE

## INDEX OF SECTIONS

**Section No.**

NOTICE AND INSTRUCTIONS TO BIDDERS ...................................................................1

GENERAL CONDITIONS ....................................................................................................2

WAGE RATES........................................................................................................................3

SPECIAL CONDITIONAL SPECIFICATIONS ...................................................................4

PROPOSAL ............................................................................................................................5

TOWN FORMS ......................................................................................................................6

SUPPLEMENTARY CONDITIONS .....................................................................................7

TECHNICAL SPECIFICATIONS ........................................................................................8

NO TEXT ON THIS PAGE

SECTION 1

## NOTICE AND INSTRUCTIONS TO BIDDERS

A       NOTICE TO BIDDERS (ADVERTISEMENT)

          Project, Time and Place
A-1      Fee
A-2      Bid Security
A-3      Location of Documents
A-4      Right To Reject Bids
A-5      Federal Equal Opportunity and Labor Standards

BI      INSTRUCTIONS TO BIDDERS
BI-6      Project Identification
BI-7      Bid Documents
BI-8      Form
BI-9      Delivery of Proposal
BI-10    Bid Security (For Bid Bond See TF-4)
BI-11    Fee for Bid Documents
BI-12    Qualifications of Bidders
BI-13    Examination of Bid Documents and Familiarity of Site
BI-14    Interpretation of Documents
BI-15    Addendum
BI-16    Modifications
BI-17    Corrections
BI-18    Withdrawal
BI-19    Contractor's Work Capability
BI-20    Multiple Proposals
BI-21    Collusive Agreement
BI-22    Performance Bond and Labor and Materials Bond
BI-23    Agreement
BI-24    Guarantee (See TF-10)
BI-25    Right to Reject Bids

NO TEXT ON THIS PAGE

# A - NOTICE TO BIDDERS

Sealed proposals will be received by the Commissioner of General Services, c/o Division of Public Works, Town of Hempstead, Town Hall, Room 222, 350 Front Street, Hempstead, New York, until 11:00 A.M. prevailing time on February 24, 2015, at which time they shall be publicly opened and read aloud and the Contract awarded as soon thereafter as may be practicable for:

---

Levittown Water District
Construction of Packed Tower Aeration System at Wells 7A and 8A
General Construction Contract No. PW 18-15
Electrical Construction Contract No. PW 20-15
Plumbing Construction Contract No. PW 19-15

---

A-1  A fee of $100.00 (check only) payable to the Town of Hempstead will be required of all bidders for a copy of the proposed Contract documents.

A-2  Each proposal must be accompanied by a certified check or bid bond payable to the Town of Hempstead for not less than 5% of the estimated amount of the bid.

A-3  Bid documents may be obtained IN PERSON ONLY at the Office of the Commissioner of General Services, c/o Division of Public Works, Town Hall, Room 211, Hempstead, New York and may be seen at the same office.

A-4  Federal equal opportunity and labor standards are applicable for all work performed under this Contract.

A-5  The Town of Hempstead reserves the right to reject any or all bids.

Dated: _____, 2015 _____
    Hempstead, New York

                                          Kathleen Murray
                                          Supervisor

    Nasrin G. Ahmad                          Stephen D'Esposito
    Town Clerk                                 Commissioner of General Services

NO TEXT ON THIS PAGE

## BI - INSTRUCTION TO BIDDERS

BI-6  Project Identification

These instructions are relative to Town of Hempstead Public Works project.

---

Levittown Water District
Construction of Packed Tower Aeration System at Wells 7A and 8A
General Construction Contract No. PW 18-15
Electrical Construction Contract No. PW 20-15
Plumbing Construction Contract No. PW 19-15

---

## BI-7  BID DOCUMENTS

A. Notice to Bidders – Advertisement (Section 1)
B. Instructions to Bidders(Section 1)
C. General Conditions(Section 2)
D. Special Conditional Specifications (Section 4)
E. Proposal (Section 5 and TF-1)
F. Specifications (Section 8)
G. Drawings
H. Modifications (When Applicable)
I. Addenda (When Applicable)
J. Bidder Acknowledgment (TF-1)
K. Qualifications of Bidder (TF-2)
L. Non-Collusion Affidavit (TF-3)
M. Bid Bond (TF-4)
N. Agreement Form (TF-8)

Failure to comply with any of the following instructions shall constitute cause for which the bid may be rejected.

## BI-8  FORM

Each proposal shall be made on the "Proposal Form" (See Section 5 and TF-1) attached hereto and shall remain attached hereto as one of the bid documents and shall be submitted in a sealed envelope bearing the title of the work and the name of the bidder.  The proposal shall include a sum to cover the cost of all items included in the bid documents and shall be identified by the name of the person, firm or corporation, with the authorized signature thereto.

## BI-9   DELIVERY OF PROPOSALS

Proposals shall be delivered by the time and to the place stipulated in the advertisement. It is the sole responsibility of the bidder to see that his proposal is received in the proper time.

Any proposal received after the scheduled closing time for receipt of proposals shall be returned to the bidder unopened.

## BI-10  BID SECURITY (FOR BID BOND, SEE TF-4)

Each proposal must be accompanied by a certified check or bid bond payable to the Owner for not less than 5% of the amount of the bid.  All such checks, except those of the three lowest bidders will be returned as soon as practicable after bid openings.  Checks of the three lowest bidders will be returned as soon as practicable after signing of the Contract, but the Owner shall not retain them more than forty-five (45) days after opening of bids, except by mutual Agreement.

## BI-11  FEE FOR BID DOCUMENTS

Fees for bid documents will be returnable to non-bidders until 4:00 p.m. of the day before the bid opening, provided plans and specifications have been returned in good condition.  In cases of re-bids on the same project, original bidders will not be charged an extra fee for bid documents.

## BI-12  QUALIFICATIONS OF BIDDERS

Bidder's qualification statement is required.  The form attached hereto (see TF-2) indicates essentially all information required.  Each bidder is responsible for assuring that his current (his Organizational and financial status as of the date of his proposal) qualification statement is on file with the Department of General Services, Town of Hempstead, or he shall provide a current certificate with his proposal, which will become part of the Contract documents.  Certificates received by the Department of General Services with the proposal will be filed as the current certificate of qualification.  If a certificate is on file for less than one year, addenda, thereto will be acceptable for updating such certificate. Certificates that are on file for one year or more shall be declared obsolete and must be renewed.

## BI-13  EXAMINATION OF BID DOCUMENTS AND FAMILIARITY OF SITE

Before submitting a proposal all bidders shall carefully examine the drawings, specifications and other bid documents, shall visit the site of the proposed work and shall become fully informed of conditions and limitations associated with fulfilling the requirements of the Contract.

No plea of ignorance or misunderstanding of conditions that exist or that may hereafter exist, or of conditions or difficulties that may be encountered in the execution of the work under this Contract, as a result of failure to make the necessary examinations and investigations as may be expected of a reasonable prudent bidder, will be accepted as an excuse for any failure or omission on the part of a Contractor to fulfill in every detail all of the requirements of the bid documents, or will be accepted as a basis for any claims whatsoever for extra compensation, or for an extension of time.

## BI-14  INTERPRETATION OF DOCUMENTS

If any prospective bidder is in doubt as to the true meaning of any of the bid documents or finds discrepancies therein or omissions there from, he may submit to the Commissioner of Engineering written request for an interpretation thereof.  The requester is responsible for timely communication.  Any interpretation or correction of the documents will be made only by addendum duly issued and a copy of the addendum will be mailed by certified mail (return receipt) or delivered to each person receiving a set of the bid documents. Neither the Owner, the Commissioner of Engineering nor the Engineer will be responsible for any other explanations or interpretation of these bid documents

## BI-15  ADDENDUM

Any addendum issued during the time of bidding, or forming a part of the bid documents for preparation of proposals, shall be covered in the proposal, and shall be acknowledged in the proposal by entering the title, date and signature of person signing the proposal.

## BI-16  MODIFICATIONS

Proposals shall not contain any recapitulation of the work to be done. Modifications, exceptions or oral proposals will not be considered.

## BI-17  CORRECTIONS

Erasures or other corrections in the bid proposal must be initialed by the person signing the bid proposal.

## BI-18  WITHDRAWAL

Any bidder may withdraw his proposal, either personally or by telegraphic or written request, if such request is received by the Commissioner of General Services at any time prior to one (1) minute before the scheduled closing time for receipt of proposals.  If a Contract is not awarded within forty-five (45) days after opening of the bids, all bidders may withdraw their proposals by written notice.

## BI-19  CONTRACTOR'S WORK CAPABILITY

The bidder, firm or corporation must be capable of performing the work required in the Contract and shall perform a substantial portion thereof with his own resources.

Before executing any subcontract, the successful bidder shall submit the name and qualifications of any proposed subcontractor for prior approval by the Commissioner of Engineering (GC-57).

## BI-20  MULTIPLE PROPOSALS

No person, firm or corporation shall be allowed to make more than one proposal for the same work, unless alternate proposals are called for.  A person, firm or corporation who has submitted a proposal to a bidder, or who has quoted prices on materials to a bidder, is not hereby disqualified from submitting a proposal or quoting prices to other bidders.

## BI-21  COLLUSIVE AGREEMENTS

Each bidder submitting a bid to the Owner for any portion of the work contemplated by the bid documents on which bidding is based shall execute and attach thereto an affidavit substantially in the form herein provided, to the effect that he has not colluded with any other person, firm, or corporation in regard to any bid submitted (see TF-3).

## BI-22  PERFORMANCE BOND & LABOR & MATERIALS BOND

The successful bidder, simultaneously with the execution of the Contract will be required to furnish a faithful performance bond in an amount not less than one hundred percent (100%) of the Contract amount and a labor and materials payment bond (for payment of all persons performing labor or furnishing materials in connection therewith) for not less than one hundred percent (100%) of the Contract amount.  Said bonds to be issued by a Surety Company acceptable to the Owner or securities approved by the Owner and in a form satisfactory to the Owner and covering all points in this agreement, bearing the date herewith and forming part of this Contract (See TF-6 and TF- 7).

All bonds shall be issued by a Surety Company listed in a most recent copy of the Department of the Treasury Federal Register, Circular #570.  Amounts of said bonds shall not exceed limits set by the aforesaid federal register.  (See TF-6 & TF-7).

## BI-23  AGREEMENT

The bidder whose proposal has been accepted will be required to appear at the Office of the Town Attorney with required executed Surety Company bonds and insurance coverage; and execute the Contract within ten (10) days from the date of the service of a notice (see TF-5), delivered to him in person or mailed to the address given in the proposal, that the Contract has been awarded to him.

In case of failure to execute the Contract (including the required bonds and insurance) within the time stated, the bidder shall be deemed to have abandoned the Contract, and the amount of the bid deposit made by the bidder will be forfeited and retained by the Owner as liquidated damages. The agreement form is attached (see TF-8).

## BI-24  GUARANTEE (SEE TF-10)

The successful bidder will be required to guarantee the work for a period of one (1) year from the date of final acceptance, against any and all omissions and defects which may develop or require attention as a result of his performance of the Contract.

## BI-25  RIGHT TO REJECT BIDS

The Town Board reserves the right to reject any and all bids and to waive any informalities in the bids received and to accept the bid most favorable to the interest of the Owner, after all bids have been examined and checked.

NO TEXT ON THIS PAGE

## SECTION 2

## GENERAL CONDITIONS

| | |
|---|---|
| GC- | General Conditions |
| GC-31 | Definitions |
| GC-32 | Materials and Workmanship |
| GC-33 | Inspection and Testing of Materials |
| GC-34 | "Or Equal" Clause |
| GC-35 | Change in Work |
| GC-36 | Claims for Extra Cost |
| GC-37 | Suspension of Work |
| GC-38 | Right of the Owner to Terminate and Liquidate Damages |
| GC-39 | Extension of Time - No Waiver |
| GC-40 | Protection of Work and Property |
| GC-41 | Power of Contractor to Act in an Emergency |
| GC-42 | Engineer Authority |
| GC-43 | Commencement of Work (See TF-9) |
| GC-44 | Surveys and Permits |
| GC-45 | Plans, Specifications and Related Data |
| GC-46 | Use of Premises |
| GC-47 | Security |
| GC-48 | Removal of Debris |
| GC-49 | Partial Completion and Acceptance |
| GC-50 | Certificate of Completion (TF-12) |
| GC-51 | Compensation to Be Paid to Contractor |
| GC-52 | Separate Contracts |
| GC-53 | Mutual Responsibility of Contractors |
| GC-54 | Construction Schedule and Periodic Estimates |
| GC-55 | Payments to Contractors |
| GC-56 | Assignments |
| GC-57 | Subcontractors (Work by Others) |
| GC-58 | Superintendence by Contractor |
| GC-59 | Additional Instructions and Detail Drawings |
| GC-60 | Maintenance Bond |
| GC-61 | Communications |
| GC-62 | Live Utilities |
| GC-63 | Other Prohibited Interests |
| GC-64 | Risk of Loss |
| GC-65 | Laws, Ordinances and Regulations |
| GC-66 | Insurances and Indemnity |
| GC-67 | Labor, Wages and Equal Employment |
| GC-68 | Affirmative Action Clause for the Handicapped |
| GC-69 | Standard Federal Equal Employment Opportunity |

GC-70        Requirements for Affirmative Action to Ensure Equal Employment Opportunity

GC-71        Affirmative Action Clause for Covered Veterans

GC-72        Equal Opportunity Clause for Females and Minorities

GC - General Conditions

## GC-31 DEFINITIONS

    A.  Contract Documents

1. Notice to Bidders (advertisement)
2. Instruction to Bidders
3. General Conditions
4. Special Conditions (when applicable)
5. Specifications
6. Plans (see GC-45)
7. Modifications
8. Addenda
9. Proposal (Section 5 and TF-1)
10. Qualifications of Bidder (TF-2)
11. Non-collusion Affidavit of Prime Bidder (TF-3)
12. Bid Security (for Bid Bond see TF-4)
13. Notice of Award (TF-5)
14. Performance Bond (TF-6)
15. Labor and Material Bond (TF-7)
16. Agreement (TF-8)
17. Notice to Proceed (TF-9)
18. Maintenance Bond (TF-10)
19. Insurance Policies
20. Labor Payment Affidavit (TF-11)
21. Certificate of Completion (TF-12)

    B.  Engineer - is the duly authorized representative of the Owner having direct inspection of the construction work.

    C.  Owner - Town of Hempstead, New York.

        1.  Commissioner of General Services - the Commissioner of General Services, Town of Hempstead.

        2.  Commissioner of Engineering - the Commissioner of Engineering, Town of Hempstead.

    D.  Contractor - is the Contractor named in the Contract Documents.

    E.  Subcontractor - is any person, firm or corporation other than an employee of the Contractor, who contracts with the Contractor or any other Subcontractor to furnish labor or labor and materials at the site of the project or materials worked to a special design or specially fabricated, according to plans and/or specifications.

F.  Proposal - the offer of a bidder to perform the work described by the bid documents when made out and submitted on the prescribed proposal form, properly signed and guaranteed.

G.  Bid Security - is the proposal guarantee.  A certified check or bidder's bond accompanying the proposal submitted by the bidder, as a guarantee that the bidder will enter into a Contract with the Owner for the construction of the work, if the Contract is awarded to him.

H.  Contract - is the agreement covering the performance of the work described in the Contract documents including all supplemental agreements thereto.

I.  Surety - is the person, firm or Corporation who executes the Contractor's bonds.

J.  Specifications - shall mean the legal and procedural documents, general conditions, together with the modifications thereof, the worded details on plans, Specifications and all addenda thereto.

K.  Written Notice - written notice shall be considered as served when delivered in person or sent by registered mail to the individual, firm or corporation at the last business address of such known to him who serves the notice.

1.  Change of Address - it shall be the duty of each party to advise the other parties to the Contract as to any change in his business address until completion of all Contract obligations.

L.  Act of God - means an earthquake, flood, cyclone or other cataclysmic phenomenon of nature.  Rain, wind or other natural phenomenon of normal intensity for the locality shall not be construed as an Act of God.

M.  Work - the term "work" as used herein, refers to work at the site of the project, that is normally done at the locations of the project and includes all plant, labor, materials, supplies, equipment and other Facilities and things necessary or proper for, or incidental to the carrying out and completion of this Contract.

N.  Estimated Amount - the estimated unit quantities as compiled and shown on the proposal sheet are subject to field determination and measure and may either be more or less than the estimated amount.  The amounts to be paid for shall be an amount computed by multiplying the prices bid for each unit by the number of actual units used or installed, as certified by the Engineer.

## GC-32 MATERIALS AND WORKMANSHIP

A.  Materials Furnished by the Contractor - all materials used in the work shall meet the requirements of the respective specifications.  All materials not specifically indicated to be furnished to the Contractor shall be furnished by the Contractor.

B. Storage of Materials - materials shall be so stored as to insure the preservation of their quality and fitness for the work. When considered necessary, they shall be placed on wooden platforms or other hard, clean surfaces and not on the ground. They shall be placed under secure cover at locations approved by the Engineer. Stored materials shall be located so as to facilitate prompt inspection. Said materials and damages resulting therefrom shall at all times be the responsibility of the Contractor. Private property shall not be used for storage purposes without the written permission of said property owner.

C. Character of Workmen - the Contractor shall at all times be responsible for the conduct and discipline of his employees and/or any Subcontractor or person employed by Subcontractors. All workmen must have sufficient knowledge, skill and experience to perform properly the work assigned to them.

D. Rejected Work and Materials - all materials which do not conform to the requirements of the Contract documents, or are not equal to samples approved by the Engineer, or are in any way unsatisfactory or unsuited to the purpose for which they are intended, shall be rejected. Any defective work whether the result of poor workmanship, use of defective materials, damage through carelessness or any other cause shall be removed within ten (10) days after written notice is given by the Engineer and the work shall be re-executed by the Contractor. The fact that the Engineer may have previously overlooked such defective work shall not constitute an acceptance of any part of it. Should the Contractor fail to remove rejected work or materials within ten (10) days after written notice to do so, the Owner may remove them and may store the materials, all at the Contractor's expense.

E. Correction of Work - all work, all materials, whether incorporated in the work or not, all processes of manufacture and all methods of construction shall be at all times and places subject to the inspection and approval of the Engineer. Should they fail to meet the Engineer's approval, they shall be forthwith reconstructed, made good, replaced and/or corrected, as the case may be, by the Contractor at his own expense. The Commissioner of Engineering shall be the final judge of the quality and suitability of the work, materials, processes and methods of construction for the purposes for which they are used. If, in the opinion of the Engineer, it is undesirable to replace any defective or damaged materials or to reconstruct or correct any portion of the work injured or not performed in accordance with the Contract documents, the compensation to be paid to the Contractor hereunder shall be reduced by such amount as in the judgment of the Commissioner of Engineering shall be equitable.

F. Contractor's Performance - the Contractor shall provide and pay for all materials, communications, Engineer's office, fees, labor, tools, permits, equipment, water, light, power, transportation, superintendence, surveying and stakeout, special insurance, utility inspector, flagman conductor, temporary construction of every nature and all other services such as signs, barricades, specialty personnel, security, watchmen and

sanitary facilities and other facilities of every nature whatsoever necessary to execute, complete and deliver the work according to the Contract documents. Any work necessary to be performed after regular working hours, on Sundays, or legal holidays, shall be performed without additional expense to the Owner and with the approval of the Engineer.

G. Cutting and Patching - the Contractor shall do all necessary cutting and patching of the work that may be required to properly receive the work of the various trades or as required by the plans and specifications to complete the structure. He shall restore all such cut or patched work as directed by the Engineer.

H. Cleaning Up - the Contractor shall remove from the Owner's property, and from all public and private property, all temporary structures, rubbish, waste materials resulting from his operation or caused by his employees and shall remove all surplus materials leaving the site smooth, safe and clean, as approved and directed by the Engineer.

## GC-33 INSPECTION AND TESTING OF MATERIALS

All materials, equipment and workmanship (if not otherwise designated by the specifications) may be subject to inspection, examination and testing by the Engineer and other representatives of the Owner, at any and all such times as manufacture and/or construction are carried on. Further and more specific clauses on the inspection and testing of materials are included in the detailed specifications.

## GC-34 "OR EQUAL" CLAUSE

Whenever a material, article or piece of equipment is identified on the plans or in the specifications by reference to manufacturers' or vendors' names, trade names, catalog numbers, etc., it is intended merely to establish a minimum standard; and, any material, article, or equipment of other manufacturers and vendors which will perform adequately the duties imposed by the general design will be considered equally acceptable provided the material, article or equipment so proposed is, in the opinion of the Engineer, of equal substance and function it shall not be purchased or installed by the Contractor without the Engineer's written approval.

## GC-35 CHANGES IN WORK

(See SC11 of Supplementary Conditions.)

## GC-36   CLAIMS FOR EXTRA COST
(See SC12 of Supplementary Conditions.)

## GC-37 SUSPENSION OF WORK

The Engineer shall have the authority to suspend the work wholly or in part, for such period or periods, as he may deem necessary, due to unsuitable weather, or such conditions as are considered unfavorable for prosecution of the work, or failure on the part of the Contractor to carry out the provisions of the Contract or to supply materials meeting requirements of the specifications, or as directed by the Owner. The Contractor shall not suspend operation without the Engineer's permission.

## GC-38 RIGHT OF THE OWNER TO TERMINATE & LIQUIDATED DAMAGES

A. If the Owner shall be of the opinion that the work or any part thereof is unnecessarily delayed, or that the Contractor is willfully violating any of the covenants of the Contract, or is executing the same in bad faith, or, if the work not be fully completed within the time mentioned in this Contract for it's completion, then the Owner shall have the right to notify the Contractor to discontinue all work on any part thereof under this Contract. A written notice shall be served upon the Contractor either personally or by leaving said notice at the Contractor's residence or with his agent in charge of the work and by certified mail upon the surety. The Contractor shall discontinue said work or such part thereof and the Owner shall have the right to call upon the surety to complete the Contract, or the Owner may complete the Contract or such part thereof and use such materials, equipment and tools for the completion of the same, and to charge the total expenses incurred to the Contractor.

In case of such discontinuance of the employment of the Contractor, he shall not be entitled to receive any further payment under this Contract until the said work shall be wholly finished, If the unpaid balance of the amount to be paid under this Contract shall exceed the expense incurred by the Owner in finishing the work, such excess shall be paid by the Owner to the Contractor and if such expense shall exceed such unpaid balance, the Contractor and his surety shall pay the difference to the Owner. The Contractor shall have no claim for damages or otherwise whatsoever against the Owner by reason of any exercise of the right granted by this section and this provision shall be complete defense to any action or proceeding which may be instituted by the Contractor against the Owner arising out of or based upon any exercise by the Owner of the right hereby granted. If the right of the Contractor to proceed with the work is so terminated, the Owner may take possession of and utilize in completing the work such materials, appliances, supplies, plant and equipment as may be on the site of the work. None of the above may be removed by anyone without the consent of the Owner.

B. Any assignment for benefit of creditors or voluntary or involuntary bankruptcy proceedings against the Contractor shall constitute a default of the Contract and the Owner may call upon the surety to complete the Contract in accordance with it's performance and labor and materials bond.

**Liquidated Damages**

In case the Contractor shall have failed to complete the work hereunder in accordance with the plans and specifications of the Contract to the full and complete satisfaction of the Engineer and the Owner and where the Contractor has been so notified in writing by the Owner, the Contractor shall pay to the Owner the sum of $ 1,000.00 for each calendar day thereafter (excluding Sundays and legal holidays) that the said work shall remain so unfinished. Which said sum, in view of the difficulty of ascertaining the loss and expense which the Owner will suffer by reason of delays in the performance of the work hereunder, is hereby agreed upon, fixed and determined by the parties hereto as the liquidated damages that the Owner will suffer by reason of such failures and default and not as a penalty, unless such failure shall have been caused by some act or omission on the part of said Owner or for some other reason entirely beyond the control of the Contractor.

The Owner shall have the right and is hereby authorized to deduct and retain the amount or amounts or such liquidated damages as may accrue hereunder out of the monies which may be due or become due to the Contractor under this agreement, or if such monies are not sufficient to meet said expense, the amount of the deficiency shall be paid to the Owner by the Contractor or his Surety.

## GC-39 EXTENSION OF TIME - NO WAIVER

If the Contractor, in concurrence with the Owner, shall be delayed in the completion of his work by reason of unforeseeable causes, beyond his control and without his fault or negligence, including, but not restricted to acts of god, or of the public enemy, floods, epidemics, quarantine, restrictions, strikes, riots, civil commotions, freight embargoes or priority regulations, the period hereinafter specified for completion of his work may be extended by such time as shall be fixed by the Owner. Such extension of time shall not be deemed a waiver by the Owner of any other provisions of the Contract.

## GC-40 PROTECTION OF WORK AND PROPERTY

The Contractor shall at all times safely guard the Owner's property from injury or loss in connection with this Contract. He shall at all times safely guard and protect his own work and that of adjacent property from damage, loss or injury. All passageways, guard fences, lights and other facilities required for protection by all authorities or local conditions must be provided and maintained.

It is further understood and agreed that loss or damage arising out of the nature of the work to be done under this Contract or from any unforeseen obstruction or difficulties, which may be encountered in the performance of the same or from the action of the elements or from encumbrances on the line of work or from any injury done in consequence of acts or omissions on the part of the Contractor, Subcontractor, their employees or agents in carrying out any of the provisions or requirements of this Contract shall be borne and assumed by the Contractor.

**GC-41 POWER OF CONTRACTOR TO ACT IN AN EMERGENCY**

In case of an emergency, which threatens loss or injury of property and/or safety of life, the Contractor shall act without previous instructions from the Engineer as he sees fit.  He shall notify the Engineer and any affected authorities thereof immediately thereafter.

The amount of reimbursement claimed by the Contractor on account of any such action shall be determined in the manner provided in Section GC-36 hereof.

**GC-42 ENGINEER AUTHORITY**

In the performance of the work, the Contractor shall abide by all orders, directives and requirements of the Engineer and shall perform all work to the satisfaction of the Engineer.  The Engineer shall determine the amount, quality acceptability and fitness of all parts of the work, shall interpret the plans, specifications, Contract documents and shall decide all other questions in connection with the work.  The Contractor shall not employ plant, equipment, materials, methods or personnel to which the Engineer objects and shall not remove plant, personnel, materials, equipment or other facilities from the site of the work without the Engineer's written permission.  Upon request, the Engineer shall confirm in writing any oral order, direction, requirements or determination.

**GC-43 COMMENCEMENT OF WORK (SEE TF-9)**

The Contractor will commence work on the date to be ordered by the Owner as the date of such commencement and shall fully complete the work within the number of consecutive calendar days from said date hereinafter specified as the period for completion of his Contract, unless the Owner shall extend the time limit.

**GC-44 SURVEYS AND PERMITS**

Unless otherwise expressly provided for in the specifications, the Contractor will perform all surveys necessary for the execution of the work   The Contractor shall procure and pay for all permits and licenses necessary for the execution of his work.

**GC-45 PLANS, SPECIFICATIONS AND RELATED DATA**

A. Accuracy of Plans and Specifications - the detail Plans and Specifications for the Contract have been prepared with care and are intended to show as clearly as is practicable, the work required to be done.  The Contractor must realize, however, that construction details cannot always be accurately anticipated and that in executing the work, field conditions may require reasonable modifications in the details of Plans and quantities of work involved.  Work under all items in the Contract must be carried out to meet these field conditions to the satisfaction of the Engineer and in accordance with his instructions and the Contract Specifications.

B. Conflict:  If there be conflicting variance between the Plans and the Specifications, the provisions of the Specifications shall control.  In case of conflict between the General Conditions of the Contract or any modifications thereof and the detailed requirements, the Detailed Specification requirements shall control. Where the work of the Contractor is affected by finish dimensions, these shall be determined by the Contractor at the site and he shall assume the responsibility for notifying the Engineer and effecting coordination with other contractors or suppliers.

C. Discrepancies in Plans - any discrepancies found between the Plans and Specifications and site conditions or any errors or omissions in the Plans or Specifications shall be immediately reported to the Engineer, who shall as soon as practicable correct such error or omission in writing.  Any work done by the Contractor after his discovery of such discrepancies, errors or omissions shall be done at the Contractor's risk.

D. Copies of Plans and Specifications Furnished – except as provided for otherwise, all required copies of Plans and Specifications necessary for the execution of the work shall be furnished to the Contractor without charge.

E. Plans and Specifications at the Job Site - one complete set of all Plans and Specifications shall be maintained by the Contractor at the job site and shall be available to the Engineer at all times.  These Plans shall be currently marked up to reflect the exact in place construction caused by any field changes.

F. Ownership of Plans and Specifications - all original or duplicated Plans and Specifications and other data prepared by the Engineer for the Owner shall remain the property of the Owner.

G. Dimensions - figured dimensions on the Plans are to be used in preference to scaling the Plans.

H. Models - all models prepared for this work become the property of the Owner at the completion of the work.

I. Samples - all samples called for in the Specifications or required by the Engineer shall be furnished by the Contractor, at his expense and shall be submitted to the Engineer for his approval.  Samples shall be furnished so as not to delay fabrication, allowing the Engineer reasonable time for the consideration of the samples submitted.

  1. Samples for Tests - the Contractor shall furnish such samples of materials as may be required for examination and test.  All materials and workmanship shall be in accordance with approved samples.  All samples of materials for tests shall be taken according to methods provided in the detailed Specifications.  Recoverable samples and test residue remain the property of the Contractor.

J. Shop Drawings - the Contractor shall provide shop drawings, settings, schedules and such other drawings as may be necessary for the prosecution of the work in the shop

and in the field, as required by the drawings, Specifications or Engineer's instructions. Deviations from the Plans and Specifications shall be called to the attention of the Engineer at the time of the first submission of drawings and subsequent drawings of approval. The Engineer's approval of any drawings shall not release the Contractor from responsibility for such deviations.  Shop drawings shall be submitted according to the following schedule:

1.  Six (6) copies shall be submitted at least thirty (30) days before the materials indicated thereon are to be needed, or earlier if required to prevent delay of the work.

2.  The Engineer shall, as soon as possible, but in no case more than fourteen (14) days of the submittal of any shop drawings, return two (2) copies to the Contractor marked approved subject to indicated corrections and changes, or disapproved.

3.  The Contractor shall then correct the shop drawings to conform to the corrections and changes requested by the Engineer.

4.  Following completion of such corrections and changes, the Contractor shall furnish the Engineer six (6) copies of the shop drawings conforming to the required corrections and changes for final approval.

## GC-46  USE OF PREMISES

The Contractor expressly undertakes at his own expense:

A.  To take every precaution against injuries to all persons or damages to all property;

B.  To store his apparatus, materials, supplies and equipment in such orderly fashion at the site of the work, as will not interfere with the progress of his work, the work of any other contractors or the Owner's normal plant operations;

C.  To place upon the work or any part thereof only such loads as are consistent with the safety of that portion of the work.

## GC-47 SECURITY

The Contractor shall be responsible at all times for the protection and safety of the general public and of persons and employees who may for any reason enter within the limits of his work.  Unless required by other portions of the Contract, the decision to provide uniformed watchmen service shall be the Contractor's.  If watchmen are employed on the project, they shall be uniformed and equipped with a badge, whistle and flashlight; watchmen shall have access to communication and sanitary facilities. This paragraph, in no way will diminish the requirements of Item 102, " Protection and Maintenance of Traffic".

## GC-48 REMOVAL OF DEBRIS

The Contractor expressly undertakes at his own expense:

A. To frequently clean up all refuse, rubbish, scrap, materials and debris caused by his operations, to the end that at all times the site of the work shall present a neat, safe, orderly and workmanlike appearance.

B. Before final payment, to remove all surplus materials, falsework, temporary structures, including foundations thereof, plant of any description and debris of every nature resulting from his operations and to put the site in a neat, safe and orderly condition.

C. The disposal of such debris shall be according to all current federal, state and local laws and/ or codes.

## GC-49 PARTIAL COMPLETION AND ACCEPTANCE

If at any time prior to the issuance of the final certificate referred to in section GC-50 hereinafter, any portion of the permanent construction has been satisfactorily completed and if the Engineer determines that such portion of the permanent construction is not required for the operations of the Contractor, but is needed by the Owner, the Engineer shall issue to the Contractor a certificate of partial completion and thereupon or at any time thereafter the Owner may take over and use the portion of the permanent construction described in such certificate and may exclude the Contractor therefrom.

The issuance of a certificate of partial completion shall not be construed to constitute an extension of the Contractor's time to complete the portion of the permanent construction to which it relates if he has failed to complete it in accordance with the terms of this Contract.

The issuance of such a certificate shall not operate to release the Contractor or his sureties from any obligations under this Contract or the performance bond.

## GC-50 CERTIFICATE OF COMPLETION (SEE TF-12)

When, in the opinion of the Contractor, the work is complete and ready for final inspections, he shall notify the Engineer in writing and the Engineer will arrange to give the work a minute and thorough inspection.  The results of such inspection (punch list) shall be completed and corrected before a final certificate of completion may be issued. Upon completion of all work whatsoever required, the Engineer shall file a written certificate with the Owner and with the Contractor as the entire amount of work performed and compensation therefore.

The acceptance by the Contractor of final payment shall be and shall operate as a release to the Owner of all claims and all liability to the Contractor for all things done or furnished in connection with this work and for every act and neglect of the Owner and others relating to and

arising out of this work   No payment however, final or otherwise, shall operate to release the Contractor or his sureties from any obligations under this Contract.  Before approval of final payment, if given, all work shall be complete in every detail.  All building materials, construction equipment, dirt, form work, stakes, shanties, etc. Shall be cleared from the area and all pipe, catch basins and manholes shall be free from construction dirt, silt and form work.  All street, parking, stop and other street and/or highway regulatory signs now established in the rights-of-way within the construction area, shall be restored to their proper positions, alignment and controlled distances.

## GC-51 COMPENSATION TO BE PAID TO CONTRACTOR

The Contractor will be paid the bid unit and/or lump sum prices for the quantities of work which he performs under the items of work included in the Contract.  The sum total for these items shall constitute full payment for the job completed, tested and ready for use.  The price stipulated herein shall include not only the materials and work specifically belonging under the various items, but also all other materials, work and expenses which are necessary to complete as a whole the work contemplated by this Contract and which are specified, shown on the Plans or implied in such manner as to enable the Contractor to know the need of such materials, work or expenses.

## GC-52 SEPARATE CONTRACTS

Should the Owner plan to award other contracts, the work under which may proceed simultaneously with the execution of this Contract; the Contractor shall coordinate his operation with those of other contractors.  Should a conflict arise, the decision of the Engineer shall prevail. Cooperation will be required in the arrangement for the storage of materials and in detailed execution of the work the Contractor, including his Subcontractors, shall keep himself informed of the progress and the detail work of other contractors and shall notify the Engineer immediately of lack of progress or defective workmanship on the part of other contractors, where such lack of progress or defective workmanship will interfere with his own operations.  Failure of the Contractor to keep informed of the work progressing on the site and failure to give notice of lack of progress or defective workmanship by others shall be construed as acceptance by him of the status of the work as being satisfactory for proper coordination with his own work, except as to defects which may develop in the other contractor's work after the execution of his own work.

## GC-53 MUTUAL RESPONSIBILITY OF CONTRACTORS

If through acts of neglect on the part of the Contractor, any other contractor, or any Subcontractor who shall suffer loss or damage on the work, the one who is responsible for such loss or damage agrees to settle with such other contractors or Subcontractors.  If such other contractors or Subcontractors shall assert any claim against the Owner on account of any damage alleged to have been so sustained, the Owner shall notify the Contractor who shall defend, indemnify and save harmless the Owner against any such claim.

## GC-54   CONSTRUCTION SCHEDULE AND PERIODICAL ESTIMATES

Immediately after execution and delivery of the Contract, and before commencement of work, the Contractor shall deliver to the Engineer for approval a construction progress schedule in form satisfactory to the Owner, showing the proposed dates of commencement and completion of each of the various subdivisions of work required under the Contract documents.   The Contractor shall also furnish on forms to be supplied by the Owner for the Engineer's approval:

A. A detailed estimate giving a complete breakdown of the Contract price, and;

B. Periodical itemized estimates of work done for the purpose of making partial payments thereon. The values employed in making up any of these schedules will be used only for determining the basis of partial deduction from the Contract price.

The Contractor shall submit, at such times as may be reasonably requested by the Engineer, schedules which shall show the order in which the Contractor proposes to carry on the work, with dates at which the Contractor will start the several parts of the work and estimated dates of completion of the several parts.

The Contractor and each of his Subcontractors shall submit to the Engineer upon request, such schedules of quantities and costs, progress schedules, payrolls, reports. Estimates, records and other data as the Engineer may request in writing concerning work performed or to be performed under this Contract.

## GC-55 PAYMENTS TO CONTRACTORS

Unless otherwise provided herein:

A. The Contractor shall submit to the Engineer no later than the first week of the month, in accordance with the terms of the Contract, a requisition, invoice and payment affidavit for a progress payment for the work performed the preceding calendar month and/or material(s) furnished to the date of the requisition less retainage and any amount previously paid to the Contractor.  The Engineer shall review and approve for payment the requisition and attach a certified Engineer's estimate of the work performed to the date of the requisition less retainage and any amount previously paid to the Contractor for submittal to the Owner.  To insure the proper performance of this Contract, the Owner shall retain five percent (5%) of the value of the work completed plus an amount necessary to satisfy any claims, liens, or judgments against the Contractor, which have not been discharged until final completion and acceptance of all work covered by this Contract, provided that the Owner at any time after fifty percent (50%) of the fair value of the work has been completed, if it finds that satisfactory progress is being made, may make any of the remaining progress payments in full; provided, further, that when the work or major portions thereof as contemplated by the terms of the Contract are substantially completed, the Contractor shall submit to the Owner a requisition for payment of the remaining amount of the

Contract balance; the Owner shall approve and promptly pay the remaining amount of the Contract balance less two times the fair value of any remaining items to be completed and an amount necessary to satisfy any claims, liens or judgments against the Contractor which have not been discharged. As the remaining items of work are satisfactorily completed or corrected, the Owner shall promptly pay, upon receipt of a requisition, for these items less an amount necessary to satisfy any claims, liens or judgments against the Contractor which have not been discharged; provided, further, that on completion and acceptance of each separate building, public work or other division of the Contract on which the price is stated separately in the Contract, payment may be made in full, including retained percentage thereon, less authorized deductions.

B. In preparing estimates, the materials delivered on the site and preparatory work done may be taken into consideration. The Owner shall pay, upon requisition from the Contractor, for materials delivered to the site or off-site by the Contractor and/or Subcontractor and suitably stored and secured as required by the Owner and the Contractor provided; the Owner may limit such payment to materials in short and/or critical supply and materials specially fabricated for the Contract each as defined in the Contract.

C. All material and work covered by partial payments made shall thereupon become the sole property of the Owner, but this provision shall not be construed as relieving the Contractor from the sole responsibility for the care and protection of materials and work upon which payments have been made or the restoration of any damaged work, or as a waiver of the right of the Owner to require the fulfillment of all of the terms of the Contract.

D. Owner's right to withhold certain amount and make application thereof: The Contractor agrees that he will defend, indemnify and save the Owner harmless from any claims growing out of the demands of Subcontractors, laborers, workmen, mechanics, material men and furnishers of machinery and parts thereof, equipment, power tools and all supplies, including commissary, incurred in the furtherance of the performance of this Contract. The Contractor shall at the Owner's request, furnish satisfactory evidence that all obligations of the nature hereinabove designated have been paid, discharged or waived. If the Contractor fails to do so, then the Owner may, after having served written notice on the Contractor and his Surety, either pay unpaid bills, of which the Owner has written notice, direct, or withhold from the Contractor's unpaid compensation a sum of money deemed reasonably sufficient to pay any and all such claims until satisfactory evidence is furnished that all liabilities have been fully discharged, whereupon payment to the Contractor shall be resumed, in accordance with the terms of this Contract, but in no event shall the provisions of this paragraph be construed to impose any obligations upon the Owner to either the Contractor or his Surety. In paying any unpaid bills of the Contractor, such payment shall be considered as a payment made under the Contract by the Owner to the Contractor and the Owner shall not be liable to the Contractor or Surety for any such payments made in good faith.

E.  The Contractor shall submit with each requisition a labor and materials payment affidavit (see TF-11).

## GC-56 ASSIGNMENTS

The Contractor shall not assign the whole or any part of this Contract or any monies due or to become due hereunder without written consent of the Owner.  In case the Owner consents and the Contractor assigns all or any part of any monies due or to become due under this Contract, the instrument or assignment shall contain a clause substantially to the effect that it is agreed that the right of the assignee in and to any monies due or to become due to the Contractor shall be subject to prior liens of all persons, firms and corporations for services rendered or materials supplied for the performance of the work called for in this Contract.

## GC-57 SUBCONTRACTORS (WORK BY OTHERS)

The Contractor may utilize the services of specialty Subcontractors on those parts of the work which, under normal contracting practices, are performed by specialty Subcontractors.

The Contractor shall not award any work to any Subcontractor without prior written approval of the Commissioner of Engineering, which approval will not be given until the Contractor submits to the Commissioner of Engineering a written statement concerning the proposed award to the Subcontractor, which statement shall contain information as the Commissioner of Engineering may require. The Contractor shall be fully responsible to the Owner for acts and omissions of his Subcontractors and of persons either directly or indirectly employed by them.

The Contractor shall cause appropriate provisions to be inserted in all subcontracts relative to the work to bind Subcontractors to the Contractor by the terms of the general conditions and other Contract documents insofar as applicable to the work of Subcontractors and to give the Contractor the same power as regards terminating any subcontract that the Owner may exercise over the Contractor under any provision of the Contract.

Nothing contained in this Contract shall create any contractual relation between any Subcontractor and the Owner.

## GC-58 SUPERINTENDENCE BY CONTRACTOR

At the site of the work, the Contractor shall employ a construction superintendent or foreman who shall have full authority to act for the Contractor.  It is understood that such representative shall be acceptable to the Engineer and shall be one who can be    continued in the capacity for the particular job involved, unless he ceases to be on the Contractor's payroll.  If the Contractor does not employ a construction superintendent or foreman, the Contractor shall pay to the Owner, the sum of $300.00 for each calendar day thereafter (excluding Sundays and legal holidays) that the Contractor does not employ a construction superintendent or foreman.

Whenever the Contractor is not present on any part of the work, where it may be necessary to give directions, orders may be given by the Engineer, or his assistant, to be received and obeyed by the construction superintendent or foreman, who has charge of the men on this particular work in relation to which orders are given. In general the Owner and the Engineer's instructions shall be confirmed in writing and always upon written request from the Contractor. The Engineer does not assume any responsibilities for said execution of the Contract work.

## GC-59 ADDITIONAL INSTRUCTIONS AND DETAIL DRAWINGS

The Contractor may be furnished additional instructions and detail drawings to carry out the work included in the Contract. The additional drawings and instructions thus supplied to the Contractor, will be coordinated with the Contract documents and will be so prepared that they can be reasonably interpreted as part thereof. The Contractor shall carry out the work in accordance with the revised or amended detail drawings and instructions. The Contractor and the Engineer will prepare jointly (a) a schedule fixing the dates at which special detail drawings will be required and by whom they will be made, such drawings, if any, to be furnished by the Engineer in accordance with said schedule, and (b) a schedule fixing the respective dates for the submission of shop drawings, the beginning of manufacture, testing and installation of materials, supplies and equipment and the completion of the various parts of the work.

## GC-60 MAINTENANCE BOND

The Contractor, shall furnish a maintenance bond to the Owner, executed by the Contractor as principal and having as surety thereon a Surety Company acceptable to the Owner, guaranteeing that the Contractor shall maintain the work for a period of one year from the date of issue of the certificate of completion without cost to the Owner. Such maintenance shall cover restoration of the work and all of it's appurtenances, including, but not limited to, disturbed equipment and/or utilities and properties, which have been a part of, or have resulted from work under this Contract. The maintenance bond shall be in the sum of one hundred percent (100%) of the final Contract price.

## GC-61 COMMUNICATIONS

The Contractor shall provide adequate communication facilities for instant communications at all times, as directed by the Engineer.

## GC-62 LIVE UTILITIES

The Contractor is specifically directed to familiarize himself with the existence of aerial, surface or subsurface structures of municipal and other public service corporations within and surrounding the construction site. A careful search has been made, in good faith, and all known public or private utilities and other such installations within or adjacent to the Contract area are shown in their approximate locations on the Contract Plans.

However, there is no guarantee that all existing utilities have been found. The Contractor's attention is also directed to the fact that during the life of this Contract. Utilities may make changes in their facilities. The Contractor will be required to determine the exact locations and elevations of all pertinent structures, utilities and facilities, before construction work and new installations are started so that there will be no interference with the work. Conflict between existing structures, utilities and new work shall be ascertained by the Contractor and called to the attention of the Engineer. The Contractor shall have taken these conditions into consideration in making up his bid.

The Engineer will direct the public utility corporations to shift or remove those utility structures that interfere with the work. The Contractor shall not remove any structure or part of a structure owned by a public utility corporation without the approval of the Engineer.

The Contractor shall cooperate with the public utility corporations whose structures (aerial, surface or subsurface) are within the limits of or along the outside of the right-of-way, to make it possible for them to maintain uninterrupted service. The Contractor shall conduct his operations in such a way as to delay or interfere as little as practicable with the work of the utility corporations.

The Contractor shall give the utility corporations involved reasonable notice, but not less than forty-eight (48) hours in advance of all operations which may or will affect their structures, including jacking, filling and excavating. See legal notice in Proposal Section for Industrial Rule 53 for requirements.

The Contractor shall protect in a suitable manner all utilities encountered and shall repair at his cost any damage to structures, utilities and facilities caused by his operations to the satisfaction of the utility owner. If the nature of the damage is such as to endanger the satisfactory functioning of the utilities and the necessary repairs are not immediately made by the Contractor, the work may be done by the respective owning companies and the cost thereof charged to the Contractor.

It is understood and agreed that the Contractor has considered in his bid all the permanent and temporary utility appurtenances in their present or relocated positions as shown on the Plans and that no additional compensation will be allowed for any delays, inconveniences, or damage sustained by him due to any interference from the utility appurtenances or from the operation of moving them.

## GC-63 OTHER PROHIBITED INTERESTS

No officer, employee or consultant of the Owner who is authorized in such capacity and on behalf of the Owner to negotiate, make, accept or approve, or to take part in negotiating, making, accepting or approving any architectural, Engineering, inspection, construction or material supply contract or any subcontract in connection with the construction of the project, shall become directly or indirectly interested personally in this Contract or in any part hereof. No officer, employee, architect, attorney, Engineer, consultant or inspector of. Or for the Owner who

is authorized in such capacity and on behalf of the Owner to exercise any legislative, executive, supervisory or other similar functions in connection with construction of the project shall become directly or indirectly interested personally in this Contract or in any part hereof, any material supply contract, subcontract, insurance contract, or any other contract pertaining to the project.

## GC-64 RISK OF LOSS

It is further understood and agreed that all loss or damage arising out of the nature of the work to be done under this agreement or from any unforeseen obstructions or difficulties which may be encountered in the performance of the same or from the action of the elements or from encumbrances on the line of work, or from any injury done in consequence of acts or omissions on the part of the Contractor, his employees or agents, in carrying out any of the provisions or requirements of this Contract, shall be borne and assumed by the said Contractor.

## GC-65   LAWS. ORDINANCES AND REGULATIONS

Each and every provision of law required by law to be inserted in this Contract shall be deemed to be inserted herein and the Contract shall be read and enforced as though it were included herein and if through mistake, or otherwise, any such provision is not inserted, or is not correctly inserted, then upon the application of either party, the Contract shall forthwith be physically amended to make such insertion   The Contractor shall keep himself fully informed of all federal, state and local laws and municipal ordinances and regulations in any manner affecting those engaged or employed in the work, or in any way affecting the conduct of the work and of all orders and decrees of bodies or tribunals having any jurisdiction or authority over the same.

If any discrepancy or inconsistency, should be discovered in this Contract, in relation to any such law, ordinance, regulation, order or decree, the Contractor shall at all times himself observe and comply with and shall cause all his agents, Subcontractors and employees to observe and comply with all such existing laws, ordinances, regulations, orders and decrees; and shall protect, defend, indemnify and hold harmless the Owner, the Town Board or Board of Commissioners, or trustees and their officers and agents and employees against any claims or liability arising from or based on the violation of any such laws, ordinances, regulations, orders or decrees whether by himself, his agents, Subcontractors or by his employees.

## GC-66 INSURANCES AND INDEMNITY

A. The Contractor shall procure and maintain at his own expense and without expense to the Owner, until final acceptance by the Owner of the work and terms covered by the Contract, insurance for damages imposed by law, of the kinds and in amounts hereinafter provided, in insurance companies authorized to do such business in the State of New York, covering all operations under the Contract whether performed by him or his Subcontractors before commencing the work, the Contractor shall furnish to the Owner certified copies of the original policies and such numbers of certificates of insurance in form satisfactory to the Owner showing that the Contractor has complied with this section, which certificates shall provide that the policies shall not

be changed or canceled until thirty (30) days written notice has been given to the Owner.

The Contractor shall procure and provide without expense to the Owner, a New York State Department of Insurance, "Certificate of Solvency" for each of the insurance companies securing the certificate of insurance and the required bonds.

B. The Contractor shall take and assume all responsibility for the work and take all precautions for the prevention of injuries to persons and property in or about the work; he shall bear all losses resulting to him on account of, the amount, or character, or upon which the work is done different from that which was estimated or expected, or on account of the weather, elements or other causes and he and his Surety or insurance company shall assume the defense of and indemnify and save harmless the Owner and its officers, employees and agents, from any and all claims relating to labor. Equipment or materials furnished for the work and to inventions, patents and patent rights used in doing the work, and to injuries or damages to person, corporations or property, caused by, or in any way arising out of the work performed by the Contractor, Subcontractor and the employees under this Contract.

C. The Contractor shall provide insurance coverage as follows:

1. Workers' Compensation & Disability Benefits Insurance

   A policy covering the obligations of the Contractor in accordance with the provisions of the Workers' Compensation and Disability Benefit laws, covering all operations under the Contract, whether performed by him or by his Subcontractors.

2. Liability and Property Damage Insurance

   Unless otherwise specifically required by the detailed Specifications liability and property damage insurance with limits of not less than:

   | Bodily Injury Liability<br>Each Occurrence<br>$1,000,000 | Property Damage Liability<br>Each Occurrence | Aggregate |
   |---|---|---|
   | | $500,000 | $1,000,000 |

   For all damages arising during the policy period, shall be furnished in type specified, viz:

3. Coverage

   a. Coverage - Contractor's Comprehensive General Liability Insurance issued to and covering the liability for damages imposed by law upon the Contractor for bodily injuries and property damage with respect to all work performed by him (before, during and after acceptance of work) under this Contract, such

policy to be endorsed to cover the defense, indemnification and hold harmless agreement contained in Paragraph E.

b. Coverage - Contractor's Protective Comprehensive General Liability Insurance issued to and covering the liability for damages imposed by law upon the Contractor for bodily injuries and property damage with respect to all work under this Contract performed for the Contractor by Subcontractors, if any, such policy to be endorsed to cover the defense, indemnification and hold harmless agreement contained in Paragraph E.

c. Coverage - Owner's Protective Comprehensive General Liability Insurance issued to and covering the liability for damages imposed by law upon the Owner for bodily injuries and property damage with respect to all operations under this Contract by the Contractor or by his Subcontractors, including omissions and supervisory acts of the Owner and of the agents and employees of the Owner.  Such insurance shall name as an additional insured or insureds, the agents, inspectors and employees of the Owner.

d. Coverage - a policy of automobile insurance covering bodily injury and property damage and insuring the Contractor for his operation of all motor vehicles and mobile equipment.

The Owner may consider Contract to be void and of no affect unless the person or corporation making or executing the same shall secure and keep in effect the above coverage during the life of said Contract which includes the period of the maintenance bond.

D. Builders Risk

1. The Contractor shall effect and maintain insurance against loss of fire (including builder's risk special extended coverage endorsement) upon all the work in place and all materials stored at the site of the work, whether or not covered by partial payments made by the Owner.  This insurance shall be in an amount equal to the full insurable value thereof at all times and shall be for the benefit of the Owner, the Contractor and such Subcontractors as their interests may respectively appear.

2. Certificates and policies shall provide that coverage may not be canceled or changed without thirty (30) days prior notice to the Owner.

3. The Contractor shall be responsible for protection against vandalism, theft or malicious mischief of all of his work, materials and equipment at all times from the start to the completion of the work. The Town will not have any responsibility for or be under any obligation to reimburse any Subcontractor for any losses, which may be due to vandalism, theft or malicious mischief.

E. Hold Harmless (Indemnity)

The Contractor shall defend, indemnify and hold harmless, the Owner, it's agents, servants and employees from any and all damages or claims whatsoever, occasioned by or caused to any person, partnership, association or corporation, or occasioned by or caused to any property arising out the performance of this Contract or from any defective condition of the materials furnished or supplied or contemplated to be furnished or supplied under this Contract, provided however, that any liability arising out of or in connection with this Contract was not caused by or resulting from the sole negligence of the Owner. This is to include inventions, royalties, patents and patent rights.

## GC-67 LABOR, WAGES AND EQUAL EMPLOYMENT

The Contractor and his Subcontractors shall not employ any labor, materials or means whose employment, or utilization during the course of this Contract, may tend to, or in any way cause or result in strikes, work stoppages, delays, suspension of work or similar troubles by workmen employed by the Contractor or his Subcontractor, or by any of the trades working in or about the job site where work is being performed under this Contract, or any other Contract, or by other Subcontractors pursuant to other contracts, or an any other building or premises or job site owned or operated by the Town of Hempstead. Any violation of this requirement by the Contractor may, upon certification of the Commissioner of General Services, be considered as proper and sufficient cause for canceling and terminating this Contract.

Supplements to employees paid by the Contractor are to be paid a federally qualified pension, health or welfare program and a New York State registered apprentice training program. Direct payments in cash for supplements will not be allowed.

Where work performed under this contract involves a trade or corporation licensed by the Town of Hempstead, the Contractor shall be required to have such a license.

The Contractor agrees that no laborer, workmen or mechanic in the employ of the Contractor, Subcontractor or other persons doing or contracting to do the whole or part of the work contemplated by this Contract, shall be permitted or required to work normally more than eight (8) hours in any one calendar day or more than five (5) days in any one week, except in cases where the Owner determines that there is an extraordinary emergency caused by an Act of God or danger to life or property. The Contractor further agrees that the wages to be paid for a legal day's work, as defined in Section 220, of the labor law, shall not be less than the prevailing rate of wage for a day's work in the same trade or occupation in the locality where the public work under this Contract is to be performed. In accordance with Section 220-D of the Labor Law, the Contractor agrees that the laborers, workmen and/or mechanics to be employed on the work to be performed hereunder, shall be paid not less than the hourly minimum rate of wage as determined by the Industrial Commissioner of the Department of Labor of the State of New York. Attention is called to the fact that there are minimum rates as provided by law, and should the Contractor be compelled or desire to pay higher rates, no claim against the Owner will be entertained therefore.

In accordance with the provisions of Section 220-E of the Labor Law, the Contractor agrees as follows:

A. That in the hiring of employees for the performance of work under this Contract or any subcontract hereunder, no Contractor, Subcontractor, nor any person acting on behalf of such Contractor or Subcontractor, shall by reason of race, creed, color, sex or national origin discriminate against any citizen of the State of New York who is qualified and available to perform the work to which the employment relates;

B. That no Contractor, Subcontractor, nor any person on his behalf shall, in any manner, discriminate against or intimidate any employee hired for the performance of work under this Contract on account of race, creed, color, sex or national origin;

C. That there may be deducted from the amount payable to the Contractor by the Owner under this Contract a penalty of five (5) dollars for each person for each calendar day during which such person was discriminated against or intimidated in violation of the provisions of the Contract; and

D. That this Contract may be canceled or terminated by the Owner, and all monies due, or to become due, hereunder may be forfeited, for a second or any subsequent violation of the terms or conditions of the Contract.

This Contract shall be void unless Section 222 of the Labor Law; Sections 291 through 299 of the executive law and the civil rights law is complied with. The Contractor will also comply with all findings and requests of the State Commissioner for Human Rights.

It shall be required that (a) in the employment of laborers and mechanics for work on the project, preference shall be given to qualified local residents; (b) no person under the age of eighteen (18) years shall be employed on the project; (c) no person currently serving a sentence in a penal or correctional institution and no inmate of an institution or mentally defective shall be employed on the project; and (d) no person whose age, mental, or physical condition is such as to make his health or safety or to the health or safety of others, shall be employed on the project; provided that his shall not operate against the employment of mentally or physically handicapped person, otherwise employable, where such persons may be safely assigned to work which they can ably perform.

There shall be paid each laborer or mechanic of the Contractor or Subcontractor engaged in work on the project under this Contract in trade or occupation listed in the Specifications, not less than the hourly wage rate set opposite the same, regardless of any contractual relationship which may be alleged to exist between the Contractor or any Subcontractor and such laborers and mechanics. All disputes in regard to the payment of wages in excess of those specified in this Contract shall be adjusted by the Contractor.

Any laborer or mechanic employed to perform work on the project under this Contract, which work is not covered by any of the foregoing classifications, shall be paid not less than the

minimum rate of wages specified herein for the classification which most nearly corresponds to the work to be performed by him, and such minimum wage rate shall be retroactive to the time of initial employment of such person in such classification.

The minimum wage rates for apprentices shall apply only to persons working with the tools of the trade they are learning under the direct supervision of journeymen mechanics. Except as otherwise required by law, the number of apprentices in each trade or occupation employed by the Contractor or any Subcontractor shall not exceed the number permitted by the applicable standards of the New York State Department of Labor, or in the absence of such standards, the number permitted under the usual practice prevailing between unions and the employer's associations of the respective trade or occupations.

The Contractor agrees that, in case of underpayment of wages to any worker on the project under this Contract by the Contractor or any Subcontractor, the Owner may withhold from the Contractor out of payments due, an amount sufficient to pay such worker the difference between the wages required to be paid under this Contract and the wages actually paid such worker for the total number of hours worked and that the Owner may disburse such amount so withheld by it for and on account of the Contractor to the employee to whom such amount is due.

The Contractor further agrees that the amounts to be withheld pursuant to this section may be in addition to the percentages to be retained by the Owner pursuant to other provisions of this Contract.

The Contractor shall post on appropriate conspicuous bulletin boards at the site of the project a schedule showing all determined minimum wage rates for the various classes of laborers and mechanics to be engaged in the work on the project under this Contract and all deductions, if any, required by law to be made from unpaid wages actually earned by the laborers and mechanics so engaged.

The Contractor and each of his Subcontractors shall pay each of his employees engaged in the work on the project in full in cash and not less often than once each week, less legally required deductions; provided that when circumstances render payment in cash infeasible or impracticable, payment by check may be effected upon consideration that funds are made available in a local bank and checks may be cashed without charge, trade requirements or inconvenience to the worker; this by approval of the Owner.

## GC-68 AFFIRMATIVE ACTION CLAUSE FOR THE PHYSICALLY AND MENTALLY HANDICAPPED

A. The Contractor will not discriminate against any employee or applicant for employment because of physical or mental handicap in regard to any position for which the employee or applicant for employment is qualified.

The Contractor agrees to take affirmative action to employ, advance in employment and otherwise treat qualified handicapped individuals without discrimination

nationally based upon their physical or mental handicap in all employment practices such as the following; employment, upgrading, demotion or transfer, recruitment, advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training, including apprenticeship.

B.  The Contractor agrees to comply with the rules, regulations, and relevant orders of the secretary of labor issued pursuant to the act.

C.  In the event of the Contractor's noncompliance with the requirements of this clause, actions for noncompliance may be taken in accordance with the rules, regulations and relevant orders of the secretary of labor issued pursuant to the act.

D.  The Contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices in a form to be prescribed by the director, provided by or through the contracting officer.   Such notices shall state the Contractor's obligation under the law to take affirmative action to employ and advance in employment qualified handicapped employees and applicants for employment, and the rights of applicants and employees.

E.  The Contractor will notify each labor union or representative of workers with which it has a collective bargaining agreement or other contract understanding, that the Contractor is bound by the terms of Section 503 of the Rehabilitation Act of 1973, and is committed to take affirmative action to employ and advance in employment physically and mentally handicapped individuals.

F.  The Contractor will include the provisions of this clause in every subcontract or purchase order of $2,500 or more unless exempted by rules, regulations, or orders of the Secretary of Labor issued pursuant to Section 503 of the act, so that such provisions will be binding upon each Subcontractor or vendor.  The Contractor will take such action with respect to any Subcontractor or purchase order as the director or the office of federal contract compliance programs may direct to enforce such provisions, including action for noncompliance.

## GC-69 STANDARD FEDERAL EQUAL EMPLOYMENT OPPORTUNITY CONSTRUCTION CONTRACT SPECIFICATIONS (EXECUTIVE ORDER 11246)

A.  As used in these Specifications:

1.  "Covered area" means the geographical area described in the solicitation from which this Contract resulted.

2.  "Director" means Director, Office of Federal Contract Compliance Programs, United States Department of Labor, or any person to whom the Director delegates authority.

3. "Employer Identification Number" means the Federal Social Security number used on the employer's quarterly Federal tax return, U.S. Treasury Department form 941.

4. "Minority" includes:

   a. Black (all persons having origins in any of the Black African racial groups not of Hispanic origin).

   b. Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish culture or origin, regardless of race).

   c. Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands) and;

   d. American Indian or Alaskan native (all persons having origins in any of the original peoples of North American and maintaining identifiable tribal affiliations through membership and participation or community identifications).

B. Whenever the Contractor, or any Subcontractor at any tier, subcontracts a portion of the work involving any construction trade, it shall physically include in each subcontract in excess of $10,000 the provisions of these Specifications and the notice which contains the applicable goals for minority and female participation and which is set forth in the solicitations from which this Contract resulted.

C. If the Contractor is participating (pursuant to 41 CFR 60-4.5) in a hometown plan approved by the U.S. Department of Labor in the covered area either individually or through an association, its affirmative action obligations on all work in the plan area (including goals and timetables) shall be in accordance with that plan for those trades which have unions participating in the plan. Contractors must be able to demonstrate their participation in and compliance with the provisions of any such hometown plan. Each Contractor or Subcontractor participating in an approved plan is individually required to comply with its obligations under the EEO clause, and to make a good faith effort to achieve each goal under the plan in each trade in which it has employees. The overall good faith performance by other Contractors or Subcontractors toward a goal in an approved plan does not excuse any covered Contractor's or Subcontractor's failure to take good faith efforts to achieve the plan goals and timetables.

D. The Contractor shall implement the specific Affirmative Action standards provided in Paragraphs G1 through 16 of these Specifications. The goals set forth in the solicitation from which this Contract resulted are expressed as percentages of the total hours of employment and training of minority and female utilization the Contractor should reasonable be able to achieve in each construction trade in which it has

employees in the covered area. Covered construction contractors performing construction work in geographical areas where they do not have a federal or federally assisted construction contract shall apply the minority and female goals established for the geographical area where the work is being performed. Goals are published periodically in the federal register in notice form, and such notices may be obtained from any office of federal contract compliance programs or from federal procurement contracting officers. The Contractor is expected to make substantially uniform progress toward its goals in each craft during the period specified.

E. Neither the provisions of any collective bargaining agreement, nor the failure by a union with whom the Contractor has a collective bargaining agreement, to refer either minorities or women shall excuse the Contractor's obligations under these Specifications, Executive Order 11246, or the regulations promulgated pursuant thereto.

F. In order for the nonworking training hours of apprentices and trainees to be counted in meeting the goals, such apprentices and trainees must be employed by the Contractor during the training period, and the Contractor must have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities. Trainees must be trained pursuant to training programs approved by the U.S. Department of Labor.

G. The Contractor shall take specific affirmative actions to ensure equal employment opportunity. The evaluation of the Contractor's compliance with these Specifications shall be based upon its effort to achieve maximum results from its actions. The Contractor shall document these efforts fully, and shall implement affirmative action steps at least as extensive as the following:

1. Ensure and maintain a working environment free of harassment, intimidation, and coercion at all sites, and in all facilities at which the Contractor's employees are assigned to work. The Contractor, where possible, will assign two or more women to each construction project. The Contractor shall specifically ensure that all foremen, superintendents, and other on-site supervisory personnel are aware of and carry out the Contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at such sites or in such facilities.

2. Establish and maintain a current list of minority and female recruitment sources, provide written notification to minority and female recruitment sources and to community organizations when the Contractor or its unions have employment opportunities available, and maintain a record of the organizations' responses.

3. Maintain a current file of the names, addresses and telephone numbers of each minority and female off-the-street applicant and minority or female referral from a union, a recruitment source or community organization and of what action was taken with respect to each such individual. If such individual was sent to the

union or, if referred, not employed by the Contractor, this shall be documented in the file with the reason therefore, along with whatever additional actions the Contractor may have taken.

4. Provide immediate written notification to the director when the union or unions with which the Contractor has a collective bargaining agreement has not referred to the Contractor a minority person or woman sent by the Contractor, or when the Contractor has other information that the union referral process has impeded the Contractor's efforts to meet its obligations.

5. Develop on-the-job training opportunities and/or participate in training programs for the area which expressly include minorities and women, including upgrading programs and apprenticeship and trainee programs relevant to the Contractor's employment needs, especially those programs funded or approved by the department of labor. The Contractor shall provide notice of these programs to the sources compiled under G2 above.

6. Disseminate the Contractor's EEO policy by providing notice of the policy to unions and training programs and requesting their cooperation in assisting the Contractor in meeting its EEO obligations; by including it in any policy manual and collective bargaining agreement; by publicizing it in the company newspaper, annual report, etc.; by specific review of the policy with all management personnel and with all minority and female employees at least once a year; and by posting the company EEO policy on bulletin boards accessible to all employees at each location where construction work is performed.

7. Review, at least annually, the company's EEO policy and affirmative action obligations under these Specifications with all employees having any responsibility for hiring, assignment, layoff, termination or other employment decisions including specific review of these items with on-site supervisory personnel such as superintendents, general foremen, etc., prior to the initiation of construction work at any job site. A written record shall be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

8. Disseminate the Contractor's EEO policy externally by including it in any advertising in the news media, specifically including minority and female news media and providing written notification to and discussing the Contractor's EEO policy with other Contractors and Subcontractors with whom the Contractor does or anticipates doing business.

9. Direct its recruitment efforts, both oral and written, to minority, female and community organizations, to schools with minority and female students and to minority and female recruitment and training organizations serving the Contractor's recruitment areas and employment needs. Not later than one month prior to the date for the acceptance of applications for apprenticeship or other

training by any recruitment source, the Contractor shall send written notification to organizations such as the above, describing the openings, screening procedures, and tests to be used in the selection process.

10. Encourage present minority and female employees to recruit other minority persons and women and, where reasonable, provide after school, summer and vacation employment to minority and female youth both on the site and in other areas of a contractor's work force.

11. Validate all tests and other selection requirements where there is an obligation to do so under 41 CFR Part 60-3.

12. Conduct, at least annually, an inventory and evaluation at least of all minority and female personnel for promotional opportunities and encourage these employees to seek or to prepare for, through appropriate training, etc., such opportunities.

13. Ensure that seniority practices, job classifications, work assignments and other personnel practices, do not have a discriminatory effect by continually monitoring all personnel and employment related activities to ensure that the EEO policy and the Contractor's obligations under these Specifications are being carried out.

14. Ensure that all facilities and company activities are non-segregated except that separate or single-user toilet and necessary changing facilities shall be provided to assure privacy between the sexes.

15. Document and maintain a record of all solicitations of offers for subcontracts from minority and female construction contractors and suppliers, including circulation of solicitations to minority and female contractor associations and other business associations.

16. Conduct a review, at least annually, of all supervisors' adherence to and performance under the Contractor's EEO policies and affirmative action obligations.

H. Contractors are encouraged to participate in voluntary associations which assist in fulfilling one or more of their affirmative action obligations (Gl through 16) the efforts of a contractor association, joint contractor-union, contractor-community, or other similar group of which the Contractor is a member and participant, may be asserted as fulfilling any one or more of its obligations under G1 through 16 of these Specifications provided that the Contractor actively participates in the group, makes every effort to assure that the group has a positive impact on the employment of minorities and women in the industry, ensures that the concrete benefits of the program are reflected in the Contractor's minority and female work force participation, makes a good faith effort to meet its individual goals and timetables, and can provide access to documentation which demonstrates the effectiveness of actions taken on behalf of the Contractor   The obligation to comply, however, is the

Contractor's and failure of such a group to fulfill an obligation shall not be a defense for the Contractor's noncompliance.

I.  A single goal for minorities and a separate single goal for women have been established. The Contractor, however, is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and non-minority. Consequently, the Contractor may be in violation of the executive order if a particular group is employed in substantially disparate manner (for example; even though the Contractor has achieved its goals for women generally, the Contractor may be in violation of the executive order if a specific minority group of women is underutilized).

J.  The Contractor shall not use the goals and timetables or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

K.  The Contractor shall not enter into any subcontract with any person or firm debarred from government contracts pursuant to Executive Order 11246.

L.  The Contractor shall carry out such sanctions and penalties for violation of these Specifications and of the equal opportunity clause, including suspension, termination and cancellation of existing Subcontractors as may be imposed or ordered pursuant to Executive Order 11246, as amended, and its implementing regulations, by the office of federal contract compliance programs. Any Contractor who fails to carry out such sanctions and penalties shall be in violation of these Specifications and Executive Order 11246, as amended.

M.  The Contractor, in fulfilling its obligations under these Specifications shall implement specific affirmative action steps, at least as extensive as those standards prescribed in Paragraph G of these Specifications, so as to achieve maximum results from its efforts to ensure equal employment opportunity. If the Contractor fails to comply with the requirements of the Executive Order, the implementing regulations, or these Specifications, the director shall proceed in accordance with 41 CFR 60-4.8.

N.  The Contractor shall designate a responsible official to monitor all employment related activity to ensure that the company EEO policy is being carried out, to submit reports relating to the provisions hereof as may be required by the government and to keep records. Records shall at least include for each employee the name, address, telephone numbers, construction trade, union affiliation if any, employee identification number when assigned, social security number, race, sex, status (e.g. mechanic, apprentice trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was performed. Records shall be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, Contractors shall not be required to maintain separate records.

O. Nothing herein provided shall be construed as a limitation upon the application of other laws which establish different standards of compliance or upon the application of requirements for the hiring of local or other area residents (e.g., those under the Public Works Employment Act of 1977 and the Community Block Grant Program).

**GC-70** **NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY (EXECUTIVE ORDER 11246)**

A. The offeror's or bidder's attention is called to the "Equal Opportunity Clause" and the "Standard Federal Equal Employment Opportunity Construction Contract Specifications" set forth herein.

B. The goals and timetables for minority and female participation, expressed in percentage terms for the Contractor's aggregate work force in each trade on all construction work in the covered area, are as follows:

| Timetables | Goals for Minority Participation in Each Trade | Goals for Female Participation in Each Trade |
|---|---|---|
| Until further notice | 5.8% | 6.9% |

These goals are applicable to all the Contractor's construction work (whether or not it is federal or federally assisted) performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, it shall apply the goals established for such geographical area where the work is actually performed.  With regard to this second area, the contractor also is subject to the goals for both its federally involved and non-federally involved construction.

The Contractor's compliance with the Executive Order and the regulations in 41 CFR Part 60-4 shall be based on its implementation of the Equal Opportunity Clause, specific affirmative action obligations required by the Specifications set forth in 41 CFR 60-4.3 (a), and its efforts to meet the goals.  The hours of minority and female employment and training must be substantially uniform throughout the length of the Contract, and in each trade, and the Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects.  The transfer of minority or female employees or trainees from Contractor to Contractor or from project to project for the sole purpose of meeting the Contractor's goals shall be a violation of the Contract, the Executive Order and the regulations in 41 CFR Part 60-4. Compliance with the goals will be measured against the total work hours performed.

C. The Contractor shall provide written notification to the director of the office of Federal contract compliance programs within 10 working days of award of any construction subcontract in excess of $10,000 at any tier for construction work under the Contract resulting from this solicitation.  The notification shall list the name, address and telephone number of the Subcontractor; employer identification number

of the Subcontractor; estimated dollar amount of the subcontract; estimated starting and completion dates of the subcontract; and the geographical area in which the Contract is to be performed.

D.  As used in this notice, and in the Contract resulting from this solicitation, the "covered area" is the Town of Hempstead.

## GC-71 AFFIRMATIVE ACTION CLAUSE FOR COVERED VETERANS

A.  The Contractor will not discriminate against any employee or applicant for employment because he or she is a disabled veteran or veteran of the Vietnam Era in regard to any position for which the employee or applicant for employment is qualified.  The Contractor agrees to take affirmative action to employ, advance in employment and otherwise treat qualified disabled veterans and veterans of the Vietnam era without discrimination based upon their disability or veterans status in all employment practices such as the following:  employment, upgrading, emotion or transfer, recruitment, advertising, layoff or termination, rates of pay or other forms of compensation and selection for training, including apprenticeship.

B.  The Contractor agrees that all suitable employment openings of the Contractor which exist at the time of the execution of this Contract and those which occur during the performance of this Contract, including those not generated by this Contract and including those occurring at an establishment of the Contractor other than the one wherein the Contract is being performed but excluding those of independently operated corporate affiliates, shall be listed at an appropriate local office of the state employment service system wherein the opening occurs.  The Contractor further agrees to provide such reports to such local offices regarding employment openings and hires as may be required.

State and local government agencies holding federal contracts of $10,000 or more shall also list all their suitable openings with the appropriate office of the state employment service, but are not required to provide those reports set forth in Paragraphs (D) and (E).

C.  Listing of employment openings with the employment service system pursuant to this clause shall be made at least concurrently with the use of any other recruitment source or effort and shall involve the normal obligations which attach to the placing of a bon-a-fide job order, including the acceptance of referrals of veterans and non-veterans. The listing of employment does not require the hiring of any particular job applicant or from any particular group of job applicants, and nothing herein is intended to relieve the Contractor from any requirements in Executive Orders or regulations regarding nondiscrimination in employment.

D.  The reports required by Paragraph (B) of this clause shall include, but not be limited to, periodic reports which shall be filed at least quarterly with the appropriate local office or, where the Contractor has more than one hiring location in a State, with the

central office of that State employment service. Such reports shall indicate for each hiring location;

1.   The number of individuals hired during the reporting period;

2.   The number of non-disabled veterans of the Vietnam era hired;

3.   The number of disabled veterans of the Vietnam era hired;

4.   The total number of disabled veterans hired.

The reports should include covered veterans hired for on-the-job training under 38 U.S.C. 1787.  The Contractor shall submit a report within 30 days after the end of each reporting period wherein any performance is made on the contract identifying data for each hiring location.  The Contractor shall maintain at each hiring location copies of the reports submitted until the expiration of one year after final payment under the Contract, during which time these reports and related documentation shall be made available, upon request, for examination by any authorized representatives of the Contracting Officer or of the Secretary of Labor.  Documentation would include personnel records, respecting job openings, recruitment and placement.

E.   Whenever the Contractor becomes contractually bound to the listing provisions of this clause, it shall advise the employment service system in each State where it has establishments of the name and location of each hiring location in the State. As long as the Contractor is contractually bound to these provisions and has so advised the State system, there is no need to advise the State system of subsequent contracts.  The Contractor may advise the State system when it is no longer bound by this contract clause.

F.   This clause does not apply to the listing of employment openings which occur and are filled outside of the 50 States, the District of Columbia, Puerto Rico, Guam, and the Virgin Islands.

G.   The provisions of Paragraphs, B, C, D, and E of this clause do not apply to openings which the Contractor proposes to fill from within his own organization or to fill pursuant to a customary and traditional employer-union hiring arrangement.

This exclusive does not apply to a particular opening once an employer decides to consider applicants outside of his own organization or employer-union arrangement for that opening.

H.   As used in this clause:

1.   "All suitable employment openings" includes, but is not limited to, openings which occur in the following job categories: production, and non-production; plant and office; laborers and mechanics; supervisory and non-supervisory; technical; and executive administrative, and professional openings as are

compensated on a salary basis of less than $25,000 per year. This term includes full time employment, temporary employment of more than 3 days' duration and part-time employment. It does not include openings which the Contractor proposes to fill from within his own organization or to fill pursuant to a customary and traditional employer-union hiring arrangement nor openings in an educational institution which are restricted to students of that institution. Under the most compelling circumstances an employment opening may not be suitable for listing, including such situations where the needs of the government cannot reasonably be otherwise supplied, where listing would be contrary to national security or where the requirement of listing would otherwise not be for the best interest of the government.

2. "Appropriate office of the State employment service system" means the local office of the Federal-State national system of public employment offices with assigned responsibilities for serving the area where the employment opening is to be filled, including the District of Columbia, Guam, Puerto Rico, and the Virgin Islands.

3. "Openings which the Contractor proposes to fill from within his own organization" means employment openings for which no consideration will be given to persons outside the Contractor's organization (including any affiliates, subsidiaries, and the parent companies) and includes any openings which the Contractor proposes to fill from regularly established "recall" lists.

4. "Openings which the Contractor proposes to fill pursuant to a customary and traditional employer-union hiring arrangement" means employment openings which the Contractor proposes to fill from union halls, which is part of the customary and traditional hiring relationships which exists between the Contractor and representatives of his employees.

I. The Contractor agrees to comply with the rules, regulations, and relevant orders of the Secretary of Labor pursuant to the Act.

J. In the event of the Contractor s noncompliance with the requirements of this clause, actions for noncompliance may be taken in accordance with the rules, regulations and relevant orders of the Secretary of Labor issued pursuant to the Act.

K. The Contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices in a form to be prescribed by the Director, provided by or through the contracting officer. Such notice will state the Contractor s obligation under law to take affirmative action to employ and advance in employment qualified disabled veterans of the Vietnam era for employment, and the rights of applications and employees.

L. The Contractor will notify each labor union representative of workers with which it has a collective bargaining agreement or other contract understanding that the

Contractor s is bound by the terms of the Vietnam Era Veterans Readjustment Act, and is committed to taker affirmative action to employ and advance in employment qualified disabled veterans and veterans of the Vietnam era.

M.  The Contractor will include the provisions of this clause in every subcontract or purchase order of $10,000 or more unless exempted by rules, regulations, or orders of the Secretary issued pursuant to the Act, so that such provisions will be binding upon each subcontractor or vendor.  The Contractor will take such actions with respect to any subcontract or purchase order as the Director of the Office of Federal Contract compliance Programs may direct to enforce such provisions, including action for noncompliance.

## GC-72 EQUAL OPPORTUNITY CLAUSE FOR FEMALES AND MINORITIES (CONSTRUCTION)

During the performance of this Contract the Contractor agrees as follows:

A.  The Contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex or national origin.  The Contractor will take affirmative action to ensure the applicants are employed, and that employees are treated during employment without regard to their race, color, religion, sex, or national origin, such action shall include, but not be limited to the following:

Employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training including apprenticeship, The contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided setting forth the provisions of this nondiscrimination clause.

B.  The Contractor will, in all solicitations or advertisements for employees placed by or on behalf of the Contractor, State that all qualified applicants will receive considerations for employment without regard to race, color, religion, sex or national origin.

C.  The Contractor will send to each labor union or representative of workers with which he has a collective bargaining agreement or other contract understanding, a notice to be provided advising the said labor union or workers' representatives of the Contractor's commitments under this section, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

D.  The Contractor will comply with all provisions of Executive Order 11246 of September 24, 1965, and of the rules, regulations, and relevant orders of the Secretary of Labor.

E.  The Contractor will furnish all information and reports required by Executive Order 11246 of September 24, 1965 and by the rules, regulations, and orders of the

Secretary of Labor, or pursuant thereto, and will permit access to his books, records, and accounts by the administering agency and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations, and orders.

F.  In the event of the Contractor's noncompliance with the non-discrimination clauses of this Contract or with any of the said rules, regulations, or orders, this Contract may be canceled, terminated, or suspended in whole or in part and the Contractor may be declared ineligible for further government contracts or Federally assisted construction contracts in accordance with procedures authorized in Executive Order 11246 of September 24, 1965, and such other sanctions may be imposed and remedies invoked as provided in Executive Order 11246 of September 24, 1965, or by rule, regulation, or order of the Secretary of Labor, or as otherwise provided by law.

G.  The Contractor will include the portion of the sentence immediately proceeding Paragraph A and the provisions of Paragraphs A through G in every subcontract or purchase order unless exempted by rules, regulations, or orders of the Secretary of Labor issued pursuant to Section 204 of Executive Order 11246 of September 24, 1965, so that such provisions will be binding upon each subcontractor or vendor.  The Contractor will take such action with respect to any subcontract or purchase order as the administering agency may direct as a means of enforcing such provisions, including sanctions for noncompliance:  Provided, However, that in the event a contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by the administering agency the contractor may request the United States to enter into such litigations to protect the interests of the United States.

# SECTION 3

## STATE OF NEW YORK

## DEPARTMENT OF LABOR

## PREVAILING

## WAGE RATE SCHEDULE

NO TEXT ON THIS PAGE



Andrew M. Cuomo, Governor

Peter M. Rivera, Commissioner

Town of Hempstead Dept ofWater

Stephen Laun, Engineer
D&B Engineers & Arch., PC
330 Crossways Park Drive
Woodbury   NY 11797

| | |
|---|---|
| Schedule Year | 2014 through 2015 |
| Date Requested | 08/19/2014 |
| PRC# | 2014007857 |

| | |
|---|---|
| Location | Levittown WD Wells 7A & 8A |
| Project ID# | 3402 - 1 |
| Project Type | Construction of a Packed Tower Aeration System at Levittown Water District Wells 7A and 8A. |

## PREVAILING WAGE SCHEDULE FOR ARTICLE 8 PUBLIC WORK PROJECT

Attached is the current schedule(s) of the prevailing wage rates and prevailing hourly supplements for the project referenced above.  A unique Prevailing Wage Case Number (PRC#) has been assigned to the schedule(s) for your project.

The schedule is effective from July 2014 through June 2015. All updates, corrections, posted on the 1st business day of each month, and future copies of the annual determination are available on the Department's website  www.labor.state.ny.us.    Updated PDF copies of your schedule can be accessed by entering your assigned PRC# at the proper location on the website.

It is the responsibility of the contracting agency or its agent to annex and make part, the attached schedule, to the specifications for this project, when it is advertised for bids and /or to forward said schedules to the successful bidder(s), immediately upon receipt, in order to insure the proper payment of wages.

Please refer to the "General Provisions of Laws Covering Workers on Public Work Contracts" provided with this schedule, for the specific details relating to other responsibilities of the Department of Jurisdiction.

Upon completion or cancellation of this project, enter the required information and mail **OR** fax this form to the office shown at the bottom of this notice,  **OR**  fill out the electronic version via the NYSDOL website.

---

### NOTICE OF COMPLETION / CANCELLATION OF PROJECT

Date Completed: _____    Date Cancelled: _____

Name & Title of Representative: _____

---

Phone: (518) 457-5589  Fax:  (518) 485-1870
W. Averell Harriman State Office Campus, Bldg. 12, Room 130, Albany, NY 12240

NO TEXT ON THIS PAGE

## General Provisions of Laws Covering Workers on Article 8 Public Work Contracts

### Introduction

The Labor Law requires public work contractors and subcontractors to pay laborers, workers, or mechanics employed in the performance of a public work contract not less than the prevailing rate of wage and supplements (fringe benefits) in the locality where the work is performed.

### Responsibilities of the Department of Jurisdiction

A Department of Jurisdiction (Contracting Agency) includes a state department, agency, board or commission: a county, city, town or village; a school district, board of education or board of cooperative educational services; a sewer, water, fire, improvement and other district corporation; a public benefit corporation; and a public authority awarding a public work contract.

The Department of Jurisdiction (Contracting Agency) awarding a public work contract MUST obtain a Prevailing Rate Schedule listing the hourly rates of wages and supplements due the workers to be employed on a public work project. This schedule may be obtained by completing and forwarding a "Request for wage and Supplement Information" form (PW 39) to the Bureau of Public Work. The Prevailing Rate Schedule MUST be included in the specifications for the contract to be awarded and is deemed part of the public work contract.

Upon the awarding of the contract, the law requires that the Department of Jurisdiction (Contracting Agency) furnish the following information to the Bureau: the name and address of the contractor, the date the contract was let and the approximate dollar value of the contract. To facilitate compliance with this provision of the Labor Law, a copy of the Department's "Notice of Contract Award" form (PW 16) is provided with the original Prevailing Rate Schedule.

The Department of Jurisdiction (Contracting Agency) is required to notify the Bureau of the completion or cancellation of any public work project. The Department's PW 200 form is provided for that purpose.

Both the PW 16 and PW 200 forms are available for completion online.

### Hours

No laborer, worker, or mechanic in the employ of a contractor or subcontractor engaged in the performance of any public work project shall be permitted to work more than eight hours in any day or more than five days in any week, except in cases of extraordinary emergency. The contractor and the Department of Jurisdiction (Contracting Agency) may apply to the Bureau of Public Work for a dispensation permitting workers to work additional hours or days per week on a particular public work project.

There are very few exceptions to this rule. Complete information regarding these exceptions is available on the "4 Day / 10 Hour Work Schedule" form (PW 30R).

### Wages and Supplements

The wages and supplements to be paid and/or provided to laborers, workers, and mechanics employed on a public work project shall be not less than those listed in the current Prevailing Rate Schedule for the locality where the work is performed. If a prime contractor on a public work project has not been provided with a Prevailing Rate Schedule, the contractor must notify the Department of Jurisdiction (Contracting Agency) who in turn must request an original Prevailing Rate Schedule form the Bureau of Public Work. Requests may be submitted by: mail to NYSDOL, Bureau of Public Work, State Office Bldg. Campus, Bldg. 12, Rm. 130, Albany, NY 12240; Fax to Bureau of Public Work (518) 485-1870; or electronically at the NYSDOL website www.labor.state.ny.us.

Upon receiving the original schedule, the Department of Jurisdiction (Contracting Agency) is REQUIRED to provide complete copies to all prime contractors who in turn MUST, by law, provide copies of all applicable county schedules to each subcontractor and obtain from each subcontractor, an affidavit certifying such schedules were received. If the original schedule expired, the contractor may obtain a copy of the new annual determination from the NYSDOL website www.labor.state.ny.us.

The Commissioner of Labor makes an annual determination of the prevailing rates. This determination is in effect from July 1st through June 30th of the following year. The annual determination is available on the NYSDOL website www.labor.state.ny.us.

### Payrolls and Payroll Records

Every contractor and subcontractor MUST keep original payrolls or transcripts subscribed and affirmed as true under penalty of perjury. Payrolls must be maintained for at least three (3) years from the project's date of completion. At a minimum, payrolls must show the following information for each person employed on a public work project: Name, Address, Last 4 Digits of Social Security Number, Classification(s) in which the worker was employed, Hourly wage rate(s) paid, Supplements paid or provided, and Daily and weekly number of hours worked in each classification.

Every contractor and subcontractor shall submit to the Department of Jurisdiction (Contracting Agency), within thirty (30) days after issuance of its first payroll and every thirty (30) days thereafter, a transcript of the original payrolls, subscribed and affirmed as true under penalty of perjury. The Department of Jurisdiction (Contracting Agency) shall collect, review for facial validity, and maintain such payrolls.

In addition, the Commissioner of Labor may require contractors to furnish, with ten (10) days of a request, payroll records sworn to as their validity and accuracy for public work and private work. Payroll records include, by are not limited to time cards, work description sheets, proof that supplements were provided, cancelled payroll checks and payrolls. Failure to provide the requested information within the allotted ten (10) days will result in the withholding of up to 25% of the contract, not to exceed $100,000.00. If the contractor or subcontractor does not maintain a place of business in New York State and the amount of the contract exceeds $25,000.00, payroll records and certifications must be kept on the project worksite.

The prime contractor is responsible for any underpayments of prevailing wages or supplements by any subcontractor.

All contractors or their subcontractors shall provide to their subcontractors a copy of the Prevailing Rate Schedule specified in the public work contract as well as any subsequently issued schedules. A failure to provide these schedules by a contractor or subcontractor is a violation of Article 8, Section 220-a of the Labor Law.

All subcontractors engaged by a public work project contractor or its subcontractor, upon receipt of the original schedule and any subsequently issued schedules, shall provide to such contractor a verified statement attesting that the subcontractor has received the Prevailing Rate Schedule and will pay or provide the applicable rates of wages and supplements specified therein. (See NYS Labor Laws, Article 8 . Section 220-a).

### Determination of Prevailing Wage and Supplement Rate Updates Applicable to All Counties

The wages and supplements contained in the annual determination become effective July 1st whether or not the new determination has been received by a given contractor. Care should be taken to review the rates for obvious errors. Any corrections should be brought to the Department's attention immediately. It is the responsibility of the public work contractor to use the proper rates. If there is a question on the proper classification to be used, please call the district office located nearest the project. Any errors in the annual determination will be corrected and posted to the NYSDOL website on the first business day of each month. Contractors are responsible for paying these updated rates as well, retroactive to July 1st.

When you review the schedule for a particular occupation, your attention should be directed to the dates above the column of rates. These are the dates for which a given set of rates is effective. To the extent possible, the Department posts rates in its possession that cover periods of time beyond the July 1st to June 30th time frame covered by a particular annual determination. Rates that extend beyond that instant time period are informational ONLY and may be updated in future annual determinations that actually cover the then appropriate July 1st to June 30th time period.

### Withholding of Payments

When a complaint is filed with the Commissioner of Labor alleging the failure of a contractor or subcontractor to pay or provide the prevailing wages or supplements, or when the Commissioner of Labor believes that unpaid wages or supplements may be due, payments on the public work contract shall be withheld from the prime contractor in a sufficient amount to satisfy the alleged unpaid wages and supplements, including interest and civil penalty, pending a final determination.

When the Bureau of Public Work finds that a contractor or subcontractor on a public work project failed to pay or provide the requisite prevailing wages or supplements, the Bureau is authorized by Sections 220-b and 235.2 of the Labor Law to so notify the financial officer of the Department of Jurisdiction (Contracting Agency) that awarded the public work contract. Such officer MUST then withhold or cause to be withheld from any payment due the prime contractor on account of such contract the amount indicated by the Bureau as sufficient to satisfy the unpaid wages and supplements, including interest and any civil penalty that may be assessed by the Commissioner of Labor. The withholding continues until there is a final determination of the underpayment by the Commissioner of Labor or by the court in the event a legal proceeding is instituted for review of the determination of the Commissioner of Labor.

The Department of Jurisdiction (Contracting Agency) shall comply with this order of the Commissioner of Labor or of the court with respect to the release of the funds so withheld.

### Summary of Notice Posting Requirements

The current Prevailing Rate Schedule must be posted in a prominent and accessible place on the site of the public work project. The prevailing wage schedule must be encased in, or constructed of, materials capable of withstanding adverse weather conditions and be titled "PREVAILING RATE OF WAGES" in letters no smaller than two (2) inches by two (2) inches.

The  "Public Work Project" notice must be posted at the beginning of the performance of every public work contract, on each job site.

Every employer providing workers. compensation insurance and disability benefits must post notices of such coverage in the format prescribed by the Workers. Compensation Board in a conspicuous place on the jobsite.

Every employer subject to the NYS Human Rights Law must conspicuously post at its offices, places of employment, or employment training centers, notices furnished by the State Division of Human Rights.

Employers liable for contributions under the Unemployment Insurance Law must conspicuously post on the jobsite notices furnished by the NYS Department of Labor.

## Apprentices

Employees cannot be paid apprentice rates unless they are individually registered in a program registered with the NYS Commissioner of Labor.  The allowable ratio of apprentices to journeyworkers in any craft classification can be no greater than the statewide building trade ratios promulgated by the Department of Labor and included with the Prevailing Rate Schedule.  An employee listed on a payroll as an apprentice who is not registered as above or is performing work outside the classification of work for which the apprentice is indentured, must be paid the prevailing journeyworker's wage rate for the classification of work the employee is actually performing.

NYSDOL Labor Law, Article 8, Section 220-3, require that only apprentices individually registered with the NYS Department of Labor may be paid apprenticeship rates on a public work project.  No other Federal or State Agency of office registers apprentices in New York State.

Persons wishing to verify the apprentice registration of any person must do so in writing by mail, to the NYSDOL Office of Employability Development / Apprenticeship Training, State Office Bldg. Campus, Bldg. 12, Albany, NY  12240 or by Fax to NYSDOL Apprenticeship Training (518) 457-7154.  All requests for verification must include the name and social security number of the person for whom the information is requested.

The only conclusive proof of individual apprentice registration is written verification from the NYSDOL Apprenticeship Training Albany Central office.  Neither Federal nor State Apprenticeship Training offices outside of Albany can provide conclusive registration information.

It should be noted that the existence of a registered apprenticeship program is not conclusive proof that any person is registered in that program.  Furthermore, the existence or possession of wallet cards, identification cards, or copies of state forms is not conclusive proof of the registration of any person as an apprentice.

## Interest and Penalties

In the event that an underpayment of wages and/or supplements is found:

- Interest shall be assessed at the rate then in effect as prescribed by the Superintendent of Banks pursuant to section 14-a of the Banking Law, per annum from the date of underpayment to the date restitution is made.
- A Civil Penalty may also be assessed, not to exceed 25% of the total of wages, supplements, and interest due.

## Debarment

Any contractor or subcontractor and/or its successor shall be ineligible to submit a bid on or be awarded any public work contract or subcontract with any state, municipal corporation or public body for a period of five (5) years when:

- Two (2) willful determinations have been rendered against that contractor or subcontractor and/or its successor within any consecutive six (6) year period.
- There is any willful determination that involves the falsification of payroll records or the kickback of wages or supplements.

## Criminal Sanctions

Willful violations of the Prevailing Wage Law (Article 8 of the Labor Law) may be a felony punishable by fine or imprisonment of up to 15 years, or both.

## Discrimination

No employee or applicant for employment may be discriminated against on account of age, race, creed, color, national origin, sex, disability or marital status.

No contractor, subcontractor nor any person acting on its behalf, shall by reason of race, creed, color, disability, sex or national origin discriminate against any citizen of the State of New York who is qualified and available to perform the work to which the employment relates (NYS Labor Law, Article 8, Section 220-e(a)).

No contractor, subcontractor, nor any person acting on its behalf, shall in any manner, discriminate against or intimidate any employee on account of race, creed, color, disability, sex, or national origin (NYS Labor Law, Article 8, Section 220-e(b) ).

The Human Rights Law also prohibits discrimination in employment because of age, marital status, or religion.

There may be deducted from the amount payable to the contractor under the contract a penalty of $50.00 for each calendar day during which such person was discriminated against or intimidated in violation of the provision of the contract (NYS Labor Law, Article 8, Section 220-e(c) ).

The contract may be cancelled or terminated by the State or municipality.  All monies due or to become due thereunder may be forfeited for a second or any subsequent violation of the terms or conditions of the anti-discrimination sections of the contract (NYS Labor Law, Article 8, Section 220-e(d) ).

Every employer subject to the New York State Human Rights Law must conspicuously post at its offices, places of employment, or employment training centers notices furnished by the State Division of Human Rights.

## Workers' Compensation

In accordance with Section 142 of the State Finance Law, the contractor shall maintain coverage during the life of the contract for the benefit of such employees as required by the provisions of the New York State Workers' Compensation Law.

A contractor who is awarded a public work contract must provide proof of workers' compensation coverage prior to being allowed to begin work.

The insurance policy must be issued by a company authorized to provide workers' compensation coverage in New York State.  Proof of coverage must be on form C-105.2 (Certificate of Workers' Compensation Insurance) and must name this agency as a certificate holder.

If New York State coverage is added to an existing out-of-state policy, it can only be added to a policy from a company authorized to write workers' compensation coverage in this state.  The coverage must be listed under item 3A of the information page.

The contractor must maintain proof that subcontractors doing work covered under this contract secured and maintained a workers' compensation policy for all employees working in New York State.

Every employer providing worker's compensation insurance and disability benefits must post notices of such coverage in the format prescribed by the Workers' Compensation Board in a conspicuous place on the jobsite.

## Unemployment Insurance

Employers liable for contributions under the Unemployment Insurance Law must conspicuously post on the jobsite notices furnished by the New York State Department of Labor.



Andrew M. Cuomo, Governor                                    Peter M. Rivera, Commissioner

Town of Hempstead Dept ofWater

Stephen Laun, Engineer          Schedule Year    2014 through 2015
D&B Engineers & Arch., PC        Date Requested   08/19/2014
330 Crossways Park Drive         PRC#             2014007857
Woodbury   NY 11797


Location       Levittown WD Wells 7A & 8A
Project ID#    3402 - 1
Project Type   Construction of a Packed Tower Aeration System at Levittown Water District Wells 7A and 8A.

## Notice of Contract Award

New York State Labor Law, Article 8, Section 220.3a requires that certain information regarding the awarding of public work contracts, be furnished to the Commissioner of Labor. One "Notice of Contract Award" (PW 16, which may be photocopied), **MUST** be completed for **EACH** prime contractor on the above referenced project.

Upon notifying the successful bidder(s) of this contract, enter the required information and mail **OR** fax this form to the office shown at the bottom of this notice, **OR** fill out the electronic version via the NYSDOL website.

### Contractor Information
#### All information must be supplied

Federal Employer Identification Number: _____

Name: _____

Address: _____

_____

City: _____   State: _____   Zip: _____

Amount of Contract:    $ _____    Contract Type:
                                              [ ]   (01) General Construction
Approximate Starting Date: _____ / _____ / _____    [ ]   (02) Heating/Ventilation
                                              [ ]   (03) Electrical
Approximate Completion Date: _____ / _____ / _____    [ ]   (04) Plumbing
                                              [ ]   (05) Other : _____

Phone: (518) 457-5589  Fax:  (518) 485-1870
W. Averell Harriman State Office Campus, Bldg. 12, Room 130, Albany, NY 12240

NO TEXT ON THIS PAGE

# IMPORTANT NOTICE

## FOR

## CONTRACTORS & CONTRACTING AGENCIES

## <u>Social Security Numbers on Certified Payrolls</u>

The Department of Labor is cognizant of the concerns of the potential for misuse or inadvertent disclosure of social security numbers.  Identity theft is a growing problem and we are sympathetic to contractors' concerns with regard to inclusion of this information on payrolls if another identifier will suffice.

For these reasons, ***the substitution of the use of the <u>last four digits</u> of the social security number on certified payrolls submitted to contracting agencies on public work projects is now acceptable to the Department of Labor.***

**NOTE:  This change does not affect the Department's ability to request and receive the entire social security number from employers during the course of its public work / prevailing wage investigations.**

**To all State Departments, Agency Heads and Public Benefit Corporations
IMPORTANT NOTICE REGARDING PUBLIC WORK ENFORCEMENT FUND**

**Budget Policy & Reporting Manual**

# B-610

## Public Work Enforcement Fund

*effective date December 7, 2005*

## 1. Purpose and Scope:

This Item describes the Public Work Enforcement Fund (the Fund, PWEF) and its relevance to State agencies and public benefit corporations engaged in construction or reconstruction contracts, maintenance and repair, and announces the recently-enacted increase to the percentage of the dollar value of such contracts that must be deposited into the Fund. This item also describes the roles of the following entities with respect to the Fund:

- New York State Department of Labor (DOL),
- The Office of the State of Comptroller (OSC), and
- State agencies and public benefit corporations.

## 2. Background and Statutory References:

DOL uses the Fund to enforce the State's Labor Law as it relates to contracts for construction or reconstruction, maintenance and repair, as defined in subdivision two of Section 220 of the Labor Law. State agencies and public benefit corporations participating in such contracts are required to make payments to the Fund.

Chapter 511 of the Laws of 1995 (as amended by Chapter 513 of the Laws of 1997, Chapter 655 of the Laws of 1999, Chapter 376 of the Laws of 2003 and Chapter 407 of the Laws of 2005) established the Fund.

## 3. Procedures and Agency Responsibilities:

The Fund is supported by transfers and deposits based on the value of contracts for construction and reconstruction, maintenance and repair, as defined in subdivision two of Section 220 of the Labor Law, into which all State agencies and public benefit corporations enter.

Chapter 407 of the Laws of 2005 increased the amount required to be provided to this fund to .10 of one-percent of the total cost of each such contract, to be calculated at the time agencies or public benefit corporations enter into a new contract or if a contract is amended. The provisions of this bill became effective August 2, 2005.

**To all State Departments, Agency Heads and Public Benefit Corporations**
**IMPORTANT NOTICE REGARDING PUBLIC WORK ENFORCEMENT FUND**

OSC will report to DOL on all construction-related ("D") contracts approved during the month, including contract amendments, and then DOL will bill agencies the appropriate assessment monthly. An agency may then make a determination if any of the billed contracts are exempt and so note on the bill submitted back to DOL. For any instance where an agency is unsure if a contract is or is not exempt, they can call the Bureau of Public Work at the number noted below for a determination. Payment by check or journal voucher is due to DOL within thirty days from the date of the billing. DOL will verify the amounts and forward them to OSC for processing.

For those contracts which are not approved or administered by the Comptroller, monthly reports and payments for deposit into the Public Work Enforcement Fund must be provided to the Administrative Finance Bureau at the DOL within 30 days of the end of each month or on a payment schedule mutually agreed upon with DOL.

Reports should contain the following information:

- Name and billing address of State agency or public benefit corporation;
- State agency or public benefit corporation contact and phone number;
- Name and address of contractor receiving the award;
- Contract number and effective dates;
- Contract amount and PWEF assessment charge (if contract amount has been amended, reflect increase or decrease to original contract and the adjustment in the PWEF charge); and
- Brief description of the work to be performed under each contract.

Checks and Journal Vouchers, payable to the "New York State Department of Labor" should be sent to:

Department of Labor
Administrative Finance Bureau-PWEF Unit
Building 12, Room 464
State Office Campus
Albany, NY 12240

Any questions regarding billing should be directed to NYSDOL's Administrative Finance Bureau-PWEF Unit at (518) 457-3624 and any questions regarding Public Work Contracts should be directed to the Bureau of Public Work at (518) 457-5589.

<div style="border: 2px solid black;">

## Construction Industry
# Fair Play Act

## Required Posting For Labor Law
## Article 25-B § 861-d

Construction industry employers must post the "Construction Industry Fair Play Act" notice in a prominent and accessible place on the job site.

Failure to post the notice can result in penalties of up to $1,500 for a first offense and up to $5,000 for a second offense.

The posting is included as part of this wage schedule. Additional copies may be obtained from the NYS DOL website, www.labor.ny.gov.

If you have any questions concerning the Fair Play Act, please call the State Labor Department toll-free at 1-866-435-1499 or email us at: dol.misclassified@labor.state.ny.us .

</div>



New York State Department of Labor
Required Notice under Article 25-B of the Labor Law

## ATTENTION ALL EMPLOYEES, CONTRACTORS AND SUBCONTRACTORS:
## YOU ARE COVERED BY THE
## CONSTRUCTION INDUSTRY FAIR PLAY ACT

**The law says that you are an employee <u>unless</u>:**
- You are free from direction and control in performing your job AND
- You perform work that is not part of the usual work done by the business that hired you AND
- You have an independently established business

Your employer cannot consider you to be an independent contractor unless all three of these facts apply to your work.

### IT IS AGAINST THE LAW FOR AN EMPLOYER TO MISCLASSIFY EMPLOYEES AS INDEPENDENT CONTRACTORS OR PAY EMPLOYEES OFF-THE-BOOKS.

**Employee rights**.  If you are an employee:
- You are entitled to state and federal worker protections such as
  - unemployment benefits, if unemployed through no fault of your own, able to work, and otherwise qualified
  - workers' compensation benefits for on-the-job injuries
  - payment for wages earned, minimum wage, and overtime (under certain conditions)
  - prevailing wages on public work projects
  - the provisions of the National Labor Relations Act and
  - a safe work environment
- It is a violation of this law for employers to retaliate against anyone who asserts their rights under the law.  Retaliation subjects an employer to civil penalties, a private lawsuit or both.

**Independent Contractors:**  If you are an independent contractor:
- You must pay all taxes required by New York State and Federal Law.

**Penalties** for paying off-the-books or improperly treating employees as independent contractors:

- **Civil Penalty**        First Offense:  up to $2,500 per employee.
                           Subsequent Offense(s):  up to $5,000 per employee.

- **Criminal Penalty**     First Offense:  Misdemeanor - up to 30 days in jail, up to a $25,000 fine and debarment from performing Public Work for up to one year.
                           Subsequent Offense(s):  Misdemeanor - up to 60 days in jail, up to a $50,000 fine and debarment from performing Public Work for up to 5 years.

**If you have questions about your employment status or believe that your employer may have violated your rights and you want to file a complaint, call the Department of Labor at 1(866)435-1499 or send an email to <u>dol.misclassified@labor.state.ny.us</u>.  All complaints of fraud and violations are taken seriously and you can remain anonymous.**

**Employer Name:**

IA 999 (09/10)

# WORKER NOTIFICATION

(Labor Law §220, paragraph a of subdivision 3-a)

## *Effective February 24, 2008*

This provision is an addition to the existing prevailing wage rate law, Labor Law §220, paragraph a of subdivision 3-a. It requires contractors and subcontractors to provide written notice to all laborers, workers or mechanics of the *prevailing wage rate* for their particular job classification *on each pay stub*\*. It also requires contractors and subcontractors to *post a notice* at the beginning of the performance of every public work contract *on each job site* that includes the telephone number and address for the Department of Labor and a statement informing laborers, workers or mechanics of their right to contact the Department of Labor if he/she is not receiving the proper prevailing rate of wages and/or supplements for his/her particular job classification. The required notification will be provided with each wage schedule, may be downloaded from our website *www.labor.state.ny.us* or made available upon request by contacting the Bureau of Public Work at 518-457-5589.

\* In the event that the required information will not fit on the pay stub, an accompanying sheet or attachment of the information will suffice.

(11.11)



**New York State Department of Labor**
**Bureau of Public Work**

# Attention Employees

**THIS IS A:**

# PUBLIC WORK PROJECT

If you are employed on this project as a **worker, laborer, or mechanic** you are entitled to receive the **prevailing wage and supplements rate** for the classification at which you are working.

Chapter 629 of the Labor Laws of 2007:

**These wages are set by law and must be posted at the work site.  They can also be found at: www.labor.ny.gov**

---

If you feel that you have not received proper wages or benefits, please call our nearest office.*

| | | | |
|---|---|---|---|
| Albany | (518) 457-2744 | Patchogue | (631) 687-4882 |
| Binghamton | (607) 721-8005 | Rochester | (585) 258-4505 |
| Buffalo | (716) 847-7159 | Syracuse | (315) 428-4056 |
| Garden City | (516) 228-3915 | Utica | (315) 793-2314 |
| New York City | (212) 775-3568 | White Plains | (914) 997-9507 |
| Newburgh | (845) 568-5287 | | |

\*  For New York City government agency construction projects, please contact the Office of the NYC Comptroller at (212) 669-4443,  or www.comptroller.nyc.gov – click on Bureau of Labor Law.

---

Contractor Name: _____

Project Location: _____

PW 101  (10.12)

NO TEXT ON THIS PAGE

# OSHA 10-hour Construction
# Safety and Health Course – S1537-A

## *Effective July 18, 2008*

This provision is an addition to the existing prevailing wage rate law, Labor Law §220, section 220-h.  It requires that on all public work projects of at least $250,000.00, all laborers, workers and mechanics working on the site, be certified as having successfully completed the OSHA 10-hour construction safety and health course. It further requires that the advertised bids and contracts for every public work contract of at least $250,000.00, contain a provision of this requirement.

**NOTE:** *The OSHA 10 Legislation only applies to workers on a public work project that are required, under Article 8, to receive the prevailing wage.*

# <u>Where to find OSHA 10-hour Construction Course</u>

1. NYS Department of Labor website for scheduled outreach training at:

   www.labor.state.ny.us/workerprotection/safetyhealth/DOSH_ONSITE_CONSULTATION.shtm

2. OSHA Training Institute Education Centers:

   **Rochester Institute of Technology OSHA Education Center**
   Rochester, NY
   Donna Winter
   Fax (585) 475-6292
   e-mail:  dlwtpo@rit.edu
   (866) 385-7470 Ext. 2919
   www.rit.edu/~outreach/course.php3?CourseID=54

   **Atlantic OSHA Training Center**
   UMDNJ – School of Public Health
   Piscataway, NJ
   Janet Crooks
   Fax (732) 235-9460
   e-mail:  crooksje@umdnj.edu
   (732) 235-9455
   https://ophp.umdnj.edu/wconnect/ShowSchedule.awp?~~GROUP~AOTCON~10~

   **Atlantic OSHA Training Center**
   University at Buffalo
   Buffalo, New York
   Joe Syracuse
   Fax (716) 829-2806
   e-mail:mailto:japs@buffalo.edu
   (716) 829-2125
   http://www.smbs.buffalo.edu/CENTERS/trc/schedule_OSHA.php

   **Keene State College**
   Manchester, NH
   Leslie Singleton
   e-mail:  lsingletin@keene.edu
   (800) 449-6742
   www.keene.edu/courses/print/courses_osha.cfm

3. List of trainers and training schedules for OSHA outreach training at:

   www.OutreachTrainers.org

# Requirements for OSHA 10 Compliance

Chapter 282 of the Laws of 2007, codified as Labor Law 220-h took effect on July 18, 2008.  The statute provides as follows:

The advertised specifications for every contract for public work of $250,000.00 or more must contain a provision requiring that every worker employed in the performance of a public work contract shall be certified as having completed an OSHA 10 safety training course.  The clear intent of this provision is to require that all employees of public work contractors, required to be paid prevailing rates, receive such training "prior to the performing any work on the project."

The Bureau will enforce the statute as follows:

All contractors and sub contractors must attach a copy of proof of completion of the OSHA 10 course to the first certified payroll submitted to the contracting agency and on each succeeding payroll where any new or additional employee is first listed.

Proof of completion may include but is not limited to:

- Copies of bona fide course completion card  (*Note: Completion cards do not have an expiration date.*)
- Training roster, attendance record of other documentation from the certified trainer pending the issuance of the card.
- Other valid proof

**A certification by the employer attesting that all employees have completed such a course is not sufficient proof that the course has been completed.

Any questions regarding this statute may be directed to the New York State Department of Labor, Bureau of Public Work at 518-485-5696.

# WICKS Reform 2008

(For all contracts advertised or solicited for bid on or after 7/1/08)

- Raises the threshold for public work projects subject to the Wicks Law requiring separate specifications and bidding for the plumbing, heating and electrical work. The total project's threshold would increase from $50,000 to: $3 million in Bronx, Kings, New York, Queens and Richmond counties; $1.5 million in Nassau, Suffolk and Westchester counties; and $500,000 in all other counties.

- For projects below the monetary threshold, bidders must submit a sealed list naming each subcontractor for the plumbing, HVAC and electrical work and the amount to be paid to each. The list may not be changed unless the public owner finds a legitimate construction need, including a change in specifications or costs or use of a Project Labor Agreement (PLA), and must be open to public inspection.

- Allows the state and local agencies and authorities to waive the Wicks Law and use a PLA if it will provide the best work at the lowest possible price. If a PLA is used, all contractors shall participate in apprentice training programs in the trades of work it employs that have been approved by the Department of Labor (DOL) for not less than three years. They shall also have at least one graduate in the last three years and use affirmative efforts to retain minority apprentices. PLA's would be exempt from Wicks, but deemed to be public work subject to prevailing wage enforcement.

- The Commissioner of Labor shall have the power to enforce separate specification requirements on projects, and may issue stop-bid orders against public owners for non-compliance.

- Other new monetary thresholds, and similar sealed bidding for non-Wicks projects, would apply to certain public authorities including municipal housing authorities, NYC Construction Fund, Yonkers Educational Construction Fund, NYC Municipal Water Finance Authority, Buffalo Municipal Water Finance Authority, Westchester County Health Care Association, Nassau County Health Care Corp., Clifton-Fine Health Care Corp., Erie County Medical Center Corp., NYC Solid Waste Management Facilities, and the Dormitory Authority.

- Reduces from 15 to 7 days the period in which contractors must pay subcontractors.

# IMPORTANT INFORMATION

## Regarding Use of Form PW30R

### "Employer Registration for Use of 4 Day / 10 Hour Work Schedule"

## To use the '4 Day / 10 Hour Work Schedule':

There MUST be a *Dispensation of Hours (PW30)* in place on the project

### AND

You MUST register your intent to work 4 / 10 hour days, by completing the PW30R Form.

### REMEMBER...

The '4 Day / 10 Hour Work Schedule' applies ONLY to Job Classifications and Counties listed on the PW30R Form.

Do not write in any additional Classifications or Counties.

(**Please note** : For each Job Classification check the individual wage schedule for specific details regarding their 4/10 hour day posting.)

## Instructions for Completing Form PW30R

### "Employer Registration for Use of 4 Day / 10 Hour Work Schedule"

---

*Before completing Form PW30R check to be sure ...*

- There is a *Dispensation of Hours* in place on the project.

- The 4 Day / 10 Hour Work Schedule applies to the Job Classifications you will be using.

- The 4 Day / 10 Hour Work Schedule applies to the County / Counties where the work will take place.

---

## Instructions (Type or Print legibly):

Contractor Information:
- Enter the Legal Name of the business, FEIN, Street Address, City, State, Zip Code; the Company's Phone and Fax numbers; and the Company's email address (if applicable)

- Enter the Name of a Contact Person for the Company along with their Phone and Fax numbers, and the personal email address (if applicable)

Project Information:
- Enter the Prevailing Rate Case number (PRC#) assigned to this project

- Enter the Project Name / Type (i.e. Smithtown CSD – Replacement of HS Roof)

- Enter the Exact Location of Project (i.e. Smithtown HS, 143 County Route #2, Smithtown,NY; Bldgs. 1 & 2)

- If you are a Subcontractor, enter the name of the Prime Contractor for which you work

- On the Checklist of Job Classifications -
  - Go to pages 2 and 3 of the form
  - Place a checkmark in the box to the right of the Job Classification you are choosing
  - Mark all Job Classifications that apply
    - ***Do not write in any additional Classifications or Counties.***

Requestor Information:
- Enter the name of the person submitting the registration, their title with the company , and the date the registration is filled out

Return Completed Form:
- **Mail** the completed PW30R form (3 pages) to: NYSDOL Bureau of Public Work, SOBC – Bldg.12 – Rm.130, Albany, NY 12240    *-OR -*
- **Fax** the completed PW30R form (3 pages) to:  NYSDOL Bureau of Public Work  at (518)485-1870



**New York State Department of Labor**
**Bureau of Public Work**
W. Averell Harriman State Office Campus
Building 12 - Room 130
Albany, New York  12240
Phone - (518) 457-5589   Fax - (518) 485-1870

## Employer Registration for Use of 4 Day / 10 Hour Work Schedule

*Before completing Form PW30R check to be sure …*
There is a *Dispensation of Hours* in place on the project.
The 4 Day / 10 Hour Work Schedule applies to the Job Classifications you will be using.
The 4 Day / 10 Hour Work Schedule applies to the County / Counties where the work will take place.

### Please Type or Print the Requested Information

*When completed …*
Mail to NYSDOL Bureau of Public Work, SOBC, Bldg. 12, Rm.130, Albany, NY  12240
-or-
Fax to NYSDOL Bureau of Public Work at (518) 485-1870

## Contractor Information

Company Name: _____   FEIN: _____

Address: _____

City: _____   State: _____   Zip Code: _____

Phone Number _____   Fax Number: _____   Email Address: _____

Contact Person: _____

Phone No: _____   Fax No: _____   Email: _____

## Project Information

Project PRC#: _____   Project Name/Type: _____

Exact Location
of Project: _____   County: _____

(If you are Subcontractor)
Prime Contractor Name: _____

Job Classification(s) to Work 4/10 Schedule:   *(Choose all that apply on Job Classification Checklist - Pages 3-6)*
*** Do not write in any additional Classifications or Counties ***

## Requestor Information

Name: _____

Title: _____   Date : _____

**Please use the list below with the number assigned to each county as a reference to the corresponding numbers listed in the following pages under "Entire Counties" & "Partial Counties".**

| | | | | |
|---|---|---|---|---|
| 1. | Albany  County | 33. | Oneida County |
| 2. | Allegany County | 34. | Onondaga County |
| 3. | Bronx County | 35. | Ontario County |
| 4. | Broome County | 36. | Orange County |
| 5. | Cattaraugus County | 37. | Orleans County |
| 6. | Cayuga County | 38. | Oswego County |
| 7. | Chautauqua County | 39. | Otsego County |
| 8. | Chemung County | 40. | Putnam County |
| 9. | Chenango County | 41. | Queens County |
| 10. | Clinton County | 42. | Rensselaer County |
| 11. | Columbia County | 43. | Richmond County (Staten Island) |
| 12. | Cortland County | 44. | Rockland County |
| 13. | Delaware County | 45. | Saint Lawrence County |
| 14. | Dutchess County | 46. | Saratoga County |
| 15. | Erie County | 47. | Schenectady County |
| 16. | Essex County | 48. | Schoharie County |
| 17. | Franklin County | 49. | Schuyler County |
| 18. | Fulton county | 50. | Seneca County |
| 19. | Genesee County | 51. | Steuben County |
| 20. | Greene County | 52. | Suffolk County |
| 21. | Hamilton County | 53. | Sullivan County |
| 22. | Herkimer County | 54. | Tioga County |
| 23. | Jefferson County | 55. | Tompkins County |
| 24. | Kings County (Brooklyn) | 56. | Ulster County |
| 25. | Lewis County | 57. | Warren county |
| 26. | Livingston County | 58. | Washington County |
| 27. | Madison County | 59. | Wayne County |
| 28. | Monroe County | 60. | Westchester County |
| 29. | Montgomery County | 61. | Wyoming County |
| 30. | Nassau County | 62. | Yates County |
| 31. | New York County (Manhattan) | | |
| 32. | Niagara County | | |

# Job Classification Checklist

**(Place a checkmark by all classifications that will be using the 4/10 schedule)**

*** Do not write in any additional Classifications or Counties ***

| Job Classification | Tag # | Entire Counties | Partial Counties | Check Box |
|---|---|---|---|---|
| Carpenter-Building | 276B-All | 7 | 2 ,5 | ☐ |
| Carpenter-Building | 276B-Cat | 15 | 5 | ☐ |
| Carpenter - Building | 276-B-DW-LIV | 26, 28, 35, 59 | 61 | ☐ |
| Carpenter-Building | 276B-Gen | 19, 32, 37 | 61 | ☐ |
| Carpenter-Floor Layers | 276B-FL-Liv | 26, 28, 35, 59 | 61 | ☐ |
| Carpenter-Heavy&Highway | 276HH-All | 2, 5, 7 | | ☐ |
| Carpenter-Heavy&Highway | 276HH-Erie | 15 | | ☐ |
| Carpenter-Heavy&Highway | 276HH- Gen | 19, 32, 37, 61 | | ☐ |
| Carpenter-Heavy&Highway | 276HH-Liv | 26, 28, 35, 59 | | ☐ |
| Carpenter-Residential | 276R-All | 7 | 2, 5 | ☐ |
| Carpenter - Building | 277B-Bro | 4, 54 | | ☐ |
| Carpenter - Building | 277B-CAY | 6, 50, 62 | | ☐ |
| Carpenter - Building | 277B-CS | 8, 12, 49, 51, 55 | 2 | ☐ |
| Carpenter - Building | 277 JLS | 23, 25, 45 | | ☐ |
| Carpenter - Building | 277 omh | 22, 27, 33 | | ☐ |
| Carpenter - Building | 277 On | 34 | | ☐ |
| Carpenter - Building | 277 Os | 38 | | ☐ |
| Carpenter - Building | 277CDO Bldg | 9, 13, 39 | | ☐ |
| Carpenter - Heavy&Highway | 277CDO HH | 9, 13, 39 | | ☐ |
| Carpenter - Heavy&Highway | 277HH-BRO | 4, 6, 8, 12, 49, 50, 51, 54, 55, 62 | | ☐ |
| Carpenter - Heavy/Highway | 277 oneida | 22, 23, 25, 27, 33, 34, 38, 45 | | ☐ |
| Carpenter - Building | 291B-Alb | 1, 18, 20, 29, 42, 47, 48 | | ☐ |
| Carpenter - Building | 291B-Cli | 10, 16, 17 | | ☐ |
| Carpenter - Building | 291B-Ham | 21, 57, 58 | | ☐ |
| Carpenter - Building | 291B-Sar | 46 | | ☐ |
| Carpenter - Heavy&Highway | 291HH-Alb | 1, 10, 16, 17,18, 20, 21, 29, 42, 46, 47, 48, 57, 58 | | ☐ |
| Electrician | 25m | 30, 52 | | ☐ |
| Electrician-Teledata Cable Splicer | 43 | 12, 22, 27, 33, 38 | 6, 9, 34, 39, 55, 59 | ☐ |

# Job Classification Checklist

**(Place a checkmark by all classifications that will be using the 4/10 schedule)**

*** Do not write in any additional Classifications or Counties ***

| Job Classification | Tag # | Entire Counties | Partial Counties | Check Box |
|---|---|---|---|---|
| Electrician | 86 | 26, 28 | 19, 35, 37, 59, 61 | |
| Electrician | 840Teledata and 840 Z1 | 62 | 6, 34, 35, 50, 59 | |
| Electrician | 910 | 10, 16, 17, 23, 25, 45 | | |
| Electrician Lineman | 1049Line/Gas | 30, 41, 52 | | |
| Electrician Lineman | 1249a | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 32, 33, 34, 35, 36, 37, 38, 39, 40, 42, 44, 46, 47, 48, 49, 50, 45, 51, 53, 54, 55, 56, 57, 58, 59, 61, 62 | | |
| Electrical Lineman | 1249a West | 60 | | |
| Electrical Lineman | 1249a-LT | 1, 2, 4, 5, 6, 7, 8, 9, 10, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 32, 33, 34, 35, 37, 38, 39, 42, 46, 47, 48, 49, 50, 45, 51, 53, 54, 55, 57, 58, 59, 61, 62 | | |
| Electrical Lineman | 1249aREG8LT | 11, 14, 36, 40, 44, 56 | | |
| Electrical Lineman | 1249aWestLT | 60 | | |
| Elevator Constructor | 138 | 11, 14, 20, 36, 40, 53, 56 | 13, 44, 60 | |
| Elevator Constructor | 14 | 2, 5, 7, 15, 19, 32, 37, 61 | | |
| Elevator Constructor | 27 | 8, 26, 28, 35, 49, 50, 51, 59, 62 | | |
| Elevator Constructor | 35 | 1, 10, 16, 18, 21, 22, 29, 39, 42, 46, 47, 48, 57, 58 | | |
| Elevator Constructor | 62.1 | 4, 6, 9, 12, 23, 25, 27, 33, 34, 38, 45, 54, 55 | 13 | |
| Glazier | 201 | 1, 10, 11, 16, 17, 18, 20, 21, 29, 42, 46, 47, 48, 57, 58 | | |
| Glazier | 660r | 2, 5, 7, 15, 19, 32, 37, 61 | | |
| Glazier | 660 | 2, 5, 7, 15, 19, 32, 37, 61 | | |
| Glazier | 677.1 | 23, 25, 26, 28, 35, 45, 50, 59, 62 | | |
| Glazier | 677Z-2 | 6, 12, 22, 27, 33, 34, 38 | | |
| Glazier | 677z3 | 4, 8, 9, 13, 39, 49, 51, 54, 55 | | |
| Glazier | 677r.2 | 6, 12, 22, 27, 33, 34, 38 | | |
| Insulator - Heat & Frost | 30-Syracuse | 4, 6, 8, 9, 12, 22, 23, 25, 27, 33, 34, 38, 39, 49, 50, 45, 54, 55 | | |
| Laborers - Building | 322-2H | 17, 23, 25, 45 | | |
| Laborers - Building | 785(7) | 4 | 9, 13, 54 | |

# Job Classification Checklist

## (Place a checkmark by all classifications that will be using the 4/10 schedule)

*** Do not write in any additional Classifications or Counties***

| Job Classification | Tag # | Entire Counties | Partial Counties | Check Box |
|---|---|---|---|---|
| Laborers - Building | 785B-CS | 8, 51 | 49 | |
| Laborers- Heavy & Highway | 322/2h | 17, 23, 25, 45 | | |
| Laborers- Heavy & Highway | 7-785b | 12, 55 | 49, 54 | |
| Laborers Heavy & Highway | 785(7) | 4 | 9, 13, 54 | |
| Laborer - Heavy & Highway | 785HH-CS | 8, 51 | 49 | |
| Laborer - Building | 621b | 2, 7 | 5 | |
| Laborer - Residential | 621r | 2, 7 | 5 | |
| Mason-Building | 3b-Co-Z2 | 8, 49, 51 | 2 | |
| Mason-Building | 3B-Z1 | 19, 26, 28, 35, 50, 59, 61, 62 | | |
| Mason-Building-Residential | 3B-Z1R | 19, 26, 28, 35, 50, 59, 61, 62 | | |
| Mason-Building | 3B-Bing-Z2 | 4, 9, 13, 39, 54 | | |
| Mason-Building | 3B-Ith-Z2 | 12, 55 | | |
| Mason-Building | 3B-Jam-Z2 | 7 | 2, 5 | |
| Mason-Building-Residential | 3B-Jam-Z2R | 2, 4, 8, 7, 9, 12, 39, 13, 49, 51, 54, 55 | 5 | |
| Mason-Building | 3B-Z3 | 15, 32, 37 | 5 | |
| Mason-Building-Residential | 3B-Z3R | 15, 32, 37 | 5 | |
| Mason-Heavy Highway | 3h | 2, 4, 8, 7, 9, 12, 13, 19, 26, 28, 35, 37, 39, 49, 50, 51, 54, 55, 59, 61, 62 | 5, 15, 32 | |
| Mason-Tile Finisher | 3TF-Z1 | 19, 26, 28, 35, 50, 59, 61, 62 | | |
| Mason-Tile Finisher | 3TF-Z2 | 2, 4, 8, 7, 9, 12, 13, 39, 49, 51, 54, 55 | 5 | |
| Mason-Tile Finisher | 3TF-Z3 | 15, 32, 37 | 5 | |
| Mason-Tile Finisher | 3TF-Z1R | 19, 26, 28, 35, 50, 59, 61, 62 | | |
| Mason-Tile Finisher | 3TF-Z2R | 2, 4, 7, 9, 12, 13, 39, 49, 51, 54, 55 | 5 | |
| Mason-Tile Finisher | 3TF-Z3R | 15, 32, 37 | 5 | |
| Mason-Tile Setter | 3TS-Z1 | 19, 26, 28, 35, 50, 59, 61, 62 | | |

# Job Classification Checklist

## (Place a checkmark by all classifications that will be using the 4/10 schedule)

### *** Do not write in any additional Classifications or Counties ***

| *Job Classification* | Tag # | Entire Counties | Partial Counties | Check Box |
|---|---|---|---|---|
| Mason-Tile Setter Residential | 3TS-Z2R | 2, 4, 7, 8, 9, 12, 13, 39, 49, 51, 54, 55 | 5 | ☐ |
| Mason-Tile Setter Residential | 3TS-Z3R | 15, 32, 37 | 5 | ☐ |
| Mason - Building/Heavy&Highway | 780 | 3, 24, 30, 31, 41, 43, 52 | | ☐ |
| Operating Engineer - Heavy/Highway | 137H/H | 40, 60 | 14 | ☐ |
| Operating Engineer  - Heavy& Highway | 832H | 2, 8, 26, 28, 35, 49, 51, 59, 62 | 19 | ☐ |
| Painter | 150 | 28, 59, 62 | 26, 35 | ☐ |
| Painter | 178 B | 4, 9, 54 | | ☐ |
| Painter | 178 E | 8, 49 | 51 | ☐ |
| Painter | 178 I | 12, 55 | | ☐ |
| Painter | 178 O | 13, 39 | | ☐ |
| Painter | 31 | 6, 22, 27, 33, 34, 50 | 25, 35, 38 | ☐ |
| Painter | 38.O | | 38 | ☐ |
| Painter | 38.W | 23, 45 | 25 | ☐ |
| Painter | 4-Buf,Nia,Olean | 2, 15, 19, 32, 37, 61 | 5, 7, 26, 51 | ☐ |
| Painter | 4-Jamestown | | 5, 7 | ☐ |
| Sheetmetal Worker | 46 | 26, 28, 35, 50, 59, 62 | | ☐ |
| Sheetmetal Worker | 46r | 26, 28, 35, 50, 59, 62 | | ☐ |
| Teamsters-Heavy&Highway | 294h/h | 1, 11, 18, 20, 29, 42, 46, 47, 48, 58 | 57 | ☐ |
| Teamsters-Heavy&Highway | 317bhh | 6, 12, 50, 51, 55, 62 | 2 | ☐ |
| Teamsters-Building/Heavy&Highway | 456 | 40, 60 | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857

## Introduction to the Prevailing Rate Schedule

**Information About Prevailing Rate Schedule**

This information is provided to assist you in the interpretation of particular requirements for each classification of worker contained in the attached Schedule of Prevailing Rates.

**Classification**

It is the duty of the Commissioner of Labor to make the proper classification of workers taking into account whether the work is heavy and highway, building, sewer and water, tunnel work, or residential, and to make a determination of wages and supplements to be paid or provided. It is the responsibility of the public work contractor to use the proper rate. If there is a question on the proper classification to be used, please call the district office located nearest the project. District office locations and phone numbers are listed below.

Prevailing Wage Schedules are issued separately for "General Construction Projects" and "Residential Construction Projects" on a county-by-county basis.

General Construction Rates apply to projects such as: Buildings, Heavy & Highway, and Tunnel and Water & Sewer rates.

Residential Construction Rates generally apply to construction, reconstruction, repair, alteration, or demolition of one family, two family, row housing, or rental type units intended for residential use.

Some rates listed in the Residential Construction Rate Schedule have a very limited applicability listed along with the rate.  Rates for occupations or locations not shown on the residential schedule must be obtained from the General Construction Rate Schedule.  Please contact the local Bureau of Public Work office before using Residential Rate Schedules, to ensure that the project meets the required criteria.

**Paid Holidays**

Paid Holidays are days for which an eligible employee receives a regular day's pay, but is not required to perform work. If an employee works on a day listed as a paid holiday, this remuneration is in addition to payment of the required prevailing rate for the work actually performed.

**Overtime**

At a minimum, all work performed on a public work project in excess of eight hours in any one day or more than five days in any workweek is overtime.  However, the specific overtime requirements for each trade or occupation on a public work project may differ.  Specific overtime requirements for each trade or occupation are contained in the prevailing rate schedules.

Overtime holiday pay is the premium pay that is required for work performed on specified holidays. It is only required where the employee actually performs work on such holidays.

The applicable holidays are listed under HOLIDAYS: OVERTIME. The required rate of pay for these covered holidays can be found in the OVERTIME PAY section listings for each classification.

**Supplemental Benefits**

Particular attention should be given to the supplemental benefit requirements. In most cases the payment or provision of supplements is for each hour worked (noted in the schedule as 'Per hour worked'). Some classifications require the payment or provision of supplements for each hour paid (noted in the schedule as 'Per hour paid'), which require supplements to be paid or provided at a premium rate for premium hours worked. Some classifications may also require the payment or provision of supplements for paid holidays on which no work is performed.

**Effective Dates**

When you review the schedule for a particular occupation, your attention should be directed to the dates above the column of rates.  These are the dates for which a given set of rates is effective.  The rate listed is valid until the next effective rate change or until the new annual determination which takes effect on July 1 of each year.  All contractors and subcontractors are required to pay the current prevailing rates of wages and supplements. If you have any questions please contact the Bureau of Public Work or visit the New York State Department of Labor website (www.labor.state.ny.us) for current wage rate information.

**Apprentice Training Ratios**

The following are the allowable ratios of registered Apprentices to Journey-workers.

For example, the ratio 1:1,1:3 indicates the allowable initial ratio is one Apprentice to one Journeyworker. The Journeyworker must be in place on the project before an Apprentice is allowed. Then three additional Journeyworkers are needed before a second Apprentice is allowed.  The last ratio repeats indefinitely. Therefore, three more Journeyworkers must be present before a third Apprentice can be hired, and so on.

Please call Apprentice Training Central Office at (518) 457-6820 if you have any questions.

| Title (Trade) | Ratio |
|---|---|
| Boilermaker (Construction) | 1:1,1:4 |
| Boilermaker (Shop) | 1:1,1:3 |
| Carpenter (Bldg.,H&H, Pile Driver/Dockbuilder) | 1:1,1:4 |
| Carpenter (Residential) | 1:1,1:3 |

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857

| | |
|---|---|
| Electrical (Outside) Lineman | 1:1,1:2 |
| Electrician (Inside) | 1:1,1:3 |
| Elevator/Escalator Construction & Modernizer | 1:1,1:2 |
| Glazier | 1:1,1:3 |
| Insulation & Asbestos Worker | 1:1,1:3 |
| Iron Worker | 1:1,1:4 |
| Laborer | 1:1,1:3 |
| Mason | 1:1,1:4 |
| Millwright | 1:1,1:4 |
| Op Engineer | 1:1,1:5 |
| Painter | 1:1,1:3 |
| Plumber & Steamfitter | 1:1,1:3 |
| Roofer | 1:1,1:2 |
| Sheet Metal Worker | 1:1,1:3 |
| Sprinkler Fitter | 1:1,1:2 |

If you have any questions concerning the attached schedule or would like additional information, please contact the nearest BUREAU of PUBLIC WORK District Office or write to:

New York State Department of Labor
Bureau of Public Work
State Office Campus, Bldg. 12
Albany, NY 12240

| District Office Locations: | Telephone # | FAX # |
|---|---|---|
| Bureau of Public Work - Albany | 518-457-2744 | 518-485-0240 |
| Bureau of Public Work - Binghamton | 607-721-8005 | 607-721-8004 |
| Bureau of Public Work - Buffalo | 716-847-7159 | 716-847-7650 |
| Bureau of Public Work - Garden City | 516-228-3915 | 516-794-3518 |
| Bureau of Public Work - Newburgh | 845-568-5287 | 845-568-5332 |
| Bureau of Public Work - New York City | 212-775-3568 | 212-775-3579 |
| Bureau of Public Work - Patchogue | 631-687-4882 | 631-687-4904 |
| Bureau of Public Work - Rochester | 585-258-4505 | 585-258-4708 |
| Bureau of Public Work - Syracuse | 315-428-4056 | 315-428-4671 |
| Bureau of Public Work - Utica | 315-793-2314 | 315-793-2514 |
| Bureau of Public Work - White Plains | 914-997-9507 | 914-997-9523 |
| Bureau of Public Work - Central Office | 518-457-5589 | 518-485-1870 |

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

**Nassau County General Construction**

**Asbestos Worker**                                                                                      **08/01/2014**

**JOB DESCRIPTION** Asbestos Worker                                        **DISTRICT** 4
**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk
**WAGES**
Per Hour:                                07/01/2014                 12/01/2014
                                                                    Additional

Abestos Worker                           $ 47.00                   $ 0.50**
Removal & Abatement Only*

NOTE: *On Mechanical Systems that are NOT to be SCRAPPED. To be allocated to (**) To be allocated at a later date

**SUPPLEMENTAL BENEFITS**
Per Hour:

Asbestos Worker                          $ 4.70
Removal & Abatement Only
**OVERTIME PAY**
See (B, B2, *E, J) on OVERTIME PAGE
Hours worked on Saturdays are paid at time and one half only if forty hours have been worked during the week.
**HOLIDAY**
Paid:            See (1) on HOLIDAY PAGE
Overtime:        See (5, 6, 8) on HOLIDAY PAGE
**REGISTERED APPRENTICES**
Apprentice Removal & Abatement Only:
1000 hour terms at the following percentage of Journeyman's rates.
           1st        2nd        3rd        4th
           78%        80%        83%        89%


SUPPLEMENTAL BENEFIT
Per Hour:

Apprentice
Removal & Abatement                      $ 4.70
                                                                       4-12a - Removal Only

**Boilermaker**                                                                                      **08/01/2014**

**JOB DESCRIPTION** Boilermaker                                            **DISTRICT** 4
**ENTIRE COUNTIES**
Bronx, Dutchess, Kings, Nassau, New York, Orange, Putnam, Queens, Richmond, Rockland, Suffolk, Sullivan, Ulster, Westchester
**WAGES**
Per Hour:                                07/01/2014                 01/01/2015

Boilermaker                              $ 50.45                   $ 51.56
Repairs & Renovations                    $ 50.45                   $ 51.56
**SUPPLEMENTAL BENEFITS**
Per Hour:                                07/01/2014                 01/01/2015

Boilermaker                              32% of hourly             32% of hourly
Repairs & Renovations                    Wage Paid                 Wage Paid
                                         + $25.16                  + $25.19

NOTE: "Hourly Wage Paid" shall include any and all premium(s) pay.

Repairs & Renovation Includes replacement of parts and repairs & renovation of existing unit.


**OVERTIME PAY**
OVERTIME PAY
See (D, O) on OVERTIME PAGE
HOLIDAY
Paid: See (8, 16, 23, 24) on HOLIDAY PAGE

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Overtime: See (5, 6, 11, 12, 15, 25) on HOLIDAY PAGE
NOTE: *Employee must work in pay week to receive Holiday Pay.
**Boilermarker gets 4 times the hourly wage rate for working on Labor Day.
***Repairs & Renovation see (B,E,Q) on HOLIDAY PAGE

**HOLIDAY**

**REGISTERED APPRENTICES**
Wage per hour:
(1/2) Year Terms at the following pecentage of Boilermaker's Wage

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 65% | 65% | 70% | 75% | 80% | 85% | 90% | 95% |

Supplemental Benefits Per Hour:

| Apprentice(s) | 07/01/2014 32% of Hourly Wage Paid plus amount below | 01/01/2015 32% of Hourly Wage Plus Amount Below |
|---|---|---|
| 1st Term | $ 19.25 | $ 19.27 |
| 2nd Term | 20.10 | 20.11 |
| 3rd Term | 20.94 | 20.95 |
| 4th Term | 21.78 | 21.80 |
| 5th Term | 22.62 | 22.65 |
| 6th Term | 23.47 | 23.49 |
| 7th Term | 24.31 | 24.33 |

NOTE: "Hourly Wage Paid" shall include any and all premium(s)

4-5

---

| **Carpenter** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Carpenter                          **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Rockland, Westchester
**PARTIAL COUNTIES**
Orange:  South of but including the following, Waterloo Mills, SlateHill, New Hampton, Goshen, Blooming Grove, Mountainville, east to the Hudson River.
Putnam:  South of but including the following, Cold Spring, TompkinsCorner, Mahopac, Croton Falls, east to Connecticut border.
Suffolk:  West of Port Jefferson and Patchoque Road to Route 112 tothe Atlantic Ocean.

**WAGES**
Per hour:

|  | 07/01/2014 | 10/17/2014 |
|---|---|---|
| Core Drilling: | | |
| Driller | $ 35.71 | $ 37.72 |
| Driller Helper | $ 28.60 | $ 30.54 |

Additional Helpers: One (1) year increments. This is not an apprenticeship for Driller:

|  | | |
|---|---|---|
| Helper 1st year | $ 20.02 | $ 20.02 |
| Helper 2nd year | 22.88 | 22.88 |
| Helper 3rd year | 25.74 | 25.74 |
| Helper 4th year | 28.60 | 28.60 |

Note: Hazardous Waste Pay Differential:
        For Level C, an additional 10% above wage rate per hour
        For Level B, an additional 10% above wage rate per hour
        For Level A, an additional 10% above wage rate per hour
Note: When required to work on water: an additional $ 0.50 per hour.

**SUPPLEMENTAL BENEFITS**
Per hour paid:

|  | 07/01/2014 | 10/17/2014 |
|---|---|---|
| Driller and All Helpers | $21.69 | $ 21.69 |

**OVERTIME PAY**
OVERTIME:            See (B,E,K*,P,R**) on OVERTIME PAGE.

**HOLIDAY**

| | |
|---|---|
| Paid: | See (5,6) on HOLIDAY PAGE. |
| Overtime: | * See (5,6) on HOLIDAY PAGE. |
| | ** See (8,10,11,13) on HOLIDAY PAGE. |

8-1536-CoreDriller

---

| **Carpenter** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Carpenter                                          DISTRICT  8

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**
Per Hour:
                              07/01/2014

Timberman           $ 44.33

**SUPPLEMENTAL BENEFITS**
Per Hour:
                              07/01/2014

                              $ 45.36

**OVERTIME PAY**
See (B, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**

| | |
|---|---|
| Paid: | See (18,19) on HOLIDAY PAGE. |
| Paid: for 1st & 2nd yr. Apprentices | See (5,6,11,13,16,18,19,25) |
| Overtime: | See (5,6,11,13,16,18,19,25) on HOLIDAY PAGE. |

**REGISTERED APPRENTICES**
Wages per hour:
( 1 ) year terms:

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| $17.73 | $22.16 | $28.81 | $35.46 |

Supplemental benefits per hour:
                    $ 30.86

8-1556 Tm

---

| **Carpenter** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Carpenter                                          DISTRICT  8

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Putnam, Queens, Richmond, Rockland, Suffolk, Westchester

**WAGES**
Per hour:
                              07/01/2014

Building
Millwright           $ 48.44

**SUPPLEMENTAL BENEFITS**
Per hour paid:

Millwright           $ 50.49

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE

**HOLIDAY**

| | |
|---|---|
| Paid: | See (18,19)* on HOLIDAY PAGE. |
| Overtime | See (5,6,8,11,13,18,19,25) on HOLIDAY PAGE. |

* must show up to work

**REGISTERED APPRENTICES**

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Wages per hour is Pecentage of Journeyworkers wage:

(1) year terms:

| | 1st. | 2nd. | 3rd. | 4th. |
|---|---|---|---|---|
| | $26.64 | $31.49 | $36.33 | $46.02 |

Supplemental benefits per hour paid:

(1) year terms:

| | 1st. | 2nd. | 3rd. | 4th. |
|---|---|---|---|---|
| | $32.81 | $36.15 | $40.63 | $46.21 |

8-740.1

---

| **Carpenter** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Carpenter                                    DISTRICT  8

**ENTIRE COUNTIES**
Bronx, Dutchess, Kings, Nassau, New York, Orange, Putnam, Queens, Richmond, Rockland, Suffolk, Westchester

**WAGES**
Per Hour:                    07/01/2014

Marine Construction:

| | |
|---|---|
| Marine Diver | $ 61.30 |
| Marine Tender | 43.45 |

**SUPPLEMENTAL BENEFITS**
Per Hour Paid:

| | |
|---|---|
| Journeyman | $ 46.09 |

**OVERTIME PAY**
See (B, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**
Paid:             See (18, 19) on HOLIDAY PAGE
Overtime:       See (5, 6, 10, 11, 13, 16, 18, 19) on HOLIDAY PAGE

8-1456MC

---

| **Carpenter** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Carpenter                                    DISTRICT  8

**ENTIRE COUNTIES**
Bronx, Dutchess, Kings, Nassau, New York, Orange, Putnam, Queens, Richmond, Rockland, Suffolk, Westchester

**WAGES**
Per hour:                    07/01/2014

Carpet/Resilient
Floor Coverer              $ 49.88

INCLUDES HANDLING & INSTALLATION OF ARTIFICIAL TURF AND SIMILAR TURF INDOORS/OUTDOORS.

**SUPPLEMENTAL BENEFITS**
Per hour paid:

Floor Coverer              $ 44.07

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE

**HOLIDAY**
Paid:             See (18, 19)on HOLIDAY PAGE.

Paid: for 1st & 2nd yr.
Apprentices       See (5,6,11,13,16,18,19,25)

Overtime:         See (5,6,11,13,16,18,19,25) on HOLIDAY PAGE.

**REGISTERED APPRENTICES**

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Wage per hour is Pecentage of Journeyworkers Wage

(1) year terms:

|       | 1st.    | 2nd.    | 3rd.    | 4th.    |
|-------|---------|---------|---------|---------|
|       | $19.95  | $24.94  | $32.42  | $39.90  |

Supplemental benefits per hour:

$ 30.22

8-2287

| **Carpenter** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION**  Carpenter                                    **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Putnam, Queens, Richmond, Rockland, Suffolk, Westchester

**WAGES**
Per hour:                          07/01/2014

Piledriver                         $ 48.35
Dockbuilder                        $ 48.35

**SUPPLEMENTAL BENEFITS**
Per hour paid:

Journeyworker                      $ 46.09

**OVERTIME PAY**
See (B, E2, O) on OVERTIME PAGE

**HOLIDAY**
Paid:                              See (18,19)on HOLIDAY PAGE.

Paid: for 1st & 2nd yr.
Apprentices                        See (5,6,11,13,16,18,19,25)

Overtime:                          See (5,6,11,13,16,18,19,25) on HOLIDAY PAGE.

**REGISTERED APPRENTICES**
Wages per hour
(1)year terms:

|       | 1st     | 2nd     | 3rd     | 4th     |
|-------|---------|---------|---------|---------|
|       | $19.34  | $24.17  | $31.43  | $38.68  |

Supplemental benefits per hour:

Apprentices                        $ 31.23

8-1556 Db

| **Carpenter** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION**  Carpenter                                    **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Kings, New York, Putnam, Queens, Richmond

**PARTIAL COUNTIES**
Nassau:  That portion of the county that lies west of Seaford Creekand south of the Southern State Parkway.

**WAGES**
Per hour:                          07/01/2014

Show Exibit/
Carpenter                          $ 48.38

**SUPPLEMENTAL BENEFITS**
Per hour paid:

Show Exibit/

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Carpenter                $ 42.67

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE

**HOLIDAY**
Paid:                    See (18,19) on HOLIDAY PAGE.

Paid:for 1st & 2nd yr.
Apprentices              See (5,6,11,13,16,18,19,25)

Overtime:                See (5,6,11,13,16,18,19,25) on HOLIDAY PAGE.

**REGISTERED APPRENTICES**
Wages per hour is Pecentage of Journeyworkers Wage

(1) year terms:
|      | 1st.    | 2nd.    | 3rd.    | 4th.    |
|------|---------|---------|---------|---------|
|      | $19.35  | $24.19  | $31.45  | $38.70  |

Supplemental benefits per hour:
Apprentices              $ 29.52

8-EXHIB

---

**Carpenter - Building**                                    **08/01/2014**

**JOB DESCRIPTION**  Carpenter - Building                **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Kings, New York, Queens, Richmond
**PARTIAL COUNTIES**
Nassau:  Work preformed south of the Southern State Parkway and west of the Seaford Creek.
**WAGES**
Per hour:                07/01/2014

Building:
Carpenter                $49.88

**SUPPLEMENTAL BENEFITS**
Per hour paid:

Building:
Carpenter                $ 44.07

**OVERTIME PAY**
See (B, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**
Paid:                    See (18,19) on HOLIDAY PAGE.

Paid: for 1st & 2nd yr.
Apprentices              See (5,6,11,13,16,18,19,25)

Overtime:                See (5,6,11,13,16,18,19,25) on HOLIDAY PAGE.

**REGISTERED APPRENTICES**
Wage per hour:

(1) year terms:
|          | 1st    | 2nd    | 3rd    | 4th    |
|----------|--------|--------|--------|--------|
| Building | $19.95 | $24.94 | $32.42 | $39.90 |

Supplemental benefits per hour for all Apprentices:

Building                 $ 30.22

8-NYC Bldg.

---

**Carpenter - Building / Heavy&Highway**                  **08/01/2014**

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

**JOB DESCRIPTION**  Carpenter - Building / Heavy&Highway          **DISTRICT** 4

**ENTIRE COUNTIES**
Suffolk

**PARTIAL COUNTIES**
Nassau:  Work performed "North of Southern State Parkway and East of Seaford Creek"

**WAGES**
Per Hour:                          07/01/2014

| | |
|---|---|
| Carpenter (Building) | $ 46.72 |
| Carpenter (Heavy Highway) | $ 46.72 |

"NOTE" ADD 15% to straight time hourly wage for NEW YORK STATE D.O.T. and other GOVERMENTAL MANDATED Off-Shift Work.

**SUPPLEMENTAL BENEFITS**
Per Hour:

Both Carpenter
Categories                     $ 29.49

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE

**HOLIDAY**
Paid:                        See (1) on HOLIDAY PAGE
Overtime:                     See (5, 6, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
One(1) Year Terms at the following:
Per Hour:

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| $ 18.14 | $ 23.98 | $ 27.88 | $ 31.78 |

Supplemental Benefits
Per Hour:

All Terms:  $ 16.00

                                                      4-Reg.Council Nass/Suff

---

**Electrician**                                                    **08/01/2014**

**JOB DESCRIPTION**  Electrician                          **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:                          07/01/2014
Electrician
Pump & Tank              $ 40.05

**SUPPLEMENTAL BENEFITS**
Per Hour:

Electrician
Pump & Tank              65.25%
                         of *Wage
                         Paid

*Wage Paid includes any and all Premiums

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE

**HOLIDAY**
Paid:                        See (1) on HOLIDAY PAGE
Overtime:                     See (5, 6, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

1 Year Terms at the Following:

Per Hour:

| | |
|---|---|
| 1st Term | $ 14.02 |
| 2nd Term | $ 16.02 |
| 3rd Term | $ 18.02 |
| 4th Term | $ 20.03 |
| 5th Term | $ 26.03 |
| 6th Term | $ 30.04 |

SUPPLEMENTAL BENEFITS

Per Hour:

| | |
|---|---|
| All Terms | 65.25% of *Wage Paid |

*Wage Paid includes any and all Premiums

4-25 Pump & Tank

**Electrician**                                                                                      **08/01/2014**

**JOB DESCRIPTION**  Electrician                                     **DISTRICT**  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 | 04/25/2015 |
|---|---|---|
| Electrician/Wireman | $ 49.20 | $ 50.45 |
| HVAC Controls | 49.20 | 50.45 |
| Fire Alarms | 49.20 | 50.45 |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | 07/01/2014 | 04/25/2015 |
|---|---|---|
| Electrcian/Wireman (all catagories) | 16.0% of Hourly Wage Paid + $22.14 | 16.0% of Hourly Wage Paid + $23.08 |

NOTE: "Hourly Wage Paid" shall include any and all premium[s]

**OVERTIME PAY**
See (B, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**
Paid:                    See (1) on HOLIDAY PAGE
Overtime:            See (5, 6, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
One(1) Year Terms at the following Percetage of Journeyman(s) Wage:

Apprentices with start dates PRIOR TO 10/02/2010:

| 4th | 5th | 6th |
|---|---|---|
| 50% | 60% | 70% |

Apprentices with start dates AFTER 10/02/2010:

| 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|
| 35% | 40% | 45% | 55% | 65% | 75% |

Supplemental Benefits Per Hour:

| | Apprentices Hired Prior to 10/02/2010 | | Apprentices Hired After 10/02/2010 | |
|---|---|---|---|---|
| | 07/01/2014 | 04/26/2015 | 07/01/2014 | 04/26/2015 |
| 1st | 0% + $0.00 | 0% + $0.00 | 3% + $2.56 | 3% + $2.72 |
| 2nd | 0% + $0.00 | 0% + $0.00 | 8% + $3.88 | 8% + $4.09 |

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

| | | | | |
|---|---|---|---|---|
| 3rd | 0% + $0.00 | 0% + $0.00 | 9% + $4.69 | 9% + $4.96 |
| 4th | 16% + $11.07 | 16% + $11.53 | 10% + $6.66 | 10% + $7.00 |
| 5th | 16% + $13.28 | 16% + $13.84 | 13% + $10.21 | 13% + $10.70 |
| 6th | 16% + $15.50 | 16% + $16.15 | 14% + $16.45 | 14% + $17.14 |

NOTE: Percentages are on "Hourly Wage Paid"
NOTE: "Hourly Wage Paid" shall include any and all premium(s).

4-25

---

## Electrician                                                                                         08/01/2014

**JOB DESCRIPTION**  Electrician                                           **DISTRICT**  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:                                07/01/2014              04/25/2015

Telephone and
Intergrated Tele-Data
System Electrician                       $ 36.38                 $ 36.58

This rate classification applies to ALL Voice, Data & Video work.: Excluding Fire Alarm Systems and Energy Managment Systems (HVAC Controls), in those cases the regular Electrician rate applies. To ensure proper use of this rate please call Nassau Offices at (516)228-3915 or Suffolk Offices at (631)687-4882.

**SUPPLEMENTAL BENEFITS**
Per Hour:

Tele-Data
Electrican                               16%  of                16% Of
                                         Hourly Wage            Hourly Wage
                                         Paid + $16.63          Paid + $16.68

NOTE: "Hourly Wage Paid" shall include any and all premium(s) pay

**OVERTIME PAY**
See (B, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**
Paid:                  See (1) on HOLIDAY PAGE
Overtime:              See (5, 6, 15, 16, 25) on HOLIDAY PAGE

4-25tela

---

## Electrician                                                                                         08/01/2014

**JOB DESCRIPTION**  Electrician                                           **DISTRICT**  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:                                07/01/2014

Tree Trimmer/
Line Clearance Specialist                $ 30.09
Ground Man                               $ 18.05

These rates apply to all tree trimming/removal contracts including but not limited to "Electrical Line Clearance"/"Long Island Railroad Right of Ways".

All tree removal for heavy highway or building construction contracts MUST use Heavy Highway Laborer and Operating Engineer classifications.

**SUPPLEMENTAL BENEFITS**
Per Hour:                                07/01/2014

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

| Tree Trimmer/ Line Clearance Specialist Ground Man | 19.25% of Hourly Wage Paid + $ 8.60 |
|---|---|

NOTE: "Hourly Wage Paid" shall include any and all premium(s) paid

**OVERTIME PAY**
See (B, E, P, S) on OVERTIME PAGE

**HOLIDAY**
Paid:          See (5, 6, 8, 16, 23, 24, 25, 26) on HOLIDAY PAGE
Overtime:   See (5, 6, 8, 16, 23, 24, 25, 26) on HOLIDAY PAGE

4-1049/Tree

## Electrician                                                                                                     08/01/2014

**JOB DESCRIPTION** Electrician                                    **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:                        07/01/2014                       04/25/2015

Electrician
Electrical Maintenance        $ 40.70                           $ 41.45

"PLEASE NOTE"
Applicable to "EXISTING ELECTRICAL SYSTEMS" including, but not limited to TRAFFIC SIGNALS & STREET LIGHTING. Not used for addons.

Four (4), ten (10) hour days may be worked at straight time during a week, Monday thru Thursday, with one-half (1/2) hour allowed for a lunch period.

NOTE - In order to use the '4 Day/10 Hour Work Schedule,' you must submit an 'Employer Registration for Use of 4 Day/10 Hour Work Schedule,' form PW30R; additionally, there must be a dispensation of hours in place on the project.

**SUPPLEMENTAL BENEFITS**
Per Hour:

| Electrician | 12% of Hourly Wage Paid + $ 16.07 | 12% of Hourly Wage Paid + $ 16.46 |
|---|---|---|

NOTE: "Hourly Wage Paid" shall include any and all premium(s) pay

**OVERTIME PAY**
See (B, E2, K, P) on OVERTIME PAGE

**HOLIDAY**
Paid:          See (1) on HOLIDAY PAGE
Overtime:   See (5, 6, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
One(1) Year Term(s) at the following Percentage
of Journeyman(s) Wage:

| 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|
| 40% | 50% | 60% | 70% | 80% | 90% |

Supplemental Benefits:

| | Apprentices Hired Prior to 04/26/2014 | | Apprentices Hired After 04/26/2014 | |
|---|---|---|---|---|
| | 07/01/2014 | 04/25/2015 | 07/01/2014 | 04/25/2015 |
| 1st | 12% + $9.93 | 12% + $9.93 | 3% + $3.50 | 3% + $3.50 |
| 2nd | 12% + $10.82 | 12% + $10.82 | 8% + $4.04 | 8% + $4.04 |
| 3rd | 12% + $11.73 | 12% + $11.73 | 9% + $5.08 | 9% + $5.08 |
| 4th | 12% + $12.62 | 12% + $12.62 | 10% + $6.84 | 10% + $6.84 |
| 5th | 12% + $13.51 | 12% + $13.51 | 11% + $10.79 | 11% + $10.79 |
| 6th | 12% + $13.64 | 12% + $13.69 | DNA | DNA |

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

NOTE: Percentages are on "Hourly Wage Paid"
NOTE: "Hourly Wage Paid" shall include any and all premium(s) pay

4-25m

| Electrician Lineman | 08/01/2014 |
|---|---|

**JOB DESCRIPTION**  Electrician Lineman                                    **DISTRICT**  4

**ENTIRE COUNTIES**
Nassau, Queens, Suffolk

**WAGES**
For Utility Distribution & Transmission Line Construction:

| Per Hour: | 07/01/2014 | 03/29/2015 |
|---|---|---|
| Lineman/Splicer | $ 49.52 | $ 50.76 |
| Material Man | 43.08 | 44.16 |
| Heavy Equip. Operator | 39.62 | 40.61 |
| Groundman | 29.71 | 30.46 |
| Flagman | 22.28 | 22.84 |

For Natural Gasline Construction:

| Per Hour: | 07/01/2014 | 06/01/2015 |
|---|---|---|
| Journeyman U.G.Mech. | $ 41.45 | $ 42.69 |

Four (4), ten (10) hour days may be worked at straight time during a week, Monday thru Thursday.

NOTE - In order to use the '4 Day/10 Hour Work Schedule,' you must submit an 'Employer Registration for Use of 4 Day/10 Hour Work Schedule,' form PW30R; additionally, there must be a dispensation of hours in place on the project.

**SUPPLEMENTAL BENEFITS**
Per Hour:
Utility Distribution & Transmission Line Construction:

|  | 07/01/2014 | 03/29/2015 |
|---|---|---|
| All Classifications | 30.75% of Hourly | 30.75% of Hourly |
|  | Wage Paid + $ 10.56 | Wage Paid + $ 11.36 |

NOTE: "Hourly Wage Paid" shall include any and all premium(s) pay

Natural Gasline Construction:

| Per Hour: | 07/01/2014 | 06/01/2015 |
|---|---|---|
| Journeyman U.G.Mech. | $ 20.51 | $ 21.75 |

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE
OVERTIME for Natural Gas Mechanic:(B,G,P)

**HOLIDAY**
Paid:                     See (1) on HOLIDAY PAGE
Overtime:                 See (5, 6, 8, 16, 23, 25, 26) on HOLIDAY PAGE
Same as Above for natural Gas Mechanic.

**REGISTERED APPRENTICES**
1000 hour Terms at the following Percentage of Journeyman's Wage.

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th |
|---|---|---|---|---|---|---|
| 60% | 65% | 70% | 75% | 80% | 85% | 90% |

| SUPPLEMENTAL BENEFIT: | 07/01/2014 | 03/29/2015 |
|---|---|---|
| All Terms | 30.75% of Hourly Wage Paid + $ 10.56 | 30.75% of Hourly Wage Paid + $ 11.36 |

Natural Gasline Construction:

|  | 07/01/2014 | 06/01/2015 |
|---|---|---|

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

| Natural Gas Mechanic: | $ 20.51 | $ 21.75 |
|---|---|---|

4-1049 Line/Gas

---

**Elevator Constructor**                                                                                          **08/01/2014**

**JOB DESCRIPTION** Elevator Constructor                                          **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**PARTIAL COUNTIES**
Rockland:  Entire County except for the Township of Stony Point
Westchester:  Entire County except for the Townships of Bedford, Lewisboro, Cortland, Mt. Kisco, North Salem, Pound Ridge, Somers and Yorktown.

**WAGES**
Per hour:

|  | 07/01/2014 | 03/17/2015 |
|---|---|---|
| Elevator Constructor | $ 58.23 | $ 59.55 |
| Modernization & Service/Repair | 46.00 | 46.92 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

|  | | |
|---|---|---|
| Elevator Constructor | $ 29.745 | $ 31.045 |
| Modernization & Service/Repair | 29.595 | 31.195 |

**OVERTIME PAY**
Constructor. See ( D, M, T ) on OVERTIME PAGE.

Modern./Service See ( B, F, S ) on OVERTIME PAGE.

**HOLIDAY**
Paid:              See (5, 6, 8, 11, 15, 16, 25) on HOLIDAY PAGE
Overtime:       See (5, 6, 8, 11, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
WAGES PER HOUR:
*Note:1st Term is based on Average wage of Constructor & Modernization.
Terms 2 thru 4 Based on Journeymans wage of classification Working in.

1 YEAR TERMS:

| 1st Term* | 2nd Term | 3rd Term | 4th Term |
|---|---|---|---|
| 50% | 55% | 65% | 75% |

SUPPLEMENTAL BENEFITS
Elevator Constructor

| 1st Term | $ 25.745 | $ 27.220 |
|---|---|---|
| 2nd Term | 26.145 | 27.635 |
| 3rd Term | 26.945 | 28.455 |
| 4th Term | 27.745 | 29.285 |

Modernization & Service/Repair

| 1st Term | $ 25.67 | $ 27.145 |
|---|---|---|
| 2nd Term | 26.065 | 27.550 |
| 3rd Term | 26.845 | 28.36 |
| 4th Term | 27.635 | 29.17 |

4-1

---

**Glazier**                                                                                                       **08/01/2014**

**JOB DESCRIPTION** Glazier                                                          **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Dutchess, Kings, Nassau, New York, Orange, Putnam, Queens, Richmond, Rockland, Suffolk, Sullivan, Ulster, Westchester

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

## WAGES

| Per hour: | 07/01/2014 | 11/01/2014 | 05/01/2015 |
|---|---|---|---|
| Glazier | $ 51.00* | $ 51.35* | Additional $ 1.50** |
| Scaffolding | $ 52.00* | $ 52.35* | Additional $ 1.50** |

Scafolding includes swing scaffold, mechanical equipment, scissor jacks, man lifts, booms & buckets 24' or more, but not pipe scaffolding.

| Repair & Maintenance | $ 26.70* | $ 26.70* | Additional $ 0.60** |
|---|---|---|---|

Repair & Maintenance- All repair & maintenance work on a particular building,whenever performed, where the total  cumulative contract value is under $100,000.00.

*Additional $ .10 per hour for all regular hours worked
**To be allocated at a later date.

## SUPPLEMENTAL BENEFITS

| Per hour paid: | 07/01/2014 | 11/01/2014 | 05/01/2015 |
|---|---|---|---|
| Journeyworker | $ 26.69 | $ 27.19 | $ 27.19 |
| Repair & Maintenance | 16.14 | 16.14 | 16.14 |

## OVERTIME PAY

OVERTIME:  Premium is applied to the respective base wage only.
See (C*,D* E2, O) on OVERTIME PAGE.

 * If an optional 8th hour is required to complete the entire project, the same shall be paid at the regular rate of pay. If a 9th hour is worked, then both hours or more (8th & 9th or more) will be paid at double time rate of pay.

For Repair & Maintenance see ( B, F, P) on overtime page.

## HOLIDAY

Paid:        See (1) on HOLIDAY PAGE
Overtime:   See (4, 6, 16, 25) on HOLIDAY PAGE
Paid for the Repair & Maintenance (5, 6, 16 & 25)

## REGISTERED APPRENTICES

Wage per hour:
(1) year terms at the following wage rates:

| | 07/01/2014 | 11/01/2014 | 05/01/2014 |
|---|---|---|---|
| 1st term | $ 17.05 | $ 17.25 | $ 17.25 |
| 2nd term | 25.24 | 25.24 | 25.24 |
| 3rd term | 30.40 | 30.81 | 30.81 |
| 4th term | 40.75 | 41.27 | 41.27 |

Supplemental Benefits:
(Per hour worked)

| | | | |
|---|---|---|---|
| 1st term | $ 13.17 | $  13.32 | $  13.32 |
| 2nd term | 22.45 | 22.45 | 22.45 |
| 3rd term | 24.95 | 25.30 | 25.30 |
| 4th term | 30.07 | 30.22 | 30.22 |

8-1281 (DC9 NYC)

| **Insulator - Heat & Frost** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Insulator - Heat & Frost                    **DISTRICT**  4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

## WAGES
Per Hour:                     07/01/2014

Insulators          $ 63.68
Heat & Frost

## SUPPLEMENTAL BENEFITS
Per Hour:

Insulators          $ 30.44
Heat & Frost

## OVERTIME PAY
See (A, D, O, V) on OVERTIME PAGE

## HOLIDAY
Paid:             See (1) on HOLIDAY PAGE
Overtime:         See (5, 6, 11, 15, 16, 25, 26) on HOLIDAY PAGE

## REGISTERED APPRENTICES
Wages:

1 year terms at the following wage rate.

| 1st | 2nd | 3rd | 4th |
| --- | --- | --- | --- |
| $25.47 | $38.21 | $44.59 | $50.94 |

Supplemental Benefits per hour:

Apprentice Insulator(s)

| 1st | 2nd | 3rd | 4th |
| --- | --- | --- | --- |
| $12.80 | $18.26 | $21.30 | $24.35 |

4-12

| **Ironworker** | **08/01/2014** |
| --- | --- |

## JOB DESCRIPTION  Ironworker                                    DISTRICT  4

## ENTIRE COUNTIES
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

## PARTIAL COUNTIES
Rockland:  Southern section - south of Convent Road and east of Blue Hills Road.

## WAGES
Per hour:                          07/01/2014            07/01/2015

Reinforcing &                                          Additional
Metal Lathing              $ 52.03                    $ 2.00*

*To be allocated

## SUPPLEMENTAL BENEFITS
Per hour paid:

Reinforcing &              $ 31.55
Metal Lathing

## OVERTIME PAY
See (B, B1, Q) on OVERTIME PAGE

## HOLIDAY
Paid:             See (1) on HOLIDAY PAGE
Overtime:         See (5, 6, 8, 11, 13, 18, 19, 25) on HOLIDAY PAGE

## REGISTERED APPRENTICES
(1) year terms at the following wage rates:
Wages Per Hour:

Apprentices Registered BEFORE 6/29/2011

| 1st term | 2nd term | 3rd term |
| --- | --- | --- |
| $ 28.11 | $ 32.71 | $ 37.77 |

Apprentices Registered ON or AFTER 6/29/2011

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

| 17.71 | 22.81 | 27.91 |
|-------|-------|-------|

SUPPLEMENTAL BENIFITS
Per Hour:

Apprentices Registered BEFORE 6/29/2011

| 1st term | 2nd term | 3rd term |
|----------|----------|----------|
| $ 23.02  | $ 24.67  | $ 25.82  |

Apprentices Registered On or AFTER 6/29/2011

| 20.08 | 20.08 | 20.08 |
|-------|-------|-------|

4-46Reinf

---

**Ironworker**                                                                 **08/01/2014**

**JOB DESCRIPTION** Ironworker                                 **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**
Per hour:                                        07/01/2014

| | |
|---|---|
| Ornamental | $ 44.95 |
| Chain Link Fence | 44.95 |
| Guide Rail Installation | 44.95 |

**SUPPLEMENTAL BENEFITS**
Per hour paid:

Journeyworker:                                   $ 43.71

**OVERTIME PAY**
OVERTIME:          See (A*,D1,E**,Q,V) on OVERTIME PAGE.

*Time and one-half shall be paid for all work in excess of seven (7) hours at the end of a work day to a maximum of two (2) hours on any regular work day (8th & 9th hours of work) and double time shall be paid for all work thereafter.
**Time and one-half shall be paid for all work on Saturday up to seven (7) hours and double time shall be paid for all work thereafter.

**HOLIDAY**
Paid:              See (1) on HOLIDAY PAGE
Overtime:          See (5, 6, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
1st term represents first 1-10 months, thereafter (1/2) year terms at the following percentage of Journeyman's wage.

| 1st | 2nd | 3rd | 4th | 5th |
|-----|-----|-----|-----|-----|
| 50% | 55% | 60% | 70% | 80% |

Supplemental Benefits per hour paid:

| | |
|---|---|
| 1st Term | $ 34.02 |
| 2nd Term | 34.98 |
| 3rd Term | 35.95 |
| 4th Term | 37.90 |
| 5th Term | 39.65 |

4-580-Or

---

**Ironworker**                                                                 **08/01/2014**

**JOB DESCRIPTION** Ironworker                                 **DISTRICT** 9

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**
Per Hour:                                        07/01/2014

IRONWORKER:

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

| Ironworker Rigger | $ 53.25 |
|---|---|
| Ironworker Stone Derrickman | $ 53.25 |

**SUPPLEMENTAL BENEFITS**

| Ironworker: | $ 37.13 |
|---|---|

**OVERTIME PAY**
See (*A, D1, **E, Q, V) on OVERTIME PAGE
*Time and one-half shall be paid for all work in excess of seven (7) hours at the end of a work day to a maximum of two hours on any regular work day (the eighth (8th) and ninth (9) hours of work) and double time shall be paid for all work thereafter.
**Time and one-half shall be paid for all work on Saturday up to seven (7) hours and double time shall be paid for all work thereafter.

**HOLIDAY**
Paid:           See (1) on HOLIDAY PAGE
Overtime:     See (5, 6, 8, 10, *24, 25) on HOLIDAY PAGE
*Work stops at schedule lunch break with full day's pay.

**REGISTERED APPRENTICES**
Wage per hour:

(1/2) year terms at the following hourly wage rate:

|  | 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|---|
| 07/01/2014 | $26.38 | $26.38 | $39.73 | $42.13 | $45.56 | $45.56 |

Supplemental benefits

Per hour paid:

| 1st & 2nd terms | $18.82 |
|---|---|
| 3rd & 4th terms | $27.86 |
| 5th & 6th terms | $27.84 |

9-197D/R

| **Ironworker** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Ironworker                                    **DISTRICT**  4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**
PER HOUR:
                                          07/01/2014

| Ironworker: Structural Bridges Machinery | $47.25 |
|---|---|

**SUPPLEMENTAL BENEFITS**
PER HOUR:

| Journeyman | $65.20 |
|---|---|

**OVERTIME PAY**
See (B*,E**,Q,V) on OVERTIME PAGE.

* Time and one-half shall be paid for all work in excess of (8) eight hours at the end of a work day to a maximum of two hours on any regular work day (the ninth (9th) and tenth (10th) hours of work)and double time shall be paid for all work thereafter.

** Time and one-half shall be paid for all work on Saturday up to eight (8) hours and double time shall be paid for all work thereafter.

**HOLIDAY**
Paid:           See (1) on HOLIDAY PAGE
Overtime:     See (5, 6, 18, 19) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
WAGES PER HOUR:

6 month terms at the following rate:

| 1st | $ 24.73 |
|---|---|
| 2nd | 25.33 |

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

| 3rd - 6th | 25.93 |
|---|---|

Supplemental Benefits
PER HOUR:

| All Terms | 45.84 |
|---|---|

4-40/361-Str

## Laborer - Building                                                                          08/01/2014

**JOB DESCRIPTION**  Laborer - Building                                      DISTRICT  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
WAGES

| Per Hour: | 07/01/2014 | 12/01/2014 |
|---|---|---|
| Building Laborer | $ 35.65 | |
| Asbestos Abatement Workers (Re-Roofing Removal see Roofer) | 36.00 | Additional $ 0.50* |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| Building Laborer | $ 26.16 |
|---|---|
| Asbestoes Abatment Worker | 15.45 |

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE
See also(H)for Fire Watch on OVERTIME PAGE
Asbestos Worker See (B, H)

**HOLIDAY**
Paid:                          See (1) on HOLIDAY PAGE
Overtime:                  See (5, 6, 25) on HOLIDAY PAGE
Asbestos Worker see (5,6,8 &28)

**REGISTERED APPRENTICES**
Regular Hours Work Terms
TERM #1      1 hr to 1000hrs
TERM #2      1001hrs to 2000hrs
TERM #3      2001hrs to 3000hrs
TERM #4      3001hrs to 4000hrs

Wages per hour:

| 1st Term | $ 16.60 |
|---|---|
| 2nd Term | 19.45 |
| 3rd Term | 22.85 |
| 4th Term | 27.12 |

Benifits per hour

| 1st Term | $ 16.77 |
|---|---|
| 2nd Term | 18.87 |
| 3rd Term | 19.64 |
| 4th Term | 19.64 |

4-66

## Laborer - Heavy&Highway                                                              08/01/2014

**JOB DESCRIPTION**  Laborer - Heavy&Highway                          DISTRICT  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Laborer (Heavy/Highway):
GROUP # 1: Asphalt Rakers, Concrete Curb Formsetters.
GROUP # 2: Asphalt Shovelers, Roller Boys and Tampers.
GROUP # 3: Basic Laborer, Power Tool(Jackhammer), Landscape Construction, Traffic Control Personnel(flaggers)

Prevailing Wage Rates for 07/01/2014 - 06/30/2015          Published by the New York State Department of Labor
Last Published on Aug 01 2014                                         PRC Number 2014007857  Nassau County

WAGES PER HOUR:

|  | 07/01/2014 | 06/01/2015 Additional |
|---|---|---|
| GROUP # 1 | | |
| Total Wage Paid | $ 44.85 | 4% of Total Package* |
| "Base Wage" | 39.68 | |
| GROUP # 2 | | |
| Total Wage Paid | $ 43.71 | 4% of Total Package* |
| "Base Wage" | 38.54 | |
| GROUP # 3 | | |
| Total Wage Paid | $ 40.22 | 4% of Total Package* |
| "Base Wage" | 35.05 | |

NOTE: "Base Wage" for Premium/Overtime calculation Only.  $5.17 is differance between "Base" and "Total"

(*) To be allocated at a later date

**SUPPLEMENTAL BENEFITS**
Per Hour:
ALL GROUPS                    $ 25.95

After Forty (40)paid
Hours in a work Week
OVERTIME PAY                  $ 15.96

**OVERTIME PAY**
OVERTIME PAY
See (B, E2, F) on OVERTIME PAGE
NOTES: Premium/Overtime Pay to be calculated on "Base Wage" only
Example Group# 3: $35.05 X Time and One Half = 52.58+$5.17 = $57.75.
Premium Pay of 30% of base wage for all Straight time hours on all New York State, D.O.T. and other Goverment Mandated Off-Shift Work.
Hazardous Material Work add an Additional 10% of base wage

**HOLIDAY**
HOLIDAY
Paid: See (1) on HOLIDAY PAGE
Overtime: See (1) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
2000 hour(s) Terms at the following Pecentage of the Journeyman's Wage:

1st 0-1999/Hrs                80%

2nd 2000-3999/Hrs             90%

Supplemental Benefits per hour:

All APPRENTICES              $ 25.95

After Forty(40) paid hours
in a work Week               $ 15.96

                                                                          4-1298

| **Mason** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Mason                              DISTRICT  4
**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk
**WAGES**
Per Hour:                      07/01/2014

Brick/Blocklayer              $53.71
**SUPPLEMENTAL BENEFITS**
Per Hour:

Brick/Block Layer            $23.18
**OVERTIME PAY**

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

See (A, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**

| | |
|---|---|
| Paid: | See (1) on HOLIDAY PAGE |
| Overtime: | See (5, 6, 25) on HOLIDAY PAGE |

**REGISTERED APPRENTICES**

(800 hour) Terms at the following Percentage of Journeyworkers Wage:

| 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|
| 50% | 60% | 70% | 80% | 90% |

Supplemental Benefits per hour:

| All Apprentices | $ 14.90 |
|---|---|

4-1Brk

---

| **Mason - Building** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION**  Mason - Building                          **DISTRICT**  9

**ENTIRE COUNTIES**
Nassau, Rockland, Suffolk, Westchester

**WAGES**

| Per hour: | 07/01/2014 | 12/01/2014<br>An additional | 06/01/2015<br>An additional |
|---|---|---|---|
| Building:<br>Tile Setters | $ 52.58 | $ 1.13* | $ 1.13* |

* May be allocated between
wages and benefits

**SUPPLEMENTAL BENEFITS**
Per Hour:

| Journey Worker | $22.14* plus $8.05 |
|---|---|

**OVERTIME PAY**
See (B, E, Q, V) on OVERTIME PAGE
* This portion of benefits subject to same premium rate as shown for overtime wages.
Work beyond 10 hours on Saturday shall be paid at double the hourly wage rate.

**HOLIDAY**

| | |
|---|---|
| Paid: | See (1) on HOLIDAY PAGE |
| Overtime: | See (5, 6, 11, 15, 16, 25) on HOLIDAY PAGE |

**REGISTERED APPRENTICES**
Wage per hour:

Tile Setters:
(750 hour) term at the following wage rate:

| Term:<br>1st<br>1-<br>750 | 2nd<br>751-<br>1500 | 3rd<br>1501-<br>2250 | 4th<br>2251-<br>3000 | 5th<br>3001-<br>3750 | 6th<br>3751-<br>4500 | 7th<br>4501-<br>5250 | 8th<br>5251-<br>6000 | 9th<br>6001-<br>6750 | 10th<br>6750-<br>7500 |
|---|---|---|---|---|---|---|---|---|---|
| $26.91 | $30.04 | $33.86 | $36.07 | $39.91 | 43.53 | $46.63 | $46.17 | $49.89 | 51.70 |

Starting 12/01/2014
An additional:

| $0.65 | $0.72 | $0.78 | $0.85 | $0.91 | $0.98 | $1.04 | $1.11 | $1.17 | $1.25 |
|---|---|---|---|---|---|---|---|---|---|

Starting 06/01/2015
An addtional:

| $0.65 | $0.72 | $0.78 | $0.85 | $0.91 | $0.98 | $1.04 | $1.11 | $1.17 | $1.25 |
|---|---|---|---|---|---|---|---|---|---|

NOTE: INCREASES MAY BE ALLOCATED BETWEEN WAGES AND BENEFITS

Supplemental Benefits per hour:

| 1st term | $13.95* plus $0.71 | 6th term | $17.35* plus $1.49 |
|---|---|---|---|

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

| 2nd term | $14.95* plus $0.75 | 7th term | $17.55* plus $5.34 |
| 3rd term | $14.95* plus $1.09 | 8th term | $18.75* plus $5.71 |
| 4th term | $16.85* plus $1.13 | 9th term | $19.15* plus $5.75 |
| 5th term | $16.85* plus $1.45 | 10th term | $20.87* plus $5.79 |

9-7/52A

## Mason - Building                                                                   08/01/2014

**JOB DESCRIPTION**  Mason - Building                                   **DISTRICT** 9

**ENTIRE COUNTIES**
Bronx, Dutchess, Kings, Nassau, New York, Orange, Putnam, Queens, Richmond, Rockland, Suffolk, Sullivan, Ulster, Westchester

**WAGES**

| Wages: | 07/01/2014 | 01/01/2015 |
|---|---|---|
| Marble Cutters& Setters | $ 55.85 | $ 56.15 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| Journeyworker | $ 29.58 | $ 30.31 |
|---|---|---|

**OVERTIME PAY**
See (B, E, Q, V) on OVERTIME PAGE

**HOLIDAY**
Paid:          See (1) on HOLIDAY PAGE
Overtime:   See (5, 6, 8, 11, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wage Per Hour:

750 hour terms at the following wage.

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th |
|---|---|---|---|---|---|---|---|---|---|
| 1-750 | 751-1500 | 1501-2250 | 2251-3000 | 3001-3750 | 3751-4500 | 4501-5250 | 5251-6000 | 6001-6751 | 6751-7500 |
| $ 22.34 | $25.13 | $27.93 | $30.72 | $33.51 | $36.30 | $39.10 | $41.89 | $47.47 | $53.06 |

Supplemental Benefits per hour paid at the following term:

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th |
|---|---|---|---|---|---|---|---|---|---|
| $21.86 | $22.51 | $23.14 | $23.80 | $24.43 | $25.07 | $25.71 | $26.36 | $27.64 | $29.93 |

9-7/4

## Mason - Building                                                                   08/01/2014

**JOB DESCRIPTION**  Mason - Building                                   **DISTRICT** 9

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**
Per hour:          07/01/2014          01/01/2014

Building-Marble Restoration:

| Marble, Stone & Terrazzo Polisher, etc | $ 38.96 | $ 39.25 |
|---|---|---|

**SUPPLEMENTAL BENEFITS**
Per Hour Paid:

Journeyworker:

Building-Marble Restoration:
Marble, Stone &

| Polisher | $ 23.00 | $ 23.38 |
|---|---|---|

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

**OVERTIME PAY**
See (B, *E, Q, V) on OVERTIME PAGE
*ON SATURDAYS, 8TH HOUR AND SUCCESSIVE HOURS PAID AT DOUBLE HOURLY RATE.

**HOLIDAY**
Paid:              See (1) on HOLIDAY PAGE
Overtime:          See (5, 6, 8, 11, 15, 25) on HOLIDAY PAGE
1ST TERM APPRENTICE GETS PAID FOR ALL OBSERVED HOLIDAYS.

**REGISTERED APPRENTICES**
WAGES per hour:

(900 hour)terms at the following wages:

|  | 1st<br>0-900 | 2nd<br>901-1800 | 3rd<br>1801-2700 | 4th<br>over 2700 |
|---|---|---|---|---|
| 07/01/2014 | $ 27.27 | $ 31.17 | $35.06 | $ 38.96 |
| 01/01/2015 | An additional<br>$0.47* | An additional<br>$0.54* | An additional<br>$0.60* | An additional<br>$0.67* |

* May be allocated between wages and benefits

Supplemental Benefits Per Hour:

| 07/01/2014 | | | |
|---|---|---|---|
| $ 21.11 | $ 21.73 | $ 22.36 | $ 23.00 |

9-7/24-MP

---

**Mason - Building**                                                                        **08/01/2014**

**JOB DESCRIPTION** Mason - Building                          **DISTRICT** 9
**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester
**WAGES**
Building:
Per Hour:

|  | 07/01/2014 | 01/01/2015 |
|---|---|---|
|  |  | Additional |
| Mosaic & Terrazzo Mechanic | $ 45.88 | $ 0.96* |
| Mosaic & Terrazzo Finisher | $ 47.28 | $ 0.96* |

*May be allocated between wages and benefits
**SUPPLEMENTAL BENEFITS**
Journeyworker:
per hour worked

| Mechanic | $ 22.40* plus $ 9.68 |
| Finisher | $ 22.40* plus $ 9.68 |

* This portion of benefit subject to same premium as wages.
**OVERTIME PAY**
See (A, *E, Q) on OVERTIME PAGE
Double the rate after 10 hours on Saturday
**HOLIDAY**
Paid:              See (1) on HOLIDAY PAGE
Overtime:          See (5, 6, 8, 11, 15, 16, 25) on HOLIDAY PAGE
Easter Sunday is an observed holiday.Holidays falling on a Saturday will be observed on that Saturday. Holidays falling on a Sunday will be celebrated on the Monday.

**REGISTERED APPRENTICES**
Wage per hour:
(750 Hour) terms at the following wage rate.

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

| 1st 1- 750 | 2nd 751- 1500 | 3rd 1500- 2250 | 4th 2251- 3000 | 5th 3001- 3750 | 6th 3751- 4500 | 7th 4501- 5250 | 8th 5251- 6000 |
|------|------|------|------|------|------|------|------|
| $23.96 | $26.36 | $28.76 | $31.15 | $33.55 | $35.96 | $40.74 | $45.53 |

Supplemental benefits per worked:

(750 hour) terms as shown above.

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th |
|------|------|------|------|------|------|------|------|------|
| $11.20* | $12.32* | $13.44* | $14.56* | $15.68* | $16.80* | $19.04* | $21.28* | $22.40* |
| +4.85 | +5.33 | +5.81 | +6.30 | +6.78 | +7.26 | +8.23 | +9.20 | +9.68 |

*This portion of benefits subject to same premium as overtime wages.

9-7/3

---

**Mason - Building**                                                        **08/01/2014**

**JOB DESCRIPTION**  Mason - Building                        **DISTRICT**  9

**ENTIRE COUNTIES**
Nassau, Rockland, Suffolk, Westchester

**WAGES**
Per hour:                        07/01/2014           12/01/2014           06/01/2015

Buidling:
Tile Finisher                    $40.78                $0.82*                $0.82*

* May be allocated between
wages and benefits

**SUPPLEMENTAL BENEFITS**
Per Hour:

Journey worker                   $ 19.57* plus $7.90

**OVERTIME PAY**
See (B, E, Q, *V) on OVERTIME PAGE
* This portion of Supplemental benefits subject to same premium rate as shown for overtime wages.
 Work beyond 10 hours on a Saturday shall be paid at double the hourly wage rate.

**HOLIDAY**
Paid:                            See (1) on HOLIDAY PAGE
Overtime:                        See (5, 6, 11, 15, 16, 25) on HOLIDAY PAGE

9-7/88A-tf

---

**Mason - Building**                                                        **08/01/2014**

**JOB DESCRIPTION**  Mason - Building                        **DISTRICT**  9

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**
Per hour:                        07/01/2014           01/01/2015

Marble, Stone,etc.
 Maintenance Finishers:          $ 21.24               $ 21.38

 Note 1: An additional $2.00 per hour
for time spent grinding floor using
 "60 grit" and below.
 Note 2: Flaming equipment operator
shall be paid an additional $25.00 per day.

**SUPPLEMENTAL BENEFITS**
Per Hour:

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Marble, Stone, etc
  Maintenance Finishers:                    $ 11.77              $ 11.99

**OVERTIME PAY**
See (B, *E, Q, V) on OVERTIME PAGE
*Double hourly rate after 8 hours on Saturday

**HOLIDAY**
Paid:                    See (5, 6, 8, 11, 15, 25) on HOLIDAY PAGE
Overtime:                See (5, 6, 8, 11, 15, 25) on HOLIDAY PAGE
1st term apprentice gets paid for all observed holidays.

**REGISTERED APPRENTICES**
WAGES per hour:
(750 hour)terms at the                       07/01/2014
following percentage
of journeyman's wage
rate:

| | |
|---|---|
| 1st term   0-750 | 70% |
| 2nd term   750-1500 | 74% |
| 3rd trem   1501-2250 | 78% |
| 4th term   2251-3000 | 82% |
| 5th term   3001-3750 | 88% |
| 6th term   3751-4500 | 96% |

Supplemental Benefits:
Per hour paid

| | |
|---|---|
| 1st term | $ 11.58 |
| 2nd term | 11.59 |
| 3rd term | 11.72 |
| 4th term | 11.73 |
| 5th term | 11.74 |
| 6th term | 11.76 |

                                                            9-7/24M-MF

| **Mason - Building / Heavy&Highway** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION**  Mason - Building / Heavy&Highway          **DISTRICT**  9

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**
Per hour:                  07/01/2014              01/01/2015

Marble-Finisher            $ 44.54                 44.81

**SUPPLEMENTAL BENEFITS**
Journeyworker:
per hour paid

Marble- Finisher           $ 29.16                 $ 29.79

**OVERTIME PAY**
See (B, E, Q, V) on OVERTIME PAGE

**HOLIDAY**
Overtime:                  See (5, 6, 8, 11, 15, 16, 25) on HOLIDAY PAGE
* Work beyond 8 hours on a Saturday shall be paid at double the rate.
** When an observed holiday falls on a Sunday, it will be observed the next day.

                                                            9-7/20-MF

| **Mason - Building / Heavy&Highway** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION**  Mason - Building / Heavy&Highway          **DISTRICT**  4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
Per Hour:                  07/01/2014

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Cement Mason             $ 45.53

Four (4), ten (10) hour days may be worked at straight time during a week, Monday thru Friday. Any make-up day must be paid at the premium rate.

NOTE - In order to use the '4 Day/10 Hour Work Schedule,' you must submit an 'Employer Registration for Use of 4 Day/10 Hour Work Schedule,' form PW30R; additionally, there must be a dispensation of hours in place on the project.

**SUPPLEMENTAL BENEFITS**
Per Hour:

Cement Mason             $ 32.80

**OVERTIME PAY**
See (*B1, E2, **Q, ***V) on OVERTIME PAGE
* Applies to 9th and 10th hours on Saturday
** "Holidays" only for Building Construction
*** Additional $10.18 to be added to all Time and a Half hours paid

**HOLIDAY**
Paid:              See (1) on HOLIDAY PAGE
Overtime:          See (5, 6, 8, 11, 13, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
( 1 ) year terms at the following Percentage of Journeyworkers Wage.

1st Term          50%
2nd Term          60%
3rd Term          70%

Supplement Benefits per hour paid:

1st Term          $ 16.40
2nd Term          19.68
3rd Term          25.99

4-780

| **Mason - Building / Heavy&Highway** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION**  Mason - Building / Heavy&Highway                    **DISTRICT**  4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
WAGES

NOTE: Shall include but not limited to Precast concrete slabs (London Walks)
Marble and Granite pavers 2'x 2' or larger.
Per Hour:
                         07/01/2014

Stone Setter             $58.72
                         plus $1.50*
Stone Tender             $40.54
                         plus $1.50*

*Additional Amounts to be added to Wages and or Benifits.

**SUPPLEMENTAL BENEFITS**
Per Hour:

Stone Setter             $ 27.35
Stone Tender             17.45

**OVERTIME PAY**
See (*C, **E, Q) on OVERTIME PAGE
* On weekdays the eighth (8th) and ninth (9th) hours are time and one-half all work thereafter is paid at double the hourly rate.
** The first nine (9) hours on Saturday is paid at time and one-half all work thereafter is paid at double the hourly rate.

**HOLIDAY**
Paid:              See (*18) on HOLIDAY PAGE
Overtime:          See (5, 6, 10) on HOLIDAY PAGE
Paid: *Must work First 1/2.

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

**REGISTERED APPRENTICES**
Per Hour:

Stone Setter(800 hour) terms at the following Percentage of
Stone Setters wage rate per hour:

| | 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|---|
| | 50% | 60% | 70% | 80% | 90% | 100% |

Supplemental Benefits:
All Apprentices          $17.53

4-1Stn

---

**Mason - Heavy&Highway**                                                        **08/01/2014**

**JOB DESCRIPTION**  Mason - Heavy&Highway                  **DISTRICT**  4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
Per Hour:                          07/01/2014

Pointer, Caulkers &                 $47.41
Cleaners

**SUPPLEMENTAL BENEFITS**
Per Hour:

Pointer, Cleaners &                 $ 24.60
Caulkers

**OVERTIME PAY**
See (B, E2, H) on OVERTIME PAGE
**HOLIDAY**
Paid:              See (1) on HOLIDAY PAGE
Overtime:          See (5, 6, 25, 26) on HOLIDAY PAGE
**REGISTERED APPRENTICES**
Wages per hour:

One (1) year terms at the following wage rates.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| | $25.01 | $27.25 | $32.24 | $38.66 |

Apprentices Supplemental Benefits:
(per hour paid)

| | | | |
|---|---|---|---|
| $4.75 | $9.70 | $12.45 | $12.45 |

4-1PCC

---

**Operating Engineer - Building**                                                **08/01/2014**

**JOB DESCRIPTION**  Operating Engineer - Building          **DISTRICT**  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
BUILDING CATEGORIES:

CLASS " AA "CRANES:
Crane, Truck Crane, Derrick, Dragline, Dredge, Crawler Crane, Tower Crane & Pile Driver.

CLASS "A":
Asphalt Spreader, Backhoe Crawler/Hydraulic Excavator(360 upto & over 150,000lbs),Boiler, Boring Machine, Cherry Picker(over 70 tons),
Concrete Pump, Gradall, Grader, Hoist, Loading Machine(10 yds. or more), Milling Machine, Power Winch-Stone Setting/Structural Steel &
Truck Mounted, Powerhouse, Road Paver, Scoop-Carryall-Scraper in Tandem, Steam Shovel, Sideboom Tractor, Stone
Spreader(selfpropelled), Tank Work, Tower Crane Engineer.

CLASS "B":

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Backhoe(other than 360), Boom Truck, Bulldozer, Boring Machine/Auger, Cherry Picker(under 70 Tons), Conveyor-Multi, Dinkey Locomotive, Fork Lift, Hoist(2 Drum), Loading Machine & Front Loader, Mulch Machine(Machine Fed), Power Wincher(Not Included in Class "A"), Asphalt Roller, Hydraulic Pump with Boring Machine, Scoop, Carryall/Scaper, Skid Loader/Skid Steer, Maintenance Man on Tower Crane,Trenching Machine, Vermeer Cutter, Work Boat.

CLASS "C":
Curb Machine(asphalt & Concrete), Maintenance Engineer(Small Equip. & Well Point), Field Mechanic, Milling Machine(Small), Pulvi Mixer, Pumps(all), Roller(dirt), Ridge Cutter, Vac-All(Truck), Jet Pump(Truck), Shotblaster, Interior Hoist, Concrete Finish Machine, Concrete Spreader, Conveyer, Curing Machine, Hoist(one drum).

CLASS "D":
Concrete Breaker, Concrete Saw/Cutter, Fork Life or Walk Behind (power operated), Generator, Hydra Hammer, Compactors(mechanical or hand operated), Pin Puller, Portable Heaters, Power Booms, Power Buggies, Pump(double action diaphragm).

CLASS "E":
Batching Plant, Generator, Grinder, Mixer, Mulching Machine, Oiler, Pump(gypsum), Pump(single action diaphragm), Stump Chipper, Track Tamper, Tractor(caterpiller or wheel), Vibrator, Deckhand on Workboat.

|  | 07/01/2014 |
|---|---|
| Class "AA" | $ 69.79 |

Cranes: Boom length over 100 feet add $ 1.00 per hour
" " " 150 " " $ 1.50 " "
" " " 250 " " $ 2.00 " "
" " " 350 " " $ 3.00 " "

| Class "A" | $ 58.28 |
|---|---|

Add $3.50 for Hazardous Waste Work

| Class "B" | $ 55.38 |
|---|---|

Add $2.50 for Hazardous Waste Work

| Class "C" | $ 53.44 |
|---|---|

Add $1.50 for Hazardous Waste Work

| Class "D" | $ 49.53 |
|---|---|

Add $1.00 for Hazardous Waste Work

| Class "E" | $ 47.58 |
|---|---|

**SUPPLEMENTAL BENEFITS**
Per Hour:

| All Classes | $ 31.45 |
|---|---|
| Overtime Rate | 24.35 |

**OVERTIME PAY**
See (D, O) on OVERTIME PAGE

**HOLIDAY**
Paid:          See (5, 6, 15, 16, 25) on HOLIDAY PAGE
Overtime:   See (5, 6, 15, 16, 25) on HOLIDAY PAGE
"NOTE" Employee must be Employed day before
and day after Holiday to recieve Holiday Pay.

**REGISTERED APPRENTICES**
One(1) Year Terms at the following Rate:

| 1st Term | $ 20.84 |
|---|---|
| 2nd Term | 21.67 |
| 3rd Term | 22.33 |

Supplemental Benefits per hour:

| All Apprentices | $ 15.64 |
|---|---|
| Overtime Rate | 5.60 |

4-138

**Operating Engineer - Building / Heavy&Highway**                    **08/01/2014**

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

**JOB DESCRIPTION**  Operating Engineer - Building / Heavy&Highway                **DISTRICT**  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:                          07/01/2014

Well Driller                       $ 33.98

Well Driller
Helper                             $ 29.76

Hazardous Waste Differential
Added to Hourly Wage:
Level A                            $ 3.00
Level B                              2.00
Level C                              1.00

Monitoring Well Work
Add to Hourly Wage:
Level A                            $ 3.00
Level B                              2.00

**SUPPLEMENTAL BENEFITS**
Per Hour:                          07/01/2014

Well Driller                       $ 10% of straight
& Helper                           time rate plus $ 10.79

Additional $ 3.42 for Premium Time

**OVERTIME PAY**
See (B, E, G, P) on OVERTIME PAGE

**HOLIDAY**
Paid:                              See (5, 6, 16, 23) on HOLIDAY PAGE
Overtime:                          See (5, 6, 16, 23) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Apprentices at 12 Month Terms

Wages Per Hour:                    07/01/2014

1st Term                           $ 20.84
2nd Term                           $ 21.67
3rd Term                           $ 22.33

SUPPLEMENTAL BENIFITS
Per Hour:

1st Term                           10% of Wage + $ 5.10
2nd Term                           10% of Wage + $ 5.60
3rd Term                           10% of Wage + $ 6.60

BENEFITS AT PREMIUM TIME
Per Hour:

1st Term                           10% of Wage + $ 5.85
2nd Term                           10% of Wage + $ 6.60
3rd Term                           10% of Wage + $ 8.10

4-138well

---

**Operating Engineer - Heavy&Highway**                                          **08/01/2014**

**JOB DESCRIPTION**  Operating Engineer - Heavy&Highway                          **DISTRICT**  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
HEAVY/HIGHWAY CATEGORIES:

CLASS "AA" CRANES:
Crane, Truck Crane, Derrick, Dragline, Dredge, Crawler Crane, Tower Crane, Pile Driver.

CLASS "A":
Asphalt Spreader, Backhoe Crawler/Hydraulic Excavator(360 up to & over 150,000lbs), Barrier Machine, Cherrypicker(over 70 tons), Concrete Pump, Grader, Gradall, Hoist, Loading Machine(bucket 10 yds. or more), Laser Screed, Milling Machine(Large), Power Winch-Stone Setting/Structural Steel or Truck Mounted, Powerhouse, Road Paver, Scoop-Carryall-Scaper in Tandem, Side Boom Tractor, Stone Spreader(self propelled), Striping Machine(long line/truck mounted), Tree Graple, Tank Work, Track Alignment Machine.

CLASS "B":
Backhoe(other than 360), Boom Truck, Bulldozer, Boring Machine/Auger, Cherry Picker(under 70 tons), Conveyor-Multi, Post Hole-Auger, Fork Lift, Hoist(2 drum), Loading Machine & Front Loader, Mulch Machine(machine fed), Power Wincher(all others not included in class A), Asphalt Roller, Hydraulic Pump with Boring Machine, Scoop, Carryall/Scraper, Skid Loader/Skid Steer, Maintenance Man on Tower Crane, Trenching Machine, Vermeer Cutter, Work Boat.

CLASS "C":
Boiler(Thermoplastic), Curb Machine(Asphalt & Concrete), Maintenance Engineer(Small Equip. & Well Point), Field Mechanic, Milling Machine(Small), Pulvi Mixer, Pumps(Hydralic & 4in or over), Roller(Dirt), Vac-All (Truck), Jet Pump (Truck),Power Winch (Truck Mounted), Compressor(Structural Steel & 2 or more Batteries), Concrete Finish Machine, Concrete Spreader, Conveyor, Curing Machine, Fireman, Hoist (One Drum), Ridge Cutter, Shot Blaster, Welding Machine(Structural Steel & Pile Work).

CLASS "D":
Compressor(Pile,Crane,Stone Setting), Concrete Saw Cutter/ Breaker, Work Lift (Walk Behind,Power Operated), Generator(Pile Work),Hydra Hammer, Hand Operated Compactor, Pin Puller, Portable Heater, Powered Broom/Buggy/Grinder, Pum(Single)Action-1 to 3 Inches/Gypsum/Double Action Diaphragm), Welding Machine, Robotic Units, Hand Line Striper.

CLASS "E":
Batching Plant(On Job Site), Compressor, Generator, Grinder, Mixer, Mulching Machine(Hand Feed), Oiler, Pumps(Single action up to 3 In.), Root Cutter, Stump Chipper, Oiler on Tower Crane, Trenching Machine(Hand,walk behind), Track Tamper, Tractor, Vibrator, Deckhand on Work Boat.

|  | 07/01/2014 |
|---|---|
| Class "AA" | $ 69.12 |

Cranes: Boom Length over 100 feet add $ 1.00 per hour
" " " 150 " " $ 1.50 " "
" " " 250 " " $ 2.00 " "
" " " 350 " " $ 3.00 " "

| Class "A" | $ 61.35* |
|---|---|

*Add $3.50 for Hazardous Waste Work.

| Class "B" | $ 57.43* |
|---|---|

*Add $2.50 for Hazardous Waste Work.

| Class "C" | $ 55.44* |
|---|---|

*Add $1.50 for Hazardous Waste Work

| Class "D" | $ 51.43* |
|---|---|

*Add $1.00 for Hazardous Waste Work

| Class "E" | $ 49.47 |
|---|---|

"NOTE": ADD 30% to straight time hrly wage  for NEW YORK STATE D.O.T. and other GOVERNMENTAL MANDATED off-shift work.

**SUPPLEMENTAL BENEFITS**
Per Hour:

| ALL CLASSES | $ 31.70 |
|---|---|

| Note: OVERTIME AMOUNT | $ 24.35 |
|---|---|

**OVERTIME PAY**
See (D, O) on OVERTIME PAGE

**HOLIDAY**
Paid:         See (5, 6, 7, 8) on HOLIDAY PAGE
Overtime:     See (5, 6, 7, 8) on HOLIDAY PAGE

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

"Note" Employee must be employed day before and day after
a holiday to receive holiday pay.

**REGISTERED APPRENTICES**
REGISTERED APPRENTICES
One(1) Year Terms at the following Rate:

| | |
|---|---|
| 1st Term | $ 20.84 |
| 2nd Term | 21.67 |
| 3rd Term | 22.33 |

SUPPLEMENTAL:

| | |
|---|---|
| APPRENTICES | 15.64 |
| Note: | |
| OVERTIME AMOUNT | 5.60 |

4-138

---

**Operating Engineer - Heavy&Highway**                                        **08/01/2014**

**JOB DESCRIPTION** Operating Engineer - Heavy&Highway                **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Party Chief - One who directs a survey party
Instrument Man - One who runs the instrument and assists Party Chief
Rodman - One who holds the rod and in general, assists the survey party
Categories cover GPS & Under Ground Surveying

Per Hour:                          07/01/2014

Heavy Highway/Building

| | |
|---|---|
| Party Chief | $ 60.40 |
| Instrument Man | 46.02 |
| Rodman | 39.46 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | |
|---|---|
| Heavy Highway/Building | $ 30.62 |

| | |
|---|---|
| Premium*: | |
| Heavy Highway/Building | $ 42.74 |

| | |
|---|---|
| Premium**: | |
| Heavy Highway/Building | $ 54.84 |

* Applies to instances where 1-1/2 regular rate are paid
**Applies to instances where 2 times the rate are paid.

**OVERTIME PAY**
See (B, *E, Q) on OVERTIME PAGE
* Doubletime paid on the 9th hour on Saturday.

**HOLIDAY**
Paid:                 See (5, 6, 8, 11, 12, 15, 25) on HOLIDAY PAGE
Overtime:          See (5, 6, 8, 11, 12, 15, 25) on HOLIDAY PAGE

4-15D-N/S co.

---

**Operating Engineer - Marine Construction**                                **08/01/2014**

**JOB DESCRIPTION** Operating Engineer - Marine Construction          **DISTRICT** 4

**ENTIRE COUNTIES**
Albany, Allegany, Bronx, Broome, Cattaraugus, Cayuga, Chautauqua, Chemung, Chenango, Clinton, Columbia, Cortland, Delaware,
Dutchess, Erie, Essex, Franklin, Fulton, Genesee, Greene, Hamilton, Herkimer, Jefferson, Kings, Lewis, Livingston, Madison, Monroe,
Montgomery, Nassau, New York, Niagara, Oneida, Onondaga, Ontario, Orange, Orleans, Oswego, Otsego, Putnam, Queens, Rensselaer,
Richmond, Rockland, Saratoga, Schenectady, Schoharie, Schuyler, Seneca, St. Lawrence, Steuben, Suffolk, Sullivan, Tioga, Tompkins,
Ulster, Warren, Washington, Wayne, Westchester, Wyoming, Yates

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

## WAGES

Per Hour:

| | 07/01/2014 | 10/01/2014 |
|---|---|---|
| DREDGING OPERATIONS | | |
| CLASS A | | |
| Operator, Leverman, Lead Dredgeman | $ 34.73 | $ 35.63 |
| | | |
| CLASS A1 | To conform to Operating Engineer | |
| Dozer,Front Loader | Prevailing Wage in locality where work | |
| Operator | is being performed including benefits. | |
| | | |
| CLASS B | | |
| Spider/Spill Barge Operator, Tug Operator(over1000hp), OperatorII, Fill Placer, Derrick Operator, Engineer, Chief Mate, Electrician, Chief Welder, Maintenance Engineer | $ 30.05 | $ 30.81 |
| | | |
| Certified Welder, Boat Operator(licensed) | $ 28.30 | $ 29.01 |
| | | |
| CLASS C | | |
| Drag Barge Operator, Steward, Mate, Assistant Fill Placer, | $ 27.54 | $ 28.22 |
| | | |
| Welder (please add)$ 0.06 | | |
| | | |
| Boat Operator | $ 26.55 | $ 27.30 |
| | | |
| CLASS D | | |
| Shoreman, Deckhand, Rodman, Scowman, Cook, Messman, Porter/Janitor | $ 22.17 | $ 22.68 |

Oiler(please add)$ 0.09

## SUPPLEMENTAL BENEFITS

Per Hour:

THE FOLLOWING SUPPLEMENTAL BENEFITS APPLY TO ALL CATEGORIES

| | 07/01/2014 | 10/01/2014 |
|---|---|---|
| All Classes A & B | $ 9.42 plus 8% of straight time wage, Overtime hours add $ 0.63 | $ 9.99 plus 8% of straight time wage, Overtime hours add $ 0.63 |
| All Class C | $ 9.12 plus 8% of straight time wage, Overtime hours add $ 0.48 | $ 9.69 plus 8% of straight time wage, Overtime hours add $ 0.48 |
| All Class D | $ 8.82 plus 8% of straight time wage, Overtime hours add $ 0.33 | $ 9.39 plus 8% of straight time wage, Overtime hours add $ 0.33 |

## OVERTIME PAY

See (B, F, R) on OVERTIME PAGE

## HOLIDAY

Paid:      See (1) on HOLIDAY PAGE
Overtime:  See (5, 6, 8, 15, 26) on HOLIDAY PAGE

4-25a-MarConst

**Operating Engineer - Survey Crew - Consulting Engineer**                                         **08/01/2014**

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

**JOB DESCRIPTION**  Operating Engineer - Survey Crew - Consulting Engineer          **DISTRICT** 9

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Putnam, Queens, Richmond, Suffolk, Westchester

**PARTIAL COUNTIES**
Dutchess:  That part in Duchess County lying South of the North City line of Poughkeepsie.

**WAGES**
Feasibility and preliminary design surveying, any line and grade surveying for inspection or supervision of construction.

| Per hour:<br>Survey Classifications | 07/01/2014 | 07/01/2015<br>Additional | 07/01/2016<br>Additional |
|---|---|---|---|
| Party Chief | $35.55 + $1.06* | $1.63* | $2.24* |
| Instrument Man | 29.41 + 0.94* | 1.44* | 1.98* |
| Rodman | 25.54 + 0.86* | 1.32* | 1.82* |

* To be allocated at a future date

**SUPPLEMENTAL BENEFITS**
Per Hour:

| All Crew Members: | $17.90 | $17.90 | $17.90 |
|---|---|---|---|

**OVERTIME PAY**
OVERTIME:.... See ( B, E*, Q, V ) ON OVERTIME PAGE.
   *Doubletime paid on the 9th hour on Saturday.

**HOLIDAY**
Paid:       See (5, 6, 7, 11, 16) on HOLIDAY PAGE
Overtime:   See (5, 6, 7, 11, 16) on HOLIDAY PAGE

9-15dconsult

---

**Operating Engineer - Trenchless Pipe Rehab**                                      **08/01/2014**

**JOB DESCRIPTION**  Operating Engineer - Trenchless Pipe Rehab          **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

IMPORTANT NOTE: This Category & Classifications are now located in
           Operating Engineers/Heavy Highway & Laborers/ Heavy Highway.

Per Hour:

|  | 07/01/2014<br>(SEE) |
|---|---|
| Robotic Unit Operator | Operator(class D) |
| Technician/Boiler, Generator | Operator(classes C&D) |
| AM Liner/Hydra Seal | Laborer(Grp#3) |
| Hobas Pipe, Polyethyene Pipe or<br>Pull and Inflate Liner | Laborer(Grp#3) |

**OVERTIME PAY**

**HOLIDAY**

4-138TrchPReh

---

**Painter**                                                                          **08/01/2014**

**JOB DESCRIPTION**  Painter          **DISTRICT** 8

**ENTIRE COUNTIES**
Putnam, Suffolk, Westchester

**PARTIAL COUNTIES**

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Nassau:  All of Nassau except the areas described below: Atlantic Beach, Ceaderhurst, East Rockaway, Gibson, Hewlett, Hewlett Bay, Hewlett Neck, Hewlett Park, Inwood, Lawrence, Lido Beach, Long Beach, parts of Lynbrook, parts of Oceanside, parts of Valley Stream, and Woodmere. Starting on the South side of Sunrise Hwy in Valley Stream running east to Windsor and Rockaway Ave., Rockville Centre is the boundary line up to Lawson Blvd. turn right going west all the above territory. Starting at Union Turnpike and Lakeville Rd. going north to Northern Blvd. the west side of Lakeville road to Northern blvd. At Northern blvd. going east the district north of Northern blvd. to Port Washington Blvd. West of Port Washington blvd.to St.Francis Hospital then north of first traffic light to Port Washington and Sands Point, Manor  HAven, Harbour Acres.

## WAGES
Per hour:                                  07/01/2014

Drywall Taper                              $ 41.75

## SUPPLEMENTAL BENEFITS
Per hour worked:                           07/01/2014
Journeyman                                 $ 20.97

## OVERTIME PAY
See (A, H) on OVERTIME PAGE
For Journeyman: Deduct $4.25 from wage rate BEFORE calculating overtime pay.
For Apprentices: Deduct $ 2.44 from 2nd term wage rate, and $ 3.25 from 3rd term wage rate BEFORE calculating overtime pay.

## HOLIDAY
Paid:                       See (1) on HOLIDAY PAGE
Overtime:                   See (4, 5, 6, 25) on HOLIDAY PAGE

## REGISTERED APPRENTICES
Wages(per Hour)                            07/01/2014

1500 hour terms at the following wage rate:

1st term                    $ 18.13
2nd term                    $ 27.19
3rd term                    $ 36.26

Suppemental Benefits per hour:
One year term (1500 hours)at the following
dollar amount.

1st year                    $ 10.25
2nd year                    $ 16.43
3rd year                    $ 19.25

8-NYDCT9-DWT

| **Painter** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Painter                    **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Putnam, Queens, Richmond, Suffolk, Westchester

## WAGES
Per hour:                                  07/01/2014

Brush                                      $ 43.75

Abatement/Removal of lead based            $ 43.75
or lead containing paint on
materials to be repainted.

Spray & Scaffold                           $ 46.75
Fire Escape                                $ 46.75

Decorator                                  $ 46.75

Paperhanger/Wall Coverer                   $ 41.08

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

**SUPPLEMENTAL BENEFITS**

| Per hour worked: | 07/01/2014 |
|---|---|
| Paperhanger | $ 29.33 |
| All others | $ 20.97 |
| Premium* | $ 23.47* |

*Applies only to "All others" catergory,not paperhanger journeyman.

**OVERTIME PAY**
See (A, H) on OVERTIME PAGE

**HOLIDAY**
Paid:            See (1) on HOLIDAY PAGE
Overtime:     See (5, 6, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Indentured after 5/31/93 ( 1 ) year terms at the following wage rate.
(per hour)

|  | 07/01/2014 |
|---|---|
| Appr 1st term... | $ 16.55 |
| Appr 2nd term... | $ 21.66 |
| Appr 3rd term... | $ 26.24 |
| Appr 4th term... | $ 35.02 |

Spplemental benefis:
(per Hour worked)

|  |  |
|---|---|
| Appr 1st term... | $ 10.23 |
| Appr 2nd term... | $ 12.92 |
| Appr 3rd term... | $ 15.20 |
| Appr 4th term... | $ 19.70 |

8-NYDC9-B/S

| **Painter** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION**  Painter                                    **DISTRICT**  8

**ENTIRE COUNTIES**
Bronx, Kings, New York, Queens, Richmond
**PARTIAL COUNTIES**
Nassau:  Atlantic Beach, Ceaderhurst, East Rockaway,Hewlett, Hewlett Bay, Hewlett Neck, Hewlett Park, Inwood, Lawrence, Lido Beach, Long Beach, parts of Lynbrook, parts of Oceanside, parts of Valley Stream,  and Woodmere. Starting on South side of Sunrise Hwy in Valley Stream running east to Windsor and Rockaway Ave, Rockville is the boundary line up to Lawson Blvd, turning right going west all the above territory. Starting at Union Turnpike &Lakeville Rd going north to northern Blvd. the west side of Lakeville Rd to Northern Blvd. At Northern Blvd doing east the district north of Northern blvd to Port Washington blvd. West of Port Washington blvd to St.Francis Hospital then north of first traffic light to Port Washington & Sands Point, Manor Haven, & Harbour Acres.

**WAGES**

| Per hour: | 07/01/2014 | 12/31/2014 | 07/01/2015 |
|---|---|---|---|
| Drywall Taper | $ 45.32 | $ 45.82 | $ 46.32 |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | 07/01/2014 | 12/31/2014 | 07/01/2015 |
|---|---|---|---|
| Journeyworker: | $ 23.03 | $ 23.03 | $ 23.03 |

**OVERTIME PAY**
See (A, H) on OVERTIME PAGE

**HOLIDAY**
Paid:            See (1) on HOLIDAY PAGE
Overtime:     See (4, 6, 8, 11, 18, 19, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wage per hour:

12 months' terms(year consists of 1500 hours).

|  | 07/01/2014 | 12/31/2014 | 07/01/2015 |
|---|---|---|---|
| 1st year | $ 18.13 | $ 18.33 | $ 18.53 |
| 2nd year | $ 27.20 | $ 27.50 | $ 27.80 |
| 3rd year | $ 36.26 | $ 36.66 | $ 37.06 |

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Supplemental Benefits per hour worked:

One (1) year term at the following dollar amount:

| | | | |
|---|---|---|---|
| 1st term | $ 10.25 | $ 10.25 | $ 10.25 |
| 2nd term | $ 16.43 | $ 16.43 | $ 16.43 |
| 3rd term | $ 19.25 | $ 19.25 | $ 19.25 |

8-NYC9-1974-DWT

## Painter - Bridge & Structural Steel                                                08/01/2014

**JOB DESCRIPTION** Painter - Bridge & Structural Steel                    **DISTRICT** 8

### ENTIRE COUNTIES
Albany, Bronx, Clinton, Columbia, Dutchess, Essex, Franklin, Fulton, Greene, Hamilton, Kings, Montgomery, Nassau, New York, Orange, Putnam, Queens, Rensselaer, Richmond, Rockland, Saratoga, Schenectady, Schoharie, Suffolk, Sullivan, Ulster, Warren, Washington, Westchester

### WAGES
Per Hour Worked:
STEEL:

| Bridge Painting: | 07/01/2014 | 10/01/2014 |
|---|---|---|
| From May 1st to Nov. 15th - | $ 47.00 | $ 48.75 |
| | + 5.38* | + 5.63* |
| From Nov. 16th to April 30th - | $ 47.00 | $ 48.75 |
| | + 5.38* | + 5.63* |

*Not subject to overtime and limited to first 40 hours
NOTE: All premium wages are to be calculated on $47.00 or $48.75 per hour only.

EXCEPTION: During the period of May 1st to November 15th, for the first and last week of employment on the project, and for the weeks of Memorial Day, Independence Day and Labor Day, this rate shall be paid for the actual number of hours worked.

Power Tool/Spray is an additional $6.00 per hour above hourly rate, whether straight time or overtime

NOTE: Generally, for Bridge Painting Contracts, ALL WORKERS on and off the bridge (including Flagmen) are to be paid Painter's Rate; the contract must be ONLY for Bridge Painting.

### SUPPLEMENTAL BENEFITS
Per Hour Worked:

| Journeyworker: | 07/01/2014 | 10/01/2014 |
|---|---|---|
| From May 1st to Nov. 15th - | | |
| Hourly Rate up to 40 hours | $ 28.20 | $ 28.95 |
| Hourly Rate after 40 hours | 7.50 | 7.50 |
| From Nov. 16th to April 30th - | | |
| Hourly Rate up to 50 hours | 28.20 | 28.95 |
| Hourly Rate after 50 hours | 7.50 | 7.50 |

EXCEPTION: During the period of May 1st to November 15th, for the first and last week of employment on the project, and for the weeks of Memorial Day, Independence Day and Labor Day, this rate shall be paid for the actual number of hours worked.

### OVERTIME PAY
See (A, F, R) on OVERTIME PAGE

### HOLIDAY
| Paid: | See (1) on HOLIDAY PAGE |
|---|---|
| Overtime: | See (4, 6) on HOLIDAY PAGE |

### REGISTERED APPRENTICES
(Wage per hour Worked):

Apprentices: (1) year terms

| | 07/01/2014 | 10/01/2014 |
|---|---|---|
| 1st 90 days | $ 20.96 | $ 21.76 |
| 1st year after 90 days | 20.96 | 21.76 |

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

|  |  |  |
|---|---|---|
| 2nd year | 31.43 | 32.63 |
| 3rd year | 41.91 | 43.51 |

Supplemental Benefits per hour worked:

|  | 07/01/2014 | 10/01/2014 |
|---|---|---|
| 1st 90 days | $ 8.29 | $ 8.59 |
| 1st year after 90 days | 8.54 | 8.84 |
| 2nd year | 16.93 | 17.38 |
| 3rd year | 22.57 | 26.17 |

8-DC-9/806/155-BrSS

---

### Painter - Line Striping                                                                    08/01/2014

**JOB DESCRIPTION** Painter - Line Striping                          **DISTRICT** 8

**ENTIRE COUNTIES**
Albany, Bronx, Clinton, Columbia, Dutchess, Essex, Franklin, Fulton, Greene, Hamilton, Kings, Montgomery, Nassau, New York, Orange, Putnam, Queens, Rensselaer, Richmond, Rockland, Saratoga, Schenectady, Schoharie, Suffolk, Sullivan, Ulster, Warren, Washington, Westchester

**WAGES**
Per hour:

| Painter (Striping-Highway): | 07/01/2014 |
|---|---|
| Striping-Machine Operator* | $ 27.11 |
| Linerman Thermoplastic | $ 32.37 |

Note: * Includes but is not limited to: Positioning of cones and directing of traffic using hand held devices. Excludes the Driver/Operator of equipment used in the maintenance and protection of traffic safety

Four (4), ten (10) hour days may be worked at straight time during a week.

NOTE - In order to use the '4 Day/10 Hour Work Schedule,' you must submit an 'Employer Registration for Use of 4 Day/10 Hour Work Schedule,' form PW30R; additionally, there must be a dispensation of hours in place on the project.

**SUPPLEMENTAL BENEFITS**
Per hour paid:                                    07/01/2014
Journeyworker:

| Striping-Machine operator | $ 14.18 |
|---|---|
| Linerman Thermoplastic | $ 14.55 |

**OVERTIME PAY**
See (B, E, E2, S) on OVERTIME PAGE

**HOLIDAY**
Paid:            See (5, 20) on HOLIDAY PAGE
Overtime:      See (5, 8, 11, 12, 15, 16, 17, 20, 21, 22) on HOLIDAY PAGE

8-1456-LS

---

### Painter - Metal Polisher                                                                  08/01/2014

**JOB DESCRIPTION** Painter - Metal Polisher                          **DISTRICT** 8

**ENTIRE COUNTIES**
Albany, Allegany, Bronx, Broome, Cattaraugus, Cayuga, Chautauqua, Chemung, Chenango, Clinton, Columbia, Cortland, Delaware, Dutchess, Erie, Essex, Franklin, Fulton, Genesee, Greene, Hamilton, Herkimer, Jefferson, Kings, Lewis, Livingston, Madison, Monroe, Montgomery, Nassau, New York, Niagara, Oneida, Onondaga, Ontario, Orange, Orleans, Oswego, Otsego, Putnam, Queens, Rensselaer, Richmond, Rockland, Saratoga, Schenectady, Schoharie, Schuyler, Seneca, St. Lawrence, Steuben, Suffolk, Sullivan, Tioga, Tompkins, Ulster, Warren, Washington, Wayne, Westchester, Wyoming, Yates

**WAGES**

|  | 07/01/2014 |
|---|---|
| Metal Polisher | $ 27.15 |
| Metal Polisher** | 28.24 |
| Metal Poilsher*** | 30.65 |

**Note: Applies on New Construction & complete renovation
*** Note: Applies when working on scaffolds over 34 feet.

**SUPPLEMENTAL BENEFITS**
Per Hour:                                         07/01/2014

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Journeyworker:
All classification                           $ 13.61

**OVERTIME PAY**
See (B, E, E2, P, T) on OVERTIME PAGE

**HOLIDAY**
Paid:                    See (5, 6, 11, 15, 16, 25, 26) on HOLIDAY PAGE
Overtime:                See (5, 6, 9, 11, 15, 16, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wages per hour:
One (1) year term at the following wage rates:

|       | 1st     | 2nd     | 3rd     |
|-------|---------|---------|---------|
|       | $11.00  | $12.50  | $15.50  |

Supplentals benefits:
Per hour paid:

|       | 1st     | 2nd     | 3rd     |
|-------|---------|---------|---------|
|       | $ 9.94  | $10.31  | $10.51  |

8-8A/28A-MP

| **Plasterer** | **08/01/2014** |
|---------------|----------------|

**JOB DESCRIPTION**  Plasterer                              **DISTRICT** 9

**ENTIRE COUNTIES**
Kings, Nassau, Queens, Suffolk

**PARTIAL COUNTIES**
New York:  Includes work in all Islands in New York City, except Manhattan.

**WAGES**
Per hour:
                                        07/01/2014

Building:
Plasterer/Traditional                    $ 35.53

**SUPPLEMENTAL BENEFITS**
Per hour worked:
Journeyworker                            $ 21.80

**OVERTIME PAY**
See (B, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**
Paid:                    See (1) on HOLIDAY PAGE
Overtime:                See (5, 6, 8, 11, 13, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wages:
(per hour)
( 1 ) year terms at the following % Journeyworkers wage rate.

| First year:  | 1st 6 months | 2nd 6 months |
|--------------|--------------|--------------|
|              | 40%          | 45%          |
| Second year: | 1st 6 months | 2nd 6 months |
|              | 55%          | 60%          |
| Third year:  | 1st 6 months | 2nd 6 months |
|              | 70%          | 75%          |

Supplemental Benefits:
(per hour paid):
(1) year term broken down into six month periods:
1st year:

| 1st six months | $ 8.37 |
|----------------|--------|
| 2nd six months | 9.35   |
| 3rd six months | 11.35  |
| 4th six months | 12.33  |
| 5th six months | 14.33  |
| 6th six months | 15.33  |

9-530-Z1

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

| **Plumber** | | | **08/01/2014** |
|---|---|---|---|

**JOB DESCRIPTION**  Plumber                                          **DISTRICT**  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:

|  | 07/01/2014 | 05/01/2015 |
|---|---|---|
| Plumber |  |  |
| MAINTENANCE ONLY | $ 29.46 | $ 29.96 |

Maintenance: Correction of problem(s)with the existing fixture or group of fixtures, preventive repairs or servicing of said fixtures

**SUPPLEMENTAL BENEFITS**
SUPPLEMENTAL BENEFITS
Per Hour:

|  | | |
|---|---|---|
| Plumber |  |  |
| Maintenance | $ 12.05 | $ 13.55 |

**OVERTIME PAY**
See (B, J) on OVERTIME PAGE

**HOLIDAY**
Paid:          See (1) on HOLIDAY PAGE
Overtime:   See (5, 6, 15, 16) on HOLIDAY PAGE

                                                                                                    4-200 Maintance

| **Plumber** | | | **08/01/2014** |
|---|---|---|---|

**JOB DESCRIPTION**  Plumber                                          **DISTRICT**  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:                07/01/2014

Plumber/
PUMP & TANK        $ 43.24

**SUPPLEMENTAL BENEFITS**
Per Hour:

Plumber                  $ 23.06

**OVERTIME PAY**
See (B, Q, *V) on OVERTIME PAGE
(V) For Sundays & Holidays if Worked Only

**HOLIDAY**
Paid:.         See (1) on HOLIDAY PAGE
Overtime:   See (5, 6, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
One(1) Year Terms at the Following
Percentage of Journeymans wage:

| 1st Term | 30% |
|---|---|
| 2nd Term | 40% |
| 3rd Term | 50% |
| 4th Term | 60% |
| 5th Term | 70% |
| 6th Term | 85% |

Supplemental Benifits Per Hour:

| 1st Term | $11.38 |
|---|---|
| 2nd Term | $12.01 |
| 3rd Term | $12.79 |
| 4th Term | $13.16 |
| 5th Term | $16.36 |
| 6th Term | $19.65 |

                                                                                        4-200 Pump & Tank

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

| **Plumber** | | | **08/01/2014** |
|---|---|---|---|

**JOB DESCRIPTION**  Plumber                                **DISTRICT**  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 | 11/01/2014 |
|---|---|---|
| Plumber | $ 48.48 | $ 48.48 |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | | |
|---|---|---|
| Plumber | $ 34.27 | $ 35.77 |

**OVERTIME PAY**
See (A, E, Q, *V) on OVERTIME PAGE
CODE "V" is only for SUNDAYS and HOLIDAYS WORKED

**HOLIDAY**
Paid:                      See (1) on HOLIDAY PAGE
Overtime:               See (5, 6, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
One(1) Year Terms at the following percentage of Plumbers Rate:

| 1st Term | 2nd Term | 3rd Term | 4th Term | 5th Term |
|---|---|---|---|---|
| 30% | 40% | 50% | 60% | 70% |

Supplemental Benefits per hour:

| | 07/01/2014 | 11/01/2014 |
|---|---|---|
| 1st Term | $ 20.75 | $ 22.25 |
| 2nd Term | 23.06 | 24.56 |
| 3rd Term | 24.43 | 25.93 |
| 4th Term | 25.92 | 27.42 |
| 5th Term | 27.56 | 29.00 |

4-200

| **Roofer** | | | **08/01/2014** |
|---|---|---|---|

**JOB DESCRIPTION**  Roofer                                **DISTRICT**  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

| Per Hour | 07/01/2014 | 10/01/2014 |
|---|---|---|
| ROOFER/Waterproofer | | |
| Total Wage to be Paid | $ 43.00 | Additional $1.50 to be Added per Hour*** |
| "Base" Wage | $ 39.00** | |

***NOTE: Additional to be allocated for Wage or Supplement

**SUPPLEMENTAL BENEFITS**

| Per Hour: | | |
|---|---|---|
| ROOFER/Waterproofer | $ 25.61 | $ 25.61 |

**OVERTIME PAY**
Per Hour:
NEW ROOF SEE (B,E,Q)
RE-ROOF SEE  (B,E,E2,Q)
NOTE:** Overtime Pay to be calculated on "BASE" Wage then add $4.00.
(Example: $39.00 x time and one half = $58.50 + $4.00 = $62.50 )

**HOLIDAY**
Paid:                      See (1) on HOLIDAY PAGE

Page 68

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Overtime:            See (5, 6, 13, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
(1) Year terms at the following Percentage of Roofers/Waterproofers Wage.

|     | 1st | 2nd | 3rd | 4th |
|-----|-----|-----|-----|-----|
|     | 40% | 50% | 70% | 80% |

Supplemental Benefits per hour:

|          | 07/01/2014 | 10/01/2014 |
|----------|-----------|-----------|
| 1st Term | $ 7.20    | $ 7.20    |
| 2nd Term | 8.99      | 8.99      |
| 3rd Term | 12.58     | 12.98     |
| 4th Term | 14.37     | 14.37     |

4-154

| **Sheetmetal Worker** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION**  Sheetmetal Worker                                 **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
Per Hour:            07/01/2014
Sheetmetal Worker
                    $ 50.67
Temporary Operation or
Maintenace of Fans
                    40.42

**SUPPLEMENTAL BENEFITS**
Per Hour:
Sheetmetal Worker
                    $ 39.91
Maintenance Worker
                    39.91

**OVERTIME PAY**
See (A, E, E2, Q, V) on OVERTIME PAGE
For Maintenance See Codes B,E, Q & V

**HOLIDAY**
Paid:               See (1) on HOLIDAY PAGE
Overtime:           See (5, 6, 11, 15, 16, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Per Hour:Wages

Six(6) Month Terms As Follows:

| 1st Term | $ 14.35 |
|----------|---------|
| 2nd Term | 17.72   |
| 3rd Term | 22.12   |
| 4th Term | 24.89   |
| 5th Term | 26.24   |
| 6th Term | 28.45   |
| 7th Term | 34.53   |
| 8th Term | 37.23   |
| 9th Term | 40.34   |

Per Hour: Supplemental Benifits

| 1st Term | $ 5.50 |
|----------|--------|
| 2nd Term | 14.80  |
| 3rd Term | 21.51  |
| 4th Term | 23.31  |
| 5th Term | 24.94  |
| 6th Term | 27.04  |
| 7th Term | 30.60  |
| 8th Term | 31.77  |
| 9th Term | 32.94  |

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County
4-28

| **Sheetmetal Worker** | | **08/01/2014** |

**JOB DESCRIPTION**  Sheetmetal Worker          **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Rockland, Suffolk, Westchester

**WAGES**
Per Hour:                07/01/2014            08/01/2014

Sign Erector              $ 44.20               $ 45.60

NOTE: Overhead Highway Signs and Structurally Supported Signs(See IRON WORKER CLASS)

**SUPPLEMENTAL BENEFITS**
Per Hour:                07/01/2014            08/01/2014

Sign Erector              $ 38.22               $ 40.25

**OVERTIME PAY**
See (A, F, S) on OVERTIME PAGE

**HOLIDAY**
Paid:        See (5, 6, 10, 11, 12, 16, 25) on HOLIDAY PAGE
Overtime:    See (5, 6, 10, 11, 12, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Per Hour:
6 month Terms at the following percentage of Sign Erectors wage rate:

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th |
|---|---|---|---|---|---|---|---|---|---|
| 35% | 40% | 45% | 50% | 55% | 60% | 65% | 70% | 75% | 80% |

SUPPLEMENTAL BENEFITS
Per Hour:

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th |
|---|---|---|---|---|---|---|---|---|---|
| $11.08 | $12.55 | $14.04 | $15.51 | $21.93 | $23.86 | $26.46 | $28.45 | $30.42 | $32.40 |

4-137-SE

| **Steamfitter** | | **08/01/2014** |

**JOB DESCRIPTION**  Steamfitter          **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
Per Hour:                07/01/2014

Steam/Sprinkler          $ 58.81
Fitter

Temporary                $ 44.71
Heat & AC

NOTE: Add 30% to Hourly Wage for "Contracting Agency" Mandated Off Shift Work.

**SUPPLEMENTAL BENEFITS**
Per Hour:

Steam/Sprinkler          $ 45.67
Fitter

Temporary                $ 37.26
Heat & AC

**OVERTIME PAY**
See (C, *D, O, V) on OVERTIME PAGE

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

(*D) On all HVAC and Mechanical contracts that do not excedd $15,000,000. and on all fire protection/sprinklet contracts that do not exceed $1,500,000.

**HOLIDAY**
Paid:          See (1) on HOLIDAY PAGE
Overtime:      See (5, 6, 11, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
1 year Terms at the Following:

WAGES per hour:

| 1st Term | 2nd Term | 3rd Term | 4th Term | 5th Term |
|----------|----------|----------|----------|----------|
| $ 23.56  | $ 29.44  | $ 38.25  | $ 47.06  | $ 50.00  |

SUPPLEMENTAL BENEFIT
Per Hour:

| 1st Term | 2nd Term | 3rd Term | 4th Term | 5th Term |
|----------|----------|----------|----------|----------|
| $ 18.79  | $ 23.29  | $ 29.99  | $ 36.71  | $ 38.95  |

4-638A-StmSpFtr

---

| **Steamfitter** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Steamfitter                          **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
Per Hour:                        07/01/2014        01/01/2015
                                                   Additional

AC Service/Heat Service            $ 38.30          $ 0.75*
Steamfitter Maintenance

Refrigeration, A/C, Oil Burner and Stoker Service and Repair.
Refrigeration Compressor installation up to 5hp (combined).
Air Condition / Heating Compressor installation up to 10hp (combined).

(*)To be allocated at a later date

**SUPPLEMENTAL BENEFITS**
Per Hour

AC Service/Heat Service            $ 9.70
Steamfitter Maintenance

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE

**HOLIDAY**
Paid:          See (5, 6, 11, 15, 25, 26) on HOLIDAY PAGE

4-638B-StmFtrRef

---

| **Teamster - Asphalt Delivery** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Teamster - Asphalt Delivery           **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:

Heavy Construction Work:
Shall include the supply of Asphalt for construction, improvement and modification of all or any part of Streets, Highways, Bridges, Tunnels,Railroads, Canals, Dams, Airports, Schools, Power Generation Plants, where distance between project and asphalt plant is not more than 50 miles.

TRUCK DRIVER
                                 07/01/2014
Asphalt Delivery                 $ 35.105

Light Construction Work:

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Shall include the supply of Asphalt for construction of Single & Multi Family Homes, Town Houses, Apartment Buildings, including Driveways, Streets and Curbs within those projects. Parking Lots, Office Buildings, where distance between project and asphalt plant is not more than 50 miles.

TRUCK DRIVER

|  | 07/01/2014 |
|---|---|
| Asphalt Delivery | $ 28.89 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

Heavy Construction Work
TRUCK DRIVER

|  | 07/01/2014 |
|---|---|
| Asphalt Delivery | $40.1825 |

Light Construction Work
TRUCK DRIVER

|  | 07/01/2014 |
|---|---|
| Asphalt Delivery | $11.55 |

**OVERTIME PAY**
See (B, *B2, E, **I, P, ***R, ****U) on OVERTIME PAGE
(NOTE) PREMIUM PAY of 25% on straight time hours for New York State D.O.T. and or other GOVERNMENTAL MANDATED off shift work.
Note: (B,E,P,T&*U) Apply to Heavy Construction.
Note: (B2,I,T&*U) Apply to Light Construction.
Note: (*U) Only applies after 8 hours worked on holiday.

**HOLIDAY**
Paid:              See (1) on HOLIDAY PAGE
Overtime:          See (5, 6, *16, **25) on HOLIDAY PAGE
NOTE:(*16) Paid at Double if Worked; (**25) Paid at Double if Worked.

4-282

---

| **Teamster - Building** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Teamster - Building                                    **DISTRICT** 4
**ENTIRE COUNTIES**
Nassau, Suffolk
**WAGES**
Per Hour:
Truck Driver (Building Demolition & Debris)

|  | 07/01/2014 |
|---|---|
| Trailers | $ 29.98 |
| Straight Jobs | $ 29.68 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

All Classifications

|  | 07/01/2014 |
|---|---|
|  | $ 31.34 |

**OVERTIME PAY**
See (B, E, S1) on OVERTIME PAGE
**HOLIDAY**
Paid:              See (1) on HOLIDAY PAGE
Overtime:          See (5, 6, 8, 11, 12, 15, 25, 26) on HOLIDAY PAGE

4-282

---

| **Teamster - Delivery of Concrete** | **08/01/2014** |
|---|---|

**JOB DESCRIPTION** Teamster - Delivery of Concrete                        **DISTRICT** 4
**ENTIRE COUNTIES**
Nassau, Suffolk
**WAGES**
Per Hour:

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857  Nassau County

Heavy Construction Work:
Shall Include the supply of Ready-Mix Concrete for construction, improvment and modification of all or any part of Streets, Highways, Bridges, Tunnels, Railroads, Canals, Dams, Airports, Schools & Power Generation Plants, where distance between project and asphalt plant is not more than 50 miles.

**TRUCK DRIVER**

|  | 07/01/2014 |
|---|---|
| Concrete Delivery | $ 37.065 |

Light Construction Work:
Shall include the supply of Ready-Mix Concrete for construction of Single & Multi Family Homes, Town Houses, Apartment Buildings, including Driveways, Streets and Curbs within those projects. Parking Lots and Office Buildings, where distance between project and asphalt plant is not more than 50 miles.

TRUCK DRIVER

|  | 07/01/2014 |
|---|---|
| Concrete Delivery | $ 33.765 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| Heavy Construction Work | 07/01/2014 |
|---|---|
| Concrete Delivery | $ 37.125 |

| Light Construction Work | 07/01/2014 |
|---|---|
| Concrete Delivery | $ 11.525 |

**OVERTIME PAY**
NOTE: Heavy Construction:B2,I
          Light Construction:B,E,P

**HOLIDAY**
Paid:               See (1) on HOLIDAY PAGE
Overtime:        See (5, 6, *16, **25) on HOLIDAY PAGE
NOTE:(*16) Paid at Double if Worked. (**25) Paid at Double if Worked.

4-282ns

---

**Teamster - Heavy&Highway**                                                            **08/01/2014**

**JOB DESCRIPTION**  Teamster - Heavy&Highway                          **DISTRICT**  4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:

Heavy Construction Work:
Shall include the construction, improvement or modification of all or any part of streets, highways, Bridges, Tunnels, Railroads, Canals, Dams, Airports, Schools, Power Generation Plants.

|  | 07/01/2014 |
|---|---|
| Site Excavating (Chauffeurs) | $ 35.105 |

Light Construction Work:
Shall include the construction, improvment and modification of Single & Multi Family Homes, Town Houses, Apartment Buildings, including driveways, Streets and Curbs within those projects. Parking Lots and Office Buildings.

|  | 07/01/2014 |
|---|---|
| Site Excavating (Chauffeurs) | $ 28.89 |

**SUPPLEMENTAL BENEFITS**
Per Hour:                             07/01/2014

| Heavy Construction Work | |
|---|---|
| Chauffeurs | $ 40.1825 |

Light Construction Work

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857 Nassau County

Chauffers                          $ 11.55

**OVERTIME PAY**
See (B, *B2, E, **I, P, ***R, ****U) on OVERTIME PAGE
(NOTE) PREMIUM PAY of 25% on straight time hours for NEW YORK STATE D.O.T. and or other GOVERMENTAL MANDATED off shift work.
Note: (B,E,P,T & *U) Apply to Heavy Construction.
Note: (B2,I,T & *U) Apply to Light Construction.
Note: (*U) Only applies after 8 hours work on holiday

**HOLIDAY**
Paid:               See (1) on HOLIDAY PAGE
Overtime:           See (5, 6, *16, **25) on HOLIDAY PAGE
NOTE:(*16) Paid at Double if Worked. (**25) Paid at Double if Worked.

4-282

| Welder | 08/01/2014 |
|---|---|

**JOB DESCRIPTION** Welder                          **DISTRICT** 1

**ENTIRE COUNTIES**
Albany, Allegany, Bronx, Broome, Cattaraugus, Cayuga, Chautauqua, Chemung, Chenango, Clinton, Columbia, Cortland, Delaware, Dutchess, Erie, Essex, Franklin, Fulton, Genesee, Greene, Hamilton, Herkimer, Jefferson, Kings, Lewis, Livingston, Madison, Monroe, Montgomery, Nassau, New York, Niagara, Oneida, Onondaga, Ontario, Orange, Orleans, Oswego, Otsego, Putnam, Queens, Rensselaer, Richmond, Rockland, Saratoga, Schenectady, Schoharie, Schuyler, Seneca, St. Lawrence, Steuben, Suffolk, Sullivan, Tioga, Tompkins, Ulster, Warren, Washington, Wayne, Westchester, Wyoming, Yates

**WAGES**
Per hour                 07/01/2014

Welder        (To be paid the same rate of the mechanic performing the work)

**OVERTIME PAY**

**HOLIDAY**                                              1-As Per Trade

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857

## Overtime Codes

Following is an explanation of the code(s) listed in the OVERTIME section of each classification contained in the attached schedule. Additional requirements may also be listed in the HOLIDAY section.

( B1 )   Time and one half of the hourly rate for the 9th & 10th hours week days and the 1st 8 hours on Saturday. Double the hourly rate for all additional hours

( A )   Time and one half of the hourly rate after 7 hours per day

( AA )   Time and one half of the hourly rate after 7 and one half hours per day

( E3 )   Between November 1st and March 3rd Saturday may be used as a make-up day at straight time when a day is lost during that week due to inclement weather, provided a given employee has worked between 16 and 32 hours that week

( B )   Time and one half of the hourly rate after 8 hours per day

( S1 )   Two and one half times the hourly rate the first 8 hours on Sunday or Holidays  One and one half times the hourly rate all additional hours.

( E5 )   Double time after 8 hours on Saturdays

( B2 )   Time and one half of the hourly rate after 40 hours per week

( C )   Double the hourly rate after 7 hours per day

( C1 )   Double the hourly rate after 7 and one half hours per day

( D )   Double the hourly rate after 8 hours per day

( D1 )   Double the hourly rate after 9 hours per day

( E )   Time and one half of the hourly rate on Saturday

( E1 )   Time and one half 1st 4 hours on Saturday  Double the hourly rate all additional Saturday hours

( E2 )   Saturday may be used as a make-up day at straight time when a day is lost during that week due to inclement weather

( E4 )   Saturday and Sunday may be used as a make-up day at straight time when a day is lost during that week due to inclement weather

( F )   Time and one half of the hourly rate on Saturday and Sunday

( G )   Time and one half of the hourly rate on Saturday and Holidays

( H )   Time and one half of the hourly rate on Saturday, Sunday, and Holidays

( I )   Time and one half of the hourly rate on Sunday

( J )   Time and one half of the hourly rate on Sunday and Holidays

( K )   Time and one half of the hourly rate on Holidays

( L )   Double the hourly rate on Saturday

( M )   Double the hourly rate on Saturday and Sunday

( N )   Double the hourly rate on Saturday and Holidays

( O )   Double the hourly rate on Saturday, Sunday, and Holidays

( P )   Double the hourly rate on Sunday

( Q )   Double the hourly rate on Sunday and Holidays

( R )   Double the hourly rate on Holidays

( S )   Two and one half times the hourly rate for Holidays, if worked

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857

( T )   Triple the hourly rate for Holidays, if worked

( U )   Four times the hourly rate for Holidays, if worked

( V )   Including benefits at SAME PREMIUM as shown for overtime

( W )   Time and one half for benefits on all overtime hours.

NOTE:BENEFITS are PER HOUR WORKED,for each hour worked, unless otherwise noted

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007857

## Holiday Codes

PAID Holidays:

Paid Holidays are days for which an eligible employee receives a regular day's pay, but is not required to perform work. If an employee works on a day listed as a paid holiday, this remuneration is in addition to payment of the required prevailing rate for the work actually performed.

OVERTIME Holiday Pay:

Overtime holiday pay is the premium pay that is required for work performed on specified holidays.  It is only required where the employee actually performs work on such holidays.  The applicable holidays are listed under HOLIDAYS: OVERTIME. The required rate of pay for these covered holidays can be found in the OVERTIME PAY section listings for each classification.

Following is an explanation of the code(s) listed in the HOLIDAY section of each classification contained in the attached schedule. The Holidays as listed below are to be paid at the wage rates at which the employee is normally classified.

| ( 1 ) | None |
| ( 2 ) | Labor Day |
| ( 3 ) | Memorial Day and Labor Day |
| ( 4 ) | Memorial Day and July 4th |
| ( 5 ) | Memorial Day, July 4th, and Labor Day |
| ( 6 ) | New Year's, Thanksgiving, and Christmas |
| ( 7 ) | Lincoln's Birthday, Washington's Birthday, and Veterans Day |
| ( 8 ) | Good Friday |
| ( 9 ) | Lincoln's Birthday |
| ( 10 ) | Washington's Birthday |
| ( 11 ) | Columbus Day |
| ( 12 ) | Election Day |
| ( 13 ) | Presidential Election Day |
| ( 14 ) | 1/2 Day on Presidential Election Day |
| ( 15 ) | Veterans Day |
| ( 16 ) | Day after Thanksgiving |
| ( 17 ) | July 4th |
| ( 18 ) | 1/2 Day before Christmas |
| ( 19 ) | 1/2 Day before New Years |
| ( 20 ) | Thanksgiving |
| ( 21 ) | New Year's Day |
| ( 22 ) | Christmas |
| ( 23 ) | Day before Christmas |
| ( 24 ) | Day before New Year's |
| ( 25 ) | Presidents' Day |
| ( 26 ) | Martin Luther King, Jr. Day |
| ( 27 ) | Memorial Day |

NO TEXT ON THIS PAGE



**New York State Department of Labor - Bureau of Public Work**
**State Office Building Campus**
**Building 12 - Room 130**
**Albany, New York  12240**

## REQUEST FOR WAGE AND SUPPLEMENT INFORMATION
As Required by Articles 8 and 9 of the NYS Labor Law

Fax (518) 485-1870 or mail this form for new schedules or for determination for additional occupations,

| This Form Must Be Typed |

Submitted By:
(Check Only One)    ☐ Contracting Agency    ☐ Architect or Engineering Firm    ☐ Public Work District Office    Date: _____

### A. Public Work Contract to be let by: (Enter Data Pertaining to Contracting/Public Agency)

1. Name and complete address    ☐ (Check if new or change)

Telephone: (   )                Fax: (   )
E-Mail:

2. NY State Units (see Item 5)
   ☐ 01 DOT
   ☐ 02 OGS
   ☐ 03 Dormitory Authority
   ☐ 04 State University Construction Fund
   ☐ 05 Mental Hygiene Facilities Corp.
   ☐ 06 OTHER N.Y. STATE UNIT

   ☐ 07 City
   ☐ 08 Local School District
   ☐ 09 Special Local District, i.e., Fire, Sewer, Water District
   ☐ 1O Village
   ☐ 11 Town
   ☐ 12 County
   ☐ 13 Other Non-N.Y. State (Describe)

3. SEND REPLY TO    ☐ check if new or change
   Name and complete address:

Telephone:(   )                Fax: (   )
E-Mail:

4. SERVICE REQUIRED. Check appropriate box and provide project information.

   ☐ New Schedule of Wages and Supplements.

   | APPROXIMATE BID DATE : |

   ☐ Additional Occupation and/or Redetermination

   | PRC NUMBER ISSUED PREVIOUSLY FOR THIS PROJECT : | OFFICE USE ONLY |

### B. PROJECT PARTICULARS

5. Project Title _____

   Description of Work _____

   _____

   Contract Identification Number _____

   Note: For NYS units, the OSC Contract No.

6. Location of Project:
   Location on Site _____

   Route No/Street Address _____

   Village or City _____

   Town _____

   County _____

7. Nature of Project - Check One:
   ☐ 1. New Building
   ☐ 2. Addition to Existing Structure
   ☐ 3. Heavy and Highway Construction (New and Repair)
   ☐ 4. New Sewer or Waterline
   ☐ 5. Other New Construction (Explain)
   ☐ 6. Other Reconstruction, Maintenance, Repair or Alteration
   ☐ 7. Demolition
   ☐ 8. Building Service Contract

8. OCCUPATION FOR PROJECT :
   ☐ Construction (Building, Heavy Highway/Sewer/Water)
   ☐ Tunnel
   ☐ Residential
   ☐ Landscape Maintenance
   ☐ Elevator maintenance
   ☐ Exterminators, Fumigators
   ☐ Fire Safety Director, NYC Only

   ☐ Guards, Watchmen
   ☐ Janitors, Porters, Cleaners, Elevator Operators
   ☐ Moving furniture and equipment
   ☐ Trash and refuse removal
   ☐ Window cleaners
   ☐ Other (Describe)

9. Has this project been reviewed for compliance with the Wicks Law involving separate bidding?    YES ☐    NO ☐

10. Name and Title of Requester

Signature

PW-39 (04,11)                SEE PAGE TWO FOR LAWS RELATING TO PUBLIC WORK CONTRACTS

NO TEXT ON THIS PAGE



**NEW YORK STATE DEPARTMENT OF LABOR**
Bureau of Public Work  -  Debarment List

## LIST OF EMPLOYERS INELIGIBLE TO BID ON OR BE AWARDED ANY PUBLIC WORK CONTRACT

Under Article 8 and Article 9 of the NYS Labor Law, a contractor, sub-contractor and/or its successor shall be debarred and ineligible to submit a bid on or be awarded any public work or public building service contract/sub-contract with the state, any municipal corporation or public body for a period of five (5) years from the date of debarment when:

- Two (2) final determinations have been rendered within any consecutive six-year (6) period determining that such contractor, sub-contractor and/or its successor has WILLFULLY failed to pay the prevailing wage and/or supplements
- One (1) final determination involves falsification of payroll records or the kickback of wages and/or supplements

NOTE:  The agency issuing the determination and providing the information, is denoted under the heading 'Fiscal Officer'.  DOL = NYS Dept. of Labor; NYC = New York City Comptroller's Office;  AG = NYS Attorney General's Office;  DA = County District Attorney's Office.

 A list of those barred from bidding, or being awarded, any public work contract or subcontract with the State, under section 141-b of the Workers' Compensation Law, may be obtained at the following link, on the NYS DOL Website:

https://dbr.labor.state.ny.us/EDList/searchPage.do

NO TEXT ON THIS PAGE

**NYSDOL Bureau of Public Work Debarment List     08/19/2014**

Article 8

| AGENCY | Fiscal Officer | FEIN | EMPLOYER NAME | EMPLOYER DBA NAME | ADDRESS | DEBARMENT START DATE | DEBARMENT END DATE |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | 4618 FOSTER AVE LLC | | C/O KAHAN & KAHAN 225 BROADWAY-SUITE 715NEW YORK NY 10007 | 02/05/2013 | 02/05/2018 |
| DOL | NYC | | A & T IRON WORKS INC | | 25 CLIFF STREET NEW ROCHELLE NY 10801 | 12/21/2009 | 12/21/2014 |
| DOL | DOL | *****0711 | A ULIANO & SON LTD | | 22 GRIFFEN COURT MILLER PLACE NY 11746 | 10/26/2010 | 10/26/2015 |
| DOL | DOL | | A ULIANO CONSTRUCTION | | 22 GRIFFEN COURT MILLER PLACE NY 11746 | 10/26/2010 | 10/26/2015 |
| DOL | NYC | *****4486 | ABBEY PAINTING CORP | | 21107 28TH AVENUE BAYSIDE NY 11360 | 07/02/2012 | 07/02/2017 |
| DOL | DOL | *****9095 | ABDO TILE CO | | 6179 EAST MOLLOY ROAD EAST SYRACUSE NY 13057 | 06/25/2010 | 07/02/2017 |
| DOL | DOL | *****9095 | ABDO TILE COMPANY | | 6179 EAST MOLLOY ROAD EAST SYRACUSE NY 13057 | 06/25/2010 | 07/02/2017 |
| DOL | DOL | *****8488 | ABELCRAFT OF NEW YORK CORP | | 640 ASHFORD AVENUE ARDSLEY NY 10502 | 08/27/2013 | 08/27/2018 |
| DOL | DOL | *****1219 | ABSOLUTE GENERAL CONTRACTING INC | | 1229 AVENUE U BROOKLYN NY 11229 | 01/28/2013 | 01/28/2018 |
| DOL | DOL | *****4539 | ACCOMPLISHED WALL SYSTEMS INC | | 112 OSCAWANA HEIGHTS ROAD PUTNAM VALLEY NY 10542 | 08/27/2013 | 08/27/2018 |
| DOL | DOL | *****8018 | ACCURATE MECHANICAL LLC | | 9547 BUSTLETON AVENUE PHILADELPHIA PA 19115 | 02/05/2014 | 02/05/2019 |
| DOL | DOL | | ACCURATE MECHANICAL OF PHILADELPHIA LLC | | 9547 BUSTLETON AVENUE PHILADELPHIA PA 19115 | 02/05/2014 | 02/05/2019 |
| DOL | DOL | | ADAM A CEMERYS | | 2718 CURRY ROAD SCHENECTADY NY 12303 | 07/08/2010 | 07/08/2015 |
| DOL | DOL | *****7584 | ADAM'S FLOOR COVERING LLC | | 2718 CURRY ROAD SCHENECTADY NY 12303 | 07/08/2010 | 02/15/2017 |
| DOL | DOL | | ADESUWA UWUIGBE | | P O BOX 21-1022 BROOKLYN NY 11221 | 05/16/2012 | 05/16/2017 |
| DOL | NYC | | ADRIANA SELA | C/O COLONIAL ROOFING COMPANY INC | 247 48TH STREET BROOKLYN NY 11220 | 02/05/2014 | 02/05/2019 |
| DOL | DOL | | AFFORDABLE PAINTING PLUS | | 367 GREEVES ROAD NEW HAMPTON NY 10958 | 10/01/2010 | 10/01/2015 |
| DOL | DOL | *****2538 | AGG MASONRY INC | | 160 72ND ST - SUITE 721 BROOKLYN NY 11209 | 03/19/2013 | 03/19/2018 |
| DOL | DOL | | ALBERT CASEY | | 43-28 54TH STREET WOODSIDE NY 11377 | 07/01/2011 | 07/01/2016 |
| DOL | DOL | | ALEJANDRO MATOS | | C/O SEVEN STAR ELECTRICAL 23-24 STEINWAY STREETASTORIA NY 11105 | 06/27/2011 | 06/27/2016 |
| DOL | DOL | | ALISHER KARIMOV | | C/O AGG MASONRY INC 7105 3RD AVENUEBROOKLYN NY 11209 | 03/19/2013 | 03/19/2018 |
| DOL | DOL | *****8740 | ALLSTATE ENVIRONMENTAL INC | | C/O JOSE MONTAS 27 BUTLER PLACEYONKERS NY 10710 | 03/18/2011 | 03/15/2017 |
| DOL | DOL | *****8534 | ALPHA INTERIORS INC | | 513 ACORN STREET/ SUITE C DEER PARK NY 11729 | 05/27/2010 | 05/27/2015 |
| DOL | DOL | *****4274 | AMERICAN STEEL MECHANICAL INC | | 693 PAINTER STREET MEDIA PA 19063 | 02/20/2013 | 02/20/2018 |
| DOL | NYC | | ANDERSON LOPEZ | | 670 SOUTHERN BLVD BRONX NY 10455 | 06/14/2011 | 06/14/2016 |
| DOL | DOL | | ANDREW DIPAUL | | C/O CONSOLIDATED INDUSTRI 2051 ROUTE 44/55MODENA NY 12548 | 12/11/2012 | 12/11/2017 |
| DOL | NYC | | ANDRZEJ WROBEL | | 24 CONGRESS LANE SOUTH RIVER NJ 08882 | 05/01/2013 | 05/01/2018 |
| DOL | AG | | ANTHONY BRANCA | | 700 SUMMER STREET STAMFORD CT | 11/24/2009 | 11/24/2014 |
| DOL | DA | | ANTHONY CARDINALE | | 58-48 59TH STREET MASPETH NY 11378 | 05/16/2012 | 05/16/2017 |
| DOL | DOL | | ANTHONY POSELLA | | 30 GLEN HOLLOW ROCHESTER NY 14622 | 10/19/2009 | 10/19/2014 |
| DOL | DOL | | ANTHONY ULIANO | | 22 GRIFFEN COURT MILLER PLACE NY 11746 | 10/26/2010 | 10/26/2015 |
| DOL | DOL | *****3020 | APCO CONTRACTING CORP | | 24 SOUTH MARYLAND AVENUE PORT WASHINGTON NY 11050 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | *****3219 | APOLLO CONSTRUCTION SERVICES CORP | APOLLO PAINTING CO | 157 TIBBETTS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |

**NYSDOL Bureau of Public Work Debarment List     08/19/2014**

Article 8

| DOL | DOL | | APOLLO PAINTING CO | | 157 TIBBETTS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
|-----|-----|----------|-------------------|---|------------------|-----------|-----------|
| DOL | DOL | *****3295 | APOLLO PAINTING CORP | | 3 ALAN B SHEPART PLACE YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | AG | *****0194 | APPLIED CONSTRUCTION INC | | 46 RUGBY ROAD WESTBURY NY 11590 | 11/20/2013 | 11/20/2018 |
| DOL | NYC | *****8403 | AQUA JET PAINTING CORP | | 10 VIKING DRIVE WEST ISLIP NY 11795 | 04/16/2014 | 04/16/2019 |
| DOL | DOL | *****9336 | ARTIERI SPECIALTIES LLC | SWITZER SALES | 107 STEVENS STREET LOCKPORT NY 14094 | 11/04/2009 | 11/04/2014 |
| DOL | DOL | *****3953 | ASCPAPE LANDSCAPE & CONSTRUCTION CORP | | 634 ROUTE 303 BLAUVELT NY 10913 | 07/26/2012 | 11/19/2018 |
| DOL | DOL | *****2534 | B & B CONCRETE CONTRACTORS INC | | 55 OLD TURNPIKE ROAD SUITE 612NANUET NY 10954 | 02/04/2011 | 02/04/2016 |
| DOL | NYC | | BASIL ROMEO | | 243-03 137TH AVENUE ROSEDALE NY 11422 | 03/25/2010 | 03/25/2015 |
| DOL | DOL | *****2294 | BEDELL CONTRACTING CORP | | 2 TINA LANE HOPEWELL JUNCTION NY 12533 | 01/06/2012 | 01/06/2017 |
| DOL | DOL | | BENNY VIGLIOTTI | | C/O LUVIN CONSTRUCTION CO P O BOX 357CARLE PLACE NY 11514 | 03/15/2010 | 03/15/2015 |
| DOL | DOL | *****6999 | BEST ROOFING OF NEW JERSEY LLC | | 30 MIDLAND AVENUE WALLINGTON NJ 07057 | 11/05/2010 | 11/05/2015 |
| DOL | DOL | | BEVERLY F WILLIAMS | | 1238 PRESIDENT STREET BROOKLYN NY 11225 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | | BIAGIO CANTISANI | | 200 FERRIS AVENUE WHITE PLAINS NY 10603 | 12/04/2009 | 05/04/2017 |
| DOL | NYC | *****8377 | BOSPHORUS CONSTRUCTION CORPORATION | | 3817 KINGS HIGHWAY-STE 1D BROOKLYN NY 11234 | 06/30/2010 | 06/30/2015 |
| DOL | DOL | | BRIAN HOXIE | | 2219 VALLEY DRIVE SYRACUSE NY 13207 | 12/04/2009 | 12/04/2014 |
| DOL | DOL | *****6156 | C & J LANDSCAPING & MAINTENANCE INC | | 520 PINE HILL ROAD CHESTER NY 10940 | 06/23/2014 | 06/23/2019 |
| DOL | DOL | | CANTISANI & ASSOCIATES LTD | | 442 FERRIS AVENUE WHITE PLAINS NY 10603 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | | CANTISANI HOLDING LLC | | 220 FERRIS AVENUE WHITE PLAINS NY 10603 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | *****1143 | CARMODY BUILDING CORP | | 442 ARMONK ROAD MOUNT KISCO NY 10549 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | *****3368 | CARMODY CONCRETE CORP | | 442 ARMONK ROAD MOUNT KISCO NY 10549 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | | CARMODY CONTRACTING CORP | | 220 FERRIS AVENUE WHITE PLAINS NY 10603 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | *****6215 | CARMODY CONTRACTING INC | | 220 FERRIS AVENUE WHITE PLAINS NY 10603 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | | CARMODY ENTERPRISES LTD | | 220 FERRIS AVENUE WHITE PLAINS NY 10603 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | *****3812 | CARMODY INC | | 442 ARMONK ROAD MOUNT KISCO NY 10549 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | *****3812 | CARMODY INDUSTRIES INC | | 442 FERRIS AVENUE WHITE PLAINS NY 10603 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | | CARMODY MAINTENANCE CORP | | 105 KISCO AVENUE MOUNT KISCO NY 10549 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | *****0324 | CARMODY MASONRY CORP | | 442 ARMONK ROAD MOUNT KISCO NY 10549 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | *****3812 | CARMODY"2" INC | | 220 FERRIS AVENUE WHITE PLAINS NY 10603 | 12/04/2009 | 05/04/2017 |
| DOL | NYC | *****9172 | CASSIDY EXCAVATING INC | | 14 RAILROAD AVENUE VALHALLA NY 10595 | 05/15/2014 | 05/15/2019 |
| DOL | DOL | *****9721 | CATENARY CONSTRUCTION CORP | | 112 HUDSON AVENUE ROCHESTER NY 14605 | 02/14/2006 | 10/20/2014 |
| DOL | DOL | *****1683 | CATONE CONSTRUCTION COMPANY INC | | 294 ALPINE ROAD ROCHESTER NY 14423 | 03/09/2012 | 03/09/2017 |
| DOL | DOL | | CATONE ENTERPRISES INC | | 225 DAKOTA STREET ROCHESTER NY 14423 | 03/09/2012 | 03/09/2017 |
| DOL | DOL | *****8530 | CAZ CONTRACTING CORP | | 37-11 35TH AVENUE LONG ISLAND CITY NY 11101 | 08/26/2013 | 08/26/2018 |
| DOL | DOL | *****7924 | CBI CONTRACTING INCORPORATED | | 2081 JACKSON AVENUE COPIAGUE NY 11726 | 06/03/2010 | 06/03/2015 |
| DOL | DOL | *****5556 | CERTIFIED INSTALLERS INC | | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |
| DOL | NYC | | CHARLES CASSIDY JR | | 14 RAILROAD AVENUE VALHALLA NY 10595 | 05/15/2014 | 05/15/2019 |
| DOL | DOL | | CHARLES OKRASKI | | 67 WARD ROAD SALT POINT NY 12578 | 01/21/2011 | 01/21/2016 |

**NYSDOL Bureau of Public Work Debarment List     08/19/2014**

Article 8

| DOL | DOL | | CHARLES RIBAUDO | | 513 ACORN ST - SUITE C DEER PARK NY 11729 | 05/27/2010 | 05/27/2015 |
|-----|-----|-------|------|------|------|------|------|
| DOL | DOL | *****1416 | CHEROMINO CONTROL GROUP LLC | | 61 WILLET ST - SUITE 14 PASSAIC NJ 07055 | 12/03/2009 | 02/23/2017 |
| DOL | DOL | | CHRIS SAVOURY | | 44 THIELLS-MT IVY ROAD POMONA NY 10970 | 10/14/2011 | 10/14/2016 |
| DOL | DOL | | CHRIST R PAPAS | | C/O TRAC CONSTRUCTION INC 9091 ERIE ROADANGOLA NY 14006 | 02/03/2011 | 02/03/2016 |
| DOL | DOL | | CHRISTOF PREZBYL | | 2 TINA LANE HOPEWELL JUNCTION NY 12533 | 01/06/2012 | 01/06/2017 |
| DOL | DOL | | CITY GENERAL BUILDERS INC | | 131 MELROSE STREET BROOKLYN NY 11206 | 03/02/2010 | 03/02/2015 |
| DOL | DOL | *****7086 | CITY GENERAL IRON WORKS INC | | 131 MELROSE STREET BROOKLYN NY 11206 | 03/02/2010 | 03/02/2015 |
| DOL | DOL | *****3360 | CITY LIMITS GROUP INC | | 2279 HOLLERS AVENUE BRONX NY 10475 | 01/07/2014 | 01/07/2019 |
| DOL | NYC | *****1768 | COFIRE PAVING CORPORATION | | 120-30 28TH AVENUE FLUSHING NY 11354 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | *****2905 | COLONIAL ROOFING COMPANY INC | | 247 48TH STREET BROOKLYN NY 11220 | 02/05/2014 | 02/05/2019 |
| DOL | NYC | *****3182 | COLORTECH INC | | 5990 58TH AVENUE MASPETH NY 11378 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | *****8342 | CONKLIN PORTFOLIO LLC | | 60 COLONIAL ROAD STILLWATER NY 12170 | 02/15/2011 | 02/15/2016 |
| DOL | DOL | *****2703 | CONKLIN'S TECH-MECHANICAL INC | | 5 PARKER AVENUE POUGHKEEPSIE NY 12601 | 03/25/2014 | 03/25/2019 |
| DOL | DOL | *****4175 | CONSOLIDATED INDUSTRIAL SERVICES INC | | 2051 ROUTE 44/55 MODENA NY 12548 | 12/11/2012 | 01/28/2018 |
| DOL | DOL | | CONSTANTINOS ZERVAS | | 37-11 35TH AVENUE LONG ISLAND CITY NY 11101 | 08/26/2013 | 08/26/2018 |
| DOL | DOL | *****5740 | CORTLAND GLASS COMPANY INC | | 336 TOMPKINS STREET CORTLAND NY 13045 | 10/21/2010 | 07/15/2016 |
| DOL | DOL | *****1804 | CUSTOM GARDEN LANDSCAPING INC | | 283 NORTH MIDDLETOWN ROAD PEARL RIVER NY 10965 | 09/28/2009 | 09/28/2014 |
| DOL | DOL | *****0810 | D & G PAINTING & DECORATING INC | | 53 LITTLE COLLABAR ROAD MONTGOMERY NY 12549 | 04/19/2012 | 04/19/2017 |
| DOL | DOL | | DANIEL CELLUCCI ELECTRIC | | 17 SALISBURY STREET GRAFTON MA 01519 | 06/02/2010 | 06/02/2015 |
| DOL | DOL | *****7129 | DANIEL T CELLUCCI | DANIEL CELLUCCI ELECTRIC | 17 SALISBURY STREET GRAFTON MA 01519 | 06/02/2010 | 06/02/2015 |
| DOL | NYC | | DAWN AVILA AKA DAWN BECHTOLD | | 1ST FLOOR STORE FRONT 88-10 LITTLE NECK PARKWAYFLORAL PARK NY 11001 | 06/24/2014 | 08/24/2019 |
| DOL | NYC | | DAWN BECHTOLD AKA DAWN AVILA | | 1ST FLOOR STORE FRONT 88-10 LITTLE NECK PARKWAYFLORAL PARK NY 11001 | 06/24/2014 | 08/24/2019 |
| DOL | DOL | | DEAN ROBBINS III | | 212 OXFORD WAY SCHENECTADY NY 12309 | 12/11/2012 | 09/16/2018 |
| DOL | NYC | *****3865 | DECOMA BUILDING CORPORATION | | 134 EVERGREEN PL-STE 101 EAST ORANGE NJ 07018 | 12/30/2013 | 12/30/2018 |
| DOL | DOL | *****2311 | DELCON CONSTRUCTION CORP | | 220 WHITE PLAINS ROAD TARRYTOWN NY 10591 | 08/27/2009 | 08/27/2014 |
| DOL | DOL | *****1446 | DELTA CONTRACTING PAINTING AND DECORATING INC | | 437 SUNRISE HIGHWAY WEST BABYLON NY 11707 | 08/12/2013 | 08/12/2018 |
| DOL | DOL | *****3538 | DELTA CONTRACTING PAINTING AND DESIGN INC | | 75 MCCULLOCH DRIVE DIX HILLS NY 11746 | 10/19/2010 | 08/12/2018 |
| DOL | DOL | | DEMETRIOS KOUTSOURAS | | 530 BEECH STREET NEW HYDE PARK NY 11040 | 07/02/2012 | 07/02/2017 |
| DOL | DOL | *****9868 | DESANTIS ENTERPRISES | | 161 OSWEGO RIVER ROAD PHOENIX NY 13135 | 09/24/2013 | 11/18/2018 |
| DOL | NYC | *****8234 | DEWATERS PLUMBING AND HEATING LLC | | 30 COLUMBUS CIRCLE EASTCHESTER NY 10709 | 08/21/2012 | 08/21/2017 |
| DOL | DOL | *****9252 | DI BERNARDO TILE AND MARBLE CO INC | | 15 WALKER WAY ALBANY NY 12205 | 03/21/2014 | 03/21/2019 |
| DOL | DOL | | DIANE DEAVER | | 731 WARWICK TURNPIKE HEWITT NJ 07421 | 06/25/2012 | 12/11/2017 |
| DOL | DOL | | DONALD NOWAK | | 10 GABY LANE CHEEKTOWAGA NY 14227 | 10/15/2009 | 10/15/2014 |

**NYSDOL Bureau of Public Work Debarment List     08/19/2014**

Article 8

| DOL | DOL | | DORIS SKODA | | C/O APCO CONTRACTING CORP 24 SOUTH MARYLAND AVENUEPORT WASHINGTON NY 11050 | 09/24/2012 | 09/24/2017 |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | DRAGOLJUB RADOJEVIC | | 61 WILLET ST - SUITE 14 PASSAIC NJ 07055 | 12/03/2009 | 07/09/2015 |
| DOL | DOL | *****6982 | DUFOUR GROUP INC | DUFOUR MASONRY | 353 WEST 56TH STREET #7M NEW YORK NY 10019 | 06/10/2014 | 06/10/2019 |
| DOL | DOL | | DUFOUR MASONRY | | 353 WEST 56TH ST #7M NEW YORK NY 10019 | 06/10/2014 | 06/10/2019 |
| DOL | DOL | | DUFOUR MASONRY & RESTORATION INC | | 353 WEST 56TH STREET #7M NEW YORK NY 10019 | 06/10/2014 | 06/10/2019 |
| DOL | DOL | *****5840 | DYNA CONTRACTING INC | | 363 88TH STREET BROOKLYN NY 11209 | 11/18/2013 | 11/18/2018 |
| DOL | NYC | *****6176 | E N E L ELECTRICAL CORP | | 1107 MCDONALD AVENUE BROOKLYN NY 11230 | 07/30/2010 | 07/30/2015 |
| DOL | DOL | | EARL GALBREATH | | 640 ASHFORD AVENUE ARDSLEY NY 10502 | 08/27/2013 | 08/27/2018 |
| DOL | DOL | *****1496 | EAST COAST DRYWALL INC | | 1238 PRESIDENT STREET BROOKLYN NY 11225 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | *****8011 | ECOA CLEANING CONTRACTORS INC | | P O BOX 21-1022 BROOKLYN NY 11221 | 05/16/2012 | 05/16/2017 |
| DOL | NYC | *****8074 | ECONOMY IRON WORKS INC | | 670 SOUTHERN BLVD BRONX NY 10455 | 06/14/2011 | 06/14/2016 |
| DOL | DOL | | EDWARD L GAUTHIER | | C/O IMPERIAL MASONRY REST 141 ARGONNE DRIVEKENMORE NY 14217 | 10/03/2012 | 10/03/2017 |
| DOL | NYC | | EDWARD MENKEN | | C/O AQUA JET PAINTING 10 VIKING DRIVEWEST ISLIP NY 11795 | 04/16/2014 | 04/16/2019 |
| DOL | NYC | *****0900 | EF PRO CONTRACTING INC | | 147 BROOME AVENUE ATLANTIC BEACH NY 11509 | 03/03/2014 | 03/03/2019 |
| DOL | NYC | | EFSTRATIOS BERNARDIS | | 23-73 48TH STREET LONG ISLAND CITY NY 11103 | 04/24/2014 | 04/24/2019 |
| DOL | NYC | *****6260 | EL TREBOL SPECIAL CLEANING INC | | 95-26 76TH STREET OZONE PARK NY 11416 | 10/12/2011 | 10/12/2016 |
| DOL | DOL | | ELIZABETH RAMADANI | | C/O RAMADA CONSTRUCTION 80 SAVO LOOPSTATEN ISLAND NY 10309 | 01/07/2014 | 01/07/2019 |
| DOL | DOL | | ELLEN DESANTIS | DESANTIS ENTERPRISES | 161 OSWEGO RIVER ROAD PHOENIX NY 13135 | 09/24/2013 | 11/18/2018 |
| DOL | DOL | *****0780 | EMES HEATING & PLUMBING CONTR | | 5 EMES LANE MONSEY NY 10952 | 01/20/2002 | 01/20/3002 |
| DOL | AG | | EMILIO FRANZA | | 90 JUNIUS STREET BROOKLYN NY 11212 | 01/23/2014 | 01/23/2019 |
| DOL | DOL | | EMPIRE CONCRETE SERVICES LLC | | 101 SULLYS TRAIL/SUITE 20 PITTSFORD NY 14534 | 11/18/2013 | 01/07/2019 |
| DOL | DOL | *****0511 | EMPIRE CONCRETE SYSTEMS LLC | | 101 SULLYS TRAIL/SUITE 2 PITTSFORD NY 14534 | 11/18/2013 | 01/07/2019 |
| DOL | DOL | *****2353 | EMPIRE CONSTRUCTORS LLC | | 101 SULLYS TRAIL/SUITE 20 PITTSFORD NY 14534 | 11/18/2013 | 01/07/2019 |
| DOL | DOL | | EMPIRE PRECAST LLC | | 101 SULLYS TRAIL/SUITE 20 PITTSFORD NY 14534 | 11/18/2013 | 01/07/2019 |
| DOL | DOL | *****6101 | ENHANCED DATA COM INC | | 75 SHERBROOK ROAD NORTH BABYLON NY 11704 | 07/01/2010 | 07/01/2015 |
| DOL | DOL | | ERIKA BARNETT | | 253 BEACH BREEZE LANE UNIT BARVERNE NY 11692 | 02/05/2013 | 02/05/2018 |
| DOL | DOL | | ESTEVES & FRAGA CONSTRUCTION CO INC | | 986 MADISON AVENUE PATERSON NJ 07501 | 01/03/2013 | 01/03/2018 |
| DOL | DOL | | ESTEVES & FRAGA INC | | 986 MADISON AVENUE PATERSON NJ 07501 | 01/03/2013 | 01/03/2018 |
| DOL | DOL | | EVELIO ELLEDIAS | | 114 PEARL STREET PORT CHESTER NY 10573 | 08/15/2012 | 08/15/2017 |
| DOL | NYC | | EVERTON CARLESS | | 134 EVERGREEN PL/STE 101 EAST ORANGE NJ 07018 | 12/30/2013 | 12/30/2018 |
| DOL | DOL | | F KALAFATIS | | 2279 HOLLERS AVENUE BRONX NY 10475 | 01/07/2014 | 01/07/2019 |
| DOL | DOL | | FANTASTIC PAINTING | | 493 LANSING ROAD FULTONVILLE NY 12072 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | *****5867 | FJM-FERRO INC | | 6820 14TH AVENUE BROOKLYN NY 11219 | 10/27/2011 | 10/27/2016 |
| DOL | DOL | *****1311 | FLOZ-ON PAINTING & DECORATING INC | | 12 DUNDERBERG ROAD TOMKINS NY 10986 | 10/16/2013 | 10/16/2018 |
| DOL | DOL | *****8961 | FLOZ-ON PAINTING INC | | 12 DUNDERBERG ROAD TOMKINS NY 10986 | 10/16/2013 | 10/16/2018 |

**NYSDOL Bureau of Public Work Debarment List     08/19/2014**
Article 8

| DOL | DOL | | FMS | | 4 LEGHORN COURT NEW YORK NY 11746 | 11/28/2012 | 11/28/2017 |
|-----|-----|-----|-----|-----|-----|-----|-----|
| DOL | DOL | *****8067 | FORTH SPORT FLOORS INC | | P O BOX 74 EAST GREENBUSH NY 12061 | 02/28/2012 | 10/01/2017 |
| DOL | DOL | | FRAN MICELI | | 2279 HOLLERS AVENUE BRONX NY 10475 | 01/07/2014 | 01/07/2019 |
| DOL | DOL | | FRANCES KALAFATIS | | 2279 HOLLERS AVENUE BRONX NY 10475 | 01/07/2014 | 01/07/2019 |
| DOL | DOL | | FRANCES KALAFATIS-MICELI | | 2279 HOLLERS AVENUE BRONX NY 10475 | 01/07/2014 | 01/07/2019 |
| DOL | NYC | | FRANK ACOCELLA | | 68 GAYLORD ROAD SCARSDALE NY 10583 | 02/10/2011 | 02/10/2016 |
| DOL | DOL | | FRANK J MERCANDO | | 134 MURRAY AVENUE YONKERS NY 10704 | 12/11/2009 | 02/03/2019 |
| DOL | DOL | | FRANK MICELI JR | C/O FRANK MICELI JR CONTRACTIN G INC | 19 CLIFF STREET NEW ROCHELLE NY 10801 | 10/16/2013 | 10/16/2018 |
| DOL | DOL | *****1321 | FRANK MICELI JR CONTRACTING INC | | 19 CLIFF STREET NEW ROCHELLE NY 10801 | 10/16/2013 | 10/16/2018 |
| DOL | DOL | | FRANK ORTIZ | | 75 SHERBROOK ROAD NORTH BABYLON NY 11704 | 07/01/2010 | 07/01/2015 |
| DOL | DOL | | FRED ABDO | ABDO TILE COMPANY AKA ABDO TILE CO | 6179 EAST MOLLOY ROAD EAST SYRACUSE NY 13057 | 06/25/2010 | 07/02/2017 |
| DOL | DOL | *****2724 | FRESH START PAINTING CORP | | 157 TIBBITS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****9202 | G & M PAINTING ENTERPRISES INC | | 13915 VILLAGE LANE RIVERVIEW MI 48192 | 02/05/2010 | 02/05/2015 |
| DOL | DOL | | G FUCCI CONSTRUCTION SERVICES | | 3 ALAN B SHEPARD PLACE YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****6767 | G FUCCI PAINTING INC | | C/O SPIEGEL & UTRERA 1 MAIDEN LANE - 5TH FLNEW YORK NY 10038 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****4546 | GAF PAINTING LLC | | 157 TIBBETS ROAD YONKERS NY.10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | | GARDEN STATE PAINTING | | 157 TIBBETTS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | | GARY MCDOWELL | GM CONSTRUCTI ON & LAWN CARE SERVICE | 76 PLEASANT STREET WELLSVILLE NY 14895 | 06/11/2013 | 06/11/2018 |
| DOL | DOL | *****6826 | GBE CONTRACTING CORPORATION | | 12-14 UTOPIA PARKWAY WHITESTONE NY 11357 | 02/10/2010 | 02/10/2015 |
| DOL | NYC | | GELSOMINA TASSONE | | 25 CLIFF STREET NEW ROCHELLE NY 10801 | 06/15/2010 | 06/15/2015 |
| DOL | DOL | | GEORGE A PATTI III | | P O BOX 772 JAMESTOWN NY 14701 | 08/13/2010 | 08/13/2015 |
| DOL | DOL | | GEORGE DI BERNARDO | | C/O DI BERNARDO TILE 15 WALKER WAYALBANY NY 12205 | 03/21/2014 | 03/21/2019 |
| DOL | NYC | | GEORGE LUCEY | | 150 KINGS STREET BROOKLYN NY 11231 | 01/19/1998 | 01/19/2998 |
| DOL | DOL | | GEORGE SHINAS | | 12-14 UTOPIA PARKWAY WHITESTONE NY 11357 | 02/10/2010 | 02/10/2015 |
| DOL | DOL | | GERALD A POLLOCK | | 336 TOMPKINS STREET CORTLAND NY 13045 | 06/29/2010 | 07/15/2016 |
| DOL | DOL | | GERALD F POLUCH JR | | 2085 BRIGHTON HENRIETTA TOWN LINE ROADROCHESTER NY 14623 | 11/04/2010 | 11/04/2015 |
| DOL | DOL | *****1075 | GLOBAL TANK CONSTRUCTION LLC | | P O BOX 1238 SALINA OK 74365 | 11/28/2012 | 11/28/2017 |
| DOL | DOL | *****0878 | GM CONSTRUCTION & LAWN CARE SERVICE | | 76 PLEASANT STREET WELLSVILLE NY 14895 | 06/11/2013 | 06/11/2018 |
| DOL | DOL | *****0090 | GOLDS FLOORING INSTALLATIONS INC | | 25 HAMILTON ROAD MONTICELLO NY 12701 | 10/16/2013 | 10/16/2018 |
| DOL | DOL | *****4013 | GR GRATES CONSTRUCTION CORPORATION | | 63 IRONWOOD ROAD UTICA NY 13520 | 06/14/2010 | 06/14/2015 |
| DOL | DOL | | GRATES MERCHANT NANNA INC | | 63 IRONWOOD ROAD UTICA NY 13520 | 06/14/2010 | 06/15/2015 |
| DOL | DOL | | GREGG G GRATES | | 63 IRONWOOD ROAD UTICA NY 13520 | 06/14/2010 | 06/14/2015 |
| DOL | DOL | | GREGORY A FUCCI | | C/O PAF PAINTING SERVICES 157 TIBBETTS ROADYONKERS NY 10705 | 03/12/2014 | 03/12/2019 |

**NYSDOL Bureau of Public Work Debarment List      08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | GREGORY FUCCI JR | | C/O APOLLO CONSTRUCTION 157 TIBBETTS ROADYONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | | GRETCHEN SULLIVAN | | P O BOX 130 CRETE IL 60417 | 11/10/2011 | 11/10/2016 |
| DOL | DOL | *****9985 | GROUND LEVEL CONSTRUCTION | | 10 GABY LANE CHEEKTOWAGA NY 14227 | 10/15/2009 | 10/15/2014 |
| DOL | DOL | *****7735 | GRYF CONSTRUCTION INC | | 394 SPOTSWOOD-ENGLISH RD MONROE NJ 08831 | 08/08/2011 | 08/08/2016 |
| DOL | DOL | *****9456 | GUILLO CONTRACTING CORP | | P O BOX 229 CALVERTON NY 11933 | 07/08/2013 | 07/08/2018 |
| DOL | DOL | | GUS PAPASTEFANOU | | C/O D & G PAINTING & DECO 53 LITTLE COLLABAR ROADMONTGOMERY NY 12549 | 04/19/2012 | 04/19/2017 |
| DOL | DOL | | H.H. RAUH CONSTRUCTION, LLC | | 2930 RT. 394 ASHVILLE NY 14710 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | *****2499 | H.H. RAUH CONTRACTING CO., LLC | | 2930 RT. 394 ASHVILLE NY 14710 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | | H.H. RAUH PAVING, INC. | | 7 WEST 1ST ST. LAKEWOOD NY 14750 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | | HALSSAM FOSTOK | | 5 HANSEN PLACE WAYNE NJ 07470 | 09/18/2013 | 09/18/2018 |
| DOL | AG | *****9918 | HARA ELECTRIC CORP | | 2461 47TH STREET ASTORIA NY 11103 | 09/26/2013 | 09/26/2018 |
| DOL | DOL | *****5405 | HARD LINE CONTRACTING INC | | 89 EDISON AVENUE MOUNT VERNON NY 10550 | 10/28/2011 | 10/28/2016 |
| DOL | AG | | HARVINDER SINGH PAUL | | 90 JUNIUS STREET BROOKLYN NY 11212 | 01/23/2014 | 01/23/2019 |
| DOL | DOL | | HI-TECH CONTRACTING CORP | | 114 PEARL STREET PORT CHESTER NY 10573 | 08/15/2012 | 08/15/2017 |
| DOL | DOL | *****4331 | HIDDEN VALLEY EXCAVATING INC | | 225 SEYMOUR STREET FREDONIA NY 14063 | 02/08/2011 | 02/08/2016 |
| DOL | DOL | *****9893 | HOXIE'S PAINTING CO INC | | 2219 VALLEY DRIVE SYRACUSE NY 13207 | 12/04/2009 | 12/04/2014 |
| DOL | DOL | *****8426 | IMPERIAL MASONRY RESTORATION INC | | 141 ARGONNE DRIVE KENMORE NY 14217 | 10/03/2012 | 10/03/2017 |
| DOL | DOL | *****7561 | INDUS GENERAL CONSTRUCTION | | 33-04 91ST STREET JACKSON HEIGHTS NY 11372 | 04/28/2010 | 04/28/2015 |
| DOL | DA | *****1958 | IRON HORSE ONE INC | | 10 ROSWELL AVENUE OCEANSIDE NY 11572 | 09/30/2010 | 09/30/2015 |
| DOL | DOL | | ISABEL FRAGA | | C/O THREE FRIENDS CONSTR 986 MADISON AVENUEPATERSON NJ 07501 | 01/03/2013 | 01/03/2018 |
| DOL | DOL | *****7598 | J M RICH LLC | | P O BOX 268 STILLWATER NY 12170 | 09/16/2013 | 03/21/2019 |
| DOL | DOL | *****1584 | J M TRI STATE TRUCKING INC | | 140 ARMSTRONG AVENUE SYRACUSE NY 13209 | 10/21/2009 | 10/21/2014 |
| DOL | DOL | *****3478 | J N P CONSTRUCTION CORP | | 50 LOUIS COURT P O BOX 1907SOUTH HACKENSACK NY 07606 | 03/21/2014 | 03/21/2019 |
| DOL | DOL | | J N RICH LLC | | P O BOX 268 STILLWATER NY 12170 | 09/16/2013 | 03/21/2019 |
| DOL | DOL | *****9368 | J TECH CONSTRUCTION | | PO BOX 64782 ROCHESTER NY 14624 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | | J THE HANDYMAN | | | 09/24/2012 | 09/24/2017 |
| DOL | DOL | | JACQUELINE HOWE | | C/O FLOZ-ON PAINTING INC 12 DUNDERBERG ROADTOMKINS NY 10986 | 10/16/2013 | 10/16/2018 |
| DOL | DOL | *****8627 | JAG I LLC | | 635 LUZERNE ROAD QUEENSBURY NY 12804 | 09/16/2013 | 09/16/2018 |
| DOL | DOL | *****2868 | JAG INDUSTRIES INC | | 175 BROAD ST - SUITE 320 GLENS FALLS NY 12801 | 09/16/2013 | 09/16/2018 |
| DOL | DOL | | JAMES BOYCE | | C/O EMPIRE CONCRETE SYST 101 SULLYS TRAIL/SUITE 20PITTSFORD NY 14534 | 11/18/2013 | 01/07/2019 |
| DOL | DOL | | JAMES SICKAU | | 3090 SHIRLEY ROAD NORTH COLLINS NY 14111 | 04/19/2014 | 12/30/2016 |
| DOL | DOL | | JAMES WALSH | | 89 EDISON AVENUE MOUNT VERNON NY 10550 | 10/28/2011 | 10/28/2016 |
| DOL | DOL | | JASON M RICH | | P O BOX 268 STILLWATER NY 12170 | 09/16/2013 | 03/21/2019 |
| DOL | DOL | | JAY PRESUTTI | | C/O CONSOLIDATED INDUSTRI 2051 ROUTE 44/55MODENA NY 12548 | 01/28/2013 | 01/28/2018 |

**NYSDOL Bureau of Public Work Debarment List     08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | JEFF P BRADLEY | | 520 PINE HILL ROAD CHESTER NY 10940 | 06/23/2014 | 06/23/2019 |
| DOL | DOL | | JEFFREY A NANNA | | 502 WOODBURNE DRIVE UTICA NY 13502 | 06/14/2010 | 06/14/2015 |
| DOL | DOL | | JEFFREY ARTIERI | | 107 STEVENS STREET LOCKPORT NY 14094 | 11/04/2009 | 11/04/2014 |
| DOL | NYC | | JEFFREY CASSIDY | | 14 RAILROAD AVENUE VALHALLA NY 10595 | 05/15/2014 | 05/15/2019 |
| DOL | DOL | | JERALD HOWE | | C/O FLOZ-ON PAINTING INC 12 DUNDERBERG ROAD TOMKINS NY 10986 | 10/16/2013 | 10/16/2018 |
| DOL | NYC | | JERRY DEWATERS | | 30 COLUMBUS CIRCLE EASTCHESTER NY 10709 | 08/21/2012 | 08/21/2017 |
| DOL | DOL | | JOHN BUONADONNA | | 283 NORTH MIDDLETOWN ROAD PEARL RIVER NY 10965 | 09/28/2009 | 09/28/2014 |
| DOL | DOL | | JOHN CATONE | | C/O CATONE CONSTRUCTION 294 ALPINE ROAD ROCHESTER NY 14612 | 03/09/2012 | 03/09/2017 |
| DOL | DOL | | JOHN DESCUL | | 437 SUNRISE HIGHWAY A WEST BABYLON NY 11704 | 08/12/2013 | 08/12/2018 |
| DOL | NYC | | JOHN DITURI | | 1107 MCDONALD AVENUE BROOKLYN NY 11230 | 07/30/2010 | 07/30/2015 |
| DOL | NYC | | JOHN FICARELLI | | 120-30 28TH AVENUE FLUSHING NY 11354 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | | JOHN H LEE | JOHN LEE QUALITY PAVING | 67 WILER ROAD HILTON NY 14468 | 01/28/2013 | 01/28/2018 |
| DOL | DOL | | JOHN JIULIANNI | | 222 GAINSBORG AVENUE E WEST HARRISON NY 10604 | 05/10/2010 | 05/10/2015 |
| DOL | DOL | *****1749 | JOHN LEE QUALITY PAVING | | 67 WILER ROAD HILTON NY 14468 | 01/28/2013 | 01/28/2018 |
| DOL | DOL | *****2701 | JOHN SMYKLA | AFFORDABLE PAINTING PLUS | 367 GREEVES ROAD NEW HAMPTON NY 10958 | 10/01/2010 | 10/01/2015 |
| DOL | DOL | *****9368 | JORGE I DELEON | J TECH CONSTRUCTION | PO BOX 64782 ROCHESTER NY 14624 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | | JORGE OUVINA | | 344 SOUNDVIEW LANE COLLEGE POINT NY 11356 | 11/22/2011 | 11/22/2016 |
| DOL | DOL | | JOSE MONTAS | | 27 BUTLER PLACE YONKERS NY 10710 | 03/18/2011 | 03/15/2017 |
| DOL | DOL | | JOSEPH CASUCCI | | 6820 14TH AVENUE BROOKLYN NY 11219 | 10/27/2011 | 10/27/2016 |
| DOL | DOL | | JOSEPH MARTONE | | 112 OSCAWANA HEIGHTS ROAD PUTNAM VALLEY NY 10542 | 08/27/2013 | 08/27/2018 |
| DOL | DOL | | JOSEPH MONETTE | | C/O JOHN MONETTE 140 ARMSTRONG AVENUE SYRACUSE NY 13209 | 10/21/2009 | 10/21/2014 |
| DOL | DOL | | JOSHUA DEBOWSKY | | 9547 BUSTLETON AVENUE PHILADELPHIA PA 19115 | 02/05/2014 | 02/05/2019 |
| DOL | DOL | | JOYA MUSCOLINO | | 10 ST CHARLES STREET THORNWOOD NY 10594 | 09/03/2013 | 09/03/2018 |
| DOL | DOL | *****4340 | JUBCO SITE DEVELOPMENT LLC | | 462 LAKEVIEW AVENUE VALHALLA NY 10595 | 12/16/2013 | 12/16/2018 |
| DOL | DOL | | JULIUS AND GITA BEHREND | | 5 EMES LANE MONSEY NY 10952 | 11/20/2002 | 11/20/3002 |
| DOL | DOL | | K NELSON SACKOOR | | 16 JOY DRIVE NEW HYDE PARK NY 11040 | 01/05/2010 | 01/05/2015 |
| DOL | NYC | | KAMIL OZTURK | | 3715 KINGS HWY - STE 1D BROOKLYN NY 11234 | 06/30/2010 | 06/30/2015 |
| DOL | DOL | | KAREN HARTMAN | | C/O GUILLO CONTRACTING P O BOX 229 CALVERTON NY 11933 | 07/08/2013 | 07/08/2018 |
| DOL | NYC | | KATHLEEN SELA | C/O COLONIAL ROOFING COMPANY INC | 247 48TH STREET BROOKLYN NY 11220 | 02/05/2014 | 02/05/2019 |
| DOL | DOL | | KEITH SCHEPIS | | C/O KJS HAULING AND HOME 95 MAPLE AVENUE NEW CITY NY 10956 | 04/15/2013 | 04/15/2018 |
| DOL | DOL | | KEN DEAVER | | 731 WARWICK TURNPIKE HEWITT NJ 07421 | 06/25/2012 | 12/11/2017 |
| DOL | DOL | *****5941 | KINGSVIEW ENTERPRISES INC | | 7 W FIRST STREET P O BOX 2 LAKEWOOD NY 14750 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | *****2463 | KJS HAULING AND HOME IMPROVEMENT INC | | 95 MAPLE AVENUE NEW CITY NY 10956 | 04/15/2013 | 04/15/2018 |

**NYSDOL Bureau of Public Work Debarment List      08/19/2014**

Article 8

| DOL | AG | | KOSTAS "GUS" ANDRIKOPOULOS | | 2461 47TH STREET ASTORIA NY 11103 | 09/26/2013 | 09/26/2018 |
|-----|-----|-----|-----|-----|-----|-----|-----|
| DOL | DOL | | KRZYSZTOF PRXYBYL | | 2 TINA LANE HOPEWELL JUNCTION NY 12533 | 01/06/2012 | 01/06/2017 |
| DOL | DOL | *****6033 | KUSNIR CONSTRUCTION | | 2677 ANAWALK ROAD KATONAH NY 10536 | 08/03/2012 | 08/03/2017 |
| DOL | DOL | *****0526 | LAGUARDIA CONSTRUCTION CORP | | 47-40 48TH STREET WOODSIDE NY 11377 | 07/01/2011 | 07/01/2016 |
| DOL | NYC | *****8816 | LAKE CONSTRUCTION AND DEVELOPMENT CORPORATION | | 150 KINGS STREET BROOKLYN NY 11231 | 08/19/1998 | 08/19/2998 |
| DOL | DOL | *****9628 | LANCET ARCH INC | | 112 HUDSON AVENUE ROCHESTER NY 14605 | 02/14/2006 | 10/19/2014 |
| DOL | DOL | | LANCET SPECIALTY CONTRACTING CORP | | C/O CATENARY CONSTRUCTION 112 HUDSON AVENUEROCHESTER NY 14605 | 10/19/2009 | 10/19/2014 |
| DOL | DOL | | LARRY DOMINGUEZ | | 114 PEARL STREET PORT CHESTER NY 10573 | 08/15/2012 | 08/15/2017 |
| DOL | DOL | | LAURA A. GAUTHIER | | C/O IMPERIAL MASONRY REST 141 ARGONNE DRIVEKENMORE NY 14217 | 10/03/2012 | 10/03/2017 |
| DOL | DOL | | LAURI MARTONE | | 112 OSCAWANA HEIGHTS ROAD PUTNAM VALLEY NY 10542 | 08/27/2013 | 08/27/2018 |
| DOL | DOL | | LAWRENCE J RUGGLES | | P O BOX 371 ROUND LAKE NY 12151 | 05/12/2014 | 05/12/2019 |
| DOL | DOL | *****0597 | LEED INDUSTRIES CORP | HI-TECH CONTRACTIN G CORP | 114 PEART STREET PORT CHESTER NY 10573 | 08/15/2012 | 08/15/2017 |
| DOL | DOL | *****7907 | LEEMA EXCAVATING INC | | 140 ARMSTRONG AVENUE SYRACUSE NY 13209 | 10/21/2009 | 10/21/2014 |
| DOL | AG | | LEONID FRIDMAN | | APT 5 200 BRIGHTON, 15TH STBROOKLYN NY 11235 | 01/23/2013 | 01/23/2019 |
| DOL | DOL | *****8453 | LINPHILL ELECTRICAL CONTRACTORS INC | | 523 SOUTH 10TH AVENUE MOUNT VERNON NY 10553 | 01/07/2011 | 04/15/2018 |
| DOL | DOL | | LINVAL BROWN | | 523 SOUTH 10TH AVENUE MOUNT VERNON NY 10553 | 01/07/2011 | 04/15/2018 |
| DOL | DOL | *****5171 | LUVIN CONSTRUCTION CORP | | P O BOX 357 CARLE PLACE NY 11514 | 03/15/2010 | 03/15/2015 |
| DOL | NYC | *****2850 | M A 2 FLAGS CONTRACTING CORP | | 25-18 100TH STREET EAST ELMHURST NY 11369 | 08/21/2013 | 08/21/2018 |
| DOL | NYC | *****3141 | MACKEY REED ELECTRIC INC | | 1ST FLOOR STORE FRONT 88-10 LITTLE NECK PARKWAYFLORAL PARK NY 11001 | 06/24/2014 | 06/24/2019 |
| DOL | DOL | | MANUEL ESTEVES | | 55 OLD TURNPIKE ROAD SUITE 612NANUET NY 10954 | 02/04/2011 | 02/04/2016 |
| DOL | NYC | | MANUEL P TOBIO | | 150 KINGS STREET BROOKLYN NY 14444 | 08/19/1998 | 08/19/2998 |
| DOL | NYC | | MANUEL TOBIO | | 150 KINGS STREET BROOKLYN NY 11231 | 08/19/1998 | 08/19/2998 |
| DOL | DOL | | MAR CONTRACTING CORP | | 620 COMMERCE STREET THORNWOOD NY 10594 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | | MARGARET FORTH | | P O BOX 74 EAST GREENBUSH NY 12061 | 02/28/2012 | 10/01/2017 |
| DOL | DOL | | MARIA ESTEVES AKA MARIA MARTINS | | C/O THREE FRIENDS CONSTR 986 MADISON AVENUEPATERSON NJ 07501 | 01/03/2013 | 01/03/2018 |
| DOL | DOL | | MARIA MARTINS AKA MARIA ESTEVES | | C/O THREE FRIENDS CONSTR 986 MADISON AVENUEPATERSON NJ 07501 | 01/03/2013 | 01/03/2018 |
| DOL | DOL | | MARIO LUIS | | 31 DURANT AVENUE BETHEL CT 06801 | 07/02/2012 | 07/02/2017 |
| DOL | DOL | | MARIO R ECHEVERRIA JR | | 588 MEACHAM AVE-SUITE 103 ELMONT NY 11003 | 08/24/2010 | 08/24/2015 |
| DOL | DOL | *****5533 | MARQUISE CONSTRUCTION & DEVELOPMENT CORP | | 10 ST CHARLES STREET THORNWOOD NY 10594 | 09/03/2013 | 09/03/2018 |
| DOL | DOL | *****8810 | MARQUISE CONSTRUCTION ASSOCIATES INC | | 20 BOSWELL ROAD PUTNAM VALLEY NY 10579 | 09/03/2013 | 09/03/2018 |
| DOL | DOL | *****1134 | MARQUISE CONSTRUCTION CORP | | 10 ST CHARLES STREET THORNWOOD NY 10594 | 09/03/2013 | 09/03/2018 |
| DOL | NYC | *****4314 | MASCON RESTORATION INC | | 129-06 18TH AVENUE COLLEGE POINT NY 11356 | 02/09/2012 | 02/09/2017 |

**NYSDOL Bureau of Public Work Debarment List     08/19/2014**

Article 8

| DOL | NYC | *****4314 | MASCON RESTORATION LLC | | 129-06 18TH AVENUE COLLEGE POINT NY 11356 | 02/09/2012 | 02/09/2017 |
|-----|-----|-----------|------------------------|---|-------------------------------------------|------------|------------|
| DOL | DOL | *****0845 | MASONRY CONSTRUCTION INC | | 442 ARMONK ROAD MOUNT KISCO NY 10549 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | *****3333 | MASONRY INDUSTRIES INC | | 442 ARMONK ROAD MOUNT KISKO NY 10549 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | *****4638 | MATSOS CONTRACTING CORPORATION | | 12-14 UTOPIA PARKWAY WHITESTONE NY 11357 | 02/10/2010 | 02/10/2015 |
| DOL | AG | *****9970 | MAY CONSTRUCTION CO INC | | 700 SUMMER STREET STAMFORD CT | 11/24/2009 | 11/24/2014 |
| DOL | DOL | *****9857 | MBL CONTRACTING CORPORATION | | 2620 ST RAYMOND AVENUE BRONX NY 10461 | 08/30/2011 | 08/30/2016 |
| DOL | DOL | | MCI CONSTRUCTION INC | | 975 OLD MEDFORD AVENUE FARMINGDALE NY 11738 | 08/24/2009 | 08/24/2014 |
| DOL | DOL | *****9028 | MCINTOSH INTERIORS LLC | | 8531 AVENUE B BROOKLYN NY 11236 | 02/05/2013 | 02/05/2018 |
| DOL | DOL | *****5936 | MCSI ADVANCED AV SOLUTIONS LLC | | 2085 BRIGHTON HENRIETTA TOWN LINE ROADROCHESTER NY 14623 | 11/04/2010 | 11/04/2015 |
| DOL | DOL | *****4259 | MERCANDO CONTRACTING CO INC | | 134 MURRAY AVENUE YONKERS NY 10704 | 12/11/2009 | 02/03/2019 |
| DOL | DOL | *****0327 | MERCANDO INDUSTRIES LLC | | 134 MURRAY AVENUE YONKERS NY 10704 | 12/11/2009 | 02/03/2019 |
| DOL | NYC | *****5330 | METRO DUCT SYSTEMS INC | | 12-19 ASTORIA BOULEVARD LONG ISLAND CITY NY 11102 | 04/16/2014 | 06/24/2019 |
| DOL | DOL | *****9198 | MICHAEL CZECHOWICZ | OCTAGON CO | 37-11 35TH AVENUE-2ND FL LONG ISLAND CITY NY 11101 | 01/08/2013 | 01/08/2018 |
| DOL | DOL | | MICHAEL F LEARY JR | | 3813 SNOWDEN HILL ROADNEW HARTFORD NY 13413 | 06/19/2013 | 06/19/2018 |
| DOL | DOL | | MICHAEL F LEARY JR METAL STUD & DRYWALL | | 3813 SNOWDEN HILL ROAD NEW HARTFORD NY 13413 | 06/19/2013 | 06/19/2018 |
| DOL | DOL | | MICHAEL KTISTAKIS | | 363 88TH STREET BROOKLYN NY 11209 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | *****6033 | MICHAEL KUSNIR | KUSNIR CONSTRUCTION | 2677 ANAWALK ROAD KATONAH NY 10536 | 08/03/2012 | 08/03/2017 |
| DOL | DOL | | MICHAEL MARGOLIN | | 4 LEGHORN COURT NEW YORK NY 11746 | 11/28/2012 | 11/28/2017 |
| DOL | DOL | | MICHELLE L BARBER | | 635 LUZERNE ROAD QUEENSBURY NY 12804 | 09/16/2013 | 09/16/2018 |
| DOL | DOL | *****2635 | MIDLAND CONSTRUCTION OF CEDAR LAKE INC | | 13216 CALUMET AVENUE CEDAR LAKE IL 46303 | 11/10/2011 | 11/10/2016 |
| DOL | NYC | | MIGUEL ACOSTA | | 25-18 100TH STREET EAST ELMHURST NY 11369 | 08/21/2013 | 08/21/2018 |
| DOL | DOL | *****5517 | MILLENNIUM PAINTING INC | | 67 WARD ROAD SALT POINT NY 12578 | 01/21/2011 | 01/21/2016 |
| DOL | AG | | MOHAMMAD RIAZ | | 46 RUGBY ROAD WESTBURY NY 11590 | 11/20/2013 | 11/20/2018 |
| DOL | NYC | | MOHAMMAD SELIM | | 73-12 35TH AVE - APT F63 JACKSON HEIGHTS NY 11372 | 03/04/2010 | 03/04/2015 |
| DOL | DA | | MOHAMMED SALEEM | | 768 LYDIG AVENUE BRONX NY 10462 | 08/18/2009 | 05/25/2015 |
| DOL | NYC | *****2690 | MONDOL CONSTRUCTION INC | | 11-27 30TH DRIVE LONG ISLAND CITY NY 11102 | 05/25/2011 | 05/25/2016 |
| DOL | DOL | | MORTON LEVITIN | | 3506 BAYFIELD BOULEVARD OCEANSIDE NY 11572 | 08/30/2011 | 08/30/2016 |
| DOL | DOL | *****2737 | MOUNTAIN'S AIR INC | | 2471 OCEAN AVENUE- STE 7A BROOKLYN NY 11229 | 09/24/2012 | 09/24/2017 |
| DOL | NYC | | MUHAMMAD ZULFIQAR | | 129-06 18TH AVENUE COLLEGE POINT NY 11356 | 02/09/2012 | 02/09/2017 |
| DOL | DOL | *****2357 | MUNICIPAL MILLING & MIX-IN-PLACE | | 9091 ERIE ROAD ANGOLA NY 14006 | 02/03/2011 | 02/03/2016 |
| DOL | DOL | | MURRAY FORTH | | P O BOX 74 EAST GREENBUSH NY 12061 | 02/28/2012 | 10/01/2017 |
| DOL | DA | *****9642 | MUTUAL OF AMERICAL GENERAL CONSTRUCTION & MANAGEMENT CORP | | 768 LYDIG AVENUE BRONX NY 10462 | 08/18/2009 | 05/25/2015 |
| DOL | DOL | | MUZAFFAR HUSSAIN | | C/O ABSOLUTE GENERAL CONT 1129 AVENUE UBROOKLYN NY 11229 | 01/28/2013 | 01/28/2018 |
| DOL | DOL | | NAT PICCO | | 154 EAST BOSTON POST ROAD MAMARONECK NY 10543 | 08/22/2009 | 08/22/2014 |
| DOL | DA | *****6988 | NEW YORK INSULATION INC | | 58-48 59TH STREET MASPETH NY 11378 | 05/16/2012 | 05/16/2017 |

**NYSDOL Bureau of Public Work Debarment List    08/19/2014**

Article 8

| DOL | DOL | | NICHOLAS DEGREGORY JR | NJ DEGREGORY & COMPANY | 1698 ROUTE 9 GLENS FALLS NY 12801 | 05/23/2013 | 05/23/2018 |
|-----|-----|---|---|---|---|---|---|
| DOL | NYC | | NICHOLAS PROVENZANO | | 147 BROOME AVENUE ATLANTIC BEACH NY 11509 | 03/03/2014 | 03/03/2019 |
| DOL | NYC | | NICHOLAS PROVENZANO | | 147 BROOME AVENUE ATLANTIC BEACH NY 11509 | 03/03/2014 | 03/03/2019 |
| DOL | DOL | | NICOLE SPELLMAN | | 2081 JACKSON AVENUE COPIAGUE NY 11726 | 06/03/2010 | 06/03/2015 |
| DOL | DOL | | NIKOLAS PSAREAS | | 656 N WELLWOOD AVE/STE C LINDENHURST NY 11757 | 09/01/2011 | 09/01/2016 |
| DOL | DOL | *****5279 | NJ DEGREGORY & COMPANY | | 1698 ROUTE 9 GLENS FALLS NY 12801 | 05/23/2013 | 05/23/2018 |
| DOL | DOL | | NJ DEGREGORY & SONS CONSTRUCTION | | 1698 ROUTE 9 GLENS FALLS NY 12801 | 05/23/2013 | 05/23/2018 |
| DOL | DOL | *****9198 | OCTAGON CO | | 37-11 35TH AVENUE-2ND FL LONG ISLAND CITY NY 11101 | 01/08/2013 | 01/08/2018 |
| DOL | DOL | | OKBY ELSAYED | | 1541 EAST 58TH STREET BROOKLYN NY 11234 | 05/04/2012 | 05/04/2017 |
| DOL | NYC | | OLIVER HOLGUIN | | 95-26 76TH STREET OZONE PARK NY 11416 | 10/12/2011 | 10/12/2016 |
| DOL | NYC | *****8337 | OPTIMUM CONSTRUCTION INC | | 23-73 48TH STREET LONG ISLAND CITY NY 11103 | 04/24/2014 | 04/24/2019 |
| DOL | NYC | | ORSON ARROYO | | C/O METRO DUCT SYSTEMS 12-19 ASTORIA BOULEVARDLONG ISLAND CITY NY 11102 | 04/16/2014 | 06/24/2019 |
| DOL | DOL | *****4546 | PAF PAINTING CORP | | 161 TIBBETTS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****5242 | PAF PAINTING SERVICES INC | GARDEN STATE PAINTING | 157 TIBBETTS ROAD YONKERS NY 10103 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | | PAF PAINTING SERVICES OF WESTCHESTER INC | | C/O SPIEGEL & UTRERA 1 MAIDEN LANE - 5TH FLNEW YORK NY 10038 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****5226 | PASCARELLA & SONS | | 459 EVERDALE AVENUE WEST ISLIP NY 11759 | 01/10/2010 | 01/10/2015 |
| DOL | DOL | *****8802 | PAT'S HEATING AND AIR CONDITIONING LTD | | P O BOX 371 ROUND LAKE NY 12151 | 05/12/2014 | 05/12/2019 |
| DOL | DOL | | PATRICIA M RUGGLES | | P O BOX 371 ROUND LAKE NY 12151 | 05/12/2014 | 05/12/2019 |
| DOL | DOL | | PAUL VERNA | | C/O AMERICAN STEEL MECHA 693 PAINTER STREETMEDIA PA 19063 | 02/20/2013 | 02/20/2018 |
| DOL | DOL | | PEDRO RINCON | | 131 MELROSE STREET BROOKLYN NY 11206 | 03/02/2010 | 03/02/2015 |
| DOL | DOL | *****9569 | PERFORM CONCRETE INC | | 31 DURANT AVENUE BETHEL CT 06801 | 07/02/2012 | 07/02/2017 |
| DOL | DOL | | PETER J LANDI | | 249 MAIN STREET EASTCHESTER NY 10709 | 10/05/2009 | 10/05/2014 |
| DOL | DOL | *****7229 | PETER J LANDI INC | | 249 MAIN STREET EASTCHESTER NY 10709 | 10/05/2009 | 10/05/2014 |
| DOL | NYC | | PETER LUSTIG | | 30 COLUMBUS CIRCLE EASTCHESTER NY 10709 | 08/21/2012 | 08/21/2017 |
| DOL | NYC | | PETER TRITARIS | | 5990 58TH AVENUE MASPETH NY 11378 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | *****1136 | PHOENIX ELECTRICIANS COMPANY INC | | 540 BROADWAY P O BOX 22222ALBANY NY 12201 | 03/09/2010 | 03/09/2015 |
| DOL | DOL | *****7914 | PRECISION SITE DEVELOPMENT INC | | 89 EDISON AVENUE MOUNT VERNON NY 10550 | 10/28/2011 | 10/28/2016 |
| DOL | DOL | *****2989 | PROFESSIONAL ESTIMATING & BUSINESS CORP | | 157 TIBBETS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****6895 | PROLINE CONCRETE OF WNY INC | | 3090 SHIRLEY ROAD NORTH COLLINS NY 14111 | 04/19/2011 | 12/30/2016 |
| DOL | DOL | *****0015 | RAMADA CONSTRUCTION CORP | | 80 SAVO LOOP STATEN ISLAND NY 10309 | 01/07/2014 | 01/07/2019 |
| DOL | DOL | | RAMON BONILLA | | 938 E 232ND STREET #2 BRONX NY 10466 | 05/25/2010 | 05/25/2015 |
| DOL | DOL | *****2633 | RAW POWER ELECTRIC CORP | | 3 PARK PLACE MIDDLETOWN NY 10940 | 09/16/2013 | 09/16/2018 |
| DOL | NYC | | RAYMOND PEARSON | | P O BOX 957 PORT JEFFERSON STA NY 11776 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | | REBECCA THORNE | | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |

**Page 10 of 13**

**NYSDOL Bureau of Public Work Debarment List      08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | REVOLUTIONARY FLOORS LLC | | P O BOX 268 STILLWATER NY 12170 | 09/16/2013 | 03/21/2019 |
| DOL | DOL | | RHINO CONCRETE LLC | | 101 SULLYS TRAIL/SUITE 20 PITTSFORD NY 14534 | 11/18/2013 | 01/07/2019 |
| DOL | DOL | | RICHARD WILSON | | C/O DUFOUR GROUP INC 353 WEST 56TH STREET #7MNEW YORK NY 10019 | 06/10/2014 | 06/10/2019 |
| DOL | NYC | *****6978 | RISINGTECH INC | | 243-03 137TH AVENUE ROSEDALE NY 11422 | 03/25/2010 | 03/25/2015 |
| DOL | DOL | | ROBBYE BISSESAR | | 89-51 SPRINGFIELD BLVD QUEENS VILLAGE NY 11427 | 01/11/2003 | 01/11/3003 |
| DOL | DOL | *****1855 | ROBERT D BISHOP JR | ROBERT D BISHOP JR | P O BOX 112 MORRISSONVILLE NY 12962 | 07/15/2014 | 07/15/2019 |
| DOL | DOL | | ROBERT D BISHOP JR | | P O BOX 112 MORRISONVILLE NY 12962 | 07/15/2014 | 07/15/2019 |
| DOL | NYC | | ROBERT FICARELLI | | 120-30 28TH AVENUE FLUSHING NY 11354 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | | ROBERT L EVANS | | 128A NORTH STAMFORD ROAD STAMFORD CT 06903 | 05/23/2013 | 05/23/2018 |
| DOL | DOL | | ROCCO ESPOSITO | | C/O ROCMAR CONTRACTING CO 620 COMMERCE STREETTHORNWOOD NY 10594 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | | ROCMAR CONSTRUCTION CORP | | 620 COMMERCE STREET THORNWOOD NY 10594 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | *****7083 | ROCMAR CONTRACTING CORP | | 620 COMMERCE STREET THORNWOOD NY 10594 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | *****9025 | ROJO MECHANICAL LLC | | 938 E 232ND STREET #2 BRONX NY 10466 | 05/25/2010 | 05/25/2015 |
| DOL | DOL | | ROMEO WARREN | | C/O RAW POWER ELECTR CORP 3 PARK PLACEMIDDLETOWN NY 10940 | 09/16/2013 | 09/16/2018 |
| DOL | DOL | *****5905 | ROSE PAINTING CORP | | 222 GAINSBORG AVENUE EAST WEST HARRISON NY 10604 | 05/10/2010 | 05/10/2015 |
| DOL | DOL | | ROSEANNE CANTISANI | | 11 TATAMUCK ROAD POUND RIDGE NY 10576 | 05/04/2012 | 05/04/2017 |
| DOL | NYC | | ROSS J HOLLAND | | 120-30 28TH AVENUE FLUSHING NY 11354 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | | ROSS J MUSCOLINO | | 10 ST CHARLES STREET THORNWOOD NY 10594 | 09/03/2013 | 09/03/2018 |
| DOL | DOL | | S & M CONTRACTING LLC | | 30 MIDLAND AVENUE WALLINGTON NJ 07057 | 11/05/2010 | 11/05/2015 |
| DOL | DOL | | S & S ELECTRIC | | 235 BROADWAY SCHENECTADY NY 12306 | 06/19/2013 | 06/19/2018 |
| DOL | DOL | *****2585 | S B WATERPROOFING INC | | SUITE #3R 2167 CONEY ISLAND AVENUEBROOKLYN NY 11223 | 11/04/2009 | 11/04/2014 |
| DOL | DOL | *****4923 | SCHENLEY CONSTRUCTION INC | | 731 WARWICK TURNPIKE HEWITT NJ 07421 | 06/25/2012 | 12/11/2017 |
| DOL | DOL | | SCOTT LEONARD | GLOBAL TANK CONSTRUCTI ON LLC | P O BOX 1238 SALINA OK 74365 | 11/28/2012 | 11/28/2017 |
| DOL | DOL | | SEAKCO CONSTRUCTION COMPANY LLC | | 128A NORTH STAMFORD ROAD STAMFORD CT 06903 | 05/23/2013 | 05/23/2018 |
| DOL | DOL | *****9030 | SEAKCO NEW YORK LLC | SEAKCO CONSTRUCTI ON COMPANY | 128A NORTH STAMFORD ROAD STAMFORD CT 06903 | 05/23/2013 | 05/23/2018 |
| DOL | DOL | | SEAN BURBAGE | C/O SEAN BURBAGE CORP | 445 ROOSA GAP ROAD BLOOMINGBURG NY 12721 | 04/14/2014 | 04/14/2019 |
| DOL | DOL | *****6586 | SEAN BURBAGE CORP | | 445 ROOSA GAP ROAD BLOOMINGBURG NY 12721 | 04/14/2014 | 04/14/2019 |
| DOL | DOL | *****3540 | SEVEN STAR ELECTRICAL CONTRACTING CORP | | 23-24 STEINWAY STREET ASTORIA NY 11105 | 06/27/2011 | 06/27/2016 |
| DOL | DOL | | SEVEN STAR ELECTRICAL INC | | C/O THEONI ATHANASIADIS 1023 COMMACK ROADDIX HILLS NY 11746 | 06/27/2011 | 06/27/2016 |
| DOL | NYC | | SHAFIQUL ISLAM | | 11-27 30TH DRIVE LONG ISLAND CITY NY 11102 | 05/25/2011 | 05/25/2016 |
| DOL | NYC | | SHAHZAD ALAM | | 21107 28TH AVE BAYSIDE NY 11360 | 07/02/2012 | 07/02/2017 |
| DOL | DOL | | SHAIKF YOUSUF | | C/O INDUS GENERAL CONST 33-04 91ST STREETJACKSON HEIGHTS NY 11372 | 04/28/2010 | 04/28/2015 |

**NYSDOL Bureau of Public Work Debarment List     08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | *****0415 | SIGNAL CONSTRUCTION LLC | | 199 GRIDER STREET BUFFALO NY 14215 | 11/14/2006 | 02/25/2015 |
| DOL | DOL | *****8469 | SIGNATURE PAVING AND SEALCOATING | | P O BOX 772 JAMESTOWN NY 14701 | 08/13/2010 | 08/13/2015 |
| DOL | DOL | *****8469 | SIGNATURE SEALCOATING AND STRIPING SERVICE | | 345 LIVINGSTON AVENUE P O BOX 772JAMESTOWN NY 14702 | 04/04/2007 | 08/13/2015 |
| DOL | DOL | *****6904 | SIGNING STAR LIMITED LIABILITY COMPANY | | 5 HANSEN PLACE WAYNE NJ 07470 | 09/18/2013 | 09/18/2018 |
| DOL | DOL | *****0667 | SNEEM CONSTRUCTION INC | | 43-22 42ND STREET SUNNYSIDE NY 11104 | 07/01/2011 | 07/01/2016 |
| DOL | DOL | | SPASOJE DOBRIC | | 61 WILLET STREET - SUITE PASSAIC NJ 07055 | 07/09/2010 | 02/23/2017 |
| DOL | DOL | | SPORTSCRAFTERS INC | | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |
| DOL | DOL | *****3539 | SPOTLESS CONTRACTING | IMPACT INDUSTRIAL SERVICES INC | 44 THIELLS-MT IVY ROAD POMONA NY 10970 | 10/14/2011 | 10/14/2016 |
| DOL | DOL | *****3496 | STAR INTERNATIONAL INC | | 89-51 SPRINGFIELD BLVD QUEENS VILLAGE NY 11427 | 08/11/2003 | 08/11/3003 |
| DOL | DOL | | STEFANIE MCKENNA | | 30 MIDLAND AVENUE WALLINGTON NJ 07057 | 11/05/2010 | 11/05/2015 |
| DOL | DOL | | STEPHEN BIANCHI | | 462 LAKEVIEW AVENUE VALHALLA NY 10595 | 12/16/2013 | 12/16/2018 |
| DOL | DOL | | STEPHEON SHELDON | FANTASTIC PAINTING | 493 LANSING ROAD FULTONVILLE NY 12072 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | | STEVEN CONKLIN | | 60 COLONIAL ROAD STILLWATER NY 12170 | 02/15/2011 | 02/15/2016 |
| DOL | DOL | | STUART CHAITIN | | 634 ROUTE 303 BLAUVET NY 10913 | 07/26/2012 | 11/19/2018 |
| DOL | DOL | *****3210 | SUPER SWEEP | FMS | 4 LEGHORN COURT NEW YORK NY 11746 | 11/28/2012 | 11/28/2017 |
| DOL | DOL | | SUZANNE G GOLD | C/O GOLDS FLOORING INSTALLATIONS INC | 25 HAMILTON ROAD MONTICELLO NY 12701 | 10/16/2013 | 10/16/2018 |
| DOL | DOL | *****9676 | T D CONTRACTORS CORP | T D CONTRACTORS INC | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |
| DOL | DOL | | T D CONTRACTORS INC | | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |
| DOL | DOL | | TECH-MECHANICAL FAB DC INC | | 5 PARKER AVENUE POUGHKEEPSIE NY 12601 | 03/25/2014 | 03/25/2019 |
| DOL | DOL | *****4293 | THE J OUVINA GROUP LLC | | 344 SOUNDVIEW LANE COLLEGE POINT NY 11356 | 11/22/2011 | 11/22/2016 |
| DOL | DOL | | THE THORNE GROUP INC | | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |
| DOL | DOL | *****2070 | THE UNIVERSAL GROUP OF NEW YORK INC | | 212 OXFORD WAY SCHENECTADY NY 12309 | 12/11/2012 | 09/16/2018 |
| DOL | DOL | *****9243 | THE WELCOME MAT PROPERTY MANAGEMENT LLC | | P O BOX 268 STILLWATER NY 12170 | 09/16/2013 | 03/21/2019 |
| DOL | DOL | | THEONI ATHANASIADIS | | C/O SEVEN STAR ELECTRICAL 23-24 STEINWAY STREETASTORIA NY 11105 | 06/27/2011 | 06/27/2016 |
| DOL | DOL | | THOMAS DESANTIS | DESANTIS ENTERPRISES | 161 OSWEGO RIVER ROAD PHOENIX NY 13135 | 09/24/2013 | 11/18/2018 |
| DOL | NYC | | THOMAS SCARINCI | | 130-43 92ND AVENUE RICHMOND HILLS NY 11418 | 11/27/2013 | 11/27/2018 |
| DOL | DOL | | THOMAS TERRANOVA | | 13 NEW ROAD/SUITE 1 NEWBURGH NY 12550 | 11/15/2010 | 11/15/2015 |
| DOL | DOL | *****2734 | THREE FRIENDS CONSTRUCTION CORP | | 986 MADISON AVENUE PATERSON NJ 07501 | 01/03/2013 | 01/03/2018 |
| DOL | NYC | *****6253 | THUNDER BROTHERS CORP | | 24 CONGRESS LANE SOUTH RIVER NJ 08882 | 05/01/2013 | 05/01/2018 |
| DOL | DOL | | TIMOTHY F BARBER | | 635 LUZERNE ROAD QUEENSBURY NY 12804 | 09/16/2013 | 09/16/2018 |
| DOL | NYC | | TIMOTHY O'SULLIVAN | | C/O SNEEM CONSTRUCTION 4322 42ND STREETSUNNYSIDE NY 11104 | 07/01/2011 | 07/01/2016 |
| DOL | NYC | *****1523 | TM MECHANICAL CORP | | 130-43 92ND AVENUE RICHMOND HILLS NY 11418 | 11/27/2013 | 11/27/2018 |
| DOL | DOL | | TNT DEMOLITION AND ENVIRONMENTAL INC | | 355 COUNTY ROUTE 8 FULTON NY 13069 | 08/08/2009 | 08/19/2014 |
| DOL | DOL | *****3315 | TOTAL DOOR SUPPLY & INSTALLATION INC | | 16 JOY DRIVE NEW HYDE PPARK NY 11040 | 01/05/2010 | 01/05/2015 |
| DOL | DOL | *****3315 | TOTAL DOOR SUPPLY & INSTALLATION INC | | 16 JOY DRIVE NEW HYDE PPARK NY 11040 | 01/05/2010 | 01/05/2015 |

**NYSDOL Bureau of Public Work Debarment List      08/19/2014**

Article 8

| DOL | DOL | *****8176 | TOURO CONTRACTING CORP | | 1541 EAST 56TH STREET BROOKLYN NY 11234 | 05/04/2012 | 05/04/2017 |
|---|---|---|---|---|---|---|---|
| DOL | DOL | *****2357 | TRAC CONSTRUCTION INC | MUNICIPAL MILLING & MIX -IN- PLACE | 9091 ERIE ROAD ANGOLA NY 14006 | 02/03/2011 | 02/03/2016 |
| DOL | DOL | | TRI STATE TRUCKING INC | | 140 ARMSTRONG AVENUE SYRACUSE NY 13209 | 10/21/2009 | 10/21/2014 |
| DOL | DOL | *****5213 | TRIAD PAINTING CO INC | | 656 N WELLWOOD AVE/STE C LINDENHURST NY 11757 | 09/01/2011 | 09/01/2016 |
| DOL | DOL | *****4294 | TWT CONSTRUCTION COMPANY INC | | 13 NEW ROAD/SUITE 1 NEWBURGH NY 12550 | 11/15/2010 | 11/15/2015 |
| DOL | DOL | | ULIANO AND SONS INC | | 22 GRIFFEN COURT MILLER PLACE NY 11746 | 10/26/2010 | 10/26/2015 |
| DOL | AG | *****6490 | UNIVERSAL STEEL FABRICATORS INC | | 90 JUNIUS STREET BROOKLYN NY 11212 | 01/23/2014 | 01/23/2019 |
| DOL | NYC | *****7174 | V&R CONTRACTING | | P O BOX 957 PORT JEFFERSON STA NY 11776 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****1504 | VALLEY VIEW LANDSCAPING AND SITE DEVELOPMENT LLC | | 470 AURORA STREET LANDSCASTER NY 14086 | 10/29/2009 | 10/29/2014 |
| DOL | DOL | *****0854 | VANESSA CONSTRUCTION INC | | 588 MEACHAM AVE/STE 103 ELMONT NY 11003 | 08/24/2010 | 08/24/2015 |
| DOL | NYC | | VEAP SELA | C/O COLONIAL ROOFING COMPANY INC | 247 48TH STREET BROOKLYN NY 11220 | 02/05/2014 | 02/05/2019 |
| DOL | DOL | *****3270 | VEZANDIO CONTRACTING CORP | | 530 BEECH STREET NEW HYDE PARK NY 11040 | 07/02/2012 | 07/02/2017 |
| DOL | NYC | | VICK CONSTRUCTION | | 21 DAREWOOD LANE VALLEY STREAM NY 11581 | 12/31/2013 | 12/31/2018 |
| DOL | NYC | | VICKRAM MANGRU | VICK CONSTRUCTI ON | 21 DAREWOOD LANE VALLEY STREAM NY 11581 | 12/31/2013 | 12/31/2018 |
| DOL | NYC | | VINCENT PIZZITOLA | | P O BOX 957 PORT JEFFERSON STA NY 11776 | 03/12/2014 | 03/12/2019 |
| DOL | NYC | *****9936 | VISHAL CONSTRUCTION INC | | 73-12 35TH AVE - APT F63 JACKSON HEIGHTS NY 11272 | 03/04/2010 | 03/04/2015 |
| DOL | DOL | | WASSIM ISSA | | 470 AURORA STREET LANDSCASTER NY 14086 | 10/29/2009 | 10/29/2014 |
| DOL | DOL | | WESLEY J STAROBA | | 206 TALLY HO COURT SCHENECTADY NY 12303 | 06/19/2013 | 06/19/2018 |
| DOL | DOL | *****0078 | WESLEY J STAROBA INC | S & S ELECTRIC | 235 BROADWAY SCHENECTADY NY 12306 | 06/19/2013 | 06/19/2018 |
| DOL | DOL | *****7617 | WHITE PLAINS CARPENTRY CORP | | P O BOX 309 WHITE PLAINS NY 10603 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | | WILLIAM CONKLIN | | 5 PARKER AVENUE POUGHKEEPSIE NY 12601 | 03/25/2014 | 03/25/2019 |
| DOL | DOL | | WILLIAM MAZZELLA | | 134 MURRAY AVENUE YONKERS NY 10704 | 02/03/2014 | 02/03/2019 |
| DOL | DOL | | WILLIAM SCRIVENS | | 30 MIDLAND AVENUE WALLINGTON NJ 07057 | 11/05/2010 | 11/05/2015 |
| DOL | DOL | | WILLIAM THORNE | | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |
| DOL | DOL | | WILLIAM W FARMER JR | | 112 HUDSON AVENUE ROCHESTER NY 14605 | 10/19/2009 | 10/19/2014 |
| DOL | NYC | *****5498 | XAVIER CONTRACTING LLC | | 68 GAYLORD ROAD SCARSDALE NY 10583 | 02/10/2011 | 02/10/2016 |
| DOL | AG | | YULY ARONSON | | 700 SUMMER STREET STAMFORD CT | 11/24/2009 | 11/24/2014 |
| DOL | DOL | | YURIY IVANIN | | C/O MOUNTAIN'S AIR INC 2471 OCEAN AVENUE-STE 7ABROOKLYN NY 11229 | 09/24/2012 | 09/24/2017 |

NO TEXT ON THIS PAGE

# SECTION 4

# SPECIAL CONDITIONAL SPECIFICATIONS

## SPECIAL NOTICE

THE CONTRACTOR IS HEREBY ADVISED THAT THE TOWN OF HEMPSTEAD PROHIBITS ANY WORK TO BE PREFORMED ON *SATURDAYS, SUNDAYS AND HOLIDAYS* WITHOUT THE SPECIFIC APPROVAL OF THE COMMISSIONER OF ENGINEERING.

## HOLIDAY SHUTDOWN

THE TOWN'S RIGHT TO RESTRICT OR SUSPEND ANY AND ALL WORK INCLUDES BUT IS NOT LIMITED TO THE FOLLOWING HOLIDAYS:

PRESIDENT'S DAY
PASSOVER
MEMORIAL DAY
INDEPENDENCE DAY
LABOR DAY
ROSH HASHANAH
YOM KIPPUR
COLUMBUS DAY
ELECTION DAY
VETERAN'S DAY
THANKSGIVING
HANUKKAH
CHRISTMAS

IN THE EVENT OF A HOLIDAY FALLING ON A SATURDAY OR SUNDAY THE HOLIDAY SHUTDOWN MAY BE ORDERED FOR EITHER THE FRIDAY PRIOR OR THE MONDAY AFTER SAID HOLIDAY AT THE DESCRETION OF THE ENGINEER.

THE ENGINEER SHALL NOTIFY THE CONTRACTOR WITHIN SEVENTY TWO HOURS OF ANY HOLIDAY SHUTDOWN.

THE EXERCISING OF THIS RIGHT SHALL NOT BE CAUSE FOR ANY CLAIMS FOR ADDITIONAL PAYMENTS.   COSTS FOR ANY HOLIDAY SHUTDOWN SHALL BE DEEMED INCLUDED IN PRICE BID FOR ALL ITEMS OF CONTRACT.

NO TEXT ON THIS PAGE

Apprenticeship Training Requirements

Apprenticeship Training Requirements: The Town of Hempstead recognizes the public and social gains achieved through the establishment of apprenticeship opportunities on Town of Hempstead construction projects.  The Town of Hempstead shall recognize apprenticeship programs that are registered by the New York State Department of Labor and that provide training and career opportunities for the construction trades.  Accordingly, in order to achieve the stated objectives of the Town of Hempstead's apprenticeship program, the Contractor hereby agrees to the following:

A. The Contractor agrees that, if the amount of the contract awarded to it by the Town of Hempstead is greater than Two Hundred Thousand Dollars ($200,000), the Bidder shall have established and/or participate in an apprenticeship training program approved by the New York State Department of Labor and, where required by law, the United States Department of Labor, Bureau of Apprenticeship Training.

B. A.  The Contractor shall employ apprentices in the performance of this Contract and shall seek to achieve the ratio of apprentices to journey level employees of each trade used in this project as contained in the program approved by the New York State Department of Labor.

C. The Contractor, and its subcontractor(s), if not affiliated with labor organizations, shall employ apprentices commensurate with the pay and educational training schedule submitted to, approved, and registered by the New York State Department of Labor.  Apprentices who have demonstrated journey person skill level or have completed the requisite time frame for apprenticeship under state registration, which ever comes first, shall be paid journey level wages and fringe benefits.  The Contractor or subcontractor shall make a good faith effort to employ such persons during and after completion of their indentured apprenticeship.

D. The Contractor agrees to include these Apprenticeship Training Requirements in every construction sub- contract in excess of Twenty- Five Thousand Dollars ($25,000) with respect to this Project.

E. Failure of the Contractor or a subcontractor to comply with these Apprenticeship Training Requirements during the Contract Performance Period may result in, among other things, an "unsatisfactory" evaluation and/or an assessment of special liquidated damages against the Contractor in the amount of Two Hundred Dollars ($200) for each continuous calendar day following the Contractor's receipt of a written notice that it and/or a Subcontractor are out of compliance with an applicable Apprenticeship Training Program Agreement.  The Town of Hempstead may assess liquidated damages until such time that the Contractor and/or its subcontractor(s) are again covered under NYS- approved Apprenticeship Training Program Agreements.

F. The amount of special liquidated damages is agreed upon by and between the Contractor and the Town of Hempstead because of the impracticality and extreme

difficulty of fixing and ascertaining to the actual damages which the Town of Hempstead would sustain in said event and such amount is agreed to be in the amount of damages which the Town of Hempstead or its beneficiaries would sustain and said amount shall be retained from time to time by the Town of Hempstead.

COUNCIL MEMBERS

Council Members
ANTHONY J SANTINO
DOROTHY L.GOOSBY
GARY HUDES
EDWARD A AMBROSINO
BRUCE A. BLAKEMAN
ERIN KING SWEENEY

NASRIN G. AHMAD
Town Clerk

DONALD X. CLAVIN, JR.
Receiver of Taxes

STEVEN D'ESPOSITO
Commissioner

# TOWN OF HEMPSTEAD

## DEPARTMENT of GENERAL SERVICES

350 FRONT STREET
HEMPSTEAD, NY 11550-4037
(516) 489-5000
FAX (516) 489-0024



KATE MURRAY
SUPERVISOR

### Legal Notice

Notice to Excavators and Operators of Underground Facilities In the Town of Hempstead

The Department of General Services of the Town of Hempstead in accordance with the provisions of the Industrial Code Part (Rule No. 53 of the Board of Standards and Appeals, New York State Department of Labor, has prepared a central register of operators of underground facilities within the Town.

The central register lists the name, address, and telephone number of each operator of underground facilities within the Town of Hempstead and indicates on a series of maps which operators must be contacted when excavation or demolition work is planned.

All operators of underground facilities and all excavators are obligated to comply with Article 36, of the General Business Law and with the provisions of Industrial Code Part (Rule No.) 53, before any excavation or demolition operation is commenced.  Every excavator is required by these laws to advance notice to perform excavation or demolition work in a specified area.

The Town of Hempstead Central Register is available for review by all interested operators and excavators at the office of Department of General Services, Public Works Division, Room 214, Old Town Hall, 350 Front Street, Hempstead, New York 11550 (489-5000 ext. 3227). Copies of the central register will be available for purchase by interested parties for a price of $5 each.

STEPHEN D'ESPOSITO
COMMISSIONER OF GENERAL SERVICES

10-3

NO TEXT ON THIS PAGE

## ATTENTION VETERANS

You may have certain rights under Section 162 of the New York State Finance Law in connection with public contracts for the purchase of commodities or provision of services.   Specifically, this law may authorize acceptance of a bid submitted by a "qualified veteran's workshop," provided that the bid shall not exceed the lowest responsible bid by greater than 15%.  It is incumbent on you to submit all required documentation to the Town, demonstrating your qualification for treatment under that Section.  You should consult your attorney to determine your qualification for treatment under this provision.

NO TEXT ON THIS PAGE

**SECTION 5**


**PROPOSAL**

NO TEXT ON THIS PAGE

# PROPOSAL

Place _____
Date _____
Contract No. <u>PW 18-15</u>

Proposal of _____
(hereinafter called "Bidder") (a _____ corporation/a
                                          [state]

partnership/an individual doing business as _____
                                                                                        )

To the <u>Town of Hempstead</u> (hereinafter called Owner).

Gentlemen:

The Bidder, in compliance with your invitation for bids for the construction of the <u>Levittown Water District, Construction of Packed Tower Aeration System at Wells 7A and 8A – General Construction.</u>

Having examined the Bid Documents and the site of the proposed work, and being familiar with all of the conditions surrounding the construction of the proposed project including the availability of materials and labor, hereby proposes to furnish all labor, materials and supplies and to construct the project in accordance with the Bid Documents, within the time set forth therein, and at the prices stated below.  These prices are to cover all expenses incurred in performing the work required under the Bid Documents, of which this proposal becomes a part thereof.

Bidder hereby agrees to commence work under this contract within <u>15</u> days after written "Notice to Proceed" of the Owner and to fully complete the project within <u>300</u> consecutive calendar days thereafter as stipulated in the Bid Documents.  Bidder further agrees to pay as liquidated damages, the sum of <u>$1,000.00</u> for each consecutive calendar day thereafter that the work is not completed, as hereinafter provided in paragraph GC-38 of the General Conditions.

NO TEXT ON THIS PAGE

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**

**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELLS 7A AND 8A**

**GENERAL CONSTRUCTION CONTRACT NO. PW 18-15**

_____
Name of Bidder

Bidder agrees to perform all work described in Bid Documents for the prices named in the following schedule:

| Item | Unit of Measure | Estimated Quantity | Description | Unit Price Bid in Both Words and Figures | | Total Price Bid in Figures |
|------|-----------------|--------------------|-------------|------------------------------------------|---|---------------------------|
| 1 | Lump Sum | -- | Furnishing all labor, materials, equipment and appurtenances to complete all work described under General Construction Contract No. PW 18-15 in the Contract Documents. | _____ dollars<br>and _____ cents | | $ _____ |
| 2 | Lump Sum | -- | Allowance for furnishing all labor, materials, equipment and appurtenances for landscaping in accordance with Section 02487 and as directed by the Owner. | Ten thousand dollars<br>and no cents | | $10,000.00 |
| 3 | Lump Sum | -- | Allowance for providing additional work at the site as directed by the Owner. | Fifty thousand dollars<br>and no cents | | $50,000.00 |

TOTAL AMOUNT OF BID ITEMS 1 THRU 3:

IN FIGURES $ _____

IN WORDS $ _____

5-3

♦3402_B1\KK08191424_S5(R02)

NO TEXT ON THIS PAGE

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELLS 7A AND 8A**
**GENERAL CONSTRUCTION CONTRACT NO. PW 18-15**

Name of Bidder
_____

The Bidder proposes to use the following equipment manufacturers for the following principal items of equipment to be used in the Work to wit:

| **Equipment** | **Reference to Specification Section** | **Equipment Manufacturer Name and Address** |
|---|---|---|
| Structural Brick | 04300 | |
| Structural Glued Laminated Timber | 06200 | |
| Preformed Metal Roofing | 07610 | |

Bids will be compared on the basis of the total amount bid for Items 1 thru 3.

Where the price in figures differs from the price in words, the price in words will be accepted as the amount bid and amounts computed and adjusted accordingly.

Estimated quantities, where given, are approximate and are for the purpose of evaluating the proposals only.

The OWNER reserves the right to omit or add to the construction or any portion of portions of the work heretofore enumerated or shown on the plans without forfeiture of Contract or claims for loss of anticipated profits or any other claims by the BIDDER on account of such omissions or additions.

5-4

♦3402_BUKK0819I424_SS(R01)

NO TEXT ON THIS PAGE

# BIDDER'S PROPOSAL

## LEVITTOWN WATER DISTRICT
## CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
## AT WELLS 7A AND 8A
## GENERAL CONSTRUCTION CONTRACT NO. PW 18-15

Bidder understands that the Owner reserves the right to reject any or all bids and to waive any informalities in the bidding.

The Bidder agrees that this bid shall be good and may not be withdrawn for a period of 45 calendar days after the scheduled closing time for receiving bids.

Upon receipt of written notice of the acceptance of this Bid, Bidder will execute a formal contract with the Owner and deliver the required Insurance Coverage and Surety Bonds within ten (10) days thereafter.

The bid security attached in the sum of _____

_____ ($_____)
is to become the property of the Owner in the event the required Bonds and Insurance are not provided and the contract is not executed within the time above set forth, as liquidated damages for the delay and additional expense to the Owner caused thereby.

Respectfully submitted,

By: _____
                    (Signature)

(SEAL -    if bid is by
           a corporation)              _____
                                                    (Title)

                                       _____
                                              (Business Address)

NO TEXT ON THIS PAGE

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELLS 7A AND 8A**
**GENERAL CONSTRUCTION CONTRACT NO. PW 18-15**

IRANIAN INVESTMENT ACTIVITIES CERTIFICATION

(To be completed by the Bidder and submitted with the bid.)

By submission of this bid, each Bidder and each person signing on behalf of any Bidder, certifies, and in the case of a joint bid each party hereto certifies as to its own organization, under penalty of perjury, that to the best of its knowledge and belief that each Bidder is not on the list created pursuant to paragraph (b) of subdivision 3 of section 165-a of the State Finance Law.

A bid shall not be considered for award nor shall any award be made where the condition set forth in paragraph a of this subdivision has not been complied with; provided, however, that if in any case the bidder cannot make the foregoing certification, the bidder shall so state and shall furnish with the bid a signed statement which sets forth in detail the reasons therefor. The Village may award a bid to a bidder who cannot make the certification pursuant to paragraph a of this subdivision on a case-by-case basis if:

1) The investment activities in Iran were made before the effective date of this section, the investment activities in Iran have not been expanded or renewed after the effective date of this section, and the person has adopted, publicized, and is implementing a formal plan to cease the investment activities in Iran and to refrain from engaging in any new investments in Iran; or

2) The political subdivision makes a determination that the goods or services are necessary for the political subdivision to perform its functions and that, absent such an exemption, the political subdivision would be unable to obtain the goods or services for which the contract is offered. Such determination shall be made in writing and shall be a public document.

Dated: _____, 20__

_____          _____
(Name of Corporation or Partnership)        (Individual)

_____
(Officer Stating Title) (Partner)

NO TEXT ON THIS PAGE

# PROPOSAL

Place _____
Date _____
Contract No. PW 20-15 _____

Proposal of _____
(hereinafter called "Bidder") (a _____ corporation/a
[state]

partnership/an individual doing business as _____
_____ )

To the Town of Hempstead (hereinafter called Owner).

Gentlemen:

The Bidder, in compliance with your invitation for bids for the construction of the Levittown Water District, Construction of Packed Tower Aeration System at Wells 7A and 8A – Electrical Construction.

Having examined the Bid Documents and the site of the proposed work, and being familiar with all of the conditions surrounding the construction of the proposed project including the availability of materials and labor, hereby proposes to furnish all labor, materials and supplies and to construct the project in accordance with the Bid Documents, within the time set forth therein, and at the prices stated below.   These prices are to cover all expenses incurred in performing the work required under the Bid Documents, of which this proposal becomes a part thereof.

Bidder hereby agrees to commence work under this contract within 15 days after written "Notice to Proceed" of the Owner and to fully complete the project within 300 consecutive calendar days thereafter as stipulated in the Bid Documents.   Bidder further agrees to pay as liquidated damages, the sum of $1,000.00 for each consecutive calendar day thereafter that the work is not completed, as hereinafter provided in paragraph GC-38 of the General Conditions.

NO TEXT ON THIS PAGE

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELLS 7A AND 8A**
**ELECTRICAL CONSTRUCTION CONTRACT NO. PW 20-15**

_____
Name of Bidder

Bidder agrees to perform all work described in Bid Documents for the prices named in the following schedule:

| Item | Unit of Measure | Estimated Quantity | Description | Unit Price Bid in Both Words and Figures | | Total Price Bid in Figures |
|------|-----------------|--------------------|-------------|-------------------------------------------|---|-----------------------------|
| 1 | Lump Sum | -- | Furnishing all labor, materials, equipment and appurtenances to complete all work described under Electrical Construction Contract No. PW 20-15 in the Contract Documents. | _____ dollars and _____ cents | | $ _____ |
| 2 | Lump Sum | -- | Allowance for electrical service upgrade work performed by PSEG. | Twenty thousand dollars and no cents | | $20,000.00 |
| 3 | Lump Sum | -- | Allowance for providing additional work at the site as directed by the Owner. | Twenty-five thousand dollars and no cents | | $25,000.00 |

TOTAL AMOUNT OF BID ITEMS 1 THRU 3:

IN FIGURES $ _____

IN WORDS $ _____

5-8

♦3402_B1\KK08\91424_S5(R02)

NO TEXT ON THIS PAGE

**BIDDER'S PROPOSAL**

_____

Name of Bidder

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELLS 7A AND 8A**
**ELECTRICAL CONSTRUCTION CONTRACT NO. PW 20-15**

The Bidder proposes to use the following equipment manufacturers for the following principal items of equipment to be used in the Work to wit:

| **Equipment** | **Reference to Specification Section** | **Equipment Manufacturer Name and Address** |
|---|---|---|
| Motor Control Center and Variable Frequency Drives | 16920 | |

Bids will be compared on the basis of the total amount bid for Items 1 thru 3.

Where the price in figures differs from the price in words, the price in words will be accepted as the amount bid and amounts computed and adjusted accordingly.

Estimated quantities, where given, are approximate and are for the purpose of evaluating the proposals only.

The OWNER reserves the right to omit or add to the construction or any portion or portions of the work heretofore enumerated or shown on the plans without forfeiture of Contract or claims for loss of anticipated profits or any other claims by the BIDDER on account of such omissions or additions.

5-9

●3402_B1\KK08\9\424_S5(R01)

NO TEXT ON THIS PAGE

## BIDDER'S PROPOSAL

### LEVITTOWN WATER DISTRICT
### CONSTRUCTION OF PACKED TOWER AERATION SYSTEM
### AT WELLS 7A AND 8A
### ELECTRICAL CONSTRUCTION CONTRACT NO. PW 20-15

Bidder understands that the Owner reserves the right to reject any or all bids and to waive any informalities in the bidding.

The Bidder agrees that this bid shall be good and may not be withdrawn for a period of 45 calendar days after the scheduled closing time for receiving bids.

Upon receipt of written notice of the acceptance of this Bid, Bidder will execute a formal contract with the Owner and deliver the required Insurance Coverage and Surety Bonds within ten (10) days thereafter.

The bid security attached in the sum of _____

_____ ($_____)
is to become the property of the Owner in the event the required Bonds and Insurance are not provided and the contract is not executed within the time above set forth, as liquidated damages for the delay and additional expense to the Owner caused thereby.

Respectfully submitted,

By: _____
(Signature)

(SEAL -     if bid is by                    _____
            a corporation)                              (Title)

                                           _____
                                              (Business Address)

NO TEXT ON THIS PAGE

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM**
**AT WELLS 7A AND 8A**
**ELECTRICAL CONSTRUCTION CONTRACT NO. PW 20-15**

<u>IRANIAN INVESTMENT ACTIVITIES CERTIFICATION</u>

(To be completed by the Bidder and submitted with the bid.)

By submission of this bid, each Bidder and each person signing on behalf of any Bidder, certifies, and in the case of a joint bid each party hereto certifies as to its own organization, under penalty of perjury, that to the best of its knowledge and belief that each Bidder is not on the list created pursuant to paragraph (b) of subdivision 3 of section 165-a of the State Finance Law.

A bid shall not be considered for award nor shall any award be made where the condition set forth in paragraph a of this subdivision has not been complied with; provided, however, that if in any case the bidder cannot make the foregoing certification, the bidder shall so state and shall furnish with the bid a signed statement which sets forth in detail the reasons therefor.  The Village may award a bid to a bidder who cannot make the certification pursuant to paragraph a of this subdivision on a case-by-case basis if:

1)  The investment activities in Iran were made before the effective date of this section, the investment activities in Iran have not been expanded or renewed after the effective date of this section, and the person has adopted, publicized, and is implementing a formal plan to cease the investment activities in Iran and to refrain from engaging in any new investments in Iran; or

2)  The political subdivision makes a determination that the goods or services are necessary for the political subdivision to perform its functions and that, absent such an exemption, the political subdivision would be unable to obtain the goods or services for which the contract is offered. Such determination shall be made in writing and shall be a public document.

Dated: _____, 20__

_____        _____
(Name of Corporation or Partnership)                (Individual)

_____
(Officer Stating Title) (Partner)

NO TEXT ON THIS PAGE

# **PROPOSAL**

Place _____
Date _____
Contract No. PW 19-15 _____

Proposal of _____
(hereinafter called "Bidder") (a _____ corporation/a
[state]

partnership/an individual doing business as _____
_____ )

To the Town of Hempstead (hereinafter called Owner).

Gentlemen:

The Bidder, in compliance with your invitation for bids for the construction of the Levittown Water District, Construction of Packed Tower Aeration System at Wells 7A and 8A – Plumbing Construction.

Having examined the Bid Documents and the site of the proposed work, and being familiar with all of the conditions surrounding the construction of the proposed project including the availability of materials and labor, hereby proposes to furnish all labor, materials and supplies and to construct the project in accordance with the Bid Documents, within the time set forth therein, and at the prices stated below. These prices are to cover all expenses incurred in performing the work required under the Bid Documents, of which this proposal becomes a part thereof.

Bidder hereby agrees to commence work under this contract within 15 days after written "Notice to Proceed" of the Owner and to fully complete the project within 300 consecutive calendar days thereafter as stipulated in the Bid Documents. Bidder further agrees to pay as liquidated damages, the sum of $1,000.00 for each consecutive calendar day thereafter that the work is not completed, as hereinafter provided in paragraph GC-38 of the General Conditions.

NO TEXT ON THIS PAGE

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**

**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELLS 7A AND 8A**

**PLUMBING CONSTRUCTION CONTRACT NO. PW 19-15**

Name of Bidder _____

Bidder agrees to perform all work described in Bid Documents for the prices named in the following schedule:

| Item | Unit of Measure | Estimated Quantity | Description | Unit Price Bid in Both Words and Figures | Total Price Bid in Figures |
|------|-----------------|--------------------|-------------|------------------------------------------|----------------------------|
| 1 | Lump Sum | -- | Furnishing all labor, materials, equipment and appurtenances to complete all work described under Plumbing Construction Contract No. PW 19-15 in the Contract Documents. | _____ dollars and _____ cents | $ _____ |
| 2 | Lump Sum | -- | Allowance for SCADA system additions. | One Hundred Twenty-Five Thousand _____ dollars and no _____ cents | $125,000 |
| 3 | Lump Sum | -- | Allowance for providing additional work at the site as directed by the Owner. | Fifty thousand _____ dollars and no _____ cents | $50,000.00 |
| 4 | Lump Sum | -- | Allowance for natural gas service work provided by National Grid. | Thirty thousand _____ dollars and no _____ cents | $30,000.00 |

TOTAL AMOUNT OF BID ITEMS 1 THRU 4:

IN FIGURES $ _____

IN WORDS $ _____

♦3402_B1\KK08\91424_S5(R01)

NO TEXT ON THIS PAGE

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELLS 7A AND 8A**
**PLUMBING CONSTRUCTION CONTRACT NO. PW 19-15**

_____
Name of Bidder

The Bidder proposes to use the following equipment manufacturers for the following principal items of equipment to be used in the Work to wit:

| **Equipment** | **Reference to Specification Section** | **Equipment Manufacturer Name and Address** |
|---|---|---|
| Packed Tower Aeration System | 18300 | |
| Off-Gas Treatment System | 18800 | |
| SCADA System | 18420 | |

Bids will be compared on the basis of the total amount bid for Items 1 thru 4.

Where the price in figures differs from the price in words, the price in words will be accepted as the amount bid and amounts computed and adjusted accordingly.

Estimated quantities, where given, are approximate and are for the purpose of evaluating the proposals only.

The OWNER reserves the right to omit or add to the construction or any portion of portions of the work heretofore enumerated or shown on the plans without forfeiture of Contract or claims for loss of anticipated profits or any other claims by the BIDDER on account of such omissions or additions.

5-14

4402_B1\KK08\91424_S5(R01)

NO TEXT ON THIS PAGE

## BIDDER'S PROPOSAL

### LEVITTOWN WATER DISTRICT
### CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT
### WELLS 7A AND 8A
### PLUMBING CONSTRUCTION CONTRACT NO. PW 19-15

Bidder understands that the Owner reserves the right to reject any or all bids and to waive any informalities in the bidding.

The Bidder agrees that this bid shall be good and may not be withdrawn for a period of 45 calendar days after the scheduled closing time for receiving bids.

Upon receipt of written notice of the acceptance of this Bid, Bidder will execute a formal contract with the Owner and deliver the required Insurance Coverage and Surety Bonds within ten (10) days thereafter.

The bid security attached in the sum of _____

_____ ($_____)

is to become the property of the Owner in the event the required Bonds and Insurance are not provided and the contract is not executed within the time above set forth, as liquidated damages for the delay and additional expense to the Owner caused thereby.

Respectfully submitted,

By: _____
                    (Signature)

(SEAL -        if bid is by
               a corporation)        _____
                                                  (Title)

                                     _____
                                             (Business Address)

NO TEXT ON THIS PAGE

## BIDDER'S PROPOSAL

### LEVITTOWN WATER DISTRICT
### CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELLS 7A AND 8A
### PLUMBING CONSTRUCTION CONTRACT NO. PW 19-15

IRANIAN INVESTMENT ACTIVITIES CERTIFICATION

(To be completed by the Bidder and submitted with the bid.)

By submission of this bid, each Bidder and each person signing on behalf of any Bidder, certifies, and in the case of a joint bid each party hereto certifies as to its own organization, under penalty of perjury, that to the best of its knowledge and belief that each Bidder is not on the list created pursuant to paragraph (b) of subdivision 3 of section 165-a of the State Finance Law.

A bid shall not be considered for award nor shall any award be made where the condition set forth in paragraph a of this subdivision has not been complied with; provided, however, that if in any case the bidder cannot make the foregoing certification, the bidder shall so state and shall furnish with the bid a signed statement which sets forth in detail the reasons therefor. The Village may award a bid to a bidder who cannot make the certification pursuant to paragraph a of this subdivision on a case-by-case basis if:

1) The investment activities in Iran were made before the effective date of this section, the investment activities in Iran have not been expanded or renewed after the effective date of this section, and the person has adopted, publicized, and is implementing a formal plan to cease the investment activities in Iran and to refrain from engaging in any new investments in Iran; or

2) The political subdivision makes a determination that the goods or services are necessary for the political subdivision to perform its functions and that, absent such an exemption, the political subdivision would be unable to obtain the goods or services for which the contract is offered. Such determination shall be made in writing and shall be a public document.

Dated: _____, 20___

_____
(Name of Corporation or Partnership)

_____
(Individual)

_____
(Officer Stating Title) (Partner)

NO TEXT ON THIS PAGE

# SECTION 6

## TOWN FORMS

TF-1 -   Bidder Acknowledgement

TF-1A – Public Disclosure Statement

TF-2 -   Qualification of Bidder

TF-2A - Qualification Statement

TF-3 -   Non-Collusive Bidding Certificate

TF-4 -   Bid Bond

TF-5 -   Notice of Award

TF-6 -   Performance Bond

TF-7 -   Labor and Material Payment Bond

TF-8 -   Agreement

TF-9 -   Notice to Proceed

TF-10-   Maintenance Bond

TF-11-   Labor Payment Affidavit

TF-12-   Certificate of Completion

NO TEXT ON THIS PAGE

## BIDDER ACKNOWLEDGEMENT

Bidder acknowledges receipt of the following addendum
(list all)
ADDENDUM:  DATE:          SIGNATURE OF PERSON SIGNING PROPOSAL:

_____   _____   _____

_____   _____   _____

_____   _____   _____

Bidder agrees to perform all of the _____

_____

work described in the Bid Documents for the sum of:

_____

_____ ($_____)

Amount Shall Be Shown in Both Words and Figures. (In case of discrepancy, the amount shown in words will govern.)

Bidder understands that the Owner reserves the right to reject any or all bids and to waive any informalities in the bidding.

The Bidder agrees that this bid shall be good and may not be withdrawn for a period of 45 calendar days after the scheduled closing time for receiving bids.

Upon receipt of written notice of the acceptance of the bid, Bidder will execute a formal Contract with the Owner and deliver the required insurance coverage and surety bonds within ten (10) days thereafter.

The bid security attached in the sum of _____

_____

is to become the property of the Owner in the event the required bonds and insurance are not provided and the Contract is not executed within the time above set forth, as liquidated damages for delay and additional expense to the Owner caused thereby.

Respectfully Submitted:

By _____
(Signature)

(Seal – If  bid is
by a Corporation)                    _____
(Title)

_____
(Business Address)

TF-1

NO TEXT ON THIS PAGE

COUNCIL MEMBERS

ANTHONY J. SANTINO
DOROTHY L. GOOSBY
GARY A. HUDES
EDWARD A. AMBROSINO
BRUCE A. BLAKEMAN
ERIN KING SWEENEY

NASRIN G. AHMAD
TOWN CLERK

DONALD X. CLAVIN, JR.
RECEIVER OF TAXES

JOHN REINHARDT
COMMISSIONER

# TOWN OF HEMPSTEAD
## *DEPARTMENT of WATER*
1995 PROSPECT AVENUE, EAST MEADOW, NY 11554
(516) 794-8300
FAX (516) 794-1355



KATE MURRAY
SUPERVISOR

## CONTRACTOR'S / VENDOR'S
## PUBLIC DISCLOSURE STATEMENT
### (TO BE SUBMITTED WITH CONTRACTORS BID)

1. Contractor's / Vendor's Name _____
   Address _____
   City and State _____ Zip Code _____
   Phone Number _____ Fax _____ Number _____

2. Contracting Department's Name_____
   Address _____

3. Payee Identification or Social Security No. _____

4. Type of Business: _____Corporation _____ Partnership

5. Table of Organization.  List Names and Addresses of all principals (that is, all individuals serving on the Board of Directors or comparable body, names and addresses of all partners, names and addresses of all corporate officers.

   _____
   _____
   _____
   _____
   _____

6. List names and addresses of those individual shareholders holding more than five percent (5%) interest in the firm.  (If Applicable)

   _____
   _____
   _____
   _____

7. Signature: _____

   Title: _____ Date: _____

**TF-1A**

NO TEXT ON THIS PAGE

## CONTRACTORS QUALIFICATION STATEMENT

The signatory of this questionnaire certifies under oath the truth and correctness of all statements and all answers to interrogatories made.

SUBMITTED TO:    Commissioner of General Services
Town of Hempstead, Nassau County, New York

SUBMITTED BY: _____

PRINCIPAL OFFICE: _____

Names and Addresses of Owners, Corporate Officers, Partners, Etc.

### PRINCIPAL OFFICERS

PRESIDENT:

_____
(Name)              (Address)                    (Background Profession or Trade)

VICE PRESIDENT:

_____
(Name)              (Address)                    (Background Profession or Trade)

SECRETARY:

_____
(Name)              (Address)                    (Background Profession or Trade)

TREASURER:

_____
(Name)              (Address)                    (Background Profession or Trade)

The Contractor is (Check one of the following):

_____ Sub-chapter "S" Corporation

_____ Public Corporation

_____ Closely Held Corporation

_____ Partnership

_____ Individually Owner Business

The Contractor's Federal Employer Identification Number is: _____

**TF-2**

NO TEXT ON THIS PAGE

**List Stockholders**

(Not required if publicly held, however, disclosure is required if more than 10% of the Stock is held by one person).

NAME                                    ADDRESS

1._____

2._____

3._____

4._____

Individual Ownership or Partnership (List all Names and Addresses)

NAME                                    ADDRESS

1._____

2._____

3._____

4._____

**NOTE:**

**Failure to supply above information prior to, or at bid opening will cause an informal bid that will be disqualified.**

Persons or firms submitting bids must be engaged in the lines of work required in these specifications, or shall be able to refer to work of similar character performed by them. Bidders must present satisfactory evidence of experience, ability and financial standing, and also a statement as to their plant and machinery.

**TF-2 cont.**

NO TEXT ON THIS PAGE

1. Your organization has been in business as a Contractor under its present business name for_____ years.

2. You normally perform _____% of the work with your forces.

List the Trades Below:

_____

_____

_____

_____

3. Have you ever failed to complete any work awarded to you?  _____

   If so, note where and why. _____

   _____

4. List the major construction projects your organization has under construction at on this date.

| Project Completion | Owner | Engineer | Contract Amount | Percent Complete | Scheduled |
|---|---|---|---|---|---|
| A. | | | | | |
| B. | | | | | |
| C. | | | | | |
| D. | | | | | |
| E. | | | | | |

**TF-2 cont**

NO TEXT ON THIS PAGE

5.  List five major projects your organization has completed in the past five years.

| Project | Owner | Engineer | Contract Amount | Date Of Completion | Work Done With Own Forces % of Work Trades |
|---------|-------|----------|-----------------|--------------------|--------------------------------------------|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |

6.  List the contraction experience of the principal individual of your organization (particularly the anticipated project supervisors).

| Individual's Name | Present Position or Office | Years of Experience | Type of work for which Responsible | In What Capacity |
|-------------------|---------------------------|---------------------|------------------------------------|------------------|
| A. | | | | |
| B. | | | | |
| C. | | | | |
| D. | | | | |
| E. | | | | |
| F. | | | | |

**TF-2 cont.**

NO TEXT ON THIS PAGE

7. Itemized list of bidder's major plant and equipment.

A. _____

B. _____

C. _____

D. _____

E. _____

F. _____

G. _____

8. Bank References.

A. _____

B. _____

9. Trade association membership.

A. _____

B. _____

C. _____

**TF-2 cont.**

NO TEXT ON THIS PAGE

10. Attach state of financial conditions, including Contractor's latest regular dated financial statement or balance sheet.

Date of current statement or balance sheet: _____

Name and address of firm preparing statement: _____

_____

Dated at _____ this _____ Day of _____ 20_____

Name of organization: _____

By: _____

Title: _____

State of _____

County of _____

M _____ being duly sworn deposes and says that he/she is

the _____ of _____ Contractor and that answers to the

foregoing questions and all statements therein contained are true and correct.

Sworn to before me this _____ day of _____ 20_____

Notary Public:

My Commission Expires:

NO TEXT ON THIS PAGE

**TF-2 cont.**

## CERTIFICATION OF CONTRACTOR'S

## QUALIFICATION STATEMENT

<u>CURRENT</u>

I certify that (our) (my) qualifications statement dated _____, as on file with

the Department of General Services, Town of Hempstead, is current and that it reflects (our)(my)

organization , operations, and financial status as of this_____ day of _____;

with the following exceptions:


STATE OF:                         )

                                      ss.:

COUNTY OF                     )


M_____ being duly sworn deposes and says that he/she is the

_____ of _____ Contractor and that answers to

the foregoing and all statements therein contained are true and correct.

Sworn to before me this _____day of _____ 20____

NOTARY PUBLIC:

MY COMMISSION EXPIRES:

**TF-2A**

NO TEXT ON THIS PAGE

## NON-COLLUSIVE BIDDING CERTIFICATION

(Required by Section 103-D of the General Municipal Law)

By submission of this Bid, each Bidder and each person signing on behalf of any Bidder, certifies and in the case of a joint Bid, each party thereto certifies as to its own organization under penalty of perjury, that to the best of knowledge and belief:

1. The prices in this Bid have been arrived at independently without collusion, consultation, communication, or agreement for the purpose of restricting competition, as to any matter relating to such prices with any other Bidder or with any competitor;

2. Unless otherwise required by law, the prices which have been quoted in this Bid have nor been knowingly disclosed by the Bidder and will not knowingly be disclosed by the Bidder prior to opening, directly or indirectly, to any Bidder or to any competitor; and

3. No attempt has been made or will be made by the Bidder to induce any other person, partnership, or corporation to submit or not submit a Bid for the purpose of restricting competition.

Dated _____, 20_____

_____
(Legal Name of Person Firm or Corporation)

By _____

## THE FOLLOWING RESOLUTION FORM MUST BE COMPLETED IF THE BIDDER IS A CORPORATION:

Resolved that _____
            (Name and Title of Signator and Name of Corporation)

be authorized to sign and submit the Bid or Proposal of this corporation for the following project:

and to include in such Bid the certificate as to non-collusion required by Section 103-D of the General Municipal Law as the act and deed of such corporation and for any inaccuracies or misstatement in such certificate this corporate Bidder shall be liable under the penalties of perjury.

The foregoing is a true and correct copy of the resolution adopted by
_____ Corporation
(Name of Corporation)

at a meeting of its board of directors held on the_____ day of _____,20_____.

(SEAL OF CORPORATION)

_____
(Secretary)

TF-3

NO TEXT ON THIS PAGE

## <u>CONTRACTORS QUALIFICATION STATEMENT</u>

The signatory of this questionnaire certifies under oath the truth and correctness of all statements and all answers to interrogatories made.

SUBMITTED TO:    Commissioner of General Services
                 Town of Hempstead, Nassau County, New York

SUBMITTED BY: _____

PRINCIPAL OFFICE: _____

Names and Addresses of Owners, Corporate Officers, Partners, Etc.

## <u>PRINCIPAL OFFICERS</u>

<u>PRESIDENT</u>:

_____
(Name)              (Address)                (Background Profession or Trade)

<u>VICE PRESIDENT</u>:

_____
(Name)              (Address)                (Background Profession or Trade)

<u>SECRETARY</u>:

_____
(Name)              (Address)                (Background Profession or Trade)

<u>TREASURER</u>:

_____
(Name)              (Address)                (Background Profession or Trade)

The Contractor is (Check one of the following):

_____ Sub-chapter "S" Corporation

_____ Public Corporation

_____ Closely Held Corporation

_____ Partnership

_____ Individually Owner Business

The Contractor's Federal Employer Identification Number is: _____

**TF-2**

NO TEXT ON THIS PAGE

**List Stockholders**

(Not required if publicly held, however, disclosure is required if more than 10% of the Stock is held by one person).

      <u>NAME</u>                            <u>ADDRESS</u>

1. _____

2. _____

3. _____

4. _____

Individual Ownership or Partnership (List all Names and Addresses)

      <u>NAME</u>                            <u>ADDRESS</u>

1. _____

2. _____

3. _____

4. _____

**NOTE:**
    **Failure to supply above information prior to, or at bid opening will cause an informal bid that will be disqualified.**

Persons or firms submitting bids must be engaged in the lines of work required in these specifications, or shall be able to refer to work of similar character performed by them. Bidders must present satisfactory evidence of experience, ability and financial standing, and also a statement as to their plant and machinery.

                                                              **TF-2 cont.**

NO TEXT ON THIS PAGE

1. Your organization has been in business as a Contractor under its present business name for_____ years.

2. You normally perform _____% of the work with your forces.

List the Trades Below:

_____

_____

_____

_____

3. Have you ever failed to complete any work awarded to you?  _____

   If so, note where and why. _____

   _____

4. List the major construction projects your organization has under construction at on this date.

| Project Completion | Owner | Engineer | Contract Amount | Percent Complete | Scheduled |
|---|---|---|---|---|---|
| A. | | | | | |
| B. | | | | | |
| C. | | | | | |
| D. | | | | | |
| E. | | | | | |

**TF-2 cont**

NO TEXT ON THIS PAGE

5.  List five major projects your organization has completed in the past five years.

| Project | Owner | Engineer | Contract Amount | Date Of Completion | Work Done With Own Forces % of Work Trades |
|---------|-------|----------|-----------------|--------------------|--------------------------------------------|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |

6.  List the contraction experience of the principal individual of your organization (particularly the anticipated project supervisors).

| Individual's Name | Present Position or Office | Years of Experience | Type of work for which Responsible | In What Capacity |
|-------------------|---------------------------|---------------------|------------------------------------|------------------|
| A. | | | | |
| B. | | | | |
| C. | | | | |
| D. | | | | |
| E. | | | | |
| F. | | | | |

**TF-2 cont.**

NO TEXT ON THIS PAGE

7. Itemized list of bidder's major plant and equipment.

A. _____

B. _____

C. _____

D. _____

E. _____

F. _____

G. _____

8. Bank References.

A. _____

B. _____

9. Trade association membership.

A. _____

B. _____

C. _____

**TF-2 cont.**

NO TEXT ON THIS PAGE

10. Attach state of financial conditions, including Contractor's latest regular dated financial statement or balance sheet.

Date of current statement or balance sheet: _____

Name and address of firm preparing statement: _____

_____

Dated at _____ this _____ Day of _____ 20_____

Name of organization: _____

By: _____

Title: _____

State of _____

County of _____

M _____ being duly sworn deposes and says that he/she is

the _____ of _____ Contractor and that answers to the

foregoing questions and all statements therein contained are true and correct.

Sworn to before me this _____ day of _____ 20_____

Notary Public:

My Commission Expires:

NO TEXT ON THIS PAGE

<div style="text-align: right">**TF-2 cont.**</div>

# CERTIFICATION OF CONTRACTOR'S

# QUALIFICATION STATEMENT

<u>CURRENT</u>

I certify that (our) (my) qualifications statement dated _____, as on file with

the Department of General Services, Town of Hempstead, is current and that it reflects (our)(my)

organization , operations, and financial status as of this_____ day of _____;

with the following exceptions:

STATE OF:                    )
                                        ss.:
COUNTY OF               )

M_____ being duly sworn deposes and says that he/she is the

_____ of _____ Contractor and that answers to

the foregoing and all statements therein contained are true and correct.

Sworn to before me this _____day of _____ 20____

NOTARY PUBLIC:

MY COMMISSION EXPIRES:

<div style="text-align: right">**TF-2A**</div>

NO TEXT ON THIS PAGE

## NON-COLLUSIVE BIDDING CERTIFICATION

### (Required by Section 103-D of the General Municipal Law)

By submission of this Bid, each Bidder and each person signing on behalf of any Bidder, certifies and in the case of a joint Bid, each party thereto certifies as to its own organization under penalty of perjury, that to the best of knowledge and belief:

1.  The prices in this Bid have been arrived at independently without collusion, consultation, communication, or agreement for the purpose of restricting competition, as to any matter relating to such prices with any other Bidder or with any competitor;

2.  Unless otherwise required by law, the prices which have been quoted in this Bid have nor been knowingly disclosed by the Bidder and will not knowingly be disclosed by the Bidder prior to opening, directly or indirectly, to any Bidder or to any competitor; and

3.  No attempt has been made or will be made by the Bidder to induce any other person, partnership, or corporation to submit or not submit a Bid for the purpose of restricting competition.

Dated _____, 20_____

_____
(Legal Name of Person Firm or Corporation)

By _____

## THE FOLLOWING RESOLUTION FORM MUST BE COMPLETED IF THE BIDDER IS A CORPORATION:

Resolved that _____
              (Name and Title of Signator and Name of Corporation)

be authorized to sign and submit the Bid or Proposal of this corporation for the following project:


and to include in such Bid the certificate as to non-collusion required by Section 103-D of the General Municipal Law as the act and deed of such corporation and for any inaccuracies or misstatement in such certificate this corporate Bidder shall be liable under the penalties of perjury.

The foregoing is a true and correct copy of the resolution adopted by
_____ Corporation
(Name of Corporation)

at a meeting of its board of directors held on the_____ day of _____,20_____.

(SEAL OF CORPORATION)

_____
(Secretary)

**TF-3**

NO TEXT ON THIS PAGE

## **BID BOND**

KNOW ALL MEN BY THESE PRESENTS:
that we, the undersigned

_____

as Principal, and as Surety are hereby held firmly bound unto

_____

the penal sum of _____ for the payment of which, well and truly to be made, we hereby jointly and severally bind ourselves, our heirs, executors, administrators, successors and assigns.

Signed this _____ day of_____, 20_____

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that, WHEREAS the

Principal has submitted to _____

a certain Bid, attached hereto and hereby made a part hereof, to enter into a Contract in writing for the _____

NOW THEREFORE,

A)  If said Bid shall be rejected or in the alternate

B)  If said Bid shall be accepted and the Principal shall execute and deliver a Contract in the form of Contract attached hereto (properly completed in accordance with said Bid) and shall furnish a bond for his faithful performance of said Contract, and for the payment of all persons performing labor or furnishing materials in connection therewith and shall in all other respects perform the agreement created by the acceptance of said Bid,

Then, this obligation shall be void, otherwise the same shall remain in force and effect; it being expressly understood and agreed that the liability of the Surety for any and all claims hereunder shall, in no event, exceed the penal amount of this obligation as herein stated.

The Surety, for value received, hereby stipulates and agrees that the obligations of said Surety and its bond shall be in no way impaired or affected by any extension of the time within which the Obligee may accept such Bid; and said Surety does hereby waive notice of any such extension.

IN WITNESS WHEREOF, the Principal and the Surety have hereunto set their hands and seals and such of them as are corporations have caused their corporate seals to be hereto affixed and these presents to be signed by their proper officers, the day and year first set forth above.

_____

Principal

By_____

TF-4

•3402_B1\KK08191425_S6(R01)

NO TEXT ON THIS PAGE

## <u>NOTICE OF AWARD</u>

TO:

_____

by Resolution # _____          Regarding _____

_____

Passed on _____ by the Town Board, You Are Hereby Notified to Be the

Successful Bidder.  Please Arrange for Required Bonds and Insurance and Contact

M_____ at the Town Attorney's Office Immediately to Secure All

Necessary Information for Formal Signing of Contract Which Must Be Accomplished Within

Ten (10) Days of This Notice of Award.


Commissioner
Department of Water


**TF-5**

NO TEXT ON THIS PAGE

## <u>PERFORMANCE BOND</u>

**KNOW ALL MEN BY THESE PRESENTS:**

That _____

(Here insert the name and address or legal title of the Contractor)

as Principal, hereinafter called Contractor, and_____, a Corporation of the _____, with its home office in the_____ ,U.S.A., as Surety, hereinafter called Surety are held and firmly bound unto _____

(Here insert name and address or legal title of the Owner)

as Obligee, hereinafter called Owner, in the amount of_____ Dollars ($ _____), for the payment whereof Contractor and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Contractor has by written agreement dated_____ 20___, entered into a Contract with the Owner for _____

_____ in accordance with drawings and specifications prepared by:_____

(Here insert full name, title and address)

which Contract is by reference made a part hereof and is herein after referred to as the Contract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Contractor shall promptly and faithfully perform said Contract, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

The Surety hereby waives notice of any alteration or extension of time made by the Owner.

Whenever Contractor shall be and declared by Owner to be in default under the Contract, the Owner having performed Owner's obligation thereunder, the Surety may promptly:

1)  complete the Contract in accordance with its terms and conditions, or

2)  obtain a bid or bids for submission to Owner for completing the Contract in accordance with its terms and conditions and upon determination by Owner and Surety of the lowest responsible Bidder, arrange for a Contract between such Bidder and Owner, and make available as work progresses (even though there should be a default or a succession of defaults under the Contract or Contracts of completion arranged under this paragraph) sufficient funds to pay the cost of completion less the balance of the contract price; but not exceeding, including other costs and damages for which the Surety may be liable hereunder, the amount set forth in the first paragraph hereof.

**TF-6**

NO TEXT ON THIS PAGE

The term "Balance of the Contract price" as used in this paragraph shall mean the total amount payable by Owner to Contractor under the Contract and any amendments thereto, less the amount properly paid by Owner to Contractor.

Any suit under this bond must be instituted before the expiration of two (2) years from the date on which final payment under the Contract falls due.

No right of action shall accrue on this bond to or for the use of any person or corporation other that the Owner named herein or the heirs, executors, administrators or successors of Owner.

Signed and sealed this _____ day of _____ 20_____

In the present of:_____(Seal)
                                   Principal

_____          _____
                                     Title

_____          By _____(Seal)

**TF-6 cont.**

NO TEXT ON THIS PAGE

## LABOR AND MATERIAL PAYMENT BOND

NOTE: This bond is issued simultaneously with Performance Bond in favor of the Owner conditioned on the full and faithful performance of the Contract.

KNOW ALL MEN BY THESE PRESENTS:

that _____

       (Here insert the name and address or legal title of the Contractor)

as Principal, herein after called Principal, and_____, a Corporation of the _____with its home office in the_____, U.S.A., as Surety, hereinafter called Surety, are held firmly bound unto:

_____

       (Here insert the name and address or legal title of the Owner)

as Obligee, herein after called Owner, for the use and benefit of claimants as herein below defined, in the amount of _____ Dollars

($_____),

for payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated _____, 20___, entered into a Contract with the Owner for _____ in accordance with drawings and specifications prepared by:

_____

       (Here insert full name, title and address)

which Contract is by reference made a part here of and is hereinafter referred to as the Contract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Principal shall promptly make payment to all claimants as hereinafter defined, for all labor and material used or reasonable required for use in the performance of the Contract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

1. A claimant is defined as one having a direct Contract with the Principal or with a Subcontractor of the Principal for labor, material, or both, used or reasonable required for use in the performance of the Contract, labor and material being construed to include that part of water, gas power, light, heat, oil, gasoline, telephone service or rental or equipment directly applicable to the Contract.

2. The above named Principal and Surety hereby jointly and severally agree with the Owner that every claimant as herein defined, who has not been paid in full before the expiration of a period

**TF-7**

NO TEXT ON THIS PAGE

of ninety 90) days after the date on which the last of such claimant's work or labor was done or performed, or materials were furnished by such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due claimant and have execution thereon.  The Owner shall not be liable for the payment of any costs or expenses of any such suit.

3.  No suit or action shall be commenced hereunder by any claimant:

A)  Unless claimant, other than one having a direct Contract with the Principal, shall have given written notice to any two of the following: the Principal, the Owner, or the Surety above named, within ninety (90) days after such claimant did or performed the last of the work or labor, or furnished the last of the materials for which said claim is made, stating with substantial accuracy the amount claimed and the name of the party to who the materials were furnished, or for whom the work or labor was done or performed.  Such notice shall be served by mailing the same by registered mail

or certified mail, postage prepaid, in an envelope addressed to the Principal, Owner or surety, at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process may be served in the state in which the aforesaid project is located, save that such service need not be made by a public officer.

B)  After the expiration of one (1) year following the date on which Principal ceased work on said Contract, it being understood, however, that if any limitations embodied in this bond is prohibited by any law controlling the construction hereof such limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

C)  Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof, is situated, or in the United States District Court for the district in which the project, or any part thereof, is situated and not elsewhere.

4.  The amount of this bond shall be reduced by and to the extent of any payments made in good faith hereunder, inclusive of the payment by Surety of mechanics' liens, which may be field of record against said improvement, whether or not claim for the amount of such lien be presented under and against this bond.

SIGNED AND SEALED THIS _____DAY OF _____20_____

IN THE PRESENCE OF:

_____(Seal)

Principal

_____          _____

Title

_____          By _____(Seal)

Title

**TF-7 cont.**

NO TEXT ON THIS PAGE

## **AGREEMENT**

THIS AGREEMENT, made on the _____ day of _____, 20_____ by and between the Town of Hempstead, party of the first part, hereinafter called the Owner, and _____, hereinafter called the Contractor, in accordance with plans, specifications and all Contract Documents for:

Levittown Water District Construction of Packed Tower Aeration System at Wells 7A and 8A – General Construction Contract No. PW 18-15

hereinafter called the Project.

NOW, THEREFORE, the Owner and Contractor for the consideration hereinafter set forth, agree as follows:

The Contractor agrees to perform and complete in a workmanship manner all work required for the construction of the Project, in strict compliance with the Contract Documents, which are hereby made part of this Agreement.

Work under this Agreement shall be commenced upon written notice to proceed and shall be complete within 300 calendar days of the commencement of the Contract time as defined in the General Conditions of the Contract.

The Owner agrees to pay and the Contractor agrees to accept, in full payment for the performance of the Contract, THE CONTRACT AMOUNT OF:

_____Dollars ($_____)

in accordance with the provisions of the Contract Document.

IN WITNESS WHEREOF the parties have duly executed this Agreement in duplicate originals, this date and year first written above.

TOWN OF HEMPSTEAD, NEW YORK

| By _____ | | _____ | |
| Supervisor | Date | Contractor | Date |
| | | By_____ | |
| Town Comptroller | Date | Title | Date |
| | | | |
| Commissioner, General Services | Date | Address | |
| | | | |
| Town Attorney | Date | Commissioner, Water | Date |

**TF-8**

NO TEXT ON THIS PAGE

State of New York    )
                    ) ss:
County of Nassau     )

On  this  _____  day  of_____  20____,  before  me  personally came  _____ to  me  known  and  known  to  me  to  be  the individual described in and who executed the foregoing instrument and acknowledged to me that (s) he executed the same.

                                          _____

                                          Notary Public, Nassau County

State of New York    )
                    ) ss:
County of Nassau     )

On this  _____  day of_____  20____,  before me personally came  _____ to me known and known to me, who, being by me duly sworn, did depose and say that (s) he resides at _____ and that (s) he is the _____of the corporation described in which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he signed his name thereto by like order.

                                          _____

                                          Notary Public, Nassau County

State of New York    )
                    ) ss:
County of Nassau     )

On  this  _____  day  of_____,  20____,  before  me personally came, Kathleen P. Murray to me known and known to me to be the Supervisor of The Town Board of The Town of Hempstead, Nassau County, New York; who being by me duly sworn did depose and say that she resides at 59 Knoll Lane. Levittown, Nassau County, New York; and she is the Supervisor of The Town Board of The Town of Hempstead, Nassau County, New York, the corporation described in and which executed the above instrument and that she knows the corporate seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of The Town Board of The Town of Hempstead, Nassau County, New York and that by like order she thereunto signed her name and official designation.

                                          _____

                                          Notary Public, Nassau County

**TF-8**

NO TEXT ON THIS PAGE

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A CORPORATION

State of New York   )
                       ) ss:
County of Nassau    )

On this _____ day of _____ 20____, before me personally came _____ to me known and known to me, who, being by me duly sworn, did depose and say that (s) he resides at_____ and that (s)he is the_____of_____, the corporation described in which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he signed his name thereto by like order.


_____
Notary Public, Nassau County


## ACKNOWLEDGEMENT OF PRINCIPAL, IF A PARTNERSHIP

State of New York   )
                       ) ss:
County of Nassau    )

On this _____ day of _____ 20____, before me personally appeared _____ to me known and known to me to be one of the members of the firm of _____described in and who executed the foregoing instrument and he acknowledged to me that he executed the same as and for the act and deed of said firm.


_____
Notary Public, Nassau County

## ACKNOWLEDGEMENT OF PRINCIPAL, IF AN INDIVIDUAL

State of New York   )
                       ) ss:
County of Nassau    )

On this _____ day of_____ 20____, before me personally appeared _____ to me known and known to me to be one of the members of the firm of _____described in and who executed the foregoing instrument and he acknowledged to me that he executed the same.


_____
Notary Public, Nassau County

**TF-8 cont.**

NO TEXT ON THIS PAGE

## AGREEMENT

THIS AGREEMENT, made on the _____ day of _____, 20_____ by and between the Town of Hempstead, party of the first part, hereinafter called the Owner, and _____, hereinafter called the Contractor, in accordance with plans, specifications and all Contract Documents for:

Levittown Water District Construction of Packed Tower Aeration System at Wells 7A and 8A – Electrical Construction Contract No. PW 20-15

hereinafter called the Project.

NOW, THEREFORE, the Owner and Contractor for the consideration hereinafter set forth, agree as follows:

The Contractor agrees to perform and complete in a workmanship manner all work required for the construction of the Project, in strict compliance with the Contract Documents, which are hereby made part of this Agreement.

Work under this Agreement shall be commenced upon written notice to proceed and shall be complete within 300 calendar days of the commencement of the Contract time as defined in the General Conditions of the Contract.

The Owner agrees to pay and the Contractor agrees to accept, in full payment for the performance of the Contract, THE CONTRACT AMOUNT OF:

_____Dollars ($_____)

in accordance with the provisions of the Contract Document.

IN WITNESS WHEREOF the parties have duly executed this Agreement in duplicate originals, this date and year first written above.

TOWN OF HEMPSTEAD, NEW YORK

By _____          _____
    Supervisor            Date          Contractor            Date

                              By_____
_____          
Town Comptroller       Date             Title               Date

_____          _____
Commissioner, General Services   Date          Address

_____          _____
Town Attorney          Date          Commissioner, Water    Date

**TF-8**

NO TEXT ON THIS PAGE

State of New York   )
                  ) ss:
County of Nassau    )

On this _____ day of_____ 20____, before me personally came _____ to me known and known to me to be the individual described in and who executed the foregoing instrument and acknowledged to me that (s) he executed the same.

_____
Notary Public, Nassau County

State of New York   )
                  ) ss:
County of Nassau    )

On this _____ day of_____ 20____, before me personally came _____ to me known and known to me, who, being by me duly sworn, did depose and say that (s) he resides at _____ and that (s) he is the _____of the corporation described in which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he signed his name thereto by like order.

_____
Notary Public, Nassau County

State of New York   )
                  ) ss:
County of Nassau    )

On this _____ day of_____, 20____, before me personally came, Kathleen P. Murray to me known and known to me to be the Supervisor of The Town Board of The Town of Hempstead, Nassau County, New York; who being by me duly sworn did depose and say that she resides at 59 Knoll Lane. Levittown, Nassau County, New York; and she is the Supervisor of The Town Board of The Town of Hempstead, Nassau County, New York, the corporation described in and which executed the above instrument and that she knows the corporate seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of The Town Board of The Town of Hempstead, Nassau County, New York and that by like order she thereunto signed her name and official designation.

_____
Notary Public, Nassau County

**TF-8**

NO TEXT ON THIS PAGE

## <u>ACKNOWLEDGEMENT OF PRINCIPAL, IF A CORPORATION</u>

State of New York    )
                      ) ss:
County of Nassau    )

On this _____ day of _____ 20____, before me personally came _____ to me known and known to me, who, being by me duly sworn, did depose and say that (s) he resides at_____ and that (s)he is the_____ of_____, the corporation described in which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he signed his name thereto by like order.

                                 _____
                                 Notary Public, Nassau County

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A PARTNERSHIP

State of New York    )
                      ) ss:
County of Nassau    )

On this _____ day of _____ 20____, before me personally appeared _____ to me known and known to me to be one of the members of the firm of _____described in and who executed the foregoing instrument and he acknowledged to me that he executed the same as and for the act and deed of said firm.

                                 _____
                                 Notary Public, Nassau County

## ACKNOWLEDGEMENT OF PRINCIPAL, IF AN INDIVIDUAL

State of New York    )
                      ) ss:
County of Nassau    )

On this _____ day of _____ 20____, before me personally appeared _____ to me known and known to me to be one of the members of the firm of _____described in and who executed the foregoing instrument and he acknowledged to me that he executed the same.

                                 _____
                                 Notary Public, Nassau County

**TF-8 cont.**

NO TEXT ON THIS PAGE

## AGREEMENT

THIS AGREEMENT, made on the _____ day of _____, 20_____ by and between the Town of Hempstead, party of the first part, hereinafter called the Owner, and _____, hereinafter called the Contractor, in accordance with plans, specifications and all Contract Documents for:

Levittown Water District Construction of Packed Tower Aeration System at Wells 7A and 8A – Plumbing Construction Contract No. PW 19-15

hereinafter called the Project.

NOW, THEREFORE, the Owner and Contractor for the consideration hereinafter set forth, agree as follows:

The Contractor agrees to perform and complete in a workmanship manner all work required for the construction of the Project, in strict compliance with the Contract Documents, which are hereby made part of this Agreement.

Work under this Agreement shall be commenced upon written notice to proceed and shall be complete within 300 calendar days of the commencement of the Contract time as defined in the General Conditions of the Contract.

The Owner agrees to pay and the Contractor agrees to accept, in full payment for the performance of the Contract, THE CONTRACT AMOUNT OF:

_____Dollars ($_____)

in accordance with the provisions of the Contract Document.

IN WITNESS WHEREOF the parties have duly executed this Agreement in duplicate originals, this date and year first written above.

TOWN OF HEMPSTEAD, NEW YORK

By _____           _____
    Supervisor                Date          Contractor               Date

                                      By_____
_____           _____
Town Comptroller             Date          Title                    Date

_____           _____
Commissioner, General Services   Date       Address

_____           _____
Town Attorney                Date          Commissioner, Water      Date

**TF-8**

NO TEXT ON THIS PAGE

State of New York   )
                    ) ss:
County of Nassau   )

On  this  _____  day  of_____  20____,  before  me  personally
came  _____to  me  known  and  known  to  me  to  be  the
individual described in and who executed the foregoing instrument and acknowledged to me that
(s) he executed the same.

_____
Notary Public, Nassau County

State of New York   )
                    ) ss:
County of Nassau   )

On  this  _____  day  of_____  20____,  before  me  personally
came  _____to  me  known  and  known  to  me,  who,  being
by me duly sworn, did depose and say that (s) he resides at _____
and that (s) he is the _____of the corporation described in which
executed  the  foregoing  instrument;  that  he  knows  the  seal  of  said  corporation;  that  the  seal
affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of
Directors of said corporation; and that he signed his name thereto by like order.

_____
Notary Public, Nassau County

State of New York   )
                    ) ss:
County of Nassau   )

On  this  _____  day  of_____,  20____,  before  me
personally came, Kathleen P. Murray to me known and known to me to be the Supervisor of The
Town Board of The Town of Hempstead, Nassau County, New York; who being by me duly
sworn did depose and say that she resides at 59 Knoll Lane. Levittown, Nassau County, New
York; and she is the Supervisor of The Town Board of The Town of Hempstead, Nassau County,
New York, the corporation described in and which executed the above instrument and that she
knows the corporate seal of said corporation; that the seal affixed to said instrument is such
corporate seal; that it was so affixed by order of The Town Board of The Town of Hempstead,
Nassau County, New York and that by like order she thereunto signed her name and official
designation.

_____
Notary Public, Nassau County

**TF-8**

NO TEXT ON THIS PAGE

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A CORPORATION

State of New York     )
                     ) ss:
County of Nassau     )

On this _____ day of _____ 20____, before me personally came _____ to me known and known to me, who, being by me duly sworn, did depose and say that (s) he resides at_____ and that (s)he is the_____of_____, the corporation described in which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he signed his name thereto by like order.

                                  _____
                                  Notary Public, Nassau County

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A PARTNERSHIP

State of New York     )
                     ) ss:
County of Nassau     )

On this _____ day of _____ 20____, before me personally appeared _____ to me known and known to me to be one of the members of the firm of _____described in and who executed the foregoing instrument and he acknowledged to me that he executed the same as and for the act and deed of said firm.

                                  _____
                                  Notary Public, Nassau County

## ACKNOWLEDGEMENT OF PRINCIPAL, IF AN INDIVIDUAL

State of New York     )
                     ) ss:
County of Nassau     )

On this _____ day of _____ 20____, before me personally appeared _____ to me known and known to me to be one of the members of the firm of _____described in and who executed the foregoing instrument and he acknowledged to me that he executed the same.

                                  _____
                                  Notary Public, Nassau County

**TF-8 cont.**

NO TEXT ON THIS PAGE

## **NOTICE TO PROCEED**

_____

_____

_____

RE: Project #_____

Construction Contract # _____

Type of Contract _____

Amount of Contract $ _____

You are hereby notified to commence work on the referenced contract on or before _____

_____ and are to fully complete the work on or before _____

_____ within  1)_____ consecutive calendar days thereafter.

Your contract completion date is therefore 2)_____.

_____

_____
Date

1)The date specified in the contract.

2) Use the appropriate phrase.

**TF-9**

NO TEXT ON THIS PAGE

## MAINTENANCE BOND #_____

**KNOW ALL MEN BY THESE PRESENTS:**

That we _____

(hereinafter called the Principal) as Principal and the _____

a_____ corporation with an office and place of business for the

state of New York at_____, New York (hereinafter called the Surety),

as Surety, are held and firmly bound unto the _____

(hereinafter called the Obligee) as Obligee in the sum of_____

_____dollars($_____) lawful money of the United

States of America, for the payment whereof the Principal and Surety bind themselves, their successors

and assigns, jointly and severally, firmly by these presents.

Signed, Sealed and Dated this _____ day of_____, 20_____

WHEREAS, the Principal heretofore entered into a written contract with the Obligee for

_____

WHEREAS, said Contract provides that the Principal shall guarantee

_____

_____

NOW, THEREFORE, the condition of this obligation is such, that if the above Principal shall indemnify the Obligee against loss by reason of his failure to make good at his own expense any defects or deficiencies in materials or workmanship which may appear in the work under said Contract with the period of _____ year(s) from the date of acceptance of the work, then this obligation shall be void; otherwise to remain in full force and effect.

_____
Principal

By_____

STATE OF NEW YORK  )
                    ) ss:
COUNTY OF NASSAU  )

On this _____ day of_____, 20____ before me personally appeared the within named_____ to me known and known to me to be the individual described in and who executed the within bond, and, _____ acknowledged to me that he _____ executed the same.

_____
Notary Public, Nassau County

**TF-10**

NO TEXT ON THIS PAGE

## **LABOR AND MATERIALS PAYMENT AFFIDAVIT**

STATE OF NEW YORK   )
                                    )  ss:
COUNTY OF NASSAU   )

_____, being duly sworn, deposes and says that he is

_____ of _____
                                                    (Name of company)

which company has a Contract with Town of Hempstead bearing the date of _____

covering the _____
                                                    (Type of work)

for_____ Town of Hempstead, Nassau County, New York.
                        (Location)

deponent further swears that the said _____
                                                                        (Name of company)

has paid in full and the prevailing recognized rate and in accordance with the specifications and contract obligations for all labor supplied or performed and materials furnished in connection with the performance of said work, including all social security, unemployment insurance, and sales taxes applicable thereto and owes no one for any labor or materials in connection with the performance of said work or any of the said taxes, nor have any claims been made against the said contractor for any unpaid material or labor with the exception of the following:

This affidavit is made for the purpose of inducing The Town of Hempstead to make a payment under the terms of its contract relying on the truth of the statements contained herein.


Dated_____


                                                                _____


Subscribed and Sworn to Before me

this _____day of _____, 20_____


_____

                                                                                        **TF-11**

NO TEXT ON THIS PAGE

COUNCIL MEMBERS

ANTHONY J. SANTINO
DOROTHY L. GOOSBY
GARY A. HUDES
EDWARD A. AMBROSINO
BRUCE A. BLAKEMAN
ERIN KING SWEENEY

NASRIN G. AHMAD
TOWN CLERK

DONALD X. CLAVIN, JR.
RECEIVER OF TAXES

JOHN REINHARDT
COMMISSIONER

# TOWN OF HEMPSTEAD
## *DEPARTMENT of WATER*
1995 PROSPECT AVENUE, EAST MEADOW, NY 11554
(516) 794-8300
FAX (516) 794-1355



KATE MURRAY
SUPERVISOR

Date:_____

I, the undersigned certify
that_____
(the Contractor)
has completed the physical work for:

_____

as required by the Contract documents with the following exceptions:

1. Items that must be completed or corrected before the facility can be beneficially occupied. (certificate cannot be issued with more than three (3) items under this sub-paragraph.)

   A.

   B.

   C.

2. Items that may be accomplished after beneficial occupancy but must be completed to the satisfaction of the engineer prior to _____weeks from the date of this certificate.

Approval of this certificate does not release the contractor of any responsibility set forth in the contract documents.  Final payment will not be made until all deficiencies are eliminated and the acceptable guarantee is provided.

Certified by_____
Project Engineer

Approved by_____
John Reinhardt
Commissioner

**TF-12**

NO TEXT ON THIS PAGE

# SECTION 7
# SUPPLEMENTARY CONDITIONS

These Supplementary Conditions amend or supplement the General Conditions and other provisions of the Contract Documents as indicated below. All provisions which are not so amended or supplemented remain in full force and effect.

The terms used in these Supplementary Conditions will have the meanings indicated in the General Conditions. Additional terms used in these Supplementary Conditions have the meanings indicated below, which are applicable to both the singular and plural thereof.

The terms used in the Supplementary Conditions which are defined in the General Conditions should be used with exactly the same meanings. This is true of all the Contract Documents.

## SC 1.0 - STANDARD SPECIFICATIONS

The Contract Documents refer to American National Standards Institute (ANSI), American Water Works Association (AWWA), American Society of Mechanical Engineers (ASME), American Society of Testing Materials (ASTM), American Association of State Highway Officials (AASHO), Occupational Safety and Health Administration (OSHA), etc. The latest published revision of the aforementioned specifications and/or designations referred to shall prevail unless otherwise indicated.

## SC 2.0 - DATUM PLANE

All elevations shown on the Contract Plans and Reference Drawings or specified refer to the datum indicated on the drawings.

## SC 3.0 - SITE VISIT PRIOR TO BID SUBMITTAL

All Contractors shall visit the site to examine the routes and existing conditions prior to submitting their bid. Submission of a bid shall be construed as evidence that such examination has been made. Claims for extra labor, materials or equipment, which could have been foreseen by examination, will not be recognized. Relocation of utilities as required to perform the work shall be the responsibility of the Contractor. No claims for additional work shall be considered.

## SC 4.0 - STORAGE OF MATERIALS AND EQUIPMENT

All construction equipment, and materials and equipment to be incorporated in the Work shall be placed so as not to injure any part of the Work or existing facilities and so that free access can be had at all times to all parts of the Work and to all public utility installations in the vicinity of the Work. Materials shall be kept neatly piled and compactly stored in such locations as will cause a minimum of inconvenience to public travel and adjoining owners, tenants and occupants.

**SC 5.0 - SUBCONTRACTORS**

In accordance with Section GC-57 of the General Conditions, the CONTRACTOR shall furnish the name, address, telephone number and name of the contact person of the Subcontractors who will perform the following portions of the work:

1. Packed Tower Aeration System
2. SCADA Improvements

**SC 6.0 - PHYSICAL CONDITIONS-REPORTS AND DRAWINGS**

In accordance with paragraph 4.2.1 of the General Conditions, the following are reports and drawings that the ENGINEER has used in preparing the Contract Documents:

**6.1**    In the preparation of Drawings and Specifications, the ENGINEER or the ENGINEER's Consultants relied upon the following surveys and reports of explorations and tests of subsurface conditions at or contiguous to the site:

Soil Mechanics Drilling Corp., Subsurface Investigation, Levittown Water District Well 7A and 8A, June 26, 2014.

**6.2**    In the preparation of Drawings and Specifications, the ENGINEER or the ENGINEER's Consultants relied upon the following drawings of physical conditions in or relating to existing surface and subsurface structures (except Underground Facilities), property line data and easement stakeout which are at or contiguous to the site:

NONE.

**6.3**    The CONTRACTOR may rely upon the general accuracy of the following "technical data" in accordance with paragraph 4.2.2 of the General Conditions:

NONE.

**SC 7.0 - HAZARDOUS ENVIRONMENTAL CONDITIONS -**
**REPORT AND DRAWINGS**

**7.1**    In accordance with paragraph 4.6.1 of the General Conditions, the following are reports and drawings relating to a Hazardous Environmental Condition identified at the site that have been utilized by the ENGINEER in the preparation of the Contract Documents:

NONE.

**7.2**    The CONTRACTOR may rely upon the general accuracy of the following "technical data" in accordance with paragraph 4.6.2 of the General Conditions:

NONE.

## SC 8.0 - CHANGES IN THE WORK

### 8.1    Change Orders

Without invalidating the Agreement, and without notice to any surety, OWNER may, at any time or from time to time, order additions, deletions or revisions in the Work; these will be authorized by Change Orders. Upon receipt of a Change Order, CONTRACTOR shall promptly proceed with the Work involved. All such Work shall be executed under the applicable conditions of the Contract Documents. If any Change Order causes an increase or decrease in the Contract Price or an extension or shortening of the Contract Time, an equitable adjustment will be made as provided in SC 9.0 or GC-39 on the basis of a claim made by either party.

### 8.2    Minor Variations

ENGINEER may authorize minor variations in the Work from the requirements of the Contract Documents which do not involve an adjustment in the Contract Price or the Contract Time and are compatible with the design concept of the completed Project as a functioning whole as indicated by the Contract Documents. These may be accomplished by a Field Order, and CONTRACTOR shall perform the Work involved promptly.

### 8.3    Emergency Work

Extra or additional work performed by CONTRACTOR without authorization of a Change Order will not entitle him to an increase in the Contract Price or an extension of the Contract Time, except in the case of an emergency as provided in GC-41 and except as provided in paragraph 8.2.

### 8.4    Execution of Change Orders

OWNER and CONTRACTOR shall execute appropriate Change Orders recommended by ENGINEER Work performed in an emergency as provided in GC-41 and any other claim of CONTRACTOR for a change in the Contract Time or the Contract Price which is recommended by ENGINEER.

### 8.5    Surety Notification

It is CONTRACTOR's responsibility to notify his Surety of any changes affecting the general scope of the Work or change in the Contract Price and the amount of the applicable Bonds shall be adjusted accordingly. CONTRACTOR shall furnish proof of such adjustment to OWNER.

### 8.6 Claims and Disputes

#### 8.6.1 Notice

Written notice stating the general nature of each Claim, dispute, or other matter shall be delivered by CONTRACTOR to ENGINEER promptly (but in no event later than fifteen days) after the start of the event giving rise thereto. Notice of the amount or extent of the Claim, dispute, or other matter with supporting data shall be delivered to the ENGINEER within forty-five days after the start of such event (unless ENGINEER allows additional time for CONTRACTOR to submit additional or more accurate data in support of such Claim, dispute, or other matter). A Claim for an adjustment in Contract Price shall be prepared in accordance with the provisions of paragraph 9.3. A Claim for an adjustment in Contract Time shall be prepared in accordance with the provisions of Section GC-39. Each Claim shall be accompanied by CONTRACTOR's written statement that the adjustment claimed is the entire adjustment to which CONTRACTOR believes it is entitled as a result of said event.

#### 8.6.2 Lack of Notice

No Claim for an adjustment in Contract Price or Contract Time will be valid if not submitted in accordance with paragraph 8.6.1.

#### 8.6.3 Duty to Proceed

Pending the resolution of any Claim or dispute or other matter, CONTRACTOR shall diligently carry on the Work and adhere to the progress schedule.

#### 8.6.4 Waiver of Consequential Damages

The CONTRACTOR waives Claims against the OWNER for consequential damages arising out of or relating to this Contract. This waiver includes but is not limited to damages incurred by the CONTRACTOR for principal office expenses including the compensation of personnel stationed there, for losses of financial, business and reputation, and for loss of profit except anticipated profit arising directly from the Work.

## SC 9.0 - CHANGE OF CONTRACT PRICE

### 9.1 Contract Price

The Contract Price constitutes the total compensation payable to CONTRACTOR for performing the Work. All duties, responsibilities and obligations assigned to or undertaken by CONTRACTOR shall be at his expense without change in the Contract Price.

### 9.2 Changes in Contract Price

The Contract Price may only be changed by a Change Order.

## 9.3      Valuation of Change Orders and Claims

The value of any Work covered by a Change Order and of any Claim for an adjustment in the Contract Price shall be determined in one of the following ways:

9.3.1      Where the Work involved is covered by unit prices contained in the Contract Documents, by application of such unit prices to the quantities of the items involved(subject to the conditions of paragraph 9.9).

9.3.2      Where the Work involved is not covered by unit prices contained in the Contract Documents, by mutually agreed lump sum.

9.3.3      Where the Work involved is not covered by unit prices contained in the Contract Documents, and agreement to a lump sum is not reached under paragraph 9.3.2, on the basis of the Cost of the Work (determined as provided in paragraphs 9.4 and 9.5) plus a CONTRACTOR's fee for overhead and profit (determined as provided in paragraph 9.6).

## 9.4      Cost of the Work

The term Cost of the Work means the sum of all costs necessarily incurred and paid by the CONTRACTOR in the proper performance of the Work. When the value of any Work covered by a Change Order or when a Claim for an adjustment in Contract Price is determined on the basis of Cost of the Work, the costs to be reimbursed to CONTRACTOR will be only those additional or incremental costs required because of the change in the Work or because of the event giving rise to the Claim. Except as otherwise may be agreed to in writing by OWNER, such costs shall be in amounts no higher than those prevailing in the locality of the Project, shall include only the following items and shall not include any of the costs itemized in paragraph 9.5:

9.4.1      Payroll costs for employees in the direct employ of CONTRACTOR in the performance of the Work under schedules of job classifications agreed upon by OWNER and CONTRACTOR. Such employees shall include, without limitation, superintendents, foremen, skilled and unskilled labor, and other personnel employed full time at the Site. Payroll costs for employees not employed full time on the Work shall be apportioned on the basis of their time spent on the Work. Payroll costs shall include, salaries and wages plus the cost of fringe benefits, which shall include but not be limited to, social security contributions, unemployment, excise and payroll taxes, workers' compensation, health and retirement benefits, bonuses, sick leave, vacation and holiday pay applicable thereto. The expenses of performing Work outside regular working hours, on Saturday, Sunday or legal holidays shall be included in the above to the extent authorized by OWNER.

9.4.2      Cost of all materials and equipment furnished and incorporated in the Work, including costs of transportation and storage thereof, and Suppliers' field services required in connection therewith. All cash discounts shall accrue to CONTRACTOR unless OWNER deposits funds with CONTRACTOR with which to make payments, in which case the cash discounts shall accrue to OWNER. All trade discounts, rebates and refunds and returns from sale

of surplus materials and equipment shall accrue to OWNER and CONTRACTOR shall make provisions so that they may be obtained.

9.4.3    Payments made by CONTRACTOR to Subcontractors for Work performed by Subcontractors. If required by OWNER, CONTRACTOR shall obtain competitive bids from Subcontractors acceptable to OWNER and CONTRACTOR and shall deliver such bids to OWNER, who will then determine, with the advice of ENGINEER, which bids, if any, will be acceptable. If any subcontract provides that the Subcontractor is to be paid on the basis of Cost of the Work plus a fee, the Subcontractor's Cost of the Work plus a fee shall be determined in accordance with paragraphs 9.4 and 9.5. All subcontracts shall be subject to the other provisions of the Contract Documents insofar as applicable.

9.4.4    Costs of special consultants (including, but not limited to, engineers, architects, testing laboratories, surveyors, lawyers and accountants) employed for services specifically related to the Work.

9.4.5    Supplemental costs including the following:

9.4.5.1   The proportion of necessary transportation, travel, and subsistence expenses of CONTRACTOR's employees incurred in discharge of duties connected with the Work.

9.4.5.2   Cost, including transportation and maintenance of all materials, supplies, equipment, machinery, appliances, office and temporary facilities at the Site, and hand tools not owned by the workmen, which are consumed in the performance of the Work and cost, less market value, of such items used but not consumed which remain the property of CONTRACTOR.

9.4.5.3   Rentals of all construction equipment and machinery and the parts thereof whether rented from CONTRACTOR or others in accordance with rental agreements approved by OWNER with the advice of ENGINEER, and the costs of transportation, loading, unloading, assembly, installation, dismantling and removal thereof - all in accordance with terms of said rental agreements. The rental of any such equipment, machinery or parts shall cease when the use thereof is no longer necessary for the Work.

9.4.5.4   Sales, consumer, use or similar taxes related to the Work, and for which CONTRACTOR is liable, imposed by Laws and Regulations.

9.4.5.5   Deposits lost for causes other than negligence of CONTRACTOR, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable, and royalty payments and fees for permits and licenses.

9.4.5.6   Losses, damages (and related expenses) caused by damage to the Work, not compensated by insurance or otherwise, sustained by CONTRACTOR in connection with the performance of the Work (except losses and damages within the deductible amounts of property insurance established in accordance with GC-66, provided such losses and damages have resulted from causes other than the negligence of CONTRACTOR, any Subcontractor, or anyone

directly or indirectly employed by any of them or for whose acts any of them may be liable. Such losses shall include settlements made with the written consent and approval of OWNER. No such losses, damages and expenses shall be included in the Cost of the Work for the purpose of determining Contractor's Fee. If, however, any such loss or damage requires reconstruction and CONTRACTOR is placed in charge thereof, he shall be paid for his services a fee proportionate to that stated in paragraph 9.6.2.

9.4.5.7   The cost of utilities, fuel and sanitary facilities at the Site.

9.4.5.8   Minor expenses such as telegrams, long distance telephone calls, telephone service at the Site, expressage and similar petty cash items in connection with the Work.

12.4.5.9   The cost of premiums for additional Bonds and insurance required because of the changes in the Work or caused by the event giving rise to the Claim.

## 9.5     Cost of Work Exclusions

The term Cost of the Work shall not include any of the following:

9.5.1     Payroll costs and other compensation of CONTRACTOR's officers, executives, principals (of partnership and sole proprietorships), general managers, engineers, architects, estimators, lawyers, auditors, accountants, purchasing and contracting agents, expediters, timekeepers, clerks and other personnel employed by CONTRACTOR whether at the Site or in his principal or a branch office for general administration of the Work and not specifically included in the schedule referred to in subparagraph 9.4.1, or specifically covered by 9.4.4 - all of which are to be considered administrative costs covered by the Contractor's Fee.

9.5.2     Expenses of CONTRACTOR's principal and branch offices other than his office at the Site.

9.5.3     Any part of CONTRACTOR's capital expenses, including interest on CONTRACTOR's capital employed for the Work and charges against CONTRACTOR for delinquent payments.

9.5.4     Costs due to the negligence of CONTRACTOR, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable, including but not limited to, the correction of defective Work, disposal of materials or equipment wrongly supplied and making good any damage to property.

9.5.5     Other overhead or general expense costs of any kind and the costs of any item not specifically and expressly included in paragraph 9.4.

## 9.6     CONTRACTOR's Fee

The CONTRACTOR's Fee which shall be allowed to CONTRACTOR for his overhead and profit shall be determined as follows:

9.6.1    A mutually acceptable fixed fee: or if none can be agreed upon,

9.6.2    A fee based on the following percentages of the various portions of the Cost of the Work:

9.6.2.1    For costs incurred under paragraphs 9.4.1 and 9.4.2 the Contractor's Fee shall be fifteen (15) percent.

9.6.2.2    For costs incurred under paragraph 9.4.3, the Contractor's Fee shall be five percent; and if a subcontract is on the basis of Cost of the Work plus a fee, the maximum allowable to the Subcontractor as a fee for overhead and profit shall be ten percent. Where more than one tier of subcontracts are on the basis of Cost of the Work plus a fee, the intent of this paragraph 9:6.2.2 is that the subcontractor who actually performs the Work, at whatever tier, will be paid a fee of 10 percent of the costs incurred by such subcontractor under paragraphs 9.4.1 and 9.4.2 and that any higher tier subcontractor and CONTRACTOR will each be paid a fee of five percent of the amount paid to the next lower tier subcontractor;

9.6.2.3    No fee shall be payable on the basis of costs itemized under paragraphs 9.4.4, 9.4.5 and 9.5.

9.6.2.4    The amount of credit to be allowed by CONTRACTOR to OWNER for any such change which results in a net decrease in cost, will be the amount of the actual net decrease in cost plus a deduction in CONTRACTOR's fee by an amount equal to five percent of such net decrease.

9.6.2.5    When both additions and credits are involved in any one change, the adjustment in CONTRACTOR's fee shall be computed on the basis of the net change in accordance with paragraphs 9.6.2.1 through 9.6.2.4 inclusive.

## 9.7    Itemized Cost Breakdown

Whenever the Cost of any Work for any purpose is to be determined pursuant to paragraphs 9.4 and 9.5, CONTRACTOR will submit in form prescribed by ENGINEER an itemized cost breakdown together with supporting data.

## 9.8    Cash Allowances

It is understood that CONTRACTOR has included in the Contract Price all allowances so named in the Contract Documents and shall cause the Work so covered to be for such sums as may be acceptable to OWNER and ENGINEER. CONTRACTOR agrees that the allowances include the cost to CONTRACTOR (less any applicable trade discounts) of materials and equipment required by the allowances to be delivered at the Site, and all applicable taxes. CONTRACTOR's costs for unloading and handling on the Site, labor, installation costs, overhead, profit, and other expenses contemplated for the allowances have been included in the Contract Price and not in the allowances, and no demand for additional payment on account of

any of the foregoing will be valid. Prior to final payment, an appropriate Change Order will be issued as recommended by ENGINEER to reflect actual amounts due CONTRACTOR on account of Work covered by allowances, and the Contract Price shall be correspondingly adjusted.

## 9.9    Unit Price Work

9.9.1    Where the Contract Documents provide that all or part of the Work is to be Unit Price Work, initially the Contract Price will be deemed to include for all Unit Price Work an amount equal to the sum of the unit price for each separately identified item of Unit Price Work times the estimated quantity of each item as indicated in the Agreement. The estimated quantities of items of Unit Price Work are not guaranteed and are solely for the purpose of comparison of Bids and determining an initial Contract Price. Determinations of the actual quantities and classifications of Unit Price Work performed by CONTRACTOR will be made by ENGINEER.

9.9.2    Each unit price will be deemed to include an amount considered by CONTRACTOR to be adequate to cover CONTRACTOR's overhead and profit for each separately identified item.

## SC 10.0 - INSURANCE

In addition to the requirements in the General Conditions, the Contractor shall also provide liability coverage for the Engineer and Engineer's Consultants, subject to customary exclusions for professional liability:

**10.1**    By endorsement as additional insureds on Contractor's liability policy.

**10.2**    Excess Liability:            (YES)
Umbrella Form:            (YES)
General Aggregate:        $1,000,000
Each Occurrence:          $1,000,000

## SC 11.0 - PHYSICAL CONDITIONS

**11.1**    Unforeseen Physical Conditions

Contractor shall promptly, and before the conditions are disturbed, notify Owner and Engineer in writing of (1) any subsurface or latent physical conditions at the Site differing materially from those indicated in the Contract Documents, or (2) unknown physical conditions at the Site, of an unusual nature, which differ materially from those ordinarily encountered and generally recognized as inhering in work of the character provided in the Contract Documents. If Engineer finds that the conditions do materially so differ and which could not reasonably have been anticipated by Contractor, and which cause an increase or decrease in Contractor's cost, or the time required, for performing any part of the Work under these Contract Documents, whether or not changed as a result of the conditions, a Change Order shall be issued incorporating the

necessary revisions. No request by Contractor for a Change Order under this paragraph shall be allowed, unless Contractor has given prompt written notification required.

**11.2**   Underground Facilities

11.2.1      Shown or Indicated

The information and data shown or indicated in the Contract Documents with respect to existing Underground Facilities at or contiguous to the Site is based on information and data furnished to Owner or Engineer by the owners of such Underground Facilities, including Owner, or by others. Providing this information in the Contract Documents fulfills all obligations imposed on the Owner and Engineer under applicable law. Contractor warrants that it has reviewed and is familiar with the obligations imposed on excavators by the rules and regulations adopted by the Public Service Commission, the utility owner(s), and applicable laws and regulations. Unless it is otherwise expressly provided in the Supplementary Conditions or Drawings:

11.2.1.1      Owner and Engineer shall not be responsible for the accuracy or completeness of any such information or data; and

11.2.1.2      the cost of all of the following will be included in the Contract Price, and CONTRACTOR shall have full responsibility for:

11.2.1.2.1  reviewing and checking all such information and data,

11.2.1.2.2  locating all Underground Facilities shown or indicated in the Contract Documents,

11.2.1.2.3  coordination of the Work with the owners of such Underground Facilities, including OWNER, during construction, and

11.2.1.2.4  the safety and protection of all such Underground Facilities and repairing any damage thereto resulting from the Work.

11.2.1.3      The Contractor shall comply with all applicable laws, rules, regulations, Public Service Commission requirements, etc., with regard to excavation, including but not limited to the one-call notification system.

11.2.1.3.1  No Contractor shall commence or engage in any excavation or demolition unless and until timely notice is served of the location and date of the proposed excavation or demolition as required by law to utility owners who maintain Underground Facilities in the area in which the excavation or demolition is to take place.

11.2.1.3.2  Prior to any excavation or demolition, the excavator shall verify the precise location of the Underground Facilities in a manner set forth in the rules and regulations adopted by the Public Service Commission and all other applicable state and local laws and regulations.

11.2.1.3.3 A Contractor engaged in excavation or demolition shall be responsible for protecting and preserving the staking, marking or other designation by the utility owner until no longer required for proper and safe excavation or demolition work at or near the Underground Facility, maintain clearance between the Underground Facility, and the cutting edge or point of any equipment to avoid damage to the Underground Facility, and provide support to and prevent damage to any Underground Facility or its protective coating, in the means and according to the methods set forth in the rules and regulations adopted by the Public Service Commission, the utility owner or applicable state and local laws and regulations. Contractor shall notify all utility owners and the one-call registry of any changes or modifications to the proposed excavation that may affect excavations in the areas of Underground Facilities.

11.2.1.3.4 In the event of contact with and/or damage to an Underground Facility, the Contractor shall immediately notify the Owner of the facility and no backfilling shall be done by the Contractor until inspection and/or repairs have been made by the utility owner and no repairs shall be undertaken by the Contractor until authorized by the utility owner. In the event of an electrical short or the escape of gas or hazardous fluids endangering life, the Contractor shall immediately notify the Owner of the electric, gas or hazardous liquid Underground Facility and all persons who might be endangered and assist in the evacuation of such persons.

### 11.2.2   Not Shown or Indicated

11.2.2.1   Contractor shall be responsible for locating all Underground Facilities within or contiguous to the proposed area of excavation, including Underground Facilities not shown or indicated in the Contract Documents, if such requirement is expressly provided in the Supplementary Conditions or Drawings.

11.2.2.2   If an Underground Facility is uncovered or revealed at or contiguous to the Site which was not shown or indicated, or not shown or indicated with reasonable accuracy in the Contract Documents, Contractor shall, promptly after becoming aware thereof and before further disturbing conditions affected thereby or performing any Work in connection therewith (except in an emergency as required by paragraph 6.23), identify the owner of such Underground Facility and give written notice to that owner and to Owner and Engineer. Engineer will promptly review the Underground Facility and determine the extent, if any, to which a change is required in the Contract Documents to reflect and document the consequences of the existence or location of the Underground Facility. During such time, Contractor shall be responsible for the safety and protection of such Underground Facility.

11.2.2.3   If Engineer concludes that a change in the Contract Documents is required, a Change Order will be issued to reflect and document such consequences. An equitable adjustment shall be made in the Contract Price or Contract Time, or both, to the extent that they are attributable to the existence or location of any Underground Facility that was not shown or indicated or not shown or indicated with reasonable accuracy in the Contract Documents and that Contractor did not know of and could not reasonably have been expected to be aware of or to have anticipated. If Contractor believes that he is entitled to an adjustment in Contract Price or Contract Time, he shall make a Claim therefore as provided in paragraph 8.6.

11.2.3     Engineer's Obligations

11.2.3.1    Services provided by Engineer during construction, including, but not limited to, engineering management and construction administration services, shall not impose any obligations on Owner or Engineer to:

11.2.3.1.1 Locate Underground Facilities within proposed areas of excavation or demolition;

11.2.3.1.2 Notify utilities directly or through one-call locator services of excavations within the areas of Underground Facilities;

11.2.3.1.3 Inspect Contractor excavations regarding supporting and protecting Underground Facilities from damage; or

11.2.3.1.4 Assist Contractor to comply with additional requirements that may be imposed by utility owners.

11.2.4     Indemnification by Contractor for Damage to Underground Facilities

To the fullest extent permitted by Laws and Regulations, Contractor shall defend, indemnify and hold harmless Owner, Engineer, Engineer's Consultants, and the officers, directors, partners, employees, agent, other consultants, and subcontractor of each and any of them (the "Indemnitees") from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolutions costs) arising out of Contractor's damage to Underground Facilities. Nothing in this paragraph 11.2.4 shall obligate Contractor to defend or indemnify the Indemnitees from and against the consequences of an Indemnitee's own negligence.

**SC 12.0 - USE OF PREMISES AND REMOVAL OF DEBRIS:**

1.  The Contractor, shall have control of the site and shall confine his operations and those of his subcontractors to areas designated. The Contractor shall maintain such areas in a clean and orderly condition and remove therefrom all equipment, material and debris when or as required or when ordered to do so.

2.  The Contractor expressly undertakes at his own expense.

    a.  to take every precaution against injuries to persons or damages to property:

    b.  to comply with the regulations governing the operation of premises and to perform his Contract in such a manner as not to interrupt or interfere with the operation of any existing activity on the premises or at the location of the work;

c.  to store his apparatus, materials, supplies and equipment in such orderly fashion at the site of the work as will not unduly interfere with the progress of his work or the work of any other Contractor;

d.  to place upon the work or any part thereof only such loads as are consistent with the safety of that portion of the work;

e.  to frequently clean up all refuse, rubbish, scrap materials, and debris caused by his operations, to the end that at all times the site of the work shall present a neat, orderly and workmanlike appearance;

f.  before final payment to remove from the site and all public, and private property, all surplus material, false work, temporary structures, plant of any description and debris of every nature resulting from his operations and to put the site in a neat orderly condition; and

g.  to leave his work "broom-clean" or its equivalent, unless more exactly specified.

Where required by the Contract, and where or as directed by the Engineer, the Contractor shall comply with the requirements of the aforementioned paragraphs. Should the Contractor fail to comply when or as directed by the Engineer, the Owner shall have the right to clean as required and all costs incurred in the performance of this work shall be deducted from the Contract amount in questions of dispute.

## SC 13.0 - NOTIFICATION OF PROPERTY OWNERS

In general, construction work shall be conducted in such a manner as to provide no interference of normal pedestrian or vehicular traffic. In some cases, it may be necessary to block streets, parking lots and driveways for a short period of time. Prior to blocking or obstructing, the Contractor shall notify a responsible person in each establishment with sufficient notice so that the necessary preparations can be made and minimum inconvenience be made to the public and business people.

## SC 14.0 - SAFETY AND HEALTH REGULATIONS

The Contractor shall comply with the Department of Labor Safety and Health Regulations for construction promulgated under the Occupational Safety and Health Act of 1970 (PL 91-596) and under Section 107 of the Contract Work Hours and Safety Standards Act of 1970 (PL 91-596) and under Section 107 of the Contract Work Hours and Safety Standards Act (PL 91-54).

The Contractors attention is directed to the provisions of Section 4 (b) (4) of the Occupational Safety and Health Act of 1970, as follows:

"Nothing in this Act shall be construed to supersede or in any manner affect any worker's compensation law or to enlarge or diminish or affect in any manner the common law or statutory rights, duties, or liabilities of employers and employees

under any law with respect to injuries, diseases, or death of employees arising out of, or in the course of employment."

## SC 15.0 - RESTORATION OF PREMISES

The Contractor shall be responsible for restoration of all damage to buildings, equipment, roadways, sidewalks, plantings, lawn, fence and other physical features damaged through his operations. All damaged items shall be restored to their previous conditions, at no additional cost to the Owner.

**DIVISION 1 - SPECIAL CONDITIONS**

NO TEXT ON THIS PAGE

# SECTION 01010

## SUMMARY OF WORK

## 1.1  SCOPE OF WORK

A.  The Work to be done under these Contracts and in accordance with these Specifications and Drawings consists of furnishing of plant equipment, superintendents, labor, skill, material and all other items necessary for the construction of the Town of Hempstead Department of Water Levittown Water District Construction of Packed Tower Aeration System at Wells 7A and 8A.  The Contractors shall perform all Work required for such construction in accordance with the Contract Documents and subject to the terms and conditions of the Contract, complete and ready for use.

B.  The Work to be done under these Contracts shall be the responsibility of three prime Contractors, a General Construction Contractor, an Electrical Contractor, and a Plumbing Contractor, each skilled in the work described within the designated Divisions.  The Prime Contractors may subcontract such work as requires mechanics other than those he normally employs, but the entire responsibility for complete performance of each of the respective Prime Contracts shall remain with the Prime Contractors.

C.  The Prime Contractors shall coordinate and communicate with each other through verbal and written communication, as may be necessary to facilitate the progress of construction to conform to the project schedule and term as defined in the agreement. Communication shall include transmittal of approved shop drawings that contain information relevant to other trades and contracts, weekly updates to progress schedules, telephone communication to support the expedited completion of work, delivery of pipe sleeves, embedded equipment and coordination of masonry openings, and other means as necessary.

D.  Whenever used in these Contract Documents, the term "Engineer" shall refer to the firm of D&B Engineers and Architects, P.C. acting directly, or through properly authorized agents, such agents acting within the scope of the particular duties entrusted to them.

E.   The Plans and Specifications are intended to agree, and anything shown or called for on the Plans and not mentioned in the Specifications or vice versa, or any work or materials necessary to and usually included in the complete finish of the work, and/or materials or the character to be furnished by the Contractor, shall be considered to be furnished by the Contractor without any extra charge, as though the same were both shown and specified.

## 1.2   DESCRIPTION OF WORK

A.   The work includes, but may not be limited to, modifying the existing Well No. 7A and 8A pumps, construction of the proposed packed tower aeration building, chemical treatment system modifications, drainage improvements, furnishing and installing a packed tower aeration system and process equipment, furnishing and installing an off-gas treatment system, booster pumps, transfer pumps, blowers, piping, ventilation equipment, control systems, SCADA improvements, security and alarm systems, electrical power, and lighting, natural gas heating system and all accessories and appurtenances as shown on the Contract Drawings, specified herein and as required for a complete installation.

B.   The work also includes removal and replacement of asphalt pavements, earthwork, construction of curbs and sidewalks, new asphalt paving and site restoration as shown on the Contract Drawings.

C.   The work also includes removal and replacement of fencing, new fencing and gates as shown on the Contract Drawings.

D.   The work also includes construction of a new chemical injection vault, and installation of new chemical injection services, associated piping and a liquid level detection system in the vault.

E.   The work also includes abandoning existing pneumatic tanks and restoration of the overlying areas as shown on the Contract Drawings.

F.   The work also involves landscaping work including plantings, seeding and removals and trimming of trees and shrubs.

## 1.3   DELINEATION OF CONTRACT WORK

A.   The responsibilities of the three prime Contractors shall include, but not be limited to the following:

1.   General Construction:

a.   All work involved in construction of the new packed tower aeration building and off-gas treatment system platform including all foundations, all masonry, ventilation equipment, doors and windows, roofing, and interior and exterior finishes.

b.   All work involved with removal and disposal of the existing pneumatic tanks, including excavation, backfill and restoration.

c.   All work involved in site grading, removals and construction of asphalt paving, sidewalks and curbs.

d.   All work related to construction of gravity drainage piping and structures, including excavation, backfill and restoration.

e.   All work related to construction of the chemical injection vault.

f.   All work related to site landscaping, removals, plantings and seeding.

g.   All work related to construction of new fences and gates.

h.   All work related to painting of new and existing work and equipment identified in the plans and specifications and provided under all other contracts.

i.   Coordination of work and scheduling with other Prime Contractors as specified and

required to efficiently complete the project work without delay.

2. Electrical Construction:

a. All work involved in furnishing electrical power to the packed tower aeration building and modifications to the well station building electrical distribution system.

b. All work involved with furnishing wire and conduit within the new and existing buildings, and between buildings and utility services, including excavation, concrete, backfill, restoration and coordination with other contractors. All Work involved with installing power, control and instrumentation wiring and conduit for new and modified equipment.

c. All work involved furnishing and installing power systems and electrical utility coordination.

d. All electrical work involved with furnishing power and control wiring and conduit for control equipment furnished by other Contractors.

e. Removals of electrical components, equipment and services as shown and specified.

f. Furnishing conduit penetration sleeves for all new wall penetrations to the General Contractor prior to structure construction. Installation of conduit penetration accessories. Construction of all required conduit penetrations through existing structures.

g. Termination of all power and control wiring related to control panels furnished by other contractors.

h. Coordination of work and scheduling with other Prime Contractors as specified and

required to efficiently complete the project work without delay.

3.  Plumbing Construction:

a.  All buried and exposed piping work including furnishing and installing valves, meters, restraints, piping piers and supports, and all accessories, including all excavation, backfill and restoration. Storm water and blow off gravity drainage piping is excluded from the Plumbing Construction Contract.

b.  Furnishing pipe sleeves for all new wall penetrations to the General Contractor prior to structure construction. Installation of pipe penetration accessories. Construction of all required piping penetrations through existing structures.

c.  All work related to the well pump and motor replacements in Wells 7A and 8A Building, including furnishing and installing the new pump heads and all miscellaneous appurtenances.

d.  All work involved in furnishing and installing a packed tower aeration system, transfer pumps, booster pumps, blowers, duct work, control system, fittings, and all appurtenances.

e.  All work involved in furnishing and installing an off-gas treatment system, fittings and all appurtenances.

f.  Furnishing and installing the following control panels: Water Treatment Chemical Safety Control Panel, Blowoff Valve Control Panels, Packed Tower Aeration System Control Panel and SCADA RTU.

g.  All work related to SCADA improvements and coordination with the District's SCADA contractor.

h.   All work related to furnishing and installation of piping, solenoid valves, flow switches, pumps, chemical injectors, and float switches in the new Chemical Injection Vault.

j.   Coordination of work and scheduling with other Prime Contractors as specified and required to efficiently complete the project work without delay.

B.   The following is the list of Specification Divisions upon which the Contractors shall base his bid and execute the work:

1.   General Construction

a.   Applicable provisions of the various sections comprising Division 1 - Special Conditions.

b.   All sections comprising Division 2 through 15, complete.

c.   Other applicable portions of the Contract Documents not specifically referred to herein.

2.   Electrical Construction

a.   Applicable provisions of the various sections comprising Division 1 - Special Conditions.

b.   All sections comprising Division 16, complete.

c.   Other applicable portions of the Contract Documents not specifically referred to herein.

3.   Plumbing Construction

a.   Applicable provisions of the various sections comprising Division 1 - Special Conditions.

b.   All sections comprising Division 18, complete.

    c.   Other applicable portions of the Contract Documents not specifically referred to herein.

## 1.4 SEQUENCING AND SCHEDULING OF WORK

A.   The work defined in this project will require the interruption of the existing Well 7A and 8A Treatment System, which generally includes the following operational equipment:

    1.   Existing well pump, motor and switchgear.

    2.   Existing electrical service.

    3.   Existing water treatment chemical safety system.

    4.   Existing SCADA system.

B.   Well 7A is currently in service. Well 8A has been removed from service. The work included in this project shall be coordinated and performed by the Prime Contractors in two separate phases; the first phase will include construction that does not affect or interrupt the operation of the existing Well 7A Treatment System and the second phase will include work that requires the existing Well 7A Treatment System to be interrupted in order to be completed.

C.   The period for interruption of the existing Well 7A Treatment System shall be performed only after October 1, 2015.

D.   In order to complete the first phase of the work, at a minimum the following construction tasks shall be performed:

    1.   Perform site grading and excavation activities as required for the construction of new pavements and structures.

    2.   Construct the new Packed Tower Aeration Building.

    3.   Install the new Packed Tower Aeration System, and all process piping within the new building.

4.  Install the chemical injection vault and all associated piping.

5.  Abandon the existing pneumatic tanks.

6.  Install all buried ductbanks and wiring.

7.  Install all interior piping within the Well 7A and 8A building.

8.  Install all site piping with the exception of the final influent and effluent connections to the Packed Tower Aeration building. Temporarily cap and protect final connections.

9.  Install the off-gas treatment system and all associated ductwork.

10. Construct new curbs that are not in conflict with final process piping connections.

11. Complete any remaining work that does not require interruption of the existing Well 7A Treatment System.

E.  During the period of interruption of the existing Well 7A Treatment System, sequencing of construction operations shall comply with the following requirements:

1.  Install the final influent and effluent connections to the Packed Tower Aeration Building. Perform disinfection and testing on exposed and buried mains and route Well 7A and 8A water through the packed tower aeration system bypass piping.

2.  Perform disinfection and testing of the Packed Tower Aeration System.

3.  Install and wire the chemical injection services within the chemical injection vault.

4.  Furnish and install the new well pumps, venturi meters and interior large diameter piping within the Well 7A and 8A Building.

5.   Install the new electrical service.

6.   Install the new motor control centers.

7.   Perform SCADA system improvements.

8.   Furnish and install new gas heaters and all associated interior and exterior piping.

9.   Demolish and remove existing asphalt pavements and concrete curbs.

10.  Construct new concrete curbs.

11.  Construct asphalt pavements.

12.  Complete any remaining work and perform startup of the Packed Tower Aeration System.

## 1.5   CONTRACT DOCUMENTS

A.   The Work to be done is shown on the set of Contract Documents, entitled "Town of Hempstead Department of Water, Levittown Water District, Construction of Packed Tower Aeration System, Wells 7A and 8A."

B.   The Contract Documents consist of the Notice and Instructions to Bidders, Bid, Bid Bond, Agreement, Performance Bond, Labor and Material Payment Bond, General Conditions, Supplementary Provisions, Special Conditions (Division 1), the Technical Specifications and the Contract Drawings.

C.   The Drawings relating to the Project are enumerated as follows:

### DRAWING LIST

| Drawing No. | Title |
| --- | --- |
| -- | Cover Sheet |
| G1 | SYMBOLS AND ABBREVIATIONS |
| G2 | PACKED TOWER BUILDING – EXISTING SITE AND DEMOLITION PLAN |
| G3 | PACKED TOWER BUILDING – SITE LAYOUT AND GRADING AND DRAINAGE PLANS |

| Drawing No. | Title |
|---|---|
| G4 | PACKED TOWER BUILDING –SITE UTILITY PLAN |
| G5 | SITE DETAILS I |
| G6 | SITE DETAILS II |
| A1 | FIRST FLOOR PLAN, ROOF & FRAMING PLANS |
| A2 | ROOF PLAN & ROOF FRAMING PLAN |
| A3 | NORTH & SOUTH ELEVATIONS |
| A4 | EAST & WEST ELEVATIONS |
| A5 | TRAVERSE SECTION |
| A6 | LONGITUDINAL SECTION |
| A7 | DETAILS I |
| A8 | DETAILS II |
| A9 | DETAILS III |
| A10 | DETAILS IV |
| A11 | DETAILS V |
| A12 | DETAILS VI |
| A13 | SCHEDULES |
| S1 | PACKED TOWER BUILDING GENERAL NOTES |
| S2 | PACKED TOWER BUILDING - FOUNDATION PLAN |
| S3 | PACKED TOWER BUILDING - SLAB PLAN |
| S4 | PACKED TOWER BUILDING - PLANS AND SECTIONS |
| S5 | SECTION I |
| S6 | SECTION II |
| S7 | STEEL PLATFORM - DETAILS AND SECTIONS |
| S8 | DETAILS I |
| S9 | DETAILS II |
| M1 | PACKED TOWER BUILDING FACILITY SCHEMATIC |
| M2 | PACKED TOWER BUILDING - FLOOR PLAN I |
| M3 | PACKED TOWER BUILDING - FLOOR PLAN II |
| M4 | PACKED TOWER BUILDING - SECTIONS 1 & 2 |
| M5 | PACKED TOWER BUILDING - SECTIONS 3, 4 & 5 |
| M6 | DETAILS I |
| M7 | DETAILS II |

| Drawing No. | Title |
|---|---|
| M8 | EXISTING WELLS 7A & 8A BUILDING FLOOR PLAN |
| M9 | PROPOSED WELLS 7A & 8A BUILDING FLOOR PLAN |
| M10 | PACKED TOWER BUILDING – NATURAL GAS PLAN |
| M11 | WELLS 7A & 8A BUILDING – NATURAL GAS PLAN AND DETAILS |
| M12 | EXISTING WELLS 7A & 8A CHEMICAL SAFETY CONTROLS – DETAIL AND MODIFICATIONS |
| E1 | EXISTING STE AND DEMOLITION PLAN |
| E2 | WELLS 7A & 8A BUILDING FLOOR PLAN – DEMOLITION |
| E3 | WELLS 7A & 8A MOTOR CONTROL CENTER SINGLE LINE DIAGRAM AND ELEVATION – DEMOLITION |
| E4 | PROPOSED SITE PLAN |
| E5 | WELLS 7A & 8A BUILDING FLOOR PLAN |
| E6 | PACKED TOWER BUILDING POWER PLAN |
| E7 | PACKED TOWER BUILDING LIGHTING |
| E8 | LIGHTNING PROTECTION SYSTEM PLAN |
| E9 | WELL BUILDING MAIN INCOMING SWITCHES |
| E10 | WELLS 7A & 8A MOTOR CONTROL CENTER SINGLE LINE DIAGRAM AND ELEVATION – NEW WORK |
| E11 | MOTOR CONTROL CENTERS MCC-PT1 AND MCC-PT2 – SINGLE LINE DIAGRAMS |
| E12 | MOTOR CONTROL CENTERS MCC-PT1 AND MCC-PT2 – ELEVATIONS AND SCHEDULES |
| E13 | SCADA SYSTEM RISER DIAGRAMS – DEMOLITION AND NEW WORK |
| E14 | CHEMICAL SAFETY SYSTEM RISER DIAGRAMS – DEMOLITION AND NEW WORK |
| E15 | WIRING DIAGRAMS |
| E16 | CONDUIT AND CABLE SCHEDULE AND PANEL BOARD SCHEDULE |
| E17 | DETAILS |

**1.5    SAFETY AND HEALTH REGULATIONS**

A.    The Contractor shall comply with the U.S. Department of Labor Safety and Health Regulations for construction promulgated under the Occupational Safety and Health Act (latest edition) and under Section 107 of the Contract Work Hours and Safety Standards Act as a minimum requirement. In the event of conflict among said Safety and Health Regulations, the Contract Documents and requirements of other regulatory agencies, the most stringent provisions shall be binding on the Contractor.

B.    The Contractor is advised of the provisions of Section 4(b)(4) of the Occupational Safety and Health Act, which state:

Nothing in this Act shall be construed to supersede or in any manner affect any workmen's compensation law or to enlarge or diminish or affect in any manner the common law of statutory rights, duties or liabilities of employers and employees under any law with respect to injuries, diseases or death of employees arising out of, or in the course of, employment.

C.    The Contractor shall comply with the requirements of OSHA 1910.120 for all excavating, invasive work and related work conducted on the site of the work.

D.    The Contractor shall furnish to the Engineer all product safety data sheets. Two copies shall be furnished, one for the Owner and one for the Engineer.

E.    Each Contractor shall prepare a site specific Health and Safety/Contingency Plan and submit it to the Engineer for review prior to the start of the work. The Health and Safety/Contingency Plan shall address the protection of the Contractor's and his subcontractor's employees, the Owner and the Owner's representatives from any potential health hazard due to the construction operations. The Engineer may comment on the Plan and the Contractor shall revise the Plan as necessary in response to the comments, however, the Engineer shall not be required to approve the Plans.

All costs associated with Health and Safety compliance shall be included in the unit price for each item.

## 1.6  FEES, PERMITS AND INSPECTIONS

A.   All required fees, permits and inspections shall be obtained and paid for by the Contractor under the section of the Specifications for which they are required.

## 1.7  EXAMINATION OF SITE CONDITIONS

A.   Before submitting any Proposal, each bidder shall visit the site and carefully review the existing conditions at the site and the nature and exact quantity of the work to be performed.  No extra will be allowed if the Contractor fails to examine the site or, after having examined it, the Contractor fails to notify the Owner in writing of any discrepancies and/or disagreements that he may have noted between the existing conditions and the Drawings and Specifications which would preclude his performing his Contract in accordance with the Contract Documents.

## 1.8  CONTRACTORS COORDINATION AND RESPONSIBILITY

A.   Each Contractor will be required to coordinate all work with each and every other Contractor on the site and afford each other reasonable opportunities for the introduction and storage of materials, supplies and equipment and the execution of their work.  All coordination will be the complete responsibility of each Contractor.

B.   Each Contractor agrees that he has and will make no claim for damages against the Owner by reason of any act or omission to act by any other Contractor or in connection with the Owner's acts or omissions to act in connection with such other Contractor, but the Contractor shall have a right to recover such damages from the other Contractors under a provision similar to the following provision which has been or will be inserted in the Contract with such other Contractors.

C.   Should any other Contractor, having or who shall hereafter have, a contract with the Owner relating to the project or in connection with the work on sites adjoining or adjacent to that on which the work covered

by this Contract is to be performed, sustain any damage, during the progress of the work hereunder, through any act or omission of the Contractor, the Contractor agrees to reimburse such other Contractor, for all such damages and he further agrees to indemnify and save harmless the Owner from all claims for such damages.

D.   Each Contractor shall coordinate all of the trades under his Contract. All trades shall cooperate with each other to the end that all parts of the project will go together in proper sequence.

E.   Within 14 Calendar Days of contract signing, the Electrical and Plumbing Contractors shall provide piping and conduit penetration schedules, and equipment embedment schedules to the General Contractor for coordination of all penetrations in the new work.

F.   Within 30 Calendar Days of contract signing, the Electrical and Plumbing Contractors shall provide all piping and conduit penetration materials to the General Contractor for installation in the new work.

G.   Within 90 Calendar Days of contract signing, the Electrical and Plumbing Contractors shall furnish all remaining equipment to the General Contractor for installation in the new work.

H.   Each Contractor shall be responsible for providing copies of approved shop drawings to other Prime Contractors as necessary to allow other Prime Contractors to integrate and coordinate approved equipment into the new work.

## 1.9   CODES AND STANDARDS

A.   The following provisions shall apply:

1.   All materials and workmanship shall comply with all applicable codes, specifications, local ordinances, industry standards, and Utility Company regulations.

2.   In case of differences between building codes, specifications, state laws, local ordinances, industry standards, Utility Company regulations and the contract documents, the most stringent shall

govern.   The Contractor shall promptly notify the Engineer, in writing, of any such difference.

3.   Should the Contractor perform any work that does not comply with the requirements of the applicable building codes, state and federal laws, local ordinances, County Fire Marshall's regulations, industry standards, and Utility Company regulations, he shall bear all cost arising in correcting the deficiencies.

4.   All Contractors shall comply with the Federal occupational Safety and Health Act, latest edition. Applicable codes and standards shall include all state laws, local ordinances, Utility Company regulations and the applicable requirements of the following accepted codes and standards (latest editions):

a.   Building Codes:

1)   New York State Uniform Fire Prevention and Building Code.

2)   New York State Energy Conservation Construction Code.

b.   Industry Standards, Codes, and Specifications:

1)   ANSI - American National Standards Institute

2)   ASTM - American Society of Testing Materials

3)   NBS - National Bureau of Standards

4)   NFPA - National Fire Protection Association

5)   UL - Underwriter's Laboratories

6)   OSHA - Occupational Safety and Health Administration

7)   AISC - American Institute of Steel Construction

**1.10  WORK HOURS**

A.  The Contractor's hours of operation for delivery of materials and related operations shall be limited to between the hours of 8:00 a.m. and 4:00 p.m. daily, Monday through Friday, no Saturdays or Sundays.  The Contractor shall obtain written approval from the Owner for any change to the above time periods.

B.  If it shall become imperative to perform work at night, the Owner shall be informed a reasonable time in advance of the beginning of such work.  Temporary lighting and all other necessary facilities for performing and inspecting the Work shall be provided as required and as specified in Division 1, Temporary Facilities and Controls.

C.  Unless otherwise specifically permitted, all work that would be subject to damage shall be stopped during inclement, stormy or freezing weather.  Only such work as will not suffer injury to workmanship or materials will be permitted.  Contractor shall carefully protect his Work against damage or injury from the weather, and when work is permitted during freezing weather shall provide and maintain approved facilities for heating the materials and for protecting the finished Work.

D.  The above-stated hours of operation shall not serve to release the Contractor from gaining New York State Labor Department approval for hours in excess of a 40-hour week and 8-hour day.

**1.11  PIPING, CONDUIT AND DUCT LAYOUT**

A.  In setting all types of hangers and supports, all trades shall line up the work properly, and particular care shall be used to obtain the most orderly, systematic, and compact piping, conduit and duct layout possible. The Contractors shall coordinate the work of all trades so that piping, conduit and ducts installed are supported or hung on the same or similar hangers as conditions permit and that all other details of the entire installation of exposed piping, conduit and ducts are jointly planned so that a completely unified piping, conduit and duct installation, without duplication of hangers, shall result.

+ +  END OF SECTION  + +

SECTION 01020

ALLOWANCES

PART 1 – GENERAL

1.1 DESCRIPTION

A.  Allowance for the purchase of equipment, materials or services to be selected by the Owner have been included in the Contract Bid.

B.  General Construction Bid Item No. 2: An allowance of $10,000 for furnishing all labor, materials, equipment and appurtenances for landscaping in accordance with Section 02487 and as directed by the Owner.

C.  General Construction Bid Item No. 3:  An allowance of $50,000 for additional work at the site as directed by the Owner.

D.  Plumbing Construction Bid Item No. 2:  An allowance of $125,000 for SCADA system additions.

E.  Plumbing Construction Bid Item No. 3:  An allowance of $50,000 for additional work at the site as directed by the Owner.

F.  Plumbing Construction Bid Item No. 4: An allowance of $30,000 for natural gas service work performed by National Grid.

G.  Electrical Construction Bid Item No. 2:  An allowance of $20,000 for electrical service upgrade work performed by PSEG.

H.  Electrical Construction Bid Item No. 3:  An allowance of $25,000 for additional work at the site as directed by the Owner.

1.2 BASIS FOR PAYMENT

A.  The basis for payment made under the Allowance for Plumbing Construction Item No. 2, will be that amount substantiated by the invoice from the District's SCADA System Vendor based upon the work described in these

plans and specifications.  The Contractor's overhead and profit for this work shall be included in the lump sum base bid value for the project work.

B.    The basis for payment made under the Allowance for Electrical Construction Item No. 2, will be that amount substantiated by an invoice from PSEG based upon the work described in these plans and specifications.  The Contractor's overhead and profit for this work shall be included in the lump sum base bid value for the project work.

C.    The basis for payment made under the Allowance for General Construction Bid Item No. 3 and all contracts, will be that amount substantiated by invoices from the supplier of equipment, materials or services selected and ordered in writing by the Owner plus Contractor's overhead and profit as specified in the General Conditions.

D.    The basis for payment made under the Allowance for Plumbing Construction Bid Item No. 4 will be that amount substantiated by an invoice from National Grid. The Contractor's overhead and profit for this work shall be included in the lump sum base bid value for the project work.

+ + END OF SECTION + +

SECTION 01050

FIELD ENGINEERING

## 1.1   GENERAL

A.   The Engineer will establish benchmarks for use by the Contractor, all other layout work shall be in accordance with the Contract Documents.

B.   Contractor shall:

1.   Provide civil, structural or other professional engineering services specified, or required to execute Contractor's construction methods.

2.   Develop and make all detail surveys and measurements needed for construction.

3.   Provide a transit and leveling instrument, stakes and accessories on the site at all times and a skilled instrument man employed or obtained whenever necessary for layout of the Work.

4.   Provide all material required for benchmarks, control points, batter boards, grade stakes, and other items.

5.   Be solely responsible for all locations, dimensions and levels.  No data other than written order of the Owner shall justify departure from the dimensions and levels required by the Drawings.

## 1.2   DATUM PLANE

A.   All elevations shown on the Contract Plans or specified refer to the datum indicated on the drawings.

## 1.3   CONTRACTOR'S FIELD ENGINEER

A.   The Contractor shall employ and retain at the Site of the Work a field engineer and/or superintendent capable of performing all engineering tasks required of the Contractor.  Tasks shall include as a minimum:

1.  A projection of work to be completed the following day must be submitted to the Engineer by 4:00 p.m. of the preceding work day.  This projection must include:

    a.  Location of all areas in which construction will be done.

    b.  Major construction equipment utilized.

    c.  Equipment and materials to be installed.

2.  Furnish all required lines and grades for construction operations.  Check all formwork, reinforcing, inserts, structural steel, bolts, sleeves, piping, other materials and equipment.

3.  Maintain field office files and drawings, and Record Drawings.  Prepare Layout and Coordination Drawings for construction operations.

4.  Check and coordinate Work for conflicts and interferences and immediately advise the Engineer of all discrepancies noted.

5.  Cooperate with Engineer in field inspections as required.

6.  Follow without delay all instructions of the Engineer or his assistants in the prosecution and completion of the work in conformity with this Contract.  The Contractor's representative shall have full authority to supply labor and materials immediately.

7.  The Contractor shall also have a competent representative available to receive telephone messages and provide a reasonable reply as soon as possible, but not later than 24 hours.

## 1.4  QUALIFICATIONS OF FIELD SUPERINTENDENT

A.  Qualified superintendent acceptable to the Engineer and Owner.

+ +   END OF SECTION   + +

# SECTION 01072

# REFERENCE STANDARDS

## 1.1  GENERAL

A.  The following is a partial list of typical abbreviations, which may be used in the specifications and plans, and the organizations to which they refer:

| | |
|---|---|
| AASHTO | American Association of State Highway and Transportation Officials |
| ACI | American Concrete Institute |
| AGMA | American Gear Manufacturer's Association |
| AIA | American Institute of Architects |
| AISC | American Institute of Steel Construction |
| AISI | American Iron and Steel Institute |
| ANSI | American National Standards Institute |
| APHA | American Public Health Association |
| ASHRAE | American Society of Heating, Refrigeration and Air Conditioning Engineers |
| ASCE | American Society of Civil Engineers |
| ASME | American Society of Mechanical Engineers |
| ASTM | American Society for Testing and Materials |
| AWS | American Welding Society |
| AWWA | American Water Works Association |
| AITC | American Institute of Timber Construction |
| AWPA | American Wood Preserver's Association |
| CRSI | Concrete Reinforcing Steel Institute |
| DIPRA | Ductile Iron Pipe Research Association |
| EEI | Edison Electric Institute |
| EJMA | Expansion Joint Manufacturers' Association |
| EPA | Environmental Protection Agency, United States |
| FM | Factory Mutual |
| FS | Federal Specifications |

| IEEE | Institute of Electrical and Electronic Engineers |
| ICEA | International Corrosion Engineers Association |
| IRI | Industrial Risk Insurance |
| ISO | Insurance Services Office |
| JIC | Joint Industry Conference |
| NBS | National Bureau of Standards |
| NCDH | Nassau County Department of Health |
| NEC | National Electrical Code |
| NEMA | National Electrical Manufacturer's Association |
| NESC | National Electrical Safety Code |
| NFPA | National Fire Protection Association |
| NSF | National Sanitation Foundation |
| NYSDOT | New York State Department of Transportation |
| OSHA | Occupational Safety and Health Administration |
| PCA | Portland Cement Association |
| PCI | Precast Concrete Institute |
| RMA | Rubber Manufacturers' Association |
| SMACCNA | Sheet Metal and Air Conditioning Contractors National Association |
| SSPC | Steel Structures Painting Council |
| UL | Underwriters Laboratories |
| USGS | United States Geological Survey |

B.   Contractor shall, when required, furnish evidence satisfactory to the Engineer that materials and methods are in accordance with such standards where so specified.

C.   In the event any questions arise as to the application of these standards or codes, copies shall be supplied on site by the Contractor.

+ +   END OF SECTION + +

## SECTION 01300

## ADDITIONAL SUBMITTALS, SCHEDULES, ETC.

**1.1   SCHEDULE OF VALUES**

A.   The work included in this Section is in addition to the work indicated in Section GC-54 of the General Conditions.

B.   The Schedule of Values is an itemized list that establishes the value or cost of each part of the Work. It shall be used as the basis for preparing progress payments and may be used as the basis for negotiations concerning additional work or credits which may arise during the construction.

C.   Preparation:

   1.   The schedule shall show breakdown of labor, materials, equipment and other costs used in preparation of the Bid.

   2.   The costs shall be in sufficient detail to indicate separate amounts for each Section of the Specifications.

   3.   The Contractor may include an item for mobilization which shall include the bond, insurance, temporary facilities and job mobilization. This item will be included for payment at a rate of 33-1/3 percent per month for the first three months.

   4.   The Schedule of Values shall be prepared on 8-1/2 inch by 11-inch white paper.

   5.   Use the Table of Contents of the Specifications as basis for Schedule format and identify each item with number and title in the Table of Contents. List sub-items of major products or systems as appropriate or when requested by the Engineer.

   6.   When requested by the Engineer, support values with data that will substantiate their correctness.

7.  The sum of the individual values shown on the Schedule of Values must equal the total Contract Price.

8.  Each item shall include a directly proportional amount of Contractor's overhead and profit.

9.  The schedule shall show the purchase and delivery costs for materials and equipment that Contractor anticipates he shall request payment for prior to their installation.

    As a minimum, the Electrical Construction Contractor's Schedule of Values shall be categorized to include the following: mobilization, demobilization, electrical construction. Each category shall be further defined as described above. The combined value of mobilization (including bonds and insurance) and demobilization shall not exceed ten (10) percent of the total lump sum bid price of the project.

10. The schedule shall show the costs for start-up services and O&M manuals.

D.  The Contractor shall submit two copies of the Schedule of Values to the Engineer for approval. The Schedule of Values shall be submitted no later than 5 days following the signing of the Contract.  After review by the Engineer, the Contractor shall, if necessary, revise and resubmit the Schedule of Values as required until it is approved by the Engineer.  No progress payments will be processed until the schedule of valves is approved by the Engineer.

## 1.3  CONSTRUCTION SCHEDULE

A.  The work included in this Section is in addition to the work indicated in Section GC-54 of the General Conditions.

B.  Within 5 days after delivery of the executed agreement by the Owner to the Contractor, each Contractor shall prepare a construction schedule and shall submit two copies of the preliminary construction schedule to the Engineer.  Each Contractor shall also forward two copies

of the preliminary construction schedule to the other Prime Contractor(s) for comment.

C.   The Contractor shall finalize his respective construction schedule(s) based on the comments of the Engineer and the mutual agreement of the Owner. The Contractor shall then submit two copies of the final construction schedule(s) to the Engineer for approval. An approvable final construction schedule shall be submitted to the Engineer no later than 30 days after the delivery of the executed Agreement by the Owner to the Contractor.

D.   The construction schedule(s) shall be prepared in accordance with the following requirements:

1.   Content: Supply the following information on the Construction Schedule:

a.   Shop Drawing submittal dates and required approval dates.

b.   Product delivery dates.

c.   Factory and field testing dates.

d.   Dates for beginning and completing each phase of the Work by activity and by trades.

E.   Format:

1.   Type: Horizontal bar chart.

2.   Sheet Size: 24-inches by 36 inches.

3.   Time Scale: Indicate first date in each work week.

4.   Organization:

a.   Group Shop Drawing submittal and reviews into a separate subschedule.

b.   Group product deliveries into a separate subschedule.

c.   Group construction work into a separate subschedule by activity.

    d.    Group critical activities which dictate the rate of progress into a separate subschedule.

    e.    Organize each subschedule by Specification Section number.

  5.  Activity Designations: Show title and related Specification Section number.

F.  Coordination:

  1.  To assure completion of the Work within the established time of completion, all activities of the prime contractor will be scheduled and monitored by use of a horizontal bar chart.

  2.  In the preparation of the construction schedule, the prime contractor shall take into consideration Shop Drawing submittal and approval time, the delivery times of equipment and materials, Subcontractors work, availability and abilities or workmen, weather conditions, and restriction in operations at the Project site, and all other items that may effect completion of the Work within the time requirements of the Contract Documents.

G.  Submittal:

  1.  Submit updated schedules at progress meetings. If a schedule remains unchanged from one period to the next, submit a written notice to that effect.

  2.  Make submittals to Engineer.

  3.  Unless otherwise specified, submit two vellum copies of each schedule. One copy will be reviewed by the Engineer and returned. The other copy will be retained by the Engineer.

  4.  Attach a letter of transmittal to each submittal and include the following information in the letter:

    a.    A listing of items which have changed since the last submittal.

      b.    Discussion of problems causing delays, anticipated length of delays, and proposed countermeasures.

     5.    The Contractor shall promptly notify the Owner in writing of any delay or deviation from the approved construction schedule.

H.    Update schedule each month unless otherwise specified or directed by the Engineer.

## 1.4  PROGRESS MEETINGS

A.    Job meetings shall be held every 2 weeks in the Contractor's field office, at the site, at which time the Contractor shall have staff of his subcontractors requested by the Engineer to discuss all details relative to the coordination and progress of the project.

B.    The Engineer shall preside over these meetings and shall prepare a report of the meeting and will distribute typewritten copies of same to each of the Prime Contractors.

C.    Extra job meetings shall be held if deemed necessary by the Engineer.

## 1.5  APPROVAL OF SUBCONTRACTORS

A.    No subcontractor shall be employed on the work unless prior approval has been given by the Engineer. The Contractor shall, within 5 days after signing of Contract, submit a list of proposed subcontractors to the Engineer for approval. The list shall contain firm names, names of all principals and addresses and projects completed by each subcontractor and names, addresses and telephone numbers of the particular project's engineer for which the subcontract work was undertaken. Work done by each subcontractor on the aforementioned project list must have been of similar nature. A minimum of five projects for each proposed subcontractor must be submitted. All proposed subcontractors must be made aware and acknowledge in writing, that they understand and will comply with the requirements of the Contract Documents, prior to their approval by the Engineer.

B.  If for any reason a subcontractor must be discharged from the work, the Contractor shall notify the Engineer at least 24 hours prior to discharge stating the reasons and shall provide the Engineer with the name and qualifications of the replacement subcontractor for approval by the Engineer. This action is deemed necessary to maintain continuity of the work and to minimize project disruptions. All costs due to slow down of the project for some reasons shall be borne by the Contractor.

## 1.6  JOB PHOTOGRAPHS

A.  The Contractor shall engage the services of an experienced photographer approved by the Owner to take 150 job photographs as detailed under these specifications. The photographer will be required to take preliminary photographs of the site prior to the commencement of work as directed by the Engineer. Subsequent photographs as determined by the Engineer shall be taken during the constructing phase.

B.  Three 8-inch by 10-inch glossy prints of each photograph shall be submitted to the Engineer. The prints shall be mounted on cloth with a flap for binding and shall have indelibly printed on their reverse side the following:

1.  Project name.

2.  Contract number and description.

3.  Job number.

4.  Photo number.

5.  View and description indicating location of camera, general description of what photograph represents, and whether this is a preliminary or construction photograph. (A plot plan shall be submitted by the Contractor indicating location and photo number of all preliminary photographs.)

6.  Date picture was taken.

7.  Name of photographer.

C.    The Contractor shall supply hardback binders to hold each set of preconstruction and construction photos.

D.    Photographs shall be taken in accordance with a schedule established by the Engineer. The Engineer may schedule up to 10 sessions at any time during construction.

E.    No separate payment will be made for Job Photographs; payment shall be included in the lump sum price bid for this Contract.

## 1.7   PAYMENTS

A.    The requirements of this Section are in addition to the requirements of Section GC-55 of the General Conditions.

B.    Before each payment by the Owner to the Contractor under this Contract, the Contractor shall furnish the Owner with his Certificate, in duplicate, certifying that the Contractor and each Subcontractor has complied with the Wage and other Labor Standards provisions of this contract which pertain to laborers and mechanics employed upon the Work covered by this Contract, that all subcontractors and suppliers of labor or materials have been paid all sums due them for work performed or materials furnished in connection with this contract, or that there is an honest dispute with respect to such provisions. The form of the Certificate to be used will be furnished by the Owner.

## 1.8   QUALITY ASSURANCE (QA) TESTING

A.    The Contractor is hereby notified that independent testing shall be performed to verify the Contractor's work. The Contractor shall be required to correct any deficiencies to the work discovered through the QA testing at no additional cost to the Owner.

+ + END OF SECTION + +

NO TEXT ON THIS PAGE

## SECTION 01320

## CONTRACTOR COST FOR ENGINEERING SERVICES

## 1.1   GENERAL

A.   In the event that the Engineer is required to provide additional engineering services as a result of substitution of materials or equipment which are not "or equal" by the Contractor, or changes by the Contractor in dimension, weight, power requirements, etc., of the equipment and accessories furnished, or as a result of Contractor's errors, omissions or failure to conform to the requirements of the Contract Documents or if the Engineer is required to examine and evaluate any changes proposed by the Contractor solely for the convenience of the Contractor, then the Engineer's charges in connection with such additional services shall be charged to the Contractor by the Owner.

B.   Structural design shown on the Drawings is based upon the configuration of and maximum loading for major items of equipment as indicated on the Drawings and specified. If the equipment furnished differs from said features, the Contractor shall assume the responsibility for all costs of redesign and for any construction changes required to accommodate the equipment furnished, including the Engineer's charges in connection therewith.

C.   For all Shop Drawings related to this Contract:

1.   The Contractor shall respond to required submittals with complete information and accuracy to achieve required approvals within two submissions. All costs to the Consulting Engineer involved with subsequent submissions of Shop Drawings, Samples or other items requiring approval, will be back charged to the Contractor, at the rate of $350 per shop drawing submittal or the actual cost based upon the number of hours to review the submittal times the Engineer's normal billing rate, whichever is greater. These costs shall be deducted from payments due for Work completed by the Contractor. In the event an approved item is requested by the Contractor to be changed or substituted for, all

involved costs in the reviewing and approval process will likewise be back charged to the Contractor unless judged by the Engineer that the need for such deviation from previously approved data is beyond the control of the Contractor.

+ + END OF SECTION + +

## SECTION 01342

## SHOP DRAWINGS, PRODUCT DATA AND SAMPLES

### 1.1   GENERAL

A.   Shop Drawings shall be submitted as required in the General Conditions and as specified herein.

B.   To avoid delays in the progress of construction, the Prime Contractor shall submit to the Engineer a proposed construction schedule covering the preparation and submission of all shop drawings and samples as specified in Section 01300.  The schedule shall be revised until satisfactory to the Engineer and shall, therefore, be strictly adhered to by the Contractors.  Shop drawings and samples must be submitted in the sequence and the time provided for in the approved construction schedule.

C.   The Contractor shall submit shop drawings and samples for review in accordance with the Contract Documents, as modified in the Detailed Specification, and as further modified herein.

### 1.2   SHOP DRAWINGS AND PRODUCT DATA

A.   A letter of transmittal shall accompany each submission. If data for more than one Section of the Specifications is being submitted, a separate transmittal letter shall accompany each Section being submitted. Insofar as possible, letters of inquiry concerning certain phases of the Contract shall also deal with only one Section of the Specifications.

B.   At the beginning of each letter of transmittal and each letter of inquiry, provide a reference heading indicating the following:

        OWNER'S Name: _____
        Project Name: _____
        Contract Number: _____
        Transmittal Number: _____
        Section and Item Number: _____

C.   All Shop drawings and other data submitted shall bear the stamp of approval and signature of the Contractor as

evidence that they have been reviewed and approved by the Contractor and that they conform to the requirements of the Contract Documents. Submittal without this stamp of approval will not be reviewed by the Engineer and will be returned to the Contractor.

D.   A number, containing the contract number as a prefix shall be assigned to each submittal by the Contractor starting with No. 1 and thence numbered consecutively. Resubmittals shall be identified by the same number followed by the suffix "A" for the first resubmittal, the suffix "B" for the second resubmittal, etc.

E.   Number shop drawings consecutively and show:

1.   All working and erection dimensions (all measurements to be field verified).

2.   Arrangement and sectional views.

3.   Necessary details, including information for making connections to other work.

4.   Kinds of materials and finishes.

5.   Reference to Contract Drawing and Specification.

F.   Procedure for submitting product data and shop drawings:

1.   Submit five minimum copies of standard manufactured items, in the form of manufacturer's catalog sheets, showing illustrated cuts of the item to be furnished, scale details, sizes, dimensions, performance characteristics, operating clearances, capacities, wiring diagrams and controls, and all other pertinent information. Two copies of reviewed and/or disapproved submissions will be returned to the Contractor.

2.   For all other shop drawings, submit one transparency (Ozalid Type) and four prints for each drawing until final approval is obtained.  On each drawing transparency, provide clear space approximately 4 inches by 10 inches on the right hand side for stamps.

3. Subcontractor's Drawings shall be checked by Prime Contractor before submission and so indicated by a stamp.

4. After completion of reviewing, the Engineer will return the transparencies to the Contractor; the printing cost to be paid for by the Contractor.

5. Shop drawings which are not approved shall be promptly resubmitted by the Contractor.

6. For approved shop drawings, the Contractor shall obtain and issue a print to the other Prime Contractor. Exceptions to these drawings by the other prime contractor shall be filed with the Engineer within 5 working days of receipt.

G. Do no work as called for by shop drawings until Engineer's review has been completed.

H. In submitting shop drawings for approval, all associated drawings relating to a complete assembly of various parts necessary for a unit shall be included. Shop Drawings shall not be submitted until the assembly of drawings is complete, so that they may be checked in relation to the assembly proposed.

I. All items of electrical equipment constituting an operating system and any mechanical units involved therein or necessary for the functioning of such system shall be submitted at the same time and shall include approved clear diagrams showing circuit functioning and necessary details for field construction.

J. In the event the Contractor obtains the Engineer's approval for the use of equipment other that which is shown or specified, the Contractor shall, at his own expense and using methods approved by the Engineer, make all changes to the Work, including structures, piping, electrical, equipment and controls, that may be necessary to accommodate this equipment.

K. Shop Drawings shall be submitted well in advance of the need for the material or equipment for construction and with ample allowance for time required to make delivery of material or equipment after date covering such as approved. The Contractor shall assume the risk for all

materials or equipment which are fabricated or delivered prior to the approval of Shop Drawings. No materials or equipment will be permitted to be incorporated into the Work nor will such be included in monthly payment estimates until approval thereof has been obtained in the specified manner.

L.   The Engineer will review and process all submittals promptly, but a reasonable time should be allowed for this, for the drawings being revised and resubmitted, and for time required to return the approved drawings to the Contractor.

M.   It is the responsibility of the Contractor to review submittals made by his suppliers and subcontractors before transmitting them to the Engineer to assure proper coordination of the Work and to determine that each submittal is in accordance with his desires and that there is sufficient information about materials and equipment for the Engineer to determine compliance with the drawings and specifications. Incomplete or inadequate submittals will be returned for revision without review.

N.   Approval of Shop Drawings shall not relieve the Contractor from the responsibility of furnishing materials and equipment of proper dimension, size, quality, quantity, and all performance characteristics to efficiently perform the requirements and intent of the Contract Documents. Approval shall not relieve the Contractor from responsibility for errors of any sort on the Shop Drawings. Approval is intended only to determine the conformance with the information given in the Contract Documents. The Contractor is also responsible for information that pertains solely to the fabrication processes or to the technique of construction and for the coordination of the Work of all trades.

O.   When the construction of the complete project is affected through more than one contract, the Contractors for related contracts shall follow the procedure in order to avoid delays in progress of construction, prevent interferences, insure correct locations of equipment, anchor bolts, piping, conduits, sleeves, inserts and similar appurtenances and to ensure the coordination required by Contract Documents:

1. The Contractor shall expedite the submission of Shop Drawings, to the Engineer, covering his work which may affect or may be affected by the work of related contractors.

2. Simultaneously, with the submission of each Shop Drawing, one copy of each Shop Drawing shall be sent by the Contractor to each of the related Contractors affected.

3. Upon receipt of the Shop Drawings from a related Contractor, the Contractor shall examine such Shop Drawings as to their effect upon his own work. Within five working days of receipt of the Shop Drawings, the Contractor shall notify the Engineer in writing, of any interferences, objections, or questions concerning the Shop Drawings.

4. If no interferences, objections or questions are reported within the time specified, the Engineer will assume that none exist and will review the submitted Shop Drawings as specified herein. Contractors who fail to report interferences or objections within the time specified will then be required, at their own expense, to do all cutting, restoring or relocating that may result through interference or inconsistency with approved Work.

P. If shop drawings show variations from Contract requirements for any reason, Contractor shall make specific mention of such variation in his letter of transmittal and on shop drawings.

Q. If the Contractor should alter any information on previously submitted shop drawings besides the notations called for by the Engineer, he must circle this new information to bring it the Engineer's attention.

R. Have copies of all "FURNISH AS SUBMITTED" or "FURNISH AS CORRECTED" shop drawings at the job site at all times and make available to the Engineer or the Owner's representative.

## 1.3   SAMPLES FOR APPROVAL

A.   As a further definition of the requirements of the Contract in connection with the submission of samples for approval, the following shall apply in amplification of the provisions of the Contract Documents:

   1.   Submit names of proposed manufacturers and suppliers who are to furnish materials, fixtures, appliances, or other fittings to the Engineer for early approval to afford proper investigation and check.

   2.   No manufacturer will be approved for any materials to be furnished under this contract unless he shall be of good reputation and shall have a plant of ample capacity and shall have successfully produced similar products.

   3.   All transactions with manufacturers and subcontractors shall be conducted through the Prime Contractor.

   4.   Unless otherwise specified, submit samples in triplicate and of adequate size to show quality, type, color, range, finish, texture, etc.

   5.   Label each sample to indicate material, manufacturer's name, Contractor's name, Project Title, Specification Section and other pertinent data.

   6.   Where specifications require manufacturer's printed installation directions, such directions and diagrams shall accompany the samples.

   7.   A duplicate letter of transmittal from the Contractor to the Engineer requesting approval of the sample shall accompany the samples.

   8.   Transportation charges to the Engineer's office must be prepaid on all samples.

   9.   Order no materials until approval is received in writing from the Engineer.  Furnish all materials equal in all respects to the samples which were approved.

10.    Samples and Shop Drawings which are related to the same unit of Work or Specification Section shall be submitted at the same time.   If related Shop Drawings and Samples are submitted at different times, they cannot be reviewed until both are furnished to the Engineer.

+ +   END OF SECTION   + +

NO TEXT ON THIS PAGE

SECTION 01500

TEMPORARY FACILITIES AND CONTROLS

## 1.1   GENERAL REQUIREMENTS

A.   The requirements of this section are in addition to the requirements set forth in the General Specifications.

B.   All costs in connection with the items specified in this Section shall be borne by the Contractors at no additional cost to the Owner and shall be included in the lump sum bid.

## 1.2   TEMPORARY UTILITIES

A.   Temporary Electrical System:  The Contractors shall each be responsible to provide their own temporary power system as required for their construction.   Remove temporary systems when no longer required.

B.   Temporary Water:

1.   The General Construction Contractor shall provide, and pay for, temporary water distribution as required on working days from 15 minutes before the start of any trade to 15 minutes after the end of the day for any trade, for the work of all Contracts and hereinafter specified.  Temporary water shall be available within 5 days of the start date of construction.

   a.   Potable water shall be provided at a location adjacent to the Work area in quantities sufficient for those engaged in the Work.

   b.   Construction water shall be provided as required.

2.   Each Contractor is to pay the cost of keeping the temporary water service operational when temporary water is required before or after regular working hours or on a Saturday, Sunday or holiday.

3.   Remove all temporary lines when no longer required.

C.   Temporary Sanitary Facilities:

   1.   Sanitary facilities shall be provided by the General Contractor in an approved manner, at least one unit at each place where potable water is provided. Temporary piping, hoses, backflow preventers shall be provided. Chemical type toilet facilities for temporary use are acceptable. These shall be made available within 10 days of the start date of construction.

      a.   Sanitary facilities shall be screened from public observation.

      b.   Washroom and toilet facilities shall be of an approved type and shall in every way safeguard the adjacent lands against pollution, improper use by the Contractor's employees, and others in any way connected with the Work.

      c.   The temporary sanitary facilities shall be in strict conformity with the applicable section of Industrial Code 23, as amended by the New York State Department of Labor, Board of Standards and Appeals.

D.   Temporary Heating:

   1.   Temporary construction heating shall be provided by each Contractor for the work involved for all cold weather protection of his own equipment, work and his employees' comfort at all times. Cold weather protection shall be considered to include both temporary heat and protection of covers or enclosures required during the construction period.

   2.   All temporary construction heating methods proposed by each Contractor shall be submitted to the Engineer for approval and must comply with all federal, state and county rules and regulations.

   3.   Cold weather protection shall be provided until all construction requirements under the Contracts are complied with.

   4.   No salamanders or other direct fired equipment will be allowed in areas of existing buildings, or in

new construction areas where the use of such equipment will damage or deteriorate the construction or finishes or is harmful to employees working in the area.

## 1.3   CONTRACTOR'S FIELD OFFICE

A.   The General Construction Contractor shall furnish, equip and maintain a field office for use at the Site during the period of construction. The General Construction Contractor shall provide telephone service and shall have readily accessible, at the field office, copies of the Contract Documents, latest approved Shop Drawings and all Project-related correspondence, Change Orders, etc.

B.   Contractor's field office location shall be coordinated with the Owner.

C.   The General Construction Contractor shall provide a Contractor's field office with the minimum facilities specified. Provide all required storage and work sheds.

    1.   Field Office and Furnishings:

        a.   Acceptable appearance, weather-proof building or trailer with lockable door.

        b.   Heat.

        c.   Telephone service.

        d.   Six protective helmets for visitor's use.

        e.   Exterior identifying sign.

        f.   Company sign no larger than 4 feet by 8 feet.

    2.   Remove office and sheds upon Final Acceptance unless otherwise approved by Engineer.

D.   The General Construction Contractor shall provide temporary electric power for the Contractor's field office.

**1.4   FIRST AID**

A.   Each Contractor shall furnish and keep on the site, at each location where work is in progress, a completely equipped first aid kit and shall provide ready access thereto at all times when men are employed on the Work.

**1.5   STAGING AREAS, PARKING, STORAGE AND WORK AREAS**

A.   Contractor's Staging Areas:

1.   The Contractor's staging areas shall be as indicated on the contract drawings and as approved by the Owner.

2.   The allocation of space in the Contractor's Staging Area shall be coordinated among the three Contractors.

3.   Upon completion and acceptance of the final work, the General Construction Contractor shall restore the staging areas to their original condition including, but not limited to, removal and replacement of damaged asphaltic pavement. All asphalt pavements, grassed and/or landscaped areas that are damaged or disturbed shall be restored in accordance with the specifications.

4.   The General Construction Contractor shall erect temporary fencing and gates around staging areas and as specified herein.

a.   Posts shall be round, well-seasoned, straight, sound, cedar, oak, spruce or other approved wood not less than 4-inch diameter after removal of bark. Braces shall be 4-inch square cross section. Posts and braces shall be treated with oil-borne preservative meeting requirements of AASHTO-M133. Retention shall be 6 pounds per cubic foot of wood.

b.   Fence fabric shall be 6-foot high, rectangular, 2-inch by 4-inch mesh with top and bottom wires of 0.148-inch diameter and a field of 0.120-inch diameter zinc coated and conforming to the requirements of ASTM A116.

      c.    Gate frames shall be of steel tubing not less than 1.31-inch OD with vertical brace not less than 1-inch OD. Fabric shall be fastened to gate in an approved manner.

      d.    Fabric shall be fastened to posts and braces with 1½-inch stables or other approved manner.

      e.    Posts shall be embedded in the earth a minimum of 4 feet and shall be spaced 10 feet OC unless otherwise approved by the Engineer. Braces shall be provided as required to maintain structural rigidity of fencing.

      f.    Fencing at staging areas shall be maintained in good condition for the duration of this Contract and shall be removed after the completion of the Work.

      g.    Suitable locking devices shall be installed and maintained at each gate installed.

B.    Parking, Storage and Work Areas:

    1.    Each Contractor shall maintain suitable parking and storage areas for his use acceptable to the Owner and the Engineer.

    2.    Each Contractor shall utilize area designated by the Owner as his specified work areas.

    3.    Each Contractor shall arrange his Work and dispose of his materials in such manner as to cause the least interference with the Work as well as the storage of materials of other Contractors working within the same area.

    4.    Each Contractor shall not claim exclusive occupancy of areas within or adjacent to the limits of his Work under this Contract. The Owner and its employees shall also have access to these areas.

    5.    Each Contractor shall modify any parking or storage areas to cause minimum damage to the landscape and shall comply with the directions of the Owner. At the completion of the Work, the surfaces of the land used for these areas shall be restored by the

Contractor to the satisfaction of the Owner and the Engineer.

## 1.6 SAFEGUARDS

A.  Each Contractor shall provide and be responsible for any and all safeguards required by any law, ordinance, permits, insurance requirements. Owner's representative's admonition, or that conditions and contingencies require, for the positive prevention of accident to the public, or to the workmen, of damage or injury to public or private property.

## 1.7 SCAFFOLDING

A.  Each Contractor shall provide, erect, alter, and remove all his runways, planks, walks, ladders, scaffolding, etc., necessary for the proper and expeditious installation of all work included in his Contract. All shall be erected in a substantial and safe manner and of ample strength for the service to be performed.

B.  Each Contractor shall be responsible for the proper maintenance and safety of all temporary ladders, rigging, scaffolds, barricades, shores, rails, hoists, derricks or other equipment or appliances supplied by him.

## 1.8 TREE AND PLANT PROTECTION

A.  Each Contractor shall exercise diligent care to protect existing trees, shrubs and other vegetation within the Contract limits which are not to be removed and shall replace at his own expense and at no additional cost to the Owner, any existing trees, shrubs or other plant material removed, destroyed, disfigured or damaged because of his negligence.

B.  Damage to any existing items, not shown in Contract Documents to be removed, such as pavement, grassed areas, utilities, structures or other facilities shall be repaired by the Contractor immediately at his own expense to the satisfaction of the Engineer and Owner. All asphalt pavements, grassed areas and landscaping that are damaged or disturbed shall be restored in accordance with applicable sections of the Contract Specifications.

## 1.9 ACCESS TO SITE

A.  The General Construction Contractor shall provide suitable access to the work site and shall do everything to maintain continual access to the work for the use of all Contractors. He shall be responsible for any and all damage which may result from any breakdown of roads or means of access, and shall keep same in serviceable condition during the entire construction period.

## 1.10 POSSESSION OF SITE

A.  Each Contractor shall assume the site in its present condition, removing obstacles of materials as required to make ready new work as stated hereinbefore or mentioned hereinafter in the specifications or shown on the drawings. Furnish all tools, materials and necessary equipment, and do all work required for erection and protection so that the entire work in every respect as herein provided may be turned over to the Owner.

## 1.11 CONTRACTOR'S EQUIPMENT AND TOOLS

A.  Each Contractor shall provide all equipment and experienced personnel necessary to conduct their work. Each Contractor shall provide all materials, tools, equipment, accessories, fuel, power, and all other materials and services necessary for the satisfactory completion of any and all work. Each Contractor shall maintain the equipment in good operating condition for the life of the Contract. In the event that, during the course of the work, the equipment, judged on the basis of work completed to date, is considered unsatisfactory to the Engineer, each Contractor shall then, within 10 calendar days, replace the unsatisfactory equipment with equipment which is satisfactory to the Engineer.

## 1.12 NOTIFICATION OF PROPERTY OWNERS

A.  In general, construction work shall be conducted in such a manner as to provide no interference of normal pedestrian or vehicular traffic. In some cases, it may be necessary to block streets, parking lots and driveways for a short period of time. Prior to blocking or obstructing, the Contractor shall notify a responsible person in each establishment with sufficient

notice so that the necessary preparations can be made and minimum inconvenience be made to the public and business people.

## 1.13 OCCUPYING PRIVATE LAND

A.   The Contractors shall not (except after written consent from the proper parties) enter or occupy with men, tools, materials, or equipment, any land outside the easement or property of the Owner. A copy of the written consent shall be given to the Engineer.

## 1.14 PROTECTION OF UTILITIES

A.   Each Contractor is specifically directed to become familiar with the existence of aerial, surface or subsurface structures of municipal and other public service corporations within the construction site. A careful search has been made, in good faith, and all known public or private utilities within or adjacent to the Contract area are shown in their approximate locations on the Contract Plans. However, there is no guarantee that all existing utilities have been found. Each Contractor's attention is also directed to the fact that during the life of this Contract, the Owners and Operators of the utilities may make changes in their facilities. Each Contractor will be required to determine the exact locations and elevations of all pertinent structures, utilities and facilities, before construction work and new installations are started, so that there will be no interference with the work. Conflict between existing structures, utilities and facilities and new work shall be ascertained by each Contractor and called to the attention of the Engineer. Each Contractor shall take these conditions into consideration in making up the bid.

B.   Each Contractor shall cooperate with the public utility corporations whose structures (aerial, surface or subsurface) are within the limits of or along the outside of the trench width or excavation, to make it possible for them to maintain uninterrupted service. Each Contractor shall conduct operations in such a way as to delay or interfere as little as practicable with the work of the utility corporations.

C. Each Contractor shall give the utility corporations involved reasonable notice, but not less than 48 hours, in advance of operations which may or will affect their structures, including blasting or excavating.

D. Each Contractor shall protect in a suitable manner all utilities encountered and shall repair any damage to structures, utilities and facilities caused by operations. If the nature of the damage is such as to endanger the satisfactory functioning of the utilities and the necessary repairs are not immediately made by Contractor, the work may be done by the respective owning companies and the cost thereof charged against the Contractor.

E. It is understood and agreed that each Contractor considered in his bid all of the permanent and temporary utility appurtenances, and that no additional compensation will be allowed for any delays, inconveniences, or damage sustained by him due to any interference from the utility appurtenances.

## 1.15 INTERFERENCE WITH AND PROTECTION OF ROADS

A. The Contractors shall not close or obstruct any portion of a street, road, parking lot or private way. If any street, road, parking lot or private way shall be rendered unsafe by any Contractor's operations, he shall make such repairs or provide such temporary ways or guards as shall be acceptable and shall be accountable to the Owner and to the proper authorities.

B. Streets, roads, parking lots, private ways, and walks shall be maintained passable and safe by the Contractor, who shall assume and have full responsibility for the adequacy and safety of provision made thereof.

C. Contractor shall not subject roads or existing facilities to damaging loads from vehicle or other sources. Any damage caused by the Contractor shall be repaired by the Contractor at his expense.

## 1.16 STORAGE OF MATERIALS AND EQUIPMENT

A. All excavated materials, construction equipment, and materials and equipment to be incorporated in the work shall be placed so as not to injure any part of the work or existing facilities and so that free access can be

had at all times to all parts of the work and to all public utility installations in the vicinity of the work. Materials and equipment shall be kept neatly piled and compactly stored in such locations as will cause a minimum of inconvenience to vehicular and pedestrian traffic.

## 1.17  SOURCE OF SUPPLY AND QUALITY

A.  Materials used in construction shall be subject to examination and tests as may be required before acceptance. Source of supply of each material specified shall be approved by the Engineer before delivery. Only materials conforming to these specifications shall be used. Acceptance of any item of a material shall not bar its future rejection if subsequently found to be defective or inferior in quality to the material specified. Any material may be rejected if service records indicate it is unsound or unsatisfactory. If it is found that sources of supply which have been approved do not furnish a uniform product, or if the product from any source proves unacceptable at any time, the Contractor shall furnish other material from other approved sources. No material which has become unfit for use shall be used in the work. The Contractor shall designate in advance the source of supply for all materials he proposes to use so that necessary tests and inspections may be made. He shall also designate the location of plants to be used for the mixing or batching of materials. If any part of the contract is sublet, the subcontractor shall also conform to the foregoing requirements.

## 1.18  CONSTRUCTION FENCE

A.  Each Contractor shall furnish and erect temporary fence as required. Temporary fencing shall be installed around all excavations. Fencing shall meet all safety and building code regulations.

B.  The fence shall be maintained in good repair throughout the duration of the work and shall be removed upon completion of the work or when directed by the Engineer.

**1.19 USE OF PREMISES AND REMOVAL OF DEBRIS**

A.   Each contractor shall confine his operations and those of his subcontractors to areas designated by the Engineer. The Contractor shall maintain such area in a clean and orderly condition and remove therefrom all equipment, material and debris when or as required or when ordered to do so.

B.   Each Contractor expressly undertakes at his own expense:

1.   To take every precaution against injuries to persons or damages to property;

2.   To comply with the regulations governing the operation of premises and to perform his Contract in such a manner as not to interrupt or interfere with the operation of any existing activity on the premises or at the location of work;

3.   To store his apparatus, materials, supplies and equipment in such orderly fashion at the site of the work as will not unduly interfere with the progress of his work or the work of any other Contractor;

4.   To place upon the work or any part thereof only such loads as the consistent with the safety of that portion of the work;

5.   To frequently clean up all refuse, rubbish, scrap materials, and debris caused by his operations, to the end that at all times the site of the work shall present a neat, orderly and workmanlike appearance.

6.   Before final payment, to remove from the site and all public and private property, all surplus material, false work, temporary structures, including foundations thereof; plant of any description and debris of every nature resulting from his operations and to put the site in a neat, orderly condition; and

7.   Shall leave his work "broom-clean" or its equivalent, unless more exactly specified.

C.   Where required by the Contract, and where or as directed by the Engineer, the Contractors shall comply with the requirements of the aforementioned paragraphs. Should the Contractors fail to comply when or as directed by the Engineer, the Owner shall have the right to clean as required and all costs incurred in the performance of this work shall be deducted from the Contract amount in questions of dispute.

+ +   END OF SECTION   + +

## SECTION 01510

## PREPARATORY AND CORRECTIVE WORK

### 1.1   CUTTING AND PATCHING

A.   The Contractor shall do all cutting, drilling, rough and finish patching as required for work and shall perform the work in a complete and workmanlike manner, subject to trade regulations, only with the consent of the Engineer and subject to his approval.   Cutting and patching shall be done in a manner which will not weaken the structure and which will restore the integrity of any existing protection.   All patching shall be performed in a manner acceptable to the Engineer.

### 1.2   PROTECTION

A.   The Contractor shall protect and be responsible for the existing building facilities and equipment within the area of his operation under this Contract.   Any disturbance or damage to the work, the existing building, finishes and equipment or any impairments of facilities resulting directly or indirectly from the Contractor's operations shall be promptly restored, repaired or replaced to the satisfaction of the Owner at no additional cost to the Owner.   When Contractor cuts openings in existing outside walls or roofs, he shall properly protect the interior of the buildings from the elements.

B.   Provide all necessary temporary closures, guard rails, barricades, etc., to adequately protect all workmen, employees and the public from possible injury.   Provide temporary protection consisting of exterior grade plywood walls to protect the interior of existing buildings from inclement weather, heat loss or vandalism.

### +  +   END OF SECTION   +  +

NO TEXT ON THIS PAGE

## SECTION 01518

## TEMPORARY FIRE PROTECTION

### 1.1   GENERAL

A.   Contractor shall conform to the fire protection and prevention requirements specified herein as well as those which may be established by federal, state or local governmental agencies.

B.   Contractor shall comply with all applicable provisions of NFPA Standard No. 241, Safeguarding Building Construction and Demolition Operations.

C.   Facilities specified herein shall be provided by the Contractor, but all other Contractors shall conform to the provisions of this Section and all applicable laws, ordinances, rules and regulations.

### 1.2   MINIMUM REQUIRED FIRE FIGHTING EQUIPMENT

A.   The Contractor shall provide and locate portable fire extinguishers in accordance with NFPA Standard No. 10

### 1.3   FIRE PREVENTION AND SAFETY MEASURES

A.   Prohibit smoking in hazardous areas. Post suitable warning signs in areas which are continuously or intermittently hazardous.

B.   Use metal safety containers for storage and handling of flammable and combustible liquids.

C.   Do not store flammable or combustible liquids in or near stairways or exits.

D.   Maintain clear exits from all points in the Work.

+ +   END OF SECTION   + +

NO TEXT ON THIS PAGE

## SECTION 01560

## ENVIRONMENTAL CONTROLS

### 1.1   GENERAL

A.   Provide and maintain methods, equipment, and temporary construction, as necessary to provide controls over environmental conditions at the construction site and adjacent areas. Remove physical evidence of temporary facilities at completion of Work.

### 1.2   NOISE CONTROL

A.   Contractor's vehicles and equipment shall be such as to minimize noise to the greatest degree practicable. Noise levels shall conform to the latest OSHA standards and local codes.

### 1.3   DUST CONTROL

A.   It shall be the responsibility of the Contractor to provide such means as necessary to keep dust on the site to a minimum at all times. No chemicals will be allowed for this purpose.

B.   Within the buildings, the Contractor shall be responsible to provide dust control for each of the activities in accordance with established regulations so as not to interfere with occupants of the buildings.

### 1.4   PEST AND RODENT CONTROL

A.   Rodent and insect control shall be the responsibility of the General Construction Contractor who shall provide the following:

1.   Sufficient garbage cans for food waste.

2.   Garbage removal from the site.

3.   Engage the services of an exterminator once a month to control and prevent rodent and insect infestation.

**1.5   WATER CONTROL**

    A.   Provide methods to control surface water and water from excavation of structures to prevent damage to the Work, the Site, adjacent Structures and adjoining properties.

        1.   Control fill, grading and ditching to direct water away from excavations, pits, and other construction areas; and to direct drainage to proper runoff courses so as to prevent any erosion, damage or nuisance.

    B.   Provide, operate and maintain equipment and facilities of adequate size to control surface water.

    C.   Dispose of drainage water in a manner to prevent flooding, erosion, or other damage to any portion of the Site or to adjoining areas and in conformance with all environmental requirements.

**1.6   POLLUTION CONTROL**

    A.   Provide methods, means and facilities required to prevent contamination of soil, water or atmosphere by the discharge of noxious substances from construction operations.

    B.   Provide equipment and personnel, perform emergency measures required to contain any spillages, and to remove contaminated soils or liquids.

        1.   Excavate and dispose of any contaminated earth off-site, in accordance with all local, state and federal codes and regulations and replace with suitable compacted fill and topsoil acceptable to the Engineer.

    C.   Take special measures to prevent harmful substances from entering the ground.

        1.   Prevent disposal of wastes, chemicals, or other such substances from entering surface waters, public waters and groundwater.

    D.   Provide systems for control of atmospheric pollutants.

        1.   Prevent toxic concentrations of chemicals.

  2. Prevent harmful dispersal of pollutants into the atmosphere.

E. All Contractor's equipment used during construction shall conform to all current federal, state, local laws and regulations.

## 1.7  EROSION CONTROL

A. Plan and execute construction work and earthwork by methods to control surface drainage from cuts and fills, and from borrow and waste disposal areas, to prevent erosion and sedimentation.

  1. Hold the areas of bare soil exposed at one time to a minimum.

  2. Provide temporary control measures such as berms, dikes, hay bales, sediment basins and drains.

B. Construct fills and waste areas by selective placement to eliminate surface silts or clays which will erode.

C. Periodically inspect earthwork to detect any evidence of the start of erosion, apply corrective measures as required to control erosion.


+ +   END OF SECTION   + +

NO TEXT ON THIS PAGE

## SECTION 01610

## TRANSPORTATION AND HANDLING OF MATERIALS AND EQUIPMENT

### 1.1 GENERAL

A. Contractor shall make all arrangements for transportation, delivery and handling of equipment and materials required for prosecution and completion of the Work.

B. Shipments of materials to the Contractor shall be delivered to the Site only during regular working hours. Shipments shall be addressed and consigned to the proper party giving name of Project, street number and city. Shipments shall not be delivered to the Owner except where otherwise directed.

C. If necessary to move stored materials and equipment during construction, Contractor shall move or cause to be moved materials and equipment without any additional compensation.

### 1.2 DELIVERY

A. Arrange deliveries of products in accordance with construction schedules and in ample time to facilitate inspection prior to installation.

B. Coordinate deliveries to avoid conflict with Work and conditions at site and to accommodate the following:

1. Work of other Contractors, Subcontractors or Owner.

2. Limitations of storage space.

3. Availability of equipment and personnel for handling, products.

4. Owner's use of premises.

C. Do not have products delivered to Project Site until related Shop Drawings have been approved by the Engineer.

D. Do not have products delivered to Site until required storage facilities have been provided.

E. Have products delivered to Site in manufacturer's original, unopened, labeled containers. The Engineer shall be immediately informed of the delivery of all equipment to be incorporated in the Work.

F. Partial deliveries of component parts of equipment shall be clearly marked to identify the equipment, to permit easy accumulation of parts and to facilitate assembly.

G. Immediately on delivery, inspect shipment to assure:

1. Product complies with requirements of Contract Documents and reviewed submittals.

2. Quantities are correct.

3. Containers and packages are intact, labels are legible.

4. Products are properly protected and undamaged.

## 1.3 PRODUCT HANDLING

A. Provide equipment and personnel necessary to handle products by methods to prevent soiling or damage to products or packaging.

B. Provide additional protection during handling as necessary to prevent scraping, marring or otherwise damaging products or surrounding surfaces.

C. Handle products by methods to prevent bending or overstressing.

D. Lift heavy components only at designated lifting points.

E. Materials and equipment shall at all times be handled in a safe manner and as recommended by manufacturer or supplier so that no damage will occur to them. Do not drop, roll or skid products off delivery vehicles. Hand carry or use suitable materials handling equipment.

**1.4   REMOVING, HAULING, STORAGE AND INSTALLING EQUIPMENT AND MATERIALS**

A.   The Contractor shall inspect all items including all boxes, crates and packages containing equipment and materials for damage that may have occurred during shipment prior to its removal from the truck or other conveyance. Any damage shall immediately be reported to the Engineer. The Contractor shall then carefully remove the equipment and materials from the truck or trucks on which it is shipped. The equipment and materials shall then be transported to the place of installation at the job Site. The Contractor shall be liable for loss or damage that the equipment or materials may receive while being unloaded, transported, stored or installed. The Contractor shall employ competent mechanics experienced in the installation of the types of equipment and materials to be furnished, and shall ensure that all equipment and materials are installed in accordance with the recommendations of the manufacturer. All bolts, nuts and other fastenings shall be furnished by the Contractor. All equipment that arrives at the job Site during normal working hours shall be unloaded as soon as practicable.

B.   Store equipment and materials in accordance with manufacturer's/supplier's recommendations. Provide a copy of manufacturer's/supplier's storage recommendations to the Engineer.

<p align="center">+ + END OF SECTION + +</p>

NO TEXT ON THIS PAGE

**SECTION 01710**

**CLEANING**

**1.1   GENERAL**

A.   Execute cleaning during progress of the Work, at completion of the Work, and as specified herein.

B.   Requirements of Regulatory Agencies:

   1.   In addition to the requirements herein, maintain the cleanliness of the Work and surrounding premises within the Work limits so as to comply with federal, state and local anti-pollution laws, ordinances, codes and regulations when disposing of waste materials, debris and rubbish.

C.   Scheduling of Cleaning and Disposal Operations: So that dust, wash water or other contaminants generated during such operations do not damage or mar painted or finished surfaces.

   1.   To prevent accumulation of dust, dirt, debris, rubbish and waste materials on or within the Work or on the premises surrounding the Work.

D.   Waste Disposal:

   1.   Dispose of all waste materials, surplus materials, debris and rubbish off the site.

   2.   Do not burn or bury rubbish and waste materials on the construction site.

   3.   Do not dispose of volatile or hazardous wastes such as mineral spirits, oil or paint thinner in storm or sanitary drains.

E.   Cleaning Materials:

   1.   Use only cleaning materials recommended by manufacturer of surface to be cleaned.

2. Use each type of cleaning material on only those surfaces recommended by the cleaning material manufacturer.

3. Use only materials which will not create hazards to health or property.

F. During Construction:

1. The General Construction Contractor shall remove and dispose of all debris resulting from work of both prime contractors, at least twice a week and more often if same interferes with the work or presents a fire hazard. All debris and excess material shall be removed from the Owner's property. Burying of any debris or excess material within the premises will not be permitted. Burning of same will be strictly forbidden.

2. The General Contractor shall provide a dumpster or other approved means of refuse removal for the use of both Contractors.

   a. Dumpster shall be located where directed by the Owner.

   b. Placing of the refuse in the dumpster shall be the responsibility of each individual Contractor.

   c. Dumpster shall be emptied and replaced as required so that refuse may be disposed of as quickly as possible.

   d. Use of the dumpster by other contractors shall be limited to general debris. Large items or equipment removals shall be the full responsibility of each individual contractor.

3. Keep the work and surrounding premises within work limits free of accumulations of dirt, dust, waste materials, debris and rubbish.

4. Keep dust generating areas wetted down.

    5.   Dispose of waste, debris and rubbish off Site at
         legal disposal areas in accordance with local,
         state and federal codes and regulations.

G.   Owners Right to Clean

    1.   Should the Contractor fail or refuse or neglect to
         remove rubbish and waste materials and temporary
         work or clean the buildings and premises as
         required herein, then the Owner may or shall,
         without obligation to do so, remove and dispose of
         said rubbish, waste materials and temporary work,
         and clean the buildings and premises and deduct the
         cost thereof from any money due or to become due
         the Contractor under his Contract.

H.   When Project is Completed:

    1.   Contractor shall clean and maintain the Site in
         accordance with Division 1, Section 01760, Project
         Closeout.


                    + + END OF SECTION + +

NO TEXT ON THIS PAGE

SECTION 01720

PROJECT RECORD DOCUMENTS

## 1.1 GENERAL

A. Contractor shall maintain and provide the Engineer with Project record documents as specified below except where otherwise specified or modified in Divisions 2-16, or in the General Conditions.

## 1.2 MAINTENANCE OF DOCUMENTS

A. Maintain in Contractor's field office in clean, dry, legible condition complete sets of the following: Contract Drawings, Specifications, Addenda, approved Shop Drawings, Samples, Change Orders, other Modifications of Contract, test records, Field Orders, and all other documents pertinent to Contractor's Work.

B. Provide files and racks for proper storage and easy access. File in accordance with filing format of Construction Specification Institute (CSI) unless otherwise approved by Engineer.

    1. Make documents available at all times for inspection by Engineer and Owner.

    2. Record documents shall not be used for any other purpose and shall not be removed from the office without Engineer's approval.

## 1.3 RECORDING UPDATED INFORMATION

A. General:

    1. Label each document "PROJECT RECORD" in 2-inch high printed letters.

    2. Keep record documents current, and updated at least monthly.

    3. Do not permanently conceal any Work until required information has been recorded.

4.  Within two weeks after the date of Notice to Proceed, the Contractor shall procure at Contractor's expense a complete set of 4 mil, washoff, mat finish (both sides) mylar tracings of the Contract Drawings.  The Engineer will make available the original contract tracings to any reputable local blueprint company of the Contractor's choosing for such purpose, and the Contractor shall arrange to be billed directly by such blueprint company for the cost involved. Original contract tracings must be returned to Engineer immediately.

B.  Contract Drawings:  As the work progresses, the Contractor shall keep a record of all deviations, neatly and correctly entering them in colored crayon on a paper print of the Contract Drawings affected.  This set of prints shall be kept available at the site for inspection.  On the last working day of each month, any deviations properly identified by notes shall be transferred in ink to the mylar tracings by a competent draftsperson.  Legibly mark to record actual construction including, but not limited to:

1.  Depths of various elements of foundation in relation to datum.

2.  Horizontal and vertical location of underground utilities and appurtenances referenced to permanent surface improvements.

3.  Location of internal utilities and appurtenances concealed in construction referenced to visible and accessible features of structure.

4.  Field changes of dimensions and details.

5.  Changes made by change Order or Field Order.

6.  Details not on original Contract Drawings.

7.  Within one week after the end of each month, the Contractor shall submit to the Engineer one paper print of each drawing affected, showing the latest corrections.  Such submission shall accompany the Contractor's partial payment requisition, when applicable.  If there are no deviations for a

particular month, no drawings will be required, but the Contractor shall submit a certification within the period stipulated for drawings indicating such lack of deviations for that month.

C.   Specifications and Addenda:   Legibly mark up each Section to record:

1.   Manufacturer, trade name, catalog number, and supplier of each product and item of equipment actually installed.

2.   Changes made by Change Order or Field Order.

3.   Other matters not originally specified.

D.   Shop Drawings:  Maintain as record documents and legibly annotate Drawings to record changes made after review.

## 1.4   FINAL SUBMITTAL OF RECORD DOCUMENTS

A.   Record Drawings:

1.   At the completion of the installation of all equipment, piping and ductwork the Contractor shall furnish to the Engineer reproducible mylar tracings showing the actual in-place installation of these items installed under this Contract.  The Drawings shall show the Work in plan and sections as required for clarity with reference dimensions and elevations for complete Record Drawings.   The tracings shall be furnished not later than 30 days after completion of the Work and prior to Final Payment.

2.   At the completion of all electrical Work under the Contract, the Contractor shall furnish to the Engineer, reproducible mylar tracings showing a one line diagram of the distribution system and the actual in-place grounding system, lighting arrangement, motor control centers, equipment and conduit and cable plans.  The tracings shall be furnished not later than 30 days after completion of the Work and prior to Final Payment.

3.   The Contract Drawings may be used as a starting point in developing these Drawings.  Subcontractor

and manufacturer drawings may be included in this drawing package. The drawing package must be fully integrated and include the necessary cross references between Drawings. The drawing package shall include interconnection and termination details to equipment furnished under this Contract.

4.  All Drawings must be submitted for approval of the Engineer. This shall include the following composite drawings for the system being furnished:

    a.  Schematic (Elementary) Diagrams: This shall include but not be limited to complete schematics including items furnished by others for the following:

        1)  Motor control circuits for starters furnished under this Contract.

    b.  Wiring (connection) diagrams: These shall be included for all pre-wired equipment furnished under this Contract.

    c.  Interconnection diagrams: These shall include all interconnections to be furnished under this Contract.

    d.  Conduit and cable schedules: These shall include all conduit and cable furnished under this Contract.

    e.  Dimension of outline drawings: These shall include all equipment furnished under this Contract.

    f.  Power and lighting layout drawings: These shall include all conduits and wiring furnished under this Contract.

B.  Submittal:

1.  At completion of Project, when all revisions showing the work as finally installed are made to the satisfaction of the Engineer, the corrected reproducible drawings and one set of prints and other project record documents shall be delivered to the Engineer.

2.   Accompany submittal with transmittal letter containing:

   a.   Date.

   b.   Project title and number.

   c.   Contractor's name and address.

   d.   Title and number of each record document.

   e.   Certification that each document as submitted is complete and accurate.

   f.   Signature of Contractor, or his authorized representative.

+ +   END OF SECTION   + +

NO TEXT ON THIS PAGE

SECTION 01730

SUPPLEMENTARY MECHANICAL AND ELECTRICAL REQUIREMENTS

1.1 SCOPE

A. This Article is coordinate with and complementary to other applicable Articles of these Specifications.

B. Where items of other Articles are repeated in this Article of the Specifications, it is intended to call particular attention to or qualify them. It is not intended that any other parts of other Articles shall be assumed to be omitted if not repeated herein.

C. The Supplementary Mechanical and Electrical Requirements specified hereinafter shall apply to all sections of the Electrical Construction Specifications.

D. Unless otherwise specified, all electrical work, materials, and equipment provided under Mechanical Sections of the Specifications shall conform to the requirements of the Electrical Sections of the Specifications. The Contractor shall determine the electrical work and equipment specified under each Section of the Specifications and shall provide complete, coordinated systems.

E. All power wiring shall be supplied and installed by the Contractor to specific equipment unit packages. Instrumentation wiring shall be supplied and installed by the Contractor, unless otherwise noted on the Drawings or in these Specifications.

F. Wherever the term "provide" is used in the Contract Documents, it shall mean furnish and install in place complete in all details, ready for successful operation.

G. The Contract Drawings are diagrammatic and indicate the general arrangement of systems and work included in the Contract. Do not scale the Drawings. The structural, civil, and electrical Drawings and details shall be consulted in connection with the mechanical installations. Where the exact locations of fixtures and equipment are not definitely established, the Contractor shall obtain this information from the Engineer. The

Contractor shall follow the Contract Drawings in laying out the work and shall continually check the various trades to verify that sufficient space is available for the installation of the work. Maximum headroom and space conditions shall be maintained at all points. Where headroom or space conditions appear inadequate, the Engineer shall be notified before proceeding with installations.

H.   Because of the small scale of the Drawings, it is not possible to indicate all offsets, fittings, and accessories which may be required. The Contractor shall carefully investigate the structural and finish conditions affecting his work and shall arrange his work accordingly, furnishing such fittings, valves, transitions, pull or junction boxes, and accessories as may be required to meet such conditions, at no additional cost to the Owner.

I.   Where variances occur between the Drawings and the Specifications, or within either document itself, the Engineer will decide on the item and manner in which the work shall be installed.

J.   Where a Contractor proposes to use a substitute item, the installation of which will require any redesign of the structure, partitions, foundations, piping, ductwork, wiring, or of any other part of the project, all such redesign, and all new drawings and detailing required therefore shall, with the permission of the Engineer, be prepared by the Contractor at the Contractor's expense. Where the substitution of an item or items require modifications, involving a change in quantity of material and equipment from that specified or indicated on the Contract Drawings, the Contractor shall include the total cost of such changes in his bid.

## 1.2   SELECTIONS BY THE ENGINEER

A.   Should the Contractor fail to comply with the requirements for manufacturers' lists, shop drawings, and material lists by failure to submit within the time specified or by failure to submit equipment or materials which comply with the requirements, quality, and grade specified, then the right is reserved by the Engineer to select a full line of equipment and materials to be used

in the work. Such selection by the Engineer shall be final and binding upon the Contractor.

B.   Failure by the Contractor to submit revised shop drawings or material lists in time for further checking shall not entitle him to an extension of contract time, and no claim for extension by reason of such default will be allowed.

## 1.3   SPECIFIED EQUIPMENT AND MATERIALS

A.   Unless otherwise indicated, Specification or Drawing references to manufacturer's names and/or model numbers are provided as a guide to bidding and to establish the type, grade, or quality of equipment or materials required. Such reference is not intended to supersede the basic duty and performance requirements specified or indicated on the Contract Drawings. Where the words "or equal" are used, equivalent items may be used, subject to review and acceptance by the Engineer. In all cases, the Contractor shall be responsible for providing equipment and materials which satisfy the indicated requirements. Equipment and appurtenances shall be designed in conformity with generally accepted applicable standards and shall be of rugged construction and of sufficient strength to withstand all stresses which may occur during fabrication, testing, transportation, installation, and all conditions of operation. All bearings and moving parts shall be adequately protected with bushings or other suitable means against wear and provision shall be made for adequate lubrication by readily accessible devices. Details shall be designed for appearance as well as utility. Protruding members, joints, corners, gear covers, and the like shall be finished in appearance. All exposed welds shall be ground smooth and the corners of structural shapes shall be rounded or chamfered. Machinery parts shall conform within allowable tolerances to the dimensions shown on the Contract Drawings. In setting up equipment, there shall be no more fittings or adjusting than is ordinarily necessary in assembling high-grade apparatus of normally accepted design. The corresponding parts of identical equipment shall be made interchangeable.

B.   Complete drawings shall be provided showing numbers and size of wiring required by and between all items of

equipment furnished under the contract and its connection to work included under other Contracts. The Drawings shall include all terminal block designations, nameplate legends. Unless specifically stated otherwise, all control circuits shall operate on 120 volt, single phase, 60 Hz power supplied by control transformers included with the electrical equipment.

C.   All equipment shall be safeguarded in accordance with applicable Federal, State and local safety codes and specifically, OSHA.

D.   The Contractor shall furnish for each piece of equipment any and all special tools and appliances which may be needed to adjust, maintain or repair the equipment. All such materials shall be of best quality. The Contractor shall furnish specified spare parts for each piece of equipment. All such tools and parts shall be suitably boxed and labeled and shall be stored as directed by the Engineer.

E.   Where equipment requiring different arrangement or connections from those shown is approved, it shall be the responsibility of the Contractor furnishing the equipment to install the equipment to operate properly and in harmony with the intent of the Drawings and Specifications. When directed by the Engineer, the Contractor shall submit drawings showing the proposed installation. If the proposed installation is approved, the Contractor furnishing the equipment shall make all incidental changes in piping, ductwork, supports, insulation, wiring, heaters, panelboards, etc. He shall provide any additional motors, controllers, valves, fittings and other additional equipment required for the proper operation of the system resulting affected trades. The Contractor shall be responsible for the proper location of roughing in and connection by other trades. All changes shall be made at no increase in the Contract amount or additional cost to the other contractors.

## 1.4   STORAGE OF EQUIPMENT AND MATERIALS

A.   Contractor shall store his equipment and materials at the job Site in accordance with the requirements of the General Conditions, and as hereinafter specified.

B.   Manufacturer's directions shall be followed completely in the delivery, storage, protection and installation of all equipment and materials. The Contractor shall promptly notify the Design Consultant in writing of any conflict between any requirement of the Contract Documents and the manufacturer's directions and shall obtain the Engineer's written instructions before proceeding with the work. Should the Contractor perform any work that does not comply with the manufacturer's directions or such written instructions from the Engineer, he shall bear all costs arising in correcting the deficiencies.

C.   Equipment shall be tightly covered and protected against dirt, water and chemical or mechanical injury and theft. At the completion of the work, fixtures, equipment and materials shall be cleaned and polished thoroughly and turned over to the Owner in a condition satisfactory to the Engineer. Damage or defects developing before acceptance of the work shall be made good at the Contractor's expense.

D.   Contractor shall enforce the instructions of the Owner regarding the posting of regulatory signs for loadings on structures, fire safety and smoking areas.

## 1.5   ELECTRICAL

A.   Wherever equipment requiring electrical connection is specified, all power wiring shall be furnished and installed under Division 16 - Electrical of the Specifications. Starting switches, protective devices and other means for the operation, control and the control wiring of equipment shall be furnished and installed under the various sections of the work, unless otherwise specifically noted. Additional disconnects required by the National Electrical Code shall be furnished, installed and connected under the Electrical section of the Specifications. When specified in the detail specifications, control or interlock wiring shall be provided and installed by the Contractor furnishing the equipment.

B.   The Contractor shall check the General, Mechanical and Electrical Drawings and Specifications to assure the proper location and electrical service characteristics to the individual outlets serving the equipment and

shall advise the Engineer of any required modifications to suit the actual equipment to be furnished.

C.  The Contractor responsible for electrical work shall, at the start of construction, apply for and pay all costs to obtain a Certificate of Inspection from the National Fire Protection Association. Copy of original application at start of work shall be submitted to the Owner. Submit final certificate to the Owner when work is completed and prior to application for final payment.

## 1.6  CONNECTIONS TO EQUIPMENT

A.  Connections to equipment shall follow manufacturer's recommendations as to size and arrangement of connections and/or as shown in detail on the Contract Drawings or approved Shop Drawings. Piping connections shall be made to permit ready disconnection of equipment with minimum disturbance of adjoining piping and equipment. The Contractor shall be responsible for the exact alignment of equipment with associated piping and under no circumstances will pipe springing be allowed.

B.  The Contractor shall be responsible for bringing proper electrical service to each item of equipment requiring electrical service as shown on the Contract Drawing or approved Shop Drawings. Electrical connections to equipment requiring electrical service shall be made by the Electrical Contractor, unless otherwise indicated on the Contract Drawings or in the technical Specifications.

## 1.7  CORROSION PROTECTION

A.  All spare parts shall be properly coated to withstand action of corrosive effects of moist atmosphere. All spare parts shall be properly crated in containers for prolonged periods of storage and for handing with hoisting equipment. Wherever possible, wooden crates of durable construction shall be utilized. All containers shall have stenciled thereon the name of the manufacturer or supplier providing the item of equipment, name of unit for which the spare part is intended, name of spare part, name of manufacturer of spare part, if different than manufacturer or supplier of the equipment item, manufacturer's catalog numbers and all other identifying and precautionary information.

B.  All equipment furnished under this Contract shall be corrosion protected, here appropriate, by the manufacturer or supplier prior to shipment. All surfaces subject to corrosion shall be coated with suitable rust preventing compounds before shipment. Where equipment is shipped in protective crates and boxes, parts may be sealed in heavy duty plastic. Where special on-site protection is required, Contractor shall protect equipment in accordance with manufacturer's recommendations.

## 1.8  PROTECTION OF WORK, EQUIPMENT AND MATERIALS

A.  All equipment and materials provided and work performed under this contract shall be protected from damage before, during, and after installation. The Contractor shall be responsible for work, equipment and materials until finally inspected, tested, and accepted.

B.  During construction, the open ends of work shall be effectively closed with temporary covers or plugs to prevent the entry of foreign material.

## 1.9  GUARANTEES

A.  Each purchase agreement between the Contractor and the manufacturer or supplier of each equipment item shall include specific provisions as indicated hereinafter.

B.  As soon as possible after a purchase order is placed, the manufacturer shall supply complete descriptive data and installation drawings to the Contractor for submission to the Engineer. Such submittal on each equipment item shall be supplied in one package to permit checking complete installation details.

C.  The manufacturer shall include with the submittal a warranty or guarantee, in the form indicated below, against defective workmanship or materials in the equipment supplied for a period of one year (unless otherwise specified) from the date of final Project acceptance by the Owner of the work to be performed under this Contract.

D.  Where so designated in the Specifications for equipment items, the manufacturer or supplier will furnish the

services of an experienced erection Engineer to check the installation of the equipment, and will file, in quadruplicate, with the Engineer a certificate on the manufacturer's stationery stating that the equipment has been properly installed in accordance with the manufacturer's recommendations and that the trial operation has been satisfactory.

E.   It should be noted that for equipment Items, the shop drawings and details will not be reviewed by the Engineer until the completed guarantee form as contained herein is submitted to the Engineer by each manufacturer or supplier through the Contractors.

F.

GUARANTEE FOR EQUIPMENT ITEM

Project: _____

Contract Title: _____

Contract Number: _____

Equipment Item: _____

Item No. and Section No.: _____

Supplier: _____

Address of Supplier: _____

The undersigned hereby agrees to repair or otherwise make good, at no cost to the Owner, any defects in workmanship or materials in the above described equipment which may develop within a period of one (or otherwise specified) year from the date of final acceptance by the Owner of the above named Project.

The undersigned further guarantees that the above equipment fully meets the type, quality, design and performance requirements defined in the Contract Specifications of the above project and that the equipment will in actual operation satisfactorily perform the functions for which installed.

Company: _____

Signed: _____

Title: _____

Date: _____

## 1.10  MATERIALS

A.  All materials and equipment required for the work shall be new, of first-class quality, and shall be furnished, delivered, erected, connected, and finished in every detail, and shall be as selected and arranged as to fit properly into the building spaces. Where no specific kind or quality of material is given, a first-class standard article acceptable to the Engineer shall be furnished.

B.  All equipment and materials installed where exposed or subjected to outdoor conditions shall be suitably treated for outdoor installation.

## 1.11  MOTORS AND CONTROLS

A.  Motors and controls shall conform to the latest requirements of IEEE and NEMA, and, where applicable, shall be UL listed. Motors generally are specified with the driven equipment. Motor starting and control equipment is specified either with the motor which is controlled or in an Electrical Specification Section. The Contractor is advised to consult all Specification Sections to determine responsibility for motors and controls. Compatibility of variable speed systems shall be maintained where possible. Motors and control enclosures, when located outdoors or in unheated structures, shall have heaters included to prevent condensation within the equipment.

B.  Motors shall be suitable for use under the conditions and with the equipment to which applied, and designed for operation on the electrical systems specified or indicated. Special equipment requiring a motor with unusual characteristics shall be equipped with a definite purpose motor to meet necessary requirements. All such motors shall be subject to the acceptance of the Engineer.

1.  Motors shall be applied within their horsepower and ambient temperature ratings, and in accordance with nameplate ratings. Maximum temperature rise for open and drip-proof type shall not exceed 40 degrees C. and for TEFC shall not exceed 55 degrees C.

2. Motors with service factors shall not normally be operated above nameplate ratings. Motors shall operate quietly at all service conditions.

3. Motors shall be continuous duty type.

4. Unless otherwise specified, motors less than 1/2 horsepower shall be single phase, and 1/2 horsepower and larger shall be 3 phase.

5. Motor conduit boxes shall be oversized and located to be readily accessible.

C. Single phase motors, 1/20 horsepower and larger shall be ball bearing, unless otherwise specified, totally enclosed, with class "F" insulation, 60 Hz, 115, 115/230, 208, 115/208/230, or 230 volts, as required, of one of the following types: Capacitor start-induction run, permanent split capacitor, or repulsion start-induction run.

D. Single phase motors, smaller than 1/20 horsepower shall be ball or sleeve bearing, totally enclosed, 60 Hz, 115 volts, permanent-split capacitor or shaded pole type. Motors shall not be used for general power purposes, and shall only be provided as built-in components of such mechanical equipment as fans, unit heaters, and controllers. Where acceptable to the Engineer, deviations from the Specifications will be permitted as follows:

1. Open motors may be installed as part of an assembly where enclosed within a cabinet which provides protection against dust and moisture.

2. Motors used in conjunction with low voltage control systems may have a voltage rating less than 115 volts.

E. Three phase motors, except as specified otherwise, shall be squirrel cage, NEMA Design B, ball bearing, totally enclosed, fan cooled (TEFC) severe service, premium efficiency, 60 Hz, 208, 230, 230/460 or 460 volts, as required, 40 degrees C. ambient temperature. Insulation shall be Class "F". Totally enclosed fan cooled (TEFC) motors shall have a service factor of 1.15 in an ambient temperature of 40 degrees C.

       1.   Motors 20 hp and larger shall not exceed locked rotor KVA/hp input at full voltage permitted by NEMA Code F.

F.   Motor controls shall conform to the Electrical Division and/or Electrical Sections of the Specifications.

## 1.12 EQUIPMENT GUARDS

A.   Safety guards shall be provided on all belt drives, couplings, and other rotating or moving machinery. Unless otherwise specified, guards shall be rigid, heavy (minimum 14) gauge steel construction, hot dip galvanized after fabrication, finished to match the equipment. Guards shall be readily removable.

## 1.13 LUBRICATION

A.   Unless otherwise specified, all bearings shall be the equipment manufacturer's standard for the indicated service. Where bearings types are optional, the pressure grease lubricated type shall be provided. All lubrication points shall be readily accessible, away from locations dangerous to workmen. Pressure grease lubrication fittings shall be "Zerk-Hydraulic" type as made by the Stewart-Warner Corporation, equivalent by Lincoln Engineering Co., or equal. Each Contractor shall notify and coordinate all equipment suppliers to provide one type of lubrication fitting of all equipment furnished under this contract. The pattern of the fittings shall be selected for accessibility in lubricating and shall be acceptable to the Engineer. The Contractor shall furnish two "Zerk-Hydraulic" Guns, or equal, having a capacity of not less than 1-3/4 pounds of grease.

B.   The Contractor shall furnish lubrication charts or schedules for each piece of equipment or machinery. The charts or schedules shall designate each point for lubrication, the type lubricant to be supplied, and the frequency of lubrication. Charts and schedules shall be included as a part of the Manuals specified in Operating and Maintenance Manuals of this Section.

## 1.14  NAMEPLATES

A.  All component parts of each item of equipment or device shall bear the manufacturer's nameplate, giving name of manufacturer, description, size, type, serial or model numbers, electrical characteristics, and other data to facilitate maintenance of replacement. The nameplate of a Subcontractor or distributor shall not be acceptable.

B.  All nameplates shall be stainless steel.

## 1.15  PAINTING

A.  Unless otherwise specified, all equipment shall be provided with the manufacturer's standard shop painting coat. Equipment such as heating units, air compressors, and other packaged equipment shall be furnished with the manufacturer's standard enamel finish. All surfaces shall be free from rust, scale, and grease, and shall be cleaned and dried prior to painting. Surface preparation for shop coats and field painting shall be as specified under PAINTING section of these specifications.

## 1.16  FIELD CONDITIONS AND MEASUREMENT

A.  The Contractor shall base all measurements, both horizontal and vertical, from established bench marks. All works shall agree with these established lines and levels. The Contractor shall verify all conditions at the site.

B.  Should the Contractor discover any discrepancy between actual conditions and those indicated which prevent following good practice or the intent of the Drawings and Specifications, he shall notify the Engineer and shall not proceed with his work until he has received instruction from the Engineer.

## 1.17  SUPPLEMENTARY SUPPORTING STEEL

A.  All supplementary supporting steel required to support ducts, piping, electrical services, equipment and appurtenances shall be provided by the Contractor and painted in accordance with Section 09900, Painting.

## 1.18 CUTTING - PATCHING - WATERPROOFING

A.  All holes cut through concrete slabs or walls shall be drilled. No structural members shall be cut without written permission of the Engineer, and such cutting shall be done in a manner acceptable to him. Each Contractor shall perform the work and in the prosecution shall do no cutting of woodwork, masonry, concrete, or other materials after same have been installed without the written permission of the Engineer.

B.  All patching shall be done by the Contractor using the same materials as originally used. Finish of patched areas shall match and blend into adjacent existing finished areas. All work shall be acceptable to the Engineer.

C.  Where any work pierces waterproofing, including waterproof concrete, the method of installation shall be acceptable to the Engineer before work is done. The Contractor shall furnish all necessary sleeves, seals, caulking, and flashing required to make openings absolutely watertight.

## 1.19 FOUNDATIONS - SUPPORTS - PIERS

A.  Unless otherwise specified, the General Construction Contractor shall furnish and install all necessary foundations, supports, pads, bases, and piers required for equipment, piping, pumps, tanks, and for all other equipment furnished under this work, and shall submit drawings to the Engineer for review and acceptance before purchase, fabrication, or construction of same. Construction of foundations, supports, pads, bases, and piers, where mounted on the floor, shall be of the same materials and same quality of finish as the adjacent and surrounding flooring material. Each Contractor shall coordinate his shop drawings to provide anchor bolt information, for all equipment furnished, at the earliest possible date in order to coordinate his work with the other trades.

## 1.20 SCAFFOLDING - RIGGING - HOISTING - ANCHOR BOLTS - CONCRETE PADS

A.  The Contractor shall install all equipment in accordance with the recommendations of the manufacturer. The

Contractor shall furnish, have installed, and protect all necessary guides, bearing plates, anchor and attachment bolts, and all other appurtenances required for the installation of the devices included in the equipment specified. Anchor bolts shall be stainless steel, unless otherwise specified, made of ample size and strength for the purpose intended and set in steel sleeves. Shop drawings for installation shall be furnished by the equipment manufacturer and he shall also provide suitable templates to be used by the Contractor for installation of anchor bolts. To minimize field erection problems, mechanical units shall be factory assembled insofar as practical. Equipment shall be erected in a neat and workmanlike manner on the foundations at the locations and elevations shown on the Contract Drawings, unless directed otherwise by the Engineer. In general, all equipment, motor control centers and control panels shall be mounted on 6 inch minimum thickness concrete pads. Suitable vibration isolation devices shall be furnished for equipment as required. All pads for pumping equipment shall be channeled to provide drainage to the floor drain system. The Contractor shall furnish all materials and labor to properly bed each piece of equipment based on concrete or masonry foundations using nonshrink cement grout. The grout shall fill completely the space between the equipment base and the foundation. For equipment such as pumping units, which require field alignment and connections, the Contractor shall provide the service of the manufacturer's qualified mechanic, to align the pump and motor prior to making piping connections or anchoring the pump base. In addition, alignment shall be checked again after 30 days of operation by the manufacturer's mechanic and written statements covering initial and final inspection shall be submitted to the Engineer.

B.   Unless otherwise specified, the Contractor shall furnish all scaffolding, rigging, hoisting, and services necessary for erection and delivery onto the premises of any material.

## 1.21 IDENTIFICATION OF EQUIPMENT

A.   In addition to the manufacturer's nameplates, all equipment, such as heating units, fans, pumps, compressors, and tanks shall be permanently identified

by name and number corresponding to the Specifications and Contract Drawings. Each motor shall be identified by the same number as the driven unit. Identifying characters shall be not less than 2 inches high.

## 1.22 DIAGRAMS AND TAGS

A.  The Contractor shall furnish, in duplicate a complete list giving the number and location of all control valves, their functions, and what section of piping they control. One set of charts shall be inserted into clear plexiglass folders suitable for hanging at work stations. The second set of charts shall be neatly folded and bound as a part of the "Operating and Maintenance Manual" specified.

B.  All valves shall be plainly tagged with numbered lacquered brass tags, their location and number corresponding to that on the charts. Tags shall not be less than 1-1/2 inches in diameter with black figures both stamped and painted on the tags prior to lacquering. Tags shall be fastened by open-link brass chains to bodies of valves.

## 1.23 QUIET OPERATION

A.  Under all normal operating conditions, all systems and equipment shall operate without objectionable noise or vibration. Any condition which is objectionable in the opinion of the Engineer, or which contravenes OSHA requirements shall be corrected by the Contractor in a manner acceptable to the Engineer and at no additional cost to the Owner.

## 1.24 TESTING AND STARTUP

A.  The startup and testing of the new equipment and systems shall be performed by the Contractor. The testing equipment, systems and structures constructed or installed under this project and startup of these equipment systems shall be coordinated with the activities performed by the Owner and others as part of the startup, testing and operation of the complete system.

B.  The Engineer shall be notified at least three days in advance of all tests, and all tests shall be conducted

to his complete satisfaction. All test equipment shall be subject to the acceptance of the Engineer. Specific testing requirements are given in other Sections of the Specifications.

C.    The Contractor shall make preliminary field tests of all equipment as soon as possible and shall furnish all labor, materials, tools, and incidentals. Therefore, any equipment which does not conform to the requirements of these Specifications shall be promptly changed, or adjusted and appurtenances installed under the Contract shall be replaced as required. Prior to startup, all equipment shall be subject to test to prove compliance with the Specifications by the Contractor who shall furnish all labor, fuel, lubricants and all other materials and equipment and instruments necessary for all acceptance tests.

D.    Any failure to meet the requirements of these Specifications and any defects in equipment and appurtenances shall be promptly corrected by replacement or otherwise. The decision of the Engineer to require replacement shall be final and conclusive and the Contractor shall abide thereby at no additional cost to the Owner.

E.    Prior to startup, the Contractor shall submit compliance affidavits from each manufacturer of the various items of equipment furnished and installed under this Contract. Each manufacturer shall in his affidavit certify to the Owner and Contractor jointly that the equipment has been installed and tested to their satisfaction and that all final adjustments have been made thereto. The affidavit shall be signed by a duly authorized officer of the manufacturer and witnessed by a Notary Public.

F.    Hydrostatic testing of piping, clearwell, and other work shall be as specified under other Sections of the Specifications. Such testing shall be conducted during construction before the work is covered, insulated, or otherwise concealed.

G.    The Engineer shall be the sole judge of a structure complying with this requirement. Pipe plugs shall be installed in locations as required to perform all tests.

H.  After erection, each Contractor shall demonstrate that all equipment and systems operate in a satisfactory manner. All rotating equipment shall be lubricated prior to operation in accordance with the recommendations of the manufacturer. Each piece of machinery shall be tested to show that it operates quietly, without vibration, overheating, or sign of distress, at full specified capacity. Adjustments shall be made as necessary. All defective parts on machinery shall be replaced.

I.  Defects disclosed by testing shall be repaired using materials and methods of installation as specified for the original work. Systems and equipment shall be repaired and retested until free from defects. Where portions of incomplete systems must be tested, the work shall be adequately braced and supported to withstand the test pressure.

## 1.25 OPERATING AND MAINTENANCE MANUALS

A.  The Contractor shall furnish four final, complete sets of operation and maintenance manuals, for use by the Owner, for all systems and items of equipment included in each of the sections of the Detailed Specifications. These manuals shall include all pertinent drawings, catalogs, brochures, bulletins, charts, schedules, wiring diagrams, internal piping diagrams, lubrication schedules, and all other information necessary for the proper operation, repair, and maintenance of equipment installed in the work. Copies of appropriate shop drawings shall be included in the manuals.

B.  All manuals shall utilize the following outline guide:

Manual Title   Operation and Maintenance Manual
               Town of Hempstead Department of Water
               East Meadow Water District
               Carman Avenue Booster Station
                   Rehabilitation
               Contract No.
               Equipment Name
               Manufacturer's Name
               Specification Section Number

| | |
|---|---|
| Binders | Use a 3-ring loose-leaf binder with hard plastic coated covers. The Manual Title shall appear on the cover and on the edge of the binder. |
| Tabbed Dividers | Divider sheets shall be placed between all major index items and shall have labeled tabs visible beyond the page edges. The index shall also be tabbed. |
| Title Sheet | This is to be Page 1 of the Manual. All succeeding sheets shall be consecutively numbered starting with title Sheet. Place all information specified in Item #1 - Manual title, and the name, address, and telephone number of the equipment manufacturer and his local representative. |
| Index | The index shall follow the Title sheet and shall designate the page location of all items in the Manual. Drawings are to be listed in the index showing the drawing number, title, and manual page number. |
| Specification Data Sheets | Each piece of equipment making up the system for which the Manual is being submitted shall have Manufacturer Specification Data Sheets. |
| Installation | Provide a comprehensive installation description. |
| Operation Instructions | A step by step procedure should be used and be referenced to Assembly Drawings. These instructions are to include all components of the system. |

| | |
|---|---|
| Complete Parts List | This list is to include all components of the system. The list is to contain Part Numbers, Part Name, and be referenced to Assembly Drawings where the individual part is shown. This listing shall include a Bill of Materials specifying the type of material used in the manufacture of equipment and all components. |
| Recommended Spare Parts List | Spare parts shall be listed for each component of the system, shall contain the part number, part name, quantity involved, and be referenced to an Assembly Drawing. |
| Maintenance | Referring to an assembly drawing, give detailed explanation of what should be checked and maintained. Give lubrication schedules. If a particular item is maintenance-free, so state. |
| Troubleshooting | Include a list of things the Operator should look at, if particular inherent problems occur. |
| Shop Drawings | All Drawings, Wiring Diagrams, Catalog Cuts, Manufacturers Sales and Descriptive Brochures, Certified Test Reports, and any information submitted for the Engineer's review are to be included in the O&M Manual. These items are to be of good quality, legible, and free of any Engineers or Company stamps. All drawings are to have the three ring holes reinforced. The drawings are to be folded with the Title and number face up. If pockets are used, the face will shown the Drawing title, Drawing Number, and Page Number. |
| Nameplate Information | All Information on Equipment Nameplates is to be included in the Manual on a sheet so titled in case replacing these tags becomes necessary. |

| Certification of Proper Installation and Start-up | After Testing and during Start-up, each Manufacturer's representative will be required to certify to proper installation and start-up. This document will be inserted into the back of the O&M Manual by the Engineer. Provide an item in the index for this. |
|---|---|
| Guarantee | A Guarantee is to be provided in accordance with this Section. The Manufacturer or Supplier of each equipment item is to guarantee all component parts of the equipment furnished. The Guarantee is to contain information on how to apply for assistance under the Guarantee. |

C.  It is the intention of this Article to make operation and maintenance manuals as descriptive and concise as possible. Only pertinent data for the particular piece of equipment submitted for this project shall be included. Crossing out of unrelated data will, in general, not be permitted. Only items of the utmost importance shall be highlighted in yellow. Each manual shall contain information specific to this project only, and shall contain no superfluous data.

D.  Four preliminary copies of these manuals shall be submitted to the Engineer for review. These preliminary copies may omit the shop drawings. Two copies of these required preliminary manuals will be returned to the Contractor. The four final manuals shall be submitted to the Engineer within one month after final approval of all vendor shop drawings. Scheduled payments to the Contractor will be dependent upon these submittals.

E.  The Contractor is hereby notified that, in general, the standard technical manual as produced by equipment manufacturers has, in the past, not complied with the above requirements for Operation and Maintenance Manuals.

F.  Incomplete or inadequate manuals will be returned to the Contractor for correction and resubmission.

## 1.26 STARTUP

A.  Prior to startup, a startup conference shall be held to coordinate and to establish procedures for startup operations. Each Contractor, the Owner and the Engineer shall attend the Conference, the time and place of which shall be determined by the Engineer.

B.  During startup of the facilities by the Owner, each Contractor shall provide personnel and superintendents who are familiar with the construction and operation of the equipment, piping systems, structures, etc., installed under this project in order to place each unit into operation by operating all valves, switches and other controls therefore. Additionally, during this period each Contractor shall assist in familiarizing the Owner's personnel with facility equipment and operation and shall require manufacturer's representatives to be available on-site for additional instruction. During this startup period, the Owner's personnel will perform routine operations of the facility such that at the end of the period, they will be in a position to effectively operate the facility.

C.  Each Contractor shall be fully and solely responsible for the new system and its equipment during periods of testing and instruction prior to its formal acceptance by the Owner and shall make no claim for damage which may occur thereto prior to such formal acceptance.

D.  The services of an authorized factory representative for the equipment shall be made available at the time of plant start up. All costs associated with the services of the equipment representative shall be borne by the Contractor.

## 1.27 GUARANTEE AND MAINTENANCE

A.  The Contractor agrees to guarantee all work and equipment under this Contract for a period of 12 months from the date of final acceptance thereof, unless otherwise specified in the Contract Specifications.

B.  The Contractor shall furnish the Owner with a Maintenance Bond in the amount equal to 100% of the Contract price. The Maintenance Bond shall be of a form acceptable to the Owner. The term of the Maintenance

Bond shall run for 12 months from the date of approval of the Final Payment.

C.   If any unsatisfactory condition or damage develops within the time of this guarantee due to materials or workmanship which were defective, inferior, or not in accordance with the Contract, the Contractor agrees, whenever notified by the Engineer, to immediately place such guaranteed work in a condition satisfactory to the Engineer, and make repairs of all damage to equipment and/or components made necessary in the fulfillment of the guarantee.

D.   Should the Contractor fail to proceed promptly to comply with the terms of any guarantee under the Contract, the Contractor agrees that the Owner, acting through the Engineer, may have such work performed as the Engineer considers necessary to fulfill such guarantee. The Contractor shall promptly pay the Owner such sums as were expended in fulfilling the guarantee. Usual wear and tear and the result of accidents not chargeable to the Contractor or his agents are excepted from the above requirement. Everything for the fulfillment of any guarantee must be done without any expense to the Owner.

E.   All costs associated with the repair or replacement of equipment and work required under this guarantee shall be borne by the Contractor, at no cost to the Owner.

F.   Standard manufacturers' guarantees which exceed the specified guarantee period shall be provided by the Contractor at no additional cost to the Owner.

+ + END OF SECTION + +

## SECTION 01760

## PROJECT CLOSEOUT

**1.1   FINAL CLEANING**

    A.   At the completion of the Work, the Contractor shall remove all rubbish from and about the Site of the Work, and all temporary structures, construction signs, tools, scaffolding, materials, supplies and equipment which he or any of his trades may have used in the performance of the Work.  Contractor shall broom clean paved surfaces and rake clean other surfaces of grounds.

    B.   Contractor shall thoroughly clean all materials, equipment and structures; all marred surfaces shall be touched up to match adjacent surfaces; burned-out lights replaced as required; all glass surfaces cleaned and floors cleaned and polished so as to leave Work in a clean and new appearing condition.

    C.   Remove spatter, grease, stains, fingerprints, dirt, dust, labels, tags, packing materials and other foreign items or substances from interior and exterior surfaces, equipment, signs and lettering.

    D.   Remove paint, clean and restore all equipment and material nameplates, labels and other identification markings.

    E.   Contractor shall maintain cleaning until Project, or portion thereof, is occupied by the Owner.

**1.2   INSPECTIONS**

    A.   At the time of substantial completion an inspection shall be held. At this time the Contractor shall provide all necessary documentation as required by the General Conditions.

    B.   At the time of completion of all the Work a final inspection shall be held.  The Contractor shall also provide all necessary documentation as required by the General Conditions, and comply with all the requirements of this Section.

C.    Follow-up Inspection:

    1.    At the time of the completion of the guarantee period, the Contractor shall make arrangements with the Owner and Engineer for a joint follow-up inspection and shall send a written notice to said parties to inform them of the date and time of the inspection.

    2.    After the inspection, the Engineer shall inform the Contractor of any corrections required.

+  +   END OF SECTION   +  +

## SECTION 01800

## MISCELLANEOUS PROVISIONS

### 1.1  PROVISIONS DEEMED INSERTED

A.   Each and every provision required by law to be inserted in the Contract Documents shall be read and enforced as though it were included herein and in the event any such provision is not inserted, or is not correctly inserted, then, upon the application of either party, the Contract Documents shall forth with be physically amended to make insertion or correction.

### 2.1  RIGHT TO USE WORK

A.   The Owner may enter upon and use the whole or any portion of the work which may be in condition to use at any time previous to its final acceptance by the Owner. Such use shall not constitute or be evidence of acceptance by the Owner or Engineer of the whole or any part of the material furnished or work performed under the Contract.

### 3.1  APPROVED EQUIVALENT ARTICLES, MATERIALS AND EQUIPMENT

A.   It is the intent of the specifications to describe definitely and fully the character of materials and workmanship furnished, and to require first class work and materials in all particulars. The terms "equal" or "approved equal", as used in these specifications shall mean approved by the Engineer in writing.

### 4.1  PENAL CODE

A.   Section 1918 of the Penal Law, as amended, provides that no person shall discharge explosives in the ground, nor shall any person other than a state or county employee regularly engaged in the maintenance and repair thereof, excavate in any then existing street, highway, or public place, unless notice thereof in writing shall have been given at least seventy-two hours in advance to the person, corporation or municipality engaged in the distribution of gas in such territory. The person having direction or control of such work shall give such notice and further he shall ascertain whether there is within

one hundred feet in such street, highway or public place, or in case of a proposed discharge of explosive within a radius of two hundred feet of such discharge, any pipe of any other person, corporation or municipality conveying combustible gas, and if there be such pipe he shall also give such notice to any such person, corporation or municipality. Provided, however, that in any emergency involving danger to life, health or property it shall be lawful to excavate without using explosives if the notices prescribed herein are given as soon as reasonably possible, and to discharge explosives to protect a person or persons from an immediate and substantial danger of death or serious personal injury if such notices are given before any such discharge is undertaken.

B.    Any such work shall be performed in such manner as to avoid damage to any pipe conveying combustible gas. Any violation of the provisions of this Section shall be a misdemeanor.

## 5.1   COMPRESSED GAS

A.    Where compressed gas of any type is used for any purpose, it shall be contained in cylinders complying with ICC regulations as to manufacturing, filling, marking, testing, tagging, valving and shipping. Gases of different types shall not be stored together except when in use and when such proximity is required.

B.    All gas cylinders shall be stored in sheds constructed of non-combustible materials. Sheds shall be well ventilated and without electric lights or fixtures and shall be located as far from other buildings as is practicable. All gas cylinders not in actual use, or in proposed immediate use, shall be removed from the building under construction or reconstruction. Empty gas cylinders shall be removed prior to bringing in a replacement cylinder. Cylinders shall at all times be supported and braced in an upright position. When not in use the protective cap shall be screwed over the valve.

C.    All persons required to handle gas cylinders or to act as temporary firemen (firewatchers) shall be able to read, write and understand the English language; they shall be also be required by the Contractor to read Part 3 of Pamphlet P-1 "Safe Handling of Compressed Gases"

published by the Compressed Gas Association, 500 Fifth Avenue, New York, NY 11036, and available to the Contractor for 50 cents per copy.

D. Where L-P Gas is required for Temporary Heat (including Construction Heat), the number of cylinders within the structure or building shall be limited to the least amount required, in general, one cylinder per heater. Cylinders and heaters shall be connected with two braid neoprene hose fitted at each end with threaded unions and capable of withstanding a pressure of 250 psi. The length of hose shall not exceed 30 feet and shall be protected from mechanical injury, kinking and abrasion. Heaters shall be not less than 6 feet from any cylinder and not less than 10 feet from any tarpaulin or other type of closure. All tarpaulins and other type closures shall be secured so as not to be blown loose. All debris and rubbish shall be removed as directed to prevent fire hazards.

E. Where local ordinances are in effect regarding gas cylinders,(their use, storage, appurtenances, and handling), such ordinances shall supplement the requirements of this specification.

F. L-P gas heating will not be permitted in enclosed area below grade.

G. Any cylinder not having the proper ICC markings or reinspection marking, or any cylinder which, in the opinion of the Engineer, fails to meet the requirements of the "Standards for Visual Inspection of Compressed Gas Cylinders" of the Compressed Gas Association, Inc., shall be returned to the supplier. Any cylinder which develops a leak shall be isolated immediately away from any building and the supplier shall be immediately notified; such other precautions as may be required to prevent damage or injury shall also be taken by the Contractor.

+ + END OF SECTION + +

NO TEXT ON THIS PAGE

**DIVISION 2 - SITEWORK**

NO TEXT ON THIS PAGE

## SECTION 02050

## DEMOLITION AND REMOVALS

## PART 1 - GENERAL

## 1.1 SUMMARY

A.   Scope:

1.   Contractor shall furnish all labor, materials, equipment and incidentals required for demolition, removals and disposal Work shown, specified and required to complete the project.

2.   The work under this section shall include, but not be limited to, demolition and removals of existing materials, equipment, or work necessary to install the new Work as shown and specified and to connect same with existing work in an approved manner. The Work includes, but may not be limited to, masonry, piping, electrical, asphalt, concrete, and other equipment as shown and specified.

3.   Demolitions and removals which may be specified or required under other Sections shall conform to requirements of this Section.

B.   Responsibilities of Contractor:

1.   In areas involving demolition and removals, all remaining unused junction boxes shall be covered, and plates shall be installed on boxes for switches, receptacles, etc. which are no longer used.

2.   The Contractor is cautioned that there are existing circuits within the areas involving demolition and removals which serve equipment (lights, receptacles, etc.) in areas that are undisturbed by demolition and removals. The Contractor shall extend wire and conduit as required in order that all circuits in areas undisturbed by demolition and removals remain in service.

3.   All circuits no longer used shall be disconnected from circuit breakers at the respective

panelboards. The wires shall be cut back so that they cannot be reconnected.

C.    Related Work Specified Elsewhere:

　　1.    Section 02200, Earthwork.

**1.2    REFERENCES**

American National Standard Institute (ANSI) - ANSI A10.6 Demolition Operations - Safety Requirements.

**1.3    JOB CONDITIONS**

A.    Protection:

　　1.    Contractor shall execute the demolition and removal Work to prevent damage or injury to structures, existing building services, occupants thereof and adjacent features which might result from falling debris or other causes, and so as not to interfere with the use, and free and safe passage to and from adjacent structures.

　　2.    Contractor shall provide shoring, bracing and support to prevent movement, settlement, or collapse of existing adjacent structures or facilities. The Owner assumes no responsibility for the actual condition of the structures or facilities adjacent to the Work.

　　3.    Closing or obstructing of roadways and passageways adjacent to the Work by the placement or storage of materials will not be permitted, and all operations shall be conducted with a minimum interference to vehicular or pedestrian traffic.

　　4.    Contractor shall erect and maintain barriers, lights, and other required protective devices.

　　5.    Contractor shall repair damages caused by his operation to facilities to remain, or to any property belonging to the Owner, utilities, or occupants of the facilities.

　　6.    Contractor shall design, erect, install and maintain temporary partitions and enclosures

required to eliminate dust, noise and debris from adjacent buildings.

7. The Work shall comply with the applicable provisions and recommendation of ANSI A10.2, Safety Code for Building Construction, all governing codes and as hereinafter specified.

8. Contractor shall exercise precautions for fire protection. Burning of debris shall not be permitted.

9. Contractor shall not enter structures which are not a part of the work.

B. Scheduling:

1. Contractor shall carry out all operations so as to avoid interference with operations of the Owner and local utility companies, or with the operations of other contractors.

2. The Contractor shall be solely responsible for making all necessary arrangements and for performing all necessary work involving the discontinuance or interruption of all utilities or services.

3. Any equipment piping and appurtenances removed without proper authorization, shall immediately be replaced to the satisfaction of the Engineer at no cost to the Owner.

C. Notification: At least 48 hours prior to commencement of a demolition or removal, Contractor shall notify the Engineer in writing of his proposed schedule therefore. No removals shall be started without the permission of the Engineer.

D. Explosives: Do not bring explosives on site. No explosives will be permitted for this Project.


PART 2 - PRODUCTS (Not Applicable)

PART 3 - EXECUTION

3.1   GENERAL

A.   Disposition of Materials and Equipment.

1.   All materials and equipment removed from existing work that is not wanted by the Owner shall become the property of the Contractor.

2.   Contractor shall dispose of all demolition materials, equipment, debris, and all other items not to remain as property of the Owner, off the site at NYSDEC approved disposal areas and in conformance with all existing applicable laws and regulations of the Town of Hempstead, Nassau County Department of Health, NYSDEC and any other Regulatory Agency having jurisdiction.

B.   Pollution Controls:

1.   Use water sprinkling, temporary enclosures, and other suitable methods to limit the amount of dust and dirt rising and scattering in the air to the lowest practical level. Comply with governing regulations pertaining to environmental protection.

2.   Do not use water when it may create hazardous or objectionable conditions such as ice, flooding, and pollution.

3.   Clean adjacent structures, facilities, and improvements of dust, dirt, and debris caused by demolition operations. Return adjacent areas to conditions existing prior to the start of the Work.

C.   The Contractor, Owner, and Engineer shall jointly survey the condition of the adjoining structures prior to the execution of the work. Photographs and records shall be made of any prior settlement or cracking of structures, and the like, that may become the subject of possible damage claims.

D.   The Contractor shall be responsible for supplying all photographic equipment, film, negatives, prints, film developing, print holders and miscellaneous film folders for recording preconstruction photographs. Three sets of

preconstruction photograph documents shall be assembled. Two shall be transmitted to the Engineer and Owner and one set shall be retained by the Contractor.

## 3.2   DISCONNECTION OF UTILITIES AND SERVICES

A.   The Contractor shall repair, plug and cap existing mechanical, plumbing, ventilation and other services resulting from removals.

B.   The Contractor subcontractor shall disconnect all electrical equipment from all mechanical, plumbing, ventilation and other service equipment specified for removal.

C.   Plugging and capping of existing utilities and services shall be performed in accordance with the applicable trade(s) governing the utility such as the National Electric Code for Electric, and New York State Code/Building Codes for water, drain and waste lines.

## 3.3   CLEANUP

A.   Contractor shall remove from the site all debris resulting from the demolition operations as it accumulates. Upon completion of the Work, all materials, equipment, waste, and debris of every sort shall be removed and premises shall be left, clean, neat and orderly.

+ + END OF SECTION + +

NO TEXT ON THIS PAGE

## SECTION 02100

## CLEARING AND GRUBBING

## PART 1 - GENERAL

### 1.1 SUMMARY

A. Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to perform all clearing and grubbing as shown and specified.

B. Related Work Specified Elsewhere:

1. Section 02050, Demolition and Removals.

2. Section 02200, Earthwork.

C. The Work covered by this Section consists of removing and disposing of all roots, shrubs, vegetation, trees, rubbish, and other objectionable material from the project site, as required to perform the work and as shown on the drawings. Work under this Section also includes stripping and stockpiling of topsoil which may be reused.

D. The Contractor shall visit the site prior to submitting his bid to determine the extent of clearing and grubbing required.

### 1.2 QUALITY ASSURANCE

A. Codes and Standards: State and local laws and code requirements shall govern the hauling and disposal of roots, rubbish, debris and other matter.

### 1.3 JOB CONDITIONS

A. Protection:

1. Streets, roads, adjacent property and other works and structures shall be protected throughout the entire project. Contractor shall return to original condition, satisfactory to the Engineer, facilities damaged by the Contractor's operations.

2.  Trees, shrubs and grassed areas which are to remain shall be protected by fences, barricades, wrapping or other methods. Equipment storage, material stockpiles, etc. shall not be permitted within tree branch spread.

3.  Topsoil stripped for new construction shall be stockpiled and shall not be mixed with other soils.

4.  No roots, branches, wood, concrete, or other debris shall be buried in fills, embankments or stock piles.

5.  No cleared matter, debris or soils shall be stored in construction work.

## PART 2 - PRODUCTS - Not Applicable

## PART 3 - EXECUTION

### 3.1  CLEARING AND GRUBBING

A.  Clearing and grubbing shall be confined to areas within the Contract limit lines except as otherwise shown. Damages outside these limits caused by the Contractor's operations shall be corrected at the Contractor's expense.

B.  Except as noted below, Contractor shall remove from the site and satisfactorily dispose of all roots, shrubs, vegetation, trees, rubbish, scrap, debris, and miscellaneous other structures not covered under other Sections as shown, specified or otherwise required to permit construction of the new Work.

C.  Burning of materials is expressly forbidden.

### 3.2  TOPSOIL REMOVAL

A.  Topsoil is defined as friable clay loam surface soil found in a depth of not less than 4 inches. Topsoil shall be substantially free of subsoil, clay lumps, stones, and other objects over 2 inches in diameter, and without weeds, roots, and other objectionable material.

B.   Strip topsoil which is satisfactory to whatever depths are encountered, and in such manner as to prevent intermingling with the under- lying subsoil or other objectionable material. Remove heavy growths of grass from areas before stripping.

C.   Stockpile topsoil in storage piles in areas shown, or where otherwise approved by Engineer. Construct storage piles to freely drain surface water. Cover storage piles to prevent windblown dust. Topsoil in excess of quantity required shall remain on the property of the Owner. The Contractor shall stockpile and cover stripped topsoil in the area approved by the Engineer.

+ + END OF SECTION + +

NO TEXT ON THIS PAGE

## SECTION 02200

## EARTHWORK

## PART 1 - GENERAL

## 1.1  SUMMARY

A.  Scope:

    1.  Contractor shall perform all excavating, backfilling and disposing of earth materials as shown, specified, and required for the purpose of constructing pipelines, concrete work, grading, and other facilities.

    2.  All necessary preparation of subgrade shall be included.

    3.  For the purpose of disposal, excavated materials shall be classified as follows:

        a.  Organic materials shall be disposed off-site at Department of Environmental Conservation approved disposal sites.

        b.  Unsuitable inorganic materials and excess suitable materials, to be disposed off-site.

B.  Sources of Materials:

    1.  General fill materials shall be obtained from on-site excavation work and/or off-site sources.

    2.  Select fill materials shall be obtained from on-site excavation work and/or off-site sources.

    3.  Nonfrost susceptible fill material shall be obtained from off-site sources.

    4.  Crushed stone materials shall be obtained from off-site sources.

    5.  Topsoil, except for topsoil stripped from the work areas, shall be obtained from off-site sources.

C.   Related Work Specified Elsewhere:

    1.   Section 02050, Demolition and Removals.

    2.   Section 03300, Cast-in-Place Concrete.

    3.   Section 15051, Buried Piping Installation

## 1.2   QUALITY ASSURANCE

A.   Permits and Regulations: Contractor shall perform excavation work in compliance with applicable requirements of governing authorities having jurisdiction.

B.   Design Criteria:

    1.   All steel work for sheeting, shoring, bracing and other related work shall be in accordance with the provisions of the AISC "Specifications for the Design, Fabrication and Erection of Structural Steel for Buildings," except that field welding will be permitted.

    2.   Contractor shall be wholly responsible for installing and operating the system used to accomplish the required sheeting and bracing.

C.   Reference Standards: Comply with applicable provisions and recommendations of the following except as otherwise shown or specified.

    1.   ASTM A 328, Steel Sheet Piling.

    2.   ASTM D 422, Particle-Size Analysis of Soils.

    3.   ASTM D 1556, Density of Soil in Place by the Sand-Cone Method.

    4.   ASTM D 1557, Moisture-Density Relations of Soils and Soil-Aggregate Mixtures, using 10 lb (4.54 kg) Rammer and 18-inch (457 mm) Drop.

D.   Tests:

1.   An independent testing laboratory shall be employed by the Contractor to perform the required tests.

2.   Required tests:

a.   Select Fill Samples: Gradation, ASTM D 422.

b.   Compacted Select Fill: Compaction, ASTM D 1557.

c.   Optimum moisture - maximum density curve for each soil used for backfill.

d.   Field Density Tests on each lift of backfilled material: ASTM D1556, ASTM D2167 or ASTM D2922.

## 1.3   SUBMITTALS

A.   Shop Drawings:

1.   Submit for approval shop drawings and design calculations of sheeting and bracing systems for excavations deeper than ten (10) feet. Information supplied shall include, as a minimum, type and size of sheeting to be used, extent of sheeting and tip and top elevations.

2.   Shop drawings and calculations shall be prepared and signed by a Professional Engineer licensed in the State of New York.

3.   Submit plans of open cut excavations showing side slopes and limits of the excavation at grade where not shown on the Contract Drawings.

B.   Independent Testing Laboratory: Prior to conducting the required tests, the Contractor shall submit, to the Engineer, for approval, the name of the independent test laboratory which will facilitate the required testing.

C.   Samples and Test Results:

1.   At least two weeks prior to the date of anticipated use, the Contractor shall submit, to the Engineer, for approval, a representative sample of all on-site and off-site material required. The Contractor shall notify the Engineer in writing of the source of each sample.

2.   The Contractor shall provide, along with the above samples, the required test results, excluding the field density test.

D.   Disposal Sites: List of disposal sites for unsuitable materials and all required permits for use of the sites.

E.   Manufacturer's Data: Submit for approval manufacturer's specifications, performance characteristics and operating instructions for the compaction equipment.

## 1.4 JOB CONDITIONS

A.   Existing Structures:

1.   Shown on the Drawings are certain utilities and surface and underground structures located on or adjacent to the Work. This information has been obtained from existing records. It is not guaranteed to be correct or complete and is shown for the convenience of the Contractor. Contractor shall explore ahead of the required excavation to determine the exact location of all structures and utilities. They shall be supported and protected from injury by the Contractor. If they are broken or injured, they shall be restored immediately by the Contractor at no additional cost to the Owner.

2.   Prior to execution of the Work, the Contractor shall check and verify governing dimensions and elevations. The Contractor and Engineer shall jointly survey the condition of adjoining structures. Photographs and records shall be made of any prior settlement or cracking of

structures, pavements, and the like, that may become the subject of possible damage claims.

B.  Existing Utilities:

1.  Locate existing underground utilities in the areas of Work. If utilities are to remain in place, provide adequate means of protection during earthwork operations.

2.  Should uncharted or incorrectly charted piping or utilities be encountered during excavation, consult the Owner in keeping respective services and facilities in operation. Repair damaged utilities to the satisfaction of the Engineer.

3.  Do not interrupt existing utilities serving facilities occupied and used by the Owner or others, except when permitted in writing by Engineer.

4.  Demolish and completely remove existing underground utilities indicated to be removed.

C.  Protection of Persons and Property:

1.  Barricade open excavations occurring as part of this Work and post with warning lights. Operate warning lights during hours from dusk to dawn each day and as otherwise required.

2.  Protect structures, utilities, and other facilities from damage caused by settlement, lateral movement, undermining, washout and other hazards created by Contractor's operations.

3.  Consult Engineer and obtain his approval before removing or disturbing pipes, structures, or other facilities that are encountered on the line of the excavation.

4.  Structures, utilities, sidewalks, pavements and other facilities removed or disturbed shall be replaced to their original condition, unless otherwise shown, specified or directed.

D.  Dust Control: Contractor shall conduct all of his operations and maintain the area of his activities, including sweeping and sprinkling of roadways, so as to minimize creation and dispersion of dust. In addition, Contractor shall be responsible for controlling dust caused by his operation of vehicles and equipment, clearing or for any reason whatever, in accordance with Section 01560 - Environmental Controls.

E.  Odor Control: As an odor abatement measure, cover, at the end of each work day, all areas of organic or odorous material which were exposed during excavation with a minimum 6-in and a maximum 24-in deep of clean fill. Excavated organic or odorous material shall be immediately removed off-site and shall not be stockpiled on-site.

F.  Roadways and Walks: Unless otherwise approved by Engineer, excavated material and materials of construction shall be so deposited, and the Work shall be so conducted, as to leave open and free for vehicular traffic a roadway not less than 10 feet in width. All hydrants, valves, and other facilities which may require access during construction shall be kept accessible for use. During the progress of the Work, Contractor shall maintain such roadways in satisfactory condition and the Work shall at all times be so conducted as to cause a minimum of inconvenience to the Owner and Pedestrians.

## PART 2 - PRODUCTS

## 2.1  GENERAL REQUIREMENTS FOR ALL FILL MATERIAL

A.  All fill material shall be free of refuse and vegetable matter, frozen material and other objectionable material.

B.  Excavated materials meeting these requirements and the requirements stipulated below for the appropriate type of fill material shall be used when approved by the Engineer. Otherwise the Contractor shall excavate, haul and place material from approved off-site sources.

## 2.2  SOIL MATERIALS

A.  Select Fill: Well graded granular material or bank run gravel, free from organic matter. Not more than 80 percent by weight shall pass through a No. 40 sieve; not more than 10 percent by weight through a No. 200 sieve; and 100 percent shall pass a 3-inch square sieve.

B.  General Fill: Soil materials for general backfill and fill shall be free of organics, clay, debris, waste, frozen materials and other deleterious matter and shall conform to the following gradation.

| Sieve Size | Percent Passing by Weight |
|---|---|
| 6-inch | 100 |
| No. 40 | 0-70 |
| No. 200 | 0-15 |

C.  Nonfrost Susceptible Fill:

1.  Nonfrost susceptible fill shall be subbase course, type 4, Item no. 304.05 in accordance with the New York State Department of Transportation.

2.  Fill shall be installed beneath concrete foundation slabs, concrete decking and pavement as shown on the plans or directed by the Engineer.

D.  Crushed aggregate: Shall consist of crushed stone or crushed gravel conforming to the following gradation:

| Sieve Size | Percent Retained on Sieve |
|---|---|
| 3/4-inch | 85-100 (throughout) |

E.  Unsuitable Material: All soils not meeting the requirements of Paragraphs A through D and all organic materials.

## 2.3  CONCRETE MATERIALS

A.  Flowable fill or lean concrete:

Flowable fill shall be low strength concrete, designed and formulated in accordance with ACI 229 "Controlled Low Strength Materials." Flowable fill shall contain cement, fly ash, sand and water. Upon placement, flowable fill shall require no vibration or tamping to achieve 100% consolidation and shall be self-leveling. Flowable fill shall have a wet density of 95 to 110 pounds per cubic foot and shall achieve a 28-day compressive strength of between 50 to 200 psi. Flowable fill shall be Blue Flow Flowable fill as manufactured by Blue Circle Materials, Inc., or approved equal.

## 2.4   SHEETING, SHORING, AND BRACING

A.   Wood Sheeting: Temporary Work: New or used timber meeting the requirements for Douglas Fir Dense Construction grade or Southern Pine No. 2 Dense S3.

B.   Steel Sheeting: Temporary Work: Steel conforming to ASTM A 328. Steel for soldier piles, wales and braces may be new or used and shall conform to ASTM A 36.

C.   Used materials shall be in good condition, not damaged or excessively pitted.


## PART 3 - EXECUTION

## 3.1   INSPECTION

A.   Contractor shall provide Engineer with sufficient time and means to examine the areas and conditions under which excavating, filling, and grading are to be performed. Work shall not proceed until all unsatisfactory conditions have been corrected in a manner acceptable to Engineer.

## 3.2   EROSION CONTROL

A.   General:

1.   In general, the construction procedures outlined herein shall be implemented to ensure minimum damage to the environment during construction.

2.  Whenever possible, access and temporary roads shall be located and constructed to avoid environmental damage. Provisions shall be made to regulate drainage, avoid erosion and minimize damage to vegetation. Special care shall be taken to eliminate depressions that could serve as mosquito pools.

3.  Where areas must be cleared for storage of materials or temporary structures, provisions shall be made for regulating drainage and controlling erosion, subject to Engineer's approval.

4.  In the event of any temporary work stoppage, the Contractor shall take steps to prevent any temporary or permanent environmental damage to the area undergoing construction.

B.  Control Measures:

1.  Temporary measures shall be applied to control erosion and to minimize the siltation of the existing drains, streambeds and natural ponding areas. Such measures shall include but not be limited to the use of berms, baled straw silt barriers, gravel or crushed stone, mulch, grasses, slope drains and other methods. These temporary measures shall be applied to erodible materials exposed by any activities associated with the construction of this Project.

2.  Temporary measures shall be coordinated with the construction of permanent drainage facilities and other work to the extent practicable to assure economical, effective, and continuous erosion and siltation control.

3.  The Contractor shall provide special care in areas with steep slopes. Disturbance of vegetation shall be kept to a minimum to maintain stability. Remove only those trees and shrubs and grasses that must be removed for construction. Protect the rest to preserve their aesthetic and erosion-control values.

4. Install erosion and sediment control practices as specified herein and according to soil conservation standards and specifications. The practices shall be maintained in effective working condition during construction and until the drainage area has been permanently stabilized.

5. Temporarily stabilize each segment of graded or otherwise disturbed land, including the sediment-control devices not otherwise stabilized by seeding and mulching or by mulching alone.

## 3.3 EXCAVATION

A. General:

1. Contractor shall perform all excavation required to complete the Work as shown and specified. All material excavated shall be nonclassified. It shall include all materials such as earth, sand, clay, gravel, hardpan, boulders, organic materials, rock, rubbish and all other materials within the excavation limits.

2. Excavations shall be open type, shored and braced where necessary to prevent injury to workmen and to new and existing structures or pipelines.

3. All excavations shall be made in the dry.

4. Dispose of excavated material and waste materials as specified herein.

B. Pipeline Excavation:

1. Pipe trenches shall not be excavated below the pipe bottom except where unsuitable material is encountered.

2. Trench width shall be minimized to greatest extent practical, but shall conform to the following:

a. Sufficient to provide room for installing, jointing and inspecting piping, but in no

concrete has attained sufficient strength to withstand the soil and superimposed loads.

## 3.5   BACKFILL AND COMPACTION

A.   Fill excavations as promptly as Work permits, but not until completion of the following:

    1.   Acceptance by Engineer of all Work within the excavation.

    2.   Inspection, testing approval, and recording of locations of underground utilities, connections, branches, structures and other facilities.

    3.   Removal of temporary shoring and bracing, and backfilling of voids with satisfactory materials.

    4.   Removal of trash and debris.

B.   Excavation shall be kept dry during backfilling operations. Backfills around piping and structures shall be brought up evenly on all sides.

C.   All backfill shall be placed in layers not exceeding 6 inches in thickness, and each layer shall be compacted as specified below.

D.   All structures and pipe trenches shall be backfilled with the type of material listed below except where shown otherwise on the Contract Drawings.

| Type of Backfill | Location |
|---|---|
| Select Fill | Replacement of unsuitable material removed below bottom slabs of structures, below pipe beddings, and where shown on the drawing. |
| Nonfrost Susceptible Fill | In locations shown on the drawings. |
| Crushed Stone or Gravel | In locations shown on the drawings. |
| General Fill | In all locations not enumerated above. |

E.   Backfill above and adjacent to pipe, and adjacent to buildings and walls shall be compacted by lightweight equipment, such as "walk behind" vibratory plate compactors. Heavy self-propelled compactors shall not be used until the following criteria are met:

1.   A minimum of 18 inches of compacted backfill has been placed above the top of the pipe.

2.   Area to be compacted is a minimum distance of three pipe diameters away from the adjacent pipe.

3.   Area to be compacted is a minimum of 10 feet from building walls.

F.   Hydro hammers or "jumping jack" hammers shall not be used above pipes until a minimum of 3 feet of backfill has been placed and compacted.

G.   Compaction Density Requirements:

1.   Unless otherwise noted, the degree of compaction required for all types of fills shall be 95 percent in accordance with ASTM D 1557 (Modified Proctor Test). Material shall be moistened or aerated as necessary to provide the moisture content that will facilitate obtaining the specified compaction.

2.   Nonfrost-susceptible fill shall be compacted with a vibratory plate compactor or vibratory rolling compactor. Three complete passes shall be made on each 6-inch thick loose layer. Such pass shall overlap the adjacent previously compacted area a minimum of 20%. Density requirement for nonfrost-susceptible fill will be considered satisfactory upon completion of compaction.

3.   The Contractor shall notify the Engineer a minimum of 24 hours prior to starting any compaction operation.

4.   Field density tests shall be made by an independent testing laboratory employed by the Contractor to determine the actual density attained in each layer of fill. No fill shall be placed over a layer which has not been tested and

approved. Should these tests indicate that the density of any layer of fill or portion thereof is below the required density, the particular layer or portion thereof shall be reworked until the required density has been obtained. Field density test procedures shall conform with ASTM D2167, ASTM D1556, or ASTM D2922. All final test results shall be submitted to the Engineer for review. At least one test per lift or one test per 50 yards placed shall be performed, whichever is greater.

5. The moisture content of the fill material shall be at or slightly below the optimum moisture content for the soils being utilized during the entire time when the compactor is working on the fill. If, in the opinion of the Engineer, the fill is too dry for proper compaction, the Contractor shall spray the fill with a sufficient quantity of clean water to bring the fill layer to the proper moisture content. No compactive effort shall be made if the fill is significantly above the optimum moisture content, unless specifically approved by the Engineer.

6. No fill material shall be placed, spread or compacted while the ground or fill is frozen or thawing or during unfavorable weather conditions. When work is interrupted, fill operations shall not be resumed unless the moisture content and density of the fill are as previously specified. The fill surface must be made smooth and free from ruts or indentations at the end of any working day when any significant precipitation is forecast and/or at the completion of the compaction operations in that area, in order to prevent saturation of the fill material.

H. Contractor shall repair, at no additional cost to Owner, after settlement that occurs. He shall make all repairs and replacements necessary within 30 days after notice from the Engineer.

## 3.6 GRADING

A. Uniformly grade areas within limits of the Work, including adjacent transition areas. Smooth subgrade

surface within specified tolerances, compact with uniform levels or slopes between points where elevations are shown, or between such points and existing grades.

B.   Turfed Areas: Finish areas to receive topsoil to within not more than 1-inch above or below the required subgrade elevations.

C.   Slabs: Grade smooth and even, free of voids, compacted as specified, and to required elevation. Provide final grades within a tolerance of 1/4-inch when tested with a 10-foot straightedge.

D.   Compaction: After grading, compact subgrade surfaces to the depth and percentage of maximum density required.

## 3.7   DISPOSAL OF EXCAVATED MATERIALS

A.   No excavated materials suitable for common or select fill shall be removed from the site or disposed of by the Contractor except as directed by the Engineer. Materials shall be neatly piled at designated locations on-site.

B.   Organic material and material which does not conform to the requirements for backfill shall be disposed of in compliance with these specifications.

C.   Contractor shall not dump soil onto those areas designated as wetlands or waterways. Contractor shall not stockpile or store spoil, materials, tools or equipment on or near wetlands and waterways.

+ + END OF SECTION + +

NO TEXT ON THIS PAGE

# SECTION 02429

# DRAINAGE STRUCTURES

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A.   Scope: Contractor shall furnish all labor, material, equipment and incidentals, necessary to provide all precast concrete drainage structures including catch basins, splash pads, dry wells, blowoff pits, leaching pools and similar structures as shown, specified, and otherwise required to complete the Work.

B.   General:

1.   Structures shall conform in shape, size, dimensions, materials, and other respects to the details shown on the drawings.

C.   Related work Specified Elsewhere:

1.   Section 02200, Earthwork.

2.   Section 03200, Reinforcing Steel.

3.   Section 03300, Cast-In-Place Concrete.

4.   Section 04100, Mortar.

5.   Section 05504, Miscellaneous Metal Fabrications.

6.   Section 05540, Castings.

7.   Division 18, Sections on Piping.

### 1.2 QUALITY ASSURANCE

A.   General

1.   The Contractor shall give the Engineer 24-hours written notice plus travel time prior to the commencement of any manufacturing process or testing procedures for precast concrete catch basins or other precast concrete product.

2. At the point of manufacture and after delivery to the site, the Engineer reserves the right to inspect and test all precast concrete products.

3. In addition, at the place of manufacture of precast concrete products, the Engineer reserves the right at all times:

   a. To inspect the materials, the processes of manufacture, and the records of analysis and tests.

   b. To select test specimens.

4. All precast concrete products delivered to the site shall be clearly marked at the factory with the date of manufacture and the manufacturer's identification. Omission of this information may be cause for rejection of the catch basin.

B. Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified:

   1. ASTM C 32, Sewer and Manhole Brick (made from clay or shale).

   2. ASTM C 139, Concrete Masonry Units for Construction of Catch Basins and Manholes.

   3. ASTM C 140, Sampling and Testing Concrete Masonry Units.

   4. ASTM C 207, Hydrated Lime For Masonry Purposes.

   5. ASTM C 478, Precast Reinforced Concrete Manhole Sections.

## 1.3   SUBMITTALS

A. Samples: Submit for approval samples of brick, block and accessories, if any, for the structures.

B. Shop Drawings: Submit for approval Shop Drawings showing design and construction of all precast concrete including, but not limited to, the following:

   1. Size and spacing of steel reinforcement.

2.   Wall and slab thicknesses.

3.   Concrete cover over steel reinforcement.

4.   Concrete mix design including design compressive strength.

5.   Catch basin frame dimensions.

6.   Height of frame and leveling course.

7.   Grade elevation at each catch basin, dry well and blowoff pit.

8.   Certificates of compliance with the referenced specifications.


# PART 2 - PRODUCTS

## 2.1   PRECAST PRODUCTS

A.   Where shown or otherwise approved by the Engineer, precast concrete shall be used for items such as catch basins, splash pads, dry wells, blowoff pits, leaching pools, etc. Layout and details shall be as shown and specified.  Design shall be adequate to withstand all loads imposed including earth pressure, vehicle loads and construction loading.

B.   Catch basins, dry wells, blowoff pits and leaching pools shall be of sufficient strength to safely support an AASHTO H-20 loading.  All steel reinforcement shall meet the requirements as specified in Section 03200, Reinforcing Steel.  All concrete shall meet the requirements of Section 03300, Cast-In-Place concrete.

C.   Catch basins, dry wells, blowoff pits and leaching pools shall be provided with circular openings at the proper locations and elevations for all pipe connections.  The space around each pipe connection shall be sealed with mortar.  Mortar shall be as specified in Section 04100, Mortar, except Portland cement shall meet the requirements of ASTM C 150, Type II.

2.2   **MISCELLANEOUS METALS**

A.   Metal frames, covers, grates, troughs, steps and similar required items shall be provided as shown and in accordance with Division 5 - Metals.

**PART 3 - EXECUTION**

3.1   **PREPARATION**

A.   All excavation, shoring and dewatering required for the construction of drainage structures shall be performed in accordance with Section 02200, Earthwork.

B.   Excavation shall be to the required depth. Over-excavated areas shall be backfilled with select fill material properly compacted as specified in Section 02200, Earthwork.

3.2   **INSTALLATION**

A.   Set drainage structures at the proper elevation with proper bearing on a suitable foundation. Catch basins, dry wells, blowoff pits and leaching pools shall be level and orientated to receive all incoming and outgoing pipes.

B.   Brick stacks shall be used for all precast structures where required. They shall be a maximum of 12 inches in height, constructed on the top surface on which the frame will be placed. The brick stack shall bring the frame to the proper grade.

C.   Brick shall be satisfactorily wet when being laid and each brick shall be laid in mortar so as to form full bed, end and side joints in one operation. The joints shall not be wider than 3/8 inch, except when the bricks are laid radially, in which case the narrowest part of the joint shall not exceed 1/4 inch.

D.   An approved watertight joint shall be provided for each pipe entering and exiting each catch basin, dry well and blowoff pit.

+ + END OF SECTION + +

# SECTION 02430

# DRAINAGE PIPING

## PART 1 - GENERAL

### 1.1 SUMMARY

A.  Scope:

1.  Contractor shall furnish all labor, materials, equipment and incidentals as shown on the Contract Drawings, specified and required to install and place in satisfactory service high density polyethylene (HDPE) corrugated drainage pipe, fittings and specials.

2.  The extent of piping is shown on the Contract Drawings and in the schedules following Division 18.

B.  Coordination: Review installation procedures under other Sections and Contracts and coordinate with the Work that is related to this Section.

C.  Related Work Specified Elsewhere:

1.  Division 18, Sections on Piping, Valves and Appurtenances.

### 1.2 QUALITY ASSURANCE

A.  Source Quality Control: Obtain each type of pipe and fittings from one manufacturer.

B.  Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified.

1.  ASTM D 1598, Test Method for Time-to-Failure of Plastic Pipe Under Constant Internal Pressure.

2.  ASTM D 1599, Test Method for Short-Time Hydraulic Failure Pressure of Plastic Pipe, Tubing and Fittings.

3. ASTM D 1784, Rigid Poly (Vinyl Chloride) PVC Compounds and Chlorinated Poly (Vinyl Chloride) PVC Compounds.

4. ASTM D 1785, Poly (Vinyl Chloride) (PVC) Plastic Pipe, Schedules 40, 80 and 120.

5. ASTM D 2122, Determining Dimensions of Thermoplastic Pipe and Fittings.

6. ASTM D 2467, Socket-Type Poly (Vinyl Chloride) (PVC) Plastic Pipe Fittings, Schedule 80.

7. ASTM D 2564, Solvent Cements for Poly(Vinyl Chloride) (PVC) Plastic Pipe and Fittings.

8. ASTM D 2774, Underground Installation of Thermoplastic Pressure Piping.

9. ASTM F 405, Standard Specification for Corrugated Polyethylene Pipe and Fittings.

10. ASTM F 667, Standard Specification for Large Diameter Corrugated Polyethylene Pipe and Fittings.

11. ASTM D 2321, Standard Practice for Underground Installation of Thermoplastic Pipe for Sewers and Other Gravity Flow Applications.

12. Standard No. 14, National Sanitation Foundation.

13. American National Standards Institute (ANSI).

C. Shop Tests: Piping manufacturer shall maintain a continuous quality control program. All PVC materials used to manufacture pipe and fittings under this Section shall be tested for conformance to the requirements of ASTM D 1784. Contractor shall furnish the Engineer with certified test results.

## 1.3   SUBMITTALS

A. Shop Drawings: Submit for approval the following:

1. Detailed procedures to be used in jointing and installing piping system, including manufacturer's recommendations.

2. Bill of materials indicating material composition of pipe, pressure rating, nominal size and its location on the piping installation drawings.

3. Submit this data with shop drawings required under Section 18051 and 18052.

B. Tests: Submit description of proposed testing methods, procedures and apparatus. Submit copies of all test reports.

C. Certificates: Submit certificates of compliance with referenced standards.

## 1.4 PRODUCT DELIVERY, HANDLING AND STORAGE

A. Refer to Sections 18051 and 18052.

B. Storage: All Pipe materials shall be stored off the ground in an area approved by the engineer. Do not store pipe in sunlight.

## PART 2 - PRODUCTS

## 2.1 IDENTIFICATION

A. All pipe line materials shall be permanently marked with the following:

1. Name of manufacturer.

2. Date of manufacture.

3. Operating design pressure at operating design temperature.

4. Mark number to match Shop Drawings.

5. Type of pipe and nominal size.

6. Manufacturer's part number.

## 2.2 CORRUGATED HDPE GRAVITY DRAIN PIPE

A. All high density polyethylene (HDPE) drain pipe, unless otherwise shown, shall be corrugated, gravity, smooth wall pipe in accordance with ASTM F 405. Pipe shall

exhibit a Manning's flow coefficient of 0.012, at a maximum. The pipe shall exhibit a minimum pipe stiffness of 40 psi and shall be rated for H-20 and E80 live loads at a burial depth of 24 inches below grade, in accordance with AASHTO procedures.

B.   HDPE fittings shall be manufactured to the same standards as piping. Loading criteria for fittings shall meet standards established for piping.

C.   Piping runs and fittings shall be coupled with factory-fabricated couplers, equipped with neoprene gaskets at each face. The couplers shall be equipped with coupling bands at each end and shall be installed and torqued to manufacturer's specifications and recommendations.

D.   Immediately after the pipe is brought to final position, it shall be thoroughly secured and properly bedded, and ample support shall be provided to prevent settlement or disturbances. If a laying box is employed in lieu of sheeting, care should be exercised to prevent disturbing the bedding and position of pipe when moving the box.

E.   Manufacturer:

    1.   Advanced Drainage Systems, Inc.

    2.   Or approved equal.


**PART 3 - EXECUTION**

**3.1   INSPECTION**

A.   The Contractor shall inspect all piping to ensure that piping is free of defects in material and workmanship. The compatibility of all pipe, fittings and coating shall be verified.

**3.2   INSTALLATION**

A.   General: Refer to Sections 18051 and 18052 for piping installation, testing, cleaning and acceptance.


+ +   END OF SECTION   + +

**SECTION 02447**

**FENCING**

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A.   Scope:

   1.   Contractor shall furnish all labor, materials, equipment and incidentals, required to provide fencing as shown and specified.

   2.   The extent of fencing is shown on the Drawings.

   3.   The type, of fencing and appurtenances include the following:

      a.   Galvanized fencing systems.

      b.   Swing gates.

      c.   Accessories and fittings.

B.   Related Work Specified Elsewhere:

   1.   Section 02110, Clearing.

   2.   Section 03300, Cast-In-Place Concrete.

### 1.2 QUALITY ASSURANCE

A.   Erector Qualifications: Erector must be a firm experienced in the erection of fencing of the type specified and approved by the manufacturer.

B.   Design Criteria: Comply with the standard of the Chain Link Fence Manufacturer's Institute for "Galvanized Steel Chain Link Fence Fabric" and Federal Specification RR-F-191/1A, unless otherwise shown or specified.

C.   Source Quality Control: Provide each type of fence and gate as a complete unit produced by a single manufacturer, including necessary erection accessories, fittings and fastenings.

D.  Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified:

1.  ASTM A 120, Specification for Black and Hot-Dipped Zinc-Coated (Galvanized) Welded and Seamless Steel Pipe of Ordinary Used.

2.  ASTM A 153, Specification for Zinc Coating (Hot-Dip) on Iron and Steel Hardware.

3.  ASTM A 392, Specification for Zinc-Coated Steel Chain-Link Fence Fabric.

4.  ASTM D 412, Tension Testing of Vulcanized Rubber.

5.  ASTM D 746, Test for Brittleness Temperature of Plastics and Elastomers by Impact.

6.  ASTM D 792, Tests for Specific Gravity and Density of Plastics by Displacement.

7.  ASTM D 2240, Test for Indentation Hardness, of Rubber and Plastic by Means of Durometer.

8.  ASTM G 23, Light and Water Exposure Apparatus (Carbon-Arc Type) for Exposure of Nonmetallic Materials.

9.  Chain Link Fence Manufacturer's Institute, Galvanized Steel Chain-Link Fence Fabric.

10. Federal Specification, RR-F-191/1A, Fencing, Wire and Post, Metal (Chain-Link Fence Fabric).

## 1.3  SUBMITTALS

A.  Samples: Submit for approval samples approximately 6 inches long, or 6-inch square of fabric material, framework members, and typical accessories, in a full range of manufacturer's standard and custom colors. Engineer's review will be for color and texture only. Compliance with all other requirements is the exclusive responsibility of the Contactor.

B.    Shop Drawings:

    1.    Submit for approval Shop Drawing, for fences and gates, including plan layout and details illustrating fence height, location and sizes of posts, rails, braces, gates, and footings, hardware list and erection procedures.

    2.    Submit for approval copies of manufacturer's, technical data test reports on physical properties, and installation instructions for steel fences and gates.

## 1.4   PRODUCT DELIVERY, STORAGE AND HANDLING

A.    Delivery of Materials: Deliver material in manufacturer's original packaging with all tags and labels intact and legible.

B.    Handling of Materials: Handle and store material in such manner as to avoid damage.

## 1.5   GUARANTEE

A.    Furnish manufacturer's written 10-year guarantee against cracking and peeling of the vinyl coating, and rusting of the metal.

## PART 2 - PRODUCTS

## 2.1   GENERAL

A.    Pipe sizes specified are commercial pipe sizes.

B.    Tube sizes specified are nominal outside dimension.

C.    Roll-formed section sizes are the nominal outside dimensions.

D.    Finish for Framework and Appurtenances: Furnish the following finishes for steel framework and appurtenances:

    1.    Galvanized finish with minimum weights of zinc as follows:

    a.    Pipe: ASTM A 120, Schedule 40, 1.8 ounces zinc per square foot.

    b.    Hardware and Accessories: ASTM A 153, zinc weight per Table I, Federal Specification RR-F-191/1A.

## 2.2   FABRIC

A.    Furnish chain link fabric as follows:

    1.    One-piece fabric widths, for fence heights up to 12 feet.

        a.    No. 9-gauge wires.

    2.    2-inch mesh.

    3.    Top selvages twisted and barbed and bottom selvage knuckled for fabric over 60 inches high.

    4.    Galvanized finish with not less than 1.8 ounces zinc per square foot complying with ASTM A 392, Class II.

## 2.3   POSTS, RAILS AND BRACES

A.    End, Corner, and Pull Posts: Furnish end, corner, and pull posts of the minimum sizes and weights as follows:

    1.    6 feet and under fabric height:

        a.    2.375 inches OD pipe weighing 3.65 pounds per linear foot.

    2.    6 feet to 12 feet fabric height:

        a.    2.875 inches OD pipe weighing 5.79 pounds per linear foot.

B.    Line Posts: Furnish line posts of the minimum sizes and weights as follows. Space posts 10 feet on centers maximum, unless otherwise shown.

1.  6 feet and under fabric height:

    a.  1.90 inches OD pipe weighing 2.72 pounds per linear foot.

2.  Over 8 feet fabric height:

    a.  2.875 inches OD pipe weighing 5.79 pounds per linear foot.

C.  Gate Posts: Furnish gate posts for supporting single gate leaf, or one leaf of a double gate installation, for nominal gate widths as follows:

1.  Up to 6 feet wide:

    a.  2.875 inches OD pipe weighing 5.79 pounds per linear foot.

2.  Over 6 feet and up to 12 feet wide:

    a.  4 inches OD pipe weighing 9.11 pounds per linear foot.

3.  Over 12 feet and up to 19 feet wide:

    a.  6.625 inches OD pipe weighing 18.97 pounds per linear foot.

4.  Over 19 feet and up to 23 feet wide:

    a.  8.625 inches OD pipe weighing 28.55 pounds per linear foot.

D.  Top and Bottom Rails: Furnish top and bottom rails, unless otherwise shown, of the following:

1.  1.660-inch OD pipe weighing 1.80 pounds per linear foot.

2.  Furnish in manufacturer's longest lengths, with expansion type couplings, approximately 6 inches long, for each joint. Provide means for attaching the top rail securely to each gate, corner, pull, and end post.

E.   Center Rails Between Line Posts: Furnish center rails between line posts where indicated, consisting of 1.660-inch OD pipe weighing 1.80 pounds per linear foot.

F.   Post Brace Assembly: Furnish bracing assemblies at end and gate posts at both sides of corner and pull posts, with the horizontal brace located at mid-height of the fabric.

   1.   Use 1.660-inch OD pipe weighing 1.80 pounds per linear foot for horizontal brace and 3/8-inch diameter rod with turnbuckle for diagonal truss.

G.   Tension Wire: Furnish tension wire consisting of aluminized or PVC coated 7-gauge coiled spring wire.

   1.   Locate at bottom and top of fabric as shown on the Contract Drawings.

H.   Post Tops: Pressed steel, wrought iron, or malleable iron, designed as a weathertight closure cap, for tubular posts.  Furnish one cap for each post unless equal protection is afforded by combination post top cap and barbed wire supporting arm, where barbed wire is required.

   1.   Furnish caps with openings to permit through passage of the top rail.

I.   Stretcher Bars: One piece lengths equal to full height of fabric, with a minimum cross section of 3/16 inch by 3/4 inch.  Provide one stretcher bar for each gate and end post, and two for each corner and pull post, except where fabric is integrally woven into the post.

J.   Stretcher Bar Bands: Steel, wrought iron, or malleable iron, spaced not over 15 inches on center to secure stretcher bars to end, corner, pull, and gate posts.

   1.   Bands may also be used with special fittings for securing rails to end, corner, pull and gate posts.

K.   Barbed Wire Supporting Arms: Furnish dressed steel barbed wire supporting arms, complete with provisions for anchorage to posts and attaching three rows of

barbed wire to each arm.  Supporting arms shall be 13-inches high and integral with post top weather cap. Arms shall be furnished as shown on the Contract Drawings.

L.    Barbed Wire: Furnish 2-strand, 11-gauge wire with 14-gauge, 4-point barbs spaced 5 inches on center, as follows:

    1.    Galvanized and PVC coated, per manufacturer's standards.

## 2.4   MISCELLANEOUS MATERIALS AND ACCESSORIES

A.    Wire Ties: For tying fabric to line posts, use 9-gauge wire ties spaced 12 inches on center.  For tying fabric to rails and braces, use 9-gauge wire ties spaced 24 inches on center.  For tying fabric to tension wire, use 11-gauge hog rings spaced 24 inches on center. Finish of ties to match fabric finish.

    1.    Manufacturer's standard procedure will be accepted if of equal strength and durability.

B.    Concrete: Provide concrete as specified in Section 03300, Cast-In-Place Concrete.

## PART 3 - EXECUTION

## 3.1   INSPECTION

A.    Contractor and his installer must examine the conditions under which the fence and gates are to be installed and notify the Engineer in writing of conditions detrimental to the proper and timely completion of the Work.  Do not proceed with the Work until unsatisfactory conditions have been corrected in a manner acceptable to the Engineer.

## 3.2   PREPARATION

A.    Do not begin fence installation and erection before the final grading is completed, with finish elevations established.

## 3.3   SITE SECURITY

A.   During replacement of existing fencing, the Contractor shall demolish or remove only the amount of fencing which can be constructed during that same day. Fencing around the entire site shall remain continuous at the end of each working day.

B.   Should construction operations prevent new fencing from being installed during the same day as existing fencing is removed in the same location, the Contractor shall provide a temporary 6-foot high construction fence to secure the site, or at the Contractor's option, the Contractor may provide security personnel to monitor and secure the site during times when construction is not taking place, specifically during night hours.

## 3.4   INSTALLATION

A.   Excavation: Drill holes of diameters and spacings shown, for post footings in firm, undisturbed or compacted soil.

   1.   Unless otherwise indicated, excavate hole depths approximately 3 inches lower than the post bottom, with bottom of posts set not less than 36 inches below the surface when in firm, undisturbed soil.

      a.   Spread soil from excavations uniformly adjacent to the fence line, or on adjacent areas of the site, as directed.

   2.   When solid rock is encountered near the surface, drill into rock at least 12 inches for line posts and at least 18 inches for end, pull, corner, and gate posts.  Drill hole at least 1-inch greater diameter than the largest dimension of the post to be placed.

      a.   If solid rock is below soil overburden, drill to full depth required, except penetration into rock need not exceed the minimum depths specified above.

B.   Setting Posts: Remove loose and foreign materials from sides and bottoms of holes, and moisten soil prior to placing concrete.

    1.   Center and align posts in holes 3 inches above bottom of excavation.

    2.   Place concrete around posts in a continuous pour, and vibrate or tamp for consolidation.  Check each post for vertical and top alignment, and hold in position during placement and finishing operations.

    3.   Trowel finish tops of footings, and slope or dome to direct water away from posts.  Extend footings for gate posts to the underside of bottom hinge. Set keeps, stops, sleeves and other accessories into concrete as required.

    4.   Keep exposed concrete surfaces moist for at least 7 days after placement, or cure with membrane curing materials, or other acceptable curing method.

    5.   Grout posts set in sleeved holes, concrete constructions, or rock with grout, as specified in Section 03300, Cast-In-Place Concrete.

C.   Concrete Strength: Concrete must attain at least 75 percent of its minimum 28-day compressive strength, but in no case sooner than 7 days after placement, before rails, tension wires, or fabric is installed. Do not stretch and tension fabric and wires, and do not hang gates until the concrete has attained its full design strength.

    1.   Take samples and test concrete to determine strength as specified in Section 03300, Cast-In-Place Concrete.

D.   Top Rails: Run rail continuously through post caps or extension arms, bending to radius for curved runs. Provide expansion couplings as recommended by fencing manufacturer.

E.   Center Rails: Provide center rails only where shown. Install in one piece between posts and flush with post

on fabric side, using special offset fittings where necessary.

F.  Brace Assemblies: Install braces so posts are plumb when diagonal rod is under proper tension.

G.  Tension Wire: Install tension wires by weaving through the fabric and tying each post with not less than 6-gauge galvanized wire, or by securing the wire to the fabric.

H.  Fabric: Leave approximately 2 inches between finish grade and bottom selvage, except where bottom of fabric extends into concrete.  Pull fabric taut and tie to posts, rails, and tension wires.  Install fabric on security side of fence, and anchor to framework so that fabric remains in tension after pulling force is released.

I.  Repair coatings damaged in the shop or during field erection by recoating with manufacturer's recommended repair compound, applied per manufacturer's direction.

J.  Stretcher Bars: Thread through or clamp to fabric 4 inches on center, and secure to posts with metal bands spaced 15 inches on center.

K.  Gates: Install gates plumb, level, and secure for full opening without interference.  Install ground-set items in concrete for anchorage, as recommended by the fence manufacturer.  Adjust hardware for smooth operation and lubricate where necessary.

L.  Tie Wires: Use U-shaped wires conforming to diameter of pipe.  Clasp pipe and fabric firmly with ends twisted at least two full turns.  Bend ends of wire to minimize hazard to persons or clothing.

M.  Fasteners: Install nuts for tension band and hardware bolts on side of fence opposite fabric side.  Peen ends of bolts or score threads to prevent removal of nuts.

## 3.5   ADJUSTMENT AND CLEANING

A.  Adjust all fencing and gates and leave in good working condition.

B.   Repair or replace any broken or bent components as directed by the Engineer.

C.   Protect gates and fencing from construction traffic until acceptance of the Work.

+ + END OF SECTION + +

NO TEXT ON THIS PAGE

# SECTION 02485

## GRASS RESTORATION

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A.  Scope:  The contractor shall furnish all labor, materials and equipment necessary to restore grass areas disturbed by the construction. The limits of restoration will be determined by the Engineer. Disturbance of grass areas shall be kept to a minimum during construction.

B.  In the event that seeding restoration fails or is not feasible due to season, the Contractor shall be required to restore the grass areas with sod.

C.  Related Work Specified Elsewhere:

1.  Section 02200, Earthwork

### 1.2 SUBMITTALS

A.  General:  Submit shop drawings in accordance with Section 01342 of the Contract Specifications.

B.  The Contractor shall submit certificates of materials compliance before delivery of material for the following items:

a.  Topsoil

b.  Seed

c.  Fertilizer (10-6-4)

d.  Limestone

e.  Mulch

# PART 2 - PRODUCTS

## 2.1   TOPSOIL

A.   The topsoil shall consist of a fertile, friable, natural top soil of loamy character, without admixtures of subsoil, uniform in quality and shall be free from refuse of any nature, hard clods, stiff clay, sods, hard pan, pebbles larger than 3/4 inch in diameter, coarse sand, noxious weeds, sticks, brush, or other rubbish.

B.   The topsoil shall be taken from a well drained, arable site, preferably one which has been under cultivation at least 5 years previous to the time of removal.

C.   The topsoil shall contain not less than 5 percent nor more than 20 percent organic matter, as determined by loss on ignition of oven-dried samples. The samples shall be thoroughly oven-dried to constant weight at a temperature of 221 degrees F.

D.   The Hydrogen Ion value of all topsoil shall be not less than 5 and not more than 7. After the testing of the samples of material, if the loam is found to be unsatisfactory for the intended use, the Engineer may require that the Contractor, without additional compensation, add to the top soil proposed by him for use, lime, particular fertilizer or particular humus, as directed in order to make the topsoil suitable.

E.   Mechanical Analysis: The sieve analysis on an oven-dried sample shall be as follows:

| Sieve Size | % Passing by Weight |
| --- | --- |
| 1 inch | 100 |
| 1/4 inch | 97-100 |
| # 100 | 40-60 |
| # 200 | 40-60 |

F.   Topsoil available on site which meets the specified requirements may be utilized with the permission of the Engineer. The Engineer may require that the Contractor, without additional compensation, add to the topsoil proposed by him for use, lime, particular fertilizer or particular humus, as directed in order to make the topsoil suitable.

2.2   **SEED**

A.   General:  Grass seed shall be fresh, recleaned seed of the latest crop. Material other than pure live seed shall comprise only nonviable seed, chaff, hulls, harmless inert matter and shall be free from noxious weeds. The mixture shall have less than one quarter (1/4) of one (1) percent weed content. Seed shall be mixed before delivery and shall consist of the mixture specified and in conformity with the following proportions by weight and meeting with the following standards of seed content. The percentage of purity shown on the label will be acceptable. The percentage of germination shall not be less than the minimum specified.

B.   Mixtures

| Proportions of Mixture | Mixture Tolerance | | Germination Tolerance | |
|---|---|---|---|---|
| | Minus | Plus | Germination | Minus |
| 60% Jaguar Tall Fescue | 3% | 5% | 90% | 6% |
| 25% Omega II Perennial Rye Grass | 3% | 5% | 85% | 7% |
| 15% Classic Kentucky Bluegrass | 3% | 5% | 80% | 7% |

The following brand name mixtures are approved substitutes: Manhattan, Pennfine, N.K. 200 or Norlea in the proper percentages of mixture or any other current approved brand name mixture.

C.   Packaging:  All grass seed shall be delivered in unopened standard size bags of the vendor showing weight, analysis and the name of vendor. It shall be stored in such a manner that its effectiveness will not be impaired.

2.3   **SOD**

A.   Materials

1.   Sod shall be nursery grown and at least two years old. It shall be free of insects, grubs, fungus disease and noxious weeds and shall have a pH value of not less than 6.5.

2. The cultivated sod shall be 100% Merion grass sod.

3. Sod shall be a minimum of 1 inch thick and cut in uniform strips 1 foot by 4 feet minimum. Root development shall be capable of supporting sod during handling, transporting and laying. Sod shall not be installed in strips less than 1 foot in width.

4. Top growth shall be thick and matted. The turf shall be green and growing. Prior to cutting and transporting, the sod shall be well irrigated and have been recently mowed.

5. Native soil on the roots of the sod shall be maintained during process of transplanting.

6. Fertilizers shall be suitable commercial types.

B. Method

1. The surfaces of the areas to be covered with sod shall be trimmed, topsoiled to a minimum depth of 4 inches and graded to one inch below finished elevation by cutting and/or filling, as required, and as directed by the Owner.

2. The sod bed shall be raked and all foreign matter shall be removed and disposed of from the site.

3. Soil amendments and fertilizers shall be evenly spread over the prepared area and thoroughly raked in to incorporate it with the soil. Lime shall be incorporated in the soil at the rate of 50 pounds per 1000 square feet and superphosphate at the rate of 25 pounds per 1000 square feet.

4. Sod shall then be laid and set to the required grade on a reasonably moist bed with joints staggered. It shall be laid smoothly, edge to edge, and all openings plugged with sod. After laying, the sod shall be pressed firmly into contact with the bed by tamping and rolling to eliminate all air pockets and produce a uniform, even surface true to grade.

5. Sod shall be planted within 24 hours from the time of cutting unless tightly rolled or stored (roots to roots) and the stacks kept moist. Storage for a period in excess of five days will, under no circumstance, be permitted. Should the completed sod surface become gullied, eroded, or otherwise damaged, the affected areas shall be re-sodded as required and at the Contractor's expense.

6. The Contractor shall be responsible for proper protection and maintenance of the sodded areas. Where sod fails to grow, the Contractor shall prepare and re-sod these areas at his expense. During dry weather the Contractor shall water the sodded area frequently enough to insure growth.

## 2.4 COMMERCIAL FERTILIZER

A. Composition: Commercial granular fertilizer shall have the following composition by weight: Nitrogen ten (10) percent; Phosphoric Acid six (6) percent; Potash four (4) percent. The Nitrogen shall be fifty (50) percent organic (from organic sources, e.g., fish meal, dried blood, dried manure, activated sewage sludge castor pomace, cottonseed meal, etc.) and fifty (50) percent inorganic. The elements shall be available according to the methods adopted by the Association of Official Agricultural Chemists.

B. Packaging: Fertilizers shall be packed in the manufacturer's standard containers weighing not over one hundred (100) pounds each with the name of the material, net weight of contents and the manufacturer's name and guaranteed analysis appearing on each container.

## 2.5 GROUND LIMESTONE

A. Composition: Ground limestone (calcium carbonate) shall have the following analysis: At least fifty (50) percent shall pass a two hundred (200) mesh sieve; at least seventy (70) percent shall pass a one hundred (100) mesh sieve; and one hundred (100) percent shall pass a ten (10) mesh sieve. Total carbonates shall not be less than eighty (80) percent or 44.8 percent calcium oxide equivalent; for purposes of calculation,

total carbonates shall be considered as calcium carbonate.

B.  Packaging: Ground limestone packed in the manufacturer's standard containers shall weigh not over one hundred (100) pounds each with the name of the material, net weight of contents and the manufacturer's name and guaranteed analysis appearing on each container. Bulk shipments shall be accompanied by a certificate covering the names, weight and analysis as specified herewith for packaged material.

## 2.6  MULCH-WOOD FIBER

A.  General: Wood fiber suitable for use as mulch for seeding shall be processed so that the fibers will remain in uniform suspension in water under agitation and will blend with grass seed, fertilizer, ground limestone and other additives to form a homogenous slurry. It shall have the characteristics which, upon hydraulic application, shall form a blotter-like ground coating with moisture absorption and percolation properties and the ability to cover and hold grass seed in intimate contact with the soil. Wood fiber shall contain no growth or germination inhibiting factors and shall be dyed green. The wood fiber mulch shall be "Superior Fiber" manufactured by Wolbert Master and Assoc. Inc., "Silva Fiber" as manufactured by Weyerhaeusar or equal.

B.  Packaging: Wood fibers shall be supplied in the manufacturer's unopened standard containers weighing not over one hundred (100) pounds each, with the name of the material, net weight of contents, the manufacturer's name and the air dry weight of fiber (equivalent to ten [10] percent moisture) appearing on each container.

## PART 3 - EXECUTION

## 3.1  GENERAL

A.  When permitted by the Engineer, topsoil excavated under other Sections of this Specification shall be reused to provide a six inch layer of topsoil over the areas required to be seeded. If after backfilling of

excavations there are insufficient quantities of top soil conforming to the specified requirements, the Contractor will be required to supply the necessary material to provide a six (6) inch layer of topsoil over the areas to be seeded. Where directed by the Engineer the surface of the subsoil shall be scarified or tilled to a minimum depth of two (2) inches before topsoil or soil is placed to permit bonding of the upper soil layer with the subsoil.

B.    When delays in seeding operations carry the work beyond the specified seasons or when conditions of high winds, excessive moisture or frost are such that satisfactory results are not likely to be obtained for any stage of the work, the Engineer will stop the work. The work shall be resumed with the Engineer's approval when the desired results are likely to be obtained or when approved corrective measures and procedures are adopted.

C.    The Contractor shall be liable for any damage to property caused by seeding operations and all areas disturbed shall be restored to their original conditions to the satisfaction of the Engineer.

D.    One inch of water per week shall be applied on seeded areas for adequate soil saturation as required by weather conditions and as ordered by the Engineer until final acceptance. Watering shall be continued until final payment. Watering shall be done in a manner which will not cause erosion or other damage to the finished surfaces. Any surfaces which become gullied or otherwise damaged shall be repaired to reestablish the grade and conditions of the soil prior to seeding. After the repairs have been made the areas shall be reseeded as specified. Water for seeding is available on site

## 3.2   GRASS SEEDING

A.    Time of Seeding:   Seeding shall be performed from March 1 to April 15 and from August 15 to October 15 unless otherwise approved. The Contractor shall notify the Engineer at least 48 hours in advance of the time he intends to begin seeding and shall not proceed with such work until permission has been granted.

B.   Preparation of Areas:  The areas to be seeded shall be cultivated and cleaned of all vegetative growth to a depth of six (6) inches except as otherwise directed by the Engineer on designated areas where topsoil has been furnished and placed to a depth of six (6) inches immediately prior to seeding. All weeds, roots, stumps, large stones and debris shall be removed. All washouts or other surface irregularities shall be repaired and additional topsoil shall be placed over the area as required until the entire area to be seeded is covered with a minimum of six (6) inch compacted layer of topsoil. The areas to be seeded shall then be rough graded to conform to the proper elevations as directed by the Engineer.

C.   Final Preparations of Seed Bed:  The areas to be seeded shall be cultivated with a disc, rototiller or scarifier to a depth of four (4) inches. The areas shall be smoothly graded to the proper elevations, free from all unsightly ridges, depressions or undue irregularities. Areas to be seeded that cannot be cultivated by mechanical means shall be scarified by hand to attain the degree of smoothness and uniformity of adjacent lawn areas. Any soft areas shall be thoroughly compacted with an accepted roller weighing at least 200 pounds.

1.   All topsoil not used is to be removed and disposed of.

2.   Ground limestone shall be evenly distributed at the rate of one-half (1/2) pound per square yard and worked into the top three (3) inches of the soil during the cultivation required for the final preparation of seed bed.

3.   Commercial fertilizer (10-6-4) as specified shall be evenly distributed at the rate of ten (10) pounds per 1,000 square feet using an approved mechanical spreader and shall be worked into the top one (1) inch of the soil.

4.   In the event that it rains between the time the soil on any area is prepared and before it is seeded by any specified method, the soil on all areas to be seeded shall be completely pulvarized to a depth of one inch as determined, directed and approved by the Engineer.

D.   Sowing Seed

1.   Grass seed shall be sown evenly at the rate of one hundred fifty (150) pounds per acre. All seeding is to be done on dry or moderately dry soil and at times when the wind does not exceed a velocity of five (5) miles per hour.

2.   A mechanical seeder may be used such as a Brillion seeder or equal to distribute the seed. Rolling will not be necessary.

3.   If the grass seed is to be sown by hand the seed shall be evenly distributed and lightly raked into the top (1/4) inch of soil. After seeding and raking, the soil surface is to be rolled with an accepted roller weighting at least two hundred (200) pounds.

E.   Seeding with Erosion Control Fabrics: Erosion control fabrics shall be applied in accordance with the seed manufacturers' instructions as modified, directed and approved by the Engineer.

## 3.3   ESTABLISHMENT OF SEEDED AREAS

A.   The Contractor shall maintain, mow and protect the seeded areas until a uniform stand of grass approximately two and one half (2-1/2) inches high has been obtained (minimum of three cuttings). Any areas which have been damaged or fail to show a uniform stand of grass shall be scarified, refertilized and reseeded with the original seed mixture until all the designated areas are covered with grass.

+ + END OF SECTION + +

NO TEXT ON THIS PAGE

SECTION 02487

PLANTING

PART 1 - GENERAL

1.1 DESCRIPTION

    A.   Scope of Work:

        1.   This section provides for furnishing and planting of trees and shrubs as directed by the Owner, as shown on the Drawings, as stated in Bid Item No. 9, as stated in Section 01020 - Allowances, and as described in these Specifications.

    B.   Related Work Specified Elsewhere:

        1.   Section 01020, Allowances

        2.   Section 02100, Clearing and Grubbing.

        3.   Section 02485, Grass Restoration.

1.2 QUALITY ASSURANCE

    A.   Nomenclature

        1.   The common and scientific names of plants shall be in conformity with the approved names by Standardized Plant Names prepared by the American Joint Committee on Horticultural Nomenclature 1942 Edition or its successor as the American Association of Nurserymen's recognized authority on Botanical Nomenclature.

    B.   Standards

        1.   Plants including root spread and ball size shall be in accordance with the current edition of "USA Standard for Nursery Stock," a code of standards sponsored by the American Association of Nurserymen as modified herein and as otherwise specified.

C.   Inspection

    1.   All trees and shrubs shall be subject to inspection and approval by the Engineer at the growing site, but approval and marking at the growing site shall not obligate the Owner to pay for any tree or shrub until it has been delivered and planted at the planting site in a satisfactory condition.   The removal of nursery stock rejected at the planting site and its replacement in compliance with specifications shall be made at no extra cost to the Owner.

    2.   All plants shall be subject to inspection at any place and at anytime.   The Contractor shall be represented at all inspections.

## 1.3   CERTIFICATIONS

A.   Plant Material

    1.   The Contractor shall be responsible for all certificates of inspection of plant materials which may be required by Federal, State or other authority to accompany shipment of plants. Certificates of Inspection shall be submitted to the Engineer for each shipment of plants at delivery.

    2.   Labeling shall be in accordance with normal nursery labeling practice except that the Contractor shall be required at any time to supply certification of positive identification of any plant species and/or variety in addition to those specified herein.

    3.   The Contractor shall submit certificates of material compliance before delivery of each type of fertilizer and the anti-desiccant to be supplied.

**PART 2 - PRODUCTS**

**2.1   PLANTS**

   A.   General

       1.  Trees and shrubs shall have a normal habit of growth and be typically characteristic of their respective kinds.  When a minimum and maximum size is specified, an average size is required.  Plants shall not be pruned before delivery and no plants shall be cut back from larger sizes to meet the sizes specified.  Plants shall be free from injury.  Plants shall be nursery grown unless otherwise specified and bear evidence of proper nursery care normal to current nursery practice.

   B.   Abbreviations

       Cal. - Indicates the caliper of the trunk of the tree
       B.R. - Indicates plants to be dug with bare roots
       B&B  - Indicates plants to be balled and burlapped
       B&P  - Indicates plants to be balled and platformed
       C.G. - Indicates container-grown plants
       P.G. - Indicates pot-grown plants

   C.   Substitutions

       1.  No change of quantity, size, kind or quality of plants as specified will be accepted except upon written approval by the Engineer.

   D.   Digging and Handling

       1.  Plants shall be dug with care and skill immediately before shipment.  No cold storage plants will be accepted unless approved by the Engineer.  Plants stored temporarily shall be properly heeled in or otherwise protected from injury.  Digging shall avoid all possible injury to, or loss of roots but roots cut shall be cleanly cut.

       2.  After plants are dug their roots shall be protected from injury such as caused by heat, sun, wind and freezing temperatures.  All bare roots of trees, shrubs and vines shall be puddled at the time of

digging unless otherwise approved by the Engineer. Puddling shall be done in a wet clay mixture, of a quality to adhere to all parts of the root system. Roots of bare root plants which have been thoroughly covered at the time of digging with an anti-desiccant will not require puddling. Bare roots shall be further protected by wrapping in wet straw, moss, burlap or other suitable material.

3. Burlap or other equivalent covers shall be placed over plants transported by open trucks or by open freight cars. Doors on closed trucks shall be kept closed to prevent drafts. Shipments made in box cars or closed trucks shall be adequately ventilated to prevent "sweating." The heads of trees shall be tied in carefully to prevent fracturing or breaking the branches. Trunks and branches shall be adequately supported and padded to avoid scraping or bruising.

E. Trees

1. Where ordered by the Engineer to replace a tree over 4 inches in caliper that has been removed to construct the work, the Contractor shall furnish 2-inch to 2-1/2-inch caliper trees B&B and of Specimen Quality from the following approved list:

   a. Zelkova Serrata "Village Green" (Village Green Zelkova)*

   b. Quercus borealis (Northern Red Oak)

   c. Gleditsia triacanthos Inermis "Shademaster" (Shademaster Honey Locust)*

   d. Plantanus acerifolia (London Planetree)

   e. Quercus palustris (Pin Oak)

   f. Tilia cordata "Greenspire" (Greenspire Linden)*

   g. Pyrus calleryana "Bradford" (Bradford Pear)*

    h.    Acer platanoides "Summer Shade" (Summershade Norway Maple)*

*Tree species and variety shall be certified.

The species will be selected by the Engineer during construction. The selection will be based on conformity to existing area planting and availability of the species.

2.    Nursery grown trees shall have no cuts of limbs which are not healing and no cuts over 3/4 inch which have not completely calloused over, no cut back crowns and no abrasions of the bark. The center leader on all major trees shall be intact. Trees must have good fibrous root systems characteristic of the kind. The tops of deciduous trees shall be well formed structurally with reasonably straight trunks and normal spread of crowns.

3.    Specimen Quality trees shall have straight trunks, single leader intact, having a minimum deviation from the vertical which is characteristic of the kind, with well branched, symmetrical tops and with the lower branches 6-7 feet from the ground.

4.    Bare root trees shall not require earth adhering to the roots except as required for puddling.

5.    Balled and burlapped trees shall be properly dug and protected to preserve the natural earth in contract with the roots. No manufactured balls will be accepted. The balls shall be of the required size, firmly wrapped and tied with minimum 3-ply sisal or equal. No balled tree will be acceptable if the ball is cracked or broken.

6.    Balled and platformed trees shall be balled as specified for (B&B) trees. Platforms shall be square or octagonal shaped of a size slightly larger than the diameter of the bottom of the soil mass inserted under each ball by means of ties from the platform corners to the rope collar on top of the ball.

F.   Shrubs

   1.   The quality of balled and burlapped shrubs shall be as specified for (B&B) trees herein.  Shrubs shall have good fibrous root systems.

G.   Container Grown Plants

   1.   The sizes of containers shall be as specified on the Plans or may have a root ball 25 percent less in diameter and depth than that specified for B&B material.  A 15 percent tolerance will be allowed in diameter and depth provided that the volume of the resultant root ball is no less than the volume of the root ball as specified.  This specification is intended to determine the size of the root ball produced from a container and is not to be construed as a determination of the actual dimensions of the container.

   2.   Container grown plants shall exhibit a well rooted condition which is evidenced by the firmness of the ball.  The outside of the ball shall be well netted with healthy working roots which have not been restricted.  Plants shall have been adequately hardened off before shipment.

   3.   Containers shall be of such a shape as to permit easy removal of the plant and shall be rigid enough to maintain the shape of the ball.  No plant will be accepted if the ball is cracked or broken.

## 2.2   TOPSOIL

A.   The topsoil shall consist of a fertile, friable, natural top soil of loamy character, without admixtures of subsoil, uniform in quality and shall be free from refuse of any nature, hard clods, stiff clay, sods, hard pan, pebbles larger than 3/4 inch in diameter, coarse sand, noxious weeds, sticks, brush, or other rubbish.

B.   The topsoil shall be taken from a well drained, arable site, preferably one which has been under cultivation at least 5 years previous to the time of removal.

C.    The topsoil shall contain not less than 5 percent nor more than 20 percent organic matter, as determined by loss on ignition of oven-dried samples. The samples shall be thoroughly oven-dried to constant weight at a temperature of 221 degrees F.

D.    The Hydrogen Ion value of all topsoil shall be not less than 5 and not more than 7. After the testing of the samples of material, if the loam is found to be unsatisfactory for the intended use, the Commissioner may require that the Contractor, without additional compensation, add to the top soil proposed by him for use, lime, particular fertilizer or particular humus, as directed in order to make the topsoil suitable.

E.    Mechanical Analysis: The sieve analysis on an oven-dried sample shall be as follows:

| Sieve Size | % Passing by Weight |
|------------|---------------------|
| 1 inch | 100 |
| 1/4 inch | 97-100 |
| # 100 | 40-70 |
| # 200 | minimum 20% |

## 2.3  FERTILIZER

A.    Composition

    1.    The fertilizer shall be a slow release type contained in polyethylene, perforated bags with micropore holes for controlled feeding. The bags shall contain 4 ounces of soluble fertilizer analysis 16-8-16 minimum per unit to last for 8 years. Minimum guaranteed analysis shall be a fertilizer containing nitrogen, phosphoric acid and potash in the ratio of 16-8-16 with approximately one-half the nitrogen in the ammonium form and one-half in the nitrate form.

    2.    Fertilizer on mulch shall be a mixed granular commercial fertilizer containing nitrogen, phosphoric acid and potash in the ratios of 10-6-4 as specified in Section titled "Seeding and Sodding."

B.    Packaging

    1.    Fertilizer packets shall be packed in the manufacturer's standard containers weighing not over 100 pounds each with the name of the material, net weight of contents and the manufacturer's name and guaranteed analysis appearing on each container.

## 2.4    MULCH

A.    Wood Chips

    1.    Wood chips for mulching plants may be either hardwood or softwood chips as produced by any standard chipping machine. No leaves, young green growth, wood shavings, sawdust or foreign materials which are injurious to plant growth shall be mixed with the chips. Chips shall be 1/8 inch nominal thickness with 50 percent having an area of not less than 1 square inch nor more than size 6 square inches.

B.    Peat Moss

    1.    Peat moss shall be composed of the partly decomposed stems and leaves of any or several species of sphagnum moss. It shall be free from wood, decomposed colloidal residue and other foreign matter. Acidity range: 3.5 pH to 5.5 pH. Water absorbing ability shall be minimum 1100% by weight on an oven-dry basis.

C.    Bedding Mulch

    1.    Shall be composed of shredded cedar bark of medium chip size installed over a weed block unless otherwise directed by the Engineer.

    2.    Product and Manufacturer:

        a.    Western Decorative by Far West Forests, Fair Oaks, California.

        b.    Or equal.

D.  Weed Block

    1.  Shall be Horticulture Fabric made of ultra violet resistant woven Polypropylene weighing 3.3 ounces per square yard.

    2.  Product and Manufacturer.

        a.  Horticulture Fabric style 31211 (Ground cover) by N.Y.P. Corporation, Elizabeth, New Jersey.

        b.  Or equal.

## 2.5  WATER

A.  Water shall be from fresh water sources and free from soil, acids, alkalis, salt or any other substance injurious to plant growth.

## 2.6  PROTECTION OF PLANTS

A.  Stakes for Supporting Trees

    1.  Stakes for supporting trees shall be of white or red cedar wood. Cedar stakes of 8 to 10 feet long shall have a minimum diameter of 2 inches. The maximum diameter of cedar stakes shall not exceed 3 inches and shall have a minimum allowable deflection of 1/2 inch for every 1 foot of length. All stakes shall be sound and free from insects and fungi. Length of stakes shall be as specified unless otherwise approved by the Engineer. Stakes shall be pointed.

B.  Guy Stakes

    1.  Guy stakes used to anchor guy wires which support trees shall be of the quality and sizes required for the operations calling for their use.

C.  Wire

    1.  Wires for guying plants shall be new annealed galvanized wire No. 12 and 10, A.S.&W. gauge as specified an/or as shown on the Standard Details.

D.   Jute Burlap

　　1.   Jute burlap for wrapping trees shall be in 4-inch wide strips and weigh 8 ounces per square yard. Other material shall be as approved by the Engineer.

E.   Paper Wrapping

　　1.   Paper for wrapping trees shall be waterproof paper 30-30-30 kinklecraft or equal in 4-inch strips as approved by the Engineer.

F.   Hose

　　1.   Hose for protecting the bark from the guy wires shall be good quality braided rubber or reinforced materials. Hose shall be at least 3/4" outside diameter.

G.   Twine

　　1.   Twine for use in wrapping trees shall be jute twine not less then 2-ply. Green plastic ties or masking tape as approved by the Engineer will be acceptable. Plastic ties shall be a minimum of 1/2 inch in width and shall have a smooth surface with the ability to stretch as the tree grows.

H.   Anti-desiccants

　　1.   Anti-desiccants shall be emulsions which will provide a protective film over plant surfaces permeable enough to permit transpiration. Acceptable materials shall be wilt-pruf, vanex, or equal.

I.   Tree Wound Dressing

　　1.   Tree wound dressing shall be antiseptic, waterproof, adhesive and elastic such as asphalt, gutta percha and certain oils with a fungicide and which remains tacky for four hours and retains elasticity after setting when tested under the heat of the hand. It shall not contain kerosene coal

tar creosote or other material harmful to the living tissue of the trees.

## PART 3 - EXECUTION

### 3.1   GENERAL

A.   Planting Seasons

    1.   Unless otherwise approved, deciduous material shall be planted between March 1 and May 1, and from October 15 to December 15.   Evergreen material shall be planted from March 1 to May 15 and from August 15 to December 15.   Container grown plants shall be planted from March 1 to May 15 and between August 15 and December 15.

B.   Obstructions

    1.   In the event that rock or other underground obstructions are encountered in excavating plant pits, the pits shall be relocated as ordered by the Engineer.

    2.   In all locations where utilities are located, plant pits shall be dug by hand as ordered by the Engineer.

C.   Delivery

    1.   The Contractor shall give notice to the Engineer at least 48 hours in advance before delivering any plant material, unless otherwise approved.   The Engineer shall be furnished a legible copy of the invoice for every shipment showing sizes and kinds of materials included.

D.   Storage

    1.   All plants shall be properly protected from drying out.   Such protection shall include the time when the plants are in transit, being handled or in temporary storage on the project.   Bare root plants which are not planted immediately upon receipt shall be heeled-in in trenches with the bundles

opened, the plants spaced separately and all roots covered. Balled plants shall have their earth balls protected by earth, wet cloth, straw or may be heeled-in as ordered by the Engineer. Plants not protected as specified which have not been planted within 2 calendar days of delivery shall be rejected unless otherwise approved by the Engineer.

## 3.2   GROUND PREPARATION

A.   Layout

    1.   Locations for plants and outlines of areas to be planted shall be marked out on the ground by the Contractor to the satisfaction of the Engineer before any pits or planting beds are dug.

    2.   The Contractor shall be held responsible for the proper location of each tree as described in the distribution schedule. Any species of tree planted in the wrong location shall be replaced with a new tree in the next succeeding planting season.

B.   Size of Pits

    1.   Unless otherwise specified the minimum diameter of plant pits shall bear the following relation to the spread of roots (or diameter of balls) of the plants to be planted in them. Pit diameter twice the root spread for plants up to and including a 2-foot spread, pit diameter equal to root spread plus 2 feet for root spreads of 2 to 4 feet; pit diameter one and one-half times the root spread for spread of roots over 4 feet. The depth of all pits shall be adequate to permit a minimum of 6 inches of planting soil under all roots and balls.

        a.   In concrete and asphalt areas, the tree pit shall be a minimum length of 48 inches. The width shall be 36 inches.

        b.   In grass areas, the tree pits shall be a minimum 48 inches long and the width shall be a minimum of 48 inches.

    c.   Where undesirable material is encountered in digging the pits, the pits shall be enlarged as approved and backfilled with acceptable material. When planting in wooded areas the Contractor shall cut the existing vegetation or grub out an area twice the size of the plant pit as directed by the Engineer. In planting bed areas existing vegetation shall be removed as directed.

    d.   Before excavating existing tree pits in locations where asphalt and/or stone block exist the Contractor shall, as directed by the Engineer, saw cut the asphalt, remove the stone block and reset the latter after trees are planted.

C.   Drainage

    1.   Where an impervious stratum of soil is encountered during the excavation of plant pits or planting beds, all such soil to a depth as approved shall be removed and backfilled with acceptable material.

D.   Disposal of Excavated Materials

    1.   Topsoil and subsoil excavation from tree pits and planting beds shall be disposed of off the site by the Contractor. Existing topsoil shall not be used for planting unless so described in the Special Conditions.

E.   Planting Beds

    1.   Unless otherwise specified the depth of planting beds for shrubs shall be 18 inches deep. Depth of beds shall be taken from existing grades. Backfill material for planting beds shall be as indicated on the plans.

F.  Planting Soil

1.  Backfill soil for planting shall be topsoil except that for ericaceous plants backfill soil shall be topsoil and peat moss thoroughly mixed in the proportions of 2 to 1 respectively.

G.  Fertilizer

1.  Fertilizer packets as described under "Materials" of this Specification, shall be placed in the plant pits prior to completion of backfilling.  During the entire planting operation the Contractor will not be allowed to use any damaged packets and he shall ensure that all packets remain undamaged. The fertilizer packets shall be placed 6 inches to 8 inches deep as follows:

    a.  Shrubs

    | | |
    |---|---|
    | 12 inches to 23 inches high | 1 packet next to the ball |
    | 24 inches to 35 inches high | 2 packets on opposite sides of the ball |
    | 3 feet to 6 feet high | 3 packets equally spaced around the ball |

    b.  Deciduous Trees

    | | |
    |---|---|
    | 1 inch to 1-3/4 inch caliper | 2 packets on opposite sides of the ball |
    | 2 inches to 2-1/2 inches caliper | 3 packets equally spaced around the ball |
    | 2-1/2 inches to 3 inches caliper | 4 packets equally spaced around the ball |
    | 3-1/2 inches to 4 inches caliper | 5 packets equally spaced around the ball |
    | 4-1/2 inches to 6 inches caliper | 6 packets equally spaced around the ball |

    c.  Evergreens (Excluding Ericaceous Plants (Rhododendrons, etc.)

    | | |
    |---|---|
    | 2 feet to 5 feet high | 2 packets on opposite sides of the ball |
    | 6 feet to 7 feet high | 3 packets equally spaced around the ball |
    | 8 feet to 11 feet high | 4 packets equally spaced around the ball |
    | 12 feet to 17 feet high | 5 packets equally spaced around the ball |

|  | 18 feet to 20 feet high | 6 packets equally spaced around the ball |

d.   Large Shrubs and Small Trees

|  | 6 feet to 9 feet high | 2 packets on opposite sides of the ball |
|  | 10 feet to 14 feet high | 3 packets equally spaced around the ball |

## 3.3   SETTING PLANTS

A.   General

1.   Plants shall be planted below existing grade as directed with a minimum saucer depth of 3 inches and a maximum saucer depth of 6 inches except as otherwise directed by the Engineer in grass areas and other areas where mulch will not be required. Saucer depth shall be in direct proportion to the size of plant. In planting beds, plants shall be planted 3 inches below proposed grade. Ericaceous plants may be required to be planted at existing grade as directed by the Engineer. Backfill material may be either carefully placed into plant pits in layers of approximately 4 inches in depth and firmly tamped before additional material is placed or backfill may be compacted by thorough watering. Regardless of which method is used backfill soil for all plants shall be watered three times prior to mulching, to insure compaction of backfill, and backfill added as necessary.

B.   Balled Plants (B&B, B&P, C.G.)

1.   Root balls are to be planted with backfill carefully tamped or compacted by thorough watering under and around the sides of each ball to fill voids. As directed by the Engineer, burlap, cloth, rope and restraining ties shall be cut and pulled away from the tops of root balls but not removed from the sides of root balls or pulled out from under root balls. Platforms shall be removed.

C.   Bare Root Balls

1. Roots of B&R plants shall be properly spread out in a natural position and backfill soil shall be carefully worked in among them. All broken and frayed roots shall be cleanly cut off.

D. Wrapping

1. Unless otherwise directed, the trunks of all deciduous trees over 1-1/2 inches in caliper shall be wrapped immediately after planting unless otherwise approved. Wrapping shall extend beyond the point where hose and wires pass around the tree trunk. Wrapping shall be a single layer of burlap bandage wound spirally, starting from the base and overlapping 1-1/2 inches. The wrapping shall be tied in place with twine, green plastic ties or masking tape at about 1-foot intervals.

E. Staking, Guying and Anchoring

1. All trees shall be firmly staked or guyed at the time of planting as shown on the Standard Details on the Plans unless otherwise approved. Stakes shall be pointed and shall not injure plant balls. Wires used for tying the trunk to stakes or for guying shall be secured to the tree by passing through a rubber hose to prevent chafing and injury to the trees. Guy wires fastened to guy stakes shall be tightened by driving the stakes, leaving the wires to be twisted for tightening during the period of establishment.

F. Pruning

1. Pruning shall be done as specified and as directed by the Engineer. Deciduous trees and shrubs shall be pruned to reduce the vegetative growth by one third of its total branching unless otherwise directed. Wood removed shall be inferior branches, competing branches, crossing branches and dead and damaged wood. The natural branching habit of the plant shall be adhered to at all times.

2. Container grown trees may be pruned at the time of potting to reduce the length of branches one third to one half. Minor pruning may be required at the time of planting.

3. Trees used in street tree plantings, parking areas and playground areas shall have all branches removed up to a height of 6 feet or as otherwise directed.

4. Tree wound dressing shall be applied on all pruning cuts exceeding one inch on deciduous trees.

G. Mulching

1. Depth of mulch shall be 3 inches. Mulch shall completely cover the areas of all plant pits, planting beds and/or entire planted areas. Mulch shall be wood chips.

2. After planting is completed and as directed by the Engineer, fertilizer (10-6-4) shall be broadcast on all mulch, except mulch on ericaceous plants, at the rate of 0.015 pounds of nitrogen per square foot.

3. The Engineer may direct that mulching be omitted from around plant pits within designated grass areas. Where so directed, the area over the plant pit shall be restored in accordance with Section titled, "Seeding and Sodding," of this Specification.

H. Progress and Sequence of Planting

1. All the provisions of Setting Plants shall be accomplished within 7 calendar days after the plant is set in the pit except that the Engineer shall take into consideration unexpected interruptions in work due to emergencies, storms, etc. severe enough to stop work. Scheduled non-work days such as weekends, holidays, etc. shall not be a reason for extending the 7-day limitation. The sequence of planting shall be as follows:

a. Wrapping, staking or guying and wiring

b. Three waterings to insure compaction of backfill and addition of backfill as necessary

c. Mulching - If this sequence is not adhered to, and as a result the operations subsequent to setting and backfilling are not being

accomplished within the specified time, the Engineer may stop all setting and backfilling of plants, and any other planting operations he may deem necessary, until such time as he is satisfied that the sequence of planting operations is again on schedule.

I.   Restoration

1.   Areas disturbed by the planting operations shall be left in an orderly condition.   Excess soil and rubbish shall be disposed of as directed.   Grassed areas disturbed by planting operations shall be restored to a satisfactory condition which may include filling to grade, fertilizing and seeding.

**3.4   CARE OF PLANTS**

A.   Care of Plants Prior to Satisfactory Completion of Planting

1.   The contractor shall care for the planting which shall consist of keeping all plants in a healthy growing condition by watering, weeding, cultivating, pruning, spraying, tightening of guys, remulching and any other necessary operations as required until satisfactory completion of planting.

2.   All plants shall be sprayed with an anti-desiccant. The anti-desiccant shall be applied according to the manufacturer's directions to thoroughly cover all above ground parts.   The time of application shall be as follows, unless otherwise approved.

a.   Evergreen - Apply within 10 days following planting.

b.   Deciduous - Spring planting - apply when leaves have reached at least 75 percent of mature size. Fall planting - apply in October and November when the temperature is 40 degrees F or over.

3.   All plants shall be watered at least once a week between April 1 and October 1 unless otherwise directed by the Engineer, until satisfactory completion of planting.   Each watering shall provide

not less than five gallons per square yard on plant pits and bed areas.

4.  All dead and rejected plants shall be promptly removed from the contract site.  In the event of the threat of serious damage from insects, diseases or rodents, the plants shall be treated by preventive or remedial measures currently approved for good horticultural practice.  In the event "heeled-in" material must be held over until a later planting season, such "heeled-in" material shall be lifted, replanted and maintained in a satisfactory condition in nursery rows.  Such emergency storage and maintenance shall be at the entire risk of the Contractor and at no cost to the County.  The land for such storage shall be provided for by the Contractor unless otherwise specified or approved.

5.  Grass and weed growth shall be removed from all plant pits and planting beds as directed by the Engineer. Prior to final acceptance of the planting, the outer portions of tree pit saucers and all other disturbed areas, excluding planting beds, shall have acceptable evidence of grass growth unless otherwise directed by the Engineer.  Seed used for this purpose shall be as specified under Section "Seeding and Sodding" of this Specification or as approved by the Engineer.

B.  Replacement Prior to Satisfactory Completion of Planting

1.  At the conclusion of the essential portion of the planting work, all plants in an unhealthy or badly impaired condition in the opinion of the Engineer, shall be removed.  All planting to be completed or replaced shall be planted not later than the next succeeding planting season.

C.  Final Inspection

1.  When, in the opinion of the Contractor, the planting is complete and ready for final inspection, he shall notify the Engineer who will arrange to give the entire work a thorough inspection.  Before final payment will be made, any dead plants, defects or omissions noted on this inspection must be rectified by the Contractor.

## 3.5   PERIOD OF ESTABLISHMENT

A.   Guarantee

1.   The Contractor shall guarantee the life of all plants for a period of 1 year after the Engineer has made his final inspection and the planting has been confirmed in writing by the Engineer as having been satisfactorily completed.   Any plant which is damaged, destroyed or dies from whatever cause except theft or vandalism during the above period shall be replaced not later than the next succeeding planting season as specified upon written notice to the Contractor from the Engineer.   Plants that have died during the period of establishment shall be replaced and shall be guaranteed for an additional year.

B.   Care of Plants and Replacement During Period of Establishment

1.   Due to planting seasons, the Contractor shall be required to replace any damaged, destroyed or dead plant within the two planting seasons during the "Period of Establishment" which may entail replacing the same plant twice after satisfactory completion of planting.

2.   The Contractor shall be responsible for all work required to care for the plants properly and make necessary replacements during the period of establishment, including watering, mulching, pruning, restaking and replanting.   He shall maintain during this period a sufficient labor force at all time to care for the plants in a proper manner and perform all necessary operations efficiently and expeditiously.

3.   The Contractor shall be required to water all plant material a minimum of six times during the period of establishment.   Each plant shall receive 5 gallons of water for each square yard of pit area.   Watering shall be performed when plants are in active vegetative growth.   If in the opinion of the Engineer unseasonable dry conditions exist, additional watering may be required as directed by the Engineer.

4.   At the end of the "Period of Establishment" the Contractor shall remove and dispose of all stakes, wire, hose, and tree trunk wrapping from all trees as directed by the Engineer.   All holes left due to removal of stakes shall be filled with topsoil.   All of the above work shall be performed at no additional cost to the County.

+ +   END OF SECTION   + +

NO TEXT ON THIS PAGE

# PART 2 - PRODUCTS

## 2.1  ASPHALT PAVEMENT

A.  Asphalt pavement courses shall be hot mix asphalt pavement conforming to material requirements of the following:

    1.  Surface course:

        NYSDOT Item No. 402.126202
        Asphalt concrete
        Type 6F2 - top
        Thickness - $1^1/_2$  inches

    2.  Base course:

        NYSDOT Item No. 402.376902
        Asphalt concrete
        Type 2 - base
        Thickness - $2^1/_2$  inches

    3.  Subbase course (see Non-Frost Susceptible Fill requirements in Section 02200):

        NYSDOT Item No. 304.14
        Subbase course
        Type 4
        Thickness - 6 inches

    4.  Tack coat and prime coat:

        NYSDOT Item No. 407.0101
        Tack coat - emulsified asphalt

## 2.2  OTHER MATERIALS

A.  All other materials, not specifically described but required for proper and complete installation of the work of this Section, shall be as selected by the Contractor subject to the approval of the Engineer.

## PART 3 - EXECUTION

### 3.1   INSPECTION

A.   Examine the areas and conditions under which work of this Section will be installed. Correct conditions detrimental to proper and timely completion of the work. Do not proceed until unsatisfactory conditions have been corrected.

### 3.2   ASPHALT PAVEMENTS

A.   Asphalt pavements shall be constructed on approved compacted subgrades in accordance with the requirements of the referenced New York State DOT Specifications, for each Item Number specified under Part 2 of these specifications. These shall include all requirements for equipment, weather, placement, spreading, tolerances, temperature, protection, testing, and all related and incidental construction requirements for each component of the pavement structure.

B.   Prior to the placing of roadway and pavement material, grade to the subgrade elevations and cross sections as required by the drawings. Thoroughly compact the subgrade and fill all depressions with select fill as specified in Section 02200.

C.   Construct bituminous concrete roadways and other pavements consisting of the materials and thickness specified under Section 2.1. Conform to the lines, grades, cross sections and thickness indicated on the Drawings, or as ordered by the Engineer.

D.   Where necessary to connect to existing pavement on or off the Site, grade to such pavement, properly prepare a subgrade and scarify, furnish materials and properly roll such connection to provide smooth, continuous access without depressions or undue grade. Surfacing course shall be installed after applying a tack coat on cutback of existing pavement, curbs, etc.

E.   Construct roadways and pavements in manner to conduct water to curb gutters, standard inlets, and grassed swales.

F. Place no material until all the road and pavement fills are in place and consolidated to the satisfaction of the Engineer. Do not place roadway and pavement materials upon wet foundations, nor on frozen subgrade.

G. During the process of construction, maintain the road bed in such condition that it will be well drained at all times.

## 3.3 ASPHALT PAVEMENT OVERLAY

A. Preparation of the existing asphalt pavement surface shall be accomplished as follows:

1. Mill existing asphalt to a depth of 1-1/2 inches before overlaying asphalt. Dispose of milled material off site.

2. Cleaning, filling and sealing existing joints and cracks:

   a. Under this item, the Contractor shall place hot asphalt rubber sealant material in joints and cracks 1/4-inch to 1-inch wide in existing pavement and hot asphalt Type 6F2 top in joints and cracks wider than 1-inch as ordered by the Engineer.

   b. Prior to the application of the hot asphalt rubber sealant or asphalt, all joints and cracks shall be thoroughly cleaned to remove dust, dirt, grass, moisture and foreign material. Old sealant not anchored in the joint shall be removed. All loose particles should be blown clear of the joint or crack with compressed air before the sealant is applied. Asphalt rubber sealant material shall be as manufactured by "Sealtight" or approved equal. The Contractor shall obtain the Owner's approval of the crack sealer prior to its placement. The material shall be mixed to a mortar consistency, using mortar sand-M3A.

c. The prepared cracks and joints shall be approved by the Owner prior to beginning the filling operation.

d. All manufacturers' application recommendations and literature shall apply. The Contractor shall submit this literature to the Owner prior to beginning work.

e. Joints and cracks shall be sealed from the bottom up. Sealant material shall be applied so that it is flush with the pavement surface. Upon curing, if the sealant shrinks and is no longer flush with the travel surface, more sealant shall be added at no additional cost. Traffic shall not be allowed to travel on freshly sealed joints and cracks until the material has sufficiently cured.

3. Application of tack coat to existing asphalt surfaces to be overlaid.

a. Bituminous material shall be applied only to surfaces which are dry and clean of all dirt, dust, sand, salt or any other foreign material. Cleaning shall be performed by municipal road sweeper and/or hand brooms and blown clean with "tow-behind" air compressor immediately prior to application of the tack coat.

b. The Contractor shall apply a tack coat on existing pavement surfaces for the width of pavement, as shown on the plans, or as directed by the Engineer. The tack coat shall be applied at a rate of 0.05 to 0.15-gallon per square yard.

## 3.4 GUARANTEE

A. Unless otherwise specified, the pavement furnished under this section shall be guaranteed for a period of one year from the date of final acceptance thereof against defective materials, designs and workmanship. Upon receipt of notice from the Owner of failure of any part of the pavement during the guarantee period,

the affected part or parts shall be replaced promptly by and at the expense of the Contractor.

## 3.5   FINISH TOLERANCES

A.   Finish all surfaces to the following tolerances:

    1.   Base course: Plus 0.00 foot to minus 0.10 foot from line and grades shown on the drawings.

    2.   Asphaltic concrete surfaces: Plus or minus 0.05 foot at any point from line and grade shown on the drawings.

## 3.6   SAWCUTTING EXISTING PORTLAND CEMENT OR ASPHALT CONCRETE

A.   The Contractor shall sawcut existing Portland cement concrete, asphalt concrete or other materials used in pavement preparatory to their removal to the lines shown on the plans and/or as directed by the Engineer.

B.   The sawcut is to establish a neat, true joint line of required depth between the existing pavement retained and the abutting construction to be subsequently placed. All sawcuts shall be made parallel or perpendicular to the curbing.

C.   The equipment to be employed shall be a rotary blade, power driven, water cooled concrete saw of an approved type and of sufficient capacity to efficiently accomplish the required work. The depth of the cut shall be to the full depth of the existing pavement. The cut shall be made plumb to a true line and in such manner as will permit removal of the existing concrete without damage or injury to the sawn face of the cut. Where necessary to obtain the required depth, the sawcutting shall be performed in stages. Additional sawcuts made to achieve the required depth shall not be measured for payment.

D.   Any sawcut edges which are damaged during the course of the work and/or are jagged shall be resawcut to include all pavement damaged during the construction at the Contractor's expense to the satisfaction of the Engineer. The "sawtoothing" of the cut line will not be permitted.

## 3.7   MAINTENANCE AND ACCEPTANCE

A.   The Contractor shall maintain all paved surfaces until the roads and parking areas have been accepted. The paved areas will not be accepted until after the Contractor has completed all phases of the work, including all necessary transportation, hauling and severe usage of the paved areas. The Engineer shall be the sole judge in this matter.

+ + END OF SECTION + +

SECTION 02537

REMOVAL OF EXISTING CHEMICAL STORAGE TANKS

PART 1 – GENERAL

1.1   SUMMARY

    A.   Scope:

        1.   Under the requirements of this section, the Contractor shall furnish all labor, equipment and materials to drain, purge, clean and remove, and dispose of the two (2) 1,700-gallon aboveground, chemical storage tanks located within the Well 7A and 8A building, including all product piping, vent piping, and tank appurtenances.

        2.   Make all required notifications to the Nassau County Department of Health and the New York State Department of Environmental Conservation in the event of a contaminated soil or a spill condition.

        3.   The Contractor shall submit for approval the proposed site for tank disposal.

        4.   The Contractor shall provide receipts for the disposal of the tanks and any other regulated material.

        5.   The Contractor shall provide written notification of the intent to remove the tank to the NYSDEC 30 days prior to the removal of the tank. The Contractor shall notify the Engineer, at least three working days in advance, prior to the removal of a tank. In the event that contaminated soil or a spill condition is encountered, the Contractor shall cause the regulatory agencies to be notified. Submit to the engineer in writing, the confirmation numbers for all regulatory agency notifications.

PART 2 – PRODUCTS (Not Applicable)

**PART 3 - EXECUTION**

**3.1   QUALITY ASSURANCE**

A.   Tanks shall be removed under the direct supervision of a licensed Tank Installer.

**3.2   REMOVAL OF TANK CONTENTS**

A.   The Contractor shall remove all liquids from the tanks and connecting lines prior to removal. All waste products shall be drummed and disposed of in accordance with all applicable state and federal requirements.

B.   The tanks shall be rendered free of flammable vapors prior to removal. Provisions shall be made for natural breathing of the tanks or purging with inert gas to ensure that the tanks remain vapor free. No cutting torch of other flame or spark producing equipment shall be used until the tanks have been completely purged or otherwise rendered safe.

**3.3   DEACTIVATION OF TANK PIPING**

The Contractor shall deactivate the piping as follows:

A.   Remove product fill cap and clear vent line.

B.   Drain all product from the supply, return and vent lines.

C.   Disconnect all product, fill and vent piping from the tank.

D.   Remove all piping, except where otherwise shown on the Drawings or directed by the Engineer.

**3.4   REMOVAL OF TANKS**

The Contractor shall remove the subject tanks as follows:

A.   Remove all connecting piping from the tank at tank bung fittings.

B.   Remove all residual products from the tanks. Squeegee or steam the interior of the tank to remove all residual sludge. The residual products shall be placed into drums, or into the tank of a licensed hazardous waste transport truck.

3.5  **DISPOSAL OF TANKS**

    A.    Make a visual inspection of the tank in the presence of the Engineer. Make a written notation of the location and size of all holes and rust penetrations.

    B.    Make the tank unfit for containment of liquids. Drill or puncture holes. Total area of the holes shall be not less than 12 square inches.

    C.    Remove the tank from the job site within three days. Tank shall be removed from the site and transported to an authorized disposal site.

3.6  **REMOVAL OF ASSOCIATED EQUIPMENT AND APPURTENANCES**

    A.    The Contractor shall remove all pumps, piping, conduit, wire, gauging equipment, concrete pads and appurtenances as shown on the contract drawings and as directed by the Engineer.

+ + END OF SECTION + +

NO TEXT ON THIS PAGE

SECTION 02550

STRIPING

**PART 1 – GENERAL**

**1.1  DESCRIPTION**

A.  Scope:

1.  Under this item, the Contractor shall furnish and install acrylic reflectorized pavement marking paint at the locations and in accordance with patterns indicated on the plans or pavement, or as ordered by the Owner.

2.  All layout and pavement markings shall be completed within 5 working days of final paving or approved temporary adhesive reflective pavement markings shall be installed until acrylic is available and removed prior to layout and acrylic installation at no cost to the Owner.

3.  This item includes the layout of all markings included under this item, as shown on the plans or as ordered by the Owner. Contractor must notify the Engineer after the layout has been completed and allow 24 hours to inspect and make necessary corrections before acrylic pavement markings are applied.

B.  Related Work Specified Elsewhere:

1.  Section 02500, Pavements

**PART 2 – PRODUCTS**

**2.1  Materials**

A.  Low-VOC Acrylic Traffic Marking Paint (yellow and white). This specification shall cover reflectorized acrylic pavement striping material that is applied to the pavement surfaces which, upon drying, produces a reflectorized traffic stripe of desired thickness and width as stated in Section 2.e.6.e of this item. The term "Low-VOC Acrylic" is defined as a 100% acrylic

conventional dry (non-heat applied) acetone-based paint which forms a traffic marking stripe of a quality and appearance as specified in subsequent sections of these Specifications.

B.  This specification is intended to set minimum limits on material characteristics of the acrylic compound. The Contractor shall furnish test samples of materials. He must also submit a list of installations made in the last 3 years, or similar method line striping.

1.  Reflectorized beads (Fed. Spec. TT-P-85) shall be employed in the material to the extent of not less than 20 percent nor more than 30 percent by weight of material.

    The glass beads used in the formulation shall have refractive indexes of not less than 1.50 when tested by the liquid method at 25°C, shall consist of 90 percent minimum by count of water white true spheres and shall have the following gradation unless the Owner approves alternate sizes:

| U.S. Sieve No. | Maximum Percentage Passing |
|----------------|----------------------------|
| 30             | 60                         |
| 50             | 15                         |
| 100            | 0                          |

    Not less than 90 percent of the spheres shall meet the following requirements:

    a.  The surfaces of the spheres shall be smooth, lustrous and free from film scratch and pits.

    b.  The spheres shall be clear and transparent and shall not be ovate in shape or fused spheroids and shall meet ASTM D1153 Specifications.

    c.  The spheres shall show high auto-collimating efficiency. Not more than one percent shall be black, amber or milky. The compound shall not deteriorate by contact with sodium

                chloride, calcium chloride or other chemicals used against formation of ice on roadways or streets or because of the oil content of pavement materials or from oil dropping from vehicles.

2.    Topdressing Beads. Beads with a refractive index of 1.65 and the same specifications as above in Section 1.8 shall be made available for use as topdressing. Payment for these beads shall be included in the cost of acrylic material.

3.    Guarantee. The night-time visibility and reflectivity of the white and yellow acrylic lines shall be at least equivalent to reflectorized painted traffic lines having six pounds per gallon drop on beads of 1.5 index of refraction after each has been applied side by side on heavily traveled roads for one month.

## PART 3 – EXECUTION

## 3.1 Installation

A.    Layout:

1.    Installation Procedure for Layout: The Contractor shall be responsible for supplying the equipment and personnel necessary for marking the pavement to correctly position the inlay tape according to the plans or existing conditions prior to construction. An acceptable method of layout is to deploy a sash chain on the pavement, and, using a paint spray can, spray a dashed line over the chain. Preliminary marks should be established from the plans or as directed by the Owner by spraying dots at points on the road surface as determined by measuring with a tape. These marks shall be no more than 25 feet apart on curves or 200 feet apart on tangent lines. A sash chain at least 300 feet long shall be available for use. Other methods of layout that furnish smooth curves and straight tangent lines shall be submitted to the Owner for approval if they are to be used.

2. Lane widths shall be maintained with plus or minus 0.4 foot when compared with the plans or existing conditions and the double yellow centerline shall be within 0.2 foot of the actual center of the travel way unless shown otherwise on the plans or ordered by the Owner.

B. Installation:

1. Acrylic markings shall not be installed between December 1 and April 1. In the event resurfacing is completed during these months, the Contractor shall install temporary painted lines at no additional cost. The Contractor shall install required acrylic lines in the spring. The Contractor in submitting his bid hereby agrees that he shall have no claim against the Owner for any damages due to such delay, other than extended time to complete the work. Application for extension of time shall be filed by the Contractor with the Commissioner at least fifteen days prior to the contract date of completion.

2. Installation Procedures for Acrylic Materials.

a. Before any work is begun, a schedule of operations shall be submitted for the approval of the Owner.

b. Installation shall be done only in seasonable weather in accordance with good practice in accordance with the manufacturer's recommendation. Immediately after application of the paint, drop on glass spheres (topdressing beads) shall be mechanically applied while the paint is still sufficiently wet, such that the spheres will be held by and mechanically imbedded in the surface of the material, in order to provide immediate night reflectivity.

c. Cleaning equipment must be provided to insure removal of dust, debris and other foreign matter from the road surface immediately prior to the installation of the paint.

d.  The condition of the pavement shall be dry and free of oil, dirt, grease or other foreign contaminants at the time of installation and the air and surface temperatures shall be above 40°F.

e.  Contractor will not paint on a wet surface.

f.  Contractor will not paint when the relative humidity is above 85%.

g.  Contractor will take care to avoid solvent contamination if equipment is also used for application of water based paints.

h.  Acrylic paint application will be 15.0 Wet Mils resulting in 7.5 Dry Mils.  This thickness should result in coverage of 320 lineal feet or 4 inch stripe per gallon of paint.

i.  Paint should be dry to touch in 5 minutes at 77 degrees Fahrenheit at 15.0 mils wet and dry to traffic pickup in an additional 5 minutes at 77 degrees and 15.0 mils wet. Contractor will take into account cool and damp conditions when determining drying times.

j.  Application equipment shall be provided to place the material on the pavement as a finished line and shall include the following features:

1)  Paint shall be mixed thoroughly to a uniform consistency with a low speed power agitator prior to application.

2)  Painting equipment shall be cleaned before use and after prolonged downtime with Acetone, R6K9.

3)  The lowest pressure necessary to achieve required we thickness will be used based on environmental conditions.

4)  Using Airless Spray Line Striping Equipment pressures shall range from

1500 psi to 2000 psi, hose will be 3/8"
diameter, tip will be 0.015"-0.019" and
filter will be 60 mesh.

+ + END OF SECTION + +

# SECTION 02667

## TESTING OF HYDRAULIC STRUCTURES

## PART 1 - GENERAL

### 1.1 SUMMARY

A.   Scope:

    1.   Under this section, the Contractor shall furnish all labor, materials and equipment necessary to clean, flush and test all hydraulic structures and appurtenant piping, including conveyance of test water and all disposal thereof.

B.   Related Work Specified Elsewhere:

    1.   Section 03300, Cast-in-Place Concrete.

    2.   Section 18175, Disinfection.

    3.   Section 18460, Disinfection of Hydraulic Structures.

### 1.2 TESTING PLAN

A.   The following shall be submitted in compliance with the shop drawing requirements of Section 01342:

    1.   A testing schedule, including proposed plans for water conveyance, control, volume measurement, and disposal shall be submitted in writing for approval a minimum of 14 days before testing is to start. The submittal shall include the methods to determine evaporation loss and the Contractor's plan for the release of water from structures after testing has been completed.

## PART 2 - PRODUCTS

### 2.1 MATERIALS REQUIREMENTS

A.   Temporary valves, bulkheads, or other water control equipment and materials shall be as determined by the

Contractor. No materials shall be used which would be injurious to the structure or its future function.

## PART 3 - EXECUTION

### 3.1 GENERAL

A.  All hydraulic structures and appurtenant pressure piping for potable water shall be tested for water loss by a method approved by the Engineer. All testing operations shall be coordinated with and performed in the presence of the Engineer.

### 3.2 CLEANING AND PREPARATION

A.  After flushing the new piping, the walls, floor and ceiling of the clearwell and air stripping tower shall be thoroughly cleaned using a high pressure water jet or equally effective method. All water, dirt, and foreign material accumulated during the cleaning operation shall be removed prior to hydraulic testing.

### 3.3 TESTING OF HYDRAULIC STRUCTURES

A.  General: Hydraulic testing shall be performed prior to backfilling, except where otherwise acceptable to the Engineer. Testing for concrete structures shall not be performed sooner than 14 days after all portions of structure walls and top slab have been completed. The test shall consist of filling the structure with water to the maximum operating water surface. The rate of filling shall not exceed 24 inches of depth per day. All visible leakage shall be repaired.

B.  Leakage Test and Repairs: After the structure has been filled, the water loss leakage test shall be performed as follows:

1.  An initial water level reading shall be made. Seven days following the initial reading, a second reading shall be made.

2.  The structure shall be considered to have passed the test if water loss during the 7-day period, as computed from the two water level readings, does not exceed 0.2 percent of the total volume

of water in the structure, after allowance is made for evaporation loss.

3. If intermediate readings or observed leakage indicate that the allowable leakage will be exceeded, the test may be terminated before the end of the 7-day period and appropriate action taken to correct the problem before commencing a new 7-day test period.

4. Should the structure fail to pass the test, the test shall be repeated for up to 3 additional 7-day test periods.

5. If, at the end of 28 days, the structure still fails to pass the leakage test, the Contractor shall empty the structure as acceptable to the Engineer and shall examine the exterior and interior for evidence of any cracking or other conditions that might be responsible for the leakage. The Engineer shall be the sole judge as to whether a crack can be repaired or complete replacement of the structure is required. Any cracks that are allowed to be repaired shall be repaired as required by other sections of these specifications. Any evidence of leakage shall be repaired by these methods. Following these operations, the Contractor shall again test the hydraulic structure.

C. Acceptance: The structure will not be accepted as completed until the water loss leakage test is passed and all visible leakage repaired.

<p style="text-align:center">+ + END OF SECTION + +</p>

NO TEXT ON THIS PAGE

**DIVISION 3 - CONCRETE**

NO TEXT ON THIS PAGE

## SECTION 03200

## REINFORCING STEEL

## PART 1 - GENERAL

## 1.1   DESCRIPTION

A.   Scope:

    1.   Contractor shall furnish and place all steel reinforcements for concrete, including all cutting, bending, fastening and any special work necessary to hold the reinforcement in place and protect it from injury and corrosion in accordance with the requirements of this section.

## 1.2   SUBMITTALS

A.   In accordance with the procedures and requirements set forth in the General and Special Conditions, Contractor shall submit the following:

    1.   Shop Drawings.

    2.   Mill test certificates.

B.   Each submittal shall be identified by the Specification Section No.

C.   Each submittal shall be complete in all respects, incorporating all information and data listed herein and all additional information required for evaluation of the proposed materials compliance with the Contract Documents.

D.   Partial, incomplete or illegible submissions will be returned to the Contractor without review for resubmission.

    1.   Shop Drawings shall include but not be limited to:

        a.   Detailed placing and shop fabricating drawings, prepared in accordance with ACI 315 - latest edition, shall be furnished for all concrete reinforcement. These drawings

shall be made to such a scale as to clearly show construction joint locations, openings, the arrangement, spacing and splicing of the bars. No materials shall be cut or fabricated until related drawings have been approved by the Engineer.

b. Details of supports for horizontal reinforcing steel in slabs, beams, etc.

## PART 2 - PRODUCTS

## 2.1 GENERAL

A. Reinforcing bars shall be deformed new billet steel bars conforming to ASTM A615, Grade 60, A-775 and ASHTO M-284-811 A185.

B. Wire mesh reinforcement shall conform to ASTM A185 "Welded Steel Wire Fabric for Concrete Reinforcement."

C. Mill test certificates shall be furnished to the Engineer for all shipments.

D. All bars for reinforced concrete shall be coated with Scotchkote Brand Fusion Bonded Epoxy Coating 213 or 214 as manufactured by 3M, St. Paul, Minnesota, or equal. Masonry bars shall not be coated. Coating shall be applied to cleaned steel reinforcing bars by the electrostatic spray method and fully cured in accordance with the recommendations of the manufacturer of the coating material. Before coating, the bars shall be cleaned by abrasive blast cleaning to meet the requirements of near white metal in accordance with SSPC-SP10. The coating shall be applied to the cleaned surface as soon as possible after cleaning, and before oxidation of the surface discernible to the unaided eye occurs. However, in no case shall application of the coating be delayed more than 8 hours after cleaning. The film thickness of the coating after curing shall be 5 to 20 mils, inclusive, as measured using ASTM G12 on the body of the reinforcing bar between the deformations and/or ribs on a straight length of bar. The coasting shall be free from holes, voids, cracks and damaged areas discernible to the unaided eye. Damaged or other unsatisfactory areas shall be patched

with a coating material and by a method recommended by the coating manufacturer.

## PART 3 - EXECUTION

### 3.1   FABRICATION AND STORAGE

A.   All reinforcement shall be cut and bent cold accurately to the required dimensions. Bends shall be made in conformance with the Manual of Standard Practice of the Concrete Reinforcing Steel Institute. If shipped to the job fabricated, it shall be properly bundled and tagged so that it can be handled without damage and readily identified with the approved placing diagrams. Direct heating of the bars shall not be permitted.

B.   Reinforcing steel shall be stored above ground on platforms or other supports and shall be protected from the weather at all times by suitable covering. It shall be stored in an orderly manner and plainly marked to facilitate identification.

### 3.2   PLACING REINFORCING BARS

A.   Chairs, tie wires, and other devices used to support, position, or fasten the reinforcement shall be made of or coated with, a dielectric material. The specific hardware that the Contractor proposes to use shall be approved by the Engineer.

1.   Steel reinforcement shall be placed in the position indicated and within the allowable tolerances specified. Before concrete is placed, all reinforcement shall be securely fastened and supported with approved chairs or other approved devices. Brick or concrete block are not acceptable supporting devices.

2.   Concrete shall not be placed until the reinforcing steel is inspected and permission for placing concrete is granted by the Engineer. All concrete placed in violation of this provision shall be rejected and removed.

3.   Reinforcement for slabs, beams, etc. poured directly on soil, shall be supported on chairs

designed specifically for this purpose. Brick supports or the like will not be acceptable.

B. <u>Field Bending</u> - The alternatives of shop bending or field bending of bar reinforcement will be at the option of the Contractor. Field bending shall be done by cold methods only. Direct heating of the bars shall not be permitted.

1. Field bending operations shall be allowed only when ambient and bar temperatures are 40°F or greater. When lower temperatures prevail the Contractor may supply, for field bending operations, a fully enclosed space that is heated and constructed to the satisfaction of the Engineer. No additional payment will be made for such an enclosure.

2. Epoxy coated bar reinforcement damaged by handling or field bending work shall be evaluated and repaired, or replaced, in accordance with the following:

C. Field Repair:

1. The Contractor will be required to field repair damaged areas of the bar coating, and to replace bars exhibiting severely damaged coatings. The material used for field repair shall be that supplied by the coating applicator.

a. Field repair will be required on all areas of damage. The total number of all damaged areas which have been repaired with patching material shall not exceed 5 in any 10-foot length of bar.

b. Field repair will not be allowed on bars which have severely damaged coatings as determined by the Engineer.

c. A reinforcing bar having coating damage determined by the Engineer to exceed the above criteria shall not be incorporated in the work, and it shall be removed from the work site. All such bars shall be replaced in kind with all cost borne by the Contractor.

D.   Splices:

    1.   Splices shall be permitted only where shown on the contract plans. Should the Contractor desire to splice bars at locations other than those shown on the contract plans, written permission to do so shall first be obtained from the Engineer. Such permitted splices shall be well distributed, or located, at points of low tensile stress. Splices shall not be permitted unless a minimum of 2 inches can be provided between the spliced bar and the nearest adjacent bar.

        a.   Splices for bars No. 11, or smaller, shall be made by placing the bars in contact and wiring them together for the full length of the splice.

        b.   Arc welding of epoxy coated reinforcing bar splices shall require the end of the bar to be welded and to be entirely clean of epoxy coating for the full length of the splice plus six inches. After welding is complete, the cleaned portion of the bar shall be coated with epoxy. This may be accomplished by the use of the epoxy patching material. Coating of the clean portion shall overlap the original epoxy coating by at least six inches.

E.   Wire mesh reinforcement shall be securely fastened at the ends and edges. Wire mesh shall be supported at elevations indicated prior to concrete placement. Edge laps shall not be less than one mesh in width and end laps not less than two meshes in length.

## 3.3   CONCRETE PROTECTION FOR REINFORCEMENT

A.   The following minimum concrete cover (inches) shall be provided for reinforcement, except as otherwise noted on Contract Drawings.

| | |
|---|---|
| Concrete cast against and permanently exposed to earth | 3 inches |
| Concrete exposed to earth, weather or liquid | 2 inches |

Concrete not exposed to weather
or in contact with ground:

| | |
|---|---|
| Slabs, Walls | 1 inch |
| Beams, Columns | 1-1/2 inches |
| Exterior Slabs | 2 inches |

+ +   END OF SECTION   + +

## SECTION 03251

## CONSTRUCTION JOINTS

## PART 1 - GENERAL

### 1.1   WORK INCLUDED

A.   Furnish all materials, labor and equipment required for the construction of all construction joints specified herein and shown on the Contract Drawings.

### 1.2   GENERAL INFORMATION

A.   Construction joints shall be provided in accordance with Item 3.12 of Section 03300.

B.   Manufacturer's instructions shall be strictly followed in the use of all materials specified under this section. If required by the Engineer, the Contractor shall arrange for the presence of a factory approved representative to ensure that proper procedures are followed.

### 1.3   SUBMITTALS

A.   In accordance with the procedures and requirements set forth in the General Conditions and Special Conditions, the Contractor shall submit the following:

1.   Samples

2.   Shop Drawings

B.   Each submittal shall be identified by the Specifications section number.

C.   Each submittal shall be complete in all respects, incorporating all information and data listed herein and all additional information required for evaluation of the proposed materials compliance with the Contract Documents.

D.   Partial, incomplete or illegible submissions will be returned to the Contractor without review for resubmission.

    1.    Samples shall include:

        a.    One sample of each type of PVC waterstop, each sample to include a splice.

## PART 2 - PRODUCTS

## 2.1 WATERSTOPS

A.    Waterstops shall be provided in all construction joints in water bearing structures and at other such locations as required by the Contract Drawings.

B.    Waterstops for construction joints shall be polyvinyl chloride (PVC).

C.    Waterstop Materials:

    1.    PVC Waterstops: The polyvinyl chloride shall be extruded from an elastomeric plastic compound of which the basic resin shall be polyvinyl chloride (PVC). The compound shall contain any additional resins, plasticizers, stabilizers or other materials needed to insure qualities which will meet the requirements of the Corps of Engineers' Specifications CRD-C-572-74.

    2.    The required minimum physical characteristics for this material are:

        a.    Tensile strength: 2,000 psi.

        b.    Ultimate Elongation: Not less than 350%.

    3.    No reclaimed PVC shall be used for the manufacturing of the waterstops. The Contractor shall furnish certification that the proposed waterstops meet the above requirements.

    4.    Waterstops for construction joints and wherever shown on drawings, shall be dumbbell type with a minimum thickness of 3/8 inch. Waterstop shall be 6 inches wide except where 9-inch width is shown on Contract Drawings. Greenstreak (PVC) polyvinyl

chloride water stops type 748 or equal shall be an acceptable product.

D.   Sealant:

1.   Sealant where shown on Contract Drawings shall be Sikaflex-1a plus primer as recommended by Sika Corp., or equal.

2.   Backer rod where shown on drawings shall be closed cell polyethylene foam as manufactured by Industrial Thermo Polymers Ltd. or equal.

## 2.2  EXPANSION JOINT FILLER

A.   Expansion joint filler shall be provided where premolded filler is called for on Contract Drawings and at other similar locations.

B.   Expansion joint filler shall be sponge rubber as manufactured by W.R. Meadow, Inc. or equal. Materials shall meet specifications of ASTM D1752, Type I, Corps of Engineers Specification CRD-C509, Type I.

C.   Sealant:

1.   Sealant where shown on Contract Drawings shall be "Dualthane," urethane joint sealant as recommended by W.R. Meadows, Inc., or equal.

2.   Backer rod where shown on drawings shall be closed cell polyethylene foam as manufactured by Industrial Thermo Polymers Ltd. or equal.

## PART 3 - EXECUTION

## 3.1  WATERSTOPS

A.   Waterstops shall be carefully positioned so that they are embedded to an equal depth in concrete on both sides of the joint. They shall be kept free from oil, grease, mortar or other foreign matter. The PVC waterstops shall be braced or supported to maintain them in position prior to placing the concrete.

B.   Splices in PVC waterstops shall be made with a thermostatically controlled heating element. Splices shall be made in strict accordance with the manufacturer's recommended instruction and procedures. At least three satisfactory sample splices shall be made on the site. The sample splices shall be tested in an approved laboratory for strength and watertightness. The splices shall exhibit not less than 80% of the strength of the unspliced material and shall be watertight.

C.   All "T" cross water stop splices and right angle splices shall be factory fabricated. The Contractor will not be permitted to make these splices in the field.

**3.2   EXPANSION JOINT FILLER**

A.   Expansion joint filler shall be carefully positioned so that top of filler shall be one-half of 1-inch below concrete surfaces, and shall extend to bottom of concrete surfaces.

+ +   END OF SECTION   + +

## SECTION 03300

## CAST-IN-PLACE CONCRETE

## PART 1 - GENERAL

### 1.1  DESCRIPTION

    A.   Scope:

        1.   Contractor shall furnish all labor, equipment, materials and services necessary for the manufacture, transportation and placement of all plain, reinforced, and fill concrete work, as shown on the Contract Drawings or as ordered by the Engineer, except for the work specifically included under other items.

        2.   Contractor shall apply chemical hardness to all concrete slabs.  Material noted in Section 2.9.

    B.   Related Work Specified Elsewhere:

        1.   Section 02200, Earthwork.

        2.   Section 03200, Reinforcing Steel.

        3.   Section 05503, Anchor Bolts, Expansion Anchors and Concrete Inserts.

        4.   Section 05504, Miscellaneous Metal Fabrications.

### 1.2  CODES AND STANDARDS

    A.   Concrete work shall conform to the latest applicable requirements of the following codes and standards, including all reference therein.

        1.   New York State Uniform Fire Prevention and Building Code.

        2.   Building Code Requirements for Reinforced Concrete ACI 318.

        3.   Specifications for Structural Concrete for Buildings ACI 301.

    4.   Recommended Practice for Concrete Formwork, ACI 347.

    5.   Manual of practice for detailing reinforced concrete structures ACI 315.

B.   Any procedure, materials or operation specified by reference to the American Society for Testing and Materials (ASTM), the American Concrete Institute (ACI), Local Building Code or other reference, shall comply with the requirements of the current and most recent specifications or standards. In conflicts between listed standards and this specification, the more stringent requirements shall govern.

C.   Contractor is expected to obtain the most recent issue of all standards, recommendations, codes or specifications referred to within this specification.

## 1.3  SUBMITTALS

A.   In accordance with the procedures and requirements set forth in the General Conditions and Special Conditions, the Contractor shall submit the following:

    1.   Shop Drawings.

    2.   Certifications of compliance with specifications for all sources of each material.

    3.   Name of the Cement Manufacturer.

    4.   Manufacturer's data on all admixtures.

    5.   Concrete mix design (for review as to meeting minimum requirements).

    6.   Transit Mix Supplier.

    7.   Delivery Tickets: Furnish to Engineer copies of all delivery tickets for each load of concrete delivered to the site. Provide items of information as specified in ASTM C 94, Section 16.

    8.   Name of independent testing laboratory.

B.   Each submittal shall be identified by the Specification Section No.

C.   Each submittal shall be complete in all respects, incorporating all information and data listed herein and all additional information required for evaluation of the proposed materials compliance with the Contract Documents.

D.   Partial, incomplete or illegible submissions will be returned to the Contractor without review for resubmission.

   1.   Shop Drawings shall include but not be limited to:

      a.   Complete reinforcing bar detailing drawings and schedules.

      b.   Location plans for all construction joints. Contractor may elect to show this information on the reinforcement detailing drawings.

## PART 2 - PRODUCTS

### 2.1  CEMENT

A.   All cement shall be made by a well-known and acceptable manufacturer. Unless otherwise permitted, the product of not more than one plant shall be used in the work. Cement shall be Type II Portland cement and shall conform to the requirements of ASTM Designation C 150. In special cases, when high early strength is desired, Type III Portland cement may be used with the approval of the Engineer. Lumpy, moist or partially set cement, or cement damaged by age or exposure shall not be used. Certified copies of mill reports shall be submitted.

B.   Cement used in the work shall correspond to that upon which the selection of concrete proportions was based. Only one brand of Portland Cement shall be used in the work.

## 2.2   AGGREGATES

A.   Contractor shall submit a new trial mix to the Engineer for review whenever a different aggregate or gradation is proposed.

B.   Contractor shall submit to the Engineer for review, a minimum of two suppliers of aggregates he proposes to use.

C.   Contractor shall furnish confirmation to the Engineer that he can obtain 100% of the needed aggregates of the selected gradation from one supplier prior to approval to pour concrete.

D.   Fine Aggregate: Fine aggregate shall conform to ASTM Designation C 33 and consist of natural sand, clean, sharp and free from loam, clay, lumps or other deleterious substances. Bank run (material as mined without further processing) will not be allowed.

E.   Coarse Aggregate (Typical):

1.   Coarse aggregate shall be crushed stone or gravel and a maximum of 1 1/2-inches in diameter. It shall conform to the requirements of ASTM Designated C 33 and the latest revision thereof. It shall be clean, uncoated, processed aggregate free from loam, clay, lumps or other deleterious substances.

## 2.3   WATER

A.   Water for use in concrete and mortar shall be from a potable domestic supply and free from injurious amounts of mineral and organic substance.

## 2.4   ADMIXTURES

A.   Admixtures shall be used only when and as specified herein or approved by the Engineer, and shall conform to the Specifications of ASTM C 260 or C 494.

B.   Admixtures shall be in accordance with the following:

1.   Type-A, a water reducing admixture of the hydroxylated carboxylic acid or the hydroxylated

polymer types, conforming to ASTM C 494, WRDA with Hycol as manufactured by W.R. Grace or equal.

2. Type-D, a water reducing and retarding admixture conforming to ASTM C 494.

3. Type-E, a water reducing and accelerating admixture conforming to ASTM C 494.

4. Type-F, an air entraining admixture, "Darex AEA" as manufactured by W.R. Grace and Co., "Sika-AER" by Sika Chemical Corp., or equal conforming to ASTM C 260.

C. Contractor shall submit manufacturer's descriptive details of admixtures for approval.

## 2.5 TESTS OF MATERIAL

A. Engineer shall have the right to order the test of any material entering into concrete or reinforced concrete to determine its suitability for the purpose. Costs for these tests shall be borne by the Contractor. Tests shall be made in accordance with the requirements of the ASTM. The complete record of such tests shall be available for inspection during the progress of the work.

B. The Contractor shall provide the services of an independent testing laboratory acceptable to the Engineer. The independent testing laboratory shall measure slump, air entrainment and temperature of the concrete delivered and prepare concrete cylinders for testing. The Contractor shall bear the expense for all testing at no additional cost to the Owner.

## 2.6 PROPORTIONING

A. Concrete proportions, including water-cement ratio, shall be established on the basis of laboratory trial batches, with materials to be employed, in conformance with Chapter 4, ACI 318-83.

B. Contractor shall develop and submit a series of at least three trial design mixes for each aggregate gradation intended for use to the Engineer for review. A copy of the approved design mix shall be forwarded to

the Engineer at least two weeks before delivery of each class of concrete to the job site.

C.   Contractor shall engage an independent testing laboratory in accordance with ACI 211 to attain properties of strength, water-cement ratio, slump, and entrained air content specified. This work shall be paid for by the Contractor.

D.   Trial design mixes of each class of concrete required shall be made in accordance with ASTM C 39 by the testing laboratory. Four standard six inch compression cylinders two tested at seven and two at 28 days, shall be made in accordance with ASTM C 192 using the materials and proportions proposed for this project.

E.   Certification of aggregates shall be made a part of these tests and referenced on the reports which shall be issued at seven and 28 days. These tests shall be repeated, if necessary, because of changes in materials or unsatisfactory results.

F.   Quantity of ingredients to use per batch shall be governed by the size of the concrete mixer and the composition of the concrete, but shall not exceed the rated capacity specified for the mixer by the manufacturer of that equipment. Proportion of cement, aggregates, admixtures and water shall be such as to produce a mixture which will be watertight and work readily into the corners and angles of the forms and around reinforcement by methods of placing and consolidation employed on the work, but without permitting the materials to segregate or excessive free water to collect on the surface.

G.   Proportion of cement, aggregates, admixtures and water used in the concrete shall be based on tests of grading and moisture content of materials, slump of concrete mixture, strength of concrete and the following factors:

1.   Minimum Cement Content, lbs. per cubic yard: 600.

2.   Maximum Water-Cement Ratio, by Weight: 0.45.

3.   Percent Air Content: 6 $\pm$ 1 percent.

4.   Slump Range: 4 inches maximum.

5.   Compressive Strength, lbs. per sq. inch at 28 days – F'c = 4000 psi (typical).

6.   Compressive strength for concrete fill at 28 days shall be F'c = 4000 psi.

H.   All concrete, unless noted on the Contract Drawing shall be air entrained concrete.

## 2.7   READY-MIXED CONCRETE

A.   Ready-mixed concrete production methods and facilities shall comply with Standard Specifications for Ready-Mixed Concrete, ASTM C 94. Batch deliveries shall not exceed the rated capacity specified for the mixer by the manufacturer of that equipment.

B.   Contractor shall submit affidavits from the ready-mixed concrete supplier certifying that the proposed mix to be supplied satisfies all the requirements under this item and those outlined under "Proportioning." Such affidavits shall be subject to the approval of the Engineer.

## 2.8   EMBEDDED ITEMS

A.   Items such as plates, angles, inserts, bolts and similar items not specified elsewhere shall be provided and installed under this Section unless specified otherwise. All carbon steel embedded items shall be hot dip galvanized after fabrication (unless otherwise noted). All galvanized elements that will be embedded in or will come in contact with concrete and mortar will require a chromate coating. This coating should be accomplished in the galvanizing plant by either dipping the galvanized elements in a solution of sodium or potassium dichromate acidified with sulfuric acid or spraying this solution on the galvanized surfaces.

B.   All aluminum items in contact with concrete and mortar shall receive a bituminous coating such as bitumastic super service black, by Kop-Coat, Inc., Pittsburgh, PA.

## 2.9  CHEMICAL HARDENER

A.  Chemical hardener shall be Ashford Formula by Curecrete Distribution, Inc., LIQUI-HARD by W.R. Meadows, Inc., or equal.

## 2.10  CONCRETE BONDING AGENT

A.  The concrete bonding agent shall be an epoxy-resin bonding type, two component, polyamide type, Sikadur Hi-Mod by Sika Chemical Corporation or equal.

## 2.11  CURING

A.  Beginning immediately after placement, concrete shall be protected from premature drying in accordance with ACI 301 and 302.1R. Curing by continuous sprinkling or wet mats will be the only acceptable method. Curing compounds will not be acceptable. Wet curing shall continue for a minimum of 7 days.

## 2.12  GROUT

A.  Type A - Nonshrink Grout: The nonshrink, nonstaining grout, shall be "Euco N-S" by the Euclid Chemical Company, or "Masterflow 713" by Master Builders, or equal.

B.  Type B - Nonshrink, Epoxy Grout: The nonshrink, epoxy grout shall be Euco High Strength Grout by the Euclid Chemical Company, Sikadur 32 Hi-Mod Grout by Sika Chemical Company, or Axpandcrete-S by Anti-Hydro Company, or equal.

## 2.13  FINISH AND REPAIR COMPOUNDS

A.  Finish and repair compounds shall be Poly-Patch by Euclid Chemical Co., Sikatop by Sika Chemical Co. or equal.

## PART 3 - EXECUTION

## 3.1  COMPRESSION TEST CYLINDERS

A.  The Contractor shall perform, control and pay for all tests specified herein. All testing shall be performed

by an independent testing laboratory acceptable to the Engineer and in accordance with procedures specified herein. Contractor shall bear the expense for the independent testing laboratory at no additional cost to the Owner. Contractor shall give the Engineer a minimum of 24 hours notice prior to concrete placement after all other requirements of these specifications have been met.

B.   Strength tests shall conform to ASTM C 172 for sampling, ASTM C 31 for making and curing test cylinders and ASTM C 39 for testing. Four field cured test cylinders of concrete for each 50 cubic yards or fraction thereof or for each placement shall be made, whichever is less, as directed by the Engineer. One specimen shall be broken at 7 days and the remainder at 28 days.

C.   Slump and air content tests shall conform to ASTM C 143 for slump and ASTM C 231 (pressure method for air content). Each test shall be made whenever strength specimens are made and as often as necessary for control and acceptance purposes and as required by the Engineer.

D.   Additional specimens shall be made when the Contractor desires approval of form removal earlier than set forth under "Removal of Forms" later in this section. Requests for testing of additional specimens shall require approval of the Engineer.

## 3.2   CONSISTENCY

A.   Consistency of the concrete shall be checked by the Engineer by standard slump cone tests. Maximum slump shall be 4 inches. Contractor shall upon written order suspend all pouring operations in the event the consistency does not meet the intent of the specifications. No payment shall be made for any delays, material or labor costs due to such eventualities.

B.   The approved consistency of the concrete mix shall at all times be as stiff or dry as is practicable, considering the particular type of work being done and the necessity of obtaining a dense, impervious, watertight concrete. Thin or wet mixes as a substitute

for proper placing facilities or adequate placing labor will not be permitted, nor will the appearance of free water in the forms.

## 3.3 MIXING CONDITIONS

A. Concrete shall be mixed only in such quantities as required for immediate use. No concrete shall be mixed while the air temperature is below 40°F, without permission of the Engineer. If permission is granted for mixing concrete under such conditions, the work shall be in accordance with ACI 306, "Recommended Practice for Winter Concreting" and the aggregates or water, or both if required, shall be heated and temperature of the concrete, when placed, shall not be less than 70°F, nor more than 100°F.

B. Hot Weather Placing:

1. When hot weather conditions exist that would seriously impair the quality and strength of concrete, place concrete in compliance with ACI 305 and as herein specified.

2. Cool ingredients before mixing to maintain concrete temperature at time of placement below 80°F when the temperature is rising and below 85°F when the temperature is falling. Mixing water may be chilled, or chopped ice may be used to control the concrete temperature provided the water equivalent of the ice is calculated in the total amount of mixing water.

3. Cover reinforcing steel with water-soaked burlap if it becomes too hot, so that the steel temperature will not exceed the ambient air temperature immediately before embedment in concrete.

4. Wet forms thoroughly before placing concrete.

5. Do not place concrete at a temperature so as to cause difficulty from loss of slump, flash set, or cold joints.

6. Do not use set-control admixtures unless approved by the Engineer in mix designs.

       7. Obtain Engineer's approval of other methods and materials proposed for use.

C. Retempering of concrete by adding water or other materials will not be permitted.

D. No foundation concrete shall be placed in water or frozen ground.

## 3.4 FORMWORK

A. Forms for concrete shall be constructed of wood, plywood, steel or other approved material. Type, size, quality, and strength of all materials from which forms are made shall be subject to the approval of the Engineer. No false work or forms shall be used which are not clean and suitable. Deformed, broken or defective false work and forms shall be removed from the work.

B. Forms for concrete shall be true to line and grade, and shall be mortar-tight and sufficiently rigid to prevent displacement and sagging between supports. Forms shall be smooth and free from surface irregularities. Reuse of forms subject to approval by the Engineer at time of installation. Wire ties will not be permitted where the concrete surface will be exposed to either water or weathering. All forms shall be constructed in such a manner that they can be removed without hammering or prying against the concrete. Suitable moldings shall be placed to bevel or round all exposed corners and edges of beams, columns, walls and slabs. Bevels shall be 3/4 inch unless otherwise noted.

C. Inner faces of all forms shall be thoroughly cleaned prior to concreting. Forms for concrete surfaces that will not be subsequently waterproofed shall be coated, prior to erection, with a chemical type release agent, and shall be applied lightly by spray to avoid retardation. Contractor shall submit manufacturer to Engineer for his approval. Forms for concrete surfaces that are to be waterproofed shall be wetted prior to concreting.

## 3.5   FORM ACCESSORIES

A.   Form accessories shall be of a commercially manufactured type. Form ties shall be so constructed that the ends, or end fasteners, can be removed without causing appreciable spalling at the faces of the concrete after ends, or end fasteners of form ties have been removed, the embedded portion of the ties shall terminate not less than 2 inches from the formed face of the concrete that is exposed to wastewater or enclosed surfaces above the wastewater, and not less than 1 inch from the formed face of all other concrete. Form ties shall be furnished with plastic cones. Form ties in walls designed to retain liquids shall be provided with a water seal at mid-thickness of the wall. Form ties shall be commercially manufactured steel rods capable of withstanding applied pressures. Wire ties are not acceptable.

## 3.6   PLACING CONCRETE

A.   Before any major concrete pour is started, Contractor shall prepare and submit to the Engineer for approval a schedule of his proposed operations. Approval of the schedule by the Engineer shall not relieve the Contractor of his responsibility for producing concrete work of the highest quality.

B.   No foundation, slab or pavement concrete shall be placed until the depth and character of the foundation soils have been inspected and approved by the Engineer. Contractor shall coordinate work with the requirements of Section 02200. Earthwork. No concrete shall be placed until all reinforcing steel, anchor bolts, pipes, conduits, sleeves and other work required to be built into concrete have been inspected and approved by the Engineer. All concrete shall be placed during the daylight hours except with the consent of the Engineer; the placing of concrete in any portion of the work shall not be started unless it can be completed in daylight. If special permission is obtained to carry on work during the night, an adequate floodlight system must be provided.

C.   Concrete shall be placed in forms as soon as practicable after mixing, and in no case shall concrete be used which does not reach its final position in the

forms within 1-1/2 hours after truck mixed concrete leaves the plant as evidenced by the delivery ticket given to the concrete inspector.

D.   The method and manner of placing concrete shall be such as to avoid the possibility of segregation of the concrete materials or the displacement of the reinforcement. When troughs or chutes are used in placing concrete, their angle of inclination shall not exceed 1 vertical to 2 horizontal with respect to the horizontal. When pipes are used, they shall be kept full of concrete and have their lower ends buried in fresh concrete; such pipes shall be used in the same manner as a tremie. All chutes, troughs and pipes shall be kept clean and free from coatings of hardened concrete. Open troughs or chutes shall be metal or metal-lined, and shall extend as nearly as possible to the point of deposit. When the discharge must be intermittent, a hopper or other device for regulating the discharge shall be provided.

E.   Dropping the concrete a distance of more than 4 feet or depositing a large quantity at any point, running or working it along the forms will not be permitted.

F.   Placing of concrete shall be so regulated that the pressure caused by the wet concrete shall not exceed that used in the design of the forms.

G.   All concrete shall be deposited in approximately horizontal layers not deeper than 18-inches. Each part of the form shall be filled by placing the concrete as near to its final position as possible. The coarse aggregate shall be worked back from the face and the concrete forced under and around the inserts, piping and reinforcing bars without disturbing them.

H.   All concrete shall be consolidated by continuous working with suitable tools and also by the use of approved mechanical vibrating devices (10,000 vibrations per minute minimum). All formed faces shall be well spaced and the mortar flushed to the surface.

I.   Mechanical vibrators shall be an approved type transmitting vibrations directly to the concrete with sufficient intensity to cause flow and settlement. Their operation shall be carefully controlled to give

sufficient duration to accomplish thorough compacting without overagitation which will cause segregation of the materials. Every effort shall be made to ensure that all concrete work is solid, compact, watertight, and smooth to prevent the formation of laitance.

J.   The various pours shall be planned and executed to ensure that once started the placing of concrete in a pour shall be continuous and in a manner to prevent any initial set from starting in any concrete before fresh concrete is placed against it.

K.   After the concrete has acquired its initial set, care shall be exercised to avoid jarring forms or placing any strain on the ends of projecting reinforcing bars.

L.   Bonding for Next Concrete Pour: Roughen surfaces of set concrete at all joints, except where bonding is obtained by use of a concrete bonding agent. Clean surfaces of laitance, coatings, loose particles, and foreign matter. Roughen surfaces in a manner to expose bonded aggregate uniformly and to not leave laitance, loose particles of aggregate, or damaged concrete at the surface.

M.   Bonding of fresh concrete to fully-cured hardened concrete or existing concrete shall be accomplished by using an epoxy-resin bonding agent.

## 3.7   PROTECTION AND CURING

A.   Careful attention shall be given to the proper curing and protection of all concrete in the structures. The Work shall be protected from the elements, flowing water and from defacement of any nature during construction operations.

B.   After placing and finishing of concrete, concrete shall be cured and protected in accordance with Chapter 12 ACI 301, and as stated below.

1.   Curing Methods:

a.   Perform curing of concrete by moist curing, or by moisture retaining cover curing.

    b.   For curing, use water that is free of impurities which could etch or discolor exposed, natural concrete surfaces.

2.   Provide moisture curing by any of the following methods:

    a.   Keeping the surface of the concrete continuously wet by covering with water.

    b.   Continuous water-fog spray.

    c.   Covering the concrete surface with the specified absorptive cover, thoroughly saturating the cover with water, and keeping the absorptive cover continuously wet with sprinklets or porous hoses. Place absorptive cover so as to provide coverage of the concrete surfaces and edges, with a 4-inch lap over adjacent absorptive covers.

3.   Provide moisture retaining cover curing as follows:

    a.   Cover the concrete surfaces with the specified moisture retaining cover for curing concrete, placed in the widest practical width with sides and ends lapped at least 3 inches and sealed by waterproof tape or adhesive. Immediately repair any holes or tears during the curing period using cover material and waterproof tape.

C.   Curing Formed Surfaces:

1.   Cure formed concrete surfaces, including the undersides of girders, beams, supported slabs and other similar surfaces by moist curing with the forms in place for the full curing period or until forms are removed. If forms are removed, continue curing by method specified above.

D.   Temperature of Concrete During Curing:

1.   When the atmospheric temperature is 40°F and below, maintain the concrete temperature between 50°F and 70°F continuously throughout the curing

period. When necessary, make arrangement before concrete placing for heating, covering, insulation or housing as required to maintain the specified temperature and moisture conditions continuously for the concrete curing period. Provide cold weather protection complying with the requirements of ACI 306.

2. When the atmospheric temperature is 80°F and above, or during other climatic conditions which will cause too rapid drying of the concrete, make arrangements before the start of concrete placing for the installation of wind breaks or shading, and for fog spraying, wet sprinkling, or moisture retaining covering. Protect the concrete continuously for the concrete curing period. Provide hot weather protection complying with the requirements of ACI 305, unless otherwise specified.

3. Maintain concrete temperature as uniformly as possible, and protect from rapid atmospheric temperature changes. Avoid temperature changes in concrete which exceed 5°F in any one hour and 50°F in any 24 hour period.

E. Protection from Mechanical Injury: During the curing period, protect concrete from damaging mechanical disturbances including load stresses, heavy shock, excessive vibration, and from damage caused by rain or flowing water. Protect all finished concrete surfaces from damage by subsequent construction operations.

F. When the concrete is placed in air temperatures of 40° or lower the concrete shall be heated as described under Item 3.3 Mixing Conditions.

G. The concrete shall be protected during transit, and before and after placing, as directed by the Engineer, to retain all heat possible in the concrete mix.

H. After the concrete has been placed, it shall be enclosed and protected so as to maintain the temperature of the concrete at not less than 50°F until 70 percent of the designated strength has been attained, as indicated by cylinder tests.

I.   Finished surfaces and wall edges located where travel and further construction work is necessary shall be suitably protected from damage by temporary guards or covers as directed by the Engineer.

## 3.8   REMOVAL OF FORMS AND SHORING

A.   Forms shall not be disturbed until the concrete has adequately hardened. Shoring shall not be removed until the supported member has acquired sufficient strength to support its weight and the load upon it. Members subject to additional loads during construction shall be adequately shored to sustain all resulting stresses. Removal of forms shall be accomplished in such a manner and sequence as will prevent injury to the concrete.

B.   Provisions of ACI 301, Sections 4.5, 4.6 and 4.7 apply. Subject to the County's or Engineer's requirements and upon approval, forms may be removed at the following minimum times unless high-early strength is specified. Shoring may be required at the option of the Engineer beyond these periods.

Removal of Forms and Supports:

|  |  | Temperature (°F) | | | | |
|  |  | Over 95°F | 70°F-95°F | 60°F-70°F | 50°F-60°F | Below 50°F |
|---|---|---|---|---|---|---|
| a. | Walls | 5 days | 1 day | 2 days | 3 days | Do not remove forms until site-cured test cylinder develops 50% of 28-day strength. |
| b. | Columns | 7 days | 2 days | 3 days | 4 days | |
| c. | Beam Soffits | 10 days | 4 days | 5 days | 6 days | |
| d. | Slabs 5 inches thick or less | 10 days | 5 days | 6 days | 7 days | |
| e. | Slabs 5 inches thick or greater | 12 days | 6 days | 8 days | | |

C.   When high-early strength concrete is specified, a schedule for removal of forms will be developed in the