# EXHIBIT G

Part 3 of 4

**TOWN OF HEMPSTEAD**
**DEPARTMENT OF WATER**
**NASSAU COUNTY, NEW YORK**

# NOTICE AND INSTRUCTIONS TO BIDDERS, GENERAL CONDITIONS, WAGE RATES, SPECIAL CONDITIONAL SPECIFICATIONS, PROPOSAL, TOWN FORMS, SUPPLEMENTARY CONDITIONS AND TECHNICAL SPECIFICATIONS

**FOR**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13**

**GENERAL CONSTRUCTION CONTRACT NO. PW 46-14**
**PLUMBING CONSTRUCTION CONTRACT NO. PW 47-14**
**ELECTRICAL CONSTRUCTION CONTRACT NO. PW 48-14**

STATE OF NEW YORK
WILLIAM D. MERKLIN
072392
LICENSED PROFESSIONAL ENGINEER

*Prepared by:*

**D&B ENGINEERS AND ARCHITECTS, P.C.**
**WOODBURY, NEW YORK**

**NOVEMBER 2014**

NO TEXT THIS PAGE

# TECHNICAL SPECIFICATIONS

## TABLE OF CONTENTS

| Section | Title |
|---|---|
| 1 | NOTICE AND INSTRUCTIONS TO BIDDER |
| 2 | GENERAL CONDITIONS |
| 3 | WAGE RATES |
| 4 | SPECIAL CONDITIONAL SPECIFICATIONS |
| 5 | PROPOSAL |
| 6 | TOWN FORMS |
| 7 | SUPPLEMENTARY CONDITIONS |

**TECHNICAL SPECIFICATIONS**

DIVISION 1 - SPECIAL CONDITIONS

| | |
|---|---|
| 01010 | SUMMARY OF WORK |
| 01020 | ALLOWANCES |
| 01050 | FIELD ENGINEERING |
| 01072 | REFERENCE STANDARDS |
| 01300 | ADDITIONAL SUBMITTALS, SCHEDULES, ETC. |
| 01320 | CONTRACTOR COST FOR ENGINEERING SERVICES |
| 01342 | SHOP DRAWINGS, PRODUCT DATA AND SAMPLES |
| 01500 | TEMPORARY FACILITIES AND CONTROLS |
| 01510 | PREPARATORY AND CORRECTIVE WORK |
| 01518 | TEMPORARY FIRE PROTECTION |
| 01560 | ENVIRONMENTAL CONTROLS |
| 01610 | TRANSPORTATION AND HANDLING OF MATERIALS AND EQUIPMENT |
| 01710 | CLEANING |
| 01720 | PROJECT RECORD DOCUMENTS |
| 01730 | SUPPLEMENTARY MECHANICAL AND ELECTRICAL REQUIREMENTS |
| 01760 | PROJECT CLOSEOUT |
| 01800 | MISCELLANEOUS PROVISIONS |

DIVISION 2 - SITEWORK

| | |
|---|---|
| 02050 | DEMOLITION AND REMOVALS |
| 02100 | CLEARING AND GRUBBING |

## TABLE OF CONTENTS (continued)

### DIVISION 2 - SITEWORK (continued)

02200 EARTHWORK
02429 DRAINAGE STRUCTURES
02447 FENCING
02485 GRASS RESTORATION
02487 PLANTING
02500 PAVEMENTS
02537 REMOVAL OF EXISTING FUEL STORAGE TANKS
02667 TESTING OF HYDRAULIC STRUCTURES

### DIVISION 3 - CONCRETE

03200 REINFORCING STEEL
03251 CONSTRUCTION JOINTS
03300 CAST-IN-PLACE CONCRETE
03310 CONCRETE CLEARWELL REPAIRS

### DIVISION 4 - MASONRY

04100 MORTAR
04150 MASONRY ACCESSORIES
04201 UNIT MASONRY CONSTRUCTION
04210 BRICK MASONRY
04220 CONCRETE UNIT MASONRY

### DIVISION 5 - METALS

05120 STRUCTURAL STEEL
05503 ANCHOR BOLTS, EXPANSION ANCHORS AND CONCRETE INSERTS
05504 MISCELLANEOUS METAL FABRICATIONS
05523 ALUMINUM HANDRAILS AND RAILINGS
05532 ALUMINUM GRATING
05534 ALUMINUM FLOOR ACCESS HATCHES
05540 CASTINGS

### DIVISION 6 - WOOD AND PLASTIC

06100 ROUGH CARPENTRY

### DIVISION 7 - THERMAL AND MOISTURE PROTECTION

07112 BITUMINOUS DAMPPROOFING
07210 INSULATION

## TABLE OF CONTENTS (continued)

### DIVISION 7 - THERMAL AND MOISTURE PROTECTION (continued)

07220 ROOF INSULATION
07400 ALUMINUM SOFFITS AND FASCIAS
07531 FULLY-ADHERED ROOFING SYSTEM
07600 FLASHING, GUTTERS AND TRIM
07720 ROOF ACCESSORIES
07920 CAULKING AND SEALANTS

### DIVISION 8 - DOORS AND WINDOWS

08100 STEEL DOORS AND FRAMES
08710 FINISH HARDWARE

### DIVISION 9 - FINISHES

09900 PAINTING

### DIVISION 15 - MECHANICAL

15310 LOUVERS
15855 VENTILATION EQUIPMENT

### DIVISION 16 - ELECTRICAL

16100 GENERAL PROVISIONS
16101 ELECTRICAL SERVICE
16111 CONDUIT
16116 EXPANSION FITTINGS
16118 FLEXIBLE CONDUITS
16121 15 kv CABLE
16122 600-VOLT CABLE
16123 INSTRUMENTATION CABLE
16126 FIBER OPTIC CABLE
16131 PULL AND JUNCTION BOXES
16134 OUTLET BOXES
16140 SWITCHES
16141 RECEPTACLES
16155 MOTOR STARTERS
16160 LIGHTING AND DISTRIBUTION PANELBOARDS
16170 DISCONNECT SWITCHES
16200 NATURAL GAS ENGINE DRIVEN GENERATOR
16292 POWER DISTRIBUTION SYSTEM STUDIES
16321 DRY TYPE TRANSFORMERS

## TABLE OF CONTENTS (continued)

DIVISION 16 - ELECTRICAL (continued)

16402 UNDERGROUND DUCT BANKS
16404 MANHOLES AND HANDHOLES
16450 GROUNDING SYSTEM
16510 LIGHTING FIXTURES
16670 LIGHTNING PROTECTION SYSTEM
16770 ELECTRIC HEATERS
16920 MOTOR CONTROL CENTER
16925 CONTROL STATIONS
16926 AUTOMATIC TRANSFER SWITCHES

DIVISION 18 - PLUMBING

18001 GENERAL PROVISIONS
18002 NATURAL GAS
18051 BURIED PIPING INSTALLATION
18052 EXPOSED PIPING INSTALLATION
18053 DUCTILE IRON PIPE, FITTINGS AND SPECIALS
18061 STEEL PIPE
18064 THERMOPLASTIC PIPE
18068 SMALL DIAMETER PIPING, VALVES AND SPECIALS
18094 PIPE HANGERS AND SUPPORTS
18096 WALL PIPES, FLOOR PIPES AND PIPE SLEEVES
18099 LARGE DIAMETER VALVES, SPECIALS AND APPURTENANCES
18175 DISINFECTION
18180 MISCELLANEOUS APPURTENANCES
18250 PIPE INSULATION
18300 PACKED TOWER AERATION SYSTEM
18320 CENTRIFUGAL BLOWER
18330 DUCTWORK
18340 VERTICAL TURBINE BOOSTER PUMP AND MOTOR
18360 VERTICAL TURBINE DEEP WELL PUMP AND MOTOR
18380 PACKED TOWER AERATION SYSTEM CONTROL PANEL
18400 WATER TREATMENT CHEMICAL SAFETY CONTROL SYSTEM
18420 SCADA SYSTEM ADDITIONS AND UPGRADES
18460 DISINFECTION OF HYDRAULIC STRUCTURES
18500 SCADA SYSTEM WORK
18550 GAS FIRED UNIT HEATERS AND APPURTENANCES
18600 VAPOR PHASE GRANULAR ACTIVATED CARBON OFF-GAS TREATMENT SYSTEM

APPENDIX I - PIPING SCHEDULE
APPENDIX II - SOIL BORING LOG
APPENDIX III - WELL LOG AND PUMP DATA

# INDEX OF SECTIONS

Section No.

NOTICE AND INSTRUCTIONS TO BIDDERS ........................................................1

GENERAL CONDITIONS ........................................................................................2

WAGE RATES ..........................................................................................................3

SPECIAL CONDITIONAL SPECIFICATIONS .........................................................4

PROPOSAL ...............................................................................................................5

TOWN FORMS ..........................................................................................................6

SUPPLEMENTARY CONDITIONS ...........................................................................7

TECHNICAL SPECIFICATIONS ...............................................................................8

NO TEXT THIS PAGE

SECTION 1

## NOTICE AND INSTRUCTIONS TO BIDDERS

A NOTICE TO BIDDERS (ADVERTISEMENT)
Project, Time and Place
A-1 Fee
A-2 Bid Security
A-3 Location of Documents
A-4 Right To Reject Bids
A-5 Federal Equal Opportunity and Labor Standards

BI INSTRUCTIONS TO BIDDERS
BI-6 Project Identification
BI-7 Bid Documents
BI-8 Form
BI-9 Delivery of Proposal
BI-10 Bid Security (For Bid Bond See TF-4)
BI-11 Fee for Bid Documents
BI-12 Qualifications of Bidders
BI-13 Examination of Bid Documents and Familiarity of Site
BI-14 Interpretation of Documents
BI-15 Addendum
BI-16 Modifications
BI-17 Corrections
BI-18 Withdrawal
BI-19 Contractor's Work Capability
BI-20 Multiple Proposals
BI-21 Collusive Agreement
BI-22 Performance Bond and Labor and Materials Bond
BI-23 Agreement
BI-24 Guarantee (See TF-10)
BI-25 Right to Reject Bids

NO TEXT THIS PAGE

# A - NOTICE TO BIDDERS

Sealed proposals will be received by the Commissioner of General Services, c/o Division of Public Works, Town of Hempstead, Town Hall, Room 222, 350 Front Street, Hempstead, New York, until 11:00 A.M. prevailing time on December 16, 2014, at which time they shall be publicly opened and read aloud and the Contract awarded as soon thereafter as may be practicable for:

Levittown Water District
Construction of Packed Tower Aeration System at Well 13
General Construction Contract No. PW 46-14
Plumbing Construction Contract No. PW 47-14
Electrical Construction Contract No. PW 48-14

A-1 A fee of $50.00 (check only) payable to the Town of Hempstead will be required of all bidders for a copy of the proposed Contract documents.

A-2 Each proposal must be accompanied by a certified check or bid bond payable to the Town of Hempstead for not less than 5% of the estimated amount of the bid.

A-3 Bid documents may be obtained IN PERSON ONLY at the Office of the Commissioner of General Services, c/o Division of Public Works, Town Hall, Room 211, Hempstead, New York and may be seen at the same office.

A-4 Federal equal opportunity and labor standards are applicable for all work performed under this Contract.

A-5 The Town of Hempstead reserves the right to reject any or all bids.

Dated: ____________, 2014
Hempstead, New York

Kathleen Murray
Supervisor

Nasrin G. Ahmed
Town Clerk

Stephen D'Esposito
Commissioner of General Services

NO TEXT THIS PAGE

## BI-6 PROJECT IDENTIFICATION

These instructions are relative to Town of Hempstead Public Works project.

Levittown Water District
Construction of Packed Tower Aeration System at Well 13
General Construction Contract No. PW 46-14
Plumbing Construction Contract No. PW 47-14
Electrical Construction Contract No. PW 48-14

## BI-7 BID DOCUMENTS

A. Notice to Bidders – Advertisement (Section 1)
B. Instructions to Bidders(Section 1)
C. General Conditions(Section 2)
D. Special Conditional Specifications (Section 4)
E. Proposal (Section 5 and TF-1)
F. Specifications (Section 8)
G. Drawings
H. Modifications (When Applicable)
I. Addenda (When Applicable)
J. Bidder Acknowledgment (TF-1)
K. Qualifications of Bidder (TF-2)
L. Non-Collusion Affidavit (TF-3)
M. Bid Bond (TF-4)
N. Agreement Form (TF-8)

Failure to comply with any of the following instructions shall constitute cause for which the bid may be rejected.

## BI-8 FORM

Each proposal shall be made on the "Proposal Form" (See Section 5 and TF-1) attached hereto and shall remain attached hereto as one of the bid documents and shall be submitted in a sealed envelope bearing the title of the work and the name of the bidder. The proposal shall include a sum to cover the cost of all items included in the bid documents and shall be identified by the name of the person, firm or corporation, with the authorized signature thereto.

## BI-9 DELIVERY OF PROPOSALS

Proposals shall be delivered by the time and to the place stipulated in the advertisement. It is the sole responsibility of the bidder to see that his proposal is received in the proper time.

Any proposal received after the scheduled closing time for receipt of proposals shall be returned to the bidder unopened.

**BI-10 BID SECURITY (FOR BID BOND, SEE TF-4)**

Each proposal must be accompanied by a certified check or bid bond payable to the Owner for not less than 5% of the amount of the bid. All such checks, except those of the three lowest bidders will be returned as soon as practicable after bid openings. Checks of the three lowest bidders will be returned as soon as practicable after signing of the Contract, but the Owner shall not retain them more than forty-five (45) days after opening of bids, except by mutual Agreement.

**BI-11 FEE FOR BID DOCUMENTS**

Fees for bid documents will be returnable to non-bidders until 4:00 p.m. of the day before the bid opening, provided plans and specifications have been returned in good condition. In cases of re-bids on the same project, original bidders will not be charged an extra fee for bid documents.

**BI-12 QUALIFICATIONS OF BIDDERS**

Bidder's qualification statement is required. The form attached hereto (see TF-2) indicates essentially all information required. Each bidder is responsible for assuring that his current (his Organizational and financial status as of the date of his proposal) qualification statement is on file with the Department of General Services, Town of Hempstead, or he shall provide a current certificate with his proposal, which will become part of the Contract documents. Certificates received by the Department of General Services with the proposal will be filed as the current certificate of qualification. If a certificate is on file for less than one year, addenda, thereto will be acceptable for updating such certificate. Certificates that are on file for one year or more shall be declared obsolete and must be renewed.

**BI-13 EXAMINATION OF BID DOCUMENTS AND FAMILIARITY OF SITE**

Before submitting a proposal all bidders shall carefully examine the drawings, specifications and other bid documents, shall visit the site of the proposed work and shall become fully informed of conditions and limitations associated with fulfilling the requirements of the Contract.

No plea of ignorance or misunderstanding of conditions that exist or that may hereafter exist, or of conditions or difficulties that may be encountered in the execution of the work under this Contract, as a result of failure to make the necessary examinations and investigations as may be expected of a reasonable prudent bidder, will be accepted as an excuse for any failure or omission on the part of a Contractor to fulfill in every detail all of the requirements of the bid documents, or will be accepted as a basis for any claims whatsoever for extra compensation, or for an extension of time.

**BI-14 INTERPRETATION OF DOCUMENTS**

If any prospective bidder is in doubt as to the true meaning of any of the bid documents or finds discrepancies therein or omissions there from, he may submit to the Commissioner of Engineering written request for an interpretation thereof. The requester is responsible for timely communication. Any interpretation or correction of the documents will be made only by addendum duly issued and a copy of the addendum will be mailed by certified mail (return receipt) or delivered to each person receiving a set of the bid documents. Neither the Owner, the Commissioner of Engineering nor the Engineer will be responsible for any other explanations or interpretation of these bid documents

**BI-15 ADDENDUM**

Any addendum issued during the time of bidding, or forming a part of the bid documents for preparation of proposals, shall be covered in the proposal, and shall be acknowledged in the proposal by entering the title, date and signature of person signing the proposal.

**BI-16 MODIFICATIONS**

Proposals shall not contain any recapitulation of the work to be done. Modifications, exceptions or oral proposals will not be considered.

**BI-17 CORRECTIONS**

Erasures or other corrections in the bid proposal must be initialed by the person signing the bid proposal.

**BI-18 WITHDRAWAL**

Any bidder may withdraw his proposal, either personally or by telegraphic or written request, if such request is received by the Commissioner of General Services at any time prior to one (1) minute before the scheduled closing time for receipt of proposals. If a Contract is not awarded within forty-five (45) days after opening of the bids, all bidders may withdraw their proposals by written notice.

**BI-19 CONTRACTOR'S WORK CAPABILITY**

The bidder, firm or corporation must be capable of performing the work required in the Contract and shall perform a substantial portion thereof with his own resources.

Before executing any subcontract, the successful bidder shall submit the name and qualifications of any proposed subcontractor for prior approval by the Commissioner of Engineering (GC-57).

## BI-20 MULTIPLE PROPOSALS

No person, firm or corporation shall be allowed to make more than one proposal for the same work, unless alternate proposals are called for. A person, firm or corporation who has submitted a proposal to a bidder, or who has quoted prices on materials to a bidder, is not hereby disqualified from submitting a proposal or quoting prices to other bidders.

## BI-21 COLLUSIVE AGREEMENTS

Each bidder submitting a bid to the Owner for any portion of the work contemplated by the bid documents on which bidding is based shall execute and attach thereto an affidavit substantially in the form herein provided, to the effect that he has not colluded with any other person, firm, or corporation in regard to any bid submitted (see TF-3).

## BI-22 PERFORMANCE BOND & LABOR & MATERIALS BOND

The successful bidder, simultaneously with the execution of the Contract will be required to furnish a faithful performance bond in an amount not less than one hundred percent (100%) of the Contract amount and a labor and materials payment bond (for payment of all persons performing labor or furnishing materials in connection therewith) for not less than one hundred percent (100%) of the Contract amount. Said bonds to be issued by a Surety Company acceptable to the Owner or securities approved by the Owner and in a form satisfactory to the Owner and covering all points in this agreement, bearing the date herewith and forming part of this Contract (See TF-6 and TF- 7).

All bonds shall be issued by a Surety Company listed in a most recent copy of the Department of the Treasury Federal Register, Circular #570. Amounts of said bonds shall not exceed limits set by the aforesaid federal register. (See TF-6 & TF-7).

## BI-23 AGREEMENT

The bidder whose proposal has been accepted will be required to appear at the Office of the Town Attorney with required executed Surety Company bonds and insurance coverage; and execute the Contract within ten (10) days from the date of the service of a notice (see TF-5), delivered to him in person or mailed to the address given in the proposal, that the Contract has been awarded to him.

In case of failure to execute the Contract (including the required bonds and insurance) within the time stated, the bidder shall be deemed to have abandoned the Contract, and the amount of the bid deposit made by the bidder will be forfeited and retained by the Owner as liquidated damages. The agreement form is attached (see TF-8).

**BI-24  GUARANTEE (SEE TF-10)**

The successful bidder will be required to guarantee the work for a period of one (1) year from the date of final acceptance, against any and all omissions and defects which may develop or require attention as a result of his performance of the Contract.

**BI-25  RIGHT TO REJECT BIDS**

The Town Board reserves the right to reject any and all bids and to waive any informalities in the bids received and to accept the bid most favorable to the interest of the Owner, after all bids have been examined and checked.

NO TEXT THIS PAGE

# SECTION 2

## GENERAL CONDITIONS

| | |
|---|---|
| GC- | General Conditions |
| GC-31 | Definitions |
| GC-32 | Materials and Workmanship |
| GC-33 | Inspection and Testing of Materials |
| GC-34 | "Or Equal" Clause |
| GC-35 | Change in Work |
| GC-36 | Claims for Extra Cost |
| GC-37 | Suspension of Work |
| GC-38 | Right of the Owner to Terminate and Liquidate Damages |
| GC-39 | Extension of Time - No Waiver |
| GC-40 | Protection of Work and Property |
| GC-41 | Power of Contractor to Act in an Emergency |
| GC-42 | Engineer Authority |
| GC-43 | Commencement of Work (See TF-9) |
| GC-44 | Surveys and Permits |
| GC-45 | Plans, Specifications and Related Data |
| GC-46 | Use of Premises |
| GC-47 | Security |
| GC-48 | Removal of Debris |
| GC-49 | Partial Completion and Acceptance |
| GC-50 | Certificate of Completion (TF-12) |
| GC-51 | Compensation to Be Paid to Contractor |
| GC-52 | Separate Contracts |
| GC-53 | Mutual Responsibility of Contractors |
| GC-54 | Construction Schedule and Periodic Estimates |
| GC-55 | Payments to Contractors |
| GC-56 | Assignments |
| GC-57 | Subcontractors (Work by Others) |
| GC-58 | Superintendence by Contractor |
| GC-59 | Additional Instructions and Detail Drawings |
| GC-60 | Maintenance Bond |
| GC-61 | Communications |
| GC-62 | Live Utilities |
| GC-63 | Other Prohibited Interests |
| GC-64 | Risk of Loss |
| GC-65 | Laws, Ordinances and Regulations |
| GC-66 | Insurances and Indemnity |
| GC-67 | Labor, Wages and Equal Employment |
| GC-68 | Affirmative Action Clause for the Handicapped |
| GC-69 | Standard Federal Equal Employment Opportunity |

GC-70    Requirements for Affirmative Action to Ensure Equal Employment Opportunity
GC-71    Affirmative Action Clause for Covered Veterans
GC-72    Equal Opportunity Clause for Females and Minorities

## GC-31 DEFINITIONS

A. Contract Documents

1. Notice to Bidders (advertisement)
2. Instruction to Bidders
3. General Conditions
4. Special Conditions (when applicable)
5. Specifications
6. Plans (see GC-45)
7. Modifications
8. Addenda
9. Proposal (Section 5 and TF-1)
10. Qualifications of Bidder (TF-2)
11. Non-collusion Affidavit of Prime Bidder (TF-3)
12. Bid Security (for Bid Bond see TF-4)
13. Notice of Award (TF-5)
14. Performance Bond (TF-6)
15. Labor and Material Bond (TF-7)
16. Agreement (TF-8)
17. Notice to Proceed (TF-9)
18. Maintenance Bond (TF-10)
19. Insurance Policies
20. Labor Payment Affidavit (TF-11)
21. Certificate of Completion (TF-12)

B. Engineer - is the duly authorized representative of the Owner having direct inspection of the construction work.

C. Owner - Town of Hempstead, New York.

1. Commissioner of General Services - the Commissioner of General Services, Town of Hempstead.

2. Commissioner of Engineering - the Commissioner of Engineering, Town of Hempstead.

D. Contractor - is the Contractor named in the Contract Documents.

E. Subcontractor - is any person, firm or corporation other than an employee of the Contractor, who contracts with the Contractor or any other Subcontractor to furnish labor or labor and materials at the site of the project or materials worked to a special design or specially fabricated, according to plans and/or specifications.

F.  Proposal - the offer of a bidder to perform the work described by the bid documents when made out and submitted on the prescribed proposal form, properly signed and guaranteed.

G.  Bid Security - is the proposal guarantee.   A certified check or bidder's bond accompanying the proposal submitted by the bidder, as a guarantee that the bidder will enter into a Contract with the Owner for the construction of the work, if the Contract is awarded to him.

H.  Contract - is the agreement covering the performance of the work described in the Contract documents including all supplemental agreements thereto.

I.  Surety - is the person, firm or Corporation who executes the Contractor's bonds.

J.  Specifications - shall mean the legal and procedural documents, general conditions, together with the modifications thereof, the worded details on plans, Specifications and all addenda thereto.

K.  Written Notice - written notice shall be considered as served when delivered in person or sent by registered mail to the individual, firm or corporation at the last business address of such known to him who serves the notice.

    1.  Change of Address - it shall be the duty of each party to advise the other parties to the Contract as to any change in his business address until completion of all Contract obligations.

L.  Act of God - means an earthquake, flood, cyclone or other cataclysmic phenomenon of nature.  Rain, wind or other natural phenomenon of normal intensity for the locality shall not be construed as an Act of God.

M.  Work - the term "work" as used herein, refers to work at the site of the project, that is normally done at the locations of the project and includes all plant, labor, materials, supplies, equipment and other Facilities and things necessary or proper for, or incidental to the carrying out and completion of this Contract.

N.  Estimated Amount - the estimated unit quantities as compiled and shown on the proposal sheet are subject to field determination and measure and may either be more or less than the estimated amount.  The amounts to be paid for shall be an amount computed by multiplying the prices bid for each unit by the number of actual units used or installed, as certified by the Engineer.

## GC-32 MATERIALS AND WORKMANSHIP

A.  Materials Furnished by the Contractor - all materials used in the work shall meet the requirements of the respective specifications.  All materials not specifically indicated to be furnished to the Contractor shall be furnished by the Contractor.

B.  Storage of Materials - materials shall be so stored as to insure the preservation of their quality and fitness for the work. When considered necessary, they shall be placed on wooden platforms or other hard, clean surfaces and not on the ground. They shall be placed under secure cover at locations approved by the Engineer. Stored materials shall be located so as to facilitate prompt inspection. Said materials and damages resulting therefrom shall at all times be the responsibility of the Contractor. Private property shall not be used for storage purposes without the written permission of said property owner.

C.  Character of Workmen - the Contractor shall at all times be responsible for the conduct and discipline of his employees and/or any Subcontractor or person employed by Subcontractors. All workmen must have sufficient knowledge, skill and experience to perform properly the work assigned to them.

D.  Rejected Work and Materials - all materials which do not conform to the requirements of the Contract documents, or are not equal to samples approved by the Engineer, or are in any way unsatisfactory or unsuited to the purpose for which they are intended, shall be rejected. Any defective work whether the result of poor workmanship, use of defective materials, damage through carelessness or any other cause shall be removed within ten (10) days after written notice is given by the Engineer and the work shall be re-executed by the Contractor. The fact that the Engineer may have previously overlooked such defective work shall not constitute an acceptance of any part of it. Should the Contractor fail to remove rejected work or materials within ten (10) days after written notice to do so, the Owner may remove them and may store the materials, all at the Contractor's expense.

E.  Correction of Work - all work, all materials, whether incorporated in the work or not, all processes of manufacture and all methods of construction shall be at all times and places subject to the inspection and approval of the Engineer. Should they fail to meet the Engineer's approval, they shall be forthwith reconstructed, made good, replaced and/or corrected, as the case may be, by the Contractor at his own expense. The Commissioner of Engineering shall be the final judge of the quality and suitability of the work, materials, processes and methods of construction for the purposes for which they are used. If, in the opinion of the Engineer, it is undesirable to replace any defective or damaged materials or to reconstruct or correct any portion of the work injured or not performed in accordance with the Contract documents, the compensation to be paid to the Contractor hereunder shall be reduced by such amount as in the judgment of the Commissioner of Engineering shall be equitable.

F.  Contractor's Performance - the Contractor shall provide and pay for all materials, communications, Engineer's office, fees, labor, tools, permits, equipment, water, light, power, transportation, superintendence, surveying and stakeout, special insurance, utility inspector, flagman conductor, temporary construction of every nature and all other services such as signs, barricades, specialty personnel, security, watchmen and

sanitary facilities and other facilities of every nature whatsoever necessary to execute, complete and deliver the work according to the Contract documents. Any work necessary to be performed after regular working hours, on Sundays, or legal holidays, shall be performed without additional expense to the Owner and with the approval of the Engineer.

G. Cutting and Patching - the Contractor shall do all necessary cutting and patching of the work that may be required to properly receive the work of the various trades or as required by the plans and specifications to complete the structure. He shall restore all such cut or patched work as directed by the Engineer.

H. Cleaning Up - the Contractor shall remove from the Owner's property, and from all public and private property, all temporary structures, rubbish, waste materials resulting from his operation or caused by his employees and shall remove all surplus materials leaving the site smooth, safe and clean, as approved and directed by the Engineer.

**GC-33 INSPECTION AND TESTING OF MATERIALS**

All materials, equipment and workmanship (if not otherwise designated by the specifications) may be subject to inspection, examination and testing by the Engineer and other representatives of the Owner, at any and all such times as manufacture and/or construction are carried on. Further and more specific clauses on the inspection and testing of materials are included in the detailed specifications.

**GC-34 "OR EQUAL" CLAUSE**

Whenever a material, article or piece of equipment is identified on the plans or in the specifications by reference to manufacturers' or vendors' names, trade names, catalog numbers, etc., it is intended merely to establish a minimum standard; and, any material, article, or equipment of other manufacturers and vendors which will perform adequately the duties imposed by the general design will be considered equally acceptable provided the material, article or equipment so proposed is, in the opinion of the Engineer, of equal substance and function it shall not be purchased or installed by the Contractor without the Engineer's written approval.

**GC-35 CHANGES IN WORK**

(See SC11 of Supplementary Conditions.)

**GC-36 CLAIMS FOR EXTRA COST**

(See SC12 of Supplementary Conditions.)

**GC-37 SUSPENSION OF WORK**

The Engineer shall have the authority to suspend the work wholly or in part, for such period or periods, as he may deem necessary, due to unsuitable weather, or such conditions as are considered unfavorable for prosecution of the work, or failure on the part of the Contractor to carry out the provisions of the Contract or to supply materials meeting requirements of the specifications, or as directed by the Owner. The Contractor shall not suspend operation without the Engineer's permission.

**GC-38 RIGHT OF THE OWNER TO TERMINATE & LIQUIDATED DAMAGES**

A. If the Owner shall be of the opinion that the work or any part thereof is unnecessarily delayed, or that the Contractor is willfully violating any of the covenants of the Contract, or is executing the same in bad faith, or, if the work not be fully completed within the time mentioned in this Contract for it's completion, then the Owner shall have the right to notify the Contractor to discontinue all work on any part thereof under this Contract. A written notice shall be served upon the Contractor either personally or by leaving said notice at the Contractor's residence or with his agent in charge of the work and by certified mail upon the surety. The Contractor shall discontinue said work or such part thereof and the Owner shall have the right to call upon the surety to complete the Contract, or the Owner may complete the Contract or such part thereof and use such materials, equipment and tools for the completion of the same, and to charge the total expenses incurred to the Contractor.

   In case of such discontinuance of the employment of the Contractor, he shall not be entitled to receive any further payment under this Contract until the said work shall be wholly finished, If the unpaid balance of the amount to be paid under this Contract shall exceed the expense incurred by the Owner in finishing the work, such excess shall be paid by the Owner to the Contractor and if such expense shall exceed such unpaid balance, the Contractor and his surety shall pay the difference to the Owner. The Contractor shall have no claim for damages or otherwise whatsoever against the Owner by reason of any exercise of the right granted by this section and this provision shall be complete defense to any action or proceeding which may be instituted by the Contractor against the Owner arising out of or based upon any exercise by the Owner of the right hereby granted. If the right of the Contractor to proceed with the work is so terminated, the Owner may take possession of and utilize in completing the work such materials, appliances, supplies, plant and equipment as may be on the site of the work. None of the above may be removed by anyone without the consent of the Owner.

B. Any assignment for benefit of creditors or voluntary or involuntary bankruptcy proceedings against the Contractor shall constitute a default of the Contract and the Owner may call upon the surety to complete the Contract in accordance with it's performance and labor and materials bond.

**Liquidated Damages**

In case the Contractor shall have failed to complete the work hereunder in accordance with the plans and specifications of the Contract to the full and complete satisfaction of the Engineer and the Owner and where the Contractor has been so notified in writing by the Owner, the Contractor shall pay to the Owner the sum of $ 1,000.00 for each calendar day thereafter (excluding Sundays and legal holidays) that the said work shall remain so unfinished. Which said sum, in view of the difficulty of ascertaining the loss and expense which the Owner will suffer by reason of delays in the performance of the work hereunder, is hereby agreed upon, fixed and determined by the parties hereto as the liquidated damages that the Owner will suffer by reason of such failures and default and not as a penalty, unless such failure shall have been caused by some act or omission on the part of said Owner or for some other reason entirely beyond the control of the Contractor.

The Owner shall have the right and is hereby authorized to deduct and retain the amount or amounts or such liquidated damages as may accrue hereunder out of the monies which may be due or become due to the Contractor under this agreement, or if such monies are not sufficient to meet said expense, the amount of the deficiency shall be paid to the Owner by the Contractor or his Surety.

**GC-39 EXTENSION OF TIME - NO WAIVER**

If the Contractor, in concurrence with the Owner, shall be delayed in the completion of his work by reason of unforeseeable causes, beyond his control and without his fault or negligence, including, but not restricted to acts of god, or of the public enemy, floods, epidemics, quarantine, restrictions, strikes, riots, civil commotions, freight embargoes or priority regulations, the period hereinafter specified for completion of his work may be extended by such time as shall be fixed by the Owner. Such extension of time shall not be deemed a waiver by the Owner of any other provisions of the Contract.

**GC-40 PROTECTION OF WORK AND PROPERTY**

The Contractor shall at all times safely guard the Owner's property from injury or loss in connection with this Contract. He shall at all times safely guard and protect his own work and that of adjacent property from damage, loss or injury. All passageways, guard fences, lights and other facilities required for protection by all authorities or local conditions must be provided and maintained.

It is further understood and agreed that loss or damage arising out of the nature of the work to be done under this Contract or from any unforeseen obstruction or difficulties, which may be encountered in the performance of the same or from the action of the elements or from encumbrances on the line of work or from any injury done in consequence of acts or omissions on the part of the Contractor, Subcontractor, their employees or agents in carrying out any of the provisions or requirements of this Contract shall be borne and assumed by the Contractor.

## GC-41 POWER OF CONTRACTOR TO ACT IN AN EMERGENCY

In case of an emergency, which threatens loss or injury of property and/or safety of life, the Contractor shall act without previous instructions from the Engineer as he sees fit. He shall notify the Engineer and any affected authorities thereof immediately thereafter.

The amount of reimbursement claimed by the Contractor on account of any such action shall be determined in the manner provided in Section GC-36 hereof.

## GC-42 ENGINEER AUTHORITY

In the performance of the work, the Contractor shall abide by all orders, directives and requirements of the Engineer and shall perform all work to the satisfaction of the Engineer. The Engineer shall determine the amount, quality acceptability and fitness of all parts of the work, shall interpret the plans, specifications, Contract documents and shall decide all other questions in connection with the work. The Contractor shall not employ plant, equipment, materials, methods or personnel to which the Engineer objects and shall not remove plant, personnel, materials, equipment or other facilities from the site of the work without the Engineer's written permission. Upon request, the Engineer shall confirm in writing any oral order, direction, requirements or determination.

## GC-43 COMMENCEMENT OF WORK (SEE TF-9)

The Contractor will commence work on the date to be ordered by the Owner as the date of such commencement and shall fully complete the work within the number of consecutive calendar days from said date hereinafter specified as the period for completion of his Contract, unless the Owner shall extend the time limit.

## GC-44 SURVEYS AND PERMITS

Unless otherwise expressly provided for in the specifications, the Contractor will perform all surveys necessary for the execution of the work The Contractor shall procure and pay for all permits and licenses necessary for the execution of his work.

## GC-45 PLANS, SPECIFICATIONS AND RELATED DATA

A. Accuracy of Plans and Specifications - the detail Plans and Specifications for the Contract have been prepared with care and are intended to show as clearly as is practicable, the work required to be done. The Contractor must realize, however, that construction details cannot always be accurately anticipated and that in executing the work, field conditions may require reasonable modifications in the details of Plans and quantities of work involved. Work under all items in the Contract must be carried out to meet these field conditions to the satisfaction of the Engineer and in accordance with his instructions and the Contract Specifications.

B. Conflict: If there be conflicting variance between the Plans and the Specifications, the provisions of the Specifications shall control. In case of conflict between the General Conditions of the Contract or any modifications thereof and the detailed requirements, the Detailed Specification requirements shall control. Where the work of the Contractor is affected by finish dimensions, these shall be determined by the Contractor at the site and he shall assume the responsibility for notifying the Engineer and effecting coordination with other contractors or suppliers.

C. Discrepancies in Plans - any discrepancies found between the Plans and Specifications and site conditions or any errors or omissions in the Plans or Specifications shall be immediately reported to the Engineer, who shall as soon as practicable correct such error or omission in writing. Any work done by the Contractor after his discovery of such discrepancies, errors or omissions shall be done at the Contractor's risk.

D. Copies of Plans and Specifications Furnished – except as provided for otherwise, all required copies of Plans and Specifications necessary for the execution of the work shall be furnished to the Contractor without charge.

E. Plans and Specifications at the Job Site - one complete set of all Plans and Specifications shall be maintained by the Contractor at the job site and shall be available to the Engineer at all times. These Plans shall be currently marked up to reflect the exact in place construction caused by any field changes.

F. Ownership of Plans and Specifications - all original or duplicated Plans and Specifications and other data prepared by the Engineer for the Owner shall remain the property of the Owner.

G. Dimensions - figured dimensions on the Plans are to be used in preference to scaling the Plans.

H. Models - all models prepared for this work become the property of the Owner at the completion of the work.

I. Samples - all samples called for in the Specifications or required by the Engineer shall be furnished by the Contractor, at his expense and shall be submitted to the Engineer for his approval. Samples shall be furnished so as not to delay fabrication, allowing the Engineer reasonable time for the consideration of the samples submitted.

1. Samples for Tests - the Contractor shall furnish such samples of materials as may be required for examination and test. All materials and workmanship shall be in accordance with approved samples. All samples of materials for tests shall be taken according to methods provided in the detailed Specifications. Recoverable samples and test residue remain the property of the Contractor.

J. Shop Drawings - the Contractor shall provide shop drawings, settings, schedules and such other drawings as may be necessary for the prosecution of the work in the shop

and in the field, as required by the drawings, Specifications or Engineer's instructions. Deviations from the Plans and Specifications shall be called to the attention of the Engineer at the time of the first submission of drawings and subsequent drawings of approval. The Engineer's approval of any drawings shall not release the Contractor from responsibility for such deviations. Shop drawings shall be submitted according to the following schedule:

1. Six (6) copies shall be submitted at least thirty (30) days before the materials indicated thereon are to be needed, or earlier if required to prevent delay of the work.

2. The Engineer shall, as soon as possible, but in no case more than fourteen (14) days of the submittal of any shop drawings, return two (2) copies to the Contractor marked approved subject to indicated corrections and changes, or disapproved.

3. The Contractor shall then correct the shop drawings to conform to the corrections and changes requested by the Engineer.

4. Following completion of such corrections and changes, the Contractor shall furnish the Engineer six (6) copies of the shop drawings conforming to the required corrections and changes for final approval.

**GC-46 USE OF PREMISES**

The Contractor expressly undertakes at his own expense:

A. To take every precaution against injuries to all persons or damages to all property;

B. To store his apparatus, materials, supplies and equipment in such orderly fashion at the site of the work, as will not interfere with the progress of his work, the work of any other contractors or the Owner's normal plant operations;

C. To place upon the work or any part thereof only such loads as are consistent with the safety of that portion of the work.

**GC-47 SECURITY**

The Contractor shall be responsible at all times for the protection and safety of the general public and of persons and employees who may for any reason enter within the limits of his work. Unless required by other portions of the Contract, the decision to provide uniformed watchmen service shall be the Contractor's. If watchmen are employed on the project, they shall be uniformed and equipped with a badge, whistle and flashlight; watchmen shall have access to communication and sanitary facilities. This paragraph, in no way will diminish the requirements of Item 102, " Protection and Maintenance of Traffic".

## GC-48 REMOVAL OF DEBRIS

The Contractor expressly undertakes at his own expense:

    A. To frequently clean up all refuse, rubbish, scrap, materials and debris caused by his operations, to the end that at all times the site of the work shall present a neat, safe, orderly and workmanlike appearance.

    B. Before final payment, to remove all surplus materials, falsework, temporary structures, including foundations thereof, plant of any description and debris of every nature resulting from his operations and to put the site in a neat, safe and orderly condition.

    C. The disposal of such debris shall be according to all current federal, state and local laws and/ or codes.

## GC-49 PARTIAL COMPLETION AND ACCEPTANCE

If at any time prior to the issuance of the final certificate referred to in section GC-50 hereinafter, any portion of the permanent construction has been satisfactorily completed and if the Engineer determines that such portion of the permanent construction is not required for the operations of the Contractor, but is needed by the Owner, the Engineer shall issue to the Contractor a certificate of partial completion and thereupon or at any time thereafter the Owner may take over and use the portion of the permanent construction described in such certificate and may exclude the Contractor therefrom.

The issuance of a certificate of partial completion shall not be construed to constitute an extension of the Contractor's time to complete the portion of the permanent construction to which it relates if he has failed to complete it in accordance with the terms of this Contract.

The issuance of such a certificate shall not operate to release the Contractor or his sureties from any obligations under this Contract or the performance bond.

## GC-50 CERTIFICATE OF COMPLETION (SEE TF-12)

When, in the opinion of the Contractor, the work is complete and ready for final inspections, he shall notify the Engineer in writing and the Engineer will arrange to give the work a minute and thorough inspection. The results of such inspection (punch list) shall be completed and corrected before a final certificate of completion may be issued. Upon completion of all work whatsoever required, the Engineer shall file a written certificate with the Owner and with the Contractor as the entire amount of work performed and compensation therefore.

The acceptance by the Contractor of final payment shall be and shall operate as a release to the Owner of all claims and all liability to the Contractor for all things done or furnished in connection with this work and for every act and neglect of the Owner and others relating to and

arising out of this work   No payment however, final or otherwise, shall operate to release the Contractor or his sureties from any obligations under this Contract.  Before approval of final payment, if given, all work shall be complete in every detail.  All building materials, construction equipment, dirt, form work, stakes, shanties, etc. Shall be cleared from the area and all pipe, catch basins and manholes shall be free from construction dirt, silt and form work.  All street, parking, stop and other street and/or highway regulatory signs now established in the rights-of-way within the construction area, shall be restored to their proper positions, alignment and controlled distances.

## GC-51 COMPENSATION TO BE PAID TO CONTRACTOR

The Contractor will be paid the bid unit and/or lump sum prices for the quantities of work which he performs under the items of work included in the Contract.  The sum total for these items shall constitute full payment for the job completed, tested and ready for use.  The price stipulated herein shall include not only the materials and work specifically belonging under the various items, but also all other materials, work and expenses which are necessary to complete as a whole the work contemplated by this Contract and which are specified, shown on the Plans or implied in such manner as to enable the Contractor to know the need of such materials, work or expenses.

## GC-52 SEPARATE CONTRACTS

Should the Owner plan to award other contracts, the work under which may proceed simultaneously with the execution of this Contract; the Contractor shall coordinate his operation with those of other contractors.   Should a conflict arise, the decision of the Engineer shall prevail. Cooperation will be required in the arrangement for the storage of materials and in detailed execution of the work the Contractor, including his Subcontractors, shall keep himself informed of the progress and the detail work of other contractors and shall notify the Engineer immediately of lack of progress or defective workmanship on the part of other contractors, where such lack of progress or defective workmanship will interfere with his own operations.  Failure of the Contractor to keep informed of the work progressing on the site and failure to give notice of lack of progress or defective workmanship by others shall be construed as acceptance by him of the status of the work as being satisfactory for proper coordination with his own work, except as to defects which may develop in the other contractor's work after the execution of his own work.

## GC-53 MUTUAL RESPONSIBILITY OF CONTRACTORS

If through acts of neglect on the part of the Contractor, any other contractor, or any Subcontractor who shall suffer loss or damage on the work, the one who is responsible for such loss or damage agrees to settle with such other contractors or Subcontractors.  If such other contractors or Subcontractors shall assert any claim against the Owner on account of any damage alleged to have been so sustained, the Owner shall notify the Contractor who shall defend, indemnify and save harmless the Owner against any such claim.

## GC-54  CONSTRUCTION SCHEDULE AND PERIODICAL ESTIMATES

Immediately after execution and delivery of the Contract, and before commencement of work, the Contractor shall deliver to the Engineer for approval a construction progress schedule in form satisfactory to the Owner, showing the proposed dates of commencement and completion of each of the various subdivisions of work required under the Contract documents.   The Contractor shall also furnish on forms to be supplied by the Owner for the Engineer's approval:

A.  A detailed estimate giving a complete breakdown of the Contract price, and;

B.  Periodical itemized estimates of work done for the purpose of making partial payments thereon. The values employed in making up any of these schedules will be used only for determining the basis of partial deduction from the Contract price.

The Contractor shall submit, at such times as may be reasonably requested by the Engineer, schedules which shall show the order in which the Contractor proposes to carry on the work, with dates at which the Contractor will start the several parts of the work and estimated dates of completion of the several parts.

The Contractor and each of his Subcontractors shall submit to the Engineer upon request, such schedules of quantities and costs, progress schedules, payrolls, reports. Estimates, records and other data as the Engineer may request in writing concerning work performed or to be performed under this Contract.

## GC-55 PAYMENTS TO CONTRACTORS

Unless otherwise provided herein:

A.  The Contractor shall submit to the Engineer no later than the first week of the month, in accordance with the terms of the Contract, a requisition, invoice and payment affidavit for a progress payment for the work performed the preceding calendar month and/or material(s) furnished to the date of the requisition less retainage and any amount previously paid to the Contractor.  The Engineer shall review and approve for payment the requisition and attach a certified Engineer's estimate of the work performed to the date of the requisition less retainage and any amount previously paid to the Contractor for submittal to the Owner.  To insure the proper performance of this Contract, the Owner shall retain five percent (5%) of the value of the work completed plus an amount necessary to satisfy any claims, liens, or judgments against the Contractor, which have not been discharged until final completion and acceptance of all work covered by this Contract, provided that the Owner at any time after fifty percent (50%) of the fair value of the work has been completed, if it finds that satisfactory progress is being made, may make any of the remaining progress payments in full; provided, further, that when the work or major portions thereof as contemplated by the terms of the Contract are substantially completed, the Contractor shall submit to the Owner a requisition for payment of the remaining amount of the

Contract balance; the Owner shall approve and promptly pay the remaining amount of the Contract balance less two times the fair value of any remaining items to be completed and an amount necessary to satisfy any claims, liens or judgments against the Contractor which have not been discharged.  As the remaining items of work are satisfactorily completed or corrected, the Owner shall promptly pay, upon receipt of a requisition, for these items less an amount necessary to satisfy any claims, liens or judgments against the Contractor which have not been discharged; provided, further, that on completion and acceptance of each separate building, public work or other division of the Contract on which the price is stated separately in the Contract, payment may be made in full, including retained percentage thereon, less authorized deductions.

B.  In preparing estimates, the materials delivered on the site and preparatory work done may be taken into consideration.  The Owner shall pay, upon requisition from the Contractor, for materials delivered to the site or off-site by the Contractor and/or Subcontractor and suitably stored and secured as required by the Owner and the Contractor provided; the Owner may limit such payment to materials in short and/or critical supply and materials specially fabricated for the Contract each as defined in the Contract.

C.  All material and work covered by partial payments made shall thereupon become the sole property of the Owner, but this provision shall not be construed as relieving the Contractor from the sole responsibility for the care and protection of materials and work upon which payments have been made or the restoration of any damaged work, or as a waiver of the right of the Owner to require the fulfillment of all of the terms of the Contract.

D.  Owner's right to withhold certain amount and make application thereof: The Contractor agrees that he will defend, indemnify and save the Owner harmless from any claims growing out of the demands of Subcontractors, laborers, workmen, mechanics, material men and furnishers of machinery and parts thereof, equipment, power tools and all supplies, including commissary, incurred in the furtherance of the performance of this Contract.  The Contractor shall at the Owner's request, furnish satisfactory evidence that all obligations of the nature hereinabove designated have been paid, discharged or waived.  If the Contractor fails to do so, then the Owner may, after having served written notice on the Contractor and his Surety, either pay unpaid bills, of which the Owner has written notice, direct, or withhold from the Contractor's unpaid compensation a sum of money deemed reasonably sufficient to pay any and all such claims until satisfactory evidence is furnished that all liabilities have been fully discharged, whereupon payment to the Contractor shall be resumed, in accordance with the terms of this Contract, but in no event shall the provisions of this paragraph be construed to impose any obligations upon the Owner to either the Contractor or his Surety.  In paying any unpaid bills of the Contractor, such payment shall be considered as a payment made under the Contract by the Owner to the Contractor and the Owner shall not be liable to the Contractor or Surety for any such payments made in good faith.

E. The Contractor shall submit with each requisition a labor and materials payment affidavit (see TF-11).

**GC-56 ASSIGNMENTS**

The Contractor shall not assign the whole or any part of this Contract or any monies due or to become due hereunder without written consent of the Owner. In case the Owner consents and the Contractor assigns all or any part of any monies due or to become due under this Contract, the instrument or assignment shall contain a clause substantially to the effect that it is agreed that the right of the assignee in and to any monies due or to become due to the Contractor shall be subject to prior liens of all persons, firms and corporations for services rendered or materials supplied for the performance of the work called for in this Contract.

**GC-57 SUBCONTRACTORS (WORK BY OTHERS)**

The Contractor may utilize the services of specialty Subcontractors on those parts of the work which, under normal contracting practices, are performed by specialty Subcontractors.

The Contractor shall not award any work to any Subcontractor without prior written approval of the Commissioner of Engineering, which approval will not be given until the Contractor submits to the Commissioner of Engineering a written statement concerning the proposed award to the Subcontractor, which statement shall contain information as the Commissioner of Engineering may require. The Contractor shall be fully responsible to the Owner for acts and omissions of his Subcontractors and of persons either directly or indirectly employed by them.

The Contractor shall cause appropriate provisions to be inserted in all subcontracts relative to the work to bind Subcontractors to the Contractor by the terms of the general conditions and other Contract documents insofar as applicable to the work of Subcontractors and to give the Contractor the same power as regards terminating any subcontract that the Owner may exercise over the Contractor under any provision of the Contract.

Nothing contained in this Contract shall create any contractual relation between any Subcontractor and the Owner.

**GC-58 SUPERINTENDENCE BY CONTRACTOR**

At the site of the work, the Contractor shall employ a construction superintendent or foreman who shall have full authority to act for the Contractor. It is understood that such representative shall be acceptable to the Engineer and shall be one who can be continued in the capacity for the particular job involved, unless he ceases to be on the Contractor's payroll. If the Contractor does not employ a construction superintendent or foreman, the Contractor shall pay to the Owner, the sum of $300.00 for each calendar day thereafter (excluding Sundays and legal holidays) that the Contractor does not employ a construction superintendent or foreman.

Whenever the Contractor is not present on any part of the work, where it may be necessary to give directions, orders may be given by the Engineer, or his assistant, to be received and obeyed by the construction superintendent or foreman, who has charge of the men on this particular work in relation to which orders are given. In general the Owner and the Engineer's instructions shall be confirmed in writing and always upon written request from the Contractor. The Engineer does not assume any responsibilities for said execution of the Contract work.

## GC-59 ADDITIONAL INSTRUCTIONS AND DETAIL DRAWINGS

The Contractor may be furnished additional instructions and detail drawings to carry out the work included in the Contract. The additional drawings and instructions thus supplied to the Contractor, will be coordinated with the Contract documents and will be so prepared that they can be reasonably interpreted as part thereof. The Contractor shall carry out the work in accordance with the revised or amended detail drawings and instructions. The Contractor and the Engineer will prepare jointly (a) a schedule fixing the dates at which special detail drawings will be required and by whom they will be made, such drawings, if any, to be furnished by the Engineer in accordance with said schedule, and (b) a schedule fixing the respective dates for the submission of shop drawings, the beginning of manufacture, testing and installation of materials, supplies and equipment and the completion of the various parts of the work.

## GC-60 MAINTENANCE BOND

The Contractor, shall furnish a maintenance bond to the Owner, executed by the Contractor as principal and having as surety thereon a Surety Company acceptable to the Owner, guaranteeing that the Contractor shall maintain the work for a period of one year from the date of issue of the certificate of completion without cost to the Owner. Such maintenance shall cover restoration of the work and all of it's appurtenances, including, but not limited to, disturbed equipment and/or utilities and properties, which have been a part of, or have resulted from work under this Contract. The maintenance bond shall be in the sum of one hundred percent (100%) of the final Contract price.

## GC-61 COMMUNICATIONS

The Contractor shall provide adequate communication facilities for instant communications at all times, as directed by the Engineer.

## GC-62 LIVE UTILITIES

The Contractor is specifically directed to familiarize himself with the existence of aerial, surface or subsurface structures of municipal and other public service corporations within and surrounding the construction site. A careful search has been made, in good faith, and all known public or private utilities and other such installations within or adjacent to the Contract area are shown in their approximate locations on the Contract Plans.

However, there is no guarantee that all existing utilities have been found. The Contractor's attention is also directed to the fact that during the life of this Contract. Utilities may make changes in their facilities. The Contractor will be required to determine the exact locations and elevations of all pertinent structures, utilities and facilities, before construction work and new installations are started so that there will be no interference with the work. Conflict between existing structures, utilities and new work shall be ascertained by the Contractor and called to the attention of the Engineer. The Contractor shall have taken these conditions into consideration in making up his bid.

The Engineer will direct the public utility corporations to shift or remove those utility structures that interfere with the work. The Contractor shall not remove any structure or part of a structure owned by a public utility corporation without the approval of the Engineer.

The Contractor shall cooperate with the public utility corporations whose structures (aerial, surface or subsurface) are within the limits of or along the outside of the right-of-way, to make it possible for them to maintain uninterrupted service. The Contractor shall conduct his operations in such a way as to delay or interfere as little as practicable with the work of the utility corporations.

The Contractor shall give the utility corporations involved reasonable notice, but not less than forty-eight (48) hours in advance of all operations which may or will affect their structures, including jacking, filling and excavating. See legal notice in Proposal Section for Industrial Rule 53 for requirements.

The Contractor shall protect in a suitable manner all utilities encountered and shall repair at his cost any damage to structures, utilities and facilities caused by his operations to the satisfaction of the utility owner. If the nature of the damage is such as to endanger the satisfactory functioning of the utilities and the necessary repairs are not immediately made by the Contractor, the work may be done by the respective owning companies and the cost thereof charged to the Contractor.

It is understood and agreed that the Contractor has considered in his bid all the permanent and temporary utility appurtenances in their present or relocated positions as shown on the Plans and that no additional compensation will be allowed for any delays, inconveniences, or damage sustained by him due to any interference from the utility appurtenances or from the operation of moving them.

**GC-63 OTHER PROHIBITED INTERESTS**

No officer, employee or consultant of the Owner who is authorized in such capacity and on behalf of the Owner to negotiate, make, accept or approve, or to take part in negotiating, making, accepting or approving any architectural, Engineering, inspection, construction or material supply contract or any subcontract in connection with the construction of the project, shall become directly or indirectly interested personally in this Contract or in any part hereof. No officer, employee, architect, attorney, Engineer, consultant or inspector of. Or for the Owner who

is authorized in such capacity and on behalf of the Owner to exercise any legislative, executive, supervisory or other similar functions in connection with construction of the project shall become directly or indirectly interested personally in this Contract or in any part hereof, any material supply contract, subcontract, insurance contract, or any other contract pertaining to the project.

**GC-64 RISK OF LOSS**

It is further understood and agreed that all loss or damage arising out of the nature of the work to be done under this agreement or from any unforeseen obstructions or difficulties which may be encountered in the performance of the same or from the action of the elements or from encumbrances on the line of work, or from any injury done in consequence of acts or omissions on the part of the Contractor, his employees or agents, in carrying out any of the provisions or requirements of this Contract, shall be borne and assumed by the said Contractor.

**GC-65 LAWS. ORDINANCES AND REGULATIONS**

Each and every provision of law required by law to be inserted in this Contract shall be deemed to be inserted herein and the Contract shall be read and enforced as though it were included herein and if through mistake, or otherwise, any such provision is not inserted, or is not correctly inserted, then upon the application of either party, the Contract shall forthwith be physically amended to make such insertion The Contractor shall keep himself fully informed of all federal, state and local laws and municipal ordinances and regulations in any manner affecting those engaged or employed in the work, or in any way affecting the conduct of the work and of all orders and decrees of bodies or tribunals having any jurisdiction or authority over the same.

If any discrepancy or inconsistency, should be discovered in this Contract, in relation to any such law, ordinance, regulation, order or decree, the Contractor shall at all times himself observe and comply with and shall cause all his agents, Subcontractors and employees to observe and comply with all such existing laws, ordinances, regulations, orders and decrees; and shall protect, defend, indemnify and hold harmless the Owner, the Town Board or Board of Commissioners, or trustees and their officers and agents and employees against any claims or liability arising from or based on the violation of any such laws, ordinances, regulations, orders or decrees whether by himself, his agents, Subcontractors or by his employees.

**GC-66 INSURANCES AND INDEMNITY**

A. The Contractor shall procure and maintain at his own expense and without expense to the Owner, until final acceptance by the Owner of the work and terms covered by the Contract, insurance for damages imposed by law, of the kinds and in amounts hereinafter provided, in insurance companies authorized to do such business in the State of New York, covering all operations under the Contract whether performed by him or his Subcontractors before commencing the work, the Contractor shall furnish to the Owner certified copies of the original policies and such numbers of certificates of insurance in form satisfactory to the Owner showing that the Contractor has complied with this section, which certificates shall provide that the policies shall not

be changed or canceled until thirty (30) days written notice has been given to the Owner.

The Contractor shall procure and provide without expense to the Owner, a New York State Department of Insurance, "Certificate of Solvency" for each of the insurance companies securing the certificate of insurance and the required bonds.

B. The Contractor shall take and assume all responsibility for the work and take all precautions for the prevention of injuries to persons and property in or about the work; he shall bear all losses resulting to him on account of, the amount, or character, or upon which the work is done different from that which was estimated or expected, or on account of the weather, elements or other causes and he and his Surety or insurance company shall assume the defense of and indemnify and save harmless the Owner and its officers, employees and agents, from any and all claims relating to labor. Equipment or materials furnished for the work and to inventions, patents and patent rights used in doing the work, and to injuries or damages to person, corporations or property, caused by, or in any way arising out of the work performed by the Contractor, Subcontractor and the employees under this Contract.

C. The Contractor shall provide insurance coverage as follows:

1. Workers' Compensation & Disability Benefits Insurance

   A policy covering the obligations of the Contractor in accordance with the provisions of the Workers' Compensation and Disability Benefit laws, covering all operations under the Contract, whether performed by him or by his Subcontractors.

2. Liability and Property Damage Insurance

   Unless otherwise specifically required by the detailed Specifications liability and property damage insurance with limits of not less than:

| Bodily Injury Liability | Property Damage Liability | |
|---|---|---|
| Each Occurrence | Each Occurrence | Aggregate |
| $1,000,000 | $500,000 | $1,000,000 |

   For all damages arising during the policy period, shall be furnished in type specified, viz:

3. Coverage

   a. Coverage - Contractor's Comprehensive General Liability Insurance issued to and covering the liability for damages imposed by law upon the Contractor for bodily injuries and property damage with respect to all work performed by him (before, during and after acceptance of work) under this Contract, such

policy to be endorsed to cover the defense, indemnification and hold harmless agreement contained in Paragraph E.

b. Coverage - Contractor's Protective Comprehensive General Liability Insurance issued to and covering the liability for damages imposed by law upon the Contractor for bodily injuries and property damage with respect to all work under this Contract performed for the Contractor by Subcontractors, if any, such policy to be endorsed to cover the defense, indemnification and hold harmless agreement contained in Paragraph E.

c. Coverage - Owner's Protective Comprehensive General Liability Insurance issued to and covering the liability for damages imposed by law upon the Owner for bodily injuries and property damage with respect to all operations under this Contract by the Contractor or by his Subcontractors, including omissions and supervisory acts of the Owner and of the agents and employees of the Owner. Such insurance shall name as an additional insured or insureds, the agents, inspectors and employees of the Owner.

d. Coverage - a policy of automobile insurance covering bodily injury and property damage and insuring the Contractor for his operation of all motor vehicles and mobile equipment.

The Owner may consider Contract to be void and of no affect unless the person or corporation making or executing the same shall secure and keep in effect the above coverage during the life of said Contract which includes the period of the maintenance bond.

D. Builders Risk

1. The Contractor shall effect and maintain insurance against loss of fire (including builder's risk special extended coverage endorsement) upon all the work in place and all materials stored at the site of the work, whether or not covered by partial payments made by the Owner. This insurance shall be in an amount equal to the full insurable value thereof at all times and shall be for the benefit of the Owner, the Contractor and such Subcontractors as their interests may respectively appear.

2. Certificates and policies shall provide that coverage may not be canceled or changed without thirty (30) days prior notice to the Owner.

3. The Contractor shall be responsible for protection against vandalism, theft or malicious mischief of all of his work, materials and equipment at all times from the start to the completion of the work. The Town will not have any responsibility for or be under any obligation to reimburse any Subcontractor for any losses, which may be due to vandalism, theft or malicious mischief.

E. Hold Harmless (Indemnity)

The Contractor shall defend, indemnify and hold harmless, the Owner, it's agents, servants and employees from any and all damages or claims whatsoever, occasioned by or caused to any person, partnership, association or corporation, or occasioned by or caused to any property arising out the performance of this Contract or from any defective condition of the materials furnished or supplied or contemplated to be furnished or supplied under this Contract, provided however, that any liability arising out of or in connection with this Contract was not caused by or resulting from the sole negligence of the Owner. This is to include inventions, royalties, patents and patent rights.

## GC-67 LABOR. WAGES AND EQUAL EMPLOYMENT

The Contractor and his Subcontractors shall not employ any labor, materials or means whose employment, or utilization during the course of this Contract, may tend to, or in any way cause or result in strikes, work stoppages, delays, suspension of work or similar troubles by workmen employed by the Contractor or his Subcontractor, or by any of the trades working in or about the job site where work is being performed under this Contract, or any other Contract, or by other Subcontractors pursuant to other contracts, or an any other building or premises or job site owned or operated by the Town of Hempstead. Any violation of this requirement by the Contractor may, upon certification of the Commissioner of General Services, be considered as proper and sufficient cause for canceling and terminating this Contract.

Supplements to employees paid by the Contractor are to be paid a federally qualified pension, health or welfare program and a New York State registered apprentice training program. Direct payments in cash for supplements will not be allowed.

Where work performed under this contract involves a trade or corporation licensed by the Town of Hempstead, the Contractor shall be required to have such a license.

The Contractor agrees that no laborer, workmen or mechanic in the employ of the Contractor, Subcontractor or other persons doing or contracting to do the whole or part of the work contemplated by this Contract, shall be permitted or required to work normally more than eight (8) hours in any one calendar day or more than five (5) days in any one week, except in cases where the Owner determines that there is an extraordinary emergency caused by an Act of God or danger to life or property. The Contractor further agrees that the wages to be paid for a legal day's work, as defined in Section 220, of the labor law, shall not be less than the prevailing rate of wage for a day's work in the same trade or occupation in the locality where the public work under this Contract is to be performed. In accordance with Section 220-D of the Labor Law, the Contractor agrees that the laborers, workmen and/or mechanics to be employed on the work to be performed hereunder, shall be paid not less than the hourly minimum rate of wage as determined by the Industrial Commissioner of the Department of Labor of the State of New York. Attention is called to the fact that there are minimum rates as provided by law, and should the Contractor be compelled or desire to pay higher rates, no claim against the Owner will be entertained therefore.

In accordance with the provisions of Section 220-E of the Labor Law, the Contractor agrees as follows:

A. That in the hiring of employees for the performance of work under this Contract or any subcontract hereunder, no Contractor, Subcontractor, nor any person acting on behalf of such Contractor or Subcontractor, shall by reason of race, creed, color, sex or national origin discriminate against any citizen of the State of New York who is qualified and available to perform the work to which the employment relates;

B. That no Contractor, Subcontractor, nor any person on his behalf shall, in any manner, discriminate against or intimidate any employee hired for the performance of work under this Contract on account of race, creed, color, sex or national origin;

C. That there may be deducted from the amount payable to the Contractor by the Owner under this Contract a penalty of five (5) dollars for each person for each calendar day during which such person was discriminated against or intimidated in violation of the provisions of the Contract; and

D. That this Contract may be canceled or terminated by the Owner, and all monies due, or to become due, hereunder may be forfeited, for a second or any subsequent violation of the terms or conditions of the Contract.

This Contract shall be void unless Section 222 of the Labor Law; Sections 291 through 299 of the executive law and the civil rights law is complied with. The Contractor will also comply with all findings and requests of the State Commissioner for Human Rights.

It shall be required that (a) in the employment of laborers and mechanics for work on the project, preference shall be given to qualified local residents; (b) no person under the age of eighteen (18) years shall be employed on the project; (c) no person currently serving a sentence in a penal or correctional institution and no inmate of an institution or mentally defective shall be employed on the project; and (d) no person whose age, mental, or physical condition is such as to make his health or safety or to the health or safety of others, shall be employed on the project; provided that his shall not operate against the employment of mentally or physically handicapped person, otherwise employable, where such persons may be safely assigned to work which they can ably perform.

There shall be paid each laborer or mechanic of the Contractor or Subcontractor engaged in work on the project under this Contract in trade or occupation listed in the Specifications, not less than the hourly wage rate set opposite the same, regardless of any contractual relationship which may be alleged to exist between the Contractor or any Subcontractor and such laborers and mechanics. All disputes in regard to the payment of wages in excess of those specified in this Contract shall be adjusted by the Contractor.

Any laborer or mechanic employed to perform work on the project under this Contract, which work is not covered by any of the foregoing classifications, shall be paid not less than the

minimum rate of wages specified herein for the classification which most nearly corresponds to the work to be performed by him, and such minimum wage rate shall be retroactive to the time of initial employment of such person in such classification.

The minimum wage rates for apprentices shall apply only to persons working with the tools of the trade they are learning under the direct supervision of journeymen mechanics. Except as otherwise required by law, the number of apprentices in each trade or occupation employed by the Contractor or any Subcontractor shall not exceed the number permitted by the applicable standards of the New York State Department of Labor, or in the absence of such standards, the number permitted under the usual practice prevailing between unions and the employer's associations of the respective trade or occupations.

The Contractor agrees that, in case of underpayment of wages to any worker on the project under this Contract by the Contractor or any Subcontractor, the Owner may withhold from the Contractor out of payments due, an amount sufficient to pay such worker the difference between the wages required to be paid under this Contract and the wages actually paid such worker for the total number of hours worked and that the Owner may disburse such amount so withheld by it for and on account of the Contractor to the employee to whom such amount is due.

The Contractor further agrees that the amounts to be withheld pursuant to this section may be in addition to the percentages to be retained by the Owner pursuant to other provisions of this Contract.

The Contractor shall post on appropriate conspicuous bulletin boards at the site of the project a schedule showing all determined minimum wage rates for the various classes of laborers and mechanics to be engaged in the work on the project under this Contract and all deductions, if any, required by law to be made from unpaid wages actually earned by the laborers and mechanics so engaged.

The Contractor and each of his Subcontractors shall pay each of his employees engaged in the work on the project in full in cash and not less often than once each week, less legally required deductions; provided that when circumstances render payment in cash infeasible or impracticable, payment by check may be effected upon consideration that funds are made available in a local bank and checks may be cashed without charge, trade requirements or inconvenience to the worker; this by approval of the Owner.

## GC-68 AFFIRMATIVE ACTION CLAUSE FOR THE PHYSICALLY AND MENTALLY HANDICAPPED

A. The Contractor will not discriminate against any employee or applicant for employment because of physical or mental handicap in regard to any position for which the employee or applicant for employment is qualified.

The Contractor agrees to take affirmative action to employ, advance in employment and otherwise treat qualified handicapped individuals without discrimination

nationally based upon their physical or mental handicap in all employment practices such as the following; employment, upgrading, demotion or transfer, recruitment, advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training, including apprenticeship.

B. The Contractor agrees to comply with the rules, regulations, and relevant orders of the secretary of labor issued pursuant to the act.

C. In the event of the Contractor's noncompliance with the requirements of this clause, actions for noncompliance may be taken in accordance with the rules, regulations and relevant orders of the secretary of labor issued pursuant to the act.

D. The Contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices in a form to be prescribed by the director, provided by or through the contracting officer. Such notices shall state the Contractor's obligation under the law to take affirmative action to employ and advance in employment qualified handicapped employees and applicants for employment, and the rights of applicants and employees.

E. The Contractor will notify each labor union or representative of workers with which it has a collective bargaining agreement or other contract understanding, that the Contractor is bound by the terms of Section 503 of the Rehabilitation Act of 1973, and is committed to take affirmative action to employ and advance in employment physically and mentally handicapped individuals.

F. The Contractor will include the provisions of this clause in every subcontract or purchase order of $2,500 or more unless exempted by rules, regulations, or orders of the Secretary of Labor issued pursuant to Section 503 of the act, so that such provisions will be binding upon each Subcontractor or vendor. The Contractor will take such action with respect to any Subcontractor or purchase order as the director or the office of federal contract compliance programs may direct to enforce such provisions, including action for noncompliance.

**GC-69 STANDARD FEDERAL EQUAL EMPLOYMENT OPPORTUNITY CONSTRUCTION CONTRACT SPECIFICATIONS (EXECUTIVE ORDER 11246)**

A. As used in these Specifications:

1. "Covered area" means the geographical area described in the solicitation from which this Contract resulted.

2. "Director" means Director, Office of Federal Contract Compliance Programs, United States Department of Labor, or any person to whom the Director delegates authority.

3. "Employer Identification Number" means the Federal Social Security number used on the employer's quarterly Federal tax return, U.S. Treasury Department form 941.

4. "Minority" includes:

    a. Black (all persons having origins in any of the Black African racial groups not of Hispanic origin).

    b. Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish culture or origin, regardless of race).

    c. Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands) and;

    d. American Indian or Alaskan native (all persons having origins in any of the original peoples of North American and maintaining identifiable tribal affiliations through membership and participation or community identifications).

B. Whenever the Contractor, or any Subcontractor at any tier, subcontracts a portion of the work involving any construction trade, it shall physically include in each subcontract in excess of $10,000 the provisions of these Specifications and the notice which contains the applicable goals for minority and female participation and which is set forth in the solicitations from which this Contract resulted.

C. If the Contractor is participating (pursuant to 41 CFR 60-4.5) in a hometown plan approved by the U.S. Department of Labor in the covered area either individually or through an association, its affirmative action obligations on all work in the plan area (including goals and timetables) shall be in accordance with that plan for those trades which have unions participating in the plan. Contractors must be able to demonstrate their participation in and compliance with the provisions of any such hometown plan. Each Contractor or Subcontractor participating in an approved plan is individually required to comply with its obligations under the EEO clause, and to make a good faith effort to achieve each goal under the plan in each trade in which it has employees. The overall good faith performance by other Contractors or Subcontractors toward a goal in an approved plan does not excuse any covered Contractor's or Subcontractor's failure to take good faith efforts to achieve the plan goals and timetables.

D. The Contractor shall implement the specific Affirmative Action standards provided in Paragraphs G1 through 16 of these Specifications. The goals set forth in the solicitation from which this Contract resulted are expressed as percentages of the total hours of employment and training of minority and female utilization the Contractor should reasonable be able to achieve in each construction trade in which it has

employees in the covered area.   Covered construction contractors performing construction work in geographical areas where they do not have a federal or federally assisted construction contract shall apply the minority and female goals established for the geographical area where the work is being performed. Goals are published periodically in the federal register in notice form, and such notices may be obtained from any office of federal contract compliance programs or from federal procurement contracting officers.   The Contractor is expected to make substantially uniform progress toward its goals in each craft during the period specified.

E.  Neither the provisions of any collective bargaining agreement, nor the failure by a union with whom the Contractor has a collective bargaining agreement, to refer either minorities or women shall excuse the Contractor's obligations under these Specifications, Executive Order 11246, or the regulations promulgated pursuant thereto.

F.  In order for the nonworking training hours of apprentices and trainees to be counted in meeting the goals, such apprentices and trainees must be employed by the Contractor during the training period, and the Contractor must have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities.   Trainees must be trained pursuant to training programs approved by the U.S. Department of Labor.

G.  The Contractor shall take specific affirmative actions to ensure equal employment opportunity.  The evaluation of the Contractor's compliance with these Specifications shall be based upon its effort to achieve maximum results from its actions.   The Contractor shall document these efforts fully, and shall implement affirmative action steps at least as extensive as the following:

   1.  Ensure and maintain a working environment free of harassment, intimidation, and coercion at all sites, and in all facilities at which the Contractor's employees are assigned to work.   The Contractor, where possible, will assign two or more women to each construction project. The Contractor shall specifically ensure that all foremen, superintendents, and other on-site supervisory personnel are aware of and carry out the Contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at such sites or in such facilities.

   2.  Establish and maintain a current list of minority and female recruitment sources, provide written notification to minority and female recruitment sources and to community organizations when the Contractor or its unions have employment opportunities available, and maintain a record of the organizations' responses.

   3.  Maintain a current file of the names, addresses and telephone numbers of each minority and female off-the-street applicant and minority or female referral from a union, a recruitment source or community organization and of what action was taken with respect to each such individual.   If such individual was sent to the

union or, if referred, not employed by the Contractor, this shall be documented in the file with the reason therefore, along with whatever additional actions the Contractor may have taken.

4. Provide immediate written notification to the director when the union or unions with which the Contractor has a collective bargaining agreement has not referred to the Contractor a minority person or woman sent by the Contractor, or when the Contractor has other information that the union referral process has impeded the Contractor's efforts to meet its obligations.

5. Develop on-the-job training opportunities and/or participate in training programs for the area which expressly include minorities and women, including upgrading programs and apprenticeship and trainee programs relevant to the Contractor's employment needs, especially those programs funded or approved by the department of labor. The Contractor shall provide notice of these programs to the sources compiled under G2 above.

6. Disseminate the Contractor's EEO policy by providing notice of the policy to unions and training programs and requesting their cooperation in assisting the Contractor in meeting its EEO obligations; by including it in any policy manual and collective bargaining agreement; by publicizing it in the company newspaper, annual report, etc.; by specific review of the policy with all management personnel and with all minority and female employees at least once a year; and by posting the company EEO policy on bulletin boards accessible to all employees at each location where construction work is performed.

7. Review, at least annually, the company's EEO policy and affirmative action obligations under these Specifications with all employees having any responsibility for hiring, assignment, layoff, termination or other employment decisions including specific review of these items with on-site supervisory personnel such as superintendents, general foremen, etc., prior to the initiation of construction work at any job site. A written record shall be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

8. Disseminate the Contractor's EEO policy externally by including it in any advertising in the news media, specifically including minority and female news media and providing written notification to and discussing the Contractor's EEO policy with other Contractors and Subcontractors with whom the Contractor does or anticipates doing business.

9. Direct its recruitment efforts, both oral and written, to minority, female and community organizations, to schools with minority and female students and to minority and female recruitment and training organizations serving the Contractor's recruitment areas and employment needs. Not later than one month prior to the date for the acceptance of applications for apprenticeship or other

training by any recruitment source, the Contractor shall send written notification to organizations such as the above, describing the openings, screening procedures, and tests to be used in the selection process.

10. Encourage present minority and female employees to recruit other minority persons and women and, where reasonable, provide after school, summer and vacation employment to minority and female youth both on the site and in other areas of a contractor's work force.

11. Validate all tests and other selection requirements where there is an obligation to do so under 41 CFR Part 60-3.

12. Conduct, at least annually, an inventory and evaluation at least of all minority and female personnel for promotional opportunities and encourage these employees to seek or to prepare for, through appropriate training, etc., such opportunities.

13. Ensure that seniority practices, job classifications, work assignments and other personnel practices, do not have a discriminatory effect by continually monitoring all personnel and employment related activities to ensure that the EEO policy and the Contractor's obligations under these Specifications are being carried out.

14. Ensure that all facilities and company activities are non-segregated except that separate or single-user toilet and necessary changing facilities shall be provided to assure privacy between the sexes.

15. Document and maintain a record of all solicitations of offers for subcontracts from minority and female construction contractors and suppliers, including circulation of solicitations to minority and female contractor associations and other business associations.

16. Conduct a review, at least annually, of all supervisors' adherence to and performance under the Contractor's EEO policies and affirmative action obligations.

H. Contractors are encouraged to participate in voluntary associations which assist in fulfilling one or more of their affirmative action obligations (Gl through 16) the efforts of a contractor association, joint contractor-union, contractor-community, or other similar group of which the Contractor is a member and participant, may be asserted as fulfilling any one or more of its obligations under G1 through 16 of these Specifications provided that the Contractor actively participates in the group, makes every effort to assure that the group has a positive impact on the employment of minorities and women in the industry, ensures that the concrete benefits of the program are reflected in the Contractor's minority and female work force participation, makes a good faith effort to meet its individual goals and timetables, and can provide access to documentation which demonstrates the effectiveness of actions taken on behalf of the Contractor   The obligation to comply, however, is the

Contractor's and failure of such a group to fulfill an obligation shall not be a defense for the Contractor's noncompliance.

I.  A single goal for minorities and a separate single goal for women have been established.  The Contractor, however, is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and non-minority.  Consequently, the Contractor may be in violation of the executive order if a particular group is employed in substantially disparate manner (for example; even though the Contractor has achieved its goals for women generally, the Contractor may be in violation of the executive order if a specific minority group of women is underutilized).

J.  The Contractor shall not use the goals and timetables or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

K.  The Contractor shall not enter into any subcontract with any person or firm debarred from government contracts pursuant to Executive Order 11246.

L.  The Contractor shall carry out such sanctions and penalties for violation of these Specifications and of the equal opportunity clause, including suspension, termination and cancellation of existing Subcontractors as may be imposed or ordered pursuant to Executive Order 11246, as amended, and its implementing regulations, by the office of federal contract compliance programs.  Any Contractor who fails to carry out such sanctions and penalties shall be in violation of these Specifications and Executive Order 11246, as amended.

M.  The Contractor, in fulfilling its obligations under these Specifications shall implement specific affirmative action steps, at least as extensive as those standards prescribed in Paragraph G of these Specifications, so as to achieve maximum results from its efforts to ensure equal employment opportunity.  If the Contractor fails to comply with the requirements of the Executive Order, the implementing regulations, or these Specifications, the director shall proceed in accordance with 41 CFR 60-4.8.

N.  The Contractor shall designate a responsible official to monitor all employment related activity to ensure that the company EEO policy is being carried out, to submit reports relating to the provisions hereof as may be required by the government and to keep records.  Records shall at least include for each employee the name, address, telephone numbers, construction trade, union affiliation if any, employee identification number when assigned, social security number, race, sex, status (e.g. mechanic, apprentice trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was performed.  Records shall be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, Contractors shall not be required to maintain separate records.

O. Nothing herein provided shall be construed as a limitation upon the application of other laws which establish different standards of compliance or upon the application of requirements for the hiring of local or other area residents (e.g., those under the Public Works Employment Act of 1977 and the Community Block Grant Program).

**GC-70 NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY (EXECUTIVE ORDER 11246)**

A. The offeror's or bidder's attention is called to the "Equal Opportunity Clause" and the "Standard Federal Equal Employment Opportunity Construction Contract Specifications" set forth herein.

B. The goals and timetables for minority and female participation, expressed in percentage terms for the Contractor's aggregate work force in each trade on all construction work in the covered area, are as follows:

| Timetables | Goals for Minority Participation in Each Trade | Goals for Female Participation in Each Trade |
|---|---|---|
| Until further notice | 5.8% | 6.9% |

These goals are applicable to all the Contractor's construction work (whether or not it is federal or federally assisted) performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, it shall apply the goals established for such geographical area where the work is actually performed. With regard to this second area, the contractor also is subject to the goals for both its federally involved and non-federally involved construction.

The Contractor's compliance with the Executive Order and the regulations in 41 CFR Part 60-4 shall be based on its implementation of the Equal Opportunity Clause, specific affirmative action obligations required by the Specifications set forth in 41 CFR 60-4.3 (a), and its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the Contract, and in each trade, and the Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor or from project to project for the sole purpose of meeting the Contractor's goals shall be a violation of the Contract, the Executive Order and the regulations in 41 CFR Part 60-4. Compliance with the goals will be measured against the total work hours performed.

C. The Contractor shall provide written notification to the director of the office of Federal contract compliance programs within 10 working days of award of any construction subcontract in excess of $10,000 at any tier for construction work under the Contract resulting from this solicitation. The notification shall list the name, address and telephone number of the Subcontractor; employer identification number

of the Subcontractor; estimated dollar amount of the subcontract; estimated starting and completion dates of the subcontract; and the geographical area in which the Contract is to be performed.

D. As used in this notice, and in the Contract resulting from this solicitation, the "covered area" is the Town of Hempstead.

**GC-71 AFFIRMATIVE ACTION CLAUSE FOR COVERED VETERANS**

A. The Contractor will not discriminate against any employee or applicant for employment because he or she is a disabled veteran or veteran of the Vietnam Era in regard to any position for which the employee or applicant for employment is qualified. The Contractor agrees to take affirmative action to employ, advance in employment and otherwise treat qualified disabled veterans and veterans of the Vietnam era without discrimination based upon their disability or veterans status in all employment practices such as the following: employment, upgrading, emotion or transfer, recruitment, advertising, layoff or termination, rates of pay or other forms of compensation and selection for training, including apprenticeship.

B. The Contractor agrees that all suitable employment openings of the Contractor which exist at the time of the execution of this Contract and those which occur during the performance of this Contract, including those not generated by this Contract and including those occurring at an establishment of the Contractor other than the one wherein the Contract is being performed but excluding those of independently operated corporate affiliates, shall be listed at an appropriate local office of the state employment service system wherein the opening occurs. The Contractor further agrees to provide such reports to such local offices regarding employment openings and hires as may be required.

State and local government agencies holding federal contracts of $10,000 or more shall also list all their suitable openings with the appropriate office of the state employment service, but are not required to provide those reports set forth in Paragraphs (D) and (E).

C. Listing of employment openings with the employment service system pursuant to this clause shall be made at least concurrently with the use of any other recruitment source or effort and shall involve the normal obligations which attach to the placing of a bon-a-fide job order, including the acceptance of referrals of veterans and non-veterans. The listing of employment does not require the hiring of any particular job applicant or from any particular group of job applicants, and nothing herein is intended to relieve the Contractor from any requirements in Executive Orders or regulations regarding nondiscrimination in employment.

D. The reports required by Paragraph (B) of this clause shall include, but not be limited to, periodic reports which shall be filed at least quarterly with the appropriate local office or, where the Contractor has more than one hiring location in a State, with the

central office of that State employment service. Such reports shall indicate for each hiring location;

1. The number of individuals hired during the reporting period;

2. The number of non-disabled veterans of the Vietnam era hired;

3. The number of disabled veterans of the Vietnam era hired;

4. The total number of disabled veterans hired.

The reports should include covered veterans hired for on-the-job training under 38 U.S.C. 1787. The Contractor shall submit a report within 30 days after the end of each reporting period wherein any performance is made on the contract identifying data for each hiring location. The Contractor shall maintain at each hiring location copies of the reports submitted until the expiration of one year after final payment under the Contract, during which time these reports and related documentation shall be made available, upon request, for examination by any authorized representatives of the Contracting Officer or of the Secretary of Labor. Documentation would include personnel records, respecting job openings, recruitment and placement.

E. Whenever the Contractor becomes contractually bound to the listing provisions of this clause, it shall advise the employment service system in each State where it has establishments of the name and location of each hiring location in the State. As long as the Contractor is contractually bound to these provisions and has so advised the State system, there is no need to advise the State system of subsequent contracts. The Contractor may advise the State system when it is no longer bound by this contract clause.

F. This clause does not apply to the listing of employment openings which occur and are filled outside of the 50 States, the District of Columbia, Puerto Rico, Guam, and the Virgin Islands.

G. The provisions of Paragraphs, B, C, D, and E of this clause do not apply to openings which the Contractor proposes to fill from within his own organization or to fill pursuant to a customary and traditional employer-union hiring arrangement.

This exclusive does not apply to a particular opening once an employer decides to consider applicants outside of his own organization or employer-union arrangement for that opening.

H. As used in this clause:

1. "All suitable employment openings" includes, but is not limited to, openings which occur in the following job categories: production, and non-production; plant and office; laborers and mechanics; supervisory and non-supervisory; technical; and executive administrative, and professional openings as are

compensated on a salary basis of less than $25,000 per year. This term includes full time employment, temporary employment of more than 3 days' duration and part-time employment. It does not include openings which the Contractor proposes to fill from within his own organization or to fill pursuant to a customary and traditional employer-union hiring arrangement nor openings in an educational institution which are restricted to students of that institution. Under the most compelling circumstances an employment opening may not be suitable for listing, including such situations where the needs of the government cannot reasonably be otherwise supplied, where listing would be contrary to national security or where the requirement of listing would otherwise not be for the best interest of the government.

2. "Appropriate office of the State employment service system" means the local office of the Federal-State national system of public employment offices with assigned responsibilities for serving the area where the employment opening is to be filled, including the District of Columbia, Guam, Puerto Rico, and the Virgin Islands.

3. "Openings which the Contractor proposes to fill from within his own organization" means employment openings for which no consideration will be given to persons outside the Contractor's organization (including any affiliates, subsidiaries, and the parent companies) and includes any openings which the Contractor proposes to fill from regularly established "recall" lists.

4. "Openings which the Contractor proposes to fill pursuant to a customary and traditional employer-union hiring arrangement" means employment openings which the Contractor proposes to fill from union halls, which is part of the customary and traditional hiring relationships which exists between the Contractor and representatives of his employees.

I. The Contractor agrees to comply with the rules, regulations, and relevant orders of the Secretary of Labor pursuant to the Act.

J. In the event of the Contractor s noncompliance with the requirements of this clause, actions for noncompliance may be taken in accordance with the rules, regulations and relevant orders of the Secretary of Labor issued pursuant to the Act.

K. The Contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices in a form to be prescribed by the Director, provided by or through the contracting officer. Such notice will state the Contractor s obligation under law to take affirmative action to employ and advance in employment qualified disabled veterans of the Vietnam era for employment, and the rights of applications and employees.

L. The Contractor will notify each labor union representative of workers with which it has a collective bargaining agreement or other contract understanding that the

Contractor s is bound by the terms of the Vietnam Era Veterans Readjustment Act, and is committed to taker affirmative action to employ and advance in employment qualified disabled veterans and veterans of the Vietnam era.

M. The Contractor will include the provisions of this clause in every subcontract or purchase order of $10,000 or more unless exempted by rules, regulations, or orders of the Secretary issued pursuant to the Act, so that such provisions will be binding upon each subcontractor or vendor. The Contractor will take such actions with respect to any subcontract or purchase order as the Director of the Office of Federal Contract compliance Programs may direct to enforce such provisions, including action for noncompliance.

**GC-72 EQUAL OPPORTUNITY CLAUSE FOR FEMALES AND MINORITIES (CONSTRUCTION)**

During the performance of this Contract the Contractor agrees as follows:

A. The Contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex or national origin. The Contractor will take affirmative action to ensure the applicants are employed, and that employees are treated during employment without regard to their race, color, religion, sex, or national origin, such action shall include, but not be limited to the following:

Employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training including apprenticeship, The contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided setting forth the provisions of this nondiscrimination clause.

B. The Contractor will, in all solicitations or advertisements for employees placed by or on behalf of the Contractor, State that all qualified applicants will receive considerations for employment without regard to race, color, religion, sex or national origin.

C. The Contractor will send to each labor union or representative of workers with which he has a collective bargaining agreement or other contract understanding, a notice to be provided advising the said labor union or workers' representatives of the Contractor's commitments under this section, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

D. The Contractor will comply with all provisions of Executive Order 11246 of September 24, 1965, and of the rules, regulations, and relevant orders of the Secretary of Labor.

E. The Contractor will furnish all information and reports required by Executive Order 11246 of September 24, 1965 and by the rules, regulations, and orders of the

Secretary of Labor, or pursuant thereto, and will permit access to his books, records, and accounts by the administering agency and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations, and orders.

F.  In the event of the Contractor's noncompliance with the non-discrimination clauses of this Contract or with any of the said rules, regulations, or orders, this Contract may be canceled, terminated, or suspended in whole or in part and the Contractor may be declared ineligible for further government contracts or Federally assisted construction contracts in accordance with procedures authorized in Executive Order 11246 of September 24, 1965, and such other sanctions may be imposed and remedies invoked as provided in Executive Order 11246 of September 24, 1965, or by rule, regulation, or order of the Secretary of Labor, or as otherwise provided by law.

G.  The Contractor will include the portion of the sentence immediately proceeding Paragraph A and the provisions of Paragraphs A through G in every subcontract or purchase order unless exempted by rules, regulations, or orders of the Secretary of Labor issued pursuant to Section 204 of Executive Order 11246 of September 24, 1965, so that such provisions will be binding upon each subcontractor or vendor.  The Contractor will take such action with respect to any subcontract or purchase order as the administering agency may direct as a means of enforcing such provisions, including sanctions for noncompliance:  Provided, However, that in the event a contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by the administering agency the contractor may request the United States to enter into such litigations to protect the interests of the United States.

# SECTION 3

# WAGE RATES

NO TEXT THIS PAGE



Andrew M. Cuomo, Governor

Peter M. Rivera, Commissioner

Town of Hempstead Dept ofWater

Stephen Laun, Engineer
D&B Engineers & Arch., PC
330 Crossways Park Drive
Woodbury NY 11797

Schedule Year 2014 through 2015
Date Requested 08/19/2014
PRC# 2014007855

Location Levittown WD Well 13
Project ID# 3402 - 2
Project Type Construction of a Packed Tower Aeration System at Levittown Water District Well 13.

## PREVAILING WAGE SCHEDULE FOR ARTICLE 8 PUBLIC WORK PROJECT

Attached is the current schedule(s) of the prevailing wage rates and prevailing hourly supplements for the project referenced above. A unique Prevailing Wage Case Number (PRC#) has been assigned to the schedule(s) for your project.

The schedule is effective from July 2014 through June 2015. All updates, corrections, posted on the 1st business day of each month, and future copies of the annual determination are available on the Department's website www.labor.state.ny.us. Updated PDF copies of your schedule can be accessed by entering your assigned PRC# at the proper location on the website.

It is the responsibility of the contracting agency or its agent to annex and make part, the attached schedule, to the specifications for this project, when it is advertised for bids and /or to forward said schedules to the successful bidder(s), immediately upon receipt, in order to insure the proper payment of wages.

Please refer to the "General Provisions of Laws Covering Workers on Public Work Contracts" provided with this schedule, for the specific details relating to other responsibilities of the Department of Jurisdiction.

Upon completion or cancellation of this project, enter the required information and mail **OR** fax this form to the office shown at the bottom of this notice, **OR** fill out the electronic version via the NYSDOL website.

### NOTICE OF COMPLETION / CANCELLATION OF PROJECT

Date Completed: ______________ Date Cancelled: ______________

Name & Title of Representative: ______________________________

Phone: (518) 457-5589 Fax: (518) 485-1870
W. Averell Harriman State Office Campus, Bldg. 12, Room 130, Albany, NY 12240

NO TEXT THIS PAGE

## General Provisions of Laws Covering Workers on Article 8 Public Work Contracts

### Introduction

The Labor Law requires public work contractors and subcontractors to pay laborers, workers, or mechanics employed in the performance of a public work contract not less than the prevailing rate of wage and supplements (fringe benefits) in the locality where the work is performed.

### Responsibilities of the Department of Jurisdiction

A Department of Jurisdiction (Contracting Agency) includes a state department, agency, board or commission: a county, city, town or village; a school district, board of education or board of cooperative educational services; a sewer, water, fire, improvement and other district corporation; a public benefit corporation; and a public authority awarding a public work contract.

The Department of Jurisdiction (Contracting Agency) awarding a public work contract MUST obtain a Prevailing Rate Schedule listing the hourly rates of wages and supplements due the workers to be employed on a public work project. This schedule may be obtained by completing and forwarding a "Request for wage and Supplement Information" form (PW 39) to the Bureau of Public Work. The Prevailing Rate Schedule MUST be included in the specifications for the contract to be awarded and is deemed part of the public work contract.

Upon the awarding of the contract, the law requires that the Department of Jurisdiction (Contracting Agency) furnish the following information to the Bureau: the name and address of the contractor, the date the contract was let and the approximate dollar value of the contract. To facilitate compliance with this provision of the Labor Law, a copy of the Department's "Notice of Contract Award" form (PW 16) is provided with the original Prevailing Rate Schedule.

The Department of Jurisdiction (Contracting Agency) is required to notify the Bureau of the completion or cancellation of any public work project. The Department's PW 200 form is provided for that purpose.

Both the PW 16 and PW 200 forms are available for completion online.

### Hours

No laborer, worker, or mechanic in the employ of a contractor or subcontractor engaged in the performance of any public work project shall be permitted to work more than eight hours in any day or more than five days in any week, except in cases of extraordinary emergency. The contractor and the Department of Jurisdiction (Contracting Agency) may apply to the Bureau of Public Work for a dispensation permitting workers to work additional hours or days per week on a particular public work project.

There are very few exceptions to this rule. Complete information regarding these exceptions is available on the "4 Day / 10 Hour Work Schedule" form (PW 30R).

### Wages and Supplements

The wages and supplements to be paid and/or provided to laborers, workers, and mechanics employed on a public work project shall be not less than those listed in the current Prevailing Rate Schedule for the locality where the work is performed. If a prime contractor on a public work project has not been provided with a Prevailing Rate Schedule, the contractor must notify the Department of Jurisdiction (Contracting Agency) who in turn must request an original Prevailing Rate Schedule form the Bureau of Public Work. Requests may be submitted by: mail to NYSDOL, Bureau of Public Work, State Office Bldg. Campus, Bldg. 12, Rm. 130, Albany, NY 12240; Fax to Bureau of Public Work (518) 485-1870; or electronically at the NYSDOL website www.labor.state.ny.us.

Upon receiving the original schedule, the Department of Jurisdiction (Contracting Agency) is REQUIRED to provide complete copies to all prime contractors who in turn MUST, by law, provide copies of all applicable county schedules to each subcontractor and obtain from each subcontractor, an affidavit certifying such schedules were received. If the original schedule expired, the contractor may obtain a copy of the new annual determination from the NYSDOL website www.labor.state.ny.us.

The Commissioner of Labor makes an annual determination of the prevailing rates. This determination is in effect from July 1st through June 30th of the following year. The annual determination is available on the NYSDOL website www.labor.state.ny.us.

### Payrolls and Payroll Records

Every contractor and subcontractor MUST keep original payrolls or transcripts subscribed and affirmed as true under penalty of perjury. Payrolls must be maintained for at least three (3) years from the project's date of completion. At a minimum, payrolls must show the following information for each person employed on a public work project: Name, Address, Last 4 Digits of Social Security Number, Classification(s) in which the worker was employed, Hourly wage rate(s) paid, Supplements paid or provided, and Daily and weekly number of hours worked in each classification.

Every contractor and subcontractor shall submit to the Department of Jurisdiction (Contracting Agency), within thirty (30) days after issuance of its first payroll and every thirty (30) days thereafter, a transcript of the original payrolls, subscribed and affirmed as true under penalty of perjury. The Department of Jurisdiction (Contracting Agency) shall collect, review for facial validity, and maintain such payrolls.

In addition, the Commissioner of Labor may require contractors to furnish, with ten (10) days of a request, payroll records sworn to as their validity and accuracy for public work and private work. Payroll records include, by are not limited to time cards, work description sheets, proof that supplements were provided, cancelled payroll checks and payrolls. Failure to provide the requested information within the allotted ten (10) days will result in the withholding of up to 25% of the contract, not to exceed $100,000.00. If the contractor or subcontractor does not maintain a place of business in New York State and the amount of the contract exceeds $25,000.00, payroll records and certifications must be kept on the project worksite.

The prime contractor is responsible for any underpayments of prevailing wages or supplements by any subcontractor.

All contractors or their subcontractors shall provide to their subcontractors a copy of the Prevailing Rate Schedule specified in the public work contract as well as any subsequently issued schedules. A failure to provide these schedules by a contractor or subcontractor is a violation of Article 8, Section 220-a of the Labor Law.

All subcontractors engaged by a public work project contractor or its subcontractor, upon receipt of the original schedule and any subsequently issued schedules, shall provide to such contractor a verified statement attesting that the subcontractor has received the Prevailing Rate Schedule and will pay or provide the applicable rates of wages and supplements specified therein. (See NYS Labor Laws, Article 8 . Section 220-a).

### Determination of Prevailing Wage and Supplement Rate Updates Applicable to All Counties

The wages and supplements contained in the annual determination become effective July 1st whether or not the new determination has been received by a given contractor. Care should be taken to review the rates for obvious errors. Any corrections should be brought to the Department's attention immediately. It is the responsibility of the public work contractor to use the proper rates. If there is a question on the proper classification to be used, please call the district office located nearest the project. Any errors in the annual determination will be corrected and posted to the NYSDOL website on the first business day of each month. Contractors are responsible for paying these updated rates as well, retroactive to July 1st.

When you review the schedule for a particular occupation, your attention should be directed to the dates above the column of rates. These are the dates for which a given set of rates is effective. To the extent possible, the Department posts rates in its possession that cover periods of time beyond the July 1st to June 30th time frame covered by a particular annual determination. Rates that extend beyond that instant time period are informational ONLY and may be updated in future annual determinations that actually cover the then appropriate July 1st to June 30th time period.

### Withholding of Payments

When a complaint is filed with the Commissioner of Labor alleging the failure of a contractor or subcontractor to pay or provide the prevailing wages or supplements, or when the Commissioner of Labor believes that unpaid wages or supplements may be due, payments on the public work contract shall be withheld from the prime contractor in a sufficient amount to satisfy the alleged unpaid wages and supplements, including interest and civil penalty, pending a final determination.

When the Bureau of Public Work finds that a contractor or subcontractor on a public work project failed to pay or provide the requisite prevailing wages or supplements, the Bureau is authorized by Sections 220-b and 235.2 of the Labor Law to so notify the financial officer of the Department of Jurisdiction (Contracting Agency) that awarded the public work contract. Such officer MUST then withhold or cause to be withheld from any payment due the prime contractor on account of such contract the amount indicated by the Bureau as sufficient to satisfy the unpaid wages and supplements, including interest and any civil penalty that may be assessed by the Commissioner of Labor. The withholding continues until there is a final determination of the underpayment by the Commissioner of Labor or by the court in the event a legal proceeding is instituted for review of the determination of the Commissioner of Labor.

The Department of Jurisdiction (Contracting Agency) shall comply with this order of the Commissioner of Labor or of the court with respect to the release of the funds so withheld.

### Summary of Notice Posting Requirements

The current Prevailing Rate Schedule must be posted in a prominent and accessible place on the site of the public work project. The prevailing wage schedule must be encased in, or constructed of, materials capable of withstanding adverse weather conditions and be titled "PREVAILING RATE OF WAGES" in letters no smaller than two (2) inches by two (2) inches.

The "Public Work Project" notice must be posted at the beginning of the performance of every public work contract, on each job site.

Every employer providing workers. compensation insurance and disability benefits must post notices of such coverage in the format prescribed by the Workers. Compensation Board in a conspicuous place on the jobsite.

Every employer subject to the NYS Human Rights Law must conspicuously post at its offices, places of employment, or employment training centers, notices furnished by the State Division of Human Rights.

Employers liable for contributions under the Unemployment Insurance Law must conspicuously post on the jobsite notices furnished by the NYS Department of Labor.

## Apprentices

Employees cannot be paid apprentice rates unless they are individually registered in a program registered with the NYS Commissioner of Labor.  The allowable ratio of apprentices to journeyworkers in any craft classification can be no greater than the statewide building trade ratios promulgated by the Department of Labor and included with the Prevailing Rate Schedule.  An employee listed on a payroll as an apprentice who is not registered as above or is performing work outside the classification of work for which the apprentice is indentured, must be paid the prevailing journeyworker's wage rate for the classification of work the employee is actually performing.

NYSDOL Labor Law, Article 8, Section 220-3, require that only apprentices individually registered with the NYS Department of Labor may be paid apprenticeship rates on a public work project.  No other Federal or State Agency of office registers apprentices in New York State.

Persons wishing to verify the apprentice registration of any person must do so in writing by mail, to the NYSDOL Office of Employability Development / Apprenticeship Training, State Office Bldg. Campus, Bldg. 12, Albany, NY  12240 or by Fax to NYSDOL Apprenticeship Training (518) 457-7154.  All requests for verification must include the name and social security number of the person for whom the information is requested.

The only conclusive proof of individual apprentice registration is written verification from the NYSDOL Apprenticeship Training Albany Central office.  Neither Federal nor State Apprenticeship Training offices outside of Albany can provide conclusive registration information.

It should be noted that the existence of a registered apprenticeship program is not conclusive proof that any person is registered in that program.  Furthermore, the existence or possession of wallet cards, identification cards, or copies of state forms is not conclusive proof of the registration of any person as an apprentice.

## Interest and Penalties

In the event that an underpayment of wages and/or supplements is found:

-   Interest shall be assessed at the rate then in effect as prescribed by the Superintendent of Banks pursuant to section 14-a of the Banking Law, per annum from the date of underpayment to the date restitution is made.
-   A Civil Penalty may also be assessed, not to exceed 25% of the total of wages, supplements, and interest due.

## Debarment

Any contractor or subcontractor and/or its successor shall be ineligible to submit a bid on or be awarded any public work contract or subcontract with any state, municipal corporation or public body for a period of five (5) years when:

-   Two (2) willful determinations have been rendered against that contractor or subcontractor and/or its successor within any consecutive six (6) year period.
-   There is any willful determination that involves the falsification of payroll records or the kickback of wages or supplements.

## Criminal Sanctions

Willful violations of the Prevailing Wage Law (Article 8 of the Labor Law) may be a felony punishable by fine or imprisonment of up to 15 years, or both.

## Discrimination

No employee or applicant for employment may be discriminated against on account of age, race, creed, color, national origin, sex, disability or marital status.

No contractor, subcontractor nor any person acting on its behalf, shall by reason of race, creed, color, disability, sex or national origin discriminate against any citizen of the State of New York who is qualified and available to perform the work to which the employment relates (NYS Labor Law, Article 8, Section 220-e(a)).

No contractor, subcontractor, nor any person acting on its behalf, shall in any manner, discriminate against or intimidate any employee on account of race, creed, color, disability, sex, or national origin (NYS Labor Law, Article 8, Section 220-e(b) ).

The Human Rights Law also prohibits discrimination in employment because of age, marital status, or religion.

There may be deducted from the amount payable to the contractor under the contract a penalty of $50.00 for each calendar day during which such person was discriminated against or intimidated in violation of the provision of the contract (NYS Labor Law, Article 8, Section 220-e(c) ).

The contract may be cancelled or terminated by the State or municipality. All monies due or to become due thereunder may be forfeited for a second or any subsequent violation of the terms or conditions of the anti-discrimination sections of the contract (NYS Labor Law, Article 8, Section 220-e(d) ).

Every employer subject to the New York State Human Rights Law must conspicuously post at its offices, places of employment, or employment training centers notices furnished by the State Division of Human Rights.

### Workers' Compensation

In accordance with Section 142 of the State Finance Law, the contractor shall maintain coverage during the life of the contract for the benefit of such employees as required by the provisions of the New York State Workers' Compensation Law.

A contractor who is awarded a public work contract must provide proof of workers' compensation coverage prior to being allowed to begin work.

The insurance policy must be issued by a company authorized to provide workers' compensation coverage in New York State. Proof of coverage must be on form C-105.2 (Certificate of Workers' Compensation Insurance) and must name this agency as a certificate holder.

If New York State coverage is added to an existing out-of-state policy, it can only be added to a policy from a company authorized to write workers' compensation coverage in this state. The coverage must be listed under item 3A of the information page.

The contractor must maintain proof that subcontractors doing work covered under this contract secured and maintained a workers' compensation policy for all employees working in New York State.

Every employer providing worker's compensation insurance and disability benefits must post notices of such coverage in the format prescribed by the Workers' Compensation Board in a conspicuous place on the jobsite.

### Unemployment Insurance

Employers liable for contributions under the Unemployment Insurance Law must conspicuously post on the jobsite notices furnished by the New York State Department of Labor.



Andrew M. Cuomo, Governor

Peter M. Rivera, Commissioner

Town of Hempstead Dept ofWater

Stephen Laun, Engineer
D&B Engineers & Arch., PC
330 Crossways Park Drive
Woodbury NY 11797

Schedule Year 2014 through 2015
Date Requested 08/19/2014
PRC# 2014007855

Location Levittown WD Well 13
Project ID# 3402 - 2
Project Type Construction of a Packed Tower Aeration System at Levittown Water District Well 13.

## Notice of Contract Award

New York State Labor Law, Article 8, Section 220.3a requires that certain information regarding the awarding of public work contracts, be furnished to the Commissioner of Labor. One "Notice of Contract Award" (PW 16, which may be photocopied), **MUST** be completed for **EACH** prime contractor on the above referenced project.

Upon notifying the successful bidder(s) of this contract, enter the required information and mail **OR** fax this form to the office shown at the bottom of this notice, **OR** fill out the electronic version via the NYSDOL website.

### Contractor Information

All information must be supplied

Federal Employer Identification Number: ______________________

Name: ______________________

Address: ______________________

______________________

City: ______________ State: __________ Zip: __________

Amount of Contract: $ __________

Approximate Starting Date: ____/____/____

Approximate Completion Date: ____/____/____

Contract Type:
[ ] (01) General Construction
[ ] (02) Heating/Ventilation
[ ] (03) Electrical
[ ] (04) Plumbing
[ ] (05) Other : __________

Phone: (518) 457-5589 Fax: (518) 485-1870
W. Averell Harriman State Office Campus, Bldg. 12, Room 130, Albany, NY 12240

NO TEXT THIS PAGE

# IMPORTANT NOTICE

## FOR

## CONTRACTORS & CONTRACTING AGENCIES

## Social Security Numbers on Certified Payrolls

The Department of Labor is cognizant of the concerns of the potential for misuse or inadvertent disclosure of social security numbers. Identity theft is a growing problem and we are sympathetic to contractors' concerns with regard to inclusion of this information on payrolls if another identifier will suffice.

For these reasons, ***the substitution of the use of the last four digits of the social security number on certified payrolls submitted to contracting agencies on public work projects is now acceptable to the Department of Labor.***

**NOTE: This change does not affect the Department's ability to request and receive the entire social security number from employers during the course of its public work / prevailing wage investigations.**

**To all State Departments, Agency Heads and Public Benefit Corporations**
**IMPORTANT NOTICE REGARDING PUBLIC WORK ENFORCEMENT FUND**

## Budget Policy & Reporting Manual

# B-610

## Public Work Enforcement Fund

*effective date December 7, 2005*

---

### 1. Purpose and Scope:

This Item describes the Public Work Enforcement Fund (the Fund, PWEF) and its relevance to State agencies and public benefit corporations engaged in construction or reconstruction contracts, maintenance and repair, and announces the recently-enacted increase to the percentage of the dollar value of such contracts that must be deposited into the Fund. This item also describes the roles of the following entities with respect to the Fund:

- New York State Department of Labor (DOL),
- The Office of the State of Comptroller (OSC), and
- State agencies and public benefit corporations.

### 2. Background and Statutory References:

DOL uses the Fund to enforce the State's Labor Law as it relates to contracts for construction or reconstruction, maintenance and repair, as defined in subdivision two of Section 220 of the Labor Law. State agencies and public benefit corporations participating in such contracts are required to make payments to the Fund.

Chapter 511 of the Laws of 1995 (as amended by Chapter 513 of the Laws of 1997, Chapter 655 of the Laws of 1999, Chapter 376 of the Laws of 2003 and Chapter 407 of the Laws of 2005) established the Fund.

### 3. Procedures and Agency Responsibilities:

The Fund is supported by transfers and deposits based on the value of contracts for construction and reconstruction, maintenance and repair, as defined in subdivision two of Section 220 of the Labor Law, into which all State agencies and public benefit corporations enter.

Chapter 407 of the Laws of 2005 increased the amount required to be provided to this fund to .10 of one-percent of the total cost of each such contract, to be calculated at the time agencies or public benefit corporations enter into a new contract or if a contract is amended. The provisions of this bill became effective August 2, 2005.

**To all State Departments, Agency Heads and Public Benefit Corporations**
**IMPORTANT NOTICE REGARDING PUBLIC WORK ENFORCEMENT FUND**

OSC will report to DOL on all construction-related ("D") contracts approved during the month, including contract amendments, and then DOL will bill agencies the appropriate assessment monthly. An agency may then make a determination if any of the billed contracts are exempt and so note on the bill submitted back to DOL. For any instance where an agency is unsure if a contract is or is not exempt, they can call the Bureau of Public Work at the number noted below for a determination. Payment by check or journal voucher is due to DOL within thirty days from the date of the billing. DOL will verify the amounts and forward them to OSC for processing.

For those contracts which are not approved or administered by the Comptroller, monthly reports and payments for deposit into the Public Work Enforcement Fund must be provided to the Administrative Finance Bureau at the DOL within 30 days of the end of each month or on a payment schedule mutually agreed upon with DOL.

Reports should contain the following information:

- Name and billing address of State agency or public benefit corporation;
- State agency or public benefit corporation contact and phone number;
- Name and address of contractor receiving the award;
- Contract number and effective dates;
- Contract amount and PWEF assessment charge (if contract amount has been amended, reflect increase or decrease to original contract and the adjustment in the PWEF charge); and
- Brief description of the work to be performed under each contract.

Checks and Journal Vouchers, payable to the "New York State Department of Labor" should be sent to:

Department of Labor
Administrative Finance Bureau-PWEF Unit
Building 12, Room 464
State Office Campus
Albany, NY 12240

Any questions regarding billing should be directed to NYSDOL's Administrative Finance Bureau-PWEF Unit at (518) 457-3624 and any questions regarding Public Work Contracts should be directed to the Bureau of Public Work at (518) 457-5589.

# Construction Industry
# Fair Play Act

## Required Posting For Labor Law Article 25-B § 861-d

Construction industry employers must post the "Construction Industry Fair Play Act" notice in a prominent and accessible place on the job site.

Failure to post the notice can result in penalties of up to $1,500 for a first offense and up to $5,000 for a second offense.

The posting is included as part of this wage schedule. Additional copies may be obtained from the NYS DOL website, www.labor.ny.gov.

If you have any questions concerning the Fair Play Act, please call the State Labor Department toll-free at 1-866-435-1499 or email us at: dol.misclassified@labor.state.ny.us .



New York State Department of Labor
Required Notice under Article 25-B of the Labor Law

**ATTENTION ALL EMPLOYEES, CONTRACTORS AND SUBCONTRACTORS:**
**YOU ARE COVERED BY THE**
**CONSTRUCTION INDUSTRY FAIR PLAY ACT**

**The law says that you are an employee unless:**

- You are free from direction and control in performing your job AND
- You perform work that is not part of the usual work done by the business that hired you AND
- You have an independently established business

Your employer cannot consider you to be an independent contractor unless all three of these facts apply to your work.

**IT IS AGAINST THE LAW FOR AN EMPLOYER TO MISCLASSIFY EMPLOYEES AS INDEPENDENT CONTRACTORS OR PAY EMPLOYEES OFF-THE-BOOKS.**

**Employee rights.** If you are an employee:

- You are entitled to state and federal worker protections such as
  - unemployment benefits, if unemployed through no fault of your own, able to work, and otherwise qualified
  - workers' compensation benefits for on-the-job injuries
  - payment for wages earned, minimum wage, and overtime (under certain conditions)
  - prevailing wages on public work projects
  - the provisions of the National Labor Relations Act and
  - a safe work environment
- It is a violation of this law for employers to retaliate against anyone who asserts their rights under the law. Retaliation subjects an employer to civil penalties, a private lawsuit or both.

**Independent Contractors:** If you are an independent contractor:

- You must pay all taxes required by New York State and Federal Law.

**Penalties** for paying off-the-books or improperly treating employees as independent contractors:

- **Civil Penalty** — First Offense: up to $2,500 per employee.
  Subsequent Offense(s): up to $5,000 per employee.
- **Criminal Penalty** — First Offense: Misdemeanor - up to 30 days in jail, up to a $25,000 fine and debarment from performing Public Work for up to one year.
  Subsequent Offense(s): Misdemeanor - up to 60 days in jail, up to a $50,000 fine and debarment from performing Public Work for up to 5 years.

**If you have questions about your employment status or believe that your employer may have violated your rights and you want to file a complaint, call the Department of Labor at 1(866)435-1499 or send an email to dol.misclassified@labor.state.ny.us. All complaints of fraud and violations are taken seriously and you can remain anonymous.**

**Employer Name:**

IA 999 (09/10)

# WORKER NOTIFICATION

(Labor Law §220, paragraph a of subdivision 3-a)

***Effective February 24, 2008***

This provision is an addition to the existing prevailing wage rate law, Labor Law §220, paragraph a of subdivision 3-a. It requires contractors and subcontractors to provide written notice to all laborers, workers or mechanics of the *prevailing wage rate* for their particular job classification *on each pay stub**. It also requires contractors and subcontractors to *post a notice* at the beginning of the performance of every public work contract *on each job site* that includes the telephone number and address for the Department of Labor and a statement informing laborers, workers or mechanics of their right to contact the Department of Labor if he/she is not receiving the proper prevailing rate of wages and/or supplements for his/her particular job classification. The required notification will be provided with each wage schedule, may be downloaded from our website *www.labor.state.ny.us* or made available upon request by contacting the Bureau of Public Work at 518-457-5589.

* In the event that the required information will not fit on the pay stub, an accompanying sheet or attachment of the information will suffice.

(11.11)



New York State Department of Labor
Bureau of Public Work

# Attention Employees

**THIS IS A:**

# PUBLIC WORK PROJECT

If you are employed on this project as a **worker, laborer, or mechanic** you are entitled to receive the **prevailing wage and supplements rate** for the classification at which you are working.

Chapter 629 of the Labor Laws of 2007:

**These wages are set by law and must be posted at the work site. They can also be found at: www.labor.ny.gov**

If you feel that you have not received proper wages or benefits, please call our nearest office.*

| | | | |
|---|---|---|---|
| Albany | (518) 457-2744 | Patchogue | (631) 687-4882 |
| Binghamton | (607) 721-8005 | Rochester | (585) 258-4505 |
| Buffalo | (716) 847-7159 | Syracuse | (315) 428-4056 |
| Garden City | (516) 228-3915 | Utica | (315) 793-2314 |
| New York City | (212) 775-3568 | White Plains | (914) 997-9507 |
| Newburgh | (845) 568-5287 | | |

* For New York City government agency construction projects, please contact the Office of the NYC Comptroller at (212) 669-4443, or www.comptroller.nyc.gov – click on Bureau of Labor Law.

Contractor Name: ____________________

Project Location: ____________________

PW 101 (10.12)

NO TEXT THIS PAGE

# OSHA 10-hour Construction

## Safety and Health Course – S1537-A

***Effective July 18, 2008***

This provision is an addition to the existing prevailing wage rate law, Labor Law §220, section 220-h. It requires that on all public work projects of at least $250,000.00, all laborers, workers and mechanics working on the site, be certified as having successfully completed the OSHA 10-hour construction safety and health course. It further requires that the advertised bids and contracts for every public work contract of at least $250,000.00, contain a provision of this requirement.

*NOTE:* ***The OSHA 10 Legislation only applies to workers on a public work project that are required, under Article 8, to receive the prevailing wage.***

# Where to find OSHA 10-hour Construction Course

1. NYS Department of Labor website for scheduled outreach training at:
   www.labor.state.ny.us/workerprotection/safetyhealth/DOSH_ONSITE_CONSULTATION.shtm

2. OSHA Training Institute Education Centers:

   **Rochester Institute of Technology OSHA Education Center**
   Rochester, NY
   Donna Winter
   Fax (585) 475-6292
   e-mail: dlwtpo@rit.edu
   (866) 385-7470 Ext. 2919
   www.rit.edu/~outreach/course.php3?CourseID=54

   **Atlantic OSHA Training Center**
   UMDNJ – School of Public Health
   Piscataway, NJ
   Janet Crooks
   Fax (732) 235-9460
   e-mail: crooksje@umdnj.edu
   (732) 235-9455
   https://ophp.umdnj.edu/wconnect/ShowSchedule.awp?~~GROUP~AOTCON~10~

   **Atlantic OSHA Training Center**
   University at Buffalo
   Buffalo, New York
   Joe Syracuse
   Fax (716) 829-2806
   e-mail:mailto:japs@buffalo.edu
   (716) 829-2125
   http://www.smbs.buffalo.edu/CENTERS/trc/schedule_OSHA.php

   **Keene State College**
   Manchester, NH
   Leslie Singleton
   e-mail: lsingletin@keene.edu
   (800) 449-6742
   www.keene.edu/courses/print/courses_osha.cfm

3. List of trainers and training schedules for OSHA outreach training at:
   www.OutreachTrainers.org

# Requirements for OSHA 10 Compliance

Chapter 282 of the Laws of 2007, codified as Labor Law 220-h took effect on July 18, 2008.  The statute provides as follows:

The advertised specifications for every contract for public work of $250,000.00 or more must contain a provision requiring that every worker employed in the performance of a public work contract shall be certified as having completed an OSHA 10 safety training course.  The clear intent of this provision is to require that all employees of public work contractors, required to be paid prevailing rates, receive such training "prior to the performing any work on the project."

The Bureau will enforce the statute as follows:

All contractors and sub contractors must attach a copy of proof of completion of the OSHA 10 course to the first certified payroll submitted to the contracting agency and on each succeeding payroll where any new or additional employee is first listed.

Proof of completion may include but is not limited to:

- Copies of bona fide course completion card  (*Note: Completion cards do not have an expiration date.*)
- Training roster, attendance record of other documentation from the certified trainer pending the issuance of the card.
- Other valid proof

**A certification by the employer attesting that all employees have completed such a course is not sufficient proof that the course has been completed.

Any questions regarding this statute may be directed to the New York State Department of Labor, Bureau of Public Work at 518-485-5696.

# WICKS Reform 2008

(For all contracts advertised or solicited for bid on or after 7/1/08)

- Raises the threshold for public work projects subject to the Wicks Law requiring separate specifications and bidding for the plumbing, heating and electrical work. The total project's threshold would increase from $50,000 to: $3 million in Bronx, Kings, New York, Queens and Richmond counties; $1.5 million in Nassau, Suffolk and Westchester counties; and $500,000 in all other counties.

- For projects below the monetary threshold, bidders must submit a sealed list naming each subcontractor for the plumbing, HVAC and electrical work and the amount to be paid to each. The list may not be changed unless the public owner finds a legitimate construction need, including a change in specifications or costs or use of a Project Labor Agreement (PLA), and must be open to public inspection.

- Allows the state and local agencies and authorities to waive the Wicks Law and use a PLA if it will provide the best work at the lowest possible price. If a PLA is used, all contractors shall participate in apprentice training programs in the trades of work it employs that have been approved by the Department of Labor (DOL) for not less than three years. They shall also have at least one graduate in the last three years and use affirmative efforts to retain minority apprentices. PLA's would be exempt from Wicks, but deemed to be public work subject to prevailing wage enforcement.

- The Commissioner of Labor shall have the power to enforce separate specification requirements on projects, and may issue stop-bid orders against public owners for non-compliance.

- Other new monetary thresholds, and similar sealed bidding for non-Wicks projects, would apply to certain public authorities including municipal housing authorities, NYC Construction Fund, Yonkers Educational Construction Fund, NYC Municipal Water Finance Authority, Buffalo Municipal Water Finance Authority, Westchester County Health Care Association, Nassau County Health Care Corp., Clifton-Fine Health Care Corp., Erie County Medical Center Corp., NYC Solid Waste Management Facilities, and the Dormitory Authority.

- Reduces from 15 to 7 days the period in which contractors must pay subcontractors.

# IMPORTANT INFORMATION

## Regarding Use of Form PW30R

**"Employer Registration for Use of 4 Day / 10 Hour Work Schedule"**

## To use the '4 Day / 10 Hour Work Schedule':

There MUST be a *Dispensation of Hours (PW30)* in place on the project

***AND***

You MUST register your intent to work 4 / 10 hour days, by completing the PW30R Form.

***REMEMBER...***

The '4 Day / 10 Hour Work Schedule' applies ONLY to Job Classifications and Counties listed on the PW30R Form.

Do not write in any additional Classifications or Counties.

(**Please note** : For each Job Classification check the individual wage schedule for specific details regarding their 4/10 hour day posting.)

# Instructions for Completing Form PW30R

## "Employer Registration for Use of 4 Day / 10 Hour Work Schedule"

***Before completing Form PW30R check to be sure ...***

- There is a *Dispensation of Hours* in place on the project.
- The 4 Day / 10 Hour Work Schedule applies to the Job Classifications you will be using.
- The 4 Day / 10 Hour Work Schedule applies to the County / Counties where the work will take place.

## Instructions (Type or Print legibly):

Contractor Information:

- Enter the Legal Name of the business, FEIN, Street Address, City, State, Zip Code; the Company's Phone and Fax numbers; and the Company's email address (if applicable)
- Enter the Name of a Contact Person for the Company along with their Phone and Fax numbers, and the personal email address (if applicable)

Project Information:

- Enter the Prevailing Rate Case number (PRC#) assigned to this project
- Enter the Project Name / Type (i.e. Smithtown CSD – Replacement of HS Roof)
- Enter the Exact Location of Project (i.e. Smithtown HS, 143 County Route #2, Smithtown,NY; Bldgs. 1 & 2)
- If you are a Subcontractor, enter the name of the Prime Contractor for which you work
- On the Checklist of Job Classifications -
    - Go to pages 2 and 3 of the form
    - Place a checkmark in the box to the right of the Job Classification you are choosing
    - Mark all Job Classifications that apply

      ****Do not write in any additional Classifications or Counties.****

Requestor Information:

- Enter the name of the person submitting the registration, their title with the company , and the date the registration is filled out

Return Completed Form:

- **Mail** the completed PW30R form (3 pages) to: NYSDOL Bureau of Public Work, SOBC – Bldg.12 – Rm.130, Albany, NY 12240 *-OR -*
- **Fax** the completed PW30R form (3 pages) to: NYSDOL Bureau of Public Work at (518)485-1870



**New York State Department of Labor**
**Bureau of Public Work**
W. Averell Harriman State Office Campus
Building 12 - Room 130
Albany, New York 12240
Phone - (518) 457-5589 Fax - (518) 485-1870

# Employer Registration for Use of 4 Day / 10 Hour Work Schedule

*Before completing Form PW30R check to be sure ...*
There is a *Dispensation of Hours* in place on the project.
The 4 Day / 10 Hour Work Schedule applies to the Job Classifications you will be using.
The 4 Day / 10 Hour Work Schedule applies to the County / Counties where the work will take place.

**Please Type or Print the Requested Information**

*When completed ...*
Mail to NYSDOL Bureau of Public Work, SOBC, Bldg. 12, Rm.130, Albany, NY 12240
-or-
Fax to NYSDOL Bureau of Public Work at (518) 485-1870

## Contractor Information

Company Name: ____________________ FEIN: __________

Address: ____________________

City: ____________________ State: __________ Zip Code: __________

Phone Number __________ Fax Number: __________ Email Address: __________

Contact Person: ____________________

Phone No: __________ Fax No: __________ Email: __________

## Project Information

Project PRC#: __________ Project Name/Type: __________

Exact Location of Project: ____________________ County: __________

(If you are Subcontractor)
Prime Contractor Name: ____________________

Job Classification(s) to Work 4/10 Schedule: *(Choose all that apply on Job Classification Checklist - Pages 3-6)*
**** Do not write in any additional Classifications or Counties****

## Requestor Information

Name: ____________________

Title: ____________________ Date : __________

**Please use the list below with the number assigned to each county as a reference to the corresponding numbers listed in the following pages under "Entire Counties" & "Partial Counties".**

1. Albany County
2. Allegany County
3. Bronx County
4. Broome County
5. Cattaraugus County
6. Cayuga County
7. Chautauqua County
8. Chemung County
9. Chenango County
10. Clinton County
11. Columbia County
12. Cortland County
13. Delaware County
14. Dutchess County
15. Erie County
16. Essex County
17. Franklin County
18. Fulton county
19. Genesee County
20. Greene County
21. Hamilton County
22. Herkimer County
23. Jefferson County
24. Kings County (Brooklyn)
25. Lewis County
26. Livingston County
27. Madison County
28. Monroe County
29. Montgomery County
30. Nassau County
31. New York County (Manhattan)
32. Niagara County
33. Oneida County
34. Onondaga County
35. Ontario County
36. Orange County
37. Orleans County
38. Oswego County
39. Otsego County
40. Putnam County
41. Queens County
42. Rensselaer County
43. Richmond County (Staten Island)
44. Rockland County
45. Saint Lawrence County
46. Saratoga County
47. Schenectady County
48. Schoharie County
49. Schuyler County
50. Seneca County
51. Steuben County
52. Suffolk County
53. Sullivan County
54. Tioga County
55. Tompkins County
56. Ulster County
57. Warren county
58. Washington County
59. Wayne County
60. Westchester County
61. Wyoming County
62. Yates County

# Job Classification Checklist

**(Place a checkmark by all classifications that will be using the 4/10 schedule)**

**** Do not write in any additional Classifications or Counties****

| *Job Classification* | Tag # | Entire Counties | Partial Counties | Check Box |
|---|---|---|---|---|
| Carpenter-Building | 276B-All | 7 | 2 ,5 | |
| Carpenter-Building | 276B-Cat | 15 | 5 | |
| Carpenter - Building | 276-B-DW-LIV | 26, 28, 35, 59 | 61 | |
| Carpenter-Building | 276B-Gen | 19, 32, 37 | 61 | |
| Carpenter-Floor Layers | 276B-FL-Liv | 26, 28, 35, 59 | 61 | |
| Carpenter-Heavy&Highway | 276HH-All | 2, 5, 7 | | |
| Carpenter-Heavy&Highway | 276HH-Erie | 15 | | |
| Carpenter-Heavy&Highway | 276HH- Gen | 19, 32, 37, 61 | | |
| Carpenter-Heavy&Highway | 276HH-Liv | 26, 28, 35, 59 | | |
| Carpenter-Residential | 276R-All | 7 | 2, 5 | |
| Carpenter - Building | 277B-Bro | 4, 54 | | |
| Carpenter - Building | 277B-CAY | 6, 50, 62 | | |
| Carpenter - Building | 277B-CS | 8, 12, 49, 51, 55 | 2 | |
| Carpenter - Building | 277 JLS | 23, 25, 45 | | |
| Carpenter - Building | 277 omh | 22, 27, 33 | | |
| Carpenter - Building | 277 On | 34 | | |
| Carpenter - Building | 277 Os | 38 | | |
| Carpenter - Building | 277CDO Bldg | 9, 13, 39 | | |
| Carpenter - Heavy&Highway | 277CDO HH | 9, 13, 39 | | |
| Carpenter - Heavy&Highway | 277HH-BRO | 4, 6, 8, 12, 49, 50, 51, 54, 55, 62 | | |
| Carpenter - Heavy/Highway | 277 oneida | 22, 23, 25, 27, 33, 34, 38, 45 | | |
| Carpenter - Building | 291B-Alb | 1, 18, 20, 29, 42, 47, 48 | | |
| Carpenter - Building | 291B-Cli | 10, 16, 17 | | |
| Carpenter - Building | 291B-Ham | 21, 57, 58 | | |
| Carpenter - Building | 291B-Sar | 46 | | |
| Carpenter - Heavy&Highway | 291HH-Alb | 1, 10, 16, 17,18, 20, 21, 29, 42, 46, 47, 48, 57, 58 | | |
| Electrician | 25m | 30, 52 | | |
| Electrician-Teledata Cable Splicer | 43 | 12, 22, 27, 33, 38 | 6, 9, 34, 39, 55, 59 | |

# Job Classification Checklist

**(Place a checkmark by all classifications that will be using the 4/10 schedule)**

**** Do not write in any additional Classifications or Counties****

| Job Classification | Tag # | Entire Counties | Partial Counties | Check Box |
|---|---|---|---|---|
| Electrician | 86 | 26, 28 | 19, 35, 37, 59, 61 | |
| Electrician | 840Teledata and 840 Z1 | 62 | 6, 34, 35, 50, 59 | |
| Electrician | 910 | 10, 16, 17, 23, 25, 45 | | |
| Electrician Lineman | 1049Line/Gas | 30, 41, 52 | | |
| Electrician Lineman | 1249a | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 32, 33, 34, 35, 36, 37, 38, 39, 40, 42, 44, 46, 47, 48, 49, 50, 45, 51, 53, 54, 55, 56, 57, 58, 59, 61, 62 | | |
| Electrical Lineman | 1249a West | 60 | | |
| Electrical Lineman | 1249a-LT | 1, 2, 4, 5, 6, 7, 8, 9, 10, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 32, 33, 34, 35, 37, 38, 39, 42, 46, 47, 48, 49, 50, 45, 51, 53, 54, 55, 57, 58, 59, 61, 62 | | |
| Electrical Lineman | 1249aREG8LT | 11, 14, 36, 40, 44, 56 | | |
| Electrical Lineman | 1249aWestLT | 60 | | |
| Elevator Constructor | 138 | 11, 14, 20, 36, 40, 53, 56 | 13, 44, 60 | |
| Elevator Constructor | 14 | 2, 5, 7, 15, 19, 32, 37, 61 | | |
| Elevator Constructor | 27 | 8, 26, 28, 35, 49, 50, 51, 59, 62 | | |
| Elevator Constructor | 35 | 1, 10, 16, 18, 21, 22, 29, 39, 42, 46, 47, 48, 57, 58 | | |
| Elevator Constructor | 62.1 | 4, 6, 9, 12, 23, 25, 27, 33, 34, 38, 45, 54, 55 | 13 | |
| Glazier | 201 | 1, 10, 11, 16, 17, 18, 20, 21, 29, 42, 46, 47, 48, 57, 58 | | |
| Glazier | 660r | 2, 5, 7, 15, 19, 32, 37, 61 | | |
| Glazier | 660 | 2, 5, 7, 15, 19, 32, 37, 61 | | |
| Glazier | 677.1 | 23, 25, 26, 28, 35, 45, 50, 59, 62 | | |
| Glazier | 677Z-2 | 6, 12, 22, 27, 33, 34, 38 | | |
| Glazier | 677z3 | 4, 8, 9, 13, 39, 49, 51, 54, 55 | | |
| Glazier | 677r.2 | 6, 12, 22, 27, 33, 34, 38 | | |
| Insulator - Heat & Frost | 30-Syracuse | 4, 6, 8, 9, 12, 22, 23, 25, 27, 33, 34, 38, 39, 49, 50, 45, 54, 55 | | |
| Laborers - Building | 322-2H | 17, 23, 25, 45 | | |
| Laborers - Building | 785(7) | 4 | 9, 13, 54 | |

# Job Classification Checklist

**(Place a checkmark by all classifications that will be using the 4/10 schedule)**

**** Do not write in any additional Classifications or Counties****

| Job Classification | Tag # | Entire Counties | Partial Counties | Check Box |
|---|---|---|---|---|
| Laborers - Building | 785B-CS | 8, 51 | 49 | |
| Laborers- Heavy & Highway | 322/2h | 17, 23, 25, 45 | | |
| Laborers- Heavy & Highway | 7-785b | 12, 55 | 49, 54 | |
| Laborers Heavy & Highway | 785(7) | 4 | 9, 13, 54 | |
| Laborer - Heavy & Highway | 785HH-CS | 8, 51 | 49 | |
| Laborer - Building | 621b | 2, 7 | 5 | |
| Laborer - Residential | 621r | 2, 7 | 5 | |
| Mason-Building | 3b-Co-Z2 | 8, 49, 51 | 2 | |
| Mason-Building | 3B-Z1 | 19, 26, 28, 35, 50, 59, 61, 62 | | |
| Mason-Building-Residential | 3B-Z1R | 19, 26, 28, 35, 50, 59, 61, 62 | | |
| Mason-Building | 3B-Bing-Z2 | 4, 9, 13, 39, 54 | | |
| Mason-Building | 3B-Ith-Z2 | 12, 55 | | |
| Mason-Building | 3B-Jam-Z2 | 7 | 2, 5 | |
| Mason-Building-Residential | 3B-Jam-Z2R | 2, 4, 8, 7, 9, 12, 39, 13, 49, 51, 54, 55 | 5 | |
| Mason-Building | 3B-Z3 | 15, 32, 37 | 5 | |
| Mason-Building-Residential | 3B-Z3R | 15, 32, 37 | 5 | |
| Mason-Heavy Highway | 3h | 2, 4, 8, 7, 9, 12, 13, 19, 26, 28, 35, 37, 39, 49, 50, 51, 54, 55, 59, 61, 62 | 5, 15, 32 | |
| Mason-Tile Finisher | 3TF-Z1 | 19, 26, 28, 35, 50, 59, 61, 62 | | |
| Mason-Tile Finisher | 3TF-Z2 | 2, 4, 8, 7, 9, 12, 13, 39, 49, 51, 54, 55 | 5 | |
| Mason-Tile Finisher | 3TF-Z3 | 15, 32, 37 | 5 | |
| Mason-Tile Finisher | 3TF-Z1R | 19, 26, 28, 35, 50, 59, 61, 62 | | |
| Mason-Tile Finisher | 3TF-Z2R | 2, 4, 7, 9, 12, 13, 39, 49, 51, 54, 55 | 5 | |
| Mason-Tile Finisher | 3TF-Z3R | 15, 32, 37 | 5 | |
| Mason-Tile Setter | 3TS-Z1 | 19, 26, 28, 35, 50, 59, 61, 62 | | |

# Job Classification Checklist

**(Place a checkmark by all classifications that will be using the 4/10 schedule)**

**** Do not write in any additional Classifications or Counties****

| Job Classification | Tag # | Entire Counties | Partial Counties | Check Box |
|---|---|---|---|---|
| Mason-Tile Setter Residential | 3TS-Z2R | 2, 4, 7, 8, 9, 12, 13, 39, 49, 51, 54, 55 | 5 | |
| Mason-Tile Setter Residential | 3TS-Z3R | 15, 32, 37 | 5 | |
| Mason - Building/Heavy&Highway | 780 | 3, 24, 30, 31, 41, 43, 52 | | |
| Operating Engineer - Heavy/Highway | 137H/H | 40, 60 | 14 | |
| Operating Engineer - Heavy& Highway | 832H | 2, 8, 26, 28, 35, 49, 51, 59, 62 | 19 | |
| Painter | 150 | 28, 59, 62 | 26, 35 | |
| Painter | 178 B | 4, 9, 54 | | |
| Painter | 178 E | 8, 49 | 51 | |
| Painter | 178 I | 12, 55 | | |
| Painter | 178 O | 13, 39 | | |
| Painter | 31 | 6, 22, 27, 33, 34, 50 | 25, 35, 38 | |
| Painter | 38.O | | 38 | |
| Painter | 38.W | 23, 45 | 25 | |
| Painter | 4-Buf,Nia,Olean | 2, 15, 19, 32, 37, 61 | 5, 7, 26, 51 | |
| Painter | 4-Jamestown | | 5, 7 | |
| Sheetmetal Worker | 46 | 26, 28, 35, 50, 59, 62 | | |
| Sheetmetal Worker | 46r | 26, 28, 35, 50, 59, 62 | | |
| Teamsters-Heavy&Highway | 294h/h | 1, 11, 18, 20, 29, 42, 46, 47, 48, 58 | 57 | |
| Teamsters-Heavy&Highway | 317bhh | 6, 12, 50, 51, 55, 62 | 2 | |
| Teamsters-Building/Heavy&Highway | 456 | 40, 60 | | |
| | | | | |
| | | | | |
| | | | | |

# Introduction to the Prevailing Rate Schedule

## Information About Prevailing Rate Schedule

This information is provided to assist you in the interpretation of particular requirements for each classification of worker contained in the attached Schedule of Prevailing Rates.

## Classification

It is the duty of the Commissioner of Labor to make the proper classification of workers taking into account whether the work is heavy and highway, building, sewer and water, tunnel work, or residential, and to make a determination of wages and supplements to be paid or provided. It is the responsibility of the public work contractor to use the proper rate. If there is a question on the proper classification to be used, please call the district office located nearest the project. District office locations and phone numbers are listed below.

Prevailing Wage Schedules are issued separately for "General Construction Projects" and "Residential Construction Projects" on a county-by-county basis.

General Construction Rates apply to projects such as: Buildings, Heavy & Highway, and Tunnel and Water & Sewer rates.

Residential Construction Rates generally apply to construction, reconstruction, repair, alteration, or demolition of one family, two family, row housing, or rental type units intended for residential use.

Some rates listed in the Residential Construction Rate Schedule have a very limited applicability listed along with the rate. Rates for occupations or locations not shown on the residential schedule must be obtained from the General Construction Rate Schedule. Please contact the local Bureau of Public Work office before using Residential Rate Schedules, to ensure that the project meets the required criteria.

## Paid Holidays

Paid Holidays are days for which an eligible employee receives a regular day's pay, but is not required to perform work. If an employee works on a day listed as a paid holiday, this remuneration is in addition to payment of the required prevailing rate for the work actually performed.

## Overtime

At a minimum, all work performed on a public work project in excess of eight hours in any one day or more than five days in any workweek is overtime. However, the specific overtime requirements for each trade or occupation on a public work project may differ. Specific overtime requirements for each trade or occupation are contained in the prevailing rate schedules.

Overtime holiday pay is the premium pay that is required for work performed on specified holidays. It is only required where the employee actually performs work on such holidays.

The applicable holidays are listed under HOLIDAYS: OVERTIME. The required rate of pay for these covered holidays can be found in the OVERTIME PAY section listings for each classification.

## Supplemental Benefits

Particular attention should be given to the supplemental benefit requirements. In most cases the payment or provision of supplements is for each hour worked (noted in the schedule as 'Per hour worked'). Some classifications require the payment or provision of supplements for each hour paid (noted in the schedule as 'Per hour paid'), which require supplements to be paid or provided at a premium rate for premium hours worked. Some classifications may also require the payment or provision of supplements for paid holidays on which no work is performed.

## Effective Dates

When you review the schedule for a particular occupation, your attention should be directed to the dates above the column of rates. These are the dates for which a given set of rates is effective. The rate listed is valid until the next effective rate change or until the new annual determination which takes effect on July 1 of each year. All contractors and subcontractors are required to pay the current prevailing rates of wages and supplements. If you have any questions please contact the Bureau of Public Work or visit the New York State Department of Labor website (www.labor.state.ny.us) for current wage rate information.

## Apprentice Training Ratios

The following are the allowable ratios of registered Apprentices to Journey-workers.

For example, the ratio 1:1,1:3 indicates the allowable initial ratio is one Apprentice to one Journeyworker. The Journeyworker must be in place on the project before an Apprentice is allowed. Then three additional Journeyworkers are needed before a second Apprentice is allowed. The last ratio repeats indefinitely. Therefore, three more Journeyworkers must be present before a third Apprentice can be hired, and so on.

Please call Apprentice Training Central Office at (518) 457-6820 if you have any questions.

| Title (Trade) | Ratio |
|---|---|
| Boilermaker (Construction) | 1:1,1:4 |
| Boilermaker (Shop) | 1:1,1:3 |
| Carpenter (Bldg.,H&H, Pile Driver/Dockbuilder) | 1:1,1:4 |
| Carpenter (Residential) | 1:1,1:3 |

| | |
|---|---|
| Electrical (Outside) Lineman | 1:1,1:2 |
| Electrician (Inside) | 1:1,1:3 |
| Elevator/Escalator Construction & Modernizer | 1:1,1:2 |
| Glazier | 1:1,1:3 |
| Insulation & Asbestos Worker | 1:1,1:3 |
| Iron Worker | 1:1,1:4 |
| Laborer | 1:1,1:3 |
| Mason | 1:1,1:4 |
| Millwright | 1:1,1:4 |
| Op Engineer | 1:1,1:5 |
| Painter | 1:1,1:3 |
| Plumber & Steamfitter | 1:1,1:3 |
| Roofer | 1:1,1:2 |
| Sheet Metal Worker | 1:1,1:3 |
| Sprinkler Fitter | 1:1,1:2 |

If you have any questions concerning the attached schedule or would like additional information, please contact the nearest BUREAU of PUBLIC WORK District Office or write to:

New York State Department of Labor
Bureau of Public Work
State Office Campus, Bldg. 12
Albany, NY 12240

| District Office Locations: | Telephone # | FAX # |
|---|---|---|
| Bureau of Public Work - Albany | 518-457-2744 | 518-485-0240 |
| Bureau of Public Work - Binghamton | 607-721-8005 | 607-721-8004 |
| Bureau of Public Work - Buffalo | 716-847-7159 | 716-847-7650 |
| Bureau of Public Work - Garden City | 516-228-3915 | 516-794-3518 |
| Bureau of Public Work - Newburgh | 845-568-5287 | 845-568-5332 |
| Bureau of Public Work - New York City | 212-775-3568 | 212-775-3579 |
| Bureau of Public Work - Patchogue | 631-687-4882 | 631-687-4904 |
| Bureau of Public Work - Rochester | 585-258-4505 | 585-258-4708 |
| Bureau of Public Work - Syracuse | 315-428-4056 | 315-428-4671 |
| Bureau of Public Work - Utica | 315-793-2314 | 315-793-2514 |
| Bureau of Public Work - White Plains | 914-997-9507 | 914-997-9523 |
| Bureau of Public Work - Central Office | 518-457-5589 | 518-485-1870 |

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

## Nassau County General Construction

### Asbestos Worker 08/01/2014

**JOB DESCRIPTION** Asbestos Worker **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 | 12/01/2014 Additional |
|---|---|---|
| Abestos Worker Removal & Abatement Only* | $ 47.00 | $ 0.50** |

NOTE: *On Mechanical Systems that are NOT to be SCRAPPED. To be allocated to (**) To be allocated at a later date

**SUPPLEMENTAL BENEFITS**

| Per Hour: | |
|---|---|
| Abestos Worker Removal & Abatement Only | $ 4.70 |

**OVERTIME PAY**
See (B, B2, *E, J) on OVERTIME PAGE
Hours worked on Saturdays are paid at time and one half only if forty hours have been worked during the week.

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 8) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Apprentice Removal & Abatement Only:
1000 hour terms at the following percentage of Journeyman's rates.

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| 78% | 80% | 83% | 89% |

SUPPLEMENTAL BENEFIT

| Per Hour: | |
|---|---|
| Apprentice Removal & Abatement | $ 4.70 |

4-12a - Removal Only

### Boilermaker 08/01/2014

**JOB DESCRIPTION** Boilermaker **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Dutchess, Kings, Nassau, New York, Orange, Putnam, Queens, Richmond, Rockland, Suffolk, Sullivan, Ulster, Westchester

**WAGES**

| Per Hour: | 07/01/2014 | 01/01/2015 |
|---|---|---|
| Boilermaker | $ 50.45 | $ 51.56 |
| Repairs & Renovations | $ 50.45 | $ 51.56 |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | 07/01/2014 | 01/01/2015 |
|---|---|---|
| Boilermaker Repairs & Renovations | 32% of hourly Wage Paid + $25.16 | 32% of hourly Wage Paid + $25.19 |

NOTE: "Hourly Wage Paid" shall include any and all premium(s) pay.

Repairs & Renovation Includes replacement of parts and repairs & renovation of existing unit.

**OVERTIME PAY**
OVERTIME PAY
See (D, O) on OVERTIME PAGE
HOLIDAY
Paid: See (8, 16, 23, 24) on HOLIDAY PAGE

Page 31

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

Overtime: See (5, 6, 11, 12, 15, 25) on HOLIDAY PAGE
NOTE: *Employee must work in pay week to receive Holiday Pay.
**Boilermarker gets 4 times the hourly wage rate for working on Labor Day.
***Repairs & Renovation see (B,E,Q) on HOLIDAY PAGE

**HOLIDAY**

**REGISTERED APPRENTICES**
Wage per hour:
(1/2) Year Terms at the following pecentage of Boilermaker's Wage

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|
| 65% | 65% | 70% | 75% | 80% | 85% | 90% | 95% |

Supplemental Benefits Per Hour:

| Apprentice(s) | 07/01/2014 32% of Hourly Wage Paid plus amount below | 01/01/2015 32% of Hourly Wage Paid Plus Amount Below |
|---|---|---|
| 1st Term | $ 19.25 | $ 19.27 |
| 2nd Term | 20.10 | 20.11 |
| 3rd Term | 20.94 | 20.95 |
| 4th Term | 21.78 | 21.80 |
| 5th Term | 22.62 | 22.65 |
| 6th Term | 23.47 | 23.49 |
| 7th Term | 24.31 | 24.33 |

NOTE: "Hourly Wage Paid" shall include any and all premium(s)

4-5

**Carpenter** **08/01/2014**

**JOB DESCRIPTION** Carpenter **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Rockland, Westchester

**PARTIAL COUNTIES**
Orange: South of but including the following, Waterloo Mills, SlateHill, New Hampton, Goshen, Blooming Grove, Mountainville, east to the Hudson River.
Putnam: South of but including the following, Cold Spring, TompkinsCorner, Mahopac, Croton Falls, east to Connecticut border.
Suffolk: West of Port Jefferson and Patchoque Road to Route 112 tothe Atlantic Ocean.

**WAGES**

| Per hour: | 07/01/2014 | 10/17/2014 |
|---|---|---|
| Core Drilling: | | |
| Driller | $ 35.71 | $ 37.72 |
| Driller Helper | $ 28.60 | $ 30.54 |

Additional Helpers: One (1) year increments. This is not an apprenticeship for Driller:

| | 07/01/2014 | 10/17/2014 |
|---|---|---|
| Helper 1st year | $ 20.02 | $ 20.02 |
| Helper 2nd year | 22.88 | 22.88 |
| Helper 3rd year | 25.74 | 25.74 |
| Helper 4th year | 28.60 | 28.60 |

Note: Hazardous Waste Pay Differential:
For Level C, an additional 10% above wage rate per hour
For Level B, an additional 10% above wage rate per hour
For Level A, an additional 10% above wage rate per hour
Note: When required to work on water: an additional $ 0.50 per hour.

**SUPPLEMENTAL BENEFITS**

| Per hour paid: | 07/01/2014 | 10/17/2014 |
|---|---|---|
| Driller and All Helpers | $21.69 | $ 21.69 |

**OVERTIME PAY**
OVERTIME: See (B,E,K*,P,R**) on OVERTIME PAGE.

Page 32

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

**HOLIDAY**

Paid: See (5,6) on HOLIDAY PAGE.

Overtime: * See (5,6) on HOLIDAY PAGE.
** See (8,10,11,13) on HOLIDAY PAGE.

8-1536-CoreDriller

**Carpenter** **08/01/2014**

**JOB DESCRIPTION** Carpenter **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**
Per Hour:

| | 07/01/2014 |
|---|---|
| Timberman | $ 44.33 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | 07/01/2014 |
|---|---|
| | $ 45.36 |

**OVERTIME PAY**
See (B, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**

Paid: See (18,19) on HOLIDAY PAGE.

Paid: for 1st & 2nd yr. Apprentices See (5,6,11,13,16,18,19,25)

Overtime: See (5,6,11,13,16,18,19,25) on HOLIDAY PAGE.

**REGISTERED APPRENTICES**
Wages per hour:
( 1 ) year terms:

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| $17.73 | $22.16 | $28.81 | $35.46 |

Supplemental benefits per hour:
$ 30.86

8-1556 Tm

**Carpenter** **08/01/2014**

**JOB DESCRIPTION** Carpenter **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Putnam, Queens, Richmond, Rockland, Suffolk, Westchester

**WAGES**

| Per hour: | 07/01/2014 |
|---|---|
| Building Millwright | $ 48.44 |

**SUPPLEMENTAL BENEFITS**
Per hour paid:

| | |
|---|---|
| Millwright | $ 50.49 |

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE

**HOLIDAY**

Paid: See (18,19)* on HOLIDAY PAGE.

Overtime See (5,6,8,11,13,18,19,25) on HOLIDAY PAGE.

* must show up to work

**REGISTERED APPRENTICES**

Page 33

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

Wages per hour is Pecentage of Journeyworkers wage:

(1) year terms:

| 1st. | 2nd. | 3rd. | 4th. |
|---|---|---|---|
| $26.64 | $31.49 | $36.33 | $46.02 |

Supplemental benefits per hour paid:

(1) year terms:

| 1st. | 2nd. | 3rd. | 4th. |
|---|---|---|---|
| $32.81 | $36.15 | $40.63 | $46.21 |

8-740.1

## Carpenter 08/01/2014

**JOB DESCRIPTION** Carpenter **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Dutchess, Kings, Nassau, New York, Orange, Putnam, Queens, Richmond, Rockland, Suffolk, Westchester

**WAGES**
Per Hour: 07/01/2014

Marine Construction:

| | |
|---|---|
| Marine Diver | $ 61.30 |
| Marine Tender | 43.45 |

**SUPPLEMENTAL BENEFITS**
Per Hour Paid:

Journeyman $ 46.09

**OVERTIME PAY**
See (B, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**
Paid: See (18, 19) on HOLIDAY PAGE
Overtime: See (5, 6, 10, 11, 13, 16, 18, 19) on HOLIDAY PAGE

8-1456MC

## Carpenter 08/01/2014

**JOB DESCRIPTION** Carpenter **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Dutchess, Kings, Nassau, New York, Orange, Putnam, Queens, Richmond, Rockland, Suffolk, Westchester

**WAGES**
Per hour: 07/01/2014

Carpet/Resilient
Floor Coverer $ 49.88

INCLUDES HANDLING & INSTALLATION OF ARTIFICIAL TURF AND SIMILAR TURF INDOORS/OUTDOORS.

**SUPPLEMENTAL BENEFITS**
Per hour paid:

Floor Coverer $ 44.07

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE

**HOLIDAY**
Paid: See (18, 19)on HOLIDAY PAGE.

Paid: for 1st & 2nd yr.
Apprentices See (5,6,11,13,16,18,19,25)

Overtime: See (5,6,11,13,16,18,19,25) on HOLIDAY PAGE.

**REGISTERED APPRENTICES**

Page 34

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

Wage per hour is Pecentage of Journeyworkers Wage

(1) year terms:

| 1st. | 2nd. | 3rd. | 4th. |
|---|---|---|---|
| $19.95 | $24.94 | $32.42 | $39.90 |

Supplemental benefits per hour:

$ 30.22

8-2287

**Carpenter** **08/01/2014**

**JOB DESCRIPTION** Carpenter **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Putnam, Queens, Richmond, Rockland, Suffolk, Westchester

**WAGES**
Per hour: 07/01/2014

Piledriver $ 48.35
Dockbuilder $ 48.35

**SUPPLEMENTAL BENEFITS**
Per hour paid:

Journeyworker $ 46.09

**OVERTIME PAY**
See (B, E2, O) on OVERTIME PAGE

**HOLIDAY**
Paid: See (18,19)on HOLIDAY PAGE.

Paid: for 1st & 2nd yr.
Apprentices See (5,6,11,13,16,18,19,25)

Overtime: See (5,6,11,13,16,18,19,25) on HOLIDAY PAGE.

**REGISTERED APPRENTICES**
Wages per hour
(1)year terms:

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| $19.34 | $24.17 | $31.43 | $38.68 |

Supplemental benefits per hour:

Apprentices $ 31.23

8-1556 Db

**Carpenter** **08/01/2014**

**JOB DESCRIPTION** Carpenter **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Kings, New York, Putnam, Queens, Richmond

**PARTIAL COUNTIES**
Nassau: That portion of the county that lies west of Seaford Creekand south of the Southern State Parkway.

**WAGES**
Per hour: 07/01/2014

Show Exibit/
Carpenter $ 48.38

**SUPPLEMENTAL BENEFITS**
Per hour paid:

Show Exibit/

Page 35

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

Carpenter $ 42.67

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE

**HOLIDAY**
Paid: See (18,19) on HOLIDAY PAGE.

Paid:for 1st & 2nd yr.
Apprentices See (5,6,11,13,16,18,19,25)

Overtime: See (5,6,11,13,16,18,19,25) on HOLIDAY PAGE.

**REGISTERED APPRENTICES**
Wages per hour is Pecentage of Journeyworkers Wage

(1) year terms:

| 1st. | 2nd. | 3rd. | 4th. |
|---|---|---|---|
| $19.35 | $24.19 | $31.45 | $38.70 |

Supplemental benefits per hour:
Apprentices $ 29.52

8-EXHIB

## Carpenter - Building 08/01/2014

**JOB DESCRIPTION** Carpenter - Building **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Kings, New York, Queens, Richmond

**PARTIAL COUNTIES**
Nassau: Work preformed south of the Southern State Parkway and west of the Seaford Creek.

**WAGES**
Per hour: 07/01/2014

Building:
Carpenter $49.88

**SUPPLEMENTAL BENEFITS**
Per hour paid:

Building:
Carpenter $ 44.07

**OVERTIME PAY**
See (B, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**
Paid: See (18,19) on HOLIDAY PAGE.

Paid: for 1st & 2nd yr.
Apprentices See (5,6,11,13,16,18,19,25)

Overtime: See (5,6,11,13,16,18,19,25) on HOLIDAY PAGE.

**REGISTERED APPRENTICES**
Wage per hour:

(1) year terms:

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Building | $19.95 | $24.94 | $32.42 | $39.90 |

Supplemental benefits per hour for all Apprentices:

Building $ 30.22

8-NYC Bldg.

## Carpenter - Building / Heavy&Highway 08/01/2014

Page 36

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

**JOB DESCRIPTION** Carpenter - Building / Heavy&Highway **DISTRICT** 4

**ENTIRE COUNTIES**
Suffolk

**PARTIAL COUNTIES**
Nassau: Work performed "North of Southern State Parkway and East of Seaford Creek"

**WAGES**
Per Hour: 07/01/2014

| | |
|---|---|
| Carpenter (Building) | $ 46.72 |
| Carpenter (Heavy Highway) | $ 46.72 |

"NOTE" ADD 15% to straight time hourly wage for NEW YORK STATE D.O.T. and other GOVERMENTAL MANDATED Off-Shift Work.

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | |
|---|---|
| Both Carpenter Categories | $ 29.49 |

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
One(1) Year Terms at the following:
Per Hour:

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| $ 18.14 | $ 23.98 | $ 27.88 | $ 31.78 |

Supplemental Benefits
Per Hour:

All Terms: $ 16.00

4-Reg.Council Nass/Suff

**Electrician** **08/01/2014**

**JOB DESCRIPTION** Electrician **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour: 07/01/2014

| | |
|---|---|
| Electrician Pump & Tank | $ 40.05 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | |
|---|---|
| Electrician Pump & Tank | 65.25% of *Wage Paid |

*Wage Paid includes any and all Premiums

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**

Page 37

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

1 Year Terms at the Following:

Per Hour:

| | |
|---|---|
| 1st Term | $ 14.02 |
| 2nd Term | $ 16.02 |
| 3rd Term | $ 18.02 |
| 4th Term | $ 20.03 |
| 5th Term | $ 26.03 |
| 6th Term | $ 30.04 |

SUPPLEMENTAL BENEFITS

Per Hour:

All Terms 65.25% of *Wage Paid

*Wage Paid includes any and all Premiums

4-25 Pump & Tank

## Electrician 08/01/2014

**JOB DESCRIPTION** Electrician

**DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 | 04/25/2015 |
|---|---|---|
| Electrician/Wireman | $ 49.20 | $ 50.45 |
| HVAC Controls | 49.20 | 50.45 |
| Fire Alarms | 49.20 | 50.45 |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | 07/01/2014 | 04/25/2015 |
|---|---|---|
| Electrcian/Wireman (all catagories) | 16.0% of Hourly Wage Paid + $22.14 | 16.0% of Hourly Wage Paid + $23.08 |

NOTE: "Hourly Wage Paid" shall include any and all premium[s]

**OVERTIME PAY**
See (B, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
One(1) Year Terms at the following Percetage of Journeyman(s) Wage:

Apprentices with start dates PRIOR TO 10/02/2010:

| 4th | 5th | 6th |
|---|---|---|
| 50% | 60% | 70% |

Apprentices with start dates AFTER 10/02/2010:

| 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|
| 35% | 40% | 45% | 55% | 65% | 75% |

Supplemental Benefits Per Hour:

| | Apprentices Hired Prior to 10/02/2010 | | Apprentices Hired After 10/02/2010 | |
|---|---|---|---|---|
| | 07/01/2014 | 04/26/2015 | 07/01/2014 | 04/26/2015 |
| 1st | 0% + $0.00 | 0% + $0.00 | 3% + $2.56 | 3% + $2.72 |
| 2nd | 0% + $0.00 | 0% + $0.00 | 8% + $3.88 | 8% + $4.09 |

Page 38

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

| | | | | |
|---|---|---|---|---|
| 3rd | 0% + $0.00 | 0% + $0.00 | 9% + $4.69 | 9% + $4.96 |
| 4th | 16% + $11.07 | 16% +.$11.53 | 10% + $6.66 | 10% + $7.00 |
| 5th | 16% + $13.28 | 16% + $13.84 | 13% + $10.21 | 13% + $10.70 |
| 6th | 16% + $15.50 | 16% + $16.15 | 14% + $16.45 | 14% + $17.14 |

NOTE: Percentages are on "Hourly Wage Paid"
NOTE: "Hourly Wage Paid" shall include any and all premium(s).

4-25

## Electrician 08/01/2014

**JOB DESCRIPTION** Electrician **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 | 04/25/2015 |
|---|---|---|
| Telephone and Intergrated Tele-Data System Electrician | $ 36.38 | $ 36.58 |

This rate classification applies to ALL Voice, Data & Video work.: Excluding Fire Alarm Systems and Energy Managment Systems (HVAC Controls), in those cases the regular Electrician rate applies. To ensure proper use of this rate please call Nassau Offices at (516)228-3915 or Suffolk Offices at (631)687-4882.

**SUPPLEMENTAL BENEFITS**

| Per Hour: | | |
|---|---|---|
| Tele-Data Electrican | 16% of Hourly Wage Paid + $16.63 | 16% Of Hourly Wage Paid + $16.68 |

NOTE: "Hourly Wage Paid" shall include any and all premium(s) pay

**OVERTIME PAY**
See (B, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 15, 16, 25) on HOLIDAY PAGE

4-25tela

## Electrician 08/01/2014

**JOB DESCRIPTION** Electrician **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 |
|---|---|
| Tree Trimmer/ Line Clearance Specialist | $ 30.09 |
| Ground Man | $ 18.05 |

These rates apply to all tree trimming/removal contracts including but not limited to "Electrical Line Clearance"/"Long Island Railroad Right of Ways".

All tree removal for heavy highway or building construction contracts MUST use Heavy Highway Laborer and Operating Engineer classifications.

**SUPPLEMENTAL BENEFITS**
Per Hour: 07/01/2014

Page 39

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

| | |
|---|---|
| Tree Trimmer/<br>Line Clearance Specialist<br>Ground Man | 19.25% of Hourly<br>Wage Paid + $ 8.60 |

NOTE: "Hourly Wage Paid" shall include any and all premium(s) paid

**OVERTIME PAY**
See (B, E, P, S) on OVERTIME PAGE

**HOLIDAY**
Paid: See (5, 6, 8, 16, 23, 24, 25, 26) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 16, 23, 24, 25, 26) on HOLIDAY PAGE

4-1049/Tree

## Electrician 08/01/2014

**JOB DESCRIPTION** Electrician **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 | 04/25/2015 |
|---|---|---|
| Electrician<br>Electrical Maintenance | $ 40.70 | $ 41.45 |

"PLEASE NOTE"
Applicable to "EXISTING ELECTRICAL SYSTEMS" including, but not limited to TRAFFIC SIGNALS & STREET LIGHTING. Not used for addons.

Four (4), ten (10) hour days may be worked at straight time during a week, Monday thru Thursday, with one-half (1/2) hour allowed for a lunch period.

NOTE - In order to use the '4 Day/10 Hour Work Schedule,' you must submit an 'Employer Registration for Use of 4 Day/10 Hour Work Schedule,' form PW30R; additionally, there must be a dispensation of hours in place on the project.

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | | |
|---|---|---|
| Electrician | 12% of Hourly<br>Wage Paid + $ 16.07 | 12% of Hourly<br>Wage Paid + $ 16.46 |

NOTE: "Hourly Wage Paid" shall include any and all premium(s) pay

**OVERTIME PAY**
See (B, E2, K, P) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
One(1) Year Term(s) at the following Percentage of Journeyman(s) Wage:

| 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|
| 40% | 50% | 60% | 70% | 80% | 90% |

Supplemental Benefits:

| | Apprentices Hired Prior to 04/26/2014 | | Apprentices Hired After 04/26/2014 | |
|---|---|---|---|---|
| | 07/01/2014 | 04/25/2015 | 07/01/2014 | 04/25/2015 |
| 1st | 12% + $9.93 | 12% + $9.93 | 3% + $3.50 | 3% + $3.50 |
| 2nd | 12% + $10.82 | 12% + $10.82 | 8% + $4.04 | 8% + $4.04 |
| 3rd | 12% + $11.73 | 12% + $11.73 | 9% + $5.08 | 9% + $5.08 |
| 4th | 12% + $12.62 | 12% + $12.62 | 10% + $6.84 | 10% + $6.84 |
| 5th | 12% + $13.51 | 12% + $13.51 | 11% + $10.79 | 11% + $10.79 |
| 6th | 12% + $13.64 | 12% + $13.69 | DNA | DNA |

Page 40

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

NOTE: Percentages are on "Hourly Wage Paid"
NOTE: "Hourly Wage Paid" shall include any and all premium(s) pay

4-25m

**Electrician Lineman** **08/01/2014**

**JOB DESCRIPTION** Electrician Lineman **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Queens, Suffolk

**WAGES**
For Utility Distribution & Transmission Line Construction:

| Per Hour: | 07/01/2014 | 03/29/2015 |
|---|---|---|
| Lineman/Splicer | $ 49.52 | $ 50.76 |
| Material Man | 43.08 | 44.16 |
| Heavy Equip. Operator | 39.62 | 40.61 |
| Groundman | 29.71 | 30.46 |
| Flagman | 22.28 | 22.84 |

For Natural Gasline Construction:

| Per Hour: | 07/01/2014 | 06/01/2015 |
|---|---|---|
| Journeyman U.G.Mech. | $ 41.45 | $ 42.69 |

Four (4), ten (10) hour days may be worked at straight time during a week, Monday thru Thursday.

NOTE - In order to use the '4 Day/10 Hour Work Schedule,' you must submit an 'Employer Registration for Use of 4 Day/10 Hour Work Schedule,' form PW30R; additionally, there must be a dispensation of hours in place on the project.

**SUPPLEMENTAL BENEFITS**
Per Hour:
Utility Distribution & Transmission Line Construction:

| | 07/01/2014 | 03/29/2015 |
|---|---|---|
| All Classifications | 30.75% of Hourly Wage Paid + $ 10.56 | 30.75% of Hourly Wage Paid + $ 11.36 |

NOTE: "Hourly Wage Paid" shall include any and all premium(s) pay

Natural Gasline Construction:

| Per Hour: | 07/01/2014 | 06/01/2015 |
|---|---|---|
| Journeyman U.G.Mech. | $ 20.51 | $ 21.75 |

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE
OVERTIME for Natural Gas Mechanic:(B,G,P)

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 16, 23, 25, 26) on HOLIDAY PAGE
Same as Above for natural Gas Mechanic.

**REGISTERED APPRENTICES**
1000 hour Terms at the following Percentage of Journeyman's Wage.

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th |
|---|---|---|---|---|---|---|
| 60% | 65% | 70% | 75% | 80% | 85% | 90% |

| SUPPLEMENTAL BENEFIT: | 07/01/2014 | 03/29/2015 |
|---|---|---|
| All Terms | 30.75% of Hourly Wage Paid + $ 10.56 | 30.75% of Hourly Wage Paid + $ 11.36 |

Natural Gasline Construction:

| | 07/01/2014 | 06/01/2015 |
|---|---|---|

Page 41

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

| | | |
|---|---|---|
| Natural Gas Mechanic: | $ 20.51 | $ 21.75 |

4-1049 Line/Gas

## Elevator Constructor 08/01/2014

**JOB DESCRIPTION** Elevator Constructor **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**PARTIAL COUNTIES**
Rockland: Entire County except for the Township of Stony Point
Westchester: Entire County except for the Townships of Bedford, Lewisboro, Cortland, Mt. Kisco, North Salem, Pound Ridge, Somers and Yorktown.

**WAGES**
Per hour:

| | 07/01/2014 | 03/17/2015 |
|---|---|---|
| Elevator Constructor | $ 58.23 | $ 59.55 |
| Modernization & Service/Repair | 46.00 | 46.92 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | | |
|---|---|---|
| Elevator Constructor | $ 29.745 | $ 31.045 |
| Modernization & Service/Repair | 29.595 | 31.195 |

**OVERTIME PAY**
Constructor. See ( D, M, T ) on OVERTIME PAGE.

Modern./Service See ( B, F, S ) on OVERTIME PAGE.

**HOLIDAY**
Paid: See (5, 6, 8, 11, 15, 16, 25) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 11, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
WAGES PER HOUR:
*Note:1st Term is based on Average wage of Constructor & Modernization.
Terms 2 thru 4 Based on Journeymans wage of classification Working in.

1 YEAR TERMS:

| 1st Term* | 2nd Term | 3rd Term | 4th Term |
|---|---|---|---|
| 50% | 55% | 65% | 75% |

SUPPLEMENTAL BENEFITS

| Elevator Constructor | | |
|---|---|---|
| 1st Term | $ 25.745 | $ 27.220 |
| 2nd Term | 26.145 | 27.635 |
| 3rd Term | 26.945 | 28.455 |
| 4th Term | 27.745 | 29.285 |

| Modernization & Service/Repair | | |
|---|---|---|
| 1st Term | $ 25.67 | $ 27.145 |
| 2nd Term | 26.065 | 27.550 |
| 3rd Term | 26.845 | 28.36 |
| 4th Term | 27.635 | 29.17 |

4-1

## Glazier 08/01/2014

**JOB DESCRIPTION** Glazier **DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Dutchess, Kings, Nassau, New York, Orange, Putnam, Queens, Richmond, Rockland, Suffolk, Sullivan, Ulster, Westchester

Page 42

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

**WAGES**

| Per hour: | 07/01/2014 | 11/01/2014 | 05/01/2015 |
|---|---|---|---|
| Glazier | $ 51.00* | $ 51.35* | Additional $ 1.50** |
| Scaffolding | $ 52.00* | $ 52.35* | Additional $ 1.50** |

Scafolding includes swing scaffold, mechanical equipment, scissor jacks, man lifts, booms & buckets 24' or more, but not pipe scaffolding.

| | | | |
|---|---|---|---|
| Repair & Maintenance | $ 26.70* | $ 26.70* | Additional $ 0.60** |

Repair & Maintenance- All repair & maintenance work on a particular building,whenever performed, where the total cumulative contract value is under $100,000.00.

*Additional $ .10 per hour for all regular hours worked
**To be allocated at a later date.

**SUPPLEMENTAL BENEFITS**

| Per hour paid: | 07/01/2014 | 11/01/2014 | 05/01/2015 |
|---|---|---|---|
| Journeyworker | $ 26.69 | $ 27.19 | $ 27.19 |
| Repair & Maintenance | 16.14 | 16.14 | 16.14 |

**OVERTIME PAY**

OVERTIME: Premium is applied to the respective base wage only.
See (C*,D* E2, O) on OVERTIME PAGE.

* If an optional 8th hour is required to complete the entire project, the same shall be paid at the regular rate of pay. If a 9th hour is worked, then both hours or more (8th & 9th or more) will be paid at double time rate of pay.

For Repair & Maintenance see ( B, F, P) on overtime page.

**HOLIDAY**

Paid: See (1) on HOLIDAY PAGE
Overtime: See (4, 6, 16, 25) on HOLIDAY PAGE
Paid for the Repair & Maintenance (5, 6, 16 & 25)

**REGISTERED APPRENTICES**

Wage per hour:
(1) year terms at the following wage rates:

| | 07/01/2014 | 11/01/2014 | 05/01/2014 |
|---|---|---|---|
| 1st term | $ 17.05 | $ 17.25 | $ 17.25 |
| 2nd term | 25.24 | 25.24 | 25.24 |
| 3rd term | 30.40 | 30.81 | 30.81 |
| 4th term | 40.75 | 41.27 | 41.27 |

Supplemental Benefits:
(Per hour worked)

| | | | |
|---|---|---|---|
| 1st term | $ 13.17 | $ 13.32 | $ 13.32 |
| 2nd term | 22.45 | 22.45 | 22.45 |
| 3rd term | 24.95 | 25.30 | 25.30 |
| 4th term | 30.07 | 30.22 | 30.22 |

8-1281 (DC9 NYC)

**Insulator - Heat & Frost** **08/01/2014**

**JOB DESCRIPTION** Insulator - Heat & Frost **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

Page 43

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

**WAGES**
Per Hour: 07/01/2014

Insulators Heat & Frost $ 63.68

**SUPPLEMENTAL BENEFITS**
Per Hour:

Insulators Heat & Frost $ 30.44

**OVERTIME PAY**
See (A, D, O, V) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 11, 15, 16, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wages:

1 year terms at the following wage rate.

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| $25.47 | $38.21 | $44.59 | $50.94 |

Supplemental Benefits per hour:

Apprentice Insulator(s)

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| $12.80 | $18.26 | $21.30 | $24.35 |

4-12

## Ironworker 08/01/2014

**JOB DESCRIPTION** Ironworker **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**PARTIAL COUNTIES**
Rockland: Southern section - south of Convent Road and east of Blue Hills Road.

**WAGES**

| Per hour: | 07/01/2014 | 07/01/2015 |
|---|---|---|
| Reinforcing & Metal Lathing | $ 52.03 | Additional $ 2.00* |

*To be allocated

**SUPPLEMENTAL BENEFITS**
Per hour paid:

Reinforcing & Metal Lathing $ 31.55

**OVERTIME PAY**
See (B, B1, Q) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 11, 13, 18, 19, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
(1) year terms at the following wage rates:
Wages Per Hour:

Apprentices Registered BEFORE 6/29/2011

| 1st term | 2nd term | 3rd term |
|---|---|---|
| $ 28.11 | $ 32.71 | $ 37.77 |

Apprentices Registered ON or AFTER 6/29/2011

Page 44

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

| 17.71 | 22.81 | 27.91 |
|---|---|---|

SUPPLEMENTAL BENIFITS
Per Hour:

Apprentices Registered BEFORE 6/29/2011

| 1st term | 2nd term | 3rd term |
|---|---|---|
| $ 23.02 | $ 24.67 | $ 25.82 |

Apprentices Registered On or AFTER 6/29/2011

| 20.08 | 20.08 | 20.08 |
|---|---|---|

4-46Reinf

**Ironworker** **08/01/2014**

**JOB DESCRIPTION** Ironworker **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**

| Per hour: | 07/01/2014 |
|---|---|
| Ornamental | $ 44.95 |
| Chain Link Fence | 44.95 |
| Guide Rail Installation | 44.95 |

**SUPPLEMENTAL BENEFITS**
Per hour paid:

| Journeyworker: | $ 43.71 |
|---|---|

**OVERTIME PAY**
OVERTIME: See (A*,D1,E**,Q,V) on OVERTIME PAGE.

*Time and one-half shall be paid for all work in excess of seven (7) hours at the end of a work day to a maximum of two (2) hours on any regular work day (8th & 9th hours of work) and double time shall be paid for all work thereafter.
**Time and one-half shall be paid for all work on Saturday up to seven (7) hours and double time shall be paid for all work thereafter.

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
1st term represents first 1-10 months, thereafter (1/2) year terms at the following percentage of Journeyman's wage.

| 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|
| 50% | 55% | 60% | 70% | 80% |

Supplemental Benefits per hour paid:

| | |
|---|---|
| 1st Term | $ 34.02 |
| 2nd Term | 34.98 |
| 3rd Term | 35.95 |
| 4th Term | 37.90 |
| 5th Term | 39.65 |

4-580-Or

**Ironworker** **08/01/2014**

**JOB DESCRIPTION** Ironworker **DISTRICT** 9

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**
Per Hour: 07/01/2014

IRONWORKER:

Page 45

Ironworker Rigger $ 53.25

Ironworker Stone Derrickman $ 53.25

**SUPPLEMENTAL BENEFITS**
Ironworker: $ 37.13

**OVERTIME PAY**
See (*A, D1, **E, Q, V) on OVERTIME PAGE
*Time and one-half shall be paid for all work in excess of seven (7) hours at the end of a work day to a maximum of two hours on any regular work day (the eighth (8th) and ninth (9) hours of work) and double time shall be paid for all work thereafter.
**Time and one-half shall be paid for all work on Saturday up to seven (7) hours and double time shall be paid for all work thereafter.

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 10, *24, 25) on HOLIDAY PAGE
*Work stops at schedule lunch break with full day's pay.

**REGISTERED APPRENTICES**
Wage per hour:

(1/2) year terms at the following hourly wage rate:

| | 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|---|
| 07/01/2014 | $26.38 | $26.38 | $39.73 | $42.13 | $45.56 | $45.56 |

Supplemental benefits

Per hour paid:

| | |
|---|---|
| 1st & 2nd terms | $18.82 |
| 3rd & 4th terms | $27.86 |
| 5th & 6th terms | $27.84 |

9-197D/R

**Ironworker** **08/01/2014**

**JOB DESCRIPTION** Ironworker **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**
PER HOUR:

| | 07/01/2014 |
|---|---|
| Ironworker: | |
| Structural | $47.25 |
| Bridges | |
| Machinery | |

**SUPPLEMENTAL BENEFITS**
PER HOUR:

Journeyman $65.20

**OVERTIME PAY**
See (B*,E**,Q,V) on OVERTIME PAGE.

* Time and one-half shall be paid for all work in excess of (8) eight hours at the end of a work day to a maximum of two hours on any regular work day (the ninth (9th) and tenth (10th) hours of work)and double time shall be paid for all work thereafter.

** Time and one-half shall be paid for all work on Saturday up to eight (8) hours and double time shall be paid for all work thereafter.

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 18, 19) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
WAGES PER HOUR:

6 month terms at the following rate:

| | |
|---|---|
| 1st | $ 24.73 |
| 2nd | 25.33 |

Case 2:16-cv-03652-ENV-ST Document 180-10 Filed 12/06/21 Page 104 of 601 PageID #: 10375

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

3rd - 6th 25.93

Supplemental Benefits
PER HOUR:
All Terms 45.84

4-40/361-Str

## Laborer - Building 08/01/2014

**JOB DESCRIPTION** Laborer - Building **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
WAGES

| Per Hour: | 07/01/2014 | 12/01/2014 |
|---|---|---|
| Building Laborer | $ 35.65 | |
| Asbestos Abatement Workers (Re-Roofing Removal see Roofer) | 36.00 | Additional $ 0.50* |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | |
|---|---|
| Building Laborer | $ 26.16 |
| Asbestoes Abatment Worker | 15.45 |

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE
See also(H)for Fire Watch on OVERTIME PAGE
Asbestos Worker See (B, H)

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 25) on HOLIDAY PAGE
Asbestos Worker see (5,6,8 &28)

**REGISTERED APPRENTICES**
Regular Hours Work Terms
TERM #1 1 hr to 1000hrs
TERM #2 1001hrs to 2000hrs
TERM #3 2001hrs to 3000hrs
TERM #4 3001hrs to 4000hrs

| Wages per hour: | |
|---|---|
| 1st Term | $ 16.60 |
| 2nd Term | 19.45 |
| 3rd Term | 22.85 |
| 4th Term | 27.12 |

| Benifits per hour | |
|---|---|
| 1st Term | $ 16.77 |
| 2nd Term | 18.87 |
| 3rd Term | 19.64 |
| 4th Term | 19.64 |

4-66

## Laborer - Heavy&Highway 08/01/2014

**JOB DESCRIPTION** Laborer - Heavy&Highway **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Laborer (Heavy/Highway):
GROUP # 1: Asphalt Rakers, Concrete Curb Formsetters.
GROUP # 2: Asphalt Shovelers, Roller Boys and Tampers.
GROUP # 3: Basic Laborer, Power Tool(Jackhammer), Landscape Construction, Traffic Control Personnel(flaggers)

Page 47

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

WAGES PER HOUR:

| | 07/01/2014 | 06/01/2015 Additional |
|---|---|---|
| GROUP # 1 | | |
| Total Wage Paid | $ 44.85 | 4% of Total Package* |
| "Base Wage" | 39.68 | |
| GROUP # 2 | | |
| Total Wage Paid | $ 43.71 | 4% of Total Package* |
| "Base Wage" | 38.54 | |
| GROUP # 3 | | |
| Total Wage Paid | $ 40.22 | 4% of Total Package* |
| "Base Wage" | 35.05 | |

NOTE: "Base Wage" for Premium/Overtime calculation Only. $5.17 is differance between "Base" and "Total"

(*) To be allocated at a later date

**SUPPLEMENTAL BENEFITS**

Per Hour:

| | |
|---|---|
| ALL GROUPS | $ 25.95 |
| After Forty (40)paid Hours in a work Week OVERTIME PAY | $ 15.96 |

**OVERTIME PAY**

OVERTIME PAY
See (B, E2, F) on OVERTIME PAGE
NOTES: Premium/Overtime Pay to be calculated on "Base Wage" only"
Example Group# 3: $35.05 X Time and One Half = 52.58+$5.17 = $57.75.
Premium Pay of 30% of base wage for all Straight time hours on all New York State, D.O.T. and other Goverment Mandated Off-Shift Work.
Hazardous Material Work add an Additional 10% of base wage

**HOLIDAY**

HOLIDAY
Paid: See (1) on HOLIDAY PAGE
Overtime: See (1) on HOLIDAY PAGE

**REGISTERED APPRENTICES**

2000 hour(s) Terms at the following Pecentage of the Journeyman's Wage:

| | |
|---|---|
| 1st 0-1999/Hrs | 80% |
| 2nd 2000-3999/Hrs | 90% |

Supplemental Benefits per hour:

| | |
|---|---|
| All APPRENTICES | $ 25.95 |
| After Forty(40) paid hours in a work Week | $ 15.96 |

4-1298

**Mason** **08/01/2014**

**JOB DESCRIPTION** Mason **DISTRICT** 4

**ENTIRE COUNTIES**

Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 |
|---|---|
| Brick/Blocklayer | $53.71 |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | |
|---|---|
| Brick/Block Layer | $23.18 |

**OVERTIME PAY**

Page 48

Prevailing Wage Rates for 07/01/2014 - 06/30/2015 Published by the New York State Department of Labor
Last Published on Aug 01 2014 PRC Number 2014007855 Nassau County

See (A, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
(800 hour) Terms at the following Percentage of Journeyworkers Wage:

| 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|
| 50% | 60% | 70% | 80% | 90% |

Supplemental Benefits per hour:

All Apprentices $ 14.90

4-1Brk

**Mason - Building** **08/01/2014**

**JOB DESCRIPTION** Mason - Building **DISTRICT** 9

**ENTIRE COUNTIES**
Nassau, Rockland, Suffolk, Westchester

**WAGES**

| Per hour: | 07/01/2014 | 12/01/2014<br>An additional | 06/01/2015<br>An additional |
|---|---|---|---|
| Building:<br>Tile Setters | $ 52.58 | $ 1.13* | $ 1.13* |

* May be allocated between wages and benefits

**SUPPLEMENTAL BENEFITS**
Per Hour:

Journey Worker $22.14* plus $8.05

**OVERTIME PAY**
See (B, E, Q, V) on OVERTIME PAGE
* This portion of benefits subject to same premium rate as shown for overtime wages.
Work beyond 10 hours on Saturday shall be paid at double the hourly wage rate.

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 11, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wage per hour:

Tile Setters:
(750 hour) term at the following wage rate:

| Term: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th |
| 1-<br>750 | 751-<br>1500 | 1501-<br>2250 | 2251-<br>3000 | 3001-<br>3750 | 3751-<br>4500 | 4501-<br>5250 | 5251<br>6000 | 6001-<br>6750 | 6750-<br>7500 |
| $26.91 | $30.04 | $33.86 | $36.07 | $39.91 | 43.53 | $46.63 | $46.17 | $49.89 | 51.70 |

Starting 12/01/2014
An additional:

| $0.65 | $0.72 | $0.78 | $0.85 | $0.91 | $0.98 | $1.04 | $1.11 | $1.17 | $1.25 |
|---|---|---|---|---|---|---|---|---|---|

Starting 06/01/2015
An addtional:

| $0.65 | $0.72 | $0.78 | $0.85 | $0.91 | $0.98 | $1.04 | $1.11 | $1.17 | $1.25 |
|---|---|---|---|---|---|---|---|---|---|

NOTE: INCREASES MAY BE ALLOCATED BETWEEN WAGES AND BENEFITS

Supplemental Benefits per hour:

| 1st term | $13.95* plus $0.71 | 6th term | $17.35* plus $1.49 |
|---|---|---|---|

Page 49

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014
Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

| | | | |
|---|---|---|---|
| 2nd term | $14.95* plus $0.75 | 7th term | $17.55* plus $5.34 |
| 3rd term | $14.95* plus $1.09 | 8th term | $18.75* plus $5.71 |
| 4th term | $16.85* plus $1.13 | 9th term | $19.15* plus $5.75 |
| 5th term | $16.85* plus $1.45 | 10th term | $20.87* plus $5.79 |

9-7/52A

**Mason - Building** **08/01/2014**

**JOB DESCRIPTION** Mason - Building **DISTRICT** 9

**ENTIRE COUNTIES**
Bronx, Dutchess, Kings, Nassau, New York, Orange, Putnam, Queens, Richmond, Rockland, Suffolk, Sullivan, Ulster, Westchester

**WAGES**

| Wages: | 07/01/2014 | 01/01/2015 |
|---|---|---|
| Marble Cutters& Setters | $ 55.85 | $ 56.15 |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | | |
|---|---|---|
| Journeyworker | $ 29.58 | $ 30.31 |

**OVERTIME PAY**
See (B, E, Q, V) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 11, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wage Per Hour:

750 hour terms at the following wage.

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th |
|---|---|---|---|---|---|---|---|---|---|
| 1-750 | 751-1500 | 1501-2250 | 2251-3000 | 3001-3750 | 3751-4500 | 4501-5250 | 5251-6000 | 6001-6751 | 6751-7500 |
| $ 22.34 | $25.13 | $27.93 | $30.72 | $33.51 | $36.30 | $39.10 | $41.89 | $47.47 | $53.06 |

Supplemental Benefits per hour paid at the following term:

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th |
|---|---|---|---|---|---|---|---|---|---|
| $21.86 | $22.51 | $23.14 | $23.80 | $24.43 | $25.07 | $25.71 | $26.36 | $27.64 | $29.93 |

9-7/4

**Mason - Building** **08/01/2014**

**JOB DESCRIPTION** Mason - Building **DISTRICT** 9

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**

| Per hour: | 07/01/2014 | 01/01/2014 |
|---|---|---|
| Building-Marble Restoration: | | |
| Marble, Stone & Terrazzo Polisher, etc | $ 38.96 | $ 39.25 |

**SUPPLEMENTAL BENEFITS**

| Per Hour Paid: | | |
|---|---|---|
| Journeyworker: | | |
| Building-Marble Restoration: Marble, Stone & Polisher | $ 23.00 | $ 23.38 |

Page 50

**OVERTIME PAY**
See (B, *E, Q, V) on OVERTIME PAGE
*ON SATURDAYS, 8TH HOUR AND SUCCESSIVE HOURS PAID AT DOUBLE HOURLY RATE.

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 11, 15, 25) on HOLIDAY PAGE
1ST TERM APPRENTICE GETS PAID FOR ALL OBSERVED HOLIDAYS.

**REGISTERED APPRENTICES**
WAGES per hour:

(900 hour)terms at the following wages:

| | 1st 0-900 | 2nd 901-1800 | 3rd 1801-2700 | 4th over 2700 |
|---|---|---|---|---|
| 07/01/2014 | $ 27.27 | $ 31.17 | $35.06 | $ 38.96 |
| 01/01/2015 | An additional $0.47* | An additional $0.54* | An additional $0.60* | An additional $0.67* |

* May be allocated between wages and benefits

Supplemental Benefits Per Hour:

| | | | | |
|---|---|---|---|---|
| 07/01/2014 | $ 21.11 | $ 21.73 | $ 22.36 | $ 23.00 |

9-7/24-MP

## Mason - Building 08/01/2014

**JOB DESCRIPTION** Mason - Building **DISTRICT** 9

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**
Building:

| Per Hour: | 07/01/2014 | 01/01/2015 |
|---|---|---|
| | | Additional |
| Mosaic & Terrazzo Mechanic | $ 45.88 | $ 0.96* |
| Mosaic & Terrazzo Finisher | $ 47.28 | $ 0.96* |

*May be allocated between wages and benefits

**SUPPLEMENTAL BENEFITS**
Journeyworker:
per hour worked

| | |
|---|---|
| Mechanic | $ 22.40* plus $ 9.68 |
| Finisher | $ 22.40* plus $ 9.68 |

* This portion of benefit subject to same premium as wages.

**OVERTIME PAY**
See (A, *E, Q) on OVERTIME PAGE
Double the rate after 10 hours on Saturday

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 11, 15, 16, 25) on HOLIDAY PAGE
Easter Sunday is an observed holiday.Holidays falling on a Saturday will be observed on that Saturday. Holidays falling on a Sunday will be celebrated on the Monday.

**REGISTERED APPRENTICES**
Wage per hour:
(750 Hour) terms at the following wage rate.

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

| 1st 1-750 | 2nd 751-1500 | 3rd 1500-2250 | 4th 2251-3000 | 5th 3001-3750 | 6th 3751-4500 | 7th 4501-5250 | 8th 5251-6000 |
|---|---|---|---|---|---|---|---|
| $23.96 | $26.36 | $28.76 | $31.15 | $33.55 | $35.96 | $40.74 | $45.53 |

Supplemental benefits per worked:

(750 hour) terms as shown above.

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th |
|---|---|---|---|---|---|---|---|---|
| $11.20* +4.85 | $12.32* +5.33 | $13.44* +5.81 | $14.56* +6.30 | $15.68* +6.78 | $16.80* +7.26 | $19.04* +8.23 | $21.28* +9.20 | $22.40* +9.68 |

*This portion of benefits subject to same premium as overtime wages.

9-7/3

## Mason - Building 08/01/2014

**JOB DESCRIPTION** Mason - Building **DISTRICT** 9

**ENTIRE COUNTIES**
Nassau, Rockland, Suffolk, Westchester

**WAGES**

| Per hour: | 07/01/2014 | 12/01/2014 | 06/01/2015 |
|---|---|---|---|
| Buidling: Tile Finisher | $40.78 | $0.82* | $0.82* |

* May be allocated between wages and benefits

**SUPPLEMENTAL BENEFITS**
Per Hour:

Journey worker $ 19.57* plus $7.90

**OVERTIME PAY**
See (B, E, Q, *V) on OVERTIME PAGE
* This portion of Supplemental benefits subject to same premium rate as shown for overtime wages.
Work beyond 10 hours on a Saturday shall be paid at double the hourly wage rate.

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 11, 15, 16, 25) on HOLIDAY PAGE

9-7/88A-tf

## Mason - Building 08/01/2014

**JOB DESCRIPTION** Mason - Building **DISTRICT** 9

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**

| Per hour: | 07/01/2014 | 01/01/2015 |
|---|---|---|
| Marble, Stone,etc. Maintenance Finishers: | $ 21.24 | $ 21.38 |

Note 1: An additional $2.00 per hour for time spent grinding floor using "60 grit" and below.
Note 2: Flaming equipment operator shall be paid an additional $25.00 per day.

**SUPPLEMENTAL BENEFITS**
Per Hour:

Page 52

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

Marble, Stone, etc
Maintenance Finishers: $ 11.77 $ 11.99

**OVERTIME PAY**
See (B, *E, Q, V) on OVERTIME PAGE
*Double hourly rate after 8 hours on Saturday

**HOLIDAY**
Paid: See (5, 6, 8, 11, 15, 25) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 11, 15, 25) on HOLIDAY PAGE
1st term apprentice gets paid for all observed holidays.

**REGISTERED APPRENTICES**
WAGES per hour:

| (750 hour)terms at the following percentage of journeyman's wage rate: | 07/01/2014 |
|---|---|
| 1st term 0-750 | 70% |
| 2nd term 750-1500 | 74% |
| 3rd trem 1501-2250 | 78% |
| 4th term 2251-3000 | 82% |
| 5th term 3001-3750 | 88% |
| 6th term 3751-4500 | 96% |

Supplemental Benefits:
Per hour paid

| | |
|---|---|
| 1st term | $ 11.58 |
| 2nd term | 11.59 |
| 3rd term | 11.72 |
| 4th term | 11.73 |
| 5th term | 11.74 |
| 6th term | 11.76 |

9-7/24M-MF

**Mason - Building / Heavy&Highway** **08/01/2014**

**JOB DESCRIPTION** Mason - Building / Heavy&Highway **DISTRICT** 9

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**WAGES**

| Per hour: | 07/01/2014 | 01/01/2015 |
|---|---|---|
| Marble-Finisher | $ 44.54 | 44.81 |

**SUPPLEMENTAL BENEFITS**
Journeyworker:
per hour paid

| | | |
|---|---|---|
| Marble- Finisher | $ 29.16 | $ 29.79 |

**OVERTIME PAY**
See (B, E, Q, V) on OVERTIME PAGE

**HOLIDAY**
Overtime: See (5, 6, 8, 11, 15, 16, 25) on HOLIDAY PAGE
* Work beyond 8 hours on a Saturday shall be paid at double the rate.
** When an observed holiday falls on a Sunday, it will be observed the next day.

9-7/20-MF

**Mason - Building / Heavy&Highway** **08/01/2014**

**JOB DESCRIPTION** Mason - Building / Heavy&Highway **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
Per Hour: 07/01/2014

Page 53

Cement Mason $ 45.53

Four (4), ten (10) hour days may be worked at straight time during a week, Monday thru Friday. Any make-up day must be paid at the premium rate.

NOTE - In order to use the '4 Day/10 Hour Work Schedule,' you must submit an 'Employer Registration for Use of 4 Day/10 Hour Work Schedule,' form PW30R; additionally, there must be a dispensation of hours in place on the project.

**SUPPLEMENTAL BENEFITS**
Per Hour:

Cement Mason $ 32.80

**OVERTIME PAY**
See (*B1, E2, **Q, ***V) on OVERTIME PAGE
* Applies to 9th and 10th hours on Saturday
** "Holidays" only for Building Construction
*** Additional $10.18 to be added to all Time and a Half hours paid

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 11, 13, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
( 1 ) year terms at the following Percentage of Journeyworkers Wage.

| | |
|---|---|
| 1st Term | 50% |
| 2nd Term | 60% |
| 3rd Term | 70% |

Supplement Benefits per hour paid:

| | |
|---|---|
| 1st Term | $ 16.40 |
| 2nd Term | 19.68 |
| 3rd Term | 25.99 |

4-780

**Mason - Building / Heavy&Highway** **08/01/2014**

**JOB DESCRIPTION** Mason - Building / Heavy&Highway **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**
WAGES

NOTE: Shall include but not limited to Precast concrete slabs (London Walks)
Marble and Granite pavers 2'x 2' or larger.
Per Hour:

| | 07/01/2014 |
|---|---|
| Stone Setter | $58.72 plus $1.50* |
| Stone Tender | $40.54 plus $1.50* |

*Additional Amounts to be added to Wages and or Benifits.

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | |
|---|---|
| Stone Setter | $ 27.35 |
| Stone Tender | 17.45 |

**OVERTIME PAY**
See (*C, **E, Q) on OVERTIME PAGE
* On weekdays the eighth (8th) and ninth (9th) hours are time and one-half all work thereafter is paid at double the hourly rate.
** The first nine (9) hours on Saturday is paid at time and one-half all work thereafter is paid at double the hourly rate.

**HOLIDAY**
Paid: See (*18) on HOLIDAY PAGE
Overtime: See (5, 6, 10) on HOLIDAY PAGE
Paid: *Must work First 1/2.

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

**REGISTERED APPRENTICES**
Per Hour:

Stone Setter(800 hour) terms at the following Percentage of Stone Setters wage rate per hour:

| 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|
| 50% | 60% | 70% | 80% | 90% | 100% |

Supplemental Benefits:
All Apprentices $17.53

4-1Stn

## Mason - Heavy&Highway 08/01/2014

**JOB DESCRIPTION** Mason - Heavy&Highway **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 |
|---|---|
| Pointer, Caulkers & Cleaners | $47.41 |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | |
|---|---|
| Pointer, Cleaners & Caulkers | $ 24.60 |

**OVERTIME PAY**
See (B, E2, H) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wages per hour:

One (1) year terms at the following wage rates.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| | $25.01 | $27.25 | $32.24 | $38.66 |
| Apprentices Supplemental Benefits: (per hour paid) | $4.75 | $9.70 | $12.45 | $12.45 |

4-1PCC

## Operating Engineer - Building 08/01/2014

**JOB DESCRIPTION** Operating Engineer - Building **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
BUILDING CATEGORIES:

CLASS " AA "CRANES:
Crane, Truck Crane, Derrick, Dragline, Dredge, Crawler Crane, Tower Crane & Pile Driver.

CLASS "A":
Asphalt Spreader, Backhoe Crawler/Hydraulic Excavator(360 upto & over 150,000lbs),Boiler, Boring Machine, Cherry Picker(over 70 tons), Concrete Pump, Gradall, Grader, Hoist, Loading Machine(10 yds. or more), Milling Machine, Power Winch-Stone Setting/Structural Steel & Truck Mounted, Powerhouse, Road Paver, Scoop-Carryall-Scraper in Tandem, Steam Shovel, Sideboom Tractor, Stone Spreader(selfpropelled), Tank Work, Tower Crane Engineer.

CLASS "B":

Page 55

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

Backhoe(other than 360), Boom Truck, Bulldozer, Boring Machine/Auger, Cherry Picker(under 70 Tons), Conveyor-Multi, Dinkey Locomotive, Fork Lift, Hoist(2 Drum), Loading Machine & Front Loader, Mulch Machine(Machine Fed), Power Wincher(Not Included in Class "A"), Asphalt Roller, Hydraulic Pump with Boring Machine, Scoop, Carryall/Scaper, Skid Loader/Skid Steer, Maintenance Man on Tower Crane,Trenching Machine, Vermeer Cutter, Work Boat.

CLASS "C":
Curb Machine(asphalt & Concrete), Maintenance Engineer(Small Equip. & Well Point), Field Mechanic, Milling Machine(Small), Pulvi Mixer, Pumps(all), Roller(dirt), Ridge Cutter, Vac-All(Truck), Jet Pump(Truck), Shotblaster, Interior Hoist, Concrete Finish Machine, Concrete Spreader, Conveyer, Curing Machine, Hoist(one drum).

CLASS "D":
Concrete Breaker, Concrete Saw/Cutter, Fork`Life or Walk Behind (power operated), Generator, Hydra Hammer, Compactors(mechanical or hand operated), Pin Puller, Portable Heaters, Power Booms, Power Buggies, Pump(double action diaphragm).

CLASS "E":
Batching Plant, Generator, Grinder, Mixer, Mulching Machine, Oiler, Pump(gypsum), Pump(single action diaphragm), Stump Chipper, Track Tamper, Tractor(caterpiller or wheel), Vibrator, Deckhand on Workboat.

| | 07/01/2014 |
|---|---|
| Class "AA" | $ 69.79 |
| Cranes: Boom length over 100 feet add $ 1.00 per hour<br>" " " 150 " " $ 1.50 " "<br>" " " 250 " " $ 2.00 " "<br>" " " 350 " " $ 3.00 " " | |
| Class "A"<br>Add $3.50 for Hazardous Waste Work | $ 58.28 |
| Class "B"<br>Add $2.50 for Hazardous Waste Work | $ 55.38 |
| Class "C"<br>Add $1.50 for Hazardous Waste Work | $ 53.44 |
| Class "D"<br>Add $1.00 for Hazardous Waste Work | $ 49.53 |
| Class "E" | $ 47.58 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | |
|---|---|
| All Classes | $ 31.45 |
| Overtime Rate | 24.35 |

**OVERTIME PAY**
See (D, O) on OVERTIME PAGE

**HOLIDAY**
Paid: See (5, 6, 15, 16, 25) on HOLIDAY PAGE
Overtime: See (5, 6, 15, 16, 25) on HOLIDAY PAGE
"NOTE" Employee must be Employed day before and day after Holiday to recieve Holiday Pay.

**REGISTERED APPRENTICES**
One(1) Year Terms at the following Rate:

| | |
|---|---|
| 1st Term | $ 20.84 |
| 2nd Term | 21.67 |
| 3rd Term | 22.33 |

Supplemental Benefits per hour:

| | |
|---|---|
| All Apprentices | $ 15.64 |
| Overtime Rate | 5.60 |

4-138

Operating Engineer - Building / Heavy&Highway 08/01/2014

Page 56

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

**JOB DESCRIPTION** Operating Engineer - Building / Heavy&Highway **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 |
|---|---|
| Well Driller | $ 33.98 |
| Well Driller Helper | $ 29.76 |

Hazardous Waste Differential
Added to Hourly Wage:

| | |
|---|---|
| Level A | $ 3.00 |
| Level B | 2.00 |
| Level C | 1.00 |

Monitoring Well Work
Add to Hourly Wage:

| | |
|---|---|
| Level A | $ 3.00 |
| Level B | 2.00 |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | 07/01/2014 |
|---|---|
| Well Driller & Helper | $ 10% of straight time rate plus $ 10.79 |

Additional $ 3.42 for Premium Time

**OVERTIME PAY**
See (B, E, G, P) on OVERTIME PAGE

**HOLIDAY**
Paid: See (5, 6, 16, 23) on HOLIDAY PAGE
Overtime: See (5, 6, 16, 23) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Apprentices at 12 Month Terms

| Wages Per Hour: | 07/01/2014 |
|---|---|
| 1st Term | $ 20.84 |
| 2nd Term | $ 21.67 |
| 3rd Term | $ 22.33 |

SUPPLEMENTAL BENIFITS
Per Hour:

| | |
|---|---|
| 1st Term | 10% of Wage + $ 5.10 |
| 2nd Term | 10% of Wage + $ 5.60 |
| 3rd Term | 10% of Wage + $ 6.60 |

BENEFITS AT PREMIUM TIME
Per Hour:

| | |
|---|---|
| 1st Term | 10% of Wage + $ 5.85 |
| 2nd Term | 10% of Wage + $ 6.60 |
| 3rd Term | 10% of Wage + $ 8.10 |

4-138well

**Operating Engineer - Heavy&Highway** **08/01/2014**

**JOB DESCRIPTION** Operating Engineer - Heavy&Highway **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
HEAVY/HIGHWAY CATEGORIES:

Page 57

CLASS "AA" CRANES:
Crane, Truck Crane, Derrick, Dragline, Dredge, Crawler Crane, Tower Crane, Pile Driver.

CLASS "A":
Asphalt Spreader, Backhoe Crawler/Hydraulic Excavator(360 up to & over 150,000lbs), Barrier Machine, Cherrypicker(over 70 tons), Concrete Pump, Grader, Gradall, Hoist, Loading Machine(bucket 10 yds. or more), Laser Screed, Milling Machine(Large), Power Winch-Stone Setting/Structural Steel or Truck Mounted, Powerhouse, Road Paver, Scoop-Carryall-Scaper in Tandem, Side Boom Tractor, Stone Spreader(self propelled), Striping Machine(long line/truck mounted), Tree Graple, Tank Work, Track Alignment Machine.

CLASS "B":
Backhoe(other than 360), Boom Truck, Bulldozer, Boring Machine/Auger, Cherry Picker(under 70 tons), Conveyor-Multi, Post Hole-Auger, Fork Lift, Hoist(2 drum), Loading Machine & Front Loader, Mulch Machine(machine fed), Power Wincher(all others not included in class A), Asphalt Roller, Hydraulic Pump with Boring Machine, Scoop, Carryall/Scraper, Skid Loader/Skid Steer, Maintenance Man on Tower Crane, Trenching Machine, Vermeer Cutter, Work Boat.

CLASS "C":
Boiler(Thermoplastic), Curb Machine(Asphalt & Concrete), Maintenance Engineer(Small Equip. & Well Point), Field Mechanic, Milling Machine(Small), Pulvi Mixer, Pumps(Hydralic & 4in or over), Roller(Dirt), Vac-All (Truck), Jet Pump (Truck),Power Winch (Truck Mounted), Compressor(Structural Steel & 2 or more Batteries), Concrete Finish Machine, Concrete Spreader, Conveyor, Curing Machine, Fireman, Hoist (One Drum), Ridge Cutter, Shot Blaster, Welding Machine(Structural Steel & Pile Work).

CLASS "D":
Compressor(Pile,Crane,Stone Setting), Concrete Saw Cutter/ Breaker, Work Lift (Walk Behind,Power Operated), Generator(Pile Work),Hydra Hammer, Hand Operated Compactor, Pin Puller, Portable Heater, Powered Broom/Buggy/Grinder, Pum(Single)Action-1 to 3 Inches/Gypsum/Double Action Diaphragm), Welding Machine, Robotic Units, Hand Line Striper.

CLASS "E":
Batching Plant(On Job Site), Compressor, Generator, Grinder, Mixer, Mulching Machine(Hand Feed), Oiler, Pumps(Single action up to 3 In.), Root Cutter, Stump Chipper, Oiler on Tower Crane, Trenching Machine(Hand,walk behind), Track Tamper, Tractor, Vibrator, Deckhand on Work Boat.

| | 07/01/2014 |
|---|---|
| Class "AA" | $ 69.12 |

Cranes: Boom Length over 100 feet add $ 1.00 per hour
" " " 150 " " $ 1.50 " "
" " " 250 " " $ 2.00 " "
" " " 350 " " $ 3.00 " "

| | |
|---|---|
| Class "A" | $ 61.35* |
| *Add $3.50 for Hazardous Waste Work. | |
| Class "B" | $ 57.43* |
| *Add $2.50 for Hazardous Waste Work. | |
| Class "C" | $ 55.44* |
| *Add $1.50 for Hazardous Waste Work | |
| Class "D" | $ 51.43* |
| *Add $1.00 for Hazardous Waste Work | |
| Class "E" | $ 49.47 |

"NOTE": ADD 30% to straight time hrly wage for NEW YORK STATE D.O.T. and other GOVERNMENTAL MANDATED off-shift work.

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | |
|---|---|
| ALL CLASSES | $ 31.70 |
| Note: OVERTIME AMOUNT | $ 24.35 |

**OVERTIME PAY**
See (D, O) on OVERTIME PAGE

**HOLIDAY**
Paid: See (5, 6, 7, 8) on HOLIDAY PAGE
Overtime: See (5, 6, 7, 8) on HOLIDAY PAGE

"Note" Employee must be employed day before and day after a holiday to receive holiday pay.

**REGISTERED APPRENTICES**

REGISTERED APPRENTICES
One(1) Year Terms at the following Rate:

| | |
|---|---|
| 1st Term | $ 20.84 |
| 2nd Term | 21.67 |
| 3rd Term | 22.33 |

SUPPLEMENTAL:

| | |
|---|---|
| APPRENTICES | 15.64 |
| Note: | |
| OVERTIME AMOUNT | 5.60 |

4-138

## Operating Engineer - Heavy&Highway — 08/01/2014

**JOB DESCRIPTION** Operating Engineer - Heavy&Highway **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Party Chief - One who directs a survey party
Instrument Man - One who runs the instrument and assists Party Chief
Rodman - One who holds the rod and in general, assists the survey party
Categories cover GPS & Under Ground Surveying

| Per Hour: | 07/01/2014 |
|---|---|
| Heavy Highway/Building | |
| Party Chief | $ 60.40 |
| Instrument Man | 46.02 |
| Rodman | 39.46 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | |
|---|---|
| Heavy Highway/Building | $ 30.62 |
| Premium*: | |
| Heavy Highway/Building | $ 42.74 |
| Premium**: | |
| Heavy Highway/Building | $ 54.84 |

* Applies to instances where 1-1/2 regular rate are paid
**Applies to instances where 2 times the rate are paid.

**OVERTIME PAY**
See (B, *E, Q) on OVERTIME PAGE
* Doubletime paid on the 9th hour on Saturday.

**HOLIDAY**

| | |
|---|---|
| Paid: | See (5, 6, 8, 11, 12, 15, 25) on HOLIDAY PAGE |
| Overtime: | See (5, 6, 8, 11, 12, 15, 25) on HOLIDAY PAGE |

4-15D-N/S co.

## Operating Engineer - Marine Construction — 08/01/2014

**JOB DESCRIPTION** Operating Engineer - Marine Construction **DISTRICT** 4

**ENTIRE COUNTIES**
Albany, Allegany, Bronx, Broome, Cattaraugus, Cayuga, Chautauqua, Chemung, Chenango, Clinton, Columbia, Cortland, Delaware, Dutchess, Erie, Essex, Franklin, Fulton, Genesee, Greene, Hamilton, Herkimer, Jefferson, Kings, Lewis, Livingston, Madison, Monroe, Montgomery, Nassau, New York, Niagara, Oneida, Onondaga, Ontario, Orange, Orleans, Oswego, Otsego, Putnam, Queens, Rensselaer, Richmond, Rockland, Saratoga, Schenectady, Schoharie, Schuyler, Seneca, St. Lawrence, Steuben, Suffolk, Sullivan, Tioga, Tompkins, Ulster, Warren, Washington, Wayne, Westchester, Wyoming, Yates

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

**WAGES**

Per Hour:

| DREDGING OPERATIONS | 07/01/2014 | 10/01/2014 |
|---|---|---|
| CLASS A<br>Operator, Leverman, Lead Dredgeman | $ 34.73 | $ 35.63 |
| CLASS A1<br>Dozer,Front Loader Operator | To conform to Operating Engineer Prevailing Wage in locality where work is being performed including benefits. | |
| CLASS B<br>Spider/Spill Barge Operator, Tug Operator(over1000hp), OperatorII, Fill Placer, Derrick Operator, Engineer, Chief Mate, Electrician, Chief Welder, Maintenance Engineer | $ 30.05 | $ 30.81 |
| Certified Welder, Boat Operator(licensed) | $ 28.30 | $ 29.01 |
| CLASS C<br>Drag Barge Operator, Steward, Mate, Assistant Fill Placer, | $ 27.54 | $ 28.22 |
| Welder (please add)$ 0.06 | | |
| Boat Operator | $ 26.55 | $ 27.30 |
| CLASS D<br>Shoreman, Deckhand, Rodman, Scowman, Cook, Messman, Porter/Janitor | $ 22.17 | $ 22.68 |
| Oiler(please add)$ 0.09 | | |

**SUPPLEMENTAL BENEFITS**

Per Hour:

THE FOLLOWING SUPPLEMENTAL BENEFITS APPLY TO ALL CATEGORIES

| | 07/01/2014 | 10/01/2014 |
|---|---|---|
| All Classes A & B | $ 9.42 plus 8% of straight time wage, Overtime hours add $ 0.63 | $ 9.99 plus 8% of straight time wage, Overtime hours add $ 0.63 |
| All Class C | $ 9.12 plus 8% of straight time wage, Overtime hours add $ 0.48 | $ 9.69 plus 8% of straight time wage, Overtime hours add $ 0.48 |
| All Class D | $ 8.82 plus 8% of straight time wage, Overtime hours add $ 0.33 | $ 9.39 plus 8% of straight time wage, Overtime hours add $ 0.33 |

**OVERTIME PAY**

See (B, F, R) on OVERTIME PAGE

**HOLIDAY**

Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 15, 26) on HOLIDAY PAGE

4-25a-MarConst

**Operating Engineer - Survey Crew - Consulting Engineer** **08/01/2014**

Page 60

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

**JOB DESCRIPTION** Operating Engineer - Survey Crew - Consulting Engineer **DISTRICT** 9

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Putnam, Queens, Richmond, Suffolk, Westchester

**PARTIAL COUNTIES**
Dutchess: That part in Duchess County lying South of the North City line of Poughkeepsie.

**WAGES**
Feasibility and preliminary design surveying, any line and grade surveying for inspection or supervision of construction.

| Per hour:<br>Survey Classifications | 07/01/2014 | 07/01/2015<br>Additional | 07/01/2016<br>Additional |
|---|---|---|---|
| Party Chief | $35.55 + $1.06* | $1.63* | $2.24* |
| Instrument Man | 29.41 + 0.94* | 1.44* | 1.98* |
| Rodman | 25.54 + 0.86* | 1.32* | 1.82* |

* To be allocated at a future date

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | | | |
|---|---|---|---|
| All Crew Members: | $17.90 | $17.90 | $17.90 |

**OVERTIME PAY**
OVERTIME:.... See ( B, E*, Q, V ) ON OVERTIME PAGE.
*Doubletime paid on the 9th hour on Saturday.

**HOLIDAY**
Paid: See (5, 6, 7, 11, 16) on HOLIDAY PAGE
Overtime: See (5, 6, 7, 11, 16) on HOLIDAY PAGE

9-15dconsult

**Operating Engineer - Trenchless Pipe Rehab** **08/01/2014**

**JOB DESCRIPTION** Operating Engineer - Trenchless Pipe Rehab **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

---

IMPORTANT NOTE: This Category & Classifications are now located in
Operating Engineers/Heavy Highway & Laborers/ Heavy Highway.

---

| Per Hour: | 07/01/2014<br>(SEE) |
|---|---|
| Robotic Unit Operator | Operator(class D) |
| Technician/Boiler, Generator | Operator(classes C&D) |
| AM Liner/Hydra Seal | Laborer(Grp#3) |
| Hobas Pipe, Polyethyene Pipe or Pull and Inflate Liner | Laborer(Grp#3) |

**OVERTIME PAY**

**HOLIDAY**

4-138TrchPReh

**Painter** **08/01/2014**

**JOB DESCRIPTION** Painter **DISTRICT** 8

**ENTIRE COUNTIES**
Putnam, Suffolk, Westchester

**PARTIAL COUNTIES**

Page 61

Nassau: All of Nassau except the areas described below: Atlantic Beach, Ceaderhurst, East Rockaway, Gibson, Hewlett, Hewlett Bay, Hewlett Neck, Hewlett Park, Inwood, Lawrence, Lido Beach, Long Beach, parts of Lynbrook, parts of Oceanside, parts of Valley Stream, and Woodmere. Starting on the South side of Sunrise Hwy in Valley Stream running east to Windsor and Rockaway Ave., Rockville Centre is the boundary line up to Lawson Blvd. turn right going west all the above territory. Starting at Union Turnpike and Lakeville Rd. going north to Northern Blvd. the west side of Lakeville road to Northern blvd. At Northern blvd. going east the district north of Northern blvd. to Port Washington Blvd. West of Port Washington blvd.to St.Francis Hospital then north of first traffic light to Port Washington and Sands Point, Manor HAven, Harbour Acres.

**WAGES**

| Per hour: | 07/01/2014 |
|---|---|
| Drywall Taper | $ 41.75 |

**SUPPLEMENTAL BENEFITS**

| Per hour worked: | 07/01/2014 |
|---|---|
| Journeyman | $ 20.97 |

**OVERTIME PAY**

See (A, H) on OVERTIME PAGE
For Journeyman: Deduct $4.25 from wage rate BEFORE calculating overtime pay.
For Apprentices: Deduct $ 2.44 from 2nd term wage rate, and $ 3.25 from 3rd term wage rate BEFORE calculating overtime pay.

**HOLIDAY**

Paid: See (1) on HOLIDAY PAGE
Overtime: See (4, 5, 6, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**

Wages(per Hour) 07/01/2014

1500 hour terms at the following wage rate:

| | |
|---|---|
| 1st term | $ 18.13 |
| 2nd term | $ 27.19 |
| 3rd term | $ 36.26 |

Suppemental Benefits per hour:
One year term (1500 hours)at the following dollar amount.

| | |
|---|---|
| 1st year | $ 10.25 |
| 2nd year | $ 16.43 |
| 3rd year | $ 19.25 |

8-NYDCT9-DWT

**Painter** **08/01/2014**

**JOB DESCRIPTION** Painter **DISTRICT** 8

**ENTIRE COUNTIES**

Bronx, Kings, Nassau, New York, Putnam, Queens, Richmond, Suffolk, Westchester

**WAGES**

| Per hour: | 07/01/2014 |
|---|---|
| Brush | $ 43.75 |
| Abatement/Removal of lead based or lead containing paint on materials to be repainted. | $ 43.75 |
| Spray & Scaffold | $ 46.75 |
| Fire Escape | $ 46.75 |
| Decorator | $ 46.75 |
| Paperhanger/Wall Coverer | $ 41.08 |

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

**SUPPLEMENTAL BENEFITS**

| Per hour worked: | 07/01/2014 |
|---|---|
| Paperhanger | $ 29.33 |
| All others | $ 20.97 |
| Premium* | $ 23.47* |

*Applies only to "All others" catergory,not paperhanger journeyman.

**OVERTIME PAY**
See (A, H) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Indentured after 5/31/93 ( 1 ) year terms at the following wage rate.
(per hour)

| | 07/01/2014 |
|---|---|
| Appr 1st term... | $ 16.55 |
| Appr 2nd term... | $ 21.66 |
| Appr 3rd term... | $ 26.24 |
| Appr 4th term... | $ 35.02 |

Spplemental benefis:
(per Hour worked)

| | |
|---|---|
| Appr 1st term... | $ 10.23 |
| Appr 2nd term... | $ 12.92 |
| Appr 3rd term... | $ 15.20 |
| Appr 4th term... | $ 19.70 |

8-NYDC9-B/S

## Painter 08/01/2014

**JOB DESCRIPTION** Painter

**DISTRICT** 8

**ENTIRE COUNTIES**
Bronx, Kings, New York, Queens, Richmond

**PARTIAL COUNTIES**
Nassau: Atlantic Beach, Ceaderhurst, East Rockaway,Hewlett, Hewlett Bay, Hewlett Neck, Hewlett Park, Inwood, Lawrence, Lido Beach, Long Beach, parts of Lynbrook, parts of Oceanside, parts of Valley Stream, and Woodmere. Starting on South side of Sunrise Hwy in Valley Stream running east to Windsor and Rockaway Ave, Rockville is the boundary line up to Lawson Blvd, turning right going west all the above territory. Starting at Union Turnpike &Lakeville Rd going north to northern Blvd. the west side of Lakeville Rd to Northern Blvd. At Northern Blvd doing east the district north of Northern blvd to Port Washington blvd. West of Port Washington blvd to St.Francis Hospital then north of first traffic light to Port Washington & Sands Point, Manor Haven, & Harbour Acres.

**WAGES**

| Per hour: | 07/01/2014 | 12/31/2014 | 07/01/2015 |
|---|---|---|---|
| Drywall Taper | $ 45.32 | $ 45.82 | $ 46.32 |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | 07/01/2014 | 12/31/2014 | 07/01/2015 |
|---|---|---|---|
| Journeyworker: | $ 23.03 | $ 23.03 | $ 23.03 |

**OVERTIME PAY**
See (A, H) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (4, 6, 8, 11, 18, 19, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wage per hour:

12 months' terms(year consists of 1500 hours).

| | 07/01/2014 | 12/31/2014 | 07/01/2015 |
|---|---|---|---|
| 1st year | $ 18.13 | $ 18.33 | $ 18.53 |
| 2nd year | $ 27.20 | $ 27.50 | $ 27.80 |
| 3rd year | $ 36.26 | $ 36.66 | $ 37.06 |

Page 63

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

Supplemental Benefits per hour worked:

One (1) year term at the following dollar amount:

| | | | |
|---|---|---|---|
| 1st term | $ 10.25 | $ 10.25 | $ 10.25 |
| 2nd term | $ 16.43 | $ 16.43 | $ 16.43 |
| 3rd term | $ 19.25 | $ 19.25 | $ 19.25 |

8-NYC9-1974-DWT

## Painter - Bridge & Structural Steel — 08/01/2014

**JOB DESCRIPTION** Painter - Bridge & Structural Steel **DISTRICT** 8

**ENTIRE COUNTIES**
Albany, Bronx, Clinton, Columbia, Dutchess, Essex, Franklin, Fulton, Greene, Hamilton, Kings, Montgomery, Nassau, New York, Orange, Putnam, Queens, Rensselaer, Richmond, Rockland, Saratoga, Schenectady, Schoharie, Suffolk, Sullivan, Ulster, Warren, Washington, Westchester

**WAGES**
Per Hour Worked:
STEEL:

| Bridge Painting: | 07/01/2014 | 10/01/2014 |
|---|---|---|
| From May 1st to Nov. 15th - | $ 47.00<br>+ 5.38* | $ 48.75<br>+ 5.63* |
| From Nov. 16th to April 30th - | $ 47.00<br>+ 5.38* | $ 48.75<br>+ 5.63* |

*Not subject to overtime and limited to first 40 hours
NOTE: All premium wages are to be calculated on $47.00 or $48.75 per hour only.

EXCEPTION: During the period of May 1st to November 15th, for the first and last week of employment on the project, and for the weeks of Memorial Day, Independence Day and Labor Day, this rate shall be paid for the actual number of hours worked.

Power Tool/Spray is an additional $6.00 per hour above hourly rate, whether straight time or overtime

NOTE: Generally, for Bridge Painting Contracts, ALL WORKERS on and off the bridge (including Flagmen) are to be paid Painter's Rate; the contract must be ONLY for Bridge Painting.

**SUPPLEMENTAL BENEFITS**
Per Hour Worked:

| Journeyworker: | 07/01/2014 | 10/01/2014 |
|---|---|---|
| From May 1st to Nov. 15th - | | |
| Hourly Rate up to 40 hours | $ 28.20 | $ 28.95 |
| Hourly Rate after 40 hours | 7.50 | 7.50 |
| From Nov. 16th to April 30th - | | |
| Hourly Rate up to 50 hours | 28.20 | 28.95 |
| Hourly Rate after 50 hours | 7.50 | 7.50 |

EXCEPTION: During the period of May 1st to November 15th, for the first and last week of employment on the project, and for the weeks of Memorial Day, Independence Day and Labor Day, this rate shall be paid for the actual number of hours worked.

**OVERTIME PAY**
See (A, F, R) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (4, 6) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
(Wage per hour Worked):

Apprentices: (1) year terms

| | 07/01/2014 | 10/01/2014 |
|---|---|---|
| 1st 90 days | $ 20.96 | $ 21.76 |
| 1st year after 90 days | 20.96 | 21.76 |

Page 64

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

| | | |
|---|---|---|
| 2nd year | 31.43 | 32.63 |
| 3rd year | 41.91 | 43.51 |

Supplemental Benefits per hour worked:

| | 07/01/2014 | 10/01/2014 |
|---|---|---|
| 1st 90 days | $ 8.29 | $ 8.59 |
| 1st year after 90 days | 8.54 | 8.84 |
| 2nd year | 16.93 | 17.38 |
| 3rd year | 22.57 | 26.17 |

8-DC-9/806/155-BrSS

## Painter - Line Striping — 08/01/2014

**JOB DESCRIPTION** Painter - Line Striping **DISTRICT** 8

**ENTIRE COUNTIES**
Albany, Bronx, Clinton, Columbia, Dutchess, Essex, Franklin, Fulton, Greene, Hamilton, Kings, Montgomery, Nassau, New York, Orange, Putnam, Queens, Rensselaer, Richmond, Rockland, Saratoga, Schenectady, Schoharie, Suffolk, Sullivan, Ulster, Warren, Washington, Westchester

**WAGES**
Per hour:

| Painter (Striping-Highway): | 07/01/2014 |
|---|---|
| Striping-Machine Operator* | $ 27.11 |
| Linerman Thermoplastic | $ 32.37 |

Note: * Includes but is not limited to: Positioning of cones and directing of traffic using hand held devices. Excludes the Driver/Operator of equipment used in the maintenance and protection of traffic safety

Four (4), ten (10) hour days may be worked at straight time during a week.

NOTE - In order to use the '4 Day/10 Hour Work Schedule,' you must submit an 'Employer Registration for Use of 4 Day/10 Hour Work Schedule,' form PW30R; additionally, there must be a dispensation of hours in place on the project.

**SUPPLEMENTAL BENEFITS**
Per hour paid: 07/01/2014
Journeyworker:

| | |
|---|---|
| Striping-Machine operator | $ 14.18 |
| Linerman Thermoplastic | $ 14.55 |

**OVERTIME PAY**
See (B, E, E2, S) on OVERTIME PAGE

**HOLIDAY**
Paid: See (5, 20) on HOLIDAY PAGE
Overtime: See (5, 8, 11, 12, 15, 16, 17, 20, 21, 22) on HOLIDAY PAGE

8-1456-LS

## Painter - Metal Polisher — 08/01/2014

**JOB DESCRIPTION** Painter - Metal Polisher **DISTRICT** 8

**ENTIRE COUNTIES**
Albany, Allegany, Bronx, Broome, Cattaraugus, Cayuga, Chautauqua, Chemung, Chenango, Clinton, Columbia, Cortland, Delaware, Dutchess, Erie, Essex, Franklin, Fulton, Genesee, Greene, Hamilton, Herkimer, Jefferson, Kings, Lewis, Livingston, Madison, Monroe, Montgomery, Nassau, New York, Niagara, Oneida, Onondaga, Ontario, Orange, Orleans, Oswego, Otsego, Putnam, Queens, Rensselaer, Richmond, Rockland, Saratoga, Schenectady, Schoharie, Schuyler, Seneca, St. Lawrence, Steuben, Suffolk, Sullivan, Tioga, Tompkins, Ulster, Warren, Washington, Wayne, Westchester, Wyoming, Yates

**WAGES**

| | 07/01/2014 |
|---|---|
| Metal Polisher | $ 27.15 |
| Metal Polisher** | 28.24 |
| Metal Poilsher*** | 30.65 |

**Note: Applies on New Construction & complete renovation
*** Note: Applies when working on scaffolds over 34 feet.

**SUPPLEMENTAL BENEFITS**
Per Hour: 07/01/2014

Page 65

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

Journeyworker:
All classification $ 13.61

**OVERTIME PAY**
See (B, E, E2, P, T) on OVERTIME PAGE

**HOLIDAY**
Paid: See (5, 6, 11, 15, 16, 25, 26) on HOLIDAY PAGE
Overtime: See (5, 6, 9, 11, 15, 16, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wages per hour:
One (1) year term at the following wage rates:

| 1st | 2nd | 3rd |
|---|---|---|
| $11.00 | $12.50 | $15.50 |

Supplentals benefits:
Per hour paid:

| 1st | 2nd | 3rd |
|---|---|---|
| $ 9.94 | $10.31 | $10.51 |

8-8A/28A-MP

**Plasterer** **08/01/2014**

**JOB DESCRIPTION** Plasterer **DISTRICT** 9

**ENTIRE COUNTIES**
Kings, Nassau, Queens, Suffolk

**PARTIAL COUNTIES**
New York: Includes work in all Islands in New York City, except Manhattan.

**WAGES**
Per hour:

| | 07/01/2014 |
|---|---|
| Building: | |
| Plasterer/Traditional | $ 35.53 |

**SUPPLEMENTAL BENEFITS**
Per hour worked:
Journeyworker $ 21.80

**OVERTIME PAY**
See (B, E, E2, Q) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 11, 13, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Wages:
(per hour)
( 1 ) year terms at the following % Journeyworkers wage rate.

| | 1st 6 months | 2nd 6 months |
|---|---|---|
| First year: | 40% | 45% |
| Second year: | 55% | 60% |
| Third year: | 70% | 75% |

Supplemental Benefits:
(per hour paid):
(1) year term broken down into six month periods:
1st year:

| | |
|---|---|
| 1st six months | $ 8.37 |
| 2nd six months | 9.35 |
| 3rd six months | 11.35 |
| 4th six months | 12.33 |
| 5th six months | 14.33 |
| 6th six months | 15.33 |

9-530-Z1

Page 66

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

**Plumber** **08/01/2014**

**JOB DESCRIPTION** Plumber **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:

| | 07/01/2014 | 05/01/2015 |
|---|---|---|
| Plumber<br>MAINTENANCE ONLY | $ 29.46 | $ 29.96 |

Maintenance: Correction of problem(s)with the existing fixture or group of fixtures, preventive repairs or servicing of said fixtures

**SUPPLEMENTAL BENEFITS**
SUPPLEMENTAL BENEFITS
Per Hour:

| | | |
|---|---|---|
| Plumber<br>Maintenance | $ 12.05 | $ 13.55 |

**OVERTIME PAY**
See (B, J) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 15, 16) on HOLIDAY PAGE

4-200 Maintance

**Plumber** **08/01/2014**

**JOB DESCRIPTION** Plumber **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 |
|---|---|
| Plumber/<br>PUMP & TANK | $ 43.24 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | |
|---|---|
| Plumber | $ 23.06 |

**OVERTIME PAY**
See (B, Q, *V) on OVERTIME PAGE
(V) For Sundays & Holidays if Worked Only

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
One(1) Year Terms at the Following
Percentage of Journeymans wage:

| | |
|---|---|
| 1st Term | 30% |
| 2nd Term | 40% |
| 3rd Term | 50% |
| 4th Term | 60% |
| 5th Term | 70% |
| 6th Term | 85% |

Supplemental Benifits Per Hour:

| | |
|---|---|
| 1st Term | $11.38 |
| 2nd Term | $12.01 |
| 3rd Term | $12.79 |
| 4th Term | $13.16 |
| 5th Term | $16.36 |
| 6th Term | $19.65 |

4-200 Pump & Tank

Page 67

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

## Plumber 08/01/2014

**JOB DESCRIPTION** Plumber

**DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 | 11/01/2014 |
|---|---|---|
| Plumber | $ 48.48 | $ 48.48 |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | | |
|---|---|---|
| Plumber | $ 34.27 | $ 35.77 |

**OVERTIME PAY**
See (A, E, Q, *V) on OVERTIME PAGE
CODE "V" is only for SUNDAYS and HOLIDAYS WORKED

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
One(1) Year Terms at the following percentage of Plumbers Rate:

| 1st Term | 2nd Term | 3rd Term | 4th Term | 5th Term |
|---|---|---|---|---|
| 30% | 40% | 50% | 60% | 70% |

Supplemental Benefits per hour:

| | 07/01/2014 | 11/01/2014 |
|---|---|---|
| 1st Term | $ 20.75 | $ 22.25 |
| 2nd Term | 23.06 | 24.56 |
| 3rd Term | 24.43 | 25.93 |
| 4th Term | 25.92 | 27.42 |
| 5th Term | 27.56 | 29.00 |

4-200

## Roofer 08/01/2014

**JOB DESCRIPTION** Roofer

**DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**

| Per Hour | 07/01/2014 | 10/01/2014 |
|---|---|---|
| ROOFER/Waterproofer | | |
| Total Wage to be Paid | $ 43.00 | Additional $1.50 to be Added per Hour*** |
| "Base" Wage | $ 39.00** | |

***NOTE: Additional to be allocated for Wage or Supplement

**SUPPLEMENTAL BENEFITS**

| Per Hour: | | |
|---|---|---|
| ROOFER/Waterproofer | $ 25.61 | $ 25.61 |

**OVERTIME PAY**
Per Hour:
NEW ROOF SEE (B,E,Q)
RE-ROOF SEE (B,E,E2,Q)
NOTE:** Overtime Pay to be calculated on "BASE" Wage then add $4.00.
(Example: $39.00 x time and one half = $58.50 + $4.00 = $62.50 )

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE

Page 68

Overtime: See (5, 6, 13, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
(1) Year terms at the following Percentage of Roofers/Waterproofers Wage.

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| 40% | 50% | 70% | 80% |

Supplemental Benefits per hour:

| | 07/01/2014 | 10/01/2014 |
|---|---|---|
| 1st Term | $ 7.20 | $ 7.20 |
| 2nd Term | 8.99 | 8.99 |
| 3rd Term | 12.58 | 12.98 |
| 4th Term | 14.37 | 14.37 |

4-154

## Sheetmetal Worker 08/01/2014

**JOB DESCRIPTION** Sheetmetal Worker **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 |
|---|---|
| Sheetmetal Worker | $ 50.67 |
| Temporary Operation or Maintenace of Fans | 40.42 |

**SUPPLEMENTAL BENEFITS**

| Per Hour: | |
|---|---|
| Sheetmetal Worker | $ 39.91 |
| Maintenance Worker | 39.91 |

**OVERTIME PAY**
See (A, E, E2, Q, V) on OVERTIME PAGE
For Maintenance See Codes B,E, Q & V

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 11, 15, 16, 25, 26) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Per Hour:Wages

Six(6) Month Terms As Follows:

| | |
|---|---|
| 1st Term | $ 14.35 |
| 2nd Term | 17.72 |
| 3rd Term | 22.12 |
| 4th Term | 24.89 |
| 5th Term | 26.24 |
| 6th Term | 28.45 |
| 7th Term | 34.53 |
| 8th Term | 37.23 |
| 9th Term | 40.34 |

Per Hour: Supplemental Benifits

| | |
|---|---|
| 1st Term | $ 5.50 |
| 2nd Term | 14.80 |
| 3rd Term | 21.51 |
| 4th Term | 23.31 |
| 5th Term | 24.94 |
| 6th Term | 27.04 |
| 7th Term | 30.60 |
| 8th Term | 31.77 |
| 9th Term | 32.94 |

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

4-28

**Sheetmetal Worker** **08/01/2014**

**JOB DESCRIPTION** Sheetmetal Worker **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Rockland, Suffolk, Westchester

**WAGES**

| Per Hour: | 07/01/2014 | 08/01/2014 |
|---|---|---|
| Sign Erector | $ 44.20 | $ 45.60 |

NOTE: Overhead Highway Signs and Structurally Supported Signs(See IRON WORKER CLASS)

**SUPPLEMENTAL BENEFITS**

| Per Hour: | 07/01/2014 | 08/01/2014 |
|---|---|---|
| Sign Erector | $ 38.22 | $ 40.25 |

**OVERTIME PAY**
See (A, F, S) on OVERTIME PAGE

**HOLIDAY**
Paid: See (5, 6, 10, 11, 12, 16, 25) on HOLIDAY PAGE
Overtime: See (5, 6, 10, 11, 12, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
Per Hour:
6 month Terms at the following percentage of Sign Erectors wage rate:

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th |
|---|---|---|---|---|---|---|---|---|---|
| 35% | 40% | 45% | 50% | 55% | 60% | 65% | 70% | 75% | 80% |

SUPPLEMENTAL BENEFITS
Per Hour:

| 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th |
|---|---|---|---|---|---|---|---|---|---|
| $11.08 | $12.55 | $14.04 | $15.51 | $21.93 | $23.86 | $26.46 | $28.45 | $30.42 | $32.40 |

4-137-SE

**Steamfitter** **08/01/2014**

**JOB DESCRIPTION** Steamfitter **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 |
|---|---|
| Steam/Sprinkler Fitter | $ 58.81 |
| Temporary Heat & AC | $ 44.71 |

NOTE: Add 30% to Hourly Wage for "Contracting Agency" Mandated Off Shift Work.

**SUPPLEMENTAL BENEFITS**

| Per Hour: | |
|---|---|
| Steam/Sprinkler Fitter | $ 45.67 |
| Temporary Heat & AC | $ 37.26 |

**OVERTIME PAY**
See (C, *D, O, V) on OVERTIME PAGE

Page 70

(*D) On all HVAC and Mechanical contracts that do not excedd $15,000,000. and on all fire protection/sprinklet contracts that do not exceed $1,500,000.

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 11, 15, 16, 25) on HOLIDAY PAGE

**REGISTERED APPRENTICES**
1 year Terms at the Following:

WAGES per hour:

| 1st Term | 2nd Term | 3rd Term | 4th Term | 5th Term |
|---|---|---|---|---|
| $ 23.56 | $ 29.44 | $ 38.25 | $ 47.06 | $ 50.00 |

SUPPLEMENTAL BENEFIT
Per Hour:

| 1st Term | 2nd Term | 3rd Term | 4th Term | 5th Term |
|---|---|---|---|---|
| $ 18.79 | $ 23.29 | $ 29.99 | $ 36.71 | $ 38.95 |

4-638A-StmSpFtr

## Steamfitter 08/01/2014

**JOB DESCRIPTION** Steamfitter **DISTRICT** 4

**ENTIRE COUNTIES**
Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk

**WAGES**

| Per Hour: | 07/01/2014 | 01/01/2015 Additional |
|---|---|---|
| AC Service/Heat Service Steamfitter Maintenance | $ 38.30 | $ 0.75* |

Refrigeration, A/C, Oil Burner and Stoker Service and Repair.
Refrigeration Compressor installation up to 5hp (combined).
Air Condition / Heating Compressor installation up to 10hp (combined).

(*)To be allocated at a later date

**SUPPLEMENTAL BENEFITS**
Per Hour

AC Service/Heat Service Steamfitter Maintenance $ 9.70

**OVERTIME PAY**
See (B, E, Q) on OVERTIME PAGE

**HOLIDAY**
Paid: See (5, 6, 11, 15, 25, 26) on HOLIDAY PAGE

4-638B-StmFtrRef

## Teamster - Asphalt Delivery 08/01/2014

**JOB DESCRIPTION** Teamster - Asphalt Delivery **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:

Heavy Construction Work:
Shall include the supply of Asphalt for construction, improvement and modification of all or any part of Streets, Highways, Bridges, Tunnels,Railroads, Canals, Dams, Airports, Schools, Power Generation Plants, where distance between project and asphalt plant is not more than 50 miles.

| TRUCK DRIVER | 07/01/2014 |
|---|---|
| Asphalt Delivery | $ 35.105 |

Light Construction Work:

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

Shall include the supply of Asphalt for construction of Single & Multi Family Homes, Town Houses, Apartment Buildings, including Driveways, Streets and Curbs within those projects. Parking Lots, Office Buildings, where distance between project and asphalt plant is not more than 50 miles.

TRUCK DRIVER

| | 07/01/2014 |
|---|---|
| Asphalt Delivery | $ 28.89 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

Heavy Construction Work
TRUCK DRIVER

| | 07/01/2014 |
|---|---|
| Asphalt Delivery | $40.1825 |

Light Construction Work
TRUCK DRIVER

| | 07/01/2014 |
|---|---|
| Asphalt Delivery | $11.55 |

**OVERTIME PAY**
See (B, *B2, E, **I, P, ***R, ****U) on OVERTIME PAGE
(NOTE) PREMIUM PAY of 25% on straight time hours for New York State D.O.T. and or other GOVERNMENTAL MANDATED off shift work.
Note: (B,E,P,T&*U) Apply to Heavy Construction.
Note: (B2,I,T&*U) Apply to Light Construction.
Note: (*U) Only applies after 8 hours worked on holiday.

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, *16, **25) on HOLIDAY PAGE
NOTE:(*16) Paid at Double if Worked; (**25) Paid at Double if Worked.

4-282

## Teamster - Building — 08/01/2014

**JOB DESCRIPTION** Teamster - Building **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:
Truck Driver (Building Demolition & Debris)

| | 07/01/2014 |
|---|---|
| Trailers | $ 29.98 |
| Straight Jobs | $ 29.68 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| All Classifications | 07/01/2014 |
|---|---|
| | $ 31.34 |

**OVERTIME PAY**
See (B, E, S1) on OVERTIME PAGE

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, 8, 11, 12, 15, 25, 26) on HOLIDAY PAGE

4-282

## Teamster - Delivery of Concrete — 08/01/2014

**JOB DESCRIPTION** Teamster - Delivery of Concrete **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:

Page 72

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

Heavy Construction Work:
Shall Include the supply of Ready-Mix Concrete for construction, improvment and modification of all or any part of Streets, Highways, Bridges, Tunnels, Railroads, Canals, Dams, Airports, Schools & Power Generation Plants, where distance between project and asphalt plant is not more than 50 miles.

TRUCK DRIVER

| | 07/01/2014 |
|---|---|
| Concrete Delivery | $ 37.065 |

Light Construction Work:
Shall include the supply of Ready-Mix Concrete for construction of Single & Multi Family Homes, Town Houses, Apartment Buildings, including Driveways, Streets and Curbs within those projects. Parking Lots and Office Buildings, where distance between project and asphalt plant is not more than 50 miles.

TRUCK DRIVER

| | 07/01/2014 |
|---|---|
| Concrete Delivery | $ 33.765 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | 07/01/2014 |
|---|---|
| Heavy Construction Work Concrete Delivery | $ 37.125 |
| Light Construction Work Concrete Delivery | $ 11.525 |

**OVERTIME PAY**
NOTE: Heavy Construction:B2,I
Light Construction:B,E,P

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, *16, **25) on HOLIDAY PAGE
NOTE:(*16) Paid at Double if Worked. (**25) Paid at Double if Worked.

4-282ns

**Teamster - Heavy&Highway** **08/01/2014**

**JOB DESCRIPTION** Teamster - Heavy&Highway **DISTRICT** 4

**ENTIRE COUNTIES**
Nassau, Suffolk

**WAGES**
Per Hour:

Heavy Construction Work:
Shall include the construction, improvement or modification of all or any part of streets, highways, Bridges, Tunnels, Railroads, Canals, Dams, Airports, Schools, Power Generation Plants.

| | 07/01/2014 |
|---|---|
| Site Excavating (Chauffeurs) | $ 35.105 |

Light Construction Work:
Shall include the construction, improvment and modification of Single & Multi Family Homes, Town Houses, Apartment Buildings, including driveways, Streets and Curbs within those projects. Parking Lots and Office Buildings.

| | 07/01/2014 |
|---|---|
| Site Excavating (Chauffeurs) | $ 28.89 |

**SUPPLEMENTAL BENEFITS**
Per Hour:

| | 07/01/2014 |
|---|---|
| Heavy Construction Work Chauffeurs | $ 40.1825 |

Light Construction Work

Page 73

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855 Nassau County

Chauffers $ 11.55

**OVERTIME PAY**
See (B, *B2, E, **I, P, ***R, ****U) on OVERTIME PAGE
(NOTE) PREMIUM PAY of 25% on straight time hours for NEW YORK STATE D.O.T. and or other GOVERMENTAL MANDATED off shift work.
Note: (B,E,P,T & *U) Apply to Heavy Construction.
Note: (B2,I,T & *U) Apply to Light Construction.
Note: (*U) Only applies after 8 hours work on holiday

**HOLIDAY**
Paid: See (1) on HOLIDAY PAGE
Overtime: See (5, 6, *16, **25) on HOLIDAY PAGE
NOTE:(*16) Paid at Double if Worked. (**25) Paid at Double if Worked.

4-282

**Welder** **08/01/2014**

**JOB DESCRIPTION** Welder

**DISTRICT** 1

**ENTIRE COUNTIES**
Albany, Allegany, Bronx, Broome, Cattaraugus, Cayuga, Chautauqua, Chemung, Chenango, Clinton, Columbia, Cortland, Delaware, Dutchess, Erie, Essex, Franklin, Fulton, Genesee, Greene, Hamilton, Herkimer, Jefferson, Kings, Lewis, Livingston, Madison, Monroe, Montgomery, Nassau, New York, Niagara, Oneida, Onondaga, Ontario, Orange, Orleans, Oswego, Otsego, Putnam, Queens, Rensselaer, Richmond, Rockland, Saratoga, Schenectady, Schoharie, Schuyler, Seneca, St. Lawrence, Steuben, Suffolk, Sullivan, Tioga, Tompkins, Ulster, Warren, Washington, Wayne, Westchester, Wyoming, Yates

**WAGES**
Per hour 07/01/2014

Welder (To be paid the same rate of the mechanic performing the work)

**OVERTIME PAY**

**HOLIDAY**

1-As Per Trade

Page 74

## Overtime Codes

Following is an explanation of the code(s) listed in the OVERTIME section of each classification contained in the attached schedule. Additional requirements may also be listed in the HOLIDAY section.

( B1 ) Time and one half of the hourly rate for the 9th & 10th hours week days and the 1st 8 hours on Saturday. Double the hourly rate for all additional hours

( A ) Time and one half of the hourly rate after 7 hours per day

( AA ) Time and one half of the hourly rate after 7 and one half hours per day

( E3 ) Between November 1st and March 3rd Saturday may be used as a make-up day at straight time when a day is lost during that week due to inclement weather, provided a given employee has worked between 16 and 32 hours that week

( B ) Time and one half of the hourly rate after 8 hours per day

( S1 ) Two and one half times the hourly rate the first 8 hours on Sunday or Holidays One and one half times the hourly rate all additional hours.

( E5 ) Double time after 8 hours on Saturdays

( B2 ) Time and one half of the hourly rate after 40 hours per week

( C ) Double the hourly rate after 7 hours per day

( C1 ) Double the hourly rate after 7 and one half hours per day

( D ) Double the hourly rate after 8 hours per day

( D1 ) Double the hourly rate after 9 hours per day

( E ) Time and one half of the hourly rate on Saturday

( E1 ) Time and one half 1st 4 hours on Saturday Double the hourly rate all additional Saturday hours

( E2 ) Saturday may be used as a make-up day at straight time when a day is lost during that week due to inclement weather

( E4 ) Saturday and Sunday may be used as a make-up day at straight time when a day is lost during that week due to inclement weather

( F ) Time and one half of the hourly rate on Saturday and Sunday

( G ) Time and one half of the hourly rate on Saturday and Holidays

( H ) Time and one half of the hourly rate on Saturday, Sunday, and Holidays

( I ) Time and one half of the hourly rate on Sunday

( J ) Time and one half of the hourly rate on Sunday and Holidays

( K ) Time and one half of the hourly rate on Holidays

( L ) Double the hourly rate on Saturday

( M ) Double the hourly rate on Saturday and Sunday

( N ) Double the hourly rate on Saturday and Holidays

( O ) Double the hourly rate on Saturday, Sunday, and Holidays

( P ) Double the hourly rate on Sunday

( Q ) Double the hourly rate on Sunday and Holidays

( R ) Double the hourly rate on Holidays

( S ) Two and one half times the hourly rate for Holidays, if worked

Prevailing Wage Rates for 07/01/2014 - 06/30/2015
Last Published on Aug 01 2014

Published by the New York State Department of Labor
PRC Number 2014007855

| | |
|---|---|
| ( T ) | Triple the hourly rate for Holidays, if worked |
| ( U ) | Four times the hourly rate for Holidays, if worked |
| ( V ) | Including benefits at SAME PREMIUM as shown for overtime |
| ( W ) | Time and one half for benefits on all overtime hours. |

NOTE:BENEFITS are PER HOUR WORKED,for each hour worked, unless otherwise noted

Page 76

## Holiday Codes

PAID Holidays:

Paid Holidays are days for which an eligible employee receives a regular day's pay, but is not required to perform work. If an employee works on a day listed as a paid holiday, this remuneration is in addition to payment of the required prevailing rate for the work actually performed.

OVERTIME Holiday Pay:

Overtime holiday pay is the premium pay that is required for work performed on specified holidays. It is only required where the employee actually performs work on such holidays. The applicable holidays are listed under HOLIDAYS: OVERTIME. The required rate of pay for these covered holidays can be found in the OVERTIME PAY section listings for each classification.

Following is an explanation of the code(s) listed in the HOLIDAY section of each classification contained in the attached schedule. The Holidays as listed below are to be paid at the wage rates at which the employee is normally classified.

( 1 ) None
( 2 ) Labor Day
( 3 ) Memorial Day and Labor Day
( 4 ) Memorial Day and July 4th
( 5 ) Memorial Day, July 4th, and Labor Day
( 6 ) New Year's, Thanksgiving, and Christmas
( 7 ) Lincoln's Birthday, Washington's Birthday, and Veterans Day
( 8 ) Good Friday
( 9 ) Lincoln's Birthday
( 10 ) Washington's Birthday
( 11 ) Columbus Day
( 12 ) Election Day
( 13 ) Presidential Election Day
( 14 ) 1/2 Day on Presidential Election Day
( 15 ) Veterans Day
( 16 ) Day after Thanksgiving
( 17 ) July 4th
( 18 ) 1/2 Day before Christmas
( 19 ) 1/2 Day before New Years
( 20 ) Thanksgiving
( 21 ) New Year's Day
( 22 ) Christmas
( 23 ) Day before Christmas
( 24 ) Day before New Year's
( 25 ) Presidents' Day
( 26 ) Martin Luther King, Jr. Day
( 27 ) Memorial Day

NO TEXT THIS PAGE



New York State Department of Labor - Bureau of Public Work
State Office Building Campus
Building 12 - Room 130
Albany, New York 12240

# REQUEST FOR WAGE AND SUPPLEMENT INFORMATION

As Required by Articles 8 and 9 of the NYS Labor Law

Fax (518) 485-1870 or mail this form for new schedules or for determination for additional occupations.

**This Form Must Be Typed**

Submitted By: (Check Only One) ☐ Contracting Agency ☐ Architect or Engineering Firm ☐ Public Work District Office Date:

## A. Public Work Contract to be let by: (Enter Data Pertaining to Contracting/Public Agency)

1. Name and complete address ☐ (Check if new or change)

Telephone: ( ) Fax: ( )
E-Mail:

2. NY State Units (see Item 5)

☐ 01 DOT
☐ 02 OGS
☐ 03 Dormitory Authority
☐ 04 State University Construction Fund
☐ 05 Mental Hygiene Facilities Corp.
☐ 06 OTHER N.Y. STATE UNIT
☐ 07 City
☐ 08 Local School District
☐ 09 Special Local District, i.e., Fire, Sewer, Water District
☐ 10 Village
☐ 11 Town
☐ 12 County
☐ 13 Other Non-N.Y. State (Describe)

3. SEND REPLY TO ☐ check if new or change)
Name and complete address:

Telephone:( ) Fax: ( )
E-Mail:

4. SERVICE REQUIRED. Check appropriate box and provide project information.

☐ New Schedule of Wages and Supplements.

APPROXIMATE BID DATE :

☐ Additional Occupation and/or Redetermination

PRC NUMBER ISSUED PREVIOUSLY FOR THIS PROJECT :

OFFICE USE ONLY

## B. PROJECT PARTICULARS

5. Project Title ____

Description of Work ____

Contract Identification Number ____

Note: For NYS units, the OSC Contract No. ____

6. Location of Project:
Location on Site ____

Route No/Street Address ____

Village or City ____

Town ____

County ____

7. Nature of Project - Check One:

☐ 1. New Building
☐ 2. Addition to Existing Structure
☐ 3. Heavy and Highway Construction (New and Repair)
☐ 4. New Sewer or Waterline
☐ 5. Other New Construction (Explain)
☐ 6. Other Reconstruction, Maintenance, Repair or Alteration
☐ 7. Demolition
☐ 8. Building Service Contract

8. OCCUPATION FOR PROJECT :

☐ Construction (Building, Heavy Highway/Sewer/Water)
☐ Tunnel
☐ Residential
☐ Landscape Maintenance
☐ Elevator maintenance
☐ Exterminators, Fumigators
☐ Fire Safety Director, NYC Only
☐ Guards, Watchmen
☐ Janitors, Porters, Cleaners, Elevator Operators
☐ Moving furniture and equipment
☐ Trash and refuse removal
☐ Window cleaners
☐ Other (Describe)

9. Has this project been reviewed for compliance with the Wicks Law involving separate bidding? YES ☐ NO ☐

10. Name and Title of Requester

**Signature**

PW-39 (04.11)

SEE PAGE TWO FOR LAWS RELATING TO PUBLIC WORK CONTRACTS

NO TEXT THIS PAGE



NEW YORK STATE DEPARTMENT OF LABOR
Bureau of Public Work - Debarment List

**LIST OF EMPLOYERS INELIGIBLE TO BID ON OR BE AWARDED ANY PUBLIC WORK CONTRACT**

Under Article 8 and Article 9 of the NYS Labor Law, a contractor, sub-contractor and/or its successor shall be debarred and ineligible to submit a bid on or be awarded any public work or public building service contract/sub-contract with the state, any municipal corporation or public body for a period of five (5) years from the date of debarment when:

- Two (2) final determinations have been rendered within any consecutive six-year (6) period determining that such contractor, sub-contractor and/or its successor has WILLFULLY failed to pay the prevailing wage and/or supplements
- One (1) final determination involves falsification of payroll records or the kickback of wages and/or supplements

NOTE: The agency issuing the determination and providing the information, is denoted under the heading 'Fiscal Officer'. DOL = NYS Dept. of Labor; NYC = New York City Comptroller's Office; AG = NYS Attorney General's Office; DA = County District Attorney's Office.

A list of those barred from bidding, or being awarded, any public work contract or subcontract with the State, under section 141-b of the Workers' Compensation Law, may be obtained at the following link, on the NYS DOL Website:

https://dbr.labor.state.ny.us/EDList/searchPage.do

NO TEXT THIS PAGE

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| AGENCY | Fiscal Officer | FEIN | EMPLOYER NAME | EMPLOYER DBA NAME | ADDRESS | DEBARMENT START DATE | DEBARMENT END DATE |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | 4618 FOSTER AVE LLC | | C/O KAHAN & KAHAN 225 BROADWAY-SUITE 715NEW YORK NY 10007 | 02/05/2013 | 02/05/2018 |
| DOL | NYC | | A & T IRON WORKS INC | | 25 CLIFF STREET NEW ROCHELLE NY 10801 | 12/21/2009 | 12/21/2014 |
| DOL | DOL | *****0711 | A ULIANO & SON LTD | | 22 GRIFFEN COURT MILLER PLACE NY 11746 | 10/26/2010 | 10/26/2015 |
| DOL | DOL | | A ULIANO CONSTRUCTION | | 22 GRIFFEN COURT MILLER PLACE NY 11746 | 10/26/2010 | 10/26/2015 |
| DOL | NYC | *****4486 | ABBEY PAINTING CORP | | 21107 28TH AVENUE BAYSIDE NY 11360 | 07/02/2012 | 07/02/2017 |
| DOL | DOL | *****9095 | ABDO TILE CO | | 6179 EAST MOLLOY ROAD EAST SYRACUSE NY 13057 | 06/25/2010 | 07/02/2017 |
| DOL | DOL | *****9095 | ABDO TILE COMPANY | | 6179 EAST MOLLOY ROAD EAST SYRACUSE NY 13057 | 06/25/2010 | 07/02/2017 |
| DOL | DOL | *****8488 | ABELCRAFT OF NEW YORK CORP | | 640 ASHFORD AVENUE ARDSLEY NY 10502 | 08/27/2013 | 08/27/2018 |
| DOL | DOL | *****1219 | ABSOLUTE GENERAL CONTRACTING INC | | 1229 AVENUE U BROOKLYN NY 11229 | 01/28/2013 | 01/28/2018 |
| DOL | DOL | *****4539 | ACCOMPLISHED WALL SYSTEMS INC | | 112 OSCAWANA HEIGHTS ROAD PUTNAM VALLEY NY 10542 | 08/27/2013 | 08/27/2018 |
| DOL | DOL | *****8018 | ACCURATE MECHANICAL LLC | | 9547 BUSTLETON AVENUE PHILADELPHIA PA 19115 | 02/05/2014 | 02/05/2019 |
| DOL | DOL | | ACCURATE MECHANICAL OF PHILADELPHIA LLC | | 9547 BUSTLETON AVENUE PHILADELPHIA PA 19115 | 02/05/2014 | 02/05/2019 |
| DOL | DOL | | ADAM A CEMERYS | | 2718 CURRY ROAD SCHENECTADY NY 12303 | 07/08/2010 | 07/08/2015 |
| DOL | DOL | *****7584 | ADAM'S FLOOR COVERING LLC | | 2718 CURRY ROAD SCHENECTADY NY 12303 | 07/08/2010 | 02/15/2017 |
| DOL | DOL | | ADESUWA UWUIGBE | | P O BOX 21-1022 BROOKLYN NY 11221 | 05/16/2012 | 05/16/2017 |
| DOL | NYC | | ADRIANA SELA | C/O COLONIAL ROOFING COMPANY INC | 247 48TH STREET BROOKLYN NY 11220 | 02/05/2014 | 02/05/2019 |
| DOL | DOL | | AFFORDABLE PAINTING PLUS | | 367 GREEVES ROAD NEW HAMPTON NY 10958 | 10/01/2010 | 10/01/2015 |
| DOL | DOL | *****2538 | AGG MASONRY INC | | 160 72ND ST - SUITE 721 BROOKLYN NY 11209 | 03/19/2013 | 03/19/2018 |
| DOL | DOL | | ALBERT CASEY | | 43-28 54TH STREET WOODSIDE NY 11377 | 07/01/2011 | 07/01/2016 |
| DOL | DOL | | ALEJANDRO MATOS | | C/O SEVEN STAR ELECTRICAL 23-24 STEINWAY STREETASTORIA NY 11105 | 06/27/2011 | 06/27/2016 |
| DOL | DOL | | ALISHER KARIMOV | | C/O AGG MASONRY INC 7105 3RD AVENUEBROOKLYN NY 11209 | 03/19/2013 | 03/19/2018 |
| DOL | DOL | *****8740 | ALLSTATE ENVIRONMENTAL CORP | | C/O JOSE MONTAS 27 BUTLER PLACEYONKERS NY 10710 | 03/18/2011 | 03/15/2017 |
| DOL | DOL | *****8534 | ALPHA INTERIORS INC | | 513 ACORN STREET/ SUITE C DEER PARK NY 11729 | 05/27/2010 | 05/27/2015 |
| DOL | DOL | *****4274 | AMERICAN STEEL MECHANICAL INC | | 693 PAINTER STREET MEDIA PA 19063 | 02/20/2013 | 02/20/2018 |
| DOL | NYC | | ANDERSON LOPEZ | | 670 SOUTHERN BLVD BRONX NY 10455 | 06/14/2011 | 06/14/2016 |
| DOL | DOL | | ANDREW DIPAUL | | C/O CONSOLIDATED INDUSTRI 2051 ROUTE 44/55MODENA NY 12548 | 12/11/2012 | 12/11/2017 |
| DOL | NYC | | ANDRZEJ WROBEL | | 24 CONGRESS LANE SOUTH RIVER NJ 08882 | 05/01/2013 | 05/01/2018 |
| DOL | AG | | ANTHONY BRANCA | | 700 SUMMER STREET STAMFORD CT | 11/24/2009 | 11/24/2014 |
| DOL | DA | | ANTHONY CARDINALE | | 58-48 59TH STREET MASPETH NY 11378 | 05/16/2012 | 05/16/2017 |
| DOL | DOL | | ANTHONY POSELLA | | 30 GLEN HOLLOW ROCHESTER NY 14622 | 10/19/2009 | 10/19/2014 |
| DOL | DOL | | ANTHONY ULIANO | | 22 GRIFFEN COURT MILLER PLACE NY 11746 | 10/26/2010 | 10/26/2015 |
| DOL | DOL | *****3020 | APCO CONTRACTING CORP | | 24 SOUTH MARYLAND AVENUE PORT WASHINGTON NY 11050 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | *****3219 | APOLLO CONSTRUCTION SERVICES CORP | APOLLO PAINTING CO | 157 TIBBETTS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | APOLLO PAINTING CO | | 157 TIBBETTS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****3295 | APOLLO PAINTING CORP | | 3 ALAN B SHEPART PLACE YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | AG | *****0194 | APPLIED CONSTRUCTION INC | | 46 RUGBY ROAD WESTBURY NY 11590 | 11/20/2013 | 11/20/2018 |
| DOL | NYC | *****8403 | AQUA JET PAINTING CORP | | 10 VIKING DRIVE WEST ISLIP NY 11795 | 04/16/2014 | 04/16/2019 |
| DOL | DOL | *****9336 | ARTIERI SPECIALTIES LLC | SWITZER SALES | 107 STEVENS STREET LOCKPORT NY 14094 | 11/04/2009 | 11/04/2014 |
| DOL | DOL | *****3953 | ASCPAPE LANDSCAPE & CONSTRUCTION CORP | | 634 ROUTE 303 BLAUVELT NY 10913 | 07/26/2012 | 11/19/2018 |
| DOL | DOL | *****2534 | B & B CONCRETE CONTRACTORS INC | | 55 OLD TURNPIKE ROAD SUITE 612NANUET NY 10954 | 02/04/2011 | 02/04/2016 |
| DOL | NYC | | BASIL ROMEO | | 243-03 137TH AVENUE ROSEDALE NY 11422 | 03/25/2010 | 03/25/2015 |
| DOL | DOL | *****2294 | BEDELL CONTRACTING CORP | | 2 TINA LANE HOPEWELL JUNCTION NY 12533 | 01/06/2012 | 01/06/2017 |
| DOL | DOL | | BENNY VIGLIOTTI | | C/O LUVIN CONSTRUCTION CO P O BOX 357CARLE PLACE NY 11514 | 03/15/2010 | 03/15/2015 |
| DOL | DOL | *****6999 | BEST ROOFING OF NEW JERSEY LLC | | 30 MIDLAND AVENUE WALLINGTON NJ 07057 | 11/05/2010 | 11/05/2015 |
| DOL | DOL | | BEVERLY F WILLIAMS | | 1238 PRESIDENT STREET BROOKLYN NY 11225 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | | BIAGIO CANTISANI | | 200 FERRIS AVENUE WHITE PLAINS NY 10603 | 12/04/2009 | 05/04/2017 |
| DOL | NYC | *****8377 | BOSPHORUS CONSTRUCTION CORPORATION | | 3817 KINGS HIGHWAY-STE 1D BROOKLYN NY 11234 | 06/30/2010 | 06/30/2015 |
| DOL | DOL | | BRIAN HOXIE | | 2219 VALLEY DRIVE SYRACUSE NY 13207 | 12/04/2009 | 12/04/2014 |
| DOL | DOL | *****6156 | C & J LANDSCAPING & MAINTENANCE INC | | 520 PINE HILL ROAD CHESTER NY 10940 | 06/23/2014 | 06/23/2019 |
| DOL | DOL | | CANTISANI & ASSOCIATES LTD | | 442 FERRIS AVENUE WHITE PLAINS NY 10603 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | | CANTISANI HOLDING LLC | | 220 FERRIS AVENUE WHITE PLAINS NY 10603 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | *****1143 | CARMODY BUILDING CORP | | 442 ARMONK ROAD MOUNT KISCO NY 10549 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | *****3368 | CARMODY CONCRETE CORP | | 442 ARMONK ROAD MOUNT KISCO NY 10549 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | | CARMODY CONTRACTING CORP | | 220 FERRIS AVENUE WHITE PLAINS NY 10603 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | *****6215 | CARMODY CONTRACTING INC | | 220 FERRIS AVENUE WHITE PLAINS NY 10603 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | | CARMODY ENTERPRISES LTD | | 220 FERRIS AVENUE WHITE PLAINS NY 10603 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | *****3812 | CARMODY INC | | 442 ARMONK ROAD MOUNT KISCO NY 10549 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | *****3812 | CARMODY INDUSTRIES INC | | 442 FERRIS AVENUE WHITE PLAINS NY 10603 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | | CARMODY MAINTENANCE CORP | | 105 KISCO AVENUE MOUNT KISCO NY 10549 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | *****0324 | CARMODY MASONRY CORP | | 442 ARMONK ROAD MOUNT KISKO NY 10549 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | *****3812 | CARMODY"2" INC | | 220 FERRIS AVENUE WHITE PLAINS NY 10603 | 12/04/2009 | 05/04/2017 |
| DOL | NYC | *****9172 | CASSIDY EXCAVATING INC | | 14 RAILROAD AVENUE VALHALLA NY 10595 | 05/15/2014 | 05/15/2019 |
| DOL | DOL | *****9721 | CATENARY CONSTRUCTION CORP | | 112 HUDSON AVENUE ROCHESTER NY 14605 | 02/14/2006 | 10/20/2014 |
| DOL | DOL | *****1683 | CATONE CONSTRUCTION COMPANY INC | | 294 ALPINE ROAD ROCHESTER NY 14423 | 03/09/2012 | 03/09/2017 |
| DOL | DOL | | CATONE ENTERPRISES INC | | 225 DAKOTA STREET ROCHESTER NY 14423 | 03/09/2012 | 03/09/2017 |
| DOL | DOL | *****8530 | CAZ CONTRACTING CORP | | 37-11 35TH AVENUE LONG ISLAND CITY NY 11101 | 08/26/2013 | 08/26/2018 |
| DOL | DOL | *****7924 | CBI CONTRACTING INCORPORATED | | 2081 JACKSON AVENUE COPIAGUE NY 11726 | 06/03/2010 | 06/03/2015 |
| DOL | DOL | *****5556 | CERTIFIED INSTALLERS INC | | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |
| DOL | NYC | | CHARLES CASSIDY JR | | 14 RAILROAD AVENUE VALHALLA NY 10595 | 05/15/2014 | 05/15/2019 |
| DOL | DOL | | CHARLES OKRASKI | | 67 WARD ROAD SALT POINT NY 12578 | 01/21/2011 | 01/21/2016 |

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | CHARLES RIBAUDO | | 513 ACORN ST - SUITE C DEER PARK NY 11729 | 05/27/2010 | 05/27/2015 |
| DOL | DOL | *****1416 | CHEROMINO CONTROL GROUP LLC | | 61 WILLET ST - SUITE 14 PASSAIC NJ 07055 | 12/03/2009 | 02/23/2017 |
| DOL | DOL | | CHRIS SAVOURY | | 44 THIELLS-MT IVY ROAD POMONA NY 10970 | 10/14/2011 | 10/14/2016 |
| DOL | DOL | | CHRIST R PAPAS | | C/O TRAC CONSTRUCTION INC 9091 ERIE ROADANGOLA NY 14006 | 02/03/2011 | 02/03/2016 |
| DOL | DOL | | CHRISTOF PREZBYL | | 2 TINA LANE HOPEWELL JUNCTION NY 12533 | 01/06/2012 | 01/06/2017 |
| DOL | DOL | | CITY GENERAL BUILDERS INC | | 131 MELROSE STREET BROOKLYN NY 11206 | 03/02/2010 | 03/02/2015 |
| DOL | DOL | *****7086 | CITY GENERAL IRON WORKS INC | | 131 MELROSE STREET BROOKLYN NY 11206 | 03/02/2010 | 03/02/2015 |
| DOL | DOL | *****3360 | CITY LIMITS GROUP INC | | 2279 HOLLERS AVENUE BRONX NY 10475 | 01/07/2014 | 01/07/2019 |
| DOL | NYC | *****1768 | COFIRE PAVING CORPORATION | | 120-30 28TH AVENUE FLUSHING NY 11354 | 01/14/2011 | 01/14/2016 |
| DOL | NYC | *****2905 | COLONIAL ROOFING COMPANY INC | | 247 48TH STREET BROOKLYN NY 11220 | 02/05/2014 | 02/05/2019 |
| DOL | NYC | *****3182 | COLORTECH INC | | 5990 58TH AVENUE MASPETH NY 11378 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | *****8342 | CONKLIN PORTFOLIO LLC | | 60 COLONIAL ROAD STILLWATER NY 12170 | 02/15/2011 | 02/15/2016 |
| DOL | DOL | *****2703 | CONKLIN'S TECH-MECHANICAL INC | | 5 PARKER AVENUE POUGHKEEPSIE NY 12601 | 03/25/2014 | 03/25/2019 |
| DOL | DOL | *****4175 | CONSOLIDATED INDUSTRIAL SERVICES INC | | 2051 ROUTE 44/55 MODENA NY 12548 | 12/11/2012 | 01/28/2018 |
| DOL | DOL | | CONSTANTINOS ZERVAS | | 37-11 35TH AVENUE LONG ISLAND CITY NY 11101 | 08/26/2013 | 08/26/2018 |
| DOL | DOL | *****5740 | CORTLAND GLASS COMPANY INC | | 336 TOMPKINS STREET CORTLAND NY 13045 | 10/21/2010 | 07/15/2016 |
| DOL | DOL | *****1804 | CUSTOM GARDEN LANDSCAPING INC | | 283 NORTH MIDDLETOWN ROAD PEARL RIVER NY 10965 | 09/28/2009 | 09/28/2014 |
| DOL | DOL | *****0810 | D & G PAINTING & DECORATING INC | | 53 LITTLE COLLABAR ROAD MONTGOMERY NY 12549 | 04/19/2012 | 04/19/2017 |
| DOL | DOL | | DANIEL CELLUCCI ELECTRIC | | 17 SALISBURY STREET GRAFTON MA 01519 | 06/02/2010 | 06/02/2015 |
| DOL | DOL | *****7129 | DANIEL T CELLUCCI | DANIEL CELLUCCI ELECTRIC | 17 SALISBURY STREET GRAFTON MA 01519 | 06/02/2010 | 06/02/2015 |
| DOL | NYC | | DAWN AVILA AKA DAWN BECHTOLD | | 1ST FLOOR STORE FRONT 88-10 LITTLE NECK PARKWAYFLORAL PARK NY 11001 | 06/24/2014 | 06/24/2019 |
| DOL | NYC | | DAWN BECHTOLD AKA DAWN AVILA | | 1ST FLOOR STORE FRONT 88-10 LITTLE NECK PARKWAYFLORAL PARK NY 11001 | 06/24/2014 | 06/24/2019 |
| DOL | DOL | | DEAN ROBBINS III | | 212 OXFORD WAY SCHENECTADY NY 12309 | 12/11/2012 | 09/16/2018 |
| DOL | NYC | *****3865 | DECOMA BUILDING CORPORATION | | 134 EVERGREEN PL/STE 101 EAST ORANGE NJ 07018 | 12/30/2013 | 12/30/2018 |
| DOL | DOL | *****2311 | DELCON CONSTRUCTION CORP | | 220 WHITE PLAINS ROAD TARRYTOWN NY 10591 | 08/27/2009 | 08/27/2014 |
| DOL | DOL | *****1446 | DELTA CONTRACTING PAINTING AND DECORATING INC | | 437 SUNRISE HIGHWAY WEST BABYLON NY 11707 | 08/12/2013 | 08/12/2018 |
| DOL | DOL | *****3538 | DELTA CONTRACTING PAINTING AND DESIGN INC | | 75 MCCULLOCH DRIVE DIX HILLS NY 11746 | 10/19/2010 | 08/12/2018 |
| DOL | DOL | | DEMETRIOS KOUTSOURAS | | 530 BEECH STREET NEW HYDE PARK NY 11040 | 07/02/2012 | 07/02/2017 |
| DOL | DOL | *****9868 | DESANTIS ENTERPRISES | | 161 OSWEGO RIVER ROAD PHOENIX NY 13135 | 09/24/2013 | 11/18/2018 |
| DOL | NYC | *****8234 | DEWATERS PLUMBING AND HEATING LLC | | 30 COLUMBUS CIRCLE EASTCHESTER NY 10709 | 08/21/2012 | 08/21/2017 |
| DOL | DOL | *****9252 | DI BERNARDO TILE AND MARBLE CO INC | | 15 WALKER WAY ALBANY NY 12205 | 03/21/2014 | 03/21/2019 |
| DOL | DOL | | DIANE DEAVER | | 731 WARWICK TURNPIKE HEWITT NJ 07421 | 06/25/2012 | 12/11/2017 |
| DOL | DOL | | DONALD NOWAK | | 10 GABY LANE CHEEKTOWAGA NY 14227 | 10/15/2009 | 10/15/2014 |

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | DORIS SKODA | | C/O APCO CONTRACTING CORP 24 SOUTH MARYLAND AVENUEPORT WASHINGTON NY 11050 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | | DRAGOLJUB RADOJEVIC | | 61 WILLET ST - SUITE 14 PASSAIC NJ 07055 | 12/03/2009 | 07/09/2015 |
| DOL | DOL | *****6982 | DUFOUR GROUP INC | DUFOUR MASONRY | 353 WEST 56TH STREET #7M NEW YORK NY 10019 | 06/10/2014 | 06/10/2019 |
| DOL | DOL | | DUFOUR MASONRY | | 353 WEST 56TH ST #7M NEW YORK NY 10019 | 06/10/2014 | 06/10/2019 |
| DOL | DOL | | DUFOUR MASONRY & RESTORATION INC | | 353 WEST 56TH STREET #7M NEW YORK NY 10019 | 06/10/2014 | 06/10/2019 |
| DOL | DOL | *****5840 | DYNA CONTRACTING INC | | 363 88TH STREET BROOKLYN NY 11209 | 11/18/2013 | 11/18/2018 |
| DOL | NYC | *****6176 | E N E L ELECTRICAL CORP | | 1107 MCDONALD AVENUE BROOKLYN NY 11230 | 07/30/2010 | 07/30/2015 |
| DOL | DOL | | EARL GALBREATH | | 640 ASHFORD AVENUE ARDSLEY NY 10502 | 08/27/2013 | 08/27/2018 |
| DOL | DOL | *****1496 | EAST COAST DRYWALL INC | | 1238 PRESIDENT STREET BROOKLYN NY 11225 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | *****8011 | ECOA CLEANING CONTRACTORS INC | | P O BOX 21-1022 BROOKLYN NY 11221 | 05/16/2012 | 05/16/2017 |
| DOL | NYC | *****8074 | ECONOMY IRON WORKS INC | | 670 SOUTHERN BLVD BRONX NY 10455 | 06/14/2011 | 06/14/2016 |
| DOL | DOL | | EDWARD L GAUTHIER | | C/O IMPERIAL MASONRY REST 141 ARGONNE DRIVEKENMORE NY 14217 | 10/03/2012 | 10/03/2017 |
| DOL | NYC | | EDWARD MENKEN | | C/O AQUA JET PAINTING 10 VIKING DRIVEWEST ISLIP NY 11795 | 04/16/2014 | 04/16/2019 |
| DOL | NYC | *****0900 | EF PRO CONTRACTING INC | | 147 BROOME AVENUE ATLANTIC BEACH NY 11509 | 03/03/2014 | 03/03/2019 |
| DOL | NYC | | EFSTRATIOS BERNARDIS | | 23-73 48TH STREET LONG ISLAND CITY NY 11103 | 04/24/2014 | 04/24/2019 |
| DOL | NYC | *****6260 | EL TREBOL SPECIAL CLEANING INC | | 95-26 76TH STREET OZONE PARK NY 11416 | 10/12/2011 | 10/12/2016 |
| DOL | DOL | | ELIZABETH RAMADANI | | C/O RAMADA CONSTRUCTION 80 SAVO LOOPSTATEN ISLAND NY 10309 | 01/07/2014 | 01/07/2019 |
| DOL | DOL | | ELLEN DESANTIS | DESANTIS ENTERPRISES | 161 OSWEGO RIVER ROAD PHOENIX NY 13135 | 09/24/2013 | 11/18/2018 |
| DOL | DOL | *****0780 | EMES HEATING & PLUMBING CONTR | | 5 EMES LANE MONSEY NY 10952 | 01/20/2002 | 01/20/3002 |
| DOL | AG | | EMILIO FRANZA | | 90 JUNIUS STREET BROOKLYN NY 11212 | 01/23/2014 | 01/23/2019 |
| DOL | DOL | | EMPIRE CONCRETE SERVICES LLC | | 101 SULLYS TRAIL/SUITE 20 PITTSFORD NY 14534 | 11/18/2013 | 01/07/2019 |
| DOL | DOL | *****0511 | EMPIRE CONCRETE SYSTEMS LLC | | 101 SULLYS TRAIL/ SUITE 2 PITTSFORD NY 14534 | 11/18/2013 | 01/07/2019 |
| DOL | DOL | *****2353 | EMPIRE CONSTRUCTORS LLC | | 101 SULLYS TRAIL/SUITE 20 PITTSFORD NY 14534 | 11/18/2013 | 01/07/2019 |
| DOL | DOL | | EMPIRE PRECAST LLC | | 101 SULLYS TRAIL/SUITE 20 PITTSFORD NY 14534 | 11/18/2013 | 01/07/2019 |
| DOL | DOL | *****6101 | ENHANCED DATA COM INC | | 75 SHERBROOK ROAD NORTH BABYLON NY 11704 | 07/01/2010 | 07/01/2015 |
| DOL | DOL | | ERIKA BARNETT | | 253 BEACH BREEZE LANE UNIT BARVERNE NY 11692 | 02/05/2013 | 02/05/2018 |
| DOL | DOL | | ESTEVES & FRAGA CONSTRUCTION CO INC | | 986 MADISON AVENUE PATERSON NJ 07501 | 01/03/2013 | 01/03/2018 |
| DOL | DOL | | ESTEVES & FRAGA INC | | 986 MADISON AVENUE PATERSON NJ 07501 | 01/03/2013 | 01/03/2018 |
| DOL | DOL | | EVELIO ELLEDIAS | | 114 PEARL STREET PORT CHESTER NY 10573 | 08/15/2012 | 08/15/2017 |
| DOL | NYC | | EVERTON CARLESS | | 134 EVERGREEN PL/STE 101 EAST ORANGE NJ 07018 | 12/30/2013 | 12/30/2018 |
| DOL | DOL | | F KALAFATIS | | 2279 HOLLERS AVENUE BRONX NY 10475 | 01/07/2014 | 01/07/2019 |
| DOL | DOL | | FANTASTIC PAINTING | | 493 LANSING ROAD FULTONVILLE NY 12072 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | *****5867 | FJM-FERRO INC | | 6820 14TH AVENUE BROOKLYN NY 11219 | 10/27/2011 | 10/27/2016 |
| DOL | DOL | *****1311 | FLOZ-ON PAINTING & DECORATING INC | | 12 DUNDERBERG ROAD TOMKINS NY 10986 | 10/16/2013 | 10/16/2018 |
| DOL | DOL | *****8961 | FLOZ-ON PAINTING INC | | 12 DUNDERBERG ROAD TOMKINS NY 10986 | 10/16/2013 | 10/16/2018 |

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | FMS | | 4 LEGHORN COURT NEW YORK NY 11746 | 11/28/2012 | 11/28/2017 |
| DOL | DOL | *****8067 | FORTH SPORT FLOORS INC | | P O BOX 74 EAST GREENBUSH NY 12061 | 02/28/2012 | 10/01/2017 |
| DOL | DOL | | FRAN MICELI | | 2279 HOLLERS AVENUE BRONX NY 10475 | 01/07/2014 | 01/07/2019 |
| DOL | DOL | | FRANCES KALAFATIS | | 2279 HOLLERS AVENUE BRONX NY 10475 | 01/07/2014 | 01/07/2019 |
| DOL | DOL | | FRANCES KALAFATIS-MICELI | | 2279 HOLLERS AVENUE BRONX NY 10475 | 01/07/2014 | 01/07/2019 |
| DOL | NYC | | FRANK ACOCELLA | | 68 GAYLORD ROAD SCARSDALE NY 10583 | 02/10/2011 | 02/10/2016 |
| DOL | DOL | | FRANK J MERCANDO | | 134 MURRAY AVENUE YONKERS NY 10704 | 12/11/2009 | 02/03/2019 |
| DOL | DOL | | FRANK MICELI JR | C/O FRANK MICELI JR CONTRACTIN G INC | 19 CLIFF STREET NEW ROCHELLE NY 10801 | 10/16/2013 | 10/16/2018 |
| DOL | DOL | *****1321 | FRANK MICELI JR CONTRACTING INC | | 19 CLIFF STREET NEW ROCHELLE NY 10801 | 10/16/2013 | 10/16/2018 |
| DOL | DOL | | FRANK ORTIZ | | 75 SHERBROOK ROAD NORTH BABYLON NY 11704 | 07/01/2010 | 07/01/2015 |
| DOL | DOL | | FRED ABDO | ABDO TILE COMPANY AKA ABDO TILE CO | 6179 EAST MOLLOY ROAD EAST SYRACUSE NY 13057 | 06/25/2010 | 07/02/2017 |
| DOL | DOL | *****2724 | FRESH START PAINTING CORP | | 157 TIBBETS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****9202 | G & M PAINTING ENTERPRISES INC | | 13915 VILLAGE LANE RIVERVIEW MI 48192 | 02/05/2010 | 02/05/2015 |
| DOL | DOL | | G FUCCI CONSTRUCTION SERVICES | | 3 ALAN B SHEPARD PLACE YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****6767 | G FUCCI PAINTING INC | | C/O SPIEGEL & UTRERA 1 MAIDEN LANE - 5TH FLNEW YORK NY 10038 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****4546 | GAF PAINTING LLC | | 157 TIBBETS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | | GARDEN STATE PAINTING | | 157 TIBBETTS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | | GARY MCDOWELL | GM CONSTRUCTI ON & LAWN CARE SERVICE | 76 PLEASANT STREET WELLSVILLE NY 14895 | 06/11/2013 | 06/11/2018 |
| DOL | DOL | *****6826 | GBE CONTRACTING CORPORATION | | 12-14 UTOPIA PARKWAY WHITESTONE NY 11357 | 02/10/2010 | 02/10/2015 |
| DOL | NYC | | GELSOMINA TASSONE | | 25 CLIFF STREET NEW ROCHELLE NY 10801 | 06/15/2010 | 06/15/2015 |
| DOL | DOL | | GEORGE A PATTI III | | P O BOX 772 JAMESTOWN NY 14701 | 08/13/2010 | 08/13/2015 |
| DOL | DOL | | GEORGE DI BERNARDO | | C/O DI BERNARDO TILE 15 WALKER WAYALBANY NY 12205 | 03/21/2014 | 03/21/2019 |
| DOL | NYC | | GEORGE LUCEY | | 150 KINGS STREET BROOKLYN NY 11231 | 01/19/1998 | 01/19/2998 |
| DOL | DOL | | GEORGE SHINAS | | 12-14 UTOPIA PARKWAY WHITESTONE NY 11357 | 02/10/2010 | 02/10/2015 |
| DOL | DOL | | GERALD A POLLOCK | | 336 TOMPKINS STREET CORTLAND NY 13045 | 06/29/2010 | 07/15/2016 |
| DOL | DOL | | GERALD F POLUCH JR | | 2085 BRIGHTON HENRIETTA TOWN LINE ROADROCHESTER NY 14623 | 11/04/2010 | 11/04/2015 |
| DOL | DOL | *****1075 | GLOBAL TANK CONSTRUCTION LLC | | P O BOX 1238 SALINA OK 74365 | 11/28/2012 | 11/28/2017 |
| DOL | DOL | *****0878 | GM CONSTRUCTION & LAWN CARE SERVICE | | 76 PLEASANT STREET WELLSVILLE NY 14895 | 06/11/2013 | 06/11/2018 |
| DOL | DOL | *****0090 | GOLDS FLOORING INSTALLATIONS INC | | 25 HAMILTON ROAD MONTICELLO NY 12701 | 10/16/2013 | 10/16/2018 |
| DOL | DOL | *****4013 | GR GRATES CONSTRUCTION CORPORATION | | 63 IRONWOOD ROAD UTICA NY 13520 | 06/14/2010 | 06/14/2015 |
| DOL | DOL | | GRATES MERCHANT NANNA INC | | 63 IRONWOOD ROAD UTICA NY 13520 | 06/14/2010 | 06/15/2015 |
| DOL | DOL | | GREGG G GRATES | | 63 IRONWOOD ROAD UTICA NY 13520 | 06/14/2010 | 06/14/2015 |
| DOL | DOL | | GREGORY A FUCCI | | C/O PAF PAINTING SERVICES 157 TIBBETTS ROADYONKERS NY 10705 | 03/12/2014 | 03/12/2019 |

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | GREGORY FUCCI JR | | C/O APOLLO CONSTRUCTION 157 TIBBETTS ROADYONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | | GRETCHEN SULLIVAN | | P O BOX 130 CRETE IL 60417 | 11/10/2011 | 11/10/2016 |
| DOL | DOL | *****9985 | GROUND LEVEL CONSTRUCTION | | 10 GABY LANE CHEEKTOWAGA NY 14227 | 10/15/2009 | 10/15/2014 |
| DOL | DOL | *****7735 | GRYF CONSTRUCTION INC | | 394 SPOTSWOOD-ENGLISH RD MONROE NJ 08831 | 08/08/2011 | 08/08/2016 |
| DOL | DOL | *****9456 | GUILLO CONTRACTING CORP | | P O BOX 229 CALVERTON NY 11933 | 07/08/2013 | 07/08/2018 |
| DOL | DOL | | GUS PAPASTEFANOU | | C/O D & G PAINTING & DECO 53 LITTLE COLLABAR ROADMONTGOMERY NY 12549 | 04/19/2012 | 04/19/2017 |
| DOL | DOL | | H.H. RAUH CONSTRUCTION, LLC | | 2930 RT. 394 ASHVILLE NY 14710 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | *****2499 | H.H. RAUH CONTRACTING CO., LLC | | 2930 RT. 394 ASHVILLE NY 14710 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | | H.H. RAUH PAVING, INC. | | 7 WEST 1ST ST. LAKEWOOD NY 14750 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | | HALSSAM FOSTOK | | 5 HANSEN PLACE WAYNE NJ 07470 | 09/18/2013 | 09/18/2018 |
| DOL | AG | *****9918 | HARA ELECTRIC CORP | | 2461 47TH STREET ASTORIA NY 11103 | 09/26/2013 | 09/26/2018 |
| DOL | DOL | *****5405 | HARD LINE CONTRACTING INC | | 89 EDISON AVENUE MOUNT VERNON NY 10550 | 10/28/2011 | 10/28/2016 |
| DOL | AG | | HARVINDER SINGH PAUL | | 90 JUNIUS STREET BROOKLYN NY 11212 | '01/23/2014 | 01/23/2019 |
| DOL | DOL | | HI-TECH CONTRACTING CORP | | 114 PEARL STREET PORT CHESTER NY 10573 | 08/15/2012 | 08/15/2017 |
| DOL | DOL | *****4331 | HIDDEN VALLEY EXCAVATING INC | | 225 SEYMOUR STREET FREDONIA NY 14063 | 02/08/2011 | 02/08/2016 |
| DOL | DOL | *****9893 | HOXIE'S PAINTING CO INC | | 2219 VALLEY DRIVE SYRACUSE NY 13207 | 12/04/2009 | 12/04/2014 |
| DOL | DOL | *****8426 | IMPERIAL MASONRY RESTORATION INC | | 141 ARGONNE DRIVE KENMORE NY 14217 | 10/03/2012 | 10/03/2017 |
| DOL | DOL | *****7561 | INDUS GENERAL CONSTRUCTION | | 33-04 91ST STREET JACKSON HEIGHTS NY 11372 | 04/28/2010 | 04/28/2015 |
| DOL | DA | *****1958 | IRON HORSE ONE INC | | 10 ROSWELL AVENUE OCEANSIDE NY 11572 | 09/30/2010 | 09/30/2015 |
| DOL | DOL | | ISABEL FRAGA | | C/O THREE FRIENDS CONSTR 986 MADISON AVENUEPATERSON NJ 07501 | 01/03/2013 | 01/03/2018 |
| DOL | DOL | *****7598 | J M RICH LLC | | P O BOX 268 STILLWATER NY 12170 | 09/16/2013 | 03/21/2019 |
| DOL | DOL | *****1584 | J M TRI STATE TRUCKING INC | | 140 ARMSTRONG AVENUE SYRACUSE NY 13209 | 10/21/2009 | 10/21/2014 |
| DOL | DOL | *****3478 | J N P CONSTRUCTION CORP | | 50 LOUIS COURT P O BOX 1907SOUTH HACKENSACK NY 07606 | 03/21/2014 | 03/21/2019 |
| DOL | DOL | | J N RICH LLC | | P O BOX 268 STILLWATER NY 12170 | 09/16/2013 | 03/21/2019 |
| DOL | DOL | *****9368 | J TECH CONSTRUCTION | | PO BOX 64782 ROCHESTER NY 14624 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | | J THE HANDYMAN | | | 09/24/2012 | 09/24/2017 |
| DOL | DOL | | JACQUELINE HOWE | | C/O FLOZ-ON PAINTING INC 12 DUNDERBERG ROADTOMKINS NY 10986 | 10/16/2013 | 10/16/2018 |
| DOL | DOL | *****8627 | JAG I LLC | | 635 LUZERNE ROAD QUEENSBURY NY 12804 | 09/16/2013 | 09/16/2018 |
| DOL | DOL | *****2868 | JAG INDUSTRIES INC | | 175 BROAD ST - SUITE 320 GLENS FALLS NY 12801 | 09/16/2013 | 09/16/2018 |
| DOL | DOL | | JAMES BOYCE | | C/O EMPIRE CONCRETE SYST 101 SULLYS TRAIL/SUITE 20PITTSFORD NY 14534 | 11/18/2013 | 01/07/2019 |
| DOL | DOL | | JAMES SICKAU | | 3090 SHIRLEY ROAD NORTH COLLINS NY 14111 | 04/19/2011 | 12/30/2016 |
| DOL | DOL | | JAMES WALSH | | 89 EDISON AVENUE MOUNT VERNON NY 10550 | 10/28/2011 | 10/28/2016 |
| DOL | DOL | | JASON M RICH | | P O BOX 268 STILLWATER NY 12170 | 09/16/2013 | 03/21/2019 |
| DOL | DOL | | JAY PRESUTTI | | C/O CONSOLIDATED INDUSTRI 2051 ROUTE 44/55MODENA NY 12548 | 01/28/2013 | 01/28/2018 |

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | JEFF P BRADLEY | | 520 PINE HILL ROAD CHESTER NY 10940 | 06/23/2014 | 06/23/2019 |
| DOL | DOL | | JEFFREY A NANNA | | 502 WOODBURNE DRIVE UTICA NY 13502 | 06/14/2010 | 06/14/2015 |
| DOL | DOL | | JEFFREY ARTIERI | | 107 STEVENS STREET LOCKPORT NY 14094 | 11/04/2009 | 11/04/2014 |
| DOL | NYC | | JEFFREY CASSIDY | | 14 RAILROAD AVENUE VALHALLA NY 10595 | 05/15/2014 | 05/15/2019 |
| DOL | DOL | | JERALD HOWE | | C/O FLOZ-ON PAINTING INC 12 DUNDERBERG ROADTOMKINS NY 10986 | 10/16/2013 | 10/16/2018 |
| DOL | NYC | | JERRY DEWATERS | | 30 COLUMBUS CIRCLE EASTCHESTER NY 10709 | 08/21/2012 | 08/21/2017 |
| DOL | DOL | | JOHN BUONADONNA | | 283 NORTH MIDDLETOWN ROAD PEARL RIVER NY 10965 | 09/28/2009 | 09/28/2014 |
| DOL | DOL | | JOHN CATONE | | C/O CATONE CONSTRUCTION 294 ALPINE ROADROCHESTER NY 14612 | 03/09/2012 | 03/09/2017 |
| DOL | DOL | | JOHN DESCUL | | 437 SUNRISE HIGHWAYA WEST BABYLON NY 11704 | 08/12/2013 | 08/12/2018 |
| DOL | NYC | | JOHN DITURI | | 1107 MCDONALD AVENUE BROOKLYN NY 11230 | 07/30/2010 | 07/30/2015 |
| DOL | NYC | | JOHN FICARELLI | | 120-30 28TH AVENUE FLUSHING NY 11354 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | | JOHN H LEE | JOHN LEE QUALITY PAVING | 67 WILER ROAD HILTON NY 14468 | 01/28/2013 | 01/28/2018 |
| DOL | DOL | | JOHN JIULIANNI | | 222 GAINSBORG AVENUE E WEST HARRISON NY 10604 | 05/10/2010 | 05/10/2015 |
| DOL | DOL | *****1749 | JOHN LEE QUALITY PAVING | | 67 WILER ROAD HILTON NY 14468 | 01/28/2013 | 01/28/2018 |
| DOL | DOL | *****2701 | JOHN SMYKLA | AFFORDABLE PAINTING PLUS | 367 GREEVES ROAD NEW HAMPTON NY 10958 | 10/01/2010 | 10/01/2015 |
| DOL | DOL | *****9368 | JORGE I DELEON | J TECH CONSTRUCTI ON | PO BOX 64782 ROCHESTER NY 14624 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | | JORGE OUVINA | | 344 SOUNDVIEW LANE COLLEGE POINT NY 11356 | 11/22/2011 | 11/22/2016 |
| DOL | DOL | | JOSE MONTAS | | 27 BUTLER PLACE YONKERS NY 10710 | 03/18/2011 | 03/15/2017 |
| DOL | DOL | | JOSEPH CASUCCI | | 6820 14TH AVENUE BROOKLYN NY 11219 | 10/27/2011 | 10/27/2016 |
| DOL | DOL | | JOSEPH MARTONE | | 112 OSCAWANA HEIGHTS ROAD PUTNAM VALLEY NY 10542 | 08/27/2013 | 08/27/2018 |
| DOL | DOL | | JOSEPH MONETTE | | C/O JOHN MONETTE 140 ARMSTRONG AVENUESYRACUSE NY 13209 | 10/21/2009 | 10/21/2014 |
| DOL | DOL | | JOSHUA DEBOWSKY | | 9547 BUSTLETON AVENUE PHILADELPHIA PA 19115 | 02/05/2014 | 02/05/2019 |
| DOL | DOL | | JOYA MUSCOLINO | | 10 ST CHARLES STREET THORNWOOD NY 10594 | 09/03/2013 | 09/03/2018 |
| DOL | DOL | *****4340 | JUBCO SITE DEVELOPMENT LLC | | 462 LAKEVIEW AVENUE VALHALLA NY 10595 | 12/16/2013 | 12/16/2018 |
| DOL | DOL | | JULIUS AND GITA BEHREND | | 5 EMES LANE MONSEY NY 10952 | 11/20/2002 | 11/20/3002 |
| DOL | DOL | | K NELSON SACKOOR | | 16 JOY DRIVE NEW HYDE PARK NY 11040 | 01/05/2010 | 01/05/2015 |
| DOL | NYC | | KAMIL OZTURK | | 3715 KINGS HWY - STE 1D BROOKLYN NY 11234 | 06/30/2010 | 06/30/2015 |
| DOL | DOL | | KAREN HARTMAN | | C/O GUILLO CONTRACTING P O BOX 229CALVERTON NY 11933 | 07/08/2013 | 07/08/2018 |
| DOL | NYC | | KATHLEEN SELA | C/O COLONIAL ROOFING COMPANY INC | 247 48TH STREET BROOKLYN NY 11220 | 02/05/2014 | 02/05/2019 |
| DOL | DOL | | KEITH SCHEPIS | | C/O KJS HAULING AND HOME 95 MAPLE AVENUENEW CITY NY 10956 | 04/15/2013 | 04/15/2018 |
| DOL | DOL | | KEN DEAVER | | 731 WARWICK TURNPIKE HEWITT NJ 07421 | 06/25/2012 | 12/11/2017 |
| DOL | DOL | *****5941 | KINGSVIEW ENTERPRISES INC | | 7 W FIRST STREET P O BOX 2LAKEWOOD NY 14750 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | *****2463 | KJS HAULING AND HOME IMPROVEMENT INC | | 95 MAPLE AVENUE NEW CITY NY 10956 | 04/15/2013 | 04/15/2018 |

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | AG | | KOSTAS "GUS" ANDRIKOPOULOS | | 2461 47TH STREET ASTORIA NY 11103 | 09/26/2013 | 09/26/2018 |
| DOL | DOL | | KRZYSZTOF PRXYBYL | | 2 TINA LANE HOPEWELL JUNCTION NY 12533 | 01/06/2012 | 01/06/2017 |
| DOL | DOL | *****6033 | KUSNIR CONSTRUCTION | | 2677 ANAWALK ROAD KATONAH NY 10536 | 08/03/2012 | 08/03/2017 |
| DOL | DOL | *****0526 | LAGUARDIA CONSTRUCTION CORP | | 47-40 48TH STREET WOODSIDE NY 11377 | 07/01/2011 | 07/01/2016 |
| DOL | NYC | *****8816 | LAKE CONSTRUCTION AND DEVELOPMENT CORPORATION | | 150 KINGS STREET BROOKLYN NY 11231 | 08/19/1998 | 08/19/2998 |
| DOL | DOL | *****9628 | LANCET ARCH INC | | 112 HUDSON AVENUE ROCHESTER NY 14605 | 02/14/2006 | 10/19/2014 |
| DOL | DOL | | LANCET SPECIALTY CONTRACTING CORP | | C/O CATENARY CONSTRUCTION 112 HUDSON AVENUEROCHESTER NY 14605 | 10/19/2009 | 10/19/2014 |
| DOL | DOL | | LARRY DOMINGUEZ | | 114 PEARL STREET PORT CHESTER NY 10573 | 08/15/2012 | 08/15/2017 |
| DOL | DOL | | LAURA A. GAUTHIER | | C/O IMPERIAL MASONRY REST 141 ARGONNE DRIVEKENMORE NY 14217 | 10/03/2012 | 10/03/2017 |
| DOL | DOL | | LAURI MARTONE | | 112 OSCAWANA HEIGHTS ROAD PUTNAM VALLEY NY 10542 | 08/27/2013 | 08/27/2018 |
| DOL | DOL | | LAWRENCE J RUGGLES | | P O BOX 371 ROUND LAKE NY 12151 | 05/12/2014 | 05/12/2019 |
| DOL | DOL | *****0597 | LEED INDUSTRIES CORP | HI-TECH CONTRACTIN G CORP | 114 PEART STREET PORT CHESTER NY 10573 | 08/15/2012 | 08/15/2017 |
| DOL | DOL | *****7907 | LEEMA EXCAVATING INC | | 140 ARMSTRONG AVENUE SYRACUSE NY 13209 | 10/21/2009 | 10/21/2014 |
| DOL | AG | | LEONID FRIDMAN | | APT 5 200 BRIGHTON, 15TH STBROOKLYN NY 11235 | 01/23/2013 | 01/23/2019 |
| DOL | DOL | *****8453 | LINPHILL ELECTRICAL CONTRACTORS INC | | 523 SOUTH 10TH AVENUE MOUNT VERNON NY 10553 | 01/07/2011 | 04/15/2018 |
| DOL | DOL | | LINVAL BROWN | | 523 SOUTH 10TH AVENUE MOUNT VERNON NY 10553 | 01/07/2011 | 04/15/2018 |
| DOL | DOL | *****5171 | LUVIN CONSTRUCTION CORP | | P O BOX 357 CARLE PLACE NY 11514 | 03/15/2010 | 03/15/2015 |
| DOL | NYC | *****2850 | M A 2 FLAGS CONTRACTING CORP | | 25-18 100TH STREET EAST ELMHURST NY 11369 | 08/21/2013 | 08/21/2018 |
| DOL | NYC | *****3141 | MACKEY REED ELECTRIC INC | | 1ST FLOOR STORE FRONT 88-10 LITTLE NECK PARKWAYFLORAL PARK NY 11001 | 06/24/2014 | 06/24/2019 |
| DOL | DOL | | MANUEL ESTEVES | | 55 OLD TURNPIKE ROAD SUITE 612NANUET NY 10954 | 02/04/2011 | 02/04/2016 |
| DOL | NYC | | MANUEL P TOBIO | | 150 KINGS STREET BROOKLYN NY 14444 | 08/19/1998 | 08/19/2998 |
| DOL | NYC | | MANUEL TOBIO | | 150 KINGS STREET BROOKLYN NY 11231 | 08/19/1998 | 08/19/2998 |
| DOL | DOL | | MAR CONTRACTING CORP | | 620 COMMERCE STREET THORNWOOD NY 10594 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | | MARGARET FORTH | | P O BOX 74 EAST GREENBUSH NY 12061 | 02/28/2012 | 10/01/2017 |
| DOL | DOL | | MARIA ESTEVES AKA MARIA MARTINS | | C/O THREE FRIENDS CONSTR 986 MADISON AVENUEPATERSON NJ 07501 | 01/03/2013 | 01/03/2018 |
| DOL | DOL | | MARIA MARTINS AKA MARIA ESTEVES | | C/O THREE FRIENDS CONSTR 986 MADISON AVENUEPATERSON NJ 07501 | 01/03/2013 | 01/03/2018 |
| DOL | DOL | | MARIO LUIS | | 31 DURANT AVENUE BETHEL CT 06801 | 07/02/2012 | 07/02/2017 |
| DOL | DOL | | MARIO R ECHEVERRIA JR | | 588 MEACHAM AVE-SUITE 103 ELMONT NY 11003 | 08/24/2010 | 08/24/2015 |
| DOL | DOL | *****5533 | MARQUISE CONSTRUCTION & DEVELOPMENT CORP | | 10 ST CHARLES STREET THORNWOOD NY 10594 | 09/03/2013 | 09/03/2018 |
| DOL | DOL | *****8810 | MARQUISE CONSTRUCTION ASSOCIATES INC | | 20 BOSWELL ROAD PUTNAM VALLEY NY 10579 | 09/03/2013 | 09/03/2018 |
| DOL | DOL | *****1134 | MARQUISE CONSTRUCTION CORP | | 10 ST CHARLES STREET THORNWOOD NY 10594 | 09/03/2013 | 09/03/2018 |
| DOL | NYC | *****4314 | MASCON RESTORATION INC | | 129-06 18TH AVENUE COLLEGE POINT NY 11356 | 02/09/2012 | 02/09/2017 |

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | NYC | *****4314 | MASCON RESTORATION LLC | | 129-06 18TH AVENUE COLLEGE POINT NY 11356 | 02/09/2012 | 02/09/2017 |
| DOL | DOL | *****0845 | MASONRY CONSTRUCTION INC | | 442 ARMONK ROAD MOUNT KISCO NY 10549 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | *****3333 | MASONRY INDUSTRIES INC | | 442 ARMONK ROAD MOUNT KISKO NY 10549 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | *****4638 | MATSOS CONTRACTING CORPORATION | | 12-14 UTOPIA PARKWAY WHITESTONE NY 11357 | 02/10/2010 | 02/10/2015 |
| DOL | AG | *****9970 | MAY CONSTRUCTION CO INC | | 700 SUMMER STREET STAMFORD CT | 11/24/2009 | 11/24/2014 |
| DOL | DOL | *****9857 | MBL CONTRACTING CORPORATION | | 2620 ST RAYMOND AVENUE BRONX NY 10461 | 08/30/2011 | 08/30/2016 |
| DOL | DOL | | MCI CONSTRUCTION INC | | 975 OLD MEDFORD AVENUE FARMINGDALE NY 11738 | 08/24/2009 | 08/24/2014 |
| DOL | DOL | *****9028 | MCINTOSH INTERIORS LLC | | 8531 AVENUE B BROOKLYN NY 11236 | 02/05/2013 | 02/05/2018 |
| DOL | DOL | *****5936 | MCSI ADVANCED AV SOLUTIONS LLC | | 2085 BRIGHTON HENRIETTA TOWN LINE ROADROCHESTER NY 14623 | 11/04/2010 | 11/04/2015 |
| DOL | DOL | *****4259 | MERCANDO CONTRACTING CO INC | | 134 MURRAY AVENUE YONKERS NY 10704 | 12/11/2009 | 02/03/2019 |
| DOL | DOL | *****0327 | MERCANDO INDUSTRIES LLC | | 134 MURRAY AVENUE YONKERS NY 10704 | 12/11/2009 | 02/03/2019 |
| DOL | NYC | *****5330 | METRO DUCT SYSTEMS INC | | 12-19 ASTORIA BOULEVARD LONG ISLAND CITY NY 11102 | 04/16/2014 | 06/24/2019 |
| DOL | DOL | *****9198 | MICHAEL CZECHOWICZ | OCTAGON CO | 37-11 35TH AVENUE-2ND FL LONG ISLAND CITY NY 11101 | 01/08/2013 | 01/08/2018 |
| DOL | DOL | | MICHAEL F LEARY JR | | 3813 SNOWDEN HILL ROADNEW HARTFORD NY 13413 | 06/19/2013 | 06/19/2018 |
| DOL | DOL | | MICHAEL F LEARY JR METAL STUD & DRYWALL | | 3813 SNOWDEN HILL ROAD NEW HARTFORD NY 13413 | 06/19/2013 | 06/19/2018 |
| DOL | DOL | | MICHAEL KTISTAKIS | | 363 88TH STREET BROOKLYN NY 11209 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | *****6033 | MICHAEL KUSNIR | KUSNIR CONSTRUCTI ON | 2677 ANAWALK ROAD KATONAH NY 10536 | 08/03/2012 | 08/03/2017 |
| DOL | DOL | | MICHAEL MARGOLIN | | 4 LEGHORN COURT NEW YORK NY 11746 | 11/28/2012 | 11/28/2017 |
| DOL | DOL | | MICHELLE L BARBER | | 635 LUZERNE ROAD QUEENSBURY NY 12804 | 09/16/2013 | 09/16/2018 |
| DOL | DOL | *****2635 | MIDLAND CONSTRUCTION OF CEDAR LAKE INC | | 13216 CALUMET AVENUE CEDAR LAKE IL 46303 | 11/10/2011 | 11/10/2016 |
| DOL | NYC | | MIGUEL ACOSTA | | 25-18 100TH STREET EAST ELMHURST NY 11369 | 08/21/2013 | 08/21/2018 |
| DOL | DOL | *****5517 | MILLENNIUM PAINTING INC | | 67 WARD ROAD SALT POINT NY 12578 | 01/21/2011 | 01/21/2016 |
| DOL | AG | | MOHAMMAD RIAZ | | 46 RUGBY ROAD WESTBURY NY 11590 | 11/20/2013 | 11/20/2018 |
| DOL | NYC | | MOHAMMAD SELIM | | 73-12 35TH AVE - APT F63 JACKSON HEIGHTS NY 11372 | 03/04/2010 | 03/04/2015 |
| DOL | DA | | MOHAMMED SALEEM | | 768 LYDIG AVENUE BRONX NY 10462 | 08/18/2009 | 05/25/2015 |
| DOL | NYC | *****2690 | MONDOL CONSTRUCTION INC | | 11-27 30TH DRIVE LONG ISLAND CITY NY 11102 | 05/25/2011 | 05/25/2016 |
| DOL | DOL | | MORTON LEVITIN | | 3506 BAYFIELD BOULEVARD OCEANSIDE NY 11572 | 08/30/2011 | 08/30/2016 |
| DOL | DOL | *****2737 | MOUNTAIN'S AIR INC | | 2471 OCEAN AVENUE- STE 7A BROOKLYN NY 11229 | 09/24/2012 | 09/24/2017 |
| DOL | NYC | | MUHAMMAD ZULFIQAR | | 129-06 18TH AVENUE COLLEGE POINT NY 11356 | 02/09/2012 | 02/09/2017 |
| DOL | DOL | *****2357 | MUNICIPAL MILLING & MIX-IN-PLACE | | 9091 ERIE ROAD ANGOLA NY 14006 | 02/03/2011 | 02/03/2016 |
| DOL | DOL | | MURRAY FORTH | | P O BOX 74 EAST GREENBUSH NY 12061 | 02/28/2012 | 10/01/2017 |
| DOL | DA | *****9642 | MUTUAL OF AMERICAL GENERAL CONSTRUCTION & MANAGEMENT CORP | | 768 LYDIG AVENUE BRONX NY 10462 | 08/18/2009 | 05/25/2015 |
| DOL | DOL | | MUZAFFAR HUSSAIN | | C/O ABSOLUTE GENERAL CONT 1129 AVENUE UBROOKLYN NY 11229 | 01/28/2013 | 01/28/2018 |
| DOL | DOL | | NAT PICCO | | 154 EAST BOSTON POST ROAD MAMARONECK NY 10543 | 08/22/2009 | 08/22/2014 |
| DOL | DA | *****6988 | NEW YORK INSULATION INC | | 58-48 59TH STREET MASPETH NY 11378 | 05/16/2012 | 05/16/2017 |

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | NICHOLAS DEGREGORY JR | NJ DEGREGORY & COMPANY | 1698 ROUTE 9 GLENS FALLS NY 12801 | 05/23/2013 | 05/23/2018 |
| DOL | NYC | | NICHOLAS PROVENZANO | | 147 BROOME AVENUE ATLANTIC BEACH NY 11509 | 03/03/2014 | 03/03/2019 |
| DOL | NYC | | NICHOLAS PROVENZANO | | 147 BROOME AVENUE ATLANTIC BEACH NY 11509 | 03/03/2014 | 03/03/2019 |
| DOL | DOL | | NICOLE SPELLMAN | | 2081 JACKSON AVENUE COPIAGUE NY 11726 | 06/03/2010 | 06/03/2015 |
| DOL | DOL | | NIKOLAS PSAREAS | | 656 N WELLWOOD AVE/STE C LINDENHURST NY 11757 | 09/01/2011 | 09/01/2016 |
| DOL | DOL | *****5279 | NJ DEGREGORY & COMPANY | | 1698 ROUTE 9 GLENS FALLS NY 12801 | 05/23/2013 | 05/23/2018 |
| DOL | DOL | | NJ DEGREGORY & SONS CONSTRUCTION | | 1698 ROUTE 9 GLENS FALLS NY 12801 | 05/23/2013 | 05/23/2018 |
| DOL | DOL | *****9198 | OCTAGON CO | | 37-11 35TH AVENUE-2ND FL LONG ISLAND CITY NY 11101 | 01/08/2013 | 01/08/2018 |
| DOL | DOL | | OKBY ELSAYED | | 1541 EAST 56TH STREET BROOKLYN NY 11234 | 05/04/2012 | 05/04/2017 |
| DOL | NYC | | OLIVER HOLGUIN | | 95-26 76TH STREET OZONE PARK NY 11416 | 10/12/2011 | 10/12/2016 |
| DOL | NYC | *****8337 | OPTIMUM CONSTRUCTION INC | | 23-73 48TH STREET LONG ISLAND CITY NY 11103 | 04/24/2014 | 04/24/2019 |
| DOL | NYC | | ORSON ARROYO | | C/O METRO DUCT SYSTEMS 12-19 ASTORIA BOULEVARDLONG ISLAND CITY NY 11102 | 04/16/2014 | 06/24/2019 |
| DOL | DOL | *****4546 | PAF PAINTING CORP | | 161 TIBBETTS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****5242 | PAF PAINTING SERVICES INC | GARDEN STATE PAINTING | 157 TIBBETTS ROAD YONKERS NY 10103 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | | PAF PAINTING SERVICES OF WESTCHESTER INC | | C/O SPIEGEL & UTRERA 1 MAIDEN LANE - 5TH FLNEW YORK NY 10038 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****5226 | PASCARELLA & SONS | | 459 EVERDALE AVENUE WEST ISLIP NY 11759 | 01/10/2010 | 01/10/2015 |
| DOL | DOL | *****8802 | PAT'S HEATING AND AIR CONDITIONING LTD | | P O BOX 371 ROUND LAKE NY 12151 | 05/12/2014 | 05/12/2019 |
| DOL | DOL | | PATRICIA M RUGGLES | | P O BOX 371 ROUND LAKE NY 12151 | 05/12/2014 | 05/12/2019 |
| DOL | DOL | | PAUL VERNA | | C/O AMERICAN STEEL MECHA 693 PAINTER STREETMEDIA PA 19063 | 02/20/2013 | 02/20/2018 |
| DOL | DOL | | PEDRO RINCON | | 131 MELROSE STREET BROOKLYN NY 11206 | 03/02/2010 | 03/02/2015 |
| DOL | DOL | *****9569 | PERFORM CONCRETE INC | | 31 DURANT AVENUE BETHEL CT 06801 | 07/02/2012 | 07/02/2017 |
| DOL | DOL | | PETER J LANDI | | 249 MAIN STREET EASTCHESTER NY 10709 | 10/05/2009 | 10/05/2014 |
| DOL | DOL | *****7229 | PETER J LANDI INC | | 249 MAIN STREET EASTCHESTER NY 10709 | 10/05/2009 | 10/05/2014 |
| DOL | NYC | | PETER LUSTIG | | 30 COLUMBUS CIRCLE EASTCHESTER NY 10709 | 08/21/2012 | 08/21/2017 |
| DOL | NYC | | PETER TRITARIS | | 5990 58TH AVENUE MASPETH NY 11378 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | *****1136 | PHOENIX ELECTRICIANS COMPANY INC | | 540 BROADWAY P O BOX 22222ALBANY NY 12201 | 03/09/2010 | 03/09/2015 |
| DOL | DOL | *****7914 | PRECISION SITE DEVELOPMENT INC | | 89 EDISON AVENUE MOUNT VERNON NY 10550 | 10/28/2011 | 10/28/2016 |
| DOL | DOL | *****2989 | PROFESSIONAL ESTIMATING & BUSINESS CORP | | 157 TIBBETS ROAD YONKERS NY 10705 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****6895 | PROLINE CONCRETE OF WNY INC | | 3090 SHIRLEY ROAD NORTH COLLINS NY 14111 | 04/19/2011 | 12/30/2016 |
| DOL | DOL | *****0015 | RAMADA CONSTRUCTION CORP | | 80 SAVO LOOP STATEN ISLAND NY 10309 | 01/07/2014 | 01/07/2019 |
| DOL | DOL | | RAMON BONILLA | | 938 E 232ND STREET #2 BRONX NY 10466 | 05/25/2010 | 05/25/2015 |
| DOL | DOL | *****2633 | RAW POWER ELECTRIC CORP | | 3 PARK PLACE MIDDLETOWN NY 10940 | 09/16/2013 | 09/16/2018 |
| DOL | NYC | | RAYMOND PEARSON | | P O BOX 957 PORT JEFFERSON STA NY 11776 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | | REBECCA THORNE | | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | | REVOLUTIONARY FLOORS LLC | | P O BOX 268 STILLWATER NY 12170 | 09/16/2013 | 03/21/2019 |
| DOL | DOL | | RHINO CONCRETE LLC | | 101 SULLYS TRAIL/SUITE 20 PITTSFORD NY 14534 | 11/18/2013 | 01/07/2019 |
| DOL | DOL | | RICHARD WILSON | | C/O DUFOUR GROUP INC 353 WEST 56TH STREET #7MNEW YORK NY 10019 | 06/10/2014 | 06/10/2019 |
| DOL | NYC | *****6978 | RISINGTECH INC | | 243-03 137TH AVENUE ROSEDALE NY 11422 | 03/25/2010 | 03/25/2015 |
| DOL | DOL | | ROBBYE BISSESAR | | 89-51 SPRINGFIELD BLVD QUEENS VILLAGE NY 11427 | 01/11/2003 | 01/11/3003 |
| DOL | DOL | *****1855 | ROBERT D BISHOP JR | ROBERT D BISHOP JR | P O BOX 112 MORRISSONVILLE NY 12962 | 07/15/2014 | 07/15/2019 |
| DOL | DOL | | ROBERT D BISHOP JR | | P O BOX 112 MORRISONVILLE NY 12962 | 07/15/2014 | 07/15/2019 |
| DOL | NYC | | ROBERT FICARELLI | | 120-30 28TH AVENUE FLUSHING NY 11354 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | | ROBERT L EVANS | | 128A NORTH STAMFORD ROAD STAMFORD CT 06903 | 05/23/2013 | 05/23/2018 |
| DOL | DOL | | ROCCO ESPOSITO | | C/O ROCMAR CONTRACTING CO 620 COMMERCE STREETTHORNWOOD NY 10594 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | | ROCMAR CONSTRUCTION CORP | | 620 COMMERCE STREET THORNWOOD NY 10594 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | *****7083 | ROCMAR CONTRACTING CORP | | 620 COMMERCE STREET THORNWOOD NY 10594 | 09/24/2012 | 09/24/2017 |
| DOL | DOL | *****9025 | ROJO MECHANICAL LLC | | 938 E 232ND STREET #2 BRONX NY 10466 | 05/25/2010 | 05/25/2015 |
| DOL | DOL | | ROMEO WARREN | | C/O RAW POWER ELECTR CORP 3 PARK PLACEMIDDLETOWN NY 10940 | 09/16/2013 | 09/16/2018 |
| DOL | DOL | *****5905 | ROSE PAINTING CORP | | 222 GAINSBORG AVENUE EAST WEST HARRISON NY 10604 | 05/10/2010 | 05/10/2015 |
| DOL | DOL | | ROSEANNE CANTISANI | | 11 TATAMUCK ROAD POUND RIDGE NY 10576 | 05/04/2012 | 05/04/2017 |
| DOL | NYC | | ROSS J HOLLAND | | 120-30 28TH AVENUE FLUSHING NY 11354 | 01/14/2011 | 01/14/2016 |
| DOL | DOL | | ROSS J MUSCOLINO | | 10 ST CHARLES STREET THORNWOOD NY 10594 | 09/03/2013 | 09/03/2018 |
| DOL | DOL | | S & M CONTRACTING LLC | | 30 MIDLAND AVENUE WALLINGTON NJ 07057 | 11/05/2010 | 11/05/2015 |
| DOL | DOL | | S & S ELECTRIC | | 235 BROADWAY SCHENECTADY NY 12306 | 06/19/2013 | 06/19/2018 |
| DOL | DOL | *****2585 | S B WATERPROOFING INC | | SUITE #3R 2167 CONEY ISLAND AVENUEBROOKLYN NY 11223 | 11/04/2009 | 11/04/2014 |
| DOL | DOL | *****4923 | SCHENLEY CONSTRUCTION INC | | 731 WARWICK TURNPIKE HEWITT NJ 07421 | 06/25/2012 | 12/11/2017 |
| DOL | DOL | | SCOTT LEONARD | GLOBAL TANK CONSTRUCTI ON LLC | P O BOX 1238 SALINA OK 74365 | 11/28/2012 | 11/28/2017 |
| DOL | DOL | | SEAKCO CONSTRUCTION COMPANY LLC | | 128A NORTH STAMFORD ROAD STAMFORD CT 06903 | 05/23/2013 | 05/23/2018 |
| DOL | DOL | *****9030 | SEAKCO NEW YORK LLC | SEAKCO CONSTRUCTI ON COMPANY | 128A NORTH STAMFORD ROAD STAMFORD CT 06903 | 05/23/2013 | 05/23/2018 |
| DOL | DOL | | SEAN BURBAGE | C/O SEAN BURBAGE CORP | 445 ROOSA GAP ROAD BLOOMINGBURG NY 12721 | 04/14/2014 | 04/14/2019 |
| DOL | DOL | *****6586 | SEAN BURBAGE CORP | | 445 ROOSA GAP ROAD BLOOMINGBURG NY 12721 | 04/14/2014 | 04/14/2019 |
| DOL | DOL | *****3540 | SEVEN STAR ELECTRICAL CONTRACTING CORP | | 23-24 STEINWAY STREET ASTORIA NY 11105 | 06/27/2011 | 06/27/2016 |
| DOL | DOL | | SEVEN STAR ELECTRICAL INC | | C/O THEONI ATHANASIADIS 1023 COMMACK ROADDIX HILLS NY 11746 | 06/27/2011 | 06/27/2016 |
| DOL | NYC | | SHAFIQUL ISLAM | | 11-27 30TH DRIVE LONG ISLAND CITY NY 11102 | 05/25/2011 | 05/25/2016 |
| DOL | NYC | | SHAHZAD ALAM | | 21107 28TH AVE BAYSIDE NY 11360 | 07/02/2012 | 07/02/2017 |
| DOL | DOL | | SHAIKF YOUSUF | | C/O INDUS GENERAL CONST 33-04 91ST STREETJACKSON HEIGHTS NY 11372 | 04/28/2010 | 04/28/2015 |

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | *****0415 | SIGNAL CONSTRUCTION LLC | | 199 GRIDER STREET BUFFALO NY 14215 | 11/14/2006 | 02/25/2015 |
| DOL | DOL | *****8469 | SIGNATURE PAVING AND SEALCOATING | | P O BOX 772 JAMESTOWN NY 14701 | 08/13/2010 | 08/13/2015 |
| DOL | DOL | *****8469 | SIGNATURE SEALCOATING AND STRIPING SERVICE | | 345 LIVINGSTON AVENUE P O BOX 772JAMESTOWN NY 14702 | 04/04/2007 | 08/13/2015 |
| DOL | DOL | *****6904 | SIGNING STAR LIMITED LIABILITY COMPANY | | 5 HANSEN PLACE WAYNE NJ 07470 | 09/18/2013 | 09/18/2018 |
| DOL | DOL | *****0667 | SNEEM CONSTRUCTION INC | | 43-22 42ND STREET SUNNYSIDE NY 11104 | 07/01/2011 | 07/01/2016 |
| DOL | DOL | | SPASOJE DOBRIC | | 61 WILLET STREET - SUITE PASSAIC NJ 07055 | 07/09/2010 | 02/23/2017 |
| DOL | DOL | | SPORTSCRAFTERS INC | | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |
| DOL | DOL | *****3539 | SPOTLESS CONTRACTING | IMPACT INDUSTRIAL SERVICES INC | 44 THIELLS-MT IVY ROAD POMONA NY 10970 | 10/14/2011 | 10/14/2016 |
| DOL | DOL | *****3496 | STAR INTERNATIONAL INC | | 89-51 SPRINGFIELD BLVD QUEENS VILLAGE NY 11427 | 08/11/2003 | 08/11/3003 |
| DOL | DOL | | STEFANIE MCKENNA | | 30 MIDLAND AVENUE WALLINGTON NJ 07057 | 11/05/2010 | 11/05/2015 |
| DOL | DOL | | STEPHEN BIANCHI | | 462 LAKEVIEW AVENUE VALHALLA NY 10595 | 12/16/2013 | 12/16/2018 |
| DOL | DOL | | STEPHEON SHELDON | FANTASTIC PAINTING | 493 LANSING ROAD FULTONVILLE NY 12072 | 11/18/2013 | 11/18/2018 |
| DOL | DOL | | STEVEN CONKLIN | | 60 COLONIAL ROAD STILLWATER NY 12170 | 02/15/2011 | 02/15/2016 |
| DOL | DOL | | STUART CHAITIN | | 634 ROUTE 303 BLAUVET NY 10913 | 07/26/2012 | 11/19/2018 |
| DOL | DOL | *****3210 | SUPER SWEEP | FMS | 4 LEGHORN COURT NEW YORK NY 11746 | 11/28/2012 | 11/28/2017 |
| DOL | DOL | | SUZANNE G GOLD | C/O GOLDS FLOORING INSTALLATION S INC | 25 HAMILTON ROAD MONTICELLO NY 12701 | 10/16/2013 | 10/16/2018 |
| DOL | DOL | *****9676 | T D CONTRACTORS CORP | T D CONTRACTOR S INC | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |
| DOL | DOL | | T D CONTRACTORS INC | | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |
| DOL | DOL | | TECH-MECHANICAL FAB DC INC | | 5 PARKER AVENUE POUGHKEEPSIE NY 12601 | 03/25/2014 | 03/25/2019 |
| DOL | DOL | *****4293 | THE J OUVINA GROUP LLC | | 344 SOUNDVIEW LANE COLLEGE POINT NY 11356 | 11/22/2011 | 11/22/2016 |
| DOL | DOL | | THE THORNE GROUP INC | | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |
| DOL | DOL | *****2070 | THE UNIVERSAL GROUP OF NEW YORK INC | | 212 OXFORD WAY SCHENECTADY NY 12309 | 12/11/2012 | 09/16/2018 |
| DOL | DOL | *****9243 | THE WELCOME MAT PROPERTY MANAGEMENT LLC | | P O BOX 268 STILLWATER NY 12170 | 09/16/2013 | 03/21/2019 |
| DOL | DOL | | THEONI ATHANASIADIS | | C/O SEVEN STAR ELECTRICAL 23-24 STEINWAY STREETASTORIA NY 11105 | 06/27/2011 | 06/27/2016 |
| DOL | DOL | | THOMAS DESANTIS | DESANTIS ENTERPRISES | 161 OSWEGO RIVER ROAD PHOENIX NY 13135 | 09/24/2013 | 11/18/2018 |
| DOL | NYC | | THOMAS SCARINCI | | 130-43 92ND AVENUE RICHMOND HILLS NY 11418 | 11/27/2013 | 11/27/2018 |
| DOL | DOL | | THOMAS TERRANOVA | | 13 NEW ROAD/SUITE 1 NEWBURGH NY 12550 | 11/15/2010 | 11/15/2015 |
| DOL | DOL | *****2734 | THREE FRIENDS CONSTRUCTION CORP | | 986 MADISON AVENUE PATERSON NJ 07501 | 01/03/2013 | 01/03/2018 |
| DOL | NYC | *****6253 | THUNDER BROTHERS CORP | | 24 CONGRESS LANE SOUTH RIVER NJ 08882 | 05/01/2013 | 05/01/2018 |
| DOL | DOL | | TIMOTHY F BARBER | | 635 LUZERNE ROAD QUEENSBURY NY 12804 | 09/16/2013 | 09/16/2018 |
| DOL | NYC | | TIMOTHY O'SULLIVAN | | C/O SNEEM CONSTRUCTION 4322 42ND STREETSUNNYSIDE NY 11104 | 07/01/2011 | 07/01/2016 |
| DOL | NYC | *****1523 | TM MECHANICAL CORP | | 130-43 92ND AVENUE RICHMOND HILLS NY 11418 | 11/27/2013 | 11/27/2018 |
| DOL | DOL | | TNT DEMOLITION AND ENVIRONMENTAL INC | | 355 COUNTY ROUTE 8 FULTON NY 13069 | 08/08/2009 | 08/19/2014 |
| DOL | DOL | *****3315 | TOTAL DOOR SUPPLY & INSTALLATION INC | | 16 JOY DRIVE NEW HYDE PPARK NY 11040 | 01/05/2010 | 01/05/2015 |
| DOL | DOL | *****3315 | TOTAL DOOR SUPPLY & INSTALLATION INC | | 16 JOY DRIVE NEW HYDE PPARK NY 11040 | 01/05/2010 | 01/05/2015 |

**NYSDOL Bureau of Public Work Debarment List 08/19/2014**

Article 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOL | DOL | *****8176 | TOURO CONTRACTING CORP | | 1541 EAST 56TH STREET BROOKLYN NY 11234 | 05/04/2012 | 05/04/2017 |
| DOL | DOL | *****2357 | TRAC CONSTRUCTION INC | MUNICIPAL MILLING & MIX -IN- PLACE | 9091 ERIE ROAD ANGOLA NY 14006 | 02/03/2011 | 02/03/2016 |
| DOL | DOL | | TRI STATE TRUCKING INC | | 140 ARMSTRONG AVENUE SYRACUSE NY 13209 | 10/21/2009 | 10/21/2014 |
| DOL | DOL | *****5213 | TRIAD PAINTING CO INC | | 656 N WELLWOOD AVE/STE C LINDENHURST NY 11757 | 09/01/2011 | 09/01/2016 |
| DOL | DOL | *****4294 | TWT CONSTRUCTION COMPANY INC | | 13 NEW ROAD/SUITE 1 NEWBURGH NY 12550 | 11/15/2010 | 11/15/2015 |
| DOL | DOL | | ULIANO AND SONS INC | | 22 GRIFFEN COURT MILLER PLACE NY 11746 | 10/26/2010 | 10/26/2015 |
| DOL | AG | *****6490 | UNIVERSAL STEEL FABRICATORS INC | | 90 JUNIUS STREET BROOKLYN NY 11212 | 01/23/2014 | 01/23/2019 |
| DOL | NYC | *****7174 | V&R CONTRACTING | | P O BOX 957 PORT JEFFERSON STA NY 11776 | 03/12/2014 | 03/12/2019 |
| DOL | DOL | *****1504 | VALLEY VIEW LANDSCAPING AND SITE DEVELOPMENT LLC | | 470 AURORA STREET LANDSCASTER NY 14086 | 10/29/2009 | 10/29/2014 |
| DOL | DOL | *****0854 | VANESSA CONSTRUCTION INC | | 588 MEACHAM AVE/STE 103 ELMONT NY 11003 | 08/24/2010 | 08/24/2015 |
| DOL | NYC | | VEAP SELA | C/O COLONIAL ROOFING COMPANY INC | 247 48TH STREET BROOKLYN NY 11220 | 02/05/2014 | 02/05/2019 |
| DOL | DOL | *****3270 | VEZANDIO CONTRACTING CORP | | 530 BEECH STREET NEW HYDE PARK NY 11040 | 07/02/2012 | 07/02/2017 |
| DOL | NYC | | VICK CONSTRUCTION | | 21 DAREWOOD LANE VALLEY STREAM NY 11581 | 12/31/2013 | 12/31/2018 |
| DOL | NYC | | VICKRAM MANGRU | VICK CONSTRUCTI ON | 21 DAREWOOD LANE VALLEY STREAM NY 11581 | 12/31/2013 | 12/31/2018 |
| DOL | NYC | | VINCENT PIZZITOLA | | P O BOX 957 PORT JEFFERSON STA NY 11776 | 03/12/2014 | 03/12/2019 |
| DOL | NYC | *****9936 | VISHAL CONSTRUCTION INC | | 73-12 35TH AVE - APT F63 JACKSON HEIGHTS NY 11272 | 03/04/2010 | 03/04/2015 |
| DOL | DOL | | WASSIM ISSA | | 470 AURORA STREET LANDSCASTER NY 14086 | 10/29/2009 | 10/29/2014 |
| DOL | DOL | | WESLEY J STAROBA | | 206 TALLY HO COURT SCHENECTADY NY 12303 | 06/19/2013 | 06/19/2018 |
| DOL | DOL | *****0078 | WESLEY J STAROBA INC | S & S ELECTRIC | 235 BROADWAY SCHENECTADY NY 12306 | 06/19/2013 | 06/19/2018 |
| DOL | DOL | *****7617 | WHITE PLAINS CARPENTRY CORP | | P O BOX 309 WHITE PLAINS NY 10603 | 12/04/2009 | 05/04/2017 |
| DOL | DOL | | WILLIAM CONKLIN | | 5 PARKER AVENUE POUGHKEEPSIE NY 12601 | 03/25/2014 | 03/25/2019 |
| DOL | DOL | | WILLIAM MAZZELLA | | 134 MURRAY AVENUE YONKERS NY 10704 | 02/03/2014 | 02/03/2019 |
| DOL | DOL | | WILLIAM SCRIVENS | | 30 MIDLAND AVENUE WALLINGTON NJ 07057 | 11/05/2010 | 11/05/2015 |
| DOL | DOL | | WILLIAM THORNE | | 113 N MAPLE AVENUE GREENSBURG PA 15601 | 02/21/2013 | 02/21/2018 |
| DOL | DOL | | WILLIAM W FARMER JR | | 112 HUDSON AVENUE ROCHESTER NY 14605 | 10/19/2009 | 10/19/2014 |
| DOL | NYC | *****5498 | XAVIER CONTRACTING LLC | | 68 GAYLORD ROAD SCARSDALE NY 10583 | 02/10/2011 | 02/10/2016 |
| DOL | AG | | YULY ARONSON | | 700 SUMMER STREET STAMFORD CT | 11/24/2009 | 11/24/2014 |
| DOL | DOL | | YURIY IVANIN | | C/O MOUNTAIN'S AIR INC 2471 OCEAN AVENUE-STE 7ABROOKLYN NY 11229 | 09/24/2012 | 09/24/2017 |

NO TEXT THIS PAGE

# SECTION 4

# SPECIAL CONDITIONAL SPECIFICATIONS

NO TEXT THIS PAGE

## SPECIAL NOTICE

THE CONTRACTOR IS HEREBY ADVISED THAT THE TOWN OF HEMPSTEAD PROHIBITS ANY WORK TO BE PREFORMED ON ***SATURDAYS, SUNDAYS AND HOLIDAYS*** WITHOUT THE SPECIFIC APPROVAL OF THE COMMISSIONER OF ENGINEERING.

## HOLIDAY SHUTDOWN

THE TOWN'S RIGHT TO RESTRICT OR SUSPEND ANY AND ALL WORK INCLUDES BUT IS NOT LIMITED TO THE FOLLOWING HOLIDAYS:

PRESIDENT'S DAY
PASSOVER
MEMORIAL DAY
INDEPENDENCE DAY
LABOR DAY
ROSH HASHANAH
YOM KIPPUR
COLUMBUS DAY
ELECTION DAY
VETERAN'S DAY
THANKSGIVING
HANUKKAH
CHRISTMAS

IN THE EVENT OF A HOLIDAY FALLING ON A SATURDAY OR SUNDAY THE HOLIDAY SHUTDOWN MAY BE ORDERED FOR EITHER THE FRIDAY PRIOR OR THE MONDAY AFTER SAID HOLIDAY AT THE DESCRETION OF THE ENGINEER.

THE ENGINEER SHALL NOTIFY THE CONTRACTOR WITHIN SEVENTY TWO HOURS OF ANY HOLIDAY SHUTDOWN.

THE EXERCISING OF THIS RIGHT SHALL NOT BE CAUSE FOR ANY CLAIMS FOR ADDITIONAL PAYMENTS. COSTS FOR ANY HOLIDAY SHUTDOWN SHALL BE DEEMED INCLUDED IN PRICE BID FOR ALL ITEMS OF CONTRACT.

NO TEXT THIS PAGE

Apprenticeship Training Requirements

Apprenticeship Training Requirements: The Town of Hempstead recognizes the public and social gains achieved through the establishment of apprenticeship opportunities on Town of Hempstead construction projects. The Town of Hempstead shall recognize apprenticeship programs that are registered by the New York State Department of Labor and that provide training and career opportunities for the construction trades. Accordingly, in order to achieve the stated objectives of the Town of Hempstead's apprenticeship program, the Contractor hereby agrees to the following:

The Contractor agrees that, if the amount of the contract awarded to it by the Town of Hempstead is greater than One Million Dollars ($1,000,000), the Bidder shall have established and/or participate in an apprenticeship training program approved by the New York State Department of Labor and, where required by law, the United States Department of Labor, Bureau of Apprenticeship Training.

A. The Contractor shall employ apprentices in the performance of this Contract and shall seek to achieve the ratio of apprentices to journey level employees of each trade used in this project as contained in the program approved by the New York State Department of Labor.

B. The Contractor, and its subcontractor(s), if not affiliated with labor organizations, shall employ apprentices commensurate with the pay and educational training schedule submitted to, approved, and registered by the New York State Department of Labor. Apprentices who have demonstrated journey person skill level or have completed the requisite time frame for apprenticeship under state registration, which ever comes first, shall be paid journey level wages and fringe benefits. The Contractor or subcontractor shall make a good faith effort to employ such persons during and after completion of their indentured apprenticeship.

C. The Contractor agrees to include these Apprenticeship Training Requirements in every construction sub- contract in excess of Twenty- Five Thousand Dollars ($25,000) with respect to this Project.

D. Failure of the Contractor or a subcontractor to comply with these Apprenticeship Training Requirements during the Contract Performance Period may result in, among other things, an "unsatisfactory" evaluation and/or an assessment of special liquidated damages against the Contractor in the amount of Two Hundred Dollars ($200) for each continuous calendar day following the Contractor's receipt of a written notice that it and/or a Subcontractor are out of compliance with an applicable Apprenticeship Training Program Agreement. The Town of Hempstead may assess liquidated damages until such time that the Contractor and/or its subcontractor(s) are again covered under NYS- approved Apprenticeship Training Program Agreements.

E. The amount of special liquidated damages is agreed upon by and between the Contractor and the Town of Hempstead because of the impracticality and extreme

difficulty of fixing and ascertaining to the actual damages which the Town of Hempstead would sustain in said event and such amount is agreed to be in the amount of damages which the Town of Hempstead or its beneficiaries would sustain and said amount shall be retained from time to time by the Town of Hempstead.

# SECTION 5

# PROPOSAL

NO TEXT THIS PAGE

# PROPOSAL

Place ______________________
Date ______________________
Contract No. PW 46-14

Proposal of ______________________
(hereinafter called "Bidder") (a ______________ corporation/a
[state]
partnership/an individual doing business as ______________________
______________________)
To the Town of Hempstead (hereinafter called Owner).

Gentlemen:

The Bidder, in compliance with your invitation for bids for the construction of the Levittown Water District, Construction of Packed Tower Aeration System at Well 13 – General Construction.

Having examined the Bid Documents and the site of the proposed work, and being familiar with all of the conditions surrounding the construction of the proposed project including the availability of materials and labor, hereby proposes to furnish all labor, materials and supplies and to construct the project in accordance with the Bid Documents, within the time set forth therein, and at the prices stated below. These prices are to cover all expenses incurred in performing the work required under the Bid Documents, of which this proposal becomes a part thereof.

Bidder hereby agrees to commence work under this contract within 15 days after written "Notice to Proceed" of the Owner and to fully complete the project in accordance with the Incentive Payments/Disincentive Assessments Schedule set forth in Section SC 3.0.

NO TEXT THIS PAGE

______________________________
Name of Bidder

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13**
**GENERAL CONSTRUCTION CONTRACT NO. PW 46-14**

**Bidder agrees to perform all work described in Bid Documents for the prices named in the following schedule:**

| Item | Unit of Measure | Estimated Quantity | Description | Unit Price Bid in Both Words and Figures | Total Price Bid in Figures |
|---|---|---|---|---|---|
| 1 | Lump Sum | -- | Furnishing all labor, materials, equipment and appurtenances to complete all work described under General Construction Contract No. PW 46-14 in the Contract Documents. | ____________ dollars and ____________ cents | $______ |
| 2 | Lump Sum | -- | Allowance for furnishing all labor, materials, equipment and appurtenances for landscaping in accordance with Section 02487 and as directed by the Owner. | Ten thousand dollars and no cents | $10,000.00 |
| 3 | Lump Sum | -- | Allowance for providing additional work at the site as directed by the Owner. | Twenty thousand dollars and no cents | $20,000.00 |
| 4 | Lump Sum | -- | Allowance for incentive assessment. | Thirty thousand dollars and no cents | $30,000.00 |

TOTAL AMOUNT OF BID ITEMS 1 THRU 4:

IN FIGURES $______________________________

IN WORDS $______________________________

NO TEXT THIS PAGE

______________________________
Name of Bidder

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13**
**GENERAL CONSTRUCTION CONTRACT NO. PW 46-14**

The Bidder proposes to use the following equipment manufacturers for the following principal items of equipment to be used in the Work to wit:

| Equipment | Reference to Specification Section | Equipment Manufacturer Name and Address |
|---|---|---|

Bids will be compared on the basis of the total amount bid for Items 1 thru 4.

Where the price in figures differs from the price in words, the price in words will be accepted as the amount bid and amounts computed and adjusted accordingly.

Estimated quantities, where given, are approximate and are for the purpose of evaluating the proposals only.

The OWNER reserves the right to omit or add to the construction or any portion of portions of the work heretofore enumerated or shown on the plans without forfeiture of Contract or claims for loss of anticipated profits or any other claims by the BIDDER on account of such omissions or additions.

NO TEXT THIS PAGE

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13**
**GENERAL CONSTRUCTION CONTRACT NO. PW 46-14**

Bidder understands that the Owner reserves the right to reject any or all bids and to waive any informalities in the bidding.

The Bidder agrees that this bid shall be good and may not be withdrawn for a period of 45 calendar days after the scheduled closing time for receiving bids.

Upon receipt of written notice of the acceptance of this Bid, Bidder will execute a formal contract with the Owner and deliver the required Insurance Coverage and Surety Bonds within ten (10) days thereafter.

The bid security attached in the sum of ____________________________________________

____________________________________ ($____________________________________)
is to become the property of the Owner in the event the required Bonds and Insurance are not provided and the contract is not executed within the time above set forth, as liquidated damages for the delay and additional expense to the Owner caused thereby.

Respectfully submitted,

By: ____________________________________
(Signature)

(SEAL - if bid is by a corporation)

____________________________________
(Title)

____________________________________
(Business Address)

NO TEXT THIS PAGE

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13**
**GENERAL CONSTRUCTION CONTRACT NO. PW 46-14**

IRANIAN INVESTMENT ACTIVITIES CERTIFICATION

(To be completed by the Bidder and submitted with the bid.)

By submission of this bid, each Bidder and each person signing on behalf of any Bidder, certifies, and in the case of a joint bid each party hereto certifies as to its own organization, under penalty of perjury, that to the best of its knowledge and belief that each Bidder is not on the list created pursuant to paragraph (b) of subdivision 3 of section 165-a of the State Finance Law.

A bid shall not be considered for award nor shall any award be made where the condition set forth in paragraph a of this subdivision has not been complied with; provided, however, that if in any case the bidder cannot make the foregoing certification, the bidder shall so state and shall furnish with the bid a signed statement which sets forth in detail the reasons therefor. The Village may award a bid to a bidder who cannot make the certification pursuant to paragraph a of this subdivision on a case-by-case basis if:

1) The investment activities in Iran were made before the effective date of this section, the investment activities in Iran have not been expanded or renewed after the effective date of this section, and the person has adopted, publicized, and is implementing a formal plan to cease the investment activities in Iran and to refrain from engaging in any new investments in Iran; or

2) The political subdivision makes a determination that the goods or services are necessary for the political subdivision to perform its functions and that, absent such an exemption, the political subdivision would be unable to obtain the goods or services for which the contract is offered. Such determination shall be made in writing and shall be a public document.

Dated: ____________________, 20__

______________________________ ______________________________

(Name of Corporation or Partnership) (Individual)

______________________________

(Officer Stating Title) (Partner)

NO TEXT THIS PAGE

**PROPOSAL**

Place ______________________
Date ______________________
Contract No. PW 47-14

Proposal of ______________________
(hereinafter called "Bidder") (a ______________ corporation/a
[state]
partnership/an individual doing business as ______________________
______________________)
To the Town of Hempstead (hereinafter called Owner).

Gentlemen:

The Bidder, in compliance with your invitation for bids for the construction of the Levittown Water District, Construction of Packed Tower Aeration System at Well 13 – Plumbing Construction.

Having examined the Bid Documents and the site of the proposed work, and being familiar with all of the conditions surrounding the construction of the proposed project including the availability of materials and labor, hereby proposes to furnish all labor, materials and supplies and to construct the project in accordance with the Bid Documents, within the time set forth therein, and at the prices stated below. These prices are to cover all expenses incurred in performing the work required under the Bid Documents, of which this proposal becomes a part thereof.

Bidder hereby agrees to commence work under this contract within 15 days after written "Notice to Proceed" of the Owner and to fully complete the project in accordance with the Incentive Payments/Disincentive Assessments Schedule set forth in Section SC 3.0.

NO TEXT THIS PAGE

____________________________
Name of Bidder

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13**
**PLUMBING CONSTRUCTION CONTRACT NO. PW 47-14**

**Bidder agrees to perform all work described in Bid Documents for the prices named in the following schedule:**

| **Item** | **Unit of Measure** | **Estimated Quantity** | **Description** | **Unit Price Bid in Both Words and Figures** | **Total Price Bid in Figures** |
|---|---|---|---|---|---|
| 1 | Lump Sum | -- | Furnishing all labor, materials, equipment and appurtenances to complete all work described under Plumbing Construction Contract No. PW 47-14 in the Contract Documents. | __________ dollars and __________ cents | $______ |
| 2 | Lump Sum | -- | Allowance for SCADA system additions. | Eighty-five thousand dollars and no cents | $85,000.00 |
| 3 | Lump Sum | -- | Allowance for providing additional work at the site as directed by the Owner. | Thirty thousand dollars and no cents | $30,000.00 |
| 4 | Lump Sum | -- | Allowance for incentive assessment. | Thirty thousand dollars and no cents | $30,000.00 |

TOTAL AMOUNT OF BID ITEMS 1 THRU 4:

IN FIGURES $______________________________

IN WORDS $______________________________

NO TEXT THIS PAGE

_______________________________
Name of Bidder

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13**
**PLUMBING CONSTRUCTION CONTRACT NO. PW 47-14**

The Bidder proposes to use the following equipment manufacturers for the following principal items of equipment to be used in the Work to wit:

| **Equipment** | **Reference to Specification Section** | **Equipment Manufacturer Name and Address** |
|---|---|---|
| Packed Tower Aeration System | 18300 | |
| Off-Gas Treatment System | 18800 | |
| SCADA System | 18420 | |

Bids will be compared on the basis of the total amount bid for Items 1 thru 4.

Where the price in figures differs from the price in words, the price in words will be accepted as the amount bid and amounts computed and adjusted accordingly.

Estimated quantities, where given, are approximate and are for the purpose of evaluating the proposals only.

The OWNER reserves the right to omit or add to the construction or any portion of portions of the work heretofore enumerated or shown on the plans without forfeiture of Contract or claims for loss of anticipated profits or any other claims by the BIDDER on account of such omissions or additions.

NO TEXT THIS PAGE

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13**
**PLUMBING CONSTRUCTION CONTRACT NO. PW 47-14**

Bidder understands that the Owner reserves the right to reject any or all bids and to waive any informalities in the bidding.

The Bidder agrees that this bid shall be good and may not be withdrawn for a period of 45 calendar days after the scheduled closing time for receiving bids.

Upon receipt of written notice of the acceptance of this Bid, Bidder will execute a formal contract with the Owner and deliver the required Insurance Coverage and Surety Bonds within ten (10) days thereafter.

The bid security attached in the sum of ______________________________

______________________________ ($______________________________)
is to become the property of the Owner in the event the required Bonds and Insurance are not provided and the contract is not executed within the time above set forth, as liquidated damages for the delay and additional expense to the Owner caused thereby.

Respectfully submitted,

By: ______________________________
(Signature)

(SEAL - if bid is by a corporation)

______________________________
(Title)

______________________________
(Business Address)

NO TEXT THIS PAGE

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13**
**PLUMBING CONSTRUCTION CONTRACT NO. PW 47-14**

IRANIAN INVESTMENT ACTIVITIES CERTIFICATION

(To be completed by the Bidder and submitted with the bid.)

By submission of this bid, each Bidder and each person signing on behalf of any Bidder, certifies, and in the case of a joint bid each party hereto certifies as to its own organization, under penalty of perjury, that to the best of its knowledge and belief that each Bidder is not on the list created pursuant to paragraph (b) of subdivision 3 of section 165-a of the State Finance Law.

A bid shall not be considered for award nor shall any award be made where the condition set forth in paragraph a of this subdivision has not been complied with; provided, however, that if in any case the bidder cannot make the foregoing certification, the bidder shall so state and shall furnish with the bid a signed statement which sets forth in detail the reasons therefor. The Village may award a bid to a bidder who cannot make the certification pursuant to paragraph a of this subdivision on a case-by-case basis if:

1) The investment activities in Iran were made before the effective date of this section, the investment activities in Iran have not been expanded or renewed after the effective date of this section, and the person has adopted, publicized, and is implementing a formal plan to cease the investment activities in Iran and to refrain from engaging in any new investments in Iran; or

2) The political subdivision makes a determination that the goods or services are necessary for the political subdivision to perform its functions and that, absent such an exemption, the political subdivision would be unable to obtain the goods or services for which the contract is offered. Such determination shall be made in writing and shall be a public document.

Dated: ___________________, 20__

______________________________ ______________________________
(Name of Corporation or Partnership) (Individual)

______________________________
(Officer Stating Title) (Partner)

NO TEXT THIS PAGE

**PROPOSAL**

Place ____________________
Date ____________________
Contract No. PW 48-14

Proposal of ________________________________________
(hereinafter called "Bidder") (a ____________ corporation/a
[state]
partnership/an individual doing business as ________________________
________________________________________)
To the Town of Hempstead (hereinafter called Owner).

Gentlemen:

The Bidder, in compliance with your invitation for bids for the construction of the Levittown Water District, Construction of Packed Tower Aeration System at Well 13 – Electrical Construction.

Having examined the Bid Documents and the site of the proposed work, and being familiar with all of the conditions surrounding the construction of the proposed project including the availability of materials and labor, hereby proposes to furnish all labor, materials and supplies and to construct the project in accordance with the Bid Documents, within the time set forth therein, and at the prices stated below. These prices are to cover all expenses incurred in performing the work required under the Bid Documents, of which this proposal becomes a part thereof.

Bidder hereby agrees to commence work under this contract within 15 days after written "Notice to Proceed" of the Owner and to fully complete the project in accordance with the Incentive Payments/Disincentive Assessments Schedule set forth in Section SC 3.0.

NO TEXT THIS PAGE

______________________________
Name of Bidder

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13**
**ELECTRICAL CONSTRUCTION CONTRACT NO. PW 48-14**

**Bidder agrees to perform all work described in Bid Documents for the prices named in the following schedule:**

| Item | Unit of Measure | Estimated Quantity | Description | Unit Price Bid in Both Words and Figures | Total Price Bid in Figures |
|---|---|---|---|---|---|
| 1 | Lump Sum | -- | Furnishing all labor, materials, equipment and appurtenances to complete all work described under Electrical Construction Contract No. PW 48-14 in the Contract Documents. | ____________ dollars and ____________ cents | $______ |
| 2 | Lump Sum | -- | Allowance for electrical service upgrade work performed by PSEG. | Twenty thousand dollars and no cents | $20,000.00 |
| 3 | Lump Sum | -- | Allowance for providing additional work at the site as directed by the Owner. | Twenty thousand dollars and no cents | $20,000.00 |
| 4 | Lump Sum | -- | Allowance for incentive assessment | Twenty thousand dollars and no cents | $20,000.00 |

TOTAL AMOUNT OF BID ITEMS 1 THRU 4:

IN FIGURES $______________________________

IN WORDS $______________________________

NO TEXT THIS PAGE

____________________________
Name of Bidder

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13**
**ELECTRICAL CONSTRUCTION CONTRACT NO. PW 48-14**

The Bidder proposes to use the following equipment manufacturers for the following principal items of equipment to be used in the Work to wit:

| Equipment | Reference to Specification Section | Equipment Manufacturer Name and Address |
|---|---|---|

Bids will be compared on the basis of the total amount bid for Items 1 thru 4.

Where the price in figures differs from the price in words, the price in words will be accepted as the amount bid and amounts computed and adjusted accordingly.

Estimated quantities, where given, are approximate and are for the purpose of evaluating the proposals only.

The OWNER reserves the right to omit or add to the construction or any portion of portions of the work heretofore enumerated or shown on the plans without forfeiture of Contract or claims for loss of anticipated profits or any other claims by the BIDDER on account of such omissions or additions.

NO TEXT THIS PAGE

## BIDDER'S PROPOSAL

## LEVITTOWN WATER DISTRICT
## CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13
## ELECTRICAL CONSTRUCTION CONTRACT NO. PW 48-14

Bidder understands that the Owner reserves the right to reject any or all bids and to waive any informalities in the bidding.

The Bidder agrees that this bid shall be good and may not be withdrawn for a period of 45 calendar days after the scheduled closing time for receiving bids.

Upon receipt of written notice of the acceptance of this Bid, Bidder will execute a formal contract with the Owner and deliver the required Insurance Coverage and Surety Bonds within ten (10) days thereafter.

The bid security attached in the sum of ______________________________

______________________________ ($______________________________)
is to become the property of the Owner in the event the required Bonds and Insurance are not provided and the contract is not executed within the time above set forth, as liquidated damages for the delay and additional expense to the Owner caused thereby.

Respectfully submitted,

By: ______________________________
(Signature)

(SEAL - if bid is by a corporation)

______________________________
(Title)

______________________________
(Business Address)

NO TEXT THIS PAGE

**BIDDER'S PROPOSAL**

**LEVITTOWN WATER DISTRICT**
**CONSTRUCTION OF PACKED TOWER AERATION SYSTEM AT WELL 13**
**ELECTRICAL CONSTRUCTION CONTRACT NO. PW 48-14**

IRANIAN INVESTMENT ACTIVITIES CERTIFICATION

(To be completed by the Bidder and submitted with the bid.)

By submission of this bid, each Bidder and each person signing on behalf of any Bidder, certifies, and in the case of a joint bid each party hereto certifies as to its own organization, under penalty of perjury, that to the best of its knowledge and belief that each Bidder is not on the list created pursuant to paragraph (b) of subdivision 3 of section 165-a of the State Finance Law.

A bid shall not be considered for award nor shall any award be made where the condition set forth in paragraph a of this subdivision has not been complied with; provided, however, that if in any case the bidder cannot make the foregoing certification, the bidder shall so state and shall furnish with the bid a signed statement which sets forth in detail the reasons therefor. The Village may award a bid to a bidder who cannot make the certification pursuant to paragraph a of this subdivision on a case-by-case basis if:

1) The investment activities in Iran were made before the effective date of this section, the investment activities in Iran have not been expanded or renewed after the effective date of this section, and the person has adopted, publicized, and is implementing a formal plan to cease the investment activities in Iran and to refrain from engaging in any new investments in Iran; or

2) The political subdivision makes a determination that the goods or services are necessary for the political subdivision to perform its functions and that, absent such an exemption, the political subdivision would be unable to obtain the goods or services for which the contract is offered. Such determination shall be made in writing and shall be a public document.

Dated: ____________________, 20__

______________________________ ______________________________
(Name of Corporation or Partnership) (Individual)

______________________________
(Officer Stating Title) (Partner)

NO TEXT THIS PAGE

## SECTION 6

## TOWN FORMS

TF-1 -    Bidder Acknowledgement

TF-1A – Public Disclosure Statement

TF-2 -    Qualification of Bidder

TF-2A - Qualification Statement

TF-3 -    Non-Collusive Bidding Certificate

TF-4 -    Bid Bond

TF-5 -    Notice of Award

TF-6 -    Performance Bond

TF-7 -    Labor and Material Payment Bond

TF-8 -    Agreement

TF-9 -    Notice to Proceed

TF-10-   Maintenance Bond

TF-11-   Labor Payment Affidavit

TF-12-   Certificate of Completion

NO TEXT THIS PAGE

**BIDDER ACKNOWLEDGEMENT**

Bidder acknowledges receipt of the following addendum
(list all)

| ADDENDUM: | DATE: | SIGNATURE OF PERSON SIGNING PROPOSAL: |
|---|---|---|
| ________ | ________ | ______________________________ |
| ________ | ________ | ______________________________ |
| ________ | ________ | ______________________________ |

Bidder agrees to perform all of the ______________________________

______________________________

work described in the Bid Documents for the sum of:

______________________________

______________________________ ($______________)

Amount Shall Be Shown in Both Words and Figures. (In case of discrepancy, the amount shown in words will govern.)

Bidder understands that the Owner reserves the right to reject any or all bids and to waive any informalities in the bidding.

The Bidder agrees that this bid shall be good and may not be withdrawn for a period of 45 calendar days after the scheduled closing time for receiving bids.

Upon receipt of written notice of the acceptance of the bid, Bidder will execute a formal Contract with the Owner and deliver the required insurance coverage and surety bonds within ten (10) days thereafter.

The bid security attached in the sum of ______________________________

______________________________

is to become the property of the Owner in the event the required bonds and insurance are not provided and the Contract is not executed within the time above set forth, as liquidated damages for delay and additional expense to the Owner caused thereby.

Respectfully Submitted:

By ______________________
(Signature)

______________________
(Title)

(Seal – If bid is
by a Corporation)

______________________
(Business Address)

TF-1

NO TEXT THIS PAGE

COUNCIL MEMBERS

ANTHONY J. SANTINO
ANGIE M. CULLIN
DOROTHY L. GOOSBY
GARY A. HUDES
JAMES DARCY
EDWARD A. AMBROSINO

MARK A. BONILLA
TOWN CLERK

DONALD X. CLAVIN, JR.
RECEIVER OF TAXES

JOHN REINHARDT
COMMISSIONER

# TOWN OF HEMPSTEAD

## *DEPARTMENT of WATER*

1995 PROSPECT AVENUE, EAST MEADOW, NY 11554
(516) 794-8300
FAX (516) 794-1355

KATE MURRAY
SUPERVISOR

### CONTRACTOR'S / VENDOR'S PUBLIC DISCLOSURE STATEMENT

(TO BE SUBMITTED WITH CONTRACTORS BID)

1. Contractor's / Vendor's Name ______________________________
   Address ______________________________
   City and State ____________________ Zip Code ____________
   Phone Number ______________ Fax ______ Number ______________

2. Contracting Department's Name ______________________________
   Address ______________________________

3. Payee Identification or Social Security No. ______________________

4. Type of Business: ______ Corporation _______ Partnership

5. Table of Organization. List Names and Addresses of all principals (that is, all individuals serving on the Board of Directors or comparable body, names and addresses of all partners, names and addresses of all corporate officers.

   ______________________________
   ______________________________
   ______________________________
   ______________________________
   ______________________________

6. List names and addresses of those individual shareholders holding more than five percent (5%) interest in the firm. (If Applicable)

   ______________________________
   ______________________________
   ______________________________
   ______________________________

7. Signature: ______________________________

   Title: ____________________ Date: ____________

**TF-1A**

NO TEXT THIS PAGE

## CONTRACTORS QUALIFICATION STATEMENT

The signatory of this questionnaire certifies under oath the truth and correctness of all statements and all answers to interrogatories made.

SUBMITTED TO: Commissioner of General Services
Town of Hempstead, Nassau County, New York

SUBMITTED BY: ______________________________

PRINCIPAL OFFICE: ______________________________

Names and Addresses of Owners, Corporate Officers, Partners, Etc.

### PRINCIPAL OFFICERS

PRESIDENT:

______________________________
(Name) (Address) (Background Profession or Trade)

VICE PRESIDENT:

______________________________
(Name) (Address) (Background Profession or Trade)

SECRETARY:

______________________________
(Name) (Address) (Background Profession or Trade)

TREASURER:

______________________________
(Name) (Address) (Background Profession or Trade)

The Contractor is (Check one of the following):

______ Sub-chapter "S" Corporation

______ Public Corporation

______ Closely Held Corporation

______ Partnership

______ Individually Owner Business

The Contractor's Federal Employer Identification Number is: ______________________

TF-2

NO TEXT THIS PAGE

**List Stockholders**

(Not required if publicly held, however, disclosure is required if more than 10% of the Stock is held by one person).

NAME ADDRESS

1.________________________________________

2. ________________________________________

3. ________________________________________

4. ________________________________________

Individual Ownership or Partnership (List all Names and Addresses)

NAME ADDRESS

1. ________________________________________

2. ________________________________________

3. ________________________________________

4. ________________________________________

**NOTE:**

**Failure to supply above information prior to, or at bid opening will cause an informal bid that will be disqualified.**

Persons or firms submitting bids must be engaged in the lines of work required in these specifications, or shall be able to refer to work of similar character performed by them. Bidders must present satisfactory evidence of experience, ability and financial standing, and also a statement as to their plant and machinery.

**TF-2 cont.**

NO TEXT THIS PAGE

1. Your organization has been in business as a Contractor under its present business name for_______ years.

2. You normally perform _______% of the work with your forces.

List the Trades Below:

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

3. Have you ever failed to complete any work awarded to you? _______

   If so, note where and why. _______________________________

   _______________________________________________

4. List the major construction projects your organization has under construction at on this date.

| Project Completion | Owner | Engineer | Contract Amount | Percent Complete | Scheduled |
|---|---|---|---|---|---|

A. _______________________________________________

B. _______________________________________________

C. _______________________________________________

D. _______________________________________________

E. _______________________________________________

**TF-2 cont**

NO TEXT THIS PAGE

5. List five major projects your organization has completed in the past five years.

| | Project | Owner | Engineer | Contract Amount | Date Of Completion | Work Done With Own Forces % of Work Trades |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| (5) | | | | | | |

6. List the contraction experience of the principal individual of your organization (particularly the anticipated project supervisors).

| | Individual's Name | Present Position or Office | Years of Experience | Type of work for which Responsible | In What Capacity |
|---|---|---|---|---|---|
| A. | | | | | |
| B. | | | | | |
| C. | | | | | |
| D. | | | | | |
| E. | | | | | |
| F. | | | | | |

**TF-2 cont.**

NO TEXT THIS PAGE

7. Itemized list of bidder's major plant and equipment.

A. ____________________

B. ____________________

C. ____________________

D. ____________________

E. ____________________

F. ____________________

G. ____________________

8. Bank References.

A. ____________________

B. ____________________

9. Trade association membership.

A. ____________________

B. ____________________

C. ____________________

TF-2 cont.

NO TEXT THIS PAGE

10. Attach state of financial conditions, including Contractor's latest regular dated financial statement or balance sheet.

Date of current statement or balance sheet: ____________________

Name and address of firm preparing statement: ____________________________________

____________________________________________________________________

Dated at ____________ this __________ Day of ___________ 20____

Name of organization: ________________________________________

By: ______________________________________________

Title: ______________________________________________

State of ____________________

County of ____________________

M ________________________________being duly sworn deposes and says that he/she is

the _______________ of ______________________ Contractor and that answers to the

foregoing questions and all statements therein contained are true and correct.

Sworn to before me this _____________ day of _____________ 20____

Notary Public:

My Commission Expires:

NO TEXT THIS PAGE

**CERTIFICATION OF CONTRACTOR'S**

**QUALIFICATION STATEMENT**

CURRENT

I certify that (our) (my) qualifications statement dated ____________________, as on file with the Department of General Services, Town of Hempstead, is current and that it reflects (our)(my) organization , operations, and financial status as of this______ day of ____________________; with the following exceptions:

STATE OF: )
ss.:
COUNTY OF )

M__________________________ being duly sworn deposes and says that he/she is the ______________________ of __________________________ Contractor and that answers to the foregoing and all statements therein contained are true and correct.

Sworn to before me this _______________day of _____________ 20____

NOTARY PUBLIC:

MY COMMISSION EXPIRES:

TF-2A

NO TEXT THIS PAGE

# NON-COLLUSIVE BIDDING CERTIFICATION

(Required by Section 103-D of the General Municipal Law)

By submission of this Bid, each Bidder and each person signing on behalf of any Bidder, certifies and in the case of a joint Bid, each party thereto certifies as to its own organization under penalty of perjury, that to the best of knowledge and belief:

1. The prices in this Bid have been arrived at independently without collusion, consultation, communication, or agreement for the purpose of restricting competition, as to any matter relating to such prices with any other Bidder or with any competitor;

2. Unless otherwise required by law, the prices which have been quoted in this Bid have nor been knowingly disclosed by the Bidder and will not knowingly be disclosed by the Bidder prior to opening, directly or indirectly, to any Bidder or to any competitor; and

3. No attempt has been made or will be made by the Bidder to induce any other person, partnership, or corporation to submit or not submit a Bid for the purpose of restricting competition.

Dated ______________________________, 20________

______________________________________
(Legal Name of Person Firm or Corporation)

By ___________________________________

**THE FOLLOWING RESOLUTION FORM MUST BE COMPLETED IF THE BIDDER IS A CORPORATION:**

Resolved that ____________________________________________________________
(Name and Title of Signator and Name of Corporation)

be authorized to sign and submit the Bid or Proposal of this corporation for the following project:

and to include in such Bid the certificate as to non-collusion required by Section 103-D of the General Municipal Law as the act and deed of such corporation and for any inaccuracies or misstatement in such certificate this corporate Bidder shall be liable under the penalties of perjury.

The foregoing is a true and correct copy of the resolution adopted by
______________________________________________________________ Corporation
(Name of Corporation)

at a meeting of its board of directors held on the________ day of ______________,20________.

(SEAL OF CORPORATION)

______________________________________
(Secretary)

**TF-3**

NO TEXT THIS PAGE

## BID BOND

KNOW ALL MEN BY THESE PRESENTS:
that we, the undersigned

____________________________________________

as Principal, and as Surety are hereby held firmly bound unto

____________________________________________

the penal sum of ______________________ for the payment of which, well and truly to be made, we hereby jointly and severally bind ourselves, our heirs, executors, administrators, successors and assigns.

Signed this __________________ day of_____________, 20_____

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that, WHEREAS the

Principal has submitted to ____________________________________________

a certain Bid, attached hereto and hereby made a part hereof, to enter into a Contract in writing for the ____________________________________________

NOW THEREFORE,

A) If said Bid shall be rejected or in the alternate

B) If said Bid shall be accepted and the Principal shall execute and deliver a Contract in the form of Contract attached hereto (properly completed in accordance with said Bid) and shall furnish a bond for his faithful performance of said Contract, and for the payment of all persons performing labor or furnishing materials in connection therewith and shall in all other respects perform the agreement created by the acceptance of said Bid,

Then, this obligation shall be void, otherwise the same shall remain in force and effect; it being expressly understood and agreed that the liability of the Surety for any and all claims hereunder shall, in no event, exceed the penal amount of this obligation as herein stated.

The Surety, for value received, hereby stipulates and agrees that the obligations of said Surety and its bond shall be in no way impaired or affected by any extension of the time within which the Obligee may accept such Bid; and said Surety does hereby waive notice of any such extension.

IN WITNESS WHEREOF, the Principal and the Surety have hereunto set their hands and seals and such of them as are corporations have caused their corporate seals to be hereto affixed and these presents to be signed by their proper officers, the day year first set forth above.

____________________________
Principal

By__________________________

TF-4

NO TEXT THIS PAGE

TO:

____________________________

by Resolution # __________ Regarding ____________________________

__________________________________________________________

Passed on ______________________ by the Town Board, You Are Hereby Notified to Be the Successful Bidder. Please Arrange for Required Bonds and Insurance and Contact M__________________________ at the Town Attorney's Office Immediately to Secure All Necessary Information for Formal Signing of Contract Which Must Be Accomplished Within Ten (10) Days of This Notice of Award.

Commissioner
Department of Water

**TF-5**

NO TEXT THIS PAGE

)

# PERFORMANCE BOND

**KNOW ALL MEN BY THESE PRESENTS:**

That ______________________________________________________________
(Here insert the name and address or legal title of the Contractor)

as Principal, hereinafter called Contractor, and ______________________, a Corporation of the ________________________, with its home office in the ________________,U.S.A., as Surety, hereinafter called Surety are held and firmly bound unto ____________________
______________________________________________________________
(Here insert name and address or legal title of the Owner)

as Obligee, hereinafter called Owner, in the amount of ________________________ Dollars ($ ______________), for the payment whereof Contractor and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Contractor has by written agreement dated________ 20___, entered into a Contract with the Owner for ________________________________________________ ________________________________ in accordance with drawings and specifications prepared by:______________________________________________________
(Here insert full name, title and address)

which Contract is by reference made a part hereof and is herein after referred to as the Contract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Contractor shall promptly and faithfully perform said Contract, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

The Surety hereby waives notice of any alteration or extension of time made by the Owner.

Whenever Contractor shall be and declared by Owner to be in default under the Contract, the Owner having performed Owner's obligation thereunder, the Surety may promptly:

1) complete the Contract in accordance with its terms and conditions, or

2) obtain a bid or bids for submission to Owner for completing the Contract in accordance with its terms and conditions and upon determination by Owner and Surety of the lowest responsible Bidder, arrange for a Contract between such Bidder and Owner, and make available as work progresses (even though there should be a default or a succession of defaults under the Contract or Contracts of completion arranged under this paragraph) sufficient funds to pay the cost of completion less the balance of the contract price; but not exceeding, including other costs and damages for which the Surety may be liable hereunder, the amount set forth in the first paragraph hereof.

**TF-6**

NO TEXT THIS PAGE

The term "Balance of the Contract price" as used in this paragraph shall mean the total amount payable by Owner to Contractor under the Contract and any amendments thereto, less the amount properly paid by Owner to Contractor.

Any suit under this bond must be instituted before the expiration of two (2) years from the date on which final payment under the Contract falls due.

No right of action shall accrue on this bond to or for the use of any person or corporation other that the Owner named herein or the heirs, executors, administrators or successors of Owner.

Signed and sealed this ________________ day of____________20_______

In the present of:____________________________________________________________(Seal)
Principal

____________________________________ ____________________________________
Title

____________________________________ By ____________________________(Seal)

**TF-6 cont.**

NO TEXT THIS PAGE

# LABOR AND MATERIAL PAYMENT BOND

NOTE: This bond is issued simultaneously with Performance Bond in favor of the Owner conditioned on the full and faithful performance of the Contract.

KNOW ALL MEN BY THESE PRESENTS:

that ______________________________________________
(Here insert the name and address or legal title of the Contractor)

as Principal, herein after called Principal, and______________________________, a Corporation of the __________________with its home office in the____________________, U.S.A., as Surety, hereinafter called Surety, are held firmly bound unto:

______________________________________________
(Here insert the name and address or legal title of the Owner)

as Obligee, herein after called Owner, for the use and benefit of claimants as herein below defined, in the amount of ______________________________________________ Dollars

($__________________),

for payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated ________________, 20____, entered into a Contract with the Owner for __________________________ in accordance with drawings and specifications prepared by:

______________________________________________
(Here insert full name, title and address)

which Contract is by reference made a part here of and is hereinafter referred to as the Contract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Principal shall promptly make payment to all claimants as hereinafter defined, for all labor and material used or reasonable required for use in the performance of the Contract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

1. A claimant is defined as one having a direct Contract with the Principal or with a Subcontractor of the Principal for labor, material, or both, used or reasonable required for use in the performance of the Contract, labor and material being construed to include that part of water, gas power, light, heat, oil, gasoline, telephone service or rental or equipment directly applicable to the Contract.

2. The above named Principal and Surety hereby jointly and severally agree with the Owner that every claimant as herein defined, who has not been paid in full before the expiration of a period

NO TEXT THIS PAGE

of ninety 90) days after the date on which the last of such claimant's work or labor was done or performed, or materials were furnished by such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due claimant and have execution thereon. The Owner shall not be liable for the payment of any costs or expenses of any such suit.

3. No suit or action shall be commenced hereunder by any claimant:

A) Unless claimant, other than one having a direct Contract with the Principal, shall have given written notice to any two of the following: the Principal, the Owner, or the Surety above named, within ninety (90) days after such claimant did or performed the last of the work or labor, or furnished the last of the materials for which said claim is made, stating with substantial accuracy the amount claimed and the name of the party to who the materials were furnished, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same by registered mail

or certified mail, postage prepaid, in an envelope addressed to the Principal, Owner or surety, at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process may be served in the state in which the aforesaid project is located, save that such service need not be made by a public officer.

B) After the expiration of one (1) year following the date on which Principal ceased work on said Contract, it being understood, however, that if any limitations embodied in this bond is prohibited by any law controlling the construction hereof such limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

C) Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof, is situated, or in the United States District Court for the district in which the project, or any part thereof, is situated and not elsewhere.

4. The amount of this bond shall be reduced by and to the extent of any payments made in good faith hereunder, inclusive of the payment by Surety of mechanics' liens, which may be field of record against said improvement, whether or not claim for the amount of such lien be presented under and against this bond.

SIGNED AND SEALED THIS ______________ DAY OF ________________ 20_____

IN THE PRESENCE OF:

________________________________ (Seal)
Principal

________________________________
________________________________
Title

________________________________
By ________________________________ (Seal)
Title

**TF-7 cont.**

NO TEXT THIS PAGE

# AGREEMENT

THIS AGREEMENT, made on the _____ day of _________________, 20_____ by and between the Town of Hempstead, party of the first part, hereinafter called the Owner, and ________________________________________, hereinafter called the Contractor, in accordance with plans, specifications and all Contract Documents for:

Levittown Water District Construction of Packed Tower Aeration System at Well 13 – General Construction Contract No. PW 46-14

hereinafter called the Project.

NOW, THEREFORE, the Owner and Contractor for the consideration hereinafter set forth, agree as follows:

The Contractor agrees to perform and complete in a workmanship manner all work required for the construction of the Project, in strict compliance with the Contract Documents, which are hereby made part of this Agreement.

Work under this Agreement shall be commenced upon written notice to proceed and shall be complete within 240 calendar days of the commencement of the Contract time as defined in the General Conditions of the Contract.

The Owner agrees to pay and the Contractor agrees to accept, in full payment for the performance of the Contract, THE CONTRACT AMOUNT OF:

__________________________________________________ Dollars ($____________________)

in accordance with the provisions of the Contract Document.

IN WITNESS WHEREOF the parties have duly executed this Agreement in duplicate originals, this date and year first written above.

TOWN OF HEMPSTEAD, NEW YORK

By ________________________________
Supervisor Date

________________________________
Town Comptroller Date

________________________________
Commissioner, General Services Date

________________________________
Town Attorney Date

________________________________
Contractor Date

By ________________________________
Title Date

________________________________
Address

________________________________
Commissioner, Water Date

**TF-8**

NO TEXT THIS PAGE

State of New York )
) ss:
County of Nassau )

On this ____________________ day of__________________20____, before me personally came ________________________________to me known and known to me to be the individual described in and who executed the foregoing instrument and acknowledged to me that (s) he executed the same.

____________________________
Notary Public, Nassau County

State of New York )
) ss:
County of Nassau )

On this ____________________ day of__________________20____, before me personally came ____________________________________to me known and known to me, who, being by me duly sworn, did depose and say that (s) he resides at ______________________________ and that (s) he is the ______________________________of the corporation described in which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he signed his name thereto by like order.

____________________________
Notary Public, Nassau County

State of New York )
) ss:
County of Nassau )

On this ____________________ day of______________________, 20____, before me personally came, Kathleen P. Murray to me known and known to me to be the Supervisor of The Town Board of The Town of Hempstead, Nassau County, New York; who being by me duly sworn did depose and say that she resides at 59 Knoll Lane. Levittown, Nassau County, New York; and she is the Supervisor of The Town Board of The Town of Hempstead, Nassau County, New York, the corporation described in and which executed the above instrument and that she knows the corporate seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of The Town Board of The Town of Hempstead, Nassau County, New York and that by like order she thereunto signed her name and official designation.

____________________________
Notary Public, Nassau County

**TF-8**

NO TEXT THIS PAGE

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A CORPORATION

State of New York )
) ss:
County of Nassau )

On this ___________________ day of___________________20____, before me personally came ___________________________________to me known and known to me, who, being by me duly sworn, did depose and say that (s) he resides at____________________________ and that (s)he is the__________________________of_________________________, the corporation described in which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he signed his name thereto by like order.

__________________________
Notary Public, Nassau County

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A PARTNERSHIP

State of New York )
) ss:
County of Nassau )

On this ___________________ day of___________________20____, before me personally appeared ________________________________ to me known and known to me to be one of the members of the firm of ________________________________________described in and who executed the foregoing instrument and he acknowledged to me that he executed the same as and for the act and deed of said firm.

__________________________
Notary Public, Nassau County

## ACKNOWLEDGEMENT OF PRINCIPAL, IF AN INDIVIDUAL

State of New York )
) ss:
County of Nassau )

On this ___________________ day of___________________20____, before me personally appeared ________________________________ to me known and known to me to be one of the members of the firm of ________________________________________described in and who executed the foregoing instrument and he acknowledged to me that he executed the same.

__________________________
Notary Public, Nassau County

**TF-8 cont.**

NO TEXT THIS PAGE

# AGREEMENT

THIS AGREEMENT, made on the _____ day of ________________, 20_____ by and between the Town of Hempstead, party of the first part, hereinafter called the Owner, and ________________________________________, hereinafter called the Contractor, in accordance with plans, specifications and all Contract Documents for:

Levittown Water District Construction of Packed Tower Aeration System at Well 13 – Electrical Construction Contract No. PW 48-14

hereinafter called the Project.

NOW, THEREFORE, the Owner and Contractor for the consideration hereinafter set forth, agree as follows:

The Contractor agrees to perform and complete in a workmanship manner all work required for the construction of the Project, in strict compliance with the Contract Documents, which are hereby made part of this Agreement.

Work under this Agreement shall be commenced upon written notice to proceed and shall be complete within 240 calendar days of the commencement of the Contract time as defined in the General Conditions of the Contract.

The Owner agrees to pay and the Contractor agrees to accept, in full payment for the performance of the Contract, THE CONTRACT AMOUNT OF:

__________________________________________________Dollars ($____________________)

in accordance with the provisions of the Contract Document.

IN WITNESS WHEREOF the parties have duly executed this Agreement in duplicate originals, this date and year first written above.

TOWN OF HEMPSTEAD, NEW YORK

| | |
|---|---|
| By ______________________ | ______________________ |
| Supervisor  Date | Contractor  Date |
| ______________________ | By ______________________ |
| Town Comptroller  Date | Title  Date |
| ______________________ | ______________________ |
| Commissioner, General Services  Date | Address |
| ______________________ | ______________________ |
| Town Attorney  Date | Commissioner, Water  Date |

TF-8

NO TEXT THIS PAGE

State of New York )
) ss:
County of Nassau )

On this ________________ day of ______________20____, before me personally came ____________________________ to me known and known to me to be the individual described in and who executed the foregoing instrument and acknowledged to me that (s) he executed the same.

______________________
Notary Public, Nassau County

State of New York )
) ss:
County of Nassau )

On this ________________ day of ________________20____, before me personally came ______________________________ to me known and known to me, who, being by me duly sworn, did depose and say that (s) he resides at ________________________ and that (s) he is the _________________________of the corporation described in which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he signed his name thereto by like order.

______________________
Notary Public, Nassau County

State of New York )
) ss:
County of Nassau )

On this ________________ day of __________________, 20____, before me personally came, Kathleen P. Murray to me known and known to me to be the Supervisor of The Town Board of The Town of Hempstead, Nassau County, New York; who being by me duly sworn did depose and say that she resides at 59 Knoll Lane. Levittown, Nassau County, New York; and she is the Supervisor of The Town Board of The Town of Hempstead, Nassau County, New York, the corporation described in and which executed the above instrument and that she knows the corporate seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of The Town Board of The Town of Hempstead, Nassau County, New York and that by like order she thereunto signed her name and official designation.

______________________
Notary Public, Nassau County

**TF-8**

NO TEXT THIS PAGE

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A CORPORATION

State of New York )
) ss:
County of Nassau )

On this __________________ day of___________________20____, before me personally came _________________________________to me known and known to me, who, being by me duly sworn, did depose and say that (s) he resides at___________________________ and that (s)he is the_________________________of________________________, the corporation described in which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he signed his name thereto by like order.

_________________________
Notary Public, Nassau County

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A PARTNERSHIP

State of New York )
) ss:
County of Nassau )

On this __________________ day of___________________20____, before me personally appeared ______________________________ to me known and known to me to be one of the members of the firm of ______________________________________described in and who executed the foregoing instrument and he acknowledged to me that he executed the same as and for the act and deed of said firm.

_________________________
Notary Public, Nassau County

## ACKNOWLEDGEMENT OF PRINCIPAL, IF AN INDIVIDUAL

State of New York )
) ss:
County of Nassau )

On this __________________ day of___________________20____, before me personally appeared ______________________________ to me known and known to me to be one of the members of the firm of ______________________________________described in and who executed the foregoing instrument and he acknowledged to me that he executed the same.

_________________________
Notary Public, Nassau County

**TF-8 cont.**

NO TEXT THIS PAGE

# AGREEMENT

THIS AGREEMENT, made on the _____ day of ________________, 20_____ by and between the Town of Hempstead, party of the first part, hereinafter called the Owner, and ________________________________________, hereinafter called the Contractor, in accordance with plans, specifications and all Contract Documents for:

Levittown Water District Construction of Packed Tower Aeration System at Well 13 – Plumbing Construction Contract No. PW 47-14

hereinafter called the Project.

NOW, THEREFORE, the Owner and Contractor for the consideration hereinafter set forth, agree as follows:

The Contractor agrees to perform and complete in a workmanship manner all work required for the construction of the Project, in strict compliance with the Contract Documents, which are hereby made part of this Agreement.

Work under this Agreement shall be commenced upon written notice to proceed and shall be complete within 240 calendar days of the commencement of the Contract time as defined in the General Conditions of the Contract.

The Owner agrees to pay and the Contractor agrees to accept, in full payment for the performance of the Contract, THE CONTRACT AMOUNT OF:

________________________________________Dollars ($__________________)

in accordance with the provisions of the Contract Document.

IN WITNESS WHEREOF the parties have duly executed this Agreement in duplicate originals, this date and year first written above.

TOWN OF HEMPSTEAD, NEW YORK

By ______________________________
Supervisor Date

______________________________
Town Comptroller Date

______________________________
Commissioner, General Services Date

______________________________
Town Attorney Date

______________________________
Contractor Date

By______________________________
Title Date

______________________________
Address

______________________________
Commissioner, Water Date

TF-8

NO TEXT THIS PAGE

State of New York )
) ss:
County of Nassau )

On this ____________________ day of__________________20____, before me personally came ________________________________to me known and known to me to be the individual described in and who executed the foregoing instrument and acknowledged to me that (s) he executed the same.

___________________________
Notary Public, Nassau County

State of New York )
) ss:
County of Nassau )

On this ____________________ day of__________________20____, before me personally came ________________________________to me known and known to me, who, being by me duly sworn, did depose and say that (s) he resides at ___________________________ and that (s) he is the ____________________________of the corporation described in which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he signed his name thereto by like order.

___________________________
Notary Public, Nassau County

State of New York )
) ss:
County of Nassau )

On this ____________________ day of______________________, 20____, before me personally came, Kathleen P. Murray to me known and known to me to be the Supervisor of The Town Board of The Town of Hempstead, Nassau County, New York; who being by me duly sworn did depose and say that she resides at 59 Knoll Lane. Levittown, Nassau County, New York; and she is the Supervisor of The Town Board of The Town of Hempstead, Nassau County, New York, the corporation described in and which executed the above instrument and that she knows the corporate seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of The Town Board of The Town of Hempstead, Nassau County, New York and that by like order she thereunto signed her name and official designation.

___________________________
Notary Public, Nassau County

**TF-8**

NO TEXT THIS PAGE

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A CORPORATION

State of New York )
) ss:
County of Nassau )

On this ____________________ day of____________________20____, before me personally came ____________________________________to me known and known to me, who, being by me duly sworn, did depose and say that (s) he resides at____________________________ and that (s)he is the__________________________of_________________________, the corporation described in which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he signed his name thereto by like order.

___________________________
Notary Public, Nassau County

## ACKNOWLEDGEMENT OF PRINCIPAL, IF A PARTNERSHIP

State of New York )
) ss:
County of Nassau )

On this ____________________ day of____________________20____, before me personally appeared _________________________________ to me known and known to me to be one of the members of the firm of _________________________________________described in and who executed the foregoing instrument and he acknowledged to me that he executed the same as and for the act and deed of said firm.

___________________________
Notary Public, Nassau County

## ACKNOWLEDGEMENT OF PRINCIPAL, IF AN INDIVIDUAL

State of New York )
) ss:
County of Nassau )

On this ____________________ day of____________________20____, before me personally appeared _________________________________ to me known and known to me to be one of the members of the firm of _________________________________________described in and who executed the foregoing instrument and he acknowledged to me that he executed the same.

___________________________
Notary Public, Nassau County

**TF-8 cont.**

NO TEXT THIS PAGE

**NOTICE TO PROCEED**

____________________________

____________________________

____________________________

RE: Project #____________________________

Construction Contract # ______________________

Type of Contract __________________________

Amount of Contract $ ________________________

You are hereby notified to commence work on the referenced contract on or before __________ ______________________ and are to fully complete the work on or before ________________ ______________________ within 1)_________________ consecutive calendar days thereafter.

Your contract completion date is therefore 2)____________________________.

__________________________________

__________________________________

Date

1)The date specified in the contract.

2) Use the appropriate phrase.

**TF-9**

NO TEXT THIS PAGE

## MAINTENANCE BOND #____________

**KNOW ALL MEN BY THESE PRESENTS:**

That we ________________________________________________________________

(hereinafter called the Principal) as Principal and the __________________________________

a________________________________ corporation with an office and place of business for the

state of New York at____________________________, New York (hereinafter called the Surety),

as Surety, are held and firmly bound unto the ______________________________________

(hereinafter called the Obligee) as Obligee in the sum of _______________________________

__________________________dollars($___________________) lawful money of the United States of America, for the payment whereof the Principal and Surety bind themselves, their successors and assigns, jointly and severally, firmly by these presents.

Signed, Sealed and Dated this _____________ day of____________________, 20_____

WHEREAS, the Principal heretofore entered into a written contract with the Obligee for

______________________________________________________________________

WHEREAS, said Contract provides that the Principal shall guarantee

______________________________________________________________________

______________________________________________________________________

NOW, THEREFORE, the condition of this obligation is such, that if the above Principal shall indemnify the Obligee against loss by reason of his failure to make good at his own expense any defects or deficiencies in materials or workmanship which may appear in the work under said Contract with the period of ________ year(s) from the date of acceptance of the work, then this obligation shall be void; otherwise to remain in full force and effect.

_________________________________
Principal

By________________________________

STATE OF NEW YORK )
) ss:
COUNTY OF NASSAU )

On this _________ day of__________________, 20____ before me personally appeared the within named______________________ to me known and known to me to be the individual described in and who executed the within bond, and, ___________________________ acknowledged to me that he _______________________________ executed the same.

___________________________
Notary Public, Nassau County

**TF-10**

NO TEXT THIS PAGE

## LABOR AND MATERIALS PAYMENT AFFIDAVIT

STATE OF NEW YORK )
) ss:
COUNTY OF NASSAU )

______________________________, being duly sworn, deposes and says that he is

_______________________ of ______________________________________________
(Name of company)

which company has a Contract with Town of Hempstead bearing the date of _______________

covering the ______________________________________________________________
(Type of work)

for _________________________________ Town of Hempstead, Nassau County, New York.
(Location)

deponent further swears that the said ______________________________________________
(Name of company)

has paid in full and the prevailing recognized rate and in accordance with the specifications and contract obligations for all labor supplied or performed and materials furnished in connection with the performance of said work, including all social security, unemployment insurance, and sales taxes applicable thereto and owes no one for any labor or materials in connection with the performance of said work or any of the said taxes, nor have any claims been made against the said contractor for any unpaid material or labor with the exception of the following:

This affidavit is made for the purpose of inducing The Town of Hempstead to make a payment under the terms of its contract relying on the truth of the statements contained herein.

Dated_______________________

___________________________________

Subscribed and Sworn to Before me

this _______day of __________________, 20______

__________________________________________

TF-11

NO TEXT THIS PAGE

COUNCIL MEMBERS

ANTHONY J. SANTINO
ANGIE M. CULLIN
DOROTHY L. GOOSBY
GARY A. HUDES
JAMES DARCY
EDWARD A. AMBROSINO

MARK A. BONILLA
TOWN CLERK

DONALD X. CLAVIN, JR.
RECEIVER OF TAXES

JOHN REINHARDT
COMMISSIONER

# TOWN OF HEMPSTEAD

## *DEPARTMENT of WATER*

1995 PROSPECT AVENUE, EAST MEADOW, NY 11554
(516) 794-8300
FAX (516) 794-1355

KATE MURRAY
SUPERVISOR

Date:______________________

I, the undersigned certify
that______________________________________________________
(the Contractor)

has completed the physical work for:

__________________________________________________________

as required by the Contract documents with the following exceptions:

1. Items that must be completed or corrected before the facility can be beneficially occupied. (certificate cannot be issued with more than three (3) items under this sub-paragraph.)

   A.

   B.

   C.

2. Items that may be accomplished after beneficial occupancy but must be completed to the satisfaction of the engineer prior to ______weeks from the date of this certificate.

Approval of this certificate does not release the contractor of any responsibility set forth in the contract documents. Final payment will not be made until all deficiencies are eliminated and the acceptable guarantee is provided.

Certified by____________________________
Project Engineer

Approved by____________________________
John Reinhardt
Commissioner

**TF-12**

NO TEXT THIS PAGE

## SECTION 7
## SUPPLEMENTARY CONDITIONS

These Supplementary Conditions amend or supplement the General Conditions and other provisions of the Contract Documents as indicated below. All provisions which are not so amended or supplemented remain in full force and effect.

The terms used in these Supplementary Conditions will have the meanings indicated in the General Conditions. Additional terms used in these Supplementary Conditions have the meanings indicated below, which are applicable to both the singular and plural thereof.

The terms used in the Supplementary Conditions which are defined in the General Conditions should be used with exactly the same meanings. This is true of all the Contract Documents.

### SC 1.0 - STANDARD SPECIFICATIONS

The Contract Documents refer to American National Standards Institute (ANSI), American Water Works Association (AWWA), American Society of Mechanical Engineers (ASME), American Society of Testing Materials (ASTM), American Association of State Highway Officials (AASHO), Occupational Safety and Health Administration (OSHA), etc. The latest published revision of the aforementioned specifications and/or designations referred to shall prevail unless otherwise indicated.

### SC 2.0 - DRAWINGS

The Drawings which are a part of the Contract Documents consist of the following:

| Drawing No. | Title |
|---|---|
| -- | Cover Sheet |
| G1 | Symbols and Abbreviations |
| G2 | Existing, Demolition and Proposed Site Plans |
| G3 | Site Details I |
| G4 | Site Details II |
| A1 | Packed Tower Building – North and East Elevations |
| A2 | Packed Tower Building – South and West Elevations |
| A3 | Packed Tower Building – Floor Plan |
| A4 | Packed Tower Building – Details I |
| A5 | Packed Tower Building – Details II |
| S1 | General Notes |
| S2 | Packed Tower Building - Foundation Plan |
| S3 | Packed Tower Building – Slab Plan and Sections |
| S4 | Packed Tower Building – Roof Framing Plan, Sections and Details |
| S5 | Packed Tower Building – Details |
| S6 | Generator Enclosure – Plans and Sections |
| M1 | Facility Schematic |
| M2 | Packed Tower Building – Floor Plan |

| Drawing No. | Title |
|---|---|
| M3 | Packed Tower Building – Sections 1 and 2 |
| M4 | Packed Tower Building – Sections 3 and 4 |
| M5 | Well 13 Building – Existing and Proposed Floor Plan |
| M6 | Packed Tower Building – Details I |
| M7 | Packed Tower Building – Details II |
| E1 | Demolition Site Plan |
| E2 | Well 13 Building Demolition Floor Plan |
| E3 | Motor Control Center Elevation and Single Line Diagram Demolition |
| E4 | Proposed Site Plan |
| E5 | Well 13 Building – Floor Plan |
| E6 | Packed Tower Building – Power Plan |
| E7 | Packed Tower Building – Lighting and Receptacle Plan |
| E8 | Generator Set Enclosure – Plans and Elevations |
| E9 | Motor Control Center MCC – 13WB and MCC 13PT Single Line Diagrams |
| E10 | Motor Control Center MCC – 13WB and MCC 13PT Elevations |
| E11 | Demolition and Proposed Control System Riser Diagrams |
| E12 | Wiring Diagrams |
| E13 | Conduit and Cable Schedule – Panelboard Schedule and Details |

**SC 3.0 - INCENTIVE PAYMENTS/DISINCENTIVE ASSESSMENTS SCHEDULE**

The Town has determined that a benefit to the public will be derived by early completion of the Contract work. Therefore, the Contractors will be awarded incentive payments for early completion of the work as described in this section. Late completion of the work, as defined in this section, will result in a disincentive assessment, which will be deducted from monies due the Contractor. Payments and/or assessments will be made under the Lump Sum Proposal amount of Bid Item No. 1 in accordance with the Incentive/Disincentive Schedule under this section.

| INCENTIVE/DISINCENTIVE SCHEDULE GENERAL CONSTRUCTION CONTRACT | | | |
|---|---|---|---|
| **Milestone No.** | **Milestone Title and General Description** | **General Construction Contract Milestone Completion Date** | **Incentive/ Disincentive ($/day)[1]** |
| 1 | Key Shop Drawing Approval | 30 days after the date of the Notice to Proceed | N/A / $500 |
| 2 | Weathertight Building Structure | 90 days after the date of the Notice to Proceed | $1,000/$1,000 |
| 3 | Site Restoration | 180 days after the date of the Notice to Proceed | $1,000/$1,000 |
| 4 | Completion of Punch List Items | 30 days after the date of completion of Milestone 3 | $100/$100 |

N/A - Not Applicable
[1] - The maximum total incentive under the General Construction Contract is limited to $30,000.00. There is no limit to the potential disincentive amount.

| INCENTIVE/DISINCENTIVE SCHEDULE PLUMBING CONSTRUCTION CONTRACT | | | |
|---|---|---|---|
| **Milestone No.** | **Milestone Title and General Description** | **General Construction Contract Milestone Completion Date** | **Incentive/ Disincentive (\$/day)[1]** |
| 1 | Key Shop Drawing Approval | 30 days after the date of the Notice to Proceed | N/A /\$500 |
| 2 | All Major Equipment and Piping Installed | 30 days after the date of completion of GC Milestone 2 | \$1,000/\$1,000 |
| 3 | Time Allowance for Wiring of Equipment by Electrical Contractor | 30 days after the date of completion of Milestone 2 | N/A |
| 4 | Completion of Startup and Testing of Facilities and Approval to Discharge Treated Water to Distribution System by Nassau County Department of Health | 30 days after the date of completion of EC Milestone 3 | \$1,000/\$1,000 |
| 5 | Completion of Punch List Items | 30 days after the date of completion of Milestone 4 | \$100/\$100 |

N/A - Not Applicable

[1] - The maximum total incentive under the Plumbing Construction Contract is limited to \$30,000.00. There is no limit the potential disincentive amount.

| INCENTIVE/DISINCENTIVE SCHEDULE ELECTRICAL CONSTRUCTION CONTRACT | | | |
|---|---|---|---|
| **Milestone No.** | **Milestone Title and General Description** | **Electrical Construction Contract Milestone Completion Date** | **Incentive/ Disincentive (\$/day)[1]** |
| 1 | Key Shop Drawing Approval | 30 days after the date of the Notice to Proceed | N/A / \$500 |
| 2 | Major Equipment Installation (With the exception of the Generator) | 30 days after the date of completion of GC Milestone 2 | \$500/\$500 |
| 3 | Wiring of Equipment | 30 days after the date of completion of PC Milestone 2 and EC Milestone 2 | \$1,000/\$1,000 |
| 4 | Installation, Testing and Start-Up of Generator | 180 days after the date of the Notice to Proceed | \$500/\$500 |
| 5 | Completion of Punch List Items | 30 days after the date of completion of Milestone 4 | \$100/\$100 |

N/A – Not Applicable

[1] – The maximum total incentive under the Electrical Construction Contract is limited to \$20,000. There is no limit to the potential disincentive amount.

**SC 4.0 - INCENTIVE PAYMENTS/DISINCENTIVE ASSESSMENTS - ADDITIONAL CONTRACT REQUIREMENTS**

The Contractor shall be responsible for documenting construction progress throughout the project with respect to the completion of Incentive/Disincentive Milestones for which the Contractor is responsible. On the date that the Contractor believes he has satisfied the requirements established for each respective milestone, the Contractor shall notify the Engineer and the Owner in writing. At such time, the Engineer shall review the contract requirements for the milestone, and either confirm that the milestone requirements have been satisfied, or respond to the Contractor with specific requirements that have not been satisfied.

**SC 5.0 - INCENTIVE/DISINCENTIVE MILESTONE DEFINITIONS**

This section shall serve to further define the specific work items that must be completed by the Contractor in order to satisfy the requirements of each milestone. These definitions are to be used to identify the completion requirements of each milestone contained in SC 2.0, "Incentive Payments/Disincentive Assessments Schedule."

General Construction Milestone 1 – Key Shop Drawing Approval:

The completion of Milestone 1 shall include the Contractor's submittal and Engineer's approval of the following shop drawing submittals:

- Reinforcing Steel Placement Drawings
- Masonry and Masonry Accessories Submittals
- Doors and Door Hardware Submittals
- Interior Painting of Walls and Ceiling

Incentive/Disincentive for Milestone 1 shall be assessed independently of other milestones.

General Construction Milestone 2 – Weathertight Building Structure and Equipment Pads:

The completion of Milestone 2 shall include the construction of all building foundations, including concrete clearwell, all masonry construction, installation of doors and door hardware, construction of all roof carpentry and roofing materials, and construction of temporary closure provisions on all remaining building penetrations where equipment is not yet installed. At the completion of Milestone 2, the building shall be completely weather tight and protected from the elements. The building shall be made ready and available for the installation of equipment, piping and conduit by the Plumbing and Electrical Contractors.

The concrete pads for all interior equipment and for the GAC off gas filters and the natural gas generator must be completed under Milestone 2.

The Contractor shall notify the Engineer in writing that the work for Milestone 2 has been completed. The Engineer shall inspect the work to verify that all work items have been completed. The Engineer will notify the Contractor in writing of any unfinished work items required to complete Milestone 2 or verify that Milestone 2 has been completed.

General Construction Milestone 3 – Site Restoration:

The completion of Milestone 3 shall include the installation of all concrete pads, sidewalks, curbs, drainage structures, fencing and asphalt pavement.

The Contractor shall notify the Engineer in writing that the work for Milestone 3 has been completed. The Engineer shall inspect the work to verify that all work items have been completed. The Engineer will notify the Contractor in writing of any unfinished work items required to complete Milestone 3 or verify that Milestone 3 has been completed.

General Construction Milestone 4 – Completion of Punch List Items:

Upon notification to the General Construction Contractor that Milestone 3 has been completed, the Engineer shall inspect the work and deliver a project completion punch list to the General Construction Contractor. Upon completion of all work items contained in the punch list, the Contractor shall notify the Engineer in writing that the punch list has been completed, and the Engineer shall inspect the work to verify that all items required to complete the work have been completed. The Engineer will update the punch list with unfinished work items, or notify the Contractor that Milestone 4 has been completed.

Upon the completion of Milestone 4, all milestone completion timeframes recorded during the project shall be tallied by the Engineer, and a total incentive payment or disincentive assessment shall be applied to the contract in accordance with the bid sheets and these Supplementary Conditions.

Plumbing Construction Milestone 1 – Key Shop Drawing Approval:

The completion of Milestone 1 shall include the Contractor's submittal and Engineer's approval of the following shop drawing submittals:

- Aeration Tower, Blowers and Accessories
- Off Gas Treatment System
- Vertical and Deep Well Vertical Turbine Pumps
- Chemical Safety Panel
- Packed Tower Aeration Control Panel
- Venturi Meters and Flow Transmitters
- All Piping, Fittings and Valves
- SCADA System

Incentive/Disincentive for Milestone 1 shall be assessed independently of other milestones.

Plumbing Construction Milestone 2 – All Major Equipment and Piping Installed:

The completion of Milestone 2 shall include the delivery and permanent installation of all major equipment items required for the facility to pump and chemically treat water. This shall include the delivery and installation of major equipment items and the construction and pressure testing of all buried and exposed ductile iron piping fittings and valves. The specific equipment items required to be installed for completion of this milestone includes the following:

- Aeration Tower, Blowers and Accessories
- Off Gas Treatment System
- Vertical and Deep Well Vertical Turbine Pumps
- Ventilation Fans and Louvers
- Venturi Meters and Flow Transmitters
- Chemical Safety Control Equipment
- Packed Tower Aeration Control Panel
- Chemical Feed Equipment
- All Piping, Fittings and Valves
- Gas Service Piping and Meter Header
- Gas Heaters and Piping
- SCADA System

The Contractor shall notify the Engineer in writing that the work for Milestone 2 has been completed. The Engineer shall inspect the work to verify that all work items have been completed. The Engineer will notify the Contractor in writing of any unfinished work items required to complete Milestone 2 or verify that Milestone 2 has been completed.

Plumbing Construction Milestone 3 – Time Allowance for Wiring of Equipment by Electrical Contractor:

Milestone 3 is included in the incentive/disincentive schedule timeline to provide time for electrical connections to equipment furnished and installed under Milestone 2. No incentive payments or disincentive assessments will be assessed with respect to the Plumbing Construction Contract during this time period. The Plumbing Construction Contractor shall prepare to perform the contract obligations required for the completion of Milestones 4 and 5 during this time period.

The Engineer shall determine the actual completion date of Milestone 3 following a review and inspection of the completed electrical work. The Plumbing Construction Contractor shall be notified in writing by the Engineer of the date of completion of Milestone 3.

Plumbing Construction Milestone 4 – Completion of Startup and Testing of Facilities and Approval to Discharge Treated Water to Distribution System by Nassau County Department of Health:

The completion of Milestone 4 shall include the completion of startup and testing of all equipment listed under Milestone 2. This shall include the adjustment and calibration of all pumps and automatic valves, and Nassau County Health Department review, inspection and approval for the system to discharge treated water into the distribution system.

Upon the Engineer's review of completion of all items contained in Milestone 5, and receipt of written approval of the Nassau County Department of Health to discharge water to the distribution system, the Engineer shall notify the Plumbing Construction Contractor that Milestone 4 has been completed.

Plumbing Construction Milestone 5 – Completion of Punch List Items:

Upon notification to the Plumbing Construction Contractor that Milestone 4 has been completed, the Engineer shall inspect the work and deliver a project completion punch list. Upon completion of all work items contained in the punch list, the Contractor shall notify the Engineer in writing that the punch list has been completed, and the Engineer shall inspect the work to verify that all items required to complete the work have been completed. The Engineer will update the punch list with unfinished work items, or notify the Contractor that Milestone 5 has been completed.

Upon the completion of Milestone 5, all milestone completion timeframes recorded during the project shall be tallied by the Engineer, and a total incentive payment or disincentive assessment shall be applied to the contract in accordance with the bid sheets and these Supplementary Conditions

Electrical Construction Milestone 1 – Key Shop Drawing Approval

The completion of Milestone 1 shall include the Contractor's submittal and Engineer's approval of the following shop drawing submittals:

- Motor Control Center
- Lighting Fixtures
- Natural Gas Generator and Enclosure

Electrical Construction Milestone 2 – Major Equipment Installation (With the Exception of the Generator):

The completion of Milestone 2 shall include the delivery and permanent installation of all major equipment items required for the facility to pump and treat water. The specific items required to be installed by the Electrical Construction Contractor for completion of this milestone include the following:

- New Electrical Service, Feeds and Switchgear
- Motor Control Centers and Power Distribution Panels
- Automatic Transfer Switch
- Lighting Systems

Electrical Construction Milestone 3 - Wiring of Equipment

The completion of Milestone 3 shall include the electrical connection of all equipment installed by the General Construction Contractor, Plumbing Construction Contractor and Electrical Construction Contractor. At the completion of Milestone 3, the facility shall be ready for testing and startup.

The Contractor shall notify the Engineer in writing that the work for Milestone 3 has been completed. The Engineer shall inspect the work to verify that all work items have been completed. The Engineer will notify the Contractor in writing of any unfinished work items required to complete Milestone 3 or verify that Milestone 3 has been completed.

Electrical Construction Milestone 4 – Installation, Testing and Start-Up of Generator:

The completion of Milestone 4 shall include the installation, testing and start-up of the generator and automatic transfer switch. At the completion of Milestone 4, the generator and automatic transfer switch shall be ready for operation.

The Contractor shall notify the Engineer in writing that the work for Milestone 4 has been completed. The Engineer shall inspect the work to verify that all work items have been completed. The Engineer will notify the Contractor in writing of any unfinished work items required to complete Milestone 4 or verify that Milestone 4 has been completed.

Electrical Construction Milestone 5 – Completion of Punch List Items

Upon notification to the Electrical Construction Contractor that Milestone 4 has been completed, the Engineer shall inspect the work and deliver a project completion punch list. Upon completion of all work items contained in the punch list, the Contractor shall notify the Engineer in writing that the punch list has been completed, and the Engineer shall inspect the work to verify that all items required to complete the work have been addressed. The Engineer will update the punch list with unfinished work items, or notify the Contractor that Milestone 5 has been completed.

Upon the completion of Milestone 5, all milestone completion timeframes recorded during the project shall be tallied by the Engineer, and a total incentive payment or disincentive assessment shall be applied to the contract in accordance with the bid sheets and these Supplementary Conditions

**SC 6.0 - DATUM PLANE**

All elevations shown on the Contract Plans and Reference Drawings or specified refer to the datum indicated on the drawings.

**SC 7.0 - SITE VISIT PRIOR TO BID SUBMITTAL**

All Contractors shall visit the site to examine the routes and existing conditions prior to submitting their bid. Submission of a bid shall be construed as evidence that such examination has been made. Claims for extra labor, materials or equipment, which could have been foreseen by examination, will not be recognized. Relocation of utilities as required to perform the work shall be the responsibility of the Contractor. No claims for additional work shall be considered.

**SC 8.0 - STORAGE OF MATERIALS AND EQUIPMENT**

All construction equipment, and materials and equipment to be incorporated in the Work shall be placed so as not to injure any part of the Work or existing facilities and so that free access can be had at all times to all parts of the Work and to all public utility installations in the vicinity of the Work. Materials shall be kept neatly piled and compactly stored in such locations as will cause a minimum of inconvenience to public travel and adjoining owners, tenants and occupants.

**SC 9.0 - SUBCONTRACTORS**

In accordance with Section GC-57 of the General Conditions, the CONTRACTOR shall furnish the name, address, telephone number and name of the contact person of the Subcontractors who will perform the following portions of the work:

1. Packed Tower Aeration System
2. SCADA Improvements

**SC 10.0 - PHYSICAL CONDITIONS-REPORTS AND DRAWINGS**

In accordance with paragraph 4.2.1 of the General Conditions, the following are reports and drawings that the ENGINEER has used in preparing the Contract Documents:

**10.1** In the preparation of Drawings and Specifications, the ENGINEER or the ENGINEER's Consultants relied upon the following surveys and reports of explorations and tests of subsurface conditions at or contiguous to the site:

NONE.

**10.2** In the preparation of Drawings and Specifications, the ENGINEER or the ENGINEER's Consultants relied upon the following drawings of physical conditions in or relating to existing surface and subsurface structures (except Underground Facilities), property line data and easement stakeout which are at or contiguous to the site:

NONE.

**10.3** The CONTRACTOR may rely upon the general accuracy of the following "technical data" in accordance with paragraph 4.2.2 of the General Conditions:

NONE.

## SC 11.0 - HAZARDOUS ENVIRONMENTAL CONDITIONS - REPORT AND DRAWINGS

**11.1** In accordance with paragraph 4.6.1 of the General Conditions, the following are reports and drawings relating to a Hazardous Environmental Condition identified at the site that have been utilized by the ENGINEER in the preparation of the Contract Documents:

NONE.

**11.2** The CONTRACTOR may rely upon the general accuracy of the following "technical data" in accordance with paragraph 4.6.2 of the General Conditions:

NONE.

## SC 12.0 - CHANGES IN THE WORK

### 12.1 Change Orders

Without invalidating the Agreement, and without notice to any surety, OWNER may, at any time or from time to time, order additions, deletions or revisions in the Work; these will be authorized by Change Orders. Upon receipt of a Change Order, CONTRACTOR shall promptly proceed with the Work involved. All such Work shall be executed under the applicable conditions of the Contract Documents. If any Change Order causes an increase or decrease in the Contract Price or an extension or shortening of the Contract Time, an equitable adjustment will be made as provided in SC 12.0 or GC-39 on the basis of a claim made by either party.

### 12.2 Minor Variations

ENGINEER may authorize minor variations in the Work from the requirements of the Contract Documents which do not involve an adjustment in the Contract Price or the Contract Time and are compatible with the design concept of the completed Project as a functioning whole as indicated by the Contract Documents. These may be accomplished by a Field Order, and CONTRACTOR shall perform the Work involved promptly.

### 12.3 Emergency Work

Extra or additional work performed by CONTRACTOR without authorization of a Change Order will not entitle him to an increase in the Contract Price or an extension of the Contract Time, except in the case of an emergency as provided in GC-41 and except as provided in paragraph 11.2.

**12.4 Execution of Change Orders**

OWNER and CONTRACTOR shall execute appropriate Change Orders recommended by ENGINEER Work performed in an emergency as provided in GC-41 and any other claim of CONTRACTOR for a change in the Contract Time or the Contract Price which is recommended by ENGINEER.

**12.5 Surety Notification**

It is CONTRACTOR's responsibility to notify his Surety of any changes affecting the general scope of the Work or change in the Contract Price and the amount of the applicable Bonds shall be adjusted accordingly. CONTRACTOR shall furnish proof of such adjustment to OWNER.

**12.6 Claims and Disputes**

12.6.1 Notice

Written notice stating the general nature of each Claim, dispute, or other matter shall be delivered by CONTRACTOR to ENGINEER promptly (but in no event later than fifteen days) after the start of the event giving rise thereto. Notice of the amount or extent of the Claim, dispute, or other matter with supporting data shall be delivered to the ENGINEER within forty-five days after the start of such event (unless ENGINEER allows additional time for CONTRACTOR to submit additional or more accurate data in support of such Claim, dispute, or other matter). A Claim for an adjustment in Contract Price shall be prepared in accordance with the provisions of paragraph 12.3. A Claim for an adjustment in Contract Time shall be prepared in accordance with the provisions of Section GC-39. Each Claim shall be accompanied by CONTRACTOR's written statement that the adjustment claimed is the entire adjustment to which CONTRACTOR believes it is entitled as a result of said event.

12.6.2 Lack of Notice

No Claim for an adjustment in Contract Price or Contract Time will be valid if not submitted in accordance with paragraph 11.6.1.

12.6.3 Duty to Proceed

Pending the resolution of any Claim or dispute or other matter, CONTRACTOR shall diligently carry on the Work and adhere to the progress schedule.

12.6.4 Waiver of Consequential Damages

The CONTRACTOR waives Claims against the OWNER for consequential damages arising out of or relating to this Contract. This waiver includes but is not limited to damages incurred by the CONTRACTOR for principal office expenses including the compensation of personnel stationed there, for losses of financial, business and reputation, and for loss of profit except anticipated profit arising directly from the Work.

## SC 13.0 - CHANGE OF CONTRACT PRICE

### 13.1   Contract Price

The Contract Price constitutes the total compensation payable to CONTRACTOR for performing the Work. All duties, responsibilities and obligations assigned to or undertaken by CONTRACTOR shall be at his expense without change in the Contract Price.

### 13.2   Changes in Contract Price

The Contract Price may only be changed by a Change Order.

### 13.3   Valuation of Change Orders and Claims

The value of any Work covered by a Change Order and of any Claim for an adjustment in the Contract Price shall be determined in one of the following ways:

13.3.1    Where the Work involved is covered by unit prices contained in the Contract Documents, by application of such unit prices to the quantities of the items involved (subject to the conditions of paragraph 13.9).

13.3.2    Where the Work involved is not covered by unit prices contained in the Contract Documents, by mutually agreed lump sum.

13.3.3    Where the Work involved is not covered by unit prices contained in the Contract Documents, and agreement to a lump sum is not reached under paragraph 13.3.2, on the basis of the Cost of the Work (determined as provided in paragraphs 13.4 and 13.5) plus a CONTRACTOR's fee for overhead and profit (determined as provided in paragraph 13.6).

### 13.4   Cost of the Work

The term Cost of the Work means the sum of all costs necessarily incurred and paid by the CONTRACTOR in the proper performance of the Work. When the value of any Work covered by a Change Order or when a Claim for an adjustment in Contract Price is determined on the basis of Cost of the Work, the costs to be reimbursed to CONTRACTOR will be only those additional or incremental costs required because of the change in the Work or because of the event giving rise to the Claim. Except as otherwise may be agreed to in writing by OWNER, such costs shall be in amounts no higher than those prevailing in the locality of the Project, shall include only the following items and shall not include any of the costs itemized in paragraph 13.5:

13.4.1    Payroll costs for employees in the direct employ of CONTRACTOR in the performance of the Work under schedules of job classifications agreed upon by OWNER and CONTRACTOR. Such employees shall include, without limitation, superintendents, foremen, skilled and unskilled labor, and other personnel employed full time at the Site. Payroll costs for employees not employed full time on the Work shall be apportioned on the basis of their time spent on the Work. Payroll costs shall include, salaries and wages plus the cost of fringe benefits, which shall include but not be limited to, social security contributions, unemployment, excise

and payroll taxes, workers' compensation, health and retirement benefits, bonuses, sick leave, vacation and holiday pay applicable thereto. The expenses of performing Work outside regular working hours, on Saturday, Sunday or legal holidays shall be included in the above to the extent authorized by OWNER.

13.4.2    Cost of all materials and equipment furnished and incorporated in the Work, including costs of transportation and storage thereof, and Suppliers' field services required in connection therewith. All cash discounts shall accrue to CONTRACTOR unless OWNER deposits funds with CONTRACTOR with which to make payments, in which case the cash discounts shall accrue to OWNER. All trade discounts, rebates and refunds and returns from sale of surplus materials and equipment shall accrue to OWNER and CONTRACTOR shall make provisions so that they may be obtained.

13.4.3    Payments made by CONTRACTOR to Subcontractors for Work performed by Subcontractors. If required by OWNER, CONTRACTOR shall obtain competitive bids from Subcontractors acceptable to OWNER and CONTRACTOR and shall deliver such bids to OWNER, who will then determine, with the advice of ENGINEER, which bids, if any, will be acceptable. If any subcontract provides that the Subcontractor is to be paid on the basis of Cost of the Work plus a fee, the Subcontractor's Cost of the Work plus a fee shall be determined in accordance with paragraphs 13.4 and 13.5. All subcontracts shall be subject to the other provisions of the Contract Documents insofar as applicable.

13.4.4    Costs of special consultants (including, but not limited to, engineers, architects, testing laboratories, surveyors, lawyers and accountants) employed for services specifically related to the Work.

13.4.5    Supplemental costs including the following:

13.4.5.1 The proportion of necessary transportation, travel, and subsistence expenses of CONTRACTOR's employees incurred in discharge of duties connected with the Work.

13.4.5.2 Cost, including transportation and maintenance of all materials, supplies, equipment, machinery, appliances, office and temporary facilities at the Site, and hand tools not owned by the workmen, which are consumed in the performance of the Work and cost, less market value, of such items used but not consumed which remain the property of CONTRACTOR.

13.4.5.3 Rentals of all construction equipment and machinery and the parts thereof whether rented from CONTRACTOR or others in accordance with rental agreements approved by OWNER with the advice of ENGINEER, and the costs of transportation, loading, unloading, assembly, installation, dismantling and removal thereof - all in accordance with terms of said rental agreements. The rental of any such equipment, machinery or parts shall cease when the use thereof is no longer necessary for the Work.

13.4.5.4 Sales, consumer, use or similar taxes related to the Work, and for which CONTRACTOR is liable, imposed by Laws and Regulations.

13.4.5.5 Deposits lost for causes other than negligence of CONTRACTOR, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable, and royalty payments and fees for permits and licenses.

3.4.5.6   Losses, damages (and related expenses) caused by damage to the Work, not compensated by insurance or otherwise, sustained by CONTRACTOR in connection with the performance of the Work (except losses and damages within the deductible amounts of property insurance established in accordance with GC-66, provided such losses and damages have resulted from causes other than the negligence of CONTRACTOR, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable. Such losses shall include settlements made with the written consent and approval of OWNER. No such losses, damages and expenses shall be included in the Cost of the Work for the purpose of determining Contractor's Fee. If, however, any such loss or damage requires reconstruction and CONTRACTOR is placed in charge thereof, he shall be paid for his services a fee proportionate to that stated in paragraph 13.6.2.

13.4.5.7  The cost of utilities, fuel and sanitary facilities at the Site.

13.4.5.8  Minor expenses such as telegrams, long distance telephone calls, telephone service at the Site, expressage and similar petty cash items in connection with the Work.

13.4.5.9  The cost of premiums for additional Bonds and insurance required because of the changes in the Work or caused by the event giving rise to the Claim.

**13.5    Cost of Work Exclusions**

The term Cost of the Work shall not include any of the following:

13.5.1    Payroll costs and other compensation of CONTRACTOR's officers, executives, principals (of partnership and sole proprietorships), general managers, engineers, architects, estimators, lawyers, auditors, accountants, purchasing and contracting agents, expediters, timekeepers, clerks and other personnel employed by CONTRACTOR whether at the Site or in his principal or a branch office for general administration of the Work and not specifically included in the schedule referred to in subparagraph 13.4.1, or specifically covered by 13.4.4 - all of which are to be considered administrative costs covered by the Contractor's Fee.

13.5.2    Expenses of CONTRACTOR's principal and branch offices other than his office at the Site.

13.5.3    Any part of CONTRACTOR's capital expenses, including interest on CONTRACTOR's capital employed for the Work and charges against CONTRACTOR for delinquent payments.

13.5.4    Costs due to the negligence of CONTRACTOR, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable, including but not limited to, the correction of defective Work, disposal of materials or equipment wrongly supplied and making good any damage to property.

13.5.5    Other overhead or general expense costs of any kind and the costs of any item not specifically and expressly included in paragraph 13.4.

**13.6    CONTRACTOR's Fee**

The CONTRACTOR's Fee which shall be allowed to CONTRACTOR for his overhead and profit shall be determined as follows:

13.6.1    A mutually acceptable fixed fee: or if none can be agreed upon,

13.6.2    A fee based on the following percentages of the various portions of the Cost of the Work:

13.6.2.1  For costs incurred under paragraphs 13.4.1 and 13.4.2 the Contractor's Fee shall be fifteen (15) percent.

13.6.2.2  For costs incurred under paragraph 13.4.3, the Contractor's Fee shall be five percent; and if a subcontract is on the basis of Cost of the Work plus a fee, the maximum allowable to the Subcontractor as a fee for overhead and profit shall be ten percent. Where more than one tier of subcontracts are on the basis of Cost of the Work plus a fee, the intent of this paragraph 13.6.2.2 is that the subcontractor who actually performs the Work, at whatever tier, will be paid a fee of 10 percent of the costs incurred by such subcontractor under paragraphs 13.4.1 and 13.4.2 and that any higher tier subcontractor and CONTRACTOR will each be paid a fee of five percent of the amount paid to the next lower tier subcontractor;

13.6.2.3  No fee shall be payable on the basis of costs itemized under paragraphs 13.4.4, 13.4.5 and 13.5.

13.6.2.4  The amount of credit to be allowed by CONTRACTOR to OWNER for any such change which results in a net decrease in cost, will be the amount of the actual net decrease in cost plus a deduction in CONTRACTOR's fee by an amount equal to five percent of such net decrease.

13.6.2.5  When both additions and credits are involved in any one change, the adjustment in CONTRACTOR's fee shall be computed on the basis of the net change in accordance with paragraphs 13.6.2.1 through 13.6.2.4 inclusive.

**13.7    Itemized Cost Breakdown**

Whenever the Cost of any Work for any purpose is to be determined pursuant to paragraphs 13.4 and 13.5, CONTRACTOR will submit in form prescribed by ENGINEER an itemized cost breakdown together with supporting data.

**13.8    Cash Allowances**

It is understood that CONTRACTOR has included in the Contract Price all allowances so named in the Contract Documents and shall cause the Work so covered to be for such sums as may be acceptable to OWNER and ENGINEER. CONTRACTOR agrees that the allowances

include the cost to CONTRACTOR (less any applicable trade discounts) of materials and equipment required by the allowances to be delivered at the Site, and all applicable taxes. CONTRACTOR's costs for unloading and handling on the Site, labor, installation costs, overhead, profit, and other expenses contemplated for the allowances have been included in the Contract Price and not in the allowances, and no demand for additional payment on account of any of the foregoing will be valid. Prior to final payment, an appropriate Change Order will be issued as recommended by ENGINEER to reflect actual amounts due CONTRACTOR on account of Work covered by allowances, and the Contract Price shall be correspondingly adjusted.

**13.9 Unit Price Work**

13.9.1 Where the Contract Documents provide that all or part of the Work is to be Unit Price Work, initially the Contract Price will be deemed to include for all Unit Price Work an amount equal to the sum of the unit price for each separately identified item of Unit Price Work times the estimated quantity of each item as indicated in the Agreement. The estimated quantities of items of Unit Price Work are not guaranteed and are solely for the purpose of comparison of Bids and determining an initial Contract Price. Determinations of the actual quantities and classifications of Unit Price Work performed by CONTRACTOR will be made by ENGINEER.

13.9.2 Each unit price will be deemed to include an amount considered by CONTRACTOR to be adequate to cover CONTRACTOR's overhead and profit for each separately identified item.

**SC 14.0 - INSURANCE**

In addition to the requirements in the General Conditions, the Contractor shall also provide liability coverage for the Engineer and Engineer's Consultants, subject to customary exclusions for professional liability:

**14.1** By endorsement as additional insureds on Contractor's liability policy.

**14.2**

| | |
|---|---|
| Excess Liability: | (YES) |
| Umbrella Form: | (YES) |
| General Aggregate: | $1,000,000 |
| Each Occurrence: | $1,000,000 |

**SC 15.0 - PHYSICAL CONDITIONS**

**15.1** Unforeseen Physical Conditions

Contractor shall promptly, and before the conditions are disturbed, notify Owner and Engineer in writing of (1) any subsurface or latent physical conditions at the Site differing materially from those indicated in the Contract Documents, or (2) unknown physical conditions at the Site, of an unusual nature, which differ materially from those ordinarily encountered and generally recognized as inhering in work of the character provided in the Contract Documents. If Engineer finds that the conditions do materially so differ and which could not reasonably have been anticipated by Contractor, and which cause an increase or decrease in Contractor's cost, or

the time required, for performing any part of the Work under these Contract Documents, whether or not changed as a result of the conditions, a Change Order shall be issued incorporating the necessary revisions. No request by Contractor for a Change Order under this paragraph shall be allowed, unless Contractor has given prompt written notification required.

**15.2**   Underground Facilities

15.2.1    Shown or Indicated

The information and data shown or indicated in the Contract Documents with respect to existing Underground Facilities at or contiguous to the Site is based on information and data furnished to Owner or Engineer by the owners of such Underground Facilities, including Owner, or by others. Providing this information in the Contract Documents fulfills all obligations imposed on the Owner and Engineer under applicable law. Contractor warrants that it has reviewed and is familiar with the obligations imposed on excavators by the rules and regulations adopted by the Public Service Commission, the utility owner(s), and applicable laws and regulations. Unless it is otherwise expressly provided in the Supplementary Conditions or Drawings:

15.2.1.1    Owner and Engineer shall not be responsible for the accuracy or completeness of any such information or data; and

15.2.1.2    the cost of all of the following will be included in the Contract Price, and CONTRACTOR shall have full responsibility for:

15.2.1.2.1 reviewing and checking all such information and data,

15.2.1.2.2 locating all Underground Facilities shown or indicated in the Contract Documents,

15.2.1.2.3 coordination of the Work with the owners of such Underground Facilities, including OWNER, during construction, and

15.2.1.2.4 the safety and protection of all such Underground Facilities and repairing any damage thereto resulting from the Work.

15.2.1.3    The Contractor shall comply with all applicable laws, rules, regulations, Public Service Commission requirements, etc., with regard to excavation, including but not limited to the one-call notification system.

15.2.1.3.1 No Contractor shall commence or engage in any excavation or demolition unless and until timely notice is served of the location and date of the proposed excavation or demolition as required by law to utility owners who maintain Underground Facilities in the area in which the excavation or demolition is to take place.

15.2.1.3.2 Prior to any excavation or demolition, the excavator shall verify the precise location of the Underground Facilities in a manner set forth in the rules and regulations adopted by the Public Service Commission and all other applicable state and local laws and regulations.

15.2.1.3.3 A Contractor engaged in excavation or demolition shall be responsible for protecting and preserving the staking, marking or other designation by the utility owner until no longer required for proper and safe excavation or demolition work at or near the Underground Facility, maintain clearance between the Underground Facility, and the cutting edge or point of any equipment to avoid damage to the Underground Facility, and provide support to and prevent damage to any Underground Facility or its protective coating, in the means and according to the methods set forth in the rules and regulations adopted by the Public Service Commission, the utility owner or applicable state and local laws and regulations. Contractor shall notify all utility owners and the one-call registry of any changes or modifications to the proposed excavation that may affect excavations in the areas of Underground Facilities.

15.2.1.3.4 In the event of contact with and/or damage to an Underground Facility, the Contractor shall immediately notify the Owner of the facility and no backfilling shall be done by the Contractor until inspection and/or repairs have been made by the utility owner and no repairs shall be undertaken by the Contractor until authorized by the utility owner. In the event of an electrical short or the escape of gas or hazardous fluids endangering life, the Contractor shall immediately notify the Owner of the electric, gas or hazardous liquid Underground Facility and all persons who might be endangered and assist in the evacuation of such persons.

15.2.2 Not Shown or Indicated

15.2.2.1 Contractor shall be responsible for locating all Underground Facilities within or contiguous to the proposed area of excavation, including Underground Facilities not shown or indicated in the Contract Documents, if such requirement is expressly provided in the Supplementary Conditions or Drawings.

15.2.2.2 If an Underground Facility is uncovered or revealed at or contiguous to the Site which was not shown or indicated, or not shown or indicated with reasonable accuracy in the Contract Documents, Contractor shall, promptly after becoming aware thereof and before further disturbing conditions affected thereby or performing any Work in connection therewith (except in an emergency as required by paragraph 6.23), identify the owner of such Underground Facility and give written notice to that owner and to Owner and Engineer. Engineer will promptly review the Underground Facility and determine the extent, if any, to which a change is required in the Contract Documents to reflect and document the consequences of the existence or location of the Underground Facility. During such time, Contractor shall be responsible for the safety and protection of such Underground Facility.

15.2.2.3 If Engineer concludes that a change in the Contract Documents is required, a Change Order will be issued to reflect and document such consequences. An equitable adjustment shall be made in the Contract Price or Contract Time, or both, to the extent that they are attributable to the existence or location of any Underground Facility that was not shown or indicated or not shown or indicated with reasonable accuracy in the Contract Documents and that Contractor did not know of and could not reasonably have been expected to be aware of or to have anticipated. If Contractor believes that he is entitled to an adjustment in Contract Price or Contract Time, he shall make a Claim therefore as provided in paragraph 10.6.

15.2.3 Engineer's Obligations

15.2.3.1 Services provided by Engineer during construction, including, but not limited to, engineering management and construction administration services, shall not impose any obligations on Owner or Engineer to:

15.2.3.1.1 Locate Underground Facilities within proposed areas of excavation or demolition;

15.2.3.1.2 Notify utilities directly or through one-call locator services of excavations within the areas of Underground Facilities;

15.2.3.1.3 Inspect Contractor excavations regarding supporting and protecting Underground Facilities from damage; or

15.2.3.1.4 Assist Contractor to comply with additional requirements that may be imposed by utility owners.

15.2.4 Indemnification by Contractor for Damage to Underground Facilities

To the fullest extent permitted by Laws and Regulations, Contractor shall defend, indemnify and hold harmless Owner, Engineer, Engineer's Consultants, and the officers, directors, partners, employees, agent, other consultants, and subcontractor of each and any of them (the "Indemnitees") from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolutions costs) arising out of Contractor's damage to Underground Facilities. Nothing in this paragraph 18.2.4 shall obligate Contractor to defend or indemnify the Indemnitees from and against the consequences of an Indemnitee's own negligence.

**SC 16.0 - USE OF PREMISES AND REMOVAL OF DEBRIS:**

1. The Contractor, shall have control of the site and shall confine his operations and those of his subcontractors to areas designated. The Contractor shall maintain such areas in a clean and orderly condition and remove therefrom all equipment, material and debris when or as required or when ordered to do so.

2. The Contractor expressly undertakes at his own expense.

   a. to take every precaution against injuries to persons or damages to property:

   b. to comply with the regulations governing the operation of premises and to perform his Contract in such a manner as not to interrupt or interfere with the operation of any existing activity on the premises or at the location of the work;

   c. to store his apparatus, materials, supplies and equipment in such orderly fashion at the site of the work as will not unduly interfere with the progress of his work or the work of any other Contractor;

    d. to place upon the work or any part thereof only such loads as are consistent with the safety of that portion of the work;

e. to frequently clean up all refuse, rubbish, scrap materials, and debris caused by his operations, to the end that at all times the site of the work shall present a neat, orderly and workmanlike appearance;

f. before final payment to remove from the site and all public, and private property, all surplus material, false work, temporary structures, plant of any description and debris of every nature resulting from his operations and to put the site in a neat orderly condition; and

g. to leave his work "broom-clean" or its equivalent, unless more exactly specified.

Where required by the Contract, and where or as directed by the Engineer, the Contractor shall comply with the requirements of the aforementioned paragraphs. Should the Contractor fail to comply when or as directed by the Engineer, the Owner shall have the right to clean as required and all costs incurred in the performance of this work shall be deducted from the Contract amount in questions of dispute.

**SC 17.0 - NOTIFICATION OF PROPERTY OWNERS**

In general, construction work shall be conducted in such a manner as to provide no interference of normal pedestrian or vehicular traffic. In some cases, it may be necessary to block streets, parking lots and driveways for a short period of time. Prior to blocking or obstructing, the Contractor shall notify a responsible person in each establishment with sufficient notice so that the necessary preparations can be made and minimum inconvenience be made to the public and business people.

**SC 18.0 - SAFETY AND HEALTH REGULATIONS**

The Contractor shall comply with the Department of Labor Safety and Health Regulations for construction promulgated under the Occupational Safety and Health Act of 1970 (PL 91-596) and under Section 107 of the Contract Work Hours and Safety Standards Act of 1970 (PL 91-596) and under Section 107 of the Contract Work Hours and Safety Standards Act (PL 91-54).

The Contractors attention is directed to the provisions of Section 4 (b) (4) of the Occupational Safety and Health Act of 1970, as follows:

> "Nothing in this Act shall be construed to supersede or in any manner affect any worker's compensation law or to enlarge or diminish or affect in any manner the common law or statutory rights, duties, or liabilities of employers and employees under any law with respect to injuries, diseases, or death of employees arising out of, or in the course of employment."

## SC 19.0 - RESTORATION OF PREMISES

The Contractor shall be responsible for restoration of all damage to buildings, equipment, roadways, sidewalks, plantings, lawn, fence and other physical features damaged through his operations. All damaged items shall be restored to their previous conditions, at no additional cost to the Owner.

NO TEXT THIS PAGE

# DIVISION 1 - SPECIAL CONDITIONS

NO TEXT THIS PAGE

## SECTION 01010

## SUMMARY OF WORK

### 1.1 SCOPE OF WORK

A. The Work to be done under these Contracts and in accordance with these Specifications and Drawings consists of furnishing of plant equipment, superintendents, labor, skill, material and all other items necessary for the construction of the Town of Hempstead Department of Water Levittown Water District Construction of Packed Tower Aeration System at Well 13. The Contractors shall perform all Work required for such construction in accordance with the Contract Documents and subject to the terms and conditions of the Contract, complete and ready for use.

B. The Work to be done under these Contracts shall be the responsibility of three prime Contractors, a General Construction Contractor, an Electrical Contractor, and a Plumbing Contractor, each skilled in the work described within the designated Divisions. The Prime Contractors may subcontract such work as requires mechanics other than those he normally employs, but the entire responsibility for complete performance of each of the respective Prime Contracts shall remain with the Prime Contractors.

C. The Prime Contractors shall coordinate and communicate with each other through verbal and written communication, as may be necessary to facilitate the progress of construction to conform to the project schedule and term as defined in the agreement. Communication shall include transmittal of approved shop drawings that contain information relevant to other trades and contracts, weekly updates to progress schedules, telephone communication to support the expedited completion of work, delivery of pipe sleeves, embedded equipment and coordination of masonry openings, and other means as necessary.

D. Whenever used in these Contract Documents, the term "Engineer" shall refer to the firm of D&B Engineers and Architects, P.C. acting directly, or through properly authorized agents, such agents acting within the scope of the particular duties entrusted to them.

E. The Plans and Specifications are intended to agree, and anything shown or called for on the Plans and not mentioned in the Specifications or vice versa, or any work or materials necessary to and usually included in the complete finish of the work, and/or materials or the character to be furnished by the Contractor, shall be considered to be furnished by the Contractor without any extra charge, as though the same were both shown and specified.

**1.2 DESCRIPTION OF WORK**

A. The work includes, but may not be limited to, modifying the existing Well No. 13 pump, construction of the proposed packed tower aeration building, chemical treatment system modifications, drainage improvements, furnishing and installing a packed tower aeration system and process equipment, furnishing and installing an off-gas treatment system, booster pump, blower, piping, ventilation equipment, control system, SCADA improvements, security and alarm systems, electrical power, and lighting, natural gas heating system, natural gas generator and all accessories and appurtenances as shown on the Contract Drawings, specified herein and as required for a complete installation.

B. The work also includes removal and replacement of asphalt pavements, earthwork, construction of curbs and sidewalks, new asphalt paving and site restoration as shown on the Contract Drawings.

C. The work also includes removal and replacement of fencing, new fencing and gates as shown on the Contract Drawings.

D. The work also involves landscaping work including plantings, seeding and removals and trimming of trees and shrubs.

**1.3 DELINEATION OF CONTRACT WORK**

A. The responsibilities of the three prime Contractors shall include, but not be limited to the following:

1. General Construction:

a.   All work involved in construction of the new packed tower aeration building and off-gas treatment system platform including all foundations, all masonry, ventilation equipment, doors and windows, roofing, and interior and exterior finishes.

b.   All work involved in site grading, removals and construction of asphalt paving, sidewalks and curbs.

c.   All work related to construction of gravity drainage piping and structures, including excavation, backfill and restoration.

d.   All work related to site landscaping, removals, plantings and seeding.

e.   All work related to construction of new fences and gates.

f.   All work related to painting of new and existing work and equipment identified in the plans and specifications and provided under all other contracts.

g.   Coordination of work and scheduling with other Prime Contractors as specified and required to efficiently complete the project work without delay.

2.   Electrical Construction:

a.   All work involved in furnishing electrical power to the packed tower aeration building and well station building.

b.   All work involved with furnishing wire and conduit within the new and existing buildings, and between buildings and utility services, including excavation, concrete, backfill, restoration and coordination with other contractors. All Work involved with installing power, control and instrumentation wiring and conduit for new and modified equipment.

  c. All work involved furnishing and installing power systems and electrical utility coordination.

  d. All work involved furnishing and installing communications systems and cable/telephone utility coordination.

  e. All work involved in furnishing and installing a new natural gas generator and all appurtenances.

  f. All electrical work involved with furnishing power and control wiring and conduit for control equipment furnished by other Contractors.

  g. Removals of electrical components, equipment and services as shown and specified.

  h. Furnishing conduit penetration sleeves for all new wall penetrations to the General Contractor prior to structure construction. Installation of conduit penetration accessories. Construction of all required conduit penetrations through existing structures.

  i. Termination of all power and control wiring related to control panels furnished by other contractors.

  j. Coordination of work and scheduling with other Prime Contractors as specified and required to efficiently complete the project work without delay.

3. Plumbing Construction:

  a. All buried and exposed piping work including furnishing and installing valves, meters, restraints, piping piers and supports, and all accessories, including all excavation, backfill and restoration. Storm water and blow off gravity drainage piping is excluded from the Plumbing Construction Contract.

b. Furnishing pipe sleeves for all new wall penetrations to the General Contractor prior to structure construction. Installation of pipe penetration accessories. Construction of all required piping penetrations through existing structures.

c. All work related to the well pump and motor replacement in Well 13 Building, including furnishing and installing the new pump head and all miscellaneous appurtenances.

d. All work involved in furnishing and installing a packed tower aeration system, booster pump, blower, duct work, control system, fittings, and all appurtenances.

e. All work involved in furnishing and installing an off-gas treatment system, fittings and all appurtenances.

f. Furnishing and installing the following control panels: Water Treatment Chemical Safety Control Panel and SCADA Control Panel.

g. All work related to SCADA improvements and coordination with the District's SCADA contractor.

h. Coordination of work and scheduling with other Prime Contractors as specified and required to efficiently complete the project work without delay.

B. The following is the list of Specification Divisions upon which the Contractors shall base his bid and execute the work:

1. General Construction

a. Applicable provisions of the various sections comprising Division 1 - Special Conditions.

b. All sections comprising Division 2 through 15, complete.

      c. Other applicable portions of the Contract Documents not specifically referred to herein.

2. Electrical Construction

a. Applicable provisions of the various sections comprising Division 1 - Special Conditions.

b. All sections comprising Division 16, complete.

c. Other applicable portions of the Contract Documents not specifically referred to herein.

3. Plumbing Construction

a. Applicable provisions of the various sections comprising Division 1 - Special Conditions.

b. All sections comprising Division 18, complete.

c. Other applicable portions of the Contract Documents not specifically referred to herein.

**1.4 SEQUENCING AND SCHEDULING OF WORK**

A. Well 13 is currently out of service. There are no limitations with respect to site or facility access.

B. The sequence of work shall be performed in accordance with the milestone requirements set forth in the Incentive Payments/Disincentive Assessments Schedule summarized in the Special Conditions.

**1.5 CONTRACT DOCUMENTS**

A. The Work to be done is shown on the set of Contract Documents, entitled "Town of Hempstead Department of Water, Levittown Water District, Construction of Packed Tower Aeration System, Well 13."

B. The Contract Documents consist of the Notice and Instructions to Bidders, Bid, Bid Bond, Agreement, Performance Bond, Labor and Material Payment Bond,

General Conditions, Supplementary Provisions, Special Conditions (Division 1), the Technical Specifications and the Contract Drawings.

C. The Drawings relating to the Project are enumerated as follows:

**DRAWING LIST**

| Drawing No. | Title |
|---|---|
| -- | Cover Sheet |
| G1 | Symbols and Abbreviations |
| G2 | Existing Demolition and Proposed Site Plans |
| G3 | Site Details I |
| G4 | Site Details II |
| A1 | Packed Tower Building - North and East Elevations |
| A2 | Packed Tower Building - South and West Elevations |
| A3 | Packed Tower Building - Floor Plan |
| A4 | Packed Tower Building - Details I |
| A5 | Packed Tower Building - Details II |
| S1 | General Notes |
| S2 | Packed Tower Building - Foundation Plan |
| S3 | Packed Tower Building - Slab Plan and Sections |
| S4 | Packed Tower Building - Roof Framing Plan, Sections and Details |
| S5 | Packed Tower Building - Details |
| S6 | Generator Enclosure - Plans and Sections |
| M1 | Facility Schematic |
| M2 | Packed Tower Building - Floor Plan |
| M3 | Packed Tower Building - Sections 1 and 2 |
| M4 | Packed Tower Building - Sections 3 and 4 |
| M5 | Well 13 Building - Existing and Proposed Floor Plan |
| M6 | Packed Tower Building - Details I |
| M7 | Packed Tower Building - Details II |
| E1 | Demolition Site Plan |
| E2 | Well 13 Building Demolition Floor Plan |
| E3 | Motor Control Center Elevation and Single Line Diagram Demolition |
| E4 | Proposed Site Plan |
| E5 | Well 13 Building - Floor Plan |
| E6 | Packed Tower Building - Power Plan |
| E7 | Packed Tower Building - Lighting Plan |
| E8 | Generator Set Enclosure - Plans and Elevations |
| E9 | Motor Control Center MCC - 13WB and MCC 13PT Single Line Diagrams |

| Drawing No. | Title |
|---|---|
| E10 | Motor Control Center MCC - 13WB and MCC 13PT Elevations |
| E11 | Demolition and Proposed Control System Riser Diagrams |
| E12 | Wiring Diagrams |
| E13 | Wiring Diagrams II |
| E14 | Conduit and Cable Schedule - Panelboard Schedule and Details |
| E15 | Lightning Protection System Plan |

**1.5 SAFETY AND HEALTH REGULATIONS**

A. The Contractor shall comply with the U.S. Department of Labor Safety and Health Regulations for construction promulgated under the Occupational Safety and Health Act (latest edition) and under Section 107 of the Contract Work Hours and Safety Standards Act as a minimum requirement. In the event of conflict among said Safety and Health Regulations, the Contract Documents and requirements of other regulatory agencies, the most stringent provisions shall be binding on the Contractor.

B. The Contractor is advised of the provisions of Section 4(b)(4) of the Occupational Safety and Health Act, which state:

> Nothing in this Act shall be construed to supersede or in any manner affect any workmen's compensation law or to enlarge or diminish or affect in any manner the common law of statutory rights, duties or liabilities of employers and employees under any law with respect to injuries, diseases or death of employees arising out of, or in the course of, employment.

C. The Contractor shall comply with the requirements of OSHA 1910.120 for all excavating, invasive work and related work conducted on the site of the work.

D. The Contractor shall furnish to the Engineer all product safety data sheets. Two copies shall be furnished, one for the Owner and one for the Engineer.

E. Each Contractor shall prepare a site specific Health and Safety/Contingency Plan and submit it to the Engineer for review prior to the start of the work. The Health

and Safety/Contingency Plan shall address the protection of the Contractor's and his subcontractor's employees, the Owner and the Owner's representatives from any potential health hazard due to the construction operations. The Engineer may comment on the Plan and the Contractor shall revise the Plan as necessary in response to the comments, however, the Engineer shall not be required to approve the Plans.

All costs associated with Health and Safety compliance shall be included in the unit price for each item.

**1.6 FEES, PERMITS AND INSPECTIONS**

A. All required fees, permits and inspections shall be obtained and paid for by the Contractor under the section of the Specifications for which they are required.

**1.7 EXAMINATION OF SITE CONDITIONS**

A. Before submitting any Proposal, each bidder shall visit the site and carefully review the existing conditions at the site and the nature and exact quantity of the work to be performed. No extra will be allowed if the Contractor fails to examine the site or, after having examined it, the Contractor fails to notify the Owner in writing of any discrepancies and/or disagreements that he may have noted between the existing conditions and the Drawings and Specifications which would preclude his performing his Contract in accordance with the Contract Documents.

**1.8 CONTRACTORS COORDINATION AND RESPONSIBILITY**

A. Each Contractor will be required to coordinate all work with each and every other Contractor on the site and afford each other reasonable opportunities for the introduction and storage of materials, supplies and equipment and the execution of their work. All coordination will be the complete responsibility of each Contractor.

B. Each Contractor agrees that he has and will make no claim for damages against the Owner by reason of any act or omission to act by any other Contractor or in connection with the Owner's acts or omissions to act in

connection with such other Contractor, but the Contractor shall have a right to recover such damages from the other Contractors under a provision similar to the following provision which has been or will be inserted in the Contract with such other Contractors.

C.   Should any other Contractor, having or who shall hereafter have, a contract with the Owner relating to the project or in connection with the work on sites adjoining or adjacent to that on which the work covered by this Contract is to be performed, sustain any damage, during the progress of the work hereunder, through any act or omission of the Contractor, the Contractor agrees to reimburse such other Contractor, for all such damages and he further agrees to indemnify and save harmless the Owner from all claims for such damages.

D.   Each Contractor shall coordinate all of the trades under his Contract. All trades shall cooperate with each other to the end that all parts of the project will go together in proper sequence.

E.   Within 14 Calendar Days of contract signing, the Electrical and Plumbing Contractors shall provide piping and conduit penetration schedules, and equipment embedment schedules to the General Contractor for coordination of all penetrations in the new work.

F.   Within 30 Calendar Days of contract signing, the Electrical and Plumbing Contractors shall provide all piping and conduit penetration materials to the General Contractor for installation in the new work.

G.   Within 90 Calendar Days of contract signing, the Electrical and Plumbing Contractors shall furnish all remaining equipment to the General Contractor for installation in the new work.

H.   Each Contractor shall be responsible for providing copies of approved shop drawings to other Prime Contractors as necessary to allow other Prime Contractors to integrate and coordinate approved equipment into the new work.

## 1.9 CODES AND STANDARDS

A. The following provisions shall apply:

1. All materials and workmanship shall comply with all applicable codes, specifications, local ordinances, industry standards, and Utility Company regulations.

2. In case of differences between building codes, specifications, state laws, local ordinances, industry standards, Utility Company regulations and the contract documents, the most stringent shall govern. The Contractor shall promptly notify the Engineer, in writing, of any such difference.

3. Should the Contractor perform any work that does not comply with the requirements of the applicable building codes, state and federal laws, local ordinances, County Fire Marshall's regulations, industry standards, and Utility Company regulations, he shall bear all cost arising in correcting the deficiencies.

4. All Contractors shall comply with the Federal occupational Safety and Health Act, latest edition. Applicable codes and standards shall include all state laws, local ordinances, Utility Company regulations and the applicable requirements of the following accepted codes and standards (latest editions):

   a. Building Codes:

      1) New York State Uniform Fire Prevention and Building Code.

      2) New York State Energy Conservation Construction Code.

   b. Industry Standards, Codes, and Specifications:

      1) ANSI - American National Standards Institute

      2) ASTM - American Society of Testing Materials

3) NBS - National Bureau of Standards

4) NFPA - National Fire Protection Association

5) UL - Underwriter's Laboratories

6) OSHA - Occupational Safety and Health Administration

7) AISC - American Institute of Steel Construction

**1.10 WORK HOURS**

A. The Contractor's hours of operation for delivery of materials and related operations shall be limited to between the hours of 8:00 a.m. and 4:00 p.m. daily, Monday through Friday, no Saturdays or Sundays. The Contractor shall obtain written approval from the Owner for any change to the above time periods.

B. If it shall become imperative to perform work at night, the Owner shall be informed a reasonable time in advance of the beginning of such work. Temporary lighting and all other necessary facilities for performing and inspecting the Work shall be provided as required and as specified in Division 1, Temporary Facilities and Controls.

C. Unless otherwise specifically permitted, all work that would be subject to damage shall be stopped during inclement, stormy or freezing weather. Only such work as will not suffer injury to workmanship or materials will be permitted. Contractor shall carefully protect his Work against damage or injury from the weather, and when work is permitted during freezing weather shall provide and maintain approved facilities for heating the materials and for protecting the finished Work.

D. The above-stated hours of operation shall not serve to release the Contractor from gaining New York State Labor Department approval for hours in excess of a 40-hour week and 8-hour day.

**1.11 PIPING, CONDUIT AND DUCT LAYOUT**

A. In setting all types of hangers and supports, all trades shall line up the work properly, and particular care shall be used to obtain the most orderly, systematic, and compact piping, conduit and duct layout possible. The Contractors shall coordinate the work of all trades so that piping, conduit and ducts installed are supported or hung on the same or similar hangers as conditions permit and that all other details of the entire installation of exposed piping, conduit and ducts are jointly planned so that a completely unified piping, conduit and duct installation, without duplication of hangers, shall result.

+ + END OF SECTION + +

NO TEXT THIS PAGE

## SECTION 01020

## ALLOWANCES

### PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Allowance for the purchase of equipment, materials or services to be selected by the Owner have been included in the Contract Bid.

B. General Construction Bid Item No. 2: An allowance of $10,000 for furnishing all labor, materials, equipment and appurtenances for landscaping in accordance with Section 02487 and as directed by the Owner.

C. General Construction Bid Item No. 3: An allowance of $20,000 for additional work at the site as directed by the Owner.

D. General Construction Bid Item No. 4: An allowance of $30,000 for the Incentive Assessment.

E. Plumbing Construction Bid Item No. 2: An allowance of $85,000 for SCADA system additions.

F. Plumbing Construction Bid Item No. 3: An allowance of $30,000 for additional work at the site as directed by the Owner.

G. Plumbing Construction Bid Item No. 4: An allowance of $30,000 for the Incentive Assessment.

H. Electrical Construction Bid Item No. 2: An allowance of $20,000 for electrical service upgrade work performed by PSEG.

I. Electrical Construction Bid Item No. 3: An allowance of $20,000 for additional work at the site as directed by the Owner.

J. Electrical Construction Bid Item No. 4: An allowance of $20,000 for the Incentive Assessment.

## 1.2   BASIS FOR PAYMENT

A.   The basis for payment made under the Allowance for Plumbing Construction Item No. 2, will be that amount substantiated by the invoice from the District's SCADA System Vendor based upon the work described in these plans and specifications.   The Contractor's overhead and profit for this work shall be included in the lump sum base bid value for the project work.

B.   The basis for payment made under the Allowance for Electrical Construction Item No. 2, will be that amount substantiated by an invoice from PSEG based upon the work described in these plans and specifications.   The Contractor's overhead and profit for this work shall be included in the lump sum base bid value for the project work.

C.   The basis for payment made under the Allowance for General Construction Bid Item No. 3 and all contracts, will be that amount substantiated by invoices from the supplier of equipment, materials or services selected and ordered in writing by the Owner plus Contractor's overhead and profit as specified in the General Conditions.

D.   The basis for payment made under the Allowance for Plumbing Construction Bid Item No. 4 will be that amount substantiated by an invoice from National Grid. The Contractor's overhead and profit for this work shall be included in the lump sum base bid value for the project work.

+ + END OF SECTION + +

## SECTION 01050

## FIELD ENGINEERING

### 1.1 GENERAL

A. The Engineer will establish benchmarks for use by the Contractor, all other layout work shall be in accordance with the Contract Documents.

B. Contractor shall:

1. Provide civil, structural or other professional engineering services specified, or required to execute Contractor's construction methods.

2. Develop and make all detail surveys and measurements needed for construction.

3. Provide a transit and leveling instrument, stakes and accessories on the site at all times and a skilled instrument man employed or obtained whenever necessary for layout of the Work.

4. Provide all material required for benchmarks, control points, batter boards, grade stakes, and other items.

5. Be solely responsible for all locations, dimensions and levels. No data other than written order of the Owner shall justify departure from the dimensions and levels required by the Drawings.

### 1.2 DATUM PLANE

A. All elevations shown on the Contract Plans or specified refer to the datum indicated on the drawings.

### 1.3 CONTRACTOR'S FIELD ENGINEER

A. The Contractor shall employ and retain at the Site of the Work a field engineer and/or superintendent capable of performing all engineering tasks required of the Contractor. Tasks shall include as a minimum:

1. A projection of work to be completed the following day must be submitted to the Engineer by 4:00 p.m. of the preceding work day. This projection must include:

   a. Location of all areas in which construction will be done.

   b. Major construction equipment utilized.

   c. Equipment and materials to be installed.

2. Furnish all required lines and grades for construction operations. Check all formwork, reinforcing, inserts, structural steel, bolts, sleeves, piping, other materials and equipment.

3. Maintain field office files and drawings, and Record Drawings. Prepare Layout and Coordination Drawings for construction operations.

4. Check and coordinate Work for conflicts and interferences and immediately advise the Engineer of all discrepancies noted.

5. Cooperate with Engineer in field inspections as required.

6. Follow without delay all instructions of the Engineer or his assistants in the prosecution and completion of the work in conformity with this Contract. The Contractor's representative shall have full authority to supply labor and materials immediately.

7. The Contractor shall also have a competent representative available to receive telephone messages and provide a reasonable reply as soon as possible, but not later than 24 hours.

**1.4 QUALIFICATIONS OF FIELD SUPERINTENDENT**

A. Qualified superintendent acceptable to the Engineer and Owner.

+ + END OF SECTION + +

# SECTION 01072

# REFERENCE STANDARDS

## 1.1 GENERAL

A. The following is a partial list of typical abbreviations, which may be used in the specifications and plans, and the organizations to which they refer:

| | |
|---|---|
| AASHTO | American Association of State Highway and Transportation Officials |
| ACI | American Concrete Institute |
| AGMA | American Gear Manufacturer's Association |
| AIA | American Institute of Architects |
| AISC | American Institute of Steel Construction |
| AISI | American Iron and Steel Institute |
| ANSI | American National Standards Institute |
| APHA | American Public Health Association |
| ASHRAE | American Society of Heating, Refrigeration and Air Conditioning Engineers |
| ASCE | American Society of Civil Engineers |
| ASME | American Society of Mechanical Engineers |
| ASTM | American Society for Testing and Materials |
| AWS | American Welding Society |
| AWWA | American Water Works Association |
| AITC | American Institute of Timber Construction |
| AWPA | American Wood Preserver's Association |
| CRSI | Concrete Reinforcing Steel Institute |
| DIPRA | Ductile Iron Pipe Research Association |
| EEI | Edison Electric Institute |
| EJMA | Expansion Joint Manufacturers' Association |
| EPA | Environmental Protection Agency, United States |
| FM | Factory Mutual |
| FS | Federal Specifications |

| | |
|---|---|
| IEEE | Institute of Electrical and Electronic Engineers |
| ICEA | International Corrosion Engineers Association |
| IRI | Industrial Risk Insurance |
| ISO | Insurance Services Office |
| JIC | Joint Industry Conference |
| NBS | National Bureau of Standards |
| NCDH | Nassau County Department of Health |
| NEC | National Electrical Code |
| NEMA | National Electrical Manufacturer's Association |
| NESC | National Electrical Safety Code |
| NFPA | National Fire Protection Association |
| NSF | National Sanitation Foundation |
| NYSDOT | New York State Department of Transportation |
| OSHA | Occupational Safety and Health Administration |
| PCA | Portland Cement Association |
| PCI | Precast Concrete Institute |
| RMA | Rubber Manufacturers' Association |
| SMACCNA | Sheet Metal and Air Conditioning Contractors National Association |
| SSPC | Steel Structures Painting Council |
| UL | Underwriters Laboratories |
| USGS | United States Geological Survey |

B. Contractor shall, when required, furnish evidence satisfactory to the Engineer that materials and methods are in accordance with such standards where so specified.

C. In the event any questions arise as to the application of these standards or codes, copies shall be supplied on site by the Contractor.

+ + END OF SECTION + +

## SECTION 01300

## ADDITIONAL SUBMITTALS, SCHEDULES, ETC.

### 1.1  SCHEDULE OF VALUES

    A.   The work included in this Section is in addition to the work indicated in Section GC-54 of the General Conditions.

    B.   The Schedule of Values is an itemized list that establishes the value or cost of each part of the Work. It shall be used as the basis for preparing progress payments and may be used as the basis for negotiations concerning additional work or credits which may arise during the construction.

    C.   Preparation:

        1.   The schedule shall show breakdown of labor, materials, equipment and other costs used in preparation of the Bid.

        2.   The costs shall be in sufficient detail to indicate separate amounts for each Section of the Specifications.

        3.   The Contractor may include an item for mobilization which shall include the bond, insurance, temporary facilities and job mobilization. This item will be included for payment at a rate of 33-1/3 percent per month for the first three months.

        4.   The Schedule of Values shall be prepared on 8-1/2 inch by 11-inch white paper.

        5.   Use the Table of Contents of the Specifications as basis for Schedule format and identify each item with number and title in the Table of Contents. List sub-items of major products or systems as appropriate or when requested by the Engineer.

        6.   When requested by the Engineer, support values with data that will substantiate their correctness.

7. The sum of the individual values shown on the Schedule of Values must equal the total Contract Price.

8. Each item shall include a directly proportional amount of Contractor's overhead and profit.

9. The schedule shall show the purchase and delivery costs for materials and equipment that Contractor anticipates he shall request payment for prior to their installation.

   As a minimum, the Electrical Construction Contractor's Schedule of Values shall be categorized to include the following: mobilization, demobilization, electrical construction. Each category shall be further defined as described above. The combined value of mobilization (including bonds and insurance) and demobilization shall not exceed ten (10) percent of the total lump sum bid price of the project.

10. The schedule shall show the costs for start-up services and O&M manuals.

D. The Contractor shall submit two copies of the Schedule of Values to the Engineer for approval. The Schedule of Values shall be submitted no later than 5 days following the signing of the Contract. After review by the Engineer, the Contractor shall, if necessary, revise and resubmit the Schedule of Values as required until it is approved by the Engineer. No progress payments will be processed until the schedule of valves is approved by the Engineer.

**1.3 CONSTRUCTION SCHEDULE**

A. The work included in this Section is in addition to the work indicated in Section GC-54 of the General Conditions.

B. Within 5 days after delivery of the executed agreement by the Owner to the Contractor, each Contractor shall prepare a construction schedule and shall submit two copies of the preliminary construction schedule to the Engineer. Each Contractor shall also forward two copies

of the preliminary construction schedule to the other Prime Contractor(s) for comment.

C.   The Contractor shall finalize his respective construction schedule(s) based on the comments of the Engineer and the mutual agreement of the Owner. The Contractor shall then submit two copies of the final construction schedule(s) to the Engineer for approval. An approvable final construction schedule shall be submitted to the Engineer no later than 30 days after the delivery of the executed Agreement by the Owner to the Contractor.

D.   The construction schedule(s) shall be prepared in accordance with the following requirements:

   1.   Content: Supply the following information on the Construction Schedule:

      a.   Shop Drawing submittal dates and required approval dates.

      b.   Product delivery dates.

      c.   Factory and field testing dates.

      d.   Dates for beginning and completing each phase of the Work by activity and by trades.

E.   Format:

   1.   Type: Horizontal bar chart.

   2.   Sheet Size: 24-inches by 36 inches.

   3.   Time Scale: Indicate first date in each work week.

   4.   Organization:

      a.   Group Shop Drawing submittal and reviews into a separate subschedule.

      b.   Group product deliveries into a separate subschedule.

      c.   Group construction work into a separate subschedule by activity.

        d.   Group critical activities which dictate the rate of progress into a separate subschedule.

        e.   Organize each subschedule by Specification Section number.

  5.   Activity Designations: Show title and related Specification Section number.

F.   Coordination:

  1.   To assure completion of the Work within the established time of completion, all activities of the prime contractor will be scheduled and monitored by use of a horizontal bar chart.

  2.   In the preparation of the construction schedule, the prime contractor shall take into consideration Shop Drawing submittal and approval time, the delivery times of equipment and materials, Subcontractors work, availability and abilities or workmen, weather conditions, and restriction in operations at the Project site, and all other items that may effect completion of the Work within the time requirements of the Contract Documents.

G.   Submittal:

  1.   Submit updated schedules at progress meetings. If a schedule remains unchanged from one period to the next, submit a written notice to that effect.

  2.   Make submittals to Engineer.

  3.   Unless otherwise specified, submit two vellum copies of each schedule. One copy will be reviewed by the Engineer and returned. The other copy will be retained by the Engineer.

  4.   Attach a letter of transmittal to each submittal and include the following information in the letter:

        a.   A listing of items which have changed since the last submittal.

        b. Discussion of problems causing delays, anticipated length of delays, and proposed countermeasures.

5. The Contractor shall promptly notify the Owner in writing of any delay or deviation from the approved construction schedule.

H. Update schedule each month unless otherwise specified or directed by the Engineer.

**1.4 PROGRESS MEETINGS**

A. Job meetings shall be held every 2 weeks in the Contractor's field office, at the site, at which time the Contractor shall have staff of his subcontractors requested by the Engineer to discuss all details relative to the coordination and progress of the project.

B. The Engineer shall preside over these meetings and shall prepare a report of the meeting and will distribute typewritten copies of same to each of the Prime Contractors.

C. Extra job meetings shall be held if deemed necessary by the Engineer.

**1.5 APPROVAL OF SUBCONTRACTORS**

A. No subcontractor shall be employed on the work unless prior approval has been given by the Engineer. The Contractor shall, within 5 days after signing of Contract, submit a list of proposed subcontractors to the Engineer for approval. The list shall contain firm names, names of all principals and addresses and projects completed by each subcontractor and names, addresses and telephone numbers of the particular project's engineer for which the subcontract work was undertaken. Work done by each subcontractor on the aforementioned project list must have been of similar nature. A minimum of five projects for each proposed subcontractor must be submitted. All proposed subcontractors must be made aware and acknowledge in writing, that they understand and will comply with the requirements of the Contract Documents, prior to their approval by the Engineer.

B. If for any reason a subcontractor must be discharged from the work, the Contractor shall notify the Engineer at least 24 hours prior to discharge stating the reasons and shall provide the Engineer with the name and qualifications of the replacement subcontractor for approval by the Engineer. This action is deemed necessary to maintain continuity of the work and to minimize project disruptions. All costs due to slow down of the project for some reasons shall be borne by the Contractor.

**1.6 JOB PHOTOGRAPHS**

A. The Contractor shall engage the services of an experienced photographer approved by the Owner to take 150 job photographs as detailed under these specifications. The photographer will be required to take preliminary photographs of the site prior to the commencement of work as directed by the Engineer. Subsequent photographs as determined by the Engineer shall be taken during the constructing phase.

B. Three 8-inch by 10-inch glossy prints of each photograph shall be submitted to the Engineer. The prints shall be mounted on cloth with a flap for binding and shall have indelibly printed on their reverse side the following:

1. Project name.

2. Contract number and description.

3. Job number.

4. Photo number.

5. View and description indicating location of camera, general description of what photograph represents, and whether this is a preliminary or construction photograph. (A plot plan shall be submitted by the Contractor indicating location and photo number of all preliminary photographs.)

6. Date picture was taken.

7. Name of photographer.

C. The Contractor shall supply hardback binders to hold each set of preconstruction and construction photos.

D. Photographs shall be taken in accordance with a schedule established by the Engineer. The Engineer may schedule up to 10 sessions at any time during construction.

E. No separate payment will be made for Job Photographs; payment shall be included in the lump sum price bid for this Contract.

**1.7 PAYMENTS**

A. The requirements of this Section are in addition to the requirements of Section GC-55 of the General Conditions.

B. Before each payment by the Owner to the Contractor under this Contract, the Contractor shall furnish the Owner with his Certificate, in duplicate, certifying that the Contractor and each Subcontractor has complied with the Wage and other Labor Standards provisions of this contract which pertain to laborers and mechanics employed upon the Work covered by this Contract, that all subcontractors and suppliers of labor or materials have been paid all sums due them for work performed or materials furnished in connection with this contract, or that there is an honest dispute with respect to such provisions. The form of the Certificate to be used will be furnished by the Owner.

**1.8 QUALITY ASSURANCE (QA) TESTING**

A. The Contractor is hereby notified that independent testing shall be performed to verify the Contractor's work. The Contractor shall be required to correct any deficiencies to the work discovered through the QA testing at no additional cost to the Owner.

+ + END OF SECTION + +

NO TEXT THIS PAGE

SECTION 01320

CONTRACTOR COST FOR ENGINEERING SERVICES

1.1 GENERAL

A. In the event that the Engineer is required to provide additional engineering services as a result of substitution of materials or equipment which are not "or equal" by the Contractor, or changes by the Contractor in dimension, weight, power requirements, etc., of the equipment and accessories furnished, or as a result of Contractor's errors, omissions or failure to conform to the requirements of the Contract Documents or if the Engineer is required to examine and evaluate any changes proposed by the Contractor solely for the convenience of the Contractor, then the Engineer's charges in connection with such additional services shall be charged to the Contractor by the Owner.

B. Structural design shown on the Drawings is based upon the configuration of and maximum loading for major items of equipment as indicated on the Drawings and specified. If the equipment furnished differs from said features, the Contractor shall assume the responsibility for all costs of redesign and for any construction changes required to accommodate the equipment furnished, including the Engineer's charges in connection therewith.

C. For all Shop Drawings related to this Contract:

1. The Contractor shall respond to required submittals with complete information and accuracy to achieve required approvals within two submissions. All costs to the Consulting Engineer involved with subsequent submissions of Shop Drawings, Samples or other items requiring approval, will be back charged to the Contractor, at the rate of $350 per shop drawing submittal or the actual cost based upon the number of hours to review the submittal times the Engineer's normal billing rate, whichever is greater. These costs shall be deducted from payments due for Work completed by the Contractor. In the event an approved item is requested by the Contractor to be changed or substituted for, all

involved costs in the reviewing and approval process will likewise be back charged to the Contractor unless judged by the Engineer that the need for such deviation from previously approved data is beyond the control of the Contractor.


+ + END OF SECTION + +

SECTION 01342

SHOP DRAWINGS, PRODUCT DATA AND SAMPLES

1.1 GENERAL

A. Shop Drawings shall be submitted as required in the General Conditions and as specified herein.

B. To avoid delays in the progress of construction, the Prime Contractor shall submit to the Engineer a proposed construction schedule covering the preparation and submission of all shop drawings and samples as specified in Section 01300. The schedule shall be revised until satisfactory to the Engineer and shall, therefore, be strictly adhered to by the Contractors. Shop drawings and samples must be submitted in the sequence and the time provided for in the approved construction schedule.

C. The Contractor shall submit shop drawings and samples for review in accordance with the Contract Documents, as modified in the Detailed Specification, and as further modified herein.

1.2 SHOP DRAWINGS AND PRODUCT DATA

A. A letter of transmittal shall accompany each submission. If data for more than one Section of the Specifications is being submitted, a separate transmittal letter shall accompany each Section being submitted. Insofar as possible, letters of inquiry concerning certain phases of the Contract shall also deal with only one Section of the Specifications.

B. At the beginning of each letter of transmittal and each letter of inquiry, provide a reference heading indicating the following:

OWNER'S Name: ____________________
Project Name: ____________________
Contract Number: ____________________
Transmittal Number: ____________________
Section and Item Number: ____________________

C. All Shop drawings and other data submitted shall bear the stamp of approval and signature of the Contractor as

evidence that they have been reviewed and approved by the Contractor and that they conform to the requirements of the Contract Documents. Submittal without this stamp of approval will not be reviewed by the Engineer and will be returned to the Contractor.

D.  A number, containing the contract number as a prefix shall be assigned to each submittal by the Contractor starting with No. 1 and thence numbered consecutively. Resubmittals shall be identified by the same number followed by the suffix "A" for the first resubmittal, the suffix "B" for the second resubmittal, etc.

E.  Number shop drawings consecutively and show:

    1.  All working and erection dimensions (all measurements to be field verified).

    2.  Arrangement and sectional views.

    3.  Necessary details, including information for making connections to other work.

    4.  Kinds of materials and finishes.

    5.  Reference to Contract Drawing and Specification.

F.  Procedure for submitting product data and shop drawings:

    1.  Submit five minimum copies of standard manufactured items, in the form of manufacturer's catalog sheets, showing illustrated cuts of the item to be furnished, scale details, sizes, dimensions, performance characteristics, operating clearances, capacities, wiring diagrams and controls, and all other pertinent information. Two copies of reviewed and/or disapproved submissions will be returned to the Contractor.

    2.  For all other shop drawings, submit one transparency (Ozalid Type) and four prints for each drawing until final approval is obtained. On each drawing transparency, provide clear space approximately 4 inches by 10 inches on the right hand side for stamps.

3. Subcontractor's Drawings shall be checked by Prime Contractor before submission and so indicated by a stamp.

4. After completion of reviewing, the Engineer will return the transparencies to the Contractor; the printing cost to be paid for by the Contractor.

5. Shop drawings which are not approved shall be promptly resubmitted by the Contractor.

6. For approved shop drawings, the Contractor shall obtain and issue a print to the other Prime Contractor. Exceptions to these drawings by the other prime contractor shall be filed with the Engineer within 5 working days of receipt.

G. Do no work as called for by shop drawings until Engineer's review has been completed.

H. In submitting shop drawings for approval, all associated drawings relating to a complete assembly of various parts necessary for a unit shall be included. Shop Drawings shall not be submitted until the assembly of drawings is complete, so that they may be checked in relation to the assembly proposed.

I. All items of electrical equipment constituting an operating system and any mechanical units involved therein or necessary for the functioning of such system shall be submitted at the same time and shall include approved clear diagrams showing circuit functioning and necessary details for field construction.

J. In the event the Contractor obtains the Engineer's approval for the use of equipment other than that which is shown or specified, the Contractor shall, at his own expense and using methods approved by the Engineer, make all changes to the Work, including structures, piping, electrical, equipment and controls, that may be necessary to accommodate this equipment.

K. Shop Drawings shall be submitted well in advance of the need for the material or equipment for construction and with ample allowance for time required to make delivery of material or equipment after date covering such as approved. The Contractor shall assume the risk for all

materials or equipment which are fabricated or delivered prior to the approval of Shop Drawings. No materials or equipment will be permitted to be incorporated into the Work nor will such be included in monthly payment estimates until approval thereof has been obtained in the specified manner.

L.    The Engineer will review and process all submittals promptly, but a reasonable time should be allowed for this, for the drawings being revised and resubmitted, and for time required to return the approved drawings to the Contractor.

M.    It is the responsibility of the Contractor to review submittals made by his suppliers and subcontractors before transmitting them to the Engineer to assure proper coordination of the Work and to determine that each submittal is in accordance with his desires and that there is sufficient information about materials and equipment for the Engineer to determine compliance with the drawings and specifications. Incomplete or inadequate submittals will be returned for revision without review.

N.    Approval of Shop Drawings shall not relieve the Contractor from the responsibility of furnishing materials and equipment of proper dimension, size, quality, quantity, and all performance characteristics to efficiently perform the requirements and intent of the Contract Documents. Approval shall not relieve the Contractor from responsibility for errors of any sort on the Shop Drawings. Approval is intended only to determine the conformance with the information given in the Contract Documents. The Contractor is also responsible for information that pertains solely to the fabrication processes or to the technique of construction and for the coordination of the Work of all trades.

O.    When the construction of the complete project is affected through more than one contract, the Contractors for related contracts shall follow the procedure in order to avoid delays in progress of construction, prevent interferences, insure correct locations of equipment, anchor bolts, piping, conduits, sleeves, inserts and similar appurtenances and to ensure the coordination required by Contract Documents:

1. The Contractor shall expedite the submission of Shop Drawings, to the Engineer, covering his work which may affect or may be affected by the work of related contractors.

2. Simultaneously, with the submission of each Shop Drawing, one copy of each Shop Drawing shall be sent by the Contractor to each of the related Contractors affected.

3. Upon receipt of the Shop Drawings from a related Contractor, the Contractor shall examine such Shop Drawings as to their effect upon his own work. Within five working days of receipt of the Shop Drawings, the Contractor shall notify the Engineer in writing, of any interferences, objections, or questions concerning the Shop Drawings.

4. If no interferences, objections or questions are reported within the time specified, the Engineer will assume that none exist and will review the submitted Shop Drawings as specified herein. Contractors who fail to report interferences or objections within the time specified will then be required, at their own expense, to do all cutting, restoring or relocating that may result through interference or inconsistency with approved Work.

P. If shop drawings show variations from Contract requirements for any reason, Contractor shall make specific mention of such variation in his letter of transmittal and on shop drawings.

Q. If the Contractor should alter any information on previously submitted shop drawings besides the notations called for by the Engineer, he must circle this new information to bring it the Engineer's attention.

R. Have copies of all "FURNISH AS SUBMITTED" or "FURNISH AS CORRECTED" shop drawings at the job site at all times and make available to the Engineer or the Owner's representative.

**1.3 SAMPLES FOR APPROVAL**

A. As a further definition of the requirements of the Contract in connection with the submission of samples for approval, the following shall apply in amplification of the provisions of the Contract Documents:

1. Submit names of proposed manufacturers and suppliers who are to furnish materials, fixtures, appliances, or other fittings to the Engineer for early approval to afford proper investigation and check.

2. No manufacturer will be approved for any materials to be furnished under this contract unless he shall be of good reputation and shall have a plant of ample capacity and shall have successfully produced similar products.

3. All transactions with manufacturers and subcontractors shall be conducted through the Prime Contractor.

4. Unless otherwise specified, submit samples in triplicate and of adequate size to show quality, type, color, range, finish, texture, etc.

5. Label each sample to indicate material, manufacturer's name, Contractor's name, Project Title, Specification Section and other pertinent data.

6. Where specifications require manufacturer's printed installation directions, such directions and diagrams shall accompany the samples.

7. A duplicate letter of transmittal from the Contractor to the Engineer requesting approval of the sample shall accompany the samples.

8. Transportation charges to the Engineer's office must be prepaid on all samples.

9. Order no materials until approval is received in writing from the Engineer. Furnish all materials equal in all respects to the samples which were approved.

10.   Samples and Shop Drawings which are related to the same unit of Work or Specification Section shall be submitted at the same time.   If related Shop Drawings and Samples are submitted at different times, they cannot be reviewed until both are furnished to the Engineer.

+  +   END OF SECTION   +  +

NO TEXT THIS PAGE

## SECTION 01500

## TEMPORARY FACILITIES AND CONTROLS

### 1.1 GENERAL REQUIREMENTS

A. The requirements of this section are in addition to the requirements set forth in the General Specifications.

B. All costs in connection with the items specified in this Section shall be borne by the Contractor at no additional cost to the Owner and shall be included in the lump sum bid.

### 1.2 TEMPORARY UTILITIES

A. Temporary Electrical System: Each Contractor shall be responsible to provide their own temporary power system as required for their construction. Remove temporary systems when no longer required.

B. Temporary Water:

1. The Plumbing Construction Contractor shall provide, and pay for, temporary water distribution as required on working days from 15 minutes before the start of any trade to 15 minutes after the end of the day for any trade, for the work of all Contracts and hereinafter specified. Temporary water shall be available within 5 days of the start date of construction.

    a. Potable water shall be provided at a location adjacent to the Work area in quantities sufficient for those engaged in the Work.

    b. Construction water shall be provided as required.

2. The Plumbing Construction Contractor is to pay the cost of keeping the temporary water service operational when temporary water is required before or after regular working hours or on a Saturday, Sunday or holiday.

3. Remove all temporary lines when no longer required.

C. Temporary Sanitary Facilities:

1. Sanitary facilities shall be provided by the General Construction Contractor in an approved manner, at least one unit at each place where potable water is provided. Temporary piping, hoses, backflow preventers shall be provided. Chemical type toilet facilities for temporary use are acceptable. These shall be made available within 10 days of the start date of construction.

   a. Sanitary facilities shall be screened from public observation.

   b. Washroom and toilet facilities shall be of an approved type and shall in every way safeguard the adjacent lands against pollution, improper use by the Contractor's employees, and others in any way connected with the Work.

   c. The temporary sanitary facilities shall be in strict conformity with the applicable section of Industrial Code 23, as amended by the New York State Department of Labor, Board of Standards and Appeals.

D. Temporary Heating:

1. Temporary construction heating shall be provided by the Prime Contractor responsible for the work involved for all cold weather protection of his own equipment, work and his employees' comfort at all times. Cold weather protection shall be considered to include both temporary heat and protection of covers or enclosures required during the construction period.

2. All temporary construction heating methods proposed by each Contractor shall be submitted to the Engineer for approval and must comply with all federal, state and county rules and regulations.

3. Cold weather protection shall be provided until all construction requirements under the Contracts are complied with.

4. No salamanders or other direct fired equipment will be allowed in areas of existing buildings, or in new construction areas where the use of such equipment will damage or deteriorate the construction or finishes or is harmful to employees working in the area.

## 1.3 FIRST AID

A. The General Construction Contractor shall furnish and keep on the site, at each location where work is in progress, a completely equipped first aid kit and shall provide ready access thereto at all times when men are employed on the Work.

## 1.4 STAGING AREAS, PARKING, STORAGE AND WORK AREAS

A. Contractor's Staging Areas:

1. The Contractor's staging areas shall be as indicated on the contract drawings and as approved by the Owner.

2. The allocation of space in the Contractor's Staging Area shall be coordinated among the Contractors.

3. Upon completion and acceptance of the final work, the Contractor shall restore the staging areas to their original condition including, but not limited to, removal and replacement of damaged asphaltic pavement. All asphalt pavements, grassed and/or landscaped areas that are damaged or disturbed shall be restored in accordance with the specifications.

4. The General Construction Contractor shall erect temporary fencing and gates around staging areas and as specified herein.

   a. Posts shall be round, well-seasoned, straight, sound, cedar, oak, spruce or other approved wood not less than 4-inch diameter after removal of bark. Braces shall be 4-inch square cross section. Posts and braces shall be treated with oil-borne preservative meeting requirements of AASHTO-M133. Retention shall be 6 pounds per cubic foot of wood.

b. Fence fabric shall be 6-foot high, rectangular, 2-inch by 4-inch mesh with top and bottom wires of 0.148-inch diameter and a field of 0.120-inch diameter zinc coated and conforming to the requirements of ASTM A116.

c. Gate frames shall be of steel tubing not less than 1.31-inch OD with vertical brace not less than 1-inch OD. Fabric shall be fastened to gate in an approved manner.

d. Fabric shall be fastened to posts and braces with 1½-inch stables or other approved manner.

e. Posts shall be embedded in the earth a minimum of 4 feet and shall be spaced 10 feet OC unless otherwise approved by the Engineer. Braces shall be provided as required to maintain structural rigidity of fencing.

f. Fencing at staging areas shall be maintained in good condition for the duration of this Contract and shall be removed after the completion of the Work.

g. Suitable locking devices shall be installed and maintained at each gate installed.

B. Parking, Storage and Work Areas:

1. The General Construction Contractor shall maintain suitable parking and storage areas acceptable to the Owner and the Engineer.

2. The Contractors shall utilize area designated by the Owner as his specified work areas.

3. The Contractors shall arrange their Work and dispose of their materials in such manner as to cause the least interference with the Work as well as the storage of materials of other Contractors working within the same area.

4. The Contractors shall not claim exclusive occupancy of areas within or adjacent to the limits of his Work under this Contract. The Owner and its employees shall also have access to these areas.

5.  The General Construction Contractor shall modify any parking or storage areas to cause minimum damage to the landscape and shall comply with the directions of the Owner. At the completion of the Work, the surfaces of the land used for these areas shall be restored by the General Construction Contractor to the satisfaction of the Owner and the Engineer.

## 1.5  SAFEGUARDS

A.  Each Contractor shall provide and be responsible for any and all safeguards required by any law, ordinance, permits, insurance requirements. Owner's representative's admonition, or that conditions and contingencies require, for the positive prevention of accident to the public, or to the workmen, of damage or injury to public or private property.

## 1.6  SCAFFOLDING

A.  Each Contractor shall provide, erect, alter, and remove all his runways, planks, walks, ladders, scaffolding, etc., necessary for the proper and expeditious installation of all work included in his Contract. All shall be erected in a substantial and safe manner and of ample strength for the service to be performed.

B.  Each Contractor shall be responsible for the proper maintenance and safety of all temporary ladders, rigging, scaffolds, barricades, shores, rails, hoists, derricks or other equipment or appliances supplied by him.

## 1.7  TREE AND PLANT PROTECTION

A.  Each Contractor shall exercise diligent care to protect existing trees, shrubs and other vegetation within the Contract limits which are not to be removed and shall replace at his own expense and at no additional cost to the Owner, any existing trees, shrubs or other plant material removed, destroyed, disfigured or damaged because of his negligence.

B.  Damage to any existing items, not shown in Contract Documents to be removed, such as pavement, grassed areas, utilities, structures or other facilities shall

be repaired by the Contractor immediately at his own expense to the satisfaction of the Engineer and Owner. All asphalt pavements, grassed areas and landscaping that are damaged or disturbed shall be restored in accordance with applicable sections of the Contract Specifications.

**1.8 ACCESS TO SITE**

A. The General Construction Contractor shall provide suitable access to the work site and shall do everything to maintain continual access to the work for the use of all Contractors. He shall be responsible for any and all damage which may result from any breakdown of roads or means of access, and shall keep same in serviceable condition during the entire construction period.

**1.9 POSSESSION OF SITE**

A. Each Contractor shall assume the site in its present condition, removing obstacles of materials as required to make ready new work as stated hereinbefore or mentioned hereinafter in the specifications or shown on the drawings. Furnish all tools, materials and necessary equipment, and do all work required for erection and protection so that the entire work in every respect as herein provided may be turned over to the Owner.

**1.10 CONTRACTOR'S EQUIPMENT AND TOOLS**

A. Each Contractor shall provide all equipment and experienced personnel necessary to conduct the work. The Contractor shall provide all materials, tools, equipment, accessories, fuel, power, and all other materials and services necessary for the satisfactory completion of any and all work. Each Contractor shall maintain the equipment in good operating condition for the life of the Contract. In the event that, during the course of the work, the equipment, judged on the basis of work completed to date, is considered unsatisfactory to the Engineer, the Contractor shall then, within 10 calendar days, replace the unsatisfactory equipment with equipment which is satisfactory to the Engineer.

## 1.11 NOTIFICATION OF PROPERTY OWNERS

A.  In general, construction work shall be conducted in such a manner as to provide no interference of normal pedestrian or vehicular traffic. In some cases, it may be necessary to block streets, parking lots and driveways for a short period of time. Prior to blocking or obstructing, the Contractor shall notify a responsible person in each establishment with sufficient notice so that the necessary preparations can be made and minimum inconvenience be made to the public and business people.

## 1.12 OCCUPYING PRIVATE LAND

A.  Each Contractor shall not (except after written consent from the proper parties) enter or occupy with men, tools, materials, or equipment, any land outside the easement or property of the Owner. A copy of the written consent shall be given to the Engineer.

## 1.13 PROTECTION OF UTILITIES

A.  Each Contractor is specifically directed to become familiar with the existence of aerial, surface or subsurface structures of municipal and other public service corporations within the construction site. A careful search has been made, in good faith, and all known public or private utilities within or adjacent to the Contract area are shown in their approximate locations on the Contract Plans. However, there is no guarantee that all existing utilities have been found. The Contractor's attention is also directed to the fact that during the life of this Contract, the Owners and Operators of the utilities may make changes in their facilities. The Contractor will be required to determine the exact locations and elevations of all pertinent structures, utilities and facilities, before construction work and new installations are started, so that there will be no interference with the work. Conflict between existing structures, utilities and facilities and new work shall be ascertained by the Contractor and called to the attention of the Engineer. The Contractor shall take these conditions into consideration in making up the bid.

B.   Each Contractor shall cooperate with the public utility corporations whose structures (aerial, surface or subsurface) are within the limits of or along the outside of the trench width or excavation, to make it possible for them to maintain uninterrupted service. Each Contractor shall conduct operations in such a way as to delay or interfere as little as practicable with the work of the utility corporations.

C.   Each Contractor shall give the utility corporations involved reasonable notice, but not less than 48 hours, in advance of operations which may or will affect their structures, including blasting or excavating.

D.   Each Contractor shall protect in a suitable manner all utilities encountered and shall repair any damage to structures, utilities and facilities caused by operations. If the nature of the damage is such as to endanger the satisfactory functioning of the utilities and the necessary repairs are not immediately made by Contractor, the work may be done by the respective owning companies and the cost thereof charged against the Contractor.

E.   It is understood and agreed that each Contractor considered in his bid all of the permanent and temporary utility appurtenances, and that no additional compensation will be allowed for any delays, inconveniences, or damage sustained by him due to any interference from the utility appurtenances.

## 1.14  INTERFERENCE WITH AND PROTECTION OF ROADS

A.   Each Contractor shall not close or obstruct any portion of a street, road, parking lot or private way. If any street, road, parking lot or private way shall be rendered unsafe by the Contractor's operations, he shall make such repairs or provide such temporary ways or guards as shall be acceptable and shall be accountable to the Owner and to the proper authorities.

B.   Streets, roads, parking lots, private ways, and walks shall be maintained passable and safe by each Contractor, who shall assume and have full responsibility for the adequacy and safety of provision made thereof.

C.   Contractor shall not subject roads or existing facilities to damaging loads from vehicle or other sources. Any damage caused by the Contractor shall be repaired by the Contractor at his expense.

## 1.15  STORAGE OF MATERIALS AND EQUIPMENT

A.   All excavated materials, construction equipment, and materials and equipment to be incorporated in the work shall be placed so as not to injure any part of the work or existing facilities and so that free access can be had at all times to all parts of the work and to all public utility installations in the vicinity of the work. Materials and equipment shall be kept neatly piled and compactly stored in such locations as will cause a minimum of inconvenience to vehicular and pedestrian traffic.

## 1.16  SOURCE OF SUPPLY AND QUALITY

A.   Materials used in construction shall be subject to examination and tests as may be required before acceptance. Source of supply of each material specified shall be approved by the Engineer before delivery. Only materials conforming to these specifications shall be used. Acceptance of any item of a material shall not bar its future rejection if subsequently found to be defective or inferior in quality to the material specified. Any material may be rejected if service records indicate it is unsound or unsatisfactory. If it is found that sources of supply which have been approved do not furnish a uniform product, or if the product from any source proves unacceptable at any time, the Contractor shall furnish other material from other approved sources. No material which has become unfit for use shall be used in the work. The Contractor shall designate in advance the source of supply for all materials he proposes to use so that necessary tests and inspections may be made. He shall also designate the location of plants to be used for the mixing or batching of materials. If any part of the contract is sublet, the subcontractor shall also conform to the foregoing requirements.

**1.17 CONSTRUCTION FENCE**

A. The General Contractor Contractor shall furnish and erect temporary fence as required. Temporary fencing shall be installed around all excavations. Fencing shall meet all safety and building code regulations.

B. The fence shall be maintained in good repair throughout the duration of the work and shall be removed upon completion of the work or when directed by the Engineer.

**1.18 USE OF PREMISES AND REMOVAL OF DEBRIS**

A. Each contractor shall confine his operations and those of his subcontractors to areas designated by the Engineer. Each Contractor shall maintain such area in a clean and orderly condition and remove therefrom all equipment, material and debris when or as required or when ordered to do so.

B. Each Contractor expressly undertakes at his own expense:

1. To take every precaution against injuries to persons or damages to property;

2. To comply with the regulations governing the operation of premises and to perform his Contract in such a manner as not to interrupt or interfere with the operation of any existing activity on the premises or at the location of work;

3. To store his apparatus, materials, supplies and equipment in such orderly fashion at the site of the work as will not unduly interfere with the progress of his work or the work of any other Contractor;

4. To place upon the work or any part thereof only such loads as the consistent with the safety of that portion of the work;

5. To frequently clean up all refuse, rubbish, scrap materials, and debris caused by his operations, to the end that at all times the site of the work shall present a neat, orderly and workmanlike appearance.

6.  Before final payment, to remove from the site and all public and private property, all surplus material, false work, temporary structures, including foundations thereof; plant of any description and debris of every nature resulting from his operations and to put the site in a neat, orderly condition; and

7.  Shall leave his work "broom-clean" or its equivalent, unless more exactly specified.

C.  Where required by the Contract, and where or as directed by the Engineer, each Contractor shall comply with the requirements of the aforementioned paragraphs. Should the Contractor fail to comply when or as directed by the Engineer, the Owner shall have the right to clean as required and all costs incurred in the performance of this work shall be deducted from the Contract amount in questions of dispute.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

SECTION 01510

PREPARATORY AND CORRECTIVE WORK

## 1.1 CUTTING AND PATCHING

A. The Contractor shall do all cutting, drilling, rough and finish patching as required for work and shall perform the work in a complete and workmanlike manner, subject to trade regulations, only with the consent of the Engineer and subject to his approval. Cutting and patching shall be done in a manner which will not weaken the structure and which will restore the integrity of any existing protection. All patching shall be performed in a manner acceptable to the Engineer.

## 1.2 PROTECTION

A. The Contractor shall protect and be responsible for the existing building facilities and equipment within the area of his operation under this Contract. Any disturbance or damage to the work, the existing building, finishes and equipment or any impairments of facilities resulting directly or indirectly from the Contractor's operations shall be promptly restored, repaired or replaced to the satisfaction of the Owner at no additional cost to the Owner. When Contractor cuts openings in existing outside walls or roofs, he shall properly protect the interior of the buildings from the elements.

B. Provide all necessary temporary closures, guard rails, barricades, etc., to adequately protect all workmen, employees and the public from possible injury. Provide temporary protection consisting of exterior grade plywood walls to protect the interior of existing buildings from inclement weather, heat loss or vandalism.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# SECTION 01518

# TEMPORARY FIRE PROTECTION

## 1.1 GENERAL

A. Contractor shall conform to the fire protection and prevention requirements specified herein as well as those which may be established by federal, state or local governmental agencies.

B. Contractor shall comply with all applicable provisions of NFPA Standard No. 241, Safeguarding Building Construction and Demolition Operations.

C. Facilities specified herein shall be provided by the Contractor, but all other Contractors shall conform to the provisions of this Section and all applicable laws, ordinances, rules and regulations.

## 1.2 MINIMUM REQUIRED FIRE FIGHTING EQUIPMENT

A. The Contractor shall provide and locate portable fire extinguishers in accordance with NFPA Standard No. 10

## 1.3 FIRE PREVENTION AND SAFETY MEASURES

A. Prohibit smoking in hazardous areas. Post suitable warning signs in areas which are continuously or intermittently hazardous.

B. Use metal safety containers for storage and handling of flammable and combustible liquids.

C. Do not store flammable or combustible liquids in or near stairways or exits.

D. Maintain clear exits from all points in the Work.

\+ + END OF SECTION + +

NO TEXT THIS PAGE

## SECTION 01560

## ENVIRONMENTAL CONTROLS

### 1.1 GENERAL

A. Provide and maintain methods, equipment, and temporary construction, as necessary to provide controls over environmental conditions at the construction site and adjacent areas. Remove physical evidence of temporary facilities at completion of Work.

### 1.2 NOISE CONTROL

A. Contractor's vehicles and equipment shall be such as to minimize noise to the greatest degree practicable. Noise levels shall conform to the latest OSHA standards and local codes.

### 1.3 DUST CONTROL

A. It shall be the responsibility of the Contractor to provide such means as necessary to keep dust on the site to a minimum at all times. No chemicals will be allowed for this purpose.

B. Within the buildings, the Contractor shall be responsible to provide dust control for each of the activities in accordance with established regulations so as not to interfere with occupants of the buildings.

### 1.4 PEST AND RODENT CONTROL

A. Rodent and insect control shall be the responsibility of the General Construction Contractor who shall provide the following:

1. Sufficient garbage cans for food waste.

2. Garbage removal from the site.

3. Engage the services of an exterminator once a month to control and prevent rodent and insect infestation.

## 1.5   WATER CONTROL

A.   Provide methods to control surface water and water from excavation of structures to prevent damage to the Work, the Site, adjacent Structures and adjoining properties.

    1.   Control fill, grading and ditching to direct water away from excavations, pits, and other construction areas; and to direct drainage to proper runoff courses so as to prevent any erosion, damage or nuisance.

B.   Provide, operate and maintain equipment and facilities of adequate size to control surface water.

C.   Dispose of drainage water in a manner to prevent flooding, erosion, or other damage to any portion of the Site or to adjoining areas and in conformance with all environmental requirements.

## 1.6   POLLUTION CONTROL

A.   Provide methods, means and facilities required to prevent contamination of soil, water or atmosphere by the discharge of noxious substances from construction operations.

B.   Provide equipment and personnel, perform emergency measures required to contain any spillages, and to remove contaminated soils or liquids.

    1.   Excavate and dispose of any contaminated earth off-site, in accordance with all local, state and federal codes and regulations and replace with suitable compacted fill and topsoil acceptable to the Engineer.

C.   Take special measures to prevent harmful substances from entering the ground.

    1.   Prevent disposal of wastes, chemicals, or other such substances from entering surface waters, public waters and groundwater.

D.   Provide systems for control of atmospheric pollutants.

    1.   Prevent toxic concentrations of chemicals.

    2. Prevent harmful dispersal of pollutants into the atmosphere.

E. All Contractor's equipment used during construction shall conform to all current federal, state, local laws and regulations.

**1.7 EROSION CONTROL**

A. Plan and execute construction work and earthwork by methods to control surface drainage from cuts and fills, and from borrow and waste disposal areas, to prevent erosion and sedimentation.

1. Hold the areas of bare soil exposed at one time to a minimum.

2. Provide temporary control measures such as berms, dikes, hay bales, sediment basins and drains.

B. Construct fills and waste areas by selective placement to eliminate surface silts or clays which will erode.

C. Periodically inspect earthwork to detect any evidence of the start of erosion, apply corrective measures as required to control erosion.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# SECTION 01610

## TRANSPORTATION AND HANDLING OF MATERIALS AND EQUIPMENT

### 1.1 GENERAL

A. Contractor shall make all arrangements for transportation, delivery and handling of equipment and materials required for prosecution and completion of the Work.

B. Shipments of materials to the Contractor shall be delivered to the Site only during regular working hours. Shipments shall be addressed and consigned to the proper party giving name of Project, street number and city. Shipments shall not be delivered to the Owner except where otherwise directed.

C. If necessary to move stored materials and equipment during construction, Contractor shall move or cause to be moved materials and equipment without any additional compensation.

### 1.2 DELIVERY

A. Arrange deliveries of products in accordance with construction schedules and in ample time to facilitate inspection prior to installation.

B. Coordinate deliveries to avoid conflict with Work and conditions at site and to accommodate the following:

1. Work of other Contractors, Subcontractors or Owner.
2. Limitations of storage space.
3. Availability of equipment and personnel for handling, products.
4. Owner's use of premises.

C. Do not have products delivered to Project Site until related Shop Drawings have been approved by the Engineer.

D.   Do not have products delivered to Site until required storage facilities have been provided.

E.   Have products delivered to Site in manufacturer's original, unopened, labeled containers. The Engineer shall be immediately informed of the delivery of all equipment to be incorporated in the Work.

F.   Partial deliveries of component parts of equipment shall be clearly marked to identify the equipment, to permit easy accumulation of parts and to facilitate assembly.

G.   Immediately on delivery, inspect shipment to assure:

   1.   Product complies with requirements of Contract Documents and reviewed submittals.

   2.   Quantities are correct.

   3.   Containers and packages are intact, labels are legible.

   4.   Products are properly protected and undamaged.

## 1.3   PRODUCT HANDLING

A.   Provide equipment and personnel necessary to handle products by methods to prevent soiling or damage to products or packaging.

B.   Provide additional protection during handling as necessary to prevent scraping, marring or otherwise damaging products or surrounding surfaces.

C.   Handle products by methods to prevent bending or overstressing.

D.   Lift heavy components only at designated lifting points.

E.   Materials and equipment shall at all times be handled in a safe manner and as recommended by manufacturer or supplier so that no damage will occur to them. Do not drop, roll or skid products off delivery vehicles. Hand carry or use suitable materials handling equipment.

## 1.4 REMOVING, HAULING, STORAGE AND INSTALLING EQUIPMENT AND MATERIALS

A. The Contractor shall inspect all items including all boxes, crates and packages containing equipment and materials for damage that may have occurred during shipment prior to its removal from the truck or other conveyance. Any damage shall immediately be reported to the Engineer. The Contractor shall then carefully remove the equipment and materials from the truck or trucks on which it is shipped. The equipment and materials shall then be transported to the place of installation at the job Site. The Contractor shall be liable for loss or damage that the equipment or materials may receive while being unloaded, transported, stored or installed. The Contractor shall employ competent mechanics experienced in the installation of the types of equipment and materials to be furnished, and shall ensure that all equipment and materials are installed in accordance with the recommendations of the manufacturer. All bolts, nuts and other fastenings shall be furnished by the Contractor. All equipment that arrives at the job Site during normal working hours shall be unloaded as soon as practicable.

B. Store equipment and materials in accordance with manufacturer's/supplier's recommendations. Provide a copy of manufacturer's/supplier's storage recommendations to the Engineer.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# SECTION 01710

# CLEANING

## 1.1 GENERAL

A. Execute cleaning during progress of the Work, at completion of the Work, and as specified herein.

B. Requirements of Regulatory Agencies:

1. In addition to the requirements herein, maintain the cleanliness of the Work and surrounding premises within the Work limits so as to comply with federal, state and local anti-pollution laws, ordinances, codes and regulations when disposing of waste materials, debris and rubbish.

C. Scheduling of Cleaning and Disposal Operations: So that dust, wash water or other contaminants generated during such operations do not damage or mar painted or finished surfaces.

1. To prevent accumulation of dust, dirt, debris, rubbish and waste materials on or within the Work or on the premises surrounding the Work.

D. Waste Disposal:

1. Dispose of all waste materials, surplus materials, debris and rubbish off the site.

2. Do not burn or bury rubbish and waste materials on the construction site.

3. Do not dispose of volatile or hazardous wastes such as mineral spirits, oil or paint thinner in storm or sanitary drains.

E. Cleaning Materials:

1. Use only cleaning materials recommended by manufacturer of surface to be cleaned.

2.   Use each type of cleaning material on only those surfaces recommended by the cleaning material manufacturer.

3.   Use only materials which will not create hazards to health or property.

F.   During Construction:

1.   The General Construction Contractor shall remove and dispose of all debris resulting from work of both prime contractors, at least twice a week and more often if same interferes with the work or presents a fire hazard. All debris and excess material shall be removed from the Owner's property. Burying of any debris or excess material within the premises will not be permitted. Burning of same will be strictly forbidden.

2.   The General Contractor shall provide a dumpster or other approved means of refuse removal for the use of both Contractors.

   a.   Dumpster shall be located where directed by the Owner.

   b.   Placing of the refuse in the dumpster shall be the responsibility of each individual Contractor.

   c.   Dumpster shall be emptied and replaced as required so that refuse may be disposed of as quickly as possible.

   d.   Use of the dumpster by other contractors shall be limited to general debris. Large items or equipment removals shall be the full responsibility of each individual contractor.

3.   Keep the work and surrounding premises within work limits free of accumulations of dirt, dust, waste materials, debris and rubbish.

4.   Keep dust generating areas wetted down.

    5.    Dispose of waste, debris and rubbish off Site at legal disposal areas in accordance with local, state and federal codes and regulations.

G.    Owners Right to Clean

    1.    Should the Contractor fail or refuse or neglect to remove rubbish and waste materials and temporary work or clean the buildings and premises as required herein, then the Owner may or shall, without obligation to do so, remove and dispose of said rubbish, waste materials and temporary work, and clean the buildings and premises and deduct the cost thereof from any money due or to become due the Contractor under his Contract.

H.    When Project is Completed:

    1.    Contractor shall clean and maintain the Site in accordance with Division 1, Section 01760, Project Closeout.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# SECTION 01720

## PROJECT RECORD DOCUMENTS

### 1.1 GENERAL

A. Contractor shall maintain and provide the Engineer with Project record documents as specified below except where otherwise specified or modified in Divisions 2-16, or in the General Conditions.

### 1.2 MAINTENANCE OF DOCUMENTS

A. Maintain in Contractor's field office in clean, dry, legible condition complete sets of the following: Contract Drawings, Specifications, Addenda, approved Shop Drawings, Samples, Change Orders, other Modifications of Contract, test records, Field Orders, and all other documents pertinent to Contractor's Work.

B. Provide files and racks for proper storage and easy access. File in accordance with filing format of Construction Specification Institute (CSI) unless otherwise approved by Engineer.

1. Make documents available at all times for inspection by Engineer and Owner.

2. Record documents shall not be used for any other purpose and shall not be removed from the office without Engineer's approval.

### 1.3 RECORDING UPDATED INFORMATION

A. General:

1. Label each document "PROJECT RECORD" in 2-inch high printed letters.

2. Keep record documents current, and updated at least monthly.

3. Do not permanently conceal any Work until required information has been recorded.

4.  Within two weeks after the date of Notice to Proceed, the Contractor shall procure at Contractor's expense a complete set of 4 mil, washoff, mat finish (both sides) mylar tracings of the Contract Drawings.  The Engineer will make available the original contract tracings to any reputable local blueprint company of the Contractor's choosing for such purpose, and the Contractor shall arrange to be billed directly by such blueprint company for the cost involved. Original contract tracings must be returned to Engineer immediately.

B.  Contract Drawings:  As the work progresses, the Contractor shall keep a record of all deviations, neatly and correctly entering them in colored crayon on a paper print of the Contract Drawings affected.  This set of prints shall be kept available at the site for inspection.  On the last working day of each month, any deviations properly identified by notes shall be transferred in ink to the mylar tracings by a competent draftsperson.    Legibly  mark  to  record  actual construction including, but not limited to:

1.  Depths of various elements of foundation in relation to datum.

2.  Horizontal and vertical location of underground utilities and appurtenances referenced to permanent surface improvements.

3.  Location of internal utilities and appurtenances concealed in construction referenced to visible and accessible features of structure.

4.  Field changes of dimensions and details.

5.  Changes made by change Order or Field Order.

6.  Details not on original Contract Drawings.

7.  Within one week after the end of each month, the Contractor shall submit to the Engineer one paper print of each drawing affected, showing the latest corrections.  Such submission shall accompany the Contractor's partial payment requisition, when applicable.  If there are no deviations for a

particular month, no drawings will be required, but the Contractor shall submit a certification within the period stipulated for drawings indicating such lack of deviations for that month.

C. Specifications and Addenda: Legibly mark up each Section to record:

1. Manufacturer, trade name, catalog number, and supplier of each product and item of equipment actually installed.

2. Changes made by Change Order or Field Order.

3. Other matters not originally specified.

D. Shop Drawings: Maintain as record documents and legibly annotate Drawings to record changes made after review.

**1.4 FINAL SUBMITTAL OF RECORD DOCUMENTS**

A. Record Drawings:

1. At the completion of the installation of all equipment, piping and ductwork the Contractor shall furnish to the Engineer reproducible mylar tracings showing the actual in-place installation of these items installed under this Contract. The Drawings shall show the Work in plan and sections as required for clarity with reference dimensions and elevations for complete Record Drawings. The tracings shall be furnished not later than 30 days after completion of the Work and prior to Final Payment.

2. At the completion of all electrical Work under the Contract, the Contractor shall furnish to the Engineer, reproducible mylar tracings showing a one line diagram of the distribution system and the actual in-place grounding system, lighting arrangement, motor control centers, equipment and conduit and cable plans. The tracings shall be furnished not later than 30 days after completion of the Work and prior to Final Payment.

3. The Contract Drawings may be used as a starting point in developing these Drawings. Subcontractor

and manufacturer drawings may be included in this drawing package. The drawing package must be fully integrated and include the necessary cross references between Drawings. The drawing package shall include interconnection and termination details to equipment furnished under this Contract.

4. All Drawings must be submitted for approval of the Engineer. This shall include the following composite drawings for the system being furnished:

   a. Schematic (Elementary) Diagrams: This shall include but not be limited to complete schematics including items furnished by others for the following:

      1) Motor control circuits for starters furnished under this Contract.

   b. Wiring (connection) diagrams: These shall be included for all pre-wired equipment furnished under this Contract.

   c. Interconnection diagrams: These shall include all interconnections to be furnished under this Contract.

   d. Conduit and cable schedules: These shall include all conduit and cable furnished under this Contract.

   e. Dimension of outline drawings: These shall include all equipment furnished under this Contract.

   f. Power and lighting layout drawings: These shall include all conduits and wiring furnished under this Contract.

B. Submittal:

   1. At completion of Project, when all revisions showing the work as finally installed are made to the satisfaction of the Engineer, the corrected reproducible drawings and one set of prints and other project record documents shall be delivered to the Engineer.

2.  Accompany submittal with transmittal letter containing:

   a.  Date.

   b.  Project title and number.

   c.  Contractor's name and address.

   d.  Title and number of each record document.

   e.  Certification that each document as submitted is complete and accurate.

   f.  Signature of Contractor, or his authorized representative.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

## SECTION 01730

## SUPPLEMENTARY MECHANICAL AND ELECTRICAL REQUIREMENTS

### 1.1 SCOPE

A. This Article is coordinate with and complementary to other applicable Articles of these Specifications.

B. Where items of other Articles are repeated in this Article of the Specifications, it is intended to call particular attention to or qualify them. It is not intended that any other parts of other Articles shall be assumed to be omitted if not repeated herein.

C. The Supplementary Mechanical and Electrical Requirements specified hereinafter shall apply to all sections of the Electrical Construction Specifications.

D. Unless otherwise specified, all electrical work, materials, and equipment provided under Mechanical Sections of the Specifications shall conform to the requirements of the Electrical Sections of the Specifications. The Contractor shall determine the electrical work and equipment specified under each Section of the Specifications and shall provide complete, coordinated systems.

E. All power wiring shall be supplied and installed by the Contractor to specific equipment unit packages. Instrumentation wiring shall be supplied and installed by the Contractor, unless otherwise noted on the Drawings or in these Specifications.

F. Wherever the term "provide" is used in the Contract Documents, it shall mean furnish and install in place complete in all details, ready for successful operation.

G. The Contract Drawings are diagrammatic and indicate the general arrangement of systems and work included in the Contract. Do not scale the Drawings. The structural, civil, and electrical Drawings and details shall be consulted in connection with the mechanical installations. Where the exact locations of fixtures and equipment are not definitely established, the Contractor shall obtain this information from the Engineer. The

Contractor shall follow the Contract Drawings in laying out the work and shall continually check the various trades to verify that sufficient space is available for the installation of the work. Maximum headroom and space conditions shall be maintained at all points. Where headroom or space conditions appear inadequate, the Engineer shall be notified before proceeding with installations.

H. Because of the small scale of the Drawings, it is not possible to indicate all offsets, fittings, and accessories which may be required. The Contractor shall carefully investigate the structural and finish conditions affecting his work and shall arrange his work accordingly, furnishing such fittings, valves, transitions, pull or junction boxes, and accessories as may be required to meet such conditions, at no additional cost to the Owner.

I. Where variances occur between the Drawings and the Specifications, or within either document itself, the Engineer will decide on the item and manner in which the work shall be installed.

J. Where a Contractor proposes to use a substitute item, the installation of which will require any redesign of the structure, partitions, foundations, piping, ductwork, wiring, or of any other part of the project, all such redesign, and all new drawings and detailing required therefore shall, with the permission of the Engineer, be prepared by the Contractor at the Contractor's expense. Where the substitution of an item or items require modifications, involving a change in quantity of material and equipment from that specified or indicated on the Contract Drawings, the Contractor shall include the total cost of such changes in his bid.

## 1.2 SELECTIONS BY THE ENGINEER

A. Should the Contractor fail to comply with the requirements for manufacturers' lists, shop drawings, and material lists by failure to submit within the time specified or by failure to submit equipment or materials which comply with the requirements, quality, and grade specified, then the right is reserved by the Engineer to select a full line of equipment and materials to be used

in the work. Such selection by the Engineer shall be final and binding upon the Contractor.

B.  Failure by the Contractor to submit revised shop drawings or material lists in time for further checking shall not entitle him to an extension of contract time, and no claim for extension by reason of such default will be allowed.

## 1.3   SPECIFIED EQUIPMENT AND MATERIALS

A.  Unless otherwise indicated, Specification or Drawing references to manufacturer's names and/or model numbers are provided as a guide to bidding and to establish the type, grade, or quality of equipment or materials required. Such reference is not intended to supersede the basic duty and performance requirements specified or indicated on the Contract Drawings. Where the words "or equal" are used, equivalent items may be used, subject to review and acceptance by the Engineer. In all cases, the Contractor shall be responsible for providing equipment and materials which satisfy the indicated requirements. Equipment and appurtenances shall be designed in conformity with generally accepted applicable standards and shall be of rugged construction and of sufficient strength to withstand all stresses which may occur during fabrication, testing, transportation, installation, and all conditions of operation. All bearings and moving parts shall be adequately protected with bushings or other suitable means against wear and provision shall be made for adequate lubrication by readily accessible devices. Details shall be designed for appearance as well as utility. Protruding members, joints, corners, gear covers, and the like shall be finished in appearance. All exposed welds shall be ground smooth and the corners of structural shapes shall be rounded or chamfered. Machinery parts shall conform within allowable tolerances to the dimensions shown on the Contract Drawings. In setting up equipment, there shall be no more fittings or adjusting than is ordinarily necessary in assembling high-grade apparatus of normally accepted design. The corresponding parts of identical equipment shall be made interchangeable.

B.  Complete drawings shall be provided showing numbers and size of wiring required by and between all items of

equipment furnished under the contract and its connection to work included under other Contracts. The Drawings shall include all terminal block designations, nameplate legends. Unless specifically stated otherwise, all control circuits shall operate on 120 volt, single phase, 60 Hz power supplied by control transformers included with the electrical equipment.

C. All equipment shall be safeguarded in accordance with applicable Federal, State and local safety codes and specifically, OSHA.

D. The Contractor shall furnish for each piece of equipment any and all special tools and appliances which may be needed to adjust, maintain or repair the equipment. All such materials shall be of best quality. The Contractor shall furnish specified spare parts for each piece of equipment. All such tools and parts shall be suitably boxed and labeled and shall be stored as directed by the Engineer.

E. Where equipment requiring different arrangement or connections from those shown is approved, it shall be the responsibility of the Contractor furnishing the equipment to install the equipment to operate properly and in harmony with the intent of the Drawings and Specifications. When directed by the Engineer, the Contractor shall submit drawings showing the proposed installation. If the proposed installation is approved, the Contractor furnishing the equipment shall make all incidental changes in piping, ductwork, supports, insulation, wiring, heaters, panelboards, etc. He shall provide any additional motors, controllers, valves, fittings and other additional equipment required for the proper operation of the system resulting affected trades. The Contractor shall be responsible for the proper location of roughing in and connection by other trades. All changes shall be made at no increase in the Contract amount or additional cost to the other contractors.

**1.4 STORAGE OF EQUIPMENT AND MATERIALS**

A. Contractor shall store his equipment and materials at the job Site in accordance with the requirements of the General Conditions, and as hereinafter specified.

B. Manufacturer's directions shall be followed completely in the delivery, storage, protection and installation of all equipment and materials. The Contractor shall promptly notify the Design Consultant in writing of any conflict between any requirement of the Contract Documents and the manufacturer's directions and shall obtain the Engineer's written instructions before proceeding with the work. Should the Contractor perform any work that does not comply with the manufacturer's directions or such written instructions from the Engineer, he shall bear all costs arising in correcting the deficiencies.

C. Equipment shall be tightly covered and protected against dirt, water and chemical or mechanical injury and theft. At the completion of the work, fixtures, equipment and materials shall be cleaned and polished thoroughly and turned over to the Owner in a condition satisfactory to the Engineer. Damage or defects developing before acceptance of the work shall be made good at the Contractor's expense.

D. Contractor shall enforce the instructions of the Owner regarding the posting of regulatory signs for loadings on structures, fire safety and smoking areas.

**1.5 ELECTRICAL**

A. Wherever equipment requiring electrical connection is specified, all power wiring shall be furnished and installed under Division 16 - Electrical of the Specifications. Starting switches, protective devices and other means for the operation, control and the control wiring of equipment shall be furnished and installed under the various sections of the work, unless otherwise specifically noted. Additional disconnects required by the National Electrical Code shall be furnished, installed and connected under the Electrical section of the Specifications. When specified in the detail specifications, control or interlock wiring shall be provided and installed by the Contractor furnishing the equipment.

B. The Contractor shall check the General, Mechanical and Electrical Drawings and Specifications to assure the proper location and electrical service characteristics to the individual outlets serving the equipment and

shall advise the Engineer of any required modifications to suit the actual equipment to be furnished.

C. The Contractor responsible for electrical work shall, at the start of construction, apply for and pay all costs to obtain a Certificate of Inspection from the National Fire Protection Association. Copy of original application at start of work shall be submitted to the Owner. Submit final certificate to the Owner when work is completed and prior to application for final payment.

**1.6 CONNECTIONS TO EQUIPMENT**

A. Connections to equipment shall follow manufacturer's recommendations as to size and arrangement of connections and/or as shown in detail on the Contract Drawings or approved Shop Drawings. Piping connections shall be made to permit ready disconnection of equipment with minimum disturbance of adjoining piping and equipment. The Contractor shall be responsible for the exact alignment of equipment with associated piping and under no circumstances will pipe springing be allowed.

B. The Contractor shall be responsible for bringing proper electrical service to each item of equipment requiring electrical service as shown on the Contract Drawing or approved Shop Drawings. Electrical connections to equipment requiring electrical service shall be made by the Electrical Contractor, unless otherwise indicated on the Contract Drawings or in the technical Specifications.

**1.7 CORROSION PROTECTION**

A. All spare parts shall be properly coated to withstand action of corrosive effects of moist atmosphere. All spare parts shall be properly crated in containers for prolonged periods of storage and for handing with hoisting equipment. Wherever possible, wooden crates of durable construction shall be utilized. All containers shall have stenciled thereon the name of the manufacturer or supplier providing the item of equipment, name of unit for which the spare part is intended, name of spare part, name of manufacturer of spare part, if different than manufacturer or supplier of the equipment item, manufacturer's catalog numbers and all other identifying and precautionary information.

B.   All equipment furnished under this Contract shall be corrosion protected, here appropriate, by the manufacturer or supplier prior to shipment. All surfaces subject to corrosion shall be coated with suitable rust preventing compounds before shipment. Where equipment is shipped in protective crates and boxes, parts may be sealed in heavy duty plastic. Where special on-site protection is required, Contractor shall protect equipment in accordance with manufacturer's recommendations.

## 1.8   PROTECTION OF WORK, EQUIPMENT AND MATERIALS

A.   All equipment and materials provided and work performed under this contract shall be protected from damage before, during, and after installation. The Contractor shall be responsible for work, equipment and materials until finally inspected, tested, and accepted.

B.   During construction, the open ends of work shall be effectively closed with temporary covers or plugs to prevent the entry of foreign material.

## 1.9   GUARANTEES

A.   Each purchase agreement between the Contractor and the manufacturer or supplier of each equipment item shall include specific provisions as indicated hereinafter.

B.   As soon as possible after a purchase order is placed, the manufacturer shall supply complete descriptive data and installation drawings to the Contractor for submission to the Engineer. Such submittal on each equipment item shall be supplied in one package to permit checking complete installation details.

C.   The manufacturer shall include with the submittal a warranty or guarantee, in the form indicated below, against defective workmanship or materials in the equipment supplied for a period of one year (unless otherwise specified) from the date of final Project acceptance by the Owner of the work to be performed under this Contract.

D.   Where so designated in the Specifications for equipment items, the manufacturer or supplier will furnish the

services of an experienced erection Engineer to check the installation of the equipment, and will file, in quadruplicate, with the Engineer a certificate on the manufacturer's stationery stating that the equipment has been properly installed in accordance with the manufacturer's recommendations and that the trial operation has been satisfactory.

E. It should be noted that for equipment Items, the shop drawings and details will not be reviewed by the Engineer until the completed guarantee form as contained herein is submitted to the Engineer by each manufacturer or supplier through the Contractors.

F.

GUARANTEE FOR EQUIPMENT ITEM

Project: ____________________

Contract Title: ____________________

Contract Number: ____________________

Equipment Item: ____________________

Item No. and Section No.: ____________________

Supplier: ____________________

Address of Supplier: ____________________

The undersigned hereby agrees to repair or otherwise make good, at no cost to the Owner, any defects in workmanship or materials in the above described equipment which may develop within a period of one (or otherwise specified) year from the date of final acceptance by the Owner of the above named Project.

The undersigned further guarantees that the above equipment fully meets the type, quality, design and performance requirements defined in the Contract Specifications of the above project and that the equipment will in actual operation satisfactorily perform the functions for which installed.

Company: ____________________

Signed: ____________________

Title: ____________________

Date: ____________________

## 1.10 MATERIALS

A.  All materials and equipment required for the work shall be new, of first-class quality, and shall be furnished, delivered, erected, connected, and finished in every detail, and shall be as selected and arranged as to fit properly into the building spaces. Where no specific kind or quality of material is given, a first-class standard article acceptable to the Engineer shall be furnished.

B.  All equipment and materials installed where exposed or subjected to outdoor conditions shall be suitably treated for outdoor installation.

## 1.11 MOTORS AND CONTROLS

A.  Motors and controls shall conform to the latest requirements of IEEE and NEMA, and, where applicable, shall be UL listed. Motors generally are specified with the driven equipment. Motor starting and control equipment is specified either with the motor which is controlled or in an Electrical Specification Section. The Contractor is advised to consult all Specification Sections to determine responsibility for motors and controls. Compatibility of variable speed systems shall be maintained where possible. Motors and control enclosures, when located outdoors or in unheated structures, shall have heaters included to prevent condensation within the equipment.

B.  Motors shall be suitable for use under the conditions and with the equipment to which applied, and designed for operation on the electrical systems specified or indicated. Special equipment requiring a motor with unusual characteristics shall be equipped with a definite purpose motor to meet necessary requirements. All such motors shall be subject to the acceptance of the Engineer.

1.  Motors shall be applied within their horsepower and ambient temperature ratings, and in accordance with nameplate ratings. Maximum temperature rise for open and drip-proof type shall not exceed 40 degrees C. and for TEFC shall not exceed 55 degrees C.

2.  Motors with service factors shall not normally be operated above nameplate ratings. Motors shall operate quietly at all service conditions.

3.  Motors shall be continuous duty type.

4.  Unless otherwise specified, motors less than 1/2 horsepower shall be single phase, and 1/2 horsepower and larger shall be 3 phase.

5.  Motor conduit boxes shall be oversized and located to be readily accessible.

C.  Single phase motors, 1/20 horsepower and larger shall be ball bearing, unless otherwise specified, totally enclosed, with class "F" insulation, 60 Hz, 115, 115/230, 208, 115/208/230, or 230 volts, as required, of one of the following types: Capacitor start-induction run, permanent split capacitor, or repulsion start-induction run.

D.  Single phase motors, smaller than 1/20 horsepower shall be ball or sleeve bearing, totally enclosed, 60 Hz, 115 volts, permanent-split capacitor or shaded pole type. Motors shall not be used for general power purposes, and shall only be provided as built-in components of such mechanical equipment as fans, unit heaters, and controllers. Where acceptable to the Engineer, deviations from the Specifications will be permitted as follows:

1.  Open motors may be installed as part of an assembly where enclosed within a cabinet which provides protection against dust and moisture.

2.  Motors used in conjunction with low voltage control systems may have a voltage rating less than 115 volts.

E.  Three phase motors, except as specified otherwise, shall be squirrel cage, NEMA Design B, ball bearing, totally enclosed, fan cooled (TEFC) severe service, premium efficiency, 60 Hz, 208, 230, 230/460 or 460 volts, as required, 40 degrees C. ambient temperature. Insulation shall be Class "F". Totally enclosed fan cooled (TEFC) motors shall have a service factor of 1.15 in an ambient temperature of 40 degrees C.

1. Motors 20 hp and larger shall not exceed locked rotor KVA/hp input at full voltage permitted by NEMA Code F.

F. Motor controls shall conform to the Electrical Division and/or Electrical Sections of the Specifications.

**1.12 EQUIPMENT GUARDS**

A. Safety guards shall be provided on all belt drives, couplings, and other rotating or moving machinery. Unless otherwise specified, guards shall be rigid, heavy (minimum 14) gauge steel construction, hot dip galvanized after fabrication, finished to match the equipment. Guards shall be readily removable.

**1.13 LUBRICATION**

A. Unless otherwise specified, all bearings shall be the equipment manufacturer's standard for the indicated service. Where bearings types are optional, the pressure grease lubricated type shall be provided. All lubrication points shall be readily accessible, away from locations dangerous to workmen. Pressure grease lubrication fittings shall be "Zerk-Hydraulic" type as made by the Stewart-Warner Corporation, equivalent by Lincoln Engineering Co., or equal. Each Contractor shall notify and coordinate all equipment suppliers to provide one type of lubrication fitting of all equipment furnished under this contract. The pattern of the fittings shall be selected for accessibility in lubricating and shall be acceptable to the Engineer. The Contractor shall furnish two "Zerk-Hydraulic" Guns, or equal, having a capacity of not less than 1-3/4 pounds of grease.

B. The Contractor shall furnish lubrication charts or schedules for each piece of equipment or machinery. The charts or schedules shall designate each point for lubrication, the type lubricant to be supplied, and the frequency of lubrication. Charts and schedules shall be included as a part of the Manuals specified in Operating and Maintenance Manuals of this Section.

**1.14 NAMEPLATES**

A. All component parts of each item of equipment or device shall bear the manufacturer's nameplate, giving name of manufacturer, description, size, type, serial or model numbers, electrical characteristics, and other data to facilitate maintenance of replacement. The nameplate of a Subcontractor or distributor shall not be acceptable.

B. All nameplates shall be stainless steel.

**1.15 PAINTING**

A. Unless otherwise specified, all equipment shall be provided with the manufacturer's standard shop painting coat. Equipment such as heating units, air compressors, and other packaged equipment shall be furnished with the manufacturer's standard enamel finish. All surfaces shall be free from rust, scale, and grease, and shall be cleaned and dried prior to painting. Surface preparation for shop coats and field painting shall be as specified under PAINTING section of these specifications.

**1.16 FIELD CONDITIONS AND MEASUREMENT**

A. The Contractor shall base all measurements, both horizontal and vertical, from established bench marks. All works shall agree with these established lines and levels. The Contractor shall verify all conditions at the site.

B. Should the Contractor discover any discrepancy between actual conditions and those indicated which prevent following good practice or the intent of the Drawings and Specifications, he shall notify the Engineer and shall not proceed with his work until he has received instruction from the Engineer.

**1.17 SUPPLEMENTARY SUPPORTING STEEL**

A. All supplementary supporting steel required to support ducts, piping, electrical services, equipment and appurtenances shall be provided by the Contractor and painted in accordance with Section 09900, Painting.

**1.18 CUTTING - PATCHING - WATERPROOFING**

A. All holes cut through concrete slabs or walls shall be drilled. No structural members shall be cut without written permission of the Engineer, and such cutting shall be done in a manner acceptable to him. Each Contractor shall perform the work and in the prosecution shall do no cutting of woodwork, masonry, concrete, or other materials after same have been installed without the written permission of the Engineer.

B. All patching shall be done by the Contractor using the same materials as originally used. Finish of patched areas shall match and blend into adjacent existing finished areas. All work shall be acceptable to the Engineer.

C. Where any work pierces waterproofing, including waterproof concrete, the method of installation shall be acceptable to the Engineer before work is done. The Contractor shall furnish all necessary sleeves, seals, caulking, and flashing required to make openings absolutely watertight.

**1.19 FOUNDATIONS - SUPPORTS - PIERS**

A. Unless otherwise specified, the General Construction Contractor shall furnish and install all necessary foundations, supports, pads, bases, and piers required for equipment, piping, pumps, tanks, and for all other equipment furnished under this work, and shall submit drawings to the Engineer for review and acceptance before purchase, fabrication, or construction of same. Construction of foundations, supports, pads, bases, and piers, where mounted on the floor, shall be of the same materials and same quality of finish as the adjacent and surrounding flooring material. Each Contractor shall coordinate his shop drawings to provide anchor bolt information, for all equipment furnished, at the earliest possible date in order to coordinate his work with the other trades.

**1.20 SCAFFOLDING - RIGGING - HOISTING - ANCHOR BOLTS - CONCRETE PADS**

A. The Contractor shall install all equipment in accordance with the recommendations of the manufacturer. The

Contractor shall furnish, have installed, and protect all necessary guides, bearing plates, anchor and attachment bolts, and all other appurtenances required for the installation of the devices included in the equipment specified. Anchor bolts shall be stainless steel, unless otherwise specified, made of ample size and strength for the purpose intended and set in steel sleeves. Shop drawings for installation shall be furnished by the equipment manufacturer and he shall also provide suitable templates to be used by the Contractor for installation of anchor bolts. To minimize field erection problems, mechanical units shall be factory assembled insofar as practical. Equipment shall be erected in a neat and workmanlike manner on the foundations at the locations and elevations shown on the Contract Drawings, unless directed otherwise by the Engineer. In general, all equipment, motor control centers and control panels shall be mounted on 6 inch minimum thickness concrete pads. Suitable vibration isolation devices shall be furnished for equipment as required. All pads for pumping equipment shall be channeled to provide drainage to the floor drain system. The Contractor shall furnish all materials and labor to properly bed each piece of equipment based on concrete or masonry foundations using nonshrink cement grout. The grout shall fill completely the space between the equipment base and the foundation. For equipment such as pumping units, which require field alignment and connections, the Contractor shall provide the service of the manufacturer's qualified mechanic, to align the pump and motor prior to making piping connections or anchoring the pump base. In addition, alignment shall be checked again after 30 days of operation by the manufacturer's mechanic and written statements covering initial and final inspection shall be submitted to the Engineer.

B. Unless otherwise specified, the Contractor shall furnish all scaffolding, rigging, hoisting, and services necessary for erection and delivery onto the premises of any material.

**1.21 IDENTIFICATION OF EQUIPMENT**

A. In addition to the manufacturer's nameplates, all equipment, such as heating units, fans, pumps, compressors, and tanks shall be permanently identified

by name and number corresponding to the Specifications and Contract Drawings. Each motor shall be identified by the same number as the driven unit. Identifying characters shall be not less than 2 inches high.

**1.22 DIAGRAMS AND TAGS**

A. The Contractor shall furnish, in duplicate a complete list giving the number and location of all control valves, their functions, and what section of piping they control. One set of charts shall be inserted into clear plexiglass folders suitable for hanging at work stations. The second set of charts shall be neatly folded and bound as a part of the "Operating and Maintenance Manual" specified.

B. All valves shall be plainly tagged with numbered lacquered brass tags, their location and number corresponding to that on the charts. Tags shall not be less than 1-1/2 inches in diameter with black figures both stamped and painted on the tags prior to lacquering. Tags shall be fastened by open-link brass chains to bodies of valves.

**1.23 QUIET OPERATION**

A. Under all normal operating conditions, all systems and equipment shall operate without objectionable noise or vibration. Any condition which is objectionable in the opinion of the Engineer, or which contravenes OSHA requirements shall be corrected by the Contractor in a manner acceptable to the Engineer and at no additional cost to the Owner.

**1.24 TESTING AND STARTUP**

A. The startup and testing of the new equipment and systems shall be performed by the Contractor. The testing equipment, systems and structures constructed or installed under this project and startup of these equipment systems shall be coordinated with the activities performed by the Owner and others as part of the startup, testing and operation of the complete system.

B. The Engineer shall be notified at least three days in advance of all tests, and all tests shall be conducted

to his complete satisfaction. All test equipment shall be subject to the acceptance of the Engineer. Specific testing requirements are given in other Sections of the Specifications.

C.  The Contractor shall make preliminary field tests of all equipment as soon as possible and shall furnish all labor, materials, tools, and incidentals. Therefore, any equipment which does not conform to the requirements of these Specifications shall be promptly changed, or adjusted and appurtenances installed under the Contract shall be replaced as required. Prior to startup, all equipment shall be subject to test to prove compliance with the Specifications by the Contractor who shall furnish all labor, fuel, lubricants and all other materials and equipment and instruments necessary for all acceptance tests.

D.  Any failure to meet the requirements of these Specifications and any defects in equipment and appurtenances shall be promptly corrected by replacement or otherwise. The decision of the Engineer to require replacement shall be final and conclusive and the Contractor shall abide thereby at no additional cost to the Owner.

E.  Prior to startup, the Contractor shall submit compliance affidavits from each manufacturer of the various items of equipment furnished and installed under this Contract. Each manufacturer shall in his affidavit certify to the Owner and Contractor jointly that the equipment has been installed and tested to their satisfaction and that all final adjustments have been made thereto. The affidavit shall be signed by a duly authorized officer of the manufacturer and witnessed by a Notary Public.

F.  Hydrostatic testing of piping, clearwell, and other work shall be as specified under other Sections of the Specifications. Such testing shall be conducted during construction before the work is covered, insulated, or otherwise concealed.

G.  The Engineer shall be the sole judge of a structure complying with this requirement. Pipe plugs shall be installed in locations as required to perform all tests.

H. After erection, each Contractor shall demonstrate that all equipment and systems operate in a satisfactory manner. All rotating equipment shall be lubricated prior to operation in accordance with the recommendations of the manufacturer. Each piece of machinery shall be tested to show that it operates quietly, without vibration, overheating, or sign of distress, at full specified capacity. Adjustments shall be made as necessary. All defective parts on machinery shall be replaced.

I. Defects disclosed by testing shall be repaired using materials and methods of installation as specified for the original work. Systems and equipment shall be repaired and retested until free from defects. Where portions of incomplete systems must be tested, the work shall be adequately braced and supported to withstand the test pressure.

**1.25 OPERATING AND MAINTENANCE MANUALS**

A. The Contractor shall furnish four final, complete sets of operation and maintenance manuals, for use by the Owner, for all systems and items of equipment included in each of the sections of the Detailed Specifications. These manuals shall include all pertinent drawings, catalogs, brochures, bulletins, charts, schedules, wiring diagrams, internal piping diagrams, lubrication schedules, and all other information necessary for the proper operation, repair, and maintenance of equipment installed in the work. Copies of appropriate shop drawings shall be included in the manuals.

B. All manuals shall utilize the following outline guide:

Manual Title — Operation and Maintenance Manual
Town of Hempstead Department of Water
Levittown Water District
Construction of Packed Tower Aeration System at Well 13
Contract No.
Equipment Name
Manufacturer's Name
Specification Section Number

| | |
|---|---|
| Binders | Use a 3-ring loose-leaf binder with hard plastic coated covers. The Manual Title shall appear on the cover and on the edge of the binder. |
| Tabbed Dividers | Divider sheets shall be placed between all major index items and shall have labeled tabs visible beyond the page edges. The index shall also be tabbed. |
| Title Sheet | This is to be Page 1 of the Manual. All succeeding sheets shall be consecutively numbered starting with title Sheet. Place all information specified in Item #1 - Manual title, and the name, address, and telephone number of the equipment manufacturer and his local representative. |
| Index | The index shall follow the Title sheet and shall designate the page location of all items in the Manual. Drawings are to be listed in the index showing the drawing number, title, and manual page number. |
| Specification Data Sheets | Each piece of equipment making up the system for which the Manual is being submitted shall have Manufacturer Specification Data Sheets. |
| Installation | Provide a comprehensive installation description. |
| Operation Instructions | A step by step procedure should be used and be referenced to Assembly Drawings. These instructions are to include all components of the system. |

| | |
|---|---|
| Complete Parts List | This list is to include all components of the system. The list is to contain Part Numbers, Part Name, and be referenced to Assembly Drawings where the individual part is shown. This listing shall include a Bill of Materials specifying the type of material used in the manufacture of equipment and all components. |
| Recommended Spare Parts List | Spare parts shall be listed for each component of the system, shall contain the part number, part name, quantity involved, and be referenced to an Assembly Drawing. |
| Maintenance | Referring to an assembly drawing, give detailed explanation of what should be checked and maintained. Give lubrication schedules. If a particular item is maintenance-free, so state. |
| Troubleshooting | Include a list of things the Operator should look at, if particular inherent problems occur. |
| Shop Drawings | All Drawings, Wiring Diagrams, Catalog Cuts, Manufacturers Sales and Descriptive Brochures, Certified Test Reports, and any information submitted for the Engineer's review are to be included in the O&M Manual. These items are to be of good quality, legible, and free of any Engineers or Company stamps. All drawings are to have the three ring holes reinforced. The drawings are to be folded with the Title and number face up. If pockets are used, the face will shown the Drawing title, Drawing Number, and Page Number. |
| Nameplate Information | All Information on Equipment Nameplates is to be included in the Manual on a sheet so titled in case replacing these tags becomes necessary. |

| | |
|---|---|
| Certification of Proper Installation and Start-up | After Testing and during Start-up, each Manufacturer's representative will be required to certify to proper installation and start-up. This document will be inserted into the back of the O&M Manual by the Engineer. Provide an item in the index for this. |
| Guarantee | A Guarantee is to be provided in accordance with this Section. The Manufacturer or Supplier of each equipment item is to guarantee all component parts of the equipment furnished. The Guarantee is to contain information on how to apply for assistance under the Guarantee. |

C. It is the intention of this Article to make operation and maintenance manuals as descriptive and concise as possible. Only pertinent data for the particular piece of equipment submitted for this project shall be included. Crossing out of unrelated data will, in general, not be permitted. Only items of the utmost importance shall be highlighted in yellow. Each manual shall contain information specific to this project only, and shall contain no superfluous data.

D. Four preliminary copies of these manuals shall be submitted to the Engineer for review. These preliminary copies may omit the shop drawings. Two copies of these required preliminary manuals will be returned to the Contractor. The four final manuals shall be submitted to the Engineer within one month after final approval of all vendor shop drawings. Scheduled payments to the Contractor will be dependent upon these submittals.

E. The Contractor is hereby notified that, in general, the standard technical manual as produced by equipment manufacturers has, in the past, not complied with the above requirements for Operation and Maintenance Manuals.

F. Incomplete or inadequate manuals will be returned to the Contractor for correction and resubmission.

## 1.26 STARTUP

A. Prior to startup, a startup conference shall be held to coordinate and to establish procedures for startup operations. Each Contractor, the Owner and the Engineer shall attend the Conference, the time and place of which shall be determined by the Engineer.

B. During startup of the facilities by the Owner, each Contractor shall provide personnel and superintendents who are familiar with the construction and operation of the equipment, piping systems, structures, etc., installed under this project in order to place each unit into operation by operating all valves, switches and other controls therefore. Additionally, during this period each Contractor shall assist in familiarizing the Owner's personnel with facility equipment and operation and shall require manufacturer's representatives to be available on-site for additional instruction. During this startup period, the Owner's personnel will perform routine operations of the facility such that at the end of the period, they will be in a position to effectively operate the facility.

C. Each Contractor shall be fully and solely responsible for the new system and its equipment during periods of testing and instruction prior to its formal acceptance by the Owner and shall make no claim for damage which may occur thereto prior to such formal acceptance.

D. The services of an authorized factory representative for the equipment shall be made available at the time of plant start up. All costs associated with the services of the equipment representative shall be borne by the Contractor.

## 1.27 GUARANTEE AND MAINTENANCE

A. The Contractor agrees to guarantee all work and equipment under this Contract for a period of 12 months from the date of final acceptance thereof, unless otherwise specified in the Contract Specifications.

B. The Contractor shall furnish the Owner with a Maintenance Bond in the amount equal to 100% of the Contract price. The Maintenance Bond shall be of a form acceptable to the Owner. The term of the Maintenance

Bond shall run for 12 months from the date of approval of the Final Payment.

C. If any unsatisfactory condition or damage develops within the time of this guarantee due to materials or workmanship which were defective, inferior, or not in accordance with the Contract, the Contractor agrees, whenever notified by the Engineer, to immediately place such guaranteed work in a condition satisfactory to the Engineer, and make repairs of all damage to equipment and/or components made necessary in the fulfillment of the guarantee.

D. Should the Contractor fail to proceed promptly to comply with the terms of any guarantee under the Contract, the Contractor agrees that the Owner, acting through the Engineer, may have such work performed as the Engineer considers necessary to fulfill such guarantee. The Contractor shall promptly pay the Owner such sums as were expended in fulfilling the guarantee. Usual wear and tear and the result of accidents not chargeable to the Contractor or his agents are excepted from the above requirement. Everything for the fulfillment of any guarantee must be done without any expense to the Owner.

E. All costs associated with the repair or replacement of equipment and work required under this guarantee shall be borne by the Contractor, at no cost to the Owner.

F. Standard manufacturers' guarantees which exceed the specified guarantee period shall be provided by the Contractor at no additional cost to the Owner.

\+ + END OF SECTION + +

SECTION 01760

PROJECT CLOSEOUT

1.1 FINAL CLEANING

A. At the completion of the Work, the Contractor shall remove all rubbish from and about the Site of the Work, and all temporary structures, construction signs, tools, scaffolding, materials, supplies and equipment which he or any of his trades may have used in the performance of the Work. Contractor shall broom clean paved surfaces and rake clean other surfaces of grounds.

B. Contractor shall thoroughly clean all materials, equipment and structures; all marred surfaces shall be touched up to match adjacent surfaces; burned-out lights replaced as required; all glass surfaces cleaned and floors cleaned and polished so as to leave Work in a clean and new appearing condition.

C. Remove spatter, grease, stains, fingerprints, dirt, dust, labels, tags, packing materials and other foreign items or substances from interior and exterior surfaces, equipment, signs and lettering.

D. Remove paint, clean and restore all equipment and material nameplates, labels and other identification markings.

E. Contractor shall maintain cleaning until Project, or portion thereof, is occupied by the Owner.

1.2 INSPECTIONS

A. At the time of substantial completion an inspection shall be held. At this time the Contractor shall provide all necessary documentation as required by the General Conditions.

B. At the time of completion of all the Work a final inspection shall be held. The Contractor shall also provide all necessary documentation as required by the General Conditions, and comply with all the requirements of this Section.

C. Follow-up Inspection:

1. At the time of the completion of the guarantee period, the Contractor shall make arrangements with the Owner and Engineer for a joint follow-up inspection and shall send a written notice to said parties to inform them of the date and time of the inspection.

2. After the inspection, the Engineer shall inform the Contractor of any corrections required.

\+ + END OF SECTION + +

# SECTION 01800

## MISCELLANEOUS PROVISIONS

### 1.1 PROVISIONS DEEMED INSERTED

A. Each and every provision required by law to be inserted in the Contract Documents shall be read and enforced as though it were included herein and in the event any such provision is not inserted, or is not correctly inserted, then, upon the application of either party, the Contract Documents shall forth with be physically amended to make insertion or correction.

### 2.1 RIGHT TO USE WORK

A. The Owner may enter upon and use the whole or any portion of the work which may be in condition to use at any time previous to its final acceptance by the Owner. Such use shall not constitute or be evidence of acceptance by the Owner or Engineer of the whole or any part of the material furnished or work performed under the Contract.

### 3.1 APPROVED EQUIVALENT ARTICLES, MATERIALS AND EQUIPMENT

A. It is the intent of the specifications to describe definitely and fully the character of materials and workmanship furnished, and to require first class work and materials in all particulars. The terms "equal" or "approved equal", as used in these specifications shall mean approved by the Engineer in writing.

### 4.1 PENAL CODE

A. Section 1918 of the Penal Law, as amended, provides that no person shall discharge explosives in the ground, nor shall any person other than a state or county employee regularly engaged in the maintenance and repair thereof, excavate in any then existing street, highway, or public place, unless notice thereof in writing shall have been given at least seventy-two hours in advance to the person, corporation or municipality engaged in the distribution of gas in such territory. The person having direction or control of such work shall give such notice and further he shall ascertain whether there is within

one hundred feet in such street, highway or public place, or in case of a proposed discharge of explosive within a radius of two hundred feet of such discharge, any pipe of any other person, corporation or municipality conveying combustible gas, and if there be such pipe he shall also give such notice to any such person, corporation or municipality. Provided, however, that in any emergency involving danger to life, health or property it shall be lawful to excavate without using explosives if the notices prescribed herein are given as soon as reasonably possible, and to discharge explosives to protect a person or persons from an immediate and substantial danger of death or serious personal injury if such notices are given before any such discharge is undertaken.

B. Any such work shall be performed in such manner as to avoid damage to any pipe conveying combustible gas. Any violation of the provisions of this Section shall be a misdemeanor.

**5.1 COMPRESSED GAS**

A. Where compressed gas of any type is used for any purpose, it shall be contained in cylinders complying with ICC regulations as to manufacturing, filling, marking, testing, tagging, valving and shipping. Gases of different types shall not be stored together except when in use and when such proximity is required.

B. All gas cylinders shall be stored in sheds constructed of non-combustible materials. Sheds shall be well ventilated and without electric lights or fixtures and shall be located as far from other buildings as is practicable. All gas cylinders not in actual use, or in proposed immediate use, shall be removed from the building under construction or reconstruction. Empty gas cylinders shall be removed prior to bringing in a replacement cylinder. Cylinders shall at all times be supported and braced in an upright position. When not in use the protective cap shall be screwed over the valve.

C. All persons required to handle gas cylinders or to act as temporary firemen (firewatchers) shall be able to read, write and understand the English language; they shall be also be required by the Contractor to read Part 3 of Pamphlet P-1 "Safe Handling of Compressed Gases"

published by the Compressed Gas Association, 500 Fifth Avenue, New York, NY 11036, and available to the Contractor for 50 cents per copy.

D. Where L-P Gas is required for Temporary Heat (including Construction Heat), the number of cylinders within the structure or building shall be limited to the least amount required, in general, one cylinder per heater. Cylinders and heaters shall be connected with two braid neoprene hose fitted at each end with threaded unions and capable of withstanding a pressure of 250 psi. The length of hose shall not exceed 30 feet and shall be protected from mechanical injury, kinking and abrasion. Heaters shall be not less than 6 feet from any cylinder and not less than 10 feet from any tarpaulin or other type of closure. All tarpaulins and other type closures shall be secured so as not to be blown loose. All debris and rubbish shall be removed as directed to prevent fire hazards.

E. Where local ordinances are in effect regarding gas cylinders,(their use, storage, appurtenances, and handling), such ordinances shall supplement the requirements of this specification.

F. L-P gas heating will not be permitted in enclosed area below grade.

G. Any cylinder not having the proper ICC markings or reinspection marking, or any cylinder which, in the opinion of the Engineer, fails to meet the requirements of the "Standards for Visual Inspection of Compressed Gas Cylinders" of the Compressed Gas Association, Inc., shall be returned to the supplier. Any cylinder which develops a leak shall be isolated immediately away from any building and the supplier shall be immediately notified; such other precautions as may be required to prevent damage or injury shall also be taken by the Contractor.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# DIVISION 2 - SITEWORK

NO TEXT THIS PAGE

# SECTION 02050

## DEMOLITION AND REMOVALS

### PART 1 - GENERAL

### 1.1 SUMMARY

A. Scope:

1. Contractor shall furnish all labor, materials, equipment and incidentals required for demolition, removals and disposal Work shown, specified and required to complete the project.

2. The work under this section shall include, but not be limited to, demolition and removals of existing materials, equipment, or work necessary to install the new Work as shown and specified and to connect same with existing work in an approved manner. The Work includes, but may not be limited to, masonry, piping, electrical, asphalt, concrete, and other equipment as shown and specified.

3. Demolitions and removals which may be specified or required under other Sections shall conform to requirements of this Section.

B. Responsibilities of Contractor:

1. In areas involving demolition and removals, all remaining unused junction boxes shall be covered, and plates shall be installed on boxes for switches, receptacles, etc. which are no longer used.

2. The Contractor is cautioned that there are existing circuits within the areas involving demolition and removals which serve equipment (lights, receptacles, etc.) in areas that are undisturbed by demolition and removals. The Contractor shall extend wire and conduit as required in order that all circuits in areas undisturbed by demolition and removals remain in service.

3. All circuits no longer used shall be disconnected from circuit breakers at the respective

panelboards. The wires shall be cut back so that they cannot be reconnected.

C. Related Work Specified Elsewhere:

1. Section 02200, Earthwork.

**1.2 REFERENCES**

American National Standard Institute (ANSI) - ANSI A10.6 Demolition Operations - Safety Requirements.

**1.3 JOB CONDITIONS**

A. Protection:

1. Contractor shall execute the demolition and removal Work to prevent damage or injury to structures, existing building services, occupants thereof and adjacent features which might result from falling debris or other causes, and so as not to interfere with the use, and free and safe passage to and from adjacent structures.

2. Contractor shall provide shoring, bracing and support to prevent movement, settlement, or collapse of existing adjacent structures or facilities. The Owner assumes no responsibility for the actual condition of the structures or facilities adjacent to the Work.

3. Closing or obstructing of roadways and passageways adjacent to the Work by the placement or storage of materials will not be permitted, and all operations shall be conducted with a minimum interference to vehicular or pedestrian traffic.

4. Contractor shall erect and maintain barriers, lights, and other required protective devices.

5. Contractor shall repair damages caused by his operation to facilities to remain, or to any property belonging to the Owner, utilities, or occupants of the facilities.

6. Contractor shall design, erect, install and maintain temporary partitions and enclosures

required to eliminate dust, noise and debris from adjacent buildings.

7.   The Work shall comply with the applicable provisions and recommendation of ANSI A10.2, Safety Code for Building Construction, all governing codes and as hereinafter specified.

8.   Contractor shall exercise precautions for fire protection. Burning of debris shall not be permitted.

9.   Contractor shall not enter structures which are not a part of the work.

B.   Scheduling:

1.   Contractor shall carry out all operations so as to avoid interference with operations of the Owner and local utility companies, or with the operations of other contractors.

2.   The Contractor shall be solely responsible for making all necessary arrangements and for performing all necessary work involving the discontinuance or interruption of all utilities or services.

3.   Any equipment piping and appurtenances removed without proper authorization, shall immediately be replaced to the satisfaction of the Engineer at no cost to the Owner.

C.   Notification: At least 48 hours prior to commencement of a demolition or removal, Contractor shall notify the Engineer in writing of his proposed schedule therefore. No removals shall be started without the permission of the Engineer.

D.   Explosives: Do not bring explosives on site. No explosives will be permitted for this Project.

**PART 2 - PRODUCTS** (Not Applicable)

## PART 3 - EXECUTION

### 3.1 GENERAL

A. Disposition of Materials and Equipment.

1. All materials and equipment removed from existing work that is not wanted by the Owner shall become the property of the Contractor.

2. Contractor shall dispose of all demolition materials, equipment, debris, and all other items not to remain as property of the Owner, off the site at NYSDEC approved disposal areas and in conformance with all existing applicable laws and regulations of the Town of Hempstead, Nassau County Department of Health, NYSDEC and any other Regulatory Agency having jurisdiction.

B. Pollution Controls:

1. Use water sprinkling, temporary enclosures, and other suitable methods to limit the amount of dust and dirt rising and scattering in the air to the lowest practical level. Comply with governing regulations pertaining to environmental protection.

2. Do not use water when it may create hazardous or objectionable conditions such as ice, flooding, and pollution.

3. Clean adjacent structures, facilities, and improvements of dust, dirt, and debris caused by demolition operations. Return adjacent areas to conditions existing prior to the start of the Work.

C. The Contractor, Owner, and Engineer shall jointly survey the condition of the adjoining structures prior to the execution of the work. Photographs and records shall be made of any prior settlement or cracking of structures, and the like, that may become the subject of possible damage claims.

D. The Contractor shall be responsible for supplying all photographic equipment, film, negatives, prints, film developing, print holders and miscellaneous film folders for recording preconstruction photographs. Three sets of

preconstruction photograph documents shall be assembled. Two shall be transmitted to the Engineer and Owner and one set shall be retained by the Contractor.

**3.2   DISCONNECTION OF UTILITIES AND SERVICES**

A.   The Contractor shall repair, plug and cap existing mechanical, plumbing, ventilation and other services resulting from removals.

B.   The Contractor subcontractor shall disconnect all electrical equipment from all mechanical, plumbing, ventilation and other service equipment specified for removal.

C.   Plugging and capping of existing utilities and services shall be performed in accordance with the applicable trade(s) governing the utility such as the National Electric Code for Electric, and New York State Code/Building Codes for water, drain and waste lines.

**3.3   CLEANUP**

A.   Contractor shall remove from the site all debris resulting from the demolition operations as it accumulates. Upon completion of the Work, all materials, equipment, waste, and debris of every sort shall be removed and premises shall be left, clean, neat and orderly.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# SECTION 02100

## CLEARING AND GRUBBING

### PART 1 - GENERAL

### 1.1 SUMMARY

A. Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to perform all clearing and grubbing as shown and specified.

B. Related Work Specified Elsewhere:

1. Section 02050, Demolition and Removals.

2. Section 02200, Earthwork.

C. The Work covered by this Section consists of removing and disposing of all roots, shrubs, vegetation, trees, rubbish, and other objectionable material from the project site, as required to perform the work and as shown on the drawings. Work under this Section also includes stripping and stockpiling of topsoil which may be reused.

D. The Contractor shall visit the site prior to submitting his bid to determine the extent of clearing and grubbing required.

### 1.2 QUALITY ASSURANCE

A. Codes and Standards: State and local laws and code requirements shall govern the hauling and disposal of roots, rubbish, debris and other matter.

### 1.3 JOB CONDITIONS

A. Protection:

1. Streets, roads, adjacent property and other works and structures shall be protected throughout the entire project. Contractor shall return to original condition, satisfactory to the Engineer, facilities damaged by the Contractor's operations.

2. Trees, shrubs and grassed areas which are to remain shall be protected by fences, barricades, wrapping or other methods. Equipment storage, material stockpiles, etc. shall not be permitted within tree branch spread.

3. Topsoil stripped for new construction shall be stockpiled and shall not be mixed with other soils.

4. No roots, branches, wood, concrete, or other debris shall be buried in fills, embankments or stock piles.

5. No cleared matter, debris or soils shall be stored in construction work.

**PART 2 - PRODUCTS - Not Applicable**

**PART 3 - EXECUTION**

**3.1   CLEARING AND GRUBBING**

A. Clearing and grubbing shall be confined to areas within the Contract limit lines except as otherwise shown. Damages outside these limits caused by the Contractor's operations shall be corrected at the Contractor's expense.

B. Except as noted below, Contractor shall remove from the site and satisfactorily dispose of all roots, shrubs, vegetation, trees, rubbish, scrap, debris, and miscellaneous other structures not covered under other Sections as shown, specified or otherwise required to permit construction of the new Work.

C. Burning of materials is expressly forbidden.

**3.2   TOPSOIL REMOVAL**

A. Topsoil is defined as friable clay loam surface soil found in a depth of not less than 4 inches. Topsoil shall be substantially free of subsoil, clay lumps, stones, and other objects over 2 inches in diameter, and without weeds, roots, and other objectionable material.

B.  Strip topsoil which is satisfactory to whatever depths are encountered, and in such manner as to prevent intermingling with the under- lying subsoil or other objectionable material. Remove heavy growths of grass from areas before stripping.

C.  Stockpile topsoil in storage piles in areas shown, or where otherwise approved by Engineer. Construct storage piles to freely drain surface water. Cover storage piles to prevent windblown dust. Topsoil in excess of quantity required shall remain on the property of the Owner. The Contractor shall stockpile and cover stripped topsoil in the area approved by the Engineer.

+ + END OF SECTION + +

NO TEXT THIS PAGE

## SECTION 02200

## EARTHWORK

### PART 1 - GENERAL

### 1.1 SUMMARY

A. Scope:

1. Contractor shall perform all excavating, backfilling and disposing of earth materials as shown, specified, and required for the purpose of constructing pipelines, concrete work, grading, and other facilities.

2. All necessary preparation of subgrade shall be included.

3. For the purpose of disposal, excavated materials shall be classified as follows:

   a. Organic materials shall be disposed off-site at Department of Environmental Conservation approved disposal sites.

   b. Unsuitable inorganic materials and excess suitable materials, to be disposed off-site.

B. Sources of Materials:

1. General fill materials shall be obtained from on-site excavation work and/or off-site sources.

2. Select fill materials shall be obtained from on-site excavation work and/or off-site sources.

3. Nonfrost susceptible fill material shall be obtained from off-site sources.

4. Crushed stone materials shall be obtained from off-site sources.

5. Topsoil, except for topsoil stripped from the work areas, shall be obtained from off-site sources.

C. Related Work Specified Elsewhere:

1. Section 02050, Demolition and Removals.

2. Section 03300, Cast-in-Place Concrete.

3. Section 15051, Buried Piping Installation

## 1.2 QUALITY ASSURANCE

A. Permits and Regulations: Contractor shall perform excavation work in compliance with applicable requirements of governing authorities having jurisdiction.

B. Design Criteria:

1. All steel work for sheeting, shoring, bracing and other related work shall be in accordance with the provisions of the AISC "Specifications for the Design, Fabrication and Erection of Structural Steel for Buildings," except that field welding will be permitted.

2. Contractor shall be wholly responsible for installing and operating the system used to accomplish the required sheeting and bracing.

C. Reference Standards: Comply with applicable provisions and recommendations of the following except as otherwise shown or specified.

1. ASTM A 328, Steel Sheet Piling.

2. ASTM D 422, Particle-Size Analysis of Soils.

3. ASTM D 1556, Density of Soil in Place by the Sand-Cone Method.

4. ASTM D 1557, Moisture-Density Relations of Soils and Soil-Aggregate Mixtures, using 10 lb (4.54 kg) Rammer and 18-inch (457 mm) Drop.

D. Tests:

1. An independent testing laboratory shall be employed by the Contractor to perform the required tests.

2. Required tests:

a. Select Fill Samples: Gradation, ASTM D 422.

b. Compacted Select Fill: Compaction, ASTM D 1557.

c. Optimum moisture - maximum density curve for each soil used for backfill.

d. Field Density Tests on each lift of backfilled material: ASTM D1556, ASTM D2167 or ASTM D2922.

**1.3 SUBMITTALS**

A. Shop Drawings:

1. Submit for approval shop drawings and design calculations of sheeting and bracing systems for excavations deeper than ten (10) feet. Information supplied shall include, as a minimum, type and size of sheeting to be used, extent of sheeting and tip and top elevations.

2. Shop drawings and calculations shall be prepared and signed by a Professional Engineer licensed in the State of New York.

3. Submit plans of open cut excavations showing side slopes and limits of the excavation at grade where not shown on the Contract Drawings.

B. Independent Testing Laboratory: Prior to conducting the required tests, the Contractor shall submit, to the Engineer, for approval, the name of the independent test laboratory which will facilitate the required testing.

C. Samples and Test Results:

1. At least two weeks prior to the date of anticipated use, the Contractor shall submit, to the Engineer, for approval, a representative sample of all on-site and off-site material required. The Contractor shall notify the Engineer in writing of the source of each sample.

2. The Contractor shall provide, along with the above samples, the required test results, excluding the field density test.

D. Disposal Sites: List of disposal sites for unsuitable materials and all required permits for use of the sites.

E. Manufacturer's Data: Submit for approval manufacturer's specifications, performance characteristics and operating instructions for the compaction equipment.

**1.4 JOB CONDITIONS**

A. Existing Structures:

1. Shown on the Drawings are certain utilities and surface and underground structures located on or adjacent to the Work. This information has been obtained from existing records. It is not guaranteed to be correct or complete and is shown for the convenience of the Contractor. Contractor shall explore ahead of the required excavation to determine the exact location of all structures and utilities. They shall be supported and protected from injury by the Contractor. If they are broken or injured, they shall be restored immediately by the Contractor at no additional cost to the Owner.

2. Prior to execution of the Work, the Contractor shall check and verify governing dimensions and elevations. The Contractor and Engineer shall jointly survey the condition of adjoining structures. Photographs and records shall be made of any prior settlement or cracking of

structures, pavements, and the like, that may become the subject of possible damage claims.

B.   Existing Utilities:

1.   Locate existing underground utilities in the areas of Work. If utilities are to remain in place, provide adequate means of protection during earthwork operations.

2.   Should uncharted or incorrectly charted piping or utilities be encountered during excavation, consult the Owner in keeping respective services and facilities in operation. Repair damaged utilities to the satisfaction of the Engineer.

3.   Do not interrupt existing utilities serving facilities occupied and used by the Owner or others, except when permitted in writing by Engineer.

4.   Demolish and completely remove existing underground utilities indicated to be removed.

C.   Protection of Persons and Property:

1.   Barricade open excavations occurring as part of this Work and post with warning lights. Operate warning lights during hours from dusk to dawn each day and as otherwise required.

2.   Protect structures, utilities, and other facilities from damage caused by settlement, lateral movement, undermining, washout and other hazards created by Contractor's operations.

3.   Consult Engineer and obtain his approval before removing or disturbing pipes, structures, or other facilities that are encountered on the line of the excavation.

4.   Structures, utilities, sidewalks, pavements and other facilities removed or disturbed shall be replaced to their original condition, unless otherwise shown, specified or directed.

    D. Dust Control: Contractor shall conduct all of his operations and maintain the area of his activities, including sweeping and sprinkling of roadways, so as to minimize creation and dispersion of dust. In addition, Contractor shall be responsible for controlling dust caused by his operation of vehicles and equipment, clearing or for any reason whatever, in accordance with Section 01560 - Environmental Controls.

E. Odor Control: As an odor abatement measure, cover, at the end of each work day, all areas of organic or odorous material which were exposed during excavation with a minimum 6-in and a maximum 24-in deep of clean fill. Excavated organic or odorous material shall be immediately removed off-site and shall not be stockpiled on-site.

F. Roadways and Walks: Unless otherwise approved by Engineer, excavated material and materials of construction shall be so deposited, and the Work shall be so conducted, as to leave open and free for vehicular traffic a roadway not less than 10 feet in width. All hydrants, valves, and other facilities which may require access during construction shall be kept accessible for use. During the progress of the Work, Contractor shall maintain such roadways in satisfactory condition and the Work shall at all times be so conducted as to cause a minimum of inconvenience to the Owner and Pedestrians.

**PART 2 - PRODUCTS**

**2.1 GENERAL REQUIREMENTS FOR ALL FILL MATERIAL**

A. All fill material shall be free of refuse and vegetable matter, frozen material and other objectionable material.

B. Excavated materials meeting these requirements and the requirements stipulated below for the appropriate type of fill material shall be used when approved by the Engineer. Otherwise the Contractor shall excavate, haul and place material from approved off-site sources.

## 2.2 SOIL MATERIALS

A. Select Fill: Well graded granular material or bank run gravel, free from organic matter. Not more than 80 percent by weight shall pass through a No. 40 sieve; not more than 10 percent by weight through a No. 200 sieve; and 100 percent shall pass a 3-inch square sieve.

B. General Fill: Soil materials for general backfill and fill shall be free of organics, clay, debris, waste, frozen materials and other deleterious matter and shall conform to the following gradation.

| Sieve Size | Percent Passing by Weight |
|---|---|
| 6-inch | 100 |
| No. 40 | 0-70 |
| No. 200 | 0-15 |

C. Nonfrost Susceptible Fill:

1. Nonfrost susceptible fill shall be subbase course, type 4, Item no. 304.05 in accordance with the New York State Department of Transportation.

2. Fill shall be installed beneath concrete foundation slabs, concrete decking and pavement as shown on the plans or directed by the Engineer.

D. Crushed aggregate: Shall consist of crushed stone or crushed gravel conforming to the following gradation:

| Sieve Size | Percent Retained on Sieve |
|---|---|
| 3/4-inch | 85-100 (throughout) |

E. Unsuitable Material: All soils not meeting the requirements of Paragraphs A through D and all organic materials.

## 2.3 CONCRETE MATERIALS

A. Flowable fill or lean concrete:

Flowable fill shall be low strength concrete, designed and formulated in accordance with ACI 229 "Controlled Low Strength Materials." Flowable fill shall contain cement, fly ash, sand and water. Upon placement, flowable fill shall require no vibration or tamping to achieve 100% consolidation and shall be self-leveling. Flowable fill shall have a wet density of 95 to 110 pounds per cubic foot and shall achieve a 28-day compressive strength of between 50 to 200 psi. Flowable fill shall be Blue Flow Flowable fill as manufactured by Blue Circle Materials, Inc., or approved equal.

**2.4 SHEETING, SHORING, AND BRACING**

A. Wood Sheeting: Temporary Work: New or used timber meeting the requirements for Douglas Fir Dense Construction grade or Southern Pine No. 2 Dense S3.

B. Steel Sheeting: Temporary Work: Steel conforming to ASTM A 328. Steel for soldier piles, wales and braces may be new or used and shall conform to ASTM A 36.

C. Used materials shall be in good condition, not damaged or excessively pitted.

**PART 3 - EXECUTION**

**3.1 INSPECTION**

A. Contractor shall provide Engineer with sufficient time and means to examine the areas and conditions under which excavating, filling, and grading are to be performed. Work shall not proceed until all unsatisfactory conditions have been corrected in a manner acceptable to Engineer.

**3.2 EROSION CONTROL**

A. General:

1. In general, the construction procedures outlined herein shall be implemented to ensure minimum damage to the environment during construction.

2.    Whenever possible, access and temporary roads shall be located and constructed to avoid environmental damage. Provisions shall be made to regulate drainage, avoid erosion and minimize damage to vegetation. Special care shall be taken to eliminate depressions that could serve as mosquito pools.

3.    Where areas must be cleared for storage of materials or temporary structures, provisions shall be made for regulating drainage and controlling erosion, subject to Engineer's approval.

4.    In the event of any temporary work stoppage, the Contractor shall take steps to prevent any temporary or permanent environmental damage to the area undergoing construction.

B.    Control Measures:

1.    Temporary measures shall be applied to control erosion and to minimize the siltation of the existing drains, streambeds and natural ponding areas. Such measures shall include but not be limited to the use of berms, baled straw silt barriers, gravel or crushed stone, mulch, grasses, slope drains and other methods. These temporary measures shall be applied to erodible materials exposed by any activities associated with the construction of this Project.

2.    Temporary measures shall be coordinated with the construction of permanent drainage facilities and other work to the extent practicable to assure economical, effective, and continuous erosion and siltation control.

3.    The Contractor shall provide special care in areas with steep slopes. Disturbance of vegetation shall be kept to a minimum to maintain stability. Remove only those trees and shrubs and grasses that must be removed for construction. Protect the rest to preserve their aesthetic and erosion-control values.

4. Install erosion and sediment control practices as specified herein and according to soil conservation standards and specifications. The practices shall be maintained in effective working condition during construction and until the drainage area has been permanently stabilized.

5. Temporarily stabilize each segment of graded or otherwise disturbed land, including the sediment-control devices not otherwise stabilized by seeding and mulching or by mulching alone.

**3.3 EXCAVATION**

A. General:

1. Contractor shall perform all excavation required to complete the Work as shown and specified. All material excavated shall be nonclassified. It shall include all materials such as earth, sand, clay, gravel, hardpan, boulders, organic materials, rock, rubbish and all other materials within the excavation limits.

2. Excavations shall be open type, shored and braced where necessary to prevent injury to workmen and to new and existing structures or pipelines.

3. All excavations shall be made in the dry.

4. Dispose of excavated material and waste materials as specified herein.

B. Pipeline Excavation:

1. Pipe trenches shall not be excavated below the pipe bottom except where unsuitable material is encountered.

2. Trench width shall be minimized to greatest extent practical, but shall conform to the following:

a. Sufficient to provide room for installing, jointing and inspecting piping, but in no

case wider at top of pipe than pipe barrel outside diameter plus 2.5 feet.

b. Enlargements at pipe joints may be made if required and approved by Engineer.

c. Sufficient for sheeting, bracing and sloping.

d. Sufficient to allow thorough compacting of backfill.

e. Do not use excavating equipment which requires the trench to be excavated to excessive width.

C. Structure Excavation:

1. Excavation shall be made to the grades shown on the Contract Drawings and to such widths as will give suitable room for construction of the structures, for bracing and supporting, pumping and draining. The bottom of the excavations shall be rendered firm and dry and in all respects acceptable to the Engineer.

2. Excavation shall be accomplished by methods which preserve the undisturbed state of subgrade soils. For structures having multiple bearing levels or adjacent structures at different levels, excavation and foundation construction shall first be accomplished at the lowest levels to prevent undermining foundations and disturbing adjacent bearing soils at higher levels.

3. Excavation equipment shall be satisfactory for carrying out the work in accordance with the Specifications. Earth shall not be plowed, scraped, or dug with machines so near to the finished subgrade as to result in excavation of, or disturbance of material below grade.

4. When excavation for foundations has reached final depths, the Engineer shall be notified and will inspect conditions. If materials and conditions are not satisfactory to the Engineer, the Engineer will issue instructions as to the

procedures for correction of the unsatisfactory condition.

5. During final excavation to subgrade level, take precautions required to prevent disturbance of material. Hand excavate the final 6 inches as necessary to obtain a satisfactory undisturbed bottom.

D. Unsuitable Excavation:

1. If any over excavation occurs through error of the Contractor or for the Contractor's convenience, it shall be refilled at the Contractor's expense with concrete, select fill or other material satisfactory to the Engineer.

2. If Contractor fails to properly dewater the excavation or trench, or disturbs the subgrade or otherwise fails or neglects to conduct the excavation work in a manner that provides surface of subgrade in proper condition for construction, the Contractor shall remove all disturbed material and replace it with concrete, select fill, or other approved material at his own expense. The condition of the subgrade shall meet with the approval of the Engineer before any work is placed thereon.

3. If, in the opinion of the Engineer, the material, in its undisturbed natural condition, at or below the grade of the excavation indicated on the Drawings is unsuitable for foundations, or if organic or silty soil extends below excavation depth, it shall be removed and be replaced with select fill or other suitable material. Suitable material excavated from the site shall be used before select fill from an outside source is permitted.

**3.4 SHEETING, SHORING AND BRACING**

A. General:

1. Sheeting, shoring and bracing shall be used where necessary to prevent injury to workmen,

structures, or pipe lines. Jetting for sheeting installation is prohibited.

2. All municipal, county, state and federal ordinances, codes, regulations and laws shall be observed. All trenches shall be shored with the minimal protection of sheeting listed in OSHA Regulations, 29 CFR, Part 1926, Subpart P - Excavations, Trenching and Shoring.

3. Maintain shoring and bracing in excavations regardless of time period excavations will be open. Carry down shoring and bracing as excavation progresses.

4. Unless otherwise shown, specified, or ordered, all materials used for temporary sheeting shall be removed when work is completed. Such removal shall be made in a manner not injurious to the structure or its appearance or to adjacent Work.

5. The clearances and types of the temporary sheeting, insofar as they affect the character of the finished Work, will be subject to the approval of the Engineer but the Contractor shall be responsible for the adequacy of all sheeting, shoring, bracing and other related Work.

6. Safe and satisfactory installation of the sheeting shall be the entire responsibility of the Contractor.

B. Removal of Sheeting and Bracing:

1. Remove sheeting and bracing from excavation unless otherwise ordered in writing by the Engineer. Removal shall be done so as to not cause injury to the Work. Removal shall be equal on both sides of excavation to ensure no unequal loads on pipe or structure. Use of vibratory extractors is prohibited.

2. Defer removal of sheeting and bracing, where removal may cause soil to come into contact with concrete, until wall and floor framing up to and including grade level floors are in place and

concrete has attained sufficient strength to withstand the soil and superimposed loads.

### 3.5 BACKFILL AND COMPACTION

A. Fill excavations as promptly as Work permits, but not until completion of the following:

1. Acceptance by Engineer of all Work within the excavation.

2. Inspection, testing approval, and recording of locations of underground utilities, connections, branches, structures and other facilities.

3. Removal of temporary shoring and bracing, and backfilling of voids with satisfactory materials.

4. Removal of trash and debris.

B. Excavation shall be kept dry during backfilling operations. Backfills around piping and structures shall be brought up evenly on all sides.

C. All backfill shall be placed in layers not exceeding 6 inches in thickness, and each layer shall be compacted as specified below.

D. All structures and pipe trenches shall be backfilled with the type of material listed below except where shown otherwise on the Contract Drawings.

| Type of Backfill | Location |
|---|---|
| Select Fill | Replacement of unsuitable material removed below bottom slabs of structures, below pipe beddings, and where shown on the drawing. |
| Nonfrost Susceptible Fill | In locations shown on the drawings. |
| Crushed Stone or Gravel | In locations shown on the drawings. |
| General Fill | In all locations not enumerated above. |

E.   Backfill above and adjacent to pipe, and adjacent to buildings and walls shall be compacted by lightweight equipment, such as "walk behind" vibratory plate compactors. Heavy self-propelled compactors shall not be used until the following criteria are met:

    1.   A minimum of 18 inches of compacted backfill has been placed above the top of the pipe.

    2.   Area to be compacted is a minimum distance of three pipe diameters away from the adjacent pipe.

    3.   Area to be compacted is a minimum of 10 feet from building walls.

F.   Hydro hammers or "jumping jack" hammers shall not be used above pipes until a minimum of 3 feet of backfill has been placed and compacted.

G.   Compaction Density Requirements:

    1.   Unless otherwise noted, the degree of compaction required for all types of fills shall be 95 percent in accordance with ASTM D 1557 (Modified Proctor Test). Material shall be moistened or aerated as necessary to provide the moisture content that will facilitate obtaining the specified compaction.

    2.   Nonfrost-susceptible fill shall be compacted with a vibratory plate compactor or vibratory rolling compactor. Three complete passes shall be made on each 6-inch thick loose layer. Such pass shall overlap the adjacent previously compacted area a minimum of 20%. Density requirement for nonfrost-susceptible fill will be considered satisfactory upon completion of compaction.

    3.   The Contractor shall notify the Engineer a minimum of 24 hours prior to starting any compaction operation.

    4.   Field density tests shall be made by an independent testing laboratory employed by the Contractor to determine the actual density attained in each layer of fill. No fill shall be placed over a layer which has not been tested and

approved. Should these tests indicate that the density of any layer of fill or portion thereof is below the required density, the particular layer or portion thereof shall be reworked until the required density has been obtained. Field density test procedures shall conform with ASTM D2167, ASTM D1556, or ASTM D2922. All final test results shall be submitted to the Engineer for review. At least one test per lift or one test per 50 yards placed shall be performed, whichever is greater.

5.  The moisture content of the fill material shall be at or slightly below the optimum moisture content for the soils being utilized during the entire time when the compactor is working on the fill. If, in the opinion of the Engineer, the fill is too dry for proper compaction, the Contractor shall spray the fill with a sufficient quantity of clean water to bring the fill layer to the proper moisture content. No compactive effort shall be made if the fill is significantly above the optimum moisture content, unless specifically approved by the Engineer.

6.  No fill material shall be placed, spread or compacted while the ground or fill is frozen or thawing or during unfavorable weather conditions. When work is interrupted, fill operations shall not be resumed unless the moisture content and density of the fill are as previously specified. The fill surface must be made smooth and free from ruts or indentations at the end of any working day when any significant precipitation is forecast and/or at the completion of the compaction operations in that area, in order to prevent saturation of the fill material.

H.  Contractor shall repair, at no additional cost to Owner, after settlement that occurs. He shall make all repairs and replacements necessary within 30 days after notice from the Engineer.

## 3.6   GRADING

A.  Uniformly grade areas within limits of the Work, including adjacent transition areas. Smooth subgrade

surface within specified tolerances, compact with uniform levels or slopes between points where elevations are shown, or between such points and existing grades.

B. Turfed Areas: Finish areas to receive topsoil to within not more than 1-inch above or below the required subgrade elevations.

C. Slabs: Grade smooth and even, free of voids, compacted as specified, and to required elevation. Provide final grades within a tolerance of 1/4-inch when tested with a 10-foot straightedge.

D. Compaction: After grading, compact subgrade surfaces to the depth and percentage of maximum density required.

**3.7 DISPOSAL OF EXCAVATED MATERIALS**

A. No excavated materials suitable for common or select fill shall be removed from the site or disposed of by the Contractor except as directed by the Engineer. Materials shall be neatly piled at designated locations on-site.

B. Organic material and material which does not conform to the requirements for backfill shall be disposed of in compliance with these specifications.

C. Contractor shall not dump soil onto those areas designated as wetlands or waterways. Contractor shall not stockpile or store spoil, materials, tools or equipment on or near wetlands and waterways.

+ + END OF SECTION + +

NO TEXT THIS PAGE

## SECTION 02429

## DRAINAGE STRUCTURES

### PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope: Contractor shall furnish all labor, material, equipment and incidentals, necessary to provide all precast concrete drainage structures including catch basins, splash pads, dry wells, blowoff pits, leaching pools and similar structures as shown, specified, and otherwise required to complete the Work.

B. General:

1. Structures shall conform in shape, size, dimensions, materials, and other respects to the details shown on the drawings.

C. Related work Specified Elsewhere:

1. Section 02200, Earthwork.
2. Section 03200, Reinforcing Steel.
3. Section 03300, Cast-In-Place Concrete.
4. Section 04100, Mortar.
5. Section 05504, Miscellaneous Metal Fabrications.
6. Section 05540, Castings.
7. Division 18, Sections on Piping.

### 1.2 QUALITY ASSURANCE

A. General

1. The Contractor shall give the Engineer 24-hours written notice plus travel time prior to the commencement of any manufacturing process or testing procedures for precast concrete catch basins or other precast concrete product.

2. At the point of manufacture and after delivery to the site, the Engineer reserves the right to inspect and test all precast concrete products.

3. In addition, at the place of manufacture of precast concrete products, the Engineer reserves the right at all times:

   a. To inspect the materials, the processes of manufacture, and the records of analysis and tests.

   b. To select test specimens.

4. All precast concrete products delivered to the site shall be clearly marked at the factory with the date of manufacture and the manufacturer's identification. Omission of this information may be cause for rejection of the catch basin.

B. Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified:

1. ASTM C 32, Sewer and Manhole Brick (made from clay or shale).

2. ASTM C 139, Concrete Masonry Units for Construction of Catch Basins and Manholes.

3. ASTM C 140, Sampling and Testing Concrete Masonry Units.

4. ASTM C 207, Hydrated Lime For Masonry Purposes.

5. ASTM C 478, Precast Reinforced Concrete Manhole Sections.

**1.3 SUBMITTALS**

A. Samples: Submit for approval samples of brick, block and accessories, if any, for the structures.

B. Shop Drawings: Submit for approval Shop Drawings showing design and construction of all precast concrete including, but not limited to, the following:

1. Size and spacing of steel reinforcement.

2. Wall and slab thicknesses.

3. Concrete cover over steel reinforcement.

4. Concrete mix design including design compressive strength.

5. Catch basin frame dimensions.

6. Height of frame and leveling course.

7. Grade elevation at each catch basin, dry well and blowoff pit.

8. Certificates of compliance with the referenced specifications.

**PART 2 - PRODUCTS**

**2.1 PRECAST PRODUCTS**

A. Where shown or otherwise approved by the Engineer, precast concrete shall be used for items such as catch basins, splash pads, dry wells, blowoff pits, leaching pools, etc. Layout and details shall be as shown and specified. Design shall be adequate to withstand all loads imposed including earth pressure, vehicle loads and construction loading.

B. Catch basins, dry wells, blowoff pits and leaching pools shall be of sufficient strength to safely support an AASHTO H-20 loading. All steel reinforcement shall meet the requirements as specified in Section 03200, Reinforcing Steel. All concrete shall meet the requirements of Section 03300, Cast-In-Place concrete.

C. Catch basins, dry wells, blowoff pits and leaching pools shall be provided with circular openings at the proper locations and elevations for all pipe connections. The space around each pipe connection shall be sealed with mortar. Mortar shall be as specified in Section 04100, Mortar, except Portland cement shall meet the requirements of ASTM C 150, Type II.

## 2.2 MISCELLANEOUS METALS

A. Metal frames, covers, grates, troughs, steps and similar required items shall be provided as shown and in accordance with Division 5 - Metals.

# PART 3 - EXECUTION

## 3.1 PREPARATION

A. All excavation, shoring and dewatering required for the construction of drainage structures shall be performed in accordance with Section 02200, Earthwork.

B. Excavation shall be to the required depth. Over-excavated areas shall be backfilled with select fill material properly compacted as specified in Section 02200, Earthwork.

## 3.2 INSTALLATION

A. Set drainage structures at the proper elevation with proper bearing on a suitable foundation. Catch basins, dry wells, blowoff pits and leaching pools shall be level and orientated to receive all incoming and outgoing pipes.

B. Brick stacks shall be used for all precast structures where required. They shall be a maximum of 12 inches in height, constructed on the top surface on which the frame will be placed. The brick stack shall bring the frame to the proper grade.

C. Brick shall be satisfactorily wet when being laid and each brick shall be laid in mortar so as to form full bed, end and side joints in one operation. The joints shall not be wider than 3/8 inch, except when the bricks are laid radially, in which case the narrowest part of the joint shall not exceed 1/4 inch.

D. An approved watertight joint shall be provided for each pipe entering and exiting each catch basin, dry well and blowoff pit.

+ + END OF SECTION + +

# SECTION 02447

# FENCING

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

1. Contractor shall furnish all labor, materials, equipment and incidentals, required to provide fencing as shown and specified.

2. The extent of fencing is shown on the Drawings.

3. The type, of fencing and appurtenances include the following:

   a. Galvanized fencing systems.

   b. Swing gates.

   c. Accessories and fittings.

B. Related Work Specified Elsewhere:

1. Section 02110, Clearing.

2. Section 03300, Cast-In-Place Concrete.

### 1.2 QUALITY ASSURANCE

A. Erector Qualifications: Erector must be a firm experienced in the erection of fencing of the type specified and approved by the manufacturer.

B. Design Criteria: Comply with the standard of the Chain Link Fence Manufacturer's Institute for "Galvanized Steel Chain Link Fence Fabric" and Federal Specification RR-F-191/1A, unless otherwise shown or specified.

C. Source Quality Control: Provide each type of fence and gate as a complete unit produced by a single manufacturer, including necessary erection accessories, fittings and fastenings.

D.  Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified:

1.  ASTM A 120, Specification for Black and Hot-Dipped Zinc-Coated (Galvanized) Welded and Seamless Steel Pipe of Ordinary Used.

2.  ASTM A 153, Specification for Zinc Coating (Hot-Dip) on Iron and Steel Hardware.

3.  ASTM A 392, Specification for Zinc-Coated Steel Chain-Link Fence Fabric.

4.  ASTM D 412, Tension Testing of Vulcanized Rubber.

5.  ASTM D 746, Test for Brittleness Temperature of Plastics and Elastomers by Impact.

6.  ASTM D 792, Tests for Specific Gravity and Density of Plastics by Displacement.

7.  ASTM D 2240, Test for Indentation Hardness, of Rubber and Plastic by Means of Durometer.

8.  ASTM G 23, Light and Water Exposure Apparatus (Carbon-Arc Type) for Exposure of Nonmetallic Materials.

9.  Chain Link Fence Manufacturer's Institute, Galvanized Steel Chain-Link Fence Fabric.

10. Federal Specification, RR-F-191/1A, Fencing, Wire and Post, Metal (Chain-Link Fence Fabric).

## 1.3  SUBMITTALS

A.  Samples: Submit for approval samples approximately 6 inches long, or 6-inch square of fabric material, framework members, and typical accessories, in a full range of manufacturer's standard and custom colors. Engineer's review will be for color and texture only. Compliance with all other requirements is the exclusive responsibility of the Contactor.

B. Shop Drawings:

1. Submit for approval Shop Drawing, for fences and gates, including plan layout and details illustrating fence height, location and sizes of posts, rails, braces, gates, and footings, hardware list and erection procedures.

2. Submit for approval copies of manufacturer's, technical data test reports on physical properties, and installation instructions for steel fences and gates.

**1.4 PRODUCT DELIVERY, STORAGE AND HANDLING**

A. Delivery of Materials: Deliver material in manufacturer's original packaging with all tags and labels intact and legible.

B. Handling of Materials: Handle and store material in such manner as to avoid damage.

**1.5 GUARANTEE**

A. Furnish manufacturer's written 10-year guarantee against cracking and peeling of the vinyl coating, and rusting of the metal.

**PART 2 - PRODUCTS**

**2.1 GENERAL**

A. Pipe sizes specified are commercial pipe sizes.

B. Tube sizes specified are nominal outside dimension.

C. Roll-formed section sizes are the nominal outside dimensions.

D. Finish for Framework and Appurtenances: Furnish the following finishes for steel framework and appurtenances:

1. Galvanized finish with minimum weights of zinc as follows:

   a. Pipe: ASTM A 120, Schedule 40, 1.8 ounces zinc per square foot.

   b. Hardware and Accessories: ASTM A 153, zinc weight per Table I, Federal Specification RR-F-191/1A.

## 2.2 FABRIC

 A. Furnish chain link fabric as follows:

  1. One-piece fabric widths, for fence heights up to 12 feet.

   a. No. 9-gauge wires.

  2. 2-inch mesh.

  3. Top selvages twisted and barbed and bottom selvage knuckled for fabric over 60 inches high.

  4. Galvanized finish with not less than 1.8 ounces zinc per square foot complying with ASTM A 392, Class II.

## 2.3 POSTS, RAILS AND BRACES

 A. End, Corner, and Pull Posts: Furnish end, corner, and pull posts of the minimum sizes and weights as follows:

  1. 6 feet and under fabric height:

   a. 2.375 inches OD pipe weighing 3.65 pounds per linear foot.

  2. 6 feet to 12 feet fabric height:

   a. 2.875 inches OD pipe weighing 5.79 pounds per linear foot.

 B. Line Posts: Furnish line posts of the minimum sizes and weights as follows. Space posts 10 feet on centers maximum, unless otherwise shown.

1.  6 feet and under fabric height:

   a.  1.90 inches OD pipe weighing 2.72 pounds per linear foot.

2.  Over 8 feet fabric height:

   a.  2.875 inches OD pipe weighing 5.79 pounds per linear foot.

C.  Gate Posts: Furnish gate posts for supporting single gate leaf, or one leaf of a double gate installation, for nominal gate widths as follows:

1.  Up to 6 feet wide:

   a.  2.875 inches OD pipe weighing 5.79 pounds per linear foot.

2.  Over 6 feet and up to 12 feet wide:

   a.  4 inches OD pipe weighing 9.11 pounds per linear foot.

3.  Over 12 feet and up to 19 feet wide:

   a.  6.625 inches OD pipe weighing 18.97 pounds per linear foot.

4.  Over 19 feet and up to 23 feet wide:

   a.  8.625 inches OD pipe weighing 28.55 pounds per linear foot.

D.  Top and Bottom Rails: Furnish top and bottom rails, unless otherwise shown, of the following:

1.  1.660-inch OD pipe weighing 1.80 pounds per linear foot.

2.  Furnish in manufacturer's longest lengths, with expansion type couplings, approximately 6 inches long, for each joint. Provide means for attaching the top rail securely to each gate, corner, pull, and end post.

E. Center Rails Between Line Posts: Furnish center rails between line posts where indicated, consisting of 1.660-inch OD pipe weighing 1.80 pounds per linear foot.

F. Post Brace Assembly: Furnish bracing assemblies at end and gate posts at both sides of corner and pull posts, with the horizontal brace located at mid-height of the fabric.

    1. Use 1.660-inch OD pipe weighing 1.80 pounds per linear foot for horizontal brace and 3/8-inch diameter rod with turnbuckle for diagonal truss.

G. Tension Wire: Furnish tension wire consisting of aluminized or PVC coated 7-gauge coiled spring wire.

    1. Locate at bottom and top of fabric as shown on the Contract Drawings.

H. Post Tops: Pressed steel, wrought iron, or malleable iron, designed as a weathertight closure cap, for tubular posts. Furnish one cap for each post unless equal protection is afforded by combination post top cap and barbed wire supporting arm, where barbed wire is required.

    1. Furnish caps with openings to permit through passage of the top rail.

I. Stretcher Bars: One piece lengths equal to full height of fabric, with a minimum cross section of 3/16 inch by 3/4 inch. Provide one stretcher bar for each gate and end post, and two for each corner and pull post, except where fabric is integrally woven into the post.

J. Stretcher Bar Bands: Steel, wrought iron, or malleable iron, spaced not over 15 inches on center to secure stretcher bars to end, corner, pull, and gate posts.

    1. Bands may also be used with special fittings for securing rails to end, corner, pull and gate posts.

K. Barbed Wire Supporting Arms: Furnish dressed steel barbed wire supporting arms, complete with provisions for anchorage to posts and attaching three rows of

barbed wire to each arm. Supporting arms shall be 13-inches high and integral with post top weather cap. Arms shall be furnished as shown on the Contract Drawings.

L. Barbed Wire: Furnish 2-strand, 11-gauge wire with 14-gauge, 4-point barbs spaced 5 inches on center, as follows:

1. Galvanized and PVC coated, per manufacturer's standards.

**2.4 MISCELLANEOUS MATERIALS AND ACCESSORIES**

A. Wire Ties: For tying fabric to line posts, use 9-gauge wire ties spaced 12 inches on center. For tying fabric to rails and braces, use 9-gauge wire ties spaced 24 inches on center. For tying fabric to tension wire, use 11-gauge hog rings spaced 24 inches on center. Finish of ties to match fabric finish.

1. Manufacturer's standard procedure will be accepted if of equal strength and durability.

B. Concrete: Provide concrete as specified in Section 03300, Cast-In-Place Concrete.

**PART 3 - EXECUTION**

**3.1 INSPECTION**

A. Contractor and his installer must examine the conditions under which the fence and gates are to be installed and notify the Engineer in writing of conditions detrimental to the proper and timely completion of the Work. Do not proceed with the Work until unsatisfactory conditions have been corrected in a manner acceptable to the Engineer.

**3.2 PREPARATION**

A. Do not begin fence installation and erection before the final grading is completed, with finish elevations established.

## 3.3 SITE SECURITY

A. During replacement of existing fencing, the Contractor shall demolish or remove only the amount of fencing which can be constructed during that same day. Fencing around the entire site shall remain continuous at the end of each working day.

B. Should construction operations prevent new fencing from being installed during the same day as existing fencing is removed in the same location, the Contractor shall provide a temporary 6-foot high construction fence to secure the site, or at the Contractor's option, the Contractor may provide security personnel to monitor and secure the site during times when construction is not taking place, specifically during night hours.

## 3.4 INSTALLATION

A. Excavation: Drill holes of diameters and spacings shown, for post footings in firm, undisturbed or compacted soil.

1. Unless otherwise indicated, excavate hole depths approximately 3 inches lower than the post bottom, with bottom of posts set not less than 36 inches below the surface when in firm, undisturbed soil.

    a. Spread soil from excavations uniformly adjacent to the fence line, or on adjacent areas of the site, as directed.

2. When solid rock is encountered near the surface, drill into rock at least 12 inches for line posts and at least 18 inches for end, pull, corner, and gate posts. Drill hole at least 1-inch greater diameter than the largest dimension of the post to be placed.

    a. If solid rock is below soil overburden, drill to full depth required, except penetration into rock need not exceed the minimum depths specified above.

B.   Setting Posts: Remove loose and foreign materials from sides and bottoms of holes, and moisten soil prior to placing concrete.

1.   Center and align posts in holes 3 inches above bottom of excavation.

2.   Place concrete around posts in a continuous pour, and vibrate or tamp for consolidation. Check each post for vertical and top alignment, and hold in position during placement and finishing operations.

3.   Trowel finish tops of footings, and slope or dome to direct water away from posts. Extend footings for gate posts to the underside of bottom hinge. Set keeps, stops, sleeves and other accessories into concrete as required.

4.   Keep exposed concrete surfaces moist for at least 7 days after placement, or cure with membrane curing materials, or other acceptable curing method.

5.   Grout posts set in sleeved holes, concrete constructions, or rock with grout, as specified in Section 03300, Cast-In-Place Concrete.

C.   Concrete Strength: Concrete must attain at least 75 percent of its minimum 28-day compressive strength, but in no case sooner than 7 days after placement, before rails, tension wires, or fabric is installed. Do not stretch and tension fabric and wires, and do not hang gates until the concrete has attained its full design strength.

1.   Take samples and test concrete to determine strength as specified in Section 03300, Cast-In-Place Concrete.

D.   Top Rails: Run rail continuously through post caps or extension arms, bending to radius for curved runs. Provide expansion couplings as recommended by fencing manufacturer.

E.   Center Rails: Provide center rails only where shown. Install in one piece between posts and flush with post

on fabric side, using special offset fittings where necessary.

F. Brace Assemblies: Install braces so posts are plumb when diagonal rod is under proper tension.

G. Tension Wire: Install tension wires by weaving through the fabric and tying each post with not less than 6-gauge galvanized wire, or by securing the wire to the fabric.

H. Fabric: Leave approximately 2 inches between finish grade and bottom selvage, except where bottom of fabric extends into concrete. Pull fabric taut and tie to posts, rails, and tension wires. Install fabric on security side of fence, and anchor to framework so that fabric remains in tension after pulling force is released.

I. Repair coatings damaged in the shop or during field erection by recoating with manufacturer's recommended repair compound, applied per manufacturer's direction.

J. Stretcher Bars: Thread through or clamp to fabric 4 inches on center, and secure to posts with metal bands spaced 15 inches on center.

K. Gates: Install gates plumb, level, and secure for full opening without interference. Install ground-set items in concrete for anchorage, as recommended by the fence manufacturer. Adjust hardware for smooth operation and lubricate where necessary.

L. Tie Wires: Use U-shaped wires conforming to diameter of pipe. Clasp pipe and fabric firmly with ends twisted at least two full turns. Bend ends of wire to minimize hazard to persons or clothing.

M. Fasteners: Install nuts for tension band and hardware bolts on side of fence opposite fabric side. Peen ends of bolts or score threads to prevent removal of nuts.

**3.5 ADJUSTMENT AND CLEANING**

A. Adjust all fencing and gates and leave in good working condition.

B.   Repair or replace any broken or bent components as directed by the Engineer.

C.   Protect gates and fencing from construction traffic until acceptance of the Work.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# SECTION 02485

# GRASS RESTORATION

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope: The contractor shall furnish all labor, materials and equipment necessary to restore grass areas disturbed by the construction. The limits of restoration will be determined by the Engineer. Disturbance of grass areas shall be kept to a minimum during construction.

B. In the event that seeding restoration fails or is not feasible due to season, the Contractor shall be required to restore the grass areas with sod.

C. Related Work Specified Elsewhere:

1. Section 02200, Earthwork

### 1.2 SUBMITTALS

A. General: Submit shop drawings in accordance with Section 01342 of the Contract Specifications.

B. The Contractor shall submit certificates of materials compliance before delivery of material for the following items:

a. Topsoil

b. Seed

c. Fertilizer (10-6-4)

d. Limestone

e. Mulch

## PART 2 - PRODUCTS

### 2.1 TOPSOIL

A. The topsoil shall consist of a fertile, friable, natural top soil of loamy character, without admixtures of subsoil, uniform in quality and shall be free from refuse of any nature, hard clods, stiff clay, sods, hard pan, pebbles larger than 3/4 inch in diameter, coarse sand, noxious weeds, sticks, brush, or other rubbish.

B. The topsoil shall be taken from a well drained, arable site, preferably one which has been under cultivation at least 5 years previous to the time of removal.

C. The topsoil shall contain not less than 5 percent nor more than 20 percent organic matter, as determined by loss on ignition of oven-dried samples. The samples shall be thoroughly oven-dried to constant weight at a temperature of 221 degrees F.

D. The Hydrogen Ion value of all topsoil shall be not less than 5 and not more than 7. After the testing of the samples of material, if the loam is found to be unsatisfactory for the intended use, the Engineer may require that the Contractor, without additional compensation, add to the top soil proposed by him for use, lime, particular fertilizer or particular humus, as directed in order to make the topsoil suitable.

E. Mechanical Analysis: The sieve analysis on an oven-dried sample shall be as follows:

| Sieve Size | % Passing by Weight |
|---|---|
| 1 inch | 100 |
| 1/4 inch | 97-100 |
| # 100 | 40-60 |
| # 200 | 40-60 |

F. Topsoil available on site which meets the specified requirements may be utilized with the permission of the Engineer. The Engineer may require that the Contractor, without additional compensation, add to the topsoil proposed by him for use, lime, particular fertilizer or particular humus, as directed in order to make the topsoil suitable.

## 2.2 SEED

A. General: Grass seed shall be fresh, recleaned seed of the latest crop. Material other than pure live seed shall comprise only nonviable seed, chaff, hulls, harmless inert matter and shall be free from noxious weeds. The mixture shall have less than one quarter (1/4) of one (1) percent weed content. Seed shall be mixed before delivery and shall consist of the mixture specified and in conformity with the following proportions by weight and meeting with the following standards of seed content. The percentage of purity shown on the label will be acceptable. The percentage of germination shall not be less than the minimum specified.

B. Mixtures

| | Mixture Tolerance | | Germination Tolerance | |
|---|---|---|---|---|
| Proportions of Mixture | Minus | Plus | Germination | Minus |
| 60% Jaguar Tall Fescue | 3% | 5% | 90% | 6% |
| 25% Omega II Perennial Rye Grass | 3% | 5% | 85% | 7% |
| 15% Classic Kentucky Bluegrass | 3% | 5% | 80% | 7% |

The following brand name mixtures are approved substitutes: Manhattan, Pennfine, N.K. 200 or Norlea in the proper percentages of mixture or any other current approved brand name mixture.

C. Packaging: All grass seed shall be delivered in unopened standard size bags of the vendor showing weight, analysis and the name of vendor. It shall be stored in such a manner that its effectiveness will not be impaired.

## 2.3 SOD

A. Materials

1. Sod shall be nursery grown and at least two years old. It shall be free of insects, grubs, fungus disease and noxious weeds and shall have a pH value of not less than 6.5.

2.    The cultivated sod shall be 100% Merion grass sod.

3.    Sod shall be a minimum of 1 inch thick and cut in uniform strips 1 foot by 4 feet minimum. Root development shall be capable of supporting sod during handling, transporting and laying. Sod shall not be installed in strips less than 1 foot in width.

4.    Top growth shall be thick and matted. The turf shall be green and growing. Prior to cutting and transporting, the sod shall be well irrigated and have been recently mowed.

5.    Native soil on the roots of the sod shall be maintained during process of transplanting.

6.    Fertilizers shall be suitable commercial types.

B.    Method

1.    The surfaces of the areas to be covered with sod shall be trimmed, topsoiled to a minimum depth of 4 inches and graded to one inch below finished elevation by cutting and/or filling, as required, and as directed by the Owner.

2.    The sod bed shall be raked and all foreign matter shall be removed and disposed of from the site.

3.    Soil amendments and fertilizers shall be evenly spread over the prepared area and thoroughly raked in to incorporate it with the soil. Lime shall be incorporated in the soil at the rate of 50 pounds per 1000 square feet and superphosphate at the rate of 25 pounds per 1000 square feet.

4.    Sod shall then be laid and set to the required grade on a reasonably moist bed with joints staggered. It shall be laid smoothly, edge to edge, and all openings plugged with sod. After laying, the sod shall be pressed firmly into contact with the bed by tamping and rolling to eliminate all air pockets and produce a uniform, even surface true to grade.

5. Sod shall be planted within 24 hours from the time of cutting unless tightly rolled or stored (roots to roots) and the stacks kept moist. Storage for a period in excess of five days will, under no circumstance, be permitted. Should the completed sod surface become gullied, eroded, or otherwise damaged, the affected areas shall be re-sodded as required and at the Contractor's expense.

6. The Contractor shall be responsible for proper protection and maintenance of the sodded areas. Where sod fails to grow, the Contractor shall prepare and re-sod these areas at his expense. During dry weather the Contractor shall water the sodded area frequently enough to insure growth.

**2.4 COMMERCIAL FERTILIZER**

A. Composition: Commercial granular fertilizer shall have the following composition by weight: Nitrogen ten (10) percent; Phosphoric Acid six (6) percent; Potash four (4) percent. The Nitrogen shall be fifty (50) percent organic (from organic sources, e.g., fish meal, dried blood, dried manure, activated sewage sludge castor pomace, cottonseed meal, etc.) and fifty (50) percent inorganic. The elements shall be available according to the methods adopted by the Association of Official Agricultural Chemists.

B. Packaging: Fertilizers shall be packed in the manufacturer's standard containers weighing not over one hundred (100) pounds each with the name of the material, net weight of contents and the manufacturer's name and guaranteed analysis appearing on each container.

**2.5 GROUND LIMESTONE**

A. Composition: Ground limestone (calcium carbonate) shall have the following analysis: At least fifty (50) percent shall pass a two hundred (200) mesh sieve; at least seventy (70) percent shall pass a one hundred (100) mesh sieve; and one hundred (100) percent shall pass a ten (10) mesh sieve. Total carbonates shall not be less than eighty (80) percent or 44.8 percent calcium oxide equivalent; for purposes of calculation,

total carbonates shall be considered as calcium carbonate.

B. Packaging: Ground limestone packed in the manufacturer's standard containers shall weigh not over one hundred (100) pounds each with the name of the material, net weight of contents and the manufacturer's name and guaranteed analysis appearing on each container. Bulk shipments shall be accompanied by a certificate covering the names, weight and analysis as specified herewith for packaged material.

**2.6 MULCH-WOOD FIBER**

A. General: Wood fiber suitable for use as mulch for seeding shall be processed so that the fibers will remain in uniform suspension in water under agitation and will blend with grass seed, fertilizer, ground limestone and other additives to form a homogenous slurry. It shall have the characteristics which, upon hydraulic application, shall form a blotter-like ground coating with moisture absorption and percolation properties and the ability to cover and hold grass seed in intimate contact with the soil. Wood fiber shall contain no growth or germination inhibiting factors and shall be dyed green. The wood fiber mulch shall be "Superior Fiber" manufactured by Wolbert Master and Assoc. Inc., "Silva Fiber" as manufactured by Weyerhaeusar or equal.

B. Packaging: Wood fibers shall be supplied in the manufacturer's unopened standard containers weighing not over one hundred (100) pounds each, with the name of the material, net weight of contents, the manufacturer's name and the air dry weight of fiber (equivalent to ten [10] percent moisture) appearing on each container.

**PART 3 - EXECUTION**

**3.1 GENERAL**

A. When permitted by the Engineer, topsoil excavated under other Sections of this Specification shall be reused to provide a six inch layer of topsoil over the areas required to be seeded. If after backfilling of

excavations there are insufficient quantities of top soil conforming to the specified requirements, the Contractor will be required to supply the necessary material to provide a six (6) inch layer of topsoil over the areas to be seeded. Where directed by the Engineer the surface of the subsoil shall be scarified or tilled to a minimum depth of two (2) inches before topsoil or soil is placed to permit bonding of the upper soil layer with the subsoil.

B.  When delays in seeding operations carry the work beyond the specified seasons or when conditions of high winds, excessive moisture or frost are such that satisfactory results are not likely to be obtained for any stage of the work, the Engineer will stop the work. The work shall be resumed with the Engineer's approval when the desired results are likely to be obtained or when approved corrective measures and procedures are adopted.

C.  The Contractor shall be liable for any damage to property caused by seeding operations and all areas disturbed shall be restored to their original conditions to the satisfaction of the Engineer.

D.  One inch of water per week shall be applied on seeded areas for adequate soil saturation as required by weather conditions and as ordered by the Engineer until final acceptance. Watering shall be continued until final payment. Watering shall be done in a manner which will not cause erosion or other damage to the finished surfaces. Any surfaces which become gullied or otherwise damaged shall be repaired to reestablish the grade and conditions of the soil prior to seeding. After the repairs have been made the areas shall be reseeded as specified. Water for seeding is available on site

## 3.2  GRASS SEEDING

A.  Time of Seeding:  Seeding shall be performed from March 1 to April 15 and from August 15 to October 15 unless otherwise approved. The Contractor shall notify the Engineer at least 48 hours in advance of the time he intends to begin seeding and shall not proceed with such work until permission has been granted.

B.   Preparation of Areas:  The areas to be seeded shall be cultivated and cleaned of all vegetative growth to a depth of six (6) inches except as otherwise directed by the Engineer on designated areas where topsoil has been furnished and placed to a depth of six (6) inches immediately prior to seeding. All weeds, roots, stumps, large stones and debris shall be removed. All washouts or other surface irregularities shall be repaired and additional topsoil shall be placed over the area as required until the entire area to be seeded is covered with a minimum of six (6) inch compacted layer of topsoil. The areas to be seeded shall then be rough graded to conform to the proper elevations as directed by the Engineer.

C.   Final Preparations of Seed Bed:  The areas to be seeded shall be cultivated with a disc, rototiller or scarifier to a depth of four (4) inches. The areas shall be smoothly graded to the proper elevations, free from all unsightly ridges, depressions or undue irregularities. Areas to be seeded that cannot be cultivated by mechanical means shall be scarified by hand to attain the degree of smoothness and uniformity of adjacent lawn areas. Any soft areas shall be thoroughly compacted with an accepted roller weighing at least 200 pounds.

1.   All topsoil not used is to be removed and disposed of.

2.   Ground limestone shall be evenly distributed at the rate of one-half (1/2) pound per square yard and worked into the top three (3) inches of the soil during the cultivation required for the final preparation of seed bed.

3.   Commercial fertilizer (10-6-4) as specified shall be evenly distributed at the rate of ten (10) pounds per 1,000 square feet using an approved mechanical spreader and shall be worked into the top one (1) inch of the soil.

4.   In the event that it rains between the time the soil on any area is prepared and before it is seeded by any specified method, the soil on all areas to be seeded shall be completely pulvarized to a depth of one inch as determined, directed and approved by the Engineer.

D.   Sowing Seed

    1.   Grass seed shall be sown evenly at the rate of one hundred fifty (150) pounds per acre. All seeding is to be done on dry or moderately dry soil and at times when the wind does not exceed a velocity of five (5) miles per hour.

    2.   A mechanical seeder may be used such as a Brillion seeder or equal to distribute the seed. Rolling will not be necessary.

    3.   If the grass seed is to be sown by hand the seed shall be evenly distributed and lightly raked into the top (1/4) inch of soil. After seeding and raking, the soil surface is to be rolled with an accepted roller weighting at least two hundred (200) pounds.

E.   Seeding with Erosion Control Fabrics: Erosion control fabrics shall be applied in accordance with the seed manufacturers' instructions as modified, directed and approved by the Engineer.

## 3.3   ESTABLISHMENT OF SEEDED AREAS

A.   The Contractor shall maintain, mow and protect the seeded areas until a uniform stand of grass approximately two and one half (2-1/2) inches high has been obtained (minimum of three cuttings). Any areas which have been damaged or fail to show a uniform stand of grass shall be scarified, refertilized and reseeded with the original seed mixture until all the designated areas are covered with grass.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# SECTION 02487

# PLANTING

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope of Work:

1. This section provides for furnishing and planting of trees and shrubs as directed by the Owner, as shown on the Drawings, as stated in Bid Item No. 9, as stated in Section 01020 - Allowances, and as described in these Specifications.

B. Related Work Specified Elsewhere:

1. Section 01020, Allowances

2. Section 02100, Clearing and Grubbing.

3. Section 02485, Grass Restoration.

### 1.2 QUALITY ASSURANCE

A. Nomenclature

1. The common and scientific names of plants shall be in conformity with the approved names by Standardized Plant Names prepared by the American Joint Committee on Horticultural Nomenclature 1942 Edition or its successor as the American Association of Nurserymen's recognized authority on Botanical Nomenclature.

B. Standards

1. Plants including root spread and ball size shall be in accordance with the current edition of "USA Standard for Nursery Stock," a code of standards sponsored by the American Association of Nurserymen as modified herein and as otherwise specified.

C.   Inspection

    1.   All trees and shrubs shall be subject to inspection and approval by the Engineer at the growing site, but approval and marking at the growing site shall not obligate the Owner to pay for any tree or shrub until it has been delivered and planted at the planting site in a satisfactory condition.  The removal of nursery stock rejected at the planting site and its replacement in compliance with specifications shall be made at no extra cost to the Owner.

    2.   All plants shall be subject to inspection at any place and at anytime.  The Contractor shall be represented at all inspections.

## 1.3   CERTIFICATIONS

A.   Plant Material

    1.   The Contractor shall be responsible for all certificates of inspection of plant materials which may be required by Federal, State or other authority to accompany shipment of plants. Certificates of Inspection shall be submitted to the Engineer for each shipment of plants at delivery.

    2.   Labeling shall be in accordance with normal nursery labeling practice except that the Contractor shall be required at any time to supply certification of positive identification of any plant species and/or variety in addition to those specified herein.

    3.   The Contractor shall submit certificates of material compliance before delivery of each type of fertilizer and the anti-desiccant to be supplied.

## PART 2 - PRODUCTS

### 2.1 PLANTS

A. General

1. Trees and shrubs shall have a normal habit of growth and be typically characteristic of their respective kinds. When a minimum and maximum size is specified, an average size is required. Plants shall not be pruned before delivery and no plants shall be cut back from larger sizes to meet the sizes specified. Plants shall be free from injury. Plants shall be nursery grown unless otherwise specified and bear evidence of proper nursery care normal to current nursery practice.

B. Abbreviations

Cal. - Indicates the caliper of the trunk of the tree
B.R. - Indicates plants to be dug with bare roots
B&B - Indicates plants to be balled and burlapped
B&P - Indicates plants to be balled and platformed
C.G. - Indicates container-grown plants
P.G. - Indicates pot-grown plants

C. Substitutions

1. No change of quantity, size, kind or quality of plants as specified will be accepted except upon written approval by the Engineer.

D. Digging and Handling

1. Plants shall be dug with care and skill immediately before shipment. No cold storage plants will be accepted unless approved by the Engineer. Plants stored temporarily shall be properly heeled in or otherwise protected from injury. Digging shall avoid all possible injury to, or loss of roots but roots cut shall be cleanly cut.

2. After plants are dug their roots shall be protected from injury such as caused by heat, sun, wind and freezing temperatures. All bare roots of trees, shrubs and vines shall be puddled at the time of

digging unless otherwise approved by the Engineer. Puddling shall be done in a wet clay mixture, of a quality to adhere to all parts of the root system. Roots of bare root plants which have been thoroughly covered at the time of digging with an anti-desiccant will not require puddling. Bare roots shall be further protected by wrapping in wet straw, moss, burlap or other suitable material.

3. Burlap or other equivalent covers shall be placed over plants transported by open trucks or by open freight cars. Doors on closed trucks shall be kept closed to prevent drafts. Shipments made in box cars or closed trucks shall be adequately ventilated to prevent "sweating." The heads of trees shall be tied in carefully to prevent fracturing or breaking the branches. Trunks and branches shall be adequately supported and padded to avoid scraping or bruising.

E. Trees

1. Where ordered by the Engineer to replace a tree over 4 inches in caliper that has been removed to construct the work, the Contractor shall furnish 2-inch to 2-1/2-inch caliper trees B&B and of Specimen Quality from the following approved list:

   a. Zelkova Serrata "Village Green" (Village Green Zelkova)*

   b. Quercus borealis (Northern Red Oak)

   c. Gleditsia triacanthos Inermis "Shademaster" (Shademaster Honey Locust)*

   d. Plantanus acerifolia (London Planetree)

   e. Quercus palustris (Pin Oak)

   f. Tilia cordata "Greenspire" (Greenspire Linden)*

   g. Pyrus calleryana "Bradford" (Bradford Pear)*

h.   Acer platanoides "Summer Shade" (Summershade Norway Maple)*

*Tree species and variety shall be certified.

The species will be selected by the Engineer during construction. The selection will be based on conformity to existing area planting and availability of the species.

2.   Nursery grown trees shall have no cuts of limbs which are not healing and no cuts over 3/4 inch which have not completely calloused over, no cut back crowns and no abrasions of the bark. The center leader on all major trees shall be intact. Trees must have good fibrous root systems characteristic of the kind. The tops of deciduous trees shall be well formed structurally with reasonably straight trunks and normal spread of crowns.

3.   Specimen Quality trees shall have straight trunks, single leader intact, having a minimum deviation from the vertical which is characteristic of the kind, with well branched, symmetrical tops and with the lower branches 6-7 feet from the ground.

4.   Bare root trees shall not require earth adhering to the roots except as required for puddling.

5.   Balled and burlapped trees shall be properly dug and protected to preserve the natural earth in contract with the roots. No manufactured balls will be accepted. The balls shall be of the required size, firmly wrapped and tied with minimum 3-ply sisal or equal. No balled tree will be acceptable if the ball is cracked or broken.

6.   Balled and platformed trees shall be balled as specified for (B&B) trees. Platforms shall be square or octagonal shaped of a size slightly larger than the diameter of the bottom of the soil mass inserted under each ball by means of ties from the platform corners to the rope collar on top of the ball.

F.    Shrubs

    1.    The quality of balled and burlapped shrubs shall be as specified for (B&B) trees herein.  Shrubs shall have good fibrous root systems.

G.    Container Grown Plants

    1.    The sizes of containers shall be as specified on the Plans or may have a root ball 25 percent less in diameter and depth than that specified for B&B material.  A 15 percent tolerance will be allowed in diameter and depth provided that the volume of the resultant root ball is no less than the volume of the root ball as specified.  This specification is intended to determine the size of the root ball produced from a container and is not to be construed as a determination of the actual dimensions of the container.

    2.    Container grown plants shall exhibit a well rooted condition which is evidenced by the firmness of the ball.  The outside of the ball shall be well netted with healthy working roots which have not been restricted.  Plants shall have been adequately hardened off before shipment.

    3.    Containers shall be of such a shape as to permit easy removal of the plant and shall be rigid enough to maintain the shape of the ball.  No plant will be accepted if the ball is cracked or broken.

## 2.2  TOPSOIL

A.    The topsoil shall consist of a fertile, friable, natural top soil of loamy character, without admixtures of subsoil, uniform in quality and shall be free from refuse of any nature, hard clods, stiff clay, sods, hard pan, pebbles larger than 3/4 inch in diameter, coarse sand, noxious weeds, sticks, brush, or other rubbish.

B.    The topsoil shall be taken from a well drained, arable site, preferably one which has been under cultivation at least 5 years previous to the time of removal.

C. The topsoil shall contain not less than 5 percent nor more than 20 percent organic matter, as determined by loss on ignition of oven-dried samples. The samples shall be thoroughly oven-dried to constant weight at a temperature of 221 degrees F.

D. The Hydrogen Ion value of all topsoil shall be not less than 5 and not more than 7. After the testing of the samples of material, if the loam is found to be unsatisfactory for the intended use, the Commissioner may require that the Contractor, without additional compensation, add to the top soil proposed by him for use, lime, particular fertilizer or particular humus, as directed in order to make the topsoil suitable.

E. Mechanical Analysis: The sieve analysis on an oven-dried sample shall be as follows:

| Sieve Size | % Passing by Weight |
|---|---|
| 1 inch | 100 |
| 1/4 inch | 97-100 |
| # 100 | 40-70 |
| # 200 | minimum 20% |

## 2.3 FERTILIZER

A. Composition

1. The fertilizer shall be a slow release type contained in polyethylene, perforated bags with micropore holes for controlled feeding. The bags shall contain 4 ounces of soluble fertilizer analysis 16-8-16 minimum per unit to last for 8 years. Minimum guaranteed analysis shall be a fertilizer containing nitrogen, phosphoric acid and potash in the ratio of 16-8-16 with approximately one-half the nitrogen in the ammonium form and one-half in the nitrate form.

2. Fertilizer on mulch shall be a mixed granular commercial fertilizer containing nitrogen, phosphoric acid and potash in the ratios of 10-6-4 as specified in Section titled "Seeding and Sodding."

B. Packaging

1. Fertilizer packets shall be packed in the manufacturer's standard containers weighing not over 100 pounds each with the name of the material, net weight of contents and the manufacturer's name and guaranteed analysis appearing on each container.

**2.4 MULCH**

A. Wood Chips

1. Wood chips for mulching plants may be either hardwood or softwood chips as produced by any standard chipping machine. No leaves, young green growth, wood shavings, sawdust or foreign materials which are injurious to plant growth shall be mixed with the chips. Chips shall be 1/8 inch nominal thickness with 50 percent having an area of not less than 1 square inch nor more than size 6 square inches.

B. Peat Moss

1. Peat moss shall be composed of the partly decomposed stems and leaves of any or several species of sphagnum moss. It shall be free from wood, decomposed colloidal residue and other foreign matter. Acidity range: 3.5 pH to 5.5 pH. Water absorbing ability shall be minimum 1100% by weight on an oven-dry basis.

C. Bedding Mulch

1. Shall be composed of shredded cedar bark of medium chip size installed over a weed block unless otherwise directed by the Engineer.

2. Product and Manufacturer:

   a. Western Decorative by Far West Forests, Fair Oaks, California.

   b. Or equal.

D. Weed Block

1. Shall be Horticulture Fabric made of ultra violet resistant woven Polypropylene weighing 3.3 ounces per square yard.

2. Product and Manufacturer.

a. Horticulture Fabric style 31211 (Ground cover) by N.Y.P. Corporation, Elizabeth, New Jersey.

b. Or equal.

**2.5 WATER**

A. Water shall be from fresh water sources and free from soil, acids, alkalis, salt or any other substance injurious to plant growth.

**2.6 PROTECTION OF PLANTS**

A. Stakes for Supporting Trees

1. Stakes for supporting trees shall be of white or red cedar wood. Cedar stakes of 8 to 10 feet long shall have a minimum diameter of 2 inches. The maximum diameter of cedar stakes shall not exceed 3 inches and shall have a minimum allowable deflection of 1/2 inch for every 1 foot of length. All stakes shall be sound and free from insects and fungi. Length of stakes shall be as specified unless otherwise approved by the Engineer. Stakes shall be pointed.

B. Guy Stakes

1. Guy stakes used to anchor guy wires which support trees shall be of the quality and sizes required for the operations calling for their use.

C. Wire

1. Wires for guying plants shall be new annealed galvanized wire No. 12 and 10, A.S.&W. gauge as specified an/or as shown on the Standard Details.

D.   Jute Burlap

    1.   Jute burlap for wrapping trees shall be in 4-inch wide strips and weigh 8 ounces per square yard. Other material shall be as approved by the Engineer.

E.   Paper Wrapping

    1.   Paper for wrapping trees shall be waterproof paper 30-30-30 kinklecraft or equal in 4-inch strips as approved by the Engineer.

F.   Hose

    1.   Hose for protecting the bark from the guy wires shall be good quality braided rubber or reinforced materials. Hose shall be at least 3/4" outside diameter.

G.   Twine

    1.   Twine for use in wrapping trees shall be jute twine not less then 2-ply. Green plastic ties or masking tape as approved by the Engineer will be acceptable. Plastic ties shall be a minimum of 1/2 inch in width and shall have a smooth surface with the ability to stretch as the tree grows.

H.   Anti-desiccants

    1.   Anti-desiccants shall be emulsions which will provide a protective film over plant surfaces permeable enough to permit transpiration. Acceptable materials shall be wilt-pruf, vanex, or equal.

I.   Tree Wound Dressing

    1.   Tree wound dressing shall be antiseptic, waterproof, adhesive and elastic such as asphalt, gutta percha and certain oils with a fungicide and which remains tacky for four hours and retains elasticity after setting when tested under the heat of the hand. It shall not contain kerosene coal

tar creosote or other material harmful to the living tissue of the trees.

## PART 3 - EXECUTION

### 3.1 GENERAL

A. Planting Seasons

1. Unless otherwise approved, deciduous material shall be planted between March 1 and May 1, and from October 15 to December 15. Evergreen material shall be planted from March 1 to May 15 and from August 15 to December 15. Container grown plants shall be planted from March 1 to May 15 and between August 15 and December 15.

B. Obstructions

1. In the event that rock or other underground obstructions are encountered in excavating plant pits, the pits shall be relocated as ordered by the Engineer.

2. In all locations where utilities are located, plant pits shall be dug by hand as ordered by the Engineer.

C. Delivery

1. The Contractor shall give notice to the Engineer at least 48 hours in advance before delivering any plant material, unless otherwise approved. The Engineer shall be furnished a legible copy of the invoice for every shipment showing sizes and kinds of materials included.

D. Storage

1. All plants shall be properly protected from drying out. Such protection shall include the time when the plants are in transit, being handled or in temporary storage on the project. Bare root plants which are not planted immediately upon receipt shall be heeled-in in trenches with the bundles

opened, the plants spaced separately and all roots covered. Balled plants shall have their earth balls protected by earth, wet cloth, straw or may be heeled-in as ordered by the Engineer. Plants not protected as specified which have not been planted within 2 calendar days of delivery shall be rejected unless otherwise approved by the Engineer.

**3.2   GROUND PREPARATION**

A.   Layout

   1.   Locations for plants and outlines of areas to be planted shall be marked out on the ground by the Contractor to the satisfaction of the Engineer before any pits or planting beds are dug.

   2.   The Contractor shall be held responsible for the proper location of each tree as described in the distribution schedule. Any species of tree planted in the wrong location shall be replaced with a new tree in the next succeeding planting season.

B.   Size of Pits

   1.   Unless otherwise specified the minimum diameter of plant pits shall bear the following relation to the spread of roots (or diameter of balls) of the plants to be planted in them. Pit diameter twice the root spread for plants up to and including a 2-foot spread, pit diameter equal to root spread plus 2 feet for root spreads of 2 to 4 feet; pit diameter one and one-half times the root spread for spread of roots over 4 feet. The depth of all pits shall be adequate to permit a minimum of 6 inches of planting soil under all roots and balls.

      a.   In concrete and asphalt areas, the tree pit shall be a minimum length of 48 inches. The width shall be 36 inches.

      b.   In grass areas, the tree pits shall be a minimum 48 inches long and the width shall be a minimum of 48 inches.

    c.    Where undesirable material is encountered in digging the pits, the pits shall be enlarged as approved and backfilled with acceptable material. When planting in wooded areas the Contractor shall cut the existing vegetation or grub out an area twice the size of the plant pit as directed by the Engineer. In planting bed areas existing vegetation shall be removed as directed.

    d.    Before excavating existing tree pits in locations where asphalt and/or stone block exist the Contractor shall, as directed by the Engineer, saw cut the asphalt, remove the stone block and reset the latter after trees are planted.

C.   Drainage

    1.   Where an impervious stratum of soil is encountered during the excavation of plant pits or planting beds, all such soil to a depth as approved shall be removed and backfilled with acceptable material.

D.   Disposal of Excavated Materials

    1.   Topsoil and subsoil excavation from tree pits and planting beds shall be disposed of off the site by the Contractor. Existing topsoil shall not be used for planting unless so described in the Special Conditions.

E.   Planting Beds

    1.   Unless otherwise specified the depth of planting beds for shrubs shall be 18 inches deep. Depth of beds shall be taken from existing grades. Backfill material for planting beds shall be as indicated on the plans.

F.   Planting Soil

1.   Backfill soil for planting shall be topsoil except that for ericaceous plants backfill soil shall be topsoil and peat moss thoroughly mixed in the proportions of 2 to 1 respectively.

G.   Fertilizer

1.   Fertilizer packets as described under "Materials" of this Specification, shall be placed in the plant pits prior to completion of backfilling.   During the entire planting operation the Contractor will not be allowed to use any damaged packets and he shall ensure that all packets remain undamaged. The fertilizer packets shall be placed 6 inches to 8 inches deep as follows:

a.   Shrubs

| | |
|---|---|
| 12 inches to 23 inches high | 1 packet next to the ball |
| 24 inches to 35 inches high | 2 packets on opposite sides of the ball |
| 3 feet to 6 feet high | 3 packets equally spaced around the ball |

b.   Deciduous Trees

| | |
|---|---|
| 1 inch to 1-3/4 inch caliper | 2 packets on opposite sides of the ball |
| 2 inches to 2-1/2 inches caliper | 3 packets equally spaced around the ball |
| 2-1/2 inches to 3 inches caliper | 4 packets equally spaced around the ball |
| 3-1/2 inches to 4 inches caliper | 5 packets equally spaced around the ball |
| 4-1/2 inches to 6 inches caliper | 6 packets equally spaced around the ball |

c.   Evergreens (Excluding Ericaceous Plants (Rhododendrons, etc.)

| | |
|---|---|
| 2 feet to 5 feet high | 2 packets on opposite sides of the ball |
| 6 feet to 7 feet high | 3 packets equally spaced around the ball |
| 8 feet to 11 feet high | 4 packets equally spaced around the ball |
| 12 feet to 17 feet high | 5 packets equally spaced around the ball |

| | |
|---|---|
| 18 feet to 20 feet high | 6 packets equally spaced around the ball |

d. Large Shrubs and Small Trees

| | |
|---|---|
| 6 feet to 9 feet high | 2 packets on opposite sides of the ball |
| 10 feet to 14 feet high | 3 packets equally spaced around the ball |

**3.3 SETTING PLANTS**

A. General

1. Plants shall be planted below existing grade as directed with a minimum saucer depth of 3 inches and a maximum saucer depth of 6 inches except as otherwise directed by the Engineer in grass areas and other areas where mulch will not be required. Saucer depth shall be in direct proportion to the size of plant. In planting beds, plants shall be planted 3 inches below proposed grade. Ericaceous plants may be required to be planted at existing grade as directed by the Engineer. Backfill material may be either carefully placed into plant pits in layers of approximately 4 inches in depth and firmly tamped before additional material is placed or backfill may be compacted by thorough watering. Regardless of which method is used backfill soil for all plants shall be watered three times prior to mulching, to insure compaction of backfill, and backfill added as necessary.

B. Balled Plants (B&B, B&P, C.G.)

1. Root balls are to be planted with backfill carefully tamped or compacted by thorough watering under and around the sides of each ball to fill voids. As directed by the Engineer, burlap, cloth, rope and restraining ties shall be cut and pulled away from the tops of root balls but not removed from the sides of root balls or pulled out from under root balls. Platforms shall be removed.

C. Bare Root Balls

    1.    Roots of B&R plants shall be properly spread out in a natural position and backfill soil shall be carefully worked in among them.   All broken and frayed roots shall be cleanly cut off.

D.   Wrapping

    1.    Unless otherwise directed, the trunks of all deciduous trees over 1-1/2 inches in caliper shall be wrapped immediately after planting unless otherwise approved.   Wrapping shall extend beyond the point where hose and wires pass around the tree trunk. Wrapping shall be a single layer of burlap bandage wound spirally, starting from the base and overlapping 1-1/2 inches.   The wrapping shall be tied in place with twine, green plastic ties or masking tape at about 1-foot intervals.

E.   Staking, Guying and Anchoring

    1.    All trees shall be firmly staked or guyed at the time of planting as shown on the Standard Details on the Plans unless otherwise approved.   Stakes shall be pointed and shall not injure plant balls.   Wires used for tying the trunk to stakes or for guying shall be secured to the tree by passing through a rubber hose to prevent chafing and injury to the trees.   Guy wires fastened to guy stakes shall be tightened by driving the stakes, leaving the wires to be twisted for tightening during the period of establishment.

F.   Pruning

    1.    Pruning shall be done as specified and as directed by the Engineer.   Deciduous trees and shrubs shall be pruned to reduce the vegetative growth by one third of its total branching unless otherwise directed. Wood removed shall be inferior branches, competing branches, crossing branches and dead and damaged wood.   The natural branching habit of the plant shall be adhered to at all times.

    2.    Container grown trees may be pruned at the time of potting to reduce the length of branches one third to one half.   Minor pruning may be required at the time of planting.

3.   Trees used in street tree plantings, parking areas and playground areas shall have all branches removed up to a height of 6 feet or as otherwise directed.

4.   Tree wound dressing shall be applied on all pruning cuts exceeding one inch on deciduous trees.

G.   Mulching

1.   Depth of mulch shall be 3 inches.   Mulch shall completely cover the areas of all plant pits, planting beds and/or entire planted areas.   Mulch shall be wood chips.

2.   After planting is completed and as directed by the Engineer, fertilizer (10-6-4) shall be broadcast on all mulch, except mulch on ericaceous plants, at the rate of 0.015 pounds of nitrogen per square foot.

3.   The Engineer may direct that mulching be omitted from around plant pits within designated grass areas. Where so directed, the area over the plant pit shall be restored in accordance with Section titled, "Seeding and Sodding," of this Specification.

H.   Progress and Sequence of Planting

1.   All the provisions of Setting Plants shall be accomplished within 7 calendar days after the plant is set in the pit except that the Engineer shall take into consideration unexpected interruptions in work due to emergencies, storms, etc. severe enough to stop work.   Scheduled non-work days such as weekends, holidays, etc. shall not be a reason for extending the 7-day limitation.   The sequence of planting shall be as follows:

a.   Wrapping, staking or guying and wiring

b.   Three waterings to insure compaction of backfill and addition of backfill as necessary

c.   Mulching - If this sequence is not adhered to, and as a result the operations subsequent to setting and backfilling are not being

accomplished within the specified time, the Engineer may stop all setting and backfilling of plants, and any other planting operations he may deem necessary, until such time as he is satisfied that the sequence of planting operations is again on schedule.

I. Restoration

1. Areas disturbed by the planting operations shall be left in an orderly condition. Excess soil and rubbish shall be disposed of as directed. Grassed areas disturbed by planting operations shall be restored to a satisfactory condition which may include filling to grade, fertilizing and seeding.

**3.4 CARE OF PLANTS**

A. Care of Plants Prior to Satisfactory Completion of Planting

1. The contractor shall care for the planting which shall consist of keeping all plants in a healthy growing condition by watering, weeding, cultivating, pruning, spraying, tightening of guys, remulching and any other necessary operations as required until satisfactory completion of planting.

2. All plants shall be sprayed with an anti-desiccant. The anti-desiccant shall be applied according to the manufacturer's directions to thoroughly cover all above ground parts. The time of application shall be as follows, unless otherwise approved.

   a. Evergreen - Apply within 10 days following planting.

   b. Deciduous - Spring planting - apply when leaves have reached at least 75 percent of mature size. Fall planting - apply in October and November when the temperature is 40 degrees F or over.

3. All plants shall be watered at least once a week between April 1 and October 1 unless otherwise directed by the Engineer, until satisfactory completion of planting. Each watering shall provide

not less than five gallons per square yard on plant pits and bed areas.

4. All dead and rejected plants shall be promptly removed from the contract site. In the event of the threat of serious damage from insects, diseases or rodents, the plants shall be treated by preventive or remedial measures currently approved for good horticultural practice. In the event "heeled-in" material must be held over until a later planting season, such "heeled-in" material shall be lifted, replanted and maintained in a satisfactory condition in nursery rows. Such emergency storage and maintenance shall be at the entire risk of the Contractor and at no cost to the County. The land for such storage shall be provided for by the Contractor unless otherwise specified or approved.

5. Grass and weed growth shall be removed from all plant pits and planting beds as directed by the Engineer. Prior to final acceptance of the planting, the outer portions of tree pit saucers and all other disturbed areas, excluding planting beds, shall have acceptable evidence of grass growth unless otherwise directed by the Engineer. Seed used for this purpose shall be as specified under Section "Seeding and Sodding" of this Specification or as approved by the Engineer.

B. Replacement Prior to Satisfactory Completion of Planting

1. At the conclusion of the essential portion of the planting work, all plants in an unhealthy or badly impaired condition in the opinion of the Engineer, shall be removed. All planting to be completed or replaced shall be planted not later than the next succeeding planting season.

C. Final Inspection

1. When, in the opinion of the Contractor, the planting is complete and ready for final inspection, he shall notify the Engineer who will arrange to give the entire work a thorough inspection. Before final payment will be made, any dead plants, defects or omissions noted on this inspection must be rectified by the Contractor.

**3.5 PERIOD OF ESTABLISHMENT**

A. Guarantee

1. The Contractor shall guarantee the life of all plants for a period of 1 year after the Engineer has made his final inspection and the planting has been confirmed in writing by the Engineer as having been satisfactorily completed. Any plant which is damaged, destroyed or dies from whatever cause except theft or vandalism during the above period shall be replaced not later than the next succeeding planting season as specified upon written notice to the Contractor from the Engineer. Plants that have died during the period of establishment shall be replaced and shall be guaranteed for an additional year.

B. Care of Plants and Replacement During Period of Establishment

1. Due to planting seasons, the Contractor shall be required to replace any damaged, destroyed or dead plant within the two planting seasons during the "Period of Establishment" which may entail replacing the same plant twice after satisfactory completion of planting.

2. The Contractor shall be responsible for all work required to care for the plants properly and make necessary replacements during the period of establishment, including watering, mulching, pruning, restaking and replanting. He shall maintain during this period a sufficient labor force at all time to care for the plants in a proper manner and perform all necessary operations efficiently and expeditiously.

3. The Contractor shall be required to water all plant material a minimum of six times during the period of establishment. Each plant shall receive 5 gallons of water for each square yard of pit area. Watering shall be performed when plants are in active vegetative growth. If in the opinion of the Engineer unseasonable dry conditions exist, additional watering may be required as directed by the Engineer.

4. At the end of the "Period of Establishment" the Contractor shall remove and dispose of all stakes, wire, hose, and tree trunk wrapping from all trees as directed by the Engineer. All holes left due to removal of stakes shall be filled with topsoil. All of the above work shall be performed at no additional cost to the County.

++ END OF SECTION ++

NO TEXT THIS PAGE

# SECTION 02500

## PAVEMENTS

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Work included: Under this section, the Contractor shall provide all labor, equipment and material necessary to furnish and install pavements complete in place, and as shown on the drawings, specified herein and approved by the Engineer. Any pavement demolished, damaged or destroyed as a result of the contractors operations shall be replaced in accordance with details shown on the plans and these specifications.

In general, work to be included under this section shall include, but not be limited to, the following:

1. Pavements: Asphalt pavements, including new asphalt pavements and asphalt pavement overlays.

2. All pavement markings.

3. Sawcutting existing asphalt or Portland cement concrete.

B. Related work specified elsewhere:

1. Section 02050, Demolitions and Removals

2. Section 02200, Earthwork

### 1.2 QUALITY ASSURANCE

A. Standards:

1. Comply with standards specified herein and as listed in Section 01072 of the contract specifications.

2. Referenced specifications: The New York State Department of Transportation Standard Specifications (NYSDOT Specifications) for Construction and Materials, dated January 2,

1990, plus addenda when referred to, shall become part of this specification for materials and construction requirements. A referenced New York State (NYS) Pay Item Number shall serve to describe the required work for this project providing materials and construction conforming to all applicable requirements under the NYS-DOT Specifications for that New York State Item, except for measurement and payment. The measurement and payment section of the NYS-DOT Specification shall not apply. Where the referenced specification cites requirements differing from those included in these specifications, the more stringent, highest quality requirement shall govern.

B. Qualifications of manufacturers: Products used in the work of this Section shall be produced by manufacturers regularly engaged in the manufacture of similar items and with a history of successful production acceptable to the Engineer.

**1.3 SUBMITTALS**

A. General: Submit shop drawings in accordance with Section 01342 of the contract specifications.

B. Product data:

1. Manufacturer's specifications and other data required to demonstrate compliance with the specified requirements;

2. A completed materials list showing all items to be furnished and installed under this Section.

**1.4 PRODUCT HANDLING**

A. Protection: Use all means necessary to protect the materials of this section before, during and after installation and to protect the installed equipment and materials of other trades.

B. Replacements: In the event of damage, the Contractor shall immediately make all repairs and/or replacements necessary, to the approval of the Engineer and at no additional cost to the Owner.

## PART 2 - PRODUCTS

### 2.1 ASPHALT PAVEMENT

A. Asphalt pavement courses shall be hot mix asphalt pavement conforming to material requirements of the following:

1. Surface course:

   NYSDOT Item No. 402.126202
   Asphalt concrete
   Type 6F2 - top
   Thickness – $1^1/2$ inches

2. Base course:

   NYSDOT Item No. 402.376902
   Asphalt concrete
   Type 2 - base
   Thickness – $2^1/2$ inches

3. Subbase course (see Non-Frost Susceptible Fill requirements in Section 02200):

   NYSDOT Item No. 304.14
   Subbase course
   Type 4
   Thickness - 6 inches

4. Tack coat and prime coat:

   NYSDOT Item No. 407.0101
   Tack coat - emulsified asphalt

### 2.2 OTHER MATERIALS

A. All other materials, not specifically described but required for proper and complete installation of the work of this Section, shall be as selected by the Contractor subject to the approval of the Engineer.

**PART 3 - EXECUTION**

**3.1  INSPECTION**

    A.   Examine the areas and conditions under which work of this Section will be installed. Correct conditions detrimental to proper and timely completion of the work. Do not proceed until unsatisfactory conditions have been corrected.

**3.2  ASPHALT PAVEMENTS**

    A.   Asphalt pavements shall be constructed on approved compacted subgrades in accordance with the requirements of the referenced New York State DOT Specifications, for each Item Number specified under Part 2 of these specifications. These shall include all requirements for equipment, weather, placement, spreading, tolerances, temperature, protection, testing, and all related and incidental construction requirements for each component of the pavement structure.

    B.   Prior to the placing of roadway and pavement material, grade to the subgrade elevations and cross sections as required by the drawings. Thoroughly compact the subgrade and fill all depressions with select fill as specified in Section 02200.

    C.   Construct bituminous concrete roadways and other pavements consisting of the materials and thickness specified under Section 2.1. Conform to the lines, grades, cross sections and thickness indicated on the Drawings, or as ordered by the Engineer.

    D.   Where necessary to connect to existing pavement on or off the Site, grade to such pavement, properly prepare a subgrade and scarify, furnish materials and properly roll such connection to provide smooth, continuous access without depressions or undue grade. Surfacing course shall be installed after applying a tack coat on cutback of existing pavement, curbs, etc.

    E.   Construct roadways and pavements in manner to conduct water to curb gutters, standard inlets, and grassed swales.

F. Place no material until all the road and pavement fills are in place and consolidated to the satisfaction of the Engineer. Do not place roadway and pavement materials upon wet foundations, nor on frozen subgrade.

G. During the process of construction, maintain the road bed in such condition that it will be well drained at all times.

**3.3 ASPHALT PAVEMENT OVERLAY**

A. Preparation of the existing asphalt pavement surface shall be accomplished as follows:

1. Mill existing asphalt to a depth of 1-1/2 inches before overlaying asphalt. Dispose of milled material off site.

2. Cleaning, filling and sealing existing joints and cracks:

a. Under this item, the Contractor shall place hot asphalt rubber sealant material in joints and cracks 1/4-inch to 1-inch wide in existing pavement and hot asphalt Type 6F2 top in joints and cracks wider than 1-inch as ordered by the Engineer.

b. Prior to the application of the hot asphalt rubber sealant or asphalt, all joints and cracks shall be thoroughly cleaned to remove dust, dirt, grass, moisture and foreign material. Old sealant not anchored in the joint shall be removed. All loose particles should be blown clear of the joint or crack with compressed air before the sealant is applied. Asphalt rubber sealant material shall be as manufactured by "Sealtight" or approved equal. The Contractor shall obtain the Owner's approval of the crack sealer prior to its placement. The material shall be mixed to a mortar consistency, using mortar sand-M3A.

c. The prepared cracks and joints shall be approved by the Owner prior to beginning the filling operation.

d. All manufacturers' application recommendations and literature shall apply. The Contractor shall submit this literature to the Owner prior to beginning work.

e. Joints and cracks shall be sealed from the bottom up. Sealant material shall be applied so that it is flush with the pavement surface. Upon curing, if the sealant shrinks and is no longer flush with the travel surface, more sealant shall be added at no additional cost. Traffic shall not be allowed to travel on freshly sealed joints and cracks until the material has sufficiently cured.

3. Application of tack coat to existing asphalt surfaces to be overlaid.

a. Bituminous material shall be applied only to surfaces which are dry and clean of all dirt, dust, sand, salt or any other foreign material. Cleaning shall be performed by municipal road sweeper and/or hand brooms and blown clean with "tow-behind" air compressor immediately prior to application of the tack coat.

b. The Contractor shall apply a tack coat on existing pavement surfaces for the width of pavement, as shown on the plans, or as directed by the Engineer. The tack coat shall be applied at a rate of 0.05 to 0.15-gallon per square yard.

**3.4 GUARANTEE**

A. Unless otherwise specified, the pavement furnished under this section shall be guaranteed for a period of one year from the date of final acceptance thereof against defective materials, designs and workmanship. Upon receipt of notice from the Owner of failure of any part of the pavement during the guarantee period,

the affected part or parts shall be replaced promptly by and at the expense of the Contractor.

**3.5 FINISH TOLERANCES**

A. Finish all surfaces to the following tolerances:

1. Base course: Plus 0.00 foot to minus 0.10 foot from line and grades shown on the drawings.

2. Asphaltic concrete surfaces: Plus or minus 0.05 foot at any point from line and grade shown on the drawings.

**3.6 SAWCUTTING EXISTING PORTLAND CEMENT OR ASPHALT CONCRETE**

A. The Contractor shall sawcut existing Portland cement concrete, asphalt concrete or other materials used in pavement preparatory to their removal to the lines shown on the plans and/or as directed by the Engineer.

B. The sawcut is to establish a neat, true joint line of required depth between the existing pavement retained and the abutting construction to be subsequently placed. All sawcuts shall be made parallel or perpendicular to the curbing.

C. The equipment to be employed shall be a rotary blade, power driven, water cooled concrete saw of an approved type and of sufficient capacity to efficiently accomplish the required work. The depth of the cut shall be to the full depth of the existing pavement. The cut shall be made plumb to a true line and in such manner as will permit removal of the existing concrete without damage or injury to the sawn face of the cut. Where necessary to obtain the required depth, the sawcutting shall be performed in stages. Additional sawcuts made to achieve the required depth shall not be measured for payment.

D. Any sawcut edges which are damaged during the course of the work and/or are jagged shall be resawcut to include all pavement damaged during the construction at the Contractor's expense to the satisfaction of the Engineer. The "sawtoothing" of the cut line will not be permitted.

**3.7 MAINTENANCE AND ACCEPTANCE**

A. The Contractor shall maintain all paved surfaces until the roads and parking areas have been accepted. The paved areas will not be accepted until after the Contractor has completed all phases of the work, including all necessary transportation, hauling and severe usage of the paved areas. The Engineer shall be the sole judge in this matter.

+ + END OF SECTION + +

## SECTION 02537

## REMOVAL OF EXISTING FUEL STORAGE TANKS

### PART 1 - GENERAL

### 1.1 SUMMARY

A. Scope:

1. Under the requirements of this section, the Contractor shall furnish all labor, equipment and materials to drain, purge, clean and remove, and dispose of the 2,000-gallon aboveground, diesel fuel storage tank and concrete pad located on the project site, including all product piping, vent piping, and tank appurtenances.

2. The Contractor shall notify the Nassau County Fire Marshal of the intent to remove any tanks five (5) days in advance of tank removal, and shall make arrangements for a witnessed inspection of the tank removal activity.

3. Make all required notifications to the Nassau County Department of Health and the New York State Department of Environmental Conservation in the event of a contaminated soil or a spill condition.

4. The Contractor shall submit for approval the proposed site for tank disposal.

5. The Contractor shall provide receipts for the disposal of the tanks and any other regulated material.

6. The Contractor shall provide written notification of the intent to remove the tank to the NYSDEC 30 days prior to the removal of the tank. The Contractor shall notify the Engineer, at least three working days in advance, prior to the removal of a tank. In the event that contaminated soil or a spill condition is encountered, the Contractor shall cause the regulatory agencies to be notified. Submit to the engineer in writing, the confirmation numbers for all regulatory agency notifications.

7. Prior to the tank removal, the Contractor shall prepare and submit to the Office of the Nassau County Fire Marshal, Flammable and Combustible Tank Registration Forms to reflect the intended removal of the tank from the Fire Marshal's Tank Registration Database.

**PART 2 – PRODUCTS (Not Applicable)**

**PART 3 - EXECUTION**

**3.1 QUALITY ASSURANCE**

A. Tanks shall be removed under the direct supervision of a licensed Tank Installer as currently listed by the Nassau County Fire Marshal.

**3.2 REMOVAL OF TANK CONTENTS**

A. The Contractor shall remove all flammable or combustible liquids from the tanks and connecting lines prior to removal. All waste products shall be drummed and disposed of in accordance with all applicable state and federal requirements.

B. The tanks shall be rendered free of flammable or combustible vapors prior to removal. Provisions shall be made for natural breathing of the tanks or purging with inert gas to ensure that the tanks remain vapor free. No cutting torch of other flame or spark producing equipment shall be used until the tanks have been completely purged or otherwise rendered safe.

**3.3 DEACTIVATION OF TANK PIPING**

The Contractor shall deactivate the piping as follows:

A. Remove product fill cap and clear vent line.

B. Drain all product from the supply, return and vent lines.

C. Disconnect all product, fill and vent piping from the tank.

D. Excavate and remove all piping, except where otherwise shown on the Drawings or directed by the Engineer.

**3.4 REMOVAL OF TANKS**

The Contractor shall remove the subject tanks as follows:

A. Remove all connecting piping from the tank at tank bung fittings.

B. Remove all residual products from the tanks. Squeegee or steam the interior of the tank to remove all residual sludge. The residual products shall be placed into drums, or into the tank of a licensed hazardous waste transport truck.

**3.5 DISPOSAL OF TANKS**

A. Make a visual inspection of the tank in the presence of the Engineer. Make a written notation of the location and size of all holes and rust penetrations.

B. Make the tank unfit for containment of liquids. Drill or puncture holes. Total area of the holes shall be not less than 12 square inches.

C. Remove the tank from the job site within three days. Tank shall be removed from the site and transported to an authorized disposal site.

**3.6 REMOVAL OF ASSOCIATED EQUIPMENT AND APPURTENANCES**

A. The Contractor shall remove all pumps, piping, conduit, wire, gauging equipment, concrete pads and appurtenances as shown on the contract drawings and as directed by the Engineer.

+ + END OF SECTION + +

NO TEXT THIS PAGE

## SECTION 02667

## TESTING OF HYDRAULIC STRUCTURES

### PART 1 - GENERAL

### 1.1 SUMMARY

A. Scope:

1. Under this section, the Contractor shall furnish all labor, materials and equipment necessary to clean, flush and test all hydraulic structures and appurtenant piping, including conveyance of test water and all disposal thereof.

B. Related Work Specified Elsewhere:

1. Section 03300, Cast-in-Place Concrete.
2. Section 18175, Disinfection.
3. Section 18460, Disinfection of Hydraulic Structures.

### 1.2 TESTING PLAN

A. The following shall be submitted in compliance with the shop drawing requirements of Section 01342:

1. A testing schedule, including proposed plans for water conveyance, control, volume measurement, and disposal shall be submitted in writing for approval a minimum of 14 days before testing is to start. The submittal shall include the methods to determine evaporation loss and the Contractor's plan for the release of water from structures after testing has been completed.

### PART 2 - PRODUCTS

### 2.1 MATERIALS REQUIREMENTS

A. Temporary valves, bulkheads, or other water control equipment and materials shall be as determined by the

Contractor. No materials shall be used which would be injurious to the structure or its future function.

**PART 3 - EXECUTION**

**3.1 GENERAL**

A. All hydraulic structures and appurtenant pressure piping for potable water shall be tested for water loss by a method approved by the Engineer. All testing operations shall be coordinated with and performed in the presence of the Engineer.

**3.2 CLEANING AND PREPARATION**

A. After flushing the new piping, the walls, floor and ceiling of the clearwell and air stripping tower shall be thoroughly cleaned using a high pressure water jet or equally effective method. All water, dirt, and foreign material accumulated during the cleaning operation shall be removed prior to hydraulic testing.

**3.3 TESTING OF HYDRAULIC STRUCTURES**

A. General: Hydraulic testing shall be performed prior to backfilling, except where otherwise acceptable to the Engineer. Testing for concrete structures shall not be performed sooner than 14 days after all portions of structure walls and top slab have been completed. The test shall consist of filling the structure with water to the maximum operating water surface. The rate of filling shall not exceed 24 inches of depth per day. All visible leakage shall be repaired.

B. Leakage Test and Repairs: After the structure has been filled, the water loss leakage test shall be performed as follows:

1. An initial water level reading shall be made. Seven days following the initial reading, a second reading shall be made.

2. The structure shall be considered to have passed the test if water loss during the 7-day period, as computed from the two water level readings, does not exceed 0.2 percent of the total volume

of water in the structure, after allowance is made for evaporation loss.

3. If intermediate readings or observed leakage indicate that the allowable leakage will be exceeded, the test may be terminated before the end of the 7-day period and appropriate action taken to correct the problem before commencing a new 7-day test period.

4. Should the structure fail to pass the test, the test shall be repeated for up to 3 additional 7-day test periods.

5. If, at the end of 28 days, the structure still fails to pass the leakage test, the Contractor shall empty the structure as acceptable to the Engineer and shall examine the exterior and interior for evidence of any cracking or other conditions that might be responsible for the leakage. The Engineer shall be the sole judge as to whether a crack can be repaired or complete replacement of the structure is required. Any cracks that are allowed to be repaired shall be repaired as required by other sections of these specifications. Any evidence of leakage shall be repaired by these methods. Following these operations, the Contractor shall again test the hydraulic structure.

C. Acceptance: The structure will not be accepted as completed until the water loss leakage test is passed and all visible leakage repaired.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# DIVISION 3 - CONCRETE

NO TEXT THIS PAGE

# SECTION 03200

# REINFORCING STEEL

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

1. Contractor shall furnish and place all steel reinforcements for concrete, including all cutting, bending, fastening and any special work necessary to hold the reinforcement in place and protect it from injury and corrosion in accordance with the requirements of this section.

### 1.2 SUBMITTALS

A. In accordance with the procedures and requirements set forth in the General and Special Conditions, Contractor shall submit the following:

1. Shop Drawings.

2. Mill test certificates.

B. Each submittal shall be identified by the Specification Section No.

C. Each submittal shall be complete in all respects, incorporating all information and data listed herein and all additional information required for evaluation of the proposed materials compliance with the Contract Documents.

D. Partial, incomplete or illegible submissions will be returned to the Contractor without review for resubmission.

1. Shop Drawings shall include but not be limited to:

a. Detailed placing and shop fabricating drawings, prepared in accordance with ACI 315 - latest edition, shall be furnished for all concrete reinforcement. These drawings

shall be made to such a scale as to clearly show construction joint locations, openings, the arrangement, spacing and splicing of the bars. No materials shall be cut or fabricated until related drawings have been approved by the Engineer.

b. Details of supports for horizontal reinforcing steel in slabs, beams, etc.

**PART 2 - PRODUCTS**

**2.1 GENERAL**

A. Reinforcing bars shall be deformed new billet steel bars conforming to ASTM A615, Grade 60, A-775 and ASHTO M-284-811 A185.

B. Wire mesh reinforcement shall conform to ASTM A185 "Welded Steel Wire Fabric for Concrete Reinforcement."

C. Mill test certificates shall be furnished to the Engineer for all shipments.

D. All bars for the reinforced concrete clearwell shall be coated with Scotchkote Brand Fusion Bonded Epoxy Coating 213 or 214 as manufactured by 3M, St. Paul, Minnesota, or equal. Masonry bars shall not be coated. Coating shall be applied to cleaned steel reinforcing bars by the electrostatic spray method and fully cured in accordance with the recommendations of the manufacturer of the coating material. Before coating, the bars shall be cleaned by abrasive blast cleaning to meet the requirements of near white metal in accordance with SSPC-SP10. The coating shall be applied to the cleaned surface as soon as possible after cleaning, and before oxidation of the surface discernible to the unaided eye occurs. However, in no case shall application of the coating be delayed more than 8 hours after cleaning. The film thickness of the coating after curing shall be 5 to 20 mils, inclusive, as measured using ASTM G12 on the body of the reinforcing bar between the deformations and/or ribs on a straight length of bar. The coasting shall be free from holes, voids, cracks and damaged areas discernible to the unaided eye. Damaged or other unsatisfactory areas

shall be patched with a coating material and by a method recommended by the coating manufacturer.

## PART 3 - EXECUTION

### 3.1  FABRICATION AND STORAGE

A.  All reinforcement shall be cut and bent cold accurately to the required dimensions. Bends shall be made in conformance with the Manual of Standard Practice of the Concrete Reinforcing Steel Institute. If shipped to the job fabricated, it shall be properly bundled and tagged so that it can be handled without damage and readily identified with the approved placing diagrams. Direct heating of the bars shall not be permitted.

B.  Reinforcing steel shall be stored above ground on platforms or other supports and shall be protected from the weather at all times by suitable covering. It shall be stored in an orderly manner and plainly marked to facilitate identification.

### 3.2  PLACING REINFORCING BARS

A.  Chairs, tie wires, and other devices used to support, position, or fasten the reinforcement shall be made of or coated with, a dielectric material. The specific hardware that the Contractor proposes to use shall be approved by the Engineer.

 1.  Steel reinforcement shall be placed in the position indicated and within the allowable tolerances specified. Before concrete is placed, all reinforcement shall be securely fastened and supported with approved chairs or other approved devices. Brick or concrete block are not acceptable supporting devices.

 2.  Concrete shall not be placed until the reinforcing steel is inspected and permission for placing concrete is granted by the Engineer. All concrete placed in violation of this provision shall be rejected and removed.

 3.  Reinforcement for slabs, beams, etc. poured directly on soil, shall be supported on chairs

designed specifically for this purpose. Brick supports or the like will not be acceptable.

B.   Field Bending - The alternatives of shop bending or field bending of bar reinforcement will be at the option of the Contractor. Field bending shall be done by cold methods only. Direct heating of the bars shall not be permitted.

   1.   Field bending operations shall be allowed only when ambient and bar temperatures are 40°F or greater. When lower temperatures prevail the Contractor may supply, for field bending operations, a fully enclosed space that is heated and constructed to the satisfaction of the Engineer. No additional payment will be made for such an enclosure.

   2.   Epoxy coated bar reinforcement damaged by handling or field bending work shall be evaluated and repaired, or replaced, in accordance with the following:

C.   Field Repair:

   1.   The Contractor will be required to field repair damaged areas of the bar coating, and to replace bars exhibiting severely damaged coatings. The material used for field repair shall be that supplied by the coating applicator.

      a.   Field repair will be required on all areas of damage. The total number of all damaged areas which have been repaired with patching material shall not exceed 5 in any 10-foot length of bar.

      b.   Field repair will not be allowed on bars which have severely damaged coatings as determined by the Engineer.

      c.   A reinforcing bar having coating damage determined by the Engineer to exceed the above criteria shall not be incorporated in the work, and it shall be removed from the work site. All such bars shall be replaced in kind with all cost borne by the Contractor.

D. Splices:

1. Splices shall be permitted only where shown on the contract plans. Should the Contractor desire to splice bars at locations other than those shown on the contract plans, written permission to do so shall first be obtained from the Engineer. Such permitted splices shall be well distributed, or located, at points of low tensile stress. Splices shall not be permitted unless a minimum of 2 inches can be provided between the spliced bar and the nearest adjacent bar.

   a. Splices for bars No. 11, or smaller, shall be made by placing the bars in contact and wiring them together for the full length of the splice.

   b. Arc welding of epoxy coated reinforcing bar splices shall require the end of the bar to be welded and to be entirely clean of epoxy coating for the full length of the splice plus six inches. After welding is complete, the cleaned portion of the bar shall be coated with epoxy. This may be accomplished by the use of the epoxy patching material. Coating of the clean portion shall overlap the original epoxy coating by at least six inches.

E. Wire mesh reinforcement shall be securely fastened at the ends and edges. Wire mesh shall be supported at elevations indicated prior to concrete placement. Edge laps shall not be less than one mesh in width and end laps not less than two meshes in length.

## 3.3 CONCRETE PROTECTION FOR REINFORCEMENT

A. The following minimum concrete cover (inches) shall be provided for reinforcement, except as otherwise noted on Contract Drawings.

| | |
|---|---|
| Concrete cast against and permanently exposed to earth | 3 inches |
| Concrete exposed to earth, weather or liquid | 2 inches |

Concrete not exposed to weather
or in contact with ground:

| | |
|---|---|
| Slabs, Walls | 1 inch |
| Beams, Columns | 1-1/2 inches |
| Exterior Slabs | 2 inches |

+ +   END OF SECTION   + +

## SECTION 03251

## CONSTRUCTION JOINTS

### PART 1 - GENERAL

### 1.1 WORK INCLUDED

A. Furnish all materials, labor and equipment required for the construction of all construction joints specified herein and shown on the Contract Drawings.

### 1.2 GENERAL INFORMATION

A. Construction joints shall be provided in accordance with Item 3.12 of Section 03300.

B. Manufacturer's instructions shall be strictly followed in the use of all materials specified under this section. If required by the Engineer, the Contractor shall arrange for the presence of a factory approved representative to ensure that proper procedures are followed.

### 1.3 SUBMITTALS

A. In accordance with the procedures and requirements set forth in the General Conditions and Special Conditions, the Contractor shall submit the following:

1. Samples

2. Shop Drawings

B. Each submittal shall be identified by the Specifications section number.

C. Each submittal shall be complete in all respects, incorporating all information and data listed herein and all additional information required for evaluation of the proposed materials compliance with the Contract Documents.

D. Partial, incomplete or illegible submissions will be returned to the Contractor without review for resubmission.

  1. Samples shall include:

   a. One sample of each type of PVC waterstop, each sample to include a splice.

**PART 2 - PRODUCTS**

**2.1 WATERSTOPS**

A. Waterstops shall be provided in all construction joints in water bearing structures and at other such locations as required by the Contract Drawings.

B. Waterstops for construction joints shall be polyvinyl chloride (PVC).

C. Waterstop Materials:

1. PVC Waterstops: The polyvinyl chloride shall be extruded from an elastomeric plastic compound of which the basic resin shall be polyvinyl chloride (PVC). The compound shall contain any additional resins, plasticizers, stabilizers or other materials needed to insure qualities which will meet the requirements of the Corps of Engineers' Specifications CRD-C-572-74.

2. The required minimum physical characteristics for this material are:

   a. Tensile strength: 2,000 psi.

   b. Ultimate Elongation: Not less than 350%.

3. No reclaimed PVC shall be used for the manufacturing of the waterstops. The Contractor shall furnish certification that the proposed waterstops meet the above requirements.

4. Waterstops for construction joints and wherever shown on drawings, shall be dumbbell type with a minimum thickness of 3/8 inch. Waterstop shall be 6 inches wide except where 9-inch width is shown on Contract Drawings. Greenstreak (PVC) polyvinyl

    chloride water stops type 748 or equal shall be an acceptable product.

D. Sealant:

1. Sealant where shown on Contract Drawings shall be Sikaflex-1a plus primer as recommended by Sika Corp., or equal.

2. Backer rod where shown on drawings shall be closed cell polyethylene foam as manufactured by Industrial Thermo Polymers Ltd. or equal.

## 2.2 EXPANSION JOINT FILLER

A. Expansion joint filler shall be provided where premolded filler is called for on Contract Drawings and at other similar locations.

B. Expansion joint filler shall be sponge rubber as manufactured by W.R. Meadow, Inc. or equal. Materials shall meet specifications of ASTM D1752, Type I, Corps of Engineers Specification CRD-C509, Type I.

C. Sealant:

1. Sealant where shown on Contract Drawings shall be "Dualthane," urethane joint sealant as recommended by W.R. Meadows, Inc., or equal.

2. Backer rod where shown on drawings shall be closed cell polyethylene foam as manufactured by Industrial Thermo Polymers Ltd. or equal.

# PART 3 - EXECUTION

## 3.1 WATERSTOPS

A. Waterstops shall be carefully positioned so that they are embedded to an equal depth in concrete on both sides of the joint. They shall be kept free from oil, grease, mortar or other foreign matter. The PVC waterstops shall be braced or supported to maintain them in position prior to placing the concrete.

B. Splices in PVC waterstops shall be made with a thermostatically controlled heating element. Splices shall be made in strict accordance with the manufacturer's recommended instruction and procedures. At least three satisfactory sample splices shall be made on the site. The sample splices shall be tested in an approved laboratory for strength and watertightness. The splices shall exhibit not less than 80% of the strength of the unspliced material and shall be watertight.

C. All "T" cross water stop splices and right angle splices shall be factory fabricated. The Contractor will not be permitted to make these splices in the field.

**3.2 EXPANSION JOINT FILLER**

A. Expansion joint filler shall be carefully positioned so that top of filler shall be one-half of 1-inch below concrete surfaces, and shall extend to bottom of concrete surfaces.

+ + END OF SECTION + +

# SECTION 03300

# CAST-IN-PLACE CONCRETE

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

1. Contractor shall furnish all labor, equipment, materials and services necessary for the manufacture, transportation and placement of all plain, reinforced, and fill concrete work, as shown on the Contract Drawings or as ordered by the Engineer, except for the work specifically included under other items.

2. Contractor shall apply chemical hardness to all concrete slabs. Material noted in Section 2.9.

B. Related Work Specified Elsewhere:

1. Section 02200, Earthwork.

2. Section 03200, Reinforcing Steel.

3. Section 05503, Anchor Bolts, Expansion Anchors and Concrete Inserts.

4. Section 05504, Miscellaneous Metal Fabrications.

### 1.2 CODES AND STANDARDS

A. Concrete work shall conform to the latest applicable requirements of the following codes and standards, including all reference therein.

1. New York State Uniform Fire Prevention and Building Code.

2. Building Code Requirements for Reinforced Concrete ACI 318.

3. Specifications for Structural Concrete for Buildings ACI 301.

        4. Recommended Practice for Concrete Formwork, ACI 347.

5. Manual of practice for detailing reinforced concrete structures ACI 315.

B. Any procedure, materials or operation specified by reference to the American Society for Testing and Materials (ASTM), the American Concrete Institute (ACI), Local Building Code or other reference, shall comply with the requirements of the current and most recent specifications or standards. In conflicts between listed standards and this specification, the more stringent requirements shall govern.

C. Contractor is expected to obtain the most recent issue of all standards, recommendations, codes or specifications referred to within this specification.

**1.3 SUBMITTALS**

A. In accordance with the procedures and requirements set forth in the General Conditions and Special Conditions, the Contractor shall submit the following:

1. Shop Drawings.

2. Certifications of compliance with specifications for all sources of each material.

3. Name of the Cement Manufacturer.

4. Manufacturer's data on all admixtures.

5. Concrete mix design (for review as to meeting minimum requirements).

6. Transit Mix Supplier.

7. Delivery Tickets: Furnish to Engineer copies of all delivery tickets for each load of concrete delivered to the site. Provide items of information as specified in ASTM C 94, Section 16.

8. Name of independent testing laboratory.

B.   Each submittal shall be identified by the Specification Section No.

C.   Each submittal shall be complete in all respects, incorporating all information and data listed herein and all additional information required for evaluation of the proposed materials compliance with the Contract Documents.

D.   Partial, incomplete or illegible submissions will be returned to the Contractor without review for resubmission.

1.   Shop Drawings shall include but not be limited to:

a.   Complete reinforcing bar detailing drawings and schedules.

b.   Location plans for all construction joints. Contractor may elect to show this information on the reinforcement detailing drawings.

**PART 2 - PRODUCTS**

**2.1  CEMENT**

A.   All cement shall be made by a well-known and acceptable manufacturer. Unless otherwise permitted, the product of not more than one plant shall be used in the work. Cement shall be Type II Portland cement and shall conform to the requirements of ASTM Designation C 150. In special cases, when high early strength is desired, Type III Portland cement may be used with the approval of the Engineer. Lumpy, moist or partially set cement, or cement damaged by age or exposure shall not be used. Certified copies of mill reports shall be submitted.

B.   Cement used in the work shall correspond to that upon which the selection of concrete proportions was based. Only one brand of Portland Cement shall be used in the work.

## 2.2   AGGREGATES

A.   Contractor shall submit a new trial mix to the Engineer for review whenever a different aggregate or gradation is proposed.

B.   Contractor shall submit to the Engineer for review, a minimum of two suppliers of aggregates he proposes to use.

C.   Contractor shall furnish confirmation to the Engineer that he can obtain 100% of the needed aggregates of the selected gradation from one supplier prior to approval to pour concrete.

D.   Fine Aggregate: Fine aggregate shall conform to ASTM Designation C 33 and consist of natural sand, clean, sharp and free from loam, clay, lumps or other deleterious substances. Bank run (material as mined without further processing) will not be allowed.

E.   Coarse Aggregate (Typical):

1.   Coarse aggregate shall be crushed stone or gravel and a maximum of 1 1/2-inches in diameter. It shall conform to the requirements of ASTM Designated C 33 and the latest revision thereof. It shall be clean, uncoated, processed aggregate free from loam, clay, lumps or other deleterious substances.

## 2.3   WATER

A.   Water for use in concrete and mortar shall be from a potable domestic supply and free from injurious amounts of mineral and organic substance.

## 2.4   ADMIXTURES

A.   Admixtures shall be used only when and as specified herein or approved by the Engineer, and shall conform to the Specifications of ASTM C 260 or C 494.

B.   Admixtures shall be in accordance with the following:

1.   Type-A, a water reducing admixture of the hydroxylated carboxylic acid or the hydroxylated

polymer types, conforming to ASTM C 494, WRDA with Hycol as manufactured by W.R. Grace or equal.

2. Type-D, a water reducing and retarding admixture conforming to ASTM C 494.

3. Type-E, a water reducing and accelerating admixture conforming to ASTM C 494.

4. Type-F, an air entraining admixture, "Darex AEA" as manufactured by W.R. Grace and Co., "Sika-AER" by Sika Chemical Corp., or equal conforming to ASTM C 260.

C. Contractor shall submit manufacturer's descriptive details of admixtures for approval.

**2.5 TESTS OF MATERIAL**

A. Engineer shall have the right to order the test of any material entering into concrete or reinforced concrete to determine its suitability for the purpose. Costs for these tests shall be borne by the Contractor. Tests shall be made in accordance with the requirements of the ASTM. The complete record of such tests shall be available for inspection during the progress of the work.

B. The Contractor shall provide the services of an independent testing laboratory acceptable to the Engineer. The independent testing laboratory shall measure slump, air entrainment and temperature of the concrete delivered and prepare concrete cylinders for testing. The Contractor shall bear the expense for all testing at no additional cost to the Owner.

**2.6 PROPORTIONING**

A. Concrete proportions, including water-cement ratio, shall be established on the basis of laboratory trial batches, with materials to be employed, in conformance with Chapter 4, ACI 318-83.

B. Contractor shall develop and submit a series of at least three trial design mixes for each aggregate gradation intended for use to the Engineer for review. A copy of the approved design mix shall be forwarded to

the Engineer at least two weeks before delivery of each class of concrete to the job site.

C. Contractor shall engage an independent testing laboratory in accordance with ACI 211 to attain properties of strength, water-cement ratio, slump, and entrained air content specified. This work shall be paid for by the Contractor.

D. Trial design mixes of each class of concrete required shall be made in accordance with ASTM C 39 by the testing laboratory. Four standard six inch compression cylinders two tested at seven and two at 28 days, shall be made in accordance with ASTM C 192 using the materials and proportions proposed for this project.

E. Certification of aggregates shall be made a part of these tests and referenced on the reports which shall be issued at seven and 28 days. These tests shall be repeated, if necessary, because of changes in materials or unsatisfactory results.

F. Quantity of ingredients to use per batch shall be governed by the size of the concrete mixer and the composition of the concrete, but shall not exceed the rated capacity specified for the mixer by the manufacturer of that equipment. Proportion of cement, aggregates, admixtures and water shall be such as to produce a mixture which will be watertight and work readily into the corners and angles of the forms and around reinforcement by methods of placing and consolidation employed on the work, but without permitting the materials to segregate or excessive free water to collect on the surface.

G. Proportion of cement, aggregates, admixtures and water used in the concrete shall be based on tests of grading and moisture content of materials, slump of concrete mixture, strength of concrete and the following factors:

1. Minimum Cement Content, lbs. per cubic yard: 600.

2. Maximum Water-Cement Ratio, by Weight: 0.45.

3. Percent Air Content: 6 ± 1 percent.

4. Slump Range: 4 inches maximum.

5. Compressive Strength, lbs. per sq. inch at 28 days - F'c = 4000 psi (typical).

6. Compressive strength for concrete fill at 28 days shall be F'c = 4000 psi.

H. All concrete, unless noted on the Contract Drawing shall be air entrained concrete.

**2.7 READY-MIXED CONCRETE**

A. Ready-mixed concrete production methods and facilities shall comply with Standard Specifications for Ready-Mixed Concrete, ASTM C 94. Batch deliveries shall not exceed the rated capacity specified for the mixer by the manufacturer of that equipment.

B. Contractor shall submit affidavits from the ready-mixed concrete supplier certifying that the proposed mix to be supplied satisfies all the requirements under this item and those outlined under "Proportioning." Such affidavits shall be subject to the approval of the Engineer.

**2.8 EMBEDDED ITEMS**

A. Items such as plates, angles, inserts, bolts and similar items not specified elsewhere shall be provided and installed under this Section unless specified otherwise. All carbon steel embedded items shall be hot dip galvanized after fabrication (unless otherwise noted). All galvanized elements that will be embedded in or will come in contact with concrete and mortar will require a chromate coating. This coating should be accomplished in the galvanizing plant by either dipping the galvanized elements in a solution of sodium or potassium dichromate acidified with sulfuric acid or spraying this solution on the galvanized surfaces.

B. All aluminum items in contact with concrete and mortar shall receive a bituminous coating such as bitumastic super service black, by Kop-Coat, Inc., Pittsburgh, PA.

## 2.9 CHEMICAL HARDENER

A. Chemical hardener shall be Ashford Formula by Curecrete Distribution, Inc., LIQUI-HARD by W.R. Meadows, Inc., or equal.

## 2.10 CONCRETE BONDING AGENT

A. The concrete bonding agent shall be an epoxy-resin bonding type, two component, polyamide type, Sikadur Hi-Mod by Sika Chemical Corporation or equal.

## 2.11 CURING

A. Beginning immediately after placement, concrete shall be protected from premature drying in accordance with ACI 301 and 302.1R. Curing by continuous sprinkling or wet mats will be the only acceptable method. Curing compounds will not be acceptable. Wet curing shall continue for a minimum of 7 days.

## 2.12 GROUT

A. Type A - Nonshrink Grout: The nonshrink, nonstaining grout, shall be "Euco N-S" by the Euclid Chemical Company, or "Masterflow 713" by Master Builders, or equal.

B. Type B - Nonshrink, Epoxy Grout: The nonshrink, epoxy grout shall be Euco High Strength Grout by the Euclid Chemical Company, Sikadur 32 Hi-Mod Grout by Sika Chemical Company, or Axpandcrete-S by Anti-Hydro Company, or equal.

## 2.13 FINISH AND REPAIR COMPOUNDS

A. Finish and repair compounds shall be Poly-Patch by Euclid Chemical Co., Sikatop by Sika Chemical Co. or equal.

# PART 3 - EXECUTION

## 3.1 COMPRESSION TEST CYLINDERS

A. The Contractor shall perform, control and pay for all tests specified herein. All testing shall be performed

by an independent testing laboratory acceptable to the Engineer and in accordance with procedures specified herein. Contractor shall bear the expense for the independent testing laboratory at no additional cost to the Owner. Contractor shall give the Engineer a minimum of 24 hours notice prior to concrete placement after all other requirements of these specifications have been met.

B.  Strength tests shall conform to ASTM C 172 for sampling, ASTM C 31 for making and curing test cylinders and ASTM C 39 for testing. Four field cured test cylinders of concrete for each 50 cubic yards or fraction thereof or for each placement shall be made, whichever is less, as directed by the Engineer. One specimen shall be broken at 7 days and the remainder at 28 days.

C.  Slump and air content tests shall conform to ASTM C 143 for slump and ASTM C 231 (pressure method for air content). Each test shall be made whenever strength specimens are made and as often as necessary for control and acceptance purposes and as required by the Engineer.

D.  Additional specimens shall be made when the Contractor desires approval of form removal earlier than set forth under "Removal of Forms" later in this section. Requests for testing of additional specimens shall require approval of the Engineer.

## 3.2  CONSISTENCY

A.  Consistency of the concrete shall be checked by the Engineer by standard slump cone tests. Maximum slump shall be 4 inches. Contractor shall upon written order suspend all pouring operations in the event the consistency does not meet the intent of the specifications. No payment shall be made for any delays, material or labor costs due to such eventualities.

B.  The approved consistency of the concrete mix shall at all times be as stiff or dry as is practicable, considering the particular type of work being done and the necessity of obtaining a dense, impervious, watertight concrete. Thin or wet mixes as a substitute

for proper placing facilities or adequate placing labor will not be permitted, nor will the appearance of free water in the forms.

## 3.3  MIXING CONDITIONS

A.  Concrete shall be mixed only in such quantities as required for immediate use. No concrete shall be mixed while the air temperature is below 40°F, without permission of the Engineer. If permission is granted for mixing concrete under such conditions, the work shall be in accordance with ACI 306, "Recommended Practice for Winter Concreting" and the aggregates or water, or both if required, shall be heated and temperature of the concrete, when placed, shall not be less than 70°F, nor more than 100°F.

B.  Hot Weather Placing:

1.  When hot weather conditions exist that would seriously impair the quality and strength of concrete, place concrete in compliance with ACI 305 and as herein specified.

2.  Cool ingredients before mixing to maintain concrete temperature at time of placement below 80°F when the temperature is rising and below 85°F when the temperature is falling. Mixing water may be chilled, or chopped ice may be used to control the concrete temperature provided the water equivalent of the ice is calculated in the total amount of mixing water.

3.  Cover reinforcing steel with water-soaked burlap if it becomes too hot, so that the steel temperature will not exceed the ambient air temperature immediately before embedment in concrete.

4.  Wet forms thoroughly before placing concrete.

5.  Do not place concrete at a temperature so as to cause difficulty from loss of slump, flash set, or cold joints.

6.  Do not use set-control admixtures unless approved by the Engineer in mix designs.

7. Obtain Engineer's approval of other methods and materials proposed for use.

C. Retempering of concrete by adding water or other materials will not be permitted.

D. No foundation concrete shall be placed in water or frozen ground.

**3.4 FORMWORK**

A. Forms for concrete shall be constructed of wood, plywood, steel or other approved material. Type, size, quality, and strength of all materials from which forms are made shall be subject to the approval of the Engineer. No false work or forms shall be used which are not clean and suitable. Deformed, broken or defective false work and forms shall be removed from the work.

B. Forms for concrete shall be true to line and grade, and shall be mortar-tight and sufficiently rigid to prevent displacement and sagging between supports. Forms shall be smooth and free from surface irregularities. Reuse of forms subject to approval by the Engineer at time of installation. Wire ties will not be permitted where the concrete surface will be exposed to either water or weathering. All forms shall be constructed in such a manner that they can be removed without hammering or prying against the concrete. Suitable moldings shall be placed to bevel or round all exposed corners and edges of beams, columns, walls and slabs. Bevels shall be 3/4 inch unless otherwise noted.

C. Inner faces of all forms shall be thoroughly cleaned prior to concreting. Forms for concrete surfaces that will not be subsequently waterproofed shall be coated, prior to erection, with a chemical type release agent, and shall be applied lightly by spray to avoid retardation. Contractor shall submit manufacturer to Engineer for his approval. Forms for concrete surfaces that are to be waterproofed shall be wetted prior to concreting.

## 3.5   FORM ACCESSORIES

A.   Form accessories shall be of a commercially manufactured type. Form ties shall be so constructed that the ends, or end fasteners, can be removed without causing appreciable spalling at the faces of the concrete after ends, or end fasteners of form ties have been removed, the embedded portion of the ties shall terminate not less than 2 inches from the formed face of the concrete that is exposed to wastewater or enclosed surfaces above the wastewater, and not less than 1 inch from the formed face of all other concrete. Form ties shall be furnished with plastic cones. Form ties in walls designed to retain liquids shall be provided with a water seal at mid-thickness of the wall. Form ties shall be commercially manufactured steel rods capable of withstanding applied pressures. Wire ties are not acceptable.

## 3.6   PLACING CONCRETE

A.   Before any major concrete pour is started, Contractor shall prepare and submit to the Engineer for approval a schedule of his proposed operations. Approval of the schedule by the Engineer shall not relieve the Contractor of his responsibility for producing concrete work of the highest quality.

B.   No foundation, slab or pavement concrete shall be placed until the depth and character of the foundation soils have been inspected and approved by the Engineer. Contractor shall coordinate work with the requirements of Section 02200. Earthwork. No concrete shall be placed until all reinforcing steel, anchor bolts, pipes, conduits, sleeves and other work required to be built into concrete have been inspected and approved by the Engineer. All concrete shall be placed during the daylight hours except with the consent of the Engineer; the placing of concrete in any portion of the work shall not be started unless it can be completed in daylight. If special permission is obtained to carry on work during the night, an adequate floodlight system must be provided.

C.   Concrete shall be placed in forms as soon as practicable after mixing, and in no case shall concrete be used which does not reach its final position in the

forms within 1-1/2 hours after truck mixed concrete leaves the plant as evidenced by the delivery ticket given to the concrete inspector.

D.   The method and manner of placing concrete shall be such as to avoid the possibility of segregation of the concrete materials or the displacement of the reinforcement. When troughs or chutes are used in placing concrete, their angle of inclination shall not exceed 1 vertical to 2 horizontal with respect to the horizontal. When pipes are used, they shall be kept full of concrete and have their lower ends buried in fresh concrete; such pipes shall be used in the same manner as a tremie. All chutes, troughs and pipes shall be kept clean and free from coatings of hardened concrete. Open troughs or chutes shall be metal or metal-lined, and shall extend as nearly as possible to the point of deposit. When the discharge must be intermittent, a hopper or other device for regulating the discharge shall be provided.

E.   Dropping the concrete a distance of more than 4 feet or depositing a large quantity at any point, running or working it along the forms will not be permitted.

F.   Placing of concrete shall be so regulated that the pressure caused by the wet concrete shall not exceed that used in the design of the forms.

G.   All concrete shall be deposited in approximately horizontal layers not deeper than 18-inches. Each part of the form shall be filled by placing the concrete as near to its final position as possible. The coarse aggregate shall be worked back from the face and the concrete forced under and around the inserts, piping and reinforcing bars without disturbing them.

H.   All concrete shall be consolidated by continuous working with suitable tools and also by the use of approved mechanical vibrating devices (10,000 vibrations per minute minimum). All formed faces shall be well spaced and the mortar flushed to the surface.

I.   Mechanical vibrators shall be an approved type transmitting vibrations directly to the concrete with sufficient intensity to cause flow and settlement. Their operation shall be carefully controlled to give

sufficient duration to accomplish thorough compacting without overagitation which will cause segregation of the materials. Every effort shall be made to ensure that all concrete work is solid, compact, watertight, and smooth to prevent the formation of laitance.

J. The various pours shall be planned and executed to ensure that once started the placing of concrete in a pour shall be continuous and in a manner to prevent any initial set from starting in any concrete before fresh concrete is placed against it.

K. After the concrete has acquired its initial set, care shall be exercised to avoid jarring forms or placing any strain on the ends of projecting reinforcing bars.

L. Bonding for Next Concrete Pour: Roughen surfaces of set concrete at all joints, except where bonding is obtained by use of a concrete bonding agent. Clean surfaces of laitance, coatings, loose particles, and foreign matter. Roughen surfaces in a manner to expose bonded aggregate uniformly and to not leave laitance, loose particles of aggregate, or damaged concrete at the surface.

M. Bonding of fresh concrete to fully-cured hardened concrete or existing concrete shall be accomplished by using an epoxy-resin bonding agent.

**3.7 PROTECTION AND CURING**

A. Careful attention shall be given to the proper curing and protection of all concrete in the structures. The Work shall be protected from the elements, flowing water and from defacement of any nature during construction operations.

B. After placing and finishing of concrete, concrete shall be cured and protected in accordance with Chapter 12 ACI 301, and as stated below.

1. Curing Methods:

a. Perform curing of concrete by moist curing, or by moisture retaining cover curing.

       b. For curing, use water that is free of impurities which could etch or discolor exposed, natural concrete surfaces.

   2. Provide moisture curing by any of the following methods:

       a. Keeping the surface of the concrete continuously wet by covering with water.

       b. Continuous water-fog spray.

       c. Covering the concrete surface with the specified absorptive cover, thoroughly saturating the cover with water, and keeping the absorptive cover continuously wet with sprinklets or porous hoses. Place absorptive cover so as to provide coverage of the concrete surfaces and edges, with a 4-inch lap over adjacent absorptive covers.

   3. Provide moisture retaining cover curing as follows:

       a. Cover the concrete surfaces with the specified moisture retaining cover for curing concrete, placed in the widest practical width with sides and ends lapped at least 3 inches and sealed by waterproof tape or adhesive. Immediately repair any holes or tears during the curing period using cover material and waterproof tape.

C. Curing Formed Surfaces:

   1. Cure formed concrete surfaces, including the undersides of girders, beams, supported slabs and other similar surfaces by moist curing with the forms in place for the full curing period or until forms are removed. If forms are removed, continue curing by method specified above.

D. Temperature of Concrete During Curing:

   1. When the atmospheric temperature is 40°F and below, maintain the concrete temperature between 50°F and 70°F continuously throughout the curing

period. When necessary, make arrangement before concrete placing for heating, covering, insulation or housing as required to maintain the specified temperature and moisture conditions continuously for the concrete curing period. Provide cold weather protection complying with the requirements of ACI 306.

2.   When the atmospheric temperature is 80°F and above, or during other climatic conditions which will cause too rapid drying of the concrete, make arrangements before the start of concrete placing for the installation of wind breaks or shading, and for fog spraying, wet sprinkling, or moisture retaining covering. Protect the concrete continuously for the concrete curing period. Provide hot weather protection complying with the requirements of ACI 305, unless otherwise specified.

3.   Maintain concrete temperature as uniformly as possible, and protect from rapid atmospheric temperature changes. Avoid temperature changes in concrete which exceed 5°F in any one hour and 50°F in any 24 hour period.

E.   Protection from Mechanical Injury: During the curing period, protect concrete from damaging mechanical disturbances including load stresses, heavy shock, excessive vibration, and from damage caused by rain or flowing water. Protect all finished concrete surfaces from damage by subsequent construction operations.

F.   When the concrete is placed in air temperatures of 40° or lower the concrete shall be heated as described under Item 3.3 Mixing Conditions.

G.   The concrete shall be protected during transit, and before and after placing, as directed by the Engineer, to retain all heat possible in the concrete mix.

H.   After the concrete has been placed, it shall be enclosed and protected so as to maintain the temperature of the concrete at not less than 50°F until 70 percent of the designated strength has been attained, as indicated by cylinder tests.

I. Finished surfaces and wall edges located where travel and further construction work is necessary shall be suitably protected from damage by temporary guards or covers as directed by the Engineer.

**3.8 REMOVAL OF FORMS AND SHORING**

A. Forms shall not be disturbed until the concrete has adequately hardened. Shoring shall not be removed until the supported member has acquired sufficient strength to support its weight and the load upon it. Members subject to additional loads during construction shall be adequately shored to sustain all resulting stresses. Removal of forms shall be accomplished in such a manner and sequence as will prevent injury to the concrete.

B. Provisions of ACI 301, Sections 4.5, 4.6 and 4.7 apply. Subject to the County's or Engineer's requirements and upon approval, forms may be removed at the following minimum times unless high-early strength is specified. Shoring may be required at the option of the Engineer beyond these periods.

Removal of Forms and Supports:

| | | Temperature (°F) | | | |
|---|---|---|---|---|---|
| | Over 95°F | 70°F-95°F | 60°F-70°F | 50°F-60°F | Below 50°F |
| a. Walls | 5 days | 1 day | 2 days | 3 days | Do not remove forms until site-cured test cylinder develops 50% of 28-day strength. |
| b. Columns | 7 days | 2 days | 3 days | 4 days | |
| c. Beam Soffits | 10 days | 4 days | 5 days | 6 days | |
| d. Slabs 5 inches thick or less | 10 days | 5 days | 6 days | 7 days | |
| e. Slabs 5 inches thick or greater | 12 days | 6 days | 8 days | | |

C. When high-early strength concrete is specified, a schedule for removal of forms will be developed in the

field from the age/strength relationships established for the materials and proportions used by tests in accordance with ACI-301, Section 3.8.

D. When, in the opinion of the Engineer, conditions of the work or weather justify, forms may be required to remain in place for longer periods.

**3.9 RECORD OF PLACINGS AND FORM REMOVAL**

A. An accurate record shall be maintained of the dates of concrete placings and the exact location thereof and the dates of removal of forms. These records shall be available for inspection at all times on the job, and two copies shall be furnished to the Engineer upon completion of the concrete work.

**3.10 QUALITY OF CONCRETE WORK**

A. Make all concrete solid, compact and smooth, and free of laitance, cracks and cold joints.

B. All concrete for liquid retaining structures, and all concrete in contact with earth, water, or exposed directly to the elements shall be watertight.

C. Cut out and properly replace to the extent ordered by the Engineer, or repair to the satisfaction of the Engineer, surfaces which contain cracks or voids, are unduly rough, or are in any way defective. Thin patches or plastering will not be acceptable.

D. All leaks through concrete, and cracks, holes or other defective concrete shall be repaired and made watertight by the Contractor.

E. Repair, removal, and replacement of defective concrete as ordered by the Engineer shall be at no additional cost to the Owner.

F. Tolerances and criteria delineated in ACI 301 shall be strictly adhered to.

**3.11 ADMIXTURES**

A. When directed or approved by the Engineer, an admixture shall be added to the concrete to control the rate of

hardening and workability. Admixture shall be of the retardant type under high temperatures and the accelerating type under low temperatures. The admixture shall be added to the mix at the batch plant and the proportions shall be in strict accordance with the manufacturer's recommendations.

B. Concrete retardant shall be used to expose aggregate and to provide the concrete with rough bonding surfaces at all horizontal construction joints. Apply retardant on forms or spray on unformed horizontal construction joints in strict accordance with manufacturer's directions. Remove all unset mortar by wire brushing or with a water jet within the time limit specified by the manufacturer. In lieu of the above method of exposing aggregate, a water blast or sand blast method may be used for vertical and horizontal surfaces. The Contractor must satisfactorily demonstrate, on sample Panels, that the proposed method can achieve an etch of 1/8-inch, minimum.

C. Use air entraining admixture in all concrete, except interior slabs subject to abrasion, unless otherwise shown or specified. Add air entraining admixture at the manufacturer's prescribed rate to result in concrete at the point of placement having air content within the prescribed limits.

**3.12 CONSTRUCTION AND EXPANSION JOINTS**

A. Construction and expansion joints shall be located as shown on the Contract Drawings where structural integrity is affected. Otherwise, Contractor shall submit description of the joint and its location to Engineer for approval.

1. Additional construction joints shall be located as follows: (except where otherwise noted on drawings):

   a. In walls locate joints at a spacing of approximately 40 feet.

   b. All corners shall be part of a continuous pour, and should a construction joint be required, the joint shall not be located closer than 12 feet from a corner.

  c. In foundation slabs and slabs on grade locate joints at a spacing of 40 feet maximum. Place concrete in a checkerboard pattern.

d. In mats and structural slabs and beams, locate joints in compliance with ACI 301, Chapter 6 and recommendations of ACI 350, at a spacing of 40 feet maximum.

e. Provide other additional construction joints as required to satisfactorily complete all Work.

B. In general, joints shall be located near the middle of the spans of slabs. Joints in walls shall be at the underside of floors, slabs, and the top of footings or floor slabs, unless otherwise indicated on the Contract Drawing. Joints shall be perpendicular to the main reinforcement.

C. All reinforcing steel and welded wire fabric shall be continued across joints. Keys and inclined dowels shall be provided as shown on the Contract Drawings or as directed by the Engineer. Longitudinal keys at least 1-1/2 inches deep shall be provided in all joints in walls and between walls and slabs or footings, except as specifically noted otherwise on the Contract Drawings.

D. The surface of the concrete at all joints shall be thoroughly cleaned and all laitance removed by wire brushing, air or light sand blasting. On horizontal joints where concrete is to be placed on hardened concrete, a slush coat of mortar 1/2 inch to 1 inch thick with slump less than 6 inches, made of the same materials as the concrete, but without the coarse aggregate, shall be worked well into the irregularities of the hard surface just ahead of the concrete pour.

**3.13 SLABS ON GROUND**

A. The subgrade for slabs on ground shall be well drained and of adequate and uniform load bearing nature. The in-place density of the subgrade soils shall be at least the minimum required in the specifications. The bottom of an undrained granular base course shall not be lower than the adjacent finished grade.

B. The subgrade shall be free of frost before concrete placing begins. If the temperature inside a building where concrete is to be placed is below freezing it shall be raised and maintained above 50°F long enough to remove all frost from the subgrade.

C. The subgrade shall be moist at the time of concreting. If necessary, it shall be dampened with water in advance of concreting, but there shall be no free water standing on the subgrade nor any muddy or soft spots when the concrete is placed.

D. Provide control joints in slabs-on-grade at locations indicated on the drawings. Control joints may be construction joints or sawed joints (cut 1/4 of the slab depth). Saw cuts for control joints shall be performed within 24 hours after the concrete is placed. For floors receiving floor coverings, joints may be made by insertion of fiberboard strips (1/4 of the slab depth) into the unset concrete. Wire mesh or reinforcement shall be interrupted 2 inches clear each side of sawed or impressed control joints.

E. Floor slabs shall be screeded level or pitched to drain as indicated on the Drawings. Slabs to be finished as specified in Item 3.14 hereinafter.

**3.14 CONCRETE FINISH**

A. Unless otherwise called for or shown on the Contract Drawings all exposed edges shall have a 3/4 inch chamfer.

B. Concrete surfaces that are not exposed in the completed work will require no special finish other than such pointing up as is necessary to leave them smooth and impervious. All openings left by the removal of form ties shall be pointed up carefully with mortar. All concrete surfaces that are exposed in the completed work to the atmosphere or to water shall be finished as specified herein. Immediately after removal of forms, finishes as hereinafter specified shall be applied.

1.   Formed Vertical Faces:

    a.   All exposed vertical faces of formed concrete shall be prepared for the specified finish as follows. Remove all forms in such manner as to prevent damage to the concrete and at the proper time for the required finish.

    b.   Point up all areas, remove any projections and fins, repair all honeycomb as permitted and approved by the Engineer, and fill in all tie holes. Mortar used for filling and repairs shall be of the proper consistency and of the same color as the adjacent concrete. Any pointing up and repair not consistent with these specifications or approved by the Engineer shall be redone at no extra cost to the Owner.

    c.   A grout finish shall be used on the interior walls of the clearwell, all exposed exterior and interior vertical and formed faces of concrete, unless otherwise noted or specified.

    d.   The grout finish on walls shall be carried at least 12 inches below finished grade or to the floor slab in case of interior wall faces.

    e.   After the pointing has been sufficiently set to permit it, the grout finish shall be applied in the following manner: The concrete surface shall be thoroughly moistened (but not soaked and no free water shall be standing) and the entire surface painted with a sand-cement wash. The wash shall be composed of one part of Portland cement, of which portion approximately 33 percent shall be White Portland cement, and 1 to 1 1/2 parts fine clean sand passing a No. 30 sieve. The grout shall be of such consistency that it will not run when applied to vertical surfaces, and so that it will fill all voids in the surface of the concrete. The sand-cement wash shall be applied with a brush and thoroughly worked into the concrete at a rate

that will completely fill all voids in the surface of the concrete and provide a firm even texture uniform in color. After the wash has started to harden slightly, but before it has taken its initial set, any excess material shall be removed with a straight edge, and in about an hour, the surface shall be rubbed with a rough cloth or pad to remove the excess wash entirely from the surface and leave the voids filled. The wash shall be applied without a break in application (time lapse sufficient to allow wash to set up) in any wall, beam or column face except at corners, edges or other offsets. Prior to final approval of the work, any surface which has been disfigured by drippings or other causes shall be thoroughly cleaned, using a weak solution of muriatic acid, if necessary, and grout finish application repeated as required. The entire grout finish operation shall be accomplished using a single brand of Portland cement and a single source of sand throughout the Project.

2.   Unformed Horizontal Surfaces:

a.   All exterior horizontal concrete surfaces shall be screeded and then worked to a true, smooth surface with wood floats and proper edging or jointing tools.

b.   All interior concrete floors and slabs shall receive a swirl finish.

c.   Provide smooth form finish for all interior and exterior exposed beams and undersides of slabs.

d.   Floors shall have the aggregate well worked down from the surface and be given a hard, smooth steel trowel finish. After the hard, smooth finish is obtained, the finisher shall make an additional pass over the surface to obtain a nonskid finish, commonly known as a "swirl finish" which is smoother than "sidewalk finish" but is not of a glass like smoothness.

    e. Dusting with sand or cement will not be permitted.

f. Paint, silicone damp-proofing or other coatings or substances shall not be applied to surfaces or adjoining joint surfaces until sealants have been installed and are nominally cured.

g. Concrete and Masonry Joint Surfaces: Etch bonding surfaces with a 5 percent solution of muriatic acid, rinse thoroughly with water, and dry.

**3.15 CUTTING AND PATCHING**

A. Where concrete areas are to be patched, the perimeter of the area is to be saw cut, and all deteriorated concrete is to be removed to a minimum depth of at least 3/4 inch behind the exposed reinforcing. The perimeter of the saw cut area shall be under cut all around. Any exposed reinforcing shall be spliced by lap welding where more than 25% of the cross sectional area of the rebar is lost. The exposed concrete and reinforcing shall then be sandblasted. The concrete surface now exposed shall be moistened and exposed reinforcing shall be cured with an anticorrosion, cementitious coating, (Sikatop 108 or approved equal). The saw cut area shall be filled to match the level of the existing surface with repair mortar (Sikatop 122 or approved equal) and cured with a membrane covering.

**3.16 EQUIPMENT FOUNDATIONS**

A. All equipment pads and foundations not otherwise noted on the drawings or in this specification shall be formed, reinforced and poured to the dimensions shown. All exposed surfaces except those surfaces subsequently required to receive grout and support equipment bases shall, unless otherwise noted elsewhere in the project specification, be finished as detailed in ACI 301, Chapter 10, to a "smooth form finish." Exterior angles shall be chamfered. Contractor shall build in all anchor bolts, sleeves and other built-in fittings as required for the equipment. Surfaces which will later receive grout shall, before the concrete takes its

final set, be made rough by removing the sand and cement that accumulates on the top to the extent that the aggregate will be exposed with indentations in the surface of 1/2 inch and irregular.

**3.17 GROUT**

A. Applications:

1. Type A - Nonshrink Grout Mix A - Nonshrink Grout shall be used for the setting of structural items such as base plates for columns and beams, equipment and other machinery. All grout shall be mixed and placed in strict accordance with the directions of the manufacturer.

2. Type B - Nonshrink, Epoxy Grout Mix B - Nonshrink, Epoxy Grout shall be used for sloping floors (prior to installing Heavy Duty Floor Toppings), the setting of handrail Posts, and around new openings, reinforcing bar dowels into existing concrete, piping, and plain opening in existing walls or where indicated on the Contract Drawing. All grout shall be mixed and placed in strict accordance with the directions of the manufacturer.

B. Preparation:

1. The underside of the base plate for columns and beams, equipment and other machinery shall be cleaned of all dirt, grease and oil-like films.

2. The pertinent concrete surfaces shall likewise be cleaned of all similar contamination and debris, chipping or roughening the surface if any laitance or poor concrete is in evidence. Special care shall be taken with the grout in hot or cold weather to insure proper setting and gain of strength. Aggravating conditions of placement are to be alleviated to an extent that the temperature of the grout up until time of set will be about the range of 60° to 80°F. Ice or hot water may be used and shields from the sun and hot winds shall be provided when required. Following cleaning, the concrete shall be water saturated for a period of

6 hours, the excess water then removed from the surface and nonabsorbent edge forms erected.

C. Grouting:

1. Grout shall be placed quickly and continuously, shall completely fill the space to be grouted and be thoroughly compacted and free of air pockets. The grout may be poured in place, pressure grouted by gravity, or pumped. The use of pneumatic pressure or dry-packed grouting requires approval of the Engineer. Whenever Practical, grout shall be poured from one side only and thence flow across to the open side to avoid air entrapment.

D. Finishing:

1. If an expanding grouting aid is used, the recommendations of the manufacturer on finishing of exposed edges shall be strictly followed. All visible wedges shall be removed 48 or more hours after the grout has been placed.

**3.18 CONCRETE THRUST BLOCKS/SUPPORTS**

A. General: The Contractor shall provide, poured concrete thrust blocks and supports at all changes in direction and as shown on the Drawings. Concrete thrust blocks and support piers shall be poured between solid ground and the fitting to be supported. The thrust blocks shall conform to the dimensions shown on the Contract Drawings or as approved by the Engineer and shall be so placed that pipe and fitting will be accessible for repair.

+ + END OF SECTION + +

# SECTION 03310

## CONCRETE CLEARWELL REPAIRS

## PART 1 - GENERAL

### 1.1 SUMMARY

A. Scope: This Section provides the minimal workmanship requirements for the surface preparation and repairs to the interior concrete clearwell surfaces.

B. Related Work Specified Elsewhere:

1. Section 03300, Cast-in-Place Concrete.

### 1.2 REFERENCES

The latest edition of the following standards and regulations form a part of this specification as applicable to the scope of work:

A. American Society for Testing and Materials (ASTM):

1. ASTM D4285, Standard Test Method for Indicating Oil or Water in Compressed Air.

2. ASTM D4417, Standard Test Methods for Field Measurement of Surface Profile of Blast Cleaned Steel.

3. ASTM D 6237, Standard Guide for Painting Inspectors (Concrete and Masonry Substrates).

B. American Water Works Association

1. AWWA D102-97, AWWA Standard for Painting Steel Water-Storage Tanks

2. AWWA C652-92, AWWA Standard for Disinfection of Water-Storage Facilities

C. Steel Structures Painting Council (SSPC)

1. Guide 6, Guide for Containing Debris Generated During Paint Removal Operations

2. SSPC-SP 1, Solvent Cleaning

3. SSPC-SP 2, Hand Tool Cleaning

4. SSPC-SP 3, Power Tool Cleaning

5. SSPC-SP 6, Commercial Blast Cleaning

6. SSPC-SP 10, Near-White Metal Blast Cleaning

7. SSPC-SP 11, Power Tool Cleaning to Bare Metal

8. SSPC-VIS 1, Visual Standard for Abrasive Blast Cleaned Steel

D. Equipment and Coating Manufacturers' Published Instructions

**1.3 DESIGN REQUIREMENTS**

All materials, design and workmanship shall conform to the Standard Specification for Steel Water Tanks, Standpipes and Reservoirs of the American Water Works Association (AWWAD-100/latest), including Appendix C, except as noted below.

**1.4 SUBMITTALS**

A. Manufacturer's technical information for all materials purchased.

B. Manufacturer's technical information for concrete repair material.

**1.5 STRUCTURAL AND PERFORMANCE GUARANTEES**

A. Contractor shall guarantee that the tanks shall remain watertight at the completion of all repairs and improvements.

B. Any workmanship or material that may prove to be defective within two (2) years from the date of completion shall be repaired or replaced by the Contractor without expense to the Owner.

## PART 2 - PRODUCTS

### 2.1 MATERIALS

A. Materials specified are those which have been evaluated for the specific service. Manufacturers listed are representative of a standard of acceptable quality. Substitute products may be acceptable if proper documentation is submitted for Engineer review. All coating systems shall meet the requirements of the American Water Works Association and shall be certified by the National Sanitation Foundation for contact with potable water (NSF Standard 61). All other requirements of other sections relating to product delivery and use are applicable.

### 2.2 CONCRETE REPAIRS

A. All spalled, chipped or honeycombed concrete shall be repaired using approved products. Scope of work includes all clearwell interior surfaces. All concrete surfaces must be sound, dry and clean. Remove all broken and spalled concrete, dirt, rust, scale, oil, grease, coatings or other foreign matter by chipping, grinding and abrasive blasting as required. Epoxy repair materials shall be mixed in strict accordance with manufacturer's recommendations. Crack filler shall be applied liberally over cracks by brush and allowed to flow into cracks. Reapply to the top of the cracks after settlement. Epoxy patch materials shall be applied using troughs, knife edges or screens. Press material uniformly into place to fill voids then finish with standard finishing tools.

B. Materials

The following materials shall be used for concrete crack, honeycombing and spalling repairs:

1. Carboline: Carboguard 501

2. Tnemec: 63-1500 Filler and Surfacer

3. Sherwin-Williams:

   a) Cracks: Corobond Crack Filler (TRM.70)

b) Concrete repairs less than 1/4 -inch thick: Steel-Seam FT910 (TRM.67)

c) Concrete repairs greater than ¼-inch thick: Cor-Cote Epoxy Polymer Concrete (TRM.21)

**PART 3 - EXECUTION**

**3.1 GENERAL**

A. The Contractor shall take all necessary measures to protect all of the existing facilities from collection of dust or other damage during performance of the work. All equipment, piping, instrumentation, floors and walls shall be covered with tarps and/or drop cloths prior to commencing the work.

**3.2 ACCEPTABLE APPLICATORS**

B. Repair mortar applicators shall be trained to properly apply the cementious mortar according to manufacturer's recommendations.

C. Protective coating must be applied by a Certified Applicator of the protective coating manufacturer and according to manufacturer specifications.

**3.3 INSPECTION OF CONDITIONS**

A. Prior to commencing work, inspect all surfaces to verify the suitability of the surfaces to be prepared and to receive repairs. Report to the Owner, in writing, any condition that may affect proper surface preparation, application or overall performance of the repair or roofing system. Do not proceed with work until the conditions have been corrected. Commencing work indicates acceptance of existing conditions and responsibility for performance of the applied repair materials and coatings.

B. The Contractor shall remove all water from the tank by pumping. The Contractor is responsible for removing all standing water, mud and debris from the tanks prior to starting work.

### 3.4 SURFACE PREPARATION

A. Power wash at 3,000 to 5,000 psi with hot water and detergent, using a rotating tip to remove all chalk, algae, mildew, dirt and loose paint prior to starting.

B. Blast all surfaces in accordance with SSPC-SP13/NACE 6 to remove all existing coatings, laitance, loose and deteriorated concrete, and provide a 100-mesh sandpaper texture to all remaining sound concrete.

C. Unsound or deteriorated areas shall be chipped away to sound concrete and prepared in accordance with manufacturer's recommendations.

D. All cracks shall be repaired in accordance with the manufacturer's recommendations.

E. All protrusions, fins, burrs and form lines shall be ground smooth prior to all other surface preparation work.

F. All concrete that is not sound or has been damaged shall be removed to a sound concrete surface.

G. All surfaces that show cracks or spalling greater than 1/8-inch wide shall be routed and cleaned, then patched using a quick setting, high strength cement mortar or a high build, non-sagging epoxy grout. Any holes to be filled should be done so in lifts according to manufacturer's recommendations.

H. Surface preparation method(s) shall be based upon the conditions of the substrate and the requirements of the epoxy protective coating to be applied.

I. All surfaces shall be repaired as required by the epoxy protective coating system in the intended service condition.

J. Test prepared surfaces after cleaning but prior to application of the epoxy coating to determine if a specific pH or moisture content of the concrete is required according to manufacturer's recommendations.

K. All surfaces shall be inspected during surface preparation and before the repair mortar is applied.

L. All wastewater resulting from detergent water cleaning and power washing shall be properly disposed of, off-site, by the contractor.

3.5 **APPLICATION OF REPAIR MATERIALS**

A. Apply repair materials only after completing surface preparation.

B. Repair materials shall meet the specifications contained herein. The materials shall be trowel or spray applied utilizing proper equipment on to specified surfaces. The material thickness shall be specified by the Project Engineer according to manufacturer's recommendations.

C. Cementitious repair materials shall be troweled to provide a smooth surface with an average profile equivalent to coarse sandpaper to optimally receive the protective coating. No bugholes or honeycomb surfaces shall remain after the final trowel procedure of the repair mortar.

D. The repair materials shall be permitted to cure according to manufacturer recommendations prior to application of coatings.

E. Application of the repair materials, if not performed by the coating certified applicator, should be inspected by the protective coating manufacturer's representative of certified applicator to ensure proper finishing for suitability to receive the specified coating.

F. After abrasive blast and leak repairs have been performed, all surfaces shall be inspected for remaining contamination of laitance, which shall be removed by additional abrasive blast, shotblast or other approved method. If repair materials are used, refer to these specifications for surface preparation. Areas to be coated must also be prepared in accordance with these specifications after receiving a cementious repair mortar and prior to application of the epoxy coating.

G. All surfaces shall be inspected during and after preparation and before the protective coating is applied.

### 3.6 INSPECTION

A. The Owner will inspect all phases of the work to verify that it is in accordance with the requirements of this section. Facilitate this inspection as required, including allowing ample time for the inspections and access to the work. Inspections may include, but are not limited to, surface preparation, cleanliness, application and adhesion.

B. The presence or activity of the Owner inspections in no way relieves the Contractor of the responsibility to comply with all provisions of this section and to provide adequate inspections of its own.

C. Furnish, until final acceptance of the repair system, all equipment and instrumentation needed to inspect all phases of the work.

END OF SECTION

NO TEXT THIS PAGE

# DIVISION 4 - MASONRY

NO TEXT THIS PAGE

# SECTION 04100

# MORTAR

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

1. Contractor shall furnish all labor, materials, equipment and incidentals required to provide mortar as shown and specified.

2. This Section specifies the mortar for masonry materials specified in Section 04210, Brick Masonry and Section 04220 Concrete Unit Masonry,

B. Related Work Specified Elsewhere:

1. Section 03300, Cast-In-Place Concrete.

2. Section 04150, Masonry Accessories.

3. Section 04201, Unit Masonry Construction.

4. Section 04220, Concrete Unit Masonry.

5. Section 07600, Flashing, Gutters and Trim.

### 1.2 QUALITY ASSURANCE

A. Requirements of Regulatory Agencies: Wherever a fire resistance classification is shown or scheduled for unit masonry construction (4-hour, 3-hour and similar designations), provide mortar in proportions complying with the requirements established by UL and the New York State Uniform Fire Prevention and Building Code.

B. Source Quality Control: Do not change source or brands of mortar materials during the course of the Work.

C. Presubmittal Meeting: Before submitting samples for approval, the Contractor and his supplier shall meet on-site with the Engineer to review existing masonry to be matched and preview proposed products.

D. Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified.

1. ASTM C 91, Masonry Cement.

2. ASTM C 136, Sieve or Screen Analysis of Fine and Coarse Aggregates.

3. ASTM C 144, and ASTM C 404, Aggregate for Masonry Mortar.

4. ASTM C 150, Portland Cement.

5. ASTM C 207, Hydrated Lime for Masonry Purposes.

6. ASTM C 270, Mortar for Unit Masonry.

**1.3 SUBMITTALS**

A. Samples: Submit for approval samples of each type of colored mortar, showing the range of color which can be expected in the work. Label samples to indicate type and amount of colorant used. Engineer's review will be for color only. Compliance with all other requirements in the exclusive responsibility of the Contractor.

B. Manufacturer's Data: Submit for approval, copies of manufacturer's specifications and instructions for each manufactured product.

**1.4 PRODUCT DELIVERY, STORAGE AND HANDLING**

A. Delivery of Materials: Manufactured materials, such as cement and lime, shall be delivered and stored in their original unopened containers, plainly marked with identification of materials and manufacturer.

B. Storage of Materials:

1. Store mortar materials off the ground in a dry location and under a properly constructed shelter using tarpaulin, felt paper, or polyethylene sheets to prevent damage by the elements. Containers showing evidence of damage will be rejected.

2.    Protect liquid admixtures from freezing.

3.    Store aggregates in separate bins.

**PART 2 - PRODUCTS**

**2.1  MATERIALS**

A.    Portland Cement:

1.    ASTM C 150, Type I, nonstaining, without air entraining and of natural color or white, to produce the required color of mortar or grout.

2.    Use ASTM C 150, Type III, high early strength, for laying masonry when outside temperature is less than 50°F.

3.    Provide nonstaining portland cement, without air entraining and of natural color or of the color required to be compatible with the required colored mortar pigment selected by Engineer.

4.    Product and Manufacturer:   Provide one of the following:

   a.   Speed Portland Cement and Hi-Speed Portland Cement by Louisville Cement Company.

   b.   Atlas Type I Atlas Type III Portland Cement by Lehigh Portland Cement Company.

   c.   Or equal.

5.    Product and Manufacturer:   Provide one of the following:

   a.   White Portland Cement by Ideal Basic Industries.

   b.   Atlas White Portland Cement Type I and Type III by Lehigh Portland Cement Company.

   c.   Or equal.

B.   Masonry Cement:   Provide the following for masonry cement mortars:

1.   ASTM C 91, Type S; proportioned as specified to comply with ASTM C 270.

2.   Maximum Air Content, ASTM C 91:  18 percent.

3.   Nonstaining and of the color required to be compatible with the required colored mortar pigment selected by Engineer.

4.   Product and Manufacturer:   Provide one of the following:

   a.   Brixment-in Color Type S by Louisville Cement Company.

   b.   Atlas Custom Color Masonry Cement Type S by Lehigh Portland Cement Company.

   c.   Or equal.

C.   Hydrated Lime:  ASTM C 207, Type S,  or lime putty ASTM C 5.

D.   Sand Aggregates:

1.   ASTM C 144, except for joints less than 1/4-inch use aggregate graded with 100 percent passing the No. 16 sieve.

2.   White Mortar Aggregates:   Provide natural white sand or ground white stone for portland cement lime mortars.

E.   Water:  Free from injurious amounts of oils, acids, alkalis, or organic matter, and clean, fresh and potable.

F.   Waterproofing Admixture:

1.   Proportion:   In strict accordance with manufacturer's instructions.

2.   Product and Manufacturer:   Provide one of the following:

a.    Omicron by Master Builders Co.

b.    Hydroxide Powder by Sonneborn Building Products.

c.    Or equal.

## 2.2  MORTAR MIXES

A.   General:

    1.   Antifreeze Admixture or Agents:  Not permitted.

    2.   Calcium chloride:  Not permitted.

B.   Fire Resistant Mortar:

    1.   Standard:  UL Design Numbers 0901, 0902, 0903, 0904, 0905, 0906, 0907 and 0908.

    2.   Proportion:  Use 1 part portland cement, 3 parts clean sand, and 15 percent hydrated lime (by cement volume).

C.   Mortar for All Unit Masonry:  Comply with ASTM C 270. Table 2, except limit materials to those specified herein, do not substitute ASTM C 91 masonry cement for ASTM C 150 portland cement without an approved Shop Drawing review by Engineer, and limit cement to lime ration by volume as follows:

    1.   Type M:

        a.   Portland Cement Lime Mortar; provide the following proportions by volume:

           1)   Portland Cement:  1 part.

           2)   Hydrated Lime or Lime Putty:  1/4 part.

           3)   Aggregate Ratio (measured in damp loose condition):  not less than 2-1/4 and not more than 3 times the sum of the volumes of cement and lime.

        4)    Maximum Air Content, ASTM C 270:   12 percent.

   b.   Portland Cement Masonry Mortar; provide the following proportions by volume:

        1)    Portland Cement:  1 part.

        2)    Masonry Cement:  1 part.

        3)    Aggregate Ratio (measured in damp loose condition):  Not less than 2-1/4 and not more than 3 times to sum of the volumes of cement and lime.

        4)    Maximum air content, ASTM C 270:   18 percent.

   c.   Property Specification:

        1)    Average Compressive Strength, ASTM C 270:  2,500 pounds per square inch.

        2)    Minimum Water Retention, ASTM C 270:   75 percent.

2.   Type S:

   a.   Portland Cement Lime Mortar; provide the following proportions by volume:

        1)    Portland Cement:  1 part.

        2)    Hydrated Lime or Lime Putty:  Over 1/4 to 1/2 maximum.

        3)    Aggregate Ration (measured in damp loose condition):  Not less than 2-1/4 and not more than 3 times the sum of the volumes of cement and lime.

        4)    Maximum air content, ASTM C 270:   12 percent.

   b.   Portland Cement Masonry Mortar; provide the following proportions by volume:

    1)    Portland Cement:  1/2 part.

    2)    Masonry Cement:  1 part.

    3)    Aggregate Ratio (measured in a damp loose condition):  Not less than 2-1/4 and not more than 3 times the sum of the volumes of cement and lime.

    4)    Maximum air content, ASTM C 270:  18 percent.

  c.    Property Specification:

    1)    Average Compressive Strength, ASTM C 270:  1,800 pounds per square inch.

    2)    Minimum Water Retention, ASTM C 270:  75 percent.

**PART 3 - EXECUTION**

**3.1  PREPARATION**

A. Measurement of Materials:

    1.    Mortar Cement and Hydrated Lime:  Batched by the bag.

    2.    Sand:  Batched by volume in suitably calibrated containers, provided proper allowance is made for bulking and consolidation and for weight per cubic foot, of contained moisture.

    3.    Proportion of volumetric Mixtures:  One 94 pound sack of portland cement or one 50 pound sack of hydrated lime constitute nominal one cubic foot.

    4.    Shovel measurement:  Not permitted.

B.    Mortar Mixing:

    1.    Type of Mixer:  Machine mix in approved mixer in which the quantity of water is accurately and uniformly controlled.

2. While mixer is in operation add approximately 3/4 the required water, 1/2 the sand, all the cement, then add remainder of sand.

3. Allow batch to mix briefly then add water in small quantities until satisfactory workability is obtained.

4. Mix for not less than five minutes after all materials have been added.

5. Hydrated Lime for Mortar Requiring Lime Content: Use dry-mix method. Turn over together the materials for each batch until the even color of the mixed, dry materials indicates that cementitious material has been thoroughly distributed throughout the mass, then add water to obtain required plasticity.

6. Lime putty if approved for use shall be prepared in accordance with ASTM C 5.

7. Waterproofing Admixture: Add to mortar mix for all exterior masonry in strict accordance with manufacturer's instructions.

8. The mixer drum shall be completely emptied before recharging the next batch.

9. Limit batch size to avoid retempering. Retempering of mortar shall not be permitted.

10. Mixers, wheelbarrows, mortar boards, etc., shall be kept clean.

**3.2 INSTALLATION**

A. Refer to Section 04201, Unit Masonry Construction.

**3.3 FIELD QUALITY CONTROL**

A. The Contractor shall have an independent laboratory take samples and conduct tests to evaluate air entrainment, water retention and the compliance of materials with the specifications and to determine the compressive strength of mortar and grout. Tests shall be conducted in accordance with ASTM C 91. Tests

results shall be made available prior to the commencement of work.

B. After the initial test, the Engineer will require a maximum of 5 additional tests to be conducted at his discretion.

C. Installed mortar that does not meet the requirements of the specification shall be immediately removed and rebuilt.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# SECTION 04150

# MASONRY ACCESSORIES

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

1. Contractor shall furnish all labor, materials, equipment and incidentals required to provide masonry accessories as shown and specified.

2. The types of masonry accessories required include the following:

   a. Continuous horizontal wire reinforcing and ties.

   b. Individual metal ties.

   c. Anchoring devices.

   d. Concrete inserts.

   e. Miscellaneous accessories.

3. This Section specifies the masonry accessories for Work under the following Sections:

   a. Section 04201, Unit Masonry Construction.

B. Related Work Specified Elsewhere:

1. Section 04100, Mortar.

2. Section 04201, Unit Masonry Construction.

3. Section 04210, Brick Masonry.

### 1.2 QUALITY ASSURANCE

A. Requirements of Regulatory Agencies: Wherever a fire resistance classification is shown or scheduled for unit masonry construction (4-hour, 3-hour and similar

designations), provide accessories complying with the requirements established by UL and the New York State Uniform Fire Prevention and Building Code.

B. Reference Standards: Comply with applicable provisions and recommendations of the following, except where otherwise shown or specified.

1. ASTM A 82, Cold Drawn Steel wire for Concrete Reinforcement.

2. ASTM A 153, Zinc-Coating (Hot Dip) on Iron and Steel Hardware.

3. ASTM A 176, Stainless and Heat resistant Chromium Steel Plate, Sheet, and Strip.

4. ASTM A 615, Deformed and Plain Billet-Steel Bars for Concrete Reinforcement.

5. ASTM B 227, Hard-Drawn Copper-Clad Steel Wire.

6. ASTM D 1752, Preformed Sponge Rubber and Cork Expansion Joint Fillers for Concrete Paving and Structural Construction.

7. UL, Design Number U907.

**1.3 SUBMITTALS**

A. Manufacturer's Data: Submit for approval to Engineer copies of manufacturer's specifications and installation instructions for each masonry accessory required. Include data substantiating that materials comply with specified requirements.

**1.4 PRODUCT DELIVERY, STORAGE AND HANDLING**

A. Delivery of Materials: Deliver accessories in original packages, plainly marked with identification of materials and manufacturer.

B. Storage of Materials: Store and cover materials to prevent corrosion and deterioration.

## PART 2 - PRODUCTS

### 2.1 MATERIALS

A. Continuous Wire Reinforcing and Ties for Masonry: Welded wire units prefabricated in straight lengths of not less than 10 feet, with matching corner "L" and intersection "T" units. Fabricate from cold drawn steel wire complying with ASTM A 82, with deformed continuous 9 gage side rods and plain 9 gage cross rods, crimped for cavity wall construction, with unit width of 1-1/2 to 2 inches less than thickness of wall or partition. All reinforcing shall be hot dipped galvanized after fabrication with 1.5 ounces per square foot of zinc coating complying with ASTM A 153, Class B-2 unless otherwise specified.

1. For single-wythe masonry, use units fabricated as follows:

   a. Truss type fabricated with single pair of side rods and continuous diagonal cross-rods spaced not more than 16 inches on centers.

   b. Product and Manufacturer: Provide one of the following:

      1) Regular Truss TY-WAL by Jim Taylor, Incorporated.

      2) Blok-Truss AA600 by AA Wire Products Company.

      3) Or equal.

2. For multi-wythe masonry, use units fabricated as follows:

   a. Tab type fabricated with single pair of side rods in interior wythe and adjustable two piece rectangular box type crossties spaced not more than 16 inches on centers. Space side rods for embedment in each face of back-up wythe and extend ties for proper embedment in facing wythe.

     b.   Product and Manufacturer:  Provide one of the following:

       1)   Adjustable Truss Tab TY with Lock-Bar by Jim Taylor, Incorporated.

       2)   Blok-Trus AA675 by AA Wire Products Company.

       3)   Or equal.

B.   Individual Wire Ties for Masonry:  Fabricate from 3/16-inch cold drawn steel wire complying with ASTM A 82, with 1.5 ounces per square foot of hot-dip coating complying with ASTM A 153, Class B-2 of the length required for proper embedment in wythes of masonry shown.

   1.   For use with hollow masonry units laid with cells vertical, provide rectangular shaped ties.

   2.   For use with solid masonry units or hollow units laid with cells horizontal, provide ties with ends bent to 90 degree angles to form hooks not less than 2 inches long.

   3.   Product and Manufacturer:  Provide one of the following:

     a.   Rectangular Cavity TY by Jim Taylor, Incorporated.

     b.   AA304 by AA Wire Products Company.

     c.   Or equal.

   4.   Where facing and backup joints do not align, use adjustable two piece ties with compression/tension bar.

     a.   Product and Manufacturer:  Provide one of the following:

       1)   Adjustable anchors No. 820 and No. 825 by Jim Taylor.

       2)   Type A special adjustable ties AA301 by AA Wire Products Company.

3) Or equal.

C. Anchoring Devices for Masonry: Use straps, bars, bolts, and rods of the type and size shown and as follows:

1. Flexible Anchors: Where masonry is shown or specified to be anchored to structural framework with flexible anchors, use anchors which will permit horizontal and vertical movement of masonry but will provide lateral restraint, and as follows:

a. For anchorage to concrete framework, use two piece anchors with 22 gage sheet metal dovetail with 1.5 ounces per square foot of hot dip zinc coating complying with ASTM A 153, Class B-2, or stainless steel, ASTM A 176, and 16 gage rectangular corrugated tie 1-1/2 inches wide sized to extend to within one inch of face of masonry or to a depth of 12 inches.

1) Product and Manufacturer: Provide one of the following:

a) No. 600 Dovetail and No. 615 Anchor by Jim Taylor, Incorporated.

b) No. AA100 Dovetail anchor and No. AA201 by AA Wire Products Company.

c) Or equal.

b. Provide concrete inserts and other items shown, specified or required by others. Refer to Section 04201, Unit Masonry Construction, paragraph 1.1.B for requirements of coordination by others.

c. For anchorage to existing concrete and masonry use 16 gauge rectangular corrugated tie 1 1/2 inches wide sized to extend to within one inch of face or masonry.

1) Product and Manufacturer: Provide one of the following:

        a)   No. 715 Lateral Support Anchor by Jim Taylor, Incorporated.

        b)   No. AA214 Series by AA Wire Products Company.

        c)   Or equal.

   2)   Lateral Supporting Masonry Wall Anchors: Provide 3/8-inch thick by 2-inches wide of length to extend to center of each wythe. Fabricate from steel with 1.5 ounces per square foot of zinc coating complying with ASTM A 153, Class B-2.

D.   Miscellaneous Masonry Accessories:

   1.   Reinforcing Bars: Deformed steel, ASTM A 615, Grade 60 of the sizes shown.

   2.   Compressible Filler:

      a.   Use foamed polyurethane strip saturated with polybutylene waterproofing material. When compressed to 50 percent of its original volume, filler shall hold six feet of water hydrostatically, and 10 feet at 60 percent compression. Filler shall maintain its resiliency to allow for installation in temperatures as low as 40°F. Filler shall be waterproof when compressed to 50 percent of its original volume in temperatures from -40 F to +200 F. Elongation shall be at least 325 percent with a tensile strength of not less than 53 psi. No migration of polybutylene compound in the polyurethane strip will be allowed.

      b.   Product and Manufacturer: Provide one of the following:

        1)   Polytite by Sandell Manufacturing Company.

        2)   Compriband by Secoa Corporation, Division of Phoenix Building Products, Incorporated.

3) Or equal.

3. Premolded Control Joint Strips for Concrete Masonry Units: Solid rubber strips with a Shore A durometer hardness of 60 to 80, designed to fit standard sash block and maintain lateral stability in masonry wall, size and configuration shall be as shown.

4. Cavity Fill Mesh: Provide 1/2-inch mesh hardware cloth, backed with asphalt impregnated cloth below. Install below all block courses that are to be filled with mortar.

5. Neoprene Control Joint Strips for Brick Masonry: Provide bellows type strip made from 1/16-inch cured, calendered neoprene with perforated flanges.

a. Product and Manufacturer: Provide one of the following:

1) Vertical wall expansion joints by Manville.

2) Vertical expansion joints by E-Z-Flash, Incorporated.

3) Or equal.

6. Weep Holes: Provide 1/4-inch outside diameter by 4-inches long clear plastic tubes as shown.

**PART 3 - EXECUTION**

**3.1 INSTALLATION**

A. Refer to Section 04201, Unit Masonry Construction.

\+ + END OF SECTION + +

NO TEXT THIS PAGE

## SECTION 04201

## UNIT MASONRY CONSTRUCTION

### PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

1. Contractor shall furnish all labor, materials, equipment and incidentals required to provide unit masonry construction as shown and specified. The Work also includes:

   a. Providing openings in masonry to accommodate the Work under this and other Sections and building into the masonry all items such as sleeves, anchor bolts, inserts and all other items to be embedded in masonry for which placement is not specifically provided under other Sections. Provide lintels in all openings or where directed by the Engineer.

   b. Providing openings in masonry to accommodate the work under other contracts and assisting other contractors in building into the masonry all items such as sleeves, anchor bolts, inserts and all other items required to be embedded in masonry under other contracts.

   c. Cutting and removing existing masonry for new openings and new abutting walls.

B. Coordination:

1. Review installation procedures under other Sections and coordinate the installation of items that must be installed with the masonry.

2. Notify other contractors in advance of the construction of the masonry to provide the other contractors with sufficient time for the installation of items included in their contracts that must be installed with the masonry.

      3. This Section specifies the installation of unit masonry specified in the following:

   a. Section 04210, Brick Masonry.

   b. Section 04220, Concrete Unit Masonry.

C. Related Work Specified Elsewhere:

1. Section 03300, Cast-in-Place Concrete.

2. Section 04100, Mortar.

3. Section 04150, Masonry Accessories.

4. Section 04210, Brick Masonry.

5. Section 07560, Waterproofing.

6. Section 07600, Flashing, Gutters and Trim.

**1.2 QUALITY ASSURANCE**

A. Requirements of Regulatory Agencies: Wherever a fire resistance classification is shown or scheduled for unit masonry construction (4-hour, 3-hour, and similar designations), comply with applicable requirements for materials and installation established by UL and other governing authorities.

B. Codes and Reference Standards: Comply with the applicable requirements of the New York State Uniform Fire Prevention and Building Code for the types of masonry construction shown and the following standards: ANSI A41.1 R70 Code Requirements for Masonry. ACI 531.1 Specifications for Concrete Masonry Construction Brick Institute of America, "Technical Notes on Brick and Tile Construction". Brick Institute of America, Technical Bulletin 1A, "Construction and Protection Recommendations for Cold Weather Masonry Construction". Brick Institute of America, Technical Notes on "Cleaning Clay Products Masonry". National Concrete Masonry Association, "Guide Specifications" and "Technical Bulletins". UL, Design Numbers U901 through U908.

C.   Construction Tolerances:   In accordance with ACI 531.1 and the following:

   1.   Variation from Plumb:  For lines and surfaces of columns, walls and arises, do not exceed 1/4 inch in 10 feet, or 3/8 inch in a story height or 20 feet maximum, nor 1/2 inch in 40 feet or more. Except for external corners, expansion joints and other conspicuous lines, do not exceed 1/4 inch in any story or 20 feet maximum, nor 1/2 inch in 40 feet or more.

   2.   Variation from Level:  For lines of exposed lintels, sills, parapets, horizontal grooves and other conspicuous lines, do not exceed 1/4 inch in any bay or 20 feet maximum, nor 3/4 inch in 40 feet or more.

   3.   Variation in Cross-Sectional Dimensions:  For columns and thickness of walls, from dimensions shown, do not exceed minus 1/4 inch nor plus 1/4 inch.

D.   Presubmittal Meeting:  Before erecting the job mock-up, the Contractor and his installer shall meet on-site with the Engineer to discuss approved products and workmanship to ensure a match to existing adjacent masonry.

E.   Job Mock-up:

   1.   Prior to installation of unit masonry work, but after Engineer's approval of samples, erect job mock-up using materials, pattern bond and joint tooling shown or specified for final Work, to match existing adjacent masonry construction. Provide special features as directed including finished opening 1 foot-4 inches by 1 foot-4 inches, finished end, and expansion joint. Build mock-up at the site in location approved by the Engineer. The mockup shall be of full thickness and approximately 6 feet long by 4 feet high unless otherwise shown.  Indicate the proposed range of color, texture and Workmanship to be expected in the completed work.  Obtain Engineer's acceptance of visual qualities of the mock-up before start of masonry Work.  Retain and protect

mock-up during construction as a standard for judging completed masonry work. Do not alter, move or destroy mock-up until given written permission by Engineer. Masonry construction that does not meet the standards approved on the sample panel shall be removed and rebuilt as required by Engineer. Provide mock-up panel for typical exterior and interior sections to match existing adjacent areas.

**1.3 PRODUCT DELIVERY, STORAGE AND HANDLING**

A. Delivery of Materials:

1. Deliver all materials to the site in the manufacturer's original unbroken, undamaged and unopened packaging with labels bearing the name of the manufacturer and the product. Masonry units and brick shall be factory packaged and strapped, delivered to the site and stored on skids.

B. Storage of Materials:

1. Protect masonry materials during storage and construction with a properly erected shelter from wetting by rain, snow or ground water and from soilage or intermixture with earth or other materials.

2. Store and handle all materials to prevent inclusion of water or foreign matter and to prevent damage of any nature. Packaged units kept in original unopened packages until time for use.

3. Distribute materials on floor slabs to prevent overloading. Designated live loads shown for floor shall not be exceeded.

C. Handling Materials:

1. Handle materials in a manner that minimizes chips, cracks, voids, discolorations or other defects which might be visible or cause staining in finished work.

## 1.4   JOB CONDITIONS

A.   Environmental Requirements:  Do not place any masonry when air temperature is 40°F and falling.  Masonry may be placed when air temperature is 32°F and rising.  In either case, it may not be placed if temperature is expected to drop below 32°F during next 72 hours unless adequate protection is provided as specified in 1.4.B.4.b. below.

B.   Protection:

1.   Protect partially completed masonry against weather, when Work is not in progress, by covering top of walls with strong, waterproof, nonstaining membrane.  Extend membrane at least 2 feet down both sides of walls and hold securely in place.

2.   Do not apply uniform floor or roof loading for at least three days after completing masonry columns or walls.

3.   Do not apply concentrated loads for at least seven days after completing masonry columns or walls.

4.   Cold Weather Protection.

a.   When surrounding air temperature is 48°F to 40°F protect masonry construction from rain or snow for a minimum of 48 hours by covering with nonstaining weathertight membrane.

b.   When surrounding air temperature is 40°F and below maintain masonry construction temperature above 40°F for a minimum of 48 hours by enclosure and supplementary heat, electric heating blankets, infrared lamps, or other methods acceptable as directed by the Engineer.

5.   Hot Weather Protection:  Protect masonry construction, by methods acceptable to Engineer, from direct exposure to wind and sun when the surrounding air temperature is 99°F in the shade with relative humidity less than 50 percent.

## PART 2 - PRODUCTS

### 2.1 MATERIALS

A. Refer to the following Sections for required masonry materials:

1. Section 03300, Cast-In-Place Concrete.

2. Section 04100, Mortar.

3. Section 04150, Masonry Accessories.

4. Section 04210, Brick Masonry.

5. Section 04220, Concrete Unit Masonry.

## PART 3 - EXECUTION

### 3.1 INSPECTION

A. Examine areas and conditions under which unit masonry Work is to be installed. Do not proceed with the work until unsatisfactory conditions have been corrected in a manner acceptable to the Engineer.

### 3.2 PREPARATION

A. Clean dirt, debris, oil, grease and other materials which would effect the bond of mortar from all surfaces to receive work under this Section.

B. Wetting of Masonry Units:

1. Brick: Wet brick having ASTM C 67 absorption rates greater than 0.25 ounce per square inch per minute.

   a. Determine absorption by placing 20 drops of water inside a circle the size of a quarter on typical units. If water is absorbed within 1-1/2 minutes, wet brick before laying.

2. Use wetting methods which ensure that each masonry unit is nearly saturated but surface dry when laid.

3. Except for absorbent units specified to be wetted, lay masonry units dry. Do not wet concrete masonry units.

3.3 INSTALLATION, GENERAL

A. Thickness: Build walls, floors and other masonry construction to the full thickness shown. Build single-wythe walls to the actual thickness of the masonry units, using units of nominal thickness shown or specified.

B. Build chases and recesses as shown or required by others. Refer to paragraph 1.1.B. herein for the requirements of coordination with others. Provide not less than 8 inches of masonry between chase or recess and jamb of openings and between adjacent chases and recesses.

C. Leave openings for equipment, piping, ducts, and other items to be installed subsequent to starting of masonry Work. After installation of said items, complete masonry Work to match Work immediately adjacent to openings.

D. Cut masonry units using motor driven saws to provide clean, sharp, unchipped edges. Cut units as required to provide pattern shown and to fit adjoining Work neatly. Use full size units without cutting wherever possible.

E. Matching Adjacent Existing Masonry Work: Match coursing, pattern bond color and texture of new masonry work with adjacent existing work.

3.4 LAYING MASONRY WALLS

A. General:

1. Mortar Types: Unless otherwise indicated, use mortar as specified in Section 04100, Mortar, and as follows:

a.   For all Work, use Type S mortar.

b.   Do not use mortar which has begun to set or if more than 1/2 hour has elapsed since initial mixing.  Retemper mortar during the 1/2-hour period only as required to restore workability.

c.   Do not use mortar which has begun to set or if more than 1/2 hour has elapsed since initial mixing.  Retemper mortar during the 1/2-hour period only as required to restore workability.

2.   Layout walls in advance for accurate spacing of surface pattern bond with uniform joint widths and to properly locate openings, expansion joints, returns and offsets.  Avoid the use of less than half size units at corners, jambs and wherever possible at other locations.

3.   Lay up walls plumb and true to comply with specified tolerances, with courses level, accurately spaced and coordinated with other Work.

4.   Pattern Bond:  Lay exposed masonry in running bond and as shown to match adjacent existing masonry. Lay concealed masonry with all units in a wythe bonded by lapping not less than 2 inches.  Bond and interlock each course of each wythe at corners.  Do not use units with less than 4-inch horizontal face dimensions at corners or jambs.

B.   Mortar Bedding and Jointing:

1.   Lay solid masonry units with completely filled bed and head joint; butter ends with sufficient mortar to fill head joints and shove into place.  Do not slush in cross joints and do not furrow bed joints.  Use trowel edge for flat bed joints. Fill all parapet blocks solid with grout.

2.   Bed and lay brick and concrete masonry units at the proper angle with fully slushed joints.

3.   Lay hollow concrete masonry units with full mortar coverage on horizontal and vertical face shells. Bed webs in mortar in starting course of piers

columns and pilasters and where adjacent to cells or cavities to be reinforced or filled with concrete or grout.

    a. Maintain 3/8-inch joints, except for minor variations required to maintain half bond.

4. Cut joints flush for masonry walls that are to be concealed or to be covered by other materials. unless otherwise shown.

5. Tool exposed joints slightly concave, to match existing. Rake out mortar in preparation for application of caulking or sealants where required.

6. Remove masonry units disturbed after laying; clean and reset in fresh mortar. Do not hammer or otherwise force brick at corners, whether at jambs or changing the direction of a wall in order to force plumb the corner or jamb. If adjustments are required, remove units, clean off mortar and reset in fresh mortar.

C. Collar Joints:

1. Fill the vertical space between wythes solidly with mortar by parging the in-place wythe and shoving units into the parging, for the following masonry work:

    a. All walls, except cavity walls, and interior walls and partitions.

D. Stopping and Resuming Work: Rack back 1/2-brick length in each course; do not tooth. Clean exposed surfaces of set masonry, wet units lightly, if required, and remove loose masonry units and mortar prior to laying new masonry.

E. Built-in Work:

1. As the Work progresses, build in items shown, specified or required by others. Refer to paragraph 1.1.B. herein for the requirements of coordination with others. Fill cores in one block width solidly with masonry around built-in items.

        a.   Fill space between hollow metal frames and masonry solidly with mortar.

        b.   Where built-in items are to be embedded in cores of hollow masonry units, place a layer of cavity fill mesh in the joint below and rod mortar or grout into core.

F.   Interior Walls:

   1.   Nonload-Bearing Interior Partitions and Interior Wythe of Cavity Walls:  Build full height of story to underside of structure above, unless otherwise shown.

   2.   Tie walls at top and sides with masonry anchors as specified in Section 04150.  Insert compressible filler, specified in Section 04150, in all horizontal and vertical joints where masonry terminates.  Insert filler 3/4 inches from both faces of masonry.  Use filler four times as thick as the widest part of the joint.  Thickness of filler shall be a minimum of 4 times the compressed thickness.  Compress filler to less than thickness of joint and insert.  At splices, overlap strips by 3 inches and compress ends to form tight joint.  Finish with backer rod and sealant.

   3.   At masonry walls requiring a fire rating use fire safing insulation specified in Section 07210.  Insert insulation in a continuous, vaportight, solid blanket to 3/4-inches from both faces.  Finish with backer rod and sealant.

H.   Horizontal Joint Reinforcing:

   1.   Provide continuous horizontal joint reinforcing as shown and specified.  Refer to Section 04150, Masonry Accessories, for type of reinforcing units required.  Fully embed longitudinal side rods in mortar for their entire length with a minimum cover of 5/8 inch on exterior side of walls and 1/2 inch at other locations.  Lap reinforcement a minimum of 6 inches at ends of units.  Do not

bridge control and expansion joints with reinforcing.

2. Reinforce all walls with continuous horizontal joint reinforcing unless specifically noted or specified to be omitted.

3. Provide continuity at corners and wall intersections by use of prefabricated "L" and "T" sections. Cut and bend units in accordance with manufacturer's written instructions for continuity at returns, offsets, column fireproofing, pipe enclosures and other special conditions.

4. Space continuous horizontal reinforcing as follows:

   a. For multi-wythe walls, solid or cavity, where continuous horizontal reinforcing also acts as structural bond or tie between wythes, space reinforcing as required by code but not more than 16 inches on centers vertically.

   b. For single wythe walls, space reinforcing at 16 inches on centers vertically, unless otherwise shown.

   c. For parapets, space reinforcing at 8 inches on centers vertically, unless otherwise shown.

5. Reinforce masonry openings greater than 12 inches wide, with horizontal joint reinforcing placed in two horizontal joints approximately 8 inches apart, immediately above the lintel and immediately below the sill. Extend reinforcing a minimum of 24 inches beyond jambs of the opening.

   a. In addition to wall reinforcing, provide additional reinforcing at openings as required to comply with the above.

I. Anchoring Masonry Work:

1. Provide anchoring devices of the type shown and as specified under Section 04150, Masonry

Accessories.  If not shown or specified, provide standard type for facing and backup involved.

2.  Anchor masonry to structural members where masonry abuts or faces such members to comply with the following:

   a.  Provide an open space not less than 1/2 inch in width between masonry and structural member, unless otherwise shown.  Keep open space free of mortar or other rigid materials.

   b.  Anchor masonry to structural members with metal ties embedded in masonry joints and attached to structure.  Provide anchors with flexible tie sections, unless otherwise shown.

   c.  Space anchors as shown, but not more than 16 inches on center vertically and 36 inches on center horizontally.

3.  Anchor single wythe masonry veneer to backing with metal ties as follows:

   a.  Anchor veneer to structural members with metal anchors embedded in masonry joints and attached to structure.  Provide anchors with flexible tie section, unless otherwise shown.

   b.  Anchor veneer to concrete back up with dovetail anchors.

   c.  Anchor veneer to existing concrete and masonry backup with corrugated anchors attached with stainless steel expansion bolts.

J.  Control Joints:

   1.  Provide vertical expansion, control and isolation joints in masonry where shown.  Build in related items as the masonry Work progresses.  Rake out mortar in preparation for application of caulking and sealants.  Refer to Section 07920, Caulking and Sealants.

a. Provide items specified under Section 04150, Masonry Accessories, where shown.

    1) Build flanges of factory fabricated neoprene control joint into brick masonry and premolded control joint strips into concrete unit masonry. Refer to Section 04150.

    2) Build in compressible fillers specified under Section 04150, Masonry Accessories, where shown. Install in accordance with manufacturer's written instructions.

2. Control Joint Spacing: Where location of control joints are not shown, place vertical joints spaced not to exceed 50 feet-0 inches on centers for clay masonry or 35 feet-0 inches on centers for concrete masonry wythes if reinforced. Locate control joints in the masonry Work as shown and including the following:

a. At structural column or joint between bays.

b. Above expansion or control joints in the supporting structure.

c. Above major openings at end of lintels upward and below at ends of sills downward. Place at one side of jamb for openings less than 6 feet-0 inches wide and at both sides for openings over 6 feet-0 inches wide.

d. At vertical chases, recesses and other points of reduction in wall thickness.

e. At locations where masonry wall height changes by more than 20 percent.

f. Where masonry abuts supporting structure.

g. At a distance equal to 1/2 the wall height from corners or intersections with other masonry.

        h.    Submit joint locations to Engineer for approval.

K.    Lintels:

    1.    Provide steel lintels and masonry U-block lintels, where shown on the Contract Drawings, and specified in Section 05504, Miscellaneous Metal Fabrications.

    2.    Provide masonry lintels where shown and wherever openings of 16 inches or more are shown without structural lintels.  Provide precast or formed in place masonry lintels. Thoroughly cure precast lintels before handling and installation. Temporarily support formed-in-place lintels.

        a.    Unless otherwise shown, provide one horizontal reinforcing bar for each 4 inches of wall thickness, of size-number not less than the number of feet of opening width.

        b.    For hollow masonry unit walls, use specially formed "U" shaped lintel units with reinforcing bars placed as shown, filled with Type M mortar.

    3.    Provide minimum bearing at each jamb, of 4 inches for openings less than 6 feet-0 inches wide, and 8 inches for wider openings.

L.    Flashing of Masonry Work:

    1.    Provide concealed flashings in masonry Work as shown.  Refer to Section 07600, Flashing, and Section 07560, Waterproofing, for type of flashing required.  Prepare masonry surfaces smooth and free from projections which might puncture flashing.  Place through wall flashing on bed of mortar and cover with mortar.  Seal flashing penetrations with mastic before covering with mortar.  Terminate flashing 1/2 inch from face of wall, unless otherwise shown.

        a.    Extend flashings beyond edge of lintels and sills at least 4 inches and turn up edge on

sides to form pan to direct moisture to exterior.

b. Install elastic flashings in accordance with manufacturer's instructions.

2. Provide 3/8" wide x 1 1/2" long plastic insert type weep joints in the head joints of the first course of masonry immediately above concealed flashings. Space 24 inches on center, unless otherwise shown.

3. Install reglets and nailers for flashing and other related work where shown to be built into masonry Work.

4. Install emergency scuppers as shown.

**3.5 CUTTING AND REMOVING EXISTING MASONRY**

A. Wherever existing masonry is shown to be cut and removed use methods that will produce sharp, true edges to accept new abutting work.

**3.6 REPAIR, POINTING AND CLEANING**

A. Remove and replace masonry units which are loose, chipped, broken, stained or otherwise damaged, or if units do not match adjoining units as intended. Provide new units to match adjoining units and install in fresh mortar or grout, pointed to eliminate evidence of replacement.

B. Pointing: During the tooling of joints, enlarge any voids or holes, except weep holes, and completely fill with mortar. Point up all joints at corners, openings and adjacent work to provide a neat, uniform appearance, properly prepared for application of caulking or sealant compounds.

C. Cleaning Exposed, Unglazed Masonry Surfaces:

1. Wipe off excess mortar as the Work progresses. Dry brush at the end of each day's work.

2. Final Cleaning: After mortar is thoroughly set and cured, clean sample wall area of approximately

20 square feet as described below. Obtain Engineer's acceptance of sample cleaning before proceeding to clean remainder of masonry work.

a. Dry clean to remove large particles of mortar using wood paddles and scrappers. Use chisel or wire brush if required.

b. Presoak wall by saturating with water and flush off loose mortar and dirt.

c. Scrub down wall with stiff fiber brush and a solution of 1/2 cup of trisodium phosphate and 1/2 cup of household detergent dissolved in one gallon of water.

d. Rinse walls, using clean, pressurized water, to neutralize cleaning solution and remove loose material.

e. Acid cleaning of masonry will not be permitted.

3. Clear Coatings: See Section 09900, Painting.

E. Protection:

1. Protect the masonry Work from deterioration, discoloration or damage during subsequent construction operations.

2. When work on any brick or block masonry is finished for the day or discontinued on account of rain or snow, or where top of new work is likely to be damaged by storms, sloping planks covered with tarred felt shall be placed over the top of walls.

\+ + END OF SECTION + +

# SECTION 04210

# BRICK MASONRY

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

1. Contractor shall furnish all labor, materials, equipment and incidentals required to provide brick masonry, as shown and specified.

2. The extent of each type of brickwork is shown on the Drawings and in schedules.

B. Related Work Specified Elsewhere:

1. Section 04100, Mortar.

2. Section 04150, Masonry Accessories.

3. Section 04201, Unit Masonry Construction.

4. Section 04210, Brick Masonry.

### 1.2 QUALITY ASSURANCE

A. Requirements of Regulatory Agencies: Wherever a fire resistance classification is shown or scheduled for brick masonry (4-hour, 2-hour and similar designations), provide brick complying with the requirements established by UL, governing authorities, and the New York State Uniform Fire Prevention and Building Code, for types of brick masonry shown.

B. Source Quality Control: Obtain brick from one manufacturer, of uniform texture and color or uniform blend in the variation thereof, for each continuous area and for visually related areas, to match adjacent existing masonry where applicable.

C. Presubmittal Meeting: Before submitting samples for approval, the Contractor and his supplier shall meet

on-site with the Engineer to review the existing masonry to be matched and preview proposed products.

D.   Reference Standards:  Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified.

   1.   ASTM C 216, Standard Specification for Facing Brick (Solid Masonry Units Made from Clay or Shale).

   2.   ASTM C-62, Specification for Common Brick.

   3.   ASTM C64, Fire Clay Brick.

   4.   ASTM C67, Standard Methods of Sampling and Testing Brick.

## 1.3   SUBMITTALS

A.   Samples:

   1.   Submit for approval straps of each type of brick specified to match the adjacent existing masonry or for new masonry construction.  Select units to show the range of color and texture which can be expected in the finished Work.  Compliance with all other requirements is the exclusive responsibility of the Contractor.

B.   Manufacturer's Data:  Submit for approval copies of the manufacturer's specifications and test data for each type of brick required, including certification that each type complies with the specified requirements. Include instructions for handling, storage, installation and protection of each type of brick. Provide test results of drying and shrinking of units performed within one year prior to delivery.

## 1.4   PRODUCT DELIVERY, STORAGE AND HANDLING

A.   Delivery of Materials:  Deliver brick in original unopened and undamaged packages and pallets, plainly marked with identification of materials and manufacturer.

B. Storage of Materials: Store and cover brick to prevent damage such as chipping and staining. Store and handle all materials to prevent inclusion of water or foreign matter and to prevent damage of any nature. Packaged units shall be kept in original unopened packages until time for use.

C. Distribute materials on floor slabs to prevent overloading. Designated live loads shown for floor shall not be exceeded.

**PART 2 - PRODUCTS**

**2.1 MATERIALS**

A. Size: Unless otherwise shown provide nominal 8-inch by 2-5/8-inch by 4-inch brick, (7-5/8 inches by 2-1/4 inches by 3-5/8 inches, actual size) for exposed vertical brick work.

1. Provide special molded shapes where shown and for applications which cannot be sawed from standard brick sizes.

**2.2 BRICK**

A. Facing Brick: ASTM C 216.

1. Grade SW for all exposed brick.

2. Type FBS.

3. Texture, Colors and Blend: To match adjacent existing structures and as selected by the Owner for new construction.

4. Products and Manufacturer: Provide one of the following:

a. Merritt Brick Corporation.

b. Belden-Stark Brick Corporation.

c. Or equal.

B. Common Brick: ASTM C-62 1. Grade MW Brick.

**PART 3 - EXECUTION**

**3.1 INSTALLATION**

A. See Section 04201, Unit Masonry Construction.

\+ + END OF SECTION + +

# SECTION 04220

# CONCRETE UNIT MASONRY

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

1. Contractor shall furnish all labor, materials, equipment and incidentals required to provide concrete unit masonry as shown and specified.

2. The extent of each type of block is shown on the Drawings.

B. Related Work Specified Elsewhere:

1. Section 04100, Mortar.

2. Section 04150, Masonry Accessories.

3. Section 04201, Unit Masonry Construction.

### 1.2 QUALITY ASSURANCE

A. Requirements of Regulatory Agencies: Wherever a fire-resistance classification is shown or scheduled for concrete unit masonry construction (4-hour, 3-hour and similar designations), provide units complying with the requirements established by the UL, governing authorities and the New York State Uniform Fire Prevention and Building Code for types of concrete unit masonry shown.

B. Source Quality Control: Obtain units from one manufacturer, cured by one process and of uniform texture and color, for each type required.

C. Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified.

1. ASTM C 33, Standard Specification for Concrete Aggregates.

2. ASTM C 90, Hollow Load-Bearing Concrete Masonry Units.

3. ASTM C 129, Hollow, Non-Load Bearing Concrete Masonry Units.

4. ASTM C 145, Solid Lightweight Load-Bearing Concrete Masonry Units.

5. ASTM C 331, Standard Specification for Lightweight Aggregates for Concrete Masonry Units.

6. ASTM E 84, Standard Method of Test for Surface Burning Characteristics of Building Materials.

7. ASTM C 140, Sampling and Testing Concrete Masonry Units.

## 1.3 SUBMITTALS

A. Samples: Submit for approval samples of each type of concrete masonry unit specified. Select units to show range of color and texture which can be expected in the finished Work. Engineer's review will be for color and texture only. Compliance with all other requirements is the exclusive responsibility of the Contractor.

B. Manufacturer's Data: Submit for approval copies of manufacturer's specifications and test data for each type of concrete masonry unit required, including certification that each type complies with the specified requirements. Include instructions for handling, storage, installation and protection of each type of concrete masonry unit.

## 1.4 PRODUCT DELIVERY, STORAGE AND HANDLING

A. Delivery of Materials: Deliver concrete masonry units in unopened, undamaged original packages and pallets, plainly marked with identification of materials and manufacturer.

B. Storage of Materials: Store and cover concrete masonry units to prevent damage such as chipping and staining. Store and handle all materials to prevent inclusion of water or foreign matter and to prevent damage of any

nature. Packaged units shall be kept in original unopened packages until time for use.

C. Distribute materials on floor slabs to prevent overloading. Designated live loads shown for floor shall not be exceeded.

**PART 2 - PRODUCTS**

**2.1 MATERIALS**

A. Size: Manufacturer's standard units with nominal face dimensions of 16 inches long by 8 inches high (15 5/8 inches by 7 5/8 inches actual), unless otherwise specified.

B. Special Shapes: Provide lintels, corners, jambs, sash, control joints, headers, bonding and other special conditions where shown. Provide bullnose block for outside corners where shown or where used in adjacent masonry.

**2.2 CONCRETE MASONRY UNITS**

A. General: All materials utilized on this job shall be new and the compressive strength of the assembled masonry (f/m) shall be at least 1,500 psi in accordance with ACI 530.

B. Concrete Block (C.M.U.):

1. General: Where concrete masonry units are shown, comply with the following classifications, weights, grades, curing, and other requirements as specified.

2. Hollow Load-Bearing Concrete Masonry Units nominally 6 inches or more in thickness: ASTM C 90, Grade N-I.

3. Hollow Non-Load Bearing Concrete Masonry Units nominally less than 6 inches: ASTM C 129.

4. Solid Load-Bearing Concrete Masonry Units: ASTM C 145, Grade "N-I."

5.   Weight: Provide normal weight units using aggregate complying with ASTM C 90 producing dry net weight of not less than 125 pounds per cubic foot, unless otherwise specified.

6.   Curing: Cure units in a moisture controlled atmosphere or in an autoclave at normal pressure and temperature to comply with ASTM C 90, Type I.

   a.   Limit moisture absorption during delivery and until time of installation to the maximum percentage specified for Type I units for the average annual relative humidity as reported by the United States Weather Bureau Station nearest the project site.

7.   Exposed Faces: Provide manufacturer's standard and custom color and texture, unless otherwise indicated.

8.   Units shall be manufactured not less than 30 days prior to being used and stored under cover until shipment.

## 2.3   MOLDED POLYSTYRENE INSULATION

A.   Insulation inserts shall be expanded polystyrene, individually molded to have a minimum density of 1.3 lb./cu. ft. and a minimum R-value at 75°F of 3.92.

B.   Insulation inserts shall be installed in the cores of blocks in accordance with manufacturer's recommendations prior to delivery to the job site.

C.   All concrete unit masonry in exterior walls shall have insulation inserts.

D.   Product and Manufacturer:  Insulation inserts shall be manufactured by:

1.   Concrete Block Insulating Systems - Korfil

2.   Or approved equal.

**PART 3 - EXECUTION**

**3.1 INSTALLATION**

A. See Section 04201, Unit Masonry Construction.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# DIVISION 5 - METALS

NO TEXT THIS PAGE

## SECTION 05120

## STRUCTURAL STEEL

### PART 1 - GENERAL

### 1.1 SUMMARY

A. Scope:

1. Contractor shall furnish all labor, materials, equipment, and incidentals required to provide the structural steel, including surface preparation and shop priming, as shown and specified.

2. Structural steel is that work defined in AISC "Code of Standard Practice", Section 2, and as shown. The Work also includes:

   a. Providing openings in and attachments to structural steel to accommodate the Work under this and other Sections and providing for the structural steel all items such as anchor bolts, studs and all items required for which provision is not specifically included under other Sections.

B. Coordination: Review installation procedures under other Sections and coordinate the Work that must be installed with or attached to the structural steel.

C. Related Work Specified Elsewhere:

1. Section 03300, Cast-In-Place Concrete (grout is specified therein).

2. Section 05503, Anchor Bolts, Expansion Anchors and Concrete Inserts.

3. Section 05504, Miscellaneous Metal Fabrications.

4. Section 09900, Painting (surface preparation and shop priming is specified therein).

## 1.2  QUALITY ASSURANCE

A.  Reference Standards and Codes: Comply with applicable provisions and recommendations of the following except as otherwise shown or specified:

1.  ASTM A 36, Structural Steel.

2.  ASTM A 108, Cold Finished Carbon Steel Bars and Shafting.

3.  ASTM A 307, Carbon Steel Externally and Internally Threaded Standard Fasteners.

4.  ASTM A 325, High Strength Bolts for Structural Steel Joints, Including Suitable Nuts and Plain Hardened washers.

5.  ASTM A 490, Quenched and Tempered Alloy Steel Bolts for Structural Steel Joints.

6.  AWS Dl.1, Structural Welding Code.

7.  AISC, Manual of Steel Construction.

8.  AISC, Code of Standard Practice for Steel Buildings and Bridges.

9.  AISC, Specifications for the Design, Fabrication, and Erection of Structural Steel for Buildings and including the Commentary and Supplements thereto as issued.

10. Specifications for Structural Joints using ASTM A 325 or A 490 Bolts, approved by the Research Council on Riveted and Bolted Structural Joints (RCRBSJ) of the Engineering Foundation, and endorsed by AISC.

B.  Design of Members and Connections:

1.  All details shown are typical; similar details apply to similar conditions, unless otherwise shown or specified. Verify dimensions at the site without causing delay in the Work.

    2. Contractor shall examine conditions under which structural steel is to be provided, and notify Engineer in writing of unsatisfactory conditions existing or whenever design of members and connections may not be clearly indicated. Do not proceed with the Work until unsatisfactory conditions or deficiencies have been corrected.

C. Source Quality Control:

1. Materials and fabrication procedures shall be subject to inspection and tests in the mill, shop, and field. Such inspections and tests will not relieve the contractor of responsibility for providing materials and fabrication procedures in compliance with specified requirements.

2. Fabrication shall be performed by a structural steel fabricating plant possessing a current certificate from AISC stating that the plant satisfies the requirements for certification for Category II of the AISC Quality Certification Program. The plant shall maintain this certification for the entire time fabrication for this project is being performed.

D. Qualifications for Welding Work:

1. Qualify welding processes and welding operators in accordance with AWS "Structural Welding Code" D1.1, Section 5, Qualification.

2. Provide certification that all welders employed on or to be employed for the work have satisfactorily passed AWS qualification tests within the previous 12 months. Contractor shall ensure that all certifications are kept current.

**1.3 SUBMITTALS**

A. Shop Drawings:

1. Submit for approval Shop Drawings including complete details and schedules for fabrication and shop assembly of members and details, schedules, procedures and diagrams showing the sequence of erection.

       a. Include details of cuts, connections, camber, holes, and other pertinent data. Indicate welds by standard AWS symbols, and show size, length, and type of each weld.

b. Provide setting drawings, templates, and directions for the installation of anchor bolts and other anchorages.

2. Submit for approval, copies of manufacturer's specifications and installation instructions for products listed below. Include laboratory test reports and other data as required to show compliance with these specifications.

a. Structural steel of each type, including certified copies of mill reports covering the chemical and physical properties.

b. High-strength bolts of each type, including nuts and washers.

c. Unfinished bolts and nuts.

d. Prime shop coat of paint compatible to finish coat, see Paint Section 09900.

e. Touch-up field primer paint.

**1.4 PRODUCT DELIVERY, STORAGE AND HANDLING**

A. Deliver materials to the site at such intervals to insure uninterrupted progress of the work.

1. Deliver anchor bolts and anchorage devices, which are to be embedded in cast-in-place concrete, in ample time to not delay that Work.

B. Store materials to permit easy access for inspection and identification. Keep steel members off the ground, using pallets, platforms, or other supports. Protect steel members and packaged materials from corrosion and deterioration.

1. Do not store materials on the structure in a manner that might cause distortion or damage to the members or the supporting structures. Repair or

replace damaged materials or structures as directed.

## PART 2 - PRODUCTS

### 2.1 MATERIALS

A. Rolled Steel Plates, Shapes and Bars: ASTM A 36, except where other type steel is shown.

B. Anchor Bolts: ASTM A 307, nonheaded type unless otherwise shown or specified.

C. High-Strength Threaded Fasteners: Heavy hexagonal structural bolts, heavy hexagon nuts, and hardened washers, as follows:

   1. Quenched and tempered medium-carbon steel bolts, nuts and washers, complying with ASTM A 325

D. Electrodes for Welding: E70 complying with AWS D1.1, Design of New Buildings, Section 8. AWS D1.1.

E. Surface Preparation and Shop Priming: All structural steel shall be primed in the shop. Surface preparation and shop priming are included herein but are specified in Section 09900, Painting.

F. All aluminum surfaces that shall be embedded or will come in contact with concrete shall be bituminous coated.

G. All galvanized elements that will be embedded or will come in contact with concrete and mortar will require a chromate coating. This coating shall be applied in the factory by either dipping the galvanized elements in a solution of sodium or potassium dichromate acidified with sulfuric acid or spraying this solution on the galvanized surfaces.

## 2.2   FABRICATION

A.   Shop Fabrication and Assembly:

    1.   General:

        a.   Fabricate and assemble structural assemblies in the shop to the greatest extent possible. Fabricate items of structural steel in accordance with AISC, Manual of Steel Construction, and as shown on the Shop Drawings. Provide camber in structural members as shown.

        b.   Properly mark and match-mark materials for field assembly. Fabricate for delivery sequence which will expedite erection and minimize field handling of materials.

        c.   Where finishing is required, complete the assembly, including welding of units, before start of finishing operations. Provide finish surfaces of members exposed in the final structure free of markings, burrs, and other defects.

B.   Connections:

    1.   Shop Connections:

        a.   Unless otherwise shown, shop connections shall be welded or high strength bolted and shall be friction type connections. Unless otherwise shown, all welds shall be 1/4 inch minimum.

        b.   Wherever reaction values of a beam are not shown, the connections shall be designed to support the total uniform load capacity tabulated in the AISC tables for allowable loads on beams for the given shape, span, and steel specified for the beam in question.

        c.   Shop welded connections shall be designed to eliminate or minimize eccentricity. The size, extent, location and type of all shop welds shall be clearly shown on the Shop Drawings by use of AWS standard notations and symbols.

     d.   End connection angles fastened to the webs of beams and the thickness of the angles, size and extent of fasteners or shop welds shall conform to tables of "Framed Beam Connections" in the AISC Manual. All connections shall be two sided, unless otherwise shown.

     e.   Girts, continuous plate girder and I-beam spans, skew portals, skew connections, rigid frames, etc., shall be completely assembled in the shop and accurately adjusted to line and camber. Holes for field connections shall be drilled or reamed while assembled. Holes for other connections, except those in lateral, longitudinal, and sway bracing, shall be drilled or reamed in the shop with the connecting parts assembled; or drilled or reamed to a metal template with hardened bushings, without assembling.

2.   Field connections:

     a.   All field connections unless otherwise specified below or noted shall be made with high strength bolts, and shall be friction type connections.

     b.   Field welding is permitted only where noted or approved by the Engineer.

     c.   Field bolted joints for girders shall be completely assembled, the members adjusted for line and camber, and holes for field connections drilled or reamed while assembled.

3.   High-Strength Bolted Construction:

     a.   Install high-strength threaded fasteners in accordance with AISC "Specifications for Structural Joints using ASTM A 325 or A 490 Bolts" (RCRBSJ).

          b.    High strength bolt design shear values shall be as specified in the AISC Manual for bolts with threads in the shear plane.

          c.    The minimum size of bolts shall be 3/4-inch diameter, unless otherwise noted.

    4.    Welded Construction: Comply with AWS Code for procedures, appearance and quality of welds, and methods used in correcting welding work.

          a.    Assemble and weld built-up sections by methods which will produce true alignment of axes without warp.

    5.    Where rigid connections are required for conditions shown, web shear reinforcement and stiffeners per AISC Specifications shall be provided.

C.    Bracing:

    1.    Bracing, for which a calculated stress is not shown, shall have a minimum two bolt connection or a shop welded connection of equivalent strength.

    2.    Vertical bracing and knee braces connecting to columns shall be on the centerline of the columns, unless otherwise noted.

    3.    Knee braces shall be at 45 degree angle, unless otherwise shown or noted.

    4.    All gussets shall be minimum 3/8-inch thick, unless otherwise shown.

D.    Columns: Column shafts shall have "finished" bearing surfaces at the base and at all splice lines.

E.    Holes and Appurtenances for Other Work:

    1.    Provide holes required for securing other work to structural steel framing, and for the passage of other work through steel framing members, as shown on the Shop Drawings. If large blockouts are required and approved, the webs shall be reinforced to develop specified shears. Provide threaded nuts

welded to framing and other specialty items as shown to receive other work.

2. Cut, drill, or punch holes perpendicular to metal surfaces. Do not flame cut holes or enlarge holes by burning. Drill holes in bearing plates.

3. Coordinate as specified in Paragraph 1.1.

## PART 3 - EXECUTION

### 3.1 ERECTION

A. General: Comply with the AISC Specifications and Code of Standard Practice, and as herein specified.

B. Surveys: Provide services of a registered surveyor to check lines and elevations of concrete bearing surfaces, and locations of anchor bolts and similar devices before steel erection proceeds. Discrepancies shall be reported immediately to the Engineer. Do not proceed with erection until corrections have been made, or until compensating adjustments to the structural steel work have been agreed upon with the Engineer.

C. Temporary Shoring and Bracing: Provide temporary shoring and bracing members with connections of sufficient strength to bear imposed loads. Remove temporary members and connections when permanent members are in place and final connections are made. Provide temporary guy lines to achieve proper alignment of the structures as erection proceeds.

D. Temporary Planking: Provide temporary planking and working platforms as necessary to effectively complete the Work. Contractor shall provide sufficient planking to meet OSHA requirement.

E. Anchor Bolts: Furnish anchor bolts and other connectors required for securing structural steel to foundations and other in-place work.

1. Furnish templates and other devices as necessary for presetting bolts and other anchors to accurate locations.

2.  All bolted connections with high strength bolts shall use Direct Tension Indicator Devices in accordance with Paragraph 8(d)(4) of the "Specification for Structural Joints using ASTM A325 or A490 Bolts," approved by the Research Council on Structural Connections, November 13, 1985. High strength bolts shall be installed in properly aligned holes and tightened to at least the minimum tension specified in the table below. Alternately, calibrated wrench tightened may be used in lieu of Direct Tension Devices, provided the requirements of paragraph 8(d)(2) of the same specifications are met. Fastener Tension Required for Slip-Critical Connections and Connections Subject to Direct Tension

| Nominal Bolt Size (inches) | Minimum Tension in 1000's of Pounds (kips) | |
|---|---|---|
| | A325 Bolts | A490 Bolts |
| 3/4 | 28 | 35 |
| 7/8 | 39 | 49 |
| 1 | 51 | 64 |
| 1-1/8 | 56 | 80 |
| 1-1/4 | 71 | 102 |
| 1-3/8 | 85 | 121 |
| 1-1/2 | 103 | 148 |

Wrenches may be manual torque or power wrenches designed by the manufacturer for use with high strength bolts. If manual torque wrenches are used, their dials shall be calibrated on the job. If power wrenches are used, the manufacturer's recommendations shall be carefully followed and proper working conditions of the machine demonstrated before the work is started.

The inspector shall approve the procedure for calibration of wrenches and installation of bolts and in general shall satisfy himself that all requirements of the specifications for "Structural Joints Using ASTM A325 or A490 Bolts" are met.

F.  Setting Bases and Bearing Plates: Clean concrete bearing surfaces of bond-reducing materials and roughen to improve bond to surfaces. Clean the bottom surface of base and bearing plates.

1.   Set loose and attached base plates and bearing plates for structural members on steel wedges or other adjusting devices.

2.   Tighten the anchor bolts after the supported members have been positioned and plumbed. Do not remove wedges or shims, but if protruding, cut off flush with the edge of the base or bearing plate prior to packing with grout.

3.   Place grout between bearing surfaces and bases or plates as specified in Section 03300. Finish exposed surfaces, protect installed materials, and allow to cure in strict compliance with the manufacturer's instructions, or as otherwise required.

4.   Leveling plates and wood wedges will not be permitted.

G.   Field Assembly: Set structural frames accurately to the lines and elevations indicated. Align and adjust the various members forming a part of a complete frame or structure before permanently fastening. Clean bearing surfaces and other surfaces which will be in permanent contact before assembly. Perform necessary adjustments to compensate for discrepancies in elevations and alignment.

1.   Level and plumb individual members of the structure within tolerances as specified in AISC Manual. For members requiring accurate alignment, clip angles, lintels and other members shall be provided with slotted holes for horizontal adjustment at least 3/8 inch in each direction, or more when required.

2.   Splice members only where shown or specified.

H.   Erection Bolts: On exposed welded construction, remove erection bolts, fill holes with plug welds and grind smooth at exposed surfaces.

I.   Comply with AISC Manual for bearing, adequacy of temporary connections, alignment, and the removal of paint on surfaces adjacent to field welds.

    1.  Do not enlarge unfair holes in members by burning or by the use of drift pins, except in secondary bracing members. Ream holes that must be enlarged to admit bolts.

J.   Gas Cutting: Do not use gas cutting torches in the field for correcting fabrication errors in the structural framing. Cutting will be permitted only on secondary members which are not under stress, as acceptable to the Engineer. Finish gas-cut sections equal to a sheared appearance when permitted.

K.   Touch-Up Painting:

    1.  Unless otherwise specified below comply with all requirements of in Section 09900, Painting.

    2.  Immediately after erection, clean field welds, bolted connections, and all damaged and abraded areas of the shop paint. Apply paint to exposed areas with the same material as used for shop painting. Apply by brush or spray to provide a minimum dry film thickness of 2.0 mils.

+ + END OF SECTION + +

## SECTION 05503

## ANCHOR BOLTS, EXPANSION ANCHORS AND CONCRETE INSERTS

### PART 1 - GENERAL

### 1.1   SUMMARY

A.   Scope:

1.   Contractor shall furnish all labor, materials, equipment and incidentals required to provide anchor bolts, expansion anchors and concrete inserts as shown and specified.

B.   This section includes all bolts, anchors and inserts required for the Work but not specified under other Sections.

C   The types of work using the bolts, anchors and inserts include, but are not limited to the following:

1.   Rails.

2.   Hangers and brackets.

3.   Equipment, frames and bases.

4.   Structural steel.

5.   Piping.

6.   Electrical.

7.   Grating.

8.   Ladders.

D.   Related Work Specified Elsewhere:

1.   Section 05102, Structural Steel.

2.   Section 05504, Miscellaneous Metal Fabrications.

3.   Section 05532, Aluminum Grating.

4.   Section 18180, Miscellaneous Appurtenances.

     5. Section 18094, Pipe Hangers and Supports.

## 1.2 QUALITY ASSURANCE

A. Reference Standards: Comply with the applicable provisions and recommendations of the following, except as otherwise shown and specified.

1. ASTM A 307, Carbon Steel Externally and Internally Threaded Standard Fasteners.

2. ASTM A 320, Alloy-Steel Bolting Materials for Low-Temperature Service.

B. Expansion anchors and inserts shall be UL or FM approved.

## 1.3 SUBMITTALS

A. Samples: Submit for approval representative samples of bolts, anchors and inserts as may be requested by the Engineer. His review will be for type and finish only. Compliance with all other requirements is exclusive responsibility of Contractor.

B. Shop Drawings: Submit for approval the following:

1. Setting drawings and templates for location and installation of anchorage devices.

2. Copies of manufacturer's specifications, load tables, dimension diagrams and installation instructions for the devices.

# PART 2 - PRODUCTS

## 2.1 DESIGN CRITERIA

A. When the size, length or load carrying capacity of an anchor bolt, expansion anchor, or concrete insert is not shown on the Drawings, provide the size, length and capacity required to carry the design load times a minimum safety factor of four.

B.    Determine design loads as follows:

    1.    For equipment anchors, use the design load recommended by the manufacturer and approved by the Engineer.

    2.    For pipe hangers and supports, use one half the total weight of pipe, fittings, valves, accessories and water contained in pipe, between the hanger or support in question and adjacent hangers and supports on both sides.

    3.    Allowances for vibration are included in the safety factor specified above.

    4.    Anchors shall develop ultimate shear and pull-out loads of not less than the following values in concrete:

| Bolt Diameter (Inches) | Minimum Shear (Pounds) | Minimum Pull-Out Load (Pounds) |
|---|---|---|
| 1/2 | 4,500 | 6,300 |
| 5/8 | 6,900 | 7,700 |
| 3/4 | 10,500 | 9,900 |

## 2.2  MATERIALS

A.    Anchor Bolts:

    1.    Provide stainless steel anchor bolts complying with ASTM A320.

B.    Expansion Anchors:

    1.    Provide stainless steel anchors. Anchors shall be of the size required for the concrete strength specified. Provide stud type (male thread) or flush type (female thread), as required.

    2.    Product and Manufacturer: Provide anchors by one of the following:

        a.    Molly Division of USM Corporation.

        b.    Hilti, Incorporated.

   c. Or equal.

C. Adhesive Anchors:

1. Provide stainless steel HVA adhesive anchors as shown on Contract Drawings.

2. Product and Manufacturer:

a. Hilti, Incorporated

b. Or equal.

D. Concrete Inserts:

1. Provide stainless steel inserts. Provide those recommended by the manufacturer for the required loading.

2. Manufacturer: Provide one of the following inserts:

a. ITT Grinnell.

b. Hohmann and Barnard, Inc.

c. Or equal.

E. Powder actuated fasteners and other types of bolts and fasteners not specified herein shall not be used unless approved by Engineer.

F. Connection Bolts, Nuts and Washers: Materials shall be as specified in other Sections of the Specifications, or shown on the Drawings. Where materials are not specified or shown on the Drawings, they shall be of Type 304 stainless steel.

G. Toggle Bolts:

1. Provide stainless steel spring wing toggle bolts of the size required for secure anchorage of individual items, but not less than 1/4" diameter, of length required.

2. Product and Manufacturer: Provide one of the following:

       a. Spring Wing Toggle Bolts by Ramset Fastening Systems.

       b. No. 3000 Series, Snapin Toggle Bolts by Star.

       c. Or equal.

## PART 3 - EXECUTION

### 3.1 INSTALLATION

A. Drilling equipment used and installation of expansion anchors shall be in accordance with manufacturer's instructions.

B. Assure that embedded items are protected from damage and are not filled in with concrete.

C. Expansion anchors may be used for hanging or supporting pipe 2 inches diameter and smaller. Expansion anchors shall not be used for larger pipe unless otherwise shown or approved by the Engineer.

D. Use concrete inserts for pipe hangers and supports for the pipe size and loading recommended by the insert manufacturer.

E. Unless recommended in bolt manufacture's literature or approved by the Engineer, conform to following for expansion anchors:

    1. Minimum embedment depth in concrete: 5 diameters.

    2. Minimum anchor spacing on centers: 10 diameters.

    3. Minimum distance to edge of concrete: 5 diameters.

    4. Increase dimensions above if required to develop the required anchor load capacity.

F. Chromate Coating: All galvanized elements that will be embedded in or will come in contact with concrete mortar will require a chromate coating. This coating should be accomplished by either dipping the galvanized elements in a solution of sodium or potassium dichromate

acidified with sulfuric acid or spraying this solution on the galvanized surfaces.

G. Touch Up Painting: Touch-up galvanized surfaces with galvanizing repair paint applied in accordance with the manufacturer's instructions.

**3.2 CLEANING**

A. After embedding concrete is placed, remove protection and clean bolts and inserts.

+ + END OF SECTION + +

# SECTION 05504

# MISCELLANEOUS METAL FABRICATIONS

## PART 1 - GENERAL

### 1.1 SUMMARY

A. Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide miscellaneous metal fabrications including surface preparation and shop priming, as shown and specified.

B. The extent of miscellaneous metal fabrications Work is shown on the Drawings and includes items fabricated from iron, steel, stainless steel and aluminum shapes, plates, bars, castings and extrusions, which are not a part of the structural steel or other metal systems covered by other Sections of these Specifications.

C. The types of miscellaneous metal items include, but are not limited to the following:

1. Ladders.

2. Embedded steel plates.

3. Miscellaneous framing and supports

D. Related Work Specified Elsewhere:

1. Section 03300, Cast in Place Concrete.

2. Section 05523, Aluminum Handrails and Railings.

3. Section 05532, Aluminum Grating.

4. Section 09900, Painting.

### 1.2 QUALITY ASSURANCE

A. Reference Standards: Comply with the applicable provisions and recommendations of the following, except as otherwise shown and specified:

1. ASTM A 36, Structural Steel.

2. ASTM A 42, Mild Low Carbon Steel, and Wrought Iron.

3. ASTM A 93, Zinc Coated (Galvanized) Iron or Steel Sheets, Coils, and Cut Lengths, 2.5 oz. Coating Class Unless Otherwise Specified.

4. ASTM A 123, Zinc (Hot-Galvanized) Coatings on Products Fabricated from Rolled, Pressed, and Forged Steel Shapes, Plates, Bars, and Strip.

5. ASTM A 153, Zinc Coating (Hot-Dip) on Iron and Steel Hardware.

6. ASTM A 276, Stainless and Heat-Resisting Steel Bars and Shapes.

7. ASTM A 386, Zinc Coating (Hot-Dip) on Assembled Steel Products.

8. ASTM B 26, Aluminum-Alloy Sand Castings.

9. ASTM B 211, Aluminum-Alloy Bars, Rods and Wire.

10. ASTM B 221, Aluminum-Alloy Extruded Bars, Rods, Wire, Shapes and Tubes.

11. ANSI A14.3, Safety Requirements for Fixed Ladders.

12. AWS D1.1, Structural Welding Code.

B. Field Measurements: Take field measurements where required prior to preparation of Shop Drawings and fabrication to ensure proper fitting of the Work.

C. Shop Assembly: Preassemble items in the shop to the greatest extent possible, so as to minimize field splicing and assembly of units at the project site. Disassemble units only to the extent necessary for shipping and handling limitations. Clearly mark units for reassembly and coordinated installation.

**1.3 SUBMITTALS**

A. Shop Drawings: Submit for approval the following:

1. Shop Drawings for the fabrication and erection of all assemblies of miscellaneous metal Work. Include plans, elevations, and details of sections and connections. Show anchorage and accessory items. Include setting drawings and templates for location and installation of miscellaneous metal items and anchorage devices.

2. Copies of manufacturer's specifications, load tables, dimension diagrams, anchor details, and installation instructions for products to be used in miscellaneous metal Work.

**PART 2 - PRODUCTS**

**2.1 MATERIALS**

A. Steel Plates, Shapes, and Bars: ASTM A 36 - Hot Dipped Galvanized.

B. Mild Low Carbon Steel: ASTM A 42.

C. Aluminum:

1. Alloy and Temper: Provide alloy and temper as shown or specified, or as otherwise recommended by the aluminum producer or finisher.

2. Extruded Shapes and Tubes: ASTM B 221.

3. Plate and Sheet: ASTM B 209.

4. Bars, Rods and Wire: ASTM B 211.

5. Castings: ASTM B 26, Alloy 713 Temper T5.

D. Zinc Coated Hardware: ASTM A 153.

E. Stainless Steel Type 304L, Type 316L.

F. Surface Preparation and Shop Priming: All steel shall be primed in the shop. Surface preparation and shop priming are included herein but are specified in Section 09900, Painting.

**2.2 MISCELLANEOUS METAL ITEMS**

A. Vent Screens:

1. A vent screen shall be furnished and installed on each vent and overflow pipe. Unless otherwise shown on the Contract Drawings, the vent screen shall consist of a circular frame sized and drilled to match the pipe flange and 1/2 inch square mesh fastened to the frame. The frame and mesh shall be of Type 304 stainless steel. The mesh shall not be less than 14 gage. Fasteners shall be of Type 316 stainless steel.

B. Miscellaneous Framing and Supports:

1. Provide miscellaneous metal framing and supports which are not a part of the structural steel framework and are required to complete the work.

2. Fabricate miscellaneous units to the sizes, shapes and profiles shown or, if not shown, of the required dimensions to receive adjacent grating, plates, doors, or other work to be retained by the framing. Except as otherwise shown, fabricate from structural shapes, plates, and bars, of all welded construction using metered corners, welded brackets and splice plates and a minimum number of joints for field connection. Cut, drill and tap units to receive hardware and similar items to be anchored to the Work.

C. Fasteners and Fittings: Provide stainless steel, Type 316L, for all aluminum fabrications, and zinc coated hardware for all galvanized fabrications and items embedded in concrete, unless otherwise shown or specified.

D. Expansion Shield Fasteners: Fasteners shall be as specified in Section 05503.

E. Primer Paint: Unless otherwise shown or specified, prepare surfaces and prime steel items as required under Section 09900, Painting, of these Specifications.

F. Field Paint: Field paint is included in Section 09900, Painting.

G. Galvanizing: All galvanizing of fabricated steel items to comply with the requirements of ASTM A 123.

**PART 3 - EXECUTION**

**3.1 INSTALLATION**

A. Set miscellaneous metal fabrications accurately in location, alignment and elevation, plumb, level, true and free of rack, measured from established lines and levels. Brace temporarily or anchor temporarily in form work where fabrications are to be built into concrete, or similar construction.

B Anchor securely as shown or as required for the intended use, using concealed anchors wherever possible.

C. Fit exposed connections accurately together to form tight hairline joints. Weld steel connections which are not to be left as exposed joints, but cannot be shop welded because of shipping size limitations. Grind steel joints smooth and touch up shop paint coat. Do not weld, cut or abrade the surfaces of exterior units which have been hot-dip galvanized after fabrication, and are intended for bolted or screwed field connections.

D. Touch-up galvanized surfaces damaged during construction with galvanizing repair paint applied in accordance with the manufacturer's instructions.

E. Protection of Aluminum from Dissimilar Materials: Using approved washers, strips or sheets of felt, and asphaltic or zinc chromate paint, protect all surfaces of aluminum from contact with dissimilar materials such as concrete, steel, nonferrous metals, etc.

F. Chromate coating: All galvanized elements that will be embedded in or will come in contact with concrete shall be chromate coated. This coating shall be applied in the factory by either dipping the galvanized elements in a solution of sodium or potassium dichromate acidified with sulfuric acid or spraying this solution on the galvanized surfaces.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# SECTION 05523

# ALUMINUM HANDRAILS AND RAILINGS

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

1. Contractor shall furnish all labor, materials, equipment and incidentals to provide aluminum handrails and railing systems as shown and specified. The Work also includes:

   a. Providing openings in and attachments to railings to accommodate the Work under this and other Sections and providing for the railings all items such as anchor bolts, fasteners, studs and all items required for which provision is not specifically included under other Sections.

   b. The type of railing required is a welded system as shown on the Contract drawings.

B. Coordination:

1. Review installation procedures under other Sections and coordinate the Work that must be installed with or attached to the railings.

C. Related Work Specified Elsewhere:

1. Section 03300, Cast-In-Place Concrete.

2. Section 05503, Anchor Bolts, Expansion Bolts and Concrete Inserts.

3. Section 05504, Miscellaneous Metal Fabrications.

### 1.2 QUALITY ASSURANCE

A. Codes: Comply with applicable requirements of the New York State Uniform Fire Prevention and Building Code.

B. Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified.

1. ASTM B 241, Aluminum-Alloy Seamless Pipe and Seamless Extruded Tube.

2. AWS D10.7, Gas Shielded-Arc Welding of Aluminum and Aluminum Alloy Pipe.

3. The Aluminum Association, Aluminum Standards and Data; and Standards for Anodized Architectural Aluminum.

4. ANSI A12.1, Safety Requirements for Floor and Wall Openings, Railings, and Toeboards.

5. OSHA Part 1910.23 - Guarding Floor and Wall Openings and Holes.

**1.3 SUBMITTALS**

A. Shop Drawings: Submit for approval Shop Drawings for the fabrication and erection of aluminum handrails and railings. Include plans, elevations, and details of sections and connections. Show anchorage items.

**1.4 PRODUCT DELIVERY, STORAGE AND HANDLING**

A. Pack and ship all railing to protect finish.

**PART 2 - PRODUCTS**

**2.1 PERFORMANCE CRITERIA**

A. Contractor shall provide a handrail and railing system that conforms to OSHA, Part 1910.23, 200 pound loading requirement. In addition, the system shall conform to the following requirements of ANSI A12.1:

1. Completed railing to withstand a load of 25 pounds per linear foot applied in any direction at the top of the railing.

2. Intermediate rail to withstand a horizontal load of 20 pounds per linear foot.

    3.   All above loads are not additive.

    4.   There shall be no permanent deflection after testing.

## 2.2  MATERIALS

A.   Extruded Aluminum Pipe and Tube:  B 241, Alloy 6061-T6. Schedule 40 for rails and Schedule 80 for posts.

B.   Two Rail System:

    1.   Use a welded pipe railing system with top and intermediate rail of 1-1/2 inch I.D. Schedule 40 aluminum and posts of 1-1/2" I.D. Schedule 80, Alloy 6061-T6 with ground joints.

## 2.3  FABRICATION

A.   Top rail shall be continuous over posts, and posts continuous from base to top rail.  Intersections of rails and posts shall be made by coping the pipe and continuously welding.  All welds shall be ground smooth. Railing splices shall be butted and reinforced by a tight-fitting interior sleeve not less than 6" long.

B.   Railings and posts shall be clear anodized after fabrication.

C.   Aluminum toe plates shall be installed along all railings as shown on Contract Drawings.

D.   Railing Chains:  Provide dual safety chains where shown on drawings, installed complete with swivel snap on one end and eye bolt on other end welded to railing post. Provide eye bolt welded to railing post for swivel snap. Chains shall be constructed of the same alloy as railings and links shall be 1/4 inch minimum in thickness.

## PART 3 - EXECUTION

### 3.1 INSTALLATION

A. Fastening to In-Place Construction:

1. Provide anchorage devices and fasteners where necessary for securing handrails and railing items to in-place construction; including threaded fasteners for concrete and masonry inserts, toggle bolts, through-bolts, lag bolts and other connectors as required.

2. Use devices and fasteners that are compatible with aluminum.

B. Cutting, Fitting and Placement:

1. Perform cutting, drilling and fitting required for installation. Set the Work accurately in location, alignment and elevation, plumb, level, true and free of rack, measured from established lines and levels.

2. Space posts 5 foot-6 inches on centers maximum and as shown.

3. Secure handrails to walls with wall brackets and end fittings as shown. Drill wall plate portion of the bracket to receive one bolt. Locate brackets as shown or, if not shown, at not more than 8 feet on centers. Provide flush-type wall return fittings with the same projection as that shown for wall brackets. Secure wall brackets and wall return fittings to building construction as follows:

   a. For concrete anchorage use bolt anchor expansion shields and lag bolts.

C. Protection from Dissimilar Materials:

1. Using bitumastic material, coat all surfaces of aluminum in contact with dissimilar materials such as concrete, masonry and steel. Coat posts one inch above slab, deck or walk.

### 3.2 CLEANING AND REPAIRING

A. Cleaning:

1. Remove all stains, dirt, grease or other substances by washing railings thoroughly using clean water and soap; rinse with clean water.

2. Do not use acid solution, steel wool or other harsh abrasive.

   a. If stain remains after washing, remove finish and restore.

B. Repair:

1. Remove stained or otherwise defective Work and replace with material that meets specification requirements.

\+ + END OF SECTION + +

NO TEXT THIS PAGE

# SECTION 05532

# ALUMINUM GRATING

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

1. Contractor shall furnish all labor, materials, equipment and incidentals as shown, specified and required to provide aluminum grating and frames.

2. The Work also includes providing serrated grating to accommodate the Work under this and other Sections and attaching to the grating all items such as sleeves, bands, studs, fasteners and all items required including embedded angles for which provision is not specifically included under other Sections.

B. Related Work Specified Elsewhere:

1. Section 03300, Cast-In-Place Concrete.

2. Section 05504, Miscellaneous Metal Fabrications.

### 1.2 QUALITY ASSURANCE

A. Reference Standards: Comply with applicable provisions and recommendations of the following except as otherwise shown or specified.

1. ASTM B 209, Aluminum Alloy Sheet and Plate.

2. ASTM B 210, Aluminum-Alloy Drawn Seamless Tubes.

3. ASTM B 221, Aluminum-Alloy Extruded Bars, Rods, Wire, Shapes and Tubes.

4. NAAMM, Metal Finishes Manual, and Metal Bar Grating Manual.

5. Aluminum Association Standards.

B. Field Measurements: Take field measurements prior to preparation of Shop Drawings and fabrication where required, to ensure proper fitting of the Work.

## 1.3 SUBMITTALS

A. Samples: Submit for approval the following:

1. Representative samples of grating, appurtenances and other finished products requested by the Engineer. His review will be for type and finish only. Compliance with all other requirements is the exclusive responsibility of Contractor.

B. Shop Drawings: Submit for approval the following:

1. Shop Drawings for the fabrication and erection of all Work. Include plans, elevations, and details of sections and connections. Show anchorage and accessory items.

2. Setting drawings and templates for location and installation of anchorage devices.

3. Manufacturer's specifications, load tables, dimension diagrams, anchor details and installation instructions.

4. The Work shall not be fabricated until the Contractor submits field measurements of the openings and until the manufacturer's drawings based upon the Contractor's measurements have been approved by the Engineer. The manufacturer's drawings shall show all cutout locations.

# PART 2 - PRODUCTS

## 2.1 PERFORMANCE CRITERIA

A. The manufacturer shall furnish grating conforming to the following criteria:

1. Design Loads: Uniform live load or a concentrated load on any area 24 inches square, whichever gives the greatest stresses.

| Live Load | Concentrated Load |
|---|---|
| 300 psf | 2000 lbs |

2. Maximum Clear Span Deflection: 1/180 of span or 1/4 inch, whichever is smallest.

3. Maximum Aluminum Fiber Stress: 12,000 psi.

4. Bearing bars shall be a maximum of 1-3/16 inches on center, 3/16 inches minimum thickness, and 2 inches minimum depth, and are to be serrated.

5. Cross bars or bent connecting bars shall not exceed 4 inches on center.

**2.2 MATERIALS**

A. Aluminum Bearing Bars: Alloy 6061-T6 conforming to ASTM B 221.

B. Aluminum Cross Bars or Bent Connecting Bars: Alloy conforming to either ASTM B 221 or ASTM B 210.

C. Aluminum Rivets: Aluminum-Alloy as recommended by the manufacturer.

D. All supporting angles, structural sections, anchor straps and end bars shall be of 6061-T6 aluminum.

E. Hardware:

1. When joining aluminum treads, nosings and railings to aluminum or steel construction, Type 304 Stainless Steel Hardware shall be used.

F. Aluminum stair treads and landings shall have same cross section and be of the same material as specified for aluminum grating.

## 2.3   FABRICATION

A.   Use materials of the minimum size and thickness as specified above unless shown otherwise.  Work to the dimensions shown on approved Shop Drawings.

B.   Grating shall be as shown and shall comply with the NAAMM "Metal Bar Grating Manual", except as specified herein.

C.   Aluminum Grating may be welded or pressure locked.

D.   Grating shall be made up in panels to permit ease in removal and shall include any necessary structural aluminum support framing required to install a complete system.   Grating in concrete shall be provided with aluminum angle frames having mitered corners and welded joints.  Grind exposed joints smooth.  Frames shall have welded anchors set into concrete.   Angle size shall match grating depth selected to assure flush fit. Provide end-banding bars welded at about 4-inch on centers for each panel.

E.   Cutouts shall be provided where necessary for the passage of pipes, conduit and similar work.  Where more than four bearing bars are cut, banding bars of the same dimensions as the bearing bar shall be provided around the opening and welded or electric forged to the grating.

F.   Grating shall be set with a full and uniform end bearing on the supports to preclude rocking movement.  Wedges or similar shimming devices shall not be used.  Aluminum clamps or clips shall be installed to anchor the grating to the supports.  Provide minimum 4 saddle clips to fit 2 bearing bars, and 4 stainless steel stud bolts with washers, unless otherwise indicated.

G.   Provide serrated exposed surface.

H.   Type of Aluminum Finish:  Clear anodized with a minimum coating of 0.0008 inch in accordance with Aluminum Association Standard A41.

I.   Product and Manufacturer:  Aluminum grating shall be as manufactured by:

            1. IKG - Borden Type FS.

2. Or equal.

**PART 3 - EXECUTION**

**3.1 INSTALLATION**

A. Fastening to In-Place Construction: Use anchorage devices and fasteners to secure grating to supporting members or prepared openings, as recommended by the manufacturer.

B. Cutting, Fitting and Placement:

1. Perform all cutting, drilling and fitting required for installation. Set the Work accurately in location, alignment and elevation, plumb, level, true and free of rack. Do not use wedges or shimming devices.

2. Making cutouts or openings in the grating in the field will not be allowed.

3. Divide the panels into sections only to the extent required for installation wherever grating is to be placed around previously installed pipe, ducts, and structural members.

4. Fit exposed connections accurately together to form tight hairline joints.

C. Protection of Aluminum from Dissimilar Materials: Provide coating in accordance with Section 09900, Painting, on aluminum surfaces in contact with dissimilar materials.

\+ + END OF SECTION + +

NO TEXT THIS PAGE

## SECTION 05534

## ALUMINUM FLOOR ACCESS HATCHES

### PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

1. Contractor shall furnish all labor, materials, equipment and incidentals required to provide hinged, pressure resistant, aluminum floor access hatches as shown and specified.

2. The types of floor access hatches include the following:

   a. Watertight and pressure resistant aluminum covers.

   b. H-20 rated double leaf hatches with frames for drainage.

B. Related Work Specified Elsewhere:

1. Section 03300, Concrete.

2. Section 05504, Miscellaneous Metal Fabrications.

3. Section 15068, Small Diameter Piping, Valves and Specials.

### 1.2 QUALITY ASSURANCE

A. Manufacturer: All aluminum access hatches for the project shall be the product of a single manufacturer. Covers from more than one manufacturer will not be permitted.

B. Reference Standards: Comply with applicable provisions of Section 05504, Miscellaneous Metal Fabrications.

### 1.3 SUBMITTALS

A. Shop Drawings: Submit for approval the following:

    1. Shop Drawings showing dimensional plans of all floor covers, quantity schedule, details of fabrication and erection, drainage provisions and anchorage.

## 1.4 GUARANTEE

A. Contractor shall furnish a written guarantee obtained from the manufacturer. Guarantee shall state the following:

1. Covers are to operate properly and be free of defects in material and workmanship for a period of five years from date of purchase.

2. Should any part fail to function, or break in normal use during this period, manufacturer shall furnish a new part at no charge to the Owner.

# PART 2 - PRODUCTS

## 2.1 MATERIALS AND FABRICATION

A. General:

1. Provide manufacturer's standard fabricated units, modified, if necessary, to comply with the requirements of the Drawings and Specifications. Where standard units are not available for the sizes and types required, custom fabricate units to match manufacturer's similar units.

B. Pressure Resistant Clearwell Access Hatch:

1. Provide cover leaf fabricated from 1/4-inch thick aluminum diamond plate. Cover shall be designed to accommodate 625 psf load rating with maximum allowable deflection of 1/150 of the span.

2. Angle frame shall be fabricated from 1/4-inch thick raised curb style aluminum frame. Frame shall be installed with continuous gasketing to prevent air movement between clearwell and building interior under -16 inches w.g. clearwell pressure.