# EXHIBIT G

Part 4 of 4

3. Hatch shall be provided with aluminum locking lugs welded to the frame and cover to work in conjunction with a recessed padlock and hasp.

4. Cover shall include stainless steel heavy duty hinges, tamper proof attaching hardware and automatic hold open arm with aluminum latch.

5. Cover shall be fabricated with stainless steel pressure locks.

6. Hatch shall be provided with a lifetime guarantee against defects in material and/or workmanship.

7. The pressure resistant clearwell access hatch shall be Model F1R series access hatch as manufactured by Halliday Products, Inc. Dimensions shall be as shown on the Drawings.

C. H-20 Rated Double Leaf Hatches:

1. The exterior hatches shall be of the double leaf type with size as noted on the Drawings.

2. The hatches shall be constructed to provide a 300-pound live load per square foot rating. The frame shall be of an aluminum extrusion with a continuous door stop and grout lip integral to it. The frame shall include a continuous aluminum angle support for the aluminum structural members of the door, which when totally embedded in the concrete slab will provide a H-20 rating. The door shall be reinforced with structural channel members a maximum of 6 inches on center designed to rest directly on the frame support angles when closed. The channel frame shall be minimum 1/4 inch thick.

3. Door leaves shall be 1/4-inch thick diamond aluminum plate (Type 6061-T6) with mill finish. Protect finish with a factory applied coating of lacquer standard with the manufacturer. Door leaves shall be equipped with fully enclosed and lubricated compression springs with the lower enclosing telescoping tube locked into a supporting "boot" firmly attached to the frame. Outer tubes of lifting mechanism shall be in the top position attached to the door leaf to prevent moisture and

debris from entering and being trapped between the tubes. The lifting mechanism shall be removable from cover and frame. Each door shall have an automatic hold-open, positive locking, device with a conveniently positioned release handle for easy, controlled, and safe closing.

4.  Frames shall have anchor flanges or strap anchors where embedded in concrete and a stainless steel support angle where attachment is to the face of concrete.

5.  Hardware shall be Type 304 or 316 stainless steel to include springs, tube, hold open arm, latch, guard chains, forged hinges and pins, and all fasteners.

6.  Doors shall be designed such that any leaf can be opened by one man with a completely smooth and easy motion throughout the entire arc of operation.

7.  Cover leafs shall have flush exterior locking device with removable handle, and interior turn handle.

8.  Frames shall be furnished with drainable gutter style channels for drainage with 1 ½-inch drainage coupling.

9.  H-20 rated double leaf hatches shall be model JD-AL, as manufactured by The Bilco Company or equal.

## PART 3 - EXECUTION

### 3.1   INSTALLATION

A.  Install doors in accordance with approved Shop Drawings.

B.  Set doors plumb, level and true to line or grade, without warp or rack, for anchoring under other Sections of these Specifications.

C.  Protection of Aluminum from Dissimilar Materials: Using approved asphaltic or zinc chromate paint, provide two heavy coats on aluminum surfaces in contact with

dissimilar materials such as concrete, masonry, steel and other metals.

D.   For covers with drainage frame, provide carbon steel piping. Drain piping shall be piped to the exterior wall with elbow down. Drain piping shall conform to Section 15068, Small Diameter Piping, Valves and Specials. Contractor shall furnish all necessary incidentals to connect drain piping to the frame.

+ + END OF SECTION + +

NO TEXT THIS PAGE

## SECTION 05540

## CASTINGS

## PART 1 - GENERAL

### 1.1  DESCRIPTION

A.  Scope:

    1.  Contractor shall furnish all labor, materials, equipment and incidentals required to provide all castings as shown and specified.

    2.  Castings include metal items which are not a part of the miscellaneous metal fabrications or metal systems in other Sections of these Specifications.

B.  Castings shall include, but not be limited to, the following:

    1.  Manhole frames and covers.

    2.  Catch basin boxes, frames and grates.

    3.  Valve boxes and covers.

    4.  Clean out frames and covers.

C.  Related Work Specified Elsewhere:

    1.  Section 02429, Drainage Structures.

    2.  Section 05504, Miscellaneous Metal Fabrications.

    3.  Section 09900, Painting.

### 1.2  QUALITY ASSURANCE

A.  Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified.

    1.  ASTM A 48, Gray Iron Castings.

    2.  ASTM A 536, Ductile Iron Castings.

    B.    Shop Assembly: Preassemble items in the shop to the greatest extent possible, so as to minimize field splicing and assembly of units at the site. Disassemble units only to the extent necessary for shipping and handling limitations.  Clearly mark units for reassembly and coordinated installation.

## 1.3   SUBMITTALS

    A.    Shop Drawings: Submit for approval the following:

        1.    Shop Drawings for the fabrication and erection of all casting assemblies.  Include plans, elevations, and details of sections and connections.  Show anchorage and accessory items.

            a.    Include setting drawings for location and installation of castings and anchorage devices.

        2.    Copies of manufacturer's specifications, load tables, dimension diagrams, anchor details and installation instructions.

## 1.4   PRODUCT DELIVERY, STORAGE AND HANDLING

    A.    Deliver materials to the site to ensure uninterrupted progress of the Work.

        1.    Deliver anchor bolts and anchorage devices, which are to be embedded in cast-in-place concrete in ample time to not delay that Work.

    B.    Store materials to permit easy access for inspection and identification.  Keep materials off the ground, using pallets, platforms, or other supports.

## PART 2 - PRODUCTS

## 2.1   DETAILS OF CONSTRUCTION

    A.    General:

        1.    Design all frames, covers and grates to prevent rocking and rattling under traffic.

2.   All castings shall be free from pouring faults, cracks, blow holes, or other defects affecting their strength and value for the service intended.

3.   Castings shall be manufactured using tough, close-grained material without the admixture of cinder iron or metal of inferior quality. Angles shall be boldly filleted and the corners kept sharp and perfect.

4.   No plugging of defective castings will be permitted.

5.   Castings shall be fabricated true to pattern so that component parts fit together. The dimensions of all castings shall have a tolerance of plus or minus 1/16 inch and an additional tolerance of plus or minus 1/16 inch per foot of dimension. The weight deviation tolerance is 5%. Notwithstanding the above tolerances, all manhole frames, rings and covers of the same nominal size shall assemble interchangeably.

B.   Drainage Manhole Frames and Covers:

1.   Material: Cast iron conforming to ASTM A 48, Class 30.

2.   Size: As shown on the Drawings.

3.   Construction: All manhole castings shall be of the adjustable type and shall consist of an outer frame, inner frame, cover and a one-piece adjustment or filler ring. The flat exposed surface of the inner frame shall have a recessed pocket with the letters "ADJ." The top of this raised lettering shall be flush with the top of the frame. Bearing surfaces between frame and cover shall be machined, fitted together, and match marked to prevent rocking.

4.   Product and Manufacturer: Drainage manhole frames and covers shall be as manufactured by:

a.   Campbell Foundry.

b.   Neenah.

   c. E.L. LeBaron Foundry Company.

   d. Or equal.

 C. Access Manhole Frames and Covers:

  1. Material:

   a. Frame: Cast aluminum conforming to ASTM B 26.

   b. Cover: Tenzaloy ZC-81A conforming to ASTM B 179.

  2. Size: 24-inch diameter clear opening in the locations shown on the Drawings.

  3. Construction: Heavy duty, watertight, provided with 3/4-inch diameter tubular gasket held in a cast groove in the cover for water tightness. Frame shall be provided with a square flange.

  4. Product and Manufacturer: Watertight manhole covers and frames shall be as manufactured by:

   a. Flockhart.

   b. Neenah.

   c. Or equal.

 D. Catch Basin Boxes, Frames and Grates:

  1. Material: Cast iron conforming to ASTM A 48 Class 30.

  2. Size: As shown on the Drawings.

  3. Construction: Heavy duty with machined bearing surfaces.

## 2.2 FINISH

 A. Iron: Paint in accordance with Section 09900, Painting.

 B. Aluminum: Provide mill finish.

 C. Provide cast lettering as shown on the Drawings.

**PART 3 - EXECUTION**

**3.1   INSTALLATION**

A.   Follow manufacturer's printed instructions and approved Shop Drawings.

B.   Set castings accurately to required location, alignment and elevation, plumb, level, true and free of rock, measured from established lines and levels. Brace temporarily or anchor temporarily in formwork.

C.   Protection from Dissimilar Materials:

   1.   In accordance with Section 09900, Painting, coat all surfaces of aluminum in contact with dissimilar materials such as concrete, masonry, and steel or iron.

+ + END OF SECTION + +

NO TEXT THIS PAGE

**DIVISION 6 – WOOD AND PLASTIC**

NO TEXT THIS PAGE

**SECTION 06100**

**ROUGH CARPENTRY**

**PART 1 - GENERAL**

**1.1  DESCRIPTION**

    A.   Scope:

        1.   Contractor shall furnish all labor, material, equipment and incidentals required to provide rough carpentry as shown and specified.

            a.   Provide openings in rough carpentry to accommodate Work under this and other Sections and building into the carpentry all items such an sleeves, anchor bolts, inserts and other items to be embedded in carpentry for which placement is not specifically provided under other Sections.

            b.   Provide pressure-treated wood roof rafters and all other wood components.

            c.   Provide openings in rough carpentry to accommodate the Work under other contracts and assist other contractors in building into the rough carpentry all items such as sleeves, anchor bolts, inserts and all other items required to be embedded in rough carpentry under other contracts.

        2.   The extent of the carpentry work is shown on the Drawings.

        3.   The types of carpentry work required includes the following:

            a.   Pressure-treated wood roof rafters and all other wood components.

            b.   Plywood sheathing.

            c.   Lumber for temporary protection.

   d. Lumber for temporary support of masonry and structural steel.

   e. Lumber for protection of finished work.

B. Coordination:

  1. Review installation procedures under other Sections and coordinate the installation of items that must be installed with the carpentry.

C. Related Work specified Elsewhere:

  1. Section 04201, Unit Masonry Construction.

  2. Section 07220, Roof Insulation.

  3. Section 07600, Flashing, Gutters and Trim.

## 1.2 QUALITY ASSURANCE

A. Lumber Standard Design Criteria: Comply with American Lumber Standard Committee PS-20, except as otherwise specified.

B. Source Quality Control:

  1. Factory-mark each piece of lumber and type, grade, mill and grading agency, except omit marking from surfaces to be exposed with transparent finish or without finish.

  2. Shop-fabricate carpentry work to the extent feasible and where shop fabrication will result in better workmanship than feasible for on-site fabrication.

C. Reference Standards: Comply with applicable provisions and recommendations of the following, except where otherwise shown or specified:

  1. American Lumber Standard Committee, National Grading Rule for Dimension Lumber, PS-20.

  2. American Lumber Standard Committee, Plywood Standard, PS-1.

  3. American Wood Preservers' Bureau Standard (AWPB), LP-2.

4.  Occupational Safety and Health Administration (OSHA).

5.  Southern Pine Inspection Bureau (SPIB), Grading Rules.

6.  Western Wood Products Association (WWPA), Grading Rules.

7.  AWPA-CA-Preservative Standards, Lumber and Plywood.

8.  AWPA-C20-Fire Retardant Lumber Standards.

9.  AWPC-C27-Fire Retardant Plywood Standards.

10. AWPA-M4-Standards for Care of Preservative-Treated Wood Products.

11. APA-Guide to Plywood Grades.

12. AFPA Manual of Wood Framing Construction.

## 1.3  SUBMITTALS

A.  Manufacturer's Data:

1.  Submit for approval copies of chemical treatment manufacturer's instructions for proper use of each type of treated material.

2.  For water-borne preservatives, include statement that moisture content of treated materials was reduced to maximum of 15 percent prior to shipment to Project site.

B.  Shop Drawings: Shop drawings shall include, but not be limited to:

1.  Complete layout and installation drawings and schedules with clearly indicated dimensions.

2.  Detail drawings of all construction details.

C.  Pressure Treatment Certificates: Provide certification by treating plant stating chemicals and process used, net amount of salts retained and conformance with applicable standards.

**1.4   PRODUCT DELIVERY STORAGE AND HANDLING**

    A.   Storage of Materials: Keep materials dry during delivery and storage. Protect against exposure to weather and contact with damp or wet surfaces. Stack lumber, and provide air circulation within stacks.

    B.   Handling Materials: Handle all treated products as specified in American Wood Preservers' Association, M4.

**PART 2 - PRODUCTS**

**2.1   MATERIALS**

    A.   Lumber, General:

        1.   Nominal sizes are shown, except as shown by detail dimensions. Provide actual sizes as required by American Lumber Standard Committee, National Grading Rule for Dimension Lumber PS-20, for the moisture content specified for each use.

            a.   Provide dressed lumber, S4S, unless otherwise shown or specified.

            b.   Provide seasoned lumber with 15 percent maximum moisture content at time of dressing.

        2.   Provide the following grade and species:

            a.   Visually graded Southern Pine, Select Structural No. 2, or approved equivalent.

            b.   Minimum structural characteristics shall exhibit a modulous of elasticity of at least 1,400 psi, extreme fiber stress in bending of at least 1,300 psi and parallel to grain shear stress of at least 90 psi.

    B.   Plywood:

        1.   Exterior Type CC, Construction Grade, Group 1. (American Lumber Standard Committee, Plywood Standard, PS-1).

C. Accessories:

1. Nails, Spikes, and Staples: Galvanized for exterior locations, high humidity locations, and treated wood; plain finish for other interior locations; size and type to suit application.

2. Bolts, Nuts, Washers, Lags, and Screws: Medium carbon steel; size and type to suit application; galvanized for exterior locations, high humidity locations, and treated wood; plain finish for other interior locations. Lab bolts and screws shall conform to ANSI/ASME B18.2.1.

3. Fasteners: Toggle bolt type for anchorage to hollow masonry. Expansion shield and lag bolt type for anchorage to solid masonry or concrete. Explosive actuated type anchors shall not be used.

D. Lumber for Protection and Temporary Support: Size and grades to meet applicable requirements of OSHA and structural requirements.

## 2.2   WOOD TREATMENT

A. Preservative Treatment: Where lumber is specified herein to be treated, comply with the applicable requirements of the American Wood Preservers Bureau (AWPB). Mark each treated item to comply with the AWPB Quality Mark requirements for the specified requirements.

1. Pressure-treat aboveground items with water-borne Chromated Copper Arsenate preservatives complying with AWPB LP-2. After treatment, kiln-dry to a maximum moisture content of 19 percent. Treat indicated items and the following:

a. Wood rafters bridging, cants, nailers, blocking, stripping, and similar members in connection with roofing, flashing, vapor barriers and waterproofing.

b. Wood sills, sleepers, blocking, furring, stripping and similar concealed members in contact with masonry, plaster, or concrete.

       c.    Plywood used as substrate for single ply adhered roofing system and all other exterior locations.

B.    Where items are cut after treatment, coat cut surfaces with heavy brush coat of same chemical used for treatment.  Inspect each piece of lumber after drying and discard damaged or defective pieces.

**PART 3 - EXECUTION**

**3.1  INSPECTION**

A.    Contractor shall examine the substrate and conditions under which the carpentry work is to be performed, and notify the Engineer in writing of unsatisfactory conditions.  Do not proceed with the work until unsatisfactory conditions have been corrected in a manner acceptable to the Engineer.

**3.2  INSTALLATION**

A.    General:

1.    Discard units of material with defects which might impair the quality of the work, and units which are too small to fabricate the work with minimum joints or the optimum joint arrangement.

2.    Set carpentry work accurately to required levels and lines, with members plumb and true and accurately cut and fitted.

3.    Securely attach carpentry work to substrates by anchoring and fastening as shown and as required by recognized standards. Countersink nail heads on exposed carpentry work and fill holes. Use common wire nails, except as otherwise shown. Make tight connections between members.  Install fasteners without splitting of wood, predrill as required.

B.    Wood Grounds, Nailers, Blocking and Sleepers:

1.    Provide wherever shown and where required for screeding or attachment of other work.  Form to

shapes as shown and cut as required for true line and level of work to provide for solid attachment of finish work.   Coordinate location with other work involved.

2.   Attach substrates as required to support applied loading. Countersink bolts and nuts flush with surfaces, unless otherwise shown.   Build into masonry during installation of masonry work. Where possible, anchor to formwork before concrete placement.

3.   Provide permanent grounds of dressed, preservative-treated, key-bevelled lumber not less than 1 1/2-inch wide and of the thickness required to bring face of ground to exact thickness of finish material involved.   Remove temporary grounds when no longer required.

C.   Wood Furring: Install plumb and level with closure strips at all edges and openings.   Shim with wood as required for tolerance of finished work.

D.   Plywood Sheathing: Install over nailers and framing as shown.

## 3.3   TEMPORARY CONSTRUCTION

A.   Provide all lumber and accessories required for scaffolding, safety and protection of the work.

B.   Provide and install all temporary protection in accordance with applicable provisions of the Contract Documents, OSHA regulations, and as follows:

1.   Temporary protection shall also include wood doors, railings, protection on floor or roof openings, temporary partitions, and the like; adequately maintained in good repair during the life of the Contract.

2.   Furnish and set temporary partitions with wood doors at all exterior doorways, exterior openings in exterior walls or in locations exposed to weather.   These doors shall be substantially built and hung, equipped with proper hinges, locks and other necessary hardware, and shall be removed and reset whenever required to

accommodate the work of other Contracts and shall be kept in good repair at all times.

3.  Provide substantial temporary wood covering over all openings left in roof for ducts, shafts, etc., using rough planking at least 2 inches thick, cleated together and otherwise made sufficiently strong and put in place wherever required.

+ + END Of SECTION + +

**DIVISION 7 - THERMAL AND MOISTURE PROTECTION**

NO TEXT THIS PAGE

## SECTION 07112

## BITUMINOUS DAMPPROOFING

**PART 1 - GENERAL**

**1.1  DESCRIPTION**

    A.   Scope:

        1.   Contractor shall furnish all labor, materials, equipment and incidentals required to provide dampproofing as shown and specified.

        2.   All cast in place concrete, excluding manholes, shall receive bituminous dampproofing.

        3.   The types of bituminous dampproofing required include the following:

            a.   Cold asphalt (nonfibrated) solvent based dampproofing.

    B.   Coordination: Review installation procedures under other Sections and coordinate the installation of items that must be installed with the dampproofing.

    C.   Related Work Specified Elsewhere:

        1.   Section 03300, Cast-In-Place Concrete.

**1.2  QUALITY ASSURANCE**

    A.   Installer Qualifications:  The applicator must have experience in this type of work and performed acceptable work on like projects of similar size.

    B.   Reference Standards:  Comply with applicable provisions and recommendations of the following, except where otherwise shown or specified:

        1.   ASTM D 41, Primer for Use with Asphalt in Dampproofing and Waterproofing.

        2.   ASTM D 449, Asphalt for Dampproofing and Waterproofing.

  3. ASTM D 491, Asphalt Mastic for use in Waterproofing.

  4. FS SS-C-153, Cement, Bituminous, Plastic.

**1.3 SUBMITTALS**

 A. Product Data: Submit manufacturer's instructions for surface preparation and application for review of Engineer.

 B. Certificates: Submit for approval the following:

  1. Copies of manufacturer's certification that bulk bituminous materials delivered to the project comply with the required standards.

  2. Include statistical and descriptive data for each product. Certification shall list the dates of delivery, quantities, batch numbers and other statistical data.

**1.4 PRODUCT DELIVERY, STORAGE AND HANDLING**

 A. Delivery of Materials:

  1. Deliver materials in manufacturer's original, unopened containers with labels intact and legible.

  2. Deliver materials in sufficient quantity to allow continuity of work.

 B. Storage of Materials:

  1. Store in a manner which complies with fire and safety regulations.

  2. Store emulsions at temperatures above 40°F.

  3. Store materials on clean raised platforms with weather protective covering when stored outdoors.

## 1.5   JOB CONDITIONS

A.   Preparation:   Do not proceed with dampproofing Work until the substrate has been properly patched and sealed or flashed to receive the dampproofing.

B.   Environmental Conditions:

1.   Do not apply membrane dampproofing on damp or frozen surfaces.

2.   Ensure temperatures are maintained at minimum 40°F for 24 hours before application and continuously until dampproofing membrane has cured.

3.   Provide ventilation when dampproofing in an enclosed space.

C.   Protection:   Protect completed portions of dampproofing Work against damage by construction operations.


## PART 2 - PRODUCTS

## 2.1   MATERIALS

A.   Cold Asphalt Dampproofing Materials Solvent Type:

1.   Asphalt Compound:   Manufacturer's standard asphalt and solvent compound, recommended for below-grade exterior and for above-grade interior applications' compounded to penetrate the substrate and build to a moisture-resistant, firm, elastic coating.

2.   Product and Manufacturer:   Provide one of the following:

a.   Hydrocide 648 by Sonneborn Building Products Division, Contech Incorporated.

b.   Tex-Mastic No. 720 by J&P Petroleum Products, Incorporated.

c.   Or equal.

**PART 3 - EXECUTION**

**3.1   SURFACE PREPARATION**

    A.   Contractor shall examine the substrates and the conditions under which the dampproofing shall be applied, and advise the Engineer in writing of unsatisfactory conditions.   Do not proceed with the dampproofing Work until unsatisfactory conditions have been corrected in a manner acceptable to the Engineer.

**3.2   PREPARATION**

    A.   Clean the substrate of dirt, oil, loose materials and other substances which interfere with penetration, bond or performance of dampproofing materials.

**3.3   INSTALLATION**

    A.   Cold Bitumen on Exterior Surfaces:

        1.   Prime substrate if recommended by manufacturer's instructions, using type and quantity of primer recommended by manufacturer.

        2.   Apply coat of liquid asphalt emulsion dampproofing material by spraying at the rate of 1.0 gallons per 20 square feet to produce a uniform dry film not less than 1/16 inch thick.   Apply 2 coats if necessary to obtain required thickness, allowing time for complete drying between coats.

        3.   Fill all cracks, crevices and grooves.   Make sure coating is continuous and free from breaks and pinholes.   Spread around all joints, grooves, and slots and into all chases, corners, reveals and soffits.

+ +  END OF SECTION  + +

SECTION 07210

INSULATION

**PART 1 - GENERAL**

**1.1   DESCRIPTION**

A.   Scope:

1.   Contractor shall furnish all labor, materials, equipment and incidentals as required to provide insulation as shown and specified.

2.   The extent of each type of insulation Work is shown on the Drawings or specified herein.

3.   The types of insulation required include the following:

a.   Molded Polystyrene insulation for concrete block walls.

B.   Related Work Specified Elsewhere:

1.   Section 04201, Unit Masonry Construction.

2.   Section 06100, Rough Carpentry.

**1.2   QUALITY ASSURANCE**

A.   Design Criteria: Thermal Conductivity: The thicknesses shown are for the thermal conductivity, k-value at 75 degrees F., specified for each material. Provide adjusted thicknesses as directed for the use of material having a different thermal conductivity.

B.   Requirements of Regulatory Agencies: Comply with fire-resistance and flammability ratings as shown and specified; and comply with applicable requirements of the New York State Uniform Fire Prevention and Building Code.

C.   Reference Standards: Comply with applicable provisions and recommendations of the following. except as otherwise shown or specified,

    1.    ASTM C 518, Thermal Conductivity of Materials by Means of Heat Flow Meter.

    2.    ASTM D 2842, Water Absorption of Rigid Cellular Plastics.

    3.    ASTM E 84, Surface Burning Characteristics of Building Materials.

    4.    ASTM E 119, Fire Tests of Building Construction and Materials.

    5.    FS HH-I-521F

    6.    FS HH-I-558B, Thermal Insulation.

    7.    FS HH-I-574B, Insulation, Thermal (Perlite).

## 1.3   SUBMITTALS

A.    Manufacturer's Data: Submit for approval copies of manufacturer's specifications and installation instructions for each type of insulation required. Include data substantiating that the materials comply with specified requirements.

## 1.4   PRODUCT DELIVERY, STORAGE AND HANDLING

A.    Delivery of Materials: Deliver all materials in unopened undamaged original packaging bearing the manufacturer's labels.

B.    Storage of Material:

    1.    Protect insulation materials from becoming wet or soiled, or covered with ice or snow. Comply with manufacturer's recommendations for handling, storage and protection during installation.

    2.    Handle all materials with proper care to prevent damage from any source.

## PART 2 - PRODUCTS

### 2.1   MOLDED POLYSTYRENE INSULATION

A.   Insulation inserts shall be expanded polystyrene, individually molded to have a minimum density of 1.3 lb./cu. ft. and a minimum R-value at 75°F of 3.92.

B.   Insulation inserts shall be installed in the cores of blocks in accordance with manufacturer's recommendations prior to delivery to the job site.

C.   All concrete unit masonry in exterior walls shall have insulation inserts.

D.   Product and Manufacturer:  Insulation inserts shall be manufactured by:

1.   Concrete Block Insulating Systems - Korfil

2.   Or approved equal.

## PART 3 - EXECUTION

### 3.1   INSPECTION

A.   Contractor shall examine the substrate and conditions under which the insulation Work is to be performed, and notify the Engineer in writing of unsatisfactory conditions. Do not proceed with the insulation Work until unsatisfactory conditions have been corrected in a manner acceptable to the Engineer.

### 3.2   INSTALLATION

A.   General:

1.   Comply with manufacturer's instructions for the particular conditions of installation in each case. If printed instructions are not available or do not apply to the Project conditions, consult the manufacturer's technical representative for specific recommendations before proceeding with the work.

2.   Apply insulation as required to fill voids of new concrete block walls (exterior walls only).

## 3.3   INSPECTION AND ACCEPTANCE

A.   Insulation which has become wet, damaged, or deteriorated, as determined by the Engineer, shall be promptly removed from the job.

+ +   END OF SECTION   + +

SECTION 07220

ROOF INSULATION

PART 1 — GENERAL

1.1   DESCRIPTION

A.   Scope:  Contractor shall furnish all labor, materials, equipment and incidentals required to furnish and install a roof insulation system in strict accordance with the shop drawings, manufacturer's installation recommendations, specifications and drawings, and as approved by the Engineer.

B.   Related Work Specified Elsewhere:

1.   Section 07531, Fully-Adhered Roofing System

2.   Section 07600, Flashing, Gutters and Trim

1.2   QUALITY ASSURANCE

A.   Compliances:  the roof insulation system shall meet the following standards:

1.   Factory Mutual System approved.

2.   Underwriters' Laboratories classified.

3.   PIMA Standard Specification for Polyurethane and Polyisocyanurate Roof Insulation.

1.3   SUBMITTALS

A.   Submit for approval copies of the following:

1.   Manufacturer's specifications and installation instructions.

2.   Data substantiating that the materials comply with the specified requirements.

3.   Manufacturer's shop drawings showing complete layout of the system complying with the drainage pattern required.  Only the manufacturer's insulation shop drawings will be acceptable.  The

responsibility of providing shop drawings for this project lies solely with the manufacturer of the Insulation System. Shop drawings shall include the outline of roof, location of drains, scuppers or gutters, profile of insulation components, indications of minimum and maximum insulation thicknesses, and the average "R" value for the completed insulation system.

4. Submit letters from the insulation manufacturer that the roofing system to be installed is approved by the insulation manufacturer.

B. The roofing Contractor shall verify all roof dimensions and drain locations and confirm same with the manufacturer.

C. Approved shop drawings shall be returned to the manufacturer before insulation is delivered to the job site.

## 1.4   PRODUCT DELIVERY, STORAGE AND HANDLING

A. Deliver tapered insulation system in manufacturer's original packaging with labels intact and legible.

B. Insulation must be kept dry at all times. If stored outside, raise insulation aboveground or roof level on pallets and cover with a tarpaulin or other waterproof material. Plastic wrapping installed at the factory should not be used as outside storage covers.

## 1.5   JOB CONDITIONS

A. Roof surface shall be free of ponded water, snow or ice. Install no more insulation in one day than can be covered the same day with a completed roofing membrane. Do not expose insulation to excessive heat, sparks or open flame.

## PART 2 – PRODUCTS

## 2.1   MATERIALS

A. All insulation components shall be manufactured or approved by insulation manufacturer. The roof

insulation system shall be Sure-Seal Carlisle Polyiso, as manufactured by Carlisle SynTec Incorporated, or approved equal.

B.   The tapered insulation system shall conform to the following:

| Property | Test Method | Specification |
|----------|-------------|---------------|
| Water Absorption % Volume | ASTM C209 | <1% volume |
| Dimensional Stability | ASTM D2126 | 2% max., 7 days |
| Compressive Strength | ASTM D1621 | 20 psi (nominal) |
| Moisture Vapor Transmission | ASTM E96 | <1 perm |
| Service Temperature | ----- | -100°F to 250°F |
| Flame Spread | ASTM E84 | <50 |

C.   Insulation shall be installed in multiple layers.  The first and second layer of insulation shall be adhered to the substrate in accordance with the manufacturer's recommendations.  The insulation panels shall have a minimum slope as indicated on drawings.  The insulation system shall have a minimum thickness of 2 inches and an "R" value of 12.10

## PART 3 – EXECUTION

## 3.1   INSTALLATION

A.   Contractor shall be responsible for providing proper substrate to receive insulation and roofing system. Contractor shall verify that work done under other sections meets the following: roof scuppers have been properly installed in the location shown on the approved shop drawings; roof curbs, nailers equipment supports, vents and other items penetrating the roof are properly attached to substrate and are otherwise properly prepared; concrete surfaces are properly finished and free of fins, edges or voids.

B.   Adhesive shall be spray applied to the existing substrate, then the insulation boards shall be set into the adhesive after it develops string/body.  The adhesive to be used shall be FAST Adhesive, as manufactured by Carlisle SynTec Incorporated.

C.   Cut all insulation to fit where it meets vertical surfaces or otherwise required by job conditions.

D.   Install roofing membrane system in strict accordance with the manufacturer's specifications and as specified in Section 07531, Fully-Adhered Roofing System.

+ +   END OF SECTION   + +

# SECTION 07400

# ALUMINUM SOFFITS AND FASCIAS

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A.  Scope:

1.  Contractor shall furnish all labor, materials, equipment for a complete installation of aluminum soffits and fascias, and related work shown on drawings and specified herein.

B.  Coordination: Review installation procedures under other Sections and coordinate the installation of items that must be installed with the aluminum siding work.

C.  Related Work Specified Elsewhere:

1.  Section 06100, Rough Carpentry

2.  Section 07920, Caulking and Sealants

### 1.2 QUALITY ASSURANCE

A.  Installer Qualifications:

1.  The installer shall be skilled and experienced in the type of aluminum siding work required, and equipped to perform workmanship in accordance with recognized standards.

B.  Reference Standards:  Comply with applicable provisions and recommendations of the New York State Code reference standards, as well as the indicated manufacturer's specifications, standards and recommendations.

### 1.3 SUBMITTALS

A.  Samples:  Submit for approval 12-inch long sample of specified soffit and fascia.

B.   Shop Drawings:  Submit for approval the following:

1.   Shop drawings shown in the method and details of erection.

2.   Copies of manufacturers Specifications.

## 1.4   PRODUCT DELIVERY AND HANDLING

A.   Delivery of Materials:  Deliver soffits and fascia boards to job in manufacturers original, unopened containers with labels intact and legible.

B.   Storage of Materials:

1.   Store materials in an area protected from construction traffic.

2.   Store materials in same package in which they were shipped.

C.   Handling Materials:  Protect materials from dents, scratches, warps or bends.

## PART TWO - PRODUCTS

## 2.1   MATERIALS

A.   Soffit:  Fully vented soffit.

B.   Fascia:  Solid aluminum fascia panels.

C.   Accessories:

1.   J-Channel, F-Channel and trim.

D.   Colors:  To be chosen by the Owner.

E.   Product and Manufacturer:

1.   Alcoa Building Products, Sidney, OH.

2.   Or approved equal.

**PART THREE - EXECUTION**

**3.1   INSTALLATION**

A.   Prior to commencing work, verify governing dimensions of buildings; examine, clean and repair, if necessary, any adjoining work on which this work is in any way dependent for its proper installation.

B.   The field application of soffit, fascia and trim members shall be in accordance with the best practice, with all joint members true and plumb.

C.   Soffit, fascia and accessories shall be installed in accordance with the latest edition of the manufacturer's installation manual.

D.   Items not covered in this specification - as indicated on drawings or as required shall be provided for a complete installation.

**3.2   WARRANTY**

A.   Manufacturer to provide a lifetime limited warranty on the quality of materials.

B.   No service charge to inspect complaints.

+ + END OF SECTION + +

NO TEXT THIS PAGE

## SECTION 07531

## FULLY-ADHERED ROOFING SYSTEM

### PART 1 – GENERAL

#### 1.1   DESCRIPTION

A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to remove and dispose of the existing roofing system on the specified, and furnish and install a fully-adhered roofing system on as shown on the Contract Drawings and as specified. All flashing and termination details shall be constructed in accordance with this specification or as required to provide the specified manufacturer's warranty.

B.   Related sections Specified Elsewhere:

1.   Section 07220, Roof Insulation

2.   Section 07600, Flashing, Gutters and Trim.

3.   Section 07720, Roof Accessories.

#### 1.2   QUALITY ASSURANCE

A.   The roofing system shall be installed by the Contractor in compliance with shop drawings as approved by the manufacturer. There shall be no deviations made without the prior written approval of the manufacturer. Upon completion of the installation, an inspection shall be conducted by the manufacturer's technical representative to ascertain that the membrane roofing system has been installed according to manufacturer's published specification and details applicable at the time of bid.

B.   The roofing system shall be approved by Factory Mutual System and Underwriters' Laboratories (UL).

#### 1.3   SUBMITTALS

A.   Shop Drawings: Submit for approval copies of the following:

1.  CAD drawings showing layout, actual field conditions, details of construction and identification of materials. Locate and submit details for all termination and penetrations.

2.  A sample of the manufacturer's System Warranty.

3.  Submit an original and current letter of certification from the manufacturer which certifies the roofing contractor is authorized to install the manufacturer's roofing system and lists foremen who have received training from the manufacturer along with the dates training was received.

4.  Certification of the manufacturer's warranty reserve.

## 1.4 PRODUCT DELIVERY, STORAGE AND HANDLING

A.  Deliver materials to the job site in the original, unopened containers labeled with the manufacturer's name, brand and installation instructions intact and legible. Deliver materials in sufficient quantity to permit work to continue without interruption.

B.  Prolonged exposure of curable materials (i.e., uncured flashing; adhesives, sealants and Pourable Sealer) to temperatures greater than 80°F will reduce the shelf life of those materials. When liquid adhesives and sealants are exposed to lower temperatures, restore to minimum of 60°F before use.

C.  Do not store adhesive containers with opened lids due to the loss of solvent which will occur from flash off.

## 1.5 WARRANTY

A.  A 20-year total systems warranty covering labor and materials for repair of any leaks in the membrane system shall be provided by the Contractor with no dollar limitation.

**PART 2 – PRODUCTS**

**2.1   MATERIALS**

A.   The roofing system (insulation, adhesive, membrane, etc.) shall be Sure-Seal Fully-Adhered black EPDM Roofing System using Sure-Seal 90-mil membrane with a factory-applied SecurTape, as manufactured by Carlisle SynTec Incorporated, P.O. box 7000, Carlisle, PA 17013, or approved equal.

B    Membrane shall be Sure-Seal 90-mil "0.032" thick non-reinforced EPDM membrane with a factory-applied SecurTape. This membrane is 10 feet wide and 50-100 feet long and conforms to the minimum physical properties of ASTM D4637-97, type III (fabric-backed membrane).

C.   All materials, flashing and details of construction and all workmanship shall adhere to the standards of roofing system manufacturer. Details where shown are to demonstrate the general configuration. The actual detail must adhere to the manufacturer's requirements for the roofing system at the time of installation.

D.   Materials:

   1.   Comply with the manufacturer's published instructions for the installation of the fully adhered roofing system including proper substrate preparation, job site consideration and weather restrictions.

   2.   Position insulation sheets to accommodate the contours of the roof deck and shingle splices to avoid buckling water.

   3.   The EPDM membrane shall be fully adhered to the insulation with Sure-Seal 90-8-30A Bonding Adhesive, or approved equal.

   4.   Splicing cement shall be Sure-Seal EP-95, or approved equal.

   5.   Splice Tape and Primer shall be Sure-Seal SecurTape and HP-250 or LV-600 Primer, or approved equal.

6.  Cleaning solvent shall be Sure-Seal Cleaner or Weathered Membrane Cleaner, or approved equal.

7.  Internal Seam Sealant shall be Sure-Seal In-Seam Sealant used only with adhesive splices.

8.  External Seam Sealant shall be Sure-Seal Lap Sealant, or approved equal.

9.  Sealer shall be Sure-Seal Pourable Sealer, or approved equal.

10. Insulation adhesive shall be Sure-Seal FAST Adhesive, or approved equal.

11. Metal Edging and membrane Termination shall be Sure-Seal SecurEdge 2000, or approved equal. Color to be selected by Owner.

## PART3 - EXECUTION

### 3.1  INSTALLATION

A.  When feasible, begin the application at the highest point of the highest roof level and work to the lowest point to prevent moisture infiltration and to minimize construction traffic on completed sections. This will include completion of all flashing, terminations and daily seals.

1.  Comply with the manufacturer's published instructions for the installation of the membrane roofing system including proper substrate preparation, jobsite considerations and weather restriction.

2.  Position sheets to accommodate contours of the roof deck and shingle splices to avoid bucking water.

3.  Install insulation or membrane underlayment over the substrate with boards butted tightly together with no joints or gaps greater than ¼ inch. Stagger joints both horizontally and vertically if multiple layers are provided.

4. Secure insulation to the substrate with the required mechanical fasteners or FAST Adhesive in accordance with the manufacturer's specifications.

5. Unroll and position membrane without stretching. Allow the membrane to relax for approximately ½ hour before bonding. Fold the sheet back onto itself so half the underside of the membrane is exposed

6. Apply the Bonding Adhesive in accordance with the manufacturer's published instructions, to both the underside of the membrane and the substrate. Allow the adhesive to dry until it is tacky but will not string or stick to a dry finger touch.

   a. Roll the coated membrane into the coated substrate while avoiding wrinkles. Brush down the bonded half of the membrane sheet with a soft bristle push broom to achieve maximum contact.

   b. Fold back the unbounded half of the membrane sheet and repeat the bonding procedure.

7. Install adjoining membrane sheets in the same manner, overlapping edges approximately 4 inches. Do not apply bonding adhesive to the splice area.

8. Membrane Splicing (Tape Splice)

   a. Overlap adjacent sheets and mark a line ½ inch out from the top sheet.

   b. Fold the top sheet back and clean the dry splice area minimum 2-1/2 inches wide) of both membrane sheets with Sure-Seal Primer as required by the membrane manufacturer.

   c. Where Splice Tape is not pre-applied, apply Splice Tape to bottom sheet with the edge of the release film along the marked line. Press tape onto the sheet using hand pressure. Overlap top roll ends a minimum of 1-inch.

    d.   Remove the release film and press the top sheet onto the tape using hand pressure.

    e.   Roll the seam toward the splice edge with a 2-inch wide steel roller.

    f.   Install a 6-inch wide section of Pressure-Sensitive Flashing or Elastoform Flashing over all field splice intersections and seal edges of flashing with Lap Sealant.

    g.   The use of Lap Sealant with tape splices is optional except at tape overlaps and cut edges of reinforced membrane where Lap Sealant is required.

9.  Wall and curb flashing shall be cured EPDM membrane. Continue the deck membrane as wall flashing where practicable.

10.  Follow manufacturer's typical flashing procedures for all wall, curb, and penetration flashing including metal edging/coping and roof drain applications.

11.  On phased roofing, when the completion of flashings and terminations is not achieved by the end of the work day, a daily seal must be performed to temporarily close the membrane to prevent water infiltration.

12.  Use Sure-Seal Pourable Sealer or other acceptable membrane seal in accordance with the manufacturer's requirements.

13.  Perform daily clean-up to collect all wrappings, empty containers, paper and other debris from the project site. Upon completion, all debris must be disposed of in a legally acceptable manner.

14.  Prior to the manufacturer's inspection for warranty, the applicator must perform a pre-inspection for warranty, the applicator must perform a pre-inspection to review all work and to verify all flashing has been completed as well as the application of all caulking.

+ +   END OF SECTION   + +

**SECTION 07600**

**FLASHING, GUTTERS AND TRIM**

**PART 1 - GENERAL**

**1.1   DESCRIPTION**

A.   Scope:

1.   Contractor shall furnish all labor, materials, equipment and incidentals required to provide flashing and sheet metal Work as shown and specified.  The Work also includes:

a.   Providing openings in flashing to accommodate the Work under this and other Sections and building into the flashing all items such as sleeves, anchor bolts, inserts and all other items to be embedded in flashing for which placement is not specifically provided under other Sections.

b.   Providing openings in flashing assisting other contractors in building into the flashing all items such as sleeves, anchor bolts, inserts and all other items required to be embedded in flashing under other contracts.

2.   The extent of the flashing and sheet metal Work is shown on the Drawings.

3.   The types of flashing and sheet metal Work required include the following:

a.   Coping and counter flashings.

b.   Gutters and scupper flashing and leaders.

c.   Flashing and counter flashing at penetrations in roofing.

d.   Miscellaneous flashings not supplied by other Sections.

B. Coordination: Review installation procedures under other Sections and coordinate the installation of items that must be installed with the flashing and sheet metal Work.

C. Related Work specified Elsewhere:

    1. Section 03300, Cast-In-Place Concrete.

    2. Section 04201, Unit Masonry Construction.

    3. Section 07531, Single-Ply Adhered Roofing System.

    4. Section 07920, Caulking and Sealants.

## 1.2 QUALITY ASSURANCE

A. Installer Qualifications: The installer shall be skilled and experienced in the type of flashing and sheet metal Work required, and equipped to perform workmanship in accordance with recognized standards.

B. Design Criteria:

    1. Except as otherwise shown or specified, comply with the recommendations and instructions of the manufacturer of the flashing and sheet metal being installed.

    2. Flashing and sheet metal shall be permanently watertight, and not deteriorate in excess of manufacturer's published limitations.

C. Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified:

    1. ASTM A 526, Steel Sheet, Zinc-Coated (Galvanized) by the Hot Dip Process, Commercial Quality.

    2. ASTM B 29, Pig Lead.

    3. ASTM B 32, Solder Metal.

    4. ASTM B 101, Lead-Coated Copper Sheets.

    5. ASTM B 370, Copper Sheet and Strip for Building Construction.

6.  ASTM D 250, Asphalt-saturated Asbestos Felts for Use in Waterproofing and in Constructing Built-up Roofs.

7.  FS 0-F-506C, Flux, Soldering, Paste and Liquid.

8.  FS SS-C-153, Cement, Bituminous, Plastic.

9.  FS QQ-L-201, Lead Sheet.

## 1.3   SUBMITTALS

A.  Samples: Submit for approval 12-inch square samples of specified metal to be exposed as flashing or sheet metal.  Samples will be reviewed by Engineer for color and texture only.  Compliance with other requirements is the exclusive responsibility of the Contractor.

B.  Shop Drawings: Submit for approval the following:

1.  Shop Drawings showing the manner of forming, jointing and securing the metal to form flashings, gutters, downspouts, joint covers, copings, gravel stops and related sheet metal trim.  Show joint details and waterproof connections to adjoining work and at obstructions and penetrations.

2.  Copies of manufacturer's specifications, installation instructions and general recommendations for flashing and sheet metal required.  Include manufacturer's data substantiating that the materials comply with the requirements.

## 1.4   PRODUCT DELIVERY, STORAGE AND HANDLING

A.  Delivery of Materials: Deliver flashing and sheet metal materials to job or fabrication shop in manufacturer's original, unopened containers and rolls with labels intact and legible.

B.  Storage of Materials:

1.  Store materials in an area protected from construction traffic.

2.  Store materials in same package in which they were shipped.

    C.   Handling of Materials: Protect flashing and sheet metal from dents, scratches, warps or bends.

## 1.5 JOB CONDITIONS

    A.   Scheduling:

        1.   Do not proceed with the flashing and sheet metal Work until curb and substrate construction, cant strips, blocking, and other construction to receive the Work is completed.

        2.   Schedule the installation of flashing and sheet metal to coincide with the installation of built-up roofing, waterproofing drains, piping, blocking, nailers, framing at openings, curbs, and other adjoining and substrate work.

## PART 2 - PRODUCTS

## 2.1 MATERIALS

    A.   Metal Flashing and Sheet Metal:

        1.   Stainless Steel Coping, Emergency Scupper Flashing, Counter Flashing and Sheet Metal: Provide sheet metal of Type 304 fully annealed and pickled, dead soft temper, No. 2B or 2D finish. Provide 26-gauge thickness except where heavier gauge is specified.

        2.   Emergency Scupper Pipe: 16-gauge stainless steel, soldered, watertight, as shown.

        3.   Lead Flashing and Sheet Metal: Provide sheet complying with the FS QQ-L-201, Grade S, and formed from common desilverized pig lead complying with ASTM B 29; weighing 4 pounds per square foot.

    B.   Gutters, Leaders and Downspouts:

        1.   Gutters shall be of seamless construction made on the job site. Gutters to be 6″ aluminum with baked enamel finish (color to be selected by Owner) using 0.032″ thick material. Hangers shall be bar type and submitted for approval.

2. Downspouts shall be 4" x 5" and manufactured of 0.027" thick aluminum, baked-on enamel finish to match gutters.

3. Aluminum flashing shall be as shown on the drawings and be made from 0.032" thick aluminum. Color to be selected by owner.

C. Emergency Scuppers: See Section 05504, Miscellaneous Metal Fabrications and Section 04201, Unit Masonry Construction.

D. Miscellaneous Materials:

1. Burning Rod for Lead: Same composition as lead sheet.

2. Solder for Steel, Lead and Copper: ASTM B 32, 50-percent tin and 50-percent lead, used with rosin flux.

3. Solder for Stainless Steel: ASTM B 32, 60 percent tin and 40 percent lead, used with acid-chlorine flux.

4. Nails, Screws and Rivets: Stainless steel, or as recommended by manufacturer of flashing sheet.

5. Cleats: Same metal and gauge as sheet being anchored, 2 inches wide, punched for two anchors.

6. Bituminous Coating: SSPC-Paint 12, cold-applied solvent-type bituminous mastic coating for application in dry film thickness of 15 mils per coat.

7. Sealants: Refer to Section 07920, Sealants and Caulkings.

8. Roofing-Cement: FS SS-C-153, Type I (asphaltic).

9. Roofing Felts: Asphalt saturated glass fiber felt complying with ASTM D 250.

10. Reglets: Provide springlock type reglets with windlock clips as follows:

    a. Provide stainless steel, Type 304, 0.02-inch thick, for masonry, concrete and surface

installation with top flange 4 inches wide to penetrate the first wythe of brick.

    b.   Product and Manufacturer: Provide one of the following:

        a.   Type SM, MA and CO by Fry Reglet Corporation.

        b.   Concrete, Masonry and Surface Types by Keystone Flashing Company.

        c.   Or equal.

## 2.2   FABRICATION

A.   Conform to quality, procedures and methods recommended by the Sheet Metal and Air Conditioning Contractors National Association, Incorporated, unless otherwise shown or specified.

B.   Fabricated Metal Flashing: Shop fabricate sheet metal items to comply with profiles and sizes shown, and to comply with manufacturer's recommended details. Except as otherwise shown or specified, provide soldered flat-lock seams, and fold back metal to form a hem on the concealed side of exposed edges. Comply with metal producers' recommendations for tinning, soldering and cleaning flux from metal.

C.   Metal flashings, copings, counter flashings, etc., shall be formed of sheet metal as indicated on the Drawings.

D.   On all gutters provide completely shop fabricated corners; soldered to ensure watertight joints.

E.   Continuously welded emergency scuppers to form watertight seams.

F.   Make surfaces free of waves and buckles with lines, arises and angles sharp and true; curves shall be smooth.

G.   Materials furnished hereunder to be built into work by others shall be in condition for final installation. Do all cutting, fitting, drilling or other operation in sheet metal required to accommodate work of other trades. Provide any items essential to complete the

installation, though not specifically shown or specified, of the same kind, quality, and type as similar items utilized elsewhere in the building.

## PART 3 - EXECUTION

### 3.1 INSPECTION

A. Contractor shall examine the substrate and the conditions under which the flashing and sheet metal Work is to be performed, and notify the Engineer in writing of unsatisfactory conditions. Do not proceed with flashing and sheet metal Work until unsatisfactory conditions have been corrected in a manner acceptable to the Engineer.

### 3.2 PREPARATION

A. Before installing flashing and sheet metal, verify shapes, and dimensions to be covered.

B. Prepare substrates as recommended by the sheet metal manufacturer.

### 3.3 INSTALLATION

A. General:

1. Separate dissimilar metals from each other by painting each metal surface in the area of contact with a heavy application of bituminous coating, or by other permanent separation as recommended by the manufacturers of the dissimilar metals. Comply with the following:

   a. Separate stainless steel from dissimilar metals, including regular steel and iron, and from cementitious materials by a course of roofing felt wherever possible. Where felt application is not possible, coat the stainless steel or the other material with a 15-mil bituminous coating. Where felt is applied under sheets which will be soldered or welded. Cover felt with a course of building paper before installing stainless steel. Comply with manufacturer's recommendations for other forms of

protection of the stainless steel against corrosion.

2. Provide thermal expansion for running sheet metal, flashing, and other items exposed for more than 15 feet continuous length. Maintain a watertight installation at expansion seams. Locate expansion seams as shown or, if not shown, at the following maximum spacings for each general flashing use:

   a. Flashing and Sheet Metal: At 10-foot intervals, and 2 feet each side of corners and intersections.

3. Fabricate and install the Work with lines and corners of exposed units true and accurate. Form exposed faces flat and free of buckles, excessive waves and avoidable tool marks, considering the temper and reflectivity of the metal. Provide uniform, neat flat-locked seams with minimum exposure of solder, welds and sealant. Fold back the sheet metal to form a hem on the concealed side of exposed edges.

4. Conceal fasteners and expansion provisions wherever possible in exposed Work, and locate so as to minimize the possibility of leakage. Cover and seal work as required for a watertight installation.

   a. Provide cleat-type anchorages for metal flashings and sheet metal wherever practical, arranged to relieve stresses from building movement, and thermal expansion and contraction.

   b. Join parts with concealed rivets or sheet metal screws where necessary for strength or stiffness. Place sheets together before drilling.

   c. In general, space nails, rivets, or screws not more than 8 inches apart. If nailing into concrete or masonry, use "Dryvins" and drilled holes.

5. On vertical surfaces lap two-piece flashings members a minimum of 3 inches.

6. On sloping surfaces, for slopes of not less than 6 inches in 12 inches, lap unsealed flashings a minimum of 6 inches. For slopes less than 6 inches in 12 inches, use soldered flat locked seams.

7. For embedment of metal flashing flanges in built-up roofing or composition flashing or stripping, extend flanges for a minimum of 4 inches embedment, and bed in roofing cement or other setting compound which is compatible with flashing, adjoining work and substrate.

8. Splice and Expansion Units: Use splice plates of same metal and gauge as the base material.

B. Installation of Stainless Steel Flashing and Trim:

1. Tin the edges of plain stainless steel to be soldered, for a width of 1 1/2 inches, using solder for stainless steel and acid flux. Remove every trace of acid flux residue from the metal promptly after tinning or soldering.

2. Provide welded joints. Provide upturned, 1/2-inch wide hooked flanges, and weld between adjoining sheets; lay seam flat.

3. Coordinate installation of roof expansion joint covers. See Section 07800, Roof Accessories.

C. Installation of Lead Flashing and Sheet Metal:

1. Where prefabricated units of lead flashing are to be set in felts the underside may be coated with flashing cement.

2. Cut and shape lead sheets in place with minimum of 1-inch lapped joints, and form bends and folds to provide corners and intersections as shown. Shave or wire-brush joint areas immediately before sealing joint. Burn joints in lead sheets to provide true welded construction, exercising care to avoid reduction of sheet thickness.

3.  Use for flashing roof drains and vents.

D.  Coordinate installation of emergency scuppers and flashings with masonry.

E.  Support and anchor each unit of Work in the manner shown; but in no case in a manner which would be inadequate for thermal expansion stresses and the normal loading of water, ice, wind and similar loadings.

F.  On bituminous membranes, provide not less than 4 inches of mechanically-fastened cover over built-up base flashings.

1.  Overlap built-up base flashing with counter flashing a minimum of 4 inches and fold lower edge back on itself for 1/2 inch.

G.  On all gutters provide completely shop fabricated corners to ensure watertight joints.

H.  Continuously weld scuppers to form watertight seams.

I.  Make surfaces free of waves and buckles with lines, arises and angles sharp and true; curves shall be smooth.

J.  Materials furnished hereunder to be built into work by others shall be in condition for final installation. Do all cutting, fitting, drilling or other operation in sheet metal required to accommodate work of other trades.  Provide any items essential to complete the installation, though not specifically shown or specified, of the same kind, quality, and type as similar items utilized elsewhere in the building.

K.  Contractor shall examine the substrate and the conditions under which the flashing and sheet metal Work is to be performed, and notify the Engineer in writing of unsatisfactory conditions.  Do not proceed with flashing and sheet metal Work until unsatisfactory conditions have been corrected in a manner acceptable to the Engineer.

**3.4   ADJUSTMENT AND CLEANING**

A.   Protect flashing and sheet metal until Final Acceptance of the Work.

B.   Do not permit workmen, or others, to step directly on flashing sheets in place, or to place or move equipment over flashing and sheet metal surfaces. Protect surfaces during installation of permanent covering Work and adjoining Work.

C.   Neutralize excess flux as Work progresses with 5 percent to 10 percent washing soda solution and rinse thoroughly.

D.   Clean exposed surfaces of every substance which is visible or might cause corrosion or prevent uniform oxidation of the metal surfaces. Exercise extreme care to remove fluxes and ferrous metal particles, including welding splatter and grinding dust.

+ + END OF SECTION + +

NO TEXT THIS PAGE

## SECTION 07720

## ROOF SCUTTLE

# PART 1 - GENERAL

## 1.1  SUMMARY

A.  Work included: Furnishing and installing factory fabricated roof scuttles.

B.  Related Work:

1.  Section 06100, Rough Carpentry.

2.  Section 07300, Roofing.

3.  Section 07600, Flashing, Gutters and Trim.

## 1.2  REFERENCES

A.  American Society for Testing and Materials (ASTM), 100 Bar Harbor Drive, West Conshocken, PA 19428-2959; (215) 299-5400, fax (215) 977-9679.

1.  ASTM A 36-93a: Standard Specification for Structural Steel.

## 1.3  SUBMITTALS

A.  Product Data: Provide manufacturer's product data for all materials in this specification.

B.  Shop Drawings: Show profiles, accessories, location, and dimensions.

C.  Samples: Manufacturer to provide upon request; sized to represent material adequately.

D.  Contract Closeout: Roof scuttle manufacturer shall provide the manufacturer's Warranty prior to the contract closeout.

## 1.4  PRODUCT HANDLING

A.  All materials shall be delivered in manufacturer's original packaging.

B.   Store materials in a dry, protected, well-vented area. The contractor shall thoroughly inspect product upon receipt and report damaged material immediately to delivering carrier and note such damage on the carrier's freight bill of lading.

## 1.5   JOB CONDITIONS

A.   Verify that other trades with related work are complete before installing roof scuttle(s).

B.   Mounting surfaces shall be straight and secure; substrates shall be of proper width.

C.   Refer to the construction documents, shop drawings, and manufacturer's installation instructions.

D.   Coordinate installation with roof membrane and roof insulation manufacturer's instructions before starting.

E.   Observe all appropriate OSHA safety guidelines for this work.

## 1.6   WARRANTY/GUARANTEE

A.   Manufacturer's standard warranty: Materials shall be free of defects in material and workmanship for a period of five years from the date of purchase. Should a part fail to function in normal use within this period, manufacturer shall furnish a new part at no charge.

## PART 2 - PRODUCTS

## 2.1   MANUFACTURER

A.   The BILCO Company, P.O. Box 1203, New Haven, CT 06505, (203) 934-6363, Fax: (203) 933-8478, Web: www.bilco.com.

## 2.2   ROOF SCUTTLE

A.   Furnish and install where indicated on plans metal roof scuttle Type F, size width: 4'0" x length: 4'0". The roof scuttle shall be single leaf. The roof scuttle shall be preassembled from the manufacturer.

B.   Performance Characteristics:

   1.   Cover shall be reinforced to support a minimum live load of 40 psf with a maximum deflection of 1/150th of the span or 20 psf wind uplift.

   2.   Operation of the cover shall be smooth and easy with controlled operation throughout the entire arc of opening and closing.

   3.   Operation of the cover shall not be affected by temperature.

   4.   Entire scuttle shall be weathertight with fully welded corner joints on cover and curb.

C.   Cover: Shall be 11-gauge aluminum with a 3-inch beaded flange with formed reinforcing members. Cover shall have a heavy extruded EPDM rubber gasket that is bonded to the cover interior to assure a continuous seal when compressed to the top surface of the curb.

D.   Cover insulation: Shall be fiberglass of 1-inch thickness, fully covered and protected by an 18-gauge aluminum liner.

E.   Curb: Shall be 12 inches in height and of 11-gauge aluminum. The curb shall be formed with a 3-1/2-inch flange with 7/16-inch holes provided for securing to the roof deck. The curb shall be equipped with an integral metal capflashing of the same gauge and material as the curb, fully welded at the corners.

F.   Curb insulation: Shall be rigid, high-density fiberboard of 1-inch thickness on outside of curb.

G.   Lifting mechanisms: Manufacturer shall provide compression spring operators enclosed in telescopic tubes to provide, smooth, easy, and controlled cover operation throughout the entire arc of opening and closing. The upper tube shall be the outer tube to prevent accumulation of moisture, grit, and debris inside the lower tube assembly. The lower tube shall interlock with a flanged support shoe welded to the curb assembly.

H.  Hardware:

    1.  Heavy pintle hinges shall be provided with Type 316 stainless steel pins.

    2.  Cover shall be equipped with a two-point spring latch with interior and exterior turn handles.

    3.  Roof scuttle shall be equipped with interior and exterior padlock hasps.

    4.  The latch strike shall be a stamped component bolted to the curb assembly.

    5.  Cover shall automatically lock in the open position with a rigid hold open arm equipped with a 1-inch diameter red vinyl grip handle to permit easy release for closing.

    6.  Compression spring tubes shall be an anti-corrosive composite material and all other hardware shall be zinc plated and chromate sealed. Springs shall be Type 316 stainless steel for corrosion resistance.

    7.  Cover hardware shall be bolted into heavy gauge channel reinforcing welded to the underside of the cover and concealed within the insulation space.

I.  Finishes: Factory finish shall be mill finish aluminum.


# PART 3 - EXECUTION

## 3.1  INSPECTION

A.  Verify that roof scuttle installation will not disrupt other trades. Verify that the substrate is dry, clean, and free of foreign matter. Report and correct defects prior to any installation.

## 3.2  INSTALLATION

A.  Submit product design drawings for review and approval to the architect or specifier before fabrication.

B.   The installer shall check as-built conditions and verify the manufacturer's roof scuttle details for accuracy to fit the application prior to fabrication. The installer shall comply with the roof scuttle Manufacturer's installation instructions.

C.   The installer shall furnish mechanical fasteners consistent with the roof requirements.

D.   Scuttles shall be installed with hinges perpendicular to the ridge line.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

## SECTION 07920

## CAULKING AND SEALANTS

**PART 1 - GENERAL**

**1.1 DESCRIPTION**

A. Scope:

1. Contractor shall furnish all labor, materials, equipment and incidentals required to provide sealants and caulkings as specified.

2. The types of sealant and caulking Work required include the following:

   a. All metal to metal joints.

   b. All joints between masonry and metal.

   c. All control joints.

   d. All locations whether or not indicated on the Drawings required to render the building watertight.

B. Coordination:

1. Review installation procedures under other Sections and coordinate the installation of items that must be installed with the sealants and caulkings.

2. Coordinate the final selection of sealants and caulkings to be compatible with all sealant and caulking substrates specified.

C. Related Work Specified Elsewhere:

1. Section 03300, Cast-In-Place Concrete.

**1.2 QUALITY ASSURANCE**

A. Installer Qualifications: The applicator must have experience in this type of work and performed acceptable work on like projects of similar size.

B.   Job Mock-ups:

1.   Prior to the installation of sealant and caulking Work, but after Engineer's approval of samples, install sample of each type of sealant and caulking in areas selected by the Engineer to show a representative installation of the sealants and caulkings. Obtain Engineer's acceptance of visual qualities of the mock-ups before start of sealant and caulking Work. Retain and protect mock-ups during construction as a standard for judging completed sealant and caulking Work. Do not alter mock-ups.

2.   Sealant and caulking Work that does not meet the standard approved on the sample areas shall be removed and replaced with new material, as required by the Engineer.

C.   Source Quality Control:   Obtain materials from only manufacturers who will, if required:

1.   Send a qualified technical representative to the site, for the purpose of advising the installer of proper procedures and precautions for the use of the materials.

2.   Test sealants and caulkings for compatibility with the substrates specified for conformance to FS-TT-S-0027, and recommend remedial procedures as required.

D.   Reference Standards:   Comply with applicable provisions and recommendations, except as otherwise shown or specified.

1.   ASTM C 510, Test for Staining and Color Change of Single or Multicomponent Joint Sealers.

2.   ASTM C 661, Test for Indentation Hardness of Elastomeric-Type Sealants by Means of a Durometer.

3.   ASTM C 793, Test for Effects of Accelerated Weathering on Elastomeric Joint Sealants.

4.  ASTM C 794, Test for Adhesion-in-Peel of Elastomeric Joints Sealants.

5.  ASTM C 790, Recommended Practices for Use of Latex Sealing Compounds.

6.  ASTM C 804, Recommended Practices for Use of Solvent-Release Type Sealants.

7.  Federal Specification, FS TT-S-00227, Sealing Compound: Elastomeric Type, Multi-component for Caulking, Sealing, and Glazing in Buildings and Other Structures.

8.  Federal Specification, FS TT-S-001543, Sealing Compound, Silicone Rubber Base (for Caulking, Sealing, and Glazing in Buildings and Other Structures).

9.  Thiokol Chemical Corporation, Standards for Polysulfide Sealants.

E.  Compatibility: Before purchase of each specified sealant, investigate its compatibility with the joint surfaces, joint fillers and other materials in the joint system. Provide only materials (manufacturer's recommended variation of the specified materials) which are known to be fully compatible with the actual installation condition as shown by manufacturer's published data or certification.

## 1.3  SUBMITTALS

A.  Samples: Submit for approval the following:

1.  Sample of each size and type of sealant backer rod, 12-inches long, as recommended by the sealant and caulking manufacturer.

2.  Sample of bond breaker tape as recommended by the manufacturer.

3.  Samples will be reviewed by Engineer for color and texture only. Compliance with other requirements is the exclusive responsibility of the Contractor.

B.   Manufacturer's Data:  Submit for approval the following:

    1.   Copies of manufacturer's specifications, recommendations and installation instructions for each type of sealant, caulking compound and associated miscellaneous material required. Include manufacturer's published data, indicating that each material complies with the requirements and is intended for the applications shown.

C.   Test Reports:  Submit for approval the following:

    1.   Compatibility tests for substrates, based on adhesion-in-peel standard test procedures and FS TT-S-0027.

    2.   Copies of certified laboratory test reports indicating conformance with the requirements specified.

D.   Guarantee:  Submit for approval the following:

    1.   Copies of written guarantee agreeing to repair or replace sealants which fail to perform as specified.

## 1.4   PRODUCT DELIVERY, STORAGE AND HANDLING

A.   Delivery of Materials:

    1.   Deliver materials in sealant and caulking manufacturer's original unopened containers.

    2.   Include the following information on the label:

        a.   Name of material and supplier.

        b.   Formula or specification number, lot number, color and date of manufactures.

        c.   Mixing instructions, shelf life and curing time when applicable.

    3.   Failure to comply with these requirements shall be sufficient cause for rejection of the material in question, by the Engineer, and his requiring its removal from the site.  Supply new material

conforming to the specified requirements at no additional cost to the Owner.

B.  Storage of Materials:

1.  Store materials so as to preclude the inclusion of foreign materials.

2.  Do not store or expose materials to temperature above 90°F or store in direct sunshine.

3.  Do not use materials which are outdated as indicated by shelf life.

4.  Store sealant tape in a manner which will not deform the tape.

5.  In cool or cold weather store containers where temperature approximates 75°F for 16 hours before using.

6.  When high temperatures prevail store mixed sealants in a cool place.

C.  Handling:

1.  Handle materials carefully to prevent inclusion of foreign materials.

2.  Do not open containers or mix components until necessary preparatory work and priming has been completed.

## 1.5  JOB CONDITIONS

A.  Environmental Conditions:

1.  Do not proceed with installation of sealants and caulkings under adverse weather conditions, or when temperatures are below or above manufacturer's recommended limitations for installation.

2.  Proceed with the Work only when forecasted weather conditions are favorable for proper cure and development of high early bond strength.

3.   Wherever joint width is affected by ambient temperature variations, install elastomeric sealants only when temperatures are in the lower third of manufacturer's recommended installation temperature range, so that sealant will not be subjected to excessive elongation and bond stress at subsequent low temperatures.

4.   When high temperatures prevail avoid mixing sealants in direct sunlight.

B.   Protection:  Do not allow sealants and caulkings to overflow or spill onto adjoining surfaces, or to migrate into the voids of adjoining surfaces including rough textured materials.  Use masking tape or other precautionary devices to prevent staining of adjoining surfaces, by either the primer/sealer or the sealant and caulking materials.

## 1.6   GUARANTEE

A.   Provide a written guarantee agreeing to repair or replace sealants which fail to perform as air-tight and watertight joints; or fail in joint adhesion, cohesion, abrasion resistance, weather resistance, extrusion resistance, migration resistance, stain resistance, or general durability; or appear to deteriorate in any other manner not clearly specified by submitted manufacturer's data, as an inherent quality of the material for the exposure indicated.  Provide guarantee period of two years.

## PART 2 - PRODUCTS

## 2.1   MATERIALS

A.   Exterior and Interior vertical Joints:

1.   Two-Component Urethane Sealant:

a.   Urethane-based, 2-part elastomeric chemical curing sealant complying with the following:

1)   FS TT-S-00227:  Type 2 (non-sag) Class A.

2)   Adhesion-in-Peel, FS TT-S-00227 and ASTM C 794:  Minimum 10 lbs/linear inch with no adhesion failure.

3)   Hardness (Standard Conditions), ASTM C 661:  24-35 (Shore A).

4)   Stain and color change, FS TT-S-00227 and ASTM C 510:  No discoloration or stain.

5)   Accelerated Aging, ASTM C 793:  No change in sealant characteristics after 250 hours in weatherometer.

6)   Rheological Vertical Displacement at 120°F, FS TT-S-00227:  No sag.

7)   Withstand repeated movement of up to 25 percent of joint width without failure.

8)   Minimum elongation at ultimate break point (ASTM D 412): 500 percent.

b.   Product and Manufacturer: Provide one of the following:

1)   Sonolastic NP II by Sonneborn Division of Contech Incorporated.

2)   Dymeric by Tremco.

3)   Or equal.

B.   Exterior and Interior Horizontal Joints:

1.   Two-Component Polyurethane Sealant:

a.   Polyurethane-based, 2-part elastomeric sealant complying with the following:

1)   FS TT-S-00227, Type 1 (self-leveling) Class A.

2)   Water Immersion Bond, FS TT-S-00227: Elongation of 25% with no adhesive failure.

3) Hardness (Standard Conditions), ASTM C 661: 30-40.

4) Stain and Color Change, FS TT-S-00227 and ASTM C 510:  No discoloration or stain.

5) Accelerated Aging, ASTM C 793:  No change in sealant characteristics after 250 hours in weatherometer.

b. Product and Manufacturer:  Provide one of the following:

1) Sonolastic Paving Joint Sealant by Sonneborn Division of Contech Incorporated.

2) THC/900 by Tremco.

3) Or equal.

C. Provide colors selected by Engineer from sealant and caulking manufacturer's standard color charts. Manufacturers supplying sealants other than those specified above must provide the same colors available from those specified.

D. Miscellaneous Materials:

1. Joint Cleaner:  Provide the type of joint cleaning compound recommended by the sealant and caulking manufacturer, for the joint surfaces to be cleaned.

2. Joint Primer and Sealer:  Provide the type of joint primer and sealer recommended by the sealant and caulking manufacturer, for the joint surfaces to be primed or sealed.

3. Bond Breaker Tape:  Polyethylene tape or other plastic tape as recommended by the caulking and sealant manufacturer, to be applied to sealant-contact surfaces where bond to the substrate or joint filler must be avoided for proper performance of sealant and caulking. Provide self-adhesive tape wherever applicable.

4.   Sealant Backer Rod: Compressible rod stock polyethylene foam, polyethylene jacketed polyurethane foam, butyl rubber foam, neoprene foam or other flexible, permanent, durable nonabsorptive material as recommended for compatibility with sealant and caulking by the sealant and caulking manufacturer. Provide size and shape of rod which will control the joint depth for sealant placement, break bond of sealant at bottom of joint, form optimum shape of sealant bead on back side, and provide a highly compressible backer to minimize the possibility of sealant extrusion when joint is compressed.

5.   Low Temperature Catalyst: Provide the type recommended by the sealant and caulking manufacturer.

## 2.2   MIXING

A.   Comply with sealant manufacturer's written instructions for mixing 2-component sealants.

B.   Thoroughly mix components before use.

C.   Add entire contents of activator can to base containers. Do not mix partial units.

D.   Mix contents for a minimum of 5 minutes or as recommended by the sealant manufacturer, until color and consistency are uniform.

## PART 3 - EXECUTION

## 3.1   INSPECTION

A.   Contractor must examine the joint surfaces, substrates, backing, and anchorage of units forming sealant rabbet, and the conditions under which the sealant and caulking Work is to be performed, and notify the Engineer in writing of any conditions detrimental to the proper and timely completion of the Work and performance of the sealants. Do not proceed with the sealant and caulking Work until unsatisfactory conditions have been corrected in a manner acceptable to the Engineer.

## 3.2   JOINT SURFACE PREPARATION

A.   Clean joint surfaces immediately before installation of sealant compound.  Remove dirt, insecure coatings, moisture and other substances which would interfere with bonds of sealant compound as recommended by sealant manufacturer's written instructions.

B.   Etch concrete and masonry joint surfaces to remove excess alkalinity, unless sealant manufacturer's written instructions indicate that alkalinity does not interfere with sealant bond and performance.

   1.   Etch with 5 percent solution of muriatic acid.

   2.   Neutralize with dilute ammonia solution.

   3.   Rinse thoroughly with water and allow to dry before sealant installation.

C.   If necessary, clean porous materials such as concrete and masonry by grinding, sand blasting or mechanical abrading.  Blow out joints with oil-free compressed air, or by vacuuming joints prior to application of primer or sealant.

D.   Roughen joint surfaces on vitreous coated and similar non-porous materials, wherever sealant manufacturer's data indicates lower bond strength than for porous surfaces.  Rub with fine abrasive cloth or wool to produce a dull sheen.

## 3.3   INSTALLATION

A.   Comply with sealant manufacturer's written instructions except where more stringent requirements are shown or specified and except where manufacturer's technical representative directs otherwise.

B.   Prime or seal the joint surfaces wherever recommended by the sealant manufacturer.  Do not allow prime or sealer to spill or migrate onto adjoining surfaces.  Allow primer to dry prior to application of sealants.

C.   Apply masking tape before installation of primer, in continuous strips in alignment with the joint edge to produce sharp, clean interface with adjoining materials.

Remove tape immediately after joints have been sealed and tooled as directed.

D.  Do not install sealants without backer rods or bond breaker tape.

E.  Roll the back-up rod stock into the joint to avoid lengthwise stretching.  Do not twist, braid, puncture or prime backer-rods.

F.  Employ only proven installation techniques, which ensure that sealants will be deposited in uniform, continuous ribbons without gaps or air pockets, with complete "wetting" of the joint bond surfaces equally on opposite sides.  Except as otherwise indicated, fill sealant rabbet to a slightly concave surface, slightly below adjoining surfaces.  Where horizontal joints are between a horizontal surface and a vertical surface, fill joint to form a slight cove, so that joint will not trap moisture and dirt.

G.  Install sealants to depths as recommended by the sealant manufacturer but within the following general limitations, measured at the center (thin) section of the bead.

    1.  For horizontal joints in sidewalks, pavements and similar locations sealed with elastomeric sealants and subject to traffic and other abrasion and indentation exposures, fill joints to a depth equal to 75 percent of joint width, but not more than 5/8-inch deep or less than 3/8-inch deep.

    2.  For vertical joints subjected to normal movement and sealed with elastomeric sealants, but not subject to traffic, fill joints to a depth equal to 50 percent of joint width, but not more than 1/2-inch deep or less than 1/4-inch deep.

    3.  Install fire resistant sealants as recommended by sealant manufacturer to meet fire-rating requirements of the wall or floor.

H.  Remove excess and spillage of compounds promptly as the work progresses.

I.  Cure sealants and caulking compounds in compliance with manufacturer's instructions and recommendations, to obtain high early bond strength, internal cohesive strength and surface durability.

## 3.4   FIELD QUALITY CONTROL

A.  Where questions of compatibility of sealants and substrate arise the contractor shall test the substrate in question for compatibility with the specified sealant and report his findings, with recommendations, to the Engineer.  Any required sealant change shall be at no additional cost to the Owner.

B.  Do not proceed with installation of elastomeric sealants over joint surfaces which have been painted, lacquered, waterproofed or treated with water repellent or other treatment or coating unless a laboratory test for durability (adhesion), in compliance with Paragraph 4.3.9 of FS TT-S-00227 has successfully demonstrated that sealant bond is not impaired by the coating or treatment.  If laboratory test has not been performed, or shows bond interference, remove coating or treatment from joint surfaces before installing sealant.

C.  After nominal cure of exterior joint sealants which are exposed to the weather, test for water leaks.  Flood the joint exposure with water directed from a 3/4-inch garden hose, without nozzle, held perpendicular to wall face, 2 feet-0 inch from joint and connected to a water system with 30 psi minimum normal water pressure.  Move stream of water along joint at an approximate rate of 20 feet per minute.

D.  Test approximately 5 percent of total joint system, in locations which are typical of every joint condition, and which can be inspected easily for leakage on opposite face.  Conduct test in the presence of the Engineer, who will determine the actual percentage of joints to be tested and the actual period of exposure to water from the hose, based upon the extent of observed leakage, or lack thereof.

E.  Where nature of observed leakage indicates the possibility of inadequate joint bond strength, Engineer may direct that additional testing be performed at a time when joints have been fully cured, followed by

natural exposure through both extreme temperatures and returned to the lowest range of temperature in which it is feasible to conduct testing.   Perform testing as directed at any time within 24 months of installation date.

## 3.5   ADJUSTMENT AND CLEANING

A.   Repair sealant installation at leaks or, if leakage is excessive, replace sealant installation as directed.

B.   Clean adjacent surfaces of sealant or soiling resulting from the Work.   Use solvent or cleaning agent recommended by the sealant manufacturer.   Leave all finish work in a neat clean condition.

C.   Protect the sealants during the construction period so that they will be without deterioration, soiling, or damage at the time of the Owner's acceptance.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

**DIVISION 8 – DOORS AND WINDOWS**

NO TEXT THIS PAGE

## SECTION 08100

## STEEL DOORS AND FRAMES

**PART 1 - GENERAL**

**1.1   SUMMARY**

    A.   Scope:

        1.   Under this section, the Contractor shall furnish all labor, materials and equipment necessary to furnish and install metal man-doors and frames as shown on the drawings and as specified herein.

    B.   Related Work Specified Elsewhere:

        1.   Section 08710, Finish Hardware.

**1.2   SUBMITTALS**

    A.   The following shall be submitted in accordance with Section 01342.

        1.   Manufacturer's Product Data.

        2.   Manufacturer's Installation Certification.

        3.   Dimensional Data.

        4.   Door Schedule.

**1.3   PRODUCT DELIVERY, STORAGE AND HANDLING**

    A.   Delivery of Materials:

        1.   Deliver doors and frames sufficiently in advance of its setting for proper inspection.

        2.   Pack each piece of finish hardware separately, complete with screws, keying, instructions and templates, tagged to correspond with the approved door schedule.

B.  Storage of Materials:

1.  Provide secure lock-up for door and frame hardware stored at the site, but not yet installed.

2.  Store doors and frames in manufacturers' original packages.

## 1.5   JOB CONDITIONS

A.  Scheduling:  Deliver individually packaged doors and frames at the proper time to the proper locations for installation.

B.  Coordination:  Coordinate door and frame installation with other work.  Tag each item or package separately, with identification related to the door schedule, and include basic installations in the package.  Furnish doors and frames of proper design for correct thicknesses, profile, swing, security and similar requirements indicated, as necessary for proper installation and function.

## PART 2 - PRODUCTS

## 2.1   STANDARD METAL DOORS AND FRAMES

A.  General:

1.  Metal doors and frames shall be installed in accordance with the Contract Drawings. The Contractor shall install hollow metal doors, frames, hardware, weather stripping and all accessories required for a complete installation.

2.  Door and frame shall be factory fabricated from steel conforming to ASTM A1008, galvanized in accordance with ASTM A653 and A924.  Doors shall have a 12 gauge galvanized steel face sheet in accordance with ANSI/SDI 250.8 and ANSI A250.4.

3.  Frame shall have header and jambs of 12 gauge steel, mitered and welded at corners with all exposed welded joints ground smooth. A minimum of three wall anchors shall be provided per jamb as required for the adjoining wall construction. Jambs

shall be provided with clip angles for attaching frame to floor.

4. Anchors and clips shall not be less than 12 gauge steel. Frames shall be provided with 12 gauge temporary channel spreader. Header shall be provided with metal drip-cap.

5. Doors shall be full flush construction 1-3/4-inch thick, with face sheet not less than 12 gauge steel, hot dipped galvanized. No seams or joints shall appear on door face and top and bottom shall be closed with a recessed channel or a flush end closure. Door shall be internally reinforced with 18 gauge vertical steel stiffeners spaced 6 inches apart and welded to face sheets every 5 inches to resist impact and to ensure flatness of finished surfaces. Fiberglass insulation material shall be applied to the interior of the door. The U-value of the completed door shall not be greater than 0.068. Door shall be provided with 12 gauge closer reinforcement.

6. Cutting, reinforcing, drilling and tapping of door and frame shall be done at the factory, except drilling and tapping for surface applied hardware shall be done in the field. Door frame shall be prepared for silencer and rubber silencer shall be provided with concealed reinforcement for hardware such as hinges, lock, strike, door check arm, etc.

7. Spring-tension type or integral-elastomeric type weather-stripping shall be provided for head and jamb protection. Weather-stripping for bottom of door shall be the concealed hook type of extruded aluminum compatible with the inter-locking threshold.

8. Material for doors and frames shall be treated in the mill to ensure superior prime paint adhesion.

B. Painting shall conform to the requirements of Section 09900 Painting.

C. Doors shall be as manufactured by the Ceco Corporation, Oak Brook, IL., "Medallion" Extra Heavy Duty Commercial (Level 3) model, or approved equal.

## 2.2   DOOR SCHEDULE

| Location | Type | Size | From | To | Swing | Lock Set | Qty. | Wall Dimen. |
|----------|------|------|------|------|-------|----------|------|-------------|
| Packed Tower Building | Single | 3'-0" x 7'-0" | Int. | Ext. | to Ext. | Yes | 1 | 12" |
| Packed Tower Building | Double (2) | 3'-0" x 7'-0" | Int. | Ext. | to Ext. | Yes | 1 | 12" |

## PART 3 - EXECUTION

## 3.1   INSTALLATION

A.   Installation of doors and frames and hardware shall comply with the manufacturer's specifications and recommendations.

B.   Doors and frames shall be set plumb, level, and true to line, without warp or rack of frames.

+ + END OF SECTION + +

SECTION 08710

FINISH HARDWARE

PART 1 - GENERAL

1.1 DESCRIPTION

    A.   Scope:

        1.   Contractor shall furnish all labor, material, equipment and incidentals required to provide finish hardware as shown and specified.

        2.   The extent of finish hardware is shown on the Drawings and in schedules. Finish hardware is defined to include all items known commercially as finish hardware, as required for swing doors, except special types of unique and unmatching hardware specified in the same Section as the door and door frame.

        3.   The types of finish hardware required include the following:

            a.   Mortise hinges.

            b.   Locksets.

            c.   Latchsets.

            d.   Door closers.

            e.   Stripping and seals.

            f.   Thresholds.

            g.   Miscellaneous items.

    B.   Coordination: Review installation procedures under other Sections and coordinate the installation of items that must be installed with the finish hardware.

    C.   Related Work Specified Elsewhere:

        1.   Section 08100, Steel Doors, Frames and Hardware.

## 1.2   QUALITY ASSURANCE

A.   Supplier Qualifications: The finish hardware supplier shall have in his employ a member of the American Society of Architectural Hardware Consultants who shall be responsible for the complete finish hardware contract.

B.   Design Criteria:

1.   Match the existing lock and latch set manufacturer and keying system, where applicable.

2.   Where the finish, shape, size or function of a member receiving finish hardware is such as to prevent the use of, or make unsuitable the types specified, furnish similar types having as nearly as practicable the same operation.

3.   If finish hardware for any location is not specified, provide finish hardware equal in design and quality to adjacent finish hardware for comparable openings.

4.   Furnish finish hardware items of proper design for use on doors and frames of the thickness, profile, swing, security and similar requirements, as necessary for proper installation and function.

5.   Contractor shall bring to Engineer's attention any item of finish hardware which cannot be installed or will not function properly.

6.   Unless otherwise specified, comply with the National Builders Hardware Association, "Recommended Locations for Builders Hardware."

7.   For fire rated openings, provide hardware complying with NFPA 80. Provide hardware which has UL approval for the intended use.

C.   Requirements of Regulatory Agencies:

1.   Codes: Comply with the applicable requirements of the New York State Uniform Fire Prevention and Building Code for the types of finish hardware specified.

D.   Source Quality Control: To the greatest extent possible, obtain each type of finish hardware from only one manufacturer. Locksets, latch sets and cylinders must originate from the same manufacturer.

E.   Reference Standards: Comply with the applicable provisions and recommendations of the following except where otherwise shown or specified:

   1.   FS TT-S-001657, Sealing Compound - Single Component, Butyl Rubber Based, Solvent Release Type.

   2.   National Builders Hardware Association, Recommended Locations for Builders Hardware.

   3.   NFPA Standard No. 80, fire doors and windows.

## 1.3   SUBMITTALS

A.   Shop Drawings: Submit for approval the following, in accordance with Division 1:

   1.   Copies of manufacturer's data for each item of finish hardware. Include whatever information may be necessary to show compliance with requirements, and include instructions for installation and for maintenance of operating parts and exposed finishes. Wherever needed, furnish templates to fabricators of other work which is to receive finish hardware.

   2.   Copies of the finish hardware schedule, in the manner and format specified, complying with the actual construction progress schedule requirements (for each draft). Include a separate key schedule, showing clearly how the Owner's final instructions on keying of locks have been fulfilled. Finish hardware schedules are intended for coordination of the Work. Review and acceptance by the Engineer does not relieve the Contractor of his exclusive responsibility to fulfill the requirements as shown and specified.

   3.   Based on the finish hardware requirements specified, organize the final finish hardware schedule into "hardware sets," indicating complete designation of every item required for

each door or opening. Furnish initial draft of schedule at the earliest possible date, in order to facilitate the fabrication of other work (such as hollow metal frames) which may be critical in the Project construction schedule. Furnish final draft of schedule after samples, manufacturer's data sheets, coordination with Shop Drawings for other work, delivery schedules and similar information have been completed and accepted.

B.  Samples: Prior to submittal of the final hardware schedule and prior to delivery of hardware, submit one sample of each exposed hardware unit, finished as required, and tagged with full description for coordination with the schedule. Sample will be reviewed by Engineer for design, color and texture only. Compliance with other requirements is the exclusive responsibility of the Contractor.

C.  Owner's Replacement Stock: Samples submitted which are approved by the Engineer will be forwarded to the Owner for use as replacement stock.

D.  Prepare a keying schedule in consultation with the Owner.

## 1.4  PRODUCT DELIVERY, STORAGE AND HANDLING

A.  Delivery of Materials:

1.  Deliver finish hardware sufficiently in advance of its setting for proper inspection.

2.  Pack each piece of finish hardware separately, complete with screws, keying, instructions and templates, tagged to correspond with the approved finish hardware schedule.

B.  Storage of Materials:

1.  Provide secure lock-up for finish hardware stored at the site, but not yet installed.

2.  Store finish hardware in manufacturers' original packages.

C.  Handling of Materials: Control the handling and installation of finish hardware items which are not

immediately replaceable, so that the completion of the Work will not be delayed by finish hardware losses, both before and after installation.

## 1.5  JOB CONDITIONS

A.  Scheduling: Deliver individually packaged finish hardware items at the proper time to the proper locations for installation.

B.  Templates: Furnish hardware templates to each fabricator of doors, frames and other work to be factory prepared for the installation of hardware work to confirm that adequate provisions are made for the proper installation of hardware.

C.  Coordination: Coordinate hardware with other work. Tag each item or package separately, with identification related to the final hardware schedule, and include basic installations in the package. Furnish hardware items of proper design for use on doors and frames of the thicknesses, profile, swing, security and similar requirements indicated, as necessary for proper installation and function.

## 1.6  SUBSTITUTIONS

A.  Do not make substitutions after Engineer's approval of final finish hardware schedule.

## PART 2 - PRODUCTS

## 2.1  MATERIALS AND FABRICATION

A.  General:

1.  Hand of Door: The Drawings show the swing or hand of each door leaf (left, right, reverse bevel, etc.). Furnish each item of finish hardware for proper installation and operation of the door swing as shown.

2.  Manufacturer's Name Plate: Do not use manufacturer's products which have manufacturer's name or trade name displayed in a visible location (omit removable nameplates).

3.   Base Metals: Produce finish hardware units of the basic metal and forming method specified, using the manufacturer's standard metal alloy, composition, temper and hardness. Do not substitute materials or forming methods for those specified.

4.   Fasteners: Manufacture finish hardware to conform to published templates, generally prepared for machine screw installation. Do not provide finish hardware which has been prepared for selftapping sheet metal screws, except as specifically indicated.

5.   Furnish screws for installation, with each finish hardware item. Provide Phillips flat-head screws except as otherwise specified. Finish exposed (exposed under any condition) screws to match the hardware finish or, if exposed in surfaces of other work, to match the finish of such other work as closely as possible, including "prepared for paint" in surfaces to receive painted finish.

6.   Provide fasteners which are compatible with both the unit fastened and the substrate, and which will not cause corrosion or deterioration of finish hardware, base material or fastener.

7.   No exposed fasteners on hardware units shall be visible when doors are closed, except to the extent no standard manufacturer units of the type specified are available with concealed fasteners. Do not use through bolts for installation where the bolt head or the nut on the opposite face is exposed in other Work under any condition, except where it is not possible to adequately reinforce the Work and use machine screws or concealed fasteners of another standard type to satisfactorily avoid the use of through bolts.

8.   Tools for Maintenance: Furnish a complete set of specialized tools as needed for Owner's continued adjustment, maintenance, removal and replacement of finish hardware.

9.   Field Checks: Make periodic checks during installation of finish hardware to ascertain the correctness of the installation. After completion

of the work, certify in writing that all items of finish hardware have been installed, adjusted and are functioning in accordance with Specification requirements.

B.   Mortise Hinges: Provide all doors with hinges as specified below:

1.   Templates and Screws: Provide only template-produced units.

2.   Base Metal: Except as otherwise specified, fabricate hinges from stainless steel and finish to match the latch and lock set.

3.   Number of Hinges: Except as otherwise specified, provide two hinges on each door leaf of less than 60 inches and an additional hinge for each 30 inches or fraction thereof.

4.   Hinge Size: Except as otherwise specified or as required to comply with UL and NFPA, provide hinges of the following sizes:

a.   Interior Doors: Maximum 48 inches wide: 5-inch heavy weight (0.190 inch)

b.   Exterior Doors: Maximum 48 inches wide: 6-inch heavy weight (0.203 inch).

c.   All hinges for 1 3/4 inch thick doors shall be 4 1/2 inches wide in the open position. For other door thicknesses hinges shall be of width to permit unobstructed swing of the door.

5.   Types of Hinges: Provide full-mortise type, ball-bearing hinges swaged for mortise applications, inner leaf beveled, square cornered, unless manufacturer's recommendations indicate that half-mortise, half-surface, full-surface or other type should be used for the frame and door type or condition.

6.   Hinge Pins: Except as otherwise specified, provide hinge pins as follows:

a.   Pins: Non-rising stainless steel.

    b.   Exterior Doors: Non-removable non-rising pins, modern type.

    c.   Tips: Flat button and matching plug with no horizontal lines, finished to match leaves.

7.   Product and Manufacturer: Provide one of the following:

    a.   FBB 199H by The Stanley works.

    b.   T4B3386H by McKinney Manufacturing Company.

    c.   Or equal.

C.   Interior Mortise Style, Non-Keyed Passage Latch: Provide all interior doors with latch sets as specified below:

1.   Strikes: Provide manufacturer's standard wrought steel box strike, for each location and use shown. Provide curved lip strikes, unless otherwise recommended by manufacturer, finished to match latch set trim.

2.   Material: Provide all stainless steel chassis, including heavy-duty cylindrical case, latch case and front.

3.   Backsets: Provide backset of 2 3/4 inches.

4.   Modify specified locks and latches to comply with UL, Building Materials Directory, and List of Inspected Fire Protection Equipment and Materials and NFPA No. 80 requirements.

5.   Finish: U.S. 32D satin on stainless steel.

6.   Operation: The latch bolt shall be retracted by knob from either side at all times.

7.   All locksets, etc., shall be of one manufacturer's products. Design shall be Schlage Mortise style or approved equal.

8.   Product and Manufacturers: Provide one of the following:

    a.   Schlage Series 1000, Model L9010.

  b. Or approved equal.

D. Exterior Mortise Style, Keyed, Storeroom Set: Provide all exterior doors with lock and latch sets as specified below:

 1. Material: Provide all stainless steel chassis, including heavy-duty cylindrical case, latch case and front.

 2. Backsets: Provide backset of 2 3/4 inches.

 3. Modify specified locks and latches to comply with UL, Building Materials Director, and List of Inspected Fire Protection Equipment and Materials and NFPA No. 80 requirements.

 4. Finish: U.S. 32D satin on stainless steel.

 5. Operation: The latch bolt shall be retracted by key outside or knob inside. The auxiliary latch shall deadlock the latch bolt when the door is closed. The inside knob shall be always free for immediate exit.

 6. All locksets, etc., shall be of one manufacturer's products. Design shall be Schlage keyed mortise style, or approved equal.

 7. Product and Manufacturers: Provide one of the following:

  a. Schlage Series 1000, Model L9080

  b. Or approved equal.

E. Cylinders and Keying System:

 1. Multiple-Building System: Match Owner's master.

 2. Equip all locks with manufacturer's standard 6-pin tumbler cylinder and provide Owner with four keys to match each tumbler assembly. All locksets shall be provided with either identical or independently keyed tumbler assemblies, as directed by Owner.

 3. Each key shall be stamped "Do Not Duplicate."

Lockset: Mechanical pushbutton combination lock, with standard access control and key override, Unican Model LP 1020, Removable IC Core Arrow, Best, Falcon.

F.   Door Closers:

   1.   Provide all doors both active and inactive, with door closers.

   2.   Size of Units: Except as otherwise specified, comply with the manufacturer's recommendations for size of door control unit, depending upon size of door, exposure to weather, and anticipated frequency of use. Use adjustable size closers, changeable from size 2 through 6 and reversible for right or left hand doors.

   3.   Use parallel arm arrangement for doors that would otherwise have the door closer appearing in finished corridors or entries.

   4.   Provide hold open feature for all doors except fire rated doors.

   5.   Provide long arm to allow door to swing 180 degrees where possible.

   6.   Provide individual regulating valves for closing and latching speeds, and separate adjustable backcheck valve, preset at 75 degrees.

   7.   Provide corner bracket on all exterior doors. Select arms to clear weatherstripping and overhead stops.

   8.   Material: Stainless steel.

   9.   Finish: US 32D Satin.

   10.  Product and Manufacturer: All closing devices and accessories are to be one manufacturer's products. Provide one of the following:

       a.   1250 Series Door Closers by Sargent Division of Walter Kidde and Company, Incorporated.

      b.    1600SS Series Door Closers by Norton Security Products, Division of Scovill Industries.

      c.    Or equal.

G.   Floor Closers: All floor closers shall be furnished with gasket seals. Foundation cases shall be made of "Cycolac" and shall be impervious to acids, alkalis, salts, hydraulic oils and freezing temperatures.

H.   Overhead Stops:

   1.   Provide heavy duty (30 pounds per square foot) overhead holder and stop with hold open feature on all exterior doors, both leafs. Comply with UL and NFPA requirements.

   2.   Materials: Provide the following materials:

      a.    Shock Absorber Spring: Brass.

      b.    All Other Parts: Extruded bronze.

   3.   Coordinate placement of overhead holder and stop with arm and bracket selection for door closers, for non-interference.

   4.   Product and Manufacturer: Provide one of the following:

      a.    GJ 79HD Series Heavy Duty Overhead Door Holder by Glynn Johnson Corporation.

      b.    Or equal.

I.   Wall and Floor Stops:

   1.   All doors shall have stops. Provide wall stops for all interior doors wherever possible. Provide floor stops only where conditions preclude the use of wall stops.

   2.   Materials: Stainless steel or brass chassis with gray rubber tip.

   3.   Finish: US 32D Satin or US26D Satin, as scheduled.

4.   Provide concealed stainless steel fasteners as required by the substrate.

5.   Coordinate height of dome type floor mounted door stops with threshold condition and undercut of door.

6.   Product and Manufacturer: Provide one of the following (except where otherwise specified):

a.   408B wall-mounted concave series and 436 floor-mounted dome type series by Ives Company.

b.   WB60MX wall-mounted concave series and 13X floor-mounted dome type series by Glynn Johnson Division of The Citation Companies.

c.   Or equal.

J.   Coordinators:

1.   Provide coordinator device on all pairs of doors requiring automatic flush bolts. Comply with UL, List of Inspected Fired Protection Equipment and Material, and NFPA No. 80 requirements.

2.   Provide manufacturer's standard carry bar and strike on all pairs of doors equipped with coordinator.

3.   Materials: Bronze.

4.   Finish: Polished bronze.

5.   Product and Manufacturer: Provide one of the following:

a.   469 series by Ives Company.

b.   COR 65 by Glynn-Johnson.

c.   Or equal.

K.   Stripping and Seals:

1.   Provide perimeter weather stripping at all exterior doors and doors in walls forming hazardous spaces and as specified.

2. Continuity of Stripping: Except as otherwise specified, it is required that the stripping at each opening be continuous and without unnecessary interruptions at door corners and hardware.

3. Replaceable Seal Strips: It is required that the resilient or flexible seal strip of every unit be easily replaceable and readily available from stocks maintained by the manufacturer.

4. Provide bumper type weather stripping at jambs and head, including a resilient insert and metal retainer strip, surface applied, of the following metal, finish and resilient bumper material:

   a. Housing: Extruded aluminum with medium bronze anodized finish; 0.062-inch minimum thickness of main walls and flanges.

   b. Seals: Silicone or vinyl.

5. Product and Manufacturer: Provide one of the following:

   a. No. 293AV by Pemko Manufacturing Company.

   b. No. 129VDUR by Reese Enterprises, Inc.

   c. Or equal.

6. Provide automatic drop-seal sound-stripping door-bottom unit of manufacturer's standard design, with operating seal bar of the following material, retained in an extruded metal bar, and capable of operating to close a 3/4-inch gap (from door bottom to floor or threshold). House mechanism and operating bar in the following metal housing, for mounting on doors as follows:

   a. Housing: Extruded aluminum, 0.062-inch thick, with medium bronze anodized finish on exposed surfaces.

   b. Seal: Closed-cell sponge neoprene.

   c. Mounting: Surface-mounted, except as otherwise indicated. Mount on stop-face of

doors, except mount on hinge-face of swing-in exterior doors.

    7.    Product and Manufacturer: Provide one of the following:

        a.    No. 430DS by Pemko Manufacturing Company.

        b.    No. 330DUR by Reese Enterprises, Inc.

        c.    Or equal.

L.    Astragals:

    1.    Provide metal and neoprene astragal for exposed flat head screw mounting on both leaves of all pairs of doors.

    2.    Provide astragal of extruded aluminum, medium bronze anodized finish and black neoprene.

    3.    Product and Manufacturer: Provide one of the following:

        a.    No. 375DR Series by Pemko Manufacturing Company.

        b.    No. 93DUR by Reese Enterprises, Incorporated (with additional screws through neoprene).

        c.    Or equal.

M.    Flush Bolts:

    1.    Provide flush bolts on the inactive leaf of all pairs of doors, at the top and bottom of door.

    2.    Materials: Provide the following materials:

        a.    Flush Bolt Levers: Aluminum.

        b.    Flush Bolt Plate: Aluminum.

        c.    Flush Bolt Guide and Strike: Wrought brass.

        d.    Flush Bolt Rods: 1/2-inch round rods, bronze, 12-inch minimum length.

        e.    Bolt Head: Brass.

3. All flush bolts furnished for labeled doors shall have UL approval.

4. Provide extension flush bolts with 3/4-inch throws and with top bolt not over 6 feet above finished floor. Provide bottom flush bolt 12 inches long.

5. Product and Manufacturer: Provide one of the following:

   a. 458 Flush Bolt by Ives Company.

   b. 298 Flush Bolt by Russwin, Division of Emhart Corporation.

   c. Or equal.

N. Thresholds:

1. Provide thresholds on all exterior doors and doors in walls forming hazardous spaces and as specified on Door Schedule.

2. Metal: Extruded aluminum, smooth commercial finish.

3. Surface Pattern: Grooved tread, manufacturer's standard.

4. Provide countersunk aluminum screws and expansion shields.

5. Width: 5 inches wide and full width of opening.

6. Construction: Single piece complying with manufacturer's recommendations.

7. Profile: Provide manufacturer's standard flat unit with low profile. For doors equipped with panic hardware, including floor bolts, provide profile with stop bar of proper size and shape to function as the strike plate for the floor bolts.

8. Thickness: 1/8-inch minimum.

9. Product and Manufacturer: Provide one of the following:

        a.    272A and 157A by Pemko Manufacturing Company, for low profile.

        b.    S406A and S512AO by Reese Enterprises, Incorporated.

        c.    Or equal.

O.    Silencers:

    1.    Provide silencers for all non-fire rated door frames. Refer to Section 08116, for number required.

    2.    Product and Manufacturer: provide one of the following:

        a.    No. 3446 by Sargent and Company.

        b.    No. 33 by Russwin, Division of Emhart Corporation.

        c.    Or equal.

P.    Sealants: Provide butyl rubber sealant complying with FS TT-S-001657 for use with thresholds.

Q.    Rain Drip:

    1.    Provide rain drip for all exterior doors not protected by an overhang.

    2.    Metal: Extruded medium bronze anodized aluminum.

    3.    Provide projecting leg of 2 1/2 inches.

    4.    Product and Manufacturer: Provide one of the following:

        a.    R201 DUR by Reese Enterprises Incorporated.

        b.    142 by Zero Weatherstripping Company, Incorporated.

        c.    Or equal.

5.   Push Plates and Pull Bars:

    a.   All push plates shall be 14-gauge by 3-inch by 12-inch wrought plates with beveled edges.

    b.   All pull bars shall be 3/8-inch by 1 1/4-inch by 6 3/8-inch bar, fastened to a back plate that matches the push plate.

## 2.2   HARDWARE FINISHES

A.   Provide matching finishes for finish hardware units at each door or opening, to the greatest extent possible. Reduce differences in color and textures as much as commercially possible where the base metal or metal forming process is different for individual units of finish hardware exposed at the same door or opening. In general, match all items to the manufacturer's standard finish for the latch and lock set for color and texture. All hardware and hinges shall have a US32D finish unless otherwise noted. All surface closers shall have a USP finish unless otherwise noted.

## PART 3 - EXECUTION

## 3.1   GENERAL

A.   Approval: As soon as practical after award of General Construction Contract and before a hardware schedule is prepared, and before any hardware is ordered or delivered to the project, the Contractor shall submit to the Engineer for his written approval, copies of sample list, listing each of the different items of builders' finishing hardware and catalog cuts of each item proposed.

## 3.2   INSPECTION

A.   Contractor shall examine the substrate to receive finish hardware, and ascertain the conditions under which the Work will be performed, and notify the Engineer in writing of unsatisfactory conditions. Do not proceed with the finish hardware Work until unsatisfactory conditions have been corrected in a manner acceptable to the Engineer.

3.3   **PREPARATION**

A.   Templates: Within 10 days after receipt of the approved hardware schedule, the hardware supplier shall furnish finish hardware templates to each fabricator of doors, frames and other work to be factory prepared for the installation of finish hardware. Upon request, check the Shop Drawings of such other work, to confirm that adequate provisions are made for the proper installation of the finish hardware.

3.4   **INSTALLATION**

A.   Installation of all hardware shall be in a manner which will eliminate cracks on surfaces which could allow the growth of biological life by providing crevices and joints which can collect moisture and germs.

B.   Mount finish hardware units at heights recommended in, "Recommended Locations for Builders' Hardware," by National Builders Hardware Association, except as otherwise specified or required to comply with governing regulations.

C.   Install each finish hardware item in compliance with the manufacturer's instructions and recommendations. Wherever cutting and fitting is required to install finish hardware onto or into surfaces which are later to be painted or finished in another way, install each item completely and then remove and store in a secure place during the finish application. After completion of the finishes, re-install each item. Do not install surface-mounted items until finishes have been completed on the substrate.

D.   Set units level, plumb and true to line and location. Adjust and reinforce the attachment substrate as necessary for proper installation and operation.

E.   Drill and countersink units which are not factory-prepared for anchorage fasteners. Space fasteners and anchors in accordance with industry standards.

F.   Cut and fit threshold and floor covers to profile of door frames, with mitered corners and hair-line joints. Join units with concealed welds or concealed

mechanical joints. Cut smooth openings for spindles, bolts and similar items, if any.

G.    Screw thresholds to substrate with No. 10 or larger screws, of the proper type for permanent anchorage and of bronze or stainless steel which will not corrode in contact with the threshold metal.

H.    Set thresholds in a bead of butyl rubber sealant to completely fill concealed voids and exclude moisture from every source. Do not plug drainage holes or block weeps. Remove excess sealant.

## 3.5 ADJUSTMENT AND CLEANING

A.    Adjust and check each operating item of finish hardware and each door, to ensure proper operation or function of every unit. Lubricate moving parts with the type lubrication recommended by manufacturer (graphite-type if no other recommended). Replace units which cannot be adjusted and lubricated to operate freely and smoothly as intended for the application.

B.    Final Adjustment: Where finish hardware installation is made more than 1 month prior to acceptance or occupancy of a space or area, return to the Work during the week prior to acceptance or occupancy, and make a final check and adjustment of all finish hardware items in such space or area. Clean and relubricate operating items as necessary to restore proper function and finish of finish hardware and doors. Adjust door control devices to compensate for final operating of heating and ventilating equipment.

C.    Instruct Owner's personnel in proper adjustment and maintenance of finish hardware during the final adjustment of finish hardware.

D.    Finish hardware which is blemished or defective will be rejected even though it was set in place before defects were discovered. Remove and replace with new finish hardware. Repair all resultant damage to other work.

E.    Continued Maintenance Service: Approximately 6 months after the acceptance of finish hardware in each area, the Contractor, accompanied by the representative of the latch and lock manufacturer, shall return to the

Project and re-adjust every item of hardware to restore proper function of doors and finish hardware. Consult with and instruct Owner's personnel in recommended additions to the maintenance procedures. Clean and lubricate operational items wherever required. Replace finish hardware items which have deteriorated or failed due to faulty design, materials or installation of finish hardware units. Prepare a written report of current and predictable problems (of substantial nature) in the performance of the finish hardware.

+ + END OF SECTION  + +

**DIVISION 9 - FINISHES**

NO TEXT THIS PAGE

SECTION 09900

PAINTING

**PART 1 - GENERAL**

**1.1   SUMMARY**

   A.   Scope:

      1.   The General Contractor shall furnish all labor, materials, equipment and incidentals required to provide painting as shown and specified.

      2.   The extent of painting work may be determined by referring to the Drawings, site inspections and as described in this Section.

      3.   The Work includes the painting and finishing of all exposed new and some existing interior and exterior surfaces including, but not limited to the following:

         a.   Structural steel.

         b.   Exposed piping, fittings, valves and insulation.

         c.   All new equipment and associated piping.

         d.   Doors and frames.

         e.   Interior floors, walls and ceiling of new structures.

         f.   Exterior surfaces of new masonry construction.

         g.   Existing surfaces damaged or exposed by the Work.

         h.   All existing and new piping in the Well 13 Building and Aeration Building.

         i.   All work specified to be painted whether or not specifically listed herein.

4.   Surface preparation, priming and coats of paint specified are in addition to shop priming and surface treatment specified under this and other sections of the Work.

5.   The term "paint" as used herein means all coating system materials, which includes pretreatment, primers, emulsions, enamels, stains, varnishes, sealers and fillers, and other applied materials whether used as prime, intermediate or finish coats.

6.   The exposed surfaces of all work shall be painted, whether or not colors are designated in any schedule, except where the natural finish of the material is specifically noted as a surface not to be painted.   Unless otherwise noted, the term "exposed" as used herein means all items not covered with concrete. Where items or surfaces are not specifically mentioned, paint these the same as adjacent similar materials or areas.

7.   All exposed structural steel appurtenances, as indicated by the contract drawings and the specifications, which are customarily painted, shall be painted with not less than one shop coat and two field coats, or one prime coat and two finish coats of the appropriate paint.

8.   Structural and miscellaneous metals covered with concrete, shall only receive a primer compatible with the covering material.

9.   Piping and equipment identification for all new piping and equipment.

B.   Coordination:

1.   Review installation procedures under other Sections and coordinate the installation of items that must be field painted in this Section.

2.   Coordinate the painting of areas that are inaccessible once equipment has been installed.

3. Provide finish coats which are compatible with the prime paints used. Review other Sections of these Specifications in which prime paints are to be provided to ensure compatibility of the total coatings system for the various substrates. Contractor shall be responsible for the compatibility of all shop primed and field painted items. Furnish information on the characteristics of the finish materials proposed for use to ensure that compatible prime coats are used. Provide barrier coats over incompatible primers or remove and reprime as required. Notify the Engineer in writing of anticipated problems using the coating systems as specified with substrates primed by others.

4. Manufacturers of equipment to receive finish coating in the shop shall submit color charts with shop drawings for color selection by the Owner.

C. Related Work Specified Elsewhere:

1. Section 07920, Caulking and Sealants.

2. Equipment markers in appropriate equipment section.

D. Painting Not Included: The following categories of Work are not included as part of the field-applied finish Work, or are included in other Sections of these Specifications or in other contracts.

1. Shop Priming: Unless otherwise specified, shop priming of structural metal, miscellaneous metal fabrications, other metal items and such fabricated components as shop-fabricated or factory-built heating and ventilating, instrumentation and electrical equipment or accessories shall conform to applicable requirements of Section 09900 but is included under the appropriate Sections of this Specification.

2. Prefinished Items: Unless otherwise shown or specified, do not include painting when factory finishing such as baked-on enamel, baked-on phenolic resin, porcelain, polyvinyl fluoride or other similar finish is specified for such items as, but not limited to, finished mechanical and

electrical equipment such as conduits, fans, light fixtures and distribution cabinets, aluminum doors and other equipment. Contractor shall be required to touch-up factory finished items with paint supplied by the item manufacturer. Contractor shall field paint damaged prefinished items as directed by the Engineer.

3. Metal surfaces of aluminum, stainless steel, chromium plate, bronze, copper, and similar finished materials will not require finish painting, unless shown or specified.

4. Operating Parts and Labels:

    a. Moving parts of operating units, mechanical and electrical parts such as valve and damper operators, linkages, sensing devices, motor and fan shafts do not require finish painting unless otherwise specified.

    b. Do not paint over any code-required labels, such as UL and Factory Mutual, or any equipment identification, performance rating, name, or nomenclature plates.

    c. Remove all paint, coating or splatter inadvertently placed on these surfaces.

## 1.2 QUALITY ASSURANCE

A. Manufacturer: Provide products manufactured by one of the following:

    1. Carboline

    2. Tnemec

    3. Sherwin Williams.

    4. Or approved equal.

B. Applicator Qualifications:

    1. Submit the name and experience record of the painting applicator. Include a list of utility or industrial installations painted, responsible

officials, architects, or engineers concerned with the project and the approximate contract price.

    2.    Painting applicators whose submissions indicate that they have not had the experience required to perform the Work will not be approved.

C.    Source Quality Control:  Obtain all materials from the same manufacturer unless otherwise approved.  Obtain materials only from manufacturers who will:

    1.    Provide the services of a qualified manufacturer's representative at the project site at the commencement of Work to advise on materials, installation and finishing techniques.

    2.    Certify long term compatibility of all coatings with all substrates, both new and existing.

D.    Reference Standards:  Comply with applicable provisions and recommendations of the following, except where otherwise shown or specified:

    1.    ANSI/NSF Standard 61.

    2.    ANSI A13.1, Scheme for the Identification of Piping Systems.

    3.    Great Lakes - Upper Mississippi River Board of State Public Health and Environmental Managers Engineers (Ten States Standards), Recommended Standards for Water Works - Latest edition, Painting of Water Works Piping for Public Water Supplies.

    4.    OSHA 1910.144, Safety Color Code for Marking Physical Hazards.

    5.    SSPC volume 2, Systems and Specifications, Surface Preparation Guide and Paint Application Specifications.

E.    Manufacturer's Guarantee:

    1.    The identification signs and nameplates shall be guaranteed in writing by the manufacturer against color fading, chipping, corroding or any other

manufacturing defects for a period of ten (10) years.

**1.3   SUBMITTALS**

A.   Samples:  Submit for approval the following:

1.   Paint samples for Engineer's review of color and texture only.  Compliance with all other requirements is the exclusive responsibility of the Contractor.  Provide a listing of the material and application for each coat of each finish sample.

2.   Piping and Equipment Identification:

a.   Submit to the Engineer for approval each type of tag proposed and the manufacturer's standard color chart and letter styles.  Tags shall have stamped on them the information shown on the valve schedules.

B.   Shop Drawings:  Submit for approval the following:

1.   Copies of manufacturer's technical information, including paint label analysis and application instructions for each material proposed for use.

2.   Copies of Contractor's proposed protection procedures in each area of the Work.

3.   List each material and cross-reference to the specific paint and finish system and application. Identify by manufacturer's catalog number and general classification.

4.   Copies of manufacturer's complete color charts for each coating system.

5.   Pipe Markers:  Copies of manufacturer's technical brochure, including color chart and list of standard markers.

6.   Maintenance Manual:  Upon completion of the Work, furnish copies of a detailed maintenance manual including the following information:

a.   Product name and number.

        b.    Name, address and telephone number of manufacturer and local distributor.

        c.    Detailed procedures for routine maintenance and cleaning.

        d.    Detailed procedures for light repairs such as dents, scratches and staining.

C.    Certificates:  Submit for approval the following:

    1.    Certificates stating that materials meet or exceed Specification requirements.

    2.    Certificate stating that all coatings are compatible with substrate specified, and factory or field applied prime coats.

## 1.4   PRODUCT DELIVERY, STORAGE AND HANDLING

A.    Delivery of Materials:  Deliver all materials to the job site in original, new and unopened packages and containers bearing manufacturer's name and label, and the following information.

    1.    Name or title of material.

    2.    Manufacturer's stock number and date of manufacture.

    3.    Manufacturer's name.

    4.    Contents by volume, for major pigment and vehicle constituents.

    5.    Thinning instructions where recommended.

    6.    Application instructions.

    7.    Color name and number.

B.    Storage of Materials:

    1.    Store only acceptable project materials on project site.

2.   Store in a suitable location approved by the Paint Manufacturer and accepted by the Owner. Keep area clean and accessible.

3.   Restrict storage to paint materials and related equipment.

4.   Comply with health and fire regulations including the Occupational Safety and Health Act of 1970.

C.   Handling:

1.   All waste and paint rags shall be kept in tightly covered metal containers and the contents shall be safely disposed of at the end of each working day.

2.   A sufficient number of approved type fire extinguishers shall be provided adjacent to the storage area.

## 1.5   JOB CONDITIONS

A.   Existing Conditions:

1.   Before painting is started in any area, it shall be broom cleaned and excessive dust shall be removed, and damp surfaces shall be dried.

2.   After painting operations begin in a given area, broom cleaning will not be allowed; cleaning shall then be done only with commercial vacuum cleaning equipment.

B.   Environmental Requirements:

1.   Apply water base paints only when the temperature of surfaces to be painted and the surrounding air temperatures are between 55°F and 90°F unless otherwise permitted by the paint manufacturer's printed instructions.

2.   Apply other paints only when the temperature of surfaces to be painted and the surrounding air temperatures are between 65°F and 95°F, unless otherwise permitted by the paint manufacturer's printed instructions.

3. Do not apply paint in snow, rain, fog, or mist or when the relative humidity exceeds 85 percent or to damp or wet surfaces.

4. Painting may be continued during inclement weather only if the areas and surfaces to be painted are enclosed and heated within the temperature limits specified by the paint manufacturer during application and drying periods.

5. Adequate illumination and ventilation shall be provided in all areas where painting operations are in progress.

6. Install piping markers only after all painting and finish Work has been completed.

C. Protection: Cover or otherwise protect finished work of other trades and surfaces not being painted concurrently or not to be painted.

D. Manufacturer's Field Service: A qualified representative of the manufacturer shall be available to instruct the painters on any special requirements or techniques for the application of the paints, coatings, etc., at no additional cost to the Owner. Prior to starting any painting, the Contractor shall supply, for use by the Engineer, two wet film thickness gauges and one dry film thickness gauge.

## PART 2 - PRODUCTS

### 2.1 MATERIAL QUALITY

A. Provide the best grade of the various types of coatings suitable for use in water supply and water treatment plants and as regularly manufactured by acceptable paint materials manufacturers. Materials not displaying the manufacturer's identification as a standard, best-grade product will not be acceptable.

B. Provide primers produced by the same manufacturer as the finish coats. Use only thinners recommended by the paint manufacturer, and use only to recommended limits.

C. Provide paints, and pipe markers of durable and washable quality. Use materials which will withstand normal washing as required to remove grease, oil, chemicals, etc., without showing discoloration, loss of gloss, staining, or other damage.

## 2.2 SUBSTITUTIONS

A. No substitutions shall be considered that decrease the film thickness, the number of coats, the surface preparation or the generic type of coating specified. Approved manufacturers must furnish the same color selection as the manufacturers specified, including accent colors in all coating systems.

B. No substitutions of paint containing volatile organic compounds (VOCs) shall be considered where paint is specified which does not contain VOCs.

## 2.3 COLORS AND FINISHES

A. Surface treatments, and finishes, are specified under "Painting Systems" below. All substrates scheduled under "Painting Systems" shall be painted whether or not shown on the Drawings, or in Schedules, unless an item is specifically scheduled as not requiring the painting system scheduled below.

B. Paint material coverage per gallon includes a 20 percent loss.

C. Color Selection:

   1. Many different colors shall be selected for the Project, in addition to color coding of all piping.

   2. The Engineer reserves the right to select nonstandard colors for all paint systems specified within the ability of the manufacturer to produce such nonstandard colors. Selection of nonstandard colors shall not be cause for the Contractor rejecting Engineer's color selections and the Contractor shall supply such colors at no additional expense to the Owner.

D. After approval of submittals and prior to beginning Work, the Engineer will furnish color schedules for

surfaces to be painted listed in the painting systems below.

E.  Color Coding:   In general, and unless otherwise specified, all color coding of piping, and equipment shall comply with applicable standards of ANSI A13.1, OSHA 1910.144 and the Ten States Standards, Recommended Standards for Water Works, Current Edition.

F.  Color Pigments:  Pure, nonfading, applicable types to suit the substrates and service indicated.

   1.  Lead:  Lead content shall not exceed amount permitted by federal, state and local government laws and regulations.

G.  All painting systems specified are based on brush application except as noted or specified.   Other mechanical techniques shall be submitted to the Engineer for approval before these application techniques may be reflected in any paint schedules submitted by the Contractor.  Submit proof of acceptability, of technique proposed, by the paint manufacturer selected.

## 2.4  PAINTING SYSTEMS

A.  Ferrous Metals and all Ferrous Piping; Interior Nonsubmerged:

   1.  Surface Preparation:  Blast Cleaning as specified in Section 3.2.

   2.  Product and Manufacturer:  Provide one of the following:

      a.  Carboline:

         1)  Shop Primer:  Carboguard 635 - 1 coat, 3.0-5.0 dry mils per coat, 180-330 square feet per gallon per coat.

         2)  Field Primer or Field Touch-up: Carboguard 635 - 1 coat, 3.0-5.0 dry mils per coat, 180-330 square feet per gallon per coat.

          3)   Finish:   Carboguard 890, 2 coats, 4.0-6.0 dry mils per coat, 200-300 square feet per gallon per coat.

    b.   Tnemec:

          1)   Shop Primer:  V69 H.B. Epoxoline II - 1 coat, 3.0-5.0 dry mils per coat, 270-460 square feet per gallon per coat.

          2)   Field Primer or Field Touch-up:  V69 H.B. Epoxoline II - 1 coat, 3.0-5.0 dry mils per coat, 270-460 square feet per gallon.

          3)   Finish:  V69 H.B. Epoxoline II - 2 coats, 3.0-5.0 dry mils per coat, 240-360 square feet per gallon per coat.

    c.   Sherwin Williams:

          1)   Shop Primer:  Copoxy Shop Coat Primer or Macropoxy 646 - 1 coat, 3.0-5.0 dry mils per coat.

          2)   Field Primer or Field Touch-up:  Macropoxy 646 - 1 coat, 3.0 – 5.0 dry mils per coat.

          3)   Finish:  Macropoxy 646, 2 coats, 3.0 – 5.0 dry mils per coat.

    d.   Or approved equal.

B.   Ferrous, Nonferrous Metals, and Galvanized Metals; Exterior Nonsubmerged:

   1.   Surface Preparation:

       a.   Ferrous Metals:  Blast Cleaning as specified in Section 3.2.

       b.   Galvanized and Nonferrous Metal:  Cleaning as specified in Section 3.2.

   2.   Product and Manufacturer:  Provide one of the following:

a.   Carboline:

   1)   Primer:

      a)   Ferrous Metals: Carboguard 635 - 1 coat, 3.0-5.0 dry mils per coat, 180-330 square feet per gallon per coat.

      b)   Nonferrous and Galvanized: Sanitile 120 - 1 coat, 1.0-2.0 dry mils per coat, 300-350 square feet per gallon per coat.

   2)   Finish: Carbothane 134 - 1 coat, 2.0-2.5 dry mils per coat.

b.   Tnemec:

   1)   Primer:

      a)   Ferrous Metals: V69 H.B. Epoxoline II - 1 coat, 3.0-5.0 dry mils per coat, 270-460 square feet per gallon per coat.

      b)   Nonferrous and Galvanized:  None.

   2)   Intermediate:   66 H.B. Epoxoline - 1 coat, 4.0-5.0 dry mils, 240-360 square feet per gallon.

   3)   Finish:   73 Endura-Shield Aliphatic Polyurethane - 1 coat, 2.0-3.0 dry mils, 270-460 square feet per gallon.

c.   Sherwin Williams:

   1)   Shop Primer:  Copoxy Shop Coat Primer or Macropoxy 646 - 1 coat, 3.0-5.0 dry mils per coat.

   2)   Field Primer or Field Touch-up: Macropoxy 646 - 1 coat, 3.0-5.0 dry mils per coat.

        3)   Finish:   High Solids Polyurethane, 1 coat, 2.5-4.0 dry mils per coat.

    d.   Or approved equal.

C.   Galvanized Metal and Nonferrous Metals; Interior, Nonsubmerged:

   1.   Surface Preparation:   Cleaning, as specified in Section 3.2.

   2.   Product and Manufacturer:   Provide one of the following

      a.   Carboline:

          1)   Primer:   Sanitile 120 - 1 coat, 1.0-2.0 dry mils, 300-350 square feet per gallon per coat.

          2)   Finish:   Carboguard 890 - 1 coat, 4.0 - 6.0 dry mils, 200-300 square feet per gallon per coat.

      b.   Tnemec:

          1)   Primer:   66 H.B. Epoxoline - 1 coat, 2.0-3.0 dry mils, 240-360 square feet per gallon.

          2)   Finish:   V69 H.B. Epoxoline II - 1 coat, 2.5-3.5 dry mils, 240-360 square feet per gallon.

      c.   Sherwin Williams:

          1)   Primer:   Macropoxy 646 - 1 coat, 2.0-4.0 dry mils per coat.

          2)   Finish:   Macropoxy 646, 1 coat, 3.0-4.0 dry mils per coat.

      d.   Or approved equal.

D.   Submerged or Intermittently Submerged Ferrous Metals; Interior and Exterior.

1.  Surface Preparation:   Cleaning, as specified in Section 3.2.

2.  Product and Manufacturer:   Provide one of the following:

   a.  Carboline:

      1)  Primer:  Carboguard 635 - 1 coat, 3.0-5.0 dry mils per coat, 180-330 square feet per gallon per coat.

      2)  Finish:  Carboguard 891 - 2 coats, 4.0-6.0 dry mils per coat, 200-300 square feet per gallon per coat.

   b.  Tnemec:

      1)  Primer:  Series 22 - 1 coat, 12.0-15.0 dry mils per coat, 285-475 square feet per gallon per coat.

      2)  Finish:  Series 22 - 1 coat, 12.0-15.0 dry mils per coat, 240-360 square feet per gallon per coat.

   c.  Sherwin Williams

      1)  Primer:  Macropoxy 646 PW - 1 coat, 3.0 - 5.0 dry mils per coat.

      2)  Finish:  Macropoxy 646 PW - 2 coats, 3.0 - 5.0 dry mils per coat.

   d.  Or approved equal.

E.  All Aluminum in contact with Dissimilar Materials:

   1.  Surface Preparation:   Remove all foreign matter. SSPC-SP1, solvent cleaned.

   2.  Product and Manufacturer:   Provide one of the following:

      a.  Carboline:

       1)    Carboguard 893SG - 2 coats, 4.0-6.0 dry mils per coat, 180-300 square feet per gallon per coat.

   b.   Tnemec:

       1)    V69 H.B. Epoxoline II - 2 coats, 2.0-3.0 dry mils per coat, 240-360 square feet per gallon per coat.

   c.   Sherwin Williams:

       1)    Macropoxy 646- 2 coats, 3.0 - 5.0 dry mils per coat.

   d.   Or approved equal.

F.   Ferrous Metals, Buried Exterior:

   1.   Surface Preparation:  SSPC-SP 10, Near-White Blast, as specified in Section 3.2.

   2.   Product and Manufacturer:  Provide one of the following:

      a.   Carboline:

         1)    Shop Primer:  Carboguard 893SG - 1 coat, 3.0-5.0 dry mils per coat, 210-350 square feet per gallon per coat.

         2)    Field Primer or Field Touchup: Carboguard 893SG - 1 coat, 3.0-5.0 dry mils, 210-350 square feet per gallon per coat.

         3)    Finish:  Bitumastic 300M - 2 coats, 8.0-10.0 dry mils per coat, 120-150 square feet per gallon per coat.

      b.   Tnemec:

         1)    Shop Primer:  V69 H.B. Epoxoline II - 1 coat, 3.0-5.0 dry mils per coat, 270-460 square feet per gallon per coat.

        2)   Field Primer or Field Touchup:   Surface preparation as specified.

        3)   Finish:  Series 46H-413 H.B. Tneme-Tar - 2 coats, 8.0-10.0 dry mils per coat, 30-120 square feet per gallon per coat.

   c.   Sherwin Williams:

        1)   Shop Primer:  Copoxy Shop Coat Primer - 1 coat, 3.0-5.0 dry mils per coat.

        2)   Finish:  Hi-Mil Sher-Tar, 2 coats, 8.0 - 10.0 dry mils per coat.

   d.   Or approved equal.

G.   New Interior Concrete Floors:  Sealer shall be applied with 3/8"-3/4" nap lambswool or solvent resistant cover and not sprayed.

   1.   Surface Preparation:  Remove grease, oil and all foreign matter as specified in Section 3.2.

   2.   Product and Manufacturer:

      a.   H&L Silicone Acrylic Concrete Sealer by the Sherwin Williams Company (two coats).

H.   Existing Interior Concrete Floors:  Paint shall be applied with a brush or roller and not sprayed. Granules shall be added to the second coat to provide a skid resistant finish.

   1.   Surface Preparation:  Remove grease, oil and all foreign matter as specified in Section 3.2.

   2.   Product and Manufacturer:  Provide one of the following:

      a.   Carboline:

        1)   Primer:  Sanitile 600 - 1 coat, 10.0 dry mils, 75-100 square feet per gallon.

        2)    Finish: Carboguard 890 - 2 coats, 3.0-5.0 dry mils per coat, 200-300 square feet per gallon per coat.

  b.    Tnemec:

        1)    Primer: V69 H.B. Epoxoline II - 2 coats, 3.0-4.0 dry mils per coat, 240-360 square feet per gallon per coat.

        2)    Finish: V69 H.B. Epoxoline II - 2 coats, 3.0-4.0 dry mils per coat, 240-360 square feet per gallon per coat.

  c.    Sherwin Williams:

        1)    Primer: Copoxy Shop Coat Primer - 1 coat, 3.0-5.0 dry mils per coat.

        2)    Finish: Macropoxy 646 - 2 coats, 3.0-5.0 dry mils per coat.

  d.    Or approved equal.

I.    New and Existing Interior Concrete Block and Masonry Walls and Trim: Paint shall be applied with a brush or roller and not sprayed. Granules shall be added to the second coat on floors to provide a skid resistant finish.

  1.    Surface Preparation: Remove grease, oil and all foreign matter as specified in Section 3.2.

  2.    Product and Manufacturer: Provide one of the following:

  e.    Carboline:

        1)    Primer: Sanitile 600 - 1 coat, 10.0 dry mils, 75-100 square feet per gallon.

        2)    Finish: Carboguard 890 - 2 coats, 3.0-5.0 dry mils per coat, 200-300 square feet per gallon per coat.

  f.    Tnemec:

        1)    Primer:   Series 130 EnviroFill Block Filler - 1 coat, 10.0 dry mils, 75-100 square feet per gallon.

        2)    Finish:   V69 H.B. Epoxoline II - 2 coats, 3.0-4.0 dry mils per coat, 240-360 square feet per gallon per coat.

   g.   Sherwin Williams:

        1)    Primer:   Heavy Duty Block Filler - 1 coat, 10.0 - 18.0 dry mils, 50-88 square feet per gallon.

        2)    Finish:   Macropoxy 646 - 2 coats, 3.0-5.0 dry mils per coat.

   h.   Or approved equal.

J.   New Exterior Masonry Clear Coating:

   1.   Surface Preparation:   Remove Mortar and efflorescence as specified in Section 3.2.

   2.   Product and Manufacturer:   Provide one of the following:

      a.   Hydrozo Clear Double 7 by Hydrozo Coatings Company (2 coats).

      b.   Thompson's Water Seal by E.A. Thompson Company (2 coats).

      c.   Or approved equal.

K.   New and Existing Gypsum Wallboard, Exposed Finish Carpentry, Interior:

   1.   Surface Preparation:

      a.   Remove all foreign matter.

      b.   Fill voids created by securement devices with joint compound to achieve smooth surface.

      c.   Apply joint tape and joint compound to all lateral joints and at perimeter of ceilings.

       d.    Sand joint compound with fine grit, open coated sandpaper to provide a smooth, flat surface. If additional joint finishing is required to provide a smooth, flat surface, the same joint compound or a ready mix spackling compound should be used.

       e.    Remove dust by wiping with clean rags.

  2.    Product and Manufacturer:  Provide the following:

       a.    Tnemec:

           1)    Primer:  Series 151 Elasto-Grip - 1 coat, 1.0-2.0 dry mils per coat.

           2)    Finish:  Series 113 or 114 H.B. Tneme Tufcoat - 2 coats minimum, 6.0-8.0 total dry film thickness.

       b.    Sherwin Williams:

           1)    Primer:  Loxon Conditioner - 1 coat, 2.0 - 3.0 dry mils per coat.

           2)    Finish:  Loxon - 2 coats, 3.0 - 4.0 dry mils per coat.

       c.    Or approved equal.

## 2.5   PIPING AND EQUIPMENT IDENTIFICATION

  A.    Identification Signs:

  1.    Lettering of Titles:

       a.    Letter size shall be as indicated in the following table:

| Outside Diameter of Pipe or Covering | Size of Legend |
| --- | --- |
| 3/4-in to 1-1/2-in | 1/2-in |
| 1-1/2-in to 2-in | 3/4-in |
| 2-1/2-in to 6-in | 1-1/2-in |
| 8-in to 10-in | 2-1/2-in |
| Over 10-in | 3-in |

b.   Letter type shall be Gothic Capital, upper case. Arrow shall match letter type and size. Colors of lettering and backgrounds shall match colors listed below.

2.   Sign Materials:

a.   Signs and arrows shall be pressure sensitive vinyl tape with pressure sensitive vinyl tape banding. Banding in humid areas, as determined by the Engineer shall be stainless steel.

b.   Product and Manufacturer:  Provide one of the following:

1)   Opti-Code Special Markers by Seton Name Plate Corporation.

2)   Custom Self-sticking Marker System by W.H. Brady Company.

3)   Or approved equal.

3.   Titles for Equipment:

a.   Titles shall be provided on all equipment using 1-inch high letters same style and materials as specified above. Where more than one piece of the equipment item to be titled exists, the items shall be numbered consecutively as indicated on the mechanical drawings or as directed by the Engineer. Titles shall be composed in more than one line if required and justified on the left hand side as follows:

PUMP NO. "X"

4.   Metal Tags:  For valves and pipelines smaller than 3/4-inch in diameter, securely fasten metal tags, 2-1/2-inch by 1/2-inch, of 17 Birmingham Stubs Gauge Brass with lettering etched and filled with enamel. Tags shall be approved by the Engineer.

5.   Legend for Pipe Identification Signs:  The identification signs shall have the following words

or abbreviations in the color combinations designated to identify the pipeline service.

|  | Color Code | |
| Service Line | Lettering | Background |
| Electrical Conduit | Black | Light Green |
| Well Casing Vent | White | Gray |
| Air Release Vent | White | Gray |
| Well Pump Discharge | White | Blue |
| Well Blow Off | White | Light Gray |
| Seal Water Drain | Black | Light Gray |
| Booster Pump Discharge | Black | Light Gray |
| Potable Water | White | Blue |
| Sodium Hypochlorite | Black | Yellow |
| Lime | Black | Yellow |
| Venturi Pressure Sensing Services | Black | Light Gray |
| Sampling Line | White | Blue |

6.  Legend for Nameplates:

   a.  Nameplates for equipment and structures shall be in the same color combinations as the medium they service. Legends for nameplates shall follow the terminology designated.

   b.  The nameplates shall include, but not be limited to, the following representative list of nameplate legends and appropriate color combinations to which the equipment identification numbers shall be added:

| Legend | | Color Code | |
| First Line | Second Line | Lettering | Background |
| Well Pump 13 | -- | White | Black |
| Chemical | Safety Control Panel | Red | White |
| Flow Transmitter | Well 13 | White | Black |
| Pressure Transmitter | -- | White | Black |
| Packed Tower | -- | White | Black |
| Blower | -- | White | Black |
| Booster Pump | -- | White | Black |
| Air Filters | -- | White | Black |
| Clearwell | Access Hatch | White | Black |

B.   **Additional Signs and Nameplates:**

  1.   In addition to the legends specified herein the Engineer may order the Contractor to furnish and install additional identification signs, arrows and nameplates at no additional cost to the Owner. Such additional signs may be requested near completion of the Work and shall be limited to no more than 10 signs for each of the types specified. The legends and color combinations for additional signs shall conform to the requirements specified herein.

C.   **Legend for Valve Tags:**

  1.   The Contractor shall be responsible for furnishing and installing tags for all valves required for his own work.   Contractor shall submit to the Engineer a valve schedule containing all valves required for his work.   The schedule shall contain for each valve, the location, type, a number, words to identify the valve's function, type of operator and the normal operating position.   The information contained in the valve schedules shall be coded on the tags in a system provided by the Engineer. Each valve shall be coded and identified by the Engineer utilizing a combination of up to twelve letters and numbers.

D.   **Colors:**

  1.   Standard Colors:   Pipe line signs, equipment nameplates and finish coats of paint for pipe lines and equipment shall be coded in basic colors. Colors shall be brilliant, distinctive shades matching the following safety colors in accordance with ANSI Z53.1 color specifications for safety colors and other basic colors as hereinafter specified.

**TABLE OF STANDARD COLORS**

| Color | Designation |
| --- | --- |
| White | Safety |
| Yellow | Safety |
| Orange | Safety |
| Red | Safety |
| Black | Safety |

**TABLE OF STANDARD COLORS**

| Color | Designation |
|-------|-------------|
| Blue | Safety |
| Green | Safety |
| Gray | ANSI No. 61 |
| Brown | * |
| Light Green | ** |
| Charcoal | *** |

\* The color "Brown" for paints shall be equivalent to Carboline 2277 or Tnemec Wild Cattail YBO7.

\*\* The color "Light Green" for paints shall be equivalent to Carboline 5384 or Tnemec Looking Glass GB52.

\*\*\* The color "Charcoal" for paints shall be equivalent to Carboline 2725 or Tnemec Black Thorn GR31.

2.  Color of Pipe Lines:

a.  All pipe lines and equipment shall be painted in conformity with the requirements of this section and the paint schedules contained on the drawings. The color of the final coats of paint shall be color coded.

b.  General Color Code: Unless otherwise specified, the following color code should be used:

| Pipe Line | Color |
|-----------|-------|
| Well Pump Discharge | Gray |
| Booster Pump Discharge | Blue |
| Electrical Conduit | Gray |
| Vent Pipes | Gray |
| Lime | Light Green |
| Sodium Hypochlorite | Yellow |

Vents and drains shall be in the same color combination as the contents of equipment vented and drained.

c.  The color of the final coats shall match as closely as possible without custom blending, the color tabulated under Background for the

specific pipe line service as given in the General Color Code tabulated previously.

    d.   Where aluminum or stainless steel is specified for pipe, duct work or insulated jackets the exterior shall not be painted.

    e.   Flanges, flexible couplings, valves and fittings shall be painted with the specified color code.

E.   Spare Parts and Accessories:

   1.   Each contractor shall furnish the following spare parts and accessories:

    a.   For every 20 pipe identification signs installed:

       1)   One complete mounting assembly.

    b.   For every 20 nameplates installed:

       1)   One complete nameplate mounting assembly.

    c.   For every 20 valve identification tags:

       1)   One stainless steel cable and splice.

   2.   All spare parts and accessories shall be suitably boxed and marked for storage and reordering.

**PART 3 - EXECUTION**

**3.1   INSPECTION**

A.   Contractor and his applicator shall examine the areas and conditions under which painting Work is to be performed and notify the Engineer in writing of conditions detrimental to the proper and timely completion of the Work. Do not proceed with the Work until unsatisfactory conditions have been corrected in a manner acceptable to the Engineer.

B.  Do not paint over dirt, rust, scale, grease, moisture, scuffed surfaces, or conditions otherwise detrimental to the formation of a durable paint film.

## 3.2  SURFACE PREPARATION

A.  General:

1.  Perform all preparation and cleaning procedures as specified herein and in strict accordance with the paint manufacturer's instructions for each particular substrate and atmospheric condition.

2.  Remove all hardware, hardware accessories, machined surfaces, plates, lighting fixtures, and similar items in place and not to be finish painted, or provide surface applied protection prior to surface preparation and painting operations.  Remove, if necessary, for the complete painting of the items and adjacent surfaces.  Following completion of painting of each space or area, reinstall the removed items by workmen skilled in the trades involved.

3.  Clean surfaces to be painted before applying paint or surface treatments.  Remove oil and grease with clean cloths and cleaning solvents prior to mechanical cleaning.  Program the cleaning and painting so that dust and other contaminants from the cleaning process will not fall in wet, newly painted surfaces.

4.  No interior painting shall be started until the structure has been enclosed, ventilated and thoroughly dried out, as approved by the Engineer. Apply materials under adequate illumination and ventilation.  Special fans shall be provided when natural ventilation is insufficient and if required, face masks shall be provided for the painters.  Written consent of the Engineer will be required before building fans may be used. Maintain temperature of rooms at 65°F.  Minimum where varnish, lacquer or enamel is being applied and at 50°F. minimum during other painting and finishing.  No exterior painting shall be started in rainy, snowy, damp or frosty weather, or until surfaces are thoroughly dry.  Exterior painting

shall be done only when air temperature is 40°F. or above and only in dry weather. Allow exterior paints and finishes to dry at least 48 hours between coats. Allow interior paints to dry at least twenty-four hours between coats. Allow enamels, lacquers and varnishes to dry at least forty-eight hours between coats. Dust well before succeeding coat is applied. Allow additional drying time if conditions warrant to assure that all coats are perfectly dry before applying succeeding coats. Remove or protect during painting all finish hardware, accessories, fixtures and similar items installed prior to painting and not required to be painted. If removed, carefully replace and adjust on completion of painting. All work shall be performed by experienced and competent painters in conformance with the requirements of the specifications.

5. All surfaces which were not shop painted or which were improperly shop painted, and all abraded or rusted shop painted surfaces, which are to be painted, as determined by the Engineer, shall be prepared as specified below.

B. Ferrous Metals:

1. Clean ferrous surfaces including structural steel and miscellaneous metal to be shop primed, of all oil, grease, dirt, mill scale and other foreign matter by near-white blast cleaning complying with SSPC-10.

2. Clean submerged ferrous surfaces including structural steel and miscellaneous metal to be shop primed, of all oil, grease, dirt, mill scale and other foreign matter by white blasting complying with SSPC-SP 5.

3. Clean non submerged, ferrous surfaces that have not been shop-coated of all oil, grease, dirt, loose mill scale and other foreign substances by near white blast cleaning, complying with SSPC-SP 10.

4. Clean submerged ferrous surfaces that have not been shop-coated or that, in the opinion of the Engineer, have been improperly shop coated, of all

oil, grease, dirt, mill scale and other foreign matter by white blasting complying with SSPC-SP 5.

5. Treat bare and blasted or pickled clean metal with metal treatment wash coat, prior to priming only if recommended by the paint manufacturer.

6. Touch-up shop-applied prime coats which have damaged or bare areas, with primer recommended by the coating manufacturer after commercial blasting complying with SSPC-SP 6.

7. Ferrous metals with existing coatings shall be prepared as specified in Section 3.2.7.

C. Nonferrous Metals Surfaces: Clean nonferrous surfaces in accordance with the coating system manufacturer's instructions for the type of service, metal substrate, and application required.

D. Galvanized Surfaces:

1. Clean free of oil and surface contaminants with a nonpetroleum based solvent, recommended by the coating manufacturer, complying with SSPC-SP 1.

2. Do not use chromate treatments on galvanized surfaces to be painted. Remove all chromate treatments by sanding or by other techniques as recommended by the paint manufacturer at no additional cost to the Owner.

E. Ferrous Surfaces with Existing Coatings:

1. General: All grease, oil heavy chalk, dirt, or other contaminants shall be removed by solvent or detergent cleaning prior to abrasive blast cleaning. The generic type of the existing coatings shall be determined by laboratory testing.

2. Abrasive Blast Cleaning: The Contractor shall provide the degree of cleaning specified in the coating system schedule for the entire surface to be coated. If the degree of cleaning is not specified in the schedule, deteriorated coatings shall be removed by abrasive blast cleaning to SSPC-SP6, Commercial Blast Cleaning. Areas of

tightly adhering coatings shall be cleaned to SSPC-SP7, Brush-off Blast Cleaning, with the remaining thickness of existing coating not to exceed 3 mils.

3.   Incompatible Coatings:  If coatings to be applied are not compatible with existing coatings the Contractor shall apply intermediate coatings per the paint manufacturer's recommendation for the specified coating system or shall completely remove the existing coating prior to abrasive blast cleaning.   A small trial application shall be conducted for compatibility prior to painting large areas.

4.   Unknown Coatings:  Coatings of unknown composition shall be completely removed prior to application of new coatings.

## 3.3   MATERIALS PREPARATION

A.   General:

1.   Mix and prepare painting materials in strict accordance with the manufacturer's directions.

2.   Do not mix coating materials produced by different manufacturers, unless otherwise permitted by the manufacturer's instructions.

3.   Store materials not in actual use in tightly covered containers.  Maintain containers used in storage, mixing, and application of paint in a clean condition, free of foreign materials and residue.

4.   Stir all materials before application to produce a mixture of uniform density, and as required during the application of the materials.  Do not stir any film which may form on the surface into the material.  Remove the film and, if necessary, strain the material before using.

## 3.4   APPLICATION

A.   General:

1. Apply paint by brush or roller.  Other mechanical application techniques such as air spray, or airless spray in accordance with the manufacturer's directions and recommendations of Paint Application Specifications No. 1 in SSPC Vol. 2, where applicable shall be used only as approved by the Engineer.  Use brushes best suited for the type of material being applied.  Use rollers of carpet, velvet back, or high pile sheep's wool as recommended by the paint manufacturer for material and texture required.

2. The number of coats and paint film thickness required is the same regardless of the application method.  Do not apply succeeding coats until the previous coat has completely dried.

3. Apply additional coats when undercoats, stains, or other conditions show through the final coat of paint, until the paint film is of uniform finish, color and appearance.  This is of particular importance regarding intense primary accent colors.  Insure that all surfaces, including edges, corners, crevices, welds, and exposed fasteners receive a film thickness equivalent to that of flat surfaces.

4. Finish exterior doors on tops, bottoms, and side edges the same as the exterior faces, unless otherwise specified.

5. Paint aluminum parts in contact with dissimilar materials as specified with appropriate primer.

6. Omit field primer on metal surfaces which have been shop primed; touch-up paint shop prime coats only when approved by Engineer.

7. Use of thinners at any time shall have approval of the paint manufacturers.

B. Heating, Ventilating and Electrical Work:

1. Ventilating items to be painted include, but are not limited to, the following:

   a. Hangers and supports.

      b.    Motors, mechanical equipment and supports.

      c.    Accessory items.

    2.    Electrical items to be painted include, but are not limited to, the following:

      a.    Switchgear, panels, junction boxes, motor control centers, motors and accessories.

C.    Minimum Coating Thickness:  Apply each material at not less than the manufacturer's recommended spreading rate, and provide total dry film thickness as specified. Apply extra coat if required to obtain specified total dry film thickness.

D.    Scheduling Painting:

    1.    Apply the first-coat material to surfaces that have been cleaned, pretreated or otherwise prepared for painting as soon as practicable after preparation and before subsequent surface deterioration.

    2.    Allow sufficient time between successive coatings to permit proper drying.  Do not recoat until paint has dried to where it feels firm, does not deform or feel sticky under moderate thumb pressure, and the application of another coat of paint does not cause lifting or loss of adhesion of the undercoat.

E.    Prime Coats:  Recoat primed and sealed walls and ceilings where there is evidence of suction spots or unsealed areas in first coat, to assure a finish coat with no burn-through or other defects caused by insufficient sealing.

F.    Pigmented (Opaque) Finishes:  Completely cover to provide an opaque, smooth surface of uniform finish, color, appearance, and coverage.

G.    Brush Application:

    1.    Brush-out and work all brush coats onto the surfaces in an even film.  Cloudiness, spotting, holidays, laps, brush marks, runs, sags, ropiness, or other surface imperfections will not be

acceptable.  Neatly draw all glass and color break lines.

    2.    Brush apply all primers and first coats, unless otherwise permitted to use mechanical applicators.

H.    Mechanical Applicators:

    1.    Use mechanical methods for paint application when permitted by governing ordinances, paint manufacturer, and approved by Engineer.  If permitted, limit to only those surfaces impracticable for brush applications.

    2.    Limit roller applications, if approved by the Engineer, to interior wall finishes for second and third coats.  Apply each roller coat to provide the equivalent hiding as brush-applied coats.

    3.    Confine spray application to metal framework, siding, decking, wire mesh and similar surfaces where hand brush work would be inferior and to other surfaces specifically recommended by paint manufacturer.

    4.    Wherever spray application is used, apply each coat to provide the equivalent hiding of brush-applied coats.  Do not double back with spray equipment for the purpose of building up film thickness of 2 coats in one pass.

I.    Completed Work:  Match approved samples for color, texture and coverage.  Remove, refinish, or repaint work not in compliance with specified requirements as required by the Engineer.

J.    Paint Work:

    1.    Undercoats shall be of approximate shade of final coat, but each coat shall be of slightly different tint.  Each coat shall be inspected and approved before application of the succeeding coats, otherwise no credit for coat applied will be given and the work in question shall be recoated.

    2.    Finished surface shall be uniform in finish and color and free from brush marks, sagging, rippling

and other imperfections.  Should any coat be judged unsatisfactory, the coat shall be sandpapered or otherwise cleaned off and another coat applied.  If the undercoating is disturbed, complete refinishing will be required.

3. Finish all returns, edges and recesses which will be exposed in the finished work and which will be seen from any angle to match the adjacent work.

4. Edges of paint or finish adjoining other materials or colors shall be sharp and clean without overlapping.  Should workmanship be found defective, proper preparatory work shall be done and additional coats applied as necessary to give a finish in accordance with specified requirements.

K. After completion of each coat of paint, Contractor shall notify Engineer.  After inspection, checking of film thickness and approval by Engineer, proceed with the succeeding coat.

1. Product and Manufacturer:  Provide the following:

a. Micro Test 09901, Model FM-III (Furnish Two).

b. Visual Standards -ASTM D 2200, Swedish Standards.  Additional coats shall be applied, if required, to product the specified film thickness.

## 3.5  PROTECTION

A. Furnish and lay drop cloths in all areas where painting work is being done to protect floors and all other adjacent work and materials from defacement.

B. Protect work of other trades, whether to be painted or not, from the Work of this Section.  Leave all such work undamaged.  Correct all damages by cleaning, repairing or replacing, and repainting, as acceptable to the Engineer.

C. Provide "Wet Paint" signs as required to protect newly painted finishes.  Remove all temporary protective wrappings provided for protection of this contract and other contracts after completion of painting operations.

## 3.6   CLEAN-UP

A.   During the progress of the Work, remove from the site all discarded paint materials, rubbish, cans and rags at the end of each work day.

B.   Upon completion of painting Work, clean all paint-spattered surfaces.  Remove spattered paint by proper methods of washing and scraping, using care not to scratch or otherwise damage finished surfaces.

C.   At the completion of work of other trades, touch-up and restore all damaged or defaced painted surfaces as determined by the Engineer.

## 3.7   INSTALLATION OF PIPE AND EQUIPMENT IDENTIFICATION SIGNS, NAMEPLATES AND TAGS

A.   The name of the materials in each pipeline and, alongside this, an arrow indicating the direction of flow of fluids, shall be indicated on each pipe system. Titles shall also appear directly to each side of any wall the pipeline breaches, adjacent to each side of the valve, pump, filter, chemical tank, and all pieces of equipment.  Pipe marking labels and arrows shall be located at intervals not to exceed 30 continuous linear feet apart, including any fraction thereof:

1.   Material of Construction:

a.   Acrylic plastic with UV hibitor.

b.   One piece.

c.   Visibility - 360° on pipe sizes less than 6-inch diameter.

d.   Minimum legend Display on pipe circumference - 4.

e.   Mounting/Installation:

1)   For pipes less than 6-inch dia. snap-type with no glues, adhesives or straps.

        2)    For pipes 6-inch dia. and larger - strap-around with nylon ties.

    f.   Letter size shall conform to ANSI STD.A13.1.

2.   Product and Manufacturer:

    a.   Set Mark Pipe Markers as distributed by Seton Name Plate Co., New Haven, Connecticut.

    b.   Or equal.

B.   Titles shall identify the contents by complete name at least once in each space through which it passes and thereafter by generally recognized abbreviations, letters or numerals as approved by the Engineer. Identification title locations shall be determined by the Contractor but in general they shall be placed where the view is unobstructed and on he two lower quarters of pipe or covering where they are overhead.  Titles should be clearly visible from operating positions especially those adjacent to control valves.

C.   Signs on large valves shall be located on or adjacent to the valve itself.  Tags for smaller valves shall be attached to bonnet or flange bolts.  Attachment of tags or signs to handwheels of valves will not be permitted.

D.   Nameplates shall be located on equipment bases and on structures at readily visible levels in such positions relative to the equipment and structures as to prevent damage to the nameplate.

## 3.8   GUARANTEE

A.   All work under this Section of the Specifications shall be guaranteed against checking, cracking, peeling, discoloration or other defects due to improper materials, or workmanship, due to improper preparation of the surfaces, or due to the painting, varnishing, etc., of surfaces which were not in proper condition to receive paint, varnish or other painter's materials and such unsatisfactory work shall be refinished in accord with the Guarantee requirements of the Contract Documents.

+ + END OF SECTION + +

NO TEXT THIS PAGE

**DIVISION 15 - MECHANICAL**

NO TEXT THIS PAGE

## SECTION 15855

## VENTILATION EQUIPMENT

**PART 1 - GENERAL**

**1.1   DESCRIPTION**

   A.   Scope:

      1.   Contractor shall furnish all labor, tools, materials, and equipment necessary for providing ventilation fans and accessories as required for a complete installation.

   B.   Related Work Specified Elsewhere:

      1.   Section 15860, Louvers.

**1.2   QUALITY ASSURANCE**

   A.   Reference Standards:

      1.   Comply with applicable provisions and recommendations of the following:

         a.   Underwriters Laboratory (UL705)

         b.   AMCA Standard 210

         c.   AMCA Standard 300

**1.3   SUBMITTALS**

   A.   Shop Drawings: Submit for approval shop drawings showing the following:

      1.   Manufacturer's catalog data including materials, design, performance and dimensional information.

      2.   Manufacturer's published performance curve.

      3.   List of options and accessories with catalog data.

      4.   Manufacturer's installation instructions.

B.   Test and Certifications:

    1.   Manufacturer's Certifications.

    2.   Manufacturer's 1-year warranty.

## 1.4   MANUFACTURER'S SERVICES

A.   Certifications:  The  manufacturer  shall  provide  the following certifications:

    1.   Certification  that  equipment  meets  the  general intent  of  the  specifications  and  list  of  all deviation from specifications.

    2.   Certification  that  equipment  has  been  installed properly.

B.   Manufacturer  shall  furnish  all  shop  drawings  and information as requested by the Engineer.

C.   Manufacturer shall provide three copies of instructions for operating, maintaining and lubricating.

D.   Manufacturer  shall  provide  a  1-year  supply  of  all necessary lubricants.

E.   Manufacturer  shall  provide  a  1-year  warranty  against defects in parts or workmanship.

## 1.5   PRODUCT DELIVERY, STORAGE AND HANDLING

A.   Delivery of Materials: All materials shall be inspected for conformance with approved Shop Drawings.

B.   Storage of Materials: All materials shall be stored in the original  shipping  cartons  in  a  dry  location  until time of installation.

## PART 2 - PRODUCTS

## 2.1   SIDEWALL PROPELLER EXHAUSTERS

A.   Sidewall  propeller  exhausters  shall  be  axial  type  and direct  drive  or  belt  drive,  as  listed  in  the  fan schedule.

B.   Construction  of  fan  housing  shall  be  galvanized  steel with corrosion resistant fasteners.

C. Propellers shall be constructed of reinforced galvanized steel. Propellers shall be securely attached to fan shafts. All propellers shall be statically and dynamically balanced to ensure minimal noise and vibration.

D. Motors shall be permanently lubricated, heavy duty type, carefully matched to the fan load and furnished at the specified voltage, phase and enclosure. Each motor shall have a factory-wired NEMA 3R power disconnect switch.

E. Ground and polished steel fan shafts shall be mounted in permanently lubricated, sealed ball bearing pillow blocks. Bearings shall be selected for a minimum life in excess of 100,000 hours at maximum cataloged operating speeds. Drives shall be sized for a minimum of 150 percent of driven horsepower. Pulleys shall be of the fully machined cast iron type, keyed and securely attached to wheel and motor shafts. Motor sheaves shall be adjustable for system balancing.

F. Drive frames shall be formed channels and fan panels shall have prepunched mounting holes, formed flanges, and a deep formed inlet Venturi. Drive frames and panels shall be bolted construction or welded construction.

G. All fans shall bear the AMCA-certified Performance Rating Seal for both air and sound performance.

H. The following accessories shall be provided with each fan:

   1. Short wall housing, flush exterior mount with OSHA guard.

   2. 45-degree closure weatherhood.

   3. Gravity operated damper and galvanized steel damper guard.

   4. Polyester urethane coating on all surfaces of fan wall housing and weather hood.

   5. Motor with thermal overloads.

   6. Permatector coating (or equal) on inside and outside of fan, and all interior component surfaces.

I.   Manufacturer:

    1.   Sidewall Belt Drive Exhaust Fan:

        a.   Greenheck

        b.   Or approved equal.

## 2.2   FAN SCHEDULE

| Tag | Type | Location | Greenheck Model No. | Drive | Quantity | Capacity (CFM) | Static Pressure (in-water) | Speed (RPM) | HP | Elec. Char. Hz (Volts/Phase) |
|---|---|---|---|---|---|---|---|---|---|---|
| SE-1 | Sidewall Propeller Exhauster | Aeration Building, Pump Room | S1-12-432-E | D | 1 | 877 | 0.05 | 1050 | 1/20 | 115V, 1φ |

D – Direct Drive
B – Belt Drive

15855-5

♦3058\KK08201469_15855

**PART 3 - EXECUTION**

**3.1 GENERAL**

A. Coordinate wall openings with fan and ventilation equipment dimensions.

B. Install mounting hardware as recommended by manufacturer.

**3.2 INSTALLATION**

A. Install all fans and accessories according to manufacturer's recommendations and published instructions.

B. Obtain manufacturer's written installation certification.

**3.3 COORDINATION**

A. Where existing ventilation fans are shown to be replaced with new equipment, the Contractor shall remove and dispose of the existing ventilator, wall housing, damper and related equipment.

B. The Contractor shall verify the dimensions of the proposed ventilation equipment and accessories and coordinate opening dimensions to provide an installation which is weather-tight.

C. It is the Contractor's responsibility to coordinate the ventilation equipment installation with manufacturers and/or subcontractors and to modify openings as necessary and provide additional framing, blocking and caulking as required to seal the equipment completely in the wall opening.

+ +  END OF SECTION  + +

**SECTION 15860**

**LOUVERS**

**PART 1 - GENERAL**

**1.1   DESCRIPTION**

    A.   Scope:

        1.   Contractor shall furnish all labor, tools, materials, and equipment necessary for providing louvers and accessories as required for a complete installation.

    B.   Related Work Specified Elsewhere:

        1.   Section 15855, Ventilation Equipment.

**1.2   SUBMITTALS**

    A.   Shop Drawings: Submit for approval Shop Drawings showing the following:

        1.   Manufacturer's catalog data including materials, design, performance and dimensional data.

        2.   List of options and accessories furnished with louver along with respective catalog data.

        3.   Manufacturer's installation instructions.

    B.   Certifications:

        1.   Manufacturer's Certifications.

        2.   Manufacturer's 1-year warranty.

**1.3   MANUFACTURER'S SERVICES**

    A.   Certifications: The manufacturer shall provide the following certifications:

        1.   Certification that the equipment meets the general intent of the specifications and a list of all deviations from specifications.

2. Certification that equipment has been installed properly.

B. Manufacturer shall furnish all shop drawings and information as requested by the Engineer.

C. Manufacturer shall provide a 1-year warranty against defects in parts and workmanship.

## 1.4 PRODUCT DELIVERY, STORAGE AND HANDLING

A. Delivery of Materials: All materials shall be inspected for conformance with approved Shop Drawings.

B. Storage of Materials: All materials shall be stored in the original shipping cartons in a dry location until time of installation.

## PART 2 - PRODUCTS

## 2.1 ADJUSTABLE LOUVERS

A. Adjustable louvers shall be designed to protect air intake in building exterior walls. All adjustable louvers shall be motorized.

B. The louver frames shall be the channel type fabricated from 16-gauge galvanized steel. Frames shall be 4 inches deep.

C. The adjustable blades shall be fabricated from 16 gauge galvanized steel.

D. The linkage shall be concealed inside the frame and shall have 1/2-inch diameter axles with oil impregnated sintered bronze bearings.

E. All louvers shall be furnished with a bird screen.

F. The motorized actuators shall be 120 Volts, 2 wire control, internally mounted and shall fail in the closed position (power open, spring closed).

G. All louvers shall be sized as shown on the drawings and as specified in the louver schedule.

H. All louvers shall receive a 1.2-mil Kynar finish in a color as selected by the Owner from the manufacturer's color charts.

I.   Louvers shall be designed to withstand wind loadings of 16 pounds per square foot or 80 mph.

J.   Manufacturer:

1.   Greenheck, Model FAJ-402

2.   Or equal.

## 2.2   LOUVER SCHEDULE

| Tag | Location | Type | Quantity | Nominal Width/Height (inch/inch) | Free Area (SF) |
|-----|----------|------|----------|----------------------------------|----------------|
| IL-1 | Aeration Building, Blower Room | A | 1 | 24/30 | 1.51 |

A =  Adjustable with motorized actuator.
M =  Manually operated with gear drive and manual actuator.
Note: Process louvers are specified in other sections of these Specifications.


## PART 3 - EXECUTION

## 3.1   INSTALLATION

A.   Install all louvers and accessories in accordance with the manufacturer's recommendations and published instructions.

B.   Obtain manufacturer's written installation certification.


+ +   END OF SECTION   + +

NO TEXT THIS PAGE

**DIVISION 16 - ELECTRICAL**

NO TEXT THIS PAGE

SECTION 16100

GENERAL PROVISIONS

PART 1 - GENERAL

1.1   DESCRIPTION

A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to complete the electrical work as shown and specified. The scope of work includes the following:

1.   Demolition of existing electrical service to the existing padmount transformer, including PSEG coordination.

2.   Electrical demolition of equipment, conduit, wiring, etc.

3.   Furnish and install a new 480 volt electrical service to the Well Building, including replacement of the PSEG padmount transformer and metering, as well as PSEG coordination.

4.   Replace primary electrical service from the PSEG riser pole to the padmount transformer.

5.   Furnish and install power distribution equipment, such as utility metering, motor control centers, variable frequency drive, panelboards and dry-type transformers.

6.   Furnish and install a natural gas-engine-driven standby generator set and appurtenances, including a walk-in enclosure.

7.   Furnish and install a 480 volt feeder from the Well Building to the Packed Tower Building.

8.   Furnish and install control and instrumentation interconnections between Well Building and Packed Tower Building.

9.   Furnish and install power, control and instrumentation connections to all mechanical, HVAC and miscellaneous equipment furnished.

10.   Furnish and install indoor, outdoor and emergency lighting systems.

11.   Furnish and install electric unit heaters and thermostats.

12.   Furnish and install a lightning protection system.

13.   Furnish and install security system devices and interconnection wiring.

14.   Provide power system studies consisting of short circuit study, coordination study and arc-flash hazard analysis.

B.   Coordination:

1.   Review installation procedures under other Sections and coordinate the installation of items that must be installed with the site work, formwork, walls, partitions and ceilings.

2.   Coordinate the electrical work with the work by others.

C.   General:

1.   Dimensions shown on the Drawings that are related to equipment are based on one manufacturer's equipment. Coordinate the dimensions of the equipment furnished with the space allocated for that equipment.

2.   The Drawings show the principal elements of the electrical installation. They are not intended as detailed working drawings for the electrical work but as a complement to the Specifications to clarify the principal features of the electrical systems.

3.   It is the intent of this Section that all equipment and devices, furnished and installed under this and other Sections, be properly connected and interconnected electrically with other equipment so as to render the installations complete for successful operation, regardless of whether all the connections and interconnections

are specifically mentioned in the Specifications or shown on the Drawings.

4. Mounting heights of switches, receptacles, fixtures and other devices noted in the Specifications and on the Drawings are to the bottom of the device.

5. Refer to Contract Drawings for areas of sheeting and excavation specified under other sections of the Contract. Contractor shall schedule his work on underground conduit runs and hand holes in these areas to run concurrently with that of the site work.

6. The Contractor shall be responsible for excavation, backfilling, bedding, curbing removal and replacement, concrete cover above conduits, and surface restoration, including pavement for underground conduit and cable installation. Truck vehicle access (H-20 loading) shall be maintained on facility roads during construction.

D. Related Work Specified Elsewhere:

1. Division 1, Special Conditions.

2. Division 2, Sitework.

3. Division 3, Concrete.

4. Division 5, Metals.

5. Division 9, Finishes for field painting.

6. Division 18, Mechanical.

E. Work Included But Specified Elsewhere:

1. All site work required for the construction of the underground structures and pavement restoration shall conform to the requirements of Division 2, Sitework.

2. Concrete work for equipment pads, conduit curbs, and concrete cover for buried conduit shall conform to the requirements of Division 3, Concrete.

3.   Anchor bolts and other fasteners shall conform to requirements of Division 5, Metals.

4.   Shop painting and surface preparation shall conform to requirements of Division 9, Finishes.

F.   Temporary Power: Temporary light and power for construction purposes shall be provided in accordance with Division 1, Special Conditions.

## 1.2   QUALITY ASSURANCE

A.   Requirements of Regulatory Agencies:

1.   Permits: The Contractor shall, at his own expense, furnish the Owner with a Certificate of Inspection from an approved inspection firm acceptable to the Owner attesting that all electrical work in this Contract has been inspected and is in compliance with the National Electrical Code.

2.   Codes: Material and equipment shall be installed in accordance with the current standards and recommendations of the National Electrical Code, the National Electrical Safety Code and with local codes which apply. Where discrepancies arise between codes, the most restrictive regulation shall apply.

3.   Tests by Independent Regulatory Agencies: Electrical material and equipment shall be new and shall bear the label of the Underwriters Laboratories, Inc., or other nationally-recognized, independent testing laboratory, wherever standards have been established and label service regularly applies.

B.   Reference Standards: Electrical material and equipment shall conform in all respects to the latest approved standards of the following:

1.   National Electrical Manufacturers Association (NEMA).

2.   The American National Standards Institute (ANSI).

3.   The Institute of Electrical and Electronic Engineers (IEEE).

4.   Insulated Cable Engineers Association (ICEA).

5.   National Electrical Code (NEC).

6.   National Electrical Safety Code (NESC).

7.   Occupational Safety and Health Code (OSHA).

## 1.3   SUBMITTALS

A.   General: Conform to requirements of the General Specifications and Special Conditions.

B.   Shop drawings shall include the following information to the extent applicable to the particular item:

1.   Manufacturer's name and product designation or catalog number.

2.   Electrical ratings.

3.   Conformance to applicable standards or specifications of ANSI, ASTM, ICEA, IEEE, ISA, NEC, NEMA, NFPA, OSHA, UL, or other organizations.

4.   Dimensioned plan, section, and elevations showing means for mounting, conduit connection, and grounding.

5.   Materials and finish specification, including paints.

6.   List of components including manufacturer's names and catalog numbers.

7.   Internal wiring diagrams indicating all connections to components and numbered terminals for external connections.

8.   Manufacturer's instructions and recommendations for installation, operation, and maintenance.

9.   Manufacturer's recommended list of spare parts.

## 1.4   PROJECT CLOSE-OUT

A.   Operation and Maintenance Data: Conform to requirements of the General and Special Conditions.

B.   Provide Certificate of Inspection from an approved inspection firm acceptable to the Owner upon job completion prior to submission of final payment.

C.   Record Drawings: In addition to the requirements of Division 1, Special Conditions, the record drawings shall include the following:

   1.   One line wiring diagrams of the 480/277-volt and 208/120 volt or 240/120 volt distribution systems.

   2.   Actual in place conduit and cable layouts with schedule of conduit sizes and number and size of conductors.

   3.   Layouts of the lighting and other equipment arrangements.

   4.   Control and noncontrol wiring diagrams with terminal numbers and all devices identified and indicating point-to-point terminations.

## 1.5   PRODUCT DELIVERY

A.   Delivery of Materials: Contractor shall instruct the manufacturers and vendors as to the maximum shipping sizes of equipment that can be accommodated at the site.

B.   Storage: Electrical equipment and material shall be stored and protected in accordance with Division 1 and General and Special Conditions.

## 1.6   IDENTIFICATION OF EQUIPMENT

A.   All electrical items shall be identified. Identification shall be in addition to the manufacturer's nameplates and shall serve to identify the items function and the equipment or system which it serves or controls.

B.   All new equipment shall be identified by means of laminated phenolic nameplates incised to show 1-inch high, white letters on a black background. Labels shall be fastened by means of 3/16-inch diameter, round-head, stainless steel, self-tapping screws. Equipment whose

designation has been changed shall be relabeled accordingly.

C.   Wires and cables shall be color coded and identified by means of wire markers.

D.   Raceways shall be identified by means of vinyl adhesive tape.

E.   Pull and junction boxes shall be identified with laminated phenolic nameplates showing the names of the feeders or system wires and cables passing through them.

F.   The text, size, and type of lettering, and the location of identifying labels or tags, shall be approved by the Owner.

## 1.7   PROCEDURES FOR INSTALLATION

A.   The Contractor is cautioned to perform his work with due regard to safety and in a manner that will not interfere with the existing equipment or in any way cause interruption of any of the functions of the facility.

B.   Work shall be carried out without disruption to facility operations.

C.   No existing equipment shall be removed, or any live circuits disturbed, without the specific direction and approval of the Owner, and without clearance by appropriate representatives of the Owner. Whenever such work is contemplated, the Contractor shall submit to the Owner a written request for scheduling such work. Written request must be received 5 working days prior to the date on which the proposed work is to be performed.

## 1.8   MAINTENANCE OF OPERATION

A.   Refer to Specification Section 01010 for Maintenance of Operation requirements.

B.   The Contractor shall be responsible for furnishing temporary generator sets to maintain facility operations for any facility functions, which would be disrupted by any portion of his work.

C.   The Contractor shall furnish written notice to the Engineer and Owner 5 working days prior to performing the work that requires a disruption of power. The written notice shall contain a schedule of proposed work.

## 1.9   AREA CLASSIFICATIONS

A.   Damp Locations: The following areas shall be considered damp locations:

1.   All outdoor locations, unless otherwise specified.

2.   Well Building, Lower Level.

3.   Materials, equipment and incidentals in areas identified as damp locations shall meet NEC and NEMA requirements for wet locations. Enclosures installed in damp locations shall meet NEMA 4X stainless steel requirements as a minimum. Conduits shall be terminated at enclosures with watertight, threaded hubs.

B.   Dry Locations: The following areas shall be considered dry locations:

1.   Well Building, First Floor.

2.   Packed Tower Building.

3.   Enclosures installed in these locations shall meet NEMA 12 requirements as a minimum.

C.   Corrosive Locations: The following areas shall be considered corrosive locations:

1.   The Lime Room and Chlorine Room in the Well Building.

2.   Enclosures installed in these locations shall meet NEMA 4X glass reinforced polyester (fiberglass) requirements as a minimum.

+ +   END OF SECTION   + +

SECTION 16101

ELECTRICAL SERVICE

**PART 1 - GENERAL**

**1.1   DESCRIPTION**

    A.   Scope:

        1.   Contractor shall furnish all labor, materials and incidentals required to:

            a.   Furnish and install a new 480 volt electrical service to the Well Building, including replacement of the PSEG padmount transformer and metering.

            b.   Replace the primary electrical service from the PSEG riser pole to the padmount transformer.

        2.   Contractor shall pay all utility charges for this work.

    B.   Coordination:

        1.   Coordinate with PSEG to establish requirements for the service modifications. PSEG Central Division Customer Order Fulfillment (516-545-2242).

    C.   Related Work Specified Elsewhere:

        1.   Section 16111, Conduit.

        2.   Section 16121, 15kv Cable.

        3.   Section 16122, 600 Volt Cable.

        4.   Section 16131, Pull and Junction Boxes.

        5.   Section 16450, Grounding System.

1.2   **QUALITY ASSURANCE**

    A.    Reference Standards

        1.    National Electrical Code (NEC).

        2.    National Electrical Manufacturer's Association (NEMA).

        3.    PSEG – Specifications and Requirements for Electric Installations.

1.3   **SUBMITTALS**

    A.    Shop Drawings:   Submit for approval copies of manufacturers technical information, including the following:

        1.    Site plan locating padmount transformer, metering, related conduit and related wiring.

        2.    Copies of all utility correspondence.

**PART 2 - PRODUCTS**

2.1   **ELECTRICAL EQUIPMENT**

    A.    Standby Power Source Sign:   Plastic sign shall be installed at the service entrance indicating type and location of generator set.

    B.    Utility Metering: PSEG approved metering shall be furnished and installed as shown on the Drawings.

    C.    Grounding:

        1.    Contractor shall ground the padmount transformer in accordance with PSEG requirements.

        2.    Contractor shall ground the electrical service in accordance with NEC and PSEG requirements.

**PART 3 - EXECUTION**

**3.1   INSTALLATION**

    A.   Electrical Service

        1.   Contractor shall furnish and install PSEG-approved 15-kv shielded cross-linked polyethylene insulated cables to the padmount transformer.

        2.   The Contractor shall furnish and install a concrete pad, footing and foundation as per PSEG requirements for each padmount transformer. Furnish and install ground rods for each padmount transformer flush with top of footing per PSEG requirements. The Contractor shall leave a minimum of 5 feet of slack in the primary and secondary cables inside the padmount transformer foundation.

        3.   The Contractor shall perform all wiring within the transformer pads, including the load break elbow connections to the primary bushings, and hylug connections to the secondary spade terminals. All required bonding and grounding hardware shall be provided and installed by the Contractor.

        4.   Primary elbows will be provided by PSEG and delivered with the transformer. The Contractor shall wire each elbow in accordance with PSEG requirements.

**3.2   TESTING**

    A.   Conduit and cable tests shall be in accordance with the specifications.

**3.3   IDENTIFICATION**

    A.   Conduits and cable shall be identified in accordance with Section 16100 of this specification.

+ + END OF SECTION + +

NO TEXT THIS PAGE

## SECTION 16111

## CONDUIT

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

    1. Contractor shall furnish all labor, materials, equipment and incidentals required to provide conduit and fittings as shown and specified to form complete, coordinated and grounded raceway systems.

    2. The types of conduit required include the following:

        a. Rigid galvanized steel for all exposed conduit runs, unless otherwise noted.

        b. PVC, Schedule 80, for corrosive areas unless otherwise noted.

        c. PVC, Schedule 40, for exterior underground duct banks as indicated.

    3. Unless otherwise shown, all interior conduits shall be run exposed. All conduits, boxes and fittings in finished areas (rooms with suspended ceilings) shall be run concealed.

B. Coordination:

    1. Conduit runs shown are diagrammatic. Coordinate conduit installation with piping, ductwork, lighting fixtures and other systems and equipment and locate so as to avoid interferences.

    2. Prior to installation of conduit, Contractor shall verify equipment locations where conduits are to be terminated and shall verify the size of conduit required for the actual size and number of wires to be installed in the conduits.

C.   Related Work Specified Elsewhere:

   1.   Section 09900, Painting.

   2.   Section 16116, Expansion Fittings.

   3.   Section 16118, Flexible Conduits.

   4.   Section 16131, Pull and Junction Boxes.

   5.   Section 16134, Outlet Boxes.

   6.   Section 16402, Underground Duct Banks.

## 1.2   QUALITY ASSURANCE

A.   Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

   1.   NEC Article 344, Rigid Metal Conduit: Type RMC.

   2.   NEC Article 352, Rigid Polyvinyl Chloride Conduit: Type PVC.

   3.   UL 6, Standard for Electrical Rigid Metal Conduit - Steel.

   4.   UL 514A, Standard for Metallic Outlet Boxes.

   5.   UL 514B, Standard for Conduit, Tubing and Cable Fittings.

   6.   UL 514C, Standard for Nonmetallic Outlet Boxes, Flush-device Boxes, and Covers.

   7.   UL 651, Standard for Schedule 40 and 80 Rigid PVC Conduit and Fittings.

   8.   ANSI C80.1, Standard for Electric Rigid Steel Conduit (ERSC).

   9.   ANSI C80.3, Standard for Steel Electrical Metallic Tubing (EMT).

   10.  NEMA TC2, Electrical Polyvinyl Chloride (PVC) Tubing and Conduit.

11. NEMA TC3, Polyvinyl Chloride (PVC) Fittings for Use with Rigid PVC Conduit and Tubing.

## 1.3   SUBMITTALS

A.   Shop Drawings: Submit for approval the following:

1.   Manufacturer's catalog cuts and technical information for the conduit, fittings, tooling, installation techniques and supports proposed for use.

2.   Construction details of conduit racks and other conduit support systems. Include calculations confirming the adequacy of the proposed systems to support the weight of the conduits and cables being furnished.

3.   Layout drawing showing proposed routing of exposed conduits, and concrete encased conduit duct banks directly buried in earth. Drawings shall show rack supports; locations of pull and junction boxes; all penetrations in walls and floor slabs; and equipment where conduit terminates.

B.   Record Drawings: Include the actual routing of exposed and below grade conduit runs on record drawings.

## PART 2 - PRODUCTS

## 2.1   MATERIALS

A.   Rigid Galvanized Steel Conduit, Elbows and Couplings:

1.   Material: Rigid, heavy wall, mild steel, hot dip galvanized inside and out, smooth interior, tapered threads and carefully reamed ends; 3/4-inch NPS minimum size.

2.   Manufacturers: Provide material manufactured by one of the following:
a.   Allied Tube and Conduit Corporation.

b.   Robroy Industries Inc.

c.   Or approved equal.

B.   Plastic Conduit - Schedule 80 PVC:

    1.   Material: Schedule 80 PVC plastic, NEMA Type TC-2, 90°C rated, conforming to UL 651.

    2.   Product and Manufacturer: Provide one of the following:

        a.   Carlon Plus 80.

        b.   Certainteed Corporation.

        c.   Scepter Mfg. Co.

        d.   Or approved equal.

C.   Plastic Conduit-Schedule 40 PVC:

    1.   Material: Schedule 40 PVC plastic, NEMA Type TC-2, 90°C rated, conforming to UL 651.

    2.   Product and Manufacturer: Provide one of the following:

        a.   Carlon Plus 40.

        b.   Certainteed Corporation.

        c.   Scepter Mfg. Co.

        d.   Or approved equal.

D.   Conduit Fittings and Outlet Bodies:

    1.   Material and Construction: For rigid galvanized steel conduit systems, cast gray iron alloy or cast malleable iron bodies and covers; all units to be gasketed and watertight. Gaskets to be of an approved type designed for the purpose. Improvised gaskets not acceptable. All units to be threaded type with five full threads. Material to conform to ANSI C80.4 and be listed by UL. Fittings and bodies in or on PVC conduit runs shall be Schedule 80 PVC. All screws and miscellaneous hardware shall be stainless steel.

    2.   Manufacturers: Provide material manufactured by one of the following:

    a. Crouse-Hinds Company.

    b. Appleton Electric Company.

    c. Killark.

    d. Robroy Industries, Inc.

    e. Or approved equal.

E. Conduit Hubs:

  1. Material: Threaded conduit hub, vibration proof, weather proof with captive O-ring seal, zinc metal with insulated throat. Hubs used on PVC conduit systems shall be Schedule 80 PVC.

  2. Use: Provide for all conduit terminations to boxes, cabinets and other enclosures.

  3. Manufacturer: Provide material manufactured by Myers Electrical Products Company or approved equal.

F. Supports, Fasteners:

  1. Individual rigid galvanized steel conduits shall be supported using rigid hot-dip galvanized steel one-hole straps and back straps.

  2. Multiple rigid galvanized steel conduits shall be supported on rigid hot-dip galvanized steel electrical channel with straps.

  3. Threaded fasteners shall be stainless steel, including screws, anchors, rods, nuts, spacer washers and miscellaneous items.

  4. Supports used on PVC conduit systems shall be fiberglass.

G. Conduit Markers: Conduit markers shall be vinyl adhesive tape engraved with the conduit designation and affixed to the conduit.

**PART 3 - EXECUTION**

**3.1   INSTALLATION**

A.   Install in conformance with National Electrical Code requirements.

B.   Dissimilar Metals:

   1.   Take every action to prevent the occurrence of electrolytic action between dissimilar metals.

   2.   Do not use copper products in connection with aluminum work, and do not use aluminum in locations subject to drainage of copper compounds on the bare aluminum.

C.   Supports:

   1.   Rigidly support conduits by clamps, hangers, channels or conduit racks.

   2.   Support single conduits by means of one-hole pipe clamps in combination with one-screw back plates, to raise conduits from the support surface. Support multiple runs of conduits on trapeze type hangers with hot-dip galvanized steel horizontal members and threaded hanger rods, Kindorf or equal. Rods shall be not less than 3/8-inch diameter and shall be stainless steel.

   3.   For exposed PVC conduit systems, supports shall be fiberglass, Robroy or approved equal.

D.   Fastenings: Fasten raceway systems rigidly and neatly to supporting structures by the following methods:

   1.   To Wood: Wood screws.

   2.   To Hollow Masonry Units: Toggle bolts.

   3.   To Brick Masonry: Price expansion bolts or equal.

   4.   To Concrete: Phillips: Hilti Corporation: or approved equal, anchors.

   5.   To steel: Welded threaded studs, beam clamps or bolts with lock washers or locknuts.

E.   Plug or cap conduit ends at the time of installation to prevent the entrance of moisture and foreign materials.

F.   Empty Conduits:

1.   Install nylon pull wire in each empty conduit and cap conduits not terminating in boxes with permanent fittings designed for the purpose.

2.   Identify each empty conduit with a durable tag showing the conduit number indicated on the Drawings.

G.   Make underground and embedded conduit joints watertight to prevent ground water from entering buildings.

H.   Orientation:

1.   Install parallel or perpendicular to structural members or walls, unless concealed.

2.   Wherever possible, run in groups.

3.   Install on structural members in protected locations.

4.   Locate clear of interferences.

5.   Locations shown on Drawings are approximate only.

I.   Clearance: Maintain 6 inches from hot fluid lines and 1/4 inch from walls.

J.   End Cuts: Square and ream to prevent damage to wire and cable.

K.   Field Bends: No indentations. Diameter of conduit shall not vary more than 15 percent at any bend.

L.   Threads:

1.   Apply conductive compound, Kopr-Shield by T&B Corporation, or approved equal to all joints before assembly.

2.   Make up joints tight and ground thoroughly.

3. Conduit and fitting threads to be standard tapered pipe threads. Standard straight thread conduit couplings permitted only on exposed indoor conduit runs. Running threads not permitted.

4. Use strap wrenches and vises to install conduit. Conduit with wrench marks to be replaced.

M. Insulated Bushings:

1. Provide insulated bushings on all conduits entering boxes or cabinets.

2. Provide locknuts on both inside and outside of enclosures except where threaded hubs are provided.

3. Bushings not to be used in lieu of locknuts.

N. Vertical Drops:

1. Rigidly support from equipment or building.

2. Unsecured drop length not to exceed 12 feet.

3. Install vertical runs plumb. No diagonal runs.

O. Thruwall Seals: Install for conduits passing through subsurface walls or floor slabs of buildings.

1. Manufacturer:

a. Thunderline "Link Seal".

b. O-Z/Gedney.

c. Or approved equal.

P. Drainage:

1. Pay particular attention to drainage for conduit runs.

2. Wherever possible, install conduit runs so as to drain to one end and away from buildings.

3. Take extreme care to avoid pockets or depressions in conduit.

Q.   Conduit Curb:

1.   In concrete slabs or floors, provide a two inch high curb extending two inches from the outer surface of the conduit penetrating the floor, to prevent corrosion.

2.   Terminate conduit stub-ups in couplings, slightly above the finished concrete curb.

R.   Couplings: Provide full threaded conduit couplings. Split couplings shall not be permitted.

S.   For individual exposed conduits passing through floor slabs and walls, install sleeves to protect the conduit against action of alkaline substances which may be present.

T.   Before concrete is placed, make the necessary location measurements of the conduit to be embedded so that the information is available to prepare record drawings.

U.   Install individual underground conduits 24 inches (minimum) below grade and provide concrete cover above conduits, unless otherwise indicated on the Drawings. The primary service conduits from the utility riser pole to the property line box shall be concrete encased. Perform all excavation, backfilling, bedding, curbing removal and replacement, concrete encasement, and surface restoration including pavement for underground conduit installation.

V.   Core drill for individual conduits passing through existing concrete walls or slabs. Obtain authorization from Owner prior to core drilling. Seal spaces around conduit as per 3.1.O above.

W.   Conduit Racks: For rigid galvanized steel conduit systems, provide hot-dip galvanized steel conduit racks of suitable width, length and height and arranged to suit field conditions. For PVC conduit systems, conduit racks shall be fiberglass. Support shall be provided at every ten feet minimum.

X.   PVC schedule 80 heavy wall conduit shall be used when entering or exiting new concrete pours, except in hazardous areas where prohibited by code.

Y.   Conduit Expansion and Deflection Fittings: Conduit expansion and/or deflection fittings shall be provided wherever conduit crosses a structural expansion joint, is attached between two separate structures or wherever the conduit run is 100 feet or more in a single straight length.

Z.   Exposed conduits, boxes and fittings shall be painted in accordance with Specification Section 09900.

AA.  Install conduit to maintain fire resistance rating of walls and ceilings. Furnish and install a noncombustible compound that functions as a fire stop sealant for conduit penetrations. Compound shall be GyProc Fire-Halt Sealant or approved equal.

## 3.2   TESTING

A.   Test conduits by pulling through each conduit a cylindrical mandrel not less then two pipe inside diameters long, having an outside diameter equal to 90 percent of the inside diameter of the conduit.

B.   Maintain a record, by number, of all conduits testing clear.

## 3.3   IDENTIFICATION

A.   Identify all conduits at the ends and in all intermediate boxes, chambers, hand holes and other enclosures. All conduits shall be identified every 75 feet.

B.   Conduit numbers shall be assigned in accordance with the Conduit and Cable Schedule.

+ +   END OF SECTION   + +

# SECTION 16116

## EXPANSION FITTINGS

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide conduit expansion and deflection fittings as shown, specified or required.

B. Related Work Specified Elsewhere:

1. Section 16111, Conduit.

### 1.2 QUALITY ASSURANCE

A. Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

1. NEC Article 300, Wiring Methods.

2. UL 514B, Standard for Conduit, Tubing and Cable Fittings.

3. UL 467, Standard for Grounding and Bonding Equipment.

### 1.3 SUBMITTALS

A. Shop Drawings: Submit for approval copies of manufacturer's technical information for expansion and deflection fittings proposed for use.

## PART 2 - PRODUCTS

### 2.1 MATERIALS

A. Expansion Fittings: Malleable or ductile iron, hot-dip galvanized, stainless steel clamps and tinned copper braid bonding jumper. Fitting shall be watertight,

corrosion-resistant, UL listed and compatible with the conduit system.

B.   Deflection/Expansion Fittings: Neoprene sleeve, stainless steel bands, and tinned copper braid bonding jumper, suitable for concrete encasement in nonhazardous areas. Fitting shall be watertight, corrosion resistant, UL listed and compatible with the conduit system.

C.   Product and Manufacturer: Provide one of the following:

1.   Type DX for expansion/deflection or AX for expansion only by O-Z/Gedney Company.

2.   Or approved equal.

## PART 3 - EXECUTION

## 3.1   INSTALLATION

A.   Install in conformance with the National Electrical Code where necessary to compensate for thermal expansion and contraction.

B.   Install expansion/deflection fittings where conduits cross structural expansion joints.

C.   Install expansion/deflection fittings in conduit duct banks where conduit is attached between two separate structures.

D.   Install expansion fittings in conduit runs which are 100 feet or more in a single straight length.

E.   Where required in nonmetallic conduit and duct systems, provide necessary coupling to make transition to the threaded metallic fitting.

+ +   END OF SECTION   + +

## SECTION 16118

## FLEXIBLE CONDUITS

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A.  Scope: Contractor shall provide all labor, materials, equipment and incidentals as shown, specified and required to furnish and install flexible conduit.

### 1.2 QUALITY ASSURANCE

A.  Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified.

1.  NEC Article 350, Liquidtight Flexible Metal Conduit: Type LFMC.

2.  UL 360, Standard for Liquid-Tight Flexible Steel Conduit.

3.  UL 1660, Standard for Liquid-Tight Flexible Nonmetallic Conduit.

### 1.3 SUBMITTALS

A.  Shop Drawings: Submit for approval the following:

1.  Manufacturer's catalog literature, specifications and technical data for flexible conduit and fittings proposed for use.

## PART 2 - PRODUCTS

### 2.1 MATERIALS

A.  Flexible Conduit - Dry and Damp Locations:

1.  Material: Flexible galvanized steel core with smooth, abrasion resistant, liquid-tight, neoprene cover. Continuous copper ground built in for sizes

3/4-inch through 1 1/4-inch. Material shall be UL listed.

   2.   Product and Manufacturer: Provide one of the following:

      a.   Sealtite UA by Anaconda Metal Hose Division, Anaconda American Brass Company.

      b.   Liquatite Type L.A. by Electri-Flex Company.

      c.   Or approved equal.

B.   Flexible Conduit Fittings - Dry and Damp Locations:

   1.   Material and Construction: Malleable iron with zinc electroplate. Fittings shall adapt the conduit to standard threaded connections, shall have an inside diameter not less than that of the corresponding standard conduit size and shall be UL listed.

   2.   Manufacturers: Provide products of one of the following:

      a.   Crouse-Hinds Company.

      b.   Appleton Electric Company.

      c.   Or approved equal.

C.   Flexible Conduit - Corrosive Locations:

   1.   Material: Flexible nonmetallic conduit, liquid-tight. Material shall be UL listed.

   2.   Product and Manufacturer: Provide one of the following:

      a.   Carflex liquid-tight flexible nonmetallic conduit by Carlon.

      b.   Or approved equal.

D.   Flexible Conduit Fittings - Corrosive Locations:

1.   Material and Construction: Thermoplastic or PVC liquid-tight nonmetallic. Fittings shall adapt the conduit to standard threaded connections, shall have an inside diameter not less than that of the corresponding standard conduit size and shall be UL listed.

2.   Manufacturers: Provide products of one of the following:

a.   Carflex liquid-tight nonmetallic fittings by Carlon.

b.   Or approved equal.

**PART 3 - EXECUTION**

**3.1   INSTALLATION**

A.   Install at motors and equipment which are subject to vibration or require movement for maintenance purposes. Provide necessary reducer where equipment furnished cannot accept 3/4-inch size flexible conduit. Limit flexible conduit length to three feet maximum and install only where required as noted above.

B.   Install in conformance with National Electrical Code requirements.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

SECTION 16121

15 kv CABLE

PART 1 - GENERAL

1.1   DESCRIPTION

    A.   Scope:   Contractor shall furnish all labor, materials, equipment and incidentals required to provide 15 kv cable as shown and specified.

1.2   QUALITY ASSURANCE

    A.   Requirements of Regulatory Agencies:

        1.   Codes:   Cable shall be installed in accordance with the current standards and recommendations of the National Electrical Code and with local codes which apply.   Where discrepancies arise between codes, the most restrictive regulation shall apply.

        2.   Tests by Independent Regulatory Agencies:   Cable shall bear the label of the Underwriters Laboratories, Incorporated.

    B.   Reference Standards:   Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

        1.   National Electrical Code.

        2.   ANSI/ICEA S-94-649, Concentric Neutral Cables Rated 5 through 46 kv.

        3.   AEIC CS8, Extruded Dielectric, Shielded Power Cables Rated 5 through 46 kv.

        4.   National Electrical Safety Code (ANSI C2).

        5.   Public Service Enterprise Group (PSEG).

1.3   SUBMITTALS

    A.   Shop Drawings:   Submit for approval of manufacturer's technical information for 15 kv cable.

1. Manufacturer's catalog cuts and technical information indicating compliance with this Specification. Any exceptions shall be stated and completely explained.

2. Shop Drawings or catalog cuts shall be accompanied by literature identifying the methods and materials which the Contractor proposes to use to make splices and terminations. Submittal shall consist of manufacturers' literature evidencing compatibility of the conductor insulation, shield and jacket of the cable with the splicing of terminating materials and methods which the Contractor proposes to use.

B. Test Reports:  Submit for approval copies of field high-potential tests of all 15 kv cable, splices and terminations.

C. Record Drawings:  Submit record drawings showing the locations of all concealed installations of 15 kv cables.


## PART 2 - PRODUCTS

## 2.1   MATERIALS

A. General:  Cable furnished under this specification shall be 2/c (two conductor) concentric #2 aluminum, 15kv cross-linked polyethylene with an insulation thickness of 220 mils.  Cable shall meet PSEG requirements.

B. Materials:

1. Conductor:  All conductors shall be 1350-H19 aluminum alloy with concentric-lay Class B round stranding.

2. Conductor Shielding:  All conductors shall be covered with a layer of extruded conducting thermosetting compound with thickness in accordance with Table 3-1 of ANSI/ICEA S-94-649.

3. Insulation System:  The insulation system shall be composed of an extruded inner layer of non-conducting energy suppression or semi-conducting material.  The primary insulation shall be a high

quality ozone resistant thermosetting rubber based compound. The insulation system shall be suitable for use at conductor temperatures not exceeding 90°C for normal operation, 130°C for emergency overload conditions, and 250°C for short circuit conditions. Minimum average thickness of the insulation system at any point of the cable shall not be less than 220 mils. The minimum thickness at any part of the cable shall not be less than 90 percent of the specified average.

4.  Insulation Shield: Over the insulation shall be applied an extruded thermosetting insulation shield. Insulation shield minimum thickness shall be 30 mils.

5.  Concentric Neutral: A concentric neutral consisting of annealed bare copper wires in accordance with ICEA shall be spirally applied over the extruded insulation shield with uniform spacing between wires.

6.  Jacket: The cable shall have a 50-mil thick semi-conducting black linear low density polyethylene (LLDPE) jacket extruded to fill over the concentric neutrals. Three equally spaced longitudinal red stripes shall be extruded on the jacket.

7.  Identification: All cable shall be identified with permanent printed markings that state the following: name of manufacturer; year of manufacture; conductor size and material; type and thickness of insulation; type of jacket; cable voltage rating; NESC "Lightning Bolt" before and after the words "Electric Cable."

C.  Product and Manufacturer: Provide one of the following:

1.  Rome Cable Corporation.

2.  Cablec Corporation.

3.  Houston Wire and Cable.

4.  Or approved equal.

     D.   Cable Markers:  Provide material manufactured by one of the following:

        1.   Onmi-Grip by W.H. Brady Company.

        2.   Preprinted, self-adhesive vinyl tapes for larger diameter cables,  by  W.H. Brady Company.

        3.   Or approved equal.

## PART 3 - EXECUTION

## 3.1  INSTALLATION

     A.   The minimum cover for primary service shall be as shown on the Drawings.

     B.   As much physical separation as possible shall be given between primary and secondary cables within the padmount transformer foundation.

     C.   Install all cables complete with proper terminations at both ends.  Check for proper phase sequence and proper motor rotation.

     D.   Splicing and Termination:

        1.   Where possible, install cable continuous, without splice from termination to termination.

        2.   Where required, splicing shall only be made with the written consent of the Owner or the electric utility.

        3.   Primary load break elbows will be delivered by LIPA with the padmount transformer.  The Contractor shall install the elbows in accordance with LIPA requirements.

        4.   Use experienced personnel familiar with the materials and procedures to be employed.

E.    Pulling:

   1.    Conductors shall be pulled in from reels.   In no case shall conductors be laid on the ground or floor and pulled in.

   2.    Conductors shall be factory fitted with pulling devices, or at the option of the Contractor, fitted in the field with pulling baskets (Kellems grips).

   3.    When using factory fitted pulling device or other pulling devices, discard 2-feet of the conductors prior to splicing or terminating.

   4.    Pulling tension(s), side wall pressure and bending radii shall not exceed cable manufacturer's written recommendations.

   5.    Calculations for tensions and side wall pressures shall be completed and approved prior to pull by the Contractor.

   6.    Pulling tension(s) shall be constantly monitored during the pull.

   7.    Use a dynamometer where mechanical means are used.

   8.    Use only pulling compounds approved by cable manufacturer.

   9.    Splices and taps for conductors shall be made per cable manufacturer's recommendation and the Engineer's approval, unless otherwise shown or specified.   All splices shall be performed by qualified high voltage splicers.

F.    Bending Radius:   Limit to 12 times cable overall diameter.

G.    Slack:  Provide maximum slack at all terminal points and in all manholes.

H.    Identification:   Identify all conductors by circuit number and phase at each end with cable markers.

I.    Wrap individual 15 kv cables located within manholes or handholes with fireproofing tape of self-extinguishing

material which will not support combustion. Tape shall not deteriorate when subjected to water, salt, sewage or fungus and shall be secured with glass cloth tape. Fireproofing tape shall be Scotch No. 7700 with Scotch No. 27 binding, or approved equal.

J.   Install in conformance with National Electrical Code National Electrical Safety Code, and LIPA requirements.

K.   Color code cables as follows:   Phase A, B, C:   Brown, Orange, Yellow.

L.   Install a warning ribbon below finished grade over the primary service.   The identifying ribbon shall be a polyvinyl chloride tape, 6 inches wide, yellow color, permanently imprinted with "CAUTION BURIED ELECTRIC LINE BELOW" in block letters.

## 3.2   TESTING

A.   Testing of 15kv cable shall be performed by an independent UL certified testing laboratory currently specializing in this procedure.

B.   Qualification Discharge Resistance Test:   The proposed insulation system shall be unaffected by electrical discharge when tested in accordance with the procedures specified in ICEA S-94-649.

C.   Production Tests:

1.   Final Voltage and Insulation Resistance Test:   The completed cable, while on the shipping reel, shall be tested at room temperature at a minimum of 26 kv AC for one minute.   The insulation resistance shall also be measured and the insulation resistance constant shall not be less than 20,000 megohms per 1,000 feet.

D.   Installation Tests:   Perform a high potential test on each 15 kv cable installation.

1.   Adhere to following procedures before performing dc over potential tests:

a.   Disconnect all equipment i.e., transformers, switches, motors, circuit breakers, surge

arrestors etc., from cable circuit to prevent test interruptions due to flashovers or trip outs resulting from excessive leakage current.

b.   Establish adequate clearance between the circuit test ends and any grounded object and to other equipment not under test.

c.   Ground all circuit conductors not under test, all cables shields and nearby equipment.

d.   Clean insulation surfaces.

e.   Keep cable ends dry.

2.   When required by the Engineer, such tests shall be performed in his presence. Before conducting tests, the Contractor shall submit to the Engineer, for approval, a written outline of the methods and equipment to be used. This outline shall be prepared by the testing laboratory. All test equipment shall be provided by the testing laboratory.

3.   All 15 kv cable insulation shall be tested after installation. Tests shall be with dc voltage and shall be not less than 80% of factory test voltage. Increase potential slowly in 8 to 10 equal steps. A plot of leakage current versus voltage shall be made and submitted to the Engineer.

4.   Stop test if the leakage current increases excessively or a "knee" appears in the curve before reaching maximum test voltage.

5.   Upon reaching the specified maximum test voltage, maintain the voltage for 5 minutes, reading the leakage current every 30 seconds and plot leakage current versus time on the same graph as the step voltage curve.

6.   New cable failing the test shall be repaired or replaced and retested. If a test failure occurs on a new cable interconnected to an existing cable, notify the Engineer for further instructions.

7.   The  test  curves  shall  be  signed  by  the  tester,
     initialed  by  the  Owner's  inspector  and  shall  be
     submitted to the Engineer for review.

+ + END OF SECTION + +

SECTION 16122

600 VOLT CABLE

PART 1 - GENERAL

1.1   DESCRIPTION

A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide 600-volt cable as shown and specified.

B.   Related Work Specified Elsewhere:

1.   Section 16450, Grounding System.

1.2   QUALITY ASSURANCE

A.   Requirements of Regulatory Agencies:

1.   Codes: Cable shall be installed in accordance with the standards and recommendations of the National Electrical Code and with local codes which apply. Where discrepancies arise between codes, the most restrictive regulation shall apply.

2.   Tests by Independent Regulatory Agencies: Cable shall bear the label of the Underwriters Laboratories, Inc.

B.   Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

1.   ASTM B 3, Soft or Annealed Copper Wire.

2.   ASTM B 8, Concentric-Lay-Stranded Copper Conductors, Hard, Medium-hard or Soft.

3.   ICEA S-95-658/NEMA WC70, Nonshielded Power Cables Rated 2,000 V or Less.

4.   National Electrical Code.

5.   UL 44, Standard for Thermoset-insulated Wires and Cables.

    6.   UL 83, Standard for Thermoplastic-insulated Wires and Cables.

    7.   UL 854, Standard for Service-Entrance Cables.

## 1.3  SUBMITTALS

A.  Shop Drawings: Submit for approval manufacturer's literature, specifications, and engineering data for 600 volt insulated cable.

## PART 2 - PRODUCTS

## 2.1  MATERIALS

A.  Insulated Cable In Raceways:

    1.   Material: Single conductor copper cable conforming to ASTM B8 with abrasion resistant, moisture and heat resistant polyvinyl chloride insulated, nylon jacketed rated 90C in dry locations and 90C in wet locations. Cable shall be listed by UL as Type THWN-2. All underground raceways for power wiring shall be wired using extra heavy cross-linked polyethylene wire insulation, rated type USE-2/RHW-2.

    2.   Where cable is designated as multiconductor on the Drawings (10/c for example), the conductors shall have an overall PVC jacket.

    3.   Wire Sizes: Not smaller than No. 12 AWG for power and lighting and No. 14 AWG for control.

    4.   Stranding: All 600 volt cable shall be stranded.

    5.   Product and Manufacturer: Provide material manufactured by one of the following:

        a.   Okonite Company.

        b.   Superior Essex.

        c.   Or approved equal.

B.  Cable Connectors, Splices and Terminals, Solderless Type:

    1.  For stranded wire sizes up to #6 AWG, use compression type.

    2.  Product and Manufacturer: Provide one of the following:

        a.  T&B Sta-Kon.

        b.  Burndy Hylug.

        c.  Or approved equal.

    3.  For sizes #4 AWG and above, use either compression type or bolted type with silver plated contact faces.

    4.  For sizes #250 MCM and larger, use connectors and terminals with at least 2 cable clamping elements or compression indents and provision for at least 2 bolts for joining to apparatus terminal.

C.  Cable Markers: Product and Manufacturer: Provide one of the following:

    a.  Omni-Grip by W.H. Brady Company.

    b.  Or approved equal.

**PART 3 - EXECUTION**

**3.1  INSTALLATION**

A.  Install all cables complete with proper terminations at both ends. Check and correct for proper phase sequence and proper motor rotation.

B.  Pulling:

    1.  Use insulating types of pulling compounds containing no mineral oil.

    2.  Pulling tension shall be within the limits recommended by the wire and cable manufacturer.

        3.    Use a dynamometer where mechanical means are used.

        4.    Cut off section subject to mechanical damage.

C.    Bending Radius: Limit to 6 times cable overall diameter.

D.    Slack: Provide maximum slack at all terminal points.

E.    Splices:

        1.    Where possible, install cable continuous, without splice, from termination to termination.

        2.    Where required, splice in junction box using terminal boards.

        3.    Splices in conduits are not allowed.

        4.    Use of screw shell splices, "wire nuts" is not permitted.

F.    Identification: Identify all conductors by circuit number and phase or wire number, at each terminal or splice location. Control conductors shall be numerically coded.

G.    Color code power cables as follows: 208 volt systems - blue, black, and red; 240-volt systems - blue, black and orange; 480 volt systems - brown, orange, and yellow; neutral - white; equipment ground - green; isolated ground - green with yellow stripe.

## 3.2   TESTING

A.    Test each electrical circuit after permanent cables are in place to demonstrate that the circuit and connected equipment perform satisfactorily and that they are free from improper grounds and short circuits.

B.    Individually test 600-volt cables for insulation resistance between phases and from each phase to ground. Test after cables are installed and before they are put in service with a Megger whose rating is suitable for the tested circuit. Tests shall meet with

the applicable specifications of ICEA S-95-658/NEMA WC70.

C.   The insulation resistance for any given conductor shall not be less than the value recommended by the ICEA or a minimum of 1 megohm for 600-volt and less service, if not ICEA listed. Any cable not meeting the recommended value or which fails when tested under full load conditions shall be replaced with a new cable for the full length.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

# SECTION 16123

## INSTRUMENTATION CABLE

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide instrumentation cable as shown and specified.

### 1.2 QUALITY ASSURANCE

A.   Requirements of Regulatory Agencies:

1.   Codes: Cable shall be installed in accordance with the standards and recommendations of the National Electrical Code and with local codes which apply. Where discrepancies arise between codes, the most restrictive regulation shall apply.

2.   Tests by Independent Regulatory Agencies: Cable shall bear the label of the Underwriters Laboratories, Inc.

B.   Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

1.   UL 2250, Standard for Instrumentation Tray Cable.

2.   National Electrical Code.

### 1.3 SUBMITTALS

A.   Shop Drawings: Submit for approval manufacturer's literature, specifications, and engineering data for instrumentation cable. This shall be coordinated with requirements of instrumentation equipment.

**PART 2 - PRODUCTS**

**2.1   MATERIALS**

A.   Shielded Cable:

1.   Material: Seven strand concentric bare copper wire. Wire shall contain a polyester backed aluminum shield with a tinned copper drain wire. Insulation shall be a 15-mil 90°C flame-retardant PVC jacket, 600-volt minimum. Wire shall be listed by UL as Type TC.

2.   Wire Size: No. 16, multiconductor, as required by process equipment. Conductors shall be as shown on Conduit and Cable schedule or drawings.

3.   Product and Manufacturer: Provide material manufactured by one of the following:

a.   Belden.

b.   Or approved equal.

4.   Shielded cable shall be coordinated with requirements of process equipment prior to installation. Shielded cable shall meet all requirements of instrumentation equipment.

B.   Cable Connectors, Splices and Terminals, Solderless Type:

1.   Use compression type connectors.

2.   Product and Manufacturer: Provide one of the following:

a.   T&B Sta-Kon.

b.   Burndy Hylug.

c.   Or approved equal.

C.   Cable Markers: Product and Manufacturer: Provide one of the following:

1.   Omni-Grip by W.H. Brady Company.

2.   Or approved equal.

**PART 3 - EXECUTION**

**3.1   INSTALLATION**

A.   Install all cables complete with proper terminations at both ends, including all spare cables. Install in conduit separate from power and control cables.

B.   Pulling:

1.   Use insulating types of pulling compounds containing no mineral oil.

2.   Pulling tension shall be within the limits recommended by the wire and cable manufacturer.

3.   Use a dynamometer where mechanical means are used.

4.   Cut off section subject to mechanical damage.

C.   Bending Radius: Limit to 6 times cable overall diameter.

D.   Slack: Provide maximum slack at all terminal points.

E.   Splices:

1.   Where possible, install cable continuous, without splice, from termination to termination.

2.   Where required, splice in junction box using terminal boards.

3.   Splices in conduits are not allowed.

4.   Use of screw shell splices, "wire nuts" is not permitted.

F.   Terminations:

1.   Provide low-voltage barriered, labelable screw-type terminal strips for all instrumentation cables. Label strips to match cable and conductor labeling.

    2.   Provide separate terminals for all cable shields.

    3.   Provide crimp-on, insulated fork terminals for all conductors and shields.

G.   Ground shield at one end only and as recommended by process equipment manufacturer.

H.   Identification: Identify all conductors by circuit number at each terminal or splice location.

I.   Color code cables per ISA and ICEA color coding standards.

## 3.2   TESTING

A.   Test each electrical circuit after permanent cables are in place to demonstrate that the circuit and connected equipment perform satisfactorily and that they are free from improper grounds and short circuits.

B.   Individually test cables for insulation resistance. Test after cables are installed and before they are put in service with a Megger whose rating is suitable for the tested circuit. Tests shall meet with the applicable specifications of the ICEA.

C.   The insulation resistance for any given conductor shall not be less than the value recommended by the ICEA. Any cable not meeting the recommended value or which fails when tested under full load conditions shall be replaced with a new cable for the full length.

+ +   END OF SECTION   + +

SECTION 16126

FIBER OPTIC CABLE

PART 1 - GENERAL

1.1   DESCRIPTION

A.   Scope:

1.   Contractor shall furnish all labor, materials, equipment and incidentals required to install, and place into successful operation, fiber optic cable and appurtenances. The system includes, but is not limited to, fiber optic cables, connectors, patch panels, enclosures and related appurtenances.

2.   Fiber optic cable shall be installed, as shown on the Drawings and specified herein.

3.   Fiber optic cable shall be coordinated with SCADA system hardware.

1.2   SUBMITTALS

A.   Shop Drawings

Submit for approval the following:

1.   Manufacturer's product data sheets and complete construction details, including physical characteristics of optical fiber, strength members, and jackets.

2.   Overall dimension of cable.

3.   Cable pulling plan which specifies the sequence of work tasks, materials, and equipment. The information submitted must include splicing and termination data, including the following:

a.   List of materials

b.   Method of connecting cables

c.   Details of cable preparation

   d. Method of applying materials (including quantities)

   e. Precautionary measures

   f. Drawings showing method of splicing, including dimensions

   g. Written statement from cable manufacturer that splices and terminations submitted are acceptable.

   h. Written statement from the termination/splice manufacturer that the splices and terminations are suitable for the proposed application.

  4. Cable manufacturer's certified test data for attenuation and bandwidth and the maximum pulling strain allowed.

  5. Provide an optical link analysis for each fiber optic link. Calculate point-to-point (transmit/receive) optical power loss of each fiber link using proposed installed cable lengths. Include all losses through connectors. Submit calculated values, including sketches graphically showing the proposed cable route.

  6. Installer and field advisor qualification data, including name, employer, experience with fiber installations, including a list of completed installations, and the names of five references for installations completed that are similar in scope to this project.

## 1.3 SAMPLES

 A. Provide 2-foot samples of each type of cable.

 B. Sample of each type of splicing and termination material.

## 1.4 QUALITY ASSURANCE

 A. Installers shall be personally experienced in the installation of optical fiber systems and shall have

been regularly engaged in the installation of fiber cable for a minimum of the past three years.

B.   The installer shall retain the services of a field advisor from the manufacturer for the following:

   1.   Render advice regarding method of cable installation.

   2.   Inspection of equipment for installing cable.

   3.   Witness representative amount of cable pulling.

   4.   Witness the installation of at least one splice and termination performed by each cable installer.

   5.   Witness the after installation test.

   6.   Certify with an affidavit that the aforementioned particulars are satisfactory and the cable is installed in accordance with cable manufacturer's recommendations.

C.   Provide all products in this section from the same supplier.

D.   Provide all cable in accordance with the listing requirements of Article 770 of the National Electrical Code.

## 1.5   DELIVERY, STORAGE AND HANDLING

A.   Cable Delivery:

   1.   No cable over 1-year old is acceptable for delivery.

   2.   Ends of cables are to be kept sealed at all times, except when making splices and terminations. Use methods approved by the cable manufacturer.

   3.   Include the following data on each reel:

      a.   Facility Name and Address.

      b.   Contractor's Name.

  c. Project Title and Number.

  d. Date of Manufacture.

  e. Manufacturer's Name.

  f. Linear Feet.

  g. Project specific locations specific cable is to be installed.

B. Cable Storage:  Store cable where the temperature shall be at temperature recommended by the manufacturer for optimum workability.

## PART 2 - PRODUCTS

## 2.1 FIBER OPTIC CABLE

A. Provide multimode graded index, buffered, optical glass fiber cores compatible with LED-based transmission systems and suitable for fiber optic Ethernet LAN standards.  Cable with plastic fiber core construction shall not be used.  The number of cables and the number of fibers in each cable shall be as shown on the drawings.  The cable shall be provided with the necessary number of splitter kits to accommodate the number of terminations shown for each interconnection box on the drawings.  Cable shall have PVC jacket and shall be suitable for indoor/outdoor use, UL listed type OFNR. Cable shall be UV, water and fungus resistant.

B. Cable Characteristics:

| | | |
|---|---|---|
| 1. | Attenuation Loss: | less than 3.5 dB/km @ 850 nm<br>less than 1.5 dB/km @ 1,310 nm |
| 2. | Bandwidth: (LED) | 200 MHz-km @ 850 nm<br>500 MHZ-km @ 1,310 nm |
| 3. | Gigabyte Ethernet Distance: | 300 meters @ 850 nm<br>600 meters @ 1,310 nm |
| 4. | Fiber Size: | 62.5/125 micron (core/cladding) |

|     |                                      |                              |
| --- | ------------------------------------ | ---------------------------- |
| 5.  | Fiber Count:                         | 4                            |
| 6.  | Fiber Type:                          | Glass                        |
| 7.  | Nominal Cable Diameter:              | 0.22 inches (for all fiber counts) |
| 8.  | Nominal Cable Weight:                | 22 pounds per 1,000 feet     |
| 9.  | Crush Resistance:                    | 1,800 N/cm                   |
| 10. | Maximum Tensile Load (installation): | 310 pounds                   |
| 11. | Maximum Tensile Load (in-service):   | 100 pounds                   |
| 12. | Minimum Bend Radius (installation):  | 3.4 inches                   |
| 13. | Minimum Bend Radius (in-service):    | 2.2 inches                   |
| 14. | Operating Temperature:               | -40 to +85 degrees C         |

C. Product and Manufacturer:

1. Optical Cable Corporation DX Series

2. Or approved equal

## 2.2 FIBER OPTIC PATCH PANELS

A. Fiber optic patch panels shall provide termination and connection points for fiber optic cables. NEMA rating of panel enclosures shall as indicated on the Drawings. Enclosures shall have fiber cable hoops to maintain orderly fiber cable management. Enclosures shall have lockable hasps.

B. Patch panels shall include fiber optic adapter plates, dual LC type, multimode, ceramic sleeve. Ports shall be provided to match fiber quantity in cable. Ports shall be identified.

C. Product and Manufacturer:

1. Optical Cable Corporation

2. Or approved equal

## 2.3 TERMINAL CONNECTORS

A. Furnish connectors and components and use specific tools and methods as recommended by the connector manufacturer to form a complete connector system.

B. Provide fiber optic LC compatible simplex connectors; multimode version. Composite body with a ceramic ferrule.

1. Connector Specifications:

a. Insertion Loss (typical): .20 dB

b. Durability Delta (500 rematings): $\leq$ 0.2 dB

c. Operating Temperature: -40 to +75 degrees C

d. Tensile Strength: 15 pounds

## 2.4 FIBER OPTIC JUMPER CABLES

A. Provide fiber optic jumper cables, 2 feet in length, 62.5/125 micron multimode fiber compatible with fiber cable specified under paragraph 2.01, complete with LC connectors, and PVC jacket. Provide a quantity equal to the total number of fibers terminated.

B. Product and Manufacturer:

1. Optical Cable Corporation

2. Or approved equal

## PART 3 - EXECUTION

## 3.1 INSTALLATION

A. Install cable and connectors as indicated on the Drawings and as specified in this section.

B. Install cables in the indicated raceway systems. Inspect raceways prior to pulling cables. Rod and swab out conduits and ducts prior to installing cables.

C.   Pull cables prior to attachment of connectors. Terminate indicated fibers at each patch panel. Install jumper cables at each patch panel as shown, or as directed by the Engineer.

D.   Pull cables using an indirect attachment method such as a "Kellems Grip," which distributes the pulling forces over the outer portion of the cable.  Pulls directly on the fiber core will not be allowed.

E.   Do not exceed maximum pulling strength limits of the cable during installation.   Monitor cable pull tensions at all times during the installation of the cable using a remote sensing puller, strain gauge or running line tensiometer.   If electronic tension monitoring equipment is used, it shall be calibrated or checked for calibration on a daily basis or prior to any cable pull.

F.   To reduce cable friction and minimize pulling forces during installation, use a polymer based water soluble lubricant when pulling cable.

G.   Do not exceed the minimum bend radius of the cable. Tight loops, kinks, knots or tight bends will not be allowed during installation.

H.   For conduit installation, the minimum bending radius shall be 8 inches.   Use sweeping elbows at all transitions from horizontal to vertical conduit runs.

I.   Provide adequate lengths of cable such that all runs, from termination-to-termination are without splices. Cable splices shall be avoided to the greatest extent possible.   Where splice are required they shall be done with the approval of the Engineer and in accordance with the manufacturer's recommendations.

J.   Provide pull boxes as required by the cable manufacturer or at a minimum of every 200 feet or at the third 90 degree conduit bend.

K.   Furnish and install patch panels as required.

## 3.2   IDENTIFICATION

A.   Label each termination point.

B.   Tag each cable in junction boxes and pull boxes.  Tags shall indicate the cable number, date installed, type of cable and manufacturer.  Attach tags to cable with nonferrous metal wire.

## 3.3   CHECKOUT AND TESTING

A.   Test fiber optic cables before and after field installation.  Tests shall be witnessed by the Engineer.

1.   Upon receipt of the fiber optic cable reels, test each fiber separately with an Optical Time Domain Reflectometer (OTDR) to verify fiber length, attenuation and continuity.

2.   After the cable has been installed, visually inspect each fiber termination for out-of-round conditions and surface defects such as cracks and micro-chips using a 200x inspection microscope.

3.   After connectors have been attached at both ends, test each fiber with an OTDR.  Tests shall be bi-directional.

4.   Test all fibers, including spares.

B.   Furnish certification documents for each test and record the following data.  Include printouts from the OTDR with the certification documents.

1.   Installer's company name and address.

2.   Installer's name.

3.   Date of certification.

4.   Attenuation of each fiber link.

5.   Length of each fiber optic link measured.

6.   Equipment used to certify the fiber optic link.

7.   Name of person(s) recording the test data.

C.   Power meters shall have calibrations traceable to National Institute of Standards and Technology (NIST) standards.

D.   The maximum total loss, including connectors and cable
     attenuation for each fiber optic link shall not exceed
     7.5 dB.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

SECTION 16131

PULL AND JUNCTION BOXES

PART 1 - GENERAL

1.1   DESCRIPTION

A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide pull and junction boxes as shown, specified or required.

1.2   QUALITY ASSURANCE

A.   Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

1.   NEC Article 314, Outlet, Device, Pull, and Junction Boxes; Conduit Bodies; Fittings; and Handhole Enclosures.

2.   UL 50, Standard for Enclosures for Electrical Equipment, Non-Environmental Considerations.

3.   UL 50E, Standard for Enclosures for Electrical Equipment, Environmental Considerations.

B.   Coordination: Coordinate pull box and junction box installations with piping and other systems and structures. Locate clear of interferences.

1.3   SUBMITTALS

A.   Shop Drawings: Submit for approval copies of manufacturer's technical information for pull and junction boxes proposed for use.

PART 2 - PRODUCTS

2.1   MATERIALS

A.   Junction and Pull Boxes; Small:

1.   Material and Construction:

    a.   In dry locations, unless otherwise noted on the Drawings, cast gray iron alloy or cast malleable iron bodies and covers, with natural finish. Boxes in damp locations shall be NEMA 4X, stainless steel. Boxes used on PVC conduit systems shall be NEMA 4X, fiberglass.

    b.   Neoprene gaskets. Gaskets to be of an approved type designed for the purpose. Improvised gaskets not acceptable.

    c.   Stainless steel cover screws.

    d.   External mounting lugs.

    e.   Integral cast insulated hubs.

    f.   Boxes where conduits enter a building below grade shall have 1/4-inch drain hole.

  2.   Manufacturers: Provide material manufactured by one of the following:

    a.   Crouse-Hinds Company.

    b.   Appleton Electric Company.

    c.   Stahlin Enclosures/Robroy Industries.

    d.   Or approved equal.

B.   Junction and Pull Boxes; Large: Large boxes not available in cast construction shall be fabricated from type 304 stainless steel. Boxes shall have continuously welded seams. Welds shall be ground smooth. Box bodies shall be flanged and shall have no holes or knockouts. Box bodies shall not be less than 14-gauge metal and covers shall not be less than 12 gauge metal. Covers shall be fastened with stainless steel hinges and screws. Covers on pull boxes larger than 24-inch x 24-inch shall have handles and shall be reinforced and rigid. All conduit entries to sheet metal boxes shall be made using gasketed "O-ring" insulated hubs.

**PART 3 - EXECUTION**

**3.1   INSTALLATION**

A.   Mount boxes so that sufficient access and working space is provided and in accordance with the requirements of the National Electrical Code.

B.   Securely fasten boxes to walls or other structural surfaces on which they are mounted with stainless steel hardware. Provide independent heavy duty, stainless steel supports where no walls or other structural surface exists.

C.   Install pull boxes in runs containing more than three 90 degree bends, runs exceeding 200 feet, where indicated on the Drawings and in conformance with the National Electrical Code.

D.   Size junction and pull boxes in accordance with the requirements of the National Electrical Code.

E.   Provide copper terminal blocks in junction boxes where junction or splices are required in cables. Power terminal blocks shall be rated from 50 to 150 amperes, 600 volt, with one-piece phenolic material and binding screw type, as manufactured by GE type CR2960SY139C series or equal. Wire nuts are not permitted.

F.   Metal barriers shall be installed in all pullboxes containing shielded instrumentation cable and power cable. The barriers shall separate the shielded instrumentation cable from the power cable.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

SECTION 16134

OUTLET BOXES

PART 1 - GENERAL

1.1   DESCRIPTION

   A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide outlet boxes for mounting wiring devices and for supporting lighting fixtures as shown, specified and required.

1.2   QUALITY ASSURANCE

   A.   Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

      1.   NEC Article 314, Outlet, Device, Pull, and Junction Boxes; Conduit Bodies; Fittings; and Handhole Enclosures.

      2.   UL 514A, Standard for Metallic Outlet Boxes.

      3.   UL 514B, Standard for Conduit, Tubing and Cable Fittings.

      4.   UL 514C, Standard for Nonmetallic Outlet Boxes, Flush-device Boxes, and Covers.

PART 2 - PRODUCTS

2.1   MATERIALS

   A.   Device Boxes:

      1.   Material: Cast gray iron alloy, or cast malleable iron, with zinc electroplate finish in dry and damp locations (weathertight in damp locations), and weather tight PVC in corrosive locations. Boxes shall include external mounting lugs.

      2.   Device Cover Plates (Receptacles and Miscellaneous Items Only):

a.   Stainless steel Type 304 alloy for dry and damp locations. Weathertight PVC for corrosive locations.

b.   Weather tight, gasketed spring door cover for devices in damp locations, and corrosive locations. Aluminum in damp locations, PVC in corrosive locations.

c.   Stainless steel screws and hardware.

3.   Manufacturers: Provide material manufactured by one of the following:

a.   Crouse-Hinds Company.

b.   Appleton Electric Company.

c.   Carlon Electrical Products.

d.   Or approved equal.

**PART 3 - EXECUTION**

**3.1   INSTALLATION**

A.   Fasten boxes rigidly and neatly to supporting structures, with stainless steel hardware.

B.   For units mounted on masonry or concrete walls, provide suitable 1/2-inch spacers to prevent mounting back of box directly against wall.

C.   Leave no open conduit holes in boxes. Close unused openings with capped bushings

D.   Label each circuit in boxes and identify with durable tag.

E.   Install in conformance with National Electrical Code.

F.   Lighting fixtures shall not be supported from PVC boxes.

+ +   END OF SECTION   + +

SECTION 16140

SWITCHES

PART 1 - GENERAL

1.1 DESCRIPTION

A. Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide switches for lighting and other systems as shown and specified.

B. Related Work Specified Elsewhere:

1. Section 16134, Outlet Boxes.

1.2 QUALITY ASSURANCE

A. Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified.

1. National Electrical Code.

2. UL 20, Standard for General-use Snap Switches.

1.3 SUBMITTALS

A. Shop Drawings: Submit for approval copies of manufacturer's technical information for switches proposed for use.

PART 2 - PRODUCTS

2.1 MATERIALS

A. Dry Locations: Single pole AC toggle switch, quiet type, 120/277 volt AC, 20 ampere, Ivory, specification grade.

1. Product and Manufacturer: Provide one of the following:

a. Cat. #1221-I, by Harvey Hubbell Incorporated (3-way: Cat. #1223-I).

           b.    Cat. #1991-I, by Arrow-Hart Incorporated (3-way: Cat. #1993-I).

           c.    Or approved equal.

B.    Damp Locations: 120 v AC, 20-ampere single pole snap switch, aluminum, weathertight.

    1.    Product and Manufacturer:

           a.    Series EDS by Crouse Hinds.

           b.    Or approved equal.

C.    Corrosive Locations: NEMA 4X PVC box and cover. Furnish and install AC toggle switch (as specified above) in PVC box with toggle switch cover.

    1.    Product and Manufacturer:

           a.    PVC box with Model E98TSC cover, by Carlon.

           b.    Or approved equal.

D.    Contactors, where indicated, shall control lighting. Contactors shall be mechanically held, 277 volts, suitable for two-wire control. Specific model numbers shown on Drawings.

    1.    Product and Manufacturer:

           a.    Square D.

           b.    Or approved equal.

**PART 3 - EXECUTION**

**3.1   INSTALLATION**

A.    Install wiring devices in outlet or device boxes with device cover plates in accordance with Section 16134.

B.    Mount wall switches 4 feet 6 inches above finished floor unless otherwise noted.

C.   Install   switches   in   conformance   with   National
Electrical Code.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

SECTION 16141

RECEPTACLES

PART 1 - GENERAL

1.1   DESCRIPTION

   A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide receptacles as shown and specified.

   B.   Related Work Specified Elsewhere:

      1.   Section 16134, Outlet Boxes.

1.2   QUALITY ASSURANCE

   A.   Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

      1.   National Electrical Code.

      2.   UL 498, Standard for Attachment Plugs and Receptacles.

      3.   UL 943, Standard for Safety for Ground-fault Circuit Interrupters.

1.3   SUBMITTALS

   A.   Shop Drawings: Submit for approval copies of manufacturer's technical information for receptacles proposed for use.

PART 2 - PRODUCTS

2.1   MATERIALS

   A.   Dry Locations: Duplex grounding receptacle, two pole, three wire, 125 volt AC, 20 ampere.

      1.   Product and Manufacturer: Provide one of the following:

        a.   Cat. #5362, by Harvey Hubbell Incorporated.

        b.   Cat. #5362, by Arrow-Hart Wiring Devices.

        c.   Or approved equal.

B.   Damp Locations and Corrosive Locations: Duplex grounding receptacle, corrosion resistant, two pole, three wire, 125 volt AC, 20 ampere.

    1.   Product and Manufacturer: Provide one of the following:

        a.   Cat. #53CM62, by Harvey Hubbell Inc.

        b.   Cat. #5362-CR, by Arrow-Hart Wiring Devices.

        c.   Or approved equal.

C.   Ground Fault Circuit Interrupter Receptacles: Provide GFCI receptacles as shown on the Drawings. GFCI receptacles in unclassified areas shall be duplex grounding, two pole, three wire, 125 volt AC, 20 ampere.

    1.   Product and Manufacturer:

        a.   Cat. #GF5362, by Harvey Hubbell Inc.

        b.   Cat. #GF5342, by Arrow-Hart Wiring Devices.

        c.   Or approved equal.

D.   Power and Special Receptacles: Provide receptacles with number of poles and voltage and current rating as shown on the Drawings. Coordinate with equipment plugs. Provide matching plug for each receptacle. Coordinate with cables provided with equipment.

## PART 3 - EXECUTION

## 3.1 INSTALLATION

A.   Install wiring devices in outlet or device boxes with device cover plates in accordance with Section 16134.

B.   Install receptacles with ground pole in the down position.

C.    Mount receptacles 18 inches above finished floor unless otherwise noted.

D.    Install in conformance with National Electrical Code.

+ +  END OF SECTION  + +

NO TEXT THIS PAGE

SECTION 16155

MOTOR STARTERS

PART 1 - GENERAL

1.1   DESCRIPTION

A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide individually mounted magnetic and manual motor starters as shown and specified.

1.2   QUALITY ASSURANCE

A.   Reference Standards: Comply with applicable, provisions, and recommendations of the following except where otherwise shown or specified.

1.   NEMA Standard ICS2, Industrial Control and Systems: Controllers, Contactors and Overload Relays Rated Not More Than 2,000 Volts AC or 750 Volts DC.

2.   UL Electrical Construction Materials Directory (NLDX).

3.   National Electrical Code.

1.3   SUBMITTALS

A.   Shop Drawings: Submit for approval, copies of manufacturer's technical information for magnetic motor starters proposed for use.

PART 2 - PRODUCTS

2.1   MATERIALS

A.   Magnetic Motor Starters:

1.   Type: Magnetic coil operated, horsepower rated with thermal overload protection.

2. Combination starter with magnetic only motor circuit protector.

3. Enclosures:

   a. NEMA 12 in dry locations.

   b. NEMA 4X stainless steel in damp locations.

   c. NEMA 4X polycarbonate in corrosive locations.

4. Functional Type: Full voltage, single speed, nonreversing unless otherwise noted on Drawings.

5. Start/stop control stations, selector switches, pilot lights and devices as shown on Drawings, and in Schematic Diagrams, for respective starters. Control Devices are specified in Section 16925.

6. Control power transformer with primary and secondary fuses and grounded on low voltage (120 v) side for each starter.

7. Auxiliary contacts for remote status signals and interlocks as shown on the Drawings, and two normally open, and two normally closed, spare contacts.

8. Three-phase, manual reset overload relays and overload heaters sized to coordinate with actual motors being controlled.

9. Engraved phenolic nameplate identifying the equipment controlled; 1/2-inch letters, mounted on wall or suitable support adjacent to starter, if too large to be mounted on the starter itself.

10. Products and Manufacturers: Provide one of the following:

    a. A200 series by Cutler-Hammer.

    b. Bulletin 512 by Allen Bradley.

    c. Class 8539 by Square D Company.

    d. Or approved equal.

B. Manual Motor Starters:

    1. Type: Manual toggle switch, horsepower rated with thermal overload protection.

    2. Enclosures:

        a. NEMA 12 in dry locations.

        b. NEMA 4X stainless steel in damp locations.

        c. NEMA 4X polycarbonate in corrosive locations.

    3. Manual reset overload relays and overload heaters sized to coordinate with actual motors being controlled.

    4. Engraved phenolic nameplate identifying the equipment controlled: 1/2-inch letters, mounted adjacent to starters on wall or suitable support.

    5. Products and Manufacturers: Provide one of the following:

        a. Type B100 by Cutler-Hammer.

        b. Class 2510 by Square D Company.

        c. NFS series by Crouse Hinds (NEMA 4X)

        d. Or approved equal.

## PART 3 - EXECUTION

## 3.1 INSTALLATION

A. Mount equipment so that sufficient access and working space is provided for safe operation and maintenance.

B. Securely fasten enclosure to wall or other mounting surfaces. Where local wall is not available, provide channel supports (galvanized steel in dry locations, stainless steel in damp and corrosive locations) to rigidly support equipment reasonably close to motor.

Space starter enclosures 1/2 inch from mounting surface.

C.   Install in conformance with the National Electrical Code.

+ +   END OF SECTION   + +

SECTION 16160

LIGHTING AND DISTRIBUTION PANELBOARDS

PART 1 - GENERAL

1.1   DESCRIPTION

A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide lighting and distribution panelboards as shown and specified.

B.   Related Work Specified Elsewhere:

1.   Section 16920, Motor Control Centers and Variable Frequency Drives.

1.2   QUALITY ASSURANCE

A.   Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

1.   NEC Article 408, Switchboards and Panelboards.

2.   UL 50, Standard for Enclosures for Electrical Equipment, Non-Environmental Considerations.

3.   UL 50E, Standard for Enclosures for Electrical Equipment, Environmental Considerations.

4.   UL 67, Standard for Panelboards.

5.   NEMA PB1, Panelboards.

1.3   SUBMITTALS

A.   Shop Drawings: Submit for approval copies of manufacturer's technical information for panelboards, including circuit breakers, and schedules for particular panelboards.

**PART 2 - PRODUCTS**

**2.1   MATERIALS**

A.   Panelboards:

1.   Rating: voltage rating, current rating, number of phases, number of wires and number of poles shall be as indicated on the Schedules.

2.   Circuit breakers: Molded case, thermal magnetic type with number of poles and trip ratings as shown on the Drawings. Ground fault circuit interrupter (GFI) breakers shall be furnished as shown on panelboard schedule (UL Class A 4-6 mA for receptacles and UL Class B 30 mA for heat trace cable).

3.   Branch circuit interrupting capacity:  Refer to panel schedules on Drawings.

4.   Bus Bars: 98 percent conductivity copper. All 4-wire panelboards shall have a solid neutral bar. All panels shall have ground bus.

5.   Main: Circuit breaker or main lugs only as indicated on the Schedules.

6.   Branch circuit breakers connected for sequence phasing.

7.   Construction: Ample gutter space, flush door, flush snap latch and lock. Panelboards shall be rated NEMA 12 in dry locations and NEMA 4X (stainless steel) in damp locations.

8.   Trim: Surface as required to meet requirement of mounting.

9.   Directory: Typed card with glass cover in frame on back of door giving the circuit numbers and the area or equipment served.

10.   Identification: Nameplate identifying the panel number and voltage.

11.   Product and Manufacturer: Provide one of the following:

      a.   120/208 Volt and 120/240 Volt Panels:

           1)   "Pow-R-Line 1" by Cutler Hammer.

           2)   Or approved equal.

      b.   480 Volt Panel:

           1)   "Pow-R-Line 3a" by Cutler Hammer.

           2)   Or approved equal.

   12.   Schedules: The panelboard schedules are on the Drawings.

## PART 3 - EXECUTION

## 3.1   INSTALLATION

   A.   Mounting: Panelboards shall be flush mounted in the motor control center or surface mounted, and provided with hinged cover door with latch, lock, and 4 keys.

   B.   Directory: Complete typewritten directory indicating items controlled by each circuit breaker and the size of feeder serving the panel. The location and identification of feeder overcurrent device serving the panel shall be mounted on the panelboard.

   C.   Balance the loads on the panelboards.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

SECTION 16170

DISCONNECT SWITCHES

PART 1 - GENERAL

1.1   DESCRIPTION

A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide disconnect switches as shown and specified and as required by the National Electrical Code.

1.2   QUALITY ASSURANCE

A.   Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

1.   National Electrical Code.

2.   UL 98, Standard for Enclosed and Dead-front Switches.

3.   NEMA KS1, Enclosed and Miscellaneous Distribution Equipment Switches (600 Volts Maximum).

1.3   SUBMITTALS

A.   Shop Drawings: Submit for approval copies of manufacturer's technical information for disconnect switches proposed for use.

PART 2 - PRODUCTS

2.1   MATERIALS

A.   Disconnect Switches (Single Throw):

1.   Type: Unfused, service entrance equipment rated where applicable; horsepower rated, heavy-duty, single throw, two pole and three pole with visible blade and safety handle, lockable in the open position.

    2.    Enclosure: NEMA 12 for dry locations, NEMA 4X stainless steel for damp locations and NEMA 4X fiberglass for corrosive areas.

    3.    Provide nameplate identifying equipment being disconnected.

    4.    Product and Manufacturer: Provide material manufactured by one of the following:

        a.    Crouse-Hinds Company.

        b.    Appleton Electric Company.

        c.    Square D.

        d.    Or approved equal.

B.    Disconnect switch voltage ratings shall be suitable for equipment served.

## PART 3 - EXECUTION

### 3.1  INSTALLATION

A.    Mount equipment so that sufficient access and working space is provided for ready and safe operation and maintenance. Mount all disconnect switches four feet above floor level.

B.    Securely fasten equipment to walls or other structural surfaces on which they are mounted. Provide independent supports (galvanized steel in dry locations, stainless steel in damp and corrosive locations) where no wall or other structural surface exists.

C.    Furnish and install disconnect switches where shown on the drawings.

D.    Furnish and install disconnect switches, as a minimum, in all locations required by the National Electrical Code.

+ +  END OF SECTION  + +

**SECTION 16200**

**NATURAL GAS ENGINE DRIVEN GENERATOR**

**PART 1 - GENERAL**

**1.1   DESCRIPTION**

    A.   Scope:

        1.   The Contractor shall furnish and install a natural gas engine-driven electric generator unit. Furnished with the set shall be the controls and accessories listed and shown, which shall be electrically and mechanically coordinated with the set. All additional accessories, fittings, hardware, supplies, etc. necessary for a complete and properly operating plant shall be furnished.

        2.   The engine-generator unit shall be factory assembled, mounted on a base of fabricated structural steel and installed in a walk-in enclosure. The unit shall be factory tested by the engine manufacturer and shipped to the job site by his authorized dealer having a parts and service facility in the area. The unit shall be completely assembled upon delivery to the project site, including all equipment specified herein.

        3.   The unit shall be an Onan GFEB low-emission configuration, with Onan model HC5C alternator generating set rated 350 KW for continuous service at 0.8 PF, 60 Hz., 480/277 volts, 3 phase, 4 wire, no equal. The local Onan representative is Mr. Dean Bruno of Cummins Power Systems in Bronx, New York (telephone number 718-892-2400). The generating unit shall be capable of starting and operating electrical equipment in accordance with the loading requirements listed in these specifications. The unit shall be a package of new and current equipment consisting of:

           a.   A natural gas engine driven electric generating set installed in a walk-in

enclosure to provide power on a continuous basis.

b.   An engine start-stop control system mounted on the generating set, including main breaker and mounted accessories as specified.

4.   The generator shall function harmoniously with the loads it is intended to supply, particularly the solid state motor starter. The manufacturer shall provide whatever adjustments, filters, etc., which may be required to ensure the compatibility of the systems and the full rated capacity of the generator.

5.   The unit shall be furnished completely by the generator set manufacturer and shall be warranted for a period of five years from the date of beneficial use. The warranty shall include parts and labor for 5 years.

B.   Related Work Specified Elsewhere:

1.   Division 2, Site Work

2.   Division 3, Concrete

3.   Division 5, Metals

4.   Section 18500, SCADA System Work

5.   Section 18002, Natural Gas Service

6.   Section 16160, Lighting and Distribution Panelboards

7.   Section 16321, Dry Type Transformers

8.   Section 16926, Automatic Transfer Switch

## 1.2   QUALITY ASSURANCE

A.   Reference Standards: Comply with applicable provisions and recommendations of the following:

1.   NEMA/ANSI Standard MG-1 Motors and Generators.

2.    NFPA/70 National Electrical Code.

3.    NFPA/37 Standard for the Installation and Use of Stationary Combustion Engines and Gas Turbines.

4.    NFPA/110 Standard for Emergency and Standby Power System

## 1.3   SUBMITTALS

A.   Equipment and Service:

1.    The Contractor shall submit, in duplicate, within 30 days from notice to proceed, a complete description of the equipment which he proposes to supply, showing manufacturer, and name of local service organization that will service the equipment under the five year warrantee period, together with describing in detail the construction of the complete unit. The service company shall be a local service organization that can respond to the site within two (2) hours of receipt of notice of malfunction.

B.   Shop Drawings:

1.    The Contractor shall submit for approval, shop and working installation drawings as specified for all equipment furnished under this Section prior to the installation of any equipment. Drawings, schematics, wiring diagrams, details and instructions necessary for the installation of the engine-generator set and the associated equipment, and for piping, wiring, conduit, and foundations related thereto, shall be provided by the engine manufacturer. Drawings shall include plans, weights, supports, and elevations of the engine-generator set and associated equipment including fuel, cooling, and exhaust systems.

## PART 2 - MATERIALS

## 2.1   GENERAL

A.   Engine: The engine shall be natural gas-fueled, water-cooled with unit-mounted, fan-cooled radiator. The

engine shall be compression ignition type, liquid cooled, four-cycle design. It shall have 12 inline cylinders and an operating speed of 1800 rpm. Intake and exhaust valves shall be dual overhead heat resisting alloy steel. Full pressure lubrication shall be supplied by a positive displacement lube oil pump. The engine shall have air cleaner, fuel and oil filters with replaceable elements; and a fuel pump. OSHA required heat shields shall be provided on exposed part of engine exhaust manifolds. Engine speed shall be governed by an electrical isochronous governor to maintain alternator frequency within 0.25 percent from no-load to full load alternator output. Remote, 2-wire, starting shall be by a 24-volt, positive shift, gear engaging electric starter.

## 2.2   SYSTEMS

A.   Engine Instruments: The engine instrument panel shall contain an oil pressure gauge, coolant temperature gauge, battery charge rate ammeter, voltmeter, oil temperature gauge, and tachometer.

B.   Engine Controls: The generating set shall contain a complete engine start-stop control which starts engine on closing contact and stops engine on opening contact. The engine controls shall also include a control selector switch, high engine temperature, low oil pressure, and overspeed shutdown with signal light and alarm terminals.

C.   Generator:

1.   The generator shall be a 4-pole, brushless, revolving field, close coupled, drip proof and guarded, constructed to NEMA 1 and IP 22 standards, salient pole, revolving field, synchronous type with amortisseur windings in the pole faces of the rotating field and skewed stator windings to produce optimum voltage waveform.

2.   The generator set pitch shall be selected to optimize the generator set efficiency and minimize the total harmonic distortion, especially the 5th and 7th harmonics which are detrimental to AC motors.

3. The generator set shall be capable of delivering rated kVA at 60 Hz and 0.8 PF within ±5% of rated voltage.

4. All insulation systems shall meet NEMA MG-1 standards for Class H systems. The actual generator set temperature shall be limited to 80°C rise by resistance over 40°C ambient. Materials which support fungus growth shall not be used.

5. The revolving field coils shall be precision wet layer wound with epoxy-based material applied to each layer of magnet wire. The revolving field assembly shall be prototype tested for 2 hours at 2,700 RPM (150% overspeed) and 70°C, and each production unit shall be tested at 2,250 rpm at room temperature. The revolving field assembly shall be balanced to 0.5 mil peak-peak. The stator shall have two dips and bakes using Class H impregnating varnish.

6. A 3-phase permanent magnet (PMG) generator set shall provide the source of excitation to the exciter to increase immunity to non-linear loads and to maintain 300% of rated current for 10 seconds during short circuit conditions.

7. The automatic voltage regulator shall maintain generator set output voltage within ±1.0% for any constant load between no load and full load. the regulator shall be a totally solid state design which includes electronic voltage buildup, volts per Hertz regulation, 3-phase sensing, overexcitation protection, loss of sensing protection, temperature compensation, shall limit voltage overshoot on startup, and shall be environmentally sealed. The regulator shall employ an adjustable volts per Hertz regulation characteristic adjustable between 1:1 and 2:1 volts/Hertz and adjustable knee frequency from 45 Hz to 65 Hz to provide matched engine/generator set performance for improved block load performance.

8. An electrically operated space heater (120 volt, single phase) shall be installed in the generator set to ensure the generator set windings stay dry

during periods of non-operation. An automatic disconnect device shall be provided to remove electrical power upon engine start. Wiring for the heater and all controls shall be provided complete and shall be terminated in the Control and Auxiliary Power Enclosure.

D.  Unit Performance: Frequency regulation shall not exceed 3 Hz. from no load to rated load. Voltage regulation shall be within plus or minus one percent of rated voltage, from no load to full rated load. The instantaneous voltage dip shall be less than 15 percent of rated voltage when full, 3-phase, load and rated power factor is applied to the alternator. Recovery to stable operation is defined as operation with terminal voltage remaining constant within plus or minus one half percent of rated voltage. A potentiometer shall provide a minimum of plus or minus ten percent voltage adjustment from rated value.

E.  Cooling System: The engine shall be cooled by a base-mounted radiator cooling system with a split core radiator for cooling both the jacket water and the Separate Circuit After Cooling System (SCAC). The engine-mounted water-cooled after cooler must be sized to extinguish any flame in the event of engine backfire in addition to combusting air cooling. the system shall include a direct drive fan, expansion tank, coolant pump and thermostat temperature control. Radiator shall include drain valves with coolant drain lines piped to the edge of the base. The cooling system shall be rated for full rated load operation at an ambient temperature of 105°F at 660 feet elevation.

F.  Fuel System: The generator set shall be supplied with a unit-mounted electric solenoid fuel shutoff valve, fuel strainer and flexible fuel line. Solenoid valve shall be prewired to engine control panel. The engine shall be designed to operate on a fuel system having gas supply pressure from 15 to 20 in $H_2O$ and shall be equipped with a gas pressure regulator.

G.  Exhaust System: A critical type exhaust silencer, shall be furnished and installed complete with all necessary exhaust piping, fittings, hangers, supports, insulation and stainless steel flexible connection at the engine. Silencer shall have a maximum DbA level of

85 at a distance of 10 feet. The silencer shall be mounted such that its weight is not supported by the engine. Silencer shall include a provision for draining moisture. Mating weld flanges, gaskets and grade 8 hardware shall be provided for both the inlet and outlet end. Exhaust piping shall be Schedule 40 (black iron) with flanged ends. Provide a stainless steel exhaust flex with mating weld flanges, gaskets and grade 8 hardware. Support details and exhaust piping layouts shall be submitted for approval prior to fabrication and installation. The end of the exhaust pipe shall extend 24 inches above the roof and shall have a stainless steel weather closure flap with balanced gravity closure. Paint all exterior exhaust piping with high temperature black paint, rated at 1,000°F. Paint shall be suitable for outdoor use. All interior exhaust piping and the silencer shall be insulated with 2-inch minimum magnesium insulation, Johns-Manville or Owens-Corning, or equal. The muffler and indoor exhaust piping shall be lagged by the installing contractor to maintain a surface temperature not to exceed 150°F. The insulation shall be installed so that it does not interfere with the functioning of the flexible exhaust fitting. Provide 1/2-inch drain pipe and valve at low point in silencer to drain condensate.

H.   Lube Oil Makeup System:

   1.   The generator set shall be furnished with a lube oil makeup system to maintain constant oil level in the crankcase and provide a low oil supply level alarm.  The system shall consist of an oil level regulator, an oil supply reservoir and a low liquid level switch to monitor oil level.

   2.   Oil Level Regulator:

      a.   The oil level regulator shall be installed on the inlet side of the crankcase.

      b.   Long life, vibration resistant brass/metal valve.

      c.   Visible oil level and float design.

      d.   Low fluid level warning switch.

       e.    Standard NPT outlet/inlet ports.

   3.   Oil Supply Reservoir:

       a.    15 gallon capacity.

       b.    Mounting stand.

       c.    All steel construction with industrial enamel finish.

       d.    Filler cap.

       e.    Dust-proof vent.

       f.    Brass NPT shut-off valve.

       g.    Suitable for use in conjunction with the oil level regulator.

   4.   Low Liquid Level Switch:

       a.    Level switch suitable for monitoring level of engine oil, installed in the oil pan.

       b.    Single pole, double throw, magnetically actuated switch with a stainless steel and hermetically sealed switch housing.

       c.    Cast aluminum construction.

       d.    NPT connection ports.

   5.   Product and Manufacturer:

       a.    REN

       b.    Or approved equal.

I.   Other Engine Accessory Equipment:

   1.   Mechanical, positive displacement lube oil pump with replaceable full-flow filter, oil cooler and dip stick.

   2.   Replaceable dry single element air filter with filter restriction indicator.

3. Engine must have a crankcase breather. It shall be piped to the front of the radiator to prevent radiator fouling.

J. Automatic Starting System:

1. A 24-volt DC electric starting system with positive engagement drive shall be furnished. Fully automatic generator set start-stop controls in the generator control panel shall be provided. Controls shall provide shutdown for low oil pressure, high water temperature, overspeed, overcrank, and one auxiliary contact for activating accessory items. Controls shall include a 20-second single cranking cycle limit with 40-second pause between cycles, and lockout and alarm after three unsuccessful cycles.

2. A unit-mounted thermal circulation type water heater shall be furnished to maintain engine jacket water to 90°F. in an ambient temperature at 30°F. The heater shall be 4 kW, single phase, 60 Hz., 208 volts. Heater shall be Chromalox or equal, with thermostatic control. An automatic disconnect device shall be provided to remove electric power upon engine start. Wiring for the heaters and all controls shall be provided complete and shall be terminated in the Control and Auxiliary Power Enclosure.

3. A 24-volt, lead-acid, engine starting battery set shall be provided. The battery set shall be of sufficient capacity to provide for one and one-half minutes total cranking time without recharging and shall each be rated no less than 550 amps at 0 degree F/cold cranking. A corrosion resistant battery container and rack and necessary cables, clamps and battery disconnect switch shall be provided. Batteries shall be by Exide, Gould, Globe, or equal. Batteries shall be provided with explosion arrestor breathers, hydrometer, and shall be shipped and installed dry, filled with approved electrolyte when directed by Engineer.

4. A current limiting dual rate battery charger shall be furnished to automatically recharge

batteries. It shall include overload protection, silicon diode full wave rectifiers, voltage surge suppressors, DC ammeter, and fused AC input. AC input voltage shall be 120 volt. Amperage output shall be not less that 12 amperes. Unit shall be manufactured by Cummins, or equal. The charger shall be mounted 3 feet above floor adjacent to the batteries. The charger shall be mounted on a stainless steel channel support fastened to the floor, independent from the generator skid.

K.   Generator Control Panel:

   1.   A generator mounted NEMA 1A type, control panel shall be provided, with shock mountings. The control panel shall contain, but not be limited to the following equipment functions:

      a.   Voltmeter, 3 1/2 inch, 2 percent accuracy.

      b.   Ammeter, 3 1/2 inch, 2 percent accuracy.

      c.   Ammeter phase selector switch.

      d.   Voltmeter phase selector switch.

      e.   Frequency meter, 3 1/2-inch, dial type.

      f.   Tachometer.

      g.   Running time meter.

      h.   Automatic starting controls.

      i.   Voltage level adjustment potentiometer to adjust voltage +10, -25% of rated voltage.

      j.   Dry contacts for remote alarms wired to terminal strip.

      k.   Dry contacts for high engine temperature alarm.

      l.   Fault indicators for low oil pressure, high water temperature, overspeed and overcrank.

      m.   Common relay (2 normally open and 2 normally closed contacts) for alarms.

n.  Four position function switch marked "Automatic," "Manual," "Reset" and "Stop."

o.  Two (2) N.O. and two (2) N.C. auxiliary contacts (close when engine is running).

p.  Main line circuit breaker.

q.  Field protection.

r.  A purge cycle adjustable from 0 to 20 seconds. the purge cycle shall permit the engine to crank with no power to the gas shutoff valve or spark plugs for the purpose of "purging" the engine and exhaust of any gas that may be present at startup.

s.  A 5-second delayed ignition shutoff. Power to the ignition system shall continue for at least 5 additional seconds to provide ample time to burn the gas remaining in the engine.

t.  Cycle crank with adjustable "crank" and "rest" time.

u.  Adjustable cool-down timer.

v.  Protective relaying functions for the following parameters shall be provided. Each function shall be adjustable for trip point and time delay. Each function shall be programmable as an alarm or a generator set shutdown.

　　1)  Over/under voltage protection

　　2)  Over/under frequency protection

　　3)  Over current protection

w.  Individual flashing red LED's shall be provided for:

　　1)  Overspeed

　　2)  Overcrank

　　3)  High Coolant Temperature

4) Low Oil Pressure

5) Emergency Stop

6) Low Coolant Level (programmable as alarm or shutdown)

x. Separate digital displays shall be provided for the engine and generator set parameters. These displays shall allow the simultaneous display of AC parameters and at least one (selectable) engine parameter to be displayed at the same time. Requirements for these displays are as follows:

1) Digital display and phase selector switch for generator set operational parameters. True RMS sensing of these parameters shall be utilized to minimize distortion due to non-linear loads and ensure accuracy.

AC volts (±0.5% accuracy)
AC amps (±0.5% accuracy)
Hertz (±0.3 Hz accuracy)

2) Digital display for:

Engine RPM (±0.5% accuracy)
DC voltage (±0.5% accuracy)
Oil pressure (±0.5% accuracy)
Coolant temperature (±0.5% accuracy)
Operating hours

y. Diagnostic Capability:

1) Must provide dual level diagnostics identifying both system level and component level. The diagnostic codes shall be maintained in a history log specifying the number of occurrences and second/minute/hour at which they occur.

z.  Sensors:

   1)  Sensors providing a pulse width modulated output shall be utilized for oil pressure, coolant temperature sensing and shall be protected against a fault to (±) battery. The usable output range of the sensor shall be limited to 5% to 95% duty cycle. Output outside the usable range shall be diagnosed as a fault condition and appropriate diagnostic shall be provided. Separate speed sensing signals shall be provided for overspeed protection and electronic governing.

aa.  Ambient parameters:

   1)  Operation: -40°C to +70°C (-40°F to +158°F)
   2)  Storage: -55°C to +85°C (-67°F to +185°F)
   3)  Humidity: 0 to 100% relative humidity

2.  The control panel shall be fabricated of #14 gauge sheet steel with appropriate angle iron reinforcement as required. It must be impervious to salt spray, fuel, oil and oil additives, coolant, spray cleaners, chlorinated solvents, methane gas and dust.

3.  Capability of automatic starting and stopping of the generator from the Automatic Transfer Switch.

L.  Main Line Circuit Breaker and Resistive Load Bank Circuit Breaker: Two circuit breakers shall be provided - a generator main line molded case circuit breaker and resistive load bank circuit breaker with trip ratings as indicated on the Drawings. They shall function as load interrupting and protection devices. They shall operate both manually for normal switching function and automatically during overload and short circuit conditions and shall be mounted in generator control panel. The trip unit for each pole shall have elements providing inverse time delay during overload conditions and instantaneous magnetic tripping for short circuit protection. The circuit breakers shall

meet UL, NEMA and NEC standards and shall be installed in a NEMA 12 enclosure.

M.   Generator Emergency Shut-off Switch: A mushroom type maintained push-pull switch shall be installed to turn off the generator. Furnish wiring and conduit. Switch shall be Square D KR9 with red push-pull knob, three normally closed contacts (push switch to open contacts), and one normally open contact. Switch shall be housed in cast malleable iron box.

N.   Vibration Isolators: The engine-driven generator shall be provided with four (4) independent spring-type vibration isolators to reduce vibration transferred from the generator unit to the surrounding equipment during operation. Vibration isolators shall be as recommended by the generator manufacturer.

O.   Resistive Load Bank:

   1.   Scope:

      a.   This specification subsection contains the minimum requirements for the design, manufacture and testing of a resistive load bank.

      b.   The load bank is required for periodic exercising and testing of the standby emergency power source. The load bank shall be manually controlled, duct mounted within the walk-in generator set enclosure, forced air cooled by the generator set radiator fan, with a remotely mounted control panel.

   2.   Standards:

      a.   The equipment covered by this specification shall be designed as it applies with the latest standard of NEMA, NEC, ISO and ANSI standards.

   3.   Ratings:

      a.   The total capacity of the load bank shall be 175 kw at 480 volts, 3-phase, 60 Hertz, with

211 Amps per phase with unity power factor. Resolution shall be 25 kw.

b. The duty cycle shall be continuous and the load bank shall operate in an ambient temperature of -20°F to 120°F.

c. Airflow requirements shall be coordinated with generator set. Generator set radiator shall provide the airflow requirements, taking the pressure drop across the load bank into consideration.

4. Construction:

a. The load bank shall be constructed of heavy gauge aluminized steel per ASTM A463.

b. The load bank enclosure shall accept the 480-volt main input supply. Provide branch circuit fuse protection for load elements.

c. Height, width and flange dimensions shall be coordinated with ductwork. Provide flange adapters as required.

5. Resistive Load Elements:

a. Load elements shall be helically wound nickel chromium alloy derated to operate at approximately 1/3 of maximum continuous rating of the wire. Elements must be fully supported across the entire length within the air stream by segmented ceramic insulators on a stainless steel rod. Element supports will be designed that should a wire break, it will not short to adjacent conductors or to ground.

b. The load bank shall deliver rated KW at rated voltage.

6. Protective Devices:

a. An overtemperature switch shall be provided to sense the load bank exhaust. The switch shall be electrically interlocked with the load application controls to prevent load

from being applied on an overtemperature condition.

7.   Control Panel:

   a.   The control panel shall be a remote NEMA 12 wall mounted panel. It shall contain a power On/Off switch and a power On indication light. Load selection shall include a master load On/Off switch and individual load step switches (one for each load step).

   b.   The control panel shall operate on a 120-volt power supply.

   c.   Maximum control panel enclosure dimensions shall be 20″ wide by 24″ high by 12″ deep.

8.   Quality Control:

   a.   The load bank shall be fully tested using a test specification written by the supplier. Tests shall include electrical functional testing, verifying conformance to assembly drawings and specifications.

   b.   The load bank shall have each load step tested at full rated voltage. Load data must be recorded and made available to purchaser upon request.

   c.   All electrical circuits shall have a hipot test performed at twice rated voltage plus 1000 VAC.

9.   Manufacturer:

   a.   The load bank shall be Model K711 as manufactured by Avtron Manufacturing, or approved equal.

P.   Generator Enclosure:

1.   The generator set shall be housed in a walk-in type weatherproof, sound attenuated enclosure. The enclosure shall be designed for permanent mounting to a concrete foundation. Enclosure

shall reduce noise to 90dBA at 25 feet from enclosure.

2.  The enclosure shall be constructed of formed interlocking aluminum panels with screw type mechanical fasteners to prevent water intrusion. The enclosure shall be sized to adequately house the generator set and all accessories provided for under this section. Walls shall be constructed of marine grade pre-painted 0.080 minimum thickness formed aluminum panels. Roof shall be constructed of marine grade mill finish 0.125 minimum thickness formed aluminum panels using an interlocking standing seam design capable of supporting 75 pounds per square foot loading. All external attaching hardware shall be stainless steel screw type mechanical fasteners. Enclosure roof and base shall be framed with 3/16″ aluminum channel. The enclosure shall be designed for a minimum wind load rating of 120 mph. Distributed floor loading shall be equivalent to 200 pounds per square foot. A finish coating of aliphatic urethane shall be applied to the entire structure to a thickness of 3 mils (DFT). Enclosure color shall be selected by Owner from the standard and custom paint colors offered by the enclosure manufacturer prior to manufacture.

3.  Commercial doors shall be of 18-gauge galvanized steel construction painted to match the enclosure exterior and incorporated into 16-gauge painted galvanized steel frames that are structurally integrated into the enclosure wall. The doors shall include heavy-duty continuous aluminum gear hinges and a passage latch, which includes commercial key-sets. Key-sets shall be keyed to be the same as the Owner's existing locks. The passage latch shall incorporate a handicapped-access style lever-type operator for ease of egress in the event of emergency. The latch hardware shall allow escape from within when locked externally. Doors shall include a positive restraint to prevent the door from opening more than 100 degrees in normal operation. Door holdback hardware shall be provided to secure the door to the enclosure wall when the door is

opened approximately 180 degrees during installation and maintenance evaluations. Walls adjacent to door shall include an aluminum protector plate for impact protection from then protruding door handle. All door openings shall include an overhead rain gutter for channeling rainwater away from the enclosure.

4.  The enclosure shall be provided with an actuated, adjustable intake louver with bird screen. The louver shall be manufactured of heavy gauge extruded aluminum with adjustable, drainable blades. The louver shall be furnished with a 120-volt electric actuator to close the louver blades when power is provided to the enclosure load center. The blades shall open under spring tension when the generator is called to start and shall remain open as long as the generator engine is running. The louver shall be model EAC-401 as manufactured by Greenheck, or approved equal. An aluminum, counterbalanced, gravity exhaust damper shall be installed to exhaust generator cooling air during generator operation. The gravity exhaust louver shall be as manufactured by Greenheck, or approved equal. Louvers shall be provided with a Kynar finish, color to be selected by Owner. All louvers shall be designed to provide operating conditions within the manufacturer guidelines for temperature rise and maximum static air pressure restriction for the generator set to be provided in this section. Maximum intake air velocity shall be 1,000 fpm, maximum exhaust air velocity shall be 1,500 fpm.

5.  The enclosure shall be equipped with a Venturi-mounted exhaust fan to cool the enclosure when the generator equipment is not in operation. The fan shall be capable of providing a minimum airflow of 730 cfm at a static pressure of 0.10 in w.c. The fan blade diameter shall be 12 inches, three-blade design and blades shall be constructed of aluminum. The fan shall be provided with an exterior mounted gravity-style backdraft damper, painted to match the enclosure exterior color. The fan blades shall be protected with an OSHA-approved wire intake guard. The fan motor shall be totally enclosed, and motor

electrical properties shall be 115 V, 60 Hz, 1/30 Horsepower, 1,550 rpm, and 1.0 full load amps. Mounting hardware for the fan, motor and backdraft damper shall be stainless steel. The gravity damper shall be 16" wide and 16 1/2" high and shall be constructed of aluminum. Damper blade seals shall be felt. The Venturi-mounted exhaust fan shall be model 4C361A as manufactured by Dayton Mfg. Co. or approved equal, and the gravity-balanced exhaust damper shall be catalog no. 4C557 as supplied by Grainger Co. and manufactured by Dayton Mfg. Co. or approved equal.

6.   The enclosure shall be sized to provide a 36-inch clearance between the generator set and the inside of the exterior wall. Working clearance in front of electrical enclosures shall be provided in accordance with NEC requirements. The critical grade silencer to be provided under this section shall be mounted within the enclosure and shall be supported to the roof support channels. The exhaust discharge shall penetrate the enclosure wall with an insulated, weatherproof thimble and shall discharge to the exterior of the enclosure. All mounting hardware required to provide a complete, structurally sound system shall be furnished and installed. The exhauster shall be mounted by the enclosure manufacturer. The silencer and flexible connectors shall be wrapped in a heat resistant insulating jacket suitable for the purpose.

7.   The enclosure shall be equipped with a 30 KVA three-phase, 480-208Y/120 volt, 60 hz, step down transformer wired to feed the utility panel.

8.   The enclosure shall be provided with an internal utility panelboard to provide power to electrical equipment related to the enclosure and generator set. The utility panel shall be circuit breaker type, 100 ampere, three phase 208Y/120V volt, minimum 10,000 ampere RMS symmetrical interrupting capacity. Individual breakers shall be provided for all auxiliary devices, including battery charger, jacket water heaters, engine winding heater, electric heater, exhaust fan, lighting and receptacles. The panelboard shall be

mounted on a back plate inside of the enclosure and wire out all devices in EMT conduit with compression fittings. The panel shall be rated NEMA 12, Model NQOD as manufactured by Square D or approved equal. Refer to panelboard schedule on the Drawings.

9.  The enclosure shall be provided with the following lighting fixtures:

| Type | General Description | Lamps | Manufacturer and Catalog No. |
|------|---------------------|-------|------------------------------|
| A | Fluorescent, 4' moisture-tight, corrosion-resistant fiberglass housing, electronic ballast, 120V | One 32W, T-8 fluorescent | Lightron 14-132-48-CR 120V-SE or approved equal |
| B | High pressure sodium outdoor, wall-mount, Lexan shield, photo cell, 120V | 70-watt high-pressure sodium | Lightron Series 134, 134-70HPS-MED-120V-PC-LS-HPF, or approved equal |
| C | Emergency lighting unit with battery pack, NEMA 4X enclosure | Two 8-watt | Big Beam 2SE6S8 or approved equal |

10.  The enclosure shall be provided with a wall or ceiling mounted self contained electric heater. The heater shall have a built-in thermostat and built-in contactor. The heater shall be fully mounted and installed to provide a fully operational system. Electric heater shall be 5 kw, 208 volt, 3 phase, Model LUH as manufactured by Chromalox or approved equal.

11.  Manufacturer: The generator enclosure and related equipment shall be manufactured and assembled by Acoustical Sheetmetal Incorporated, Virginia Beach, Virginia, or approved equal.

# PART 3 - EXECUTION

## 3.1  INSTALLATION

A.  Generator Set Mounting: The engine and generator shall be factory mounted on a common steel skid base, which in turn, shall be bolted to the floor of the walk-in

enclosure and shall be provided with individual adjustable spring type vibration eliminators at each bolt location as specified.

B.   Piping Requirements: Exhaust piping shall be Schedule 40 (black iron) standard thread.

C.   The enclosure manufacturer shall install the generator silencer and exhaust equipment in the enclosure, providing exhaust flex connector, silencer mounting brackets and hardware, waterproof exhaust roof penetration and gravity-balanced exhaust rain cap. the manufacturer shall extend generator coolant and lubrication oil drain lines to the enclosure exterior, and extend the generator crankcase breather tube to the exhaust duct adapter. The manufacturer shall install insulating materials on the exhaust silencer. All related equipment specified under this section shall be installed by the enclosure manufacturer as shown on the Contract Drawings and as specified herein. This equipment shall include, but not be limited to: vibration isolators and batteries, battery rack, battery cables and battery charger.

## 3.2   SCHEDULES

A.   Spare Parts:

   1.   The following spare parts shall be furnished for the generator unit:

      a.   Complete set of fuel, air, and lubricating oil filters for one (1) change.

      b.   Necessary special tools for preventative maintenance.

      c.   One complete set of indicating lights and fuses.

## 3.3   TESTS, INSTALLATION AND SERVICE

A.   Shop Test:

   1.   Each engine generator shall be shop tested at its point of fabrication and must comply with the following criteria:

    a.   Cold start acceleration to rated voltage and frequency within eight seconds.

    b.   Full load applications during the test. Frequency and voltage stability and transients shall not exceed the limits specified herein.

    c.   One hour 1/2 load, one hour 3/4 load, and two hours full load. The Owner reserves the right to witness these tests.

    d.   Demonstrate, at least three times, that all applicable safety shutdowns function properly, along with their respective visual alarms.

    e.   The engine manufacturer, where applicable, shall demonstrate that in the emergency condition, the unit is stopping due to lack of air. Governor racks being forced to no fuel position will not be accepted.

B.   Field Test: Test the unit at the job site, with resistive load banks, for a continuous four (4) hour period at full load, to the satisfaction of the Owner. Load banks for testing shall be supplied by the manufacturer/supplier. The Contractor shall receive, set and wire the load banks for acceptance testing and assist the manufacturer's representative during start up and testing. Present Owner with four (4) copies of manuals and diagrams as required by the Specifications. Any defects, which become evident during the test shall be corrected by the Contractor at his own expense. Should the engine generator malfunction in any way, the test shall be repeated in its entirety. All supplies and incidentals required for this test shall be furnished by the Contractor. The Contractor shall pay for all fuel costs related to the field test.

C.   Service:

    1.   The vendor shall furnish the services of a qualified operating and maintenance technician for start up at the site to check and certify proper installation, and to demonstrate proper

operation of the engine-generator set and all accessories.

2. The vendor shall perform inspection and maintenance of the generator and appurtenant equipment at 6-month intervals for the duration of the first two years of the warrantee (four [4] visits). A complete change of all filters and lubricants shall be performed at the fourth visit.

## 3.4 MANUFACTURER TRAINING SERVICES

A. The Contractor shall furnish the services of qualified factory trained specialists from the manufacturer to instruct the Owner's operations and maintenance personnel in the recommended operation and maintenance of this equipment. The training requirements, duration of instruction, and other qualifications shall be in accordance with Section 01730.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

## SECTION 16292

## POWER DISTRIBUTION SYSTEM STUDIES

**PART 1 - GENERAL**

**1.1   SECTION INCLUDES**

A.   Power system studies shall be provided in accordance with the requirements specified under this section.

B.   The power system studies shall consist of a short circuit analysis, protective device coordination analysis, arc-flash hazard analysis and harmonics study.   The studies shall include the PSEG padmount transformer, 480 volt motor control centers, generator set and 208/120 volt panelboards.

**1.2   REFERENCES**

A.   The power distribution system coordination shall comply with the latest applicable provisions and recommendations of the following:

1.   NFPA 70                    -   National Electrical Code

2.   ANSI Standard C37.04   -   Rating Structure for AC High Voltage Circuits Rated on a Symmetrical Basis

3.   ANSI Standard C37.010  -   Application Guide for AC High Voltage Circuit Breakers Rated on a Symmetrical Basis

4.   IEEE 141                  -   Recommended Practice for Electric Power Distribution in Industrial Plants

5.   IEEE 399                  -   Recommended Practice for Industrial and Commercial Power System Analysis

1.3   **SUBMITTALS**

A.   Contractor shall submit the short circuit and protective device coordination studies for approval as follows:

1.   Calculations and results of the power system studies shall be submitted. The short circuit study, protective device evaluation and coordination studies shall be submitted in a report format. The report shall be stamped and signed by a Licensed Professional Engineer.

2.   Qualifications of proposed firm to provide the power system studies.

1.4   **QUALITY ASSURANCE**

A.   General:

1.   The power system studies shall be performed in accordance with the latest applicable provisions and recommendations of the following:

a.   NFPA 70, National Electrical Code

b.   ANSI C37.04

c.   ANSI C37.010

d.   IEEE 141

e.   IEEE 399

2.   The Contractor shall retain the services of a Professional Engineer, licensed in the State of New York, to perform the power system studies.

3.   The Contractor shall coordinate with the Engineer performing the studies and assist him in the collection of all information necessary to complete the studies specified.

4.   All test equipment and instrument calibration shall be in accordance with the latest edition of the accuracy standard of the U.S. National Institute of Standards and Technology and the NETA maintenance testing specification.

**PART 2 - PRODUCTS**

**2.1   POWER SYSTEM STUDIES**

A.   General:

    1.   The Contractor shall provide a current and complete short-circuit study, protective device coordination study and arc flash hazard analysis for the electrical distribution system.

    2.   The studies shall include all portions of the electrical distribution system from the PSEG transformer, motor control centers, generator set and panelboards.

    3.   Problem areas or equipment inadequacies shall be promptly brought to the Engineer's attention.

B.   Short Circuit Study:

    1.   The short circuit study shall be performed with the aid of a computer program.

    2.   The study input data shall include the utility company's short circuit, single and three phase contributions, with the X/R ratio, the resistance and reactance components of each branch impedance, motor and generator contributions, base quantities selected, and all other applicable circuit parameters.

    3.   Short-circuit momentary duties and interrupting duties shall be calculated on the basis of maximum available fault current at each switchgear bus, switchboard, motor control center, distribution panelboard, pertinent branch circuit panelboards, and other significant locations through the system.

    4.   The short circuit tabulations shall include symmetrical fault currents, and X/R ratios. For each fault location, the total duty on the bus, as well as the individual contribution from each connected branch, including motor back EMF

current contributions shall be listed with its respective X/R ratio.

C.   Protective Device Coordination Study:

1.   A protective device coordination study shall be performed to select or to check the selections of the power fuse ratings, protective relay characteristics and settings, ratios and characteristics of associated voltage and current transformers, and low-voltage breaker trip characteristics and setting.

2.   The overcurrent device settings computed in the coordination study shall provide complete 100 percent selectivity. The system shall be selectively coordinated such that only the device nearest a fault will operate to remove the faulted circuit. System selectively shall be based on both the magnitude and the duration of a fault current.

3.   The coordination study shall include all voltage classes of equipment starting at the utility's incoming line protective device down to and including each of the medium and low voltage equipment. The phase and ground overcurrent and ground fault protection shall be included, as well as settings for all other adjustable protective devices.

4.   The time-current characteristics of the installed protective devices shall be plotted on the appropriate log-log paper. Reasonable coordination intervals and separation of characteristic curves shall be maintained. The coordination plots for phase and ground protective devices shall be provided on a complete system basis. Sufficient curves shall be used to clearly indicate selective coordination achieved to the utility main breaker, power distribution feeder breakers, and the overcurrent devices at each major load center.

5.   There shall be a maximum of eight protective devices per plot. Each plot shall be appropriately titled. Plots shall include the

following information as required for the circuits shown:

a.  Representative one-line diagram, legends and types of protective devices selected.

b.  Power company's relays or fuse characteristics.

c.  Significant motor starting characteristics.

d.  Parameters of transformers, ANSI magnetizing inrush and withstand curves.

e.  Operating bands of low voltage circuit breaker trip curves, and fuse curves.

f.  Relay taps, time dial and instantaneous trip settings.

g.  Cable damage curves.

h.  Symmetrical and asymmetrical fault currents.

6.  The selection and settings of the protective devices shall be provided separately in a tabulated form listing circuit identification, IEEE device number, current transformer ratios, manufacturer, type, range of adjustment, and recommended settings. A tabulation of the recommended power fuse selection shall be provided for all fuses in the system.

D.  Arc-Flash Hazard Analysis

1.  The Arc-Flash Hazard Analysis shall be performed with the aid of computer software intended for this purpose in order to calculate Arc-Flash Incident Energy (AFIE) levels and flash protection boundary distances.

2.  The Arc-Flash Hazard Analysis shall be performed in conjunction with a short-circuit analysis and a time-current coordination analysis.

3.  Results of the Analysis shall be submitted in tabular form, and shall include device or bus name, bolted fault and arcing fault current levels, flash protection boundary distances,

personal-protective equipment classes and AFIE levels.

4. The analysis shall be performed under worst-case Arc-Flash conditions, and the final report shall describe, when applicable, how these conditions differ from worst-case bolted fault conditions.

5. The Arc-Flash Hazard Analysis shall be performed by a registered professional engineer.

6. The Arc-Flash Hazard Analysis shall be performed in compliance with IEEE Standard 1584-2002, the IEEE *Guide for Performing Arc-Flash Calculations*.

7. The Arc-Flash Hazard Analysis shall include recommendations for reducing AFIE levels and enhancing worker safety.

## 2.2   STUDY REPORT

A. The results of the power system study shall be summarized in a final typewritten report. The report shall include the following Sections:

1. Description, purpose, basis, written scope, and a single-line diagram of the power distribution system which is included within the scope of the study.

2. Tabulations of circuit breaker, fuses, and other equipment ratings versus calculated short-circuit duties, and commentary regarding same.

3. Protective device time versus current coordination curves, tabulations of relay and circuit breaker trip settings, fuse selection, and commentary regarding same.

4. Fault current tabulation including a definition of terms and a guide for interpretation.

5. Tabulation of appropriate tap settings for relay seal-in units.

**PART 3 - EXECUTION**

**3.1   FIELD TESTING**

   A.   Coordinate findings of the short circuit study and
        protective device coordination study with the
        electrical distribution equipment.


                              END OF SECTION

NO TEXT THIS PAGE

# SECTION 16321

## DRY TYPE TRANSFORMERS

**PART 1 - GENERAL**

**1.1   DESCRIPTION**

A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide dry type transformers as shown and specified.

B.   Related Work Specified Elsewhere:

1.   Division 3, Concrete.

2.   Section 16920, Motor Control Centers and Variable Frequency Drives.

**1.2   QUALITY ASSURANCE**

A.   Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

1.   ANSI C57.12, General Requirements for Dry-Type Distribution and Power Transformers.

2.   UL 506, Standard for Specialty Transformers.

3.   UL 1561, Standard for Dry-Type General Purpose and Power Transformers.

4.   National Electrical Code.

**1.3   SUBMITTALS**

A.   Shop Drawings: Submit for approval copies of manufacturer's technical information for transformers proposed for use.

**PART 2 - PRODUCTS**

**2.1   MATERIALS**

    A.   Dry Locations:

        1.   Type: General purpose, dry type, 60 Hz.

        2.   Rating: kva, primary voltage and connection, secondary voltage and connection, and number of phases shall be as indicated on the Drawings.

        3.   Taps: Full capacity, two 2-1/2 percent primary taps above normal and two 2-1/2 percent primary taps below normal.

        4.   Sound Level: ANSI C89.2 standard.

        5.   Enclosure: Open type for mounting in motor control centers; totally enclosed non-ventilated for separately mounted transformers.

        6.   Insulation: Class 185°C, 115°C rise.

        7.   Identification: Diagrammatic nameplate identifying the transformer number and voltage.

        8.   Product and Manufacturer: Provide equipment manufactured by the following:

            a.   Cutler-Hammer type EP.

            b.   Or approved equal.

    B.   Damp Locations:

        1.   Type: General purpose, dry type, high efficiency, 60 Hz, with weathershield.

        2.   Rating: kva, primary voltage and connection, secondary voltage and connection, and number of phases shall be as indicated on the Drawings.

        3.   Taps: Full capacity, two 2 1/2 percent primary taps above normal and four 2 1/2 percent primary taps below normal.

        4.   Sound Level: ANSI C89.2 standard.

5.   Insulation: Class 220°C, 80°C rise.

6.   Identification:       Diagrammatic       nameplate identifying the transformer number and voltage.

7.   Product and Manufacturer: Provide equipment manufactured by the following:

  a.   Cutler-Hammer.

  b.   Or approved equal.

## PART 3 - EXECUTION

## 3.1   INSTALLATION

A.   Transformers shall be furnished and installed as an integral part of the motor control center where specified.

B.   Mount transformers so that vibrations are not transmitted to the structural parts of the building.

C.   Adjust tap settings to provide proper voltage at panelboards.

D.   Ground transformers in conformance with the National Electrical Code.

E.   Conduit connections within two feet of transformer shall be made with flexible conduit.

F.   Floor mounted transformers shall be installed on vibration isolators and concrete pads designed to minimize noise transmission.

G.   Provide top jumper cables.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

# SECTION 16402

## UNDERGROUND DUCT BANKS

## PART 1 - GENERAL

### 1.1   DESCRIPTION

A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide underground duct banks as shown and specified.

B.   Coordination:

1.   Duct bank routing on the Drawings is diagrammatic. Coordinate installation with piping, sheet piling and other underground systems and structures and locate clear of interferences.

2.   Refer to plans for areas of sheeting and excavation and the Contractor's sequence of construction. Contractor shall schedule his work on duct banks in these areas to run concurrently with that of other trades.

3.   The Contractor shall be responsible for excavation, backfilling, curbing removal and replacement, and surface restoration to match existing conditions. Truck vehicle access (H-20 loading) shall be maintained during construction.

C.   Related Work Specified Elsewhere:

1.   Division 1, General Requirements.

2.   Site work shall conform to the requirements of Division 2, Site Work.

3.   Concrete work shall conform to the requirements of Division 3, Concrete.

4.   Section 16111, Conduit.

5.   Section 16404, Manholes and Handholes.

1.2   QUALITY ASSURANCE

   A.   Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

      1.   National Electrical Code.

      2.   National Electrical Safety Code.

   B.   Record Drawings: Include the actual routing of underground duct runs on record drawings as specified under Division 1, General Requirements, and General and Special Conditions.

1.3   SUBMITTALS

   A.   Shop Drawings: Submit the following for approval:

      1.   Layouts showing proposed routing of duct banks and the locations of hand holes and crossings with piping and other underground structures.

      2.   Typical cross sections.

      3.   Installation procedures.

PART 2 - PRODUCTS

2.1   MATERIALS

   A.   Duct:

      1.   Schedule 40 PVC conduit and fittings in accordance with Section 16111.

   B.   Backfill: Select backfill in accordance with Division 2, Site Work.

   C.   Concrete: In accordance with Division 3, Concrete.

**PART 3 - EXECUTION**

**3.1   INSTALLATION**

A.   Make duct bank installation and penetrations through foundation walls watertight.

B.   Provide excavation and backfilling required for duct bank installation. Where duct banks cross paved areas, maintain vehicle access for H-20 loading.

C.   Assemble duct banks using nonmagnetic saddles, spacers and separators. Position separators to provide minimum concrete separation between the outer surfaces of the ducts as shown on the Drawings. Provide side forms for each duct bank.

D.   Provide a 2-inch minimum concrete cover on top of conduits, unless otherwise shown.

E.   Make bends with sweeps of not less than 48-inch radius or 5 degree angle couplings.

F.   Where ducts enter structures such as service cabinet compartments, terminate the ducts in suitable radius bell end fittings or bushings and provide watertight expansion/deflection fittings.

G.   Slope duct runs for drainage away from buildings with a slope of approximately 3 inches per 100 feet.

H.   After completion of the duct bank and prior to pulling cable, pull a mandrel, not less than 12 inches long and with a cross section approximately one-fourth inch less than the inside cross section of the duct, through each duct. Then pull a rag swab or sponge through to make certain that no particles of earth, sand or gravel have been left in the duct.

I.   Install a warning ribbon approximately 12 inches below finished grade over all underground duct banks. The identifying ribbon shall be a polyvinyl chloride tape, 6 inches wide, yellow color, permanently imprinted with "CAUTION BURIED ELECTRIC LINE BELOW" in black letters.

J.   Plug and seal watertight all empty spare ducts entering buildings and structures. Seal watertight all ducts in use entering buildings and structures.

K.   Contractor shall employ an experienced photographer to photograph underground electrical installations prior to backfilling. Pictures shall not be less than 7-1/2 in. by 9-1/2 in. in size and shall be cloth mounted. Photographs shall be labeled to identify:

1.   Conduit sizes.

2.   Conduit identification number, label, etc., (conform to record drawing identification).

3.   Service(s).

4.   Manhole numbers, handhole numbers.

5.   Locations - referenced to structures, roadways, etc.

Three copies of each photograph shall be submitted to the Engineer.

+ +   END OF SECTION   + +

SECTION 16404

MANHOLES AND HANDHOLES

PART 1 - GENERAL

1.1   DESCRIPTION

A.   Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide manholes and handholes as shown and specified.

B.   Coordination: Coordinate handhole installation with piping, sheet piling and other underground systems and structures and locate clear of interferences.

C.   Related Work Specified Elsewhere:

   1.   Site work shall conform to the requirements of Division 2, Site Work.

   2.   Concrete work shall conform to the requirements of Division 3, Concrete.

   3.   Division 5, Metals.

   4.   Section 16402, Underground Duct Banks.

1.2   QUALITY ASSURANCE

A.   Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

   1.   National Electrical Code.

   2.   National Electrical Safety Code (ANSI C2).

   3.   ASTM A48, Standard Specification for Gray Iron Castings.

   4.   OSHA.

1.3   SUBMITTALS

A.   Shop Drawings.

B.   Submit for approval copies of manufacturer's technical information for handholes and accessories proposed for use, including handhole castings, cable racks and accessories proposed for use.

PART 2 - PRODUCTS

2.1   MANHOLES AND HANDHOLES

A.   Material and Construction: Cast-in-place reinforced concrete shall meet the requirement of Division 3, Concrete.

B.   Accessories:

1.   Frames and Covers:

a.   Material: Cast iron.

b.   Covers shall be watertight and gasketed.

c.   Covers shall be marked "ELECTRIC" in raised two inch letters.

d.   Frame shall be grouted on the handhole.

e.   Rated for H20 loading.

f.   Product and Manufacturer: Provide one of the following:

1)   Campbell Foundry (Harrison, New Jersey), refer to manhole and/or handhole details on Drawings for model number.

2)   Or approved equal.

**PART 3 - EXECUTION**

**3.1   INSTALLATION**

   A.   Install manholes and handholes where shown on Drawings. Verify final locations in field. Contractor shall be responsible for all excavation, backfilling and all other site work required for installation.

   B.   Complete installation of handholes so that structures are watertight.

   C.   Provide dewatering operations as required during construction of the handholes and ductbank system.

   D.   The minimum interior dimensions shall be as indicated on the drawings.

   E.   Duct entrances shall be sized and located to suit duct banks.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

SECTION 16450

GROUNDING SYSTEM

PART 1 - GENERAL

1.1  DESCRIPTION

A.  Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide a complete new grounding system for the new facilities and equipment as shown, specified and required by the National Electrical Code.

B.  Related Work Specified Elsewhere:

1.  Division 2, Site Work.

1.2  QUALITY ASSURANCE

A.  Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

1.  NEC Article 250, Grounding and Bonding.

2.  UL 467, Standard for Grounding and Bonding Equipment.

1.3  SUBMITTALS

A.  Shop Drawings: Submit for approval copies of manufacturer's technical information for grounding materials proposed for use.

B.  Test Data: Submit for approval results of ground resistance testing.

**PART 2 - PRODUCTS**

**2.1   MATERIALS**

   A.   Bare Ground Cable:

        1.   Material: Annealed, bare, stranded copper, No. 4/0 AWG minimum size unless specifically noted otherwise.

        2.   Manufacturers: Provide material manufactured by one of the following:

              a.   Wire and Cable Division of Anaconda Company.

              b.   General Cable Corporation.

              c.   Or approved equal.

   B.   Ground Rods, Material: Copperclad steel rods, 3/4-inch diameter, 10 feet long, unless otherwise noted on the Drawings. Heary Bros, cat #HB107-GR or equal.

   C.   Grounding Connectors:

        1.   Material: Pressure connectors to be copper alloy castings, designed specifically for the items to be connected, and assembled with Durium or silicone bronze bolts, nuts and washers. Welded connections to be by exothermic process utilizing molds, cartridges and hardware designed specifically for the connection to be made.

        2.   Product and Manufacturer: Provide material manufactured by one of the following:

              a.   Pressure Connectors:

                    1)   Burndy Corporation.

                    2)   O-Z/Gedney, Division of General Signal Corporation.

                    3)   Or approved equal.

              b.   Welded Connections:

    1)    Cadweld      by      Erico      Products, Incorporated.

    2)    Therm-O-Weld by Burndy Corporation.

    3)    Or approved equal.

## PART 3 - EXECUTION

### 3.1   FACILITY GROUND SYSTEM

A.   Install ground rods in locations shown on the drawings to provide a resistance to ground of less than 5 ohms.

B.   Weld all buried connections. Buried bolted connections are not permitted.

C.   Provide accessible test points for measuring the ground resistance of ground grids.

D.   Coordinate all work with site work by other trades.

E.   Ground new electrical services in accordance with NEC requirements.

### 3.2   EQUIPMENT GROUNDING

A.   Ground all electrical equipment in compliance with the National Electrical Code.

B.   Equipment grounding conductors shall be bare stranded copper cable of adequate size installed in metal conduit where necessary for mechanical protection.

C.   Connect ground conductors to conduit with copper clamps, straps or with grounding bushings.

D.   Connect to piping by welding or brazing. Use copper bonding jumpers on all gasketed joints.

E.   Connect to equipment by means of lug compressed on cable end. Bolt lug to equipment frame using holes or terminals provided on equipment specifically for grounding. Do not use hold-down bolts. Where grounding provisions are not included, drill suitable holes in locations designated by the Engineer.

F.   Connect to motors by bolting directly to motor frames, not to sole plates or supporting structures.

G.   Connect to service water piping by means of copper clamps. Use copper bonding jumpers on all gasketed joints.

H.   Scrape bolted surfaces clean and coat with a conductive oxide resistant compound.

## 3.3   TESTING

A.   Test the complete ground systems for continuity and for resistance to ground of less than five ohms using an electrical ground resistance tester. Furnish certified report to Engineer.

+ +   END OF SECTION   + +

# SECTION 16510

## LIGHTING FIXTURES

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide lighting fixtures as shown and specified.

B. Coordination: Coordinate location of fixtures with piping, ductwork, openings and other systems and equipment and locate clear of interferences.

C. Related Work Specified Elsewhere:

1. Section 16111, Conduit.

2. Section 16134, Outlet Boxes.

3. Section 16140, Snap Switches.

### 1.2 QUALITY ASSURANCE

A. Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

1. National Electrical Code.

2. UL 1598, Standard for Luminaires.

### 1.3 SUBMITTALS

A. Shop Drawings: Submit for approval copies of manufacturer's technical information for lighting fixtures, including ballasts.

### 1.4 SPARE PARTS

A. Fluorescent Lamps: 12 of each type specified.

B. Metal Halide and High Pressure Sodium Lamps: Two of each size required.

C.   Incandescent, Quartz and Sealed Beam Lamps: Two of each size required.

D.   LED Fixtures: One of each fixture type required.

## PART 2 - PRODUCTS

## 2.1   MATERIALS

A.   Type: Fixtures to be complete with supports, ballasts, lamps and incidentals as required.

B.   Lamps:

    1.   Fluorescent: Cool white, energy efficient type, screw in, 32 Watt, T-8, 48", Rapid-Start (GE or equal).

    2.   Metal Halide: G.E. "Multi-Vapor," or equal.

    3.   High Pressure Sodium: G.E. "Lucalox," or equal.

C.   Ballasts:

    1.   Fluorescent: Electronic energy efficient type. THD shall be less than 10%.

    2.   High Intensity Discharge: High power factor, constant wattage, stabilized autotransformer with line starting current the same or less than operating current.

    3.   Ballasts to have "C" sound rating (min.) and be ETL/CBM certified.

    4.   Ballasts shall be manufactured by General Electric, Magnetek, Advance or equal.

D.   Hardware: All necessary hangers, supports, conduit adaptors, reducers, hooks, brackets and other hardware required for safe fixture mounting shall be furnished. Hardware shall be stainless steel.

E.   Schedule: The lighting fixtures shall be provided in accordance with the following schedule:

| Type | General Description | Lamps | Mfgr. & Cat. No. |
|------|---------------------|-------|------------------|
| A | High output LED canopy fixture, cast aluminum, weather-tight, petroleum symmetric distribution, corrosion resistant, 350mA driver, 120/277V. | 40 LED | Beta LED model CAN-EDG-PS-PM-04-E-UL-BK-350-43K-26AS,or approved equal. |
| B | Wall mounted LED fixture, die cast aluminum, weatherproof, stainless steel hardware, forward throw, 350mA driver, 120V. | 48 High brightness LEDs | LSI Industries XPWS3-FT-LED-48-350-NW-UE-BLK-PCI120-26AS, or approved equal. |
| EM | Emergency light unit with battery pack, NEMA 12 enclosure, 120V. | (2) 8 Watt | Big Beam 2SE6S8, or approved equal. |
| EX | Wall mounted LED exit sign, emergency battery pack, damp location, 120V. | LED | Big Beam EXKL-2-R-W-W-U, or approved equal. |

## PART 3 - EXECUTION

## 3.1   INSTALLATION

A.   General: Fixture mounting heights and locations indicated on the Drawings are approximate and are subject to revision in the field where necessary to clear conflicts and obstructions.

B.   Suspended Fixtures: Pendant mount using 1/2-inch conduit stems. Ground to outlet box. Attach mounting to building structure with expansion anchors.

C.   Surface Mounted Fixtures: Attach to appropriate outlet box.

D.   Boxes and Fixtures:

1.   For units mounted against masonry or concrete walls, provide suitable 1/2-inch spacers to prevent mounting back of box directly against wall.

2.  Bolt units rigidly to building with expansion anchors, toggle bolts, hangers or Unistrut.

3.  No boxes shall be installed with open conduit holes.

4.  Cable each circuit and identify with tag.

E.  Mounting Heights: Mounting heights or elevations are to bottom of the fixture or to centerline of device.

F.  Install fixtures in conformance with the National Electrical Code.

G.  Relamp all fluorescent fixtures with new lamps at end of construction period, prior to final acceptance of the facilities by the Owner.

+ +   END OF SECTION   + +

SECTION 16670

LIGHTNING PROTECTION SYSTEM

PART 1 - GENERAL

1.1  Description

A.  Scope:

1.  Contractor shall furnish all labor, materials, equipment and incidentals required to provide an Underwriters' Laboratories listed master labeled lightning protection system for the new and existing facilities.

2.  The materials in this specification section are copper. If aluminum is required due to the construction of the packed tower, roof, etc., the equivalent aluminum conductors, air terminals, connectors, etc. shall be furnished and installed.

B.  Related Work Specified Elsewhere:

1.  Division 2, Site Work.

1.2  Quality Assurance

A.  All Work done under this Section shall be performed by a lightning protection contractor regularly engaged in the installation of Master Labeled lightning protection systems and who is approved for such Work by the Underwriters' Laboratories.

B.  Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

1.  National Electrical Code.

2.  NFPA 780 - Standard for the Installation of Lightning Protection Systems.

1.3  Submittals

A.  Shop Drawings: Submit the following for approval:

1. Layouts showing the lightning protection system for the facilities. These shall be "working drawings" produced by the lightning protection contractor. A copy of the Contract Drawings is not acceptable.

2. Manufacturer's technical information for the materials proposed for use in the systems.

## PART 2 - PRODUCTS

## 2.1 Materials

A. Primary Roof conductor:  Tinned, copper conductor 32 strands of 17 gauge.  65,600 circular mils, 215 lbs. per 1000 ft. Heary Bros. cat. #HB32-17CTI or equal.

B. Secondary Bonding Conductor:  Tinned, copper conductor 14 strands of 17 gauge, 28,500 circular mils, 92 lbs. per 1000 ft. Heary Bros cat. #HB6-CTI or equal.

C. Down Conductor:  Tinned, copper conductor 28 strands of 13 gauge, 131,500 circular mils, 420 lbs per 1000 ft. Heary Bros cat. #HB28-13CTI (tin plated copper) or equal.

D. Copper heavy duty straight splicer from cables 2/0 through 4/0.  Heary Bros. Cat #HB-27-CTI or equal.

E. Air Terminal and Base:

1) 5/8" dia x 24" solid Tinned copper air terminal with pan type spring support base.  Heary Bros. cat. #HBSOL-316CTI, HB38XX-CTI & HB1955 or equal.

2) 5/8" dia x 24" solid tinned copper air terminal with offset parapet air terminal base.  Heary Bros. cat. #HBSOL-316CTI and HB32CTI or HB1955 or equal.

3) 1/2" dia x 48" solid tinned copper air terminal with vertical air terminal base.  Heary bros. cat. #HBSOL-306CTI and HB22CTI, attached to pipe with 2 @ 10" dia. straps Heary Bros cat.  #HB-97CTI or equal.

4) Provide air terminal point shield number J15N13C by Northeast Lightning Protection Systems, Inc. or equal for all terminals on interior part of roof

and for any terminals on the perimeter of the roof located near access ladders.

F.   Bare Ground Cable:   Annealed, bare, stranded copper, No. 4/0 AWG minimum size by Wire and Cable Division of Anaconda Company, General Cable Corporation, or equal.

G.   Ground Rods:   Solid copper rods, 3/4 inch diameter, 10 feet long unless otherwise noted on the Drawings. Heary Bros.. cat. #HB-SOL 107CRXX or equal.   Furnish and install an inspection test well for each ground rod.   Test well shall be vitreous clay, 12 inches diameter, with cast iron gray cover, rated for H20 loading.

H.   Flashing connection Heary Bros.. cat. #HB-43CTI or equal.

I.   Vent pipe connection Heary Bros. cat #HB-1OOXCTI or equal.

J.   Roof drain connection Heary Bros.. cat. #HB-58XCTI or equal.

K.   Bonding plate connection Heary Bros.. cat. #HB-54CTI or equal.

L.   Cable connection Heary Bros.. cat. #HB-44CTI, HB-52CTI or equal.

M.   Cable fasteners Heary Bros.. cat. #HB-66CTI, HB-72CTI or equal.

N.   Water line connection Heary Bros.. cat. #HB97CTI, HB-57CTI or equal.

## PART 3 - EXECUTION

## 3.1   Installation

A.   Install a continuous cable loop on the roof interconnecting air terminal(s) to ground terminals per NFPA 780. Install air terminals on roof, fan housings and all equipment as required by NFPA 780.

B.   Fasten roof cables per NFPA 780.

C.   Bond all metal pipes and roof mounted metal structures to the roof loop or to the down lead cables.

D.   Bond any building steel framework to the down cables.

E.   Install two foot high air terminals per NFPA 780.

F.   Weld all buried connections.  Buried bolted connections are not permitted.  Welded connections to be made by exothermic process utilizing molds, cartridges and hardware designed specifically for the connection to be made.

G.   Coordinate all work with site work by other trades and suppliers.  Special attention is directed to air terminal and conductor installation on the HVAC equipment and roof coordinate with roofing installation to ensure warranty and integrity of roof.

H.   Protect all down conductors to prevent physical damage or displacement per NFPA 780.  Installation of conductors, conduits and fasteners shall not cause a tripping hazard to personnel.

I.   Each grounding system (underground metallic piping systems, etc.) shall be bonded together.

J.   All air terminals shall be installed in the vertical position.

## 3.2   Testing

A.   Test the complete system for continuity and for resistance to ground.

B.   Inspect the system for proper installation.

C.   Inspection and testing to be performed by personnel regularly engaged in the installation and testing of Master Labeled lightning protection systems.

+ +   END OF SECTION   + +

SECTION 16770

ELECTRIC HEATERS

PART 1 - GENERAL

1.1  DESCRIPTION

A.  Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide electric unit heaters and convection heaters complete with accessories including mounting brackets as shown and specified.

B.  Related Work Specified Elsewhere:

1.  General and Special Conditions.

2.  Section 16925, Control Stations.

1.2  QUALITY ASSURANCE

A.  Requirements of Regulatory Agencies: Comply with applicable provisions of regulatory agencies below and others having jurisdiction.

1.  Underwriters Laboratories, Incorporated.

2.  National Electrical Code (NEC).

3.  Local and State Building Codes and Ordinances.

a.  New York State Uniform Fire Prevention and Building Code.

b.  New York State Energy Conservation Code.

B.  Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified.

1.  Air Moving and Conditioning Association (AMCA).

2.  American Society of Heating, Refrigeration, and Air Conditioning Engineers (ASHRAE).

3. National Electrical Manufacturers Association (NEMA).

4. National Fire Protection Association (NFPA).

C. Units must bear UL label.

**1.3   SUBMITTALS**

A. Shop Drawings: Submit for approval Shop Drawings showing the following:

1. Dimensions.

2. Capacities.

3. Materials of Construction.

4. Finishes.

5. Manufacturer's literature, illustrations, specifications and engineering data.

6. Interconnecting wiring diagrams.

B. Test Reports: Submit the following test certifications for approval.

1. UL Label.

C. Operation and Maintenance Data:

1. Furnish O&M manuals in accordance with the General and Special Clauses.

**1.4   PRODUCT DELIVERY, STORAGE AND HANDLING**

A. Store equipment inside and keep clean and free from damage.

B. Handle to prevent damage during installation and storage.

## PART 2 - PRODUCTS

### 2.1   DESIGN CONDITIONS

A.   Design conditions shall be as indicated on the Drawings.

### 2.2   DETAILS OF CONSTRUCTION

A.   Electric Unit Heaters (type EUH in dry locations, type EUH-SS in corrosive locations):

1.   Casing:

   a.   Material: 18 gauge die formed steel and finished in high gloss baked enamel in dry locations (type EUH heaters), 16 gauge stainless steel in corrosive locations (type EUH-SS heaters).

   b.   Fabrication: Front and back halves joined together at top and bottom.

   c.   Mounting: Provided with wall hanger bracket. Mounting brackets shall be dip painted with a corrosion resistant primer in dry locations (type EUH heaters). Mounting brackets shall be stainless steel in corrosive locations (type EUH-SS heaters).

2.   Construction:

   a.   Cast Aluminum with nickel chromium resistance wire or finned resistance elements in dry locations (type EUH heaters). Stainless steel resistance elements in corrosive locations (type EUH-SS heaters).

   b.   Integral thermal limit switch.

   c.   Maximum operating temperature: 400° F at 70°F ambient.

   d.   Suitable for operation on 480V, 3 phase service, as scheduled.

3.   Fans:

    a.   Type: Broad blade axial flow-type design.

    b.   Construction: Aluminum.

    c.   Attached to steel hub.

    d.   Dynamically balanced.

4.   Motors:

    a.   Type: Single speed.

    b.   Enclosure: Totally enclosed.

    c.   Mounting: Resilient mounted.

    d.   Bearings: Permanently lubricated, sealed bearings.

    e.   Overload Protection: Provide integral overload protection.

    f.   Capacity: To match fan requirements.

    g.   Produced, rated, tested in accordance with NEMA standards.

    h.   Suitable for 40 C ambient temperature.

5.   Air deflectors:

    a.   Horizontal type.

    b.   Adjustable for downward, upward or straight air flow.

6.   Capacity: As shown on the Schedule.

7.   Thermostats (Remote):

    a.   Construction: Rugged thermoplastic, NEMA 4X rated. Exposed portion of the liquid-filled sensing elements shall be plated and plastic coated to resist damage in corrosive atmospheres.

b.  Range: 30° to 110°F with an adjustable differential of 3° to 12°F.

c.  Contact: Output shall be single pole double throw switch rated 16.0 AC full load amperes, 96.0 AC locked rotor amperes and 16.0 amperes resistive at 120 volts AC.

d.  Products and Manufacturers: Johnson Controls Model A19PRC-1C, or equal.

8.  Thermostats (Integral): Field installable and replaceable, 40° to 90°F range.

9.  Control Transformers: Built-in for 24-volt operation with 24-volt relay-holding coil.

10.  Fan delay switches.

11.  Contactors: Built-in heavy duty 600 volt.

12.  Products and Manufacturers:

a.  Type EUH: Modine type HE; Chromalox type LUH; or approved equal.

b.  Type EUH-SS: Valad Electric Heating Corp. type 206, 207, 209 or 210 depending on wattage, telephone number 914-631-4927); or approved equal.

## 2.3  SPARE PARTS

A.  Provide four spare fuses of each size and type.

## PART 3 - EXECUTION

## 3.1  HEATER SCHEDULE

| Drawing Designation | Location | Rating | Voltage | Type |
|---|---|---|---|---|
| EUH-1 | Well Building, Lime Room | 3 kw | 480V, 3 Phase | EUH-SS |
| EUH-2 | Well Building, Chlorine Room | 3 kw | 480V, 3 Phase | EUH-SS |

<u>Legend</u>:

EUH     - Electric Unit Heater (dry locations)
EUH-SS - Electric Unit Heater - stainless steel construction
       (corrosive locations)

**3.2 THERMOSTATS**

    A.  Heaters shall have remote thermostats.

**3.3 INSPECTION**

    A.  Inspect units for damage prior to installation and correct if necessary as recommended by manufacturer.

**3.4 INSTALLATION**

    A.  Install cabinets level and plumb.

    B.  Mounting hardware, including supplementary brackets and supports, shall be stainless steel.

    C.  Install units in accordance with details on the Drawings and approved Shop Drawings.

    D.  Install thermostats on 3/4" plywood backboard.

    E.  Complete electrical connections as shown.

**3.5 CLEANING**

    A.  Clean tar, cement or other dirt from units.

    B.  Remove debris and other waste material resulting from installation.

**3.6 ADJUSTMENTS**

    A.  Set air deflectors for proper air delivery.

    B.  Set thermostat for required setting.

+ +   END OF SECTION   + +

SECTION 16920

MOTOR CONTROL CENTERS AND
VARIABLE FREQUENCY DRIVES

PART 1 - GENERAL

1.1    DESCRIPTION

A.    Scope of Work:

1.    The Contractor shall furnish all labor, materials, equipment and incidentals required to provide new motor control centers as shown and specified.

2.    The Contractor shall furnish and install a variable frequency drive (VFD) for the Booster Pump.

3.    The VFDs shall be inverter type, variable torque, suitable for use with the pump.

4.    The Contractor shall furnish and install reduced voltage starters (RVSSs) for the Well Pump and Blower.

5.    The VFD and RVSSs shall be mounted in motor control center lineups as shown and described herein.

6.    The Well Pump in the Well Building motor control center shall be controlled as follows:

a.    There shall be a Hand-Off-Auto switch on the compartment. In the "Hand" position, the well pump shall operate as long as the blower safeties are satisfied (permissive contact from the Aeration System Control Panel). In the "Off" position, the well pump shall not operate. In the "Auto" position, the well pump shall operate based on a "run" command" (normally open dry contact, closed to call for well pump operation) from the Aeration System Control Panel.

b.   The well pump motor starter shall provide a run signal (normally open dry contact, closed for pump operating) to the Aeration System Control Panel and to the Blowoff Valve Control Panel.

c.   The well pump control circuit shall have an interlock with the Well Blowoff Valve Control Panel to prevent the well from operating on "incomplete valve cycle."

d.   The well pump motor starter compartment shall include an emergency stop pushbutton, an elapsed time meter, on/off pilot lights and a three phase ammeter with selector switch.

e.   Controls for Backspin Timer Function:   The control circuit shall prevent the pump from being restarted for an adjustable time period (0 to 5 minutes) after the pump is shut down.   The timer shall be mounted on the front of the motor control center compartment.

f.   Controls for Prelube Solenoid Valve:   There will be a prelube solenoid valve for the pump.   The control circuit shall open the prelube solenoid valve prior to the pump starting.   The solenoid valve shall then close after a selectable time period.

g.   Current transmitter for transmission of running amps (on a single phase) to SCADA.

h.   The well pump motor starter shall have a normally open auxiliary motor run contact for connection to the Chemical Safety Panel.

7.   The Booster Pump in the Packed Tower Building shall be controlled as follows:

a.   There shall be a Hand-Off-Auto selector switch on the VFD compartment.   In the "Hand" position, the pump shall operate.   In the "Off" position, the pump shall not operate.   In the "Auto" position, the pump shall operate at variable speed based upon a

4-20mA DC signal or at a preset fixed speed (set at 100%) based upon a "run" command contact closure (normally open dry contact, closed to call for pump operation) from the Aeration System Control Panel.

b. In "Hand" mode, the speed shall be capable of being controlled manually from the VFD keypad.

c. The VFD shall provide a run signal (normally open dry contact, closed for pump operating) to the Aeration System Control Panel for pump on/off status.

d. The VFD shall provide a run signal (normally open dry contact, closed for pump operating) to the Chemical Safety Panel for pump on/off status.

e. The VFD compartment shall include an emergency stop pushbutton, an elapsed time meter, on/off pilot lights and a three phase ammeter with selector switch.

f. Current transmitter for transmission of running amps (on a single phase) to SCADA.

8. The Blower in the Aeration Building shall be controlled as follows:

a. There shall be a Hand-Off-Auto selector switch on the compartment. In the "Hand" position, the blower shall operate. In the "Off" position, the blower shall not operate. In the "Auto" position, the blower shall operate based upon a "run" command (normally open dry contact, closed to call for blower operation) from the Aeration System Control Panel.

b. The blower motor starter compartment shall contain an over/under current relay that shall provide a normally closed dry contact (opens on under current) to the Aeration System Control Panel.

  c. The blower motor starter shall provide a run signal (normally open dry contact, closed for blower operating) to the Aeration System Control Panel for blower on/off status.

  d. The blower motor starter compartment shall include an emergency stop pushbutton, an elapsed time meter, on/off pilot lights and a three phase ammeter with selector switch.

  e. Current transmitter for transmission of running amps (on a single phase) to SCADA.

9. The VFDs furnished (or similar earlier generation VFDs by the same manufacturer) shall have been used for a minimum of 10 years in similar wastewater pumping applications.

10. Furnish VFDs in accordance with the following schedule:

| Equipment | Motor HP | Voltage | Maximum Dimensions |
|-----------|----------|---------|--------------------|
| Booster Pump | 100 | 480 | MCC |

  Note: 1. The VFD shall be incorporated in a motor control center as noted. Refer to Drawings for maximum allowable dimensions.

B. Coordination:

  1. Review installation procedures under other sections and coordinate the Work under this section accordingly.

C. Related Work Specified Elsewhere:

  1. Refer to General and Specific Clauses for guarantees, shop drawings, technical manuals, etc.

  2. Section 18500, SCADA System Work.

  3. Section 16926, Automatic Transfer Switches.

## 1.2   QUALITY ASSURANCE

A.   The AC drive and all options shall be UL listed according to Electric Industrial Control Equipment Specification UL 508C. A UL label shall be attached inside each enclosure as verification.

B.   The AC drive shall be designed, constructed and tested in accordance with NEMA, NEC and VDE standards.

C.   The manufacturer of the AC drive shall be a certified ISO 9002 facility.

D.   The motor control centers shall comply with the applicable provisions and recommendations of the following except where otherwise shown or specified:

   1.   NEMA AB-1, Molded Case Circuit Breakers

   2.   NEMA ICS 1, General Standards for Industrial Control

   3.   NEMA ICS 2, Standard for Industrial Control Devices, Controllers and Assemblies

   4.   UL 489, Standard for Molded Case Circuit Breakers and Circuit Breaker Enclosures

   5.   UL 508, Standard for Industrial Control Equipment

   6.   UL 845, Standard for Motor Control Centers

## 1.3   SUBMITTALS

A.   Shop Drawings: Submit for approval manufacturer's technical information, including the following:

   1.   Catalog cuts of all components.

   2.   Enclosure detail, including dimensions.

   3.   Schematic diagrams and interconnecting wiring diagrams.

   4.   Graphical screens for operation interface terminals.

   5.   Remote control panels and control stations.

      6.    Written description of system operation.

      7.    Installation instructions.

      8.    Recommended spare parts list.

B.    Operation and Maintenance Manuals: Submit for approval operation and maintenance manuals in accordance with the requirements of Section 01730, Operation and Maintenance Data, and the General and Supplementary Conditions.

## 1.4  SPARE PARTS

A.    The Contractor shall furnish all spare parts with the equipment, neatly wrapped or boxed, indexed and tagged with complete information for use and reordering.

B.    Spare Parts: Supply the following:

      1.    One VFD of each size.

      2.    Two control power transformers of each type.

      3.    Four relays of each type (including phase failure, time delay and control relays).

      4.    Six fuses of each type.

      5.    One set of air filters for each VFD.

      6.    One contactor for each type.

      7.    One circuit breaker/MCP for each type (not including main breaker).

      8.    One overload relay for each type.

      9.    One heater coil for each type.

     10.   Twelve lamps for each type.

# PART 2 - PRODUCTS

## 2.1   MOTOR CONTROL CENTERS

A.   General:   Motor control center lineups shall be provided as described herein and on the Drawings.

    1.   Service:   Motor control center shall operate from a 480 volt, 3 phase, 60 Hertz system.

    2.   Wiring:   NEMA Class II, Type B.

    3.   Enclosure:   NEMA 12 Gasketed.

    4.   Finish:   ANSI 49 medium gray.

B.   Construction:

    1.   Totally enclosed structure, dead front, consisting of nominal 20-inch wide, 90-inch high vertical sections bolted together to form a unit assembly. Depth shall be as shown on the drawings.

    2.   Removable lifting angles for each shipping section.

    3.   Shipping sections shall be limited as required to pass through doorway.   See Drawings for size of doorway.

    4.   Two removable floor sills for mounting.

    5.   Horizontal wireways top and bottom, isolated from horizontal bus and readily accessible.

    6.   Isolated vertical wireways with cable supports, accessible through hinged doors separate from the controller units.

    7.   All metal nonconducting parts electrically continuous.

    8.   Structure shall be completely gasketed, including unit doors, bottom plates, and cover plates.

C.   Bus System:

    1.   Bus bracing shall be 65,000 amps RMS symmetrical minimum.

2.   All bus bars shall be tin plated copper and rated for UL heat rise standards.

3.   Main Horizontal Bus: Continuous, edge mounted, and isolated from wireways and working areas, 800 Amp minimum, continuous rating.

4.   Vertical Bus: Continuous, and isolated by a glass polyester barrier, 300 Ampere minimum continuous rating.

5.   Grounding Bus: Full capacity, full length mounted across the bottom, drilled with lugs of appropriate capacity as required.

6.   Neutral Bus: Full capacity, full length across the motor control center lineup (where indicated for a specific motor control center).

7.   Bus bar connections easily accessible and maintainable with simple tools.

D.   Unit Compartments:

1.   Individual front door for each unit compartment with engraved nameplate identifying equipment. Nameplates to be 1-inch by 3 inches minimum secured to unit door with two screws. Engraved letters shall be 1/2-inch high.

2.   Starter and feeder-unit doors interlocked mechanically with the unit disconnect device to prevent unintentional opening of the door while energized and unintentional application of power while door is open, with provisions for releasing the interlock for intentional access and/or application of power.

3.   Padlocking arrangement permitting locking the disconnect device in the OFF position with at least three padlocks with the door closed or open.

4.   Provide main circuit breakers with auxiliary back contact to close when breaker closes, wired to auxiliary device for interlocking, where shown on the Drawings.

5. Minimum motor starter size shall be NEMA 1. Starter units completely draw out type in Sizes 1 and 2 and draw out type after disconnecting power leads only in Sizes 3 and 4.

6. Motor starters shall include a magnetic contactor, NEMA rated with encapsulated magnet coils. Wound coils are not acceptable.

7. Overload Relays: Three melting alloy type, manually reset from outside the enclosure by means of an insulated button with normally open auxiliary contact for remote alarm purposes and separate heater elements sized for the full load amperes of the actual motors furnished.

8. Individual control power transformers for all starters, capacity as required for all control circuit devices, 100VA minimum, 120 volt secondary with two primary fuses, one secondary fuse and the other secondary leg grounded. Transformers shall have Class A insulation.

9. Separate Control: Where control power is provided by a separate power source a control power fuse shall be provided in the unit and the main disconnect shall be equipped with a normally open contact to isolate the control circuit from the source when the controller disconnect is open.

10. Motor horsepowers shown are preliminary. Circuit breaker trips and starter overload heaters to be coordinated with the actual equipment installed. Obtain all motor data for equipment furnished.

11. Auxiliary contacts, relays, timers shall be provided as required for the control functions shown on the Drawings and/or specified.

12. Provide starter devices, including spare contacts wired to numbered terminal blocks.

13. Control devices shall be 600 volt heavy duty, NEMA A600. Relays shall have convertible contacts. Pilot devices shall be oil tight. Pilot lights shall be push-to-test, L.E.D., transformer type with 6 volt secondary.

14.  Main and Feeder Circuit Breakers:  Thermal magnetic type, 100 Amp minimum frame, 65,000 amp I.C.S. minimum at 480 volt.

15.  Combination Motor Starter Circuit Breakers: Magnetic trip only motor circuit protectors, 65,000 amp I.C.S. minimum at 480 volt.

16.  Bus Metering (Microprocessor Based):

   a.  The new motor control center in the Booster Building shall contain microprocessor based three-phase metering to monitor and display phase currents, voltage (line-line, line-neutral), real power and reactive apparent power, power factor, frequency, energy (watt hours, VAR- hours, and VA-hours) and total harmonic distortion readings for voltage and current.

   b.  The metering device shall have one normally open and one normally closed contact for power failure condition.

   c.  Ethernet output for transmission of phase to phase voltages and amperage on each phase to SCADA.

17.  Voltage Transmitters: Motor control center shall be furnished with a voltage transmitter on the emergency side of the automatic transfer switch (generator voltage).  Voltage transmitters shall provide line-line voltages for all three phases and shall provide a 4-20mA signal for each.

18.  Motor control center shall be furnished with a phase failure relay on the normal side of the automatic transfer switch for PSEG power fail alarm.

19.  Under Current Monitors:  The blower motor starter shall be furnished with an over/under current monitor to detect if the blower is running unloaded (broken belt, etc.).  Monitor shall be Time Mark 2742 series, or approved equal.

20.   Surge Suppressor/Filter:

    a.   On the motor control center bus, of the new motor control center in the Booster Building, of the main-tie-main sections, furnish a surge suppression and filtering system. Suppression system shall utilize metal oxide varistors and shall conform to UL 1449 requirements. Single pulse surge current capacity shall be 200,000 amps per phase. The filtering system shall conform to UL 1283 requirements.

    b.   The surge suppresser/filter shall be housed in a NEMA size 1 stab-in MCC housing. Ground lug and neutral lug shall be furnished as required.

    c.   Each surge suppresser/filter shall include an integral fused disconnect switch.

    d.   Surge suppresser/filtering systems shall be Model 202XT as manufactured by MCG Surge Protection, or approved equal.

E.   Product and Manufacturer: Provide equipment manufactured by one of the following, latest design:

1.   Square D

2.   General Electric

3.   Cutler Hammer/Eaton

4.   Toshiba

5.   Or approved equal.

The motor control centers shall be of the same manufacturer as the variable frequency drive manufacturer to ensure uniformity and single source responsibility.

F.   Size Limitation: The Contractor is advised that the overall dimensions of the motor control centers shown on the contract drawings are regarded as critical, "not to exceed" dimensions, and have been confirmed as feasible with several manufacturers. Submittals of motor control center shop drawings with greater

dimensions than those shown will result in immediate disapproval.

## 2.2   VARIABLE FREQUENCY DRIVES

A.   Features:

1.   The VFDs shall be rated 480V AC. The VFD shall provide microprocessor-based control for three-phase induction motors.

2.   The VFDs shall be of the Pulse Width Modulated (PWM) design converting the utility input voltage and frequency to a variable voltage and frequency output via a two-step operation. Adjustable current source VFDs are not acceptable. Insulated Gate Bipolar Transistors (IGBTs) shall be used in the inverter section. Bipolar junction transistors, GTOs or SCRs are not acceptable.

3.   The VFDs shall have an efficiency at full load and speed that exceeds 95%. The efficiency shall exceed 90% at 50% speed and load.

4.   The VFDs shall maintain the line side displacement power factor at no less than 0.96, regardless of speed and load.

5.   The VFDs shall have a one (1) minute overload current rating of 150% for constant torque drives. The VFD shall have a one (1) minute overload current rating of 110% for variable torque drives.

6.   The VFDs shall be capable of operating any NEMA design B squirrel cage induction motor, regardless of manufacturer, with a horsepower and current rating within the capacity of the VFD.

7.   The VFDs shall be able to start into a spinning motor. The VFDs shall be able to determine the motor speed in any direction and resume operation without tripping.

8.   Standard operating conditions shall be:

    a.   Incoming power: Three-phase, 480 V AC, +10% to -15%, and 50/60 Hz (±5 Hz) power to a fixed potential DC bus level

    b.   Frequency stability of ±0.5% for 24 hours with voltage regulation of ±1% of maximum rated output voltage

    c.   Speed regulation of ±0.5% of base speed

    d.   Load inertia dependant carryover (ride through) during utility loss

    e.   Insensitive to input line rotation

    f.   Humidity: 0 to 95% (non-condensing and non-corrosive)

    g.   Altitude: 0 to 3,300 feet (1000 meters) above sea level

    h.   Ambient temperature: -10 to 50 degrees C (constant torque), -10 to 40 degrees C (variable torque)

    i.   Storage temperature: -40 to 60 degrees C.

B.   Control Functions:

1.   Frequently accessed VFD programmable parameters shall be adjustable from a digital operator keypad located on the front of the VFD. The VFD shall have a three-line alphanumeric programmable display with status indicators. Keypads shall use plain English words for parameters, status, and diagnostic messages. Alphanumeric codes and tables are not acceptable.

2.   Standard advanced programming and troubleshooting functions shall be available by using a personal computer's (PC's) communication port and Windows® based software. In addition the software shall permit control and monitoring via the VFD's communication port. The manufacturer shall supply the required software.

3.  The operator shall be able to scroll through the keypad menu to choose between the following:

    a.  Monitor

    b.  Operate

    c.  Parameter setup

    d.  Actual parameter values

    e.  Active faults

    f.  Fault history

    g.  LCD contrast adjustment

    h.  Information to indicate the standard software and optional features software loaded.

4.  The following setups and adjustments, at a minimum, are to be available:

    a.  Start/stop command from keypad, remote or communications port

    b.  Speed command from keypad, remote or communications port

    c.  Motor rotation selection

    d.  Maximum and minimum speed limits

    e.  Acceleration and deceleration times, two settable ranges

    f.  Critical (skip) frequency avoidance

    g.  Torque limit

    h.  Multiple attempt restart function

    i.  Multiple preset speeds adjustment

    j.  Catch a spinning motor start or normal start selection

    k.  Programmable analog output

1.  Proportional/integral process controller.

C.  System Interfaces:

1.  Inputs – A minimum of six (6) programmable digital inputs, two (2) analog inputs and serial communications interface shall be provided with the following available as a minimum:

    a.  Remote manual/auto

    b.  Remote start/stop

    c.  Remote forward/reverse

    d.  Remote preset speeds

    e.  Remote external trip

    f.  Remote fault reset

    g.  Process control speed reference interface, 4-20 mAdc

    h.  Potentiometer and 1-10V DC speed reference interface

    i.  Communications port

2.  Outputs – A minimum of two (2) discrete programmable digital outputs, one (1) programmable open collector output, and one (1) programmable analog output shall be provided, with the following available at minimum.

    a.  Programmable relay outputs with one (1) set of Form C contacts for each, selectable with the following available at minimum:

        1)  Fault

        2)  Run

        3)  Ready

        4)  Reversing

        5)  Jogging

        6)  At speed

        7)  In torque limit

        8) Motor rotation direction opposite of commanded

        9) Over temperature.

    b. Programmable analog output signal, selectable with the following available at minimum:

        1) Output current

        2) Output frequency

        3) Motor speed

        4) Motor torque

        5) Motor power

        6) Motor voltage

        7) DC link voltage

D. Monitoring and Displays:

    1. The VFDs display shall be a LCD type capable of displaying three (3) lines of text and the following thirteen (13) status indicators:

        a. Run

        b. Forward

        c. Reverse

        d. Stop

        e. Ready

        f. Alarm

        g. Fault

        h. Local

        i. Panel

        j. Remote

        k. Hand

        l. Auto

  m. Off

2. The VFDs display shall be capable of displaying the following monitoring functions at a minimum:

  a. Output frequency

  b. Output speed

  c. Motor current

  d. Motor torque

  e. Motor power

  f. Motor voltage

  g. DC-link voltage

  h. Heatsink temperature

  i. Total operating days counter

  j. Operating hours (resettable)

  k. Voltage level of analog input

  l. Current level of analog input

  m. Digital inputs status

  n. Digital and relay outputs status

3. Protective Functions:

  a. The VFDs shall include the following protective features at minimum:

    1) Overcurrent

    2) Overvoltage

    3) Inverter fault

    4) Undervoltage

    5) Phase loss

    6) Output phase loss

    7) Undertemperature

    8) Overtemperature

        9)    Motor stalled

       10)   Motor overtemperature

       11)   Motor underload

       12)   Logic voltage failure

       13)   Microprocessor failure

       14)   The VFDs shall provide ground fault protection during power-up, starting, and running. VFDs without ground fault protection during running are not acceptable.

4.   Diagnostic Features:

    a.   Fault History:

       1)   Record and log faults.

       2)   Indicate the most recent first, and store up to 9 faults.

E.   VFD Accessories:

1.   Thermal magnetic circuit breaker, 65,000-amp interrupting capacity on the line side of the VFD to provide a disconnecting means. Operating handle shall protrude from the door. The handle position shall indicate ON, OFF and TRIPPED condition. The handle shall have provisions for padlocking in the OFF position with at least three (3) padlocks. Interlocks shall prevent unauthorized opening or closing of the VFD door with the disconnect handle in the ON position. This shall be defeatable by maintenance personnel.

2.   Bypass Control Circuitry (Not Required):

    a.   Controls to bypass the VFD shall be mounted integrally to each VFD enclosure.

    b.   The bypass shall utilize an input circuit breaker to isolate the reduced voltage solid state starter and bypass contactor from the variable frequency drive.

    c.    An output contactor, NEMA rated for pump motor horsepower, shall be electrically and mechanically interlocked with the contactor on the load side of the VFD.

3.    Solid State Reduced Voltage Starters (Not Required as Bypass to VFD):

    a.    Solid state starters shall be U.L. listed.

    b.    Solid state starters shall be of the voltage ramping type.

    c.    The starting current shall be adjustable from 100% to 400% of motor full load current.

    d.    The starting ramp period shall be adjustable from 2 to 30 seconds.

    e.    The current limit shall be adjustable from 100% to 400% of motor full load current.

    f.    The voltage shall be reduced at motor terminals when the motor is running at no load or is lightly loaded.

    g.    There shall be six SCRs, two per phase.

    h.    Adjust all settings as recommended by the pumping equipment manufacturer to suit the engineer.

    i.    Starters shall be rated heavy duty. Horsepower ratings shall be as required for pump motors.

    j.    The starters shall include over temperature protection, shorted SCR protection, and phase imbalance/phase loss protection.

    k.    The starters shall include metal oxide varistors for transient protection.

    l.    If any of the conditions described in "j" occurs, an overload is detected from the bimetallic overload relay, or phase failure is detected from the phase failure relay, starting of the motor shall be inhibited or

the solid state starter shall be shut down if operating.

m.   Each starter shall include a HMCP Motor Circuit Protector for short circuit protection. Continuous recurrent rating shall be as required for the motor. Interrupting rating shall be 65,000 amps symmetrical at 480 volts.

n.   Each starter shall be furnished with an externally operable hand reset ambient compensated bimetallic overload relay with heaters sized per motor full load current. Overload relay shall have a spare normally open contact.

o.   Provide the following accessories for each starter:

1)   One normally open and one normally closed auxiliary motor run contacts.

2)   One normally open and one normally closed contact to signal solid state starter alarm condition (over temperature, shorted SCR).

3)   LEDs for fault condition, running, starting and stopping (integral to starter).

4)   Master terminal strip for all remote connections.

5)   Control power transformer with fused primary and secondary.

6)   High speed solid state fusing on power input of solid state starter.

4.   Four normally open and four normally closed auxiliary motor run contacts.

5.   One normally open and one normally closed contact for each of the following conditions:

a.   VFD fault.

b.   Motor at speed.

6. Door mounted operators and individual indicators.

    a. Hand-Off-Automatic switch (if noted as required)

    b. Manual-Automatic speed control switch (if noted as required)

    c. VFD motor "run" light

    d. VFD running elapsed time meter

    e. VFD fault reset button

    f. Ammeter

    g. Power "on" light

    h. Keypad operator for speed setting (zero to 100% speed graduations). Potentiometers are not acceptable.

    i. Percent of full speed LED digital meter.

    j. The VFD circuit breaker shall be operated with "through the door" rotary operators.

7. Control power transformers, as required, with fused primary and secondary.

8. Time delay, adjustable 0-60 seconds, for motor starting (capability of staggered starting of equipment).

9. Elapsed time meters shall be synchronous motor type with digital readout counter for panel mounting. The register shall read 0-99,999.9 hours and shall be nonreset, 3 1/2" wide.

10. Surge Protection:

    a. Line-to-line and line-to-ground protection shall be provided. This protection shall exceed the requirements of ANSI/IEEE standard C62.1-1984 section 8.6.1 and 8.7.3 by a factor of at least 300%.

    b.   Voltage clamping time shall be less than 5 nanoseconds with a maximum surge current of 30,000A RMS at a clamping voltage 552 VAC.

    c.   Clamping voltage levels shall be specifically sized for the applied system voltage as well as the winding and grounding configuration of the supply transformer. These voltage levels will be chosen to assure minimizing system voltage excursion.

    d.   One arrestor complete with circuit breaker disconnect, is to be supplied at the input of the VFD.

    e.   Unit shall be manufactured by Ingram Products, or equal.

11.   Phase Monitor:

    a.   A phase monitor shall be provided at the input of the VFD.

    b.   The phase monitor shall be at a minimum, protect against the following conditions:

        1) overvoltage

        2) undervoltage

        3) phase reversal

        4) phase imbalance

        5) loss of phase

    c.   The phase monitor shall have an integral fault light as well as (1) form-C isolated contact for alarm indication.

    d.   Unit shall be manufactured by Diversified, or equal.

12.   Current Transmitter: Current transmitter with current transformer shall be provided for monitoring one phase and shall provide a 4-20mA signal.

13.   Master terminal strip for all remote connections.

14. Handheld terminal with cable which can be used to troubleshoot and interrogate programming panel. VFD shall have connector for terminal cable. One handheld terminal shall be furnished.

15. Reactors:

a. Furnish and install a line reactor, 5% impedance, on the input to each VFD.

F. VFD Enclosure:

1. The VFDs shall be housed in NEMA 12 ventilated motor control centers.

G. Manufacturer:

1. Variable frequency drives shall be Square D, General Electric/Fuji, Toshiba or approved equal. VFD furnished shall be the current generation model by the manufacturer.

## 2.3 REDUCED VOLTAGE SOLID STATE STARTERS (FOR WELL PUMP AND BLOWER)

A. Codes and Standards

1. Solid state starters shall be UL listed.

2. Solid state starters shall meet the applicable requirements of NEMA.

3. Solid state starters shall be horsepower rated for motor

B. Performance and Function

1. The soft start acceleration ramp time shall be adjustable from 2 to 30 seconds.

2. The initial torque shall be adjustable from 5% to 90% of locked rotor torque.

3. The soft stop deceleration ramp time shall be adjustable from 2 to 60 seconds.

4. A "kickstart" feature shall be field selectable from 0.4 to 2.0 seconds to provide a pulse of 500%

of full load current. Normal ramp to resume after kickstart.

5.  The controller shall be capable of starting at full voltage (across the line).

6.  A current limit feature shall be provided to limit amperes to an adjustable 50 to 500% of full load current.

7.  The starters shall be rated for use in ambient temperatures ranging from 0°C to 50°C.

8.  The starters shall be rated for use in relative humidity of 5-95%, noncondensing.

9.  Controller shall include a bypass contactor (separate from RVSS, not integral to RVSS) for operation at full voltage.

10. Overload rating to be 450% for 30 seconds.

C.  Protection

1.  Protection shall be provided for the following during "Starting" and "Running" modes, start fault, line fault, temperature fault and stalled motor.

2.  If any of the conditions described in (a) occurs, phase imbalance or phase loss occurs, or an overload is detected from the bimetallic overload relay, starting of the controller shall be inhibited, or the controller shall be shut down if it is operating.

3.  LED indicators shall provide for advisory status and fault indication (running, start fault, stalled motor, temperature fault, line fault).

4.  Phase imbalance and phase loss protection.

5.  Each starter shall include a magnetic trip only motor circuit protector for short circuit protection. Continuous current rating shall be as required for the motor. Interrupting rating shall be 65,000 amps symmetrical at 480 volts.

6. Each starter shall be furnished with an externally operable hand reset ambient compensated overload relay with heaters sized per motor full load current. Overload relay shall have a spare normally open contact.

7. Each starter shall be furnished with metal oxide varistors for transient protection on the line side. MOVs shall be rated a minimum of 80 joules.

D. Power Modules

1. The power modules shall have heatsink assemblies for cooling.

2. There shall be six SCRs, two per phase.

E. Provide the following accessories for each starter:

1. One normally open and one normally closed spare auxiliary motor run contacts. These are in addition to the auxiliary motor run contacts required as described herein.

2. One normally open and one normally closed contact to signal solid state starter alarm condition (over temperature, shorted SCR, etc.).

3. Master terminal strip for all remote connections.

4. Control power transformer with fused primary and secondary (if required).

5. Pilot lights (push-to-test) for motor run, motor off and solid state starter alarm/motor overload. Pilot light for solid state starter alarm/motor overload shall have reset pushbutton to latch pilot light until manually reset.

6. Elapsed time meter, 3 1/2" diameter, non-reset, synchronous motor type.

7. Three phase ammeter. Ammeter shall be switchboard time, analog, 3 1/2" in diameter. Ammeter shall be manufactured by Crompton or approved equal.

8. Three position switch for Hand/Off/Remote.

9. Current Transmitter: Current transmitter with current transformer shall be provided for monitoring one phase and shall provide a 4-20mA signal.

10. Controls for Backspin Timer Function and Prelube Solenoid Valve (Well Pump): Control circuit shall prevent the pump from being restarted for an adjustable time period (0 to 5 minutes) after the pump is shut down. Timers shall be multi-function, digital setting type.  Timers shall be IDEC GT3D-8 or approved equal.

11. Surge Arrestor: Furnish and install a surge arrestor to protect the motor starter. Surge arrestor shall be fused, with fuses sized as per the surge arrestor manufacturer's recommendations. Surge arrestor shall be Delta Model LA603 or approved equal.

F. Adjust all settings as recommended by the pump control system manufacturer.

G. Product and Manufacturer: Provide equipment manufactured by one of the following:

1. Square D

2. WEG

3. Or approved equal

## PART 3 - EXECUTION

## 3.1 INSTALLATION AND STARTUP

A. The Contractor shall furnish the services of the VFD and motor control center manufacturer's engineer during start up for commissioning of the VFDs and motor control centers. Written certification shall be furnished that the equipment has been installed properly and is operating properly.

B. The Contractor shall furnish manufacturer's certification that the VFDs and motor control center components are suitable for controlling the equipment served.

C.   During startup, the VFDs and motor control center components shall be configured for the parameters of the mechanical equipment and motors (motor full load current, acceleration time, deceleration time, etc.). This shall also include setting the carrier frequency to minimize noise and stress on the motors and scaling the dc input signals.

## 3.2   TRAINING

A.   The VFD and motor control center manufacturer shall provide on-site training program for the Owner's personnel. This program shall provide operating and instruction manuals, training in equipment operation, and troubleshooting of the VFD and motor control center. Vendor shall coordinate training program with Engineer. A minimum of 2 days of instruction shall be provided.

## 3.3   COORDINATION

A.   The Contractor shall coordinate the VFDs and motor control center components with the mechanical equipment and control systems. This includes interconnecting wiring diagrams, operational requirements, etc.

## 3.4   INSTALLATION

A.   Contractor shall install concrete pad for VFDs and motor control centers as shown on the Drawings.

B.   When installing VFDs and motor control center components, maintain clearances as per manufacturer's recommendations.

## 3.5   GUARANTEE

A.   The equipment furnished under this Section shall be guaranteed for period of two (2) years from the date of substantial completion, against defective materials, designs and workmanship, unless otherwise noted. Upon receipt of notice from the Owner of failure of any part of the equipment during the guarantee period, the affected part or parts shall be replaced promptly by and at the expense of the Vendor.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

SECTION 16925

CONTROL STATIONS

## PART 1 - GENERAL

### 1.1  DESCRIPTION

A.  Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide pushbuttons, selector switches, thermostats and other control stations as shown and specified.

### 1.2  QUALITY ASSURANCE

A.  Reference Standards: Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

1.  NEMA ICS 5, Control Circuit and Pilot Devices.

### 1.3  SUBMITTALS

A.  Shop Drawings: Submit for approval copies of manufacturer's technical information for control stations proposed for use.

## PART 2 - PRODUCTS

### 2.1  MATERIALS

A.  Control Stations:

1.  Type: Industrial, heavy duty, oil tight construction with clearly marked legend plates.

2.  Pushbuttons: Momentary or maintained types as shown on the Drawings. NEMA A600 contact rating.

3.  Lock-out Stop: Two push-button maintained contact type with locking feature.

4.  Selector Switches: Rotary type with round or oval handles and positioning device to securely hold switch in selected position.

a.  Hand-off-auto switches at motor locations shall have additional contact blocks for hand and auto position status at local panels, as indicated on the Contract Drawings.

b.  Jog-auto-off switches shall be spring return to off from jog.

5.  Indicating Lights: Transformer type with 6 volt lamp. Lens color green for running, red for stopped, ready or failure, push to test.

6.  Enclosures: NEMA 12 cast iron for dry locations, NEMA 4X stainless steel for damp locations and NEMA 4X fiberglass for corrosive locations.

7.  Certain additional features for individual control stations shall be provided as indicated on the Contract Drawings or on the Schematic Diagrams.

8.  Product and Manufacturer: Provide equipment manufactured by one of the following:

a.  Square D.

b.  General Electric Company.

c.  Allen Bradley.

d.  Crouse-Hinds Company.

e.  Appleton Electric Company.

f.  Or approved equal.

B.  Thermostats:

1.  Construction: Rugged NORYL plastic, NEMA 4X rated. Exposed portion of the liquid-filled sensing elements shall be plated and plastic coated to resist damage in corrosive atmospheres.

2.  Range: 30° to 110°F with a differential of 3° to 12°F.

3.  Contact:   Output shall be single pole double throw switch rated 16.0 AC full load amperes motor load, 96 locked rotor amperes at 120 volts AC.

4.  Products and Manufacturers" Provide one of the following: Johnson Controls Model A19PRC-1C, or approved equal.

## PART 3 - EXECUTION

### 3.1  INSTALLATION

A.  Mount equipment so that sufficient access and working space is provided for safe operation and maintenance.

B.  Securely fasten equipment to walls or other surfaces on which they are mounted. Provide independent supports (galvanized steel in dry locations, stainless steel in damp and corrosive locations) where no wall or other surface exists.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

# SECTION 16926

## AUTOMATIC TRANSFER SWITCHES

### PART 1 - GENERAL

#### 1.1  DESCRIPTION

A.   Scope:  Contractor shall provide all labor, materials, equipment and incidentals as shown, specified and required to furnish and install automatic transfer switches.

B.   Related Work Specified Elsewhere:

1.   Section 16200, Natural Gas Engine Driven Generator.

2.   Section 16920, Motor Control Centers and Variable Frequency Drives.

#### 1.2  QUALITY ASSURANCE

A.   Reference Standards:  Comply with applicable provisions and recommendations of the following except where otherwise shown or specified:

1.   UL 1008, Standard for Transfer Switch Equipment.

2.   NEMA ICS 10, AC Automatic Transfer Switches.

3.   National Electrical Code.

#### 1.3  SUBMITTALS

A.   Shop Drawings:  Submit for approval copies of manufacturer's technical information for automatic transfer switch proposed for use.

**PART 2 - PRODUCTS**

**2.1   AUTOMATIC TRANSFER SWITCH**

    A.   Ratings:

        1.   Switch shall be capable of switching all classes of loads and shall be rated for continuous duty when installed in a nonventilated enclosure.

        2.   Switch ampere rating and number of poles shall be as indicated on the Drawings.

        3.   Switch shall withstand the magnitude of fault current available at the switch without welding of contacts.

    B.   Operation:

        1.   The automatic transfer switch shall consist of completely enclosed molded case switch contact assemblies and a separate control logic panel, interconnected to provide complete automatic operation.  The automatic transfer switch shall be operated by a non-fused unidirectional motor operator or stored energy mechanisms.  Control power for all transfer operations shall be derived from the line side of the source to which the load is being transferred.

        2.   Operating mechanism shall allow a timed neutral position.

        3.   Main contacts interlocked to prevent simultaneous closing.

        4.   Mechanical locking of main contacts in each direction shall be accomplished without the aid of latching solenoids, toggle mechanisms or gear arrangements.

        5.   An overload or short-circuit shall not cause the switch to go to a neutral position.

        6.   The switch shall provide complete 3 phase, close differential under voltage sensing of the normal and emergency source.  It shall be normally set at 70% dropout, 90% pickup and field adjustable for alternate settings.

C.   Construction:

1.   The automatic transfer switch in the Aeration Building shall be provided in a NEMA 3R, wall mounted, enclosure fabricated from 12-gauge steel.

2.   The automatic transfer switch in the Booster Building shall be provided within the new Motor Control Center.

D.   Accessories:

The automatic transfer switch shall be provided with a microprocessor based control system to control all of the operational functions, including standard accessories and optional accessories as specified herein.

1.   Time delay on engine start to delay initiation of the engine start current in order to override momentary power outages or voltage fluctuations of the normal power source. Adjustable 0.5 to 15 seconds, set at one second.

2.   Time delay when transferring from normal source to emergency source, adjustable 1 second to 60 minutes. (Timing begins when the source voltage of the standby power source appears.)

3.   Time delay when transferring from emergency source to the normal source, adjustable 1-60 minutes, to permit stabilization of the removal power source before retransfer is made.

4.   Close differential undervoltage monitor providing adjustable voltage protection on all phases. (85 percent drop out, 95 percent pick up.)

5.   Voltage sensing of emergency source. (90 percent pick up.)

6.   Frequency sensing of emergency source. (90 percent pick up.)

7.   Test switch to test transfer switch operation.

8.   Pilot light to indicate switch is connected to normal source.

9.   Pilot light to indicate switch is connected to emergency source.

10. Delayed transition time-delay adjustable from 0-120 seconds, to allow disconnection of the load during transfer in either direction.

11. Unloaded running time delay for emergency engine generator cooldown adjustable from 0 to 30 minutes.

12. Terminal provisions for remote contact which opens to signal transfer switch to transfer to emergency with override if emergency source fails.

13. Commit-to-start engine signal requires the engine to reach proper output and run for at least the duration of the cooldown setting, regardless of whether the load is transferred.

14. Selection between commit/no commit on transfer to emergency once the engine is signaled to start and the normal restores before actual transfer.

15. Switch to bypass any of four standard time delays during testing.

16. 2 N.O., 2 N.C. switch auxiliary contacts, in both normal and emergency positions.

E.   Performance:

1. Overload:  Per U.L. Standard No. 1008, except power factor shall not exceed 0.5.

2. Mechanical:  100 operations of the main operator and main poles at a rate of 30 operations per minute (an operation consists of transfer and retransfer).

3. Interruption:  All magnitude of current between 1 percent and 6 percent of rated load at maximum power factor of 0.50 without source-to-source arc-over.

4. Temperature Rise:  Per U.L. Standard No. 1008 (Section 19) exceed measurements shall be made with the switch in an unventilated enclosure and after completion of both the overload and endurance requirements.

5. Dielectric:  Per U.L. Standard No. 1008 (Section 24) except that the voltage shall be applied after

the switch has completed the above requirements for withstand, overload and endurance.

F.  Product and Manufacturer:   Provide one of the following:

   1.   General Electric Zenith.

   2.   Or approved equal.

## PART 3 - EXECUTION

### 3.1   INSTALLATION

A.  Mount equipment as shown on the drawings.

B.  Install in conformance with National Electrical Code.

### 3.2   MANUFACTURER'S TRAINING SERVICES

A.  The Contractor shall furnish the services of qualified factory trained specialists from the manufacturer to instruct the Owner's operations and maintenance personnel in the recommended operation and maintenance of this equipment.  The training requirements, duration of instruction, and other qualifications shall be in accordance with Section 01730.

+ + END OF SECTION + +

NO TEXT THIS PAGE

**DIVISION 18 – PLUMBING**

NO TEXT THIS PAGE

## SECTION 18001

## GENERAL PROVISIONS

## PART 1 - GENERAL

## 1.1   DESCRIPTION

A.   Scope: The Plumbing Contractor shall furnish all labor, materials, equipment and incidentals required to complete the plumbing work as shown and specified. The scope of work for the Plumbing Contract is defined in Section 01010, Summary of Work.

B.   Coordination:

   1.   Review installation procedures under other Sections of these specifications and coordinate the installation of items that must be installed with the site work, building construction work, formwork, walls, partitions and ceilings.

   2.   Coordinate the plumbing work with the work by others.

   3.   Specific additional coordination requirements are outlined in Section 01010, Summary of Work.

C.   General:

   1.   Dimensions shown on the Drawings that are related to equipment are based on one manufacturer's equipment. Coordinate the dimensions of the equipment furnished with the space allocated for that equipment.

   2.   The Drawings show the principal elements of the plumbing installation. They are not intended as detailed working drawings for the plumbing work but as a complement to the Specifications to clarify the principal features of the plumbing systems.

   3.   It is the intent of this Section that all piping and valves, furnished and installed under this and other Sections, be properly connected and interconnected with other equipment so as to

render the installations complete for successful operation, regardless of whether all the connections and interconnections are specifically mentioned in the Specifications or shown on the Drawings.

4.  Mounting heights of piping and valves noted in the Specifications and on the Drawings are to the center of the device.

5.  Review the Contract Drawings for areas of sheeting and excavation specified under other sections of the Contract. Contractor shall schedule his work on underground piping and valves in these areas to run concurrently with that of the site work.

6.  The Contractor shall be responsible for excavation, backfilling, bedding, curbing removal and replacement, concrete encasement, and surface restoration, including pavement for underground piping, valve installation and other work related to this Contract that disturbs existing conditions, equipment, improvements and facilities. Truck vehicle access (H-20 loading) shall be maintained on facility roads during construction.

D.  Related Work Specified Elsewhere:

1.  Division 1, Special Conditions.

2.  Division 2, Sitework.

3.  Division 3, Concrete.

4.  Division 5, Metals.

5.  Division 9, Finishes for Field Painting.

6.  Division 15, Mechanical

7.  Division 16, Electrical

E.  Work Included But Specified Elsewhere:

1.  All site work required for the construction of the underground structures and pavement restoration

shall conform to the requirements of Division 2, Sitework.

2. Concrete work for thrust blocks and pipe supports shall conform to the requirements of Division 3, Concrete.

3. Anchor bolts and other fasteners shall conform to requirements of Division 5, Metals.

4. Shop painting and surface preparation shall conform to requirements of Division 9, Finishes.

F. Temporary Power: Temporary light and power for construction purposes shall be provided in accordance with Division 1, Special Conditions.

## 1.2 QUALITY ASSURANCE

A. Reference Standards: Plumbing material and equipment shall conform in all respects to the latest approved standards of the following:

1. American Society for Testing and Materials (ASTM).

2. The American National Standards Institute (ANSI).

3. American Water Works Association (AWWA).

4. Occupational Safety and Health Code (OSHA).

5. Nassau County Department of Health (NCDH).

## 1.3 SUBMITTALS

A. General: Conform to requirements of the General Specifications and Special Conditions.

B. Shop drawings shall include the following information to the extent applicable to the particular item:

1. Manufacturer's name and product designation or catalog number.

2. Pressure ratings.

3.  Conformance to applicable standards or specifications of ANSI, ASTM, AWWA, NFPA, OSHA, UL, or other organizations.

4.  Dimensioned plan, section, and elevations showing means for mounting, piping connection and valves.

5.  Materials and finish specification, including paints.

6.  List of components including manufacturer's names and catalog numbers.

7.  Manufacturer's instructions and recommendations for installation, operation, and maintenance.

8.  Manufacturer's recommended list of spare parts.

## 1.4   PROJECT CLOSE-OUT

A.  Operation and Maintenance Data: Conform to requirements of Division 1 and the General and Special Conditions.

## 1.5   PRODUCT DELIVERY

A.  Delivery of Materials: Contractor shall instruct the manufacturers and vendors as to the maximum shipping sizes of equipment that can be accommodated at the site.

B.  Storage: Plumbing equipment and material shall be stored and protected in accordance with Division 1 and General and Special Conditions.

## 1.6   IDENTIFICATION OF EQUIPMENT

A.  All plumbing items shall be identified. Identification shall be in addition to the manufacturer's nameplates and shall serve to identify the items function and the equipment or system which it serves.

B.  All new equipment shall be identified by means of laminated phenolic nameplates incised to show 1-inch high, white letters on a black background. Labels shall be fastened by means of 3/16-inch diameter, round-head, stainless steel, self-tapping screws. Equipment whose designation has been changed shall be relabeled accordingly.

## 1.7   PROCEDURES FOR INSTALLATION

A.   The Contractor is cautioned to perform his work with due regard to safety and in a manner that will not interfere with the existing equipment or in any way cause interruption of any of the functions of the facility.

B.   Work shall be carried out without disruption to facility operations.

C.   No existing equipment or piping shall be removed without the specific direction and approval of the Owner, and without clearance by appropriate representatives of the Owner. Whenever such work is contemplated, the Contractor shall submit to the Owner a written request for scheduling such work. Written request must be received 5 working days prior to the date on which the proposed work is to be performed.

## 1.8   MAINTENANCE OF OPERATION

A.   During construction, the Contractor shall take steps to assure that water distribution and storm water disposal within the facility is not disrupted.

B.   Refer to Specification Section 01010 for Maintenance of Operation requirements and suggested sequence of construction.

C.   The Contractor shall furnish written notice to the Engineer and Owner 5 working days prior to performing the work that requires a disruption of water service. The written notice shall contain a schedule of proposed work.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

SECTION 18002

NATURAL GAS SERVICES

PART 1 - GENERAL

1.1   DESCRIPTION

    A.   Scope:

        1.   Contractor shall furnish all labor, materials and incidentals required to provide new natural gas service, meter header and on-site piping as shown and specified.

        2.   Contractor shall pay all utility charges for this work.

    B.   Coordination:

        1.   Coordinate with National Grid to establish location and requirements for the new gas service. National Grid representative is Mr. Chet Singh (516-545-3876).

    C.   Related Work Specified Elsewhere:

        1.   Section 16200, Natural Gas Generator.

        2.   Section 18061, Steel Pipe.

        3.   Section 18088, Small Diameter Piping, Valves and Specials.

        4.   Section 18550, Gas Fired Unit Heaters and Appurtenances

1.2   QUALITY ASSURANCE

    A.   Reference Standards

1.3   SUBMITTALS

    A.   Shop Drawings: Submit for approval copies of manufacturers technical information, including the following:

    1.    Site plan locating, metering and related piping.

    2.    Copies of all utility correspondence.

## 1.4   COORDINATION

A.   The Plumbing Contractor shall furnish all labor, material and equipment to provide a gas line from the gas meter at each building to each gas unit heater.

B.   The Plumbing Contractor shall coordinate the installation with National Grid. The National Grid representative is Mr. Chet Singh (telephone number: 516-545-3876).

C.   All gas piping shall be installed and tested in accordance with National Grid gas requirements.

D.   The Plumbing Contractor shall be responsible for all National Grid charges and fees associated with this work.

E.   The Plumbing Contractor shall provide the gas meter header supports and piping as required by National Grid.

## PART 2 - PRODUCTS

## 2.1   NATURAL GAS EQUIPMENT

A.   Utility Metering: National Grid approved metering shall be furnished and installed as required by National Grid.

## 2.2   PIPING

A.   Use types of pipe and fittings as specified below unless otherwise specified or shown.

B.   All interior exposed gas piping shall be schedule 80 black steel. Exterior exposed gas piping shall be schedule 80 galvanized steel. Buried gas piping shall be black polyethylene for gas pressure service. All piping shall meet National Grid requirements.

C.   Support piping such that no strains are imposed on heaters, controls, or any other equipment.

**PART 3 - EXECUTION**

**3.1   INSTALLATION**

A.   Natural Gas Service

1.   Contractor shall coordinate with National Grid to provide a natural gas service to each structure indicated on the Contract Drawings and listed below:

a.   Well House 13

b.   Packed Tower Aeration Building

c.   Natural Gas Generator

2.   The Contractor shall provide and install all natural gas piping and appurtenances not to be provided and installed by National Grid.

B.   The gas supply line to each heater shall be furnished with a manual shutoff valve, and a 1/8-inch NPT plugged capping accessible for test gage connection.

**3.2   ADJUSTMENT**

A.   Check piping connections to equipment. The gas piping system shall be checked for leaks after installation. Use a soap solution.

**3.3   TESTING**

A.   Piping tests shall be in accordance with the specifications.

**3.4   IDENTIFICATION**

A.   Piping shall be identified in accordance with Division 18 of this specification.

+ + END OF SECTION + +

NO TEXT THIS PAGE

**SECTION 18051**

**BURIED PIPING INSTALLATION**

## PART 1 - GENERAL

### 1.1   SUMMARY

A.   Scope:

    1.   Contractor shall furnish all labor, materials, equipment and incidentals as shown on the Contract Drawings, specified and required to furnish, install and test all buried piping, fittings, specials and appurtenances. The Work includes, but is not limited to, the following:

        a.   All types and sizes of buried piping, except as specified under other Sections. These include, but are not limited to: ductile iron, carbon steel, copper, and thermoplastic.

        b.   Supports, restraints, and thrust blocks.

        c.   Testing.

        d.   Cleaning and disinfecting.

        e.   Also included are installation of all jointing and gasketing materials, specials, couplings, flexible couplings, sleeves, tie rods, corrosion protection, and all other Work required to complete buried piping installation.

        f.   All valves, specials, sleeves and wall pipes shown or specified shall be incorporated into the piping system as required and as specified in the appropriate section of Division 18.

        g.   Unless otherwise shown or specified, buried piping installation includes all buried piping Work required, beginning at the outside face of structure or building foundation.

    2.    Piping less than 4-inch in diameter is specified in Section 18068 but shall conform to applicable requirements of Section 18051.

B.    Coordination:

    1.    Review installation procedures under other Sections and coordinate with the Work that is related to this Section, including concrete, valves, ventilation and electrical.

    2.    Section 18051 specifies the installation of all buried piping materials specified in Division 18. Coordinate with these Sections.

C.    Related Work Specified Elsewhere:

    1.    Section 02200 Earthwork.

    2.    Section 03300, Cast-In-Place Concrete.

    3.    Section 09900, Painting. (Surface preparation and shop priming are under specific piping sections.)

    4.    Division 18, Sections on Piping, Valves and Appurtenances.

    5.    All piping specifically included with equipment.

## 1.2   QUALITY ASSURANCE

A.    Requirements of Regulatory Agencies: Comply with applicable requirements of UL and other authorities having jurisdiction.

B.    Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified:

    1.    ASTM D 2774, Underground Installation of Thermoplastic Pressure Piping.

    2.    AWWA C111 (ANSI A21.11), Rubber Gasket Joints for Ductile-Iron and Gray-Iron Pressure Pipe and Fittings.

    3.   AWWA C600, Installation of Ductile-Iron Water Mains and Appurtenances.

    4.   AWWA M23, PVC Piping.

    5.   ANSI B31.2, Fuel Gas Piping.

    6.   NFPA 54, National Fuel Gas Code.

## 1.3 SUBMITTALS

A. Shop Drawings: Submit for approval Shop Drawings showing the following:

    1.   Laying schedules and detailed drawings in plan and profile for all piping.

    2.   Full details of piping, valves, specials, joints, harnessing and connections to pipes and structures.

B. Tests: Submit description of proposed testing methods, procedures and apparatus. Submit copies of all test results.

C. Certificate: Submit certificate of compliance with referenced standards.

D. Record Drawings: Submit in accordance with the requirements of Section 01720, Project Record Documents.

## 1.4 PRODUCT DELIVERY, STORAGE AND HANDLING

A. Handle all pipe, fittings and accessories carefully with approved handling devices. Do not drop or roll pipe off delivery vehicle. Do not otherwise drop, roll or skid pipe. Materials cracked, gouged, chipped, dented or otherwise damaged will not be approved.

B. Store pipe and fittings on heavy wood blocking or platforms so they are not in contact with the ground.

C. Pipe, fittings and specials shall be unloaded and stored in areas designated on the drawings. Interiors shall be kept completely free from dirt and foreign matter.

D. No material furnished under this specification shall be shipped to the job site until all submittals have been approved.

**PART 2 - PRODUCTS**

**2.1   MATERIALS**

    A.    Pipe bedding and backfill in accordance with Section 02200 Earthwork.

    B.    Pipe materials required are listed in the Piping Schedules. Refer to applicable Sections for detailed materials Specifications.

    C.    General:

        1.    Pipe Marking:

            a.    Each piece of pipe or fitting shall be clearly marked with a designation which shall conform with designations shown on the Shop Drawings.

            b.    Class designation shall be cast or painted on each piece of pipe or fitting 4 inches in diameter and larger.

            c.    Piping smaller than 4 inches in diameter shall be clearly marked by manufacturer as to material, type and rating.

**2.2   PIPING SCHEDULE**

    A.    Attached at the end of this Division is the "Piping Schedule." Conform to requirements of the schedule, unless otherwise specified or approved by the Engineer.

**PART 3 - EXECUTION**

**3.1   INSTALLATION**

    A.    General:

        1.    All piping shall be sloped to avoid high spots and low spots and to facilitate drainage.

2.   Proper and suitable tools and appliances for the safe, convenient handling and laying of pipe shall be used.

3.   Install piping as shown on the Contract Drawings, specified and as recommended by the manufacturer.

4.   Request instructions from Engineer before proceeding if there is a conflict between the manufacturer's recommendations and the Contract Drawings or Specifications.

5.   Pipe, fittings and accessories that are cracked, damaged or in poor condition or with damaged linings will be rejected. At the time of laying, the pipe shall be examined carefully for defects, and should any pipe be discovered to be defective after being laid, it shall be removed and replaced with sound pipe by the contractor at his expense.

6.   Minimum cover over buried piping shall be 4 feet unless otherwise shown or approved by Engineer.

7.   Earthwork required is specified in Section 02200.

B.   Bedding Pipe:

1.   Bed pipe with materials as specified below and as shown on the Contract Drawings.

   a.   Trenches shall not be excavated below the pipe bottom. All loose and unsuitable material shall be removed from the trench bottom and backfilled with compacted select fill.

   b.   Pipe embedment material shall be sand placed in accordance with the requirements of Section 02200, Earthwork, within the following limits:

      1)   From the bottom of the pipe to 12 inches above the crown of the pipe for all pipe sizes.

   c.   Pipe embedment shall be placed in maximum 6-inch layers and compacted for the full width of the trench. Recesses in the

embedment shall be provided around each joint to allow space for making joints and inspection.

2.  Carefully and thoroughly compact all pipe bedding and fill.

3.  No piping shall be laid until Engineer approves the bedding condition.

4.  No pipe shall be brought into position until the preceding length has been bedded and secured in its final position.

C.  Laying Pipe:

1.  Conform to manufacturer's instructions and to AWWA C600, and AWWA M23 where applicable.

2.  Install unless otherwise approved by Engineer. Remove all pipe accurately to line and grade shown and relay pipes that are not laid correctly.

3.  Slope piping uniformly between elevations given.

4.  Ensure that water level in trench is at least 6 inches below bottom of pipe. Do not lay pipe in water. Maintain dry trench until jointing and backfilling are complete.

5.  Start laying pipe at lowest point and proceed towards the higher elevations, unless otherwise approved by Engineer.

6.  Place bell and spigot pipe so that bells face upstream unless otherwise approved by Engineer.

7.  Excavate around joints in bedding and lay pipe so that only the barrel receives bearing pressure from the trench bottom.

8.  Permissible deflections at joints shall not exceed 75 percent of the amount allowed by manufacturer and in no case exceed AWWA standards.

9.  Prior to laying pipe, every precaution shall be taken to ensure that no foreign material enters the piping.

10. All pipe and fittings shall be carefully examined for cracks, damage or other defects while suspended above the trench, before installation. Defective materials shall be immediately removed from site.

11. Interior of all pipe and fittings shall be inspected and all dirt, gravel, sand, debris or other foreign material shall be completely removed from pipe interior before it is moved into the trench. Bell and spigot mating surfaces shall be thoroughly wire brushed and wiped clean and dry immediately before pipe is laid.

12. Every time that pipe laying is not actively in progress the open ends of pipe shall be closed by a watertight plug.

13. Field cutting pipe, where required, shall be made with a machine specially designed for cutting piping. Cuts shall be carefully done, without damage to pipe or lining, so as to leave a smooth end at right angles to the axis of pipe. Cut ends shall be tapered and sharp edges filed off smooth. Flame cutting will not be allowed.

14. Blocking under piping shall not be permitted unless specifically excepted by Engineer for special conditions. If permitted, conform to requirements of AWWA C600.

15. Repair protective coatings and linings in a satisfactory manner prior to backfilling. Refer to specific pipe specifications for coating systems required.

D. Jointing Pipe:

1. Clean completely all jointing surfaces and adjacent areas immediately before making joint.

2. Lubricate and adjust gaskets and "O"-rings as recommended by manufacturer.

3. After "O"-rings are compressed and before pipe is brought fully home, each gasket shall be carefully checked for proper position around full circumference of the joint.

4.  Conform to AWWA C111 and to all applicable manufacturers recommendations pertaining to jointing pipe.

5.  For mechanical joints the plain end shall be centered and pushed into the bell and the gasket shall be firmly pressed evenly into the bell. The gland shall be slid to the bell for bolting. All bolts with oiled threads shall be alternately torque tightened 180 degrees opposite to each other to seat the gasket evenly. The maximum torque shall be as follows:

| Bolt Size (inches) | Applied Torque (ft-lbs) |
|---|---|
| 5/8 | 50 |
| 3/4 | 80 |
| 1 | 90 |
| 1 1/4 | 150 |

All bolts and nuts shall be heavily coated with an approved bituminous or epoxy coating.

6.  Solder Joints:

    a.  Ream or file pipe to remove burrs.

    b.  Clean and polish contact surfaces of joints.

    c.  Apply flux to both male and female ends.

    d.  Insert end of tube into fittings full depth of socket.

    e.  Heat joint evenly.

    f.  Apply continuous solder bead around entire circumference of joint.

7.  Use hexagon head nuts and bolts on all flanged joints. Bolts shall neither project more than 1/4-inch from, nor fall short of the end of the nut.

8.  Use ring gaskets unless otherwise specified or approved by Engineer. Maximum gasket thickness shall not exceed 1/8 inch. Gaskets shall be

suitable for service intended in accordance with manufacturers ratings and instructions.

9. Clean and lubricate bolt threads and gasket faces for flanged joints.

10. All bolts and nuts for underground service on valves, mechanical joint fittings, pipe joint and other ferrous metal appurtenances shall be packed in an asphaltic material. After the joint has been made and the bolts drawn to the proper tension, the joint, including glands, flanges, bolt heads and nuts shall be packed to a minimum thickness of one inch over all surfaces with Talcote, or other equal asphaltic material. Alternatively coat all joint areas and fasteners with two heavy coats of coal tar epoxy.

E. Concrete Trust Blocks:

1. Provide concrete trust blocks as shown, required, or otherwise approved by Engineer.

F. Transitions from One Type of Pipe to Another:

1. Provide all necessary adapters, specials and connection pieces required when connecting different types and sizes of pipe or connecting pipe made by different manufacturers.

G. Closures:

1. Provide all closure pieces shown or required to complete the Work.

2. Locate closures in straight runs of pipe.

H. Backfilling:

1. Conform to applicable requirements of Section 02200 - Earthwork.

2. Backfill by hand until pipe is covered by at least 1 foot of fill.

## 3.2   WORK AFFECTING EXISTING PIPING

A.   Location of Existing Piping:

1.   Locations of existing piping shown shall be considered approximate.

2.   Contractor is responsible for determining exact location of existing piping to which he must make connections, or which he may disturb during earth moving operations, or which may be affected by his work in any way.

B.   Work on Existing Pipelines:

1.   Do not take pipelines out of service except where specified or approved by Engineer.

2.   Cut or tap pipes as shown or required with machines specifically designed for this work.

3.   Install temporary plugs to keep out all mud, dirt, water and debris.

4.   Provide all necessary adapters, fittings, pipe and appurtenances required.

5.   Refer to Section 02200, Earthwork for additional requirements.

6.   The Contractor shall provide a temporary thrust restraint system for existing pipes wherever the installation of new pipes disturbs the existing pipe's thrust restraint. Upon completion of new pipe installation, the Contractor shall restore the existing pipe thrust restraint system to its condition at the onset of the job.

## 3.3   TESTING OF PIPING

A.   General:

1.   Test all piping as specified below except as otherwise authorized by Engineer.

2.   Notify Engineer 48 hours in advance of testing

3. Provide all testing apparatus, including pumps, hoses, gages, and fittings.

4. Unless otherwise noted, pipelines shall hold the specified test pressure for a period of 2 hours.

5. Pipelines which fail to hold specified test pressure or which exceed the allowable leakage rate shall be repaired and retested.

6. Test pressures required are at the lowest elevation of the pipeline section being tested unless otherwise specified.

7. All gas piping shall be tested in accordance with NFPA 54.

8. Unless otherwise approved, conduct all tests in the presence of the Engineer.

9. All pipe shall be tested between valves.

B. Schedule of Pipeline Tests:

1. For pressure test values see "Piping Schedule."

2. Piping not on the schedule shall be tested at 1.5 times the maximum working pressure or 10 psi, whichever is greater.

C. Pressure Test Procedure (Except for Fuel Oil Piping and Gravity Sewer Pipe):

1. Backfill and compaction shall be completed at least to the pipe centerline before testing, unless otherwise required or approved by Engineer. Backfill and compact around all blocking before testing and as required to assure restraint by harnessed joints.

2. Allow concrete for blocking to reach design strength before testing.

3. Fill section to be tested slowly with water and expel all air. Install corporation cocks, if necessary, to remove all air.

4. Test only one section of pipe at a time.

5. Maintain the test pressure for at least 2 hours.

6. Allowable Leakage Rates (in gallons per hour per 1,000 feet per inch diameter) except as otherwise noted:

    a. Buried Ductile iron and PVC - as specified herein and as specified in AWWA C.600 - Section 4 - Hydrostatic Testing.

| Nominal Pipe Diameter (inch) | Allowable Leakage Rate Per 1000 ft of Pipeline (gph) |
|---|---|
| 4 | 0.34 |
| 6 | 0.50 |
| 8 | 0.67 |
| 10 | 0.84 |
| 12 | 0.01 |

    b. Exposed Ductile iron and PVC and pipe in tunnels: No leakage.

    c. Copper, steel and Thermoplastic: No leakage.

    d. Sodium hypochlorite and caustic Solution: No leakage.

7. All visible leaks shall be made tight regardless of the amount of leakage or results of the leakage tests. If the pipes tested do not meet the leakage requirements of the leakage tests, they shall be repaired and retested as necessary until the leakage requirement is met.

8. All Work found defective shall be repaired or replaced at the expense of the Contractor.

D. Test Procedure for Gravity Sewer Piping:

1. Backfill and compaction shall be completed at least to the pipe centerline before testing, unless otherwise required or approved by the Engineer.

2. After pipe trenches have been satisfactorily backfilled to the required depth, piping shall be checked by the Engineer to determine if any

displacement of pipe has occurred. A bright light shall be flashed between manholes. If the illuminated interior of the pipe shows displaced pipe, improper alignment or any other defects, the defect shall be corrected as determined by the Engineer. Upon satisfactory completion of the displacement test, the pipe shall be tested for leakage.

3. The Contractor shall test each section of gravity sewer pipe between manholes for watertightness individually. No continuous sections shall be tested simultaneously.

4. The Contractor shall plug the downstream end of the pipeline under test and all outlets discharging into the upstream manhole.

5. The upstream manhole and the section of pipeline under test shall be filled by the Contractor with water. The elevations to which the manholes shall be filled is a minimum of 2 feet above the crown of the pipe, or at least 2 feet above existing groundwater, whichever is higher.

6. The pipe shall remain filled for an initial 1 hour period to allow for stabilization. Following the stabilization period, water shall be added to the required elevation.

7. Leakage loss shall be measured over a period of 4 hours. After the stabilization period, the Engineer will take 3 readings of the water level in the manhole, and 4 hours later, take 3 more readings. An average of the readings will be used by the Engineer to calculate leakage.

8. If the measured rate of leakage is less than or equal to the allowable leakage rate, the section of pipeline tested is acceptable. If the test fails, the section of pipe must be repaired or replaced at the expense of the Contractor, and retested by the same procedures. Regardless of the results of the leakage test, all visible leaks shall be repaired.

9. The maximum allowable leakage rate for any section of pipeline under testing shall not exceed 200

gallons per inch of internal diameter per mile of pipe per day.

10. At the conclusion of the test, clean all pipelines by flushing with water or other means, and remove any debris which may have entered the pipeline during construction.

## 3.4   CLEANING AND DISINFECTION

A.   All piping shall be thoroughly cleaned and flushed prior to placing in service in a manner approved by Engineer.

B.   Disinfection:

1. Disinfect all potable water piping wherever installed or relocated.

2. Completely clean interior of all piping and flush piping smaller than 12 inches prior to disinfection with water at a minimum velocity of 2 1/2 feet per second.

3. Conform to procedures described in AWWA C651 except that the tablet method will not be permitted unless otherwise approved by the Engineer.

4. Water for flushing, testing and chlorination shall be furnished by the Contractor.

5. Chlorine shall be supplied by Contractor.

6. Bacteriologic tests shall be performed by Contractor. A certified test laboratory report shall be submitted for approval by the Engineer.

7. Chlorine concentration in the water entering the piping shall be between 50 and 100 parts per million, such that a minimum residual concentration of 25 parts per million will be left after a 24-hour retention period. The operation shall be repeated as necessary to provide complete disinfection.

+ +   END OF SECTION   + +

SECTION 18052

EXPOSED PIPING INSTALLATION

PART 1 - GENERAL

1.1   SUMMARY

A.   Scope:

1.   Contractor shall furnish all labor, materials, equipment and incidentals as shown on the Contract Drawings, specified and required to furnish and install and test all exposed piping, fittings, specials, and appurtenances. The Work includes, but is not limited to the following:

a.   All types and sizes of exposed piping, except as specified under other Sections. These include, but are not limited to ductile iron, carbon steel, stainless steel, thermoplastic and copper.

b.   Piping embedded in concrete within a structure or foundation will be considered as exposed and included herein.

c.   Supports, restraints, and thrust blocks.

d.   Testing.

e.   Cleaning and disinfecting.

f.   Installation of all joints, specials, couplings, flexible couplings, flanged adapters, expansion joints, sleeves, tie rods, jointing and gasketing materials and all other Work required to complete installation of exposed piping.

g.   All valves, specials, sleeves, wall pipes and floor pipes shown or specified shall be incorporated into the piping system as required and as specified in the appropriate sections of Division 18.

2.   Piping less than 4-inches in diameter is specified in Section 18068 but shall conform to applicable requirements of Section 18052.

B.   Coordination:

1.   Review installation procedures under other Sections and coordinate with the Work which is related to this Section, including concrete, valves, electric, and ventilation.

2.   Section 18052 specifies the installation of all exposed piping.

C.   Related Work Specified Elsewhere:

1.   Section 03300, Cast-In-Place Concrete.

2.   Section 09900, Painting. (For shop surface preparation and priming refer to specific piping sections.)

3.   Division 18, Sections on Piping, Valves and Appurtenances.

4.   All piping specifically included with equipment.

## 1.2   QUALITY ASSURANCE

A.   Requirements of Regulatory Agencies: Comply with applicable requirements of UL and other authorities having jurisdiction.

B.   Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified:

1.   ANSI B16.3, Malleable Iron Screwed Fittings.

2.   ANSI B16.4, Cast Iron Screwed Fittings.

3.   ANSI B16.5, Steel Pipe Flanges, Flanged valves and Fittings.

4.   ANSI B16.9, Factory-Made Wrought Steel Buttwelded Fittings.

5. ANSI B16.11, Forged Steel Fittings, Socket-Welding and Threading.

6. ANSI B31.1, Power Piping.

7. ANSI B31.2, Fuel Gas Piping.

8. ANSI B31.8, Gas Piping Systems.

9. ANSI D1.1, Structural Welding Code.

10. AWWA C111 (ANSI A21.11), Rubber Gasket Joints for Ductile-Iron and Gray-Iron Pressure Pipe and Fittings.

11. AWWA C206, Field Welding of Steel Water Pipe.

12. AWWA C600, Installation of Ductile-Iron Water Mains and Appurtenances.

13. AWWA C601, Disinfecting Water Mains.

14. AWWA C651, Disinfecting Water Mains.

15. AWWA M23, PVC Piping.

16. NFPA 54, National Fuel Gas Code.

## 1.3 SUBMITTALS

A. Shop Drawings: Submit for approval Shop Drawings showing the following:

1. Catalog Data consisting of specifications, illustrations and a parts schedule that identifies the materials to be used for the various piping components and accessories. The illustrations shall be of sufficient detail to serve as a guide for assembly and disassembly.

2. Complete layout and installation drawings with clearly marked dimensions. Piece numbers which are coordinated with the tabulated pipe layout schedule shall be clearly marked. Piping layout drawings shall indicate the following information on pipe supports: location, support type, hanger rod size, insert type and the load in pounds.

3.   Weight of all component parts.

4.   Design calculations where specified.

5.   Tabulated pipe layout schedule shall include the following information for all pipe and fittings: service, pipe size, working pressure, wall thickness, piece number and laying length.

6.   Interfacing of piping system to equipment and appurtenances.

7.   Full details of piping, fittings, specials and connections to equipment in plan and section.

B.   Tests: Submit description of proposed testing methods, procedures and apparatus. Submit copies of all test reports.

C.   Certificates: Submit certificates of compliance with referenced standards.

D.   Record Drawings: Submit in accordance with the requirements of Section 01720, Project Record Documents.

## 1.4   PRODUCT DELIVERY, STORAGE AND HANDLING

A.   Handle all pipe, fittings and accessories carefully with approved handling devices. Do not drop or roll pipe off trucks. Do not otherwise drop, roll or skid pipe. Materials that are cracked, chipped, gouged, dented or otherwise damaged will not be approved.

B.   Store pipe and fittings on heavy wood blocking or platforms so they are not in contact with the ground.

C.   Pipe, fittings and specials shall be unloaded as close to the place where they are to be laid as is practical, at a location which has been approved by the Engineer. Interiors shall be kept completely free from dirt and foreign matter.

D.   No material furnished under this specification shall be shipped to the job site until all submittals have been approved.

## PART 2 - PRODUCTS

### 2.1 MATERIALS

A. Pipe materials required are listed in the Piping Schedules at the end of this section. The applicable Sections of Division 18 for detailed material Specifications apply.

B. Pipe Marking:

1. Class designation shall be cast or factory painted on each piece of pipe and fitting 3 inches in size and larger.

2. Each piece of pipe and fitting shall be clearly marked with a designation which shall conform with designations shown on the Shop Drawings.

C. Pipe Identification Markers and Arrows: Refer to Section 09900, Painting.

### 2.2 EXPOSED PIPING SCHEDULE

A. Attached to the end of this Division is the "Exposed Piping Schedule." Conform to the requirements of the schedule, unless otherwise specified or approved by Engineer.

## PART 3 - EXECUTION

### 3.1 INSTALLATION

A. General:

1. Install piping as shown on the Contract Drawings, specified and as recommended by the manufacturer.

2. All pipes shall be sloped to avoid high spots and low spots and to facilitate drainage.

3. Request instructions from Engineer before proceeding if there is a conflict between the manufacturer's recommendations and the Contract Drawings or Specifications.

4.   Pipe, fittings and accessories that are cracked, damaged or in poor condition or with damaged linings will be rejected.

5.   For specially fabricated piping Subcontractor shall provide the services of a competent manufacturer's installation specialist when pipe installation begins, unless otherwise approved by Engineer.

6.   Conflicts between piping systems and equipment or structures shall be presented to Engineer for determination of corrective measures before proceeding.

7.   Install a flange or union at all equipment connections and valves.

B.   Piping:

1.   Install straight runs true to line and elevation.

2.   Install vertical pipe truly plumb in all directions.

3.   Install piping parallel or perpendicular to building walls. Piping at angles and 45 degree runs across corners will not be accepted unless specifically shown or approved.

4.   Install small diameter piping generally as shown when specific locations and elevations are not indicated. Locate such piping as required to avoid ducts, equipment, beams, etc.

5.   Install piping so as to leave all corridors, walkways, work areas, and like spaces unobstructed. Unless otherwise approved provide a minimum headroom clearance under all piping of 6 feet 6 inches.

6.   Provide temporary caps or plugs over all pipe openings at the end of each days work and when otherwise required or directed by Engineer.

7.   Cutting: Cut pipe from measurements taken at site, not from Drawings.

8. Provide flanges for connection to pumps, valves and other flanged equipment.

C. Joints:

1. General:

   a. Make joints in accordance with Piping Schedule and the pipe manufacturer's recommendations and the requirements below.

   b. Cut piping accurately and squarely and install without forcing or springing.

   c. Ream out all pipes and tubing to full inside diameter after cutting. Remove all sharp edges on end cuts.

   d. Remove all cuttings and foreign matter from the inside of pipes and tubing before installation. Thoroughly clean all pipe, fittings, valves, specials, and accessories before installing. Bell and spigot mating surfaces shall be thoroughly wire brushed and wiped clean and dry immediately before pipe is installed.

2. Threaded Joints: Use standard, right-hand tapered full depth threads on steel piping and apply an approved joint compound to the male threads only, before installation. Leave not more than three pipe threads exposed at each connection.

3. Solder Joints:

   a. Ream or file pipe to remove burrs.

   b. Clean and polish contact surfaces of joints.

   c. Apply flux to both male and female ends.

   d. Insert end of tube into fittings full depth of socket.

   e. Heat joint evenly.

      f.  Form continuous solder bead around entire circumference of joint.

    4.  Flanged Joints: Assemble flanged joints with approved full-face gaskets and gasket compounds and draw up flange bolts evenly.

    5.  Plastic Pipe Joints: Make joints in plastic piping in accordance with the manufacturer's recommendations.

    6.  Use hexagon head nuts and bolts on all flanged joints. Use 1/8 inch thick full face gaskets unless otherwise approved by Engineer. Gaskets shall be suitable for service intended in accordance with manufacturer's ratings and instructions.

D.  Unions:

    1.  Install dielectric unions wherever dissimilar metals are connected except for bronze or brass valves in ferrous piping.

    2.  Provide a union downstream of each valve with screwed connections.

    3.  Provide screwed, flanged unions or flanged adapters at each piece of equipment, where shown, and where necessary to install or dismantle piping.

E.  Eccentric Reducers: Use eccentric reducers where shown and where air or water pockets would otherwise occur in mains because of a reduction in pipe size.

F.  Valves and Accessories:

    1.  Provide supports for large valves, and other heavy items.

    2.  Position valve operators as shown. When the position is not shown, install the valve so that it can be conveniently operated and as approved by Engineer. Avoid placing operators at angles to the floors or walls.

G.   Wall Sleeves:

1.   Provide sleeves wherever pipes pass through walls, partitions, floors and roofs unless otherwise shown. Sleeves through wall shall be flush with wall face. Sleeves shall be as specified in Section 18096.

2.   Anchor sleeves to concrete walls and structural steel as shown or otherwise approved.

3.   All pipe joints and annular spaces in exterior walls or walls subjected to hydrostatic pressure shall be completely watertight.

4.   Do not install sleeves and pipes through structural members unless specifically shown and approved by Engineer.

H.   Transitions from One Type of Pipe to Another: Provide all necessary adapters, specials and connection pieces required when connecting different types and sizes of pipe or connecting pipe made by different manufacturers.

I.   Additional Requirements for Copper Tubing:

1.   Joints shall be made with clean bright ends, properly fluxed, using 95 percent tin, 5 percent antimony solder. Solder containing lead will not be allowed.

2.   Runs shall contain unions at connections to equipment and at reasonable distances along the lengths of runs to permit convenient disassembly of piping and removal of equipment.

3.   All horizontal lines shall be pitched to facilitate draining. Unless otherwise shown and/or specified, all pipe runs shall be tapped at low points and fitted with minimum 1/2" NPT plugs. Drain lines shall not have a pitch less than 1/8-inch per foot.

J.   Additional Requirements for Thermoplastic Piping:

1.   All valves shall be supported independently of the piping system.

2. Wide band supports as recommended by manufacturer and approved by Engineer shall be used to minimize localized stresses. Inert plastic shields shall be placed where plastic piping makes contact with steel and/or concrete.

3. Piping passing through walls shall be provided with a sleeve of wearing material to prevent abrasion damage to piping.

4. When anchors are required at locations other than equipment they shall be placed at elbows, valve locations and at bends in pipe line.

5. Spacing of supports shall be in accordance with the manufacturers published values at the maximum design operating temperature of the pipe, but in no case shall exceed 6 feet on center.

6. Use "U" clamps with wide band inert plastic circumferential contact. Avoid all pressure contact with piping.

7. On long runs of piping use guides to maintain alignment and reduce chance of elastic failure of pipe. Space guides as recommended by manufacturer.

8. Use expansion joints to take up pipe expansion. Provide anchors to restrain the expansion joint. Use of the expansion joints shall be kept to a minimum. Flexible connectors may be used to absorb thermal movement when approved by Engineer.

9. Do not install pipe when temperature is less than 60°F except as otherwise recommended by manufacturer and approved by Engineer.

K. Restraints, Supports and Thrust Blocks:

1. Install restrained joints as specified.

2. Provide concrete thrust blocks as shown or otherwise approved by Engineer.

## 3.2   TESTING OF PRESSURE PIPING

A.   General:

1.   Test all piping as specified below unless otherwise authorized by Engineer.

2.   Notify Engineer 48 hours in advance of testing.

3.   Provide all testing apparatus including pumps, hoses, gages, and fittings.

4.   Pipelines shall hold the specified test pressure for a period of two hours.

5.   Pipelines which fail to hold specified test pressures or which exceed the allowable leakage rate shall be repaired and retested.

6.   Test pressures required are at the lowest elevation of the pipeline section being tested, unless otherwise specified.

7.   Unless otherwise approved, conduct all tests in the presence of the Engineer.

B.   Schedule of Pipeline Tests:

1.   For pressure test values see "Exposed Piping Schedule" at the end of this Division.

2.   Piping not in Schedule shall be tested at 1.5 times the maximum working pressure or 30 psi, whichever is greater.

C.   Hydrostatic Pressure and Leakage Test Procedure:

1.   Insure that all supports and restraint protection are securely in place.

2.   Fill section to be tested slowly with water and expel all air. Install cocks, if necessary, to ensure removal of air.

3.   Test only one section of pipe at a time.

4.   Apply test pressure required for two hours and observe pressure gage. Check carefully for leaks while test pressure is being maintained.

5.   Thermoplastic piping shall be tested with water and after the test, the water shall be removed.

6.   Allowable Leakage Rates. No leakage permitted on any exposed pipe and no leakage permitted on any sodium hypochlorite piping (buried or exposed).

## 3.3   CLEANING AND DISINFECTION

A.   All piping shall be thoroughly cleaned and flushed prior to placing in service in a manner approved by Engineer.

B.   Disinfection:

1.   Disinfect all potable water piping wherever installed or relocated.

2.   Completely clean interior of all piping and flush piping smaller than 12 inches prior to disinfection with water at a minimum velocity of 2 1/2 feet per second.

3.   Conform to procedures described in AWWA C651 and any additional requirements prescribed by the public health authorities having jurisdiction, unless otherwise approved by the Engineer.

4.   Water for flushing, testing and chlorination is available on-site.

5.   Chlorine shall be supplied by the Contractor.

6.   Bacteriologic tests shall be performed by Contractor. A certified test laboratory report shall be submitted for approval by the Engineer.

7.   Chlorine concentration in the water entering the piping shall be between 50 and 100 parts per million, such that a minimum residual concentration of 25 parts per million will be left after a 24-hour retention period. The operation shall be repeated as necessary to provide complete disinfection.

## 3.4   SURFACE PREPARATION AND PAINTING

A.   Refer to specific pipe specifications for painting systems required.

B.   Piping that is field prepared and painted shall conform to the requirements of Section 09900, Painting.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

## SECTION 18503

## DUCTILE IRON PIPE, FITTINGS AND SPECIALS

**PART 1 - GENERAL**

**1.1   SUMMARY**

    A.   Scope:

        1.   Contractor shall furnish all labor, materials, equipment and incidentals as shown on the Contract Drawings, specified and required to furnish and install ductile iron pipe, fittings and specials necessary to complete the Work.

    B.   Related Work Specified Elsewhere:

        1.   Section 09900, Painting.

        2.   Division 18, Sections on Piping, Valves and Appurtenances.

**1.2   QUALITY ASSURANCE**

    A.   Source Quality Control: Obtain pipe and fittings from one manufacturer.

    B.   Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified:

        1.   AWWA C104 (ANSI A21.4), Cement-Mortar Lining for Ductile-Iron Pipe and Fittings for Water.

        2.   AWWA C110 (ANSI A21.10), Gray-Iron and, Ductile-Iron Fittings, 3 in. through 48 in., for Water and Other Liquids.

        3.   AWWA C111 (ANSI A21.11), Rubber-Gasket Joints for Ductile-Iron and Gray-Iron Pressure Pipe and Fittings.

        4.   AWWA C115 (ANSI A21.15), Flanged Ductile-Iron and Gray-Iron Pipe with Threaded Flanges.

5.  AWWA C150 (ANSI A21.50), Thickness Design of Ductile-Iron Pipe.

6.  AWWA C151 (ANSI A21.51), Ductile Iron Pipe, Centrifugally Cast, in Metal Molds or Sand-Lined Molds for Water or Other Liquids.

7.  ANSI B18.2.1, Square and Hex Bolts and Screws.

8.  ANSI B18.2.2, Square and Hex Nuts.

9.  ASTM A 307, Carbon Steel Externally Threaded Standard Fasteners.

10. ASTM A 354, Quenched and Tempered Alloy Steel Bolts, Studs and Other Externally Threaded Fasteners.

## 1.3   SUBMITTALS

A.  Shop Drawings: Submit for approval the following:

1.  Detailed procedures to be used in jointing and installing piping system, including manufacturer's recommendations.

2.  Bill of materials indicating material composition of pipe, pressure rating, nominal size and its location on the piping installation drawings.

3.  Submit this data with shop drawings required under Section 18051 and 18052.

B.  Tests: Submit description of proposed testing methods, procedures and apparatus. Submit copies of all test reports.

C.  Certificates: Submit certificates of compliance with referenced standards.

## 1.4   PRODUCT DELIVERY, STORAGE AND HANDLING

A.  Refer to Sections 18051 and 18052.

**PART 2 - PRODUCTS**

**2.1   MATERIALS**

    A.   General: All exposed interior and exterior ductile iron pipe shall be flanged and all exterior buried ductile iron pipe shall be mechanical joint (M.J.) unless otherwise shown on the drawings, specified herein, or directed by the Engineer.

    B.   Ductile Iron Pipe and Fittings:

        1.   Pipe:

            a.   Flanged Pipe: Fabricate in accordance with requirements of AWWA C115:

                1)   Thickness: Flanged ductile iron pipe shall be minimum Class 54, unless otherwise specified.

            b.   M.J. Pipe: Fabricate in accordance with requirements of AWWA C151:

                1)   Thickness: M.J. ductile iron pipe and fittings shall be minimum Class 53, unless otherwise specified.

        2.   Joints:

            a.   Flanged Joints: Conform to AWWA C110 capable of meeting working and test pressure specified in Section 18051 and 18052:

                1)   Gaskets: Cloth-inserted rubber, 1/8-inch thick, full face. Gaskets shall be suitable for the service intended.

                2)   Bolts and Nuts: Conform to ANSI B18.2.1 and ANSI B18.2.2, respectively. Exposed bolts and nuts shall be ASTM A 307, Grade B. <u>Submerged and exterior exposed bolts and nuts shall be Type 304 stainless steel</u>.

b.  Mechanical Joints: Conform to AWWA C111:

    1)  Gaskets: Plain tip.

    2)  Bolts and Nuts: High strength, low alloy steel.

    3)  Glands: <u>Restrained Ductile Iron Retainer Gland</u>.

c.  Push-On Joints: Conform to AWWA C111:

    1)  Gaskets: Molded rubber.

    2)  Stripes: Each plain end shall be painted with a circular stripe such that it provides a guide for visual check to determine when the joint is properly assembled.

d.  Restrained Joints:

    1)  Restrained joints for mechanical joint piping shall be:

        a)  Locked mechanical joint style F-127-D by Clow Cast Iron Pipe and Foundry Division of the Clow Corporation.

        b)  Lok-Fast Joint by American Cast Iron Pipe Company.

        c)  Mechanical joint with retainer glands with alloy steel set screws.

        d)  Or equal.

    2)  Restrained joints for push-on joint piping shall be:

        a)  Clow Super-Lock Joint Pipe Style P-128 by Clow Cast Iron Pipe and Foundry Division of the Clow Corporation.

        b)   Lok-Ring Joint by American Cast Iron Pipe Company.

        c)   Or equal.

3. Fittings: Conform to AWWA C110:

   a. Pressure Rating: 350 psi mechanical, 250 psi flanged.

   b. Material: Ductile iron.

   c. Gaskets: As specified above for joints.

   d. Bolts and Nuts: As specified above for joints.

4. Coatings and Linings:

   a. All ductile iron pipe and fittings, with the exception of sleeves shall be lined with a bituminous seal coated cement-mortar lining in accordance with AWWA C104. This lining shall be twice the standard thickness specified in AWWA C104.

   b. Buried pipe and fittings shall be coated on the outside with a bituminous coating, approximately 1-mil thick. Exposed pipe shall be prime coated.

C. Couplings:

1. Sleeve Type, Flexible Couplings shall only be used with the approval of the Engineer:

   a. Pressure and Service: Same as connected piping.

   b. Materials: Steel.

   c. Gaskets: Suitable for service intended.

   d. Bolts and Nuts: Alloy steel, corrosion-resistant, prime coated. Buried couplings shall have Type 304 stainless steel bolts and nuts.

  e. Harnessing:

    1) Harness couplings as shown, specified or otherwise required to restrain all pressure piping.

    2) Dimensions, sizes, spacing and materials for lugs, tie bolts, washers, and nuts shall conform to the standards of the manufacturer for the pipe size, wall thickness and working pressure required.

    3) No less than two bolts shall be furnished for each coupling.

    4) Adjacent flanges shall be tied with tie bolts. The bolts, washers and nuts shall conform to the standards of the manufacturer for pipe size and test pressure of the pipe.

    5) Lugs and tie bolts shall be designed for 150 percent of the piping system test pressure specified herein.

    6) Tie bolts, nuts and washers shall be ASTM A 193, Grade B7 steel or better.

 f. Product and Manufacturer: Provide couplings as manufactured by one of the following:

   1) Dresser Industries.

   2) Rockwell International Corp.

   3) Or equal.

2. Flanged Adapters:

 a. All flanged adapters, except as shown on the Drawings or directed by the Engineer, shall be as follows:

 b. Pressure and Service: Same as connected piping.

    c.   Materials:

        1)   Cast iron or ductile iron for pipes up to 12-inch diameter.

        2)   Steel for pipes larger than 12-inch diameter.

    d.   Bolts and Nuts: Alloy steel, corrosion-resistant, prime coated.

    e.   Harnessing:

        1)   Harness flanged adapters to restrain all pressure piping.

        2)   Flanged coupling adapters for all pipe sizes shall be harnessed by tying the adapter to the nearest pipe joint flange using tie bolts as specified for flexible couplings.

    f.   Product and Manufacturer: Provide flanged adapters as manufactured by one of the following:

        1)   Dresser Industries.

        2)   Rockwell International Corporation.

        3)   Or equal.

D.   Pipe Taps: Provide taps where shown or required for small pipe connections. Where pipe or fitting wall thickness is too small to provide required number of threads, a boss or pipe saddle shall be installed. Teflon tape or a commercial thread compound which is suitable to the service shall be used on threads.

E.   Tie Rods: Tie rods shall be as specified herein, as shown on the drawings, and as required by the Engineer. Tie rods shall be provided at all changes in pipe direction, horizontal or vertical, fittings, valves and at all points requiring resistance to pressure. Steel tie bolts shall be provided with all tie rods. Tie bolts shall be used in place of "T" bolts in mechanical joint connections, where required. The use of duc-lugs shall

not be permitted. Tie rods shall be furnished with nuts and washers. Tie rod, nuts, bolts and washers shall be coated with bitumastic after installation and testing.

## 2.2  IDENTIFICATION

A.  All pipeline material shall be stamped, marked or identified with the following:

1.  Name of manufacturer.

2.  Pipe size.

3.  Pipe material.

4.  Wall thickness.

5.  Rating.

## PART 3 - EXECUTION

## 3.1  INSPECTION

A.  The Contractor shall inspect all piping to ensure that piping is free from defects in material and workmanship. The compatibility of all pipe, fittings and coatings shall be verified.

## 3.2  INSTALLATION

A.  Refer to Sections 18051 and 18052 for piping installation, testing, cleaning and acceptance.

B.  All flanges shall be factory installed. Field installation of flanges on piping will not be accepted.

+ +  END OF SECTION  + +

## SECTION 18061

## STEEL PIPE

**PART 1 - GENERAL**

**1.1   DESCRIPTION**

    A.   Scope:

        1.   Contractor shall supply all labor, materials, equipment and incidentals required to install, test, and put in satisfactory service, steel pipe as shown on the Contract Drawings, as herein specified and required.

        2.   Extent of piping is shown on the Contract Drawings and in the Schedules at the end of Division 18.

    B.   Related Work Specified Elsewhere:

        1.   Section 09900, Painting.

        2.   Division 18, Sections on Piping, Valves and Appurtenances.

**1.2   QUALITY ASSURANCE**

    A.   Source Quality Control: Obtain pipe and fittings from one manufacturer.

    B.   Requirements of Regulatory Agencies:

        1.   Building Codes: Comply with applicable requirements of all governing authorities and the following codes:

            a.   New York State Uniform Fire Prevention and Building Code.

            b.   NFPA 54, National Fuel Gas Code.

            c.   DOT, Department of Transportation (Formerly ICC).

        d.    OSHA, Occupational Safety and Health Association.

        e.    Nassau County Fire Protection Ordinance, Ordinance 407, Article III.

        f.    Nassau County Public Health Ordinance on Toxic and Hazardous Materials Storage, Handling and Control Article XI.

C.    Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified:

    1.    ASTM A53 Pipe steel, Black and Hot-Dipped, Zinc-Coated Welded and Seamless.

    2.    ASTM A105/A 105M Forgings, Carbon Steel, for Piping Components.

    3.    AWWA C206, Field Welding of Steel Water Pipe.

    4.    ANSI B16.5, Dimension standards for Steel Pipe Flanges and Flanged Fittings.

    5.    ANSI-B16.11 Forged Steel Fittings Socket Weld, and Threaded.

    6.    ASTM A 234 Piping Fitting and Wrought Carbon Steel and Alloy Steel for Moderate and Elevated Temperatures.

    7.    ANSI B 2.1, Pipe Threads.

    8.    SSPC-SP6, Steel Structures Painting Counsel Standard for Commercial Blast Cleaning.

## 1.3   SUBMITTALS

A.    Shop Drawings: Submit for approval the following:

    1.    Detailed procedures to be used in jointing and installing piping system, including manufacturer's recommendations.

      2.   Bill of materials indicating material composition of pipe, pressure rating, nominal size and its location on the piping installation drawings.

      3.   Submit this data with Shop Drawings required under Sections 18051 and 18052.

B.   Tests: Submit description of proposed testing methods, procedures and apparatus. Submit copies of all test reports.

C.   Certificates: Submit certificates of compliance with referenced standards.

**1.4   PRODUCT DELIVERY, STORAGE AND HANDLING**

A.   Refer to Sections 18051 and 18052.

**PART 2 - PRODUCTS**

**2.1   MATERIALS AND SERVICE CONDITIONS**

A.   Steel pipe shall be ASTM A 53. Thickness class shall be Schedule 40 unless otherwise indicated.

B.   Material, manufacturing operations, testing, and inspection of pipe shall be in conformance with applicable portions of AWWA C200.

C.   All fittings shall have the same minimum wall thickness as the pipe.

D.   Unless otherwise specified, all steel pipe shall be furnished unlined and the interior of all unlined steel pipe shall be sand blasted according to SSPC-SP6 and immediately grease coated. The grease coating shall be maintained during construction and shall be washed clean with solvents just before being placed in service. Each piece of pipe and fitting must be completely cleaned before installation.

E.   Joints shall be provided at intervals so that piping, may be readily disassembled. In general, flanges shall be located at all valves and equipment and in piping runs so that individual sections of pipe may be readily removed if necessary. Submit details of all flanged joint locations to Engineer for approval.

F.   Threaded Joint: Steel pipe shall be furnished with threaded end and line couplings, unless otherwise shown or specified. Threads shall conform to ANSI B2.1, tapered threads 3/4-inch per foot.

G.   Fittings: All fittings shall be the smooth type. Unless otherwise shown or approved, fittings shall conform to ANSI B16.11/ANSI B16.9.

## 2.2   IDENTIFICATION

A.   All pipeline materials shall be stamped, marked or identified with the following:

1.   Name of manufacturer.

2.   Pipe size.

3.   Material.

4.   Wall thickness.

5.   Rating.

## PART 3 - EXECUTION

## 3.1   INSPECTION

A.   The Contractor shall inspect all piping to ensure that piping is free of defects in material and workmanship. The compatibility of all pipe, fittings and coatings shall be verified.

## 3.2   INSTALLATION

A.   Refer to Sections 18051, 18052 and 18053 for piping installation, testing, cleaning and acceptance.

+ +   END OF SECTION   + +

SECTION 18064

THERMOPLASTIC PIPE

**PART 1 - GENERAL**

**1.1   SUMMARY**

A.   Scope:

    1.   Contractor shall furnish all labor, materials, equipment and incidentals as shown on the Contract Drawings, specified and required to install and place in satisfactory service polyvinyl chloride (PVC) conveyance pipe, high density polyethylene (HDPE) corrugated drainage pipe, fittings and specials.

    2.   The extent of piping is shown on the Contract Drawings and in the schedules following Division 18.

B.   Coordination: Review installation procedures under other Sections and Contracts and coordinate with the Work that is related to this Section.

C.   Related Work Specified Elsewhere:

    1.   Division 18, Sections on Piping, Valves and Appurtenances.

**1.2   QUALITY ASSURANCE**

A.   Source Quality Control: Obtain each type of pipe and fittings from one manufacturer.

B    Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified.

    1.   ASTM D 1598, Test Method for Time-to-Failure of Plastic Pipe Under Constant Internal Pressure.

    2.   ASTM D 1599, Test Method for Short-Time Hydraulic Failure Pressure of Plastic Pipe, Tubing and Fittings.

3.  ASTM D 1784, Rigid Poly (Vinyl Chloride) PVC Compounds and Chlorinated Poly (Vinyl Chloride) PVC Compounds.

4.  ASTM D 1785, Poly (Vinyl Chloride) (PVC) Plastic Pipe, Schedules 40, 80 and 120.

5.  ASTM D 2122, Determining Dimensions of Thermoplastic Pipe and Fittings.

6.  ASTM D 2467, Socket-Type Poly (Vinyl Chloride) (PVC) Plastic Pipe Fittings, Schedule 80.

7.  ASTM D 2564, Solvent Cements for Poly(Vinyl Chloride) (PVC) Plastic Pipe and Fittings.

8.  ASTM D 2774, Underground Installation of Thermoplastic Pressure Piping.

9.  ASTM F 405, Standard Specification for Corrugated Polyethylene Pipe and Fittings.

10. ASTM F 667, Standard Specification for Large Diameter Corrugated Polyethylene Pipe and Fittings.

11. ASTM D 2321, Standard Practice for Underground Installation of Thermoplastic Pipe for Sewers and Other Gravity Flow Applications.

12. Standard No. 14, National Sanitation Foundation.

13. American National Standards Institute (ANSI).

C.  Shop Tests: Piping manufacturer shall maintain a continuous quality control program. All PVC materials used to manufacture pipe and fittings under this Section shall be tested for conformance to the requirements of ASTM D 1784. Contractor shall furnish the Engineer with certified test results.

## 1.3   SUBMITTALS

A.  Shop Drawings: Submit for approval the following:

1.  Detailed procedures to be used in jointing and installing piping system, including manufacturer's recommendations.

      2.    Bill of materials indicating material composition of pipe, pressure rating, nominal size and its location on the piping installation drawings.

      3.    Submit this data with shop drawings required under Section 15051 and 15052.

B.    Tests: Submit description of proposed testing methods, procedures and apparatus. Submit copies of all test reports.

C.    Certificates: Submit certificates of compliance with referenced standards.

## 1.4   PRODUCT DELIVERY, HANDLING AND STORAGE

A.    Refer to Sections 15051 and 15052.

B.    Storage: All Pipe materials shall be stored off the ground in an area approved by the engineer. Do not store pipe in sunlight.

## PART 2 - PRODUCTS

## 2.1   IDENTIFICATION

A.    All pipe line materials shall be permanently marked with the following:

      1.    Name of manufacturer.

      2.    Date of manufacture.

      3.    Operating design pressure at operating design temperature.

      4.    Mark number to match Shop Drawings.

      5.    Type of pipe and nominal size.

      6.    Manufacturer's part number.

## 2.2   PVC PRESSURE AND CONTAINMENT PIPE

A.   PVC Pipe:

1.   Unless otherwise shown or specified all pipe shall be PVC, Type 1, Grade 1, Schedule 80, conforming to ASTM D 1785. Rerun or reclaimed materials will not be acceptable.

2.   Fittings: Solvent welded fittings shall conform to ASTM D 2467 for socket type.

B.   Provide suitable sleeve-type expansion joints in exposed piping to permit 1-inch minimum expansion per 50 feet of continuous pipe length.

C.   Workmanship: The pipe shall be homogeneous throughout and free from visible cracks, holes, foreign inclusions, or other defects. The pipe shall be uniform in color, opacity, density, and other physical properties.

D.   Dimensions and Tolerances: Dimensions and tolerances shall be measured in accordance with ASTM D 2122. The eccentricity of the inside and outside circumferences of the pipe walls shall not exceed 12 percent. Where required, internal diameter of flange adapters shall be chamfered to provide adequate clearance for operation of adjacent butterfly valves.

E.   Sustained Pressure: The pipe shall not fail, balloon, burst, or weep as defined in ASTM D 1598.

F.   Burst Pressure: The minimum burst pressure shall be as given, when determined in accordance with ASTM D 1599.

G.   Piping and fittings shall have ultraviolet inhibitor pigment to resist ultraviolet deterioration.

1.   All valves shall be supported independently of the piping system.

2.   Wide band supports as recommended by manufacturer and approved by Engineer shall be used to minimize localized stresses.

3.  Use "U" clamps with wide band inert plastic circumferential contact. Avoid all pressure contact with piping.

4.  Spacing of supports shall be in accordance with the manufacturers published values at the maximum design operating temperature of the pipe unless otherwise specified, shown or approved by Engineer.

5.  On long runs of piping use guides to maintain alignment and reduce chance of elastic failure of pipe. Space guides as recommended by manufacturer.

6.  Piping passing through walls shall be provided with a sleeve of wearing material to prevent abrasion damage to piping.

7.  When anchors are required at locations other than equipment they shall be placed at elbows, valve locations and at bends in pipeline.

8.  Use expansion joints to take up pipe expansion. Provide anchors to restrain the expansion joint. Use of expansion joints shall be kept to a minimum. Flexible connectors may be used to absorb thermal movement when approved by Engineer.

9.  Do not install pipe when temperature is less than 60°F except as otherwise recommended by manufacturer and approved by Engineer.

## 2.3  CORRUGATED HDPE GRAVITY DRAIN PIPE

A.  All high density polyethylene (HDPE) drain pipe, unless otherwise shown, shall be corrugated, gravity, smooth wall pipe in accordance with ASTM F 405. Pipe shall exhibit a Manning's flow coefficient of 0.012, at a maximum. The pipe shall exhibit a minimum pipe stiffness of 40 psi and shall be rated for H-20 and E80 live loads at a burial depth of 24 inches below grade, in accordance with AASHTO procedures.

B.  HDPE fittings shall be manufactured to the same standards as piping. Loading criteria for fittings shall meet standards established for piping.

C. Piping runs and fittings shall be coupled with factory-fabricated couplers, equipped with neoprene gaskets at each face. The couplers shall be equipped with coupling bands at each end and shall be installed and torqued to manufacturer's specifications and recommendations.

D. Immediately after the pipe is brought to final position, it shall be thoroughly secured and properly bedded, and ample support shall be provided to prevent settlement or disturbances. If a laying box is employed in lieu of sheeting, care should be exercised to prevent disturbing the bedding and position of pipe when moving the box.

E. Manufacturer:

1. Advanced Drainage Systems, Inc.

2. Or approved equal.

## PART 3 - EXECUTION

### 3.1 INSPECTION

A. The Contractor shall inspect all piping to ensure that piping is free of defects in material and workmanship. The compatibility of all pipe, fittings and coating shall be verified.

### 3.2 INSTALLATION

A. General: Refer to Sections 18051 and 18052 for piping installation, testing, cleaning and acceptance.

+ +   END OF SECTION   + +

**SECTION 18068**

**SMALL DIAMETER PIPING, VALVES AND SPECIALS**

**PART 1 - GENERAL**

**1.1  DESCRIPTION**

    A.   Scope:

        1.   Contractor shall furnish all labor, tools, materials, and equipment necessary for providing piping, valves and specials less than 4-inches in diameter, unless otherwise noted.

        2.   Included are all pipe, valves, fittings, couplings, specials, jointing materials, bolts, nuts and gaskets, factory-applied painting and other appurtenances required for the installation, testing and cleaning of above piping.

        3.   It is the intention of the Drawings and of these Specifications to provide complete and workable piping systems. Any miscellaneous fittings and appurtenances required for proper completion of the Work shall be considered as having been included under this Section.

        4.   Piping specifically excluded from this Section is as follows:

            a.   All piping, valves and specials 4-inches in diameter and larger.

            b.   All pipe specifically included with equipment.

    B.   General:

        1.   All materials, equipment and appurtenances shall be new, clean and in accordance with material specifications. In no case will second-hand or damaged material be acceptable.

        2.   Piping shall be clearly marked by manufacturer as to material, type and rating.

C.   Related Work Specified Elsewhere:

    1.   Section 09900, Painting (refer to specific piping specifications for surface preparation and shop priming).

    2.   Division 18, Sections on Piping, Valves and Appurtenances.

## 1.2   QUALITY ASSURANCE

A.   Design Criteria: The design conditions are as described in this Section.

B.   Source Quality Control: All pipe and specials shall have the working pressure stenciled thereon. Pipe that has been designed for abnormal load conditions or thrust restraint shall have special markings thereon which can be readily identified.

C.   Reference Standards:

    1.   Comply with applicable provisions and recommendations of the following:

        a.   AWWA C111 (ANSI A21.11), Rubber Gasket Joints for Ductile Iron and Gray Iron Pressure Pipe and Fittings.

        b.   ANSI B16.22, Wrought Copper and Wrought Copper Alloy Solder Joint Drainage Fittings - DWV.

        c.   ASTM A 307, Carbon Steel Externally Threaded Standard Fasteners.

        d.   FS 0-F-506, Flux, Soldering; Paste and Liquid.

## 1.3   SUBMITTALS

A.   Shop Drawings: Submit for approval Shop Drawings showing the following:

    1.   Illustrations, specifications and engineering data including: dimensions, materials, size, weight,

               coatings and linings for all piping, valves and appurtenances.

    2. Complete layout drawings including location of all valves, fittings, supports, and appurtenances. Type of joints, and restraints where provided, shall be clearly indicated.

    3. Interfacing of piping system to equipment and appurtenances.

    4. Full details of piping, fittings, specials and connections to existing pipes or equipment in both plan and profile.

    5. Detailed procedures to be used in jointing and installing piping system, including manufacturer's recommendations.

    6. Bill of materials indicating material composition of pipe, pressure rating, nominal size and its location on the piping installation drawings.

    7. Submit this data with Shop Drawings required under Sections 18051 and 18052.

B. Tests: Submit description of proposed testing methods, procedures and apparatus. Submit copies of all test reports.

C. Certificates: Submit certificates of compliance with referenced standards.

## 1.4 PRODUCT DELIVERY, STORAGE AND HANDLING

A. Refer to Sections 18051 and 18052.

## PART 2 - PRODUCTS

## 2.1 COPPER TUBING

A. Tubing:

    1. Copper tubing shall be seamless tubing conforming to ASTM B 88.

    2.    Buried service tubing shall be Type K, soft.

    3.    Exposed copper tubing shall be Type L.

B.    Fittings: Fittings shall be wrought copper conforming to ANSI B16.22, except fittings for instrument air shall be compression type, Swagelok, or equal.

C.    Joints: Joints shall be sweat type, with solder 95 percent tin, 5 percent antimony and flux conforming to FS 0-F-506, Type 1, except joints for instrument air shall be compression type, Swagelok, or equal.

D.    Surface Preparation and Field Painting: All exposed copper piping shall be field painted in accordance with Section 09900, Painting.

## 2.2 DUCTILE IRON PIPE

A.    Conform to requirements of Section 18053.

## 2.3 STEEL PIPE

A.    Conform to Sections 18053 and 18061.

## 2.4 SPECIAL COUPLINGS

A.    Flexible Couplings:

    1.    Conform to requirements of Section 18053.

B.    Dielectric Pipe Couplings:

    1.    Dielectric pipe couplings shall be used wherever copper pipe connects to steel, or ductile iron pipe and appurtenances. Couplings shall have steel bodies with nonconducting bushings on both ends. Ends shall have standard pipe threads. Couplings shall be rated for at least 200 psi at 225°F.

    2.    Manufacturer:

        a.    Thermodynamics Corporation.

        b.    Water Vallet Company.

        c.    Or equal.

2.5    **FLEXIBLE PVC BRAIDED TRANSFER PIPING, HYPOCHLORITE SERVICE**

A.    Flexible PVC braided chemical transfer piping shall be provided to convey sodium hypochlorite solution from the storage tank into the discharge main, as shown on the Contract Drawings.

B.    Tubing shall be flexible PVC with an integral braid. Diameter shall be as shown on the piping schedule. Tubing shall be NSF approved for potable water use. Maximum working pressure shall be 250 psi. Minimum bend radius of the tubing shall be 3 inches. All fittings shall be serrated nipples constructed of nylon and secured with stainless steel hose clamps.

2.6    **FLEXIBLE PVC BRAIDED TRANSFER PIPING, LIME SLURRY SERVICE**

A.    Lime slurry transfer piping shall be installed to convey the lime slurry into the discharge main. Transfer piping shall be 1-inch inside diameter flexible PVC with an integral braid.  Tubing shall be NSF approved for potable water use.  Maximum working pressure shall be 125 psi.  Minimum bend radius of the tubing shall be 8 inches.  All fittings shall be serrated nipples constructed of brass and secured with stainless steel hose clamps.

2.7    **VALVES AND SPECIALS**

A.    General:

1.    All valves shall have manufacturer's name and working pressure cast in raised letters on valve body.

2.    All manual valve operators shall turn clockwise to close unless otherwise specified. Valves shall indicate the direction of operation.

3.    Unless otherwise specified all flanged valves shall have ends conforming to ANSI B16.1, Class 125.

4.    All buried valves shall be provided with adjustable two piece valve boxes and provided with extension stems, operating nuts and covers unless otherwise shown or specified. Extension stems shall terminate

12 inches below finished grade. All buried valves shall be of nonrising stem.

5. All bolts, nuts and studs on or required to connect buried valves shall be of stainless steel.

6. All bolts and studs embedded in concrete and studs required for wall pipe shall be of stainless steel.

7. All other bolts, nuts and studs shall conform to ASTM A 307, Grade B; or ASTM A 354.

8. Bolts and nuts shall have hexagon heads and nuts.

9. Gasket material and installation shall conform to manufacturer's recommendations.

10. Whenever bronze body valves are connected to plastic piping, the end connection shall be screwed with a solder adapter.

B. Gate Valves:

1. For Exposed Piping:

   a. Gate valves shall be resilient wedge type, iron body, bronze mounted. Gates shall open counterclockwise.

   b. The sealing surface of the cast iron wedge shall have the sealing surface of the wedge permanently bonded with resilient material to meet ASTM D429 tests for rubber to metal bond.

   c. Gate valves 3-inch diameter and larger shall have flanged end connections, valves less than 3 inches shall have screwed end connections unless otherwise specified.

   d. Valves shall have nonrising stem with operating nut and handwheel.

   e. Where indicated on the drawings, valves shall be furnished with a handwheel floor stand type valve operator for use on valves with non-rising stems. Extension stem shall be

bronze with coupling, and the floor stand shall have an integral indicator to show the valve position. The handwheel floor stand operator shall be model F-5500 as manufactured by Clow Valve Company, or approved equivalent. The handwheel operator shall be mounted to the aluminum grating assembly with stainless steel hardware. Extension stem length shall be coordinated in the field by Contractor to suit the requirement application.

f. Manufacturer:

  1) Clow

  2) M&H Valve Company

2. For Buried Piping:

  a. Gate valves shall be double disc, iron body bronze mounted. Gates shall open counterclockwise.

  b. Buried gate valves shall have mechanical joint end connections and ductile iron retaining glands.

  c. Valves shall have nonrising stem with 2-inch operating nut.

  d. Each valve shall be provided with a valve box and cover. Valve box shall be two piece cast iron with 5 1/2-inch shaft, screw type.

  e. Manufacturer:

    1) Clow

    2) M&H Valve Company

    3) Or equal.

3. For Copper Piping:

  a. Gate valves shall be bronze body, with solid wedge disc and solder joints.

    b.    Valves shall have a union bonnet and rising stem.

    c.    Manufacturer:

        1)    Lunkenheimer.

        2)    Crane.

        3)    Or equal.

4.    For Steel Piping:

    a.    Type: Outside stem and yoke, rising stem, split wedge.

    b.    Body: Carbon steel, ASTM A 105.

    c.    Stem and Split Wedge: Stainless steel.

    d.    Ends: Flanged, ANSI B16.5, Class 150.

    e.    Manufacturer:

        1)    Henry Vogt Machine Company.

        2)    William Powell Company.

        3)    Or equal.

C.    Check Valves:

1.    For Ductile Iron Piping:

    a.    Valves shall be swing check type of iron body, bronze mounted construction.

    b.    End connections shall be flanged or screwed.

    c.    Manufacturer:

        1)    Lunkenheimer.

        2)    Or equal.

2.   For Copper Piping:

   a.   Check valves shall be swing check valves of bronze construction and solder joint ends.

   b.   Manufacturer:

      1)   Crane.

      2)   Lunkenheimer.

      3)   Or equal.

3.   For Other Services:

   a.   Type: Horizontal, swing.

   b.   Body: Carbon steel, ASTM A 216.

   c.   Internals: Stainless steel, ASTM A 74.

   d.   Manufacturer:

      1)   Jenkins Brothers.

      2)   Or equal.

D.   Ball Valves:

1.   For Copper Piping:

   a.   Ball valves shall be quarter turn, full port ball valve with a nonblowout stem and adjustable packing gland. Valve body shall be cast bronze and valve ball shall be chrome plated brass.

   b.   Valve packing and seats shall be Teflon.

   c.   Valve end connections shall be screwed. Provide a screw to sweat adapters where required.

   d.   Manufacturer:

      1)   Stockham Valves and Fittings.

   2) Crane.

   3) Whitey.

   4) Or equal.

2. For Fuel Oil Piping:

 a. Ball valves shall be quarter turn, SSF63 Series, full port ball valves with a nonblowout stem and adjustable packing gland. Valve body and ball shall be 316 stainless steel. Valve shall be approved by Factory Mutual Systems 6033, and A.P.I. 607. Valves shall be rated for 2200 psi at 100°F.

 b. Valve packing shall be Grafoil. Valve seats shall be spring loaded Teflon seats with Grafoil reinforcement.

 c. Valve end connections shall be screwed or swagelok as shown on the Contract Drawings.

 d. Manufacturer:

   1) Swagelok.

   2) Whitey.

   3) Nipro.

   4) Cajon.

   5) or equal.

3. For All Other Uses:

 a. Type: Nonlubricated, full port.

 b. Body: Carbon steel.

 c. Ball and Stem: Stainless steel.

 d. Seats and Seals: Teflon.

 e. Ends: Flanged, ANSI B16.5, Class 150.

      f.   Manufacturer:

          1)   Jamesbury Corporation.

          2)   Or equal.

E.   Corporation Stops:

    1.   Corporation stops shall be installed where air binding of pipe lines might occur, or as shown on the Drawings.

    2.   Corporation stops shall be of brass or bronze construction, in accordance with AWWA C800.

    3.   Manufacturer:

      a.   Mueller Company.

      b.   Or equal.

F.   Air Release Valve:

    1.   A 2" automatic air release valve shall be installed on the well pump discharge.

    2.   Valve shall be 2" NPT screwed inlet and outlet with cast iron body and top, bronze and brass trim and stainless steel ball float.

    3.   The valve shall satisfactorily withstand a hydrostatic pressure of 300 psi and operating pressure of 125 psi.

    4.   Manufacturer:

      a.   Crispin, Model D20

      b.   Or equal.

G.   Solenoid Valves:

    1.   Solenoid valves where shown or required shall be of packless construction with screwed ends and a threaded conduit connection.

2.   All parts in contact with the fluid being handled shall be of noncorrodible construction and suitable for the service indicated. Stainless steel bodies and wetted components shall be provided where indicated on the Drawings.

3.   Coils shall be rated for continuous duty, and shall be completely encapsulated in epoxy resin.

4.   Valves shall have a manual operator.

5.   A strainer shall be installed upstream of each solenoid valve.

6.   The valves shall be energized to close unless otherwise shown on Drawings or in Specifications.

7.   Solenoid valves shall be suitable for operation on 120 volt, 60 Hz, single phase power.

8.   Solenoid valves used in explosion-proof areas shall be suitable for Class I, Division I, Group D or Class I, Division II, Group D as applicable.

9.   Manufacturer:

a.   Automatic Switch Company.

b.   Magnatrol.

c.   Or equal.

H.   Gauges:

1.   Pressure gauge shall be installed on discharge connection to well pump.  Air line drawdown gauge shall be installed on well pump head.

2.   Materials are as follows:

a.   Case: Plastic: dust proof

b.   Stainless Steel: bourdon tube

c.   Cocks Each Gauge: Brass Ball Valves

d.   Miscellaneous Piping: Brass.

     e.   Snubber: Type 316 Stainless Steel.

     f.   Dial Size: 4 1/2 inches with a plastic case and white face with black markings. Window shall be acrylic with a micrometer adjustable black aluminum pointer.

  3.  Range:

     a.   Scale shall be as required for the application and as approved by the Engineer.

  4.  Accuracy: ±1/2% of full scale.

  5.  Manufacturer:

     a.   Ashcroft - Model 1279.

     b.   Marsh.

     c.   Or equal.

I.  Sampling Taps: Sampling tap shall consist of a smooth nosed copper sampling tube connected to pressure gauge assembly as shown on the Drawings.

  1.  Nipple - 1/4-inch NPT, brass.

  2.  Pet Cock - Ball Valve.

  3.  Copper Tubing - Type "L" tube with end connections sanded smooth without burrs and crimps.

J.  PVC Unions: Unions for chemical service shall have Viton "O" Rings and shall be suitable for use with 15 percent sodium hypochlorite solution.

K.  Reduced Pressure Zone (RPZ) Backflow Preventer:

  1.  The RPZ device shall be of the size shown on the Drawings, shall include two check valves, unions, test ports, and an automatically operating pressure differential relief valve.

  2.  The backflow prevention device shall have bronze body, all bronze working parts, bronze ball valves on inlet and outlet, neoprene valve discs, nitrile,

fabric reinforced diaphragm, stainless steel springs for the second check valve and relief valve, and stainless steel springs for the first check valve. The backflow prevention device shall be designed for a maximum working pressure of 175 psi, hydrostatically tested to 350 psi and be supplied with a "Y" strainer. Pressure drop for a 1-inch valve of the model specified at 25 gpm shall not exceed 14.0 psi.

3. There shall be two ball valves, a gate valve and a check valve furnished and installed with the backflow preventer device. The manufacturer of the backflow prevention device shall install a test cock with the necessary fittings into the inlet ball valve.

4. The Contractor shall support the backflow prevention device as required.

5. The reduced pressure backflow preventer shall be listed with Underwriters Laboratories and meet the requirements of AWWA C506.

6. The Contractor shall have a New York State Health Department Certified Backflow Prevention Device Tester hydraulically test and certify in writing that the backflow prevention device is operating correctly and meets the intent of the specifications. Results of the test shall be forwarded to the Engineer and the Nassau County Department of Health. The installation and testing of the backflow prevention device must be witnessed by the Engineer or the device and test results will be unacceptable. Replacement and/or retesting of the device shall be at no additional cost to the Owner.

7. The tests shall be conducted twice: Once prior to final approval; and the second time prior to the end of the guarantee period. The aforementioned second test shall not be performed prior to 11 months after final approval and certification shall be submitted to the Owner in writing before the end of the guarantee period of the Contract.

8.  Manufacturer:

   a.  Febco, Model 825Y

   b.  Or equal.

## 2.8  MISCELLANEOUS

A.  Dry Taps in Pipe:

   1.  Taps and connections to piping shall be made as required to connect equipment, gauges, valves, and where otherwise shown on the Drawings.

   2.  Taps shall be Mueller pipe thread of the size indicated or required.

   3.  Where pipe wall thickness is insufficient for the tap sizes shown, bosses or welding plates shall be added to the pipe or fitting, or an approved saddle may be used. Field welding will not be permitted.

   4.  Threads shall be protected by a brass plug.


## PART 3 - EXECUTION

## 3.1  INSPECTION

A.  The Contractor shall inspect all piping to ensure that piping is free of defects in material and workmanship. The compatibility of all pipe, fittings, and coatings shall be verified.

## 3.2  INSTALLATION

A.  Buried pipe shall be installed in accordance with the requirements of Section 18051. Exposed pipe shall be installed in accordance with the requirements of Section 18052. Valves shall be installed as specified in this Section.

3.3   **MISCELLANEOUS FITTING INSTALLATION**

    A.   Pipe in Wall or Floor Sleeves:

        1.   The annular space between all wall sleeves and carrier pipes shall be sealed with mechanical link-type seals.

    B.   Transitions from one type of pipe to another shall conform with requirements of Sections 18051 and 18052.

3.4   **VALVE INSTALLATION**

    A.   Provide valves and specials in quantity, size, and type with all required accessories as shown on the Contract Drawings.

    B.   Install all valves and appurtenances in accordance with manufacturer's instructions.

    C.   Install suitable corporation stops at all points shown and required where air binding of pipe lines might occur.

    D.   Install all valves so that operating handwheels or wrenches may be conveniently turned from operating floor but without interfering with access, and as approved by Engineer.

    E.   Unless otherwise approved install all valves plumb and level. valves shall be installed free from distortion and strain caused by misaligned piping, equipment or other causes.

    F.   Installation of all valves, specials and appurtenances shall conform to the requirements of Sections 18051 and 18052 where applicable.

    G.   Identification: Provide valve tags as specified under Section 09900.

## 3.5   SPECIFIC PIPING INSTALLATION

A.   Copper Tubing:

1.   Joints shall be made with clean bright ends, properly fluxed, using 95 percent tin, 5 percent antimony solder.

2.   Runs shall contain unions at connections to equipment and at reasonable distances along the lengths of runs to permit convenient disassembly of piping and removal of equipment.

3.   All horizontal lines shall be properly pitched to facilitate draining and all low points shall be provided with 3/4-inch hose bibbs properly located so that the entire system may be drained.

## 3.6   FIELD TESTING

A.   Leakage Tests:

1.   Conform with requirements of Sections 18051 and 18052.

2.   All auxiliary devices connected to the main process piping, such as pilot piping and gauges, shall be valved off or disconnected prior to the leakage testing. Upon completion of the tests, all connections shall be reestablished and the section of piping incorporating the auxiliary devices shall be retested at the required pressure.

## 3.7   CLEANING

A.   All piping shall be thoroughly cleaned and flushed as approved by the Engineer.

## 3.8   SURFACE PREPARATION AND PAINTING

A.   All piping listed in the Schedule to be painted shall be prepared and painted in accordance with the requirements of Section 09900, Painting.

B.   All valves, except stainless steel and PVC, shall be prepared and field painted in accordance with Section 09900, Painting.

C.    All buried bolts and nuts shall be given a heavy coat of asphaltic material in accordance with Section 18051.

+ +   END OF SECTION   + +

SECTION 18094

PIPE HANGERS AND SUPPORTS

**PART 1 - GENERAL**

**1.1   DESCRIPTION**

    A.   Scope:

        1.   Contractor shall furnish all labor, materials, equipment and incidentals as shown on the Contract Drawings, specified and required to provide an acceptable system of support, guidance and anchorage for all piping, valves, fittings, ductwork and specials.

        2.   Hangers and supports for Plumbing and Ventilation are specified herein.

    B.   Coordination:

        1.   Review installation procedures under other Sections and coordinate the Work that must be installed with or attached to the hangers and supports.

        2.   Contractor shall coordinate the location and placement of any necessary concrete inserts, and any cutting or drilling of structural members required.

    C.   Related Work Specified Elsewhere:

        1.   Section 03300, Cast-In-Place Concrete.

        2.   Section 05120, Structural Steel.

        3.   Section 05504, Miscellaneous Metal Fabrications.

        4.   Section 09900, Painting.

        5.   Division 18, Sections on Piping, Valves and Specials.

**1.2   QUALITY ASSURANCE**

    A.    General: The contractor shall conform to the following general criteria:

        1.    Materials and systems using stock or production parts shall be utilized unless otherwise shown or approved.

        2.    Accurate weight balance calculations shall be made to determine the required supporting force at each hanger location and the pipe weight load at each equipment concentration.

        3.    Pipe hangers shall be capable of supporting the pipe in all conditions of operation. They shall allow free expansion and contraction of the piping, and prevent excessive stress resulting from transferred weight being induced into the pipe or connected equipment.

        4.    Hangers shall be installed so that they cannot become disengaged by movements of the supported pipe.

        5.    Conform to the recommendations of MSS-SP-58 and 69 except where requirements of this Section 18094 are more stringent.

    B.    Source Quality Control: Obtain each type of pipe hanger or support from no more than one manufacturer.

    C.    Reference Standards: Comply with applicable provisions and recommendations of the following except as otherwise shown or specified:

        1.    The Manufacturers Standardization Society of the valve and Fittings Industry:

            a.    MSS SP-58, Pipe Hangers and Supports - Materials and Design.

            b.    MSS SP-69, Pipe Hangers and Supports - Selection and Application.

        2.    FS WW-H-171, Hangers and Supports, Pipe.

3.   Underwriters' Laboratories, Inc., Standard UL-203-Pipe Hanger Equipment.

4.   ANSI B1.1, Unified Inch Screw Threads.

5.   ANSI B31, Codes for Pressure Piping.

6.   ASTM A36, Structural Steel.

7.   ASTM A47, Malleable Iron Castings.

8.   ASTM A235, Carbon Steel Forgings for General Industrial Use.

9.   ASTM A276, Stainless and Heat-Resisting Steel Bars and Shapes.

10.  ASTM A307, Carbon Steel Externally Threaded Standard Fasteners.

11.  ASTM A320, Alloy-Steel Bolting Materials for Low-Temperature Steel.

12.  ASTM A575, M-Grades Merchant Quality Hot-Rolled Carbon Steel Bars.

13.  ASTM A666, Austenitic Stainless Steel, Sheet, Strip, Plate and Flat Bar for Structural Applications.

14.  ASTM A668, Carbon and Alloy Steel Forgings for General Industrial Use.

## 1.3   SUBMITTALS

A.   Shop Drawings: Submit for approval Shop Drawings showing the following:

1.   All hangers and supports for piping system specified.

2.   Location, installation, material, loads or forces, and deflection of all hangers and supports.

3.   Manufacturers' catalogs, literature, and engineering data on all hangers and supports.

       4.    Load ratings, materials and installation shall be consistent with the recommendations of the MSS SP-58 and MSS SP-69.

## 1.4   PRODUCT DELIVERY, STORAGE, AND HANDLING

A.   Delivery of Materials: All materials shall be inspected for size, quality, and quantity against approved Shop Drawings.

B.   Storage of Materials: All materials shall be packaged, labeled, and stored in a covered dry location until time of installation.

## PART 2 - PRODUCTS

## 2.1   GENERAL REQUIREMENTS

A.   Unless otherwise noted or shown, contractor is responsible for designing and supplying supports for all piping systems.

B.   The hangers and supports shall meet with the following requirements:

       1.    Standard and fabricated hangers and supports shall be furnished complete with necessary inserts, bolts, nuts, rods, washers, and other accessories.

       2.    Run piping in groups and parallel to building walls where practicable. Provide minimum clearance of one inch between pipe and other work.

       3.    Install hangers or supports at all locations where piping changes direction. All valves and valve operators shall be rigidly supported independently of the piping.

       4.    All valves and valve operators shall be rigidly supported independently of the piping.

       5.    All hangers and supports shall be capable of adjustment after placement of piping.

       6.    Types of hangers or supports shall be kept to a minimum.

7.   All suspended or supported ductile iron pipe and cast iron soil pipe shall have a hanger or support adjacent to each hub.

8.   Vertical piping shall be supported at each floor and between floors by stays or braces to prevent rattling and vibration.

9.   Hanger rods shall be straight and vertical. Chain, wire, strap or perforated bar hangers shall not be used. Hangers shall not be suspended from piping.

10.  Prevent contact between dissimilar metals by use of copper plated, rubber, vinyl coated, or stainless steel hangers or supports.

11.  Hangers and supports shall provide for expansion throughout the full operating temperature range.

12.  All ferrous pipes shall be supported by galvanized steel pipe attachment.

13.  All copper piping shall be supported by plastic coated or copper plated steel pipe attachments.

14.  Plastic piping shall be supported by plastic coated steel pipe attachments.

15.  All supports, straps and hardware in clearwell shall be Type 316 stainless steel.

16.  Vertical struts and horizontal members shall be of a size suitable for the service intended and be compatible with frame inserts as specified in Section 05504, Miscellaneous Metal Fabrications. Structural steel shall conform to the requirements of Section 05120.

17.  Insulated pipes shall have a 300 series stainless steel insulation protection shield a minimum of 12 inches long.

## 2.2   HANGERS AND SUPPORTS

A.   Components of hangers and supports shall conform to the following where applicable:

1.   Materials:

    a.   Bolts: ASTM A 307, Grade A, unless otherwise specified below.

    b.   Anchor and Expansions Bolts: Type 316 stainless steel, including nuts and washers.

    c.   Forgings: ASTM A 235.

    d.   Malleable Iron: ASTM A 47.

    e.   Rods and Bars: ASTM A 107.

    f.   Threads: Unified Screw Threads, Class 2A and 2B, ANSI B1.1.

    g.   Structural Steel: ASTM A 36.

2.   Finish:

    a.   Steel Items: Galvanized unless otherwise specified or shown on the Drawings.

    b.   Plastic coated steel where specified above.

    c.   Stainless Steel Items: No finish is required.

B.   Pipe Attachments: The following types of pipe attachments are acceptable:

    1.   Adjustable Steel Clevis: FS WW-H-171E, Type 1.

    2.   Steel Double Bolt Pipe Clamp: FS WW-H-171E, Type 3.

    3.   Steel Pipe Clamp: FS WW-H-171E, Type 4.

    4.   Adjustable Swivel Pipe Ring: FS WW-H-171E, Type 6.

    5.   Adjustable Steel Band Hanger: FS WW-H-171E, Type 7.

    6.   Riser Clamp: FS WW-H-171E, Type 8.

    7.   Light Duty Clevis Hanger: FS WW-H-171E, Type 12.

    8.   Long Clips: FS WW-H-171E, Type 26.

    9.   Offset J Hooks: FS WW-H-171E, Type 27.

10. Pipe Saddle Support: FS WW-H-171E, Type 37.

11. Pipe Stanchion Saddle: FS WW-H-171E, Type 38.

12. Adjustable Pipe Saddle Support: FS WW-H-171E, Type 39.

13. Insulation Protection Saddle: FS WW-H-171E, Type 40A and 40B.

14. Insulation Protection Shield: FS WW-H-171E, Type 41.

15. Adjustable Pipe Roll and Base: FS WW-H-171E, Type 47.

16. Adjustable Roller Hanger: FS WW-H-171E, Type 44.

17. Pipe Slide Assembly:

    a. Material: Carbon steel tee with stainless steel slide plate; carbon steel base with filled teflon pad.

    b. Type: Suitable for field welding to steel pipe. Modify with clamps and U-bolts for use with ductile iron pipe.

    c. Product and Manufacturer:

        1) ITT Grinnell, Figure 257, Type 3.

        2) Piping Specialties, Incorporated.

        3) Or equal.

C. Structural Attachments: The following types of structural attachments are acceptable:

1. Welded Steel Bracket: FS WW-H-171E, Type 33.

2. Side Beam Bracket: FS WW-H-171E, Type 35.

3. Malleable Concrete Insert: FS WW-H-171E, Type 18.

4. Center I-Beam Clamp with Eye Nut: FS WW-H-171E, Type 28.

   5. Side Beam Clump: FS WW-H-171E, Type 20.

 D. Hanger Rod Attachments: Use as required to complete assembly:

   1. Forged Steel Clevis: FS WW-H-171E, Type 14.

   2. Adjustable Turnbuckle: FS WW-H-171E, Type 15.

   3. Forged Steel Weldless Eye Nut: FS WW-H-171E, Type 17.

 E. Anchorage Items: All anchor or expansion bolts, nuts and washers for anchoring pipe hangers and supports shall be Type 316 stainless steel where stainless steel piping is installed and Type 304 stainless steel in all other locations. Concrete anchors shall be self drilling type.

 F. All other hangers and supports shall be in accordance with MSS SP-58.

 G. Product and Manufacturer: Provide hangers and supports as manufactured by one of the following:

   1. ITT Grinnell Company.

   2. Elcen Metal Products Company.

   3. Or equal.

## 2.3 SURFACE PREPARATION AND PAINTING

 A. All pipe supports except stainless steel and plastic coated steel for all piping listed in the Schedule to be painted shall be prepared and painted in accordance with the requirements of Section 09900, Painting. All supports shall be painted the same color as the pipe.

## PART 3 - EXECUTION

## 3.1 GENERAL

 A. Locate hangers, supports, and accessories to support piping, valves, and all concentrated loads.

B.   Locate hangers, supports, and accessories within maximum span lengths specified to support continuous pipeline runs unaffected by concentrated loadings.

C.   All in line devices shall be removable without the need for temporary supports for adjacent and connecting pipe.

D.   Locate hangers and supports to prevent vibration or swaying and to provide for expansion and contraction.

E.   Pipe attachments for insulated pipe shall be large enough to accommodate pipe, insulation and shield.

F.   Install items to be embedded before concrete placement.

G.   Fasten embedded items securely to prevent movement during concrete placement.

H.   Hanger and support units installations methods shall be in accordance with manufacturer's recommendations.

I.   Adjust hangers and supports and place grout for concrete supports to bring pipelines to specified elevations. Grout shall be as specified in Section 03300, Cast-In-Place Concrete.

## 3.2   INSTALLATION

A.   Supports and Hangers for Horizontal Pipes: Space supports and hangers for all piping no farther apart than shown below unless otherwise shown on the Drawings:

1.   Copper Tube:

   a.   Pipes up to 2 inches: 6 feet-0 inch center to center.

   b.   Pipes 2 1/2 inches and larger: 8 feet-0 inch center to center.

2.   Steel, Ductile Iron and Stainless Steel Pipe:

   a.   Pipes up to 1 inch: 6 feet-0 inch center to center.

   b.   Pipes 1 1/4 inches to 6 inches: 8 feet-0 inch center to center.

  c. Pipes 8 inches and larger: 10 feet-0 inch center to center.

  d. In addition, ductile iron pipe shall have a minimum of two supports per length and shall have a hanger or support adjacent to each hub.

3. Plastic Pipe: Maximum support spacing for plastic pipe at ambient temperature shall be one-half the above values for steel pipe except that support spacing shall not exceed 4 foot-0 inches.

4. Cast Iron Pipe:

  a. Two supports per length.

  b. Additional supports shall be placed immediately adjacent to any change in piping direction, and on both sides of valves, expansion joints, and couplings.

  c. Hanger Rods shall be sized for maximum pipe loads and according to the schedule herein for minimum rod diameters:

| Nominal Pipe (inches) | Minimum Rod Diameter (inches) |
|---|---|
| 1/2 through 2 | 3/8 |
| 2-1/2 through 3 | 1/2 |
| 4 through 5 | 5/8 |
| 6 | 3/4 |
| 8 through 12 | 7/8 |
| 14 through 18 | 1 |
| 20 through 30 | 1-1/4 |

  d. Hangers and supports for pipe 3 inches in diameter and larger shall be adjustable.

B. Supports for Vertical Piping:

1. Provide riser clamp placed under hub, fitting or coupling with approved solid bearing on steel sleeve.

2.   Where riser clamps are used with plastic piping they shall be modified so as not to exert any compressive forces on the pipe.

3.   Vertical piping shall be supported at each floor and between floors by stays or braces to prevent rattling and vibration.

4.   Vertical plastic piping riser clamps shall be PVC coated.

C.   Expansion Anchors:

1.   Use to fasten all base supports to floors.

2.   Use at hangers and brackets to support piping 1 inch in diameter and smaller and only if the anchor is designed to carry 200 percent of the load.

## 3.3   ACCEPTANCE AND SERVICE

A.   Acceptance: All pipe systems shall be brought up to operating pressures and temperatures. Systems shall be cycled to duplicate operating conditions. All malfunctions shall be corrected. Contractor shall furnish all labor and materials to readjust and correct faults with hangers and supports for the piping systems.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

# SECTION 18096

## WALL PIPES, FLOOR PIPES AND PIPE SLEEVES

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope: Contractor shall furnish all labor, materials, equipment and incidentals required to provide all floor pipes, pipe sleeves, wall pipes, other wall pieces, mechanical seals and escutcheons required to complete the Work.

B. Coordination: Review installation procedures under other Sections and coordinate with the Work which is related to this Section.

C. Related Work Specified Elsewhere:

1. Division 3, Sections on Concrete.

2. Section 09900, Painting.

3. Division 18, Sections on Piping, Valves and Specials.

### 1.2 QUALITY ASSURANCE

A. Reference Standards: Comply with applicable provisions and recommendations of the following except as otherwise shown or specified:

1. AWWA C100, Cast Iron Pressure Fittings.

2. AWWA C104 (ANSI A21.4), Cement Mortar Lining for Cast Iron and Ductile Iron Pipe and Fittings for Water.

3. AWWA C106 (ANSI A21.6), Cast Iron Pipe Centrifugally Cast in Metal Molds, for Water and Other Liquids.

4. AWWA C110 (ANSI A21.10), Gray-Iron and Ductile-Iron Fittings, 2 inches through 48 inches, for Water and Other Liquids.

5.   AWWA C111 (ANSI A21.11), Rubber Gasket Joints for Cast-Iron and Ductile-Iron Pressure Pipe and Fittings.

6.   AWWA C115 (ANSI A21.15), Flanged Cast Iron and Ductile Iron Pipe with Threaded Flanges.

7.   AWWA C151 (ANSI A21.51), Ductile-Iron Pipe, Centrifugally Cast in Metal Molds or Sand-Lined Molds, for Water or Other Liquids.

8.   AWWA C200, Steel Water Pipe 6 Inches and Larger.

9.   ANSI B16.1, Cast Iron Pipe Flanges and Flanged Fittings.

10.  ANSI B16.4, Cast Iron Screwed Fittings.

## 1.3  SUBMITTALS

A.   Shop Drawings: Submit for approval Shop Drawings showing the following:

1.   Detailed drawings and data on all wall and floor pipes, and pipe sleeves.

2.   Submit and coordinate these with Shop Drawings required for all piping systems.

## PART 2 - PRODUCTS

## 2.1  MATERIALS

A.   General: On the Drawings, where the type of penetration is not indicated the Contractor shall use either a typical detail as shown on the Drawings or a detail as approved by the Engineer.

B.   Wall and Floor Pipes:

1.   Material: Same as specified for the piping connected to wall or floor pipe, unless otherwise shown on the Drawings or approved by Engineer.

2.   End Connections: As shown on the Drawings or approved by the Engineer.

3. Thickness: Same as specified for the piping connected to wall or floor pipe unless otherwise shown or specified.

4. Provide water stop at mid-point of wall or floor for anchorage and watertightness.

5. Pipes ends shall be flush with wall or floor face unless otherwise shown, specified or approved by the Engineer.

6. Flanged ends and mechanical joint bells shall be drilled and tapped for studs. Provide stainless steel studs.

7. Provide same interior protection as specified for the connecting piping. Exterior protection shall be as specified for buried piping in Section 18051.

C. Pipe Sleeves: Pipe sleeves shall conform to the details on the Drawings. Where not shown conform to the following as a minimum:

1. Sleeves for Ferrous and Plastic Pipes: Scheduled 40 galvanized steel pipe unless otherwise shown.

2. Sleeves for Copper Pipe: Type K hard drawn copper pipe unless otherwise shown.

3. Cast Wall Sleeves:

   a. Material: Cast iron, ductile iron or Type 316 stainless steel, furnished with integral wall collar.

   b. Dimensions: As required for mechanical joint or caulked joint pipe to pass through sleeve. Length as required. Minimum pipe sleeve wall thickness shall be as specified in AWWA C110.

D. Mechanical Modular Seals: Provide link type mechanical/modular seals with adjusting bolts in all pipe sleeves as shown on the Drawings unless otherwise approved by the Engineer, suitable for 20 psi working pressure.

1. Type: Mechanical/Modular seals through clearwell and exterior walls or floors: minimum two

Mechanical/Modular seal assemblies required per installation.

    a.   Pressure Plate: Glass reinforced nylon plastic.

    b.   Bolt and Nut: Type 316 stainless steel.

    c.   Sealing Element: EPDM rubber, Silicone rubber.

2.   Type: Mechanical/Modular seals through interior walls or floors.

    a.   Pressure Plate: Low carbon steel, zinc galvanized plated.

    b.   Bolt and Nut: Low carbon steel zinc galvanized.

    c.   Sealing Element: Silicone rubber, EPDM rubber.

3.   Product and Manufacturer: Seals shall be as manufactured by:

    a.   Thunderline Corporation.

    b.   Or equal.

## 2.2   SURFACE PREPARATION AND PAINTING

A.   All exposed surfaces of wall pipes, floor pipes and pipe sleeves shall be prepared and painted in accordance with the requirements of Section 09900, Painting.

## PART 3 - EXECUTION

## 3.1   INSTALLATION

A.   Wall and Floor Pipes: Install as shown and in accordance with approved Shop Drawings.

B.   All penetrations through existing floors, walls or ceilings shall be core-drilled. Chipping shall not be allowed in lieu of core drilling. Contractor shall obtain written approval from the Engineer prior to

making any new penetrations through existing floors, walls or ceilings. Contractor shall drill pilot holes before core drilling to locate any interference with existing conduits, equipment, etc., or to locate existing reinforcing. He shall neatly patch and seal opening after installation of new equipment to match existing walls, floors, ceilings, etc.

C.   Pipe Sleeves:

1.   Use sleeves wherever pipes pass through walls, partitions, floors, and roofs unless otherwise shown.

2.   In process areas, all sleeves through floor slabs shall extend a minimum of 2 inches above finished floor.

3.   In finished areas, all sleeves through floor slabs shall extend a maximum of 1/4 inch above finished floor.

4.   Anchor sleeves to concrete and masonry walls as shown or otherwise approved.

5.   Sleeves through walls shall be flush with wall face.

6.   Seal annular space between pipe and sleeve with mechanical seals or as approved by the Engineer.

7.   All pipe joints and annular spaces in exterior walls or walls subjected to hydrostatic pressure shall be completely watertight.

8.   Size sleeves to provide annular space as recommended by the mechanical/modular seal manufacturer and as follows:

| Pipe Size | Spacing between Sleeve ID and Pipe or Insulation OD |
|---|---|
| Less Than 2 in. | 1/2 in. to 3/4 in. |
| 2 in. - 4 in. | 3/4 in. to 1 1/4 in. |
| 6 in. - 12 in. | 1 1/4 in to 2 in. |
| Over 12 in. | 2 in. to 3 in. |

9.  Do not install sleeves and pipes through concrete columns and beams, and steel members unless specifically shown and approved by Engineer.

+ +   END OF SECTION   + +

SECTION 18099

LARGE DIAMETER VALVES, SPECIALS AND APPURTENANCES

PART 1 - GENERAL

1.1  DESCRIPTION

A.   Scope:

1.   Contractor shall furnish all labor, materials, equipment and incidentals required to provide all valves and appurtenances as shown on the Contract Drawings and specified herein.

2.   The Work includes, but is not limited to, all types of valves, 4-inch diameter and larger required for buried, exposed, submerged and other types of piping except where otherwise specifically included in other Sections.

B.   Coordination: Review installation procedures under other Sections and coordinate with the Work which is related to this Section including buried piping installation, exposed piping installation, site utilities, insulation, fire protection, heating, ventilating and plumbing.

C.   Related Work Specified Elsewhere:

1.   Section 09900, Painting.

2.   Division 18, Sections on Piping, Valves and Appurtenances.

1.2  QUALITY ASSURANCE

A.   Manufacturer's Qualifications: Valves and appurtenances provided under this Section shall be the standard products in regular production of a valve manufacturer(s).

B.   Reference Standards:  Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified.

1.   AWWA C500, Gate Valves, 3 through 48 inches NPS, for Water and Sewage systems.

2.   AWWA C508, Standard for Swing Check Valves for Waterworks Service, 2-inch through 24-inch NPS.

3.   AWWA C509, Standard for Resilient-Seated Gate Valves, for Water and Sewage.

4.   ANSI B16.1, Cast-Iron Pipe Flanges and Flanged Fittings.

5.   ANSI B16.4, Cast-Iron Screwed Fittings.

6.   ANSI A21.11, Rubber Gasket Joints for Ductile Iron and Gray Iron Pressure Pipe and Fittings.

7.   ASTM A48, Gray Iron Castings.

8.   ASTM A126, Gray Iron Castings for Valves, Flanges and Pipe Fittings.

9.   ASTM A307, Carbon Steel Externally Threaded Standard Fasteners.

10.  ASTM A354, Quenched and Tempered Alloy Steel Bolts, Studs and Other Externally Threaded Fasteners.

11.  ASTM A436, Austenitic Gray Iron Castings.

12.  ASTM A536, Ductile Iron Castings.

13.  ASTM B62, Composition Bronze or Ounce Metal Castings.

14.  ASTM D1784, Rigid Poly (Vinyl Chloride) (PVC) Compounds and Chlorinated Poly (Vinyl Chloride) (CPVC) Compounds.

15.  ASTM D2467, Socket-Type Poly (Vinyl Chloride) (PVC) Plastic Pipe Fittings, Schedule 80.

16.  AGMA Standards.

17.  NEMA, National Electrical Manufacturers Association.

18.  ISA, Instrument Society of America.

C.   Shop Tests: All valves shall be shop tested at test pressures in accordance with the requirements of applicable AWWA Standards. The manufacturer shall certify that the required tests on the various materials and on the completed valves were performed and the valves were found conforming to the requirements of AWWA Standards.

## 1.3   SUBMITTALS

A.   Shop Drawings:   Submit for approval Shop Drawings showing the following:

1.   Manufacturer's literature, illustrations, specifications and engineering data including dimensions, materials, size and weight.

2.   Fabrication, assembly, installation and wiring diagrams.

3.   Setting drawings, templates, and directions for the installation of anchor bolts and other anchorages.

B.   Operation and Maintenance Manuals:   Submit complete installation, operation and maintenance manuals, including copies of all approved Shop Drawings, as specified in Section 01730, Supplementary Mechanical and Electrical Requirements.

C.   Certificates of shop testing of valves as specified in Paragraph 1.2,C.

## 1.4   PRODUCT DELIVERY, STORAGE AND HANDLING

A.   Handle all valves and appurtenances very carefully. Valves which are cracked, dented or otherwise damaged or dropped will not be acceptable.

B.   Store all valves and appurtenances in an approved enclosed shelter off the ground.

**PART 2 - PRODUCTS**

**2.1  MATERIALS**

A.   General:

    1.   All valves shall have manufacturer's name and working pressure cast in raised letters on valve body.

    2.   All manual valve operators shall turn clockwise to close the valves.  An arrow with the word "close" shall be cast on each operator to indicate direction of closing.

    3.   All flanged valves shall have ends conforming to ANSI B16.1, Class 125.

    4.   All bolts, nuts and washers required to connect flanged valves in the clearwell shall be of Type 304 stainless steel.

    5.   Exposed flanged valve connections shall be with bolts, nuts, and washers conforming to ASTM A 307, Grade B; or ASTM A 354.

    6.   All bolts and nuts shall have hexagon heads. Gasket material shall be suitable for the specified service.

B.   Gate Valves:

    1.   For Exposed Ductile Iron Pipe:

        a.   Exposed gate valves shall be ductile iron body resilient wedge type conforming to ANSI/AWWA C509.  Gate valves 4 inches and larger shall be rated for 200 psig working pressure.

        b.   Rubber shall be permanently bonded to the disc per the requirements of ASTM D429.

        c.   All gate valves shall open counter-clockwise, shall be furnished without bypasses and shall be suitable for vertical or horizontal mounting.

     d.    Gate valves shall be furnished with flanged ends and nonrising stems and as shown on the Contract Drawings.

     e.    Exposed, manually operated gate valves shall be equipped with handwheels.

     f.    Where indicated on the drawings, valves shall be furnished with a handwheel floor stand type valve operator for use on valves with non-rising stems. Extension stem shall be bronze, and the floor stand shall have an integral indicator to show the valve position. The handwheel floor stand operator shall be model F-5500 as manufactured by Clow Valve Company, or approved equivalent.

     g.    Manufacturer:

         1)    Clow Corporation.

         2)    M and H Valve Company.

         3)    Kennedy Valve Manufacturing Company.

         4)    Mueller.

         5)    Or equal.

2.    For Buried Ductile Iron Pipe:

     a.    Gate valves shall be resilient seat, cast iron body coated inside and outside with fusion bonded epoxy in accordance with AWWA C550. Gates shall open counterclockwise. Gate shall be constructed of cast iron and fully encapsulated in a compounded elastomer.

     b.    Buried gate valves shall have mechanical joint end connections and ductile iron retaining glands.

     c.    Valves shall have nonrising stem with 2-inch operating nut.

      d.   Each valve shall be provided with a valve box and cover. Valve box shall be two piece cast iron with 5½-inch shaft, screw type.

      e.   Manufacturer:

          1)   Clow

          2)   M&H Valve Company

  3)   Or equal.

C.   Check Valves - Swing Arm Type:

  1.   Unless otherwise shown or specified, check valves shall be cushioned swing check type, constructed with heavy cast iron body and stainless steel seat ring. Valves shall be configured for vertical or horizontal mounting as shown on the Contract Drawings with ANSI B16.1 Class 125 flanged ends.

  2.   Check valves shall absolutely prevent the return of liquid back through the valve when the inlet pressure decreases below the delivery pressure. Valves shall be designed for full pipe diameter flow passage.

  3.   Materials of Construction:

      a.   Body, Cover Disc, Levers, Disc:  Cast Iron (ASTM A126 C1.B).

      b.   Disc Arm, cast steel (ASTM A216 C1.WCB).

      c.   Seat, stainless steel (ASTM A157-C9).

      d.   Hinge shaft, stainless steel (Type 303).

      e.   Studs, bolts, nuts, hardware (stainless steel type 303, 304 or 316).

      f.   Cushion Chamber Assembly (Bronze) (ASTM B62).

  4.   The valves shall be rated for a minimum working pressure of 150 psig.

5. The valve shall be tight seating and equipped with external lever and weight for operation without hammer or shock. The location (left hand/right hand) of the lever and weight assembly shall be as approved by the Engineer.

6. Manufacturer:

   a. G.A. Industries Inc., Model 250-DA.

   b. Or equal.

D. Pressure Sustaining Check Valve

   1. The pressure-sustaining valve associated with the well pump shall be closed when the associated pump is off. When the pump is started and after the blow off valve has closed, the rising inlet head shall cause the valve to open slowly at a field adjustable rate. The valve shall compensate for fluctuations in system pressure, maintaining a minimum backpressure against the pump. When the pump is signaled to shut down, the backpressure valve shall close on falling inlet head after the blow off valve has opened.

      If during a power or pump failure, a pressure reversal occurs, downstream pressure is admitted into the cover chamber and the valve shall close drip tight to prevent return flow.

   2. When the valve is in the open position, a limit switch shall provide indication of valve position. When the valve is in the closed position, a limit switch shall provide indication of valve position. A third limit switch shall provide confirmation that the valve is in the open position for use as a sodium hypochlorite chemical safety.

   3. The pressure sustaining valve shall be globe pattern as described in these specifications. The valve body and cover shall be ductile iron ASTM A-536, and shall be equipped with stainless steel trim, (T303). The end details shall be 150ASA class flanged ends conforming to ANSI standards B16.42, with a maximum working pressure of 250

psi. All wetted ferrous surfaces shall be epoxy-coated by the fusion process and shall be NSF approved.

4.  The main valve shall be a hydraulically operated, pilot controlled, diaphragm type valve.  The main valve shall have a resilient disc, having a rectangular cross section, contained on three and one half sides by a disc retainer and forming a tight seal against a single renewable seat; quad rings and "O" rings are not acceptable.

5.  The diaphragm assembly containing a valve stem shall be fully guided at both ends by a threaded removable T303 SS bearing in the valve cover and by an integral bearing in the threaded removable T303 SS valve seat.  This diaphragm assembly shall be the only moving part and shall form a sealed chamber in the upper portion of the valve, separating operating pressure from line pressure. The diaphragm shall consist of nylon fabric bonded with synthetic rubber and shall not be used as a seating surface.

6.  Packing glands and/or stuffing boxes are not permitted and there shall be no pistons operating the valve or pilot controls.

7.  All necessary repairs shall be possible without removing the main valve from the line.

8.  The pilot control shall be a direct-acting, adjustable, spring loaded, diaphragm valve, designed to open when the valve inlet pressure exceeds the set point.  The pilot system shall also include an orifice "Y" strainer assembly, a valve stem position indicator and cover mounted limit switches as shown on the Drawings and specified herein (SPDT).

9.  Pilot control adjustment range shall be 0 - 75 psi for the valve associated with the well pump and shall be 20 - 200 psi for the valve associated with the booster pump.

10. Upon reasonable notification, an authorized factory agent shall be available for ½ day (4 hours on site) to perform the valve start-up

services.        Also,  the  authorized  factory  agent
shall  be  available  to  the  owner  for  a  separate
1/2-day  (4  hours  on  site)  service  training
session.

11.   The valve shall carry a three-year warranty from
the date of shipment from the factory, provided
the  valve  has  been  installed  and  used  in
accordance with all applicable instructions; and
used in service for which it is designed.

12.   The  valve  shall  be  Model  50-01  Pressure
Sustaining Valve as manufactured by the Cla-Val
Co.,  as  distributed  by  Harper  Haines  Fluid
Control  (203)  693-3740.    The  District  has
standardized all valve materials and only exact
equivalent  designs  shall  be  evaluated  for
approval.

D.   Solenoid Operated Blowoff Valve

1.   The solenoid operated blowoff valve shall be a
self-contained unit consisting of a diaphragm-
operated  packless  main  valve,  a  diaphragm-
operated  high  capacity  auxiliary  valve  and  a
packless  three-way  solenoid  pilot  valve.    The
valve shall either open wide or close drip tight.
The three-way solenoid pilot alternately applies
pressure  to  or  exhausts  pressure  from  the
diaphragm chamber of the high capacity auxiliary
valve which in turn causes the same action in the
main valve.   When the valve is in the open
position, a limit switch shall provide indication
of open valve position.   When the valve is in the
closed  position,  a  limit  switch  shall  provide
indication of closed valve position.   The valve
shall close when the solenoid valve is energized.

2.   Main Valve:  The  valve  shall  be  hydraulically
operated,    single    diaphragm-actuated,    globe
pattern valve.  The valve shall consist of three
major components: the body with seat installed,
the  cover  with  bearings  installed,  and  the
diaphragm assembly. The diaphragm assembly shall
be the only moving part and shall form a sealed
chamber  in  the  upper  portion  of  the  valve,
separating operating pressure from line pressure.

Packing glands and/or stuffing boxes are not permitted and there shall be no pistons operating the main valve or pilot controls.

3.   Main Valve Body: No separate chambers shall be allowed between the main valve cover and body. Valve body and cover shall be of cast material. Ductile Iron is standard and other materials shall be available. No fabrication or welding shall be used in the manufacturing process. Total shipping weight shall be equal or greater in all respects to the Hytrol 100-01/100-20 body. The valve shall contain a resilient, synthetic rubber disc, with a rectangular cross-section contained on three and one-half sides by a disc retainer and forming a tight seal against a single removable seat insert. No O-ring type discs (circular, square, or quad type) shall be permitted as the seating surface. The disc guide shall be of the contoured type to permit smooth transition of flow and shall hold the disc firmly in place. The disc retainer shall be of a sturdy one-piece design capable of withstanding opening and closing shocks. It must have straight edge sides and a radius at the top edge to prevent excessive diaphragm wear as the diaphragm flexes across this surface. No hourglass-shaped disc retainers shall be permitted and no V-type or slotted type disc guides shall be used.

4.   The diaphragm assembly containing a non-magnetic 303 stainless steel stem of sufficient diameter to withstand high hydraulic pressures shall be fully guided at both ends by a bearing in the valve cover and an integral bearing in the valve seat. The seat shall be a solid, one-piece design and shall have a minimum of a five-degree taper on the seating surface for a positive, drip-tight shut off. No center guides shall be permitted. The stem shall be drilled and tapped in the cover end to receive and affix such accessories as may be deemed necessary. The diaphragm assembly shall be the only moving part and shall form a sealed chamber in the upper portion of the valve, separating operating pressure from line pressure.

5. The flexible, non-wicking, FDA approved diaphragm shall consist of nylon fabric bonded with synthetic rubber compatible with the operating fluid. The center hole for the main valve stem must be sealed by the vulcanized process or a rubber grommet sealing the center stem hole from the operating pressure. The diaphragm must withstand a Mullins Burst Test of a minimum of 600 psi per layer of nylon fabric and shall be cycle tested 100,000 times to insure longevity. The diaphragm shall not be used as the seating surface. The diaphragm shall be fully supported in the valve body and cover by machined surfaces which support no less than one-half of the total surface area of the diaphragm in either the fully opened or fully closed position.

6. The main valve seat and the stem bearing in the valve cover shall be removable. The cover bearing and seat in 6" and smaller size valves shall be threaded into the cover and body. Valve seat in 8" and larger size valves shall be retained by flat head machine screws for ease of maintenance. The lower bearing of the valve stem shall be contained concentrically within the seat and shall be exposed to the flow on all sides to avoid deposits. To insure proper alignment of the valve stem, the valve body and cover shall be machined with a locating lip. No "pinned" covers to the valve body shall be permitted. Cover bearing, disc retainer, and seat shall be made of the same material. All necessary repairs and/or modifications other than replacement of the main valve body shall be possible without removing the valve from the pipeline. Packing glands and/or stuffing boxes shall not be permitted and components including cast material shall be of North American manufacture.

7. The valve manufacturer shall warrant the valve to be free of defects in material and workmanship for a period of three years from date of shipment, provided the valve is installed and used in accordance with all applicable instructions. Electrical components shall have a one-year warranty.

8.   The size of the valve shall be as shown on the contract drawings.

9.   The valve body and cover shall be constructed of ductile iron ASTM A-536, and shall be equipped with stainless steel trim, (T303). The end details shall be 150ASA class flanged ends conforming to ANSI standards B16.42, with a maximum working pressure of 250 psi. All wetted ferrous surfaces shall be epoxy coated by the fusion process and shall be NSF approved.

10.  The valve manufacturer shall provide a computerized cavitation chart which shows flow rate, differential pressure, percentage of valve opening, Cv factor, system velocity, and the design point where cavitation damage may occur.

11.  A 1/2-inch copper water service shall be installed as shown on the drawings to provide an independent operating pressure to the valve to allow valve operation when the pump is not operating. The valve shall be furnished with a dual supply schuttle valve to direct either the valve inlet pressure or the independent operating pressure to the valve pilot control system, based upon the higher pressure signal.

12.  The valve shall be provided with a check feature to prevent reverse flow when pressure reversal occurs. The valve shall be designed to be in a normally open position, with the valve closing upon energizing the pilot control solenoid.

13.  The valve shall be provided with opening and closing speed control functions, a flow clean strainer installed in the pilot piping system, an atmospheric drain, and a 'Y' type strainer.

14.  The Contractor shall provide the services of a manufacturer's representative to visit the site for 1 day (8-hours on site) to perform for start-up service, inspection, training of owner's staff in operation of the valve, and necessary adjustments.

15.   The pilot control shall be a three-way solenoid valve controlled by an external electrical power source. The pilot system shall include strainers, shut-off cocks and manual operator. Opening and closing speed control needle valves shall be utilized so as to prevent surging of the system on start-up and shut-down. Solenoid shall have a NEMA 4 enclosure.

16.   The solenoid controlled blowoff valve shall be a Cla-Val Co. Model No. 136-03/636-03 Solenoid Control Valve, as manufactured by Cla-Val Co., and distributed by Harper Haines Fluid Control (203) 693-3740.  The District has standardized all valve materials and only exact equivalent designs shall be evaluated for approval.

E.   Limit Switches

1.   Where Limit Switches are shown or specified to be installed on hydraulic valves specified in this section, Limit Switches shall be furnished and installed by the valve manufacturer.

2.   The Limit Switch Assembly shall be designed to provide electrical switching indication of the position of hydraulic control valves.  The switch shall be mechanically actuated by the opening or closing of the valve on which it is mounted.

3.   A stainless steel actuating stem with a swivel adapter fastened directly to the main valve stem shall move through an adapter and gland with two O-ring seals allowing the stop collar to actuate the micro switch bracket mounted on the exterior of the adapter which shall be attached to the cover of the main valve.

4.   The single pole, double-throw micro switch shall be connected to open or to close the circuit when actuated.  It shall be easily adjusted to operate at any point of the valve's travel simply by loosening the Allen screw and raising or lowering the collar on the actuating stem.  The electrical switch shall be in weatherproof rated NEMA 4. All assemblies shall be capable of accommodating up to three switches.  Standard materials in

contact with operating fluid shall be brass,
stainless steel, monel and Buna-N.

5.   This valve shall be a Cla-Val Co. Model No.
X105L/X105L2 Limit Switch Assembly, as
manufactured by Cla-Val Co., and distributed by
Harper Haines Fluid Control (203) 693-3740.

## 2.2   VALVE APPURTENANCES

A.   Identification:  Provide valve tags as specified under
Section 09900.

## 2.3   SURFACE PREPARATION AND SHOP PAINTING

A.   Surface preparation and shop painting are required for
all ferrous metals, equipment and accessories, and shall
be as specified under Section 09900, Painting.

B.   Ferrous metal internals of valves shall be painted in
accordance with the applicable AWWA Standards.

C.   Items of equipment shall be finish painted by the
manufacturer in accordance with Section 09900.  Color
shall be as approved by the Engineer.  If any damage to
the paint system occurs during delivery, the equipment
shall be repainted as directed by the Engineer.

## PART 3 - EXECUTION

## 3.1   INSTALLATION

A.   The valves and appurtenances shall be installed by the
Contractor in accordance with the details shown on the
Drawings, and in accordance with approved Shop Drawings
and manufacturer's instructions.   Installation shall
include furnishing all required oil and grease for
initial operation.  Grade and types shall conform to the
manufacturer's recommendations.

B.   Provide valves in quantity, size, and type with all
required accessories as shown on the Drawings.  Install
all valves and appurtenances in accordance with
manufacturer's instructions.

C.   Install suitable corporation stops at all points shown and required where air binding of pipe lines might occur.

D.   Install all valves so that operating handwheels or wrenches may be conveniently turned from operating floor but without interfering with access, and as approved by Engineer.

E.   Unless otherwise approved, install all valves plumb and level. Valves shall be installed free from distortion and strain caused by misaligned piping, equipment or other causes.

F.   Installation of all valves, specials and appurtenances shall conform to the requirements of Sections 15051 and 15052 where applicable.

## 3.2   FIELD TESTS AND ADJUSTMENTS

A.   Adjust all parts and components as required to provide correct operation.

B.   Conduct functional field test of each valve in presence of Engineer to demonstrate that each part and all components together function correctly.

C.   Test all installed valves hydrostatically with the corresponding piping at test pressures specified in Sections 18051 and 18052. Valves shall withstand full test pressures without any visible leakage. All necessary testing equipment and labor shall be provided by the Contractor. Valves found defective shall be repaired or replaced at the Contractor's expense.

D.   The Contractor shall provide the services of the backpressure control valve and blowoff valve manufacturer for conducting testing and startup of the completed pumping and/or treatment system. The manufacturer or his designated representative shall visit the site at a time acceptable to the Owner to provide two (2) 1/2-days of adjustment and training to Owner's personnel for the purpose of starting up the completed system and instructing the Owner's personnel in the operation of valve pressure setting equipment.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

## SECTION 18175

## DISINFECTION

## PART 1 - GENERAL

### 1.1 SUMMARY

    A.   Scope: Contractor shall be responsible for the disinfection of all potable water lines with compliance to codes and regulations as specified herein.

### 1.2 QUALITY ASSURANCE

    A.   Requirements of Regulatory Agencies: Building Codes: Comply with applicable requirements of all governing authorities and the following codes:

        1.   New York State Uniform Fire Prevention and Building Code.

        2.   Nassau County Department of Health.

    B.   Reference Standards: Comply with applicable provisions and recommendations of the following except as otherwise shown or specified: AWWA C 651, Standard for Disinfecting Water Mains except that the tablet method specified in Section 5.1 will not be acceptable.

    C.   Testing: Bacteriological tests as specified below shall be provided by the Contractor.

### 1.3 SUBMITTALS

    A.   Submit a description of the forms of chlorine, dosages, and proposed methods of application to the Engineer for approval.

## PART 2 - PRODUCTS

### 2.1 GENERAL

    A.   Provide all necessary equipment and materials, including chemicals, to perform the disinfecting operations.

**PART 3 - EXECUTION**

**3.1   DISINFECTION**

    A.    General: The method to be followed shall be that prescribed by the local authorities or, in accordance with the procedures recommended by AWWA C651, Section 5.2 or 5.3 except the tablet method of chlorination as described in Section 5.1 of AWWA C651 will not be permitted:

        1.    Before application of chlorine, flush the piping system with potable water at a velocity of not less than 2.5 feet per second.

        2.    After the applicable retention period, flush the system using potable water.

    B.    Testing: Perform bacteriological tests in accordance with AWWA C651. The disinfection procedure shall be repeated until satisfactory bacteriological sampling has been achieved.

    C.    Coordination: The Plumbing Contractor shall coordinate the testing and disinfection of the piping with the testing and disinfection of the Nitrate Treatment System to be performed by the General Construction Contractor.

+ +   END OF SECTION   + +

SECTION 18180

MISCELLANEOUS APPURTENANCES

## PART 1 - GENERAL

### 1.1   DESCRIPTION

A.   Scope: Contractor shall furnish all labor, tools, materials, and equipment necessary for providing miscellaneous appurtenances as shown on the drawings and as specified herein.

B.   Related Work Specified Elsewhere:

1.   Section 18380, Packed Tower Aeration System Control Panel.

2.   Section 18099, Large Diameter Valves, Specials and Appurtenances.

### 1.2   SUBMITTALS

A.   Shop Drawings:   Submit for approval Shop Drawings showing the following:

1.   Illustrations, specifications and engineering data including: dimensions, materials, size, weight, coatings and linings and any other design data.

2.   Certificates:   Submit certificates of compliance with referenced standards.

### 1.3   PRODUCT DELIVERY, STORAGE AND HANDLING

A.   Delivery of Materials:   All materials shall be inspected for conformance with shop drawings.

B.   Storage of Materials:   All materials shall be packaged, labeled, and stored in a covered dry location until time of installation.

**PART 2 - PRODUCTS**

**2.1   FLOAT SWITCHES**

A.   Four float switches for Booster Pump Control shall be provided as shown on the drawings and as specified herein.

B.   The float switches shall be mercury free with a snap action switch activated by a steel ball rolling within a switching tube.

C.   The float housing shall be polypropylene.  The external weight shall be Type 316 stainless steel.

D.   The switches shall be provided with a sufficient length of cable.

E.   The switches shall be rated for 7 amps at 115 Volts AC and 3.5 amps at 230 Volts AC.

F.   The switches shall be mounted to a support pipe which is attached to the clearwell wall.

G.   The high-high level float switch shall be normally closed, open on rising level. The low-low, low and high float switches shall be normally open, close on rising level.

H.   Manufacturer:

1.   Anchor Scientific, Eco-Float, Model GP.

2.   Or equal.

**2.2   FIRE EXTINGUISHERS**

A.   The Contractor shall furnish and install two (2) fire extinguishers of approved carbon dioxide, portable aluminum tank type containing ten (10) pounds of liquefied carbon dioxide, complete with hanger, seat type valve, 3 feet of hose and non-shatterable discharge hose and bracket for wall mounting.

B.   Fire extinguishers shall be mounted as directed by the Engineer.

C.   Manufacturer:

    1.   Pemall Inc., Model PACD10.

    2.   Or equal.

## 2.3   VENTURI METER

A.   The Contractor shall furnish and install two venturi type flow meters as shown on the drawings, specified herein and as required for a complete installation.

B.   Each venturi shall be made of cast iron ASTM A126 Grade B with a 304 stainless steel throat liner. The cylindrical throat length shall be equal to at least one half of the throat diameter.

C.   Each venturi shall have two sets of inlet pressure and throat pressure taps located 180° apart. The inlet tap shall be bushed with 304 stainless steel. Vent and drain holes shall be located 90° from the pressure taps.

D.   Venturis having annular chambers will not be accepted. The included angle of the recovery cone shall be 10° or less.

E.   The venturi ends shall be flanged and drilled for 150 psig service per ANSI B16.1.

F.   The venturi shall be hydrostatically tested by the use of blind flanges, thus loading them in tension at 350 psig for a minimum of 15 minutes.

G.   The cast iron interior of the meter shall be properly coated with epoxy paint suitable for contact with potable water, if applicable, and the exterior shall be coated with factory primer.

H.   The metering design of the venturi shall sense true static pressure at the inlet and throat. This criterion is satisfied if the sum of the sensed pressures and calculated velocity heads at the inlet tap and throat tap cross sections indicate the real total energy content of the flowing fluid at those cross sections.

I.   The throat diameter of the venturi located downstream of the packed tower shall be designed to accurately develop static pressure signals from process flow of up to 1,250 gpm through the venturi. Beta ratio shall be 0.5.  The nominal diameter of the venturi shall be 10-inches in diameter.

J.   The throat diameter of the Venturi located downstream of the well pump shall be designed to accurately develop static pressure signals from process flow of up to 1,250 gpm through the Venturi.  Beta ratio shall be 0.5.  The normal diameter of the Venturi shall be 10 inches in diameter.

K.   Manufacturer's Service:

   1.   The manufacturer shall certify that the meter to be furnished meets the general intent of the specifications and shall list all deviations from the specifications that exist.

   2.   In addition, the manufacturer shall furnish shop drawings, operation and maintenance manuals, certifications of pressure testing, descriptive data, list of 10 similar installations, and all other information requested by the Engineer.

   3.   No meter shall be shipped prior to obtaining approval of the shop drawings by the Engineer.

L.   Manufacturer:

   1.   Primary Flow Signal, Inc., Model HVT-CI.

   2.   Or approved equal.

## 2.5   FLOW (DIFFERENTIAL PRESSURE) TRANSMITTER

A.   Flow transmitter shall be of the intelligent series and shall utilize silicon strain gauge sensor technology coupled to microprocessor based electronics.

B.   Output shall be coupled to a communications network to allow remote reconfiguration and self diagnostic data transfer over the standard 2-wire signal connection terminals.  Transmitter shall incorporate temperature

compensation sensors to eliminate the effect of temperature changes on the transmitter output. All transmitter configuration and calibration shall be performed with a hand-held terminal. Connection of hand-held terminal shall not require disturbing the signal wiring. Special junction boxes for remote connections shall not be permitted.

C.   Accuracy of transmitter shall be +/-0.1 percent for an output of 4 to 20ma with a repeatability of .05 percent of calibrated span. Suppression shall be configurable to the upper range limit minus the calibrated span utilizing the hand-held calibrator. Transmitter shall have a two-line digital indicator with calibration pushbuttons to display the process measurement in any selected units.

D.   Transmitter shall be housed within a gasketed, weatherproof NEMA 4X enclosure. Sensor housing shall be type 316 stainless steel with 1/2-inch NPT process connections. Flow transmitter shall be furnished with stainless steel three (3) valve manifold bolted to transmitter sensor housing and mounting hardware to allow bleeding of air from the process piping and zeroing of the pressure signal for testing.

E.   Flow transmitter shall send a 4-20 mA flow signal to the flow metering equipment as shown on the Drawings.

F.   Manufacturer:

   1.   Foxboro Model IDP10-D-20-B-1-1-F-M1-L1-H-V-ECC as supplied by the Eagle Control Corporation, Yaphank, New York.

   2.   Or approved equivalent.


**PART 3 - EXECUTION**

**3.1   INSTALLATION**

   A.   The miscellaneous appurtenances shall be installed by the Contractor as shown on the Drawings and in accordance with approved Shop Drawings and the manufacturer's instructions.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

SECTION 18250

PIPE INSULATION

## PART 1 - GENERAL

### 1.1  DESCRIPTION

A.   Scope:

1.   Contractor shall furnish all labor, materials, equipment and incidentals required to provide insulation for piping as shown on the drawings and as specified herein.

B.   Coordination:  Insulation shall not be installed until piping has been field tested and approved by the Engineer.

C.   Related Work Specified Elsewhere:

1.   Section 09900, Painting.

2.   Division 18, Plumbing.

### 1.2  QUALITY ASSURANCE

A.   Manufacturer's and Installer's Qualifications: Manufacturer and installer shall have at least 5 years experience in producing similar type materials and show evidence of at least 5 installations in satisfactory operation.

B.   Design Criteria:   Insulation systems including covering, mastics, adhesives, sealers and facings shall have the following fire hazard classifications:

1.   Flame spread, 25 maximum.

2.   Smoke developed, 50 maximum.

C.   Source Quality Control:  Provide certified test data for the following tests and inspections:

1.   Flame spread.

2.   Smoke developed.

D.   Requirements of Regulatory Agencies:

   1.   Permits:  Contractor shall obtain and pay for all required permits, fees, inspections and approvals by authorities having jurisdiction.

   2.   Building Codes:   Comply with applicable requirements of all governing authorities and the following codes:

      a.   New York State Uniform Fire Prevention and Building Code.

      b.   New York State Energy Conservation Code.

   3.   Underwriters' Laboratories, Incorporated.  Fire hazard ratings to be verified by Underwriters' Laboratories, Inc. label or listing or a certified test report from an approved independent testing laboratory.

   4.   National Fire Protection Association.

E.   Reference Standards:  Comply with applicable provisions and recommendations of the following except as otherwise shown or specified:

   1.   Federal Specification HH-I-558B, Insulation Blocks, Boards, Blankets, Felts, Sleeving, Pipe Fitting Covering.

   2.   ASTM C 547, Mineral Fiber Preformed Pipe Insulation.

   3.   ASTM E 84, Surface Burning Characteristics of Building Materials.

F.   Field Measurements:  Take field measurements where required prior to installation to ensure proper fitting of Work.

## 1.3   SUBMITTALS

A.   Samples:  Submit for approval samples of the following:

   1.   Fiberglass insulation.

   2.   Weatherproof insulation jacket and fitting covers.

   3.   Vapor Barrier.

B.  Shop Drawings:   Submit for approval Shop Drawings showing the following:

1.  Manufacturers' catalog literature, specifications, and illustrations with the following information:

a.  Thermal properties.

b.  Physical properties.

c.  Fire hazard ratings.

d.  Facing information.

e.  Installation instructions.

f.  Jointing recommendations for butt joints and longitudinal seam.

2.  Fabrication instructions for pipe fittings and valve insulation and coatings.

## 1.4  PRODUCT DELIVERY, STORAGE AND HANDLING

A.  Delivery of Material:   Material shall be delivered to the job site in corrugated cartons.

B.  Storage of Material:

1.  Store material in clean, dry area, out of the weather.

2.  Material shall be tightly covered to protect against dirt, water, and mechanical or chemical damage.

3.  Material shall remain in original cartons until time of installation.

## 1.5  JOB CONDITIONS

A.  Protection:

1.  Insulating materials shall, at all times, be protected from moisture.

2.  Material shall be stored on or near the job site and drawn from this protected area as used.

    3.    All material applied in one day shall have the vapor barrier applied the same day and any exposed ends shall be temporarily protected with a moisture barrier and sealed to the pipe or equipment.

## PART 2 - PRODUCTS

## 2.1 MATERIALS

A. Fiberglass Insulation:

    1.    Manufacturer:  Provide one of the following:

        a.    Schuller International.

        b.    Owens Corning Fiberglass Corporation, Fiberglass 25ASJ/SSL.

        c.    Certain-Teed Products Corporation, Certain-Teed 500 F snap-on ASJ-SSL.

        d.    Or equal.

    2.    Type:  Heavy density sectional pipe insulation with vapor barrier and self-sealing lap.

    3.    Density:  6 pounds per cubic foot, minimum.

    4.    Fittings:  Molded fiberglass.

    5.    Jointing Materials:  Manufacturers recommended adhesives and tape.

    6.    Valve Insulation:  Miter cut nesting size covering segments of same thickness as pipeline, for insulation of valves.

B. Weatherproof Insulation Jacket:

    1.    Manufacturer:  Provide one of the following:

        a.    Johns Manville, Zeston 2000 PVC.

        b.    Or equal.

    2.    Type:  Smooth PVC.

    3.    Thickness:  20 mil, minimum.

4.   Fastening:  Solvent welded.

C.   Insulated Fitting Covers:

1.   Manufacturer:  Provide one of the following:

a.   Johns Manville, Zeston 2000 PVC.

b.   Or equal.

2.   Type:   Factory fabricated PVC jacketing for elbows, tees, valves, flanges, end caps, beveled collar fitting covers, etc.

3.   Thickness:  20 mils.

4.   Reference:  Conform to ASTM E84.

## PART 3 - EXECUTION

### 3.1   INSPECTION

A.   Insure that surfaces of all pipes, valves, and fittings are clean and dry before applying insulation.

### 3.2   PREPARATION

A.   Insure that piping and equipment has been tested, painted, inspected and released for application of insulation.

### 3.3   INSTALLATION

A.   Pipe insulation shall be continuous through walls and floor openings except where walls or floors are required to be firestopped or required to have a fire resisting rating or required to be gas tight.

B.   Install insulation so as to make surfaces smooth, even, and substantially flush with adjacent insulation.

C.   Follow manufacturer's application instructions for all materials used.

D.   Provide insulation protection shields for insulated piping supported by pipe hangers.  The metal shall be 300 series stainless steel and a minimum of 12 inches long.

18250-6

♦3402_B2\KK11051404_18250

E.   Install and coat insulation in accordance with the manufacturer's recommendations.

F.   Insulation for buried pipe shall be wrapped in tape as recommended by the manufacturer.  No weatherproof jacket is required.

**3.4   FIELD QUALITY CONTROL**

A.   Insure that insulation is dry when installed, before and during application of any finish.

**3.5   SCHEDULE**

A.   Refer to Paragraphs 1.1.A. for piping to be insulated. See schedule below for minimum thickness of pipe and fittings insulation:

| Pipe Size | Minimum Insulation Thickness (inches) |
|---|---|
| 1) All piping: | |
| 1/2" thru 1" | 1 |
| 1-1/4" thru 2" | 1-1/2 |
| 4" and larger | 2 |

+ +   END OF SECTION   + +

## SECTION 18300

## PACKED TOWER AERATION SYSTEM

# PART 1 - GENERAL

## 1.1   SUMMARY

A.   Scope of Work:

1.   The Contractor shall furnish and install a Packed Tower Aeration System in accordance with the requirements of this section to serve the Levittown Water District's Well 13 Station.

2.   A single manufacturer shall furnish the materials and equipment listed below:

a.   Air stripping tower including packing media, connections, and influent pipe.

b.   Centrifugal blower and associated air measuring station and flow transmitter, air inlet filter and housing, louver, aluminum ductwork and expansion joints, pressure switches and flow switches to provide sufficient air to treat Well 13 (specified in Section 18320).

3.   All equipment in this section shall be furnished by the manufacturer of the air stripping tower who shall be responsible for the design, coordination and functioning of the equipment specified. The air stripping tower manufacturer shall verify that each component of the packed tower aeration system is compatible with all other components, that piping and ductwork sizes are appropriate and that all devices necessary for proper operation of the equipment have been provided.

B.   Related Work Specified Elsewhere:

1.   Section 18320 - Centrifugal Blowers.

    2.   Section 18380 - Packed Tower Aeration System Control Panel.

## 1.2 SUBMITTALS

A. The following shall be submitted in accordance with Section 01342.

1. Manufacturer's Catalog Data for packed tower and all accessories.

2. Fabrication Drawings.

3. Design Data.

4. Factory Test Reports.

5. Field Test Reports.

6. Certificates.

7. Operation and Maintenance Manuals.

8. List of Similar Installations.

9. Current copy of the manufacturer's ASME Certification of Authorization.

10. Process Design Summary for the controlling compounds, including Henrys Law Constant, mass transfer coefficient (kla), stripping factor, packing height, liquid loading rate, and air to water ratio.

11. Structural Calculations.

12. Base Ring and Discharge Sleeve Details.

13. Packing Support Plate Structural Calculations.

14. Pressure Loss Calculations for Air Handling Equipment.

15. Dimensional Data.

## 1.3   PERFORMANCE AND DESIGN REQUIREMENTS

A.   The packed tower aeration system shall be designed for a flow rate of 1,200 gpm and the following conditions:

| Compound | Design Influent Conc. (ug/l) | NYSDOH Drinking Water Standard (ug/l) | Design Effluent Conc. (ug/l) | Required Removal Efficiency (%) |
|---|---|---|---|---|
| 1,1,2-Trichloro-1,2,2-Trifluoroethane | 8.6 | 5 | <1 | 88.37 |
| Trichloroethylene | 420 | 5 | <1 | 99.76 |

B.   The air stripping tower manufacturer shall select and size all components of the system to conform with the specified design criteria. Component sizes and materials of construction shall meet or exceed the quality standards specified herein.

C.   The air stripping tower and influent piping shall be designed to allow the expansion of media depth by 5 additional feet in height by adding an intermediate tower shell section in the future to expand the tower packed bed depth.


## PART 2 - PRODUCTS

## 2.1   AIR STRIPPING TOWER (PACKED TOWER AERATOR)

A.   The air stripping tower shall be manufactured by Layne Christensen Company, Water Treatment Division, 97 Chimney Rock Road, Bridgewater, New Jersey, or approved equal. The tower shall have a minimum nominal diameter of 8'-3" and an overall height of 44.0 feet.

B.   The tower and influent piping shall be structurally and mechanically designed to permit a future increase of 5 feet in height in the upper portion of the packed bed.  The future addition shall include 5 feet of packing media, an additional packing support plate and an additional stainless steel orifice type distribution tray.

C.  The air stripping tower manufacturer shall have a minimum of 10 years experience in the manufacturing of air stripping towers for potable water treatment. The manufacturer shall submit to the Engineer a list of five similar installations in the continental United States of 8-foot diameter or larger towers, fabrication from aluminum, including: location, contact person and phone number, unit size, unit capacity and year installed.

D.  The tower shall be constructed entirely of 5000 Series Structural Grade Aluminum conforming to the standards of the Aluminum Association. Design snow and wind loads shall be as per New York State Building Code or relevant American National Standard Institute Codes whichever is greater; the design wind load shall be negligible, as the tower shall be housed within a masonry structure. Earthquake and vibrational effects shall be considered in accordance with New York State Building Code. The tower shall be completely self-supporting when anchored to a suitable concrete base. The tower shall be properly rolled, welded and reinforced where required. Design and drawings shall be certified to conform the current standards of the New York State Building Code and sealed by a Professional Engineer licensed to practice in New York State.  The towers shall have a minimum thickness of 3/16-inch.

E.  Welding of the tower and internal components shall be performed by welders qualified in accordance with the latest ASME Boiler and Pressure Vessel Code, Section IX, Welding and Brazing Qualifications. All welds shall be continuous.  The air stripper shall be constructed in a fabrication shop which has an ASME "U" stamp.  Manufacturer shall submit a copy of his current ASME Certificate of Authorization.

F.  Sufficient anchoring points shall be provided to be compatible with the concrete slab design that supports the tower. No guy wires or other supporting devices will be permitted. All fasteners shall be type 316 Stainless Steel.

G.  The tower shall be provided with the following connections:

   1 - flanged air outlet with size as shown on the Drawings
   1 - flanged influent water connection as shown on the Drawings
   6 - 24-inch diameter flanged and bolted manways with stainless steel hardware
   2 - 1/2-inch sampling taps (influent and effluent)

H.  Manways shall be located immediately above the packing support trays and immediately above and below the influent distribution tray and redistributor tray.

I.  The tower shall be provided with a base anchoring sleeve fabricated from 304 stainless steel, base anchor ring, lifting lugs and support brackets for piping. Base anchor ring and sleeve shall be designed to safely transmit the maximum overturning moment imposed by wind and earthquake to the concrete base structure.

J.  A flanged joint shall be provided in the tower shell between the top of the upper packed bed and the bottom of the upper distributor tray. The flange shall allow for the installation of additional tower shell and packing to allow the packed bed depth to be expanded in the future.

K.  A flanged joint shall be provided in the tower shell between the distributor tray and mist eliminator assembly such that the distributor assembly can be removed from the shell in one piece.

L.  Attachment points shall be welded adjacent to the upper manway such that a portable ladder and fall arrestor device may be attached when needed to allow safe access to the upper manway.

M.  A ground lug shall be provided at the base of the tower for the connection to a lighting protection system.

N.  The exhaust air stream shall exit the tower through a 20-inch diameter flanged face, circular duct in the side of the tower above the mist eliminator.

## 2.2   PACKING MEDIA

A.   High efficiency packing media shall be provided to yield an effective packing depth of 34 feet in the tower. Packing media shall conform to the following design criteria. No alternates will be accepted.

    Media Configuration:          Jaeger Tripack
    Material:                     Polypropylene
    Diameter (inches):            2
    Specific Surface (sf/cf):     48
    Void Volume (%):              93.5

B.   The pressure drop under the operating conditions of 5,615 cfm airflow and 1,200 gpm water flow shall not exceed 0.03-inch of water per foot of packing.

## 2.3   TOWER INTERNAL COMPONENTS

A.   Two packing support plates shall be provided and shall be compatible with the packing furnished. The support plates shall be constructed of fiberglass reinforced plastic (FRP) grating. The support plates shall be designed and supported so that the maximum deflection in the tray is less than 1/4-inch when supporting the tower operating load.  Span and deflection tables shall be submitted for the grating furnished. Calculations shall be submitted showing the maximum design load. Shop drawings shall show the number and location of all required grating supports.

B.   Two distributor trays shall be provided to uniformly distribute the water flow over the surface of the packing and uniformly collect the exhaust air. The distributor shall be capable of handling a water flow rate of 1,200 gpm and an airflow rate of **7,000 cfm**. The distributor trays shall be constructed entirely of Type 304 stainless steel and be complete with influent velocity breaker, air exhaust stacks, and distributor orifices. The air exhaust stacks shall be sized to provide a gas velocity not exceeding 25 feet per second.  The distributor orifices shall be sized to retain a static head of water in the tray at a flow rate of 1,200 gpm. The tray shall be provided with a welded sidewall of a height 1-inch greater than the maximum water depth or 6 inches, whichever is greater. The bottom of the tray shall be stiffened to withstand

the maximum hydrostatic head anticipated without excessive deflection. The structural design shall conform to the standards of the AISC. The tray shall be completely self-supporting and mounted to a peripheral ledge around the inside diameter of the tower shell. The tray shall be removable through the top of the shell with the mist eliminator section removed. Welding of the tray assembly into the shell will not be permitted. Spray nozzles or pipe distributors will not be acceptable.

C. Liquid redistribution rings shall be provided at even intervals throughout the height of packing, as required for efficient packing performance. A minimum of three redistribution rings per packed bed shall be provided.

D. A moisture separation system shall be provided which will eliminate water droplets in the exhaust air stream. A 4-inch thick polypropylene mesh-type mist eliminator equivalent to the inside diameter of the tower shall be provided for this purpose. All air outlet openings on either the tower or exhaust louvers shall be provided with 24 mesh insect screens.

E. A collection system for the lower tower sampling tap shall be provided. The collection system shall consist of an aluminum angle piece spanning the diameter of the tower and sloped to allow a sample of water to flow to a sample tap mounted on the exterior of the tower.

## 2.4   BLOWER

A. A centrifugal type blower and electric motor shall be furnished and installed to achieve the required tower performance requirements. The blower shall be provided with an acoustical intake louver, air inlet filter and housing, aluminum intake and discharge ductwork, expansion joints, an air measuring station, pressure switch, differential pressure gauge and flow switch.

B. The centrifugal blower and appurtenances shall conform to Section 18320 - Centrifugal Blower.

## 2.5   TOWER INFLUENT PIPING

A.   Influent piping shall be Schedule 10, Type 304 stainless steel and shall extend from inside the tower at the center of the water distribution tray to a flanged face 5 feet above the bottom of the tower. Influent piping shall be sized for the design flow of 1,200 gpm and as recommended by the air stripping tower manufacturer. The influent pipe shall be provided with a 150-pound flange at the elevation of the top of the packed bed to allow for the installation of additional piping should the tower and piping need to be extended in the future.

## 2.6   FASTENERS

A.   All fasteners used to assemble the tower shell, piping, accessories and ductwork shall be type 304 stainless steel.

## PART 3 - EXECUTION

## 3.1   PRESSURE TESTING

A.   The air stripping tower shell shall be pressure tested at three times the rated blower static pressure to ensure the shell is free of imperfections such as cracks, pinholes or incomplete welds. The testing shall be performed by the tower manufacturer in the manufacturer's facilities. Each tower shell shall hold the required pressure for one hour and soap solution shall be used to positively locate imperfections. All such problems shall be corrected and the unit retested before approval.

B.   The air stripping tower manufacturer shall notify the Engineer five days before any such tests are conducted to provide the opportunity for direct inspection by the Owner's representative.

C.   An accurate log of the test shall be recorded and submitted to the Engineer along with the manufacturer's certification that the test was performed and accepted.

## 3.2   MANUFACTURER'S SERVICES

A. The manufacturer shall certify that the equipment to be furnished meets the general intent of the Specifications and shall list all deviations from the detailed Specifications that exist in the equipment to be furnished.

B. The manufacturer shall furnish shop drawings, descriptive data, list of installations, and all other information requested by the Engineer.

C. No equipment shall be manufactured prior to obtaining approval of the shop drawings by the Engineer.

D. Upon completion of the installation work, the manufacturer shall furnish the Engineer with certification that the equipment has been installed properly.

E. The manufacturer shall furnish three copies of the instructions for installing, operating, maintaining and lubricating the equipment and a year's supply of lubricants. A list of recommenced spare parts shall be provided.

F. The installation of the tower shell, tower packing, blower, louver, and the air duct assemblies shall be under the direct supervision of the tower manufacturer's field representative.

G. A plywood template shall be provided by the air stripping tower manufacturer to ensure accurate setting of the tower shell anchoring sleeve and anchor bolts. The Contractor shall provide and install type 304 stainless steel anchor bolts and plastic anchor bolt sleeves, as required.

H. The air stripping tower manufacturer shall provide a field technician for one day of installation supervision, one day of operator training and at least 5 days of system startup/shakedown. During startup, on-site tests shall be performed with a portable gas chromatograph furnished by the tower manufacturer to provide immediate data on the packed tower system's performance.

3.3   **GUARANTEE**

   A.   The equipment furnished under this Section shall be guaranteed by the manufacturer for a period of one year from the date of final acceptance thereof, against defective materials, designs and workmanship. Upon receipt of notice from the Owner of failure of any part of the equipment during the guarantee period, the affected part or parts shall be replaced promptly at no expense to the Owner.

+ +   END OF SECTION   + +

# SECTION 18320

## CENTRIFUGAL BLOWER

## PART 1 - GENERAL

### 1.1   SUMMARY

A.   Scope:   The air stripping tower manufacturer shall furnish all labor, materials, equipment and incidentals required to provide a centrifugal blower complete with air handling equipment, including intake louver, air inlet filters, aluminum ductwork, expansion joints, transition pieces, air measuring station and all accessories as shown on the Drawings or specified.

B.   Related Work Specified Elsewhere:

1.   Section 18300, Packed Tower Aeration System.

2.   Section 18330, Ductwork.

3.   Section 18380, Packed Tower Aeration System Control Panel.

### 1.2   QUALITY ASSURANCE

A.   Manufacturer's Qualifications:   Manufacturer shall have at least 5 years experience in producing similar type equipment for packed tower aeration water treatment systems and shall show evidence of at least 5 installations in satisfactory operation.

B.   Requirements of Regulatory Agencies:   Comply with applicable provisions of regulatory agencies below and others having jurisdiction.

1.   National Fire Protection Association.

2.   Underwriters Laboratories, Incorporated.

3.   National Electric Code.

4.   National Electric Manufacturers Association.

5.    Local and State Building Codes and Ordinances.

    a.    New York State Uniform Fire Prevention and Building Code.

    b.    New York State Energy Conservation Code.

C.    Reference Standards:    Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified.

1.    Air Moving and Conditioning Association (AMCA) Standard: 210-74 and 300.

2.    ASME Section 9 standards.

D.    Source Quality Control:    Perform the following tests and inspections at factory:    Blowers shall be statically and dynamically balanced after any required coatings have been applied.

## 1.3    SUBMITTALS

A.    Shop Drawings: Submit for approval Shop Drawings showing the following:

1.    Blower dimensions and arrangement including motor mounting provisions.

2.    Materials of construction.

3.    Mounting details.

4.    Coordinated layout drawing showing proposed clearances to adjacent equipment.

5.    Performance Data - AMCA approved blower curves, for each model specified, noise data for blower and all accessories.

6.    Manufacturer's literature, illustrations, specifications and engineering data.

7.    Pressure drop calculations, including losses for ductwork and all air handling components.

    8.   Plan and elevation drawings showing blower and air handling equipment in relation to air stripping tower.

B.   Test Reports: Submit the following test certifications for approval.

    1.   AMCA Label.

C.   Operation and Maintenance Data:  Furnish Operation and Maintenance Manual for all items of equipment furnished under this Section. The manual shall include maintenance instructions, copies of approved shop and installation drawings for all equipment and manufacturer's recommended lubricant and spare parts lists including, but not limited to the following:

    1.   Manufacturer's Catalog Data.

    2.   Drawings.

    3.   Design Data.

    4.   Factory Test Reports.

    5.   Field Test Reports.

    6.   Certificates.

    7.   Operation and Maintenance Data.

## 1.4   PRODUCT DELIVERY, STORAGE AND HANDLING

A.   Delivery:

    1.   Blower shall come completely assembled with motor shipped loose.

    2.   Intake and discharge parts shall be protected against entry of foreign objects.

B.   Storage of Material:

    1.   Store units in a clean, dry area, out of the weather.

2.    Unit shall remain in original crate or skid until time of actual installation.

3.    Unit shall be tightly covered to protect against dirt, water, mechanical or chemical damage.

## 1.5   GUARANTEE

A.    In addition to the manufacturer's standard guarantee, the air stripping tower manufacturer shall include the services of a factory-trained serviceman to provide repair service for the equipment for the period of one year commencing with the time the equipment is placed in continuous permanent operation. This service shall include the cost of all replacement parts required during the interval.

## PART 2 - PRODUCTS

## 2.1   CENTRIFUGAL BLOWER

A.    Product and Manufacturers:    Provide one of the following:

1.    Chicago Blower Corporation

2.    American Fan Company.

3.    Hartzell Fan, Inc.

4.    Greenheck.

5.    Or equal.

B.    Construction and Design:

1.    The blower shall be capable of delivering 5,615 cfm at 16.0 inches of water static pressure.

2.    The blower shall be a Class III belt-driven design, single width, single inlet, Arrangement #2.    Fan speed shall not exceed 3,000 RPM and blower brake horsepower shall not exceed 20 HP.

3.   The blower housing shall be a minimum 12 gauge sides and 12 gauge scroll, and base shall be a heavy gauge commercial quality carbon steel suitable for temperature up to 250°F. The housing and wheels shall be continuously welded in compliance with ASME Section 9 standards. The wheels shall be commercial quality carbon steel with double thickness airfoil blades and have non-overloading horsepower characteristics; minimum wheel diameter is 22.25 inches. The wheel shall be mounted to the fan shaft with a split taper bushing. The shafts shall be ground and polished.

4.   The fan bearings shall be heavy duty, self-aligning ball bearings with lip seals, depending on fan size, motor HP and performance, and relubricable for continuous service. They shall have a minimum L10 life of 70,000 hours.

5.   The blower shaft shall be 1-15/16 inch medium carbon steel (1040-45 SAE) and shall not operate above 70% of the first critical speed and shall be turned, ground and polished.

6.   The belts shall be an oil, heat and static-resistant type oversized for continuous duty. The belt drive shall be sized with a service factor not less than 2.0. Drives shall be of the V-belt type with constant pitch.

7.   Lifting lugs shall be provided for ease of handling and installation.

8.   The blower shall be supplied with an OSHA belt and shaft guard which combines guarding of the drive as well as protection from the weather; inlet flange-drilled, outlet flange-drilled, adjustable motor slide rail base plate, manual outlet damper and intake guard.

9.   The blower assembly shall be dynamically balanced at the factory prior to shipping. All blowers shall meet the balance requirements of the Acoustical Society of America Standard ASA STD2-1975 (ANSI S2 19-1975), Grade G2.5. The fan performance shall be based on tests conducted in the manufacturer's AMCA certified laboratory, and

conducted in accordance with the latest Revision of AMCA Test Codes #210 (AIR) and AMCA #300 (Sound). Air and sound performance shall be AMCA certified and licensed to bear the AMCA seal.

C.  Motors:

1.  The blower motor shall be squirrel cage induction type electrical motor. The motor size shall be a 20 HP designed for 460 volt, 3 phase, 60 Hz service. The motor shall be a TEFC motor with a service factor of not less than 1.15. The motor shall be a premium efficiency and energy conserving design, manufactured in accordance with NEMA specifications, NEMA B torque requirements, and Class F non-hydroscopic insulation with Class B temperature rise. The motor shall be inverter duty rated, complying with NEMA MG1 Part 31. The motor shall be non-overloading for all points of operation.

2.  The motor shall be manufactured by a recognized domestic manufacturer.

3.  Motor thrust bearings shall be adequate to carry continuous thrust loads under all conditions of fan operation.

4.  Lubrication may be grease or oil type.

D.  Painting:

1.  The blower shall be coated with polyester TGIC powder coat electrostatically applied inside and outside and baked to cure the finish. The blower shall be finish painted by the Contractor after installation is complete to ensure that all defects in finish occurring in shipment or installation are corrected.

2.  Finish paint shall be as specified in Section 09900 - Painting.

E.  Spare parts:

1.  Two set of bearings for the specified blower.

2.  Four V-belts for the specified blower.

F.  Blower Schedule:

| Function | Remark | Model No.+ | No. Req. | Cap (CFM)* | Static Press (in Water)* | Max RPM | HP* | Elect. Charac. (Volts/ Hertz/ phase) |
|----------|--------|-----------|----------|-----------|-------------------------|---------|-----|--------------------------------------|
| Stripping Tower Supply | Centrifugal Blower | BCS-222-Belt Drive | 1 | 5,615 | 16.00 | 3,000 | 20 | 460/60/3 |

+ Model Nos. specified are as manufactured by the American Fan Company.

* Capacity, static pressure, and horsepower (HP) specified are a minimum. Exact design criteria shall be determined by the Air Stripping Tower Manufacturer.

## 2.2  DUCTWORK

A.  Blower Discharge Ductwork: The blower shall be provided with welded structural grade aluminum transition and discharge duct and a flanged, cloth reinforced neoprene rubber flex connection between the discharge on the blower and the discharge duct to the off-gas treatment system.

B.  Blower Intake Ductwork: A welded, structural grade aluminum transition duct shall be provided between the packed tower ductwork and the blower inlet. A flanged, cloth reinforced neoprene rubber flex connection shall be provided between the packed tower ductwork and the blower inlet.

C.  Tower Discharge Ductwork: A welded, structural grade air duct assembly shall be fabricated to collect exhaust air from the flanged air exhaust outlet near the top of the packed tower and direct the exhaust air to the blower intake ductwork. The dimensions of the ductwork shall be as shown on the Drawings. The ductwork shall be constructed with internal turning vanes at all bends to reduce pressure losses and increase process efficiency. A cloth reinforced neoprene rubber flexible connector shall be provided in the ductwork assembly to allow for adjustment for installation tolerances and to accommodate expansion in the construction materials. The ductwork assembly shall be furnished with flanged ends as required to

connect with mating equipment. Fastening hardware shall be Type 304 stainless steel.

D.   Off-Gas Intake Ductwork: A welded, structural grade aluminum air duct assembly shall be fabricated to direct exhaust air from the blower outlet to the off-gas treatment system intake. The dimensions of the ductwork shall be as shown on the Drawings. The ductwork shall be constructed with internal turning vanes at all bends to reduce pressure losses and increase process efficiency. A cloth reinforced neoprene rubber flexible connector shall be provided in the ductwork assembly at the off-gas intake to allow for adjustment for installation tolerances and to accommodate expansion in the construction materials. The ductwork assembly shall be furnished with flanged ends as required to connect with mating equipment. Fastening hardware shall be Type 304 stainless steel.

E.   Off-Gas Discharge Ductwork: A welded, structural grade aluminum air duct assembly shall be fabricated to direct exhaust air from the off-gas treatment system outlet to the exhaust point. The dimensions of the ductwork shall be as shown on the Drawings. The ductwork shall be constructed with internal turning vanes at all bends to reduce pressure losses and increase process efficiency. A cloth reinforced neoprene rubber flexible connector shall be provided in the ductwork assembly at the off-gas discharge to allow for adjustment for installation tolerances and to accommodate expansion in the construction materials. The ductwork assembly will terminate with a bird screen. The ductwork assembly shall be furnished with flanged ends as required to connect with mating equipment. Fastening hardware shall be Type 304 stainless steel.

F.   All aluminum duct shall be of welded construction with a minimum thickness of 12 gauge. Duct fabricated with rivets or lock seams will not be acceptable.

G.   All duct materials shall be in accordance with Section 18330, Ductwork.

**2.3   INLET AIR FILTERS AND FILTER HOUSING**

A.   Blower Filters shall be UL900 Class 2 rated.  Provide 4-inch deep throwaway pleated media type filters. Filter media shall be a 100% synthetic lofted to a uniform depth of 0.15-inch and formed into a uniform radial pleat.   Filter efficiency shall be determined in accordance with ASHRAE Standard 52.2 with a minimum MERV 14 rating.   Filter holding frame shall include centering dimples, multiple fastener lances and polyurethane filter sealing gasket.

B.   Filters shall have dual access doors as dictated by accessibility for the specific site plan.   Access doors shall be swing open type and include neoprene gasket to ensure door-to-filter seal.   Access doors shall be equipped with adjustable and replaceable positive sealing UV-resistant star-style knobs and replaceable door hinges.

C.   Provide pressure tabs and fittings for installation of differential pressure indicator gauge.

D.   A welded wire grid, spot-welded and treated for corrosion resistance shall be bonded to the downstream side of the media to maintain radial pleats and prevent media oscillation.

E.   An enclosing frame of no less than 28-point high wet-strength beverage board shall provide a rigid and durable enclosure.   The frame shall be bonded to the media on all sides to prevent air bypass.   Integral diagonal support members on the air entering and air exiting side shall be bonded to the apex of each pleat to maintain uniform pleat spacing in varying airflows.

F.   Manufacturer:  Provide the following:

   1.   Purolator, Model FBA, size 2.5H x 2W.

   2.   Or approved equal.

G.   Spare Parts:

   1.   Four sets of replacement filter elements for specified filter housing.

## 2.4   INTAKE LOUVER

A.   Furnish 4-inch fixed louvers where shown, or scheduled. Drainable blades shall incorporate a front lip gutter and recessed second gutter, both of which direct water to jamb and mullion drains.

B.   Aluminum sheet shall be alloy 6063-T5 with temper as required for forming or as otherwise recommended by the metal producer to provide the required finish. Aluminum extrusions shall be alloy 6063-T52.

C.   Free Area Velocity: Maximum 550 feet per minute free area velocity at a pressure drop of not more than 0.04-inches water gage carrying less than 0.01 ounces of water per square foot of free area.

D.   All blades shall be 0.081-inch thick. Provide all blades with integral drainage trough along edge of blades. Frame shall be 0.125-inches thick.

E.   Free Area: Not less than 12.16 square feet for a 48-inch by 60-inch high louver.

F.   Fastenings shall be of same material as items fabricated. Provide types, gages and length to suit unit installation conditions. Use Phillips flat-head machine screws for exposed fasteners, unless otherwise specified. Use continuous aluminum closure angles on the inside perimeter frame of all louver work, finished to match louvers.

G.   Provide louver supports designed to carry 25 pounds per square foot wind load.

H.   Install removable louver bird screen, 1/2-inch square stainless steel wire, 0.063-inch diameter wire, behind the louver.

I.   The louver shall be furnished with a Kynar flouropolymer finish, applied and baked at the factory. Color shall be selected by the Owner.

J.   Manufacturer: Provide one of the following:

1.   Greenheck Model ESD-635, 48" W x 60" H.

2.   Or approved equal.

## 2.5   AIRFLOW MEASURING STATION

A.   Air measuring station shall be FAN-Evaluator as manufactured by Air Monitor Corporation, Santa Rosa, CA, or equal.

B.   The airflow measuring station shall contain multiple total and static pressure sensors positioned at the center of equal and symmetrical areas of the station cross-section, and interconnected by their respective averaging manifolds. For stations of 4 square feet or smaller, one total pressure sensor shall be present for every 16 square inches of station area. Midsize stations greater than 4 square feet but less than 16 square feet shall have one total pressure sensor for every 36 square inches of station area. Stations larger than 16 square feet shall have total pressure sensors spaced a maximum of 12 inches apart.

C.   The airflow measuring station shall be fabricated of a minimum of 14 ga. galvanized steel, welded casing in 8" depth with 90 connecting flanges in a configuration and size equal to that of the duct it is mounted into. Each station shall be complete with an open parallel cell air straightener/equalizer honeycomb mechanically fastened to the casing and external signal connection fittings. An identification label shall be placed on each station casing listing model number, size, area and specified airflow capacity.

D.   The maximum allowable pressure loss through the station shall not exceed 0.015" w.c. at 1,000 fpm, or 0.085" w.c. at 2,000 fpm. Each station shall be capable of measuring the airflow rate within an accuracy of 2% as determined by USGSA certification tests. The station(s) shall have a self-generated sound rating of less than NC 40, and the sound level with the duct shall not be amplified.

## 2.6   AIR FLOW TRANSMITTER

A.   The mass flow transmitter shall be capable of receiving flow signals (total and static pressure) from an airflow station or probe array equipped with a temperature sensing means, internally performed

density correction for the process temperature, and produce individual outputs linear and scaled for standard air volume or mass flow, and temperature.

B. The mass flow transmitter shall contain an integral graphic LCD for use during the configuration and calibration process, and be capable of indicating multiple process parameters (temperature, flow, dp, etc.) during normal operating mode. All transmitter parameter setting, zero and span calibration, and display scaling will be performed digitally in the on-board microprocessor via input pushbuttons.

C. The mass flow transmitter shall be provided with a range of 0.05 IN w.c. to 10.0 IN w.c. with an accuracy of 0.1% of natural span. The transmitter shall be furnished with a transducer automatic zeroing circuit and be capable of maintaining linear output signals on applications requiring 10 to 1 velocity (100 to 1 pressure) turndown. The transmitter shall be capable of having its operating span electronically selected without having to perform recalibration involving an external pressure source.

D. The transmitter shall operate on a 24V DC power supply and shall provide a 4-20mA output for air flow.

E. The mass flow transmitter shall be the Veltron DPT-plus as manufactured by Air Monitor Corporation, Santa Rosa, California, or equal.

## 2.7  SAFETY SWITCHES AND GAGES

A. Pressure Switch and Differential Pressure Gage/Transmitter:

1. Pressure switch and differential pressure gage/transmitter for air service shall be specifically designed for use in an air service application.

2. The switch shall have visible set point and on-off indicators.

3. The gage/transmitter shall have visible indication of differential pressure measured

across the filter housing, and shall be spanned to match filter element performance for the proposed system equipment defined in this section.

4. The pressure switch shall be normally closed.

5. Connections shall be 1/8-inch female and 1/4-inch male threads for pipe nipple or coupling.

6. Switch shall be diaphragm operated with 3 1/2-inch diaphragm to actuate a single pole double throw snap switch. Diaphragm shall be made of molded Buna-N. Motion of the diaphragm shall be restrained by a calibrated spring that can be adjusted to set the exact pressure differential at which the electrical switch will be actuated. Calibration spring shall be stainless steel. Motion of the diaphragm shall be transmitted to the switch by means of a direct mechanical linkage.

7. Switch housing shall be aluminum die casting with chemical conversion coating for corrosion protection and a zinc plated steel stamping.

8. Manufacturer:

   a. Dwyer Instruments, Inc., Model 1950-10-2F (for pressure switch).

   b. Dwyer Instruments, Inc., Model DM-2007-LCD (for differential pressure gage/transmitter.)

   b. Or approved equal.

B. Flow Switches:

1. Flow switches for air service shall be specifically designed for use in an air service application.

2. Flow switch shall be a solid state, thermally activated air flow switch capable of monitoring air flow in fixed ductwork and capable of a switching range between 1 meters/sec. and 10 meters/sec. Switch shall be capable of providing

an adjustable switching delay to eliminate the need for circuit logic during turbulent blower startup conditions.

3. Switch housing shall be fabricated of Ultradur material and sample probe shall be ceramic.

4. Switch shall be provided with a mounting flange for installation in the aluminum ductwork assembly as shown on the Drawings.

5. The switch shall have an integral LED light to indicate flow condition in the ductwork.

6. Model and Manufacturer:

    a. Vent-Captor Model 3201.0 as manufactured by Weber Sensors, Inc.

    b. Or approved equal.

## PART 3 - EXECUTION

### 3.1 INSPECTION

A. Examine Supports to Receive Blowers for:

1. Proper anchor bolt locations.

2. Unevenness, irregularities and incorrect dimensions.

### 3.2 MANUFACTURER'S SERVICES

A. The manufacturer shall certify that the equipment to be furnished meets the general intent of the Specifications and shall list all deviations from the detailed Specifications that exist in the equipment to be furnished.

B. The manufacturer shall furnish shop drawings, descriptive data, list of installations, and all other information requested by the Engineer.

C. No equipment shall be manufactured prior to obtaining approval of the shop drawings by the Engineer.

D.   Upon completion of the installation work, the manufacturer shall furnish the Engineer with certification that the equipment has been installed properly.

E.   The manufacturer shall furnish three copies of the instructions for installing, operating, maintaining and lubricating the equipment and a year's supply of lubricants.

F.   The installation of all equipment in this section shall be performed under the direct supervision of the respective equipment manufacturer's field representative.

G.   The equipment manufacturer's representative shall provide a field technician for one day of installation supervision, one day of operator training and 2 days of system startup/shakedown.

## 3.3   GUARANTEE

A.   The equipment furnished under this Section shall be guaranteed by the manufacturer for a period of one year from the date of final acceptance thereof, against defective materials, designs and workmanship. Upon receipt of notice from the Owner of failure of any part of the equipment during the guarantee period, the affected part or parts shall be replaced promptly at no expense to the Owner.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

## SECTION 18330

## DUCTWORK

## PART 1 - GENERAL

### 1.1   SUMMARY

A.   Scope of Work:

    1.   Under this section, unless otherwise indicated, the Contractor shall furnish all labor, material, and equipment to install ductwork complete with all appurtenances as described herein, and as shown on the drawings and in complete accordance with requirements of all codes and authorities having jurisdiction.

### 1.2   QUALITY ASSURANCE

A.   Installer Qualifications: Company shall have minimum three years documented experience specializing in performing the work of this section.

B.   Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified:

    1.   ASHRAE - Handbook of Fundamentals; Duct Design.

    2.   ASHRAE - Handbook of HVAC Systems and Equipment; Duct Construction.

    3.   ASTM A 90 - Weight of Coating on Zinc-Coated (Galvanized) Iron or Steel Articles.

    4.   ASTM E 96 - Standard Test Methods for Water Vapor Transmission of Materials.

    5.   ASTM A 167 - Stainless and Heat-Resisting Chromium-Nickel Steel Plate, Sheet, and Strip.

    6.   ASTM A 525 - General Requirements for Steel Sheet, Zinc-Coated (Galvanized) by the Hot-Dip Process.

7.   ASTM A 527 - Steel Sheet, Zinc-Coated (Galvanized) by Hot-Dip Process, Lock Forming Quality.

8.   ASTM B209 - Aluminum and Aluminum Alloy Sheet and Plate.

9.   NFPA 90A - Installation of Air Conditioning and Ventilating Systems.

10.  NFPA 90B - Installation of Warm Air Heating and Air Conditioning Systems.

11.  NFPA 96 - Installation of Equipment for the Removal of Smoke and Grease-Laden Vapors from Commercial Cooling Equipment.

12.  NFPA 45 - Laboratory Ventilating Systems and Hood Requirements.

13.  SMACNA - HVAC Duct Construction Standards.

14.  SMACNA - Rectangular Industrial Duct Construction Standards.

15.  SMACNA - Round Industrial Duct Construction Standards.

16.  SMACNA - HVAC Air Duct Leakage Test Manual.

17.  UL 181 - Factory-Made Air Ducts and Connectors.

18.  Engineering Design Manual for Air Handling Systems, United McGill Corporation (UMC).

19.  Assembly and Installation of Spiral Ducts and Fittings, UMC.

20.  Engineering Report No. 132 (Spacing of Duct Hangers), UMC.

21.  AWSD1.1 American Welding Society Structural Welding Code.

## 1.3   SUBMITTALS

A.   The following shall be submitted in accordance with Section 01342.

1.   Manufacturer's Catalog Data.

2.   Manufacturer's Certifications.

3.   Factory Test Results.

4.   Field Test Certifications.

5.   O&M Manuals.

6.   List of previous installations.

7.   Warranties.

B.   Shop Drawings: Submit for approval the following:

1.   Drawings on all items of ductwork, plenums, and casings including construction details and accessories specified herein in accordance with Division 1.   Ductwork construction details and materials used for duct sealant, flexible connections, etc. shall be submitted and approved prior to the fabrication of any ductwork.

2.   Draw ductwork Shop Drawings on scale building floor plans and indicate duct sizes, material, insulation type, locations of transverse joints, fittings, ductwork bottom elevation, offsets, ductwork specialties, and other information required for coordination with other trades. Clearly designate the following on the Shop Drawings:

   a.   Clearance dimensions between ducts and or location dimensions from walls, floors, columns, beams and large bore piping.

   b.   Duct materials i.e., stainless steel, galvanized steel ductwork pressure class ratings of ducts as defined within this specification.

   c.   Duct materials i.e., stainless steel, galvanized steel.

1.4   **PRODUCT DELIVERY, STORAGE AND HANDLING**

    A.    Deliver products to the Project Site and store and protect products under provisions of Division 1.

    B.    Protect materials from rust both before and after installation.

**PART 2 - PRODUCTS**

2.1   **DUCTWORK MATERIALS AND CONSTRUCTION**

    A.    All ductwork indicated on the Drawings, specified or required for the blower systems shall be of materials as hereinafter specified unless indicated otherwise on Drawings. All air distribution ductwork shall be fabricated, erected, supported, etc., in accordance with all applicable standards of SMACNA where such standards do not conflict with NFPA 90A and where class of construction equals or exceeds that noted herein.

    B.    Ductwork shall be constructed of 6061 aluminum.

    C.    Minimum gage of round, oval or rectangular ductwork shall be 12 gage.

    D.    All duct sizes shown on the Drawings are clear inside dimensions. Allowance shall be made for internal lining, where specified, to provide the required free area.

    E.    All holes in ducts for damper rods and other necessary devices shall be either drilled or machine punched (not pin punched), and shall not be any larger than necessary. All duct openings shall be provided with sheet metal caps if the openings are to be left unconnected for future connections/phases, otherwise plastic covers are acceptable.

    F.    Except for specific duct applications specified herein, all sheet metal shall be constructed from 6061 aluminum sheets and/or coils up to 60 inches in width. Each sheet shall be stenciled with manufacturer's name and gage.

G.   Sheet metal must conform to SMACNA sheet metal tolerances as outlined in SMACNA's "HVAC Duct Construction Standards."

H.   Where ducts are exposed to view (including equipment rooms) and where ducts pass through walls, floors or ceilings; furnish and install sheet metal collars around the duct.

I.   Duct joints shall be all soldered construction, one standard gage heavier than for the same size galvanized steel ducts.   Refer to SMACNA for equivalent aluminum thickness and reinforcement.

J.   Duct Sealing:   All ductwork, regardless of system pressure classification, shall be sealed in accordance with Seal Class A, as referenced in SMACNA Standards. All transverse joints, longitudinal seams, and duct wall penetrations shall be sealed.

1.   All seams and joints in shop and field fabricated ductwork shall be sealed by applying one layer of sealant, then immediately spanning the joint with a single layer of 3 inches wide open weave fiberglass scrim tape.   Sufficient additional sealant shall then be applied to completely embed the cloth.

2.   Sealant shall be water based latex UL 181A-M sealant with flame spread of 0 and smoke developed of 0.   Sealants shall be Hard Cast Iron Grip 601, Ductmate Pro Seal, Foster 32-19, Childers CP-146 or Design Polymerics DP 1010.

3.   Scrim tape shall be fiberglass open weave tape, 3 inches wide, with maximum 20/10 thread count, similar to Hardcast FS-150.

4.   Sealer shall be rated by the manufacturer and shall be suitable for use at the system pressure classification of applicable ductwork.

5.   Except as noted, oil or solvent-based sealants are specifically prohibited.

6.   For exterior applications, "Uni-Weather" (United McGill Corporation), solvent-based sealant, or Foster 32-19 shall be used.

## 2.2 RECTANGULAR AND ROUND DUCTWORK

A. Metal gages listed in SMACNA HVAC Duct Construction Standards, Metal and Flexible Duct, are the minimum gages which shall be used. Select metal gage heavy enough to withstand the physical abuse of the installation. In no case shall ductwork be less than 12 gage per SMACNA Standards.

B. All longitudinal seams for rectangular duct shall be selected for the specified material and pressure classification. Seams shall be as referenced in SMACNA Standards.

C. Longitudinal seams shall be welded.

D. All transverse joints and intermediate reinforcement on rectangular duct shall be as shown in SMACNA Standards. Transverse joints shall be selected consistent with the specified pressure classification, material, and other provisions for proper assembly of ductwork.

E. Spiral round duct and fittings shall be as manufactured by United McGill Sheet Metal Company or approved equivalent. All fittings shall be factory fabricated, machine formed and welded from galvanized sheet metal.

F. Joints in spiral duct and fittings shall be assembled, suspended, sealed, and taped per manufacturer's published assembly and installation instructions.

G. Contractor may use DUCTMATE or Ward Industries coupling system, as an option, on rectangular ductwork. The DUCTMATE or Ward Industries system shall be installed in strict accordance with manufacturer's recommendations.

H. Rectangular ductwork field fabricated offsets shall not exceed 30 degrees.

## 2.3 ELBOWS RECTANGULAR DUCTS

A. Construct elbows as follows in order of preference:

1. Short radius, single thickness vaned elbows.

    2.   Rectangular, double thickness vaned elbows.

B.   Short radius elbows shall have a centerline radius of not less than one times the duct width.

C.   Provide turning vanes in all rectangular elbows and offsets.

D.   All turning vanes shall be anchored to the cheeks of the elbow in such a way that the cheeks will not breathe at the surfaces where the vanes touch the cheeks.  In most cases, this will necessitate the installation of an angle iron support on the outside of the cheek parallel to the line of the turning vanes.

E.   In 90-degree turns that are over 12 inches wide in the plane of the turn, provide and install double thickness vanes on integral side rails.  For ducts under 12 inches in width, use single thickness vanes. The installation of the turning vanes shall be as described for single thickness vanes.  On other types of turns or elbows, single thickness trailing edge vanes shall be used.

## 2.4   DUCT INSULATION

A.   On all building interior ductwork and where called for on the plans the contractor shall provide duct insulation on the exterior of all ductwork.

B.   Insulation shall be provided with a facing material to minimize moisture vapor transmission.

C.   Thermal conductivity of the insulation shall be 0.23 Btu/in at 75°F.

D.   During installation of the insulation, all seams shall be tightly sealed in accordance with manufacturer's recommendation.

E.   Insulation shall be 3" thick and shall be 800 Series SPIN-GLAS Board with All Purpose Facing as manufactured by Johns Manville, or approved equal.

## PART 3 - EXECUTION

## 3.1   INSTALLATION

A.   Installation shall meet or exceed all applicable federal, state and local requirements, referenced standards and conform to codes and ordinances of authorities having jurisdiction.

B.   All installation shall be in accordance with manufacturer's published recommendations.

C.   Cleanliness:

1.   Before installing ductwork, wipe ductwork to a visibly clean condition.

2.   During construction, provide temporary closures of metal or taped polyethylene on open ductwork and duct taps to prevent construction dust or contaminants from entering ductwork system.   Seal ends of ductwork prior to installation to keep ductwork interior clean.   Remove closures only for installation of the next duct section.

3.   Disinfect ductwork with a hypochlorite solution following NADCA standards immediately prior to sealing ductwork.

4.   During duration of construction, maintain the integrity of all temporary closures until air systems are activated.

D.   Provide openings in ductwork where required to accommodate thermometers, controllers, flow meters, pressure sensors and other devices.   Where openings are provided in insulated ductwork, install insulation material inside a metal ring.

E.   Locate ducts with sufficient space around equipment to allow normal operating and maintenance activities.

F.   All visible welds in ductwork shall be ground and polished.

G.   Slope duct towards a drainage tap for moisture-laden ducts.   Provide drain at elbow of main moisture exhaust duct system.

H.   Project inspector shall be notified to inspect all field fabricated offsets before cover-up or external insulation is applied.

I.   Hangers and Supports:

1.   All ductwork supports shall be in accordance with Table 4-1 (rectangular duct) and Table 4-2 (round duct) of the SMACNA Standards, with all supports directly anchored to the building structure.

2.   Rectangular duct shall have at least one pair of supports on minimum 8'-0" (eight feet) centers. All horizontal round and flat oval ducts shall have ducts hangers spaced 10'-0" (ten feet) maximum.

3.   Lower attachment of hanger to duct shall be in accordance with Table 4-4 of the SMACNA Standards.

4.   Vertical ducts shall be supported where they pass through the floor lines with 1-1/2 inch x 1-1/2 inch x 1/4 inch angles for duct widths up to 60 inches. Above 60 inches in width, the angles must be increased in strength and sized on an individual basis considering space requirements.

5.   Hanger straps on duct widths 60 inches and under shall lap under the duct a minimum of 1 inch and have minimum of one fastening screw on the bottom and two on the sides.

6.   Hanger straps on duct widths over 60 inches shall be bolted to duct reinforcing with 3/8 inch bolts minimum.

**3.2  TESTING**

A.   All medium and high pressure duct systems (positive or negative) shall be pressure tested according to SMACNA test procedures (HVAC Air Duct Leakage Test Manual). Notify Owner minimum seven (7) calendar days in advance of leakage testing.

1.   Design pressure for testing ductwork shall be determined from the maximum pressure generated by the fan at the nominal motor horsepower selected.

2. Total allowable leakage shall not exceed 1 percent of the total system design airflow rate.

3. When partial sections of the duct system are tested, the summation of the leakage for all sections shall not exceed the total allowable leakage.

4. Leaks identified during leakage testing shall be repaired by:

   a. Complete removal of the sealing materials.

   b. Thorough cleaning of the joint surfaces.

   c. Installation of multiple layers of sealing materials.

5. The entire ductwork system shall be tested, excluding connections upstream of the terminal units (i.e. ductwork shall be capped immediately prior to the terminal units, and tested as described above).

6. After testing has proven that ductwork is installed and performs as specified, the terminal units shall be connected to ductwork and connections sealed with extra care. Contractor shall inform the Owner when joints may be visually inspected for voids, splits, or improper sealing of the joints. If any leakage exists in the terminal unit connections/joints after the systems have been put into service, leaks shall be repaired as specified for other leaks.

7. Fixed flow measurement devices (i.e. orifice tubes, nozzles, etc.) shall have current calibration documentation showing that the device was verified to a National Institute Of Standards and Technology (NIST) standard within the previous five years or as recommended by the manufacture and be accurate to at least +/- 2% of reading.

8. Pressure measurement instrumentation (i.e. manometer) shall have current calibration documentation showing that the device was verified to a NIST standard within the previous

year or as recommended by the manufacture. Instrumentation shall have an accuracy of at least +/- 2% of reading and have a resolution of 2:1 with respect to the measured pressure (i.e. resolution of 0.01 measured 0.1).

B.  All low-pressure duct systems (positive or negative) shall be inspected for visible and audible signs of leakage.

   1.  Leaks identified by inspection shall be repaired by:

      a.  Complete removal of the sealing materials.

      b.  Thorough cleaning of the joint surfaces.

      c.  Installation of multiple layers of sealing materials.

C.  Ductwork leakage testing and/or inspection shall be performed prior to installation of external ductwork insulation.

+ +  END OF SECTION  + +

NO TEXT THIS PAGE

## SECTION 18340

## VERTICAL TURBINE BOOSTER PUMP AND MOTOR

## PART 1 - GENERAL

### 1.1   SUMMARY

A.   Scope: Under this section, the Contractor shall furnish all labor, materials and equipment necessary to furnish and install a multi-stage water lubricated vertical turbine booster pump and motor in the concrete clearwell of the Aeration Building.

B.   Related Work Specified Elsewhere:

1.   Section 18180 - Miscellaneous Appurtenances.

2.   Section 18380 - Packed Tower Aeration System Control Panel.

### 1.2   SUBMITTALS

A.   The following shall be submitted in accordance with Section 01342.

1.   Manufacturer's Catalog Data.

2.   Design Data.

3.   Factory Test Reports.

4.   Certified Pump Test Curve.

5.   Minimum submergence requirements.

6.   Installation Certification.

## PART 2 - PRODUCTS

### 2.1   VERTICAL TURBINE PUMP

A.   The booster pump shall be multi-stage, water lubricated vertical turbine pump designed for continuous duty and shall include pump head, base plate, electric motor and all necessary appurtenances.

The pump shall conform to ANSI/AWWA E101 latest revision. Pump installation shall conform to the requirements of the Nassau County Department of Health. Pumps shall be Goulds, Layne or approved equal.

B.   The pump shall be suitable for operating within the range of submergence levels indicated on the contract drawings.

C.   The pump shall have a rated capacity of 1,250 gallons per minute when operating at a speed not in excess of 1,780 rpm at a total dynamic head of 205 feet of water. Efficiency at rated point shall not be less than 83.6 percent. Pump shall have four stages.

D.   The pump bowl assembly shall be of standard construction with close-grained enameled cast iron bowls, bronze impellers, renewable bronze wear rings, and stainless steel keyed impeller shaft. All shafts shall be high chromium stainless steel conforming to ASTM Grade 416. Shaft shall be a minimum 1-15/16 inches in diameter. Head shaft shall be two pieces.

E.   The column pipe shall be 10 inch diameter standard black steel pipe with straight and machined ends to butt with the couplings. Column pipe shall be standard weight steel with a minimum wall thickness of 0.375-inch and a minimum weight of 49.56 pounds per foot. Column pipe joints shall be coated with an approved sealer.

F.   All pump column and suction pipe surfaces and the exterior surface of pump bowls shall be cleaned by sand blasting. No blasting or surface preparation will be permitted at the project site. The interior and exterior of the suction pipe and pump column and exterior of pump bowls shall be painted with Polyamide-Cured Epoxy Coating. The epoxy coating shall be a two-component, 100% solids, flake-filled high performance epoxy coating. Coating to be N140 Pota-Pox Plus as manufactured by TNEMEC, applied in one spray coat to a total dry film thickness of 30 mils. Epoxy cure time shall be 5-day minimum at ambient conditions. Coating shall be approved for potable water use by the New York State Department of Health.

G.   The pump head shall be designed to carry the total weight of the complete pump column and shaft assembly as well as properly supporting the electric motor. The pump head shall be provided with an 10-inch flanged discharge connection.  An approved sanitary seal shall be provided where the pump column exits the concrete pad.

H.   A stainless steel basket strainer shall be provided on the suction end of the column pipe.  The strainer shall have a net inlet area equal to at least four times the suction pipe area. The maximum opening size shall not be more than 75 percent of the minimum opening of the water passage through the bowl or impeller.

I.   Motor:

1.   The electric motor shall be a premium efficiency vertical hollow shaft continuous duty squirrel cage type and shall comply with ANSI Specifications C50.2 and AWWA E101 latest editions. Motor shall have normal starting torque and low starting current characteristics and shall permit the driven equipment to develop its specified capacity continuously without exceeding the standard temperature rise limits for Class F insulation and shall have a 1.15 service factor.

2.   The motors shall be a constant speed, squirrel cage induction type with drip canopy, 100 hp, 460 volt, 60 cycle, 3 phase, 1800 rpm, continuous rating in a 40°C ambient environment. Motors enclosure shall be open drip-proof. The motor shall be rated with a NEMA nominal efficiency of at least 93.6 percent. The motor shall be Type RUS, as manufactured by U.S. Electric Motors, Inc., or approved equal.

3.   A motor nameplate shall be securely affixed to the exterior frame indicating as a minimum: voltage, amps, cycles, rpm, hp, NEMA code letter, insulation class, frame number, serial number, and all pertinent information required by NEMA Standards.

J.   A pressure gauge and sampling tap shall be furnished and installed on the discharge piping of the pump. Pump discharge gauge shall range from 0 to 200 psi. Gauge shall be as specified in Section 18068 - Small Diameter Piping, Valves and Specials. Sampling tap shall be 1/4" smooth soft copper as shown on drawings.

K.   Anchor Bolts and Base Plate:

1.   All anchor bolts and fastenings shall be corrosion resistant and shall resist the pressure due to shutoff head of the pump. Anchor bolts, nuts and washers shall be Type 303, stainless steel, unless otherwise specified, and shall be installed in accordance with the manufacturer's instructions. Anchor bolts shall be set in steel pipe sleeves for the full length of the bolts. Approved special washers and nuts shall be furnished and installed on the lower ends of bolts unless pockets are provided for access to the nuts. Pump base plate shall be grouted to the foundation and shall be sealed airtight.

2.   Anchor bolts shall be as specified in Section 05503 - Anchor Bolts, Expansion Anchors and Concrete Inserts.

## 2.2  FINAL PUMPING TEST

A.   The Contractor shall conduct equipment pumping and efficiency tests after pumps and motors are installed. Water shall be discharged through the blowoff piping. The Contractor shall furnish an orifice plate meter of sufficient capacity to determine the required flow rates. The Contractor shall furnish a calibrated pressure gauge (minimum 4 1/2" diameter) and all required instruments. The Contractor shall direct all water pumped into the blowoff pit on-site by using temporary piping.

B.   Runs shall be conducted at the following rates of discharge: 0, 200, 400, 600, 800, 1,000, 1,200 and 1,300 gpm.

C.   The following data shall be recorded during the tests:

1.   Pumping water level in the clearwell.

2.   Motor voltage, amperage, kilowatts and revolutions per minute.

3.   Pumping flow rate in gpm using orifice plate.

4.   Discharge pressure at the centerline of the pump discharge.

D.   All instruments utilized during the tests shall be calibrated by the Contractor and approved by the Engineer, and all testing procedures will be subject to approval by the Engineer.

E.   The results of the test shall be tabulated and submitted to the Engineer in report form.  The wire to water efficiency shall be calculated for all runs.  The report shall include, for each test, a plot of flow in gallons per minute versus total dynamic head in feet and a plot of flow in gallons per minute versus wire to water efficiency.

## PART 3 - EXECUTION

### 3.1   GENERAL

A.   At the completion of the pump installation, the Contractor shall furnish and install plugs and caps for all penetrations through the pump head to prevent the migration of pressurized air from the clearwell into the Aeration Building.

### 3.2   MANUFACTURER'S CERTIFIED PUMP TEST

A.   Following fabrication of the pump, the manufacturer shall perform a witnessed, certified pumping test of the pump to be delivered to the project.

B.   The certified pump test shall take place in the manufacturer's shop with a testing apparatus designed to supply water to the pump intake and to receive and collect water discharged from the pump assembly.  The apparatus shall be capable of throttling the pump, monitoring flow rate and pressure at the pump discharge, and all for speed and load analysis on the pump driver.

C.   The manufacturer shall utilize a standard electric motor of similar horsepower and speed to the motor to be fitted to the pump under the project for the pump test.   The manufacturer shall furnish calibrated flow monitoring equipment and pressure and head measuring equipment during the test.

D.   The pump shall be run with the testing apparatus at the following rates of discharge:  0; 200; 400; 600, 800, 1,000, 1,200 and 1,300 gpm.

E.   The following data shall be recorded during the test:

1.   Head on the pump intake.

2.   Head on the pump discharge.

3.   Motor voltage, amperage, kilowatts, and revolutions per minute.

4.   Pumping flow rate in gallons per minute.

F.   All instruments utilized during the certified pump test shall be calibrated by the manufacturer and approved by the Engineer, and all testing procedures shall be subject to approval by the Engineer.

G.   The results of the certified pump test shall be tabulated and submitted to the Engineer in a report form. The wire to water efficiency shall be calculated for all runs. The report shall include, for each test, a graphical plot of flow in gallons per minute versus total dynamic head in feet and a plot of flow in gallons per minute versus wire to water efficiency.

## 3.3   MANUFACTURER'S SERVICES

A.   Prior to delivery, the manufacturer shall conduct running tests on the assembled pump and submit three copies of performance curves to the Engineer. Test shall conform to ANSI/AWWA E101 latest revision.

B.   Manufacturer's representative shall provide one full day of training instruction to operating personnel in the operation and control of the pump. Training shall conform with the requirements of Section 01730.

C. Manufacturer shall furnish shop drawings, descriptive data and all other information requested by the Engineer.

D. After installation by others, the manufacturer shall inspect the installation and furnish the Engineer with certification that the equipment has been installed properly.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

# SECTION 18360

## VERTICAL TURBINE DEEP WELL PUMP AND MOTOR

## PART 1 - GENERAL

### 1.1 SUMMARY

A. Scope: Under this section, the Contractor shall furnish all labor, materials and equipment necessary to perform a preliminary pump test on Well 13, remove the existing vertical turbine pump, pump head and motor from Well No. 13, raise the pump foundation, and furnish and install a water lubricated vertical turbine pump and motor in the existing Well No. 13 well casing, disinfect the pump and well, and perform a final pumping test.

B. Related Work Specified Elsewhere:

1. Section 18180 - Miscellaneous Appurtenances.

2. Section 18380 - Packed Tower Aeration System Control Panel.

### 1.2 EXISTING EQUIPMENT

A. The existing well is equipped with a 125-HP, 1770-rpm, U.S. Motor and Layne pump head. The Contractor shall remove the motor and well pump from the existing well head, and deliver the motor to the Owner. The well is equipped with a Peerless, 6-stage, 1770-rpm, 14MC deep well turbine pump, 90 feet of 10-inch column pipe, and a 10-foot section of 10-inch suction pipe. The well pump, well pump discharge head, column, and shaft shall be removed and disposed of by the Contractor.

B. The Contractor shall install a new pump head on the newly raised pump foundation. A New York State Department of Health approved sanitary well seal shall be furnished and installed at the pump head. The Contractor shall furnish and install all equipment, anchoring devices, and make any modifications necessary to mount the new pump head on the newly raised pump foundation and connect the pump head to the new discharge piping.

1.3   **SUBMITTALS**

A.   The following shall be submitted in accordance with Section 01342.

1.   Manufacturer's Catalog Data for pump, pumping equipment and motor.

2.   Pump design Data.

3.   Factory Test Reports.

4.   Certified Pump Test Curve.

5.   Minimum submergence requirements.

6.   Installation Certification for pump and motor.

**PART 2 - PRODUCTS**

2.1   **VERTICAL TURBINE PUMP**

A.   Pump shall be a multi-stage water lubricated vertical turbine pump designed for continuous duty and shall include column piping, pump shaft, suction pipe, electric motor and all necessary appurtenances. Pump shall conform to ANSI/AWWA E101 latest revision. Pump installation shall conform to the requirements of the Nassau County Department of Health. Pump shall be Peabody Floway, Goulds, Peerless, Johnston or approved equal.

B.   Contractor shall furnish and install 90 feet of 10-inch diameter column pipe. Column pipe shall be black steel, ASTM A120-57T with straight, machined, threaded ends and connected with couplings. Column pipe shall be standard weight steel with a minimum wall thickness of 0.375-inch and a minimum weight of 49.56 pounds per foot.

C.   The pump shall have a rated capacity of 1,200 gallons per minute when operating at a speed not in excess of 1780 rpm at a total dynamic head of 125 feet of water. Efficiency at rated point shall not be less than 83.4 percent. Pump shall have 3 stages. The final pump design point shall be determined by the Engineer,

based upon the results of the preliminary pump test. (Refer to Part 3.)

D.   The pump bowl assembly shall be of standard construction with close-grained enameled cast iron bowls, bronze impellers, renewable bronze wear rings, and stainless steel keyed impeller shaft. All shafts shall be high chromium stainless steel conforming to ASTM Grade 416. Shaft shall be a minimum 1-15/16 inches in diameter. Head shaft shall be two pieces with a coupling above the stuffing box.

E.   Pump shaft shall be made in sections 10 feet long, adequately supported by rubber bearings and alignment spiders.  Top of pump bowls shall be set at least 25 feet below pumping level of the water when Well 13 is delivering 1,200 gpm and pumping level in the well has become stationary.  There shall be at least 10 feet of suction pipe below the pump without strainer or flare. Impellers shall be the enclosed type and made of bronze (ASTM B584, Alloy C83800).  The unit shall hang in center of well casing with sufficient clearance so that it will not contact the casing under any condition of operation.  Impellers shall have renewable bronze wear rings.  Bowl assembly shall be of enameled high strength cast iron.

F.   A 10-foot length of 10-inch diameter black steel suction pipe shall be furnished and installed at the suction end of the bowl assembly.

G.   All pump column and suction pipe surfaces and the exterior surface of pump bowls shall be cleaned by sand blasting. No blasting or surface preparation will be permitted at the project site. The interior and exterior of the suction pipe and pump column and exterior of pump bowls shall be painted with Polyamide-Cured Epoxy Coating. The epoxy coating shall be a two-component, 100% solids, flake-filled high performance epoxy coating.  Coating to be N140 Pota-Pox Plus as manufactured by TNEMEC, applied in one spray coat to a total dry film thickness of 30 mils. Epoxy cure time shall be 5-day minimum at ambient conditions.  Coating shall be approved for potable water use by the New York State Department of Health.

H.   The pump shall be supplied with a cast iron, ASTM A48 Class 30 surface discharge head having a 10-inch

diameter flanged discharge opening with discharge flange drilled to ANSI standards for 125 pound rating. The head shall include prelube connection to wet the line shaft bearings adequately.  The discharge head shall be suitable for mounting the electric motor. Base plate shall have tapped holes for stud bolts to fasten discharge head to base plate and shall have drilled holes for anchor bolts to fasten base plate to concrete foundation.

I.  Pump head shall have a shaft packing box and a renewable bronze bushing.  The packing gland shall be of bronze ASTM B505, Alloy C83800, with stainless steel bolting and stainless steel adjusting nuts. Sealing between the stuffing box and the discharge head shall be accomplished by means of an "O" ring.

J.  Pump head shall have a one inch diameter hole so located that a tape or electric sounder may be used to accurately measure down to level of water in well at all times.  Hole shall be closed by a removable threaded plug, or nipple with cap.  Pump head shall have taps for two air lines.  A quick coupling compression fitting as manufactured by Evertite, or approved equal shall be provided to form a watertight seal where air lines pass through the pump head.

K.  The Contractor shall furnish and install a sampling tap and pressure gauge on the well pump discharge as shown on the Drawings.  Pump discharge gauge shall range from 0 to 200 psi. Gauge shall be as specified in Section 18068 - Small Diameter Piping, Valves and Specials. Sampling tap shall be 1/4-inch smooth copper pipe as shown on drawings.

L.  Anchor Bolts and Base Plate:  All fastenings shall be corrosion resistant and shall resist the pressure due to shutoff head of the pump. Anchor bolts, nuts and washers shall be Type 303, stainless steel, unless otherwise specified, and shall be installed in accordance with the manufacturer's instructions. Approved special washers and nuts shall be furnished and installed on the lower ends of bolts unless pockets are provided for access to the nuts. Pump base plate shall be grouted to the foundation and shall be sealed airtight.

## 2.2   ELECTRIC MOTOR

A.   The electric motor shall be a vertical hollow shaft, premium efficiency continuous duty squirrel cage type and shall comply with ANSI Specifications C50.2 and AWWA E101 latest editions.  Motor shall have normal starting torque and low starting current characteristics and shall permit the driven equipment to develop its specified capacity continuously without exceeding the standard temperature rise limits for Class F insulation and shall have a 1.15 service factor.  NEMA nominal efficiency shall be 94.5%

B.   The motor shall be a constant speed, squirrel cage induction type with drip canopy, 50 hp, 460 volt, 60 cycle, 3 phase, 1,800 rpm, continuous rating in a 40°C ambient.  Motor enclosure shall be weather protected Type I.  The motor shall be type RUS, as manufactured by U.S. Electric Motors, Inc. or approved equal.

C.   The motor shall be provided with a non-reverse mechanism to protect the line shaft bearings from reverse rotation when the power is interrupted and the water empties from the discharge column.  A thrust bearing of ample capacity to carry a maximum down thrust of 8,000 pounds shall be incorporated in the motor as an integral part of it.  Provisions shall be made for momentary upthrust equal to 30% of rated down thrust.  The bearings shall be of such size that the average life rating is no less than 5 years continuous operation.  Motor shall be suitable for mounting to well pump discharge head.  Manufacturer shall provide all accessories necessary for connection to deep well turbine pump and surface discharge head.

D.   A motor nameplate shall be securely affixed to exterior frame indicating as a minimum: voltage, amps, cycles, rpm, hp, NEMA code letter, insulation class, frame number, serial number and all pertinent information required by NEMA Standards.

**PART 3 - EXECUTION**

## 3.1   GENERAL

A.   The Contractor shall take all precautions necessary, or as may be required, to permanently prevent contaminated water or water having undesirable physical or chemical characteristics from entering the well.   The Contractor shall also take all necessary precautions during the construction period to prevent any contaminant from entering the well, either through the opening or seepage through the ground surface.

B.   The Contractor shall protect all items used during the construction operations against contamination by thoroughly chlorinating the equipment and materials.

## 3.2   PRELIMINARY PUMPING TEST

A.   Prior to the removal of the existing well pump and motor, the Contractor shall conduct a preliminary pumping and efficiency test on the well.   Water shall be discharged through the blowoff piping assembly located adjacent to the existing well station or through temporary piping provided by Contractor and shall be directed with temporary piping provided by the Contractor to the nearest acceptable storm drain, or approved disposal location.   Contractor shall furnish calibrated pressure gauges (minimum 4 1/2-inch diameter), a temporary orifice place flow meter, diffuser, dechlorination equipment, chemicals and all required instruments.

B.   Pump test runs shall be conducted at the following rates of discharge:   0, 200, 400, 600, 800, 1,000, 1,200 and 1,300 gpm. Readings for a run shall not be taken until the static water level, flow rate and drawdown have stabilized.

C.   The following data shall be recorded during the test:

1.   Static water level below base plate of pump (prior to start of test).

2.   Pumping water level below base plate of pump (at each test point).

3. Motor voltage, amperage, kilowatts and revolutions per minute (at each test point).

4. Pumping flow rate in gpm using orifice plate (at each test point).

5. Discharge pressure at the centerline of the pump discharge (at each test point).

D. All instruments utilized during the tests shall be calibrated by the Contractor and approved by the Engineer, and all testing procedures will be subject to approval by the Engineer.

E. The results of the tests shall be tabulated and submitted to the Engineer in report form. The wire to water efficiency shall be calculated for all runs. The report shall include, for each test, a plot of flow in gallons per minute versus total dynamic head in feet, calculated well specific capacity, and a plot of flow in gallons per minute versus wire to water efficiency.

## 3.3  MANUFACTURER'S CERTIFIED PUMP TEST

A. Following fabrication of the pump, the manufacturer shall perform a witnessed, certified pumping test of the pump to be delivered to the project.

B. The certified pump test shall take place in the manufacturer's shop with a testing apparatus designed to supply water to the pump intake and to receive and collect water discharged from the pump assembly. The apparatus shall be capable of throttling the pump, monitoring flow rate and pressure at the pump discharge, and all for speed and load analysis on the pump driver.

C. The manufacturer shall utilize a standard electric motor of similar horsepower and speed to the motor to be fitted to the pump under the project for the pump test. The manufacturer shall furnish calibrated flow monitoring equipment and pressure and head measuring equipment during the test.

D. The pump shall be run with the testing apparatus at the following rates of discharge:  0; 200; 400; 600; 800; 1,000; 1,200 and 1,300 gpm.

E.   The following data shall be recorded during the test:

1.   Head on the pump intake.

2.   Head on the pump discharge.

3.   Motor voltage, amperage, kilowatts, and revolutions per minute.

4.   Pumping flow rate in gallons per minute.

F.   All instruments utilized during the certified pump test shall be calibrated by the manufacturer and approved by the Engineer, and all testing procedures shall be subject to approval by the Engineer.

G.   The results of the certified pump test shall be tabulated and submitted to the Engineer in a report form. The wire to water efficiency shall be calculated for all runs. The report shall include, for each test, a graphical plot of flow in gallons per minute versus total dynamic head in feet and a plot of flow in gallons per minute versus wire to water efficiency.

## 3.4   PUMP INSTALLATION AND DISINFECTION

A.   The Contractor shall assemble the pumping unit, install it in the well, install the new motor, install the new discharge head, and connect the discharge piping, water prelube piping, and electric wiring. All nuts and bolts shall be new and of the same material as those replaced.

B.   All threads on the column pipe shall be cleaned and coated with an approved non-toxic compound which does not provide an environment conducive to the harboring or growth of bacteria. All column and shafting shall be perfectly aligned with all butting faces square to the central axis of the shaft. The pump shall be hung true and vertical in the well and if necessary the pump base plate shall be shimmed and regrouted. The pump head shall be provided with a sanitary seal approved by the Nassau County Department of Health.

C.   After complete reinstallation, the Contractor shall make all necessary adjustments to the impellers by means of the adjustment nut on top of the motor. The

Contractor shall eliminate any vibrations, imbalance, binding or other defect in the pumping unit.

D.   The Contractor shall furnish and install two new 1/4" I.D. non-toxic polyethylene air lines from two feet above the bottom of the suction pipe to the pump discharge head.  One air line shall be kept as a spare and the other shall be connected to a gauge on the discharge head.   The contractor shall furnish and install a new drawdown gauge.   The tubing shall be strapped to the discharge column with stainless steel wire or banding.  All measurements of the location and length of the tubing shall be carefully taken and recorded by the Contractor.   A quick coupling compression fitting as manufactured by Evertite or approved equal shall be provided to form a watertight seal where air lines pass through the pump head.   The Contractor shall provide a hand air pump suitable for the application.

E.   Disinfection and Sampling:

1.   The Contractor shall disinfect the well before water is pumped into the system.  The water shall meet the sanitary requirements of the New York State Department of Health.

2.   Disinfection shall be accomplished in accordance with AWWA Specification C654 latest edition.  The well shall be chlorinated to provide a chlorine residual of approximately 50 mg/l in the water within the casing, circulated within the casing and pump column and pumped to waste until zero chlorine residual is measured.

3.   After continued pumping to waste for a minimum of 15 minutes, the well shall be shut off and the well and pumping equipment shall be left to stand for 24 hours prior to the collection of bacteriological samples.   At the time of bacteriological sampling, the water shall have a total chlorine residual of less than 0.05 mg/l.

4.   The Contractor shall have a laboratory approved by the Department of Health collect and analyze water samples for bacterial quality upon start up of pump, and 2, 5, 10, 15 and 30 minutes after start up.  The water pumped from the well during

disinfection shall be disposed of by the Contractor in a manner approved by the Engineer.

5. Water pumped from the well shall be conducted at the Contractor's expense to a place where it will be possible to dispose of the water without damage to property or creation of a nuisance.

6. All samples shall be analyzed, and disinfection shall be continued until all results are acceptable. The Engineer and Department of Health shall be furnished a copy of the laboratory reports. The Contractor shall inform the Department of Health when the well is ready for sampling.

7. The Nassau County Health Department (NCHD) will take additional samples after acceptable bacteriological samples are obtained by the Contractor. The Contractor shall rechlorinate the well and reanalyze as necessary until two consecutive approved bacteriological samples taken at 24-hour intervals are obtained by both the Contractor and the NCDH and the results are acceptable to the NCDH.

8. In addition to the above bacteriological series test, the Contractor shall obtain samples of water, 2 minutes after start up of the pump and analyzed for Principal Organic Contaminants (POCs) and Inorganics (IOCs) in accordance with current Nassau County Department of Health requirements. All samples shall be promptly analyzed at a laboratory approved by the Nassau County Department of Health, and copies of the results shall be promptly submitted to the Engineer. All sampling and analyses shall be conducted in accordance with the current requirements of the New York State and Nassau County Departments of Health, and with the methods set forth in "Standard Methods for the Analysis of Water and Wastewater," latest edition. Analyses of all samples shall include complete Nassau County chemical, physical, heavy metals, volatile halogenated organics, volatile non-halogenated organics, pesticides and herbicides. Analyses shall include all parameters required by the Nassau County Department of

Health.  Should the results of the water analyses indicate the presence of contaminants within the well that were not present prior to the introduction of the coated pumping unit into the well, the Contractor shall, at the direction of the Engineer, remove the pumping unit, and remove and reinstall the coating system as required to prevent coating system contaminants from being introduced into the well.

## 3.5   FINAL PUMPING TEST

A.   The Contractor shall conduct equipment pumping and efficiency tests when the new pump and motor are installed.   Water shall be discharged through temporary piping provided by Contractor to the nearest acceptable storm drain.   Contractor shall furnish calibrated pressure gauge (minimum 4 1/2-inch diameter) and all required instruments.

B.   Runs shall be conducted at the following rates of discharge:   0, 200, 400, 600, 800, 1,000, 1,200 and 1,300 gpm. Readings for a run shall not be taken until the static water level, flow rate and drawdown have stabilized.

C.   The following data shall be recorded during the tests:

1.   Static water level below base plate of pump (prior to start of test).

2.   Pumping water level below base plate of pump (at each test point).

3.   Motor voltage, amperage, kilowatts and revolutions per minute (at each test point).

4.   Pumping flow rate in gpm using orifice plate (at each test point).

5.   Discharge pressure at the centerline of the pump discharge (at each test point).

D.   All instruments utilized during the tests shall be calibrated by the Contractor and approved by the Engineer, and all testing procedures will be subject to approval by the Engineer.

E.   The results of the tests shall be tabulated and submitted to the Engineer in report form.  The wire to water efficiency shall be calculated for all runs. The report shall include, for each test, a plot of flow in gallons per minute versus total dynamic head in feet and a plot of flow in gallons per minute versus wire to water efficiency.

## 3.6  MANUFACTURER'S SERVICES

A.   Prior to delivery, the manufacturer shall conduct certified pumping tests on the assembled pump with the actual motor to be provided and submit three copies of performance curves to the Engineer. Test shall conform to ANSI/AWWA E101 latest revision.

B.   Manufacturer's representative shall provide one full day of training instruction to operating personnel in the operation and control of the pump. Training shall conform with the requirements of Section 01730.

C.   Manufacturer shall furnish shop drawings, descriptive data and all other information requested by the Engineer.

D.   Following installation of the pumping equipment, the Contractor shall furnish the Engineer with a pump installation report, indicating at a minimum, materials and dimensions of all equipment installed, pump, column and suction settings, certified pump curves and final pump results.

E.   After installation by others, the manufacturer shall inspect the installation and furnish the Engineer with certification that the equipment has been installed properly.

+ +   END OF SECTION   + +

## SECTION 18380

## PACKED TOWER AERATION SYSTEM CONTROL PANEL

**PART 1 - GENERAL**

**1.1   DESCRIPTION**

    A.   Scope:

        1.   Under this Section, the Plumbing Contractor shall furnish and install a Packed Tower Aeration System Control Panel, and furnish and install a clearwell level pressure transducer and appurtenances as shown on the Contract Drawings, specified herein or required for a complete installation.

        2.   Wiring of the panel power, control and instrumentation wiring shall be performed by the Electrical Contractor.

        3.   The control logic shall be as described herein.

        4.   The Contractor is responsible to ensure that the controls are completely compatible and configured for use with the equipment supplied and shall furnish documentation so stated.

        5.   The Packed Tower Aeration System Control Panel shall consist of relay based logic with an operator interface and PLC for adjustment of pressure transducer clearwell level (low, high) set points and tower airflow monitoring and adjustment of low tower airflow alarm set point. The Packed Tower Aeration System Control Panel shall be capable of operating on clearwell float switches and air flow switch using relay logic should the PLC fail.

    B.   Related Work Specified Elsewhere:

        1.   General and Special Conditions.

        2.   Division 1, General Requirements.

        3.   Section 18300, Packed Tower Aeration System.

        4.   Section 18320, Centrifugal Blower.

5. Section 18340, Vertical Turbine Booster Pump and Motor.

6. Section 18360, Vertical Turbine Deep Well Pump and Motor.

7. Section 18180, Miscellaneous Appurtenances (for float switches).

8. Section 18420, SCADA System Work.

9. Section 18440, Well Blowoff Valve Control Panel.

10. Division 16, Electrical, including wiring diagrams detailing interconnections with motor control center, well pump motor starter, booster pump VFD and blower motor starter.

## 1.2 QUALITY ASSURANCE

A. System Supplier:

1. In order to insure standardization, proper interfacing and compatibility, it is required by the Engineer that all equipment offered under this Section, be furnished by a single system supplier who shall furnish and install all equipment and start-up services required for a proper installation, including coordination of all shop drawings. This system supplier shall be retained by the Contractor as a sub-contractor.

2. The system supplier shall have and maintain an adequate service organization or service representatives located within 100 miles of the project site and shall be fully knowledgeable in the operation, maintenance and installation of equipment required with a minimum 10 years applicable experience.

3. All reference to model numbers and other pertinent information herein is intended to establish the standards of performance, quality and appearance, and is based upon equipment already designed and manufactured.

4. Any system proposed as equal to that herein specified shall be proven to be such by the Contractor. The Contractor shall obtain the

Engineer's approval in writing prior to substitution of materials as specified.

    5.   System supplier shall be:

        Eagle Control Corp., Yaphank, Long Island (Mr. Chuck Zahradka, telephone number (631) 924-1315), or approved equal.

B.   Referenced Standards: The Contractor shall comply with applicable provisions and recommendations of the following:

    1.   National Electrical Code

    2.   Underwriters Laboratories, Incorporated

    3.   Factory Mutual

    4.   National Electrical Manufacturer's Association

    5.   Occupational Safety and Health Act

## 1.3   SUBMITTALS

A.   Shop Drawings:

    1.   Shop drawings shall be submitted for approval prior to fabrication in accordance with the Special Conditions of these specifications.

    2.   Shop drawings shall include physical arrangement of the control panel, internal details, wiring diagrams, control schematics, description of components and nameplate schedule. Include modifications to existing well controls.

    3.   Complete point-to-point wiring diagrams shall be provided.

    4.   Control schematics shall be referenced to a detailed written description of the functions of all switches and relays. Wiring diagrams will not be reviewed without this detailed functional description. Descriptions shall include, as applicable, but shall not be limited to the following:

        a.   Operation of system controls.

        b.   Descriptions shall be complete and shall be the basis of instruction for operating and maintenance personnel.

    5.   Operator Interface Terminal (OIT) Screens.

    6.   The Contractor shall submit a certification executed by the control system manufacturer stating that the packed tower aeration system (blower, booster pump, well pump, and appurtenances) and controls are totally compatible.

    7.   Submit operations and maintenance manuals in accordance with the Special Conditions.

B.   Test Procedures:

    1.   Factory test procedure shall be submitted for approval. Include all methods and equipment.

## 1.4  GENERAL

A.   Material: All electrical components and materials supplied shall function as a complete unit to automatically control the packed tower aeration system. All devices and material shall be new and of standard product design.

B.   UL Label: The control panel enclosure shall be in accordance with Underwriters Laboratories and must bear the manufacturer's UL label for enclosures to indicate and qualify same.

C.   The control panel assembly and wiring shall be constructed in accordance with Underwriters Laboratories UL508. All components used in the panel shall be Underwriters Laboratories approved for the application. Electrical work shall be in accordance with the latest edition of the National Electrical Code and all local codes.

D.   Manufacturer Nameplate: There shall be permanently affixed to the inside of the exterior enclosure door a nameplate indicating the order reference number, date manufactured and the control panel manufacturer's name, address and telephone number.

E.   Wiring: All power wire shall be stranded and sized as required for load and application according to the NEC.

All control and signal wire shall be a minimum of #14 AWG, 90 degree insulated and color coded. Colors shall be red for all AC control, yellow for external source control, white for AC neutral and green for equipment ground wiring. All wiring on the rear of the inner door shall be neatly bundled using tie wraps or other means. All internal wiring on the backplate shall be neatly routed in wire duct with removable covers. All wiring shall be continuous point to point (no splices) and be totally accessible with permanent number marking on each end to match the control schematic drawings.

F.   Quality Control and Testing: The panel shall be manufactured using quality workmanship and components. Upon completion of the panel it shall be completely factory tested. All control and alarm operations shall be performed with external signals simulated to ensure proper sequencing and operation. Submit certified test reports to the Engineer prior to shipment. The line voltage for which the panel is intended shall be used for testing.

# PART 2 - MATERIALS

## 2.1   DESCRIPTION OF SYSTEM OPERATION

A.   System Overview

1.   The control panel shall provide logic to control the well pump, blower, booster pump and appurtenances as described herein. The panel shall operate on a 20 amp, 120 volt, 1 phase power supply.

2.   The VFD for the booster pump and motor starters for the blower and well pump will be furnished in the motor control centers.

3.   The control panel shall contain the following switches:

a.   Blower Hand-Off-Auto Switch

b.   Booster Pump Hand-Off-Auto Switch

c.   Booster Pump Control Mode Switch (Float Switch Operation/Pressure Transducer Operation)

    d.   Low Air Flow Control Mode Switch (Air Flow Monitoring Station via Operator Interface/ Flow Switch Operation)

    e.   Well Pump Hand-Off-Auto Switch

    f.   Well 13 Blowoff Valve Open-Close-Auto Switch

    g.   Push to test button for each blower safety (opens device circuit)

    h.   Reset pushbutton for alarm conditions (clearwell high-high level, clearwell low-low level, low air flow, low air pressure)

4.   The control panel shall contain the following indicators:

    a.   Blower Low Pressure Alarm Pilot Light

    b.   Blower Low Suction Air Flow Alarm Pilot Light

    c.   Blower Low Discharge Air Flow Alarm Pilot Light

    d.   Blower Motor Starter Relay Fault Alarm Light

    e.   Blower Running Unloaded Alarm Pilot Light

    f.   Call for Blower Pilot Light

    g.   Blower Safeties Satisfied Pilot Light

    h.   Blower Safeties Not Satisfied Pilot Light

    i.   Blower Running Pilot Light

    j.   Blower Running Elapsed Time Meter

    k.   Call for Well Pump Pilot Light

    l.   Well Pump Running Pilot Light

    m.   Well Pump Prelube/Blowoff Sequence Pilot Light

    n.   Well Pump Backspin Timer Light

    o.   Well Pump Blowoff Valve Open Pilot Light

    p.   Well Pump Blowoff Valve Closed Pilot Light

q.  Well Pump Discharge Valve Open Pilot Light

r.  Well Pump Discharge Valve Closed Pilot Light

s.  Well Pump Blowoff Sequence Trouble Pilot Light

t.  Well Pump Off Pilot Light

u.  Call for Booster Pump Pilot Light

v.  Booster Pump Running Pilot Light

w.  Booster Pump Off Pilot Light

x.  High-High Clearwell Level Alarm Pilot Light (Via Float Switch)

y.  Low-Low Clearwell Level Alarm Pilot Light (Via Float Switch)

z.  Clearwell Level Normal Pilot Light

aa. Report Back - Well Pump Chemical Safeties Satisfied

bb. Report Back - Booster Pump Chemical Safeties Satisfied

cc. Well Flow (via SCADA RTU)

dd. Booster Flow (via SCADA RTU)

5.  The control panel shall contain a PLC driven operator interface with navigation controls and numeric keypad for adjusting pressure transducer level setpoints, for indicating tower air flow and for adjusting tower low air flow setpoint. The operator interface shall accept 4-20mA input signals from the clearwell level pressure transducer and air flow pressure transmitter and provide calibrated indication of clearwell level and setpoint locations (in feet above the clearwell bottom slab elevation), and air flow volume (in cubic feet per minute). Setpoints shall be adjustable through either the local keypad or the remote SCADA system connection.

B.   Description of Controls:

1.   Blower and Well Pump Operation:

a.   The blower motor shall be controlled by a Hand-Off-Auto switch. In the "Off" position, the blower motor shall not operate. In the "Hand" position, the blower motor shall run. In the "Auto" position, the blower shall start upon the call for the well pump to operate.

b.   When the well pump is in the "Auto" mode, it shall start pumping to blowoff when the well is called to operate. After the blowoff cycle is complete, the discharge valve shall be called to open.

c.   In automatic mode, once the blower starts, the blower has its own set of five safeties (suction air flow switch, discharge air flow switch, pressure switch, blower motor starter auxiliary contact and blower "motor running loaded" contact [from blower motor starter compartment]), which must be satisfied before the well pump shall be permitted to pump to the packed tower. In addition, for the well pump to operate the water level in the clearwell must be below the high-high float switch setting. Furnish and install a normally open dry contact (close for well pump operation) for connection to the control circuit in the well pump motor starter.

d.   The air flow switches, air flow transmitter and pressure switch safeties shall initiate timers (adjustable 0-1 minute) in the control system. If pressure remains below the safety threshold or air flow is not detected for the selected time range, the well pump shall be shut down and locked out, and an alarm pilot light shall illuminate for the condition (low air flow pilot light, low pressure pilot lights). A reset pushbutton shall be furnished to reset this condition.

e.   There is a single air flow transmitter for the blower. The output from the air flow transmitter shall be 4-20mA.

f.  In automatic mode, the blower shall shut down after an adjustable time period of 0-15 minutes after the well pump stops.

g.  After the well pump is called to shut down, it shall continue pumping to the clearwell until the clearwell is full.

h.  Normally open dry contacts shall be provided to call for blower operation for connection to the blower motor starter in the motor control center.

2.  Booster Pump Operation and Clearwell Controls

a.  The booster pump motor shall be controlled by a Hand-Off-Auto switch. In the "Off" position, the booster pump motor shall not operate. In the "Hand" position, the booster pump motor shall operate until the low level in the clearwell is reached. Upon low level, the booster pump shall shut down. In the "Auto" position, the booster pump shall operate (variable speed in the pressure transducer mode; constant speed in the float switch mode) based upon the clearwell level as follows:

| | |
|---|---|
| High Level Alarm | El. 10.0' |
| Booster Pump On | El. 9.0' |
| Booster Pump Off | EL. 3.0' |
| Low Level Alarm | El. 2.0' |

*  Elevations shall be adjusted in the field during start-up.

b.  High and low level signals will be provided as dry contact closures from float switches in the clearwell. As a redundancy, the control system shall also incorporate a pressure transducer to detect setpoints for the booster pump controls. A selector switch shall be provided to select the control mode.

c.  If a high level is reached in the clearwell, the well pump shall be shut down. The blower associated with the respective well pump shall shut down after the preset time delay.

    d.    The well pump shall be shut down upon high level in the clearwell. This shall be via the high level float switch.

    e.    The booster pump shall be shut down upon low level in the clearwell (in Hand operation, also backup safety shutdown in Auto operation). This shall be via the low level float switch. Manual reset will be required before returning to normal operation.

    f.    Normally open dry contacts and a 4-20mA speed reference signal shall be provided to call for booster pump operation for connection to the booster pump VFDs in the motor control center.

    g.    If after the well has shut down due to high level, it shall be capable of restarting upon the clearwell reaching low level. If the blower has stopped, it must start first and the preset time delay must elapse before the well pump restarts.

C.    Redundant control logic shall be provided for each level sensing system, float switches and pressure transducer. Either PLC logic or relay logic is permissible. Each level sensing system shall be controlled by independent logic, in order that failure of a control component shall permit the other level sensing system to take over control of the booster pump.

D.    Operator Interface Terminal (OIT)

    1.    An OIT shall be provided for setpoint of local booster pump control via system pressure.

E.    Power supplies as required for air flow switches and air flow transmitters. Individual fused power supplies shall be provided.

F.    Provide time delay in order that the well pump and booster pump do not start simultaneously.

I.    Interface with SCADA System

    1.    The existing SCADA system shall be modified in accordance with Specification Section 18420.

2. The Packed Tower Aeration System Control Panel shall interface with the SCADA system by means of an Ethernet connection. In addition to the SCADA control functions described herein, all status and alarm indications shall be available to SCADA.

3. I/O and control shall also be in accordance with the requirements of Specification Section 18420.

J. Interface with Well Blowoff Valve Control Panel: The Packed Tower Aeration System Control Panel shall provide the "remote" blowoff control function. Refer to the specifications for the Well Blowoff Valve Control Panel and coordinate the interconnections for control, status and alarm conditions. In "auto" mode, the blowoff valve shall be put in the open position and the discharge valve shall be put in the closed position after the well is shut down.

## 2.2 FABRICATION AND MANUFACTURE

A. Enclosure Construction and Materials:

1. Enclosure: The pump controls shall be housed in a NEMA 12 gasketed galvanized steel enclosure. The material used shall be 16-gauge steel. The enclosure shall be floor mount type sized to house all the required components and allow adequate space for testing and maintenance as necessary. The enclosure shall have backplate mounting studs and continuous hinge all of stainless steel. The door gasket shall be continuous rubber composition with a molded in spring steel retainer for attachment to the enclosure without the use of adhesives and provide a positive weatherproof door seal. Maximum enclosure dimensions shall be 90 inches high by 20 inches wide by 16 inches deep.

2. All control switches, indicator pilot lights and other pilot devices shall be mounted on the enclosure door.

B. Power Distribution:

1. The panel power distribution shall include all components as indicated below and be completely wired with stranded conductors having a minimum of 90 degree insulation rating and an amperage rating in accordance with NEC requirements. All power

wiring shall be neatly routed and totally accessible. All conductor terminations shall be as recommended by the device manufacturer and be secure to provide adequate electrical conductivity.

2.   Main Disconnect: The panel shall have a power source unfused disconnect for the 120-volt power feed. The continuous current rating shall be per NEC. The disconnect handle shall be totally accessible from the panel exterior.

3.   The panel shall be provided with control power transformers and power supplies as required for a fully operational system. Control power transformers shall be provided with a suitable fusible switch on the primary and secondary sides of the transformers. Control power transformers shall be sized as required to power equipment as shown on the Contract Drawings.

C.   Power Circuit Accessories:

1.   The panel power accessories shall include all components as indicated below and be completely wired with stranded conductors. All wiring shall be neatly routed and sized as required with a minimum of number 12 AWG for power circuits and number 14 AWG for control circuits.

2.   Control Circuit Breaker: The 120-volt common control circuit shall be protected by an auxiliary one-pole circuit breaker. The breaker handle shall project through the enclosure door.

3.   Lightning Arrester: The control panel shall have lightning arrester protection included within the panel to protect the control equipment from lightning induced line surges. It shall be 600 volt rated and be a single phase unit with connection to ground. The arrester shall be mounted near the incoming power source and be properly wired.

The lightning arrester shall be a General Electric 9L15ECA001 or an approved equal.

4.   Surge Capacitor: The control panel shall have surge capacitor protection included within the panel to protect the unit from damaging transient

voltage surges. The surge arrester shall be mounted near the incoming power source and be properly wired.

The surge arrester shall be a General Electric 9L18BBB301 or an approved equal. (The specified capacitor is a three-pole device that can be applied with the single pole arrester by connecting the corresponding black leads and tying off the unused leads.)

5. The panel shall contain two (2) 4-20MA two channel signal splitters. Units shall provide two identical outputs from one input signal with LEDs to provide visual indication of operational process loops. Furnish and install power supply as required. Signal splitters shall be Alromay 653T or approved equal.

D. Control Components:

1. Terminal blocks shall be provided for all remote connections.

2. Control Relays: All control relays shall be miniature plug-in type with sealed clear plastic cases and internal indicating pilot light for coil energized. Provide surge suppressers across all relay coils.

3. Pilot Lights: Push-to-Test, 120 volt, heavy duty oiltight.

4. Selector switches and pushbuttons: Industrial, heavy duty, oiltight construction with clearly marked legend plates.

## 2.3 CLEARWELL LEVEL PRESSURE TRANSDUCER

A. The clearwell level pressure transducer system shall be a microprocessor based pressure measuring type device capable of providing an electronic output signal proportional to the level of liquid in the clearwell structure. The transducer shall be capable of detecting the liquid level of water over a range of 2 to 12 feet with accuracy of 0.25% of full scale range.

B. The transducer element shall be housed in a stainless steel casing with a vented gage and provided with a shielded, polyurethane 4 conductor, 22 AWG cable with

integral vent tube. Nosecap fitting shall be open-faced. Wetted materials shall be 316 stainless steel. Output signal shall be 4-20 MA. The level transducer shall be mounted to the concrete clearwell wall in accordance with the manufacturer's recommendations with a 316 stainless steel bracket and stainless steel expansion anchors. Wiring between the transducer and the packed tower aeration system control panel shall be routed through grounded metal conduit.

C.   Model and Manufacturer: The level pressure transducer shall be model KPSI 720 as manufactured by Measurement Specialists, Hampton, VA, or approved equivalent.

## 2.4   OPERATOR INTERFACE TERMINAL

A.   The operator interface terminal shall be mounted to the face of the control panel and shall interface with the control panel PLC and I/O modules to provide pressure transducer clearwell level indication and level setpoint adjustment, and shall provide tower airflow rate indication and low air flow setpoint for panel control functions.

B.   The operator interface terminal shall be a monochrome transreflective LCD with integral LED backlight, 2.87-inch width by 1.67-inch height display with 128 by 64 pixel resolution.

C.   The operator interface terminal shall be provided with 8 function keys and a 10 digit stainless steel domed numeric keypad.

D.   The operator interface shall communicate with its respective PLC by DH-485 communication protocol.

E.   Electrical input voltage shall be 18-30 VDC. Power consumption shall be IDW max.

F.   Adjustment range for low airflow setpoint shall be 1,000-6,000 cfm, fixed. Adjustment range for clearwell level setpoints shall be fixed within the level range of high-high and low-low float switch setpoints. High level shall be greater than low level setpoint.

G.   PLC addressing and logic shall be in accordance with control panel operation functions.

H.  Operator interface terminal shall be Allen-Bradley Panelview 300 Terminal with NEMA 4X rating, or approved equivalent.

## 2.5  PROGRAMMABLE LOGIC CONTROLLER (PLC)

A.  The PLC shall be compatible with operator interface terminal and shall support logical functions as required to achieve specified control and monitoring functions.

B.  PLC requirements:

1.  Control of up to 4,096 discrete inputs and 4,096 discrete inputs, expandable. Minimum 20% spare input capacity and 20% spare output capacity.

2.  Program memory size as required, with 50% spare capacity.

3.  High speed performance - 0.90 ms/k typical.

4.  On-line programming.

5.  Ethernet, Data Highway Plus, DH-485, or RS-230.

6.  Remote I/O Passthrough.

7.  Built-in real-time clock/calendar.

8.  Advanced math features - trigonometric, PID, exponential, floating point and the compute instruction.

9.  Indirect addressing.

10.  Operating temperature: 0° to 60°C.

11.  Humidity: 5 to 95% (without condensation).

12.  Memory Type: Flash PROM.

13.  Card Wiring Density: No more than 16 for discrete I/O and 8 analog I/O per card.

14.  Failsafe Design: All field I/O shall be failsafe design (normally closed when energized, opens on alarm).

15.  Watchdog timer to external alarm to indicate Processor failure (failsafe). Process failure

shall be indicated on touch screen operator interface.

16. Address Tags: In addition to standard addressing, Mnemonic address tags shall be used. The tag format shall match equipment identification with additional suffix added for use of instruction. The tags will be used in the SCADA system in the tag database.

17. Modular PLC system with spare slots in the chassis for expansion.

18. Shop drawings submittal shall include PLC logic (submit 30 days prior to panel testing).

19. In addition to each instruction, each rung shall be complete annotated to describe the functionality of the rung. In addition, both internal and real I/O shall be annotated with description.

20. Interposing relays shall be used on all PLC discrete outputs.

21. Provide surge suppression on the coil side of PLC controlled relays.

22. Inputs and outputs shall be fused in order that if one field device short circuits or fails, the rest of the I/O shall be unaffected and operable. Fuse condition shall be capable of being seen and fuses shall be capable of being changed without removing the board.

23. Software logic shall be provided to the Owner on CD media.

24. I/O Cards:

   a. Digital I/O Modules

      1) Maximum 16 I/O per module

      2) Interface as required to on-off sensors, devices, etc.

      3) Ladder logic shall have direct access to I/O values

        4)    Outputs shall be relay contacts. Triac outputs are not acceptable

        5)    Maximum 8 outputs per common

    b.    Analog I/O Modules

        1)    Maximum 8 I/O per module

        2)    D/A and A/D conversions to interface analog signals to data table values

        3)    Ladder logic shall have direct access to I/O values

        4)    High level resolution

    c.    LED indicators to show input/output status

    d.    Optical coupling and filter circuitry for signal noise reduction

    e.    Environmental Conditions

        1)    Operational Temperature: 0 to 60°C

        2)    Relative Humidity: 5 - 95% (without condensation)

    f.    All I/O, including spares, shall be wired to terminal strip

    g.    I/O boards shall not contain any pots to be adjusted

25.    Scanner module when required for multiple remote I/O

C.    Product and Manufacturer:

    1.    Allen-Bradley SLC 5/05 PLCs, Allen-Bradley 1746 series I/O modules and Allen-Bradley 1747 series scanner modules

    2.    Or approved equal.

D.    Uninterruptible Power Supplies (UPSs):

    1.    The control panel PLC shall be supplied with an uninterruptible power supply (UPS) with sufficient capacity to supply the PLC with power for one hour

in the event the primary power supply is unavailable. The UPS shall provide high-quality AC power for sensitive electronic equipment loads.

2. Standards:

    a. UL Standard 1778 (suitable for computer room applications)

    b. FCC Part 15, Subpart B, Class A

    c. IEEE 587, Category A and B

    d. ISTA Procedure 1A

3. System Description:

    a. Modes of Operation: The UPS shall be designed to operate as a true on-line double conversion system in the following modes:

        1) Normal - In normal operation, incoming AC power is fed to the input power factor corrected (PFC) rectifier that converts the AC power to DC power for the inverter. In this mode, power is also derived from utility power for the battery charger. The inverter derives DC power from either the PFC rectifier or the battery and regenerated filtered and regulated AC sine wave power for the connected load. The battery shall be charged once the unit is connected to utility power, regardless of whether the UPS is ON or OFF. In the event of a utility outage or severe abnormality (sag or swell), the inverter shall support the connected load from battery power, until the battery is discharged or the utility returns, whichever occurs first.

        2) Battery - Upon failure of utility/mains AC power, the critical AC load shall be supplied by the inverter, which obtains power from the battery. There shall be no interruption in power to the critical load upon failure or restoration of the utility/mains AC source.

3) Recharge - Upon restoration of utility/mains AC power, after a utility/mains AC power outage, the input converter shall automatically restart and assume supplying power to the inverter and the battery charger to recharge the battery.

4) Automatic Restart - Upon restoration of utility/mains AC power, after a utility mains AC power outage and complete battery discharge, the UPS shall automatically restart and assume supplying power to the critical load and the battery charger shall automatically recharge the battery. This feature shall be capable of being disabled by the user.

5) External Maintenance Bypass Switch - The integral bypass shall perform an automatic transfer of the critical AC load from the inverter to the bypass source, in the event of an overload, PFC failure, over temperature, DC Bus over voltage, or inverter failure conditions.

4. Design Requirements:

a. Voltage - Input/output voltage specifications of the UPS shall be:

Input:  0-140 VAC, 60/50 Hz, single-phase, 2-wire-plus-ground.

Output:120 VAC (user configurable): 100V, 110V, 115V, 120V, 127V) ±3%, 60/50, single-phase, 2-wire-plus-ground.

b. Output Load Capacity: Specified output load capacity of the UPS shall be:

700 VA/490 watts at 0.7 lagging power factor.
1,000 VA/700 watts at 0.7 lagging power factor.
1,500 VA/1,050 watts at 0.7 lagging power factor.
2,000 VA/1,400 watts at 0.7 lagging power factor.

2,700 VA/1,890 watts at 0.7 lagging power factor.

3,000 VA/2,100 watts at 0.7 lagging power factor.

c. Internal Battery: Valve regulated nonspillable, flame retardant, lead acid cells.

d. Reserve Time: 700 VA minimum 17 minutes, 1,000 VA minimum 11 minutes, 1,500 VA minimum 7 minutes, 2,000 VA minimum 6 minutes, 2,700 VA minimum 5 minutes, 3,000 VA minimum 5 minutes, these times are at full load with ambient temperature of 25°C (77°F).

e. Battery Recharge: The UPS shall contain a battery recharge rate designed to prolong battery life. Recharge time for UPS internal batteries shall be 5 hours maximum to 90% capacity after a complete discharge into full load.

5. AC Input Performance Requirements:

a. Frequency: UPS shall auto sense input frequency when first powered up and shall operate within the frequency specifications stated herein. UPS shall be capable of cold start with default frequency of 60 Hz. Once started, frequency operating window shall be 40 to 70 Hz.

b. Input Power Factor: >0.97 lagging at rated load.

c. Input Current Reflected Distortion: 25% THD maximum.

d. Inrush Current (initial start up, no load): The UPS shall have a maximum inrush current of 6 times the full load peak input current.

e. Input line Transient Immunity: UPS shall conform to an input line transient conforming to IEEE 587, Category A and B tests.

f. Surge Protection: MOV ratings shall be 175 volt, 90 Joules minimum connected L-N. The MOVs shall be rated 300 volt, 150 Joules

minimum connected L-G and N-G. The L-G and N-G connected MOVs shall have the capability of being disconnected and reconnected easily.

6. AC Output Performance Requirements:

   a. Voltage Regulation: ±3% steady state.

   b. Frequency Regulation: ±5% synchronized to utility/mains. ±0.1 Hz free running or on battery operation.

   c. Frequency Slew Rate: 1.0 Hz per second maximum.

   d. Voltage Distortion: ≤3% total harmonic distortion (THD) typical into a 100% linear load, ≤5% THD typical into a 100% nonlinear load with crest factor ratio of 3:1.

   e. Load Power Factor Range: 0.65 lagging to 1.0 (unity).

   f. Output Power Rating: 700 VA/490 watts, 1,000 VA/700 watts, 1,500 VA/1,050 watts, 2,000 VA/1,400 watts, 2,700 VA/1,890 watts, 3,000 VA/2,100 watts at 0.7 lagging power factor.

   g. Inverter Overload Capability: 112-103%, ±10% for 10 seconds then transfer to bypass, 131-200%, ±10% for 2 seconds then transfer to bypass, >201%, ±10% for 96 milliseconds then transfer to bypass.

   h. Voltage Transient Response: ±7% in line mode 0-100-0% loading of the UPS, ±7% in battery mode for 0-100-0% loading of the UPS rating.

   i. Transient Recovery Time: To nominal voltage within 90 milliseconds.

   j. Efficiency: ≥88% AC-AC, minimum.

7. Environmental Conditions:

   a. Ambient Temperature:

      1) Operating: 0°C to +40°C (+32°F to +104°F).

        2)    Storage: -15°C to +50°C (+5°F to +122°F) with batteries removed.

8.    Relative Humidity:

    a.    Operating: 0 to 95% noncondensing.

    b.    Storage: 0 to 95% noncondensing.

    c.    Audible Noise: Noise generated by the UPS under normal operation shall not exceed 50 dBA when measured at 1 meter from the surface of the UPS.

    d.    Electrostatic Discharge: The UPS shall be able to withstand an electrostatic discharge compliant to ENC61000-4-2, level 4 (15 kV through air, 8 kV contact) without damage and will not affect the connected load.

9.    Quality Assurance:

    a.    Manufacturer Qualifications: A minimum of 10-year's experience in the design, manufacture and testing of solid-state UPS systems is required. The manufacturer is certified to ISO 9001.

    b.    Factory Testing: Before shipment, the manufacturer fully and completely tests the system to assure compliance with the specification. These tests include operational discharge and recharge tests on the internal battery to assure performance.

10.    Components:

    a.    Cabinet: The UPS unit shall be comprised of input converter, battery charger, inverter and battery consisting of the appropriate number of sealed battery cells, and shall be housed in a rack-tower NEMA type 1 enclosure and meet the requirements of IP20. The UPS cabinet shall be cleaned, primed and painted IBM black.

    b.    Cooling: The UPS shall be forced air cooled by an internally-mounted continuous fan. Fan power shall be provided from the internal DC supply. Air intake is through the front of

the unit and exhausted out the rear of the unit.

c.   Input Converter:

1)   General: Incoming AC power shall be converted to a regulated DC output by the input converter for supplying DC power to the inverter. The input converter shall provide input power factor correction and input current distortion reduction.

2)   AC Input Current Limit: The input converter shall be provided with AC input current limiting whereby the maximum input current is limited to 125% of the full load input current rating.

3)   Input Protection: The UPS shall have built-in protection against under voltage, over current and over voltage conditions including low-energy lighting surges, introduced on the primary AC source. The 120 VAC models shall be capable of sustaining input surges without damage per criteria listed in IEEE 587 CAT. A and B. UPS shall have input fuses.

4)   Battery Recharge: The UPS shall contain a battery recharge rate designed to prolong battery life. The battery shall be constant current charged to restore capacity, then shall be constant voltage charged to maintain the battery in a fully charged state. Recharge time for the internal UPS batteries shall be 5 hours maximum to 95% capacity (full load discharge rate). There shall be DC over voltage protection so that if the DC voltage exceeds the pre-set limit, the UPS shall shut down automatically and the critical load shall be transferred to bypass.

d.   Inverter:

1)   General: The UPS inverter shall be a pulse-width-modulated (PWM) design

capable of providing the specified AC output. The inverter shall convert DC power from the input converter output or the battery, into precise sine wave AC power for supporting the critical AC load.

2)   Overload: The inverter shall be capable of supplying current and voltage for overloads exceeding 100% and up to 200% of full load current. A visual indicator and audible alarm shall indicate overload operation. For greater currents or longer time duration, the inverter shall have electronic current-limiting protection to prevent damage to components. The inverter shall be self-protecting against any magnitude of connected output overload. Inverter control logic shall sense and disconnect the inverter from the critical AC load without the requirement to clear protective devices.

3)   Inverter DC Protection: The inverter shall be protected by the following DC shut down levels:

DC Over Voltage Shutdown

DC Under Voltage Shutdown (end of discharge)

DC Under Voltage Warning (low battery reserve); factory default set at 2 minutes (user configurable 2 to 30 minutes)

4)   Output Frequency: The inverter shall hold the output frequency to ±0.1 Hz of nominal when not synchronized to the utility/mains source.

5)   Output Protection: The UPS inverter shall employ electronic current limiting circuitry.

6)   Battery Over Discharge Protection: To prevent battery damage from over discharging, the UPS control logic shall

automatically raise the shutdown voltage set point; dependent upon output load at the onset of battery operation.

e. Display and Controls

1) General: The UPS shall be provided with a microprocessor based unit status display and controls section designed for convenient and reliable user operation. The monitoring functions such as status and alarm indicators shall be displayed on an LED display.

2) System Indicators: The UPS shall contain a row of LEDs to indicate UPS load and battery capacity and five single LEDs to indicate UPS status as described below:

The "Fault" LED indicator illuminates red to indicate a UPS fault condition.

The "Battery" LED indicator illuminates amber to indicate the UPS is operating from battery power.

The "Bypass" LED indicator illuminates amber to indicate the UPS is operating on Bypass power.

An audible alarm is provided and activated by any of the above alarm conditions.

The "UPS ON" LED indicator illuminates green to indicate the UPS inverter is operating and supplying power.

The "AC Input" LED indicator illuminates green to indicate the UPS is operating from utility/mains power.

3) Controls: UPS start up and shut down operations shall be accomplished by the "ON" and "OFF" pushbuttons located on the front panel of the UPS. The "ON" pushbutton is a means to turn the UPS on and also serve as a means to manually test the battery and to reset active visual and audible alarms. The "OFF" pushbutton allows manual transfers of

the load from the inverter to bypass power. Pressing the "OFF" pushbutton twice within a 4-second time period will completely shut down the UPS and its connected load in normal and battery mode.

f.   On-line Battery Test:

   1)   The UPS shall be provided with an automatic biweekly battery test feature (factory default). Via the set-up configuration program on a Windows based PC, the automatic battery test can be disabled or configured to operate every 7, 14, 21 or 28 days.

   2)   The battery test shall ensure the capability of the battery to supply power to the inverter while loaded. If the battery fails the test, the UPS shall display a warning message to indicate the internal batteries need to be replaced. The battery test feature shall be user accessible by the pushbutton located on the front of the unit and with Communications Software. The Automatic Battery test feature shall be capable of being disabled through the User Configuration Program shipped with the UPS.

g.   External Maintenance Bypass Switch:

   1)   General: An external maintenance bypass switch bypass shall be provided remote to the UPS on the exterior of the panel enclosure. The switch shall be made before break type, which shall allow switching while on line and periodic testing of the UPS without system shut down. The bypass control logic shall contain an automatic transfer control circuit that senses the status of the inverter logic signals, and operating alarms conditions. This control circuit provides a transfer of the load to the bypass source if available, and if the inverter is capable of powering the load (i.e., overload condition, if your unit

is in Manual Bypass Mode, or if the voltage and/or frequency is out of tolerance).

2) Automatic Transfers: The transfer control logic shall automatically activate the bypass, transferring the critical AC load to the bypass source, after the transfer logic senses one of the following conditions:

UPS overload
UPS over temperature
PFC failure
Inverter failure
DC Bus over voltage

Once overload condition is reduced, the load shall be automatically transferred back to inverter power.

h. Internal Battery: Valve regulated, nonspillable, flame-retardant lead acid cells shall be used as a stored-energy source for the specified UPS system. The battery shall be housed internal to the UPS cabinet, and sized to support the inverter at rated load and power factor, with ambient temperature of 25°C (77°F) for a minimum of 7 minutes reserve time. The expected life of the battery shall be 3 to 5 years or a minimum 250 complete discharge cycles. The UPS units shall have the capability to allow the operator to replace the internal battery.

i. Communications:

1) The UPS shall contain a DB9F (9-pin female) connector on the rear panel to allow UPS status communications to a computer system. The DB9F contains photo couplers to signal on battery and low battery operational status.

2) The UPS shall contain one Intellislot communication port to allow the operator to field install optional communication cards. These optional cards shall allow the UPS to communicate via Ethernet SNMP, connected directly to the LAN.

Once the SNMP card is installed, the serial communications is disabled in the DB9F connector; however, the photo-coupler signals (on battery, and low battery) shall remain active.

3) UPS alarm status shall be wired to the PLC system using fail safe design.

## PART 3 - EXECUTION

### 3.1 INSTALLATION

A. Electrical Connections:

1. Electrical connections from the control panel to the main power source and other appurtenant equipment such as alarms, etc., shall be performed under the Electrical Construction Contract, under Division 16.

B. Protection During Construction:

1. The control panel shall be protected from moisture, dust and dirt both during storage and after installation for the entire construction period.

2. The space heater in the panel shall be energized while the panel is in storage and after installation prior to start-up of the station.

### 3.2 SPARE PARTS

A. The following spare parts and devices shall be furnished with the control panel:

1. Two pilot light assemblies and switches of each type used.

2. Two relays of each type used.

3. Two boxes (minimum of 24) of spare lamps for each type used.

4. Two fuses of each type used.

5. Two circuit breakers of each type used.

6.   One PLC (CPU, I/O Module, power supply, etc.) of each type used.

## 3.3   DRAWINGS AND MARKINGS

A.   Panel Marking: All component parts in the control panel shall be permanently marked and identified as they are indicated on the control drawings. Marking shall be on the backplate adjacent to the component.

All control panel conductors shall be permanently number marked with wire markers at each end as close as practical to the termination of the conductor.

B.   Nameplates: The panel shall include engraved nameplates for all components to indicate the device function. The nameplates shall be permanently affixed with plated machine screws or a bonding adhesive suitable for the application. The material shall be white with a black core and have a minimum of 3/16-inch letters. All screws on the panel exterior shall be stainless steel.

C.   Submittal Drawings: The Contractor shall provide a complete set of shop drawings as outlined in these specifications prepared by the manufacturer and submitted to the Engineer for review prior to the fabrication of the equipment. The shop drawings shall include control schematics, a terminal connection diagram and a panel layout with dimensions. A component Bill of Materials shall be submitted and include each component reference, quantity, description, manufacturer and part number. The layout drawing must show the general arrangement and location of each component. The control schematic must show all component markings and wire numbers. The schematics shall be specific for the control panel being considered and not general in nature. The terminal connection diagram must show all field connections and the devices to which they are connected. Line numbers and relay cross references shall be included on the schematic drawings.

Shop Drawings shall also contain a detailed description of operation and a description of the control logic referencing the schematic drawings. Shop drawings will not be reviewed without this detailed description and will be returned marked "Not Reviewed."

3.4   FINAL INSTALLATION AND START-UP

    A.   Manufacturer's Representative: The services of a factory trained, qualified representative of the manufacturer shall be provided to inspect the completed installation and make all adjustments necessary to place the system in trouble-free operation. The representative shall furnish written certification that the panel is operating properly and meets Contract Documents. The representative shall instruct the operating personnel in the proper care and operation of the equipment, prior to the final acceptance of the work. Contractor shall allow for two full days for start-up services.

    B.   Electrical and Controls Testing: All control operations for manual and automatic operation shall be tested and evaluated. The satisfactory operation of all system alarms shall be tested.

3.5   MANUFACTURER

    A.   The manufacturer shall provide data, upon request, that it has a minimum of 10 years experience in the production of this specific type of control panel. The manufacturer shall have a test facility to allow testing of the completed panel. The control panel shall be manufactured by Eagle Control Corp., Yaphank, Long Island (631) 924-1315, or approved equal.

3.6   GUARANTEE

    A.   All equipment shall be guaranteed against defects in material and workmanship for a minimum period of one year from the date of Owner's final inspection and acceptance to the effect that any defective equipment shall be repaired or replaced without cost or obligation to the Owner.

+ + END OF SECTION + +

# SECTION 18400

## WATER TREATMENT CHEMICAL SAFETY CONTROL SYSTEM

## PART 1 - GENERAL

### 1.1   DESCRIPTION

A.   Scope:

1.   The Contractor shall furnish all labor, materials, equipment and incidentals to furnish and install a Water Treatment Chemical Safety Control Panel as shown on the Drawings and specified herein.

2.   Treatment consists of a hypochlorite metering pump for the well pump and a lime slurry metering pump for the Booster Pump.

3.   Status and alarm outputs shall be provided from the Water Treatment Chemical Safety Control Panel to the SCADA panel.

4.   The hypochlorite metering pump, lime metering pump and solenoid valve on the lime injection system are existing.

B.   Coordination:

Coordinate the Water Treatment Safety Control System with the existing metering pumps, flow switches, pressure switches, chlorine analyzer, pH analyzer, etc.

C.   Related Work Specified Elsewhere:

1.   Section 18099, Large Diameter Valves, Specials and Appurtenances for Discharge Valve Limit Switches.

2.   Section 18180, Miscellaneous Appurtenances

3.   Section 18420, SCADA System Work.

4.   Division 16, Electrical.

### 1.2   QUALITY ASSURANCE

A.   Requirements of Regulatory Agencies:   Comply with applicable provisions of regulatory agencies below and others having jurisdiction.

    1.   NFPA 70, National Electrical Code.

    2.   Nassau County Department of Health.

B.  Reference Standards:   Comply with the applicable provisions and recommendations of the following except where otherwise shown or specified.

    1.   UL #508A, Standard for Industrial Control Panels.

    2.   NEMA Standards.

## 1.3   SUBMITTALS

A.  Shop Drawings:

    1.   Shop drawings shall be submitted for approval prior to fabrication in accordance with the requirements of the Special Conditions of these specifications.

    2.   Shop drawings shall include physical arrangement of the control panels, internal details, wiring diagrams, control schematics, description of components and nameplate schedule.

    3.   Complete point-to-point wiring diagrams shall be provided.

    4.   Control schematics shall be referenced to a detailed written description of the functions of all switches, relays and time delays.   Wiring diagrams will not be reviewed without this detailed functional description.   Descriptions shall include, as applicable, but shall not be limited to the following:

        a.   Operation of the panel including the interfacing with auxiliary equipment.

        b.   Descriptions shall be complete and shall be the basis of instruction for operation and maintenance personnel.

B.  Test Procedures:

The control panels shall be electrically and operationally tested at the factory in accordance with an approved test procedure.   Certified test reports

shall be submitted to the engineer prior to shipment to the job site.

**PART 2 - PRODUCTS**

**2.1  MATERIALS**

    A.  General:

        1.  Control panel enclosures shall be NEMA 12, gasketed. Enclosure dimensions shall be 20-inch wide by 90-inch high by 20-inch deep.

        2.  All lights, switches, indicators and other operable or visual components shall be mounted on the door and shall be grouped together in a logical fashion and shall be permanently labeled.

        3.  All points of connection to external wiring shall be wired by the vendor to a master terminal board with all wires and terminals being properly identified. Wiring diagrams shall be equivalent to NEMA Class II, Type C.

        4.  All indicating lights shall be heavy duty, oiltight, push-to-test. Lens color will be determined during shop drawing review.

        5.  All switches shall be heavy duty, oiltight. Contacts shall have NEMA A600 rating.

        6.  Control logic shall be relay-based. All relays shall be of the plug-in industrial control type. Contacts shall have NEMA A600 rating. Relays shall be provided with transient suppressors and coil indicating lights. Timer attachments for industrial relays shall be of the solid-state type. Number of contacts shall be as required.

        7.  All contact outputs shall be Form C, single pole double throw.

**2.2  WATER TREATMENT CHEMICAL SAFETY CONTROL PANEL**

    A.  The purpose of the Water Treatment Chemical Safety Control Panel is to control the operation of the chemical metering pumps and related chemical injection piping solenoid valve. The control panel shall accept connections from the remote safety interlocks as described herein.

B. The control panel shall be suitable for service from a 30 amp, three phase (including ground and neutral), 208/120 volt power supply. The control panel shall power the pumps and related control circuitry to permit chemical pump operation.

C. The following shall be furnished for each of the metering pumps:

    1. A NEMA size 0 three phase combination circuit breaker type starter with thermal overload protection. The breaker handle shall be internal to the panel. Auxiliary contacts shall be furnished as required, with 1 normally open and 1 normally closed spare.

    2. An "Off-Auto" selector switch.

       In the "Auto" position, the feed pump shall operate if all related safety interlocks are satisfied.

    3. A "pump run" pilot light.

    4. A "pump off" pilot light.

    5. A "pump fault" pilot light (pump fault is defined as the pump not operating when called to operate).

D. The following safety interlocks shall prevent operation of the metering pumps as indicated:

    1. Well Pump Metering Pump (Hypochlorite Pump) Safeties:

       a. Dry contact from Well Pump motor starter

       b. Dry contact from limit switch on Well Pump discharge.

       c. Dry contact from flow switch on Well Pump discharge.

       d. Dry contract from chlorine analyzer that opens on high chlorine condition.

    2. Booster Pump Metering Pump (Lime Pump) Safeties:

       a. Dry contact from Booster Pump motor starter.

     b.   Dry contact from presure switch on Booster Pump discharge.

     c.   Dry contact from flow switch on Booster Pump discharge.

     d.   Dry contact from pH analyzer that opens on high pH condition.

E.   Lime Feed System: When the chemical safeties are satisfied, provide associated control logic and power to open the existing solenoid valve on the lime slurry feed piping. After the solenoid valve is called to open, there shall be an adjustable time delay (0 to 30 seconds) to start the lime slurry pump. Contractor shall confirm that the existing solenoid valves are energize to open, fail closed. When the lime slurry pump is called to shut down, the lime slurry pump shall shut down and then the solenoid valve shall close.

F.   The safety interlock contacts are normally open and close to permit chemical feed.

G.   Provide a 4-position selector switch "Norm-Off-Weld-Relay Test."

H.   "Device Test" switch position is intended to be used when all safety devices should be open by alarming and providing visual indication of which switch is closed, if any one or more switch is closed.

I.   The "Weld" position shall permit the operator to check relay and lamp operation.

J.   The control panel shall contain the following pilot lights and associated logic as required:

   1.   Well Pump:

     a.   Limit switch made

     b.   Flow switch made

     c.   Well pump running

     d.   Call for Sodium Hypochlorite Pump

     e.   Sodium Hypochlorite Pump running

     f.   Sodium Hypochlorite Pump off

g.   Sodium Hypochlorite Pump fault

h.   Chlorine normal

i.   High chlorine level

2.   Booster Pump:

a.   Pressure switch made

b.   Flow switch made

c.   Booster pump running

d.   Call for Lime Slurry Pump

e.   Lime Slurry Pump running

f.   Lime Slurry Pump off

g.   Lime Slurry Pump fault

h.   pH normal

i.   High pH level

K.   The contacts from the pH analyzer and chlorine analyzer shall each initiate a timer (adjustable 0-3 minutes) in the control panel upon a high level condition. If the condition remains high for the selected time range, the safety shall not be satisfied and the respective pumps shall be shut down if they are operating. When the condition returns to a normal level, there shall also be an adjustable time period (0-3 minute timer) that the chemical safety must be at the "normal" level in order for the safety to be satisfied.

L.   The control panel shall contain elapsed time meters for each of the lime slurry and sodium hypochlorite metering pumps (hours, nonresettable, 6 digit) that shall be triggered when the pump's safety interlocks are satisfied.

M.   The control panel shall have dry contact outputs for connection of status signals to the SCADA panel. Refer to Subsection 2.3 for the outputs required to the SCADA panel.

N.   The control panel shall contain a lightning arrestor and surge protection.

O.  The control panel shall be provided with a control power supply fuse, switch and pilot light.

## 2.3  OUTPUTS TO SCADA FROM WATER TREATMENT CHEMICAL SAFETY PANEL

A.  Provide one normally open and one normally closed dry contact for each of the status and alarm conditions in subsection 2.2.J, as well as "Well Pump Safeties Satisfied" and "Booster Pump Safeties Satisfied."

## 2.4  PRODUCT AND MANUFACTURER

A.  The control panels shall be manufactured by Eagle Control Corp., Yaphank, New York, telephone number (631) 924-1315, PCS Systems Integrators and Contractors, Fairfield, New Jersey, telephone number (973) 575-7464, or approved equal.

## PART 3 - EXECUTION

## 3.1  INSTALLATION

A.  Electrical Connections:

1.  All electrical connections from the control panels to the main power source and other appurtenant equipment shall be performed by the Electrical Contractor.

B.  Protection During Construction:

1.  The control panels shall be protected from moisture, dust and dirt both during storage and after installation for the entire construction period.

## 3.2  FIELD QUALITY CONTROL

A.  Supervision:

1.  The control panel manufacturer shall provide a service representative to insure that all external wiring connections made by others are correct and shall so certify in writing to the Engineer.  He shall make all final adjustments to place the equipment in proper operating order.  He shall be available during the control panel testing period and complete testing period of the pumping system.

He shall provide separate instructional services as specified herein.

B.   Service:

    1.   The vendor shall furnish the services of a qualified operating and maintenance technician for start-up at the site to check and certify proper installation, and to demonstrate proper operation.

## 3.3   SPARE PARTS

A.   The following spare parts shall be furnished:

    1.   4 pilot light lamp bulbs.

    2.   4 sets of fuses of each size and type.

    3.   One control transformer for each size and type.

    4.   2 relays for each size and type.

    5.   2 timers/time delay relays for each size and type.

B.   Parts Lists:

Complete parts lists for each item included in each control panel including a reference to a drawing number locating the specific part shall be provided.

If the part is not of the Vendor's manufacture, he shall completely identify the name of the distributor (must be the local distributor not the distributor in the vendor's geographic area) address and phone number of this source of the equipment.

C.   A price list for all parts shall be supplied.

## 3.4   MANUFACTURER TRAINING

A.   The Contractor shall furnish the services of qualified factory trained specialists from the manufacturer to instruct the operations and maintenance personnel in the recommended operation and maintenance of this equipment. A minimum of one (1) day of instruction of personnel shall be included.

## 3.5   GUARANTEE

A.   All equipment shall be guaranteed against defects in material and workmanship for a minimum period of one year from the date of Owner's final inspection and acceptance to the effect that any defective equipment shall be repaired or replaced without cost or obligation to the Owner.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

## SECTION 18440

## WELL BLOWOFF VALVE CONTROL PANEL

## PART 1 - GENERAL

### 1.1 DESCRIPTION

A. Scope:

1. The Contractor shall furnish all labor, materials, equipment and incidentals to furnish and install a Blowoff Control Panel for the well pump.

B. Coordination:

Coordinate the Well Blowoff Valve Control Panel with the Packed Tower Aeration System Control Panel SCADA system provided under other sections, the well pump motor starter, discharge valve and blowoff valve.

C. Related Work Specified Elsewhere:

1. Section 18380, Packed Tower Aeration System Control Panel

2. Section 18420, SCADA System Work.

3. Division 16, Electrical.

### 1.2 QUALITY ASSURANCE

A. Requirements of Regulatory Agencies:   Comply with applicable provisions of regulatory agencies below and others having jurisdiction.

1. NFPA 70, National Electrical Code.

2. Nassau County Department of Health.

B. Reference Standards:   Comply with the applicable provisions and recommendations of the following except where otherwise shown or specified.

1. UL #508A, Standard for Industrial Control Panels.

2. NEMA Standards.

**1.3   SUBMITTALS**

A.   Shop Drawings:

1.   Shop drawings shall be submitted for approval prior to fabrication in accordance with the requirements of the Special Conditions of these specifications.

2.   Shop drawings shall include physical arrangement of the control panels, internal details, wiring diagrams, control schematics, description of components and nameplate schedule.

3.   Complete point-to-point wiring diagrams shall be provided.

4.   Control schematics shall be referenced to a detailed written description of the functions of all switches, relays and time delays. Wiring diagrams will not be reviewed without this detailed functional description. Descriptions shall include, as applicable, but shall not be limited to the following:

a.   Operation of the panel including the interfacing with auxiliary equipment.

b.   Descriptions shall be complete and shall be the basis of instruction for operation and maintenance personnel.

B.   Test Procedures:

The control panels shall be electrically and operationally tested at the factory in accordance with an approved test procedure. Certified test reports shall be submitted to the engineer prior to shipment to the job site.

**PART 2 - PRODUCTS**

**2.1   MATERIALS**

A.   General:

1.   Control panel enclosure shall be rated NEMA 12, 20" wide by 30" high by 8" deep.

2.  All lights, switches, indicators and other operable or visual components shall be mounted on the panel door and shall be grouped together in a logical fashion and shall be permanently labeled.

3.  All points of connection to external wiring shall be wired by the vendor to a master terminal board with all wires and terminals being properly identified. Wiring diagrams shall be equivalent to NEMA Class II, Type C.

4.  All indicating lights shall be heavy duty, oiltight, push-to-test. Lens color will be determined during shop drawing review.

5.  All switches shall be heavy duty, oiltight. Contacts shall have NEMA A600 rating.

6.  Control logic shall be relay-based. All relays shall be of the plug-in industrial control type. Contacts shall have NEMA A600 rating. Relays shall be provided with transient suppressors and coil indicating lights. Timer attachments for industrial relays shall be of the solid-state type. Number of contacts shall be as required.

7.  All contact outputs shall be Form C, single pole double throw.

B.  Well Blowoff Valve Control Panel

1.  The controls shall operate on a 120 volt, single phase power supply.

2.  There shall be a three position "Valve Control Selector" switch mounted on the control panel door to control blowoff operation. The blowoff valve has an electrically operated solenoid valve which shall be controlled to change the valve position (verify that energizing the solenoid opens or closes the blowoff valve). There shall be a pressure sustaining valve on the well discharge piping to the distribution system, which opens on rising head pressure after the blowoff valve has closed. The three positions are as follows: Blowoff; System; and Automatic.

   a.  When the switch is in the "Blowoff" position, the blowoff valve will be sequenced to the full open position allowing the well to pump to waste.

b.   When the switch is in the "System" position, the blowoff valve shall be sequenced to the full closed position and the discharge shall be allowed to open on rising water pressure to the full open position allowing the well to pump to system.

c.   When the switch is in the "Automatic" position:

1)   The blowoff valve (and discharge valve) shall operate upon a timed sequence using the local electro-mechanical Blowoff and Blowoff Safety timers mounted on the control panel door.

2)   Upon the call for well pump/blowoff sequence to start from the Packed Tower Aeration System Control Panel, the blowoff valve and discharge valve shall be sequenced to pump the well to waste for the amount of time set on the local Blowoff Timer.  Once the Blowoff timer elapses, the blowoff valve and discharge valve shall be sequenced to pump the well to system.

3)   The blowoff valve operation shall be monitored using the Blowoff Safety timer.  When the blowoff valve is called to transition, the blowoff safety timer shall be energized.  If the blowoff and discharge valves fail to reach their commanded positions before the Blowoff Safety timer elapses, a valve failure condition will be tripped causing the well to be shutdown.

4)   The valve failure condition will be indicated by the "Valve Failure" pilot light mounted on the control panel.  The valve failure condition shall require manual resetting using the local reset pushbutton mounted on the well pump motor starter door before the well can resume operation.

3.   The controls shall include pilot lights for blowoff valve open and blowoff valve closed.

These shall be based on the limit switch inputs from the blowoff valve.

4. The controls shall include pilot lights for discharge valve open and discharge valve closed. These shall be based on the limit switch inputs from the discharge valve.

5. Dry contact outputs for incomplete valve cycle, blowoff valve position (open and closed) and discharge valve position (open and closed) shall be provided for connection to both the SCADA RTU and Packed Tower Aeration System Control Panel.

6. Controls shall be integrated with the well pump motor starter in order that the well pump is shut down on incomplete valve cycle.

7. The controls shall be relay based. The blowoff timer and blowoff safety timer shall be digital as manufactured by IDEC, or approved equal.

8. Pilot lights, switches and timers shall be mounted to the face of the blowoff valve control panel.

9. The well blowoff and discharge valve controls including coordination with the well pump motor starter controls shall be furnished by the same manufacturer as the Packed Tower Aeration System Control Panel (Specification Section 18380).

## 2.2 PRODUCT AND MANUFACTURER

A. The control panel shall be manufactured by the same manufacturer as the Packed Tower Aeration System Control Panel, Eagle Control Corp., or approved equal.

## PART 3 - EXECUTION

## 3.1 INSTALLATION

A. Electrical Connections:

1. All electrical connections from the control panels to the main power source and other appurtenant equipment shall be performed by the Contractor.

B.   Protection During Construction:

    1.   The control panels shall be protected from moisture, dust and dirt both during storage and after installation for the entire construction period.

## 3.2   FIELD QUALITY CONTROL

A.   Supervision:

    1.   The control panel manufacturer shall provide a service representative at the time of installation to inspect the completed installation and insure that all external wiring connections made by others are correct and shall so certify in writing to the Engineer. He shall make all final adjustments to place the equipment in proper operating order. He shall be available to visit the site and perform support services during the control panel testing period and complete testing period of the pumping system. He shall provide separate instructional services as specified herein.

B.   Service:

    1.   Following installation, the Contractor shall coordinate with the vendor to furnish the services of a qualified operating and maintenance technician for start-up at the site to check and certify proper installation, and to demonstrate proper operation.

## 3.3   SPARE PARTS

A.   The following spare parts shall be furnished:

    1.   4 pilot light lamp bulbs.

    2.   4 sets of fuses of each size and type.

    3.   One control transformer for each size and type.

    4.   2 relays for each size and type.

    5.   2 timers/time delay relays for each size and type.

B.   Parts Lists:

Complete parts lists shall be provided for each item included in the control panel including a reference to a drawing number locating the specific part.

If the part is not of the Vendor's manufacture, he shall completely identify the name of the distributor (must be the local distributor not the distributor in the vendor's geographic area) address and phone number of this source of the equipment.

C.   A price list for all parts shall be supplied.

## 3.4   MANUFACTURER TRAINING

A.   Following installation, the Contractor shall coordinate with the vendor to furnish the services of qualified factory trained specialists from the manufacturer to instruct the operations and maintenance personnel in the recommended operation and maintenance of this equipment.   A minimum of two one-half days of instruction of personnel shall be included.

## 3.5   GUARANTEE

A.   All equipment shall be guaranteed against defects in material and workmanship for a minimum period of one year from the date of Owner's final inspection and acceptance to the effect that any defective equipment shall be repaired or replaced without cost or obligation to the Owner.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

## SECTION 18460

## DISINFECTION OF HYDRAULIC STRUCTURES

### PART 1 - GENERAL

### 1.1  SUMMARY

A.  Scope:

1.  Under this section, the Contractor shall furnish all labor, materials and equipment necessary to clean, flush and disinfect the packed tower, the clearwell, pumps and appurtenant piping, including conveyance of test water and all disposal thereof, and collect and analyze water samples for bacteriological and other criteria.

B.  Related Work Specified Elsewhere:

1.  Section 02667, Testing of Hydraulic Structures.

2.  Section 03300, Cast-in-Place Concrete.

3.  Section 18175, Disinfection.

### 1.2  SPECIFICATIONS AND STANDARDS

A.  Except as otherwise indicated, the current editions of the following apply to the work of this section:

1.  ANSI/AWWA B300    Hypochlorites

2.  ANSI/AWWA B301    Liquid Chlorine

3.  ANSI/AWWA C652    Disinfection of Water-Storage Facilities

4.  APHA/AWWA/WPCF    Standard Methods for the Examination of Water and Wastewater

## 1.3   TESTING PLAN

A.   The following shall be submitted in compliance with the shop drawing requirements of Section 01342:

1.   A testing schedule, including proposed plans for water conveyance, control, disinfection, and disposal shall be submitted in writing for approval a minimum of 14 days before testing is to start. The submittal shall include the Contractor's plan for the release of water from structures after testing and disinfection has been completed.

## PART 2 - PRODUCTS

## 2.1   MATERIALS REQUIREMENTS

A.   Temporary valves, bulkheads, or other water control equipment and materials shall be as determined by the Contractor. No materials shall be used which would be injurious to the structure or its future function.

B.   Chlorine for disinfection shall be in the form of liquid chlorine, sodium hypochlorite solution, or calcium hypochlorite granules. The tablet method shall not be permitted.

C.   Liquid chlorine shall be in accordance with the requirements of ANSI/AWWA B301. Liquid chlorine shall be used only:

1.   In combination with appropriate gas flow chlorinators and ejectors.

2.   Under the direct supervision of an experienced technician.

3.   When appropriate safety practices are observed.

D.   Sodium hypochlorite and calcium hypochlorite shall be in accordance with the requirements of ANSI/AWWA B300.

**PART 3 - EXECUTION**

**3.1   GENERAL**

A.   All hydraulic structures for potable water storage, treatment and conveyance, and appurtenant pressure piping for potable water shall be disinfected. Disinfection shall be accomplished by chlorination. All chlorinating and testing operations shall be done in the presence of the Engineer.

**3.2   CLEANING AND PREPARATION**

A.   After flushing the new piping, the walls, floor and ceiling of the clearwell and air stripping tower shall be thoroughly cleaned using a high pressure water jet or equally effective method. All water, dirt, and foreign material accumulated during the cleaning operation shall be removed prior to disinfection.

B.   The Work of this section shall be performed following the hydrostatic testing and repair of the clearwell structure and only after the testing procedure has been accomplished and accepted as passing successfully by the Engineer.

**3.3   CHLORINATION**

A.   The clearwell shall be filled to the overflow level with potable water to which enough chlorine is added to provide a free chlorine residual in the clearwell of not less than 10 mg/l at the end of a 24-hour period.

B.   Sodium hypochlorite shall be added to the water entering the clearwell by means of a chemical-feed pump, or shall be applied by hand-pouring into the clearwell and allowing the inflowing water to provide the desired mixing.

C.   When a chemical-feed pump is used, the concentrated chlorine solution shall be pumped through an appropriate solution tube so as to inject the high-concentration chlorine solution at a rate that will give a uniform chlorine concentration in the filling water. The solution tube shall be inserted through an appropriate valve located on the inlet pipe and near

the clearwell such that the chlorine solution will mix readily with the filling water.

D.   When the sodium hypochlorite is poured into the clearwell, the filling of the clearwell shall begin immediately thereafter or as soon as any removed manhole covers can be closed. The sodium hypochlorite shall be poured into water in the clearwell when such water is not more than 3 feet in depth, nor less than 1 foot in depth.

E.   After the clearwell has been filled to the overflow level, the booster pump shall be activated. Chlorinated water shall be recirculated from the clearwell, through the booster pump, to the stripping tower and back into the clearwell. The period of recirculation shall not be less than 24 hours.

F.   After the 24-hour period has been satisfied, the free chlorine residual in the clearwell shall be reduced to a concentration of less than 0.05 ppm by completely draining the stripping system and refilling with potable water, until the chlorine residual is less than 0.05 ppm.

## 3.4   SAMPLING AND TESTING

A.   After the chlorination procedure is completed, and before the stripping system is placed into service, water from the facility shall be sampled and tested in accordance with the requirements of the Nassau County Health Department and as specified herein. The stripping system shall be shutdown overnight prior to sample collection.

B.   Sampling and testing shall conform to the following schedule. One sample shall be collected of raw and treated water for each analysis. All samples shall be taken from a sample tap on the discharge piping from the well pump and the booster pump. The operation shall be such as to ensure that the sample collected is actually from water that has been in the stripping system.

| Analysis | Sample Time After Startup (Minutes) |
|---|---|
| Bacteriological* | 0, 2, 5, 10, 30 |
| Principal Organic Contaminants (POC) in accordance with Nassau County Department of Health requirements. | 30 |
| Inorganic Contaminants (IOC) in accordance with Nassau County Department of Health requirements. | 30 |

\* Bacteriological test shall be conducted 24 hours after disinfecting water has been flushed from the system.

## 3.5   BACTERIOLOGICAL

A.   If the test for coliform organisms is negative, then the Nassau County Department of Health (NCDH) shall conduct repeat tests.

B.   If the NCDH test for coliform organisms is negative, then the stripping system may be placed in service. If the test shows the presence of coliform bacteria, the disinfection and testing process shall be repeated at the expense of the Contractor until two consecutive negative samples are obtained.

+ + END OF SECTION + +

NO TEXT THIS PAGE

# SECTION 18500

# SCADA SYSTEM WORK

## PART 1 - GENERAL

### 1.1  DESCRIPTION

A.  Scope of Work:   The Owner's SCADA system supplier shall provide modifications to the SCADA system as described herein (Bid Item 2 - SCADA System Allowance).

B.  The SCADA System Supplier shall be responsible for the following:

1.  Upgrades to the existing RTU in the Well Building.

2.  Furnishing and installing an RTU in the Booster Building.

3.  Additions and modifications to the computer system screens at the East Meadow Main Office to incorporate the Well Building and Packed Tower Building.

4.  Communications from the Well Station to East Meadow Main Office.

5.  Programming.

6.  Startup and testing.

C.  Related Work Specified Elsewhere:

1.  Section 16920, Motor Control Center.

2.  Section 18380, Packed Tower Aeration System Control Panel.

3.  Section 18400, Water Treatment Chemical Safety Control System.

4.  Section 18440, Well Blowoff Valve Control Panel.

1.2   **QUALITY ASSURANCE**

A.   SCADA System Supplier:

    1.   The SCADA System Supplier, as directed by the Owner, shall be Eagle Control Corp., Yaphank, New York, telephone number (631) 924-1315.

    2.   A single SCADA System Supplier shall be retained to furnish start-up services required by this specification section.

    3.   Reference standards: The Contractor shall comply with applicable provisions and recommendations of the following:

        a.   National Electrical Code

        b.   Underwriters Laboratories, Incorporated

        c.   Factory Mutual

        d.   National Electrical Manufacturers Association

        e.   Occupational Safety and Health Act.

1.3   **SUBMITTALS**

A.   Shop Drawings:  The Contractor shall submit for approval the following:

    1.   Manufacturer's literature, illustrations, specifications and engineering data including: general arrangement, outline drawings, dimensions, materials, size, weight, and performance data.

    2.   Fabrication, assembly and installation drawings and details, including physical arrangement of the control panel, internal details, description of components, nameplate schedule and wiring diagrams.

    3.   Complete point-to-point wiring diagrams.

    4.   Description of system operation, including operation of the RTU; communication between the RTU and computer stations; control and monitoring functions.

     5.   Operating screens for the computer stations.

     6.   Reports for the computer station.

## 1.4   GENERAL

A.   Material: All electrical components and materials supplied shall function as a complete unit to automatically control the packed tower aeration system. All devices and material shall be new and of standard product design.

B.   UL Label: The control panel enclosure shall be in accordance with Underwriters Laboratories and must bear the manufacturer's UL label for enclosures to indicate and qualify same.

C.   The control panel assembly and wiring shall be constructed in accordance with Underwriters Laboratories UL508. All components used in the panel shall be Underwriters Laboratories approved for the application. Electrical work shall be in accordance with the latest edition of the National Electrical Code and all local codes.

D.   Manufacturer Nameplate: There shall be permanently affixed to the inside of the exterior enclosure door a nameplate indicating the order reference number, date manufactured and the control panel manufacturer's name, address and telephone number.

E.   Wiring: All power wire shall be stranded and sized as required for load and application according to the NEC. All control and signal wire shall be a minimum of #14 AWG, 90 degree insulated and color coded. Colors shall be red for all AC control, yellow for external source control, white for AC neutral and green for equipment ground wiring. All wiring on the rear of the inner door shall be neatly bundled using tie wraps or other means. All internal wiring on the backplate shall be neatly routed in wire duct with removable covers. All wiring shall be continuous point to point (no splices) and be totally accessible with permanent number marking on each end to match the control schematic drawings.

F.   Quality Control and Testing: The panel shall be manufactured using quality workmanship and components.

Upon completion of the panel it shall be completely factory tested. All control and alarm operations shall be performed with external signals simulated to ensure proper sequencing and operation. Submit certified test reports to the Engineer prior to shipment. The line voltage for which the panel is intended shall be used for testing.

## PART 2 - PRODUCTS

## 2.1   SCADA SYSTEM ADDITIONS

A.   The SCADA System Supplier shall provide additions and modifications to the SCADA system (software, computer screens, etc.) at the Main Office to incorporate the following system modifications:

1.   Incorporate new I/O for Well Station No. 13 into the SCADA system. The functions, alarms and status indications shall be identical to those for the Owner's other wells, with the addition of the Packed Tower Aeration System.

2.   Update the alarm screen for the new RTUs.

B.   Security System:

1.   Incorporate security system at Well Station 13 (card readers, key switches, magnetic door switches) into the SCADA system.

2.   When activated, the card reader disables the building access alarm for 45 minutes, at which time the alarm is automatically rearmed. The card reader logs the employee's name, RTU identification and timestamp on the database history.

3.   A key switch is mounted on the interior of the building near the door equipped with the card reader. The key switch has two positions; one position enables the alarm, one position disables the alarm. The key switch should include a three minute time delay upon alarm activation to allow the operator to exit the building and door to close before the alarm system is reactivated.

    4. Door switches will be installed on all mandoors and the rollup door.

    5. The devices will be furnished, installed and wired by the Electrical Contractor.

C. Furnish and install additional hardware, interconnections, etc. at the Main Office as required to accomplish the above.

D. The existing SCADA screens at the Main Office depict a minimum level of effort required for the system additions.

E. The RTU shall be provided with an OIT.

F. Workshop meetings shall be held with the Authority and Engineer to discuss, review and coordinate graphics of operating screens.

## 2.2 FABRICATION AND MANUFACTURE

A. Enclosure Construction and Materials:

    1. Enclosure: The RTUs shall be housed in a 30" wide x 30" high x 12" deep wall mount enclosures.

B. Power Distribution:

    1. The panel power distribution shall include all components as indicated below and be completely wired with stranded conductors having a minimum of 90 degree insulation rating and an amperage rating in accordance with NEC requirements. All power wiring shall be neatly routed and totally accessible. All conductor terminations shall be as recommended by the device manufacturer and be secure to provide adequate electrical conductivity.

    2. Main Disconnect: The panel shall have a power source unfused disconnect for the 120-volt power feed. The continuous current rating shall be per NEC. The disconnect handle shall be totally accessible from the panel exterior.

C.   Power Circuit Accessories:

    1.   The panel power accessories shall include all components as indicated below and be completely wired with stranded conductors. All wiring shall be neatly routed and sized as required with a minimum of number 12 AWG for power circuits and number 14 AWG for control circuits.

    2.   Control Circuit Breaker: The 120-volt common control circuit shall be protected by an auxiliary one-pole circuit breaker. The breaker handle shall project through the enclosure door.

    3.   Lightning Arrester: The control panel shall have lightning arrester protection included within the panel to protect the control equipment from lightning induced line surges. It shall be 600 volt rated and be a single phase unit with connection to ground. The arrester shall be mounted near the incoming power source and be properly wired.

        The lightning arrester shall be a General Electric 9L15ECA001 or an approved equal.

    4.   Surge Capacitor: The control panel shall have surge capacitor protection included within the panel to protect the unit from damaging transient voltage surges. The surge arrester shall be mounted near the incoming power source and be properly wired.

        The surge arrester shall be a General Electric 9L18BBB301 or an approved equal. (The specified capacitor is a three-pole device that can be applied with the single pole arrester by connecting the corresponding black leads and tying off the unused leads.)

    5.   Duplex 120 volt receptacle, protected by individual circuit breaker.

    6.   Receptacle for UPS.

D.   Control Components:

   1.   Terminal blocks shall be provided for all remote connections.

   2.   Control Relays: All control relays shall be miniature plug-in type with sealed clear plastic cases and internal indicating pilot light for coil energized. Provide surge suppressers across all relay coils.

   3.   Pilot Lights: Push-to-Test, 120 volt, heavy duty oiltight.

   4.   Selector switches and pushbuttons: Industrial, heavy duty, oiltight construction with clearly marked legend plates.

   5.   Programmable Logic Controllers (PLCs)

      a.   Control of up to 4,096 discrete inputs and 4,096 discrete inputs, expandable. Minimum 20% spare input capacity and 20% spare output capacity.

      b.   High speed performance - 0.90 ms/k typical.

      c.   On-line programming.

      d.   Remote I/O Pass-through.

      e.   Built-in real-time clock/calendar.

      f.   Advanced math features - trigonometric, PID, exponential, floating point and the compute instruction.

      g.   Indirect addressing.

      h.   Operating temperature:  0° to 60°C.

      i.   Humidity:  5 to 95% (without condensation).

      j.   Memory Type:  Flash PROM.

      k.   Card Wiring Density:  No more than 16 for discrete I/O and 8 analog I/O per card.

l.   Failsafe Design:   All field I/O shall be failsafe design (normally closed when energized, opens on alarm).

m.   Watchdog timer to external alarm to indicate processor failure (failsafe).   Processor failure shall be indicated on a pilot light.

n.   Modular PLC system with spare slots in the chassis for expansion.

o.   Interposing relays shall be used on all PLC discrete outputs.

p.   Provide surge suppression on the coil side of PLC controlled relays.

q.   Inputs and outputs shall be fused in order that if one field device short circuits or fails, the rest of the I/O shall be unaffected and operable.   Fuse condition shall be capable of being seen and fuses shall be capable of being changed without removing the board.

r.   I/O Cards

   1)   Digital I/O Modules

      a)   Maximum 16 I/O per module.

      b)   Interface as required to on-off sensors, devices, etc.

      c)   Ladder logic shall have direct access to I/O values.

      d)   Outputs shall be relay contacts. Triac outputs are not acceptable.

      e)   Maximum 8 outputs per common.

   2)   Analog I/O Modules

      a)   Maximum 8 I/O per module.

      b)   D/A and A/D conversions to interface analog signals to data table values.

        c)    Ladder logic shall have direct access to I/O values.

        d)    High level resolution.

  3)    LED indicators to show input/output status

  4)    Optical coupling and filter circuitry for signal noise reduction

  5)    Environmental Conditions

        a)    Operational Temperature: 0 to 60°C

        b)    Relative Humidity: 5 - 95% (without condensation)

  6)    All I/O, including spares, shall be wired to terminal strip.

  7)    I/O boards shall not contain any pots to be adjusted.

s.    Product and Manufacturer:

  1)    Allen-Bradley Compact Logix with hardware as required to interface Allen-Bradley PLCs with existing SCADA system hardware and software.

6.    Operator Interface Terminals:

a.    Operator interface terminals (OITs) shall be 12-inch, Allen-Bradley Panelview Plus 6 touch screen workstation.

b.    Graphic terminal shall provide VGA/SVGA color graphics.

c.    The OITs shall communicate with their respective PLCs by Allen-Bradley DH+ or Ethernet.

d.    Screen configuration shall be performed using software. Configuration shall use preconfigured symbols and dynamic objects. Features shall include tag editor,

cut/copy/paste, selection from toolbars and the ability to work with multiple screens.

e.  PLC addressing and logic required for control functions.

f.  Electrical input voltage shall be 90-132 volts, AC. Maximum power consumption shall be 240 VA.

g.  Operator interface colors shall be as follows:

    1)  Equipment run shall be green.

    2)  Equipment stopped or off shall be white.

    3)  Equipment alarm, malfunction or overload shall be red.

    4)  Valve closed status shall be amber.

    5)  Valve open status shall be blue.

h.  Software shall be provided to the Owner on CD media.

7.  Uninterruptible Power Supply (UPS)

a.  The control panel shall be supplied with a UPS with sufficient capacity to supply the control panel with power for one-half hour in the event the primary power supply is unavailable.

b.  Dedicated UPS receptacle in the control panel.

c.  UPS shall be manufactured by APC or approved equal.

8.  24V DC Power Supply.

9.  Ethernet switch.

## 2.3   INPUTS/OUTPUTS TO SCADA SYSTEM

### A.   New SCADA RTU – Well Building

| Device/Equipment | Description | Type | Remarks |
|---|---|---|---|
| Phase Failure Relay, Motor Control Center MCC-W | PSEG power failure | DI | |
| Microprocessor Metering Device, MCC-W | PSEG Voltage | AI (3) | Voltage on Phases A-B, B-C and A-C; Ethernet connection |
| Voltage Transmitter on Emergency Side of Automatic Transfer Switch, MCC-W | Generator Voltage | AI (3) | Voltage on Phases A-B, B-C and A-C |
| Microprocessor Metering Device, MCC-W | Facility Operating Amps | AI (3) | Amps on each phase; Ethernet connection |
| Automatic Transfer Switch, Motor Control Center MCC-W | Normal Position | DI | |
| Automatic Transfer Switch, Motor Control Center MCC-W | Emergency Position | DI | |
| Well Pump Motor Starter, Motor Control Center MCC-W | Well Pump On./Off Status | DI | |
| Well Pump Motor Starter, Motor Control Center MCC-W | Running Amps | AI | |
| Generator Control Panel | Generator On/Off Status | DI | |
| Generator Control Panel | Alarm Condition | DI | |
| pH Analyzer | pH Level | AI | |
| Chlorine Analyzer | Chlorine Level | AI | |
| Chemical Safety Panel, Well Pump | Hypochlorite Pump On/Off Status | DI | |
| Chemical Safety Panel, Well Pump | Well Pump Run safety satisfied | DI | |
| Chemical Safety Panel, Well Pump | Flow Switch Safety Satisfied | DI | |
| Chemical Safety Panel, Well Pump | Chlorine safety satisfied | DI | |
| Chemical Safety Panel, Well | Limit Switch Safety | DI | |

18500-11

◆3402-B\KK11201431_18420(R01)

| Device/Equipment | Description | Type | Remarks |
|---|---|---|---|
| Pump | Satisfied | | |
| Chemical Safety Panel, Booster Pump | Lime Pump On/Off Status | DI | |
| Chemical Safety Panel, Booster Pump | Booster Pump Run safety satisfied | DI | |
| Chemical Safety Panel, Booster Pump | Pressure Switch Safety Satisfed | DI | |
| Chemical Safety Panel, Booster Pump | Flow Switch Safety satisfied | DI | |
| Chemical Safety Panel, Booster Pump | pH safety  satisfied | DI | |
| Well Flow Indicating Transmitter | Well Flow | AI | |
| Booster Flow Indicating Transmitter | Booster Flow | AI | |
| Well Blowoff Valve Control Panel | Discharge Valve Open | DI | |
| Well Blowoff Valve Control Panel | Discharge Valve Closed | DI | |
| Well Blowoff Valve Control Panel | Blowoff Valve Open | DI | |
| Well Blowoff Valve Control Panel | Blowoff Valve Closed | DI | |
| Well Blowoff Valve Control Panel | Incomplete valve cycle | DI | |
| Security, Card Reader | Card Info/Data | AI | |
| Security, Key Switch | Enable/Disable Alarm | DI | |
| Magnetic Door Switches (Quantity of 5) | Door Entry | DI | |
| Magnetic Door Switches, Generator Walk-In Enclosure (Quantity of 4) | Door Entry | DI | |

18500-12

♦3402-B\KKi1201431_18420(R01)

B.   New RTU in Packed Tower Building

| Device/Equipment | Description | Type | Remarks |
|---|---|---|---|
| Phase Failure Relay, Motor Control Center MCC-PT | MCC-PT power failure | DI | |
| Microprocessor Metering Device, MCC-PT | Voltage | AI (3) | Voltage on Phases A-B, B-C and A-C; Ethernet connection |
| Microprocessor Metering Device, MCC-PT | Operating Amps | AI (3) | Amps on each phase; Ethernet connection |
| Booster Pump Variable Frequency Drive, MCC-PT | Pump on/off status | DI | |
| Booster Pump Variable Frequency Drive, MCC-PT | Operating Speed | AI | |
| Booster Pump Variable Frequency Drive, MCC-PT | Running amps | AI | |
| Blower Motor Starter, MCC-PT | Blower on/off status | DI | |
| Blower Motor Starter, MCC-PT | Running amps | AI | |
| Packed Tower Aeration System Control Panel | Well flow | AO | Via Ethernet |
| Packed Tower Aeration System Control Panel | Booster Flow | AO | Via Ethernet |
| Packed Tower Aeration System Control Panel | Clearwell Level | AI | Via Ethernet |
| Packed Tower Aeration System Control Panel | Blower Safety, Low pressure | DI | Via Ethernet |
| Packed Tower Aeration System Control Panel | Blower Safety, Low suction air flow | DI | Via Ethernet |
| Packed Tower Aeration System Control Panel | Blower Safety, Low discharge air flow | DI | Via Ethernet |
| Packed Tower Aeration System Control Panel | Blower motor starter safety fail | DI | Via Ethernet |
| Packed Tower Aeration System Control Panel | Blower running unloaded | DI | Via Ethernet |
| Packed Tower Aeration System Control Panel | Blower safeties satisfied | DI | Via Ethernet |

18500-13

◆3402-B\KK11201431_18420(R01)

| Device/Equipment | Description | Type | Remarks |
|---|---|---|---|
| Packed Tower Aeration System Control Panel | Clearwell High-High Level alarm | DI | Via Ethernet |
| Packed Tower Aeration System Control Panel | Clearwell Low-Low level alarm | DI | Via Ethernet |
| Security, Card Reader | Card Info/Data | AI | |
| Security, Key Switch | Enable/Disable Alarm | DI | |
| Magnetic Door Switches (Quantity of 3) | Door entry | DI | |

18500-14

◆3402-B\KK11201431_18420(R01)

**PART 3 - EXECUTION**

**3.1   TESTS AND SERVICE**

    A.   After installation and prior to final acceptance, the SCADA system additions shall be placed into service for a continuous test period of five (5) days.  During the test period, the SCADA System Supplier shall be available to assist the Owner in operating the new additions.

    B.   Upon completion of the work, the manufacturer shall furnish the Engineer with certification that the equipment has been installed properly.

**3.2   MAINTENANCE OF OPERATION**

    A.   The Owner's SCADA system shall remain in operation during the Work required herein.

**3.3   RECORD DOCUMENTS**

    A.   The Owner shall be provided with a copy (hard copy plus electronic or CD) of the "As-built" wiring diagrams and software for the modified system.

+ +   END OF SECTION   + +

NO TEXT THIS PAGE

**SECTION 18550**

**GAS FIRED UNIT HEATERS AND APPURTENANCES**

**PART 1 - GENERAL**

**1.1   DESCRIPTION**

    A.   Scope: The Plumbing Contractor shall furnish all labor, materials, equipment and incidentals required to furnish and install natural gas fired unit heaters with accessories including all piping, valves and fittings, and mounting appurtenances as shown and required. This shall include furnishing and installing combustion air and exhaust vent ductwork.

    B.   Related Work Specified Elsewhere:

        1.   Section 09900, Painting

        2.   Section 18002, Natural Gas Piping

        3.   Section 18061, Steel Pipe

        4.   Section 18068, Small Diameter Piping, Valves and Specials

        5.   Division 16, Electrical

**1.2   QUALITY ASSURANCE**

    A.   Requirements of Regulatory Agencies: Comply with applicable provisions of regulatory agencies below and others having jurisdiction.

        1.   Underwriters' Laboratories, Incorporated

        2.   National Fire Protection Association

        3.   National Grid/KeySpan Energy

    B.   Reference Standards: Comply with applicable provisions and recommendations of the following, except as otherwise shown or specified.

        1.   Air Moving and Conditioning Association (AMCA).

    2.   American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE).

    3.   NFPA 54 - National Fuel Gas Code.

    4.   American National Standards Institute (ANSI)

## 1.3  SUBMITTALS

A.   Shop Drawings: Submit for approval Shop Drawings showing the following:

    1.   Dimensions

    2.   Capacities

    3.   Materials of construction

    4.   Finishes

    5.   Manufacturer's literature, illustrations, specifications and engineering data.

    6.   Wiring diagram showing all electrical interconnections.

    7.   Layout of gas piping system, including all valves and appurtenances.

B.   Test Reports: Submit the following test certifications for approval.

    1.   Fan to be tested as per AMCA standard 210 testing procedures.

    2.   American Gas Association Certification.

    3.   UL Label.

C.   Operation and Maintenance Manuals: Contractor shall furnish operation and maintenance manuals prepared by the manufacturers of all items of equipment furnished under this Section.

**1.4   PRODUCT DELIVERY, STORAGE, AND HANDLING**

    A.   Delivery of Materials:

        1.   Unit heaters shall come completely assembled and protected.

        2.   Fuel supply and vent parts shall be protected against entry of foreign objects.

    B.   Storage of Material:

        1.   Store units in a clean, dry area, out of the weather.

        2.   Cap all pipe connections.

        3.   Units shall remain in crate until time of actual installation.

        4.   Units shall be tightly covered to protect against dirt, water, and mechanical or chemical damage.

**1.5   COORDINATION**

    A.   The Plumbing Contractor shall furnish all labor, material and equipment to provide a gas line from the gas meter at each building to each gas unit heater.

    B.   The Plumbing Contractor shall coordinate the installation with National Grid. The National Grid representative is Mr. Chet Singh (telephone number: 516-545-3876).

    C.   All gas piping shall be installed and tested in accordance with National Grid gas requirements.

    D.   The Plumbing Contractor shall be responsible for all National Grid charges and fees associated with this work.

**PART 2 - PRODUCTS**

**2.1   UNIT HEATERS**

    A.   Casing:

        1.   Material: 22 Gauge Aluminized Steel, painted with a baked on powder paint 7-mil minimum thickness, for durability and corrosion resistance.

        2.   Mounting: Provide with hanger connections to accept 3/8"-16 threaded rods. Heaters shall be supported using stainless steel rods and hangers, allow 1" of top clearance.

    B.   Damp Environment (if applicable):

        1.   The unit heater shall be rated for use in 100% humidity, condensing.

        2.   A sealed compartment shall protect the gas valve, ignition, control, manifold, and burner from the environment.

        3.   Heaters shall be separated combustion type, which shall draw 100% of the combustion air from the outside.

        4.   The unit heater shall be rated to be durable in humid and heavy condensation environments, including areas that possess substances that would normally deteriorate the performance of the unit.

        5.   Burner: Burner shall be 409 Stainless Steel.

    C.   Heat Exchanger:

        1.   Construction: Completely machine welded with smoothly contoured stress free, air foil designed tubes.

        2.   Heat exchangers shall be 80% thermally efficient.

        3.   Damp Environment (if applicable): Heat Exchanger shall be 409 Stainless Steel.

    D.   Fan:

        1.   Type: Propeller

        2.   Dynamically balanced.

        3.   Finger proof fan guard.

    E.   Motors:

        1.   Type: Single speed.

        2.   Enclosure: Totally enclosed with built-in thermal overload protection

        3.   Mounting: Resilient mounted.

        4.   Bearings: Permanently lubricated.

        5.   Rating: 120 volt, single phase.

        6.   Produced, rated, and tested in accordance with NEMA standards.

    E.   Air Deflectors: Horizontal and vertical blades for complete directional control of air delivery.

    F.   Controls:

        1.   Each unit heater shall be equipped with a 115v/24v control step down transformer, a factory supplied terminal board for connection of low voltage thermostat and accessory field wiring, overheat control, 24v automatic gas valve, safety pilot with 100% shutoff, gas valve pressure regulator and electric fan timed delay relay. All controls shall be rated for a maximum inlet press of 1/2-psi gas pressure. The gas valve and fan timer shall be energized by the thermostat circuitry upon call for heat. The fan shall be energized on call for fan operation. Refer the wiring diagram included in the Electrical Construction Contract. The fan shall be delayed for approximately 30 seconds after main burner ignition. Controls shall be designed for natural gas having a specific gravity of 0.6, a BTU content of 1000 BTU/ft$^3$ at 100 feet elevation.

2. The time delay relay shall also continue the air mover operation after the thermostat has been satisfied to remove any residual heat on the exchanger.

3. The control system shall be intermittent pilot ignition, 100% shutoff with continuous retry. Pilot shall be automatically lit on call for heat.

4. There shall be a high limit control switch that is mounted in the air stream and will shut off the gas supply in the event of overheating.

5. There shall be flame roll out switches mounted near the burners that will shut off the gas supply in the event of an unsafe flame roll out condition.

G. Thermostat:

1. Contractor shall furnish and install a single stage remote thermostat and all necessary connections for each unit heater. Switching range shall be 40-90 degrees F.

2. Thermostat shall be installed at an easily operable height and labeled to indicate unit heater controlled.

3. Thermostat shall be NEMA type 4X.

4. Thermostat shall be manufactured by Honeywell, or approved equal.

H. Spare Parts: Provide one can of 1-quart size touch up paint.

I. Unit Heater Schedule:

**Well 13**

| Designation | Input Rating* | Motor Voltage | Manufacturer and Model Number |
|---|---|---|---|
| UH-1 (Pump Room) | 30,000 BTU/Hr | 120V, 1φ | Modine HD-30, or approved equal |

## Packed Tower Aeration Building

| Designation | Input Rating* | Motor Voltage | Manufacturer and Model Number |
|---|---|---|---|
| UH-4 (Pump Room) | 30,000 BTU/Hr | 120V, 1φ | Modine HD-30, or approved equal |

\* Rating based upon the following criteria: Natural gas with a specific gravity of 0.6 and 1000 BTU/cubic feet heating value.

J.   Manufacturer: Provide one of the following:

   1.   Modine Manufacturing Company,

   2.   Or approved equal

# PART 3 - EXECUTION

## 3.1   INSPECTION

A.   Inspect units for damage prior to installation and correction, if necessary, as recommended by manufacturers.

## 3.2   Installation

A.   Install unit heaters level and plumb utilizing air deflectors to direct air flow.

B.   Install units in accordance with details on the Drawings and approved Shop Drawings.

C.   Install in accordance with manufacturer's instructions.

D.   Install to NFPA 90A and ANSI/NFPA 90B.

E.   Install gas fired units to ANSI Z223.1 (NFPA 54).

F.   Confirm all required ventilation requirements are met. Inform Owner and Engineer if ventilation is not deemed adequate.

G.   Install unit heaters with vibration isolation.

3.3 **CLEANING**

    A.    Clean tar, cement or other dirt from units.

    B.    Remove debris and other waste material resulting from installation.

3.4 **ADJUSTMENTS**

    A.    Set air deflectors for proper air delivery.

    B.    Set thermostats for required setting.

3.5 **STARTUP AND TESTING**

    A.    Unit heater manufacturer shall provide a manufacturer's representative to provide start-up supervision for the equipment and instruct the owner's personnel on the operating requirements of this equipment, for a minimum of one working day.

+ + END OF SECTION + +

SECTION 18600

VAPOR PHASE GRANULAR ACTIVATED CARBON OFF-GAS TREATMENT SYSTEM

PART 1 - GENERAL

1.1  SUMMARY

    A.  Scope:

        1  Under this section, the Contractor shall furnish all labor, materials and equipment necessary to provide a vapor phase granular activated carbon adsorption system suitable for treating air at 98% relative humidity and a flow rate of 5,615 cubic feet per minute. The system shall be composed of one box services modular treatment units, each capable of treating a flow of 5,615 cubic feet per minute.

    B.  Related Work Specified Elsewhere:

        1.  Section 09900, Painting

        2.  Division 18, Plumbing

1.2  SPECIFICATIONS AND STANDARDS

    A.  Except as otherwise indicated, the current editions of the following apply to the work of this section:

        1.  ASME Section VIII, Division I - American Society of Mechanical Engineers Boiler and Pressure Vessel Code.

        2.  ASME/ANSI B16.5 American Society of Mechanical Engineers/American National Standards Institute.

        3.  Steel Structures Painting Council Surface Preparation Specifications and National Association of Corrosion Engineers.

        4.  ASME Section II, American Society of Mechanical Engineers - Materials, Parts A, B, & C.

        5.  ASTM American Society of Testing Materials.

        6.  American Water Works Association (AWWA) B604-90, standard for granular activated carbon.

7.   ANSI/NSF   Standard   Drinking   Water   System Components - Health Effects.

## 1.3   PERFORMANCE AND DESIGN REQUIREMENTS

A.   The Vapor Phase Granular Carbon Off-Gas Treatment System shall be a one box unit designed to operate at a flow rate of 5,615 cfm and shall be designed to reduce the levels of organic compounds in the effluent air under the parallel operating condition, to the following limitations:

| Organic Compound | Influent Design Concentration (ug/l) | Effluent Design Concentration (ug/l) |
|---|---|---|
| Chlorotrifluoromethane | 4.2 | 0.21 |
| Trichloroethylene | 420.0 | 21 |

## 1.4   MANUFACTURER QUALIFICATIONS

A.   The Design for this project (building size, etc.) is based on utilizing a TIGG Corporation, Nixtox Box NB12 system.

B.   Other manufacturers will be considered provided they furnish an unconditional guarantee, underwritten by a bonding agent acceptable to the Owner, for a period of 5 years.  Equipment and/or components failing within this period due to deficiency in design, workmanship or material shall be replaced at no cost to the Owner and said replacement shall be guaranteed for 5 years additional service.

## 1.5   SUBMITTALS

A.   The following shall be submitted in accordance with Section 01342.

1.   Documentation of at least five vapor phase GAC off-gas treatment systems completed by the supplier with the following information:

a.   Description of vapor phase GAC off-gas treatment systems completed by the supplier including flow, system design (modular container, carbon removal system, etc.), adsorber box sizing, contaminants treated, and treatment efficiency.

      b.   Reference information including customer name and contact person, phone number, site location, and date of installation.

2.   Provide a description of the proposed adsorption system including flow, contact time, system design, and operation.

3.   Provide adsorber box specification including design pressure, dimensions and capacity.

4.   Provide flow diagram showing all ducting and components.

5.   Provide general arrangement drawing showing approximate dimensions, weights, and elevations and influent, effluent, sampling taps, and carbon exchange connection locations.

6.   Provide pressure drop information across system at specified flow rate.

7.   Provide description of adsorber box vapor phase GAC loading and removal procedures for system

8.   Provide specification of vapor phase GAC to be utilized in the system. Provide recent lot laboratory analyses results to demonstrate that vapor phase GAC supply is in accordance with published specifications.

9.   Equipment Performance Bond for 100% of the material and labor costs for all equipment supplied by the Carbon Adsorption System Manufacturer. The bond shall guarantee that all defects or failures will be corrected within the guarantee period of one year and shall remain in force for that period commencing upon final acceptance of the construction contract.

10.   Installation, Operation and Maintenance Manuals: Submit complete operation and maintenance manuals.

11.   The vapor phase GAC system supplier shall submit five copies of a detailed manual that shall include specific instructions for receiving and handling, assembly, installation, repair and service, storage, troubleshooting, detailed exploded drawings of the unit and a full parts list.

12. These manuals shall be submitted for review along with other general submittal information including detailed drawings, brochures, cut sheets, etc., as part of the approval process.

13. Certification:  Upon completion of the work, the vapor phase GAC system manufacturer shall furnish the Engineer with a written certification that the equipment has been installed properly.

## PART 2 - PRODUCTS

A. One box series modular treatment units shall be furnished and installed under this project.  The following sections describe the requirements of each system.

## 2.1 VAPOR PHASE CARBON ADSORBER BOXES

A. The vapor phase carbon adsorber boxes shall be Nixtox Box NB12 Vapor Phase Modular Carbon Adsorbers, as supplied by TIGG Corporation, or approved equal, which meets these specifications.

B. The carbon adsorber box shall be fabricated of carbon steel, conforming to ASME SA36, 20' length by 7'-11" width by 8'-1.75" height.  The vessel shall be designed, constructed and stamped in accordance with ASME Each box shall be provided with three (3) 20" diameter access hatches located on the top of the box. The boxes shall be free standing vessels with four (4) steel casters.

All welds and any other sharp edges shall be ground smooth, and all imperfections such as skip welds, delaminations, scabs, slivers and slag corrected prior to abrasive blasting.

C. Each box shall be equipped with a carbon bed support system constructed of 304 stainless steel por-o-septa.

D. INTERIOR AND EXTERIOR PAINTING: The interior and exterior surface of the adsorbers shall be shop painted to a dry film thickness of 10 - 12 mils with a high solids epoxy (gray color) paint material, Sherwin Williams Type 646 or equal.

## 2.2   MISCELLANEOUS

A.   One air intake shall be provided on each box to accept ductwork from the Packed Tower Aeration System.   Air intake shall be located on one end of the box.

B.   One air outlet shall be provided on each box to accept ductwork leading to the discharge point.   Air outlet shall be located on the top of the box.

C.   Five (5) 3/4" sample taps shall be provided on the side of each box as follows:

    1.   Influent

    2.   25% of carbon bed depth

    3.   50% of carbon bed depth

    4.   75% of carbon bed depth

    5.   Effluent

D.   One breakthrough detector shall be provided for the vapor phase modular carbon adsorber.   The breakthrough detector shall contain an oxidizing granular material that will undergo a visible color change in the presence of VOCs. The breakthrough detector shall be installed at 75% of the bed depth of the vapor phase modular carbon adsorber. The breakthrough detector shall be provided by Tigg Corporation or approved equal.

E.   Each carbon box shall have a stenciled label with a warning sign stating that the vessel interior is lined and that no welding to the vessel will be permitted.   The sign shall read:

"Lined Vessel"
"Do Not Weld Burn or Shock"

F.   Each adsorber also shall have an 8-1/2 x 11-inch mylar laminate over vinyl warning label located adjacent to the access hatches.   The label shall read as follows:

<u>**WARNING**</u>
"Do Not Enter Without
Air Supply Mask or
Self Contained Breathing
Apparatus. Interior Does
Not Contain Adequate Oxygen
to Sustain Life!"

## 2.6   VAPOR PHASE GRANULAR ACTIVATED CARBON

A.   General: Product shall be TIGG Corporation 5CC 0408 type carbon, or equal. Twelve thousand (12,000) pounds of Vapor Phase Granular Activated Carbon shall be furnished and installed within each adsorber box.

B.   Vapor Phase GAC Specification: The activated carbon shall be virgin, granular and manufactured from coconut by a domestic (United States) manufacturing facility.  The activated carbon shall conform to the following specifications:

|  |  |  |
|---|---|---|
| 1. | Iodine Number (Maximum) | 1150 |
| 2. | Moisture, wt% as packed, (Maximum) | 3 |
| 3. | Apparent Density, g/cc (min.) | 0.41 |
| 4. | Hardness Number (min.) | 98 |
| 5. | CCI4 Number, (min.) | 60 |

<u>U.S. Sieve Series</u>

Percent on 4 mesh (Maximum)                90

C.   GAC Analysis: The delivered activated carbon must be accompanied by an analysis sheet certifying compliance with the specifications, and indicating point of manufacture.

## 2.7   SAMPLE COLLECTION EQUIPMENT

A.   Sample collection equipment shall be provided with the vapor phase modular carbon adsorber.  Sample collection equipment shall be approved for VOC sample collection in accordance with EPA Method TO-15 "Compendium of Methods for the Determination of Toxic Organic Compounds in Ambient Air."  Four sets of passivated canisters shall be provided in sizes conforming to those offered by local laboratories and in accordance with EPA Method TO-15.

**PART 3 - EXECUTION**

**3.1   SEQUENCE OF CONSTRUCTION**

    A.   The Contractor's attention is directed to the Sequence of Construction requirements specified in Section 01010 - Summary of Work.

**3.2   LOADING CARBON INTO VESSELS**

    A.   Upon acceptance and approval of boxes by the Engineer, each carbon adsorption box shall be charged with carbon.

    B.   Carbon loading shall be accomplished pneumatically and without human contact with the carbon, in a closed loop piping system.  Fresh carbon shall be loaded from a delivery truck to the empty carbon box utilizing air pressure as the motive force or using an educator system. The same procedure shall be utilized for carbon unloading.

    C.   The system supplier shall demonstrate to the satisfaction of the Engineer that carbon loading and unloading can be accomplished in a neat and efficient manner which will not be harmful to the environment or the Operations of the carbon adsorption system.

    D.   The system supplier shall provide an air compressor at the time of carbon transfer to supply the motive force for the loading/unloading of carbon.  Compressed air shall be supplied at a minimum of 150 scfm at 60 psig.

    E.   Approximately 12,000 pounds of virgin vapor phase granular activated carbon shall be loaded into each vessel in accordance with the manufacturers direction.

**3.3   MANUFACTURER'S  SERVICES**

    A.   A manufacturer's trained specialist, experienced in the installation of the Vapor Phase Carbon Adsorption System, and with at least five (5) years of field experience shall be present at the jobsite for a maximum of 3 man-days for the following services:

        1.   Inspection of the installed equipment
        2.   Supervision of carbon loading
        3.   Start-up assistance
        4.   Trouble shooting
        5.   Operator training

**3.4   QUALITY ASSURANCE**

A.   The engineer reserves the right to reject acceptance of delivery of any or all pieces of equipment found, upon inspection, to be out of compliance with the tolerances specified in ASME Section VIII, Division I - American Society of Mechanical Engineers Boiler and Pressure Vessel Code or other requirements of this specification.

+ +   END  OF  SECTION  + +

**APPENDIX I - PIPING SCHEDULE**

NO TEXT THIS PAGE

APPENDIX I
PIPING SCHEDULE

ABBREVIATIONS

The following abbreviations are used.

A.    <u>Material Abbreviations</u>

|  |  |
|---|---|
| Copper | CU |
| Ductile Iron | DI |
| Polyvinyl Chloride | PVC |
| High Density Polyethylene Pipe | HDPE |
| Galvanized Steel | GALV |
| Black Steel | BS |
| Cast Iron Soil Pipe | CI |

B.    <u>Interior Lining Abbreviations</u>

|  |  |
|---|---|
| Cement Lined | CL |

C.    <u>Exterior Coating Abbreviations</u>

|  |  |
|---|---|
| Insulation | Insul. |
| Bituminous Coated | BC |
| Painted | P |

D.    <u>Joint Abbreviations</u>

|  |  |
|---|---|
| Flanged | Flg |
| Screwed Fittings | S |
| Bell and Spigot | B&S |
| Mechanical Joint | MJ |
| Soldered | Sd |
| Flare | Flr. |
| Solvent Welded | SW |
| Bell and Plain End Adhesive Bonded | B&PE |
| Butt Welded | BW |
| Compression Fittings | C |
| Coupling Bands | CB |
| Thermal Butt Fused | BF |

APPENDIX I
PIPING SCHEDULE

| BURIED | | | | | | |
|---|---|---|---|---|---|---|
| Service | Material | Interior Linings | Exterior Coating | Thickness Class | Joint | Pressure Test (psig) |
| Water Mains | DI | CL | BC | 53 | MJ[1] | 125 |
| Blowoff Mains | DI | CL | BC | 53 | MJ[1] | 125 |
| Water Services | Cu | – | – | Type K | C | 125 |
| Site Drainage Piping | HDPE | – | – | [3] | CB | – |
| Sampling Sink Drainage Piping | PVC | – | P | SCH 40 | SW | 10 |
| Sampling Service | Cu | – | – | Type K | C | 125 |
| Venturi Pressure Sensing Services | Cu | – | – | Type K | C | 125 |
| Pressure Services Containment Piping | PVC | – | – | Sch. 80 | SW | 10 |
| Blowoff Drain | Cu | – | – | Type K | C | 125 |

| EXPOSED | | | | | | |
|---|---|---|---|---|---|---|
| Service | Material | Interior Linings | Exterior Coating | Thickness Class | Joint | Pressure Test (psig) |
| Water Mains (3-inch diameter and larger) | DI | CL | P | 54 | Flg | 125 |
| Water Service (less than 3-inch diameter) | Hard-drawn Cu | – | – | Type L | Sd | 125 |
| Air Release Vent | GALV | – | P | Sch. 40 | S | 10 |
| Pump Head Drain | Hard-drawn Cu | – | – | Type L | Sd | 10 |
| Sodium Hypochlorite | Flexible PVC | – | – | [2] | – | 10 |
| Pump Lube Water | Hard-drawn Cu | – | – | Type L | Sd | 10 |
| Sampling Service | Hard-drawn Cu | – | – | Typle L | Sd | 125 |
| Venturi Pressure Sensing Services | Hard-drawn Cu | – | – | Type L | Sd | 10 |

[1]With restrained joints and thrust blocks at all fittings.
[2]Refer to Section 18068.
[3]Refer to Section 18064.

+ + END OF SECTION + +

**APPENDIX II - SOIL BORING LOG**

NO TEXT THIS PAGE



**SUBSOIL INVESTIGATIONS**

# SOIL MECHANICS DRILLING CORP.

3770 MERRICK ROAD • SEAFORD, L. I., NEW YORK 11783
(516) 221-2333 • FAX (516) 221-0254

June 26, 2014

D&B Engineers & Architects, P.C.           Re: Well 13
330 Crossways Park Drive                        Levittown, NY
Woodbury, NY  11797                             Our Job #14-409
Att: Stephen J. Laun, P.E.

Gentlemen:

Forwarded herewith are the boring logs for drilling work performed at the above referenced site.

The purpose of the subsurface investigation was to determine the nature and extent of the underlying soil deposits and determine the structural engineering characteristics of the soil at the site.  Three (3) test borings were drilled to a depth of 20 feet each at the locations shown on our Boring Location Plan.  Sample recovery was obtained using a CME automatic trip hammer and a standard 2 inch split spoon sampler.  The number of blows required to advance the sampler each 6 inch increment were recorded and are shown on our boring logs, along with a written description of the recovered soil sample per our geologist's visual identification of.  Continuous split spoon samples were taken for the top 6-8 feet then every 5 feet to the final depth.

The CME automatic hammer operates with an efficiency of approximately 90%.  The original conventional use of rope, cathead and drop weight, on the other hand, operates with an efficiency of approximately 60%.  As a consequence, the standard penetration test results obtained using the CME auto-hammer are on the order of two-thirds the value that would have been obtained had the original rope and cathead method been used.  This is significant if you are using design charts for soil strength parameters based on historical data associated with the rope and cathead method.  If so, you should adjust our data accordingly.

Our investigation revealed that the areas drilled are blanketed by 2-5 feet of loam and moderately dense soil fill, underlain by a naturally bedded coarse to fine gravelly sand with traces of silt extending to the deepest depth drilled.

Natural ground water was encountered within the boreholes at depths ranging from 15'9" to 16'4" below existing grade at the time the work was done.

**SOIL MECHANICS** DRILLING CORP.

3770 MERRICK ROAD • SEAFORD, L. I., NEW YORK 11783
(516) 221-2333 • FAX (516) 221-0254

D&B Engineers & Architects, P.C.                          June 26, 2014
Att: Stephen J. Laun, P.E.                                Page 2

All natural soils are capable of supporting foundation loads of 3 tons per square foot and exhibit excellent drainage characteristics.

That natural soil has an in situ unit weight of 122 lbs/pcf.

The angle of internal friction of the natural sand is 34°.

The on- site sandy soils may be assumed to act as a fluid having equivalent fluid weights of 30 lb./cu.ft. active pressure, 55 lb./cu.ft. at rest and 355 lb./cu.ft. passive earth pressure.

Conventional spread and strip footings can be installed. We have not been apprised of the finished floor elevation; however, we recommend removal of the existing loam below the proposed slab on grade. If material needs to be placed for the new floor slab, we recommend free draining granular material with less than 10% passing a #200 sieve placed in 12 in. lifts and compacted to 95% of its Modified Proctor at optimum moisture content per ASTM D 1557.

Liquefaction is unlikely at this site and need not be a design consideration.

For seismic evaluation, the site is classified as Site Class "D" per the New York State Building Code.

Soil samples recovered during drilling operations will be stored in our lab for a period of 30 days after which they will be destroyed. During this period we will deliver these samples to any prescribed location upon request.

If after you examine the enclosed you have any further questions, please feel free to call and discuss them with us.

Billing is enclosed.

Very truly yours,

SOIL MECHANICS DRILLING CORP.

CV:mlf
Encls.

Carl Vernick, P.E.
President



## B-1

(EL. 101.4's) GROUND SURFACE

DARK BRN.
ORGANIC LOAM
(OL) (6)
BRN. SAND,
LITTLE GRAVEL,
TR. TO LITTLE SILT
(SP-SM) (FILL) (7)
DARK BRN-BLACK
SILTY SAND,
TR. GRAVEL
(SM) (FILL) (7)

BRN. GRAVELLY
SAND, TR. COBBLE,
SILT
(SP) (3a)

LIGHT BRN.
GRAVELLY SAND,
TR. SILT
(SP) (3b)

LIGHT BRN.
GRAVELLY SAND
(SP) (3b)

G.W.T.
16'-4"
12:12PM

END OF BORING 20'-0"

## B-2

(EL. 101.4's) GROUND SURFACE

DARK BRN.
ORGANIC LOAM
(OL) (6)
DARK BRN-BRN.
SILTY SAND,
TR. GRAVEL,
THIN FINE ROOTS
(SM) (FILL) (7)
DARK BRN-BLACK
SILTY SAND,
LITTLE GRAVEL, LITTLE
TO SOME SILT
(SM) (FILL) (7)
BRN. GRAVELLY
SAND, TR. COBBLE,
SILT
(SP) (3a)

LIGHT BRN.
GRAVELLY SAND,
TR. SILT
(SP) (3b)

LIGHT BRN-BRN.
GRAVELLY SAND,
TR. SILT
(SP) (3b)

G.W.T.
16'-4"
11:40AM

END OF BORING 20'-0"

## B-3

(EL. 101.4's) GROUND SURFACE

DARK BRN.
ORGANIC LOAM
(OL) (6)

DARK BRN-BLACK
SILTY SAND
(SM) (FILL) (7)

BRN. GRAVELLY
SAND, TR. COBBLE,
SILT
(SP) (3a)

LIGHT BRN. SAND,
TR. GRAVEL,
TR. SILT
(SP) (3b)

LIGHT BRN-BRN.
SAND, TR. GRAVEL,
SILT
(SP) (3b)

BRN. SAND,
TR. GRAVEL,
SILT
(SP) (3b)

G.W.T.
16'-4"
11:10AM

END OF BORING 20'-0"

FEET | NO | SB | REC | CLASSIFICATION

## NOTES

1. SOIL DESCRIPTIONS ARE BY VISUAL EXAMINATION OF SOIL SAMPLES RECOVERED DURING DRILLING OPERATIONS.

2. SOIL DESCRIPTIONS ARE IN ACCORD WITH THE UNIFIED SOIL CLASSIFICATION SYSTEM.

3. GROUND WATER TABLE WAS MEASURED INSIDE THE DRILL CASING AT THE COMPLETION OF EACH BOREHOLE.

4. SOIL STRATIFICATIONS ARE ACCURATE TO WITHIN TWO FEET VERTICALLY.

5. SOIL SAMPLES WERE OBTAINED USING A CENTRAL MINE EQUIPMENT (CME) AUTOMATIC TRIP HAMMER.

6. SOIL TEST BORING GROUND SURFACE ELEVATIONS SHOWN ARE REFERENCED TO TOPOGRAPHICAL SURVEY PROVIDED BY CLIENT.



### ENTRY LANE

FINISHED FLOOR
NOTED AS B.M. AT
GIVEN EL. 102.5'.



BORING LOCATION PLAN

DRAWING SCALE: 1" = 30's

---

## UNIFIED SOIL CLASSIFICATION

### TYPICAL NAMES AND SOIL SYMBOLS

| SOIL GROUPS | |
|---|---|
| 1a Thru 1d | BEDROCK |
| GW | WELL GRADED GRAVELS, GRAVEL SAND MIXTURES, LITTLE OR NO FINES |
| GP | POORLY GRADED GRAVELS OR GRAVEL SAND MIXTURES, LITTLE OR NO FINES |
| GM | SILTY GRAVELS, GRAVEL - SAND - SILT MIXTURE |
| GC | CLAYEY GRAVELS, GRAVEL - SAND - CLAY MIXTURE |
| SW | WELL GRADED SANDS, GRAVELLY SANDS, LITTLE OR NO FINES |
| SP | POORLY GRADED SANDS OR GRAVELLY SANDS, LITTLE OR NO FINES |
| SM | SILTY SANDS, SAND - SILT MIXTURES |
| SC | CLAYEY SANDS, SAND - CLAY MIXTURES |
| ML | INORGANIC SILTS, VERY FINE SANDS, CLAYEY SILTS, SLIGHT PLASTICITY |
| CL | INORGANIC CLAYS OF LOW TO MEDIUM PLASTICITY, GRAVELLY CLAYS, SANDY CLAYS, SILTY CLAYS |
| OL | ORGANIC SILTS AND ORGANIC SILTY CLAYS OF LOW PLASTICITY |
| MH | INORGANIC SILTS, MICACEOUS OR DIATOMACEOUS FINE SANDY OR SILTY SOILS, ELASTIC SILTS |
| CH | INORGANIC CLAYS OF HIGH PLASTICITY, FAT CLAYS |
| OH | ORGANIC CLAYS OF MEDIUM TO HIGH PLASTICITY, ORGANIC SILTS |
| PH | PEAT AND OTHER HIGHLY ORGANIC SOILS |

### ALLOWABLE SOIL BEARING PRESSURES, N.Y.C. BLDG. CODE TABLE 1804.1

| CLASS OF MATERIALS | MAXIMUM ALLOWABLE FOUNDATION PRESSURE (TSF) | MAXIMUM ALLOWABLE FOUNDATION PRESSURE (kPa) |
|---|---|---|
| 1 BEDROCK (NOTES 2 and 7) ⁂ | | |
| 1a HARD SOUND ROCK - GNEISS, DIABASE, SCHIST | 60 | 5,746 |
| 1b MEDIUM HARD ROCK - MARBLE, SERPENTINE | 40 | 3,830 |
| 1c INTERMEDIATE ROCK - SHALE, SANDSTONE | 20 | 1,915 |
| 1d SOFT ROCK - WEATHERED ROCK | 8 | 766 |
| 2 SANDY GRAVEL & GRAVEL (GW, GP) (NOTES 3, 4, 5, and 8) ⁂ | | |
| 2a DENSE | 10 | 958 |
| 2b MEDIUM | 6 | 575 |
| 3 GRANULAR SOILS (GC, GM, SW, SP, SM, & SC)(NOTES 4, 5, 8, and 8) | | |
| 3a DENSE | 6 | 575 |
| 3b MEDIUM | 3 | 287 |
| 4 CLAYS (OL, CL, & CH)(NOTES 4, 5, 8, and 8) | | |
| 4a HARD | 5 | 479 |
| 4b STIFF | 3 | 287 |
| 4c MEDIUM | 2 | 192 |
| 5 SILTS & SILTY SOILS (ML & MH)(NOTES 4, 5, and 8) | | |
| 5a DENSE | 3 | 287 |
| 5b MEDIUM | 1.5 | 144 |
| 6 ORGANIC SILTS, ORGANIC CLAYS, PEATS, SOFT CLAYS, LOOSE GRANULAR SOILS, & VARVED SILTS | SEE 1804.2.1 ⁂ | SEE 1804.2.1 ⁂ |

SEE 1804.2.2 OR 1804.2.3 ⁂ | SEE 1804.2.2 OR 1804.2.3 ⁂

⁂ REFER TO SECTION 1804.2 OR NOTES FOLLOWING TABLE 1804.1 IN THE N.Y.C. BLDG. CODE FOR ADDITIONAL INFORMATION

### COMPACTION RELATED TO SPOON BLOWS PER FOOT

| SAND & SILT | | CLAY | |
|---|---|---|---|
| LOOSE | LESS THAN 10 | SOFT | 4 OR LESS |
| MEDIUM | 10 TO 30 | MEDIUM | GREATER THAN 6 TO 30 |
| DENSE | GREATER THAN 31 | HARD | GREATER THAN 30 |

" N " STANDARD PENETRATION TEST - ASTM 1586

N=17 BLOWS PER FOOT
SPOON BLOW COUNT IS GENERALLY SHOWN IN 6" INCREMENTS FOR 2' DRIVE TO OBTAIN BLOWS PER FOOT (N) USE THE 2ND & 3RD 6" INCREMENT

| | ROTARY CASING | EXTRA HEAVY CASING | SAMPLE SPOON |
|---|---|---|---|
| SIZES, INCHES | 2.5 | | 2.0 |
| HAMMER HEIGHT, POUNDS | | | 140 |
| HAMMER FALL, INCHES | | | 30 |

CB — CASING BLOWS PER 1 FOOT DRIVE
SB — SPOON BLOWS PER 6 INCH DRIVE
P — PUSHED BY WEIGHT OF HAMMER
WOR — WEIGHT OF ROD
UD — UNDISTURBED SOIL SAMPLE
N — SAMPLE NUMBER
FEET — DEPTH FROM GND. SUR. NOTED AT EACH 5' FEET INTERVAL
WOH — WEIGHT OF HAMMER
REC — SOIL RECOVERY IN INCHES

THE LIABILITY OF SOIL MECHANICS DRILLING CORP., ITS OFFICERS OR EMPLOYEES, FOR ERRORS, OMISSIONS OR NEGLIGENCE RESULTING IN PERSONAL INJURIES, PROPERTY DAMAGE OR ANY CONSEQUENTIAL DAMAGES, IS LIMITED TO THE AMOUNT OF THE FEE PAID FOR THIS REPORT. THE RETENTION OR USE OF ANY PART OF THIS REPORT WILL CONSTITUTE AN ACCEPTANCE OF THIS LIMITED LIABILITY. IF YOU ARE UNACCEPTABLE, THE CLIENT MUST NOTIFY SOIL MECHANICS DRILLING CORP. IN WRITING BY CERTIFIED MAIL, WITHIN SEVEN DAYS FROM THE DATE OF RECEIPT. THE FEE CHARGED FOR THIS REPORT IS BASED ON THIS LIMITATION OF LIABILITY WITHIN THE SCOPE OF THIS AGREEMENT IF THE CLIENT WANTS A HIGHER LIMITATION OF LIABILITY, SOIL MECHANICS DRILLING CORP., WILL NEGOTIATE ONE, BASED UPON A HIGHER FEE BEING CHARGED FOR THE ADDITIONAL ASSUMPTION OF LIABILITY. SOIL MECHANICS DRILLING CORP., ITS OFFICERS OR EMPLOYEES, HAVE NO LIABILITY OR RESPONSIBIL- ITY TO PERSONS OTHER THAN THE CLIENT FOR WHOM THIS REPORT WAS PREPARED. ANYONE, OTHER THAN OUR CLIENT, RELIES ON THIS REPORT AT THEIR OWN RISK.



DVIRKA
and
BARTILUCCI
CONSULTING ENGINEERS
330 CROSSWAYS PARK DRIVE
WOODBURY, NEW YORK 11797

## SOIL MECHANICS DRILLING CORP.
### subsoil investigations
3770 MERRICK ROAD * SEAFORD, NEW YORK 11783 * 516 - 221-2333

| SUBSURFACE INVESTIGATION |
|---|
| PACKED TOWER AERATION SYSTEM WELL 13 |
| ENTRY LANE |
| LEVITTOWN, NEW YORK |

| VERTICAL BORING SCALE | DRAWING DATE | DRAWING NUMBER |
|---|---|---|
| 1/2" = 1'-0" UNLESS NOTED OTHERWISE | JUNE 23, 2014 | |
| DATES OF BORING | DRAWN BY: CHECKED BY: | REVISED DATE | 14R409.3 |
| JUNE 20, 2014 | NAR CV | | SHEET 1 OF 1 |

Z: 14RDWGS 14R409.3

**APPENDIX III - WELL LOG AND PUMP DATA**

NO TEXT THIS PAGE



1985

**MOTOR**
U. S.  125 HP  460 VOLTS
3 PHASE      1200 RPM

**PUMP**

| | |
|---|---|
| PEERLESS | 14 MC |
| SETTING | 98'-9 3/4" |
| SUCTION | 10" OF 10" |
| DISCHARGE SIZE | 10" |
| SHAFTING | 1-11/16" |
| SIZE PUMP | 14" |
| NO. OF STAGES | 6 |
| BRONZE IMPELLERS | |
| AIR LINE 92'-0" TO BASE PLATE | |

**WELL**

DEPTH OF WELL 641'-0" TO
BASE PLATE
APPARENT STATIC LEVEL 27'-0"
APRIL 23, 1987
PUMPING LEVEL   46'
PRODUCTION   1200 GPM
SCREEN       10"

COARSE BROWN SAND & GRAVEL — 67'
FINE SAND & MICA — 97'
COARSE SAND, MICA & GRITS — 118'
FINE SAND, MICA & SOME CLAY — 185'
SOLID GRAY CLAY — 196'
FINE SAND, MICA, LIGNITE & SOME CLAY — 319'
SOLID GRAY CLAY — 328'
FINE SAND, SANDY CLAY & LIGNITE — 366'
FINE SAND, MICA & LIGNITE — 387'
SOLID GRAY CLAY — 395'
FINE SAND, MICA & LIGNITE — 409'
SOLID GRAY CLAY — 410'
FINE TO MED. SAND, MICA & LIGNITE — 484'
SOLID & SANDY CLAY, STREAKS OF SAND — 487'
STREAKS OF CLAY — 490'
FINE SAND & LIGNITE — 500'
FINE SAND, STREAKS OF CLAY, LIGNITE & MICA — 509'
FINE SAND, MICA & LIGNITE — 515'

FOR CONTIN. SEE FIGURE 2

16"
18"
90'-0"
98'-9 3/4"
108'-9 3/4"

← EXISTING 18" CASING
453'-0"
← 16" CASING
500'-0"
← 10" INNER STEEL CASING
10"

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
**LEVITTOWN WATER DISTRICT**
**WELL NO. 13**
**LOG AND PUMP DATA**

FIGURE I

db  Dvirka and Bartilucci CONSULTING ENGINEERS



1985

FOR CONTIN. SEE
FIGURE 1

515'

FINE SAND, GRAVEL
& SILT

533'

FINE SAND, STREAKS
OF CLAY & SILT

574'

FINE SAND, GRAVEL
& SILT

608'

FINE & COARSE SAND    613'

FINE SAND, GRAVEL
& SILT

698'

FINE SAND &
STREAKS OF CLAY    704'

FINE SAND, GRAVEL
& SILT    713'

CLAY    718'

FINE SAND, GRAVEL
& SILT

738'

FINE SAND & SILT

760'

16"
10"

16" CASING

10" INNER STEEL CASING

600'-0"                      610'-0"

620'-0"          10" STAINLESS STEEL BLANK

10" STAINLESS STEEL SCREEN

736'-0"          10" STAINLESS STEEL BLANK

741'-0"

STAINLESS STEEL PLATE

TOWN OF HEMPSTEAD
DEPARTMENT OF WATER
LEVITTOWN WATER DISTRICT
WELL NO. 13
LOG AND PUMP DATA

FIGURE 2



Dvirka
and
Bartilucci
CONSULTING ENGINEERS