# EXHIBIT H



Deposition of:

# William Merklin

*December 13, 2019*

In the Matter of:

# Town of Hempstead v. United States of America et al.

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

1

2      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK
3      Index No. 2:16-cv-03652-ENV-ST
4      -----------------------------------x
5      TOWN OF HEMPSTEAD,
6                          Plaintiff,
7
               -against-
8
       UNITED STATES OF AMERICA, DEPARTMENT
9      OF THE NAVY, NORTHROP GRUMMAN
       CORPORATION, NORTHROP GRUMMAN SYSTEMS
10     CORPORATION, COVESTRO LLC, BAYER
       CORPORATION, OCCIDENTAL CHEMICAL
11     CORPORATION, THE KASPER (1977)
       IRREVOCABLE TRUST FOR THE BENEFIT OF
12     CHARLES B. KASPER AND RICHARD J.
       KASPER; SANDERINA R. KASPER, as Trustee
13     of the Kasper (1977) Irrevocable Trusts
       for the Benefit of Charles B. Kasper
14     and Richard J. Kasper; MARTIN STALLER,
       PARVIZ NEZAMI, JEROME COGAN, LAWRENCE
15     COHEN and AMERICAN DRIVE-IN CLEANERS OF
       BETHPAGE, INC.,
16
                          Defendants.
17
       -----------------------------------x
18
19                       December 13, 2019
                         10:15 a.m.
20
21
22       DEPOSITION of WILLIAM D. MERKLIN, P.E.
23
24
25

1

2     DEPOSITION of WILLIAM D. MERKLIN,

3    P.E., an expert witness herein, taken by

4    the Defendants, pursuant to Notice, held

5    at the offices of Jaspan Schlesinger,

6    LLP, 300 Garden City Plaza, Fifth Floor,

7    Garden City, New York, before Lisa H.

8    MacDonald, RPR, and Notary Public of the

9    State of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1
 2      A P P E A R A N C E S :
 3
 4      JASPAN SCHLESINGER, LLP
        300 Garden City Plaza, fifth floor
 5      Garden City, New York 11530
                    Attorneys for Plaintiff and
 6                  non-party witness
        BY:     SCOTT B. FISHER, ESQ.
 7              LISA A. CAIRO, ESQ.
 8
 9      U.S. ATTORNEY'S OFFICE
        EASTERN DISTRICT OF NEW YORK
10      610 Federal Plaza
        Central Islip, New York 11722
11                  Attorneys for Defendants
                    UNITED STATES OF AMERICA and
12                  DEPARTMENT OF THE NAVY
        BY:     ROBERT W. SCHUMACHER, II, ESQ.
13
14
15
        HOLLINGSWORTH, LLP
16      1350 I Street, N.W.
        Washington, DC 20005
17                  Attorneys for Defendants
                    NORTHROP GRUMMAN CORPORATION
18                  and NORTHROP GRUMMAN SYSTEMS
                    CORPORATION
19      BY:     FRANK LEONE, ESQ.
20
21
        SIVE, PAGET & RIESEL, P.C.
22      560 Lexington Avenue
        New York, New York 10022
23                  Co-Attorneys for Defendants
                    NORTHROP GRUMMAN CORPORATION
24                  and NORTHROP GRUMMAN SYSTEMS
                    CORPORATION
25      BY:     SAHANA RAO, ESQ.
```

Page 4

```
 1
 2     A P P E A R A N C E S :
 3
 4     WHITEMAN OSTERMAN & HANNA
       One Commerce Plaza
 5     Albany, New York 12260
                 Attorneys for Defendant
 6               OCCIDENTAL CHEMICAL
                 CORPORATION
 7     BY:       MICHAEL G. STERTHOUS, ESQ.
 8
 9
       COUGHLIN DUFFY, LLP
10     350 Mount Kemble Avenue
       Morristown, New Jersey 07920
11               Attorneys for Defendants
                 COVESTRO, LLC and BAYER
12               CORPORATION
       BY:       JOSEPH AMOROSO, ESQ.
13
14
15
       ALSO PRESENT:
16
       Anton Evangalista, Videographer
17
       Genifer Tarkowski, Esq. (present via
18     telephone)
19
20
21
22
23
24
25
```

Page 5

1

2

3                S T I P U L A T I O N S

4

5         IT IS HEREBY STIPULATED AND AGREED

6    by and between the attorneys for the

7    respective parties hereto that the filing

8    and sealing be and the same are hereby

9    waived.

10        IT IS FURTHER STIPULATED AND AGREED

11   that all objections except as to the form

12   of the question, shall be reserved to the

13   time of the trial.

14        IT IS FURTHER STIPULATED AND AGREED

15   that the within deposition may be signed

16   and sworn to before any notary public

17   with the same force and effect as though

18   signed and sworn to before this Court.

19

20

21

22

23

24

25

Page 6

1          W.D. Merklin, P.E.

2              MR. VIDEOGRAPHER:  Good

3      morning.  We are going on the record

4      at 10:15 a.m. on December 13, 2019.

5      Please note that the microphones are

6      sensitive and may pick up whispering

7      and private conversations and

8      cellular interference.  Please turn

9      off all cell phones or place them

10     away from the microphones as they can

11     interfere with the deposition audio.

12             Audio and video recording

13     will continue to take place unless

14     all parties agree to go off the

15     record.

16             This is media unit one of

17     the video recorded deposition of

18     William Merklin taken by counsel for

19     defendants in the matter of Town of

20     Hempstead versus United States of

21     America, et al, filed in the United

22     States District Court, Eastern

23     District of New York, case number

24     16-CV-03652(ENV)(SLT).

25             This deposition is being

Page 7

1           W.D. Merklin, P.E.

2      held at Jaspan Schlesinger located at

3      300 Garden City Plaza, Garden City,

4      New York.  My name is Anton

5      Evangalista from the firm Veritext

6      New York and I am the videographer.

7      The court reporter is Lisa MacDonald

8      from the firm Veritext New York.

9           I'm not authorized to

10     administer an oath.  I'm not related

11     to any party in this action, nor am I

12     financially interested in the

13     outcome.

14           Counsel and all present in

15     the room and everyone attending

16     remotely will now state their

17     appearances and affiliations for the

18     record.  If there are any objections

19     to proceeding, please state them at

20     the time of your appearance beginning

21     with the noticing attorney.

22           MR. LEONE:  Frank Leone,

23     counsel for Northrup Grumman.

24           MR. SCHUMACHER:  Robert

25     Schumacher from the U.S. Attorney's

1              W.D. Merklin, P.E.

2      office.  Counsel for the United

3      States and the Navy.

4              And on the phone we have

5      Genifer Tarkowski, who is in-house

6      counsel with the Navy.

7              MS. RAO:  Sahana Rao, Sive

8      Paget & Riesel for Northrup Grumman.

9              MR. STERTHOUS:  Michael

10     Sterthous, White Osterman & Hanna on

11     behalf of Occidental Chemical.

12             MR. AMOROSO:  Joseph Amoroso

13     from the law firm of Coughlin Duffy

14     on behalf of the Covestro defendants.

15             MS. CAIRO:  Lisa Cairo for

16     Jaspan Schlesinger on behalf of the

17     plaintiff Town of Hempstead.

18             MR. FISHER:  And Scott

19     Fisher, also Jaspan Schlesinger, also

20     on behalf of plaintiff Town of

21     Hempstead.

22             MR. VIDEOGRAPHER:  And will

23     the court reporter please swear in

24     the witness.

25   W I L L I A M   D .   M E R K L I N ,

```
                                            Page 9

 1                  W.D. Merklin, P.E.

 2      after having first been duly sworn by a

 3      Notary Public of the State of New York,

 4      was examined and testified as follows:

 5                       MR. VIDEOGRAPHER:  Thank

 6          you.  We may proceed.

 7      EXAMINATION BY

 8      MR. LEONE:

 9          Q       Mr. Merklin, could you state

10      your name and your business address for

11      the record, please?

12          A       William Merklin, I'm with

13      D&B Engineers and Architects located at

14      330 Crossways Park Drive in Woodbury, New

15      York.

16          Q       All right.  Today I'll be

17      asking you some questions and if you

18      don't hear or understand a question, will

19      you let me know?

20          A       Yes.

21          Q       All right.  So I'll assume

22      if you're answering it that you

23      understood the question and you have

24      knowledge to answer the question, okay?

25          A       Okay.
```

Page 85

1              W.D. Merklin, P.E.

2       A       Yeah.  Generally the

3    Commissioner contacted me and said we

4    have high concentrations, we are

5    concerned about them and would request

6    the proposal for me to prepare plans and

7    specs.

8       Q       And then Exhibit 5 is a

9    proposal dated June 11, 2013.  Do you

10   recall in connection with that date of

11   June 11, 2013 if you had been contacted

12   weeks earlier, months earlier, years

13   earlier?

14      A       I don't recall specifically,

15   but it would have been some time prior to

16   preparing the proposal.

17      Q       So after you -- you

18   indicated the Commissioner and that's

19   Commissioner Reinhardt?

20      A       Correct.

21      Q       And I guess, for the record,

22   who is Commissioner Reinhardt?

23      A       Commissioner Reinhardt is

24   the Commissioner of the Town of Hempstead

25   Department of Water.

Page 86

1                    W.D. Merklin, P.E.

2          Q          And he told you there were

3     high levels of contaminants in those

4     wells?

5          A          I don't recall what he told

6     me specifically, but he would have

7     expressed concern about the levels of

8     contamination and then asked for a

9     proposal to design a treatment facility.

10         Q          Did you have any discussions

11    prior to preparing the proposal whether a

12    treatment facility was necessary?

13         A          I don't recall.

14         Q          So your report indicates

15    starting in 2012 routine water quality

16    samples began to exhibit low levels of

17    contamination.  When did you learn that?

18         A          During the preparation of

19    the design report.

20         Q          Do you know what those

21    levels were?

22         A          I don't recall specifically.

23         Q          And do you know if prior to

24    contacting you Commissioner Reinhardt

25    took any actions regarding those wells?

Page 87

1          W.D. Merklin, P.E.

2     A      I don't know.

3     Q      The next sentence in

4  paragraph 2 at page 1 indicates "By the

5  middle of 2013, the contamination levels

6  increased to concentrations which caused

7  the Town to remove wells 7A and 8A of

8  service -- from service."

9          Is that -- is that accurate?

10    A      That's not what it says.

11    Q      Okay.  Let me reread it.

12 "By the middle of 2013, the contamination

13 levels increased to concentrations which

14 caused the Town to remove wells 7A and 13

15 from service."  Is that correct?

16    A      Yes.

17    Q      Was it well 7A that was

18 removed from service in the middle of

19 2013 or well --

20    A      It says that both wells were

21 removed.

22    Q      What about well 8A?

23    A      I'm not sure.

24    Q      Do you know what the

25 contamination levels that caused those

Page 88

```
 1                    W.D. Merklin, P.E.
 2     wells to be removed from service were?
 3          A        I don't know.
 4          Q        Has Freon 113 ever been
 5     found in well 7A?
 6          A        I don't know.
 7          Q        Has TCE ever been found in
 8     well 7A?
 9          A        I don't know.
10          Q        So as you sit here, do you
11     have a recollection of what the chemicals
12     of concern were in any of the wells?
13          A        Well, I think we have that
14     here in page 2.  Well, wait a minute.
15     Let's see.  I'm sorry.  Page 3.
16          Q        All right.  Other than what
17     is set out there, do you have any
18     recollection of the levels that were
19     found in the wells and when they were
20     identified?
21          A        I don't recall that
22     specifically.
23          Q        Were you involved with the
24     decision to shut down wells -- well 7A?
25          A        No.
```

Page 89

1                    W.D. Merklin, P.E.

2          Q        Do you know if well 7A has

3     ever had concentrations of any chemical

4     of concern over 50 percent of MCLs for

5     any chemical?

6          A        I don't know.

7          Q        Do you know if COCs were

8     present in well 8A in June 2013?

9          A        If what was?

10         Q        Strike that.

11                  Are you familiar with the

12    term contaminant of concern or COCs?

13         A        Contaminant of concern?

14         Q        Yes.

15         A        I'm not familiar with that

16    term.

17         Q        Then we won't use that.

18                  Were any VOCs present in

19    well 8A in June of 2013?

20         A        I don't know.

21         Q        Go back to page 1, paragraph

22    2.  The third sentence of the paragraph

23    says "Since the continued operation of

24    these wells was critical to meet the

25    demands of the Levittown Water District,

Page 90

1                  W.D. Merklin, P.E.
2       the design and construction of a
3       treatment facility was required."
4                  Was it the Town's decision
5       that a treatment facility was required or
6       was it yours?
7                  MR. FISHER:  Objection.  You
8          can answer.
9          A       I think the Town and D&B
10      discussed it and came to that conclusion
11      together.
12         Q       Is there any documentation
13      of that discussion?
14         A       No.
15         Q       Do you know if the Town
16      considered any options other than
17      treatment facilities for those wells?
18         A       We would have talked about
19      other alternatives, yes.
20         Q       Do you recall specific
21      discussions?
22         A       No.
23         Q       And were those discussions
24      documented in any way?
25         A       No.

Page 91

1                    W.D. Merklin, P.E.

2          Q         And were discussions about

3     alternatives -- strike that.

4                    When you say we would have

5     talked about that, is that you and

6     Commissioner Reinhardt?

7          A         Yes.

8          Q         Was anyone else involved in

9     those discussions?

10         A         I don't recall.

11         Q         Was there any public notice

12    of those discussions or evaluations of

13    alternatives for treatment?

14         A         I --

15                   MR. FISHER:  Objection.  You

16        can answer.

17         A         I don't believe so.

18         Q         Then in paragraph 2 it says

19    "The Town retained D&B to prepare

20    necessary plans and specifications."

21                   What was the process the

22    Town used to retain D&B?

23         A         We prepared the proposal,

24    the Commissioner then puts it on the

25    agenda for the Town Board to consider and

Page 92

1                    W.D. Merklin, P.E.

2      then the Town Board approves it and

3      authorizes us and we execute an agreement

4      and then we proceed with the work.

5             Q        What does the agreement look

6      like?

7             A        I'm not sure in this case.

8             Q        Do you know if a written

9      agreement has been produced in this

10     litigation?

11            A        In this case the letter,

12     itself, may have been the agreement.

13            Q        The proposal letter?

14            A        Yeah.

15            Q        And then there was a Town

16     Board acceptance of it?

17            A        Yeah.

18            Q        All right.

19            A        Right.  So there was a

20     resolution.

21            Q        Okay.  So you're not aware

22     of any other contract document, if you

23     will?

24            A        No.  I think back when this

25     was done, my proposal was the agreement.

Page 93

1                   W.D. Merklin, P.E.
2       Currently when I do work for the Town,
3       there's a separate agreement that we
4       prepare.
5           Q       Do you know if the Town
6       contacted anyone else to get a proposal
7       to address these wells?
8           A       I don't know.
9           Q       Was it posted for bidding or
10      anything like that?
11          A       No.
12          Q       Why not?
13          A       I wouldn't know.
14          Q       Does D&B have any sort of
15      overall contract with the Town of
16      Hempstead or with Levittown Water --
17      strike that.  It wouldn't be with that.
18      Strike that.
19                  Does D&B have any sort of
20      overall contract with the Town of
21      Hempstead for doing work on -- at these
22      specific projects or is it a
23      project-by-project thing?
24          A       We have an on call contract
25      with the Town that would allow us to do

Page 94

1                    W.D. Merklin, P.E.

2        small assignments for the Commissioner,

3        but usually a project of this size would

4        be based on a specific proposal.

5             Q        Looking at the last sentence

6        of paragraph 2 on the first page of

7        Exhibit 3, your expert report, it says

8        "Since PTAS is a common treatment process

9        for the removal of the detected

10       contaminants, it was determined to be the

11       best choice for implementation in this

12       case;" correct?

13            A        Yes.

14            Q        And who made that

15       determination?

16            A        D&B.

17            Q        Was there a specific

18       document that set forth an analysis in

19       determining the best choice for

20       implementation?

21                    MR. FISHER:  Objection.  You

22           can answer.

23            A        The basis of design reports.

24            Q        At the time -- well, strike

25       that.

Page 95

W.D. Merklin, P.E.

1                    When was the decision to use
2
3       PTAS made?
4            A        During the preparation of
5       the basis and design reports.
6            Q        And is the process that was
7       used to reach that conclusion set out in
8       those reports?
9            A        I believe it is.
10           Q        Was there any public notice
11      or participation in the issue of
12      determining the appropriate treatment
13      systems for the wells?
14           A        No.
15                    MR. LEONE:  Is this a good
16         time to take a break?
17                    MR. VIDEOGRAPHER:  Yes.
18                    MR. LEONE:  Is that good?
19         So why don't we take a short break?
20                    MR. VIDEOGRAPHER:  We are
21         now off the record.  The time on the
22         video monitor is 11:45 a.m.
23                    (A short recess was taken.)
24                    MR. VIDEOGRAPHER:  We are
25         now back on the record.  The time on

Page 96

1              W.D. Merklin, P.E.

2         the video monitor is 12:20 p.m.

3         Q       Mr. Merklin, this morning

4    you mentioned that Drive-In Cleaners had

5    provided information that convinced you

6    and your colleague that their site was

7    not a source of contamination at well 7A,

8    8A and 13.

9              Do you recall what that

10   information was?

11        A       I don't.

12        Q       All right.  Looking now at

13   your expert report, page 2, it has a

14   section called relevant regulatory

15   requirements and it says first that "A

16   public water supplier is required to

17   comply with all requirements of the New

18   York State Department of Health Sanitary

19   Code;" correct?

20        A       Yes.

21        Q       Is that Title 10 Part 5

22   Subpart 5-1 public water systems?

23        A       Yes.

24        Q       And then it says that "The

25   water supplier has to begin the process

Page 97

1                W.D. Merklin, P.E.

2      of planning for the implementation of

3      treatment when the contaminant

4      concentration exceeds 50 percent of the

5      MCL."

6                     I think you testified that

7      that's not set forth in the sanitary code

8      though or is it?

9           A       It's an industry standard.

10          Q       But you can't identify where

11     that's set forth; correct?

12          A       It's not set forth in the

13     code.  It's just a standard, industry

14     standard.

15          Q       Is there any publication,

16     any industry publication that sets forth

17     that standard?

18          A       No.

19          Q       And then the next sentence

20     says "In this case when any one of the

21     contaminants of concern exceeded 25 parts

22     per billion, TOH was required to begin

23     the planning and design of the

24     groundwater treatment facility."

25                     Is that assuming an MCL of

Page 98

```
 1                    W.D. Merklin, P.E.
 2     five parts per billion?
 3          A       Yes.
 4                  And it's 2.5, not 25.
 5          Q       Oh, did I say 25?
 6          A       Yes.
 7          Q       I apologize.  I take that
 8     back then.
 9                  All right.  So there is no
10     federal MCL -- EPA MCL for Freon 113; is
11     there?
12          A       I don't know.
13          Q       Do you know if there's a
14     state MCL for Freon 113?
15          A       I believe there is.
16          Q       Is it set forth in the
17     Sanitary Code Part 5-1?
18          A       I'm not really sure.
19          Q       What is the basis for your
20     belief that Freon has an MCL of five
21     parts per billion?
22          A       I just don't have it in
23     front of me, but there should be a list
24     that has that information in it.
25          Q       Do you know if it's a state
```

1                    W.D. Merklin, P.E.

2        list or a federal list?

3             A        There is a state list and

4        there's also the health department

5        monitoring requirements list that I

6        talked about earlier, which is the list

7        that we generally use.

8             Q        And when you say again

9        health department, that's the Nassau

10       County Health Department; correct?

11            A        Nassau County, yes.

12            Q        Then the last sentence of

13       that paragraph talks about removal of a

14       well from service when the concentrations

15       is 80 percent or higher than the MCL.

16                     Is that also based on the

17       industry -- unwritten industry standard

18       that you mentioned?

19            A        That's based on the Nassau

20       County monitoring requirements annual

21       letter where they recommend that a well

22       is removed at 80 percent.

23            Q        And it's not based on the

24       sanitary code; correct?

25            A        It's not on the State

Page 100

```
 1              W.D. Merklin, P.E.
 2    Sanitary Code.  It's the Nassau County
 3    Department of Health monitoring
 4    requirements letter.
 5          Q      Is it a requirement of
 6    Nassau County Department of Health or is
 7    it a recommendation?
 8          A      It's a recommendation.
 9          Q      All right.  So in your
10    report where it says "The sanitary code
11    also requires a public health" -- excuse
12    me.  Let's start again.
13              In your report in the last
14    sentence of the first full paragraph
15    under relevant regulatory requirements
16    where it says "The sanitary code also
17    requires a public water supplier to
18    remove a well from service when the
19    concentration of one of these
20    contaminants is 80 percent or higher than
21    the MCL," that's not correct that it's
22    the sanitary code; is it?
23          A      It's not the sanitary code.
24    It should be the Nassau County Department
25    of Health monitoring requirements letter.
```

1              W.D. Merklin, P.E.

2        Q        That would be a Nassau

3    County Department of Health

4    recommendation rather than a requirement;

5    correct?

6        A        That's correct.

7        Q        The next paragraph talks

8    about the well source capacity.  It says,

9    "The sanitary code requires the well

10   source capacity for a public supply well

11   to be capable of meeting the maximum day

12   demand with the largest well out of

13   service."

14              What is -- well, first of

15   all, is that the Sanitary Code Section

16   5-1 we were talking about that governs

17   public water supplies?

18       A        It is, but to be more

19   specific, the sanitary code makes

20   reference to what we call the 10 state

21   standards, which is an abbreviated title,

22   the full title is much longer, but those

23   10 state standards are where that

24   requirement is dictated.

25       Q        And so what does that mean

1              W.D. Merklin, P.E.

2    when you say the well source capacity has

3    to be capable of meeting the maximum day

4    demand?  What does that mean?

5         A         Every month a water supplier

6    prepares a report that they submit to the

7    DEC which identifies their pumpage, their

8    average pumpage and their maximum pumpage

9    the maximum day for each month.  So

10   typically a maximum day would happen in

11   July or August most likely when it's hot

12   outside.

13              So that information, we look

14   at that say for five or ten years prior

15   when we do a design report and we look

16   for the maximum day of -- within those

17   period of years, five or ten years.  So

18   that's the maximum day is what we refer

19   to it as.

20        Q         And then the requirement

21   about one -- excuse me -- with the

22   largest well out of service, is that part

23   of the 10 state standard, too?

24        A         That's part of the 10 state

25   standards, yes.

Page 103

```
 1              W.D. Merklin, P.E.
 2        Q        And then that paragraph
 3   there on the bottom of page 2 relates to
 4   the Table 1; correct?
 5        A        Portions of it relate to
 6   Table 1, yes.
 7        Q        All right.  So can you
 8   explain what Table 1 depicts to me?
 9        A        Yeah.  Table 1 shows the
10   capacity of each of the wells in the
11   Levittown Water District, each of the
12   operating wells at the time that the work
13   was done.
14              So it shows that there is a
15   total capacity of 13.55 MGD with all of
16   those wells.  If you were to remove the
17   largest well from that calculation, it
18   would result in a total capacity of 11.52
19   million gallons per day with the largest
20   well out of service.
21              And then we have one more
22   line on there which basically what we are
23   showing is once wells 8 and 13 were
24   removed from service because of the
25   contamination, the resulting calculation
```

Page 104

1                    W.D. Merklin, P.E.

2       for the capacity with the largest well

3       out of service goes down to 7.9 million

4       gallons per day.

5            Q        What does actual capacity

6       measure?

7            A        It's the actual output that

8       the well pump puts out.

9            Q        And then you have the total

10      with wells 8A and 13 out of service.  Did

11      you consider 7A being out of service as

12      well?

13           A        In this calculation we have

14      not considered that because well 7A was

15      not yet out of service.

16           Q        When you do this -- strike

17      that.

18                    Did you prepare Table 1 just

19      for your expert report or was that part

20      of your work in doing the design for

21      wells 7A, 8A and 13?

22           A        I prepared this for the

23      report, but I would think there was

24      something similar in the design report,

25      but I don't know if the numbers are

1              W.D. Merklin, P.E.

2     exactly the same.

3                   This -- this table is a

4     snapshot of what the situation actually

5     was at the time that the design was being

6     prepared.

7          Q       And when was that time?  The

8     first report I believe was August 2014.

9     Is that the time period or was there a

10     different time period that this table is

11     supposed to represent?

12          A       Right.  It would have been

13     the -- around the end of 2013 or the

14     beginning of 2014.  But just to be more

15     clear, it's that time frame, but also

16     with the assumption that those two wells

17     have been removed from service.

18                   So the actual chronology of

19     when they were removed from service, we'd

20     have to look at that.

21          Q       Looking at page 3 of your

22     report, the section design and

23     implementation of PTAS for wells 7A, 8A

24     and 13, it indicates that those wells do

25     not require any treatment for contaminant

1                  W.D. Merklin, P.E.

2       removal prior to commencing with this

3       project and that means they didn't

4       require any treatment for VOCs; correct?

5              A       VOCs or anything else.

6              Q       Now, in the third paragraph

7       in that section it talks about the three

8       wells in increasing concentrations of 1,1

9       Dichloroethane or 1,1 DCA, Freon 113 and

10      PCE observed in the wells, but those were

11      not each observed in each of the wells;

12      correct?

13             A       That's right.

14             Q       And they did not all have

15      increasing trends over that period; did

16      they?

17             A       I don't know.

18             Q       And they -- for example, 1,1

19      DCA, you can look at the numbers, I think

20      it was basically between half a part per

21      billion and 2 part per billion.  Do you

22      consider that approaching the maximum

23      contaminant level of 5?

24             A       No.

25             Q       In the next paragraph for

Page 107

1                    W.D. Merklin, P.E.
2       well 13, we can look at the 2016 design
3       report, but I believe the highest level
4       of Freon 113 is 3.82 parts per billion.
5                    Is that approaching the
6       maximum contaminant level of 5?
7            A       Yes.
8            Q       Do you know if in 2012, 2013
9       or 2014 the MCL was ever reached for any
10      of those chemicals in any of the wells?
11           A       I don't know specifically,
12      but I believe that the well was removed
13      from service before that would have
14      happened because otherwise that would be
15      an MCL violation, which would require
16      public notification, which is something a
17      water supplier just would not want to do.
18           Q       Did you conclude at any time
19      that the MCLs for any of the substances
20      had been exceeded prior to the wells
21      being taken off line?
22           A       I don't believe that
23      happened.
24           Q       Did you ever prepare a
25      report to the State I guess DEC or DOH

Page 108

1              W.D. Merklin, P.E.

2    concerning well 7A, 8A or 13?

3         A       You're talking about the

4    State Department of Health?

5         Q       Yes.

6         A       No.

7         Q       And likewise you didn't do

8    any report for the State Department of

9    Environmental Conservation; correct?

10        A       That's correct.

11        Q       Are you familiar with the

12   Environmental Protection Agency's

13   national contingency plan?

14        A       I am vaguely familiar.

15        Q       Did you consult it in

16   preparing your design reports or doing

17   the work in this case?

18        A       Yes.

19        Q       How so?

20        A       Well, we identified -- we

21   identified the fact that there was some

22   trigger values in there for one of the

23   wells.  I think it was for well 13.  I

24   may be mistaken about that.

25                One of the wells had -- was

Page 109

W.D. Merklin, P.E.

1
2       identified as potentially to be impacted
3       and that there were these trigger values
4       that would have resulted in some -- I'm
5       not sure what it would have resulted in
6       actually.  I apologize.
7               Q       Okay.  All right.  Oh, I
8       see.  So you're talking about, and we'll
9       look at it in a second, the public water
10      supply contingency plan that the Navy and
11      Grumman prepared?
12              A       Right.
13              Q       That set forth those trigger
14      values?
15              A       Correct.
16              Q       Okay.  My question was about
17      the federal regulations that EPA has
18      adopted implementing Superfund called the
19      national contingency plan.
20              A       I apologize.  No, I'm not
21      familiar with that.
22              Q       And so you didn't make any
23      effort to comply with the national
24      contingency plan in doing your work in
25      this case?

Page 110

W.D. Merklin, P.E.

```
 1                 W.D. Merklin, P.E.
 2        A        No.
 3                 MR. FISHER:  Objection.
 4        Q        Let's look at Exhibit 5.
 5   This is a -- this is the proposal that
 6   you mentioned for engineering services;
 7   correct?
 8        A        Yes.
 9        Q        And your -- if I understand
10   correctly because you regard this as --
11   strike that.
12                 If I understand this
13   correctly, because the Department of
14   Water regards this as a professional
15   contract, it doesn't have to go through
16   the bidding procedures that govern local
17   government; is that correct?
18        A        I don't know.
19        Q        Previously we marked an
20   exhibit in Mr. Reinhardt's deposition and
21   that was marked as Exhibit 9 in the case
22   and this appears to be a similar letter,
23   but it has a date of May 3, 2013.
24                 Do you know why there are --
25   why this letter has two different dates?
```

Page 111

1                W.D. Merklin, P.E.

2        A        I don't know why.

3        Q        Well, let's go with your

4    Exhibit 5 then.  So there's a table that

5    has sampling results from the relative

6    wells on page 1; correct?

7        A        Yes.

8        Q        Do you know where those

9    results came from?

10       A        They would have been

11   provided by the Town.

12       Q        And it indicates that Freon

13   113 was found in well 13, but not in 7A

14   or 8A; correct?

15       A        Yes.

16       Q        And it doesn't indicate that

17   Trichloroethylene was found in any of the

18   wells; does it?

19       A        It does not.

20       Q        And, in fact, of the four

21   substances, only Freon 113 was found in

22   well 13 and the other three were only

23   found at well 7A and 8A; correct?

24       A        That's correct.

25       Q        Did you reach any conclusion

Page 112

1                W.D. Merklin, P.E.

2       at that time as to the cause of those

3       different patterns of contamination?

4                    MR. FISHER:  Objection.  You

5          can answer.

6            A       At this time we were just

7       writing a proposal, so we had no real

8       detailed knowledge.

9            Q       Did you ever determine where

10      the Xylene that's identified in well 7A

11      and 8A came from?

12           A       I don't know.

13           Q       So for wells 7A and 8A, it

14      indicates the contaminants detected in

15      these wells are currently at low

16      concentrations and can be effectively

17      removed using granulated activated carbon

18      filtration; correct?

19           A       Yes.

20           Q       And so if you have a choice,

21      is the preference for GAC as opposed to

22      PTAS?

23           A       If that was viable, it would

24      be preferable.

25           Q       Why is that?

Page 113

```
 1                    W.D. Merklin, P.E.
 2          A         It's lower cost to construct
 3     and it takes less time to construct.
 4          Q         Eventually it was determined
 5     to use PTAS for both 7A and 8A though;
 6     correct?
 7          A         Yes.
 8          Q         Was that your decision?
 9          A         Yes.
10          Q         And why was that?
11          A         Because of the concerns
12     about Freon 113 potentially showing up.
13          Q         Do you know if Freon 113 has
14     ever been detected in well 7A?
15          A         I don't know.
16          Q         Do you know if it was ever
17     detected in well 8A?
18          A         I don't know.
19          Q         That paragraph says
20     "However, the source of this
21     contamination is not currently known,
22     therefore the potential maximum influent
23     concentration is not known;" correct?
24          A         Yes.
25          Q         If you had not concluded
```

Page 114

1            W.D. Merklin, P.E.

2    that the Northrup Grumman/NWIRP site was

3    the source of contamination at well 7A

4    and 8A, how would you have determined the

5    design criteria for the well?

6                MR. FISHER:  Objection.  You

7        can answer.

8        A        If it -- if it wasn't

9    identified?

10        Q        Correct.  You indicated

11    sometimes you can't identify the source

12    of contamination at a well.  If for 7A

13    and 8A there was -- you hadn't identified

14    a source, how would you determine the

15    design criteria?

16        A        We did -- we did identify a

17    source, so I'm not really sure, you know,

18    how would I answer that because it's just

19    a hypothetical.  I don't know how to

20    answer it.

21        Q        I'm allowed to ask experts

22    hypotheticals.

23        A        All right.

24        Q        Can you answer the question?

25        A        Well, we would have based it

Page 115

1                  W.D. Merklin, P.E.

2       on just the results we had in the well I

3       guess.

4            Q       Would you have chosen TCE as

5       the design parameter in that case?

6            A       If all we had were these

7       three contaminants, we would have picked

8       whichever one is either the most

9       difficult to remove or at the highest

10      concentration.  We would have looked at

11      each one and then probably assumed.

12      There was sort of like a rule of thumb

13      that the Nassau County Department of

14      Health has used in the past where they

15      look for five times the maximum

16      concentration that you've ever seen, so

17      we would possibly have applied that rule.

18                  It's difficult for me to

19      answer because I don't have all of those

20      details in front of me.

21           Q       That Nassau County

22      Department of Health rule of thumb, is

23      that set forth in regulations or

24      standards or is that just an --

25           A       No.  That's just based on

Page 116

1               W.D. Merklin, P.E.

2      experience from comments we may have

3      received from them over the years.  It's

4      really just a rule of thumb.  It's not a

5      code.

6          Q       And so on page 2 of Exhibit

7      5, you included an estimated construction

8      cost; is that correct?

9          A       Yes.

10          Q       It was 2,300,000 for well

11      7A, 8A and then 1.8 million for well 13?

12          A       Yes.  Each one of those is

13      with the assumption that the construction

14      would begin at a certain year.

15          Q       And how did you reach those

16      numbers?

17          A       I don't remember if we did

18      any kind of detailed cost estimate, but

19      it would probably have just been based on

20      other recent projects of similar size.

21          Q       And then -- actually, did

22      you prepare a basis for that estimate and

23      some sort of written document that you

24      prepared for the Town or did you just do

25      this letter?

Page 117

1                   W.D. Merklin, P.E.

2          A          Yeah.  I don't recall

3     whether we did or did not do that.

4          Q          All right.  And then the

5     next section is engineering proposal,

6     scope of services and that is -- that

7     sets out the work that D&B is proposing

8     to do on this project?

9          A          Yes.

10         Q          And does that basically

11    comport with the work that D&B did or are

12    there things set out here that were

13    important that you didn't do or that were

14    added?

15         A          We did do everything that's

16    on here.  We also did some additional

17    design work that's not on here.

18         Q          What was the -- what did the

19    additional design work involve?

20         A          At the time that we were

21    preparing the basis of design report, the

22    Health Department began enforcing a new

23    regulation with respect to air emissions,

24    so we had to evaluate alternatives and

25    prepare a design for the treatment of the

Page 118

1               W.D. Merklin, P.E.

2        off-gas from the packed tower.

3             Q        And then on the last page

4        there's the estimate of your or there's

5        the scope of services not to exceed the

6        following fees and those are for D&B;

7        correct?

8             A        Yes.

9             Q        Were those -- was that

10       amount of $459,000 exceeded before the

11       end of the project?

12            A        Yes.

13            Q        Why was that?

14            A        Because of the additional

15       design work.

16            Q        Was there a subsequent

17       submission to the Town and approval from

18       the Town for the additional funding?

19            A        No.

20            Q        Why not?

21            A        Well, part of the additional

22       cost was related to that design, extra

23       design work and part of it may be to our

24       own inefficiencies.  We haven't made that

25       submittal to them --

Page 119

1               W.D. Merklin, P.E.

2        Q       Oh.

3        A       -- because the way the Town

4    likes to work is they want the whole

5    project to be done so if there's

6    additional cost both in construction or

7    engineering that it's brought to the Town

8    Board one time and so those contracts had

9    to be closed out before we could do that.

10       Q       Let me just ask you looking

11   at your expert report, Exhibit 3, on page

12   5 and in the third full paragraph and in

13   the sixth full paragraph it sets out the

14   total costs for design and construction

15   of the PTAS for wells 7A and 8A and then

16   the total cost for design and

17   construction of the PTAS for well 13.

18               Is that the final cost or

19   might there be additional costs?

20       A       That was the final cost at

21   the time of the expert report.  It is

22   possible that there would be some

23   additional costs when the contracts are

24   finally closed out.

25       Q       And that total cost for each

Page 120

1                    W.D. Merklin, P.E.

2     of those includes the D&B fees; correct?

3            A        Yes.

4            Q        Do you know at the time D&B

5     made its proposal in May or June of 2013

6     if the Town had contacted the Navy or

7     Northrup Grumman about this project?

8            A        I don't know.

9            Q        Do you know if they had

10    contacted the New York State DEC or the

11    New York State Department of Health or

12    the Nassau County Department of Health?

13           A        I don't know.

14           Q        Looking at our next

15    document, I'll mark this as Exhibit 10.

16                    (The above-referred-to

17          resolution was marked as Merklin

18          Exhibit 10 for identification as of

19          this date.)

20           Q        This is a document that was

21    produced by the Town in this litigation.

22    It's a resolution authorizing the Board

23    of -- excuse me -- authorizing the

24    Department of Water to accept your

25    proposal, although here the proposal is

Page 121

1                W.D. Merklin, P.E.

2     stated as being dated May 3, 2013;

3     correct?

4          A      Yes.

5          Q      Do you recall, other than

6     the proposal, was any other information

7     provided to the Town for its -- to the

8     Town Board for its consideration?

9          A      I don't know.

10         Q      Did you make any kind of

11    presentation or did the Town Department

12    of Water handle that?

13         A      The Town Department of Water

14    handled it.

15         Q      Do you know if there was any

16    information to the public given out about

17    the proposal that D&B had prepared?

18         A      I don't know.

19                THE WITNESS:  Can we turn

20        the heat down a little bit?

21                MR. STERTHOUS:  Are you

22        talking to Frank?

23                MR. LEONE:  No.  I know what

24        you were talking about.

25                THE WITNESS:  You're

Page 122

1                    W.D. Merklin, P.E.
2         grilling me.
3              Q        And since this resolution of
4         June 18, 2013, are you aware of any
5         documentation that's been provided to the
6         Town Board concerning the project?
7              A        No.
8              Q        The second whereas clause of
9         the resolution that's Exhibit 10 says
10        "Whereas wells number 7A, 8A and 13 in
11        the Levittown Water District are located
12        in close proximity to a known plume of
13        contamination."
14                     Did you provide that
15        information?
16             A        No.
17             Q        Do you know what plume is
18        being referred to here?
19             A        I could speculate.
20             Q        Okay.  But you don't know?
21        I mean, you don't -- you weren't involved
22        in the drafting of this document?
23             A        No, I was not.
24             Q        So what happened next in the
25        project after the Town Board approved the

Page 123

1                W.D. Merklin, P.E.

2    resolution hiring D&B?  What did you do

3    next?

4         A       I don't recall specifically,

5    but typical procedure would be to have a

6    kickoff meeting with the Town and to get

7    information from them, data, any project

8    preferences that they have.

9         Q       What do you mean by data

10   project preferences?

11        A       Well, data, I mean like the

12   water quality data, if they have any

13   drawings or specifications for the

14   existing facilities on the sites, things

15   that we would need to prepare our reports

16   and specifications.

17        Q       Do you recall what the Town

18   provided to you?

19        A       I don't remember exactly.

20        Q       And so did you consider that

21   information in preparing the design

22   reports?

23        A       Yes.

24        Q       And you also prepared the

25   specifications, the contract documents

Page 124

                    W.D. Merklin, P.E.

1    that we looked at that were marked as --

2    that were exhibits to your expert report?

3         A      Yes.

4         Q      And when were those -- when

5    were those prepared?

6         A      I think the date is on the

7    front.  Whatever that says.

8         Q      All right.  So for 7A and

9    8A, it's February 15.  Excuse me.  It's

10   February 2015 and for 13 it's November

11   2014.  So that's after the design report

12   is prepared; correct?

13        A      Yes.

14        Q      And then so after you put

15   out the specifications, various

16   contractors bid on it and then the Town

17   selects the contractors?

18        A      We review the bid results

19   and we make a recommendation for the

20   lowest qualified bidder.

21        Q      And is that what you did in

22   this case?

23        A      Yes.

24        Q      And then do you, does D&B

Page 125

1          W.D. Merklin, P.E.

2     then supervise the work of those -- of

3     those contractors?

4          A       No.

5          Q       Who does that?

6          A       They're not supervised by

7     anybody.  We observe the work and we

8     confirm that the work is done in

9     accordance with the specifications.

10         Q       Is there a general

11    contractor who oversaw the work of all

12    the contractors at the site?

13         A       There's three prime

14    contractors in accordance with the New

15    York State Municipal Law, Wicks Law.

16         Q       Uh-huh.

17         A       So there was a general

18    construction, electrical construction and

19    plumbing contract -- plumbing

20    construction contract for each of the two

21    sites, so a total of six contracts.

22         Q       And does the general

23    construction contractor hire its own

24    subcontractors?

25         A       They would, yes, also hire

Page 126

1                    W.D. Merklin, P.E.

2      subs.

3          Q         Were there -- strike that.

4                    In your role with D&B

5      observing the work, were there any major

6      problems that you observed?

7                    MR. FISHER:  Objection, but

8          you can answer.

9          A         I just don't recall if there

10     were or not.

11         Q         Going back to your report on

12     page 4, which is Exhibit 3, the second

13     paragraph says "In June 2013, D&B was

14     retained by TOH to prepare a design

15     report as well as detailed plans and

16     specifications and obtain permits and

17     provide services during the construction

18     for a treatment facility suitable to

19     remove the contamination at wells 7A, 8A

20     and 13."

21                   What permits were you

22     involved with getting?

23         A         Well, Nassau County

24     Department of Health approval of the

25     design report, Nassau County Department

Page 127

1          W.D. Merklin, P.E.

2     of Health approval of the plans and

3     specifications for construction, Nassau

4     County Department of Health approval

5     for -- to place the facility in

6     operation, Nassau County Department of

7     Health approval for reduced pressure zone

8     devices and I'm trying to remember.

9               We may have had to go to the

10    Nassau County Fire Marshal if there was a

11    diesel generator, but I don't remember if

12    that was the case here.

13         Q         And the next paragraph,

14    paragraph 3, talks about what it

15    describes as a routine two mile radius

16    search and that's the EDR report that you

17    talked about earlier?

18         A         Correct.

19         Q         Why is two miles the limit?

20         A         That's just our standard

21    procedure.

22         Q         And then other than the EDR

23    document and your general knowledge of

24    the OU-2 plume, did you do any

25    investigation of potential sources of

Page 128

1              W.D. Merklin, P.E.

2    contamination at wells 7A, 8A and 13?

3         A      Well, we would have looked

4    for any other known sites of concern.

5         Q      Was that process documented

6    in any way?

7         A      No.

8         Q      Did you consider the New

9    Cassel area as a potential source?

10        A      I don't recall.

11        Q      All right.  On paragraph 3

12   it indicates that "No potential sources

13   were identified within the radius of the

14   search, but that data available at the

15   time of the report preparation indicated

16   the presence of the same constituents in

17   the Grumman plume as those observed by

18   wells 7A, 8A and 13."

19              And as we discussed, the

20   Grumman plume is also known as OU-2;

21   correct?

22        A      Yeah.

23        Q      And then when it refers to

24   the Grumman site, is that referring to

25   the Grumman and Navy NWIRP property?

Page 129

1               W.D. Merklin, P.E.

2        A       I think it says specifically

3    originating from the Northrop Grumman

4    Systems Corporation site in Bethpage and

5    then there's an ID number.

6        Q       Do you know if that includes

7    the Navy NWIRP property?

8        A       I don't know.

9        Q       Do you know if the Hooker

10   RUCO property adjacent to the NWIRP

11   property contributes to the OU-2 plume?

12       A       I don't know.

13       Q       You're not giving testimony

14   as to the specific source of contaminants

15   at the Levittown Water District wells as

16   to whether they come from the Northrup

17   Grumman property and/or the Navy,

18   adjoining Navy property and/or any other

19   property; correct?

20       A       No.  I'm only -- I'm only I

21   guess stating that we looked at certain

22   data and used it to make a decision for

23   the decision criteria.

24       Q       You indicate on paragraph 3

25   that the Grumman site was known to exist

Page 130

```
 1                 W.D. Merklin, P.E.
 2     upgradient approximately two and-a-half
 3     miles north northeast from wells 7A, 8A
 4     and 13?
 5          A      Yes.
 6          Q      How did you determine that
 7     it was upgradient?
 8          A      Based on the data available
 9     from the various studies that had been
10     done on the plume.
11          Q      Do you recall any specific
12     studies that you looked at that had that
13     data?
14          A      I don't recall specifically.
15          Q      Did you document those
16     studies in any way, make a list of the
17     studies you were relying on or anything
18     like that?
19          A      No.
20          Q      Did you maintain a file of
21     those studies?
22          A      Yes.
23          Q      Do you have that file?
24          A      I think it was provided as
25     part of our subpoena response.
```

Page 131

1          W.D. Merklin, P.E.

2          Q        Would all of the documents

3    that you relied on in determining that

4    the Grumman site was upgradient from the

5    LWD wells, would those all have been

6    included in your subpoena response?

7          A        Yes.

8          Q        Okay.  But you didn't do

9    any -- strike that.

10                   Did you take any notes or

11   anything from those documents indicating

12   the ones that you relied on or

13   information that you obtained from them?

14         A        No.

15         Q        Did anybody at D&B do that?

16         A        No.

17         Q        Now it says the -- your

18   report, paragraph 3, the last sentence

19   says "The data available at the time of

20   the report preparation indicated the

21   presence of the same constituents in the

22   Grumman plume as those observed in wells

23   7A, 8A and 13.  The data is summarized

24   and included in the design reports

25   attached as Exhibits C and D;" correct?

Page 132

1            W.D. Merklin, P.E.

2        A        Yes.

3        Q        So is all the data that you

4    relied on for that information included

5    in those design reports?

6        A        I'm not really sure.

7        Q        Now, when it says the same

8    constituents, did you do any evaluation

9    of the relative concentrations of the

10   various chemicals that were found at the

11   LWD public supply wells and that were

12   found in the OU-2 plume?

13       A        No.

14       Q        Now, in terms of your expert

15   report, have you considered any new

16   information that was not summarized and

17   included in the design reports as to the

18   potential source of contamination at the

19   LWD wells?

20       A        No.

21       Q        You mentioned you had worked

22   on 20 projects in Long Island involving

23   VOC contamination.  Was Trichloroethylene

24   present at some or most of those

25   projects?

Page 133

1                    W.D. Merklin, P.E.

2                         MR. FISHER:  Objection.  You

3          can answer.

4          A         Definitely on some of them,

5          yes.

6          Q         Was Freon 113 present at any

7          of those projects?

8                         MR. FISHER:  Objection.  You

9          can answer.

10         A         Yes.

11         Q         Which one or ones?

12         A         I don't recall.

13         Q         Neither TCE nor Freon 113

14         are unique to the Northrup Grumman/NWIRP

15         property; correct?

16         A         That's true.

17         Q         Do you know if TCE is the

18         primary contaminant in the OU-2 plume?

19         A         I don't know.

20         Q         You never did that

21         evaluation?

22         A         No.

23         Q         Let's go back and talk about

24         LWD wells 1 and 2.  Do you recall what

25         contamination was present in those wells?

Page 134

1                    W.D. Merklin, P.E.

2          A        No.

3          Q        You recall it's VOCs though?

4          A        Yes.

5          Q        Do you know the levels of

6    VOCs?

7          A        No.

8          Q        Do you know the sources of

9    VOCs?

10         A        No.

11         Q        How about 5A and 5B, do you

12   know the levels of VOCs present in those

13   wells?

14         A        No.

15         Q        And do you know the sources?

16         A        No.

17                  MR. FISHER:  5A and 5B or 5A

18      and 6B?

19                  MR. LEONE:  5A and 6B.

20      Thank you.

21         A        Yes, that's correct.

22         Q        How did you determine the --

23   say for wells 1A and 2A, how did you

24   determine the design criteria for the

25   treatment system without knowing the

Page 135

1                    W.D. Merklin, P.E.

2    sources?

3          A          I don't recall.

4          Q          And you haven't done any

5    work for the Hicksville Water District;

6    correct?

7          A          That's correct.

8          Q          So then the fourth paragraph

9    on Exhibit 3 says "Based on the publicly

10   available monitoring well data, the

11   maximum VOC concentration observed in the

12   Grumman plume was 420 parts per

13   billion" -- "was 420 PPB of

14   Trichloroethylene TCE" -- excuse me --

15   "of Trichlorethylene TCE."

16                    Where did that number come

17   from?

18         A          From one of the monitoring

19   wells.

20         Q          Do you recall which one?

21         A          No.

22         Q          Was it identified in your

23   expert report?

24                    MR. FISHER:  Objection, but

25        you can answer.

Page 136

1                    W.D. Merklin, P.E.

2          A        No.  It was not.

3          Q        Was it identified in your

4    design reports?

5          A        No.

6          Q        Why not?

7          A        I don't know.

8          Q        If that number was going to

9    be the basis for the design of the

10   treatment system, did you not think it

11   important to identify the source of that

12   information?

13                   MR. FISHER:  Objection.  You

14      can answer.

15         A        In hindsight that makes

16   sense, sure.

17         Q        That wasn't an issue that

18   was raised at the time?

19         A        It was.

20         Q        How was it discussed?

21         A        It was a comment from the

22   Nassau County Department of Health in

23   their review of our design report.

24         Q        Did they ask what the basis

25   of the 420 PPB was?

Page 137

1                      W.D. Merklin, P.E.

2           A        Yes.

3           Q        And what was your response?

4           A        That we identified the

5    monitoring well that we saw those

6    results.

7           Q        You identified that

8    monitoring well in response to the Nassau

9    County Department of Health?

10          A        Yes.

11          Q        So that should be in the

12   correspondence?

13          A        Yes, it is.

14          Q        In paragraph 4 it then says

15   "Based on good engineering practice, a

16   water treatment facility must be designed

17   to treat the highest possible future

18   contamination concentration anticipated."

19                   Where is that -- strike

20   that.

21                   Is that good engineering

22   practice set out in any documents?

23          A        No.

24          Q        What does highest possible

25   future contamination concentration

Page 138

1              W.D. Merklin, P.E.

2      anticipated mean?

3          A       Well, we would look for the

4      highest concentration in a monitoring

5      well in this case and use that as the

6      design criteria.

7          Q       How did you determine that

8      the -- strike that.

9                  Did you determine that

10     monitoring well was upgradient of the LWD

11     wells?

12         A       Yes.

13         Q       Of all of them?

14         A       Yes.

15         Q       How did you make that

16     determination?

17         A       Based on the data available

18     in the various reports for the plume.

19         Q       Did you see any reports that

20     said that contamination from that well

21     would travel to the LWD wells 7A, 8A or

22     13 specifically?

23                 MR. FISHER:  Objection.  You

24        can answer.

25         A       I believe -- I'm not sure

Page 139

1                   W.D. Merklin, P.E.

2       how to answer that.  I think that the

3       contingency plan that we talked about

4       earlier did indicate that one of these

5       wells could potentially be impacted by

6       the plume.

7                   Whether or not it said

8       specifically by the plume at the location

9       of that monitoring well is -- you know, I

10      don't know.  That's very hard to answer.

11          Q       And the contingency plan,

12      the public water supply contingency plan

13      identified well 13; correct?

14          A       I think that's correct.

15          Q       It did not even mention

16      wells 7A or 8A correct?

17          A       That's correct.

18          Q       The contingency plan didn't

19      set forth levels that might be

20      anticipated to reach well 13 if the plume

21      did, in fact, reach well 13; correct?

22          A       Could you rephrase that

23      question?

24          Q       Sure.  The contingency plan

25      didn't set forth the levels that could be

Page 140

1                    W.D. Merklin, P.E.

2       anticipated to reach well 13 if the OU-2

3       plume actually reached well 13?

4            A         No.  It indicated that if

5       concentrations were detected in the well

6       above a certain range, then that would

7       trigger certain events.

8            Q         All right.  But it didn't --

9       it didn't set forth design criteria for

10      any wellhead treatment at well 13;

11      correct?

12           A         That's correct.

13           Q         All right.  The next

14      paragraph on page 4 says "Having

15      identified the anticipated contaminants

16      and estimating potential maximum

17      concentrations which could impact the raw

18      water in wells 7A, 8A and 13, D&B

19      evaluated alternatives for treatment;"

20      right?

21           A         Yes.

22           Q         And the identification of

23      the anticipated contaminants and maximum

24      potential was based on the well -- the

25      monitoring well that had 420 parts per

Page 141

1                    W.D. Merklin, P.E.

2          billion of TCE; correct?

3               A       Yes.

4               Q       Then it indicates that

5          because of the high concentration of TCE

6          observed in the plume monitoring wells

7          and the presence of Freon 113, GAC was

8          not considered a viable option for

9          treatment and it mentions data provided

10         by Calgon; correct?

11              A       Yes.

12              Q       Was that data included in

13         the design reports?

14              A       No.

15              Q       Was it included in the

16         documents that D&B produced?

17              A       No.

18              Q       Can you identify what that

19         data is?

20              A       It was not data specifically

21         for this project.  As we discussed

22         earlier, it's data that was provided some

23         time in the past.

24              Q       And you did not produce that

25         data in this case; correct?

Page 142

1              W.D. Merklin, P.E.

2         A         That's correct.

3         Q         And then it indicates that

4    based on the assessment of D&B, it was

5    determined that the design concentration

6    of TCE would require frequent carbon

7    changes; correct?

8         A         Yes.

9         Q         And that design

10   concentration of TCE is influent of 420

11   parts per billion; correct?

12        A         Yes.

13        Q         Was there any evaluation of

14   the frequency for carbon changes if the

15   concentrations were lower than 420 parts

16   per billion?

17        A         No.

18        Q         Did you have a date by which

19   you thought this 420 parts per billion

20   would reach the Levittown Water District

21   wells?

22        A         No.

23        Q         So you didn't do any

24   calculations as to the speed of the

25   plume, if you will, in terms of its

Page 143

1                    W.D. Merklin, P.E.

2    potential impact on the Levittown Water

3    District wells?

4          A       No.

5          Q       Then at the end of the page

6    there you talk about having designed

7    other VOC treatment facilities, that D&B

8    was familiar with the limitations of GAC

9    for treatment.  "For this reason the

10   design report did not include a

11   discussion of the treatment selection

12   process;" correct?

13         A       Right.

14         Q       So did the Town or -- strike

15   that.

16                 Did the Town ever raise a

17   concern as to why there was not a

18   discussion of the treatment selection

19   process in the design report?

20         A       No.

21         Q       So someone reading the

22   design report wouldn't know the basis for

23   the treatment selection; would they?

24                 MR. FISHER:  Objection.  You

25     can answer.

Page 144

1                    W.D. Merklin, P.E.

2          A        I don't know.

3          Q        Then earlier in that

4     paragraph you say "Therefore it is our

5     opinion to a reasonable degree of

6     certainty that the best available

7     technology at the time of the preparation

8     of the design reports was PTAS;" correct?

9          A        Yes.

10         Q        Is that a conclusion you

11    reached in 2016 -- excuse me -- strike

12    that.

13                   Was that a conclusion you

14    reached in connection with preparing the

15    design reports or was that a conclusion

16    you reached in connection with this

17    expert report?

18         A        During the design report.

19         Q        What does reasonable degree

20    of certainty mean to you?

21         A        Those are words --

22         Q        Those are words?

23         A        -- in the English language.

24         Q        Right.  Well --

25         A        A reasonable degree.

Page 145

1                    W.D. Merklin, P.E.
2         Q         Is it 100 percent certainty,
3    10 percent certainty?
4         A         Less than 100, more than 90.
5         Q         More than 90, okay.  Between
6    90 and 100?
7         A         I don't know.  I really I
8    don't -- I'm making up percentages.  I
9    don't know how to answer that.
10        Q         Have you used that
11   expression in your work prior to
12   preparing this expert report?
13        A         I don't recall.
14        Q         You don't recall preparing a
15   document where you said that it's your
16   opinion to a reasonable degree of
17   certainty something?
18        A         I don't recall.
19        Q         And then you also say
20   "Therefore, it is our opinion to a
21   reasonable degree of certainty."
22                  By "our," are you just
23   referring to you or are you referring to
24   you and someone else?
25        A         I think I'm referring to the

Page 146

1              W.D. Merklin, P.E.

2     company, D&B Engineers and Architects.

3         Q       Is there anybody else at

4     that company who would be expressing that

5     opinion to a reasonable degree of

6     certainty?

7         A       No.

8         Q       Did D&B perform any analysis

9     of how different design criteria might

10    affect the costs and effectiveness of the

11    treatment system?

12        A       Can you ask that again?

13        Q       Sure.  The design criteria

14    of the treatment system was 420 parts per

15    billion of TCE; correct?

16        A       Right.

17        Q       So the question is did D&B

18    do any evaluation of how different design

19    criteria lower or higher than 420 parts

20    per billion might affect the cost and

21    effectiveness of the treatment system?

22        A       No.

23              MR. LEONE:  Let's take a

24        quick break.  I'll get some more

25        documents.

Page 147

1            W.D. Merklin, P.E.

2                 THE WITNESS:  Okay.

3                 MR. VIDEOGRAPHER:  We are

4      now off the record.  The time on the

5      video monitor is 1:19 p.m.

6                 (A short recess was taken.)

7                 MR. VIDEOGRAPHER:  We are

8      now back on the record.  The time on

9      the video monitor is 1:29 p.m.

10      Q       Mr. Merklin, your report,

11   just to circle back to page 4, you talked

12   about identifying the possible sources of

13   VOC contamination.

14                 What criteria did you

15   consider in your search for sources?

16      A       Well, we looked for known

17   spill sites that had constituents similar

18   to the ones we saw and also known spill

19   sites that had any other constituents of

20   concern.

21      Q       The EDR report, did it

22   identify any VOC spill sites?

23      A       I don't recall specifically.

24      Q       And then so you had the EDR

25   report that looked at a radius of two

Page 148

1                    W.D. Merklin, P.E.

2         miles, but then you went beyond that to

3         2.5 miles, which is where the Grumman

4         site was; correct?

5              A         Correct.

6              Q         And is it your opinion that

7         the COCs -- excuse me -- is it your

8         opinion that the VOCs in the Levittown

9         Water District wells were solely

10        attributable to the OU-2 plume or can you

11        rule out other potential contributors?

12                       MR. FISHER:  Objection.  You

13           can answer if you can.

14             A         I think it's important to

15        realize that the scope of our work was to

16        design a treatment plant and not to

17        figure out how to remediate a plume or

18        something like that, right.  So we were

19        just looking for the worst case scenario

20        so that when we build a treatment plant

21        it will be functional for the long term,

22        right.

23                       You wouldn't want to spend

24        millions of dollars, build something and

25        then have it be shut down shortly

Page 149

1                    W.D. Merklin, P.E.

2      thereafter for some other reason.

3           Q       Is it possible that in

4      approaching the matter that way that you

5      overdesign the treatment systems and set

6      it to treat levels that those wells may

7      never reach?

8                    MR. FISHER:  Objection.  You

9           can answer.

10          A       I'm going to say no because

11     there's a practical size for an air

12     stripper and even if we had designed it

13     for something less than that number, it

14     would not have been a significant

15     difference.

16          Q       You didn't do that

17     evaluation though; did you?

18          A       No.

19          Q       I'm just going to show you

20     Exhibit 11.

21                    (The above-referred-to map

22          was marked as Merklin Exhibit 11 for

23          identification as of this date.)

24          Q       And this was a map that was

25     prepared by H2M with a few additions by

```
                                        Page 150
 1                    W.D. Merklin, P.E.
 2      Arcadis.
 3                       Have you ever talked to
 4      Arcadis about this project?
 5           A       I don't think so.
 6           Q       Have you worked with Arcadis
 7      on other projects?
 8           A       I haven't worked with them,
 9      but I think they may have been working on
10      investigations of sites that were
11      impacting facilities I was designing, so
12      I could have spoken to them to collect
13      data or something like that.
14           Q       Do you recall doing that in
15      connection with wells -- Levittown wells
16      7A, 8A or 13?
17           A       No.
18           Q       Did you see this -- have you
19      seen this map before?
20           A       Yes.
21           Q       When did you see this map?
22           A       On Tuesday.
23           Q       Oh, it was shown to you in
24      your preparation for --
25           A       Yes.
```

Page 151

1                W.D. Merklin, P.E.

2        Q        -- the deposition?

3        A        Correct.

4        Q        Okay.  You didn't see it

5    prior to doing your expert report?

6        A        No.

7        Q        And is it your understanding

8    that this map shows contour lines that

9    H2M drew for the affected wells?

10        A        That's not what those lines

11    are.

12        Q        Okay.  What do you think

13    those lines are?

14        A        I believe those lines are

15    contributing areas for the source water

16    of the wells.

17        Q        And for wells 7A and 8A,

18    those lines of area don't intersect with

19    the Grumman/NWIRP site; do they?

20                MR. FISHER:  Objection.

21        I'll give you a little bit of

22        latitude here, but since he's not

23        being used as an expert on these

24        issues depicted on here, I'm not sure

25        where you're headed, but you can

Page 152

```
 1                    W.D. Merklin, P.E.
 2        continue.
 3                    MR. LEONE:  Okay.
 4        A        Is the thick black line,
 5    that's the boundary of the site?
 6        Q        Correct.
 7        A        So the lines do not
 8    intersect -- the white lines don't
 9    intersect the black lines.  I could tell
10    you that.
11        Q        Okay.  And then where it
12    says 8-01 and 8-02, those are Hicksville
13    Water District wells, 8-1 and 8-2 and the
14    numbers there are the Freon numbers which
15    were 42 and 80 -- 82.9 parts per billion.
16                    MR. FISHER:  Well, you're
17        asking him -- you're telling him --
18                    MR. SCHUMACHER:  You said
19        82.
20                    MR. LEONE:  Oh, I'm sorry.
21                    MR. FISHER:  You're asking
22        him -- you're telling him for purpose
23        of your questions that those are
24        Hicksville wells and those numbers
25        represent something?
```

Page 153

1              W.D. Merklin, P.E.

2                   MR. LEONE:  Correct.

3                   MR. FISHER:  Okay.

4                   MR. LEONE:  Yes.  So let me

5         start again.

6         Q       I will represent to you that

7    the wells shown here are Hicksville well

8    8-01 and 8-03 and they show Freon

9    concentrations of 42 and 82.9 parts per

10   billion.

11                  Were you aware of that

12   information at the time you did your

13   design report?

14        A       No.

15        Q       If you had been aware of

16   Freon concentrations upgradient of wells

17   7A and 8A, would that have effected your

18   opinion as to the source of the

19   contamination at wells 7A and 8A?

20                  MR. FISHER:  Objection.  You

21        can answer.

22        A       I'm not sure.

23        Q       That's information that you

24   would have considered?

25        A       Yes.  I would have looked at

Page 154

1               W.D. Merklin, P.E.

2     it.

3          Q          And then this map also shows

4     wells for Levittown.  I will represent to

5     you those are Levittown Water District

6     wells 1A and 2A that also show Freon

7     levels comparable to the Freon levels in

8     well 13 at the time of your report.

9               Do you know the source of

10    that Freon?

11         A          No.

12              MR. FISHER:  Objection.  You

13       can answer.

14         Q          Can you rule out that

15    whatever the source of Freon for

16    Hicksville 8-1 and 8-3 and Levittown 1A

17    and 2A are -- is also the source that is

18    affecting wells 7A, 8A and/or 13?

19              MR. FISHER:  Objection.  You

20       can answer.

21         A          I don't have enough

22    information to draw a conclusion that

23    quickly.

24         Q          But you can't rule it out as

25    a potential possibility; right?

Page 155

1          W.D. Merklin, P.E.

2               MR. FISHER:  Objection.  You

3      can answer.

4          A        I can't rule what out?

5          Q        That whatever the source of

6      the Freon is for those Hicksville and

7      Levittown 1A, 2A wells is, it's the same

8      source as for 7A, 8A and 13?

9          A        I can't rule it out, but

10     I -- I can't draw any conclusion.  It's

11     really a meaningless response.

12         Q        And you didn't look for

13     information about Freon levels in public

14     water supply wells to the west and north

15     of wells 7A, 8A or 13; did you?

16         A        I don't know if we did.

17         Q        You don't recall doing that?

18         A        I don't recall.

19         Q        I'll show you Exhibit 12.

20              (The above-referred-to

21         e-mail and drawings were marked as

22         Merklin Exhibit 12 for identification

23         as of this date.)

24         Q        And this is an e-mail that

25     was in the recent production from D&B.

Page 156

1              W.D. Merklin, P.E.

It's from you to Mr. Reinhardt --

3       A       Uh-huh.

4       Q       -- is that correct?

5       A       Yes.

6       Q       And I'm showing it to you in

7  the order that these documents were

8  produced.  You can see at the bottom it

9  has what we call Bates numbers that run

10  from 1, 2, 3, that was the order that

11  these documents were produced and the

12  cover e-mail says "Please see the

13  attached highlights from our

14  investigation into the source of the

15  contamination.  It appears most likely

16  that the Grumman plume is the source.  I

17  have marked the key language from the

18  PWSCP report prepared by Arcadis in 2003

19  and some more recent data."

20              Is the information that is

21  attached to this e-mail the attached

22  highlights that are referred to in the

23  e-mail?

24       A       Well, I don't recall, but if

25  it was provided that way, that would seem

Page 157

1             W.D. Merklin, P.E.

2    to be the case.

3         Q      And then the second page of

4    this exhibit shows an Arcadis map and

5    then it has some handwriting.  Is that

6    your handwriting on it?

7         A      No.

8         Q      Do you know if it's Mr. --

9    well, strike that.

10               Do you know whose

11   handwriting it is?

12        A      I don't.

13        Q      And then likewise the next

14   page, page 3, has an excerpt from an

15   Arcadis report and it also has some

16   handwriting at the bottom, "Draft e-mail,

17   contact DEC" it looks like it says.  Is

18   that your handwriting?

19        A      No.

20        Q      Was there somebody at D&B

21   who was helping you with the

22   investigation whose handwriting that

23   might be?

24        A      Yes.

25        Q      Who is that?

Page 158

1                    W.D. Merklin, P.E.

2          A        I think it would probably be

3    someone named Anthony Caniano (phonetic).

4          Q        What did he do?

5          A        He works in our

6    environmental compliance division and

7    often when we are doing these projects,

8    we reach out to that division to help us

9    identify the source because that's the

10   type of work they do.  They do remedial

11   investigations and things like that.

12         Q        Other than these documents,

13   did he provide you with any information

14   about the source?

15         A        I don't recall.

16         Q        And it references -- I think

17   it says contact DEC.  Do you -- did you

18   have any discussions with DEC about well

19   7A -- strike that.

20                   Assuming that DEC is the New

21   York Department of Environmental

22   Conservation, did you have any

23   conversations or contacts or

24   communications with DEC about wells 7A,

25   8A or 13?

Page 159

1                    W.D. Merklin, P.E.

2        A        I believe we did.

3        Q        What do you recall about

4    those discussions or those

5    communications?

6        A        I -- I don't recall

7    specifically, but I think maybe we wrote

8    a letter and maybe we had a phone call,

9    but I'm not really sure.

10       Q        Did that concern asking them

11   for information or prior data?

12       A        I don't remember.

13       Q        Did DEC ever express an

14   opinion as to the source of the

15   contamination at well 7A, 8A or 13?

16       A        I just don't remember.

17       Q        Going back to your report,

18   Exhibit 3 at page 5, the first paragraph

19   says "Well 7A and 8A are located within a

20   residential neighborhood, therefore a

21   goal of this project was to design the

22   treatment facility to limit the visual

23   impact to the surrounding community."

24                What does that mean?

25       A        The Town wanted us to put

Page 160

1                    W.D. Merklin, P.E.

2        the air stripper -- the air stripper, the

3        towers inside a building enclosure.

4             Q        Have you done that at other

5        sites?

6             A        Yes.

7             Q        Is that more expensive to

8        put the towers inside a building

9        enclosure?

10            A        Yes.

11            Q        Did you evaluate how much

12       more expensive?

13            A        No.

14            Q        There's no health based

15       reason or regulatory reason for the

16       design of the building enclosure;

17       correct?

18                     MR. FISHER:  Objection.  You

19          can answer.

20            A        That's correct.

21            Q        And well 7A and 8A -- well,

22       strike that.

23                     Can you describe then the

24       wells 7A and 8A treatment system?  Is

25       it -- is there one treatment system for

Page 161

```
1                    W.D. Merklin, P.E.
2      both wells 7A and 8A?
3             A       Yes.
4             Q       So the same water comes up
5      from 7 or up from 8 and goes into the
6      treatment system?
7             A       That's correct.
8             Q       And then the treatment
9      system is two stripping towers that are
10     shorter than one stripping tower --
11     strike that.
12                    Is the treatment system two
13     stripping towers?
14            A       Yes.
15            Q       Does the same water go
16     through both?
17            A       Yes.
18            Q       And then it goes to --
19     excuse me.  Then the air emissions go to
20     a GAC system; is that right?
21            A       Correct.  Only from one of
22     the towers.  I think the first tower.
23            Q       Okay.
24            A       That might not be true.
25     Actually, I'm not sure about that.  At
```

Page 162

1                    W.D. Merklin, P.E.

2    least one of them, maybe two of them.

3         Q        Are there -- do you recall

4    if there's separate -- when you say the

5    two towers, those are the two stripping

6    towers?

7         A        Correct.

8         Q        And if the same water goes

9    through the towers when -- well, strike

10   that.

11                 Do you recall if the air --

12   GAC air treatment system is attached to

13   one of the towers or both or --

14        A        That's what I'm saying.

15        Q        Okay.

16        A        I'm not sure if it's one or

17   both.

18        Q        I see.

19        A        I don't recall.

20        Q        If it's not on one, does

21   that one have air emissions or is the

22   treatment system on the second tower if

23   you will?

24        A        Right.  So if -- definitely

25   the first tower would have it because

Page 163

1                    W.D. Merklin, P.E.

2      there's higher concentrations coming out

3      in the air from the first tower.

4                    The second tower may or may

5      not have it.  I just don't remember.

6           Q      Could those two towers have

7      been built as one single taller tower?

8           A      Yes.

9           Q      And did you evaluate the

10     relative costs of one versus two towers

11     for 7A and 8A?

12          A      No.  We were trying to keep

13     a minimum height for the building to fit

14     into the community.

15          Q      The one taller tower,

16     however, would have been just as

17     effective as the two towers; correct?

18          A      From a treatment point of

19     view, it would have been effective.

20          Q      Have you been to this site?

21          A      Yes.

22          Q      And --

23                 MR. FISHER:  Just be clear

24        for the record what site you're

25        referring to.

Page 164

1              W.D. Merklin, P.E.

2                   MR. LEONE:  Fair enough.

3         Q        Have you been to the site of

4    well 7A and 8A?

5         A        Yes.

6         Q        I'd like to show you what

7    we've marked as well -- excuse me -- as

8    Exhibit 17 in earlier deposition.  I

9    believe Mr. Reinhardt's.

10                  And can you describe for me

11   what this picture shows, if you know?

12        A        In the foreground is the

13   existing wellhouse building and in the

14   background is the new packed tower

15   aeration system building.

16        Q        And these are -- these are

17   sitting in a field; right?

18        A        Yes.

19        Q        Across from a bowling alley?

20        A        Correct.

21        Q        What specific information

22   did you have, if any, that indicated that

23   a -- that there was a need to limit the

24   visual impact of the treatment systems?

25        A        It was requested by the

Page 165

1                    W.D. Merklin, P.E.
2       Town.
3            Q        How did you come up with the
4       specific design of the building that
5       enclosed the treatment system?
6            A        We prepared some
7       architectural renderings and provided
8       them to the Town and they selected one.
9            Q        And they?
10           A        They selected this one.
11           Q        Were there different costs
12      in the different -- associated with the
13      different renderings or did you not get
14      to that point?
15           A        I don't remember.
16           Q        So then when Exhibit E to
17      your report was prepared, the contract
18      plans and specifications, that included
19      the cost of construction of this
20      building, correct, the 7A, 8A treatment
21      system building?
22           A        I don't think I understand
23      that question.
24           Q        Sure.  We marked as Exhibit
25      E the cover page for the construction

Page 166

1              W.D. Merklin, P.E.
2      documents for wells 7A and 8A.
3          A       Uh-huh.
4          Q       Did that also include --
5      these documents also include the
6      construction of the building that the
7      treatment towers were enclosed in?
8          A       Yes.
9          Q       In your report on page 5,
10     paragraph 3, it has the cost that we
11     mentioned earlier and you say "Based on
12     our experience with the costs for similar
13     treatment facilities constructed in
14     Nassau County, the cost for this facility
15     is considered typical and reasonable."
16              What's the basis for that
17     conclusion?
18         A       We looked at other
19     facilities that we've designed and that
20     were constructed and the bid prices and
21     in fact an amount that was actually paid.
22         Q       Did you collect those --
23     that information in a document somewhere?
24         A       No.
25         Q       You got it just from

Page 167

```
 1                    W.D. Merklin, P.E.
 2      reviewing your prior projects?
 3           A       Yeah.
 4           Q       And did you review projects
 5      that were conducted by other engineering
 6      firms?
 7           A       No.
 8           Q       Have you ever offered expert
 9      opinions that cost of construction of
10      treatment facilities were typical and
11      reasonable?
12           A       No.
13           Q       And that opinion is based on
14      your experience with your projects;
15      correct?
16           A       Correct.
17           Q       It's not based on any sort
18      of objective criteria; is it?
19                   MR. FISHER:  Objection.  You
20        can answer.
21           A       No.
22           Q       All right.  Then on page 5
23      it goes on to talk about well 13 and well
24      13 is also bounded on at least two sides
25      by a residential neighborhood; right?
```

Page 168

1                    W.D. Merklin, P.E.

2         A         No, one.  Maybe one side.

3         Q         Okay.  And visual concerns

4    weren't an issue -- were not an issue

5    with well 13?

6         A         The Town was not concerned

7    about that site.

8         Q         And then your conclusion

9    that the cost for design and construction

10   is typical and reasonable is based on the

11   same information that your opinions for

12   well 7A and 8A is based on; correct?

13        A         Yes.

14        Q         All right.  So going to the

15   conclusions section of your report it

16   says "To summarize the analyses presented

17   above, we provide the following

18   conclusions to a reasonable degree of our

19   engineering certainty."

20                  Is engineering certainty

21   different from the reasonable degree of

22   certainty you mentioned earlier?

23        A         I would say that's about the

24   same thing.

25        Q         The first bullet point

Page 234

1                    W.D. Merklin, P.E.

2      you from Ms. Ramirez again at Nassau

3      County Department of Health.  It's dated

4      August 25, 2018, authorization to operate

5      Levittown WD wells numbers 7A, 8A and

6      packed tower aeration system; correct?

7              A        Yes.

8              Q        Do you recognize this

9      letter?

10             A        Yes.

11             Q        And what does -- what does

12     this letter allow D&B to do?

13             A        It actually allows the Town

14     to place the treatment plant into

15     operation.

16             Q        And then is the well -- were

17     the wells not pumping until the treatment

18     plant was placed in operation?

19             A        Right.

20             Q        The second paragraph says

21     "The improvements at the Bowling Lane

22     plant consisted of the replacement of

23     well numbers 7A, 8A, pumps and pump

24     piers, relocation of the lime injection

25     point, the construction of an indoor two

Page 235

1              W.D. Merklin, P.E.

2    tower aeration system designed to reduce

3    a raw water influent concentration of

4    420 micrograms per liter of

5    Trichloroethene, TCE, to an effluent

6    concentration of less than 1 microgram

7    per liter and the installation of

8    granular activated carbon vessels to

9    treat the tower's emissions;" correct?

10         A       Yes.

11         Q       Now, we've certainly talked

12   about the two tower aeration system and

13   the granulated activated carbon vessels.

14              Why was the replacement of

15   pumps and pump piers, relocation of the

16   lime rejection point and replacement of

17   the chlorine treatment and addition of

18   phosphate treatment for well 7A done?

19         A       The lime injection point had

20   to be relocated downstream of the air

21   stripper so that the lime didn't foul the

22   media in the air strippers.

23              Oh, I skipped over the pump

24   piers.  Okay.  The pumps were replaced.

25   I'm sorry.  I'm jumping around here.

1              W.D. Merklin, P.E.

2        Q        Sure.

3        A        I apologize.

4              The pumps were replaced

5    because of the different head conditions

6    that they were pumping against.  So

7    reduced head conditions going to the air

8    stripper compared to when it was going

9    into the system.

10             The pump piers I'm not sure

11   what that issue was, but quite often we

12   have to raise the elevation of the pump

13   heads to comply with the sanitary code

14   and a lot of times in older installations

15   didn't have that feature.

16             The lime injection point I

17   answered.

18             Chlorine treatment equipment

19   I think was just antiquated and had to be

20   replaced.

21             And the phosphate treatment

22   I don't know.  I think the phosphate

23   treatment most likely for sequestering

24   either iron or manganese to prevent the

25   fouling of the media in the air stripper.

Page 237

                    W.D. Merklin, P.E.

1

2      Q        So do you mean the pumps, a

3      larger caliber pump had to be used

4      because you were now pumping water into

5      the -- into the treatment system?

6      A        Actually a smaller pump.

7      Q        Okay.

8      A        It was a lower head

9      condition.

10     Q        What do you mean by head

11     condition?

12     A        The total dynamic head is

13     the pressure that a pump generates, so

14     when it's pumping into the distribution

15     system, it's a much higher pressure than

16     it is pumping into an air stripper.

17     Q        Okay.  And what is a pump

18     pier?

19     A        It's just the concrete base

20     that supports the pump.

21     Q        So the phosphate treatment

22     was to facilitate the air stripping and

23     carbon treatment; correct?

24     A        I'm -- I'm not really sure.

25     Q        Okay.

Page 238

W.D. Merklin, P.E.

1

2      A        I'm speculating that it was

3    installed to sequester iron or manganese

4    or both.

5      Q        But you're not sure?

6      A        I don't really remember.

7      Q        Okay.  And then so the items

8    that we just talked about, none of

9    those -- well, strike that.

10                Do you know if any of the --

11    strike that.

12                Did you do an analysis of

13    costs that were incurred that were

14    specifically related to the treatment

15    system as opposed to updating antiquated

16    systems or replacing other things because

17    you were working on the well?

18      A        No.

19      Q        There were some aspects of

20    the improvements that were not required

21    by the wellhead treatment system; weren't

22    there?

23      A        Yes.

24      Q        And you haven't quantified

25    those?

Page 239

1                    W.D. Merklin, P.E.

2          A        No.

3          Q        Is the same generally true

4    for plant 13, excuse me, for well 13?

5          A        To a lesser degree, yes.

6          Q        So this letter was the

7    Nassau County approval for the operation

8    of the treatment system.

9                   Was there any approval

10   obtained by -- from this New York State

11   DOH or New York State DEC or EPA or any

12   other federal or state environmental

13   agency?

14         A        No.

15                  (The above-referred-to

16        letter was marked as Merklin Exhibit

17        19 for identification as of this

18        date.)

19         Q        Exhibit 19 is a letter,

20   another letter from Ms. Ramirez to you.

21   This one is November 24, 2014.  It

22   relates to well 13 and the review of the

23   design report for that well; correct?

24         A        Yes.

25         Q        And 7A again asks about --

Page 240

1          W.D. Merklin, P.E.
2               MR. FISHER:  You're talking
3      about on Exhibit 19?
4               MR. LEONE:  Yes.
5               MR. FISHER:  Bullet 7A?
6               MR. LEONE:  Correct.
7          Q       It talks about the plume
8      monitoring well depicted in Appendix A
9      that contains 420 micrograms per liter of
10     TCE.
11              And then do you recall
12     anything else about that discussion or we
13     should just look at your answer?
14         A       We should look at my answer.
15         Q       Okay.  And then number 9 in
16     this exhibit, item 9B says "Please
17     include an evaluation of available
18     technologies for off-gas treatment in a
19     manner similar to the report's discussion
20     on waste water" -- excuse me -- "on water
21     treatment alternatives and give reasons
22     for selecting the one recommended."
23              Is that something that you
24     did in the revised report?
25         A       I believe we did.

Page 241

1                    W.D. Merklin, P.E.
2          Q          And on page 3, item 9E talks
3     about changing -- it talks about the
4     vapor phase carbon usage rate and
5     changing every 88 days.
6                    Why were there differences
7     in the assumptions of carbon change
8     rates?
9          A          Differences between?
10         Q          Between 7A, 8A and 13.
11         A          I would assume because one
12    system is for a single well and the other
13    is for two wells.
14                   MR. LEONE:  The next
15        exhibit, Number 20.
16                   (The above-referred-to
17        letter was marked as Merklin Exhibit
18        20 for identification as of this
19        date.)
20         Q          And Exhibit 20 is a letter
21    dated January 16, 2015 concerning well
22    13A to Ms. Ramirez, which says it's a
23    response to your letter dated November
24    24, 2014.
25                   So is this a response to

Page 242

1              W.D. Merklin, P.E.
2      Exhibit 19 that we just looked at?
3          A       Yes.
4          Q       And here on item 7A it's in
5      response to the question about the source
6      of the 420 parts per billion of TCE.  It
7      says "Data from monitoring well 34D
8      collected during the April-August 2013
9      sampling period exhibited concentration
10     of TCE at 330 parts per billion at a
11     depth of 319 feet;" correct?
12         A       Yes.
13         Q       330 parts per billion isn't
14     the same thing as 420 parts per billion;
15     right?
16              MR. FISHER:  Objection.
17         A       That's right.
18              MR. FISHER:  You can answer.
19         Q       Can you answer?
20         A       Oh, I'm sorry.  I said
21     that's right.
22         Q       I'm sorry.  I didn't hear
23     you over the objection.
24              Why then was the data from
25     well 34D that shows 330 parts per billion

Page 243

1              W.D. Merklin, P.E.
2      the basis of design criteria of 420 parts
3      per billion?
4           A       Well, we were really looking
5      at an average of multiple monitoring
6      wells, so we chose 420 as a more
7      conservative number.
8           Q       And your response to this
9      date -- excuse me.  Your response to NC
10     DOH doesn't say you're looking at
11     averages, though, and doesn't identify
12     any other number; does it?
13          A       It doesn't.
14          Q       And then the depth of well
15     34D is 330 -- excuse me -- the depth of
16     34D is 319 feet; correct?
17          A       Yes.
18          Q       And that's far shallower
19     than well 7, 8 -- 7A, 8A or 13; isn't it?
20          A       It is shallower.
21          Q       It's about half the depth of
22     well 13; isn't it?
23          A       Well, again, the screen zone
24     is a wider range.  It's not just the
25     depth of the well so, no.

Page 244

1            W.D. Merklin, P.E.

2       Q       Well, the maximum depth is

3   700, over 700 feet; isn't it?

4       A       Right, but we don't know

5   where -- in this conversation right now,

6   we don't know where the top of that

7   screen is.

8       Q       Okay.  And in determining

9   the design criteria, did you do any

10  evaluation of where the tops of the

11  screens were?

12      A       I would assume we did, but I

13  don't recall.

14      Q       Was that documented

15  anywhere.

16      A       No.

17      Q       Then I think we already

18  looked at the location of well 34D.  It's

19  about a mile northeast of well 13;

20  correct?

21              MR. FISHER:  Objection, but

22     you can answer.

23      Q       You can look at Exhibit 11

24  and I think we already discussed this as

25  well.

Page 264

1

2

C E R T I F I C A T I O N

3

4

5        I, LISA H. MACDONALD, a Registered

6    Professional Reporter and a Notary

7    Public, do hereby certify that the

8    foregoing witness, WILLIAM D. MERKLIN,

9    was duly sworn on the date indicated, and

10    that the foregoing is a true and accurate

11    transcription of my stenographic notes.

12        I further certify that I am not

13    employed by nor related to any party to

14    this action.

15

16

17

18

19                LISA H. MACDONALD, RPR

20

21

22

23

24

25