# EXHIBIT 32

# Steven Scharf - Town of Hempstead Levittown Water District

| | |
|---|---|
| **From:** | Steven Scharf |
| **To:** | bmerklin@db-eng.com |
| **Date:** | 11/4/2013 1:28 PM |
| **Subject:** | Town of Hempstead Levittown Water District |
| **CC:** | Harrington, Jim; Joseph Defranco; Parish, Walter; Steven Karpinski; Swartwout, John; edward.hannon@ngc.com; john.lovejoy@hhsnassaucountyny.us; jreinhardt@tohmail.org; lora.fly@navy.mil; slaun@db-eng.com |

Dear Mr. Merklin, P.E.,

This email follows our conversation earlier today regarding the D&B information request for the Northrop Grumman and Naval Weapons Industrial Reserve Plant (NWIRP) Sites. The NYSDEC has satisfactorily responded to all of the documents D&B, on behalf of the Town of Hempstead (aka Levittown Water District), has currently requested.

Currently, D&B is preparing, a basis of design report for the treatment of Freon 113 impacting the Levittown Water District 7A-8A and 13 wellfields. This report should be ready I the near future for DOH review. D&B has agreed to supply the NYSDEC with a copy of this report for review also.

Should you require any additional information at any time, please contact me at your earliest convenience.

Thanks,


Steven M. Scharf, P.E.
Project Engineer
New York State Department of
Environmental Conservation
Division of Environmental Remediation
Remedial Action, Bureau A
625 Broadway
Albany, NY   12233-7015
(518)402-9620
Fax:  (518)402-9022