# EXHIBIT 38

# Scott B. Fisher

| | |
|---|---|
| **From:** | Bill Merklin |
| **Sent:** | Wednesday, May 06, 2015 12:22 PM |
| **To:** | Lora Fly (lora.fly@navy.mil) |
| **Cc:** | JReinhardt@tohmail.org |
| **Subject:** | 3402: Town of Hempstead - Levittown Water District - Wells 7A, 8A and 13 Design Reports 5/6/2015 12:22 PM |
| **Attachments:** | 3402 Levitown WD - Well 7A & 8A PTAS Design Report.pdf; 3402 Design Report Well 13.pdf |
| | |
| **Contacts:** | Lora Fly |

Lora,

As requested in your phone call today, attached are the design reports for each of the two subject sites.

Thanks,

 D&B ENGINEERS AND ARCHITECTS, P.C.

**William Merklin, P.E.**
Vice President
330 Crossways Park Drive
Woodbury, NY 11797
P: 516-364-9890 ext. 3007
F: 516-364-9045
bmerklin@db-eng.com
**www.dvirkaandbartilucci.com**

Please consider the environment before printing this e-mail.

*CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is for the sole use of the intended recipient and may contain confidential, proprietary, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not an intended recipient or you have received this e-mail in error, please contact the sender by reply e-mail and destroy all copies of the original message.*

D & B 001006