# Exhibit 42

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Index No. 2:16-cv-03652-ENV-ST
---------------------------------------x
TOWN OF HEMPSTEAD,

                Plaintiff,

      -against-

UNITED STATES OF AMERICA, DEPARTMENT
OF THE NAVY, NORTHROP GRUMMAN
CORPORATION, NORTHROP GRUMMAN SYSTEMS
CORPORATION, COVESTRO LLC, BAYER
CORPORATION, OCCIDENTAL CHEMICAL
CORPORATION, THE KASPER (1977)
IRREVOCABLE TRUST FOR THE BENEFIT OF
CHARLES B. KASPER AND RICHARD J.
KASPER; SANDERINA R. KASPER, as Trustee
of the Kasper (1977) Irrevocable Trusts
for the Benefit of Charles B. Kasper
and Richard J. Kasper; MARTIN STALLER,
PARVIZ NEZAMI, JEROME COGAN, LAWRENCE
COHEN and AMERICAN DRIVE-IN CLEANERS OF
BETHPAGE, INC.,

                Defendants.

---------------------------------------x

                December 3, 2019
                10:05 a.m.


  DEPOSITION of RICHARD W. HUMANN, P.E.

                VOLUME 1

1
2      DEPOSITION of RICHARD W. HUMANN, P.E.,
3   an expert witness herein, taken by the
4   Defendants, pursuant to Notice, held at
5   the offices of Jaspan Schlesinger, LLP,
6   300 Garden City Plaza, Fifth Floor,
7   Garden City, New York, before Lisa H.
8   MacDonald, RPR, and Notary Public of the
9   State of New York.

```
 1
 2    A P P E A R A N C E S :
 3
 4    JASPAN SCHLESINGER, LLP
      300 Garden City Plaza, Fifth floor
 5    Garden City, New York 11530
              Attorneys for Plaintiff and
 6            non-party witness
      BY:     SCOTT B. FISHER, ESQ.
 7            LISA A. CAIRO, ESQ.
 8
 9    U.S. ATTORNEY'S OFFICE
      EASTERN DISTRICT OF NEW YORK
10    610 Federal Plaza
      Central Islip, New York 11722
11            Attorneys for Defendants
              UNITED STATES OF AMERICA and
12            DEPARTMENT OF THE NAVY
      BY:     ROBERT W. SCHUMACHER, II, ESQ.
13
14
15
      HOLLINGSWORTH, LLP
16    1350 I Street, N.W.
      Washington, DC 20005
17            Attorneys for Defendants
              NORTHROP GRUMMAN CORPORATION
18            and NORTHROP GRUMMAN SYSTEMS
              CORPORATION
19    BY:     FRANK LEONE, ESQ.
20
21
      SIVE, PAGET & RIESEL, P.C.
22    560 Lexington Avenue
      New York, New York 10022
23            Co-Attorneys for Defendants
              NORTHROP GRUMMAN CORPORATION
24            and NORTHROP GRUMMAN SYSTEMS
              CORPORATION
25    BY:     ELIZABETH KNAUER, ESQ.
```

```
 1
 2    A P P E A R A N C E S :
 3
 4    WHITEMAN OSTERMAN & HANNA
      One Commerce Plaza
 5    Albany, New York 12260
                Attorneys for Defendant
 6              OCCIDENTAL CHEMICAL
                CORPORATION
 7    BY:       CHRISTOPHER McDONALD, ESQ.
 8
 9
      COUGHLIN DUFFY, LLP
10    350 Mount Kemble Avenue
      Morristown, New Jersey 07920
11              Attorneys for Defendants
                COVESTRO, LLC and BAYER
12              CORPORATION
      BY:       JOSEPH AMOROSO, ESQ.
13
14
15
      ALSO PRESENT:
16
      Kevin Gallagher, Videographer
17
      Genifer Tarkowski, Esq. (present via
18    telephone)
19
20
21
22
23
24
25
```

3       S T I P U L A T I O N S

5       IT IS HEREBY STIPULATED AND AGREED
by and between the attorneys for the
respective parties hereto that the filing
and sealing be and the same are hereby
waived.
           IT IS FURTHER STIPULATED AND AGREED
that all objections except as to the form
of the question, shall be reserved to the
time of the trial.
           IT IS FURTHER STIPULATED AND AGREED
that the within deposition may be signed
and sworn to before any notary public
with the same force and effect as though
signed and sworn to before this Court.

Page 6

1          R.W. Humann, P.E.
2              MR. VIDEOGRAPHER: We are
3     now going on the record at
4     approximately 10:05 a.m. Today's
5     date is December 3, 2019.
6              I'd like to remind everybody
7     at this time that if they haven't
8     already done so, please silence your
9     phones.
10             This is media unit number
11    one of the video recorded deposition
12    of Richard Humann taken by the
13    defendant in the matter of Town of
14    Hempstead versus United States of
15    America. It's filed in the U.S.
16    District Court, the Eastern District
17    of New York. The case number is
18    2:16-cv-03652(ENV)(ST).
19             The deposition is being held
20    at Jaspan & Schlesinger located at
21    300 Garden City Plaza in Garden City,
22    New York.
23             My name is Kevin Gallagher.
24    I'm the videographer from Veritext
25    Video, as Lisa MacDonald is also from

1              R.W. Humann, P.E.
2       Veritext. She is our court reporter.
3              At this time attorneys
4       present in the the room will identify
5       themselves and their affiliations for
6       the record.
7              MR. LEONE: Frank Leone,
8       counsel for defendant Northrop
9       Grumman.
10             MS. KNAUER: Elizabeth
11      Knauer, counsel for defendant
12      Northrop Grumman.
13             MR. SCHUMACHER: Robert
14      Schumacher from the U.S. Attorney's
15      Office on behalf of the United States
16      of America and the Department of the
17      Navy.
18             MR. McDONALD: Christopher
19      McDonald, Whiteman Osterman & Hanna
20      for defendant Occidental Chemical
21      Corporation.
22             MR. AMOROSO: Joseph Amoroso
23      from the law firm of Coughlin & Duffy
24      on behalf of defendants Covestro and
25      Bayer.

1               R.W. Humann, P.E.
2          MS. CAIRO:  Lisa Cairo from
3     Jaspan Schlesinger on behalf of
4     plaintiff, Town of Hempstead.
5          MR. FISHER:  Scott Fisher,
6     Jaspan Schlesinger, also on behalf of
7     plaintiff Town of Hempstead.
8          MR. VIDEOGRAPHER:  And now
9     our reporter will swear the witness
10    and we can proceed.
11   R I C H A R D   H U M A N N , after
12   having first been duly sworn by a Notary
13   Public of the State of New York, was
14   examined and testified as follows:
15   EXAMINATION BY
16   MR. LEONE:
17        Q      Good morning.  How are you?
18        A      I'm good.  How are you?
19        Q      Good.
20               Can you state your name and
21   business address for the record, please?
22        A      Richard Humann.  Would you
23   like my company name also?
24        Q      Yes, please.
25        A      H2M Architects & Engineers,

Page 247

1              R.W. Humann, P.E.
2    two and two together now, okay?
3              MR. FISHER:  So if you're not
4       sure of the questions --
5              THE WITNESS:  Now I understand.
6              MR. FISHER:  So if you need
7       to --
8       Q.    So Mr. Leone's instructions from
9    before still apply.  If you answer a
10   question, I'm going to assume you
11   understood what I was asking.
12      A.    That's fine.  That's fine.
13            So OU3 for Hooker RUCO, I did
14   not review.  So if Freon-113 was or wasn't
15   included in the OU3 ROD, I don't know.
16      Q.    Okay.  And are you aware that
17   EPA prepared a five-year review for the
18   Hooker RUCO OU3?
19      A.    I have not seen that.
20      Q.    Is it fair to say you did not
21   review that in the course of your
22   assignment for this matter?
23      A.    Yes.
24      Q.    Can you say with any degree of
25   certainty that any of the Freon-113 found

Page 248

R.W. Humann, P.E.

1
2     in Wells 7A, 8A, and 13 came from the
3     Hooker RUCO property?
4         A.   I indicated earlier -- I wasn't
5     specific.  I didn't take a look at the
6     potential for Hooker RUCO or the
7     Navy/Northrop Grumman properties
8     individually to be potential sources.  My
9     focus was the off-site contamination and
10    the monitoring well network and past
11    practices, you know, that I have just
12    understood over the years of being
13    involved in the plume.  So I couldn't tell
14    you with any degree of certainty one way
15    or the other because I hadn't reviewed,
16    you know, any of the activities specific
17    to Hooker RUCO to reach a conclusion one
18    way or the other.
19             MR. MCDONALD:  I have nothing
20        further.  Thank you.
21             MR. AMOROSO:  I have a handful.
22    EXAMINATION BY
23    MR. AMOROSO:
24        Q.   Good afternoon, Mr. Humann.  My
25    name is Joseph Amoroso and the law firm is

Page 261

1
2        C E R T I F I C A T I O N
3
4
5        I, SHARON TAL, a Court Reporter and
6   a Notary Public, do hereby certify that
7   the foregoing witness, RICHARD W. HUMANN,
8   P.E., was duly sworn on the date
9   indicated, and that the foregoing is a
10  true and accurate transcription of my
11  stenographic notes.
12       I further certify that I am not
13  employed by nor related to any party to
14  this action.
15
16
17                              *Sharon Tal* (signature)
18                         ----------------------
19                              Sharon Tal
20
21
22
23
24
25